# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

Amy Knight
Plaintiff

v.

3:24-cv-82
Civil Action No.

The Lincoln National Life Insurance Company
Defendant

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Civil Rule 7.1,
Counsel for Plaintiff, J Price McNamara, Esq.

provides the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
***Please separate names with a comma and do not add address information. Only text visible within box will print.***

Amy Knight, Plaintiff

J Price McNamara, Counsel for Plaintiff

The Lincoln National Life Insurance Company, Defendant

J Price McNamara LA 20291
Attorney Name and Bar Number

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Notices => Certificate of Interested Persons.