**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **AMY KNIGHT** | **CIVIL ACTION NO.: 3:24CV00082-BAJ-SDJ** |
| **vs.** | **JUDGE BRIAN A. JACKSON** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY** | **MAG. JUDGE SCOTT D. JOHNSON** |

**ORDER GRANTING PRO HAC ADMISSION**

**IT IS ORDERED** that Iwana Rademaekers be and is hereby, admitted *pro hac vice* as additional counsel of record for The Lincoln National Life Insurance Company in the above referenced matter.

Entered this ______________ day of ______________________________, 2024.

______________________________
UNITED STATES JUDGE