**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **AMY KNIGHT** | **CIVIL ACTION NO.: 3:24CV00082-BAJ-SDJ** |
| **vs.** | **JUDGE BRIAN A. JACKSON** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY** | **MAG. JUDGE SCOTT D. JOHNSON** |

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Rule 7.1, Defendant, The Lincoln National Life Insurance Company, provides the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

1. Lincoln National Corporation
2. The Lincoln National Life Insurance Company
3. Amy Knight
4. Law Offices of Iwana Rademaekers, P.C.
5. Phelps Dunbar, LLP
6. J. Price McNamara

Respectfully submitted,
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

*/s/ Iwana Rademaekers*
Iwana Rademaekers (Texas State Bar No. 16452560)
Admitted *Pro Hac Vice*
Email: iwana@rademaekerslaw.com
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456

-AND-

**PHELPS DUNBAR, LLP**

*/s/ James H. Gilbert*
Lindsay Calhoun (Bar #35070)
James H. Gilbert (Bar #36468)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: lindsay.calhoun@phelps.com
james.gilbert@phelps.com

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2024, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the parties.

*/s/ Iwana Rademaekers*
Iwana Rademaekers