**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**AMY KNIGHT** **CIVIL ACTION**

**VERSUS** **NO. 24-82-JWD-SDJ**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

**ERISA CASE ORDER**

The scheduling conference presently set for **April 25, 2024,** is **CANCELED**.

The deadlines established below are based on the parties' submissions, **as modified by the Court,** and are final deadlines. In accordance with Federal Rule of Civil Procedure 16(b), the following deadlines are established:

I. On or before **July 1, 2024**, Defendant shall file: (A) a complete copy of the employee benefit plan and summary plan description, and (B) a copy of the complete administrative record concerning Plaintiff's claim for benefits. All documents must be numbered or bates stamped.

II. On or before **July 1, 2024**, the parties shall file a (1) joint stipulation, or (2) a motion for summary judgment or other dispositive motion as to the following issues: **a**. whether the plan vests the administrator with discretionary authority to determine eligibility for benefits and/or construe and interpret the terms of the plan; and **b.** whether ERISA preempts all state law claims related to the employee benefit plan at issue.

III. On or before **August 1, 2024**, Plaintiff shall file a statement regarding the completeness of the administrative record. If Plaintiff contends that the administrative

record is incomplete in any way, Plaintiff shall describe the alleged omitted documents and shall set forth the basis for the contention that the documents were improperly omitted. If Plaintiff possesses the documents, copies shall be proffered to the Court along with such statement, subject to Defendant's right to object. Should Court resolution be required to resolve any dispute regarding the Administrative Record, an appropriate motion must be filed.

IV. Absent further order, discovery in this case is limited as provided by Fifth Circuit precedent.[1]

V. Deadlines to file motions for judgment based on administrative record:

| | |
|---|---|
| Plaintiff's Opening Brief on the Merits: | **August 1, 2024** |
| Defendant's Response Brief on the Merits: | **September 5, 2024** |
| Plaintiff's Reply Brief on the Merits: | **October 4, 2024** |

Signed in Baton Rouge, Louisiana, on April 22, 2024.

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

[1] *See generally Vega v. National Life Ins. Co.*, 188 F.3d 287 (5th Cir. 1999); *Crosby v. Louisiana Health Serv. & Indem. Co.*, 647 F.3d 258 (5th Cir. 2011). Discovery may not be conducted regarding the factual basis of the plaintiff's medical claim.