**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **AMY KNIGHT** | **CIVIL ACTION NO.: 3:24-cv-00082** |
| **vs.** | **JUDGE JOHN W. DEGRAVELLES** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY** | **MAG. JUDGE SCOTT D. JOHNSON** |

## ORDER

Considering the Ex Parte Motion to Withdraw and Substitute Counsel;

**IT IS ORDERED** that James H. Gilbert (Bar No. 36468) is hereby allowed to withdraw as counsel of record substituting in Keiran S. McCluskie (Bar No. 40874) as co-counsel for The Lincoln National Life Insurance Company with Lindsay Calhoun and Iwana Rademaekers remaining as counsel for The Lincoln National Life Insurance Company.

Entered this ________ day of ________________________________, 2024.

________________________________________
UNITED STATES JUDGE