**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **AMY KNIGHT** | **CIVIL ACTION NO.: 3:24CV00082-JWD-SDJ** |
| **vs.** | **JUDGE BRIAN A. JACKSON** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY** | **MAG. JUDGE SCOTT D. JOHNSON** |

**JOINT STIPULATION REGARDING ERISA PLAN**

Pursuant to the ERISA Case Management Order entered by the Court on April 22, 2024 (Document 12), Plaintiff, Amy Knight, and Defendant, The Lincoln National Life Insurance Company, stipulate as follows:

a. The relevant plan documents contain sufficient language to vest the administrator with discretionary authority to determine eligibility for benefits and/or construe and interpret the terms of the plan.

b. ERISA preempts all state law claims related to the employee benefit plan and policy at issue in the above-styled action.

Dated this 1st day of July 2024.

Respectfully submitted,

*/s/ J. Price McNamara*

J. Price McNamara (LA Bar Roll No. 20291)
10455 Jefferson Highway, Ste 2B
Baton Rouge, LA 70809
Telephone: (225) 201-8311
Facsimile: (225) 201-8313
Email: price@jpricemcnamara.com

**COUNSEL FOR PLAINTIFF**

**AND**

*/s/ Iwana Rademaekers*
Iwana Rademaekers (Texas State Bar No. 16452560)
Admitted *Pro Hac Vice*
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Telephone: (214) 579-9319
Facsimile: (469) 444-6456
Email: iwana@rademaekerslaw.com

*- And -*

*/s/ Lindsay Calhoun*
Lindsay Calhoun (Bar #35070)
Keiran S. McCluskie (Bar # 40874)
**PHELPS DUNBAR, LLP**
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: lindsay.calhoun@phelps.com
Email: keiran.mccluskie@phelps.com

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2024, the above and foregoing document was filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the parties.

/s/ *Iwana Rademaekers*
Iwana Rademaekers