**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 11580689 Claim Last Updated 01/08/2024 Printed On 2/15/2024

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | AMY R RAY KNIGHT | SSN | | Birth Date | |
| Address | C/O J. PRICE MCNAMARA | Salary Amount $ | 5252.33 | Mode | M |
| | 10455 JEFFERSON HIGHWAY | Date of Hire | 10/01/2018 | | |
| | STE 130 | Last Work Date | 02/24/2021 | | |
| | BATON ROUGE, LA 70809-0000 | Federal Tax | None | State Tax | No |
| Phone | (225) 201-8311 | Phys Demands | Sedentary | | |

JobDesc ASSOCIATE BUSINESS ANALYSIS-RN

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Not TD Any Occ | Received Date | 07/13/2021 |
| Disability Date | 02/25/2021 | Close Date | 10/25/2023 | Reopen Date | 11/12/2022 |
| Sick Days Left | 182 | Max Ben Date | 01/14/2035 | RTW FT / PT | |
| Ben Begin Date | 08/26/2021 | Apprv Thru Date | 10/24/2023 | Gross Ben $ | |

Diagnosis 1 Code/Desc M79.602 Pain in left arm

Diagnosis 2 Code/Desc M25.531 Pain in right wrist

Policyholder Information

Customer ID 09 - LF0372 GAINWELL ACQUISITION CORP

Subsidiary 0000

Location LA000000 GAINWELL TECHNOLOGIES

Symb GF Numeral 01 Product LTD Funding CON Bank Y Calcs Y Cntr Eff 01/01/2021

Class 01 ALL ACTIVE FULL-TIME EMPLOYEES

Waiting Period: New/Mode-Current/Mode 0 0 Days in WRKWK

Elimination Period: Days/Type 180 Sickness COLA: Mode/Duration

Successive Period: Period/Mode 6 Month SS Integration:Type/Value FSS

Partial Disability Type/Pct QRP Survivor Ben Months/Wait Period 3 180

Non-Verifiable Symptoms Limit Own Occupation Definition Limit 24 M/N Limit 24

Benefit % Max Benefit $ Min Benefit $ Employer Contr % Subro Ind N

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 01 | 01/01/2020 |
| GD | 01 | STD | 01 | 10/01/2018 |

Additional Information:

EXHIBIT

3

**Note Report**

Report Clear Print Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim

***Claim/Event/Leave Number** 11580689 **Accommodation Number**

**Note type:**

Primary Sort Order Sec

Note Type ●

Note Number

● Note Date/Time

Accm. No.

**02/15/2024 9:02 AM - CLAIM Note 182**
Claim/Event/Leave: 11580689
NoteSubject : Legal
Other Subject : LAWSUIT FILED
Text: [02/15/2024 - MAINELLI, DEBRA]CLAIMANT HAS FILED A LAWSUIT. PLEASE DIRECT ANY FURTHER INQUIRY ON THIS CLAIM TO THE LITIGATION MANAGER.

**01/08/2024 11:46 AM - CLAIM Note 181**
Claim/Event/Leave: 11580689
NoteSubject : Appeal
Other Subject : MANAGER REVIEW
Text: [01/08/2024 - ARVENITIS, KERRY]55 YEAR OLD FEMALE, CONSULTANT SINCE 10/1/18. DOD: 2/25/21 THE CLAIM WENT OOW W A VARIETY OF COMPLAINTS. THE CLAIM WAS APPROVED THRU 8/25/23 AND CLOSED AS NOT DISABLED. NO ADDITIONAL INFORMATION WAS SUBMITTED ON APPEAL. THE CLAIM DID UNDERGO A NEW CLINICAL REVIEW AND ASSESSMENT WITH PM&R ON APPEAL. RESTRICTIONS AND LIMITATIONS WERE IDENTIFIED SECONDARY TO ONGOING RIGHT HIP AND LEFT KNEE PAIN. BASED ON THE IDENTIFIED R&L'S, ALTERNATIVE OCCUPATIONS WERE IDENTIFIED. RIGHT TO REVIEW AND RESPOND WAS COMPLETE. I AGREE WITH UPHOLD.

**01/03/2024 10:24 AM - CLAIM Note 180**
Claim/Event/Leave: 11580689
NoteSubject : Appeal
Other Subject : REC UH
Text: [01/03/2024 - DIMAGGIO, JENNIFER]CLAIMANT IS 54 YOF, ASSOCIATE BUSINESS ANALYSIS RN WHO HAS BEEN OOW SINCE 2/24/2021 DUE TO FIBROMYALGIA, BILATERAL LOWER EXTREMITY WEAKNESS, LEFT KNEE AND RIGHT HIP PAIN. CLAIM INITIALLY APPROVED THROUGH 11/11/2022,CLAIM DENIED ONGOING. DURING FIRST APPEAL PMR PEER WAS COMPLETED WHICH SUPPORTED R/LS THAT PRECLUDED EE FROM OWN OCC THUS CLAIM PARTIALLY OT TO CID THROUGH 8/25/2023. TSA WAS COMPLETED WHICH IDENTIFIED ALT OCCS THUS CLAIM DENIED ONGOING AS OF 8/26/2023 AND NEW APPEAL RIGHTS WERE GIVEN. CLAIM PAID THROUGH 10/24/2023 BUT LIABILITY WAS NOT ACCEPTED BEYOND CID DATE. ON NEW APPEAL AN ADDITIONAL PMR PEER WAS COMPLETED WHICH SUPPORTED R/LS BASED ON EE CONTINUED RIGHT HIP AND LEFT KNEE PAIN AND LEFTPATELLA FRACTURE. ALT OCCS REMAINED VIABLE BASED ON PRIOR TSA THUS RTR PROVIDED WITH A 1/8/2024 DL FOR RESPONSE. ON 1/1/2024 RECEIVED RESPONSE INDICATING NO ADDL INFORMATION WOULD BE SUBMITTED. GIVEN THE INFORMATION RECEIVED AND REVIEWED ON APPEAL DID NOT ALTER THE PRIOR DETERMINATION TO DENY BENEFITS BEYOND 8/25/2023, RECOMMEND CLAIM UH ON APPEAL. NOTIFICATION WILL BE PROVIDED TO ATTNY UPON MGR REC.

**12/21/2023 2:41 PM - CLAIM Note 179**
Claim/Event/Leave: 11580689
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [12/21/2023 - BISSON, HALEY]INVOICE DATED 12/18/23 FROM NETWORK MEDICAL REVIEW INV #10185091 IN THE AMT OF $660.00 FOR PMR PEER REVIEW INVOICE PAID IN FULL.

**12/19/2023 2:46 PM - CLAIM Note 178**
Claim/Event/Leave: 11580689
NoteSubject : LTR to Atty
Other Subject : RTR/TOLLING
Text: [12/19/2023 - DIMAGGIO, JENNIFER]RTR WITH PEER TO ATTNY, NOTIFIED OF TOLLING DUE 1/8/2024

**12/19/2023 2:46 PM - CLAIM Note 177**
Claim/Event/Leave: 11580689
NoteSubject : Appeal
Other Subject : STATUS
Text: [12/19/2023 - DIMAGGIO, JENNIFER]PEER REPORT COMPLETE AND REVIEWED: CRS HAS E-MAILED COPY OF REPORT

TO ATTNY FOR REVIEW AND RESPONSE, DEADLINE 1/8/2024

**12/11/2023 8:50 PM - CLAIM Note 176**
Claim/Event/Leave: 11580689
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 12/11/2023 - REFERRED TO NETWORK MEDICAL REVIEW FOR PEER REVIEW.

**12/08/2023 12:01 PM - CLAIM Note 175**
Claim/Event/Leave: 11580689
NoteSubject : Appeal
Other Subject : STATUS
Text: [12/08/2023 - DIMAGGIO, JENNIFER]CRS COMPLETED INITIAL REVIEW AND DETERMINED PHYSICIAN LEVEL REVIEW W/ AP CONTACT REQUESTED IS REASONABLE. REFERRAL SUBMITTED VIA CRT.

**12/08/2023 12:01 PM - PHONE Note 30**
Claim/Event/Leave: 11580689
NoteSubject : Called EE
Other Subject : INITIAL
Text: [12/08/2023 - DIMAGGIO, JENNIFER]CALL DEFERRED AS EE IS ATTNY REPRESENTED

**12/08/2023 12:01 PM - CLAIM Note 174**
Claim/Event/Leave: 11580689
NoteSubject : Appeal
Other Subject : INITIAL REVIEW
Text: [12/08/2023 - DIMAGGIO, JENNIFER]CON, ERISA. STD CLAIM FILED 2/26/2021, LTD CLAIM RECEIVED DATE 7/13/2021. AUTH/JD AND TEE/CSS/CIF IN DOC LIST. DISABILITY CODING CORRECT. APPEAL CODING UPDATED. LTD CLAIM DENIED NOT TD ANY ON APPEAL - LETTER DATED 11/21/2023. 180 DAY APPEAL TIMELINE. APPEAL DUE 5/18/2024. APPEAL LETTER DATED 12/5/2023 AND RECEIVED 12/5/2023 ***ACTION PLAN: PENDING COMPLETE REVIEW BY CRS. CLAIM REVIEWED FOR ANY OCC.

**12/08/2023 9:42 AM - CLAIM Note 173**
Claim/Event/Leave: 11580689
NoteSubject : Appeal
Other Subject : REFERRAL RECVD
Text: [12/08/2023 - DRAKE, KRISTIN]ASSIGNED TO JEN DIMAGGIO

**12/07/2023 8:50 PM - CLAIM Note 172**
Claim/Event/Leave: 11580689
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 12/7/2023 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**12/06/2023 12:26 PM - CLAIM Note 171**
Claim/Event/Leave: 11580689
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [12/06/2023 - ELLIS, KATIE]AGREE WITH REFERRAL TO CRS

**12/06/2023 11:27 AM - CLAIM Note 170**
Claim/Event/Leave: 11580689
NoteSubject : Ref to Other
Other Subject : APPEALS
Text: [12/06/2023 - YOUNG, KERI]53 YOF, OCCUPATION: ASSOCIATE BUSINESS ANALYSIS (SED OCC), LDW: 2/24/21, DOD: 2/25/21, LTD BBD: 8/26/21. CID: 8/26/23 DX: R WRIST/ARM PAIN, EE INJURED HER L ARM BACK IN 2018 DUE TO A FALL AT WORK. NOW EE IS HAVING PAIN IN RARM. LTD DENIED FOR NOT TD OWN OCC. ATTNY FILED APPEAL W/ ADDITIONAL INFORMATION. FILE WAS REFERRED FOR DUAL PEER REVIEW WITH PMR AND PSYCHIATRY. PSYCHIATRY PEER REVIEW CONCLUDED THAT PSYCHIATRIC IMPAIRMENT WAS NOT SUPPORTED. PMR PEER REVIEW SUPPORTED R/L, INCLUDING OCCASIONAL KEYBOARDING, TYPING, MOUSING, GRIPPING, AND GRASPING DUE TO HAND WEAKNESS/PAIN. CLMT'S OCC IS SEDENTARY, AND REQUIRES OCCASIONAL REACHING, HANDLING, FINGERING BUT FREQUENT KEYBOARD USE. IMPAIRMENT FROM CLMT'S OWN OCCIS SUPPORTED, OVERTURNED DENIAL AND APPROVED BENEFITS THROUGH 8/25/23, CID IS 8/26/23. TSA IDENTIFIED ALTERNATE OCCS CLMT CAN PERFORM WITHIN THE SUPPORTED R/L. SENT PEER AND TSA TO CLMT FOR RTR. RCD UPDATED MEDICAL AND AN UPDATED CLMT STATEMENT. PEER ADDENDUM COMPLETED WHICH SUPPORTED R/L OF STAND/ WALK 15MIN AT A TIME, NO MORE THAN 1HR TOTAL IN 8-HR DAY, SIT UNRESTRICTED W/ THE ABILITY TO CHANGE POSITIONS AS NEEDED, PUSH/ PULL/ LIFT/ CARRY UP TO 10LBS OCCASIONALLY, NO BEND/ STOOP, KNEEL DUETO LEFT PATELLAR FX ON 8/2/23, NO CLIMBING LADDERS OR STAIRS DUE TO FALL RISK AND LEFT PATELLAR FX, BUE USE UNCHANGED. AN UPDATED TSA IDENTIFIED OCCUPATIONS CLMT CAN SAFELY PERFORM WITHIN THESE SUPPORTED R/L. ON 11/16/23, SENT UPDATED PEER AND TSATO CLMT (VIA ATTORNEY) FOR REVIEW, RTR 11/16/23 - 12/7/23. ON 11/21/23, RCD LETTER FROM ATTORNEY ADVISING THE CLMT WILL NOT BE SUBMITTING ANY ADDITIONAL INFORMATION AND TO PLEASE PROCEED W/ THE APPEAL REVIEW. BASED ON THE TOTALITY OF INFORMATION, IMPAIRMENT FROM ANY OCC BEYOND 8/25/23 IS NOT SUPPORTED. BENEFITS ARE APPROVED THROUGH 8/25/23 AND CLOSED EFF 8/26/23. RCVD ATTLY LETTER FOR SECOND APPEAL, NO ADDITIONAL DOCUMENTS RECEIVED. RECOMMENDING REF TO APPEALS.

**11/27/2023 11:53 AM - CLAIM Note 169**
Claim/Event/Leave: 11580689
NoteSubject : Social Security
Other Subject : CLOSED CLAIM
Text: [11/27/2023 - SHAW, WHITNEY]ON BEHALF OF R. GERALD :: CLAIM CLOSED DUE TO NOT TD OWN OCC MAILED CLOSED CLAIM WITH SS PENDING LETTER. CLOSED REFERRAL AND TASKS. NO FURTHER ACTION NEEDED AT THIS TIME.

**11/21/2023 10:51 AM - CLAIM Note 168**
Claim/Event/Leave: 11580689
NoteSubject : Action Plan
Other Subject : CRS DECISION REVIEW
Text: [11/21/2023 - BOYLE, SARAH]53 YOF, OCCUPATION: ASSOCIATE BUSINESS ANALYSIS (SED OCC), LDW: 2/24/21, DOD: 2/25/21, LTD BBD: 8/26/21. CID: 8/26/23 DX: R WRIST/ARM PAIN, EE INJURED HER L ARM BACK IN 2018 DUE TO A FALL AT WORK. NOW EE IS HAVING PAIN IN RARM. LTD DENIED FOR NOT TD OWN OCC. ATTNY FILED APPEAL W/ ADDITIONAL INFORMATION. FILE WAS REFERRED FOR DUAL PEER REVIEW WITH PMR AND PSYCHIATRY. PSYCHIATRY PEER REVIEW CONCLUDED THAT PSYCHIATRIC IMPAIRMENT WAS NOT SUPPORTED. PMR PEER REVIEW SUPPORTED R/L, INCLUDING OCCASIONAL KEYBOARDING, TYPING, MOUSING, GRIPPING, AND GRASPING DUE TO HAND WEAKNESS/PAIN. CLMT'S OCC IS SEDENTARY, AND REQUIRES OCCASIONAL REACHING, HANDLING, FINGERING BUT FREQUENT KEYBOARD USE. IMPAIRMENT FROM CLMT'S OWN OCCIS SUPPORTED, OVERTURNED DENIAL AND APPROVED BENEFITS THROUGH 8/25/23, CID IS 8/26/23. TSA IDENTIFIED ALTERNATE OCCS CLMT CAN PERFORM WITHIN THE SUPPORTED R/L. SENT PEER AND TSA TO CLMT FOR RTR. RCD UPDATED MEDICAL AND AN UPDATED CLMT STATEMENT.PEER ADDENDUM COMPLETED WHICH SUPPORTED R/L OF STAND/ WALK 15MIN AT A TIME, NO MORE THAN 1HR TOTAL IN 8-HR DAY, SIT UNRESTRICTED W/ THE ABILITY TO CHANGE POSITIONS AS NEEDED, PUSH/ PULL/ LIFT/ CARRY UP TO 10LBS OCCASIONALLY, NO BEND/ STOOP, KNEEL DUE TO LEFT PATELLAR FX ON 8/2/23, NO CLIMBING LADDERS OR STAIRS DUE TO FALL RISK AND LEFT PATELLAR FX, BUE USE UNCHANGED. AN UPDATED TSA IDENTIFIED OCCUPATIONS CLMT CAN SAFELY PERFORM WITHIN THESE SUPPORTED R/L. ON 11/16/23, SENT UPDATED PEER AND TSA TO CLMT (VIA ATTORNEY) FOR REVIEW, RTR 11/16/23 - 12/7/23. ON 11/21/23, RCD LETTER FROM ATTORNEY ADVISING THE CLMT WILL NOT BE SUBMITTING ANY ADDITIONAL INFORMATION AND TO PLEASE PROCEED W/ THE APPEAL REVIEW. BASED ON THE TOTALITY OF INFORMATION,IMPAIRMENT FROM ANY OCC BEYOND 8/25/23 IS NOT SUPPORTED. BENEFITS ARE APPROVED THROUGH 8/25/23 AND CLOSED EFF 8/26/23.

**11/21/2023 9:12 AM - CLAIM Note 167**
Claim/Event/Leave: 11580689
NoteSubject : Other
Other Subject : RTR RESPONSE
Text: [11/21/2023 - BOYLE, SARAH]11/20/23 LTR FROM ATTORNEY ADVISING THAT IN RESPONSE TO OUR 11/16/23 LETTER, CLMT WILL NOT BE SUBMITTING ANY ADDITIONAL EVIDENCE. PLEASE RESUME THE APPEAL REVIEW.

**11/16/2023 10:24 AM - CLAIM Note 166**
Claim/Event/Leave: 11580689
NoteSubject : LTR to Other
Other Subject : ATTORNEY
Text: [11/16/2023 - HART, DARRELL]SENT R2R WITH COPY OF PEER REVIEW AND TSA TO ATTORNEY - 21 DAY DEADLINE 12/7/2023

**11/16/2023 10:16 AM - CLAIM Note 165**
Claim/Event/Leave: 11580689
NoteSubject : Other
Other Subject : TSA
Text: [11/16/2023 - HART, DARRELL]RECEIVED TSA - ALT OCCUPATION IDENTIFIED

**11/15/2023 5:03 PM - CLAIM Note 164**
Claim/Event/Leave: 11580689
NoteSubject : Voc Rehab
Other Subject : TSA
Text: [11/15/2023 - NASH, ANGELLE]TSA RSH AND RPT COMPLETED AND UPLOADED. THIS TRANSFERABLE SKILLS ANALYSIS IDENTIFIED OCCUPATIONS WITHIN THE INSURED S PHYSICAL ABILITIES AND IDENTIFIED SKILL LEVEL.I HAVE NOT MET WITH THE INSURED FOR THE PURPOSE OF THIS REVIEW. ALL OPINIONS ARE BASED ON A REVIEW OF MEDICAL RECORDS AND RESOURCES LISTED ONLY. THANK YOU FOR THE OPPORTUNITY TO REVIEW THIS FILE. PLEASE CONTACT ME IF YOU HAVE ANY QUESTIONS REGARDING THIS REPORT OR IF I CAN BE OF FURTHER ASSISTANCE WITH THISFILE.

**11/15/2023 10:50 AM - CLAIM Note 163**
Claim/Event/Leave: 11580689
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [11/15/2023 - YEREMIAN, KEVORK]INVOICE RECEIVED ON 11/13/2023 AND DATED 11/12/2023 FROM EXAMWORKS INC. INV# 94138-1, IN THE AMOUNT OF $350.00 FOR PEER REVIEW PERFORMED BY ANDREW M NAVA WITH A SPECIALTY OF PM&R. PAID INVOICE IN FULL

**11/14/2023 8:51 PM - CLAIM Note 162**
Claim/Event/Leave: 11580689
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 11/14/2023-REFERRAL RECEIVED BY VCM AND ASSIGNED TO NASH, ANGELLE. CLAIM/AS EVENT IS PENDING REVIEW.

**11/13/2023 8:50 PM - CLAIM Note 161**
Claim/Event/Leave: 11580689
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 11/13/2023 - REFERRED TO THE VOC UNIT FOR TRANSFERABLE SKILLS ANALYSIS.

**11/13/2023 1:36 PM - CLAIM Note 160**
Claim/Event/Leave: 11580689
NoteSubject : Action Plan
Other Subject : CRS REVIEW
Text: [11/13/2023 - BOYLE, SARAH]APPEAL RECEIVED 07/10/2023. ***CID 8/26/23*** ATTORNEY REPRESENTED. REFERRED FOR PMR PEER. RCD, SENT TO ATTNY FOR RTR ON 7/24/23, EXTENSION GRANTED, RTR 7/24/23 - 8/29/23. RCD MEDICAL IN RESPONSE. SENT FOR 2 PEER REVIEWS:1) PMR ADDENDUM, AND 2) PSYCHIATRY. PSYCH PEER STATES NO PSYCH IMPAIRMENT IS SUPPORTED. PMR ADDENDUM DID OUTLINE SUPPORTED R/L. REPORT STATES CLMT CAN KEYBOARD OCCASIONALLY, OCC REQUIRES FREQUENT. SINCE CID WAS 8/26/23, OBTAINED TSA. SENT PEERREVIEWS AND TSA TO ATTNY, RTR 9/21/23 - 10/11/23. ATTNY REQUESTED RTR EXT THROUGH 11/1/23 RTR EXTENDED, 10/12/23 - 11/2/23. RCD UPDATED MEDICAL AND CLMT STATEMENT ON 10/31/23. REFERRED FOR 2ND PMR ADDENDUM WHICH IDENTIFIED SLIGHTLY DIFFERENT R/L FROM 8/2/23 ONGOING: NO BEND/ STOOP/ KNEEL DUE TO LEFT PATELLAR FX. THE REMAINDER OF THE R/L REMAIN UNCHANGED. SINCE THE R/L ARE DIFFERENT, REFERRED FOR UPDATED TSA. NEW TENT DAY 90 = 12/26/23

**11/13/2023 1:33 PM - CLAIM Note 159**
Claim/Event/Leave: 11580689
NoteSubject : Ref to Voc Rehab
Other Subject : UPDATED TSA
Text: [11/13/2023 - BOYLE, SARAH]PLEASE PROVIDE TSA USING THE R/L OUTLINED IN THE 11/12/23 PMR PEER ADDENDUM. PRE-DIS SALARY $5252.33, LTD 60% OR $3151.40. NO POLICY REQUIREMENTS FOR ANY OCC.

**11/13/2023 1:26 PM - CLAIM Note 158**
Claim/Event/Leave: 11580689
NoteSubject : Peer Review
Other Subject : 2ND ADDENDUM PMR
Text: [11/13/2023 - BOYLE, SARAH]RCD, IN DOC LIST.

**11/02/2023 8:50 PM - CLAIM Note 157**
Claim/Event/Leave: 11580689
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 11/2/2023 - REFERRED TO RELIABLE REVIEW SERVICES FOR PEER REVIEW.

**11/02/2023 1:24 PM - CLAIM Note 156**
Claim/Event/Leave: 11580689
NoteSubject : Action Plan
Other Subject : CRS REVIEW
Text: [11/02/2023 - BOYLE, SARAH]APPEAL RECEIVED 07/10/2023. ***CID 8/26/23*** ATTORNEY REPRESENTED. REFERRED FOR PMR PEER. RCD, SENT TO ATTNY FOR RTR ON 7/24/23, EXTENSION GRANTED, RTR 7/24/23 - 8/29/23. RCD MEDICAL IN RESPONSE. SENT FOR 2 PEER REVIEWS:1) PMR ADDENDUM, AND 2) PSYCHIATRY. PSYCH PEER STATES NO PSYCH IMPAIRMENT IS SUPPORTED. PMR ADDENDUM DID OUTLINE SUPPORTED R/L. REPORT STATES CLMT CAN KEYBOARD OCCASIONALLY, OCC REQUIRES FREQUENT. SINCE CID WAS 8/26/23, OBTAINED TSA. SENT PEERREVIEWS AND TSA TO ATTNY, RTR 9/21/23 - 10/11/23. ATTNY REQUESTED RTR EXT THROUGH 11/1/23 RTR EXTENDED, 10/12/23 - 11/2/23. RCD UPDATED MEDICAL AND CLMT STATEMENT ON 10/31/23. REFERRED FOR 2ND PMR ADDENDUM. NEW TENT DAY 90 = 12/26/23

**11/02/2023 1:23 PM - CLAIM Note 155**
Claim/Event/Leave: 11580689
NoteSubject : Peer Review
Other Subject : REFERRED
Text: [11/02/2023 - BOYLE, SARAH]REFERRED FOR PMR ADDENDUM TO EVAL THE UPDATED MR SUBMITTED.

**11/02/2023 12:57 PM - CLAIM Note 154**
Claim/Event/Leave: 11580689
NoteSubject : Med Records Rcvd
Other Subject :
Text: [11/02/2023 - BOYLE, SARAH]RCD COPY OF ATTORNEY'S 10/24/23 LTR ADVISING THIS CONCLUDES THE APPEAL SUBMISSION ____ CLMT STATEMENT 10/20/23 ______ OUR LADY OF THE LAKE REGIONAL MED CTR: 98/2/23 ED VISIT W/ AMY WATTIGNEY, PA (TRIP AND FALL, NONDISPLACEDFX LEFT PATELLA. GIVEN KNEE IMMOBILIZER, WT BEARING AS TOLERATED. NO FX RT KNEE OR LEFT ELBOW) ______ URINALYSIS (UNDATED, BUT PER ATTNY LTR IS IS FROM 9/20/23)

**11/02/2023 10:55 AM - CLAIM Note 153**
Claim/Event/Leave: 11580689
NoteSubject : LTR to Atty
Other Subject : RE: MEDICAL
Text: [11/02/2023 - BOYLE, SARAH]FROM: MCNAMARA LAW OFFICE SUPPORT <SUPPORT@JPRICEMCNAMARA.COM> SENT: THURSDAY, NOVEMBER 2, 2023 10:18 AM TO: BOYLE, SARAH <SARAH.BOYLE@LFG.COM> SUBJECT: RE: A KNIGHT ***THIS

EMAIL IS FROM AN EXTERNAL SOURCE. ONLY OPEN LINKS AND ATTACHMENTS FROM A TRUSTED SENDER.*** GOOD MORNING, MS. BOYLE, I'M JUST FOLLOWING UP TO CONFIRM YOU RECEIVED THE MAILED ENCLOSURES FROM OUR OCTOBER 24, 2023, LETTER. OUR USPS TRACKING NUMBER (9402811899562622815240) SHOWS THE ENCLOSURES AS DELIVERED. PLEASE CONFIRM RECEIPT WHEN YOU ARE ABLE. THANK YOU! KIND REGARDS, ERIKA _________ FROM: BOYLE, SARAH SENT: THURSDAY, NOVEMBER 2, 2023 10:55 AM TO: 'MCNAMARA LAW OFFICE SUPPORT' <SUPPORT@JPRICEMCNAMARA.COM> SUBJECT: RE: A KNIGHT, CLAIM 11580689 GOOD MORNING! YES, YESTERDAY AFTERNOON I RECEIVED NOTIFICATION THAT 77 PAGES WERE ADDED TO THE CLAIM, WHICH INCLUDE YOUR 10/24/23 LETTER, MS. RAY KNIGHT S 10/20/23 STATEMENT, RECORDS FROM OUR LADY OF THE LAKE REGIONAL MEDICAL CENTER DATED 8/2/23, AND A URINALYSIS WHICH IS UNDATED, BUT YOUR LETTER STATES IS FROM 9/20/23. SINCE YOUR LETTER DOES NOT INDICATE ANY ADDITIONAL INFORMATION IS FORTHCOMING, WE WILL ASSUME THIS INFORMATION WILL COMPLETE YOUR RESPONSE. THANK YOU FOR FOLLOWING UP!

**10/27/2023 2:54 PM - OVERPMT Note 9**
Claim/Event/Leave: 11580689
NoteSubject : OP/Refund & Ck Adj.
Other Subject : PAID IN FULL
Text: [10/27/2023 - PATTON, LAURA]OP PAID IN FULL -DATE OF LAST RECOVERY 10/11/2023

**10/25/2023 8:03 AM - CLAIM Note 152**
Claim/Event/Leave: 11580689
NoteSubject : Other
Other Subject : RTR RESPONSE
Text: [10/25/2023 - BOYLE, SARAH]RCD LTR FROM ATTNY ADVISING THEY ARE SUBMITTED 3 ITEMS: 1) CLMT STATEMENT (10/20/23) 2) DR WATTINGNEY MED RECORDS (8/2/23) AND 3) DR WEST URINALYSIS (9/20/23). THIS WILL CONCLUDE HER SUBMISSION ON APPEAL. LETTER STATED THAT ENCLOSURES 2 AND 3 SENT VIA CERTIFIED MAIL ONLY DUE TO VOLUME. ATTACHED WAS ONLY CLMT'S STATEMENT. PER REQUEST, EMAIL SENT TO CONFIRM RECEIPT OF LETTER AND CLMT STATEMENT.

**10/25/2023 7:46 AM - CLAIM Note 151**
Claim/Event/Leave: 11580689
NoteSubject : Social Security
Other Subject : SSDI APPEAL STATUS
Text: [10/25/2023 - GERALD, ROSALIND]PER EMAIL FROM ATTORNEY, DATED 10/24/2023 APPEAL IS STILL PENDING. EMAILED ATTORNEY'S OFFICE ON 10/25/2023 TO OBTAIN DATE THAT APPEAL WAS FILED.

**10/11/2023 9:27 AM - CLAIM Note 150**
Claim/Event/Leave: 11580689
NoteSubject : Action Plan
Other Subject : CRS REVIEW
Text: [10/11/2023 - BOYLE, SARAH]APPEAL RECEIVED 07/10/2023. ***CID 8/26/23*** ATTORNEY REPRESENTED. REFERRED FOR PMR PEER. RCD, SENT TO ATTNY FOR RTR ON 7/24/23, EXTENSION GRANTED, RTR 7/24/23 - 8/29/23. RCD MEDICAL IN RESPONSE. SENT FOR 2 PEER REVIEWS:1) PMR ADDENDUM, AND 2) PSYCHIATRY. PSYCH PEER STATES NO PSYCH IMPAIRMENT IS SUPPORTED. PMR ADDENDUM DID OUTLINE SUPPORTED R/L. REPORT STATES CLMT CAN KEYBOARD OCCASIONALLY, OCC REQUIRES FREQUENT. SINCE CID WAS 8/26/23, OBTAINED TSA. SENT PEERREVIEWS AND TSA TO ATTNY, RTR 9/21/23 - 10/11/23. ATTNY REQUESTED RTR EXT THROUGH 11/1/23 RTR EXTENDED, 10/12/23 - 11/2/23. NEW TENT DAY 90 = 12/26/23

**10/11/2023 9:15 AM - CLAIM Note 149**
Claim/Event/Leave: 11580689
NoteSubject : LTR to Atty
Other Subject : RTR EXTENSION
Text: [10/11/2023 - BOYLE, SARAH]RCD LTR FROM ATTNY REQUESTING RTR EXTENSION THROUGH AND INCLUDING 11/1/23. SENT RTR EXTENSION LETTER, DUE 11/2/23.

**10/09/2023 8:50 PM - CLAIM Note 148**
Claim/Event/Leave: 11580689
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF REOPEN CLAIM (SUCCESSIVE/EXTENSION) HAS BEEN RECEIVED AND ASSIGNED TO JAQUELINE MONAHAN.

**10/09/2023 1:09 PM - CLAIM Note 147**
Claim/Event/Leave: 11580689
NoteSubject : Other
Other Subject : PYMT SVCS; REOPEN
Text: [10/09/2023 - MONAHAN, JACKIE]REFERRAL RECEIVED TO REOPEN AND CHANGE SCHEDULED BENEFIT END DATE; UPDATED PAYMENT TO SCHEDULE FOR 11/12/2022 THROUGH 10/24/2023, PER CS REQUEST. SS PENDING PER ATTORNEY EMAIL IN DOC LIST; PAYMENT TO ATTORNEY.[10/09/2023 - MONAHAN, JACKIE]**OP ON CLAIM $2452.05 WILL BE TAKEN FROM PAYMENT

**10/06/2023 8:50 PM - CLAIM Note 146**
Claim/Event/Leave: 11580689
NoteSubject : Ref to Other
Other Subject : PMT SVC

Text: FOR REOPEN CLAIM (SUCCESSIVE/EXTENSION). BEN BEG:8/26/2021 BEN END:10/24/2023 COMMENTS: REOPEN FOR APPEAL OT

**10/06/2023 3:22 PM - CLAIM Note 145**
Claim/Event/Leave: 11580689
NoteSubject : Other
Other Subject : REJECTED
Text: [10/06/2023 - ROBINSON, CHARLEY]HELLO KERI, I RECEIVED THIS REFERRAL FOR ROR WHICH IS AN INCORRECT REFERRAL. I DID DO SOME DIGGING AND REACHED OUT TO MY MANAGERS AS THIS CLAIM WAS INITIAL SENT OVER CORRECT. THIS NEEDS TO BE SCORED OVER AS A REOPEN. HOWEVER PRIOR TO YOU DOING SO SOMETHINGS NEED TO BE UPDATED, I WILL REJECT THIS REFERRAL AND ONCE ALL THE ITEMS BELOW HAVE BEEN UPDATE PLEASE SCORE OVER FOR A REOPEN. IT TURNS OUT THAT THE REFERRAL SHOULD BE A REOPEN AND NOT ROR. SARAH CONFIRMED IT IS NOT AN ROR PAYMENT BUT A REOPEN FOR PAYMENT ONLY THRU 8/25/23 I DID NOTICE THAT THE EMPLOYEE SCREEN WAS NOT UPDATED TO THE ATTORNEY INFORMATION AS THIS PAYMENT NEEDS TO GO TO THE ATTY

**10/05/2023 8:50 PM - CLAIM Note 144**
Claim/Event/Leave: 11580689
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF ROR HAS BEEN RECEIVED AND ASSIGNED TO CHARLEY ROBINSON.

**10/05/2023 8:50 PM - CLAIM Note 143**
Claim/Event/Leave: 11580689
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR ROR. COMMENTS: PLEASE ISSUE PAYMENT FOR APPEAL OT AND ROR APPROVAL

**10/05/2023 1:07 PM - CLAIM Note 142**
Claim/Event/Leave: 11580689
NoteSubject : Other
Other Subject : ATTY
Text: [10/05/2023 - YOUNG, KERI]RCVD AUTH FROM ATTY TO RELEASE PAYMENT TO ATTY

**09/29/2023 8:55 AM - CLAIM Note 141**
Claim/Event/Leave: 11580689
NoteSubject : LTR to Other
Other Subject : ATTY
Text: [09/29/2023 - YOUNG, KERI]SENT LETTER REQUESTING AUTH FOR PAYMENT RELEASE TO ATTY

**09/28/2023 8:50 PM - CLAIM Note 140**
Claim/Event/Leave: 11580689
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF ROR HAS BEEN REASSIGNED TO KEVIN WILCOX.

**09/28/2023 10:38 AM - CLAIM Note 139**
Claim/Event/Leave: 11580689
NoteSubject : Other
Other Subject : EMAIL TO CS
Text: [09/28/2023 - WILCOX, KEVIN]FROM: WILCOX, KEVIN SENT: THURSDAY, SEPTEMBER 28, 2023 10:38 AM TO: BOYLE, SARAH <SARAH.BOYLE@LFG.COM> SUBJECT: AMY RAY KNIGHT - LTD CLAIM #11580689 GOOD MORNING, I AM WORKING ON THE ROR REFERRAL FOR THE ABOVE CLAIM. THE REQUEST IS TO SEND ALL PAYMENTS TO THE ATTORNEY S OFFICE. HOWEVER, WE NEED A SIGNED AUTH FORM FROM THE EE STATING SPECIFICALLY PAYMENTS CAN BE SENT TO THE ATTORNEY. I DID NOT SEE THE AUTH ON FILE, ONLY AN AUTHORIZATION FORM TO SEND DOCUMENTATION TO THE ATTORNEY S OFFICE. CAN YOU PLEASE CONFIRM IF THIS HAS BEEN RECEIVED? IF NOT, COULD YOU PLEASE RETRIEVE THIS WITHIN 24 HOURS? THANK YOU,

**09/27/2023 8:50 PM - CLAIM Note 138**
Claim/Event/Leave: 11580689
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF ROR HAS BEEN RECEIVED AND ASSIGNED TO CHARLEY ROBINSON.

**09/27/2023 8:50 PM - CLAIM Note 137**
Claim/Event/Leave: 11580689
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR ROR. COMMENTS: CLAIM REOPEN/ROR - EXTEND BENEFITS THROUGH 10/24/23

**09/26/2023 11:53 AM - CLAIM Note 136**
Claim/Event/Leave: 11580689
NoteSubject : Ref to Other

NoteSubject : Ref to Other
Other Subject : PAYMENT SERVICES
Text: [09/26/2023 - CREMEANS, NATALIE]FROM: CREMEANS, NATALIE SENT: TUESDAY, SEPTEMBER 26, 2023 10:53 AM TO: BOYLE, SARAH <SARAH.BOYLE@LFG.COM> SUBJECT: REJECTED REFERRAL - CLAIM 11580689 GOOD MORNING, I HAVE RECEIVED A REFERRAL FOR REOPEN CLAIM(SUCCESSIVE/EXTENSION) FOR THE ABOVE CLAIM, WHICH IS AN INCORRECT REFERRAL TYPE. I HAVE REJECTED THIS REFERRAL. PLEASE SCORE A ROR NEED CLAIM PAID UNDER RESERVATION OF RIGHTS (ROR) -- REFERRAL TO PAYMENT SERVICES/FRS. THE REASON THIS IS IMPORTANTIS BECAUSE IT ENSURES THE CORRECT PERSON RECEIVES THIS REFERRAL TYPE AND IT IS USED FOR REPORTING/AUDIT PURPOSES. PLEASE REACH OUT TO ME IF YOU HAVE ANY QUESTIONS AND REFER TO THE LTD FINANCIAL SERVICES REFERRAL SECTION IN THE LTD FINANCIAL SERVICESSCORE REFERRALS ON INKLING TO SEE DESCRIPTIONS OF EACH REFERRAL TYPE.

**09/26/2023 10:05 AM - CLAIM Note 135**
Claim/Event/Leave: 11580689
NoteSubject : Social Security
Other Subject : SSDI STATUS
Text: [09/26/2023 - GERALD, ROSALIND]PER EMAIL FROM ATTORNEY, DOC LIST IC IS STILL PENDING.

**09/25/2023 8:50 PM - CLAIM Note 134**
Claim/Event/Leave: 11580689
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF REOPEN CLAIM (SUCCESSIVE/EXTENSION) HAS BEEN RECEIVED AND ASSIGNED TO NATALIE CREMEANS.

**09/25/2023 8:13 AM - OVERPMT Note 8**
Claim/Event/Leave: 11580689
NoteSubject : OP/Ck Adj
Other Subject : CL TO AP
Text: [09/25/2023 - PATTON, LAURA]MAINTENANCE UNIT IN FRS IS IN RECEIPT OF THE ALERT INDICATING CLAIM HAS BEEN REOPENED. REVIEWED FILE AND VERIFIED PARTIAL BENEFIT REDUCTION IS STILL APPLIED TO RESUME RECOVERY OF THE OUTSTANDING OP BAL, CURRENT TOTAL $2,452.05. FOLLOW UP SET TO MONITOR RECOVERY.

**09/25/2023 7:22 AM - CLAIM Note 133**
Claim/Event/Leave: 11580689
NoteSubject : Social Security
Other Subject : SSDI STATUS
Text: [09/25/2023 - GERALD, ROSALIND]EMAILED ATTORNEY OFFICE ON 9/25/2023 FOR SSDI STATUS UPDATE AT SUPPORT@JPRICEMCNAMARA.COM

**09/22/2023 8:50 PM - CLAIM Note 132**
Claim/Event/Leave: 11580689
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR REOPEN CLAIM (SUCCESSIVE/EXTENSION). BEN BEG:8/26/2021 BEN END:10/24/2023 COMMENTS: REOPEN CLAIM - ROR FOR CID DETERMINATION

**09/22/2023 12:35 PM - CLAIM Note 131**
Claim/Event/Leave: 11580689
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [09/22/2023 - ELLIS, KATIE]AGREE WITH REOPEN BASED ON CRS DETERMINATION AND ROR AS CRS IS AWAITING RESPONSE FROM EE'S ATTORNEY REGARDING FFR AND TSA

**09/22/2023 11:15 AM - CLAIM Note 130**
Claim/Event/Leave: 11580689
NoteSubject : Reopen
Other Subject : APPROVE/ROR
Text: [09/22/2023 - YOUNG, KERI]53 YOF, OCCUPATION: ASSOCIATE BUSINESS ANALYSIS (SED OCC), LDW: 2/24/21, DOD: 2/25/21, LTD BBD: 8/26/21. CID: 8/26/23 DX: R WRIST/ARM PAIN, EE INJURED HER L ARM BACK IN 2018 DUE TO A FALL AT WORK. NOW EE IS HAVING PAIN IN RARM. EE ALSO CLAIMING PSYCH IMPAIRMENT AS WELL FOR DEPRESSION, ANXIETY AND MEMORY LOSS. LTD DENIED FOR NOT TD OWN OCC ON 11/12/22. APPEAL OT DUE TO PMR ADDENDUM DID OUTLINE SUPPORTED R/L THROUGH CID. PSYCH IMPAIRMENT WAS NOT SUPPORTED. TSA IDENTIFIED ALTERNATE OCCS. RECOMMENDING REOPEN AND ROR TO ALLOW APPEALS TO COMPLETE AO REVIEW.

**09/22/2023 9:35 AM - OVERPMT Note 7**
Claim/Event/Leave: 11580689
NoteSubject : OP/Ck Adj
Other Subject : BR UPDATED
Text: [09/22/2023 - LATOUR, REBEKAH]UPDATED BENEFIT REDUCTION TO ALIGN WITH PRIOR REPAYMENT AGREEMENT OF $222.92 MONTHLY. FOLLOW UP SET TO MONITOR RECOVERY.

**09/22/2023 9:24 AM - OVERPMT Note 6**
Claim/Event/Leave: 11580689
NoteSubject : OP/Refund
Other Subject : LETTER SNT IN ERROR

Text: [09/22/2023 - LATOUR, REBEKAH]ON 9/11/23, FRS REP SENT INVALID OP NOTICE TO CLMT ADDRESS & ATTY. FRS REP SENT LETTER TODAY TO ADV PRIOR LETTER WAS SENT IN ERROR, CONF. NO INTERRUPTION TO APPEAL REVIEW HAS OCCURRED. ITEMS IN DOC LIST HAVE BEEN MARKEDAS INACTIVE.

**09/21/2023 8:16 AM - CLAIM Note 129**
Claim/Event/Leave: 11580689
NoteSubject : Action Plan
Other Subject : CRS REVIEW
Text: [09/21/2023 - BOYLE, SARAH]53 YOF, OCCUPATION: ASSOCIATE BUSINESS ANALYSIS (SED OCC), LDW: 2/24/21, DOD: 2/25/21, LTD BBD: 8/26/21. CID: 8/26/23 DX: R WRIST/ARM PAIN, EE INJURED HER L ARM BACK IN 2018 DUE TO A FALL AT WORK. NOW EE IS HAVING PAIN IN RARM. LTD DENIED FOR NOT TD OWN OCC. ATTNY FILED APPEAL W/ ADDITIONAL INFORMATION. FILE WAS REFERRED FOR DUAL PEER REVIEW WITH PMR AND PSYCHIATRY. PSYCHIATRY PEER REVIEW CONCLUDED THAT PSYCHIATRIC IMPAIRMENT WAS NOT SUPPORTED. PMR PEER REVIEW SUPPORTED R/L, INCLUDING OCCASIONAL KEYBOARDING, TYPING, MOUSING, GRIPPING, AND GRASPING DUE TO HAND WEAKNESS/PAIN. CLMT'S OCC IS SEDENTARY, AND REQUIRES OCCASIONAL REACHING, HANDLING, FINGERING BUT FREQUENT KEYBOARD USE. IMPAIRMENT FROM CLMT'SOWN OCC IS SUPPORTED, RECOMMEND OVERTURN DENIAL AND APPROVE BENEFITS THROUGH 8/25/23. TSA IDENTIFIED ALTERNATE OCCS CLMT CAN PERFORM WITHIN THE SUPPORTED R/L. SENT PEER AND TSA TO ATTNY, RTR 9/21/23 - 10/11/23.[09/21/2023 - BOYLE, SARAH]APPEAL RECEIVED 07/10/2023. PMR PEER OBTAINED, SENT TO ATTNY FOR RTR ON 7/24/23, EXTENSION GRANTED. RTR 7/24/23 - 8/29/23. RCD MEDICAL IN RESPONSE. SENT FOR 2 PEER REVIEWS: 1) PMR ADDENDUM, AND 2) PSYCHIATRY. PSYCH PEER STATES NO PSYCH IMPAIRMENT IS SUPPORTED. PMR ADDENDUM DID OUTLINE SUPPORTED R/L. SINCE CID WAS 8/26/23, OBTAINED TSA. SENT PEER REVIEWS AND TSA TO ATTNY, RTR 9/21/23 - 10/11/23. NEW TENT DAY 90 = 12/5/23

**09/21/2023 8:15 AM - CLAIM Note 128**
Claim/Event/Leave: 11580689
NoteSubject : LTR to Atty
Other Subject : RTR
Text: [09/21/2023 - BOYLE, SARAH]SENT PMR PEER, PMR ADDENDUM, PSYCH PEER, AND TSA TO ATTNY FOR RTR.

**09/20/2023 3:28 PM - CLAIM Note 127**
Claim/Event/Leave: 11580689
NoteSubject : Appeal
Other Subject : MGR REVIEW
Text: [09/20/2023 - AVRETT, MARY]MGR REVIEW COMPLETE. ON APPEAL, ADDITIONAL INFORMATION RECEIVED. REVIEW BY PMR SUPPORTS R&L'S OF OCCASIONAL KEYBOARDING, TYPING, MOUSING, GRIPPING, AND GRASPING DUE TO HAND WEAKNESS/PAIN. CLMT IS UNABLE TO PERFORM THE DUTIES OF HER OWN OCC WHICH REQUIRES FREQUENT KEYBOARD USE. AGREE WITH PARTIAL OT OF BENEFITS THROUGH OO PERIOD TO 8/25/23 AND RIGHT TO REVIEW FOR BENEFITS BEYOND.

**09/20/2023 3:11 PM - CLAIM Note 126**
Claim/Event/Leave: 11580689
NoteSubject : Action Plan
Other Subject : CRS DECISION REVIEW
Text: [09/20/2023 - BOYLE, SARAH]53 YOF, OCCUPATION: ASSOCIATE BUSINESS ANALYSIS (SED OCC), LDW: 2/24/21, DOD: 2/25/21, LTD BBD: 8/26/21. CID: 8/26/23 DX: R WRIST/ARM PAIN, EE INJURED HER L ARM BACK IN 2018 DUE TO A FALL AT WORK. NOW EE IS HAVING PAIN IN RARM. LTD DENIED FOR NOT TD OWN OCC. ATTNY FILED APPEAL W/ ADDITIONAL INFORMATION. FILE WAS REFERRED FOR DUAL PEER REVIEW WITH PMR AND PSYCHIATRY. PSYCHIATRY PEER REVIEW CONCLUDED THAT PSYCHIATRIC IMPAIRMENT WAS NOT SUPPORTED. PMR PEER REVIEW SUPPORTED R/L, INCLUDING OCCASIONAL KEYBOARDING, TYPING, MOUSING, GRIPPING, AND GRASPING DUE TO HAND WEAKNESS/PAIN. CLMT'S OCC IS SEDENTARY, AND REQUIRES OCCASIONAL REACHING, HANDLING, FINGERING BUT FREQUENT KEYBOARD USE. IMPAIRMENT FROM CLMT'SOWN OCC IS SUPPORTED, RECOMMEND OVERTURN DENIAL AND APPROVE BENEFITS THROUGH THE CID 8/26/23. TSA IDENTIFIED ALTERNATE OCCS CLMT CAN PERFORM WITHIN THE SUPPORTED R/L. SENT PEER AND TSA TO CLMT FOR RTR.[09/20/2023 - BOYLE, SARAH]***APPROVE THROUGH8/25/23, CID IS 8/26/23.

**09/20/2023 12:15 PM - CLAIM Note 125**
Claim/Event/Leave: 11580689
NoteSubject : Voc Rehab
Other Subject : TSA
Text: [09/20/2023 - NASH, ANGELLE]TSA RSH AND RPT COMPLETED AND UPLOADED. THIS TRANSFERABLE SKILLS ANALYSIS IDENTIFIED OCCUPATIONS WITHIN THE INSURED S PHYSICAL ABILITIES AND IDENTIFIED SKILL LEVEL.I HAVE NOT MET WITH THE INSURED FOR THE PURPOSE OF THIS REVIEW. ALL OPINIONS ARE BASED ON A REVIEW OF MEDICAL RECORDS AND RESOURCES LISTED ONLY. THANK YOU FOR THE OPPORTUNITY TO REVIEW THIS FILE. PLEASE CONTACT ME IF YOU HAVE ANY QUESTIONS REGARDING THIS REPORT OR IF I CAN BE OF FURTHER ASSISTANCE WITH THISFILE.

**09/19/2023 2:49 PM - CLAIM Note 124**
Claim/Event/Leave: 11580689
NoteSubject : Action Plan
Other Subject : CRS DECISION REVIEW
Text: [09/19/2023 - BOYLE, SARAH]53 YOF, OCCUPATION: ASSOCIATE BUSINESS ANALYSIS (SED OCC), LDW: 2/24/21, DOD: 2/25/21, LTD BBD: 8/26/21. CID: 8/26/23 DX: R WRIST/ARM PAIN, EE INJURED HER L ARM BACK IN 2018 DUE TO A FALL AT WORK. NOW EE IS HAVING PAIN IN RARM. LTD DENIED FOR NOT TD OWN OCC. ATTNY FILED APPEAL W/ ADDITIONAL INFORMATION. FILE WAS REFERRED FOR DUAL PEER REVIEW WITH PMR AND PSYCHIATRY. PSYCHIATRY PEER REVIEW CONCLUDED THAT PSYCHIATRIC IMPAIRMENT WAS NOT SUPPORTED. PMR PEER REVIEW SUPPORTED R/L, INCLUDING OCCASIONAL KEYBOARDING, TYPING, MOUSING, GROPPING, AND GRASPING DUE TO HAND WEAKNESS/PAIN. CLMT'S OCC IS SEDENTARY, AND REQUIRES OCCASIONAL REACHING, HANDLING, FINGERING BUT FREQUENT KEYBOARD USE.

IS SEDENTARY, AND REQUIRES OCCASIONAL REACHING, HANDLING, FINGERING BUT FREQUENT KEYBOARD USE. IMPAIRMENT FROM CLMT'S OWN OCCIS SUPPORTED, RECOMMEND OVERTURN DENIAL AND APPROVE BENEFITS THROUGH THE CID 8/26/23. FILE WAS REFERRED FOR A TSA TO DETERMINE BENEFITS BEYOND AO CID.

**09/18/2023 8:51 PM - CLAIM Note 123**
Claim/Event/Leave: 11580689
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 9/18/2023-REFERRAL RECEIVED BY VCM AND ASSIGNED TO NASH, ANGELLE. CLAIM/AS EVENT IS PENDING REVIEW.

**09/15/2023 12:03 PM - CLAIM Note 122**
Claim/Event/Leave: 11580689
NoteSubject : Peer Review
Other Subject : VENDOR PAYMENT
Text: [09/15/2023 - MAURICE, DANIELLE]INVOICE RECEIVED ON 09/15/2023 AND DATED 09/12/2023 FROM RELIABLE REVIEW SERVICES. INV # 92096-1, IN THE AMOUNT OF $660.00 FOR PEER REVIEW. INVOICE PAID IN FULL.

**09/14/2023 8:50 PM - CLAIM Note 121**
Claim/Event/Leave: 11580689
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 9/14/2023 - REFERRED TO THE VOC UNIT FOR TRANSFERABLE SKILLS ANALYSIS.

**09/14/2023 12:43 PM - CLAIM Note 120**
Claim/Event/Leave: 11580689
NoteSubject : Action Plan
Other Subject : CRS REVIEW
Text: [09/14/2023 - BOYLE, SARAH]APPEAL RECEIVED 07/10/2023. ***CID 8/26/23*** ATTORNEY REPRESENTED. REFERRED FOR PMR PEER. RCD, SENT TO ATTNY FOR RTR ON 7/24/23, EXTENSION GRANTED. RTR 7/24/23 - 8/29/23. RCD MEDICAL IN RESPONSE. SENT FOR 2 PEER REVIEWS:1) PMR ADDENDUM, AND 2) PSYCHIATRY. PSYCH PEER STATES NO PSYCH IMPAIRMENT IS SUPPORTED. PMR ADDENDUM DID OUTLINE SUPPORTED R/L. REPORT STATES CLMT CAN KEYBOARD OCCASIONALLY, OCC REQUIRES FREQUENT. SINCE CID WAS 8/26/23, REFERRED FILE FOR TSA TODETERMINE AO CID. NEW TENT DAY 90 = 11/14/23

**09/14/2023 12:41 PM - CLAIM Note 119**
Claim/Event/Leave: 11580689
NoteSubject : Ref to Voc Rehab
Other Subject :
Text: [09/14/2023 - BOYLE, SARAH]PLEASE PROVIDE TSA USING THE R/L OUTLINED IN THE 9/12/23 PMR PEER ADDENDUM. PRE-DIS SALARY $5252.33, LTD 60% OR $3151.40. NO POLICY REQUIREMENTS FOR ANY OCC.

**09/14/2023 12:25 PM - CLAIM Note 118**
Claim/Event/Leave: 11580689
NoteSubject : Med Records Rcvd
Other Subject : PMR ADDENDUM
Text: [09/14/2023 - BOYLE, SARAH]PMR ADDENDUM. UPDATED R/L WERE SUPPORTED, BUT STATES CLMT CAN WORK W/I THE NOTED R/L.

**09/12/2023 3:37 PM - CLAIM Note 117**
Claim/Event/Leave: 11580689
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [09/12/2023 - MICHAUD, ROBIN]INVOICE DATED 9/7/2023 FROM ECN. INVOICE # BOCA 199960 IN THE AMOUNT OF $ 860.00 FOR PSYCHIATRY PEER REVIEW BY E GREER RICHARDSON. INVOICE PAID IN FULL

**09/11/2023 11:41 AM - CLAIM Note 116**
Claim/Event/Leave: 11580689
NoteSubject : Peer Review
Other Subject : PSYCHIATRY
Text: [09/11/2023 - BOYLE, SARAH]REVIEW COMPLETED.

**08/30/2023 8:50 PM - CLAIM Note 115**
Claim/Event/Leave: 11580689
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 8/30/2023 - REFERRED TO EXAM COORDINATORS - ECN FOR PEER REVIEW.

**08/29/2023 12:09 PM - CLAIM Note 114**
Claim/Event/Leave: 11580689
NoteSubject : LTR to Atty
Other Subject :
Text: [08/29/2023 - BOYLE, SARAH]RE: MED REVIEW

**08/29/2023 12:03 PM - CLAIM Note 113**
Claim/Event/Leave: 11580689

Claim/Event/Leave: 11580689
NoteSubject : Action Plan
Other Subject : CRS REVIEW
Text: [08/29/2023 - BOYLE, SARAH]APPEAL RECEIVED 07/10/2023. ***CID 8/26/23*** ATTORNEY REPRESENTED. REFERRED FOR PMR PEER. RCD, SENT TO ATTNY FOR RTR ON 7/24/23, EXTENSION GRANTED. RTR 7/24/23 - 8/29/23. RCD MEDICAL IN RESPONSE. SENT FOR 2 PEER REVIEWS:1) PMR ADDENDUM, AND 2) PSYCHIATRY. NEW TENT DAY 90 = 11/14/23

**08/29/2023 12:00 PM - CLAIM Note 112**
Claim/Event/Leave: 11580689
NoteSubject : Peer Review
Other Subject : REFERRAL X2
Text: [08/29/2023 - BOYLE, SARAH]REFERRED UPDATED MEDICAL FOR PMR PEER ADDENDUM. CLMT'S FORMS, THE APPEAL, AND RTR RESPONSE ALL INDICATE PSYCH AS AN IMPAIRING DX. REFERRED FOR PSYCHIATRY PEER REVIEW.

**08/29/2023 11:38 AM - CLAIM Note 111**
Claim/Event/Leave: 11580689
NoteSubject : Med Records Rcvd
Other Subject : RTR RESPONSE
Text: [08/29/2023 - BOYLE, SARAH]LTR FROM ATTNY LISTING ATTACHMENTS 1-10 __________ 1. AFFIDAVIT AMY KNIGHT 8/15/23 ____ 2. AFFIDAVIT TERRY KNIGHT (HUSBAND) 8/15/23 . ____ 3. AFFIDAVIT CARL ZVONEK (FATHER) 8/15/23 ____ 4. AFFIDAVIT KATHRYN ZVONEK (MOTHER) 8/15/23 _____ 5. LETTER AND RESTRICTIONS (BASED ON CLMT'S ADDIDAVIT) FROM DR WESTON 8/4/23 ______ 6. DR WEST MED RELEASE - FITNESS FOR DUTY 8/8/23 _____ 7. AVS FROM OUR LADY OF THE LAKE REG MED CTR, ED VISIT 9/2/23 S/P FALL, FX LEFT PATELLA, LT ELBOW PAIN, CONTUSION RT KNEE _______ 8. BATON ROUGE MED CTR 12/20/16 TO 10/13/20 ________ 9. BATON ROUGE CLINIC 7/18/22 TO 6/8/23 _______ 10: WOMAN'S HOSPITAL THERAPY SESSIONS 3/16/23 TO 7/7/23

**08/18/2023 2:00 PM - CLAIM Note 110**
Claim/Event/Leave: 11580689
NoteSubject : Med Records Rcvd
Other Subject : MULTIPLE PROVIDERS
Text: [08/18/2023 - BOOTH, JEFF]ATTORNEY SUBMITTED RESPONSE TO RTR LETTER WHICH INCLUDES: 1. AFFIDAVIT OF AMY KNIGHT (08/15/23) (001). 2. AFFIDAVIT OF TERRY KNIGHT (08/15/23) (004). 3. AFFIDAVIT OF CARL ZVONEK (08/15/23) (005). 4. AFFIDAVIT OFKATH,YN ZVONEK (08/15/23) (006). 5. DR. J_ DAVID WEST PHYSICIAN NOTE AND RECOMMENDED RESTRICTIONS (08/04/23) (007). 6. DR. J_ DAVID WEST LOUISIANA STATE BOARD OF NURSING MEDICAL RELEASE (08/08/23) (015). 7. AMY WEST WATTIGNEY, PA, EMERGENCY DEPARTMENT AFTER VISIT SUMMARY (08/02/23) (020). 8. BATON ROUGE GENERAL MEDICAL RECORDS (12/20/16 TO 10/13/20) (025). 9. BATON ROUGE CLINIC MEDICAL RECORDS (11/11/22 TO 06/08/23) (237). 10. WOMAN'S HOSPITAL MEDICAL RECORDS (03/16/23 TO 07/07/23) (330).[08/23/2023 - BOYLE, SARAH] ATTACHMENTS 1-6 INCLUDED, PER ATTNY LETTER ATTACHMENTS 7-10 WILL BE SENT VIA CERTIFIED MAIL ONLY DUE TO VOLUME

**08/09/2023 9:17 AM - CLAIM Note 109**
Claim/Event/Leave: 11580689
NoteSubject : Other
Other Subject : EXTENSION REQUEST
Text: [08/09/2023 - BOOTH, JEFF]RECEIVED EXTENSION REQUEST FROM LAW OFFICE THROUGH 9/13/23. GRANTED.

**07/25/2023 2:37 PM - CLAIM Note 108**
Claim/Event/Leave: 11580689
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [07/25/2023 - MICHAUD, ROBIN]INVOICE DATED 7/21/2023 FROM RELIABLE RS . INVOICE # 90490-1 IN THE AMOUNT OF $ 660.00 FOR PMR PEER REVIEW BY ANDREW NAVA. INVOICE PAID IN FULL

**07/24/2023 4:08 PM - CLAIM Note 107**
Claim/Event/Leave: 11580689
NoteSubject : Other
Other Subject : RTR
Text: [07/24/2023 - BOOTH, JEFF]RECEIVED PEER, DOES NOT SUPPORT, SENT RTR LETTER.

**07/17/2023 4:58 PM - CLAIM Note 106**
Claim/Event/Leave: 11580689
NoteSubject : Other
Other Subject : STATUS
Text: [07/17/2023 - BOOTH, JEFF]RECEIVED DUPLICATE APPEAL LETTER.

**07/13/2023 8:50 PM - CLAIM Note 105**
Claim/Event/Leave: 11580689
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 7/13/2023 - REFERRED TO RELIABLE REVIEW SERVICES FOR PEER REVIEW.

**07/12/2023 11:32 AM - CLAIM Note 104**
Claim/Event/Leave: 11580689
NoteSubject : Appeal
Other Subject : STATUS

Text: [07/12/2023 - BOOTH, JEFF]88 OF 90 DAYS REMAINING

**07/12/2023 11:31 AM - CLAIM Note 103**
Claim/Event/Leave: 11580689
NoteSubject : Appeal
Other Subject : INITIAL REVIEW
Text: [07/12/2023 - BOOTH, JEFF]PRESCREEN COMPLETED. CODING IS ACCURATE. LTD CON ERISA. CLAIM FILED 02/26/2021. JD ON FILE. AUTH ON FILE. CLAIM DENIED NOT TDOO, DATE OF DENIAL WAS 11/15/2022. APPEAL TIMEFRAME IS 180 DAYS, APPEAL DUE 05/14/2023. LETTER OFAPPEAL RECEIVED 07/10/2023. ATTORNEY REPRESENTED. 57 DAYS. ACTION PLAN: PROCEED WITH REVIEW.

**07/12/2023 7:39 AM - CLAIM Note 102**
Claim/Event/Leave: 11580689
NoteSubject : Appeal
Other Subject : REFERRAL RECVD
Text: [07/12/2023 - DRAKE, KRISTIN]ASSIGNED TO JEFF BOOTH

**07/11/2023 8:50 PM - CLAIM Note 101**
Claim/Event/Leave: 11580689
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 7/11/2023 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**07/11/2023 9:23 AM - CLAIM Note 100**
Claim/Event/Leave: 11580689
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [07/11/2023 - ELLIS, KATIE]AGREE WITH REFERRAL TO CRS

**07/11/2023 8:57 AM - CLAIM Note 99**
Claim/Event/Leave: 11580689
NoteSubject : Ref to Other
Other Subject : M1
Text: [07/11/2023 - MCRORIE, BRITTANY]55 YOF, OCCUPATION: ASSOCIATE BUSINESS ANALYSIS (SED OCC), LDW: 2/24/21, DOD: 2/25/21, LTD BBD: 8/26/21. CID: 8/26/23 DX: R WRIST/ARM PAIN, EE INJURED HER L ARM BACK IN 2018 DUE TO A FALL AT WORK. NOW EE IS HAVING PAININ RARM AND AP WEST HAS SIGNED HER OOW. COMORBID: DEPRESSION, DIABETES, FIBROMYALGIA, TREMOR, L HAND/ARM PAIN. TX PROVIDERS: WEST (PCP), BOURG (RHEM), VATSAVAYI (PSYCH). MN LIMIT APPLIED. 11/8/22 PMR CP REVIEW NOTED: FROM A MUSCULOSKELETAL PERSPECTIVE AND AFTER CONFIRMING WITH CLAIMANT S AP THAT THE MEDICAL RECORDS DO NOT SUPPORT A LESS THAN SEDENTARY CAPACITY, CLAIMANT SHOULD BE CONSIDERED AT FULL-TIME SEDENTARY WORK CAPACITY FROM 6/1/2022 FORWARD. GIVEN THE LONG-STANDING NATURE OFTHE CLAIMANT S SYMPTOMS AND NON-SPECIFIC NATURE OF HER SYMPTOMS, THESE R&LS ARE LIKELY PERMANENT. 11/8/22 PSYCH CP REVIEW NOTED: THE REPORTED SYMPTOMS AND MEDICAL EVALUATION AND TREATMENT RECOMMENDATIONS DO NOT REASONABLY SUPPORT THE PSYCHIATRIC NECESSITY FOR TRANSLATING INTO RESTRICTIONS AND LIMITATIONS FROM 6/1/22 TO ONGOING. BASED ON EE S OCC AND THE PMR FFR SUPPORTING SEDENTARY RLS AND PSYCH FFR NOT SUPPORTING IMPAIRMENT, CLAIM WAS CLOSED FOR NOT TD. RECD LETTER FROM ATTY REQUESTING AN APPEAL. REFERRING TO M1 FOR CRS.

**05/17/2023 3:34 PM - CLAIM Note 98**
Claim/Event/Leave: 11580689
NoteSubject : Other
Other Subject : ATTY
Text: [05/17/2023 - YOUNG, KERI]RCVD LETTER REQUESTING EXTENSION OF APPEAL THROUGH JULY 11/2023.[05/17/2023 - YOUNG, KERI]RESENT LETTER TO ATTY ABOUT EXTENSION

**05/05/2023 11:18 AM - CLAIM Note 97**
Claim/Event/Leave: 11580689
NoteSubject : LTR to Atty
Other Subject : APPEAL EXT
Text: [05/05/2023 - YOUNG, KERI]SENT LETTER TO ATTY FOR EXTENSION OF APPEAL.

**03/03/2023 8:29 AM - CLAIM Note 96**
Claim/Event/Leave: 11580689
NoteSubject : Other
Other Subject : FILE COPY
Text: [03/03/2023 - PILAR, SARAH]COMPLETE COPY OF CLAIM FILE SENT TO ATTY SUPPORT@JPRICEMCNAMARA.COM VIA ONEDRIVE.

**03/01/2023 2:41 PM - CLAIM Note 95**
Claim/Event/Leave: 11580689
NoteSubject : Other
Other Subject :
Text: [03/01/2023 - YOUNG, KERI]REQUESTED COMPLETE CLAIM FILE TO BE SENT TO ATTY

**03/01/2023 2:40 PM - CLAIM Note 94**
Claim/Event/Leave: 11580689

Claim/Event/Leave: 11580689
NoteSubject : Other
Other Subject : AUTH
Text: [03/01/2023 - YOUNG, KERI]RCVD AUTH TO RELASE INFO TO ATTY.

**02/27/2023 10:09 AM - CLAIM Note 93**
Claim/Event/Leave: 11580689
NoteSubject : Other
Other Subject : ATTY
Text: [02/27/2023 - YOUNG, KERI]RCVD ATTY LETTER FOR REQUEST FOR CLAIM FILE.[02/27/2023 - YOUNG, KERI]WAITING ON AUTH FORM ATTY

**02/27/2023 10:07 AM - PHONE Note 29**
Claim/Event/Leave: 11580689
NoteSubject : Called Other
Other Subject : ATTY MCNAMARA
Text: [02/27/2023 - YOUNG, KERI]SPOKE WITH ATTY OFFICE, ADVISED THAT WE ARE NEEDING AUTH IN ORDER TO RELEASE INFORMATION. ERICA IS GOING TO FAX OVER ASAP

**02/10/2023 9:47 AM - CLAIM Note 92**
Claim/Event/Leave: 11580689
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [02/10/2023 - MUELLER, JACQUELINE]INVOICE RECEIVED ON 01/05//2023 FROM RELEASEPOINT. INV#718249 IN THE AMOUNT OF $ 5.00 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**01/28/2023 3:29 PM - CLAIM Note 91**
Claim/Event/Leave: 11580689
NoteSubject : Other
Other Subject : AP LETTER
Text: [01/28/2023 - YOUNG, KERI]RCVD LETTER FORM AP WEST NOTING THAT EE HAS TROUBLE WITH ROUTINE CHORES, UNABLE TO LIFT EVEN LIGHT WEIGHT AND CAN NOT DO REPETITIVE ACTIVITIES WITH HER UPPER EXTREMITIES. HER DEPRESSION AND ANXIETY HAVE INTENSIFIED.

**01/26/2023 12:07 PM - OVERPMT Note 5**
Claim/Event/Leave: 11580689
NoteSubject : OP/SS
Other Subject : SS PENDING
Text: [01/26/2023 - CARMICHAEL, CHERYL]FILE RECEIVED AS A CLOSED CLAIM WITH SS PENDING CURRENTLY WITH ATTORNEY GULF SOUTH DISABILITY LAWYERS - BRANDIE M. SENT LETTER TO CLAIMANT/ATTORNEY TO CONTACT LINCOLN IMMEDIATELY UPON RECEIPT OF AWARD LETTER. SS PENDING FILE CLOSED AT THIS TIME. IF AWARD INFO PROVIDED, REFERRAL WILL BE REOPENED TO CALCULATE OVERPAYMENT.

**01/13/2023 8:51 PM - CLAIM Note 90**
Claim/Event/Leave: 11580689
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY PENDING HAS BEEN RECEIVED AND ASSIGNED TO REBEKAH LATOUR.

**01/13/2023 8:51 PM - CLAIM Note 89**
Claim/Event/Leave: 11580689
NoteSubject : Ref to Other
Other Subject : FRS
Text: FOR SOCIAL SECURITY PENDING.WITH A REASON OF .COMMENTS: SS PENDING, EES USING HER OWN ATTY

**12/01/2022 11:38 AM - PHONE Note 28**
Claim/Event/Leave: 11580689
NoteSubject : EE Called
Other Subject :
Text: [12/01/2022 - YOUNG, KERI]EE CALLED TO SEE IF WE CAN RESEND THE LETTER THAT SHE BEEN TRYING TO OPEN THE EMAIL BUT IT DISAPPEARED. ADVISED THAT SHE SHOULD RCV A HARD COPY SOON BUT I WILL RESEND THE EMAIL. EE ACKNO NFQ

**11/27/2022 11:49 AM - DOCUMENT Note 5**
Claim/Event/Leave: 11580689
NoteSubject : eSignature
Other Subject : Document Expired

**11/26/2022 1:34 PM - DOCUMENT Note 4**
Claim/Event/Leave: 11580689
NoteSubject : eSignature
Other Subject : Document Will Expire

**11/23/2022 12:48 PM - CLAIM Note 88**

Claim/Event/Leave: 11580689
NoteSubject : Social Security
Other Subject : CLOSED CLAIM
Text: [11/23/2022 - GERALD, ROSALIND]CLAIM CLOSED LETTER SENT. LTD CLAIM CLOSED 11/12/22. NOT TD OWN OCC. SSDI REFERRAL CLOSED.

**11/17/2022 1:43 PM - PHONE Note 27**
Claim/Event/Leave: 11580689
NoteSubject : Called EE
Other Subject :
Text: [11/17/2022 - YOUNG, KERI]SPOKE WITH EE, SHE WAS DRIVING BUT WAS PARKING AT THE PHARMACY WHEN WE SPOKE. ADVISED HER THAT WE HAD A REVIEW DONE BY BOARD CERTIFIED PHYSICIAN IN PMR AND PSYCH. BOTH REVIEW ARE NOT SUPPORTING HER DISABILITY. EE STATED THATSHE WAITING ON MRI FOR HER KNEE. SHE FELL OUT OF BED THE OTHER DAY. SHE CAN'T LIFT HER FOOT UP ON CHAIR AND UNABLE TO EVEN DO DISHES. SHE CAN'T EVEN HOLD HER GRANDSON.IT HARD FOR HER TO GET OUT OF BED TO GET DRESS DUE TO THE PAIN. HOW ARE WE EXPECTHER TO GO TO WORK. ADVSIED THAT THE PER THE REVIEW MEDICAL RECORDS DO NOT CONTAIN SUFFICIENT OBJECTIVE INFORMATION TO PROVE OR DISPROVE LESS THAN SEDENTARY WORK CAPACITY. RECOMMENDED THAT SHE SPEAK WITH HER PROVIDERS ABOUT THIS. ADVISED ON SENDING APPEAL LETTER. EE STARTING TO CRY AND GOING ON ABOUT US TAKING HER MONEY FROM HER. SHE WAS INJURED AND WORKED 3YRS TYPING WITH ONE ARE SHE CAN'T EVEN FOLD TOWELS DUE TO ARM PAIN. SUGGESTED HER TO SPEAK WITH WEST AND/OR RHEUMATOLOGIST ABOUT IT. EE STATED THAT NO AP GOING TO LIST OUT ALL THE ISSUES SHE DEALING WITH. AP AND SS DR TOLD HER TO LOOK INTO MEDICAL MARJUANIA BUT NO ONE IN BATON ROUGE WILL PERSCRIPE IT. SHE WOULD HAVE TO PAY OUT OF HER POCKET TO GET IT. NO ONE IS HELPING HER AND HOW CAN WE BE DOING THIS. ADVISED THAT I WOULD EMAIL COPY OF THE CLOSURE LETTER AND ONE IS BEING MAILED AS WELL TO READ IT OVER, SPEAK WITH HER DOCTORS AND CALL ME WITH ANY QUESTIONS. EE CRYING HYSTERICALLY AT THIS POINT AND ENDS THE CALL.

**11/17/2022 1:34 PM - DOCUMENT Note 3**
Claim/Event/Leave: 11580689
NoteSubject : eSignature
Other Subject : Document Not Signed Day 21

**11/17/2022 10:18 AM - OVERPMT Note 4**
Claim/Event/Leave: 11580689
NoteSubject : OP/Refund
Other Subject : LETTER TO CLAIMANT
Text: [11/17/2022 - CARMICHAEL, CHERYL]SENT CLOSED WITH OP LETTER TO EE ON BEHALF OF R.LATOUR REQUESTING REFUND CHECK OR REPAY PLAN FOR THE OP DUE OF $2,452.05 DUE BY 12/01/2022. IF NO RESPONSE, FILE WILL BE REFERRED TO COLLECTIONS.

**11/14/2022 2:26 PM - PHONE Note 26**
Claim/Event/Leave: 11580689
NoteSubject : Called EE
Other Subject :
Text: [11/14/2022 - YOUNG, KERI]CALLED (225) 778-9999 RCVD MSG THAT WIRELESS CALLER IS UNAVIABLE. NOT ABLE TO LVM

**11/14/2022 8:29 AM - CLAIM Note 87**
Claim/Event/Leave: 11580689
NoteSubject : LTR to EE
Other Subject : CLOSURE
Text: [11/14/2022 - YOUNG, KERI]SENT CLOSURE LETTER FOR NOT TD

**11/11/2022 2:09 PM - CLAIM Note 86**
Claim/Event/Leave: 11580689
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [11/11/2022 - ELLIS, KATIE]AGREE WITH CLOSURE WITH CLOSURE FOR NOT TD OO. CLAIM REFERRED FOR PSYCH AND PMR FFR. PSYCH FFR INDICATED PRIMARY DX AS OTHER SPECIFIED DEPRESSIVE DISORDER AND OTHER SPECIFIED ANXIETY DISORDER. BASED ON AVAILABLE MEDICALRECORDS, TREATMENT AND EVAL, THERE WERE NOT ONGOING SUPPORTED ONGOING R/L'S. PMR FFR INDICATED EE WOULD HAVE FULL TIME, SEDENTARY WORK CAPACITY. EE HAS A SEDENTARY OCCUPATION, THEREFORE, BASED ON PMR FFR, EE WOULD NOT BE PRECLUDED FROM MATERIAL ANDSUBSTANTIAL DUTIES OF OWN OCCUPATION.

**11/11/2022 11:25 AM - CLAIM Note 85**
Claim/Event/Leave: 11580689
NoteSubject : Closed
Other Subject : NOT TD OO
Text: [11/11/2022 - YOUNG, KERI]53 YOF, OCCUPATION: ASSOCIATE BUSINESS ANALYSIS (SED OCC), LDW: 2/24/21, DOD: 2/25/21, LTD BBD: 8/26/21. CID: 8/26/23 DX: R WRIST/ARM PAIN, EE INJURED HER L ARM BACK IN 2018 DUE TO A FALL AT WORK. NOW EE IS HAVING PAIN IN RARM AND AP WEST HAS SIGNED HER OOW. COMORBID: DEPRESSION, DIABETES, FIBROMYALGIA, TREMOR, L HAND/ARM PAIN. TX PROVIDERS: WEST (PCP), BOURG (RHEM), VATSAVAYI (PSYCH). MN LIMIT APPLIED. 11/8/22 PMR CP REVIEW NOTED: FROM A MUSCULOSKELETAL PERSPECTIVE AND AFTER CONFIRMING WITH CLAIMANT S AP THAT THE MEDICAL RECORDS DO NOT SUPPORT A LESS THAN SEDENTARY CAPACITY, CLAIMANT SHOULD BE CONSIDERED AT FULL-TIME SEDENTARY WORK CAPACITY FROM 6/1/2022 FORWARD. GIVEN THE LONG-STANDING

NATURE OF THE CLAIMANT S SYMPTOMS AND NON-SPECIFIC NATURE OF HER SYMPTOMS, THESE R&LS ARE LIKELY PERMANENT. 11/8/22 PSYCH CP REVIEW NOTED: THE REPORTED SYMPTOMS AND MEDICAL EVALUATION AND TREATMENT RECOMMENDATIONS DO NOT REASONABLY SUPPORT THE PSYCHIATRIC NECESSITY FOR TRANSLATING INTO RESTRICTIONS AND LIMITATIONS FROM 6/1/22 TO ONGOING. BASED ON EE S OCC AND THE PMR FFR SUPPORTING SEDENTARY RLS AND PSYCH FFR NOT SUPPORTING IMPAIRMENT, RECOMMENDING CLOSURE FOR NOT TD OO

**11/03/2022 2:34 PM - DOCUMENT Note 2**
Claim/Event/Leave: 11580689
NoteSubject : eSignature
Other Subject : Document Not Signed Day 7

**11/02/2022 4:38 PM - CLAIM Note 84**
Claim/Event/Leave: 11580689
NoteSubject : Other
Other Subject : FORMS
Text: [11/02/2022 - YOUNG, KERI]RCVD CIF, CSS, AQ, ID, AND UPDATE ADDRESS - S1 HAS BEEN UPDATED

**10/28/2022 8:50 PM - CLAIM Note 83**
Claim/Event/Leave: 11580689
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND OTHER HAS BEEN REASSIGNED TO REBEKAH LATOUR.

**10/28/2022 12:04 PM - OVERPMT Note 3**
Claim/Event/Leave: 11580689
NoteSubject : OP/Ck Adj
Other Subject : CALL
Text: [10/28/2022 - GOODE, ROBIN]RECEIVED A VM FROM CLAIMANT SHE WAS VERY UPSET THAT SHE HAD TO PAY BACK THE SEVERANCE I CX I APOLOGIES BUT IT IS AN OFFSET ALSO CX THAT HER WC SETTLEMENT IS AN OFFSET AS WELL CREATED A REPAYMENT PLAN OF $222.92 BR FR 12 MONTHS

**10/27/2022 2:34 PM - DOCUMENT Note 1**
Claim/Event/Leave: 11580689
NoteSubject : eSignature
Other Subject : Document Requested

**10/27/2022 1:53 PM - CLAIM Note 82**
Claim/Event/Leave: 11580689
NoteSubject : Ref to Other
Other Subject : FFR
Text: [10/27/2022 - YOUNG, KERI]REF FOR PMR AND PSYCH FFR

**10/27/2022 1:47 PM - CLAIM Note 81**
Claim/Event/Leave: 11580689
NoteSubject : Notice/Proof Review
Other Subject : DAY 30
Text: [10/27/2022 - YOUNG, KERI]SENT NP LETTER FOR CID FORMS

**10/27/2022 1:38 PM - PHONE Note 25**
Claim/Event/Leave: 11580689
NoteSubject : Called AP
Other Subject : GRIFFITH
Text: [10/27/2022 - YOUNG, KERI]SPOKE WITH AP'S OFFICE. ASKED IF EE HAD MRI COMPLETED AND ANY FU OV SINCE 9/22/22 OV. SHE STATED THAT EE SAW DR. GREENE BUT THERE NO REC OF MRI OR FU OV. NFQ

**10/27/2022 1:34 PM - PHONE Note 24**
Claim/Event/Leave: 11580689
NoteSubject : Called EE
Other Subject :
Text: [10/27/2022 - YOUNG, KERI]CALLED EE BUT UNABLE TO LVM - VERIZON MSG SAY CUSTOMER IS NOT AVIABLE AT THIS TIME.

**10/27/2022 11:55 AM - CLAIM Note 80**
Claim/Event/Leave: 11580689
NoteSubject : Med Records Rcvd
Other Subject : GRIFFITH
Text: [10/27/2022 - YOUNG, KERI]RCVD MED REC FROM 2/24/22 OV AND 9/22/22 OV FOR KNEE PAIN/MENISCUS TEAR. AP ORDERED MRI OF L KNEE

**10/19/2022 1:40 PM - OVERPMT Note 2**
Claim/Event/Leave: 11580689
NoteSubject : OP/Ck Adj
Other Subject : ***OVP CREATED
Text: [10/19/2022 - GOODE, ROBIN]THE OVERPAYMENT DUE IS $2,674.97 FOR THE PERIOD OF 05/26/22 THRU 06/25/22

Text: [10/19/2022 - GOODE, ROBIN]THE OVERPAYMENT DUE IS $2,674.97 FOR THE PERIOD OF 05/26/22 THRU 06/23/22. CLAIMANT WAS ORIGINALLY PAID $2,990.11. PAY WAS RECALCULATED DUE TO SEVERANCE AND CLAIMANT SHOULD HAVE BEEN PAID $315.14. DETAILED OP LETTER SENTTO CLAIMANT REQUESTING FULL PAYMENT. FOLLOW UP SET FOR REPAYMENT.

**10/17/2022 1:21 PM - OVERPMT Note 1**
Claim/Event/Leave: 11580689
NoteSubject : OP/Ck Adj
Other Subject : NEW REFERRAL
Text: [10/17/2022 - GOODE, ROBIN]RECEIVED SERVANCE LETTER CX ONE TIME LUM OF $14544.00 WAS PAID FOR 6/5/2022-6/18/2022 OFFSET PLACE WILL SET FU TO COMPLETE CALC

**10/14/2022 8:50 PM - CLAIM Note 79**
Claim/Event/Leave: 11580689
NoteSubject : Ref to Other
Other Subject : FRS
Text: FOR OTHER.WITH A REASON OF SEVERANCE.COMMENTS: EE RCVD SEVERANCE BONUS

**10/14/2022 8:50 PM - CLAIM Note 78**
Claim/Event/Leave: 11580689
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND OTHER HAS BEEN RECEIVED AND ASSIGNED TO ROBIN GOODE.

**10/14/2022 10:02 AM - CLAIM Note 77**
Claim/Event/Leave: 11580689
NoteSubject : LTR to AP
Other Subject : GRIFFIN
Text: [10/14/2022 - YOUNG, KERI]SENT FU FAX TO AP

**10/14/2022 9:58 AM - CLAIM Note 76**
Claim/Event/Leave: 11580689
NoteSubject : Other
Other Subject : SEVERANCE
Text: [10/14/2022 - YOUNG, KERI]RCVD SEVERANCE LETTER

**10/06/2022 2:37 PM - CLAIM Note 75**
Claim/Event/Leave: 11580689
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [10/06/2022 - MAURICE, DANIELLE]INVOICE RECEIVED ON 10/06/2022 AND DATED 09/28/2022 FROM SCANSTAT TECHNOLOGIES. INV# 13F7F105D8ED449BA5F8, IN THE AMOUNT OF $31.50 FOR MEDICAL RECORDS. PAID INVOICE IN FULL

**10/03/2022 3:59 PM - CLAIM Note 74**
Claim/Event/Leave: 11580689
NoteSubject : Action Plan
Other Subject : NP DEC 2022
Text: [10/03/2022 - YOUNG, KERI]53 YOF, OCCUPATION: ASSOCIATE BUSINESS ANALYSIS (SED OCC), LDW: 2/24/21, DOD: 2/25/21, LTD BBD: 8/26/21, EDOC: 1/1/2020 (PER CENSUS FILE), CID: 8/26/23 DX: R WRIST/ARM PAIN, EE INJURED HER L ARM BACK IN 2018 DUE TO A FALL ATWORK. NOW EE IS HAVING PAIN IN R ARM AND AP WEST HAS SIGNED HER OOW. COMORBID: DEPRESSION, DIABETES, FIBROMYALGIA, TREMOR, L HAND/ARM PAIN. 7/20/21 PER PM&R CCS WITH DR. KANELOS: R/LS OF OCCASSIONAL FINGER. TYPE AND GRASP WITH BILATERALUPPER EXTREMITY, OCCASSIONALLY LIFT AND CARRY UP TO 10 LBS WITH BOTH HANDS WILL SUPPORT 3-4 MONTHS FOR MEDICATIONS ADJUST AND 2ND OPINION ON RIGHT WRIST. TX PROVIDERS: WEST (PCP) NOV: MID AUG, BOURG (RHEM) LOV 5/31/21, PSYCHOLOGIST FOV 11/23. MN LIMIT APPLIED *** ACTION PLAN: 1) FU WITH EE IN OCTOBER ON TX/RTW PLANS 2) NO ERTW, REQUEST ONGOING MEDICAL REC AND REF TO PMR FFR 3) FU ON PSYCH CONTACT INFO MIGHT NEED CLINIC REVIEW FOR DEPRESSION. ONCE MED REC RCVD SEND FOR PMR FFR AND PSYCH CCS

**09/30/2022 2:56 PM - CLAIM Note 73**
Claim/Event/Leave: 11580689
NoteSubject : LTR to AP
Other Subject : GRIFFITH
Text: [09/30/2022 - YOUNG, KERI]SENT FU FAX FOR MED REC

**09/30/2022 2:53 PM - CLAIM Note 72**
Claim/Event/Leave: 11580689
NoteSubject : Med Records Rcvd
Other Subject : VATSAVAYI
Text: [09/30/2022 - YOUNG, KERI]RCVD PSYCH REC FROM 3/3/22, 5/26/22 & 9/15/22 OV

**09/30/2022 2:50 PM - CLAIM Note 71**
Claim/Event/Leave: 11580689
NoteSubject : Med Records Rcvd
Other Subject : WEST

Text: [09/30/2022 - YOUNG, KERI]RCVD 1/17/22 AND 7/18/22

**09/20/2022 4:08 PM - CLAIM Note 70**
Claim/Event/Leave: 11580689
NoteSubject : Notice/Proof Review
Other Subject : DAY 1
Text: [09/20/2022 - YOUNG, KERI]SENT NP FOR MED REC AND CID FORMS

**09/20/2022 4:08 PM - CLAIM Note 69**
Claim/Event/Leave: 11580689
NoteSubject : LTR to AP
Other Subject : FAX
Text: [09/20/2022 - YOUNG, KERI]FAX MED REC REQUEST TO GRIFFITH, WEST AND V

**09/20/2022 3:42 PM - PHONE Note 23**
Claim/Event/Leave: 11580689
NoteSubject : EE Called
Other Subject :
Text: [09/20/2022 - YOUNG, KERI]CALLED EE, EE NO LONGER EMPLOYED WITH ER. EE RCVD A SMALL SEVERANCE AROUND $9600 AND WILL FAX OVER THE LETTER. EE SAW PSYCH AP TWICE NOW. AP INCREASED PROZAC ANOTHER 20MIL G. EE LOV WAS THURSDAY AND INCREASED WELLBUTRIN TO300MIL G. EE SAW DR. WEST AND GRIFFITH FOR KNEE TOOK X-RAY BUT DIDN'T SEE ANYTHING BUT EE STILL DEALING WITH KNEE PAIN. DR. WEST PRESCRIBED CELEBREX BUT CAN'T TAKE IT WITH NAPROSYN (FOR HEADACHES) AND ADVIL. EE TRYING TO FU ON MEDICAL MAMAJUANA PRESCRIPTION. EE STILL DEALING WITH L ARM PAIN AND HAND SWELLING. THE SWELLING HAS BEEN SO BAD THAT EE HAD TO GET HER WEDDING RINGS RESIZED. DEALING WITH ALL OVER PAIN. EE FU ON SS ATTY ABOUT ADD L DOC THEY ARE NEEDING. ADVISED THAT I WOULD REQUEST THEREC FORM APS AND WE WOULD LIKE THEM WITHIN 45 DAYS BY 11/3/22.

**08/18/2022 4:32 PM - CLAIM Note 68**
Claim/Event/Leave: 11580689
NoteSubject : LTR to AP
Other Subject : GRIFFIN
Text: [08/18/2022 - YOUNG, KERI]SENT FU FAX

**08/11/2022 3:57 PM - CLAIM Note 67**
Claim/Event/Leave: 11580689
NoteSubject : LTR to EE
Other Subject : GRIFFIN
Text: [08/11/2022 - YOUNG, KERI]SENT FU FAX FOR REC

**08/10/2022 5:06 PM - CLAIM Note 66**
Claim/Event/Leave: 11580689
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [08/10/2022 - MUELLER, JACQUELINE]INVOICE RECEIVED ON 007/06/2022 FROM RELEASEPOINT. INV#716944 IN THE AMOUNT OF $9.00 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**08/03/2022 4:37 PM - CLAIM Note 65**
Claim/Event/Leave: 11580689
NoteSubject : LTR to AP
Other Subject : GRIFFIN
Text: [08/03/2022 - YOUNG, KERI]SENT FU FAX FOR REC

**07/19/2022 11:59 AM - CLAIM Note 64**
Claim/Event/Leave: 11580689
NoteSubject : LTR to AP
Other Subject : GRIFFITH
Text: [07/19/2022 - YOUNG, KERI]SENT ANOTHER FAX TO AP

**06/30/2022 2:21 PM - PHONE Note 22**
Claim/Event/Leave: 11580689
NoteSubject : Called EE
Other Subject : POF
Text: [06/30/2022 - EDWARDS, TAILIYAH]EE RETURNED CALL REGARDING POF AND STATED SHE PROVIDED POF TO ANOTHER CLAIM SPECIALIST. WAITING ON RESPONSE FROM SPECIALIST . SET TASK FOR UPDATE.

**06/30/2022 1:56 PM - PHONE Note 21**
Claim/Event/Leave: 11580689
NoteSubject : Called EE
Other Subject : POA
Text: [06/30/2022 - EDWARDS, TAILIYAH]CALL AND LEFT VM REGARDING SSDI POA.SET TASK FOR UPDATE

**06/24/2022 10:08 AM - CLAIM Note 63**
Claim/Event/Leave: 11580689
NoteSubject : LTR to AP

Other Subject : GRIFFIN
Text: [06/24/2022 - YOUNG, KERI]SEND FU FAX FOR MED REC - INVOICE WAS PAID

**06/24/2022 10:04 AM - CLAIM Note 62**
Claim/Event/Leave: 11580689
NoteSubject : Med Records Rcvd
Other Subject : PERNICIARO
Text: [06/24/2022 - YOUNG, KERI]RCVD 5/20/22 OV - YEARLY CHECK UP

**06/07/2022 11:08 AM - CLAIM Note 61**
Claim/Event/Leave: 11580689
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [06/07/2022 - ALVELO LOPEZ, ASHLEY]INVOICE RECEIVED ON 06/02/2022 AND DATED 05/16/2022 FROM RESOLVE ROI. INV# I-0115743, IN THE AMOUNT OF $20.00 FOR MEDICAL RECORDS. PAID INVOICE IN FULL

**05/31/2022 4:30 PM - CLAIM Note 60**
Claim/Event/Leave: 11580689
NoteSubject : LTR to AP
Other Subject : PERNICIARO
Text: [05/31/2022 - YOUNG, KERI]RP - REQUESTED MED REC FROM OBGYN FOR BONE DENSITY TEST

**05/31/2022 4:26 PM - CLAIM Note 59**
Claim/Event/Leave: 11580689
NoteSubject : LTR to AP
Other Subject : GRIFFIN
Text: [05/31/2022 - YOUNG, KERI]SENT FU FAX FOR MED REC

**05/31/2022 4:12 PM - PHONE Note 20**
Claim/Event/Leave: 11580689
NoteSubject : EE Called
Other Subject :
Text: [05/31/2022 - YOUNG, KERI]EE CALLED TO LET ME KNOW EE WENT TO HAVE BONE DENSITY TEST DONE. EE HAS OSTEOPOROSIS DUE TO HER GOING INTO MENOPAUSE DUE HYSTERECTOMY. DX WITH FLU B. EE STATED THE ER HAS BEEN ASKING ABOUT RTW. SHE ADVISED THEM THAT SHE HAS PROBABLY ONLY GOTTEN WORSE SINCE SHE HAS GONE OOW. SHE ASKED IF SHE IS STILL ABLE TO RCV LTD IF SHE IS NO LONGER EMPLOYED. ADVISED THAT SHE IS STILL ELIGIBLE FOR LTD AS LONG SHE CONTINUES TO SUPPORT ONGOING. EE STATED THAT SHE MIGHT BE GETTING ASEVERANCE PAY BUT NOT SURE YET. IF SHE DOES SHE WILL LET US KNOW. EE WENT TO DR. PERNICIARO AT LOUISIANA WOMEN'S HEALTH 225 - 201-2000

**05/16/2022 1:59 PM - CLAIM Note 58**
Claim/Event/Leave: 11580689
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [05/16/2022 - MAURICE, DANIELLE]INVOICE RECEIVED ON 05/16/2022 AND DATED 05/16/2022 FROM RESOLVEROI. INV # 1-0115743, IN THE AMOUNT OF $20.00 FOR PAGES OF MEDICAL RECORDS FROM BATON ROUGE ORTHOPAEDIC CLINIC . INVOICE PAID IN FULL

**05/12/2022 11:19 AM - CLAIM Note 57**
Claim/Event/Leave: 11580689
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [05/12/2022 - ALVELO LOPEZ, ASHLEY]INVOICE RECEIVED ON 05/10/2022 AND DATED 05/10/2022 FROM MEDSOUTH RECORD MANAGEMENT. INV# N-A, IN THE AMOUNT OF $70.44 FOR MEDICAL RECORDS. PAID INVOICE IN FULL

**05/11/2022 3:01 PM - CLAIM Note 56**
Claim/Event/Leave: 11580689
NoteSubject : Medical Status
Other Subject : BATON ROUGE
Text: [05/11/2022 - YOUNG, KERI]RCVD FAX CONFIRM AP RCVD REQUEST

**05/02/2022 2:26 PM - PHONE Note 19**
Claim/Event/Leave: 11580689
NoteSubject : Called EE
Other Subject :
Text: [05/02/2022 - YOUNG, KERI]SPOKE WITH EE ABOUT TX FOR KNEES. EE STATED THAT THEY DID AN X-RAY BUT DIDN'T SEE ANYTHING WRONG. SHE IS STILL DEALING WITH A LOT OF PAIN AND NOT SURE WAY. SHE HAS NOT FU BACK UP WITH ORTHO BUT IS PLANNING TO SEE AP WEST (PCP) SOON. SHE HAS FU WITH VATSAVAYI IN THE NEXT WEEK OR 2. ADVISED THAT IF THEY RECOMMEND ANY ADD'L TX FOR HER KNEE TO LET ME KNOW.

**05/02/2022 2:13 PM - CLAIM Note 55**
Claim/Event/Leave: 11580689
NoteSubject : LTR to AP
Other Subject : BATON ROUGE CLINIC
Text: [05/02/2022 - YOUNG, KERI]FAXED MED REC REQUEST TO GRIFFIN FROM 1/1/22-PRES AND VENUGOPAL FROM 1/7/22 -

Text: [03/02/2022 - YOUNG, KERI]FAXED MED REC REQUEST TO GRIFFIN FROM 1/1/22-PRES AND VENUGOPAL FROM 1/7/22-PRES

**04/18/2022 1:43 PM - PHONE Note 18**
Claim/Event/Leave: 11580689
NoteSubject : Called EE
Other Subject : POF
Text: [04/18/2022 - GERALD, ROSALIND]RETURNED CALL TO EE REGARDING STATUS OF POF. LEFT VM ADVISING EE THAT I WAS UNABLE TO MAKE CONTACT WITH ATTORNEYS OFFICE. CALLED ATTORNEYS OFFICE AND WAS UNABLE TO LEAVE A VM DUE TO MAILBOX BEIN FULL. EMAILED ATTORNEYTO OBTAIN STATUS OF POF, EMAIL WAS RETURNED UNDELIVERABLE.

**04/13/2022 3:10 PM - CLAIM Note 54**
Claim/Event/Leave: 11580689
NoteSubject : Social Security
Other Subject : SSDI STATUS
Text: [04/13/2022 - GERALD, ROSALIND]EE FILED SSDI ON 6/24/21. CALLED EE AND LEFT VM REGARDING STATUS OF SSDI APPLICATION. CALLED EE ATTORNEY ON THE NUMBER THAT IS LISTED ON THE POF LOCATED IN THE DOC LIST AND WAS UNABLE TO LEAVE VM DUE TO VM BOX NOT SET-UP TO RETRIEVE MESSAGES. EMAILED ATTORNEY AT BRANDIE@GULFSOUTHDISABILITY.COM REQUESTING FOR STATUS OF SSDI APPLICATION.

**03/21/2022 11:01 AM - CLAIM Note 53**
Claim/Event/Leave: 11580689
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [03/21/2022 - DOW, KAITLYN]INVOICE RECEIVED ON 3/21/2022 AND DATED 3/18/2022 FROM RESOLVE ROI. INV # I0109465, IN THE AMOUNT OF $20.00 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**03/15/2022 1:04 PM - CLAIM Note 52**
Claim/Event/Leave: 11580689
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [03/15/2022 - DEVLIN, TAMIE]INVOICE #715895- RECEIVED ON 2/3//2022 FROM RELEASEPOINT FOR MEDICAL RECORDS. INVOICE PAID IN FULL AMOUNT OF $200.81

**03/07/2022 10:48 AM - CLAIM Note 51**
Claim/Event/Leave: 11580689
NoteSubject : LTR to AP
Other Subject : GRIFFITH
Text: [03/07/2022 - YOUNG, KERI]FAX MED REC REQUEST TO AP FOR 2/24/22 OV ABOUT EE'S KNEES

**02/18/2022 2:21 PM - PHONE Note 17**
Claim/Event/Leave: 11580689
NoteSubject : Called EE
Other Subject :
Text: [02/18/2022 - YOUNG, KERI]SPOKE WITH EE AND CONFIRMED SHE HAS NOT FU WITH RHEUM BOUG, LOV 5/10/21. EE DOES HAVE FU WITH DR. V (PSYCH) ON 3/3/22 TO DISCUSS MEDS. EE CAUGHT COVID AROUND 2/1/22 AND HAVE BEEN REALLY SICK BUT DID NOT HAVE TO GO TO HX. CURRENTLY TAKING STEROIDS' AND COUGH MEDS. AP PRESCRIBED AN INHALER TO HELP WITH COUGH. EE GOING TO SEE ORTHO ON THURSDAY FOR KNEES. EE FELL TWICE AND THINKS SHE TWISTED L KNEE BUT BOTH ARE BOTHERING HER. SHE WILL SS BRIAN GRIFFIN AT BATON ROUGE ORTHOPEDIC ON 2/24/22. ASKED HER TO SEND ME THAT OV BECAUSE WE ARE LOOKING AT SEND THE CLAIM OUT FOR REVIEW AND WOULD LIKE TO HAVE ALL CURRENT REC. EE AKNO AND SAID SHE WOULD.

**02/15/2022 8:21 AM - PHONE Note 16**
Claim/Event/Leave: 11580689
NoteSubject : EE Called
Other Subject :
Text: [02/15/2022 - YOUNG, KERI]EE LVM WANTING TO CONFIRM WE RCVD THE INFO WE NEEDED BECAUSE AP WAS SENDING OVER WHILE SHE WAS THEIR

**02/08/2022 11:27 AM - CLAIM Note 50**
Claim/Event/Leave: 11580689
NoteSubject : Social Security
Other Subject : SSDI STATUS
Text: [02/08/2022 - GERALD, ROSALIND]POA LETTER SENT. NOT IN DOC LIST. PER EE SSDI FILED WITH OWN ATTY 06/24/21.

**02/04/2022 10:15 AM - CLAIM Note 49**
Claim/Event/Leave: 11580689
NoteSubject : Med Records Rcvd
Other Subject : VATSAVAYI
Text: [02/04/2022 - YOUNG, KERI]RCVD 1/6/22 OV - ADJUSTED MEDS AND TO FU IN 3MO (AROUND 4/6/22)

**02/03/2022 9:07 AM - CLAIM Note 48**
Claim/Event/Leave: 11580689
NoteSubject : Med Records Rcvd

Other Subject : WEST
Text: [02/03/2022 - YOUNG, KERI]RCVD MCL FORM - AP NOTED LEST THEN SED AT LEST 6MO POSSIBLE LIFETIME

**01/25/2022 4:31 PM - CLAIM Note 47**
Claim/Event/Leave: 11580689
NoteSubject : LTR to AP
Other Subject : WEST
Text: [01/25/2022 - YOUNG, KERI]FAXED MCL FORM TO AP

**01/25/2022 4:27 PM - CLAIM Note 46**
Claim/Event/Leave: 11580689
NoteSubject : LTR to AP
Other Subject : VATSAVAYI
Text: [01/25/2022 - YOUNG, KERI]FAX MED REC REQUEST FORM 11/24/21 - P

**01/25/2022 4:23 PM - CLAIM Note 45**
Claim/Event/Leave: 11580689
NoteSubject : Med Records Rcvd
Other Subject : WEST
Text: [01/25/2022 - YOUNG, KERI]RCVD 9/22 & 1/17/22 OV WITH AP WEST - FU IN 6MO

**01/24/2022 4:20 PM - PHONE Note 15**
Claim/Event/Leave: 11580689
NoteSubject : Called EE
Other Subject :
Text: [01/24/2022 - YOUNG, KERI]CALLED EE TO ADVISED ON THE MED REC RCVD. ADVISED THAT LAST REC FROM WEST WAS 9/2/21, BOURG 5/10/21 AND DR. VATSAVAY 11/23/21. SHE CONFIRM SHE DIDN'T HAVE FU BOURG AND SAW WEST 1/17/22 AND DR. V ON 1/6/22. TALKED TO DR. V WANTED TO INCREASE PROZAC SINCE CYMBALTA DIDN'T WORK. WAITING TO HER BACK WITH DR. V DUE TO HIM BEING ON VACATION. SPOKE WITH PSYCH FROM SS ABOUT PAIN ISSUES AND HE ADVISED THAT SOME PEOPLE HAVE FOUND MEDICAL MARIJUANA HAS HELPED. EE SPOKE WITH DR. WEST ABOUT IT BUT HE STATED NO A LOT OF AP IN LA ARE ABLE TO PRESCRIBE IT. NEURO MEDICAL CAN PRESCRIBED BUT SHE DOESN'T WANT TO GO THERE DUE TO PRIOR WORK HISTORY WITH THEM. WEST SAID AP AT THEIR OFFICE IS GETTING TRAINED IN IT SO SHE MIGHT FU ABOUT IT. NOV WITH WEST LATER, SHE COULDN'T REMEMBER THE DATE (EE SEEM TO BE STRUGGLING REMEMBER THINGS) SHE STATED THAT AP SAID THER ISN'T MUCH THEY CAN DO RIGHT NOW. SHE GOING FU WITH RHEMU ABOUT THEY FIBRO PAIN. ASKED EE IF SHE CAN FU WITH AP'S OFFICE ONTHE JAN REC AND SEE IF SHE OR THE OFFICE CAN SEND THEM OVER FOR DR. WEST AND V.

**01/24/2022 4:14 PM - CLAIM Note 44**
Claim/Event/Leave: 11580689
NoteSubject : Med Records Rcvd
Other Subject : BATON ROUGE CLINIC
Text: [01/24/2022 - YOUNG, KERI]RCVD MED REC DAVID WEST 5/19/21, 9/2/21 - FU IN 4MO (JAN) VATSAVAYI 11/23/21 - FU 4 WEEK, ANGEIE BOURG 5/10/21

**01/12/2022 3:03 PM - CLAIM Note 43**
Claim/Event/Leave: 11580689
NoteSubject : LTR to EE
Other Subject : NP
Text: [01/12/2022 - YOUNG, KERI]SENT NP FOR MED REC

**01/12/2022 3:00 PM - PHONE Note 14**
Claim/Event/Leave: 11580689
NoteSubject : Called EE
Other Subject :
Text: [01/12/2022 - YOUNG, KERI]SPOKE WITH EE HER DR. V (PSYCH) AND IT INCREASING HER PROZAC. SHE HAS A FU WITH HIM IN 2MO FOR EARLY MARCH. SHE HAS OV WITH WEST ON 1/17/21. ASKED IF DR. V IS WITH THE BATON ROUGE CLINIC, EE STATED THAT HE WAS PART OF THE CLINIC BUT AT A DIFFERENT LOCATION. ADVISED THAT I'M WAITING ON MED REC FROM THE CLINIC WHICH WILL HOPEFULLY INCLUDED EVERYTHING. IF WE NEED ADD'L INFO I WOULD LET HER KNOW.

**01/12/2022 2:50 PM - PHONE Note 13**
Claim/Event/Leave: 11580689
NoteSubject : EE Called
Other Subject :
Text: [01/12/2022 - YOUNG, KERI]EE LVM WANTING TO UPDATE ME WITH APPT WITH PSYCH. NOV WITH DR. WEST IS ON 1/17/21.

**01/12/2022 2:48 PM - CLAIM Note 42**
Claim/Event/Leave: 11580689
NoteSubject : Medical Status
Other Subject :
Text: [01/12/2022 - YOUNG, KERI]RP ID: 8712984 PROVIDER: BATON ROUGE CLINIC - PLEASE BE ADVISED THAT RELEASEPOINT HAS SUSPENDED THIS ORDER FOR THE FOLLOWING REASON: FACILITY IS REQUESTING A FEE THAT EXCEEDS CARRIER LIMIT: E-MAIL NOTICE TO CUSTOMER REQUESTED BE ADVISED, FACILITY'S COPY SERVICE - MEDSOUTH RECORD MANAGEMENT IS REQUESTING AN AMOUNT OF $176.81 FOR THE RECORDS REQUESTED WITH TOTAL

PAGES OF 91. THERE IS AN ADDITIONAL CARD OF $5 FOR CREDIT CARD MOFE OF PAYMENT. THE NEW AMOUNT NOWIS $181.81.

**12/29/2021 12:22 PM - PHONE Note 12**
Claim/Event/Leave: 11580689
NoteSubject : EE Called
Other Subject :
Text: [12/29/2021 - YOUNG, KERI]EE CALLED TO LET US KNOW THAT SHE HAS AN APPT WITH DR. WEST ON 1/17/22 AND SHE SAW 2 APS SCHEDULED BY SS. ONCE WAS FOR PSYCH AND ANOTHER ONE DID A COMPREHENSIVE EXAMINATION. ADVISED THAT NOT SURE WE WOULD BE ABLE TO OBTAIN THE REC FROM SS. SHE STATED THAT HER ATTY MIGHT RCV THEM. EE NFQ

**12/26/2021 5:07 PM - CLAIM Note 41**
Claim/Event/Leave: 11580689
NoteSubject : Social Security
Other Subject : SSDI UPDATE
Text: [12/26/2021 - ANDREWS, ANNE]SSDI FILED OWN ATTY 06/24/21. NO POA IN DOC LIST. REVIEW IN 30 DAYS 01/26/21 (7TH MONTH)

**12/21/2021 11:25 AM - CLAIM Note 40**
Claim/Event/Leave: 11580689
NoteSubject : Other
Other Subject :
Text: [12/21/2021 - JOHNSON, RENATA]RCVD NOTIFICATION FROM BATON ROUGE CLINIC AUTH NEEDED[12/21/2021 - JOHNSON, RENATA]AUTH SENT TO CLMT

**12/09/2021 4:47 PM - CLAIM Note 39**
Claim/Event/Leave: 11580689
NoteSubject : LTR to AP
Other Subject : RP
Text: [12/09/2021 - YOUNG, KERI]RP - REQUESTED MED REC FROM DR. WEST, DR. VATSAVAYI AND DR. BOURG

**12/09/2021 4:46 PM - CLAIM Note 38**
Claim/Event/Leave: 11580689
NoteSubject : LTR to EE
Other Subject : NP
Text: [12/09/2021 - YOUNG, KERI]SENT NP FOR MED REC

**12/09/2021 4:36 PM - PHONE Note 11**
Claim/Event/Leave: 11580689
NoteSubject : Called EE
Other Subject :
Text: [12/09/2021 - YOUNG, KERI]SPOKE WITH AMY, EE SAW PSYCH TAKE OFF PROZAC AND TRY CYMBALTA TO SEE IF THAT WOULD HELP WITH FIBRO. EE HAD TRIED IT BEFORE DUE TO THE SIDE EFFECT HAD STOPPED. EE HAS 1/6/21 FU WITH PSYCH. HAS SOME APPT 12/21 & 22 FOR SS. ASKED EE FOR CONTACT INFO VENUGOPAL VATSAVAYI 225-381-2621 NORTH BLVD, BR, LA FOV 11/23/21. EE WAS GOING TO WORK ON FU WITH RHEUMATOLOGIST. HER LEFT ARM HAS BEEN SWELLING IN ELBOW AND HAND. ASKED IF LOV WITH AP WAS IN MAY, EE THOUGHT SO. ORTHO STATED THEY COULDN'T DO ANYTHING ELSE FOR HER. SHE THING SHE SAW DR WEST IN AUG BUT HE OVER SEEING EVERYTHING. SHE IS WORKING ON SCHEDULE ANOTHER APT WITH IN FOR BLOOD WORK AND FU. ADVISED THAT WE ARE NEEDING ONGOING MED REC FOR HER CLAIM. EE STATED THAT NOV WITH PSYCH THEY ARE PLANNING ON DOING AN EVAL. TOLD HER TO KEEP ME UPDATED.

**12/02/2021 11:55 AM - CLAIM Note 37**
Claim/Event/Leave: 11580689
NoteSubject : Social Security
Other Subject : SSDI UPDATE
Text: [12/02/2021 - ANDREWS, ANNE]SSDI FILED OWN ATTY 06/24/21. REVIEW IN SIX MONTHS FOR NOA = 12/24/21. ***A.ANDREWS FOR R.GERALD***

**11/01/2021 1:28 PM - CLAIM Note 36**
Claim/Event/Leave: 11580689
NoteSubject : Social Security
Other Subject : POA LETTER
Text: [11/01/2021 - GERALD, ROSALIND]POA LETTER SENT.

**10/05/2021 11:57 AM - PHONE Note 10**
Claim/Event/Leave: 11580689
NoteSubject : Called EE
Other Subject :
Text: [10/05/2021 - YOUNG, KERI]SPOKE TO EE TO ASK HER IF HER WC WAS FILED UNDER HER CURRENT ER OR ANOTHER ER. EE STATED THAT WORKING FOR MOLINA AT THE TIME BUT IT WAS SOLD TO DXC WHICH THEN SPLIT INTO GAINWELL. SO THE WC WAS FILED UNDER MOLINA. ASKED IF SHE IS RCV MONTHLY PAYMENT FROM WC. EE STATED NO THAT SHE ONLY RCVD THE LUMP SUM LAST YEAR. ADVISED THAT A PAYMENT WAS ISSUED BUT THERE IS AN OFFSET OF THE $161 WHICH WAS NOTED ON THE WC SETTLEMENT BUT I WOULD LOOK INTO IT.

**10/04/2021 5:24 PM - CLAIM Note 35**
Claim/Event/Leave: 11580689
NoteSubject : Other
Other Subject : PAYMENT SERVICES
Text: [10/04/2021 - AUBIN, NANCY]REFERRAL RECEIVED AND SCHEDULED PAYMENT WITH WCOF $161.29 MONTHLY PER WC SETTLEMENT IN DOC LIST. SCHEDULED PAYMENT THRU 8/25/2023.

**10/01/2021 3:12 PM - CLAIM Note 34**
Claim/Event/Leave: 11580689
NoteSubject : Social Security
Other Subject : POA
Text: [10/01/2021 - GERALD, ROSALIND]OWN ATTORNEY. WAITING ON POA

**09/30/2021 8:51 PM - CLAIM Note 33**
Claim/Event/Leave: 11580689
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF OFFSETS HAS BEEN RECEIVED AND ASSIGNED TO NANCY AUBIN.

**09/30/2021 8:51 PM - CLAIM Note 32**
Claim/Event/Leave: 11580689
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR OFFSETS. COMMENTS: RCVD WC SETTLEMENT LETTER

**09/30/2021 12:55 PM - CLAIM Note 31**
Claim/Event/Leave: 11580689
NoteSubject : Other
Other Subject : WC SETTLEMENT
Text: [09/30/2021 - YOUNG, KERI]RCVD EE WC SETTLEMENT

**09/30/2021 12:53 PM - PHONE Note 9**
Claim/Event/Leave: 11580689
NoteSubject : Called EE
Other Subject :
Text: [09/30/2021 - YOUNG, KERI]R/C EE'S CALL, SHE WAS CRYING. ADVISED THAT WE NEED A COPY OF WC SETTLEMENT AGREEMENT. SHE STATED THAT SHE HAS A COPY AND WILL EMAIL IT OVER. ASKED IF SHE HAS ANY UPDATE ON TX. EE SAY AP WEST THIS MONTH AND HAS FU 10/15 FORHER EYES AND PSYCH ON 11/23/21. EE ASKED IF WE KNOW WHEN HER PAYMENT WILL BE ISSUED. ADVISED THAT I'M NOT SURE BUT HOPEFULLY I'LL HAVE AN UPDATE TOWARDS THE END OF NEXT WEEK. EE ASKED IF SHE COULD RCV A LETTER WITH THE AMOUNT SHE WILL RCV. ADVISED THAT I CAN SEND HER LETTER.

**09/30/2021 12:38 PM - PHONE Note 8**
Claim/Event/Leave: 11580689
NoteSubject : EE Called
Other Subject :
Text: [09/30/2021 - SCALES, KEISHA]EE CALLED UPSET ABOUT REQUEST FOR W/C INFO. EE STARTED CRYING STATED SHE ISN'T RECEIVING ANY INCOME FROM W/C SHE SENT A COPY OF THE CHECK SHE REC'D IN DECEMBER BUT THAT WAS A SETTLEMENT CHECK SHE GOT. INQ IF THERE IS A LETTER STATING THE DATES THE AWARD? EE ADV NO. EE ADV ADCM WAS GOING TO REACH OUT TO PSU AND GIVE HER A CALL BACK. ADV WILL SEND EMAIL TO ADCM TO RETURN CALL.

**09/30/2021 8:15 AM - CLAIM Note 30**
Claim/Event/Leave: 11580689
NoteSubject : LTR to EE
Other Subject : EMAIL
Text: [09/30/2021 - YOUNG, KERI]EMAILED EE ASKING FOR A COPY OF THE WC AWARD SETTLEMENT LETTER

**09/29/2021 8:50 PM - CLAIM Note 29**
Claim/Event/Leave: 11580689
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF OFFSETS HAS BEEN RECEIVED AND ASSIGNED TO DONNA MILLS.

**09/29/2021 8:50 PM - CLAIM Note 28**
Claim/Event/Leave: 11580689
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR OFFSETS. COMMENTS: RCVD A COPY OF WC SETTLEMENT CHECK DATE 12/21/2020 - INITIAL CAL HAS BEEN COMPLETED BUT NO PAYMENT ISSUED.

**09/29/2021 8:13 PM - CLAIM Note 27**
Claim/Event/Leave: 11580689

NoteSubject : Other
Other Subject : PAYMENT SERVICES
Text: [09/29/2021 - MILLS, DONNA]RECEIVED OFFSET REFERRAL AND REJECTED. A COPY OF THE WC SETTLEMENT CHECK IS WHAT WAS RECEIVED BUT WE NEED TO SEE THE AWARD LETTER.

**09/29/2021 10:56 AM - CLAIM Note 26**
Claim/Event/Leave: 11580689
NoteSubject : Other
Other Subject : WC CHECK
Text: [09/29/2021 - YOUNG, KERI]RCVD COPY OF EE WC SETTLEMENT CHECK FORM 12/21/20 $59,522.00

**09/29/2021 10:51 AM - PHONE Note 7**
Claim/Event/Leave: 11580689
NoteSubject : EE Called
Other Subject :
Text: [09/29/2021 - YOUNG, KERI]EE CALLED TO FU ON HER PAYMENT, ADVISED THAT WE ARE WAITING ON HER WC SETTLEMENT PRIOR TO RELEASING A PAYMENT. EE STATED THAT SHE IS NOT RECEIVING WC PAYMENT. IT TOOK OVER 3YRS FIGHTING WITH WC AND THEY FINALLY SETTLED LASTYEAR AND SHE RCVD A LUMP SUM ON 12/21/20 FOR $59,522.00. EE FORWARDED THE CHECK WHILE ON THE PHONE. ADVISED THAT I WOULD SEND THIS OVER THE PSU AND IF ANY ADD'L INFO WAS NEED I WOULD LET HER KNOW.

**09/27/2021 3:47 PM - CLAIM Note 25**
Claim/Event/Leave: 11580689
NoteSubject : Other
Other Subject : DDA
Text: [09/27/2021 - YOUNG, KERI]RCVD DDA

**09/13/2021 7:03 PM - CLAIM Note 24**
Claim/Event/Leave: 11580689
NoteSubject : Social Security
Other Subject : ATTY
Text: [09/13/2021 - YOUNG, KERI]RCVD FAX FROM EE'S SS ATTY THAT SHE HAS FILE INITIAL APP

**09/10/2021 1:21 PM - CLAIM Note 23**
Claim/Event/Leave: 11580689
NoteSubject : Other
Other Subject : PAYMENT SERVICES
Text: [09/10/2021 - MILLS, DONNA]ADVISED CS TO OBTAIN WC SETTLEMENT INFORMATION.

**09/10/2021 1:20 PM - CLAIM Note 22**
Claim/Event/Leave: 11580689
NoteSubject : Other
Other Subject : BENEFIT CALCULATION
Text: [09/10/2021 - MILLS, DONNA]COMPLETED INITIAL PAYMENT CALCULATION BASED ON PAYSTUB PPE 2/27/21 $30.30192*40*52/12=$5252.33 THE BENEFIT IS 60% OR $3,151.40. THE INITIAL PAYMENT WORKSHEET HAS BEEN SAVED TO THE DOC LIST. DID NOT SET UP SCHEDULED PAYMENTDUE TO WC SETTLEMENT INFORMATION NEEDED.

**09/09/2021 11:59 AM - PHONE Note 6**
Claim/Event/Leave: 11580689
NoteSubject : EE Called
Other Subject :
Text: [09/09/2021 - YOUNG, KERI]EE CALLED ABOUT THE SS LETTER SHE RCVD STATING THAT SHE WASN'T A GOOD CANDIDATE FOR SSDI BENEFITS. EE STATED THAT SHE DOESN'T THINK SHE WILL BE ABLE TO RTW IN HER OCC OR LESSOR OCC. SHE IS WORKING WITH SS ATTY, GULF SOUTH DISABILITY LAWYERS, CM: BRANDIE. PH. 225-416-0725 EMAIL: BRANDIE@GULFSOUTHDISABILITY.COM

**09/07/2021 11:39 AM - CLAIM Note 21**
Claim/Event/Leave: 11580689
NoteSubject : Other
Other Subject : SALARY VERIFICATION
Text: [09/07/2021 - MILLS, DONNA]FROM: MILLS, DONNA SENT: TUESDAY, SEPTEMBER 7, 2021 11:38 AM TO: JANICE.THOMAS2@GAINWELLTECHNOLOGIES.COM; JAMES.MCCALL@GAINWELLTECHNOLOGIES.COM CC: BENEFITS@GAINWELLTECHNOLOGIES.COM SUBJECT: LTD SALARY VERIFICATION -AMY RAY KNIGHT - LTD CLAIM 11580689 GOOD MORNING, I AM A PAYMENT SPECIALIST IN THE FINANCIAL SERVICES DEPARTMENT WITHIN DISABILITY CLAIMS, AND I AM CONTACTING YOU FOR SALARY VERIFICATION REGARDING THE LTD CLAIM FOR AMY RAY KNIGHT, (EMP #11553809AND DOB PLEASE PROVIDE THE FOLLOWING: A COPY OF THE EMPLOYEE S EARNINGS STATEMENT FOR THE PAY PERIOD ENDING PRIOR TO, BUT NOT INCLUDING, THE DISABILITY DATE OF 02/25/2021. CONFIRM THE STANDARD NUMBER OF HOURS THIS EMPLOYEE WASSCHEDULED TO WORK PER PAY PERIOD PRIOR TO DISABILITY.

**09/01/2021 9:03 AM - CLAIM Note 20**
Claim/Event/Leave: 11580689
NoteSubject : Other
Other Subject : FORMS
Text: [09/01/2021 - YOUNG, KERI]RCVD AUTH, AGREEMENT CONCERNING BENEFITS, FIQ, SSRA, TEE, WC - BLANK, CIF, CSS, AO

AQ

**08/26/2021 8:50 PM - CLAIM Note 19**
Claim/Event/Leave: 11580689
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN RECEIVED AND ASSIGNED TO DONNA MILLS.

**08/26/2021 10:39 AM - CLAIM Note 18**
Claim/Event/Leave: 11580689
NoteSubject : Other
Other Subject : FORMS
Text: [08/26/2021 - YOUNG, KERI]RCVD FORMS - FIQ, SSRA, TEE, WC, AUTH, CIF, CSS, AQ[08/26/2021 - YOUNG, KERI]NOTED ON WC N/A

**08/25/2021 8:51 PM - CLAIM Note 17**
Claim/Event/Leave: 11580689
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR INITIAL PAYMENT CALCULATION. COMMENTS: INITIAL CAL

**08/25/2021 2:56 PM - PHONE Note 5**
Claim/Event/Leave: 11580689
NoteSubject : Called EE
Other Subject :
Text: [08/25/2021 - YOUNG, KERI]SPOKE WITH EE TO ADVISED HER THAT SHE HAS BEEN APPROVED, BBD 8/26/21 AND SHE WILL BE PAID MONTHLY BY LFG. TOLD HER THAT WE WILL NEED A COPY OF THE FORMS BACK. SHE STATED THAT SHE MAILED THEM BACK SO WE SHOULD HAVE THEM SOON.EE HAS APPT 9/2/21 AP WEST AND EYE APPT 10/1/21. SHE HAS NOT BEEN ABLE MOVE HER PSYCH OV UP. EE HAS APPLIED FOR SSDI AND IS WORKING WITH AN ATTY. ASKED HER TO SEND ME COPY OF APP LETTER OR HAVE HER ATTY SEND US POA

**08/25/2021 12:04 PM - CLAIM Note 16**
Claim/Event/Leave: 11580689
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [08/25/2021 - ADAMS, STEPHANIE]MANAGER AGREES W/ THE DECISION TO APPROVE CLAIM FOR OWN OCC GIVEN R&LS IN PMR CCS VS OCC DEMANDS. A PRE-EX INVESTIGATION IS N/A BASED UPON EDOC. CLAIM IS NOT SUCCESSIVE. CLAIM WILL BE REFERRED TO PSU. CLASS, TAXABILITY, LDW, DX, DOD, AND BBD ARE CORRECT. WC/SUBRO/SIU/VOC ARE ALL N/A AT THIS TIME. MANAGER AGREES W/ THE OUTLINED ACTION PLAN IN PLACE. F/U TASKS ARE IN PLACE AND ARE APPROPRIATE. APPROVAL LETTER TO BE SENT.

**08/25/2021 10:29 AM - CLAIM Note 15**
Claim/Event/Leave: 11580689
NoteSubject : Action Plan
Other Subject : NP SEPT 2022
Text: [08/25/2021 - YOUNG, KERI]53 YOF, OCCUPATION: ASSOCIATE BUSINESS ANALYSIS (SED OCC), LDW: 2/24/21, DOD: 2/25/21, LTD BBD: 8/26/21, EDOC: 1/1/2020 (PER CENSUS FILE), CID: 8/26/23 DX: R WRIST/ARM PAIN, EE INJURED HER L ARM BACK IN 2018 DUE TO A FALL ATWORK. NOW EE IS HAVING PAIN IN R ARM AND AP WEST HAS SIGNED HER OOW. COMORBID: DEPRESSION, DIABETES, FIBROMYALGIA, TREMOR, L HAND/ARM PAIN. 7/20/21 PER PM&R CCS WITH DR. KANELOS: R/LS OF OCCASSIONAL FINGER. TYPE AND GRASP WITH BILATERALUPPER EXTREMITY, OCCASSIONALLY LIFT AND CARRY UP TO 10 LBS WITH BOTH HANDS WILL SUPPORT 3-4 MONTHS FOR MEDICATIONS ADJUST AND 2ND OPINION ON RIGHT WRIST. TX PROVIDERS: WEST (PCP) NOV: MID AUG, BOURG (RHEM) LOV 5/31/21, PSYCHOLOGIST FOV 11/23. MN LIMIT APPLIED *** ACTION PLAN: 1) FU WITH EE IN OCTOBER ON TX/RTW PLANS 2) NO ERTW, REQUEST ONGOING MEDICAL REC AND REF TO PMR FFR 3) FU ON PSYCH CONTACT INFO MIGHT NEED CLINIC REVIEW FOR DEPRESSION [12/09/2021 - YOUNG, KERI]ONCE MED REC RCVD SEND FOR PMR FFR AND PSYCH CCS[03/07/2022 - YOUNG, KERI]SENDING FOR PMR FFR[08/09/2022 - YOUNG, KERI]S1

**08/25/2021 10:27 AM - CLAIM Note 14**
Claim/Event/Leave: 11580689
NoteSubject : Approved
Other Subject : INITIAL
Text: [08/25/2021 - YOUNG, KERI]53 YOF, OCCUPATION: ASSOCIATE BUSINESS ANALYSIS (SED OCC), LDW: 2/24/21, DOD: 2/25/21, LTD BBD: 8/26/21, EDOC: 1/1/2020 (PER CENSUS FILE), CID: 8/26/23 DX: R WRIST/ARM PAIN, EE INJURED HER L ARM BACK IN 2018 DUE TO A FALL ATWORK. NOW EE IS HAVING PAIN IN R ARM AND AP WEST HAS SIGNED HER OOW. COMORBID: DEPRESSION & ANXIETY, DIABETES, FIBROMYALGIA, TREMOR, L HAND/ARM PAIN. 7/20/21 PER PM&R CCS WITH DR. KANELOS: R/LS OF OCCASSIONAL FINGER. TYPE AND GRASP WITH BILATERAL UPPER EXTREMITY, OCCASSIONALLY LIFT AND CARRY UP TO 10 LBS WITH BOTH HANDS WILL SUPPORT 3-4 MONTHS FOR MEDICATIONS ADJUST AND 2ND OPINION ON RIGHT WRIST. TX PROVIDERS: WEST (PCP) NOV: MID AUG, BOURG (RHEM) LOV 5/31/21, PSYCHOLOGIST FOV 11/23 . DUE TOEE S OCC OF FREQUENT KEYBOARD USE AND RLS OF OCCASIONAL TYPING, RECOMMENDING APPROVAL.

**08/10/2021 10:47 AM - CLAIM Note 13**
Claim/Event/Leave: 11580689
NoteSubject : Voc Rehab
Other Subject : OA

Text: [08/10/2021 - PROVOST, MEGAN]OA COMPLETED AND UPLOADED. NO FURTHER VCM ACTIVITY. THE EMPLOYER DOES NOT LIST PHYSICAL REQUIREMENTS OF THE JOB ON THE JD. THE OCCUPATION IS MOST OFTEN PERFORMED AT THE SEDENTARY LEVEL IN THE NATIONAL ECONOMY, PER THE DOTWITH FREQUENT TALKING, HEARING, NEAR ACUITY; AND OCCASIONAL REACHING, HANDLING, FINGERING. PER ERI, FREQUENT KEYBOARD USE. I HAVE NOT MET WITH INSURED FOR THE PURPOSE OF THIS REVIEW. ALL OPINIONS ARE BASED ON A REVIEW OF MEDICAL RECORDS AND RESOURCES LISTED ONLY.

**08/09/2021 8:52 PM - CLAIM Note 12**
Claim/Event/Leave: 11580689
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 8/9/2021-REFERRAL RECEIVED BY VCM AND ASSIGNED TO PROVOST, MEGAN. CLAIM/AS EVENT IS PENDING REVIEW.

**08/06/2021 8:51 PM - CLAIM Note 11**
Claim/Event/Leave: 11580689
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 8/6/2021 - REFERRED TO THE VOC UNIT FOR OCCUPATIONAL ANALYSIS.

**08/06/2021 2:08 PM - PHONE Note 4**
Claim/Event/Leave: 11580689
NoteSubject : Called EE
Other Subject :
Text: [08/06/2021 - YOUNG, KERI]LVM ADVISING EE THAT WE HAVE NOT RCVD HER LTD FORMS YET AND THERE IS ANOTHER LETTER GOING OUT TODAY WITH THE FORMS INCLUDED.

**08/06/2021 2:04 PM - CLAIM Note 10**
Claim/Event/Leave: 11580689
NoteSubject : Notice/Proof Review
Other Subject : DAY 21
Text: [08/06/2021 - YOUNG, KERI]SEND LETTER FOR LTD FORMS

**08/06/2021 1:58 PM - CLAIM Note 9**
Claim/Event/Leave: 11580689
NoteSubject : Other
Other Subject : JD
Text: [08/06/2021 - YOUNG, KERI]RCVD JD

**08/06/2021 1:58 PM - CLAIM Note 8**
Claim/Event/Leave: 11580689
NoteSubject : Other
Other Subject : PM&R CCS
Text: [08/06/2021 - YOUNG, KERI]07/20/2021 - GUZMAN-LUCAS, JULIA - 53 YOF, OCCUPATION: ASSOCIATE BUSINESS ANALYSIS (PRESUMED SED), LDW: 2/24/21, DOD: 2/25/21, LTD BBD: 8/26/21, EDOC: 1/1/2020 (PER CENSUS FILE), DX: R WRIST/ARM PAIN, EE INJURED HER L ARM BACK IN 2018 DUE TO A FALL AT WORK. NOW EE IS HAVING PAIN IN R ARM AND AP WEST HAS SIGNED HER OOW. COMORBID: DEPRESSION, DIABETES, FIBROMYALGIA, TREMOR, L HAND/ARM PAIN. PER PM&R CCS WITH DR. KANELOS: R/LS IOF OCCASSIONAL FINGER. TYPE AND GRASP WITH BILATERAL UPPER EXTREMITY,OCCASSIONALLY LIFT AND CARRY UP TO 10 LBS WITH BOTH HANDS WILL SUPPORT 3-4 MONTHS FOR MEDICATIONS ADJUST AND 2ND OPINION ON RIGHT WRIST (NOTED PULLED FROM STD CLAIM)

**07/22/2021 8:30 AM - CLAIM Note 7**
Claim/Event/Leave: 11580689
NoteSubject : LTR to ER
Other Subject : JD
Text: [07/22/2021 - YOUNG, KERI]REQUESTED JD

**07/21/2021 8:52 PM - CLAIM Note 6**
Claim/Event/Leave: 11580689
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 7/21/2021-REFERRAL RECEIVED BY VCM AND ASSIGNED TO VOCE, AMANDA. CLAIM/AS EVENT IS PENDING REVIEW.

**07/21/2021 11:54 AM - CLAIM Note 5**
Claim/Event/Leave: 11580689
NoteSubject : Voc Rehab
Other Subject : OA
Text: [07/21/2021 - VOCE, AMANDA]OA REFERRAL REVIEWED. THERE IS NO JOB DESCRIPTION IN CLAIM FILE TO COMPLETE OA. EMAIL SENT TO DCM. REFERRAL CLOSED.

**07/20/2021 8:50 PM - CLAIM Note 4**
Claim/Event/Leave: 11580689
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 7/20/2021 - REFERRED TO THE VOC UNIT FOR OCCUPATIONAL ANALYSIS.

**07/13/2021 3:28 PM - PHONE Note 3**
Claim/Event/Leave: 11580689
NoteSubject : AP Called
Other Subject : WEST
Text: [07/13/2021 - YOUNG, KERI]AP'S NURSE CALLED. SHE STATED THAT EE IS SIGNED OOW BUT DOESN'T HAVE NOV SCHEDULED BUT SHE IS SUPPOSED TO COME BACK WITHIN 3-4 OF LOV. EE WAS REF TO ORTHO FOR 2ND OPINION. AP IS GIVING RLS OF NO USE OR R HAND OR TYPE.

**07/13/2021 12:06 PM - CLAIM Note 3**
Claim/Event/Leave: 11580689
NoteSubject : Pended
Other Subject : ACTION PLAN
Text: [07/13/2021 - YOUNG, KERI]53 YOF, OCCUPATION: ASSOCIATE BUSINESS ANALYSIS (PRESUMED SED), LDW: 2/24/21, DOD: 2/25/21, LTD BBD: 8/26/21, EDOC: 1/1/2020 (PER CENSUS FILE), DX: R WRIST/ARM PAIN, EE INJURED HER L ARM BACK IN 2018 DUE TO A FALL AT WORK. NOW EE IS HAVING PAIN IN R ARM AND AP WEST HAS SIGNED HER OOW. COMORBID: DEPRESSION, DIABETES, FIBROMYALGIA, TREMOR, L HAND/ARM PAIN. MEDICAL - TREATING PROVIDERS: WEST (PCP) LOV 5/19/21 NOV: MID AUG, BOURG (RHEM) LOV 5/31/21, PSYCHOLOGIST FOV 11/23 OUTSTANDING: LTD FORMS, NEXT STEPS: BASED ON MED REC RCVD TAKE TO PMR CCS TO SEE IF IT SUPPORT BEYOND BBD

**07/13/2021 11:48 AM - CLAIM Note 2**
Claim/Event/Leave: 11580689
NoteSubject : LTR to EE
Other Subject : ACKNO
Text: [07/13/2021 - YOUNG, KERI]SENT ACKNO LETTER WITH LTD, WC FORMS

**07/13/2021 11:44 AM - PHONE Note 2**
Claim/Event/Leave: 11580689
NoteSubject : Called AP
Other Subject : WEST
Text: [07/13/2021 - YOUNG, KERI]LVM WITH AP'S NURSE ASKING TO CONFIRM NOV IN AUG AND IT EE IS SINGED OOW AND RLS

**07/13/2021 11:43 AM - PHONE Note 1**
Claim/Event/Leave: 11580689
NoteSubject : Initial EE Interview
Other Subject :
Text: [07/13/2021 - YOUNG, KERI]SPOKE WITH EE, CONFIRMED ADDRESS, PH#, EMAIL AND DOB:: YES, MARITAL STATUS: YES, DEPENDENTS: GROWN CHILD, LDW: 2/24/21, DOD: 2/25/21, JOB: RN - WORKS 40HRS WEEK AT A COMPUTER REVIEWING HOSPICE AUTH FOR THE STATE. A LOT OF TYPING, WRITING, PHONES, MEDICAL - DX: ABOUT 3YRS AGO, EE FELL FRACTURED L RADIAL HEAD. EE WAS ON WC AND WAS SETTLED. DURING THOSE 3YRS EE WAS UNDER RLS WHICH WAS NEVER LIFTED, 5LBS AND NO REPETITIVE MOVEMENT. EE WAS MAINLY USING R ARM. ER RELATIONSHIP DEPARTMENT ASKED IF EE HAD PAID FOR STD/LTD. TOLD EE THAT SHE NEEDED TO STEP IT UP B/C SHE WAS NOT MEETING THE NECESSARY REQUIREMENTS. ER TOLD HER SHE NEEDS TO CONSIDERED GOING OUT ON DISABILITY B/C SHE WOULD NOT GET A GOOD REVIEW AND MIGHT BE TERMINATED. HER SITUATION IS NOT IMPROVED. EE ASKED ABOUT HER STD CLAIM. ADVISED THAT WE ARE NEEDING MEDICAL REC BUT IT LOOK LIKE WE DID HAVE REC FROM WEST AND BOURG. EE WENT ON TO STATED THAT TAYLOR FROM DR. BOURG OFFICE, CALLED FRIDAY THAT DR. BOURG (RHEM) DOES NOT COMPLETE DISABILITY PAPERWORK ON EE THAT THEY HAVE NOT SEEN IN 6M. EE STATED THAT AP BOURG NOTES ARE WAY OFF THAT SOME OF THE INFO ISN T CORRECT. EE HAS RAYNAUDS AND HER TOES WERE BLUE WHEN SHE WENT FOR OV. AP ACKNOWLEDGED IT BUT NOTED THAT SHE DIDN T HAVE IT. EE LOV WITH BOURG WS 5/31, NO FU NOTED. AP WEST RECOMMENDED EE TO SEE PSCHY B/C OF PROZAC AND SAVELLA (MEDS). EE MISSED SOME AP APPTS DUE TO HAVING TROUBLE GETTING PERMISSION TO LEAVE FROM WORK. EE STATED THAT SAVELLA IS$100/M, BETWEEN THE COST AND ISSUES WITH AP EE HAS TAKEN HERSELF OFF THE MEDS. DUE TO HER PAIN SHE JUST COULDN'T DO THE WORK ANYMORE. EE STATED SHE HAS A SOCIAL WORK DEGREE. ASKED EE IF IT WAS HER R WRIST THAT IS KEEPING HER OOW, EE STATED YES. SHESAW DR. GARON WHICH GAVE INJECTIONS WHICH DID NOT HELP, ADVISED HER TO WEAR A BRACE. AP WANTED HER TO TAKE A FCE AND WOULD NOT FILL OUT DISABILITY PAPERWORK UNLESS SHE HAD THE FCE OR SX. PCP IS ONLY TX HER RIGHT NOT FOR WRIST. EE STATED THAT IT ISN TGOOD FOR HER TO TAKE STEROID SHOT DUE TO HER BEING DIABETIC. ASKED WHAT HER TX PLAN WAS: EE STATED THAT AP WEST IS MONITORING HER TO SEE IF THERE ARE ANY CHANGES. EE STATED SHE IS ALSO SEEING OPHTHALMOLOGIST DUE SOME ISSUED WITH L EYE. EE HAS ISSUESWITH DRY EYES AND DRY MONTH. EYE GETS SO DRY THAT EYELID GETS STUCK. IN THE MORNING EYELID IS STUCK SHE HAS TO TAKE EYE DROPS AND OINTMENT. DR. DAVID FARGASON, EYE MEDICAL ON HENNESSY, PH#. 225- 766-7441. NOV 10/1/21. ASKED IF SHE IS STILL TX FORHER L ARM. EE STATED SHE STILL HAS PAIN ON L ARM/HAND BUT IS NOT ACTIVELY TREATING FOR IT. SHE HAS TO SLEEP WITH PILLOWS FOR HER ARM AND KNEES. ASKED HER IT AP WEST INITIAL SIGNED HER OOW 2/25/21, EE STATED YES. CONFIRMED CO-MORBIDS: DEPRESSION, DIABETES, FIBROMYALGIA, TREMOR, L HAND/ARM PAIN. ASKED IF SHE HAS TX FOR DEPRESSION IN THE PAST, EE STATED THAT IT BEEN YEARS SINCE SHE HAS SEEN A PSYCHOLOGIST. EE FOV WITH PSYC IS 11/23/21. ASKED IF SHE IS STILL RECEIVING WC, EE STATED NO THAT IT WASSETTLED. ADVISED IF SHE WAS THERE WOULD BE AN OFFSET TO THE AMOUNT SHE RCVS AND I WOULD SEND WC PAPERWORK ALONG WITH THE LTD FORMS SHE WOULD REC. WENT OVER THE LTD PROCESS AND ADVISED THAT I WOULD REVIEW THE STD CLAIM TO SEE IF WE CAN EXTEND IT BASED ON MED REC ON HAND. EE HAD NFQ

**07/13/2021 10:07 AM - CLAIM Note 1**
Claim/Event/Leave: 11580689
NoteSubject : Other
Other Subject : EDOC

Other Subject : EDOC
Text: [07/13/2021 - YOUNG, KERI]PER CENSUS FILE, CONFIRMED EE HAD LTD COVERAGE AT LEAST AS OF 1/1/2020, THEREFORE PRE-EX IS N/A

LAW OFFICES
OF
J. PRICE MCNAMARA

J. PRICE McNAMARA
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

January 1, 2024

**SENT VIA CERTIFIED MAIL**
**& FAX (603) 334-0401**

The Lincoln National Life Insurance Company
**Attn: Jennifer DiMaggio**
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

**Re: Claimant: Amy Knight**
**Claim #: 11580689**
**Gainwell Technologies**
**Long Term Disability (LTD) Benefits**

Dear Ms. DiMaggio,

In response to Lincoln's letter of December 19, 2023, this is to advise that Ms. Knight will not be submitting additional evidence. Please resume the appeal review.

Please confirm receipt of this letter by email (support@jpricemcnamara.com) or fax (225-201-8313).

With kind regards, I remain

Sincerely,

J. Price McNamara

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/eej

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Tuesday, December 19, 2023 2:57:17 PM |
| To: | SUPPORT@JPRICEMCNAMARA.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Gainwell Acquisition Corp Claim No. 11580689 Amy Ray Knight |
| Attachments: | wxo30ng4d1ohjlytmbv6_16802550.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

December 19, 2023

J. Price McNamara
10455 JEFFERSON HIGHWAY
STE 130
BATON ROUGE, LA 70809

RE: Long Term Disability (LTD) Benefits
Gainwell Acquisition Corp
Claim #: 11580689
Claimant: Amy Ray Knight

Dear J. Price McNamara:

The Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under the Gainwell Acquisition Corp's Group Disability Policy. We are writing regarding Amy Ray Knight's claim for LTD benefits under the Policy.

We are in process of reviewing your appeal of our denial determination regarding the above-referenced claim. The purpose of this letter and enclosure(s) is to provide you with an opportunity to review and comment on new/ additional evidence that has been received before a decision is rendered on your appeal. You may send any additional information to disabilitydocuments@lfg.com or to the fax number below.

Please find attached a copy of the physician review which is new or additional evidence in connection with your appeal. You may review the physician review and provide a response to us, which we will consider in making our decision on your appeal. Based on the clinical review and the previously completed Transferrable Skills Analysis, Ms. Knight is not precluded from performing Any Occupation.

If we do not receive your response within 21 days of the date of this letter or January 8, 2024, we will proceed with making a determination on your appeal. Of note, the reviewer faxed a ;etter to Dr. Gary McDaniel on December 18, 2023. Dr. McDaniel will also have until January 8, 2024 to respond.

Upon receipt of your response, we will promptly complete our review and render a determination on your appeal. If your response is not received by January 8, 2024 (21 days from the date of this letter), we will render a determination based on the information contained in your client's file.

Due to these special circumstances, an extension of time to process your appeal is required and we

are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln's control, which require a delay in making a determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your client's claim. (Tolled: accumulation of time is suspended.)]

If you have any questions regarding this matter, please contact me.

Sincerely,

Jennifer DiMaggio
Claim Resolution Specialist
Phone No.: (888) 437-7611 Ext. 59238
Secure Fax No.: (603) 334-0401

Attachments: 11580689-MEDICAL-CP/PEER REVIEW-12.18.2023

NMR
Network Medical Review Co. Ltd.

An ExamWorks Company

12/18/2023

RE: Disability Benefits
Amy R Ray Knight

11580689

Gary McDaniel MD
225-924-2424
2254087980

Dear Gary McDaniel MD,

Your patient's disability claim specialist requested a review the medical records that were submitted to apply for disability benefits through Lincoln Financial Group. Attempts were made to reach you by phone on the following dates and times, but we were unable to connect.

| Date/Time of Call Attempt | Message Left With |
|---|---|
| 12/12/2023 10:02 AM CST | Brandy's voicemail |
| 12/13/2023 1:04 PM CST | Brandy's voicemail |

In this, the claimant presented with ongoing pain. During the time period under review, she continues to have right hip and left knee pain, and recently had a left patella fracture, and therefore the following restrictions and limitations would apply. The restrictions and limitations would be present from August 26, 2023 to present an ongoing for a duration of three months from the date of this report and then reevaluation would be recommended.
Stand - 15 minutes at time and for total1 hour for an 8-hour workday;
Walk - 15 minutes at time and for total1 hour for an 8-hour workday;
Sit - unrestricted with ability to change positions as necessary for comfort;
Push - occasionally up to 10 pounds;
Pull - occasionally up to 10 pounds;
Lift - occasionally up to 10 pounds;
Carry - occasionally up to 10 pounds;
Bend - Never;
Stoop --Never;
Kneel - Never;
Climbing - Never stairs, never ladders;
Repetitive upper extremity movements such as Simple Grasping, Fine Manipulation, Keyboarding,
Feeling/tactile sensation - unrestricted ;
Reaching to below waist - unrestricted;
Reaching to waist level - unrestricted;
Reaching to shoulder level and above - unrestricted.

**1252 Bell Valley Road ◊ Suite 210 ◊ Rockford, IL 61108 ◊ Phone 815.964.6334 ◊ Fax 815.964.1162**
*website* www.nmrco.com ■ *email* info@nmrco.com

If you would like to submit any additional information on your patient's behalf you can direct any records or correspondence to the disability claim specialist via toll free and secure fax number to (866) 841-1415.

Thank you for your assistance.

Mauro Zappaterra, M.D.
Board Certified in Physical Medicine & Rehabilitation
Licensed in State of AZ #61179
Licensed in State of CA #118673

| | |
|---|---|
| Gary McDaniel MD | Date |

NMR
Network Medical Review Co. Ltd.

An ExamWorks Company

**REFERRED BY:** JENNIFER DIMAGGIO
**CLIENT:** Lincoln Life Insurance
**NAME:** Amy R Ray Knight
**CLAIM #:** 11580689
**NMR #:** 1018509
**DATE:** 12/18/2023

**RECORDS PROVIDED FOR REVIEW:**

| | | |
|---|---|---|
| Referral Form | N/A | 12/11/2023; 12/7/2023; 11/13/2023; 11/2/2023; 9/14/2023; 8/30/2023; 7/11/2023; Undated |
| Claim Log | Unknown | 7/13/2021-12/8/2023 |
| Accident Report | First Report Injury or Illess | 6/6/2018 |
| Emergency Room Report | Baton Rouge General Medical Center | 6/6/2018 |
| Emergency Room Report | Our Lady of the Lake Regional Medical Center | 8/2/2023 |
| Hospital Admission | Baton Rouge General Medical Center | 12/20/2016; 10/13/2020 |
| Hospital Admission | Run-on-Records - Progress Notes/LABS | 1/5/2023; 1/11/2023; 2/2/2023; 3/2/2023; 4/18/2023; 7/18/2023 |
| Hospital Admission | Women's Hospital | 3/28/2023-4/21/2023 |
| Progress Notes | J Dupont, MD | 12/6/2016-12/14/2018 |
| Progress Notes | R Ahmad, MD | 6/19/2018-7/2/2019 |
| Progress Notes | L Bankston, MD | 8/28/2018-2/20/2019 |
| Progress Notes | D West, MD | 3/22/2021-8/5/2023 |
| Progress Notes | M Garon, MD | 3/26/2021 |
| Progress Notes | A Bourg, MD | 5/10/2021 |
| Progress Notes | V Vatsavayi, MD | 11/23/2021-6/8/2023 |
| Progress Notes | M Perniciaro, MD | 5/20/2022 |

**1252 Bell Valley Road, Suite 210 ◦ Rockford, IL 61108 ◦ Phone 815.964.6334 ◦ Fax 815.964.1162**
*website* www.nmrco.com ■ *email* info@nmrco.com

| | | |
|---|---|---|
| Progress Notes | C Greene, MD | 9/22/2022-1/27/2023 |
| Progress Notes | D Fargason, MD | 10/19/2022 |
| Progress Notes | J Hill, MD | 11/3/2022 |
| Progress Notes | A Feitelson, MD | 11/8/2022 |
| Progress Notes | G McDaniel, MD | 2/20/2023-5/22/2023 |
| Progress Notes | A Nava, MD | 7/21/2023 |
| Request for Authorizations | Unknown | 8/31/2018 |
| Attending Physician's Statement | D West, MD | 7/7/2021; 9/2/2021 |
| Independent Examinations | A Nash, CRC - Transferable Skills Analysis | 9/19/2023; 11/15/2023 |
| Independent Examinations | M Provost, MD - Occupational Analysis | 8/10/2021 |
| File Review | J Hill, MD - Clinical Review | 11/8/2022 |
| File Review | A Feitelson, MD - Clinical Review | 11/8/2022 |
| File Review | A Nava, MD - Records Review | 7/21/2023; 9/12/2023; 11/12/2023 |
| File Review | E Richardson, MD - Peer Review | 9/8/2023 |
| X-RAY | Baton Rouge Orthopedic Clinc - R Branstetter, MD | 12/16/2016 |
| MRI | Baton Rouge Orthopaedic Clinic - J Lawton, MD | 10/24/2018 |
| MRI | Baton Rouge Orthopedic Clinc - R Branstetter, MD | 12/7/2022 |
| MRI | The Baton Rouge Clinic - K Nettles, MD | 4/24/2023 |
| CT | Surgical Specialty Center of Baton Rouge - J Brown, MD | 8/24/2018 |
| EMG | The Baton Rouge Cliinic - B Murphy, MD | 1/30/2019 |

| | | |
|---|---|---|
| EMG | Baton Rouge Clinic Neurology - W Gladney, MD | 11/10/2020 |
| LABS | The Baton Rouge Clinic - A Pourciau | 9/2/2021 |
| LABS | Unknown | Undated |
| Other Tests | Unknown - B Swirsky, MD - ECG | 12/16/2016 |
| Other Tests | Unknown - J Dupont, MD - ECG | 12/16/2016 |
| Other Tests | Lake Imaging Center - N Gazmen, MD - NM Bone Scane 3 Phase | 3/28/2019 |
| Other Tests | Baton Rouge Orthopedic Clinc - A Harris - Mammo Diag Bilat | 10/13/2020 |
| Prescriptions | D West, MD | 12/28/2021 |
| Prescriptions | Unknown | 10/20/2022-5/24/2023 |
| Correspondence | N/A | 12/14/2016-12/5/2023; Undated |
| Release of Information | A Knight | 6/6/2018; 10/13/2020; 3/3/2021; 3/4/2021; 5/26/2021; 6/16/2021; 8/20/2021; 10/20/2022; 10/25/2022; 1/12/2023; 3/26/2023 |
| Invoices | | |
| Fax Cover Sheets | | |

TELECONFERENCE

1) AP NAME: Gary McDaniel MD
2) PHONE: 225-924-2424
3) DATE(S): 12/12/2023, 12/13/2023
4) TIME(S): 10:02 AM CST, 1:04 PM CST
5) PERSON(S) SPOKEN WITH: Brandy's voicemail, Brandy's voicemail
6) POSITION OF PERSON(S) SPOKEN WITH: Medical assistant's voicemail, Brandy medical assistant voicemail

SUMMARY OF DISCUSSION(S): A call was placed to the number requested above and a voice message was left with case details and callback number to my work cell phone.

A call was placed to the number requested above and a voice message was left with case details and callback number to my work cell phone.

**ASSESSMENT:** All provided medical and non-medical documentation has been reviewed. This is a 55 year old female with a date of birth of This is being reviewed from a physical medicine and rehabilitation perspective.

On January 5, 2023, the claimant was seen in a follow up office visit by Dr. West. The claimant is currently seeing psychiatry for chronic depression and anxiety. The claimant continues to have persistent pain involving her left upper extremity. She has been unable to do any significant lifting or repetitive work with her left upper extremity for a few years now. She also suffers from chronic pain in the right wrist. The physical exam shows normal neck range of motion, with musculoskeletal exam showing right wrist with pain on active and passive range of motion and direct palpation. There is no edema in the extremities. The neurological exam was normal.

On January 16, 2023, a letter was written by Dr. West, internal medicine. The claimant continues to have pain in the left upper extremity and right wrist. The pain is chronic. The physical ailments and disabilities have exacerbated her mental health problems. Her depression and anxiety have been intensified.

On January 27, 2023, the claimant was seen for a right hip pain by Dr. Greene. The claimant has had right hip pain for several years. The pain is rated at 8 out of 10. On physical exam, she has full range of motion of the right hip. There is tenderness to palpation at the greater trochanteric (GT) bursa. There is a positive straight leg raise on the right. There is some hypersensitivity along the anterior lateral thigh. Also down the posterior calf with numbness in the distribution. There is five and a five strength in the bilateral lower extremities. There is decreased sensation along the L4 – L5 distribution. Lumbar and right hip x-rays were unremarkable.

On April 24, 2023, a brain magnetic resonance imaging (MRI) without contrast was normal.

On May 22, 2023, the claimant was seen for fibromyalgia by Dr. McDaniel. Physical exam was unremarkable.

On June 8, 2023, Dr. Vatsavayi saw the claimant is psychiatric follow up. The claimant is being seen for depression. The patient was referred to a neuropsychological testing. She feels like her depression is in good control.

On August 2,2023, the claimant was seen in the emergency room after a fall. Computed tomography (CT) scan of the left lower extremity revealed acute non-displaced fracture of the anterior patella without definitive intra-articular extension. X-ray of the left elbow and right knee revealed no acute findings. The recommendation was for a knee immobilizer and weight-bearing as tolerated, crutches if needed and follow up with orthopedics. The claimant was discharged home in stable condition.

On August 8,2023, Dr. West stated that the claimant has health and safety risks that would pose a problem to self and others and is not fit to return to work.

Transferable Skills Analysis by A Nash, CRC and Occupational Analysis by M Provost, MD are reviewed.

Results of multiple diagnostic studies are reviewed.

All available medical documentation was reviewed.

**IN ANSWER TO YOUR SPECIFIC QUESTIONS:**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

Left patella fracture (S82.002A)
Left knee pain (M25.562)
Left medial meniscus tear (S83.242A)
Left knee osteoarthritis (M17.12)
Trochanteric bursitis of right hip (M70.60)
Right lower extremity radiculopathy

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

Major depression (F32.9)
Generalized anxiety disorder (F41.1)
Vertigo (H81.4)
Meniere disease

**3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 8/26/2023 to present and ongoing, and comment on the expected duration.**

Taking into consideration the entire clinical picture from the review of all the medical records provided, the claimant presented with ongoing pain. During the time period under review, she continues to have right hip and left knee pain, and recently had a left patella fracture, and therefore the following restrictions and limitations would apply. The restrictions and limitation's would be present from August 26, 2023 to present an ongoing for a duration of three months from the date of this report and then reevaluation would be recommended.
Stand - 15 minutes at time and for total1 hour for an 8-hour workday;
Walk - 15 minutes at time and for total1 hour for an 8-hour workday;
Sit - unrestricted with ability to change positions as necessary for comfort;
Push - occasionally up to 10 pounds;
Pull - occasionally up to 10 pounds;
Lift - occasionally up to 10 pounds;
Carry - occasionally up to 10 pounds;
Bend - Never;
Stoop --Never;
Kneel - Never;
Climbing - Never stairs, never ladders;
Repetitive upper extremity movements such as Simple Grasping, Fine Manipulation, Keyboarding, Feeling/tactile sensation - unrestricted ;
Reaching to below waist - unrestricted;
Reaching to waist level - unrestricted;
Reaching to shoulder level and above - unrestricted.

**4. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes, the medical management recommended by the provider and followed by the claimant is clinically reasonable and consistent with the apparent level of severity for the reported condition.

**5. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

None.

**6. Does the medical documentation support that any medical condition alone, or in combination would preclude the claimant from sustained occupational functioning on a full-time or part-time basis? Please explain why or why not.**

The medical documentation does not support a medical condition that would preclude the claimant from sustained occupational functioning on a full-time basis. Although there is a diagnosis of complex regional pain syndrome, there's no documentation of any objective evidence of this diagnosis on physical exam. The claimant does have right hip and left knee pain, and had a recent left knee patellar fracture for which the claimant should be able to function on a full-time basis within the restrictions and limitations about.

**7. Are the severity and scope of the claimant's reported pain consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? How does the claimant's pain complaints impact sustained work capacity? Please provide medical evidence to support your answer.**

The severity and scope of the claimant reported pain especially in the left upper extremity is not consistent with the intensity of treatment, or the physical exam findings. On the most recent physical exam in August, the claimant had complete and normal range of motion of the left upper extremity with no documentation of any signs of complex regional pain syndrome.

**8. Please attempt a minimum of 2 contact attempts to discuss your opinion with the claimant's treating provider, Dr. Gary McDaniel (contact below).**
**Please indicate if you have reached a consensus on the claimant's ability to perform sustained full-time or part-time work as of 8/26/2023 and beyond.**
**If unable to reach a provider, please send a faxed letter with a summary of your findings, conclusion and any clarification questions.**
**Dr. Gary Stephen McDaniel**

No peer discussion occurred. There are no questions for clarification.

**CONFLICT OF INTEREST ATTESTATION:**

I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge, I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest

(financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.

This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.

**ADVISING REVIEWER:**

Mauro Zappaterra, M.D.
Board Certified in Physical Medicine & Rehabilitation
Licensed in State of AZ #61179
Licensed in State of CA #118673

***NMR Conflict of Interest Attestation:***

*NMR attests to the fact that there is no conflict of interest with this review for referring entity, benefit plan, enrollee/consumer, attending provider, facility, drug, device or procedure. NMR attests that its compensation is not dependent on the specific outcome of this review or has had any involvement with this case prior to this referral.*

Network Medical Review Co. Ltd.

An ExamWorks Company

12/18/2023

RE: Disability Benefits
Amy R Ray Knight

11580689

Gary McDaniel MD
225-924-2424
2254087980

Dear Gary McDaniel MD,

Your patient's disability claim specialist requested a review the medical records that were submitted to apply for disability benefits through Lincoln Financial Group. Attempts were made to reach you by phone on the following dates and times, but we were unable to connect.

| Date/Time of Call Attempt | Message Left With |
|---|---|
| 12/12/2023 10:02 AM CST | Brandy's voicemail |
| 12/13/2023 1:04 PM CST | Brandy's voicemail |

In this, the claimant presented with ongoing pain. During the time period under review, she continues to have right hip and left knee pain, and recently had a left patella fracture, and therefore the following restrictions and limitations would apply. The restrictions and limitations would be present from August 26, 2023 to present an ongoing for a duration of three months from the date of this report and then reevaluation would be recommended.

Stand - 15 minutes at time and for total1 hour for an 8-hour workday;
Walk - 15 minutes at time and for total1 hour for an 8-hour workday;
Sit - unrestricted with ability to change positions as necessary for comfort;
Push - occasionally up to 10 pounds;
Pull - occasionally up to 10 pounds;
Lift - occasionally up to 10 pounds;
Carry - occasionally up to 10 pounds;
Bend - Never;
Stoop --Never;
Kneel - Never;
Climbing - Never stairs, never ladders;
Repetitive upper extremity movements such as Simple Grasping, Fine Manipulation, Keyboarding,
Feeling/tactile sensation - unrestricted ;
Reaching to below waist - unrestricted;
Reaching to waist level - unrestricted;
Reaching to shoulder level and above - unrestricted.

If you would like to submit any additional information on your patient's behalf you can direct any records or correspondence to the disability claim specialist via toll free and secure fax number to (866) 841-1415.

Thank you for your assistance.

Mauro Zappaterra, M.D.
Board Certified in Physical Medicine & Rehabilitation
Licensed in State of AZ #61179
Licensed in State of CA #118673

| | |
|---|---|
| ______________________ Gary McDaniel MD | __________ Date |

NMR
Network Medical Review Co. Ltd.
An ExamWorks Company

**REFERRED BY:** JENNIFER DIMAGGIO
**CLIENT:** Lincoln Life Insurance
**NAME:** Amy R Ray Knight
**CLAIM #:** 11580689
**NMR #:** 1018509
**DATE:** 12/18/2023

**RECORDS PROVIDED FOR REVIEW:**

| | | |
|---|---|---|
| Referral Form | N/A | 12/11/2023; 12/7/2023; 11/13/2023; 11/2/2023; 9/14/2023; 8/30/2023; 7/11/2023; Undated |
| Claim Log | Unknown | 7/13/2021-12/8/2023 |
| Accident Report | First Report Injury or Illess | 6/6/2018 |
| Emergency Room Report | Baton Rouge General Medical Center | 6/6/2018 |
| Emergency Room Report | Our Lady of the Lake Regional Medical Center | 8/2/2023 |
| Hospital Admission | Baton Rouge General Medical Center | 12/20/2016; 10/13/2020 |
| Hospital Admission | Run-on-Records - Progress Notes/LABS | 1/5/2023; 1/11/2023; 2/2/2023; 3/2/2023; 4/18/2023; 7/18/2023 |
| Hospital Admission | Women's Hospital | 3/28/2023-4/21/2023 |
| Progress Notes | J Dupont, MD | 12/6/2016-12/14/2018 |
| Progress Notes | R Ahmad, MD | 6/19/2018-7/2/2019 |
| Progress Notes | L Bankston, MD | 8/28/2018-2/20/2019 |
| Progress Notes | D West, MD | 3/22/2021-8/5/2023 |
| Progress Notes | M Garon, MD | 3/26/2021 |
| Progress Notes | A Bourg, MD | 5/10/2021 |
| Progress Notes | V Vatsavayi, MD | 11/23/2021-6/8/2023 |
| Progress Notes | M Perniciaro, MD | 5/20/2022 |

| | | |
|---|---|---|
| Progress Notes | C Greene, MD | 9/22/2022-1/27/2023 |
| Progress Notes | D Fargason, MD | 10/19/2022 |
| Progress Notes | J Hill, MD | 11/3/2022 |
| Progress Notes | A Feitelson, MD | 11/8/2022 |
| Progress Notes | G McDaniel, MD | 2/20/2023-5/22/2023 |
| Progress Notes | A Nava, MD | 7/21/2023 |
| Request for Authorizations | Unknown | 8/31/2018 |
| Attending Physician's Statement | D West, MD | 7/7/2021; 9/2/2021 |
| Independent Examinations | A Nash, CRC - Transferable Skills Analysis | 9/19/2023; 11/15/2023 |
| Independent Examinations | M Provost, MD - Occupational Analysis | 8/10/2021 |
| File Review | J Hill, MD - Clinical Review | 11/8/2022 |
| File Review | A Feitelson, MD - Clinical Review | 11/8/2022 |
| File Review | A Nava, MD - Records Review | 7/21/2023; 9/12/2023; 11/12/2023 |
| File Review | E Richardson, MD - Peer Review | 9/8/2023 |
| X-RAY | Baton Rouge Orthopedic Clinc - R Branstetter, MD | 12/16/2016 |
| MRI | Baton Rouge Orthopaedic Clinic - J Lawton, MD | 10/24/2018 |
| MRI | Baton Rouge Orthopedic Clinc - R Branstetter, MD | 12/7/2022 |
| MRI | The Baton Rouge Clinic - K Nettles, MD | 4/24/2023 |
| CT | Surgical Specialty Center of Baton Rouge - J Brown, MD | 8/24/2018 |
| EMG | The Baton Rouge Cliinic - B Murphy, MD | 1/30/2019 |

| | | |
|---|---|---|
| EMG | Baton Rouge Clinic Neurology - W Gladney, MD | 11/10/2020 |
| LABS | The Baton Rouge Clinic - A Pourciau | 9/2/2021 |
| LABS | Unknown | Undated |
| Other Tests | Unknown - B Swirsky, MD - ECG | 12/16/2016 |
| Other Tests | Unknown - J Dupont, MD - ECG | 12/16/2016 |
| Other Tests | Lake Imaging Center - N Gazmen, MD - NM Bone Scane 3 Phase | 3/28/2019 |
| Other Tests | Baton Rouge Orthopedic Clinc - A Harris - Mammo Diag Bilat | 10/13/2020 |
| Prescriptions | D West, MD | 12/28/2021 |
| Prescriptions | Unknown | 10/20/2022-5/24/2023 |
| Correspondence | N/A | 12/14/2016-12/5/2023; Undated |
| Release of Information | A Knight | 6/6/2018; 10/13/2020; 3/3/2021; 3/4/2021; 5/26/2021; 6/16/2021; 8/20/2021; 10/20/2022; 10/25/2022; 1/12/2023; 3/26/2023 |
| Invoices | | |
| Fax Cover Sheets | | |

TELECONFERENCE
1) AP NAME: Gary McDaniel MD
2) PHONE: 225-924-2424
3) DATE(S): 12/12/2023, 12/13/2023
4) TIME(S): 10:02 AM CST, 1:04 PM CST
5) PERSON(S) SPOKEN WITH: Brandy's voicemail, Brandy's voicemail
6) POSITION OF PERSON(S) SPOKEN WITH: Medical assistant's voicemail, Brandy medical assistant voicemail

SUMMARY OF DISCUSSION(S): A call was placed to the number requested above and a voice message was left with case details and callback number to my work cell phone.

A call was placed to the number requested above and a voice message was left with case details and callback number to my work cell phone.

**ASSESSMENT:** All provided medical and non-medical documentation has been reviewed. This is a 55 year old female with a date of birth of This is being reviewed from a physical medicine and rehabilitation perspective.

On January 5, 2023, the claimant was seen in a follow up office visit by Dr. West. The claimant is currently seeing psychiatry for chronic depression and anxiety. The claimant continues to have persistent pain involving her left upper extremity. She has been unable to do any significant lifting or repetitive work with her left upper extremity for a few years now. She also suffers from chronic pain in the right wrist. The physical exam shows normal neck range of motion, with musculoskeletal exam showing right wrist with pain on active and passive range of motion and direct palpation. There is no edema in the extremities. The neurological exam was normal.

On January 16, 2023, a letter was written by Dr. West, internal medicine. The claimant continues to have pain in the left upper extremity and right wrist. The pain is chronic. The physical ailments and disabilities have exacerbated her mental health problems. Her depression and anxiety have been intensified.

On January 27, 2023, the claimant was seen for a right hip pain by Dr. Greene. The claimant has had right hip pain for several years. The pain is rated at 8 out of 10. On physical exam, she has full range of motion of the right hip. There is tenderness to palpation at the greater trochanteric (GT) bursa. There is a positive straight leg raise on the right. There is some hypersensitivity along the anterior lateral thigh. Also down the posterior calf with numbness in the distribution. There is five and a five strength in the bilateral lower extremities. There is decreased sensation along the L4 – L5 distribution. Lumbar and right hip x-rays were unremarkable.

On April 24, 2023, a brain magnetic resonance imaging (MRI) without contrast was normal.

On May 22, 2023, the claimant was seen for fibromyalgia by Dr. McDaniel. Physical exam was unremarkable.

On June 8, 2023, Dr. Vatsavayi saw the claimant is psychiatric follow up. The claimant is being seen for depression. The patient was referred to a neuropsychological testing. She feels like her depression is in good control.

On August 2,2023, the claimant was seen in the emergency room after a fall. Computed tomography (CT) scan of the left lower extremity revealed acute non-displaced fracture of the anterior patella without definitive intra-articular extension. X-ray of the left elbow and right knee revealed no acute findings. The recommendation was for a knee immobilizer and weight-bearing as tolerated, crutches if needed and follow up with orthopedics. The claimant was discharged home in stable condition.

On August 8,2023, Dr. West stated that the claimant has health and safety risks that would pose a problem to self and others and is not fit to return to work.

Transferable Skills Analysis by A Nash, CRC and Occupational Analysis by M Provost, MD are reviewed.

Results of multiple diagnostic studies are reviewed.

All available medical documentation was reviewed.

**IN ANSWER TO YOUR SPECIFIC QUESTIONS:**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

Left patella fracture (S82.002A)
Left knee pain (M25.562)
Left medial meniscus tear (S83.242A)
Left knee osteoarthritis (M17.12)
Trochanteric bursitis of right hip (M70.60)
Right lower extremity radiculopathy

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

Major depression (F32.9)
Generalized anxiety disorder (F41.1)
Vertigo (H81.4)
Meniere disease

**3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 8/26/2023 to present and ongoing, and comment on the expected duration.**

Taking into consideration the entire clinical picture from the review of all the medical records provided, the claimant presented with ongoing pain. During the time period under review, she continues to have right hip and left knee pain, and recently had a left patella fracture, and therefore the following restrictions and limitations would apply. The restrictions and limitation's would be present from August 26, 2023 to present an ongoing for a duration of three months from the date of this report and then reevaluation would be recommended.
Stand - 15 minutes at time and for total1 hour for an 8-hour workday;
Walk - 15 minutes at time and for total1 hour for an 8-hour workday;
Sit - unrestricted with ability to change positions as necessary for comfort;
Push - occasionally up to 10 pounds;
Pull - occasionally up to 10 pounds;
Lift - occasionally up to 10 pounds;
Carry - occasionally up to 10 pounds;
Bend - Never;
Stoop --Never;
Kneel - Never;
Climbing - Never stairs, never ladders;
Repetitive upper extremity movements such as Simple Grasping, Fine Manipulation, Keyboarding, Feeling/tactile sensation - unrestricted ;
Reaching to below waist - unrestricted;
Reaching to waist level - unrestricted;
Reaching to shoulder level and above - unrestricted.

**4. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes, the medical management recommended by the provider and followed by the claimant is clinically reasonable and consistent with the apparent level of severity for the reported condition.

**5. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

None.

**6. Does the medical documentation support that any medical condition alone, or in combination would preclude the claimant from sustained occupational functioning on a full-time or part-time basis? Please explain why or why not.**

The medical documentation does not support a medical condition that would preclude the claimant from sustained occupational functioning on a full-time basis. Although there is a diagnosis of complex regional pain syndrome, there's no documentation of any objective evidence of this diagnosis on physical exam. The claimant does have right hip and left knee pain, and had a recent left knee patellar fracture for which the claimant should be able to function on a full-time basis within the restrictions and limitations about.

**7. Are the severity and scope of the claimant's reported pain consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? How does the claimant's pain complaints impact sustained work capacity? Please provide medical evidence to support your answer.**

The severity and scope of the claimant reported pain especially in the left upper extremity is not consistent with the intensity of treatment, or the physical exam findings. On the most recent physical exam in August, the claimant had complete and normal range of motion of the left upper extremity with no documentation of any signs of complex regional pain syndrome.

**8. Please attempt a minimum of 2 contact attempts to discuss your opinion with the claimant's treating provider, Dr. Gary McDaniel (contact below).**
**Please indicate if you have reached a consensus on the claimant's ability to perform sustained full-time or part-time work as of 8/26/2023 and beyond.**
**If unable to reach a provider, please send a faxed letter with a summary of your findings, conclusion and any clarification questions.**
**Dr. Gary Stephen McDaniel**

No peer discussion occurred. There are no questions for clarification.

**CONFLICT OF INTEREST ATTESTATION:**

I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge, I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest

(financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.

This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.

**ADVISING REVIEWER:**

Mauro Zappaterra, M.D.
Board Certified in Physical Medicine & Rehabilitation
Licensed in State of AZ #61179
Licensed in State of CA #118673

***NMR Conflict of Interest Attestation:***

*NMR attests to the fact that there is no conflict of interest with this review for referring entity, benefit plan, enrollee/consumer, attending provider, facility, drug, device or procedure. NMR attests that its compensation is not dependent on the specific outcome of this review or has had any involvement with this case prior to this referral.*

**From:** natallia.davydzenkava-washburn@nmrexamworks.com
**Sent:** Mon, 18 Dec 2023 15:40:48 -0600
**To:** Dimaggio, Jennifer;VendorReferrals
**Subject:** NMR peer report notification for case - Case #: 11580689 - NMR# 1018509
**Attachments:** QA_TC Letter - LFG - Rev01 AP01 - Unsuccessful_1018509-1_v1.doc, Report_NMR_Peer__LLAOBinv_1018509-1_v1.pdf, Report_NMR_Peer__LTD-R01_1018509-1_v1.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

This is to inform you that the report for your case #11580689 (NMR # 1018509-1) has been completed and is ready to be viewed on our website.

You can access the report via https://client.nmrco.com using your username and password.

Thank you for the referral.

Network Medical Review Co.

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

# Network Medical Review Company, LTD.

*An ExamWorks company*

## INVOICE

LINCOLN FINANCIAL GROUP - LLAOB

Attn: DIMAGGIO, JENNIFER
8801 INDIAN HILLS DRIVE
OMAHA, NE 68114

Invoice Number: 1018509-1
Invoice Date: 12/18/2023
Account Number: 519193
File Number: 1018509-1

Service Date: 12/18/2023 3:37 PM CST
Claim Number: 11580689
Claimant Name: Amy R Ray Knight

| Description $660.00 | | Amount |
|---|---|---|
| Initial | LTD | **$660.00** |

**Charge/Physician Specialty**

$660.00 Physical Medicine and Rehabilitation

**Comments:**

**Subtotal:** $660.00
**Tax:** $0.00

**Please pay this amount:** **$660.00**

Remit to: Network Medical Review Company, LTD
PO Box 492260
Redding, Ca 96049-2260
Tax ID 76-0711128

12/18/2023 3:37 PM CST

LAW OFFICES
OF
J. PRICE MCNAMARA

J. PRICE McNAMARA
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

December 5, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX (603) 334-0401**

The Lincoln National Life Insurance Company
**Attn: Sarah Boyle**
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

**Re: Claimant: Amy Knight**
**Claim #: 11580689**
**Gainwell Technologies**
**Long Term Disability (LTD) Benefits**

**SECOND AND FINAL APPEAL**

Dear Ms. Boyle,

**I represent Amy Knight in connection with the referenced claim. Please do not initiate contact with my client except through me, including any contact by telephone, postal mail or electronic means, including contact through insurer claim portals. This will further serve as a revocation of any and all previous consent for contact.**

My client, Amy Knight, hereby appeals The Lincoln National Life Insurance Company's (alternatively called "the Plan" herein) November 21, 2023, termination or denial of her long-term disability benefits. The administrative record, as a whole, does not support Lincoln's conclusion that Ms. Knight does not meet the definition of disability.

**COURT REVIEW**

Let this serve as notice of the claimant's intent to file suit immediately if the decision to deny benefits is not reversed. We will be seeking reimbursement of all costs and attorney's fees in connection with the court review, as the denial of this claim is nothing short of arbitrary, capricious and an abuse of discretion.

**NOTICE OF ATTORNEY FEE LIEN AND PAYMENT INSTRUCTIONS**

**Let this serve as notice that the undersigned has a lien on any payments made on this claim for attorney fees in connection with our representation in this matter.**

**Pursuant to our representation agreement with our client, and the lien referenced above, all payments made to our client are to be made payable to the client and J. Price McNamara. Please mail all payments to J. Price McNamara at 10455 Jefferson Highway, Ste. 130, Baton Rouge, LA 70809. Our Tax ID Number is 72-1384876.**

**Strict compliance with this request is required by law until further written notice from this office. Failure to comply with this request will be considered intentional interference with contractual rights, resulting in appropriate legal response.**

**Please do not initiate contact with my client except through me, including any contact by telephone, postal mail or electronic means, including contact through insurer claim portals.**

Please confirm receipt of this letter by email (support@jpricemcnamara.com) or fax (225-201-8313).

With kind regards, I remain

Sincerely,

[signature]

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/eej

FILEVINE

# Fax Confirmation

| | | | |
|---|---|---|---|
| **To:** | (603) 334-0401 | **From:** | (225) 201-8313 |
| **Doc:** | Fax_Knight - Ltr to Lincoln - 2ND LTD APPEAL - 12-05-23_2023-12-05-1240-PST.pdf | **Pages:** | 2 |
| **Sent:** | December 5, 2023 12:40 PM PST | **Rec'd:** | December 5, 2023 12:41 PM PST |

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Requested By: rebecca rand
Disability Claims
P.O. Box 7206
London, KY 40742-7206
(603) 200-6116 x0
Fax: (603) 334-0401

Document Locations
- [x] Document List
- [ ] Correspondence
- [ ] Paper File

**Return Report to: VendorReferrals@lfg.com**

| | | | |
|---|---|---|---|
| Customer Name: | GAINWELL ACQUISITION CORP | Date Sent: | 12/11/2023 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | AMY R RAY KNIGHT | Claim #: | 11580689 |
| Claimant Address: | C/O J. PRICE MCNAMARA10455 JEFFERSON HIGHWAYSTE 130 | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | BATON ROUGE | Claimant Tel. #: | |
| State: | LA | Claimant DOD: | 2/25/2021 |
| Zip: | 70809-0000 | Primary Diagnosis: | Pain in left arm |
| Gender: | FEMALE | Att. Physician: | |
| Specialist Type Requested : | Physical Medicine and Rehabilitation (PM&R) | Physician: Phone/Fax | Contact info in questions |

Referral Questions:

Vendor Chosen: Network Medical Review

Claimant Name: AMY R RAY KNIGHT

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Core Questions
1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.
2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.
3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - 8/26/2023 to - present and ongoing, and comment on the expected duration.
5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?
6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?

Additional Questions

Other - *** Please DO NOT ASSIGN TO: Dr. James Hill, Dr. Amy Feitelson, Dr. Andrew Nava, Dr. Elbert Richardson

Other - Does the medical documentation support that any medical condition alone, or in combination would preclude the claimant from sustained occupational functioning on a full-time or part-time basis? Please explain why or why not.

Other - Are the severity and scope of the claimant's reported pain consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? How does the claimant's pain complaints impact sustained work capacity? Please provide medical evidence to support your answer.

Other - Please attempt a minimum of 2 contact attempts to discuss your opinion with the claimant's treating provider, Dr. Gary McDaniel (contact below). Please indicate if you have reached a consensus on the claimant's ability to perform sustained full-time or part-time work as of 8/26/2023 and beyond. If unable to reach a provider, please send a faxed letter with a summary of your findings, conclusion and any clarification questions. Dr. Gary Stephen McDaniel: phone 225-924-2424, fax 225-408-7980

Instructions For Vendor:

Claimant Name: AMY R RAY KNIGHT

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Please assign to a board certified, preferably university affiliated provider.
Questions or issues with this referral should be directed to: Jennifer.Dimaggio@lfg.com
Medical / Surgical Condition:fibromyalgia, bilateral lower extremity weakness, left knee and right hip pain
Specialty: Physical Medicine & Rehabilitation (PM&R)

Attorney Information (if applicable):

Claimant Name: AMY R RAY KNIGHT

## Referral Summary

| | |
|---|---|
| **Benefit Begin Date:** | 08/26/2021 |
| **Claim Number:** | 11580689 |
| **Claimant Date of Birth:** | |
| **Claimant Name:** | AMY RAY KNIGHT |
| **Claimant Time Zone:** | Eastern |
| **Customer Name:** | GAINWELL ACQUISITION CORP |
| **Date of Disability:** | 02/25/2021 |
| **Job Title:** | ASSOCIATE BUSINESS ANALYSIS-RN |
| **Last Date Worked:** | 02/24/2021 |
| **Medical / Surgical Condition:** | fibromyalgia, bilateral lower extremity weakness, left knee and right hip pain |

| | |
|---|---|
| **Other Considerations:** | TCMS Special Circumstance |
| **Product Type:** | LTD |
| **Is Linked Provider in S1.NXT?** | Yes |
| **Referral Type:** | Appeal Referral |
| **Specialities:** | Physical Medicine & Rehabilitation (PM&R) |
| **Submitter Phone Number:** | 1 (888) 437 7611 ex 16329 |

**Questions**

Core Questions

1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.
2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.
3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - *8/26/2023* to - *present and ongoing*, and comment on the expected duration.
5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?
6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?

Additional Questions

**Other** - **** Please DO NOT ASSIGN TO: Dr. James Hill, Dr. Amy Feitelson, Dr. Andrew Nava, Dr. Elbert Richardson*

**Other** - *Does the medical documentation support that any medical condition alone, or in combination would preclude the claimant from sustained occupational functioning on a full-time or part-time basis? Please explain why or why not.*

**Other** - *Are the severity and scope of the claimant's reported pain consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? How does the claimant's pain complaints impact sustained work capacity? Please provide medical evidence to support your answer.*
**Other** - *Please attempt a minimum of 2 contact attempts to discuss your opinion with the claimant's treating provider, Dr. Gary McDaniel (contact below). Please indicate if you have reached a consensus on the claimant's ability to perform sustained full-time or part-time work as of 8/26/2023 and beyond. If unable to reach a provider, please send a faxed letter with a summary of your findings, conclusion and any clarification questions. Dr. Gary Stephen McDaniel: phone 225-924-2424, fax 225-408-7980*

# Lincoln Financial Group Appeal Referral

**Appeal Referral From:** **CHARLOTTE**

Office: 587 Manager: ELLIS, KATIE Case Mgr: YOUNG, KERI

Claimant Name: AMY R RAY KNIGHT Claim #: 11580689

Occupation (Job Title): ASSOCIATE BUSINESS ANALYSIS Date Sent: 12/7/2023

Diagnosis: M79.602 Pain in left arm, M25.531 Pain in right wrist

Date of Disability: 2/25/2021 Date Benefits Began: 8/26/2021

Maximum Duration: 1/14/2035 Paid Through: 10/24/2023

Date of Denial or (DB451): 10/25/2023 Date Appeal Received: 12/5/2023

**This is the date that the full appeal was received by the Field Claim Office*

Policyholder/Self-Insured Plan Holder: GAINWELL ACQUISITION CORP

Product: LTD Funding: CON

Is Claimant Eligible for LTD? Y

Erisa or Non-Erisa? ERISA Plan

Document Locations
- [x] Paperless
- [ ] Bilingual - translation complete
- [ ] Paper File
- [ ] Surveillance disk(s)

**Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

See profile

ER Contact Addresses (including email address):

see profile

Phone No. 5555555555 FAX No.

Account Specific or Unique Contract Issues / Additional Info:

na

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Friday, December 8, 2023 12:06:13 PM |
| To: | SUPPORT@JPRICEMCNAMARA.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Gainwell Acquisition Corp Claim No. 11580689 Amy Ray Knight |
| Attachments: | z9fa6aza6kdpoyof0hnt_16730671.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

December 8, 2023

J. Price McNamara
10455 JEFFERSON HIGHWAY
STE 130
BATON ROUGE, LA 70809

RE: Long Term Disability (LTD) Benefits
Gainwell Acquisition Corp
Claim #: 11580689
Claimant: Amy Ray Knight

Dear J. Price McNamara:

The Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Gainwell Acquisition Corp.'s Group Disability Policy. We are writing in reference to Amy Ray Knight's claim for LTD benefits under the Policy.

We received your request for review of the recent claim determination on your LTD claim on December 5, 2023.

We understand this is all of the information you intend to submit for our consideration of your LTD appeal. Consequently, your file has been forwarded to Lincoln's Claim Resolution Services for a full, and fair review.

I will be your dedicated Claim Resolution Specialist. If you have any questions regarding the status of the appeal, you may contact me at 1-888-437-7611 extension 59238 during the hours of 7:00am to 3:30 pm EST. Additionally, our email address is disabilitydocuments@lfg.com.

To assist us in evaluating your client's eligibility for benefits we have referred her file for a medical review and assessment by a Board Certified Physician.

We anticipate a response from the reviewing Board Certified Physician no later than January 7, 2024. If there is an unexpected delay in receiving a response, we will contact you. Otherwise, we will proceed with our review of your appeal once the response is received. We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of your client's eligibility for benefits under the terms of the Policy.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you

will be notified in writing of a final decision within 45 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation. We will contact you if there are special circumstances requiring a delay in Lincoln's response, and you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jennifer DiMaggio
Claim Resolution Specialist
Phone No.: (888) 437-7611 Ext. 59238
Secure Fax No.: (603) 334-0401

LAW OFFICES OF J. PRICE McNAMARA

J. PRICE McNAMARA
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

December 5, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX (603) 334-0401**

The Lincoln National Life Insurance Company
**Attn: Sarah Boyle**
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

**Re: Claimant: Amy Knight**
**Claim #: 11580689**
**Gainwell Technologies**
**Long Term Disability (LTD) Benefits**

**SECOND AND FINAL APPEAL**

Dear Ms. Boyle,

**I represent Amy Knight in connection with the referenced claim. Please do not initiate contact with my client except through me, including any contact by telephone, postal mail or electronic means, including contact through insurer claim portals. This will further serve as a revocation of any and all previous consent for contact.**

My client, Amy Knight, hereby appeals The Lincoln National Life Insurance Company's (alternatively called "the Plan" herein) November 21, 2023, termination or denial of her long-term disability benefits. The administrative record, as a whole, does not support Lincoln's conclusion that Ms. Knight does not meet the definition of disability.

COURT REVIEW

Let this serve as notice of the claimant's intent to file suit immediately if the decision to deny benefits is not reversed. We will be seeking reimbursement of all costs and attorney's fees in connection with the court review, as the denial of this claim is nothing short of arbitrary, capricious and an abuse of discretion.

**NOTICE OF ATTORNEY FEE LIEN AND PAYMENT INSTRUCTIONS**

**Let this serve as notice that the undersigned has a lien on any payments made on this claim for attorney fees in connection with our representation in this matter.**

**Pursuant to our representation agreement with our client, and the lien referenced above, all payments made to our client are to be made payable to the client and J. Price McNamara. Please mail all payments to J. Price McNamara at 10455 Jefferson Highway, Ste. 130, Baton Rouge, LA 70809. Our Tax ID Number is 72-1384876.**

**Strict compliance with this request is required by law until further written notice from this office. Failure to comply with this request will be considered intentional interference with contractual rights, resulting in appropriate legal response.**

**Please do not initiate contact with my client except through me, including any contact by telephone, postal mail or electronic means, including contact through insurer claim portals.**

Please confirm receipt of this letter by email (support@jpricemcnamara.com) or fax (225-201-8313).

With kind regards, I remain

Sincerely,

Price McNamara

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/eej

From: LFGNotifications@LFG.com
Sent: Monday, November 27, 2023 11:53:13 AM
To: SUPPORT@JPRICEMCNAMARA.COM;
CC:
BCC:
Subject: [Send Secure]Gainwell Acquisition Corp Claim No. 11580689 Amy Ray Knight
Attachments: o8osvtmgw9xnihzwaatd_16634319.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

November 27, 2023

J. Price McNamara
10455 JEFFERSON HIGHWAY
STE 130
BATON ROUGE, LA 70809

RE: Long Term Disability (LTD) Benefits
Gainwell Acquisition Corp
Claim #: 11580689
Claimant: Amy Ray Knight

Dear J. Price McNamara:

We received notification Amy Ray Knight's claim has closed. At the time your disability claim closed she was pursing Social Security benefits.

As Amy know, her employer's disability plan requires us to reduce her disability benefits by the amount of income Ms. Ray Knight receives from other sources, including Social Security, for her and any eligible dependents. A retroactive award may cause your disability claim to be considered overpaid, and she is responsible for repaying amounts paid for periods covered by her Social Security award. This obligation remains regardless of the status of her disability claim.

The last correspondence we received advised the Social Security Disability claim is still pending at Reconsideration.

To update our files, please provide a copy of the most recent status from the Social Security Administration. This could be in the form of a Denial letter or a Notice of Award. If the claim is still pending, please keep this letter and reach out once a decision is made. If the claim is awarded, Lincoln Financial Group will need a copy of the Notice of Award. Please be sure not to spend any retroactive payment received until we determine the overpayment of benefits.

If Ms. Ray Knight is unable to locate a copy of her most recent update, she may access this by visiting the Social Security Administration's website at www.socialsecurity.gov/myaccount where she can create an account and obtain any updates.

You may forward this to my attention at:

- The address in the above letterhead
- Fax Number: (603) 334-0401, or

- Email: disabilitydocuments@lfg.com

If Ms. Ray Knight is working with a vendor, they will continue to represent her through the hearing at no charge to her. The vendor will also provide us with updates as they occur, and she can disregard the above request for an update.

If you have any questions regarding this letter, please contact me at the number below.

Sincerely,

Whitney Shaw
Claims Examiner II, Social Security
On Behalf Of: Rosalind Gerald
Phone No.: (888) 437-7611 Ext. 59678
Secure Fax No.: (603) 334-0401

LAW OFFICES OF J. PRICE MCNAMARA

J. PRICE McNAMARA
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

November 20, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX (603) 334-0401**

The Lincoln National Life Insurance Company
**Attn: Sarah Boyle**
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

**Re: Claimant: Amy Knight**
**Claim #: 11580689**
**Gainwell Technologies**
**Long Term Disability (LTD) Benefits**

Dear Ms. Boyle,

In response to Lincoln's letter of November 16, 2023, this is to advise that Ms. Knight will not be submitting additional evidence. Please resume the appeal review.

Please confirm receipt of this letter by email (support@jpricemcnamara.com) or fax (225-201-8313).

With kind regards, I remain

Sincerely,

J. Price McNamara

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/eej

FILEVINE

# Fax Confirmation

| | | | |
|---|---|---|---|
| **To:** | (603) 334-0401 | **From:** | (225) 201-8313 |
| **Doc:** | Fax_Knight - Ltr to Lincoln Req Resume Review - 11-20-23_2023-11-20-1406-PST.pdf | **Pages:** | 1 |
| **Sent:** | November 20, 2023 2:07 PM PST | **Rec'd:** | November 20, 2023 2:08 PM PST |

**From:** LincolnAbsenceNotification@lfg.com
**To:** PMISNER@DXC.COM
**Subject:** Amy Ray Knight LINCOLN FINANCIAL NOTIFICATION: Change in Long Term Disability Status - Claim 11580689

This is to notify you that there has been a change in the status of a long term disability claim for **Amy Ray Knight** (Employee ID: **11553809**).

**Long Term Disability Information:**

Benefit Payments Period: **8/26/2021 thru** thru **10/24/2023**

Disability Claim Status: **Closed Not Totally Disabled For Any Occupation**

If you have further questions, please call Lincoln Financial at 800-879-2701 ext. **59543** or contact the assigned Case Manager at . Please be sure to reference claim number **11580689**.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Tuesday, November 21, 2023 12:14:49 PM |
| To: | SUPPORT@JPRICEMCNAMARA.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Gainwell Acquisition Corp Claim No. 11580689 Amy Ray Knight |
| Attachments: | fyciaxdk6yi0gunn7mrp_16612496.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

November 21, 2023

J. Price McNamara
10455 JEFFERSON HIGHWAY
STE 130
BATON ROUGE, LA 70809

RE: Long Term Disability (LTD) Benefits
Gainwell Acquisition Corp
Claim #: 11580689
Claimant: Amy Ray Knight

Dear J. Price McNamara:

We reviewed your appeal request for Long Term Disability ( LTD ) benefits, and have approved benefits from August 26, 2021 to August 25, 2023. Any benefits that may be payable will be sent under separate cover. We maintain a decision to deny benefits beyond August 25, 2023 because Ms. Ray Knight did not meet the definition of disability.

**Initial Claim Decision**

Ms. Ray Knight submitted a claim for her absence from work as of February 25, 2021 as a result of left arm and right wrist pain, as well as anxiety and depression. LTD benefits were approved from August 26, 2021 through November 11, 2022. Benefits beyond November 11, 2022 were denied as the evaluation concluded Ms. Ray Knight was no longer disabled as defined by the Policy.

The basis for the decision was outlined in a letter dated November 15, 2022. Ms. Ray Knight was provided an opportunity to request an appeal review of the denial, stating the reasons why she felt her claim should not have been denied, and submit additional information to support her claim. Specifically, she was advised to submit the following information:

*All documentation from any of your other treating providers that would show evidence that you do meet the definition of disabled continuously from Own Occupation beyond November 11, 2022 such as: test results with positive findings, such as an MRI or CT Scan, or, office visit notes that document physical exam findings, hospitalization records, lists of prescription medications with their start date/dosages, a detailed treatment plan which would outline a description of your specific restrictions and limitations, and any physical or occupational therapy records.*

*You should also provide any additional information that you feel will support your claim.*

**Appeal**

In your letter of appeal dated July 10, 2023, you indicated Ms. Ray Knight was appealing the decision.

In support of her claim, you submitted the following information:

- Dr. McDaniel: treatment notes 2/20/23 through 5/22/23
- Dr. Greene: treatment notes 9/22/22 through 1/27/23
- MRI left knee 12/7/22

**Appeal Evaluation**

During the review of your appeal, Ms. Ray Knight's claim was reviewed by Dr. Andrew Nava, an independent physician who is board certified in Physical Medicine & Rehabilitation, with Expertise in Pain Medicine. Based on his review of the medical records, Dr. Nava concluded Ms. Ray Knight could stand/ walk no more than 30 minutes over a 2-hour period, no more than 2 hours total in an 8-hour day; unrestricted reach in all planes, keyboard, mouse, type, grip, grasp, and sit with the ability to change positions as needed for comfort; occasionally push/ pull/ carry/ lift up to 20 pounds, bend/ stoop/ kneel, climb stairs; never climb ladders. Ms. Ray Knight could work 8 hours per day, 5 days per week within these restrictions.

On July 24, 2023, copies of the updated medical and vocational reviews were sent to you, and you were provided with the opportunity to review and comment. Your response was due by August 14, 2023. On August 9, 2023, your request for an extension was granted, a response was due by September 13, 2023.

On August 25, 2023, we received the following updated information:

- Affidavit by Ms. Ray Knight 8/15/23
- Affidavit by Terry Knight 8/15/23
- Affidavit by Carl Zvonek 8/15/23
- Affidavit by Kathryn Zvonek 8/15/23
- Dr. West: physician note and recommended restrictions 8/4/23; LA State Board of Nursing Medical Release
- Ms. Wattigney: ED After Visit Summary 8/2/23
- Baton Rouge General: medical records 12/20/16 through 10/13/20
- Baton Rouge Clinic: medical records 11/11/22 through 6/8/23
- Women's Hospital: medical records 3/16/23 through 7/7/23

Ms. Ray Knight's claim was reviewed by Dr. Elbert Richardson, an independent physician who is board certified in Psychiatry. Based on his review of the medical records, Dr. Richardson concluded there is no evidence of findings to suggest limitations of Ms. Ray Knight's activities for the time period of 11/12/2022 to ongoing. Ms. Ray Knight reported that she was dealing with depression and anxiety on and off since she was 25 years old and has been on and off medication as well since then. She added that her depression and anxiety are in good control for most part. Ms. Ray Knight's subjective reports of symptoms are consistent with her diagnosis and are acknowledged; however, her symptoms and clinical findings were not of severity as to limit occupational functioning. Her

overall ability to perform activities of daily living and engage in certain therapeutic activities has been maintained. On multiple encounters and follow-ups with Dr. Venugopal Vatsavayi for her psychiatric progress, the majority of her Mental Status Exam showed unremarkable results. Additionally, the claimant is currently undergoing therapy and medication that are both helpful per the claimant. Since, there has been no evidence of suicidal or homicidal ideation. The overall clinical picture is not consistent with the presence of impairing psychopathology and restrictions are not warranted.

The new information was also sent to Dr. Nava for an addendum. Dr. Nava stated the new information did alter his previous responses. Based on the new information, appropriate restrictions from 11/11/22 ongoing included stand/ walk no more than 15 minutes at a time over a 2-hour period, no more than 1 hour total in an 8-hour day; unrestricted reach in all planes, and sit with the ability to change positions as needed for comfort; occasionally keyboard, mouse, type, grip, grasp, push/ pull/ carry/ lift up to 10 pounds, bend/ stoop/ kneel, climb stairs; never climb ladders. Ms. Ray Knight could work 8 hours per day, 5 days per week within these restrictions.

Ms. Ray Knight's claim was referred to a Vocational Specialist to conduct a vocational analysis of her current capabilities, training, education, and experience. The review identified her transferable skills as:

**TRANSFERABLE SKILLS:**
**Consultant**
Applying advanced logic and scientific thinking to solve complex problems; understanding symbolic language, computer technology, technical terms, charts, and graphs in dealing with numerical and statistical data; speaking and writing clearly and accurately; using judgment and known facts to make decisions; and using eyes, hands, and fingers.
**Utilization Review Coordinator**
Applying logic and management skills to plan, direct, or supervise specialized social service programs; analyzing materials and interpreting wide variety of subject matter; making decisions using judgment, experience, knowledge of legal requirements, and other known facts; speaking and writing effectively to influence actions of others; and planning and directing activities of others.
**Nurse, Supervisor and Nurse, General Duty**
Applying technical knowledge, common sense, and special medical skills to care for or treat sick or handicapped people; using eyes, hands, and fingers skillfully; adapting quickly to emergency situations; instructing, planning, and directing work of others; keeping accurate records; and distinguishing shapes, forms, and colors.

Based on this information, Ms. Ray Knight has the ability to perform the following occupation(s):

| **Occupation:** | **National Economy Monthly Wage:** |
|---|---|
| Consultant | $6332 |
| Director, Nurses Registry | $6332 |
| Tourist Information Assistant | $3263 |
| Customer Complaint Clerk | $3148 |
| Job Development Specialist | $5353 |

On September 21, 2023, you were advised we had reviewed your appeal request for Long Term Disability ( LTD ) benefits and overturned the denial; however, only through August 25, 2023 at that time. Since Ms. Ray Knight's benefits began on August 26, 2021, the change in definition occurred on August 26, 2023. We advised we were currently reviewing Ms. Ray Knight's claim for benefits beyond that date.

On September 21, 2023, a copy of the updated medical and vocational reviews were sent to you, and you were provided with the opportunity to review and comment. Your response was due by October 11, 2023. On October 11, 2023, your request for an extension was granted, a response was due by November 1, 2023

In response, you submitted the following medical evidence:

- Statement from Ms. Ray Knight 10/20/23
- Dr. Wattigney: medical records 8/2/23
- Dr. West: urinalysis report 9/20/23

The new information was sent to Dr. Nava for an addendum. Dr. Nava stated the new information does alter his previous responses. Based on the new information, appropriate restrictions from 8/2/23 ongoing included stand/ walk up to 15 minutes at a time but no more than 1 hour total in an 8-hour day; unrestricted reach in all planes, and sit with the ability to change positions as needed for comfort; pull/ carry/ lift up to 10 pounds; never climb ladders or stairs; no bend/ stoop/ kneel; bilateral upper extremities were unchanged.

Ms. Ray Knight's claim was referred to a Vocational Specialist to conduct an updated vocational analysis of her current capabilities, training, education, and experience. Based on the updated information, Ms. Ray Knight has the ability to perform the following occupation(s):

| **Occupation:** | **National Economy Monthly Wage:** |
|---|---|
| Consultant | $6332 |
| Director, Nurses Registry | $6332 |
| Customer Complaint Clerk | $3148 |
| Nurse Case Manager | $6768 |
| Pre-Certification Nurse | $6768 |
| Utilization Review Nurse | $6768 |

On November 16, 2023, a copy of the updated medical and vocational reviews were sent to you, and you were provided with the opportunity to review and comment. Your response was due by December 7, 2023.

On November 20, 2023, we received a letter advising that Ms. Ray Knight will not be submitting additional evidence, and to please resume the appeal review.

We are aware that Ms. Ray Knight's claim for Social Security Disability Income benefits is being processed. It should be noted that any ruling by the Social Security Administration does not determine entitlement to benefits under the terms and conditions of the Gainwell Acquisition Corp Group Disability Income Policy.

**Conclusion**

We conducted a thorough and independent review of Ms. Ray Knight's entire claim and concluded that we will issue benefits from the LTD benefit begin date of August 26, 2021 through to August 25, 2023.

In summary, we acknowledge that Ms. Ray Knight may have continued to experience some symptoms associated with her condition beyond August 25, 2023. However, the information does not contain significant exam findings, diagnostic test results or other forms of medical documentation supporting Ms. Ray Knight's symptoms and impairments remained of such severity, frequency and duration that they resulted in restrictions or limitations rendering her unable to perform the duties of the occupations identified as being within her functional capacity and vocational skills after that date.

This claim decision reflects an evaluation of the claim facts and Policy provisions.

**Policy Provisions**

In order to continue receiving benefits, Ms. Ray Knight must satisfy the requirements of all Policy provisions that state, in part:

***Own Occupation Duration:***
*24 Month Own Occupation*

*"**Any Occupation**" means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*

*"**Disability**" or "**Disabled**", with respect to Long Term Disability, means:*
*1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
*i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
*ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

*"**Material and Substantial Duties**", with respect to Long Term Disability, means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.*

*"**Mental Illness**" means a psychiatric or psychological condition classified as such in the most current edition of the Diagnostic and Statistical Manual of Mental Disorders (DSM) regardless of the underlying cause of the Mental Illness. If the DSM is discontinued, Lincoln will use the replacement chosen or published by the American Psychiatric Association.*

*"**Own Occupation**", with respect to Long Term Disability, means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the*

*purposes of determining Disability under this policy, Lincoln will consider the Covered Person's occupation as it is normally performed in the national economy.*

***"Proof"*** *means the evidence in support of a claim for benefits and includes, but is not limited to, the following:*
*1. a claim form completed and signed (or otherwise formally submitted) by the Covered Person claiming benefits;*
*2. an attending Physician's statement completed and signed (or otherwise formally submitted) by the Covered Person's attending Physician; and*
*3. the provision by the attending Physician of standard diagnosis, chart notes, lab findings, test results, x-rays and/or other forms of objective medical evidence in support of a claim for benefits.*
*Proof must be submitted in a form or format satisfactory to Lincoln.*

***Disability Benefit***
*When Lincoln receives Proof that a Covered Person is Disabled due to Injury or Sickness and requires the Regular Attendance of a Physician, Lincoln will pay the Covered Person a Monthly Benefit after the end of the Elimination Period, subject to any other provisions of this policy. The benefit will be paid for the period of Disability if the Covered Person gives to Lincoln Proof of continued:*
*1. Disability;*
*2. Regular Attendance of a Physician; and*
*3. Appropriate Available Treatment.*
*The Proof must be given upon Lincoln's request and at the Covered Person's expense. In determining whether the Covered Person is Disabled, Lincoln will not consider employment factors including, but not limited to, interpersonal conflict in the workplace, recession, job obsolescence, paycuts, job sharing and loss of a professional or occupational license or certification.*

***Mental Illness and/or Substance Abuse Limitation***
*The benefit for Disability due to Mental Illness and/or Substance Abuse will not exceed a combined period of 24 months of Monthly Benefit payments while the Covered Person is insured under this policy.*
*If the Covered Person is in a Hospital or Institution for Mental Illness and/or Substance Abuse at the end of the combined period of 24 months, the Monthly Benefit will be paid during the confinement.*
*If the Covered Person is not confined in a Hospital or Institution for Mental Illness and/or Substance Abuse, but is fully participating in an Extended Treatment Plan for the condition that caused Disability, the Monthly Benefit will be payable to a Covered Person for up to a combined period of 36 months.*
*In no event will the Monthly Benefit be payable beyond the Maximum Benefit Period shown in the Schedule of Benefits.*

***Discontinuation of the Long Term Disability Benefit***
*The Monthly Benefit will cease on the earliest of:*
*…*
*9. the date the Covered Person is no longer Disabled according to this policy;*
*…*

***Legal Proceedings***
*A claimant or the claimant's authorized representative cannot start any legal action:*
*1. until 60 days after Proof of claim has been given; or*
*2. more than one year after the time Proof of claim is required.*

***Notice and Proof of Claim***
*1.* ***Notice***
*a. Notice of claim must be given to Lincoln within 30 days of the date of the loss on which the claim is based. If that is not possible, Lincoln must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Lincoln.*
*b. When written notice of claim is applicable and has been received by Lincoln, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Lincoln written Proof of claim without waiting for the forms.*
*2.* ***Proof***
*a. Satisfactory Proof of loss must be given to Lincoln no later than 30 days after the end of the Elimination Period.*
*b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*
*c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Lincoln within 30 days of the request for such Proof.*
*Lincoln reserves the right to determine if the Covered Person's Proof of loss is satisfactory.*

Under the Employee Retirement Income Security Act (ERISA) appeal guidelines, you were entitled to appeal the decision made by Liberty Life Assurance Company of Boston (Liberty), and to submit any additional information you wished to be considered as part of the appeal. Liberty has conducted a full and fair review of your appeal and accompanying materials, and has concluded that the denial of benefits will be maintained.

If you disagree with the denial of benefits beyond August 25, 2023, you may make a written request to Liberty Life Assurance Company of Boston. You may submit any additional information or comments you deem pertinent for review. All requests must be made in writing within 180 days of the date of this letter and should be addressed to:

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

Liberty Life Assurance Company of Boston will provide you with their decision, in writing, within 45 days of receipt of the written appeal, with an additional 45-day extension, if required, to complete the appeal review.

Nothing in this letter should be construed as a waiver of any Liberty Life Assurance Company of Boston rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the Company, whether or not they are specifically mentioned herein.

Decisions made by Liberty Life Assurance Company of Boston are based on the provisions outlined in the Gainwell Acquisition Corp Group Disability Income Policy. These provisions are not contingent on decisions made by either the Social Security Administration or other disability-determining entities.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowol ninizingo saad hosinilį́į́' dóó ná'ookąąh níní'ą́ągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtį́į́ł ninizingo dóó bą́ąh ílínígóó níká a'doowol éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducci  n, cont  cteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelaci  n.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If you have any questions regarding this matter, please contact me.

Sincerely,

Sarah Boyle
Claims Resolution Specialist
Phone No.: (888) 437-7611 Ext. 16117
Secure Fax No.: (603) 334-0401

**From:**Boyle, Sarah
**Sent:**Tue, 21 Nov 2023 17:22:18 +0000
**To:**Benefits Team
**Subject:**Amy Ray Knight

Hello,

RE: Amy Ray Knight
Employee id: 11553809
Claim: 11580689

We have completed the appeal assessment of this claim and partially overturned the prior denial of LTD benefits beyond 11/11/22. Benefits have been approved through 8/25/23, which is the change in definition date. Benefits beyond 8/25/23 have been denied as Ms. Ray Knight no longer meets the policy's definition of disability. A letter has been sent today to notify them of our decision.

Thank you!

Sarah Boyle
Claims Resolution Specialist
Lincoln Financial Group
P.O. Box 2578
Omaha, NE 68172-9688

888-437-7611 Office
X16117
Fax: 603-334-0401

LincolnFinancial.com

Follow us on:



LAW OFFICES
OF
J. PRICE MCNAMARA

J. PRICE McNAMARA
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

November 20, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX (603) 334-0401**

The Lincoln National Life Insurance Company
**Attn: Sarah Boyle**
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

**Re: Claimant: Amy Knight**
**Claim #: 11580689**
**Gainwell Technologies**
**Long Term Disability (LTD) Benefits**

Dear Ms. Boyle,

In response to Lincoln's letter of November 16, 2023, this is to advise that Ms. Knight will not be submitting additional evidence. Please resume the appeal review.

Please confirm receipt of this letter by email (support@jpricemcnamara.com) or fax (225-201-8313).

With kind regards, I remain

Sincerely,

J. Price McNamara
**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/eej

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Thursday, November 16, 2023 10:23:15 AM |
| To: | SUPPORT@JPRICEMCNAMARA.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Gainwell Acquisition Corp Claim No. 11580689 Amy Ray Knight |
| Attachments: | tl24fam8f41niliwyar9_16581011.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-0119

November 16, 2023

J. Price McNamara
10455 JEFFERSON HIGHWAY
STE 130
BATON ROUGE, LA 70809

RE: Long Term Disability (LTD) Benefits
Gainwell Acquisition Corp
Claim #: 11580689
Claimant: Amy Ray Knight

Dear J. Price McNamara:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Gainwell Acquisition Corp's Group Disability Policy. We are writing regarding Ms. Amy Ray Knight's claim for LTD benefits under the Policy.

We are in process of reviewing Ms. Ray Knight appeal of our denial determination regarding the above-referenced claim. The purpose of this letter and enclosure(s) is to provide you with an opportunity to review and comment on new/ additional evidence that has been received before a decision is rendered on Ms. Ray Knight appeal.

Please find attached Peer Review and Vocational Review which is new or additional evidence in connection with Ms. Ray Knight appeal. You may review these and provide a response to us, which we will consider in making our decision on Ms. Ray Knight appeal. If we do not receive your response within 21 days of the date of this letter or **December 7, 2023**, we will proceed with making a determination on Ms. Ray Knight appeal.

Upon receipt of your response, we will promptly complete our review and render a determination on Ms. Ray Knight appeal. If your response is not received by **December 7, 2023**, we will render a determination based on the information contained in Ms. Ray Knight file.

Due to these special circumstances, an extension of time to process Ms. Ray Knight appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln's control, which require a delay in making a determination. If additional time is needed,

ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)]

If you have any questions regarding this matter, please contact her assigned Disability Case Manager at the number below.

Sincerely,

Darrell Hart
Claim Resolution Specialist
On Behalf Of: Sarah Boyle
Phone No.: (888) 437-7611 Ext. 16117
Secure Fax No.: (603) 334-0401

Attachments: 11580689-MEDICAL-CP/PEER REVIEW-11.13.2023
11580689-VOC-TRANSFERRABLE SKILLS ASSESSMENT-11.15.2023

RRS
Reliable Review Services

| | |
|---|---|
| Date: | 11/12/2023 |
| To: | Sarah Boyle |
| | LINCOLN FINANCIAL GROUP |
| Re: | RRS ID: 94138 |

| | |
|---|---|
| Claimant: | Amy R Ray Knight |
| Claim #: | 11580689 |
| Line of Business: | Disability |
| Review Type: | LTD |
| Review Level: | Initial |

## Advisory Report

### Clinical History

This case was previously reviewed by me twice; RRS case 90490 dated 07/21/2023 and RRS case 92096 dated 09/12/2023. Additional medical records were provided for review. This review is from a Physical Medicine & Rehabilitation perspective. The claimant is a 55 year old female who had a listed diagnosis of “pain in left arm.” This review is to determine if the additional medical records changes my prior opinion. The claimant’s date of disability was noted to be 02/25/2021.

All of the medical records were reviewed and taken into consideration for this review, but only those closest to the dates under review and those felt to be most relevant to this review were noted below.

On 08/02/023, the claimant was seen in the emergency department by Dr. Luke G. Guillot (Emergency Medicine). The claimant tripped and fell while she was staying with her hospitalized mother upstairs in the hospital. The claimant landed on both knees and hit her left elbow as well. The claimant bumped her chin, but denied actual chin pain. The claimant denied loss of consciousness. CT scan of the left lower extremity revealed acute non-displaced fracture of the anterior patella without definitive intra-articular extension. X-ray of the left elbow and right knee revealed no acute findings. The recommendation was for a knee immobilizer and weight-bearing as tolerated, crutches if needed, and follow up with orthopedics. The claimant was discharged home in stable condition.

On 09/20/2023, urinalysis revealed moderate blood, cloudy clarity, large leukocyte esterase, and positive nitrite.

On 10/20/2023, a statement by the claimant noted she was terminated from her job due to inability to meet job requirements. The claimant had complex regional pain syndrome (CRPS) continuously since the accident. Other diagnoses included incapacitated migraines and irritable bowel syndrome. The claimant

RRS
Reliable Review Services

had fallen six times since Thanksgiving 2022 with one fall occurring around 08/06/2023 with a fractured left patella. The claimant had increased pain and weakness. The claimant had pain and soreness all over. The claimant was unable to sit for more than 15 to 30 minutes at a time due to extreme pain in the limbs and lower back. The claimant was unable to sit for more than a total of 2 to 3 hours in a day without experiencing extreme pain in the limbs and lower back. The claimant required a pillow under the left arm/elbow due to pain related to CRPS. The claimant must rest her right wrist frequently due to pain and aching. The claimant used a cushion or a pillow behind the lower back and body for the same reason. The claimant could not lift or carry a gallon of milk, which weighed approximately 8 pounds, without severe pain. The claimant's husband does the majority of the household chores that required repetitive movement of the upper extremities, including pushing, pulling, lifting, and carrying.

## Provider Contact Log

| Date/time of call | Spoke to | Outcome/message |
|---|---|---|
| 11/6/2023 10:59 AM CST | Katy, Operator | I attempted to contact Dr. David West. I was unable to leave a message. Out of the office until Wednesday |
| 11/8/2023 10:02 AM CST | Shannon, Operator/Trudy, Nurse Voicemail | I attempted to contact Dr. David West. I left a detailed message noting the reason for my call and requesting a return call. My contact number was provided and the best time to reach me was noted. A time frame for call back was provided. |

## Questions and Reviewer's Response

**1. Please review the additional medical information sent under separate cover:**

**Claimant statement 10/20/2023.**

**ED notes from Our Lady of the Lake Regional Medical Ctr 08/02/2023.**

**Urinalysis (undated, but per attorney letter is is from 09/20/2023).**

The additional medical records were reviewed.

**2. Does the additional information alter your prior responses from your 07/21/2023 initial report or your 09/12/2023 addendum report? Please provide your rationale and any updated responses.**

The additional information does alter my prior responses from my prior reviews (RRS case 90490 dated 07/21/2023 and RRS case 92096 dated 09/12/2023).

Reliable Review Services

On 08/02/2023, the claimant was seen in the emergency room after a fall. CT scan of the left lower extremity revealed acute non-displaced fracture of the anterior patella without definitive intra-articular extension. X-ray of the left elbow and right knee revealed no acute findings. The recommendation was for a knee immobilizer and weight-bearing as tolerated, crutches if needed and follow up with orthopedics. The claimant was discharged home in stable condition.

On 09/20/2023 urinalysis revealed moderate blood, cloudy clarity, large leukocyte esterase, and positive nitrite.

Based on the additional documentation provided, the previous restrictions are changed from 08/02/2023 to present. It was noted the claimant suffered a left patellar fracture on 08/02/2023. The recommendation was for crutches and weight-bearing as tolerated. Therefore, from 08/02/2023 to present:

Standing up to 15 minutes at a time over a 2 hour period, but no more than 1 hour total in an 8 period of time due to bilateral lower extremity weakness and fall risk/history of falls. Also due to left patellar fracture.
Walking up to 15 minutes at a time over a 2 hour period, but no more than 1 hour total in an 8 period of time due to bilateral lower extremity weakness and fall risk/history of falls. Also due to left patellar fracture.
Sitting unrestricted or unlimited with the ability to shift/change positions as necessary for comfort.
Pushing/pulling/lifting/carrying up to 10 pounds occasionally.
No bending/stooping/kneeling due to left patellar fracture.
No climbing ladders or stairs due to falls/fall risk and left patellar fracture.
Bilateral upper extremity unchanged.

The urinalysis report provided is irrelevant to any restrictions from the perspective of physical medicine and rehabilitation.

The claimant's statement was reviewed as well as the claimant's reported limitations, however, there was a lack of objective examination findings from any provider to support alteration of the previous restrictions. For example, the claimant stated she was unable to sit for more than 15 to 30 minutes at a time due to extreme pain in the limbs/lower back and for more than a total of 2 to 3 hours in a day without experiencing extreme pain in the limbs/lower back, however there is a lack of physical examination findings to support this claim. The claimant also stated she cannot lift or carry a gallon of milk, which weighs approximately 8 pounds, without severe pain. However, there was a lack of objective examination findings to support this claim as well. It should be noted that the previous determination

RRS
Reliable Review Services

stated pushing/pulling/lifting/carrying up to 10 pounds occasionally, which should be sufficient based on the previous report/documentation.

*The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of this independent review. I also attest that I have no substantial personal or financial relationship with the treating provider(s) and/or treatment facility(ies), I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.*

*I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.*

Andrew M Nava, MD
Board Certified
Physical Medicine & Rehabilitation
Expertise in: Pain Medicine
MD - D82474

## Documents Sent for Review

| Document Date | Document Type | Document Source |
|---|---|---|
| 11/02/2023 | Independent Evaluation | Lincoln Financial Group |
| 10/24/2023 | Correspondence | J. Price McNamara |
| 10/20/2023 | Verification of Amy Knight | Claimant |
| 08/02/2023 | Facesheet | Unknown |
| 08/02/2023 | ED Provider Notes | Amy West Wattigney, PA |
| 08/02/2023 | Patient Care Timeline | Jessica Firmin, RN |
| 08/02/2023 | Encounter Notes | Brooke Fenn, PA |
| 08/02/2023 | Discharge Instructions | Amy West Wattigney, PA |
| 08/02/2023 | All Orders | Lauren Terrio, PA |
| 08/02/2023 | Patient Education | Unknown |
| 08/02/2023 | Flowsheets | Unknown |
| 08/02/2023 | Release and Use of Information | Claimant |
| 08/02/2023 | After Visit Summary | Amy West Wattigney, PA |
| 08/02/2023 | Patient Information Verification Form | Unknown |
| 08/02/2023 | Consent for Treatment | Unknown |

Reliable Review Services

Lincoln Financial Group

**Lincoln Financial Group**
Group Protection

Angelle Nash, MHS, CRC
Vocational Consultant II

# ADDENDUM TRANSFERABLE SKILLS ANALYSIS

| | |
|---|---|
| **Claimant Name:** | Amy Ray Knight |
| **Claim Number:** | 11580689 |
| **Claims Case Manager:** | Sarah Boyle |
| **Employer:** | Gainwell Acquisition Corporation |
| **Monthly Pre-Disability Earnings:** | $5252.33 |
| **Monthly Benefit Amount:** | $3151.40 |
| **Date of Report:** | 11/15/23 |

A Transferable Skills Analysis utilizing the Occupational Access System (OASYS) was completed to assess the Insured's transferable skills to determine if alternative occupations exist in the national economy.

**RESOURCES / DOCUMENTATION UTILIZED:**

- Job Description
- OA dated 8/10/21
- TSA 9/19/23
- Training, Education & Experience (TE&E) Form
- Dictionary of Occupational Titles (DOT)
- Occupational Information Network (O*NET)
- Economic Research Institute (ERI) Occupational Assessor
- Occupational Outlook Handbook (OOH)
- Internet Job Boards

**RESTRICTIONS / LIMITATIONS:**

I have been asked to base this review on the claimant's restrictions and limitations per the peer review addendum completed by Dr. Andrew Nava, PM&R dated 11/12/23. They include:

> "Standing up to 15 minutes at a time over a 2 hour period, but no more than 1 hour total in an 8 period of time due to bilateral lower extremity weakness and fall risk/history of falls. Also due to left patellar fracture.
> Walking up to 15 minutes at a time over a 2 hour period, but no more than 1 hour total in an 8 period of time due to bilateral lower extremity weakness and fall risk/history of falls. Also due to left patellar fracture.

Sitting unrestricted or unlimited with the ability to shift/change positions as necessary for comfort.
Pushing/pulling/lifting/carrying up to 10 pounds occasionally.
No bending/stooping/kneeling due to left patellar fracture.
No climbing ladders or stairs due to falls/fall risk and left patellar fracture.
Bilateral upper extremity unchanged."

**EDUCATION & TRAINING:**

| | |
|---|---|
| • Education: | Associate degree in nursing; Bachelor of arts degree in social work |
| • Certifications / Licensure: | Registered Nurse |
| • Computer Skills: | E-mail; Internet; Word Processing |

**WORK HISTORY:**

| DOT Code | Occupation Title | SVP | Years Performed | Strength Level |
|---|---|---|---|---|
| 189.117-050 | Consultant | 8 | 12 | S |
| 079.262-010 | Utilization Review Coordinator | 7 | 12 | S |
| 075.167-010 | Nurse, Supervisor | 7 | 2 | L |
| 075.364-010 | Nurse, Gen. Duty | 7 | 1 | M |

**TRANSFERABLE SKILLS:**

**Consultant**
Applying advanced logic and scientific thinking to solve complex problems; understanding symbolic language, computer technology, technical terms, charts, and graphs in dealing with numerical and statistical data; speaking and writing clearly and accurately; using judgment and known facts to make decisions; and using eyes, hands, and fingers.

**Utilization Review Coordinator**
Applying logic and management skills to plan, direct, or supervise specialized social service programs; analyzing materials and interpreting wide variety of subject matter; making decisions using judgment, experience, knowledge of legal requirements, and other known facts; speaking and writing effectively to influence actions of others; and planning and directing activities of others.

**Nurse, Supervisor and Nurse, General Duty**
Applying technical knowledge, common sense, and special medical skills to care for or treat sick or handicapped people; using eyes, hands, and fingers skillfully; adapting quickly to emergency situations; instructing, planning, and directing work of others; keeping accurate records; and distinguishing shapes, forms, and colors.

**PROFILE ADJUSTMENTS:**

| | |
|---|---|
| • General Educational Development: | 1. Reasoning: Adjusted to 15-16+ grade based on college degree.<br>2. Mathematics: Adjusted to 15-16+ grade based on college degree.<br>3. Language: Adjusted to 15-16+ grade based on college degree. |
| • Strength: | Adjusted to sedentary based on restrictions/limitations. |

| | |
|---|---|
| • Physical: | Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to unknown. Post hoc analysis for occasional keyboarding/typing and grasping of alternate occupations identified will be completed. |
| • Environmental: | Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to unknown. |
| • Noise: | Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to very loud. |
| • Aptitudes: | No adjustments performed. |
| • Situations: | 1. Influencing people in their opinions, attitudes, and judgments adjusted to yes based on the need for the consultant, and utilization review to provide information to others, explained their position and attempt to have others agree or review the same information.<br>2. Performing a variety of duties adjusted to yes based on the need for the nurse supervisor and clinic nurse to perform a variety of duties including managing all operations, providing patient care, and directing others when necessary.<br>3. Performing effectively under stress adjusted to yes as the utilization review may encounter stressful situations when patients or clients do not agree or insurance companies question results.<br>4. Working under specific instructions adjusted to yes based on need to follow supervisory instruction and company guidelines. |
| • Data: | 1. Compiling adjusted to yes based on the need for the consultant, and utilization review to gather information in order to make assessments and judgment.<br>2. Computing adjusted to yes based on the need for the nurse to compute medication needs for patients. The consultant will compute fees and review file contents for accuracy.<br>3. Copying adjusted to yes based on the need for the nurse, nurse, supervisor and utilization review person to document files, charts and patient activities.<br>4. Comparing adjusted to yes based on the need for the consultant to compare recommendations to actual operations for any improvements. The nurse will also compare patient's progress to physician orders and make any recommendations. |
| • People: | 1. Instructing adjusted to yes based on for the nurse supervisor and nurse to provide instruction and guidance to patients, subordinates and other nursing in administering proper care.<br>2. Serving adjusted to yes based on need to serve patients and families and provide needed information during consultation and utilization review.<br>3. Taking instructions-helping adjusted to yes based on the need for the nurse to take instructions form physicians in administering care. |
| • Things: | 1. Manipulating adjusted to yes based on the need for the nurse and nurse supervisor to manipulate medical equipment, instruments and other items such as patient charts. |

**SUMMARY:**
This Transferable Skills Analysis identified occupations within the Insured's physical abilities and identified skill level.

Examples of occupations identified based on the national economy labor market and the Insured's ability profile analysis include:

| DOT Code | Occupation Title | Strength Level | Monthly Wage* |
|---|---|---|---|
| 189.117-050 | Consultant | Sedentary | $6332 |
| 187.167-034 | Director, Nurses Registry | Sedentary | $6332 |
| 241.367-014 | Customer Complaint Clerk | Sedentary | $3148 |

** Wage information is based on median 2022 national data from the Bureau of Labor Statistics*

In addition, based upon my vocational expertise and labor market research, the following occupations would also be examples of viable occupational alternatives based upon the transferable skills outlined above, as well as the insured's physical capacities:

| Occupation Title | Strength Level | Monthly Wage* |
|---|---|---|
| Nurse Case Manager | Sedentary | $6,768 |
| Pre-Certification Nurse | Sedentary | $6,768 |
| Utilization Review Nurse | Sedentary | $6,768 |

** Wage information is based on median 2022 national data from the Bureau of Labor Statistics*

I have not met with the Insured for the purpose of this review. All opinions are based on a review of medical records and resources listed only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance with this file.

Respectfully submitted,

***Electronically Signed***

Angelle W. Nash MHS, CRC
Certified Rehabilitation Counselor
Vocational Consultant II
Group Protection
Lincoln Financial Group

**Name:** Ray Knight, Amy

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str | GOE Code |
|---|---|---|---|---|---|---|---|---|---|
| 189.117-050 | Consultant | 8 | 12 | 0 | Y | N | N | S | 11.01.02 |
| 079.262-010 | Utilization-Review Coordinator | 7 | 12 | 0 | Y | N | N | S | 11.07.02 |
| 075.167-010 | Nurse, Supervisor | 7 | 2 | 0 | N | N | N | L | 10.02.01 |
| 075.364-010 | Nurse, General Duty | 7 | 1 | 0 | N | N | N | M | 10.02.01 |

**ADJUSTED VARIABLES SUMMARY**

This report summarizes the changes made to the person's ability profile.

| | | Changed From | Changed To |
|---|---|---|---|
| **Specific Vocational Preparation** | | | |
| Maximum | | 8 (4 to 10 years) | No Change |
| Minimum | | 7 (2 to 4 years) | 1 (Short demo only) |
| **General Educational Development** | | | |
| Reasoning | | 5 Grades 13-14 | 6 Grades 15-16+ |
| Mathematics | | 5 Grades 13-14 | 6 Grades 15-16+ |
| Language | | 5 Grades 13-14 | 6 Grades 15-16+ |
| **Physical Demands** | | | |
| Strength | Maximum | S Sedentary | No Change |
| | Minimum | S Sedentary | No Change |
| Climbing | | Never | No Change |
| Balancing | | Never | No Change |
| Stooping | | Never | No Change |
| Kneeling | | Never | No Change |
| Crouching | | Never | No Change |
| Crawling | | Never | Unknown |
| Reaching | | Frequently | Constantly |
| Handling | | Frequently | Occasionally |
| Fingering | | Frequently | Occasionally |
| Feeling | | Never | Unknown |
| Talking | | Frequently | Unknown |
| Hearing | | Frequently | Unknown |
| Tasting/Smelling | | Never | Unknown |
| Near Acuity | | Frequently | Unknown |
| Far Acuity | | Never | Unknown |
| Depth Perception | | Never | Unknown |
| Accommodation | | Frequently | Unknown |
| Color Vision | | Never | Unknown |
| Field of Vision | | Never | Unknown |
| **Environmental Conditions** | | | |
| Exposure to Weather | | Never | Unknown |
| Extreme Cold | | Never | Unknown |
| Extreme Heat | | Never | Unknown |
| Wet and/or Humid | | Never | Unknown |
| Vibration | | Never | Unknown |
| Atmospheric Conditions | | Never | Unknown |
| Proximity to Moving Mechanical Parts | | Never | Unknown |
| Exposure to Electrical Shock | | Never | Unknown |
| Working in High Exposed Places | | Never | Unknown |
| Exposure to Radiation | | Never | Unknown |
| Working with Explosives | | Never | Unknown |
| Exposure to Toxic or Caustic Chemicals | | Never | Unknown |

| | | |
|---|---|---|
| Other Environmental Conditions | Never | Unknown |
| Noise Intensity Level | Moderate | Very Loud |
| **DOT Aptitudes** | | |
| General Learning Ability | 2 (67-89 Percentile) | No Change |
| Verbal Aptitude | 2 (67-89 Percentile) | No Change |
| Numerical Aptitude | 2 (67-89 Percentile) | No Change |
| Spatial Aptitude | 2 (67-89 Percentile) | No Change |
| Form Perception | 3 (34-66 Percentile) | No Change |
| Clerical Aptitude | 2 (67-89 Percentile) | No Change |
| Motor Coordination | 4 (11-33 Percentile) | No Change |
| Finger Dexterity | 3 (34-66 Percentile) | No Change |
| Manual Dexterity | 3 (34-66 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | No Change |
| Color Discrimination | 5 (Below 11 Percentile) | No Change |
| **Work Situations (Temperaments)** | | |
| Directing, Controlling, Planning | Yes | No Change |
| Performing Repetitive Work | No | No Change |
| Influencing People | No | Yes |
| Performing a Variety of Duties | No | Yes |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | No | Yes |
| Attaining Precise Limits/Tolerances | No | No Change |
| Following Specific Instructions | No | Yes |
| Dealing with People | Yes | No Change |
| Making Judgments and Decisions | Yes | No Change |
| **Work Functions - Data** | | |
| 0 Synthesizing | No | No Change |
| 1 Coordinating | Yes | No Change |
| 2 Analyzing | Yes | No Change |
| 3 Compiling | No | Yes |
| 4 Computing | No | Yes |
| 5 Copying | No | Yes |
| 6 Comparing | No | Yes |
| **Work Functions - People** | | |
| 0 Mentoring | No | No Change |
| 1 Negotiating | Yes | No Change |
| 2 Instructing | No | Yes |
| 3 Supervising | No | Yes |
| 4 Diverting | No | No Change |
| 5 Persuading | No | No Change |
| 6 Speaking-Signaling | Yes | No Change |
| 7 Serving | No | Yes |
| 8 Taking Instructions-Helping | No | Yes |
| **Work Functions - Things** | | |
| 0 Setting Up | No | No Change |
| 1 Precision Working | No | No Change |
| 2 Operating-Controlling | Yes | No Change |
| 3 Driving-Operating | No | No Change |
| 4 Manipulating | No | Yes |
| 5 Tending | No | No Change |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | Yes | No Change |

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-0119

| | |
|---|---|
| Date: | November 16, 2023 |
| To: | J. PRICE MCNAMARA<br>10455 JEFFERSON HIGHWAY<br>STE 130<br>BATON ROUGE LA 70809 |
| Attn: | J. Prince McNamara |
| Fax: | (225) 201-8313 |
| From: | Darrell Hart<br>Claim Resolution Specialist<br>On Behalf Of: Sarah Boyle<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 14 |
| RE: | Claim #: 11580689<br>Claimant: Amy Ray Knight<br><br>Gainwell Acquisition Corp |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-0119

November 16, 2023

J. Price McNamara
10455 JEFFERSON HIGHWAY
STE 130
BATON ROUGE, LA 70809

RE: Long Term Disability (LTD) Benefits
Gainwell Acquisition Corp
Claim #: 11580689
Claimant: Amy Ray Knight

Dear J. Price McNamara:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Gainwell Acquisition Corp's Group Disability Policy. We are writing regarding Ms. Amy Ray Knight's claim for LTD benefits under the Policy.

We are in process of reviewing Ms. Ray Knight appeal of our denial determination regarding the above-referenced claim. The purpose of this letter and enclosure(s) is to provide you with an opportunity to review and comment on new/ additional evidence that has been received before a decision is rendered on Ms. Ray Knight appeal.

Please find attached Peer Review and Vocational Review which is new or additional evidence in connection with Ms. Ray Knight appeal. You may review these and provide a response to us, which we will consider in making our decision on Ms. Ray Knight appeal. If we do not receive your response within 21 days of the date of this letter or **December 7, 2023**, we will proceed with making a determination on Ms. Ray Knight appeal.

Upon receipt of your response, we will promptly complete our review and render a determination on Ms. Ray Knight appeal. If your response is not received by **December 7, 2023**, we will render a determination based on the information contained in Ms. Ray Knight file.

Due to these special circumstances, an extension of time to process Ms. Ray Knight appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln's control, which require a delay in making a determination. If additional time is needed,

ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)]

If you have any questions regarding this matter, please contact her assigned Disability Case Manager at the number below.

Sincerely,

Darrell Hart
Claim Resolution Specialist
On Behalf Of: Sarah Boyle
Phone No.: (888) 437-7611 Ext. 16117
Secure Fax No.: (603) 334-0401

Attachments: 11580689-MEDICAL-CP/PEER REVIEW-11.13.2023
11580689-VOC-TRANSFERRABLE SKILLS ASSESSMENT-11.15.2023

RRS
Reliable Review Services

| | |
|---|---|
| Date: | 11/12/2023 |
| To: | Sarah Boyle<br>LINCOLN FINANCIAL GROUP |
| Re: | RRS ID: 94138 |

| | |
|---|---|
| Claimant: | Amy R Ray Knight |
| Claim #: | 11580689 |
| Line of Business: | Disability |
| Review Type: | LTD |
| Review Level: | Initial |

## Advisory Report

### Clinical History

This case was previously reviewed by me twice; RRS case 90490 dated 07/21/2023 and RRS case 92096 dated 09/12/2023. Additional medical records were provided for review. This review is from a Physical Medicine & Rehabilitation perspective. The claimant is a 55 year old female who had a listed diagnosis of "pain in left arm." This review is to determine if the additional medical records changes my prior opinion. The claimant's date of disability was noted to be 02/25/2021.

All of the medical records were reviewed and taken into consideration for this review, but only those closest to the dates under review and those felt to be most relevant to this review were noted below.

On 08/02/023, the claimant was seen in the emergency department by Dr. Luke G. Guillot (Emergency Medicine). The claimant tripped and fell while she was staying with her hospitalized mother upstairs in the hospital. The claimant landed on both knees and hit her left elbow as well. The claimant bumped her chin, but denied actual chin pain. The claimant denied loss of consciousness. CT scan of the left lower extremity revealed acute non-displaced fracture of the anterior patella without definitive intra-articular extension. X-ray of the left elbow and right knee revealed no acute findings. The recommendation was for a knee immobilizer and weight-bearing as tolerated, crutches if needed, and follow up with orthopedics. The claimant was discharged home in stable condition.

On 09/20/2023, urinalysis revealed moderate blood, cloudy clarity, large leukocyte esterase, and positive nitrite.

On 10/20/2023, a statement by the claimant noted she was terminated from her job due to inability to meet job requirements. The claimant had complex regional pain syndrome (CRPS) continuously since the accident. Other diagnoses included incapacitated migraines and irritable bowel syndrome. The claimant

RRS
Reliable Review Services

had fallen six times since Thanksgiving 2022 with one fall occurring around 08/06/2023 with a fractured left patella. The claimant had increased pain and weakness. The claimant had pain and soreness all over. The claimant was unable to sit for more than 15 to 30 minutes at a time due to extreme pain in the limbs and lower back. The claimant was unable to sit for more than a total of 2 to 3 hours in a day without experiencing extreme pain in the limbs and lower back. The claimant required a pillow under the left arm/elbow due to pain related to CRPS. The claimant must rest her right wrist frequently due to pain and aching. The claimant used a cushion or a pillow behind the lower back and body for the same reason. The claimant could not lift or carry a gallon of milk, which weighed approximately 8 pounds, without severe pain. The claimant's husband does the majority of the household chores that required repetitive movement of the upper extremities, including pushing, pulling, lifting, and carrying.

## Provider Contact Log

| Date/time of call | Spoke to | Outcome/message |
|---|---|---|
| 11/6/2023 10:59 AM CST | Katy, Operator | I attempted to contact Dr. David West. I was unable to leave a message. Out of the office until Wednesday |
| 11/8/2023 10:02 AM CST | Shannon, Operator/Trudy, Nurse Voicemail | I attempted to contact Dr. David West. I left a detailed message noting the reason for my call and requesting a return call. My contact number was provided and the best time to reach me was noted. A time frame for call back was provided. |

## Questions and Reviewer's Response

1. Please review the additional medical information sent under separate cover:

Claimant statement 10/20/2023.

ED notes from Our Lady of the Lake Regional Medical Ctr 08/02/2023.

Urinalysis (undated, but per attorney letter is is from 09/20/2023).

The additional medical records were reviewed.

2. Does the additional information alter your prior responses from your 07/21/2023 initial report or your 09/12/2023 addendum report? Please provide your rationale and any updated responses.

The additional information does alter my prior responses from my prior reviews (RRS case 90490 dated 07/21/2023 and RRS case 92096 dated 09/12/2023).

RRS
Reliable Review Services

On 08/02/2023, the claimant was seen in the emergency room after a fall. CT scan of the left lower extremity revealed acute non-displaced fracture of the anterior patella without definitive intra-articular extension. X-ray of the left elbow and right knee revealed no acute findings. The recommendation was for a knee immobilizer and weight-bearing as tolerated, crutches if needed and follow up with orthopedics. The claimant was discharged home in stable condition.

On 09/20/2023 urinalysis revealed moderate blood, cloudy clarity, large leukocyte esterase, and positive nitrite.

Based on the additional documentation provided, the previous restrictions are changed from 08/02/2023 to present. It was noted the claimant suffered a left patellar fracture on 08/02/2023. The recommendation was for crutches and weight-bearing as tolerated. Therefore, from 08/02/2023 to present:

Standing up to 15 minutes at a time over a 2 hour period, but no more than 1 hour total in an 8 period of time due to bilateral lower extremity weakness and fall risk/history of falls. Also due to left patellar fracture.
Walking up to 15 minutes at a time over a 2 hour period, but no more than 1 hour total in an 8 period of time due to bilateral lower extremity weakness and fall risk/history of falls. Also due to left patellar fracture.
Sitting unrestricted or unlimited with the ability to shift/change positions as necessary for comfort.
Pushing/pulling/lifting/carrying up to 10 pounds occasionally.
No bending/stooping/kneeling due to left patellar fracture.
No climbing ladders or stairs due to falls/fall risk and left patellar fracture.
Bilateral upper extremity unchanged.

The urinalysis report provided is irrelevant to any restrictions from the perspective of physical medicine and rehabilitation.

The claimant's statement was reviewed as well as the claimant's reported limitations, however, there was a lack of objective examination findings from any provider to support alteration of the previous restrictions. For example, the claimant stated she was unable to sit for more than 15 to 30 minutes at a time due to extreme pain in the limbs/lower back and for more than a total of 2 to 3 hours in a day without experiencing extreme pain in the limbs/lower back, however there is a lack of physical examination findings to support this claim. The claimant also stated she cannot lift or carry a gallon of milk, which weighs approximately 8 pounds, without severe pain. However, there was a lack of objective examination findings to support this claim as well. It should be noted that the previous determination

Reliable Review Services

stated pushing/pulling/lifting/carrying up to 10 pounds occasionally, which should be sufficient based on the previous report/documentation.

*The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of this independent review. I also attest that I have no substantial personal or financial relationship with the treating provider(s) and/or treatment facility(ies), I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.*

*I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.*

Andrew M Nava, MD
Board Certified
Physical Medicine & Rehabilitation
Expertise in: Pain Medicine
MD - D82474

## Documents Sent for Review

| Document Date | Document Type | Document Source |
|---|---|---|
| 11/02/2023 | Independent Evaluation | Lincoln Financial Group |
| 10/24/2023 | Correspondence | J. Price McNamara |
| 10/20/2023 | Verification of Amy Knight | Claimant |
| 08/02/2023 | Facesheet | Unknown |
| 08/02/2023 | ED Provider Notes | Amy West Wattigney, PA |
| 08/02/2023 | Patient Care Timeline | Jessica Firmin, RN |
| 08/02/2023 | Encounter Notes | Brooke Fenn, PA |
| 08/02/2023 | Discharge Instructions | Amy West Wattigney, PA |
| 08/02/2023 | All Orders | Lauren Terrio, PA |
| 08/02/2023 | Patient Education | Unknown |
| 08/02/2023 | Flowsheets | Unknown |
| 08/02/2023 | Release and Use of Information | Claimant |
| 08/02/2023 | After Visit Summary | Amy West Wattigney, PA |
| 08/02/2023 | Patient Information Verification Form | Unknown |
| 08/02/2023 | Consent for Treatment | Unknown |

Reliable Review Services

**Lincoln Financial Group**
Group Protection

Angelle Nash, MHS, CRC
Vocational Consultant II

# ADDENDUM TRANSFERABLE SKILLS ANALYSIS

| | |
|---|---|
| **Claimant Name:** | Amy Ray Knight |
| **Claim Number:** | 11580689 |
| **Claims Case Manager:** | Sarah Boyle |
| **Employer:** | Gainwell Acquisition Corporation |
| **Monthly Pre-Disability Earnings:** | $5252.33 |
| **Monthly Benefit Amount:** | $3151.40 |
| **Date of Report:** | 11/15/23 |

A Transferable Skills Analysis utilizing the Occupational Access System (OASYS) was completed to assess the Insured's transferable skills to determine if alternative occupations exist in the national economy.

**RESOURCES / DOCUMENTATION UTILIZED**:

- Job Description
- OA dated 8/10/21
- TSA 9/19/23
- Training, Education & Experience (TE&E) Form
- Dictionary of Occupational Titles (DOT)
- Occupational Information Network (O*NET)
- Economic Research Institute (ERI) Occupational Assessor
- Occupational Outlook Handbook (OOH)
- Internet Job Boards

**RESTRICTIONS / LIMITATIONS:**

I have been asked to base this review on the claimant's restrictions and limitations per the peer review addendum completed by Dr. Andrew Nava, PM&R dated 11/12/23. They include:

> "Standing up to 15 minutes at a time over a 2 hour period, but no more than 1 hour total in an 8 period of time due to bilateral lower extremity weakness and fall risk/history of falls. Also due to left patellar fracture.
>
> Walking up to 15 minutes at a time over a 2 hour period, but no more than 1 hour total in an 8 period of time due to bilateral lower extremity weakness and fall risk/history of falls. Also due to left patellar fracture.

Sitting unrestricted or unlimited with the ability to shift/change positions as necessary for comfort.
Pushing/pulling/lifting/carrying up to 10 pounds occasionally.
No bending/stooping/kneeling due to left patellar fracture.
No climbing ladders or stairs due to falls/fall risk and left patellar fracture.
Bilateral upper extremity unchanged."

EDUCATION & TRAINING:

| | |
|---|---|
| • Education: | Associate degree in nursing; Bachelor of arts degree in social work |
| • Certifications / Licensure: | Registered Nurse |
| • Computer Skills: | E-mail; Internet; Word Processing |

WORK HISTORY:

| DOT Code | Occupation Title | SVP | Years Performed | Strength Level |
|---|---|---|---|---|
| 189.117-050 | Consultant | 8 | 12 | S |
| 079.262-010 | Utilization Review Coordinator | 7 | 12 | S |
| 075.167-010 | Nurse, Supervisor | 7 | 2 | L |
| 075.364-010 | Nurse, Gen. Duty | 7 | 1 | M |

TRANSFERABLE SKILLS:

**Consultant**
Applying advanced logic and scientific thinking to solve complex problems; understanding symbolic language, computer technology, technical terms, charts, and graphs in dealing with numerical and statistical data; speaking and writing clearly and accurately; using judgment and known facts to make decisions; and using eyes, hands, and fingers.

**Utilization Review Coordinator**
Applying logic and management skills to plan, direct, or supervise specialized social service programs; analyzing materials and interpreting wide variety of subject matter; making decisions using judgment, experience, knowledge of legal requirements, and other known facts; speaking and writing effectively to influence actions of others; and planning and directing activities of others.

**Nurse, Supervisor and Nurse, General Duty**
Applying technical knowledge, common sense, and special medical skills to care for or treat sick or handicapped people; using eyes, hands, and fingers skillfully; adapting quickly to emergency situations; instructing, planning, and directing work of others; keeping accurate records; and distinguishing shapes, forms, and colors.

PROFILE ADJUSTMENTS:

| | |
|---|---|
| • General Educational Development: | 1. Reasoning: Adjusted to 15-16+ grade based on college degree.<br>2. Mathematics: Adjusted to 15-16+ grade based on college degree.<br>3. Language: Adjusted to 15-16+ grade based on college degree. |
| • Strength: | Adjusted to sedentary based on restrictions/limitations. |

| | |
|---|---|
| • Physical: | Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to unknown. Post hoc analysis for occasional keyboarding/typing and grasping of alternate occupations identified will be completed. |
| • Environmental: | Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to unknown. |
| • Noise: | Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to very loud. |
| • Aptitudes: | No adjustments performed. |
| • Situations: | 1. Influencing people in their opinions, attitudes, and judgments adjusted to yes based on the need for the consultant, and utilization review to provide information to others, explained their position and attempt to have others agree or review the same information.<br>2. Performing a variety of duties adjusted to yes based on the need for the nurse supervisor and clinic nurse to perform a variety of duties including managing all operations, providing patient care, and directing others when necessary.<br>3. Performing effectively under stress adjusted to yes as the utilization review may encounter stressful situations when patients or clients do not agree or insurance companies question results.<br>4. Working under specific instructions adjusted to yes based on need to follow supervisory instruction and company guidelines. |
| • Data: | 1. Compiling adjusted to yes based on the need for the consultant, and utilization review to gather information in order to make assessments and judgment.<br>2. Computing adjusted to yes based on the need for the nurse to compute medication needs for patients. The consultant will compute fees and review file contents for accuracy.<br>3. Copying adjusted to yes based on the need for the nurse, nurse, supervisor and utilization review person to document files, charts and patient activities.<br>4. Comparing adjusted to yes based on the need for the consultant to compare recommendations to actual operations for any improvements. The nurse will also compare patient's progress to physician orders and make any recommendations. |
| • People: | 1. Instructing adjusted to yes based on for the nurse supervisor and nurse to provide instruction and guidance to patients, subordinates and other nursing in administering proper care.<br>2. Serving adjusted to yes based on need to serve patients and families and provide needed information during consultation and utilization review.<br>3. Taking instructions-helping adjusted to yes based on the need for the nurse to take instructions form physicians in administering care. |
| • Things: | 1. Manipulating adjusted to yes based on the need for the nurse and nurse supervisor to manipulate medical equipment, instruments and other items such as patient charts. |

**SUMMARY:**
This Transferable Skills Analysis identified occupations within the Insured's physical abilities and identified skill level.

Examples of occupations identified based on the national economy labor market and the Insured's ability profile analysis include:

| DOT Code | Occupation Title | Strength Level | Monthly Wage* |
|---|---|---|---|
| 189.117-050 | Consultant | Sedentary | $6332 |
| 187.167-034 | Director, Nurses Registry | Sedentary | $6332 |
| 241.367-014 | Customer Complaint Clerk | Sedentary | $3148 |

** Wage information is based on median 2022 national data from the Bureau of Labor Statistics*

In addition, based upon my vocational expertise and labor market research, the following occupations would also be examples of viable occupational alternatives based upon the transferable skills outlined above, as well as the insured's physical capacities:

| Occupation Title | Strength Level | Monthly Wage* |
|---|---|---|
| Nurse Case Manager | Sedentary | $6,768 |
| Pre-Certification Nurse | Sedentary | $6,768 |
| Utilization Review Nurse | Sedentary | $6,768 |

** Wage information is based on median 2022 national data from the Bureau of Labor Statistics*

I have not met with the Insured for the purpose of this review. All opinions are based on a review of medical records and resources listed only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance with this file.

Respectfully submitted,

***Electronically Signed***

Angelle W. Nash MHS, CRC
Certified Rehabilitation Counselor
Vocational Consultant II
Group Protection
Lincoln Financial Group

**Name:** Ray Knight, Amy

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str | GOE Code |
|---|---|---|---|---|---|---|---|---|---|
| 189.117-050 | Consultant | 8 | 12 | 0 | Y | N | N | S | 11.01.02 |
| 079.262-010 | Utilization-Review Coordinator | 7 | 12 | 0 | Y | N | N | S | 11.07.02 |
| 075.167-010 | Nurse, Supervisor | 7 | 2 | 0 | N | N | N | L | 10.02.01 |
| 075.364-010 | Nurse, General Duty | 7 | 1 | 0 | N | N | N | M | 10.02.01 |

**ADJUSTED VARIABLES SUMMARY**

This report summarizes the changes made to the person's ability profile.

| | | Changed From | Changed To |
|---|---|---|---|
| **Specific Vocational Preparation** | | | |
| Maximum | | 8 (4 to 10 years) | No Change |
| Minimum | | 7 (2 to 4 years) | 1 (Short demo only) |
| **General Educational Development** | | | |
| Reasoning | | 5 Grades 13-14 | 6 Grades 15-16+ |
| Mathematics | | 5 Grades 13-14 | 6 Grades 15-16+ |
| Language | | 5 Grades 13-14 | 6 Grades 15-16+ |
| **Physical Demands** | | | |
| Strength | Maximum | S Sedentary | No Change |
| | Minimum | S Sedentary | No Change |
| Climbing | | Never | No Change |
| Balancing | | Never | No Change |
| Stooping | | Never | No Change |
| Kneeling | | Never | No Change |
| Crouching | | Never | No Change |
| Crawling | | Never | Unknown |
| Reaching | | Frequently | Constantly |
| Handling | | Frequently | Occasionally |
| Fingering | | Frequently | Occasionally |
| Feeling | | Never | Unknown |
| Talking | | Frequently | Unknown |
| Hearing | | Frequently | Unknown |
| Tasting/Smelling | | Never | Unknown |
| Near Acuity | | Frequently | Unknown |
| Far Acuity | | Never | Unknown |
| Depth Perception | | Never | Unknown |
| Accommodation | | Frequently | Unknown |
| Color Vision | | Never | Unknown |
| Field of Vision | | Never | Unknown |
| **Environmental Conditions** | | | |
| Exposure to Weather | | Never | Unknown |
| Extreme Cold | | Never | Unknown |
| Extreme Heat | | Never | Unknown |
| Wet and/or Humid | | Never | Unknown |
| Vibration | | Never | Unknown |
| Atmospheric Conditions | | Never | Unknown |
| Proximity to Moving Mechanical Parts | | Never | Unknown |
| Exposure to Electrical Shock | | Never | Unknown |
| Working in High Exposed Places | | Never | Unknown |
| Exposure to Radiation | | Never | Unknown |
| Working with Explosives | | Never | Unknown |
| Exposure to Toxic or Caustic Chemicals | | Never | Unknown |

| | | |
|---|---|---|
| Other Environmental Conditions | Never | Unknown |
| Noise Intensity Level | Moderate | Very Loud |
| **DOT Aptitudes** | | |
| General Learning Ability | 2 (67-89 Percentile) | No Change |
| Verbal Aptitude | 2 (67-89 Percentile) | No Change |
| Numerical Aptitude | 2 (67-89 Percentile) | No Change |
| Spatial Aptitude | 2 (67-89 Percentile) | No Change |
| Form Perception | 3 (34-66 Percentile) | No Change |
| Clerical Aptitude | 2 (67-89 Percentile) | No Change |
| Motor Coordination | 4 (11-33 Percentile) | No Change |
| Finger Dexterity | 3 (34-66 Percentile) | No Change |
| Manual Dexterity | 3 (34-66 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | No Change |
| Color Discrimination | 5 (Below 11 Percentile) | No Change |
| **Work Situations (Temperaments)** | | |
| Directing, Controlling, Planning | Yes | No Change |
| Performing Repetitive Work | No | No Change |
| Influencing People | No | Yes |
| Performing a Variety of Duties | No | Yes |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | No | Yes |
| Attaining Precise Limits/Tolerances | No | No Change |
| Following Specific Instructions | No | Yes |
| Dealing with People | Yes | No Change |
| Making Judgments and Decisions | Yes | No Change |
| **Work Functions - Data** | | |
| 0 Synthesizing | No | No Change |
| 1 Coordinating | Yes | No Change |
| 2 Analyzing | Yes | No Change |
| 3 Compiling | No | Yes |
| 4 Computing | No | Yes |
| 5 Copying | No | Yes |
| 6 Comparing | No | Yes |
| **Work Functions - People** | | |
| 0 Mentoring | No | No Change |
| 1 Negotiating | Yes | No Change |
| 2 Instructing | No | Yes |
| 3 Supervising | No | Yes |
| 4 Diverting | No | No Change |
| 5 Persuading | No | No Change |
| 6 Speaking-Signaling | Yes | No Change |
| 7 Serving | No | Yes |
| 8 Taking Instructions-Helping | No | Yes |
| **Work Functions - Things** | | |
| 0 Setting Up | No | No Change |
| 1 Precision Working | No | No Change |
| 2 Operating-Controlling | Yes | No Change |
| 3 Driving-Operating | No | No Change |
| 4 Manipulating | No | Yes |
| 5 Tending | No | No Change |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | Yes | No Change |

**Lincoln Financial Group**
Group Protection

Angelle Nash, MHS, CRC
Vocational Consultant II

# ADDENDUM TRANSFERABLE SKILLS ANALYSIS

| | |
|---|---|
| **Claimant Name:** | Amy Ray Knight |
| **Claim Number:** | 11580689 |
| **Claims Case Manager:** | Sarah Boyle |
| **Employer:** | Gainwell Acquisition Corporation |
| **Monthly Pre-Disability Earnings:** | $5252.33 |
| **Monthly Benefit Amount:** | $3151.40 |
| **Date of Report:** | 11/15/23 |

A Transferable Skills Analysis utilizing the Occupational Access System (OASYS) was completed to assess the Insured's transferable skills to determine if alternative occupations exist in the national economy.

**RESOURCES / DOCUMENTATION UTILIZED**:

- Job Description
- OA dated 8/10/21
- TSA 9/19/23
- Training, Education & Experience (TE&E) Form
- Dictionary of Occupational Titles (DOT)
- Occupational Information Network (O*NET)
- Economic Research Institute (ERI) Occupational Assessor
- Occupational Outlook Handbook (OOH)
- Internet Job Boards

**RESTRICTIONS / LIMITATIONS:**

I have been asked to base this review on the claimant's restrictions and limitations per the peer review addendum completed by Dr. Andrew Nava, PM&R dated 11/12/23. They include:

> "Standing up to 15 minutes at a time over a 2 hour period, but no more than 1 hour total in an 8 period of time due to bilateral lower extremity weakness and fall risk/history of falls. Also due to left patellar fracture.
>
> Walking up to 15 minutes at a time over a 2 hour period, but no more than 1 hour total in an 8 period of time due to bilateral lower extremity weakness and fall risk/history of falls. Also due to left patellar fracture.

Sitting unrestricted or unlimited with the ability to shift/change positions as necessary for comfort.
Pushing/pulling/lifting/carrying up to 10 pounds occasionally.
No bending/stooping/kneeling due to left patellar fracture.
No climbing ladders or stairs due to falls/fall risk and left patellar fracture.
Bilateral upper extremity unchanged."

**EDUCATION & TRAINING:**

| | |
|---|---|
| • Education: | Associate degree in nursing; Bachelor of arts degree in social work |
| • Certifications / Licensure: | Registered Nurse |
| • Computer Skills: | E-mail; Internet; Word Processing |

**WORK HISTORY:**

| DOT Code | Occupation Title | SVP | Years Performed | Strength Level |
|---|---|---|---|---|
| 189.117-050 | Consultant | 8 | 12 | S |
| 079.262-010 | Utilization Review Coordinator | 7 | 12 | S |
| 075.167-010 | Nurse, Supervisor | 7 | 2 | L |
| 075.364-010 | Nurse, Gen. Duty | 7 | 1 | M |

**TRANSFERABLE SKILLS:**

**Consultant**
Applying advanced logic and scientific thinking to solve complex problems; understanding symbolic language, computer technology, technical terms, charts, and graphs in dealing with numerical and statistical data; speaking and writing clearly and accurately; using judgment and known facts to make decisions; and using eyes, hands, and fingers.

**Utilization Review Coordinator**
Applying logic and management skills to plan, direct, or supervise specialized social service programs; analyzing materials and interpreting wide variety of subject matter; making decisions using judgment, experience, knowledge of legal requirements, and other known facts; speaking and writing effectively to influence actions of others; and planning and directing activities of others.

**Nurse, Supervisor and Nurse, General Duty**
Applying technical knowledge, common sense, and special medical skills to care for or treat sick or handicapped people; using eyes, hands, and fingers skillfully; adapting quickly to emergency situations; instructing, planning, and directing work of others; keeping accurate records; and distinguishing shapes, forms, and colors.

**PROFILE ADJUSTMENTS:**

| | |
|---|---|
| • General Educational Development: | 1. Reasoning: Adjusted to 15-16+ grade based on college degree.<br>2. Mathematics: Adjusted to 15-16+ grade based on college degree.<br>3. Language: Adjusted to 15-16+ grade based on college degree. |
| • Strength: | Adjusted to sedentary based on restrictions/limitations. |

| | |
|---|---|
| • Physical: | Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to unknown. Post hoc analysis for occasional keyboarding/typing and grasping of alternate occupations identified will be completed. |
| • Environmental: | Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to unknown. |
| • Noise: | Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to very loud. |
| • Aptitudes: | No adjustments performed. |
| • Situations: | 1. Influencing people in their opinions, attitudes, and judgments adjusted to yes based on the need for the consultant, and utilization review to provide information to others, explained their position and attempt to have others agree or review the same information.<br>2. Performing a variety of duties adjusted to yes based on the need for the nurse supervisor and clinic nurse to perform a variety of duties including managing all operations, providing patient care, and directing others when necessary.<br>3. Performing effectively under stress adjusted to yes as the utilization review may encounter stressful situations when patients or clients do not agree or insurance companies question results.<br>4. Working under specific instructions adjusted to yes based on need to follow supervisory instruction and company guidelines. |
| • Data: | 1. Compiling adjusted to yes based on the need for the consultant, and utilization review to gather information in order to make assessments and judgment.<br>2. Computing adjusted to yes based on the need for the nurse to compute medication needs for patients. The consultant will compute fees and review file contents for accuracy.<br>3. Copying adjusted to yes based on the need for the nurse, nurse, supervisor and utilization review person to document files, charts and patient activities.<br>4. Comparing adjusted to yes based on the need for the consultant to compare recommendations to actual operations for any improvements. The nurse will also compare patient's progress to physician orders and make any recommendations. |
| • People: | 1. Instructing adjusted to yes based on for the nurse supervisor and nurse to provide instruction and guidance to patients, subordinates and other nursing in administering proper care.<br>2. Serving adjusted to yes based on need to serve patients and families and provide needed information during consultation and utilization review.<br>3. Taking instructions-helping adjusted to yes based on the need for the nurse to take instructions form physicians in administering care. |
| • Things: | 1. Manipulating adjusted to yes based on the need for the nurse and nurse supervisor to manipulate medical equipment, instruments and other items such as patient charts. |

**SUMMARY:**
This Transferable Skills Analysis identified occupations within the Insured's physical abilities and identified skill level.

Examples of occupations identified based on the national economy labor market and the Insured's ability profile analysis include:

| DOT Code | Occupation Title | Strength Level | Monthly Wage* |
|---|---|---|---|
| 189.117-050 | Consultant | Sedentary | $6332 |
| 187.167-034 | Director, Nurses Registry | Sedentary | $6332 |
| 241.367-014 | Customer Complaint Clerk | Sedentary | $3148 |

** Wage information is based on median 2022 national data from the Bureau of Labor Statistics*

In addition, based upon my vocational expertise and labor market research, the following occupations would also be examples of viable occupational alternatives based upon the transferable skills outlined above, as well as the insured's physical capacities:

| Occupation Title | Strength Level | Monthly Wage* |
|---|---|---|
| Nurse Case Manager | Sedentary | $6,768 |
| Pre-Certification Nurse | Sedentary | $6,768 |
| Utilization Review Nurse | Sedentary | $6,768 |

** Wage information is based on median 2022 national data from the Bureau of Labor Statistics*

I have not met with the Insured for the purpose of this review. All opinions are based on a review of medical records and resources listed only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance with this file.

Respectfully submitted,

***Electronically Signed***

Angelle W. Nash MHS, CRC
Certified Rehabilitation Counselor
Vocational Consultant II
Group Protection
Lincoln Financial Group

**Name:** Ray Knight, Amy

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str | GOE Code |
|---|---|---|---|---|---|---|---|---|---|
| 189.117-050 | Consultant | 8 | 12 | 0 | Y | N | N | S | 11.01.02 |
| 079.262-010 | Utilization-Review Coordinator | 7 | 12 | 0 | Y | N | N | S | 11.07.02 |
| 075.167-010 | Nurse, Supervisor | 7 | 2 | 0 | N | N | N | L | 10.02.01 |
| 075.364-010 | Nurse, General Duty | 7 | 1 | 0 | N | N | N | M | 10.02.01 |

**ADJUSTED VARIABLES SUMMARY**

This report summarizes the changes made to the person's ability profile.

| | | Changed From | Changed To |
|---|---|---|---|
| **Specific Vocational Preparation** | | | |
| Maximum | | 8 (4 to 10 years) | No Change |
| Minimum | | 7 (2 to 4 years) | 1 (Short demo only) |
| **General Educational Development** | | | |
| Reasoning | | 5 Grades 13-14 | 6 Grades 15-16+ |
| Mathematics | | 5 Grades 13-14 | 6 Grades 15-16+ |
| Language | | 5 Grades 13-14 | 6 Grades 15-16+ |
| **Physical Demands** | | | |
| Strength | Maximum | S Sedentary | No Change |
| | Minimum | S Sedentary | No Change |
| Climbing | | Never | No Change |
| Balancing | | Never | No Change |
| Stooping | | Never | No Change |
| Kneeling | | Never | No Change |
| Crouching | | Never | No Change |
| Crawling | | Never | Unknown |
| Reaching | | Frequently | Constantly |
| Handling | | Frequently | Occasionally |
| Fingering | | Frequently | Occasionally |
| Feeling | | Never | Unknown |
| Talking | | Frequently | Unknown |
| Hearing | | Frequently | Unknown |
| Tasting/Smelling | | Never | Unknown |
| Near Acuity | | Frequently | Unknown |
| Far Acuity | | Never | Unknown |
| Depth Perception | | Never | Unknown |
| Accommodation | | Frequently | Unknown |
| Color Vision | | Never | Unknown |
| Field of Vision | | Never | Unknown |
| **Environmental Conditions** | | | |
| Exposure to Weather | | Never | Unknown |
| Extreme Cold | | Never | Unknown |
| Extreme Heat | | Never | Unknown |
| Wet and/or Humid | | Never | Unknown |
| Vibration | | Never | Unknown |
| Atmospheric Conditions | | Never | Unknown |
| Proximity to Moving Mechanical Parts | | Never | Unknown |
| Exposure to Electrical Shock | | Never | Unknown |
| Working in High Exposed Places | | Never | Unknown |
| Exposure to Radiation | | Never | Unknown |
| Working with Explosives | | Never | Unknown |
| Exposure to Toxic or Caustic Chemicals | | Never | Unknown |

| | | |
|---|---|---|
| Other Environmental Conditions | Never | Unknown |
| Noise Intensity Level | Moderate | Very Loud |
| **DOT Aptitudes** | | |
| General Learning Ability | 2 (67-89 Percentile) | No Change |
| Verbal Aptitude | 2 (67-89 Percentile) | No Change |
| Numerical Aptitude | 2 (67-89 Percentile) | No Change |
| Spatial Aptitude | 2 (67-89 Percentile) | No Change |
| Form Perception | 3 (34-66 Percentile) | No Change |
| Clerical Aptitude | 2 (67-89 Percentile) | No Change |
| Motor Coordination | 4 (11-33 Percentile) | No Change |
| Finger Dexterity | 3 (34-66 Percentile) | No Change |
| Manual Dexterity | 3 (34-66 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | No Change |
| Color Discrimination | 5 (Below 11 Percentile) | No Change |
| **Work Situations (Temperaments)** | | |
| Directing, Controlling, Planning | Yes | No Change |
| Performing Repetitive Work | No | No Change |
| Influencing People | No | Yes |
| Performing a Variety of Duties | No | Yes |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | No | Yes |
| Attaining Precise Limits/Tolerances | No | No Change |
| Following Specific Instructions | No | Yes |
| Dealing with People | Yes | No Change |
| Making Judgments and Decisions | Yes | No Change |
| **Work Functions - Data** | | |
| 0 Synthesizing | No | No Change |
| 1 Coordinating | Yes | No Change |
| 2 Analyzing | Yes | No Change |
| 3 Compiling | No | Yes |
| 4 Computing | No | Yes |
| 5 Copying | No | Yes |
| 6 Comparing | No | Yes |
| **Work Functions - People** | | |
| 0 Mentoring | No | No Change |
| 1 Negotiating | Yes | No Change |
| 2 Instructing | No | Yes |
| 3 Supervising | No | Yes |
| 4 Diverting | No | No Change |
| 5 Persuading | No | No Change |
| 6 Speaking-Signaling | Yes | No Change |
| 7 Serving | No | Yes |
| 8 Taking Instructions-Helping | No | Yes |
| **Work Functions - Things** | | |
| 0 Setting Up | No | No Change |
| 1 Precision Working | No | No Change |
| 2 Operating-Controlling | Yes | No Change |
| 3 Driving-Operating | No | No Change |
| 4 Manipulating | No | Yes |
| 5 Tending | No | No Change |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | Yes | No Change |

VOC Suite

# VOCATIONAL CASE MANAGEMENT

## Transferable Skills Analysis

**PLEASE HAVE THE FOLLOWING IN THE CLAIM FILE BEFORE REFERRING**

- [ ] JOB DESCRIPTION (if cannot obtain in writing, must have phone doc from discussions with EE/ER detailing job duties)
- [ ] PHYSICAL JOB EVALUATION FORM (if available)
- [ ] UPDATED MEDICAL WITH CLEAR R&L'S
- [ ] TRAINING-EDUCATION-EXPERIENCE FORM
- [ ] MANAGER APPROVAL (if required)
- [ ] ATTORNEY INFO (if applicable)

FROM: Sarah JH Boyle DATE: Monday, November 13, 2023

## CLAIM BACKGROUND

Claimant Name: AMY RAY KNIGHT Claim Number: 11580689

- [ ] STD - [x] FULLY INSURED ( THRESHOLD $ )
- [x] LTD - [ ] ASO - [ ] LIFE

Has MDS worked the claim? [ ] YES [x] NO

Employer: GAINWELL ACQUISITION CORP

Change In DEF. Date: 08/26/2023

Pre-Disability Earnings: $5,252.33 / M (mode) Claim Service Type: ADOP

**Document Locations**

[x] Document List [ ] Correspondence [ ] Paper File

**Case Manager's Recommendations / Reason For Referral:**

PLEASE PROVIDE TSA USING THE R/L OUTLINED IN THE 11/12/23 PMR PEER ADDENDUM. PRE-DIS SALARY $5252.33, LTD 60% OR $3151.40. NO POLICY REQUIREMENTS FOR ANY OCC.

DP 512

RRS
Reliable Review Services

| | |
|---|---|
| Date: | 11/12/2023 |
| To: | Sarah Boyle<br>LINCOLN FINANCIAL GROUP |
| Re: | RRS ID: 94138 |

| | |
|---|---|
| Claimant: | Amy R Ray Knight |
| Claim #: | 11580689 |
| Line of Business: | Disability |
| Review Type: | LTD |
| Review Level: | Initial |

## Advisory Report

## Clinical History

This case was previously reviewed by me twice; RRS case 90490 dated 07/21/2023 and RRS case 92096 dated 09/12/2023. Additional medical records were provided for review. This review is from a Physical Medicine & Rehabilitation perspective. The claimant is a 55 year old female who had a listed diagnosis of "pain in left arm." This review is to determine if the additional medical records changes my prior opinion. The claimant's date of disability was noted to be 02/25/2021.

All of the medical records were reviewed and taken into consideration for this review, but only those closest to the dates under review and those felt to be most relevant to this review were noted below.

On 08/02/023, the claimant was seen in the emergency department by Dr. Luke G. Guillot (Emergency Medicine). The claimant tripped and fell while she was staying with her hospitalized mother upstairs in the hospital. The claimant landed on both knees and hit her left elbow as well. The claimant bumped her chin, but denied actual chin pain. The claimant denied loss of consciousness. CT scan of the left lower extremity revealed acute non-displaced fracture of the anterior patella without definitive intra-articular extension. X-ray of the left elbow and right knee revealed no acute findings. The recommendation was for a knee immobilizer and weight-bearing as tolerated, crutches if needed, and follow up with orthopedics. The claimant was discharged home in stable condition.

On 09/20/2023, urinalysis revealed moderate blood, cloudy clarity, large leukocyte esterase, and positive nitrite.

On 10/20/2023, a statement by the claimant noted she was terminated from her job due to inability to meet job requirements. The claimant had complex regional pain syndrome (CRPS) continuously since the accident. Other diagnoses included incapacitated migraines and irritable bowel syndrome. The claimant

RRS Reliable Review Services

had fallen six times since Thanksgiving 2022 with one fall occurring around 08/06/2023 with a fractured left patella. The claimant had increased pain and weakness. The claimant had pain and soreness all over. The claimant was unable to sit for more than 15 to 30 minutes at a time due to extreme pain in the limbs and lower back. The claimant was unable to sit for more than a total of 2 to 3 hours in a day without experiencing extreme pain in the limbs and lower back. The claimant required a pillow under the left arm/elbow due to pain related to CRPS. The claimant must rest her right wrist frequently due to pain and aching. The claimant used a cushion or a pillow behind the lower back and body for the same reason. The claimant could not lift or carry a gallon of milk, which weighed approximately 8 pounds, without severe pain. The claimant's husband does the majority of the household chores that required repetitive movement of the upper extremities, including pushing, pulling, lifting, and carrying.

## Provider Contact Log

| Date/time of call | Spoke to | Outcome/message |
|---|---|---|
| 11/6/2023 10:59 AM CST | Katy, Operator | I attempted to contact Dr. David West. I was unable to leave a message. Out of the office until Wednesday |
| 11/8/2023 10:02 AM CST | Shannon, Operator/Trudy, Nurse Voicemail | I attempted to contact Dr. David West. I left a detailed message noting the reason for my call and requesting a return call. My contact number was provided and the best time to reach me was noted. A time frame for call back was provided. |

## Questions and Reviewer's Response

**1. Please review the additional medical information sent under separate cover:**

**Claimant statement 10/20/2023.**

**ED notes from Our Lady of the Lake Regional Medical Ctr 08/02/2023.**

**Urinalysis (undated, but per attorney letter is is from 09/20/2023).**

The additional medical records were reviewed.

**2. Does the additional information alter your prior responses from your 07/21/2023 initial report or your 09/12/2023 addendum report? Please provide your rationale and any updated responses.**

The additional information does alter my prior responses from my prior reviews (RRS case 90490 dated 07/21/2023 and RRS case 92096 dated 09/12/2023).

RRS
Reliable Review Services

On 08/02/2023, the claimant was seen in the emergency room after a fall. CT scan of the left lower extremity revealed acute non-displaced fracture of the anterior patella without definitive intra-articular extension. X-ray of the left elbow and right knee revealed no acute findings. The recommendation was for a knee immobilizer and weight-bearing as tolerated, crutches if needed and follow up with orthopedics. The claimant was discharged home in stable condition.

On 09/20/2023 urinalysis revealed moderate blood, cloudy clarity, large leukocyte esterase, and positive nitrite.

Based on the additional documentation provided, the previous restrictions are changed from 08/02/2023 to present. It was noted the claimant suffered a left patellar fracture on 08/02/2023. The recommendation was for crutches and weight-bearing as tolerated. Therefore, from 08/02/2023 to present:

Standing up to 15 minutes at a time over a 2 hour period, but no more than 1 hour total in an 8 period of time due to bilateral lower extremity weakness and fall risk/history of falls. Also due to left patellar fracture.
Walking up to 15 minutes at a time over a 2 hour period, but no more than 1 hour total in an 8 period of time due to bilateral lower extremity weakness and fall risk/history of falls. Also due to left patellar fracture.
Sitting unrestricted or unlimited with the ability to shift/change positions as necessary for comfort.
Pushing/pulling/lifting/carrying up to 10 pounds occasionally.
No bending/stooping/kneeling due to left patellar fracture.
No climbing ladders or stairs due to falls/fall risk and left patellar fracture.
Bilateral upper extremity unchanged.

The urinalysis report provided is irrelevant to any restrictions from the perspective of physical medicine and rehabilitation.

The claimant's statement was reviewed as well as the claimant's reported limitations, however, there was a lack of objective examination findings from any provider to support alteration of the previous restrictions. For example, the claimant stated she was unable to sit for more than 15 to 30 minutes at a time due to extreme pain in the limbs/lower back and for more than a total of 2 to 3 hours in a day without experiencing extreme pain in the limbs/lower back, however there is a lack of physical examination findings to support this claim. The claimant also stated she cannot lift or carry a gallon of milk, which weighs approximately 8 pounds, without severe pain. However, there was a lack of objective examination findings to support this claim as well. It should be noted that the previous determination

stated pushing/pulling/lifting/carrying up to 10 pounds occasionally, which should be sufficient based on the previous report/documentation.

***The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of this independent review. I also attest that I have no substantial personal or financial relationship with the treating provider(s) and/or treatment facility(ies), I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.***

***I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.***

Andrew M Nava, MD
Board Certified
Physical Medicine & Rehabilitation
Expertise in: Pain Medicine
MD - D82474

## Documents Sent for Review

| Document Date | Document Type | Document Source |
|---|---|---|
| 11/02/2023 | Independent Evaluation | Lincoln Financial Group |
| 10/24/2023 | Correspondence | J. Price McNamara |
| 10/20/2023 | Verification of Amy Knight | Claimant |
| 08/02/2023 | Facesheet | Unknown |
| 08/02/2023 | ED Provider Notes | Amy West Wattigney, PA |
| 08/02/2023 | Patient Care Timeline | Jessica Firmin, RN |
| 08/02/2023 | Encounter Notes | Brooke Fenn, PA |
| 08/02/2023 | Discharge Instructions | Amy West Wattigney, PA |
| 08/02/2023 | All Orders | Lauren Terrio, PA |
| 08/02/2023 | Patient Education | Unknown |
| 08/02/2023 | Flowsheets | Unknown |
| 08/02/2023 | Release and Use of Information | Claimant |
| 08/02/2023 | After Visit Summary | Amy West Wattigney, PA |
| 08/02/2023 | Patient Information Verification Form | Unknown |
| 08/02/2023 | Consent for Treatment | Unknown |

Reliable Review Services

# INVOICE

**Reliable Review Services**

**Invoice Number: 94138-1** **11/12/2023 5:20 PM EST**

Claimant: Amy R Ray Knight
Client Claim#: 11580689
RRS Claim#: 94138-1

**Customer:** LINCOLN FINANCIAL GROUP
8801 Indian Hills Drive
Omaha, NE 68114

| Description of Services | Hours | Rate | Other Fees | Invoice Tax Total | Amount Due |
|---|---|---|---|---|---|
| PEER REVIEW | 1.25 | 350 | $0.00 | 0 | $350.00 |
| | | | **Total Due:** | **$350.00** | |

**Reviewer Details**

**Reviewer**

Andrew M Nava - Physical Medicine & Rehabilitation

**Please include the invoice number with your payment and mail to:**
Reliable RS
PO Box 492890,
Redding CA 96049

**Tax Id:** 26-1114252

**From:**submit@reliablers.com
**Sent:**Mon, 13 Nov 2023 06:38:23 -0500
**To:**VendorReferrals
**Cc:**Boyle, Sarah
**Subject:**RRS - ATTN: Sarah Boyle RRS#94138 Claim #11580689 (Client Notification)
**Attachments:**Invoice_94138-1_v1.pdf, Report_RRS3_94138-1_v1.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello,

The final report and/or letters (if applicable) for claim #11580689 / RRS #94138, is attached. If not already attached, the invoice will follow in a separate email.

If you have any questions, you may reach our Customer Service Department via email at CSR@reliablers.com or by phone at 561-893-0123.

Thank you.

**Reliable Review Services**

604 Banyan Trail

P.O. Box 810789

Boca Raton, FL, 33481

**Phone: 561-893-0123**

**Fax: 561-995-4189**

Web. www.reliablers.com

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

From: LFGNotifications@LFG.com
Sent: Thursday, November 2, 2023 1:23:08 PM
To: SUPPORT@JPRICEMCNAMARA.COM;
CC:
BCC:
Subject: [Send Secure]Gainwell Acquisition Corp Claim No. 11580689 Amy Ray Knight
Attachments: 6tprbxbyoxlpstlmd4tf_16481560.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

November 2, 2023

J. Price McNamara
10455 JEFFERSON HIGHWAY
STE 130
BATON ROUGE, LA 70809

RE: Long Term Disability (LTD) Benefits
Gainwell Acquisition Corp
Claim #: 11580689
Claimant: Amy Ray Knight

Dear J. Price McNamara:

The Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under the Gainwell Acquisition Corp Group Disability Plan. We are writing regarding Ms. Ray Knight's claim for LTD benefits under the Policy.

In a letter dated September 21, 2023 you were afforded until October 11, 2023 to provide a response to the medical and vocational assessments completed during the evaluation of your appeal. In a letter dated October 11, 2023, you were granted an extension until November 1, 2023.

On October 24, 2023, we received a letter from you advising that additional information was coming via certified mail. On October 31, 2023, we received the following additional information:

- A letter from you dated 10/24/23
- A statement from Ms. Ray Knight dated 10/20/23
- Emergency Department treatment notes from Our Lady of the Lake Regional Medical Center dated 8/2/23
- Urinalysis report, undated, but per your October 24, 2023 letter was completed on 9/20/23

We understand this is the rest of the information you intend to submit for our consideration of your LTD appeal.

To assist us in evaluating Ms. Ray Knight's eligibility for benefits we have referred her file for a medical review and assessment. We anticipate a response from the review within approximately 30 days. If there is an unexpected delay in receiving a response, we will contact you. Otherwise, we will proceed with our review of your appeal once the response is received. We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of your eligibility for benefits under the terms of the Policy.

In our correspondence dated July 24, 2023, you were advised that since our appeal review was suspended for you submit additional documentation, we exercised our right to take an extension under the Employee Retirement Income Security Act.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation. We will contact you if there are special circumstances requiring a delay in Lincoln's response, and you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Sarah Boyle
Claims Resolution Specialist
Phone No.: (888) 437-7611 Ext. 16117
Secure Fax No.: (603) 334-0401

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Requested By: Sarah JH Boyle
Disability Claims
P.O. Box 7206
London, KY 40742-7206
(888) 437-7611 x16117
Fax: (603) 334-0401

Document Locations
- [x] Document List
- [ ] Correspondence
- [ ] Paper File

**Return Report to: VendorReferrals@lfg.com**

| | | | |
|---|---|---|---|
| Customer Name: | GAINWELL ACQUISITION CORP | Date Sent: | 11/2/2023 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | AMY R RAY KNIGHT | Claim #: | 11580689 |
| Claimant Address: | C/O J. PRICE MCNAMARA10455 JEFFERSON HIGHWAYSTE 130 | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | BATON ROUGE | Claimant Tel. #: | |
| State: | LA | Claimant DOD: | 2/25/2021 |
| Zip: | 70809-0000 | Primary Diagnosis: | Pain in left arm |
| Gender: | FEMALE | Att. Physician: | |
| Specialist Type Requested : | Physical Medicine and Rehabilitation (PM&R) | Physician: Phone/Fax | See Special Instructions below |

Referral Questions:

Vendor Chosen: Reliable Review Services

Claimant Name: AMY R RAY KNIGHT

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Please review the additional medical information sent under separate cover:

1. Claimant statement 10/20/23
2. ED notes from Our Lady of the Lake Regional Medical Ctr 8/2/23
3. Urinalysis (undated, but per attorney letter is is from 9/20/23)

Does the additional information alter your prior responses from your July 21, 2023 initial report or your 9/12/23 addendum report? Please provide your rationale and any updated responses.

Instructions For Vendor:

Claimant Name: AMY R RAY KNIGHT

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Dr. David West, Internal Med ph: (225) 769-4044

Attorney Information (if applicable):

Claimant Name: AMY R RAY KNIGHT

**From:**Boyle, Sarah
**Sent:**Thu, 2 Nov 2023 17:08:46 +0000
**To:**CSR@reliablers.com
**Subject:**2nd Addendum Request RRS#90490 Claim #11580689 A Ray Knight (secure)
**Attachments:**11580689-EMPLOYEECLAIMANT-ATTORNEY+DOCUMENTS-10.30.2023.pdf

Good morning! We received the attached additional medical information and would like to request Dr. Nava to review it and provide an addendum to his 7/21/23 report and his 9/12/23 addendum. The addendum request was sent under separate cover, I am providing the additional information here.

Thank you!

Sarah Boyle
Claims Resolution Specialist
Lincoln Financial Group
P.O. Box 2578
Omaha, NE 68103-2578

888-437-7611 Office
X16117
Fax: 603-334-0401

LincolnFinancial.com

Follow us on:



**From:**Boyle, Sarah
**Sent:**Thu, 2 Nov 2023 14:55:02 +0000
**To:**McNamara Law Office Support
**Subject:**RE: A Knight, claim 11580689

Good morning! Yes, yesterday afternoon I received notification that 77 pages were added to the claim, which include your 10/24/23 letter, Ms. Ray Knight's 10/20/23 statement, records from Our Lady of the Lake Regional Medical Center dated 8/2/23, and a urinalysis which is undated, but your letter states is from 9/20/23.

Since your letter does not indicate any additional information is forthcoming, we will assume this information will complete your response.

Thank you for following up!

Sarah Boyle
Claims Resolution Specialist
Lincoln Financial Group
P.O. Box 2578
Omaha, NE 68103-2578

888-437-7611 Office
X16117
Fax: 603-334-0401

LincolnFinancial.com

Follow us on:




**From:** McNamara Law Office Support <support@jpricemcnamara.com>
**Sent:** Thursday, November 2, 2023 10:18 AM
**To:** Boyle, Sarah <Sarah.Boyle@lfg.com>
**Subject:** Re: A Knight

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good morning, Ms. Boyle,

I'm just following up to confirm you received the mailed enclosures from our October 24, 2023, letter. Our USPS tracking number (9402811899562622815240) shows the enclosures as delivered.

Please confirm receipt when you are able. Thank you!

Kind Regards,

Erika

**Support Team**
***Law Offices of J. Price McNamara***
Holding Insurance Companies to Their Promises
**Offices in Louisiana and Texas**
10455 Jefferson Highway | Suite 130 | Baton Rouge, LA 70809
Phone: 225-201-8311 Fax: 225-612-6973 Alt. Fax: 225-201-8313
support@jpricemcnamara.com | www.jpricemcnamara.com

On Wed, Oct 25, 2023 at 7:05 AM Boyle, Sarah <Sarah.Boyle@lfg.com> wrote:

Good morning! Per your request, we are writing to confirm receipt of your October 24, 2023 letter regarding Ms. Amy Knight's appeal for LTD benefits along with her statement. We understand attachments 2 (Dr. Wattigney) and 3 (Dr. West) will be sent under separate cover.

Thank you!

Sarah Boyle
Claims Resolution Specialist
Lincoln Financial Group
P.O. Box 2578
Omaha, NE 68103-2578

888-437-7611 Office
X16117
Fax: 603-334-0401

LincolnFinancial.com

Follow us on:



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**

LAW OFFICES
OF
J. PRICE MCNAMARA

**J. PRICE McNAMARA**
**10455 Jefferson Highway, Ste. 130**
**Baton Rouge, LA 70809**
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
**www.jpricemcnamara.com**

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

October 24, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX (603) 334-0401**

The Lincoln National Life Insurance Company
**Attn: Sarah Boyle**
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

**Re: Claimant: Amy Knight**
**Claim #: 11580689**
**Gainwell Technologies**
**Long Term Disability (LTD) Benefits**

Dear Ms. Boyle,

In response to Lincoln's September 21, 2023 letter, Ms. Knight provides the following evidence which concludes her submission on appeal at this time:

1. Statement of Amy Knight (10/20/23).
2. Dr. Amy West Wattigney Medical Records (08/02/23).
3. Dr. J. David West Urinalysis Report (09/20/23).

Please confirm receipt of this letter by email (support@jpricemcnamara.com) or fax (225-201-8313).

With kind regards, I remain

Sincerely,

J. Price McNamara

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/eej
Enclosure
****Enclosures 2 to 3 sent via certified mail only due to volume.**

## VERIFICATION OF AMY KNIGHT UNDER 28 U.S.C. 1746

My name is Amy Knight, and I am of the full age of majority and am fully competent to make this verification.

1. I was terminated from my job due to my inability to meet the job requirements. I typed with only my right hand for 3 years with constant and increasing pain that affected my job performance causing me to lose my job. My health condition has continued to decline over time. I have not even finished paying off my student loans from nursing school, which I did not begin until I was about 38 years old.

2. There is no definitive test to diagnose Complex Regional Pain Syndrome (CRPS). The diagnosis is made by process of elimination. My physician used CRPS as diagnosis when ordering tests and procedures while ruling out other possible diagnoses, and by doing so, was able to ultimately diagnose CRPS. I've had CRPS symptoms continuously since incident. No other diagnosis was determined; however, my physician stated he was not going to diagnose me with CRPS prior to any tests being done. When discussed with other MD's, they agreed with symptoms being those of CRPS therefore the diagnosis added to my list of diagnoses.

3. My other diagnoses include incapacitating Migraines and Irritable Bowel Syndrome (IBS). I am unable to predict when these conditions and the resulting symptoms will occur or the frequency and length of time I will be incapacitated by them, but they happen on the average of 4 to 5 times per month, and incapacitate me for between 24 and 48 hours per episode.

4. I have fallen six times since Thanksgiving of 2022 with one fall occurring around August 6, 2023, when I fractured my left patella, which has increased my pain and weakness to this day.

5. I had another fall on October 15, 2023, where I tripped and landed on both knees, my right arm, and my left hand. I have pain and soreness all over.

6. I am unable to sit for more than 15 to 30 minutes at a time due to extreme pain in my limbs and lower back. When the pain begins, I must lie down to alleviate it. Even alternating from sitting to lying down, as noted above, I am unable to sit for more than a total of 2 to 3 hours in a day without experiencing extreme pain in my limbs and lower back. For the period of time that I am able to sit, I require a pillow under my left arm (elbow) due to pain related to CRPS. I also must rest my right wrist frequently due to pain and aching. I use cushioning or a pillow behind my lower back and body for the same reason.

7. I cannot lift or carry a gallon of milk, which weighs approximately eight pounds, without severe pain. We buy only quart-sized milk for that reason. My husband does a majority of the household chores that require repetitive movement of the upper extremities, pushing, pulling, lifting and carrying.

8. Any bending, stooping or kneeling causes pain, then weakness and dizziness when I get up from it. I need help getting up if I have to bend, stoop, or kneel because of the pain and weakness in my legs and upper extremities as well as dizziness.

9. I cannot climb, use ladders, or stairs due to my falls and fall risk along with pain, weakness, and vertigo.

10. I experience pain with my left upper extremity extension, require a pillow for my left arm to rest on as repetitive use increases pain at onset. It is painful to not have my left arm on something soft like a pillow with cushion. I also experience weakness and difficulty with grasping objects and not dropping them regularly. Benign essential tremors affect my right upper extremity. The tremors worsen with pain, stress, and emotions. My right wrist pain and weakness affects my ability to perform tasks.

11. I am unable to type due to the pain in my left elbow. I have restrictions of no repetitive use as the pain increases with movement. It is extremely painful to use a mouse due to my right wrist and arthritis in my knuckles on both hands.

12. Talking on the phone is also not possible for any period of time beyond five minutes due to severe dry mouth which causes my lips to stick to my teeth. It is difficult to talk and swallow without consistent water breaks. Having dry eyes and mouth caused difficulty in my last job for these reasons. My eyes would become tired and more blurred due to the dryness and use.

13. Due to my chronic dry eyes and mouth, it is extremely difficult to look at a computer screen for any period of time or read because my eyes get very dry, irritated, and my vision worsens. I have plugs in both lower tear ducts and use erythromycin ointment in both eyes to help prevent my eyelids from sticking to my eyeballs.

14. I need to have water with me all the time because of my dry mouth. My mouth and throat get dry even without talking and extremely dry when I talk.

15. I have had a physical therapy evaluation at Women's Wellness Center, and I was approved for continued therapy.

16. While doing pool therapy for physical therapy twice a week, just my left elbow/arm being in the water feels like it has constant pressure around it as well as being painful with movement. During therapy, I'm allowed rest periods when needed. After therapy, my pain level increases which exacerbates my tremors. The pain affects all aspects of my life and is exhausting.

17. The only pain relief I have is medical Marijuana. All other pain medications I have tried do not work or give me horrible headaches. Medical marijuana makes me drowsy, unable to concentrate, and I do not use it if I know I need to drive somewhere. I have been having

difficulty with my memory for some time and the pain and medication I take, including medical merijuana add to this.

I certify, under penalty of perjury, that the foregoing is true and correct.

Executed on Oct. 20th, 2023 (date).

Amy R. Knight
AMY KNIGHT

OUR LADY OF THE LAKE REGIONAL MEDICAL CENTER
5000 Hennessy Blvd
FACESHEET

KNIGHT, Amy R
MRN: 252940, DOB: , Sex: F
Acct #: 4000014759359
Adm: 8/2/2023, D/C: 8/2/2023

## FACESHEET

**ED**
8/2/2023

Amy R KNIGHT
MRN: 252940

### Patient Demographics

| Name | Patient ID | SSN | Legal Sex | Birth Date |
|---|---|---|---|---|
| KNIGHT, Amy R | 252940 | | Female | (55 yrs) |

| Address | Phone | Email |
|---|---|---|
| | (H)<br>(W)<br>(M) | |

| Reg Status | PCP | Date Last Verified |
|---|---|---|
| Verified | West, J David, MD225-769-4044 | 07/20/23 |

| Marital Status | Alias | Language |
|---|---|---|
| Married | KNIGHT,AMY; KNIGHT,AMY RAY; RAY KNIGHT,AMY; RAY,AMY; RAY,AMY M | English |

| Emergency Contact 1 | Emergency Contact 2 |
|---|---|
| Terry Knight (Spouse)<br>USA<br>(M) | Kay Zvonek (Mother)<br>USA<br>(H) |

### Address History

| Change | Street | City | County | State | Zip | Country | House Number | District | Error? |
|---|---|---|---|---|---|---|---|---|---|
| 3/23/2022 | | | | | | United States of America | | | |
| 12/20/2018 | | | | | | United States of America | | | |
| 2/26/2018 | | | | | | | | | |
| 7/21/2017 | | | | | | | | | |
| 5/19/2017 | | | | | | | | | |
| 5/19/2017 | | | | | | | | | |
| 5/15/2017 | | | | | | | | | |
| 5/15/2017 | | | | | | | | | |
| 5/15/2017 | | | | | | | | | |
| 5/15/2017 | | | | | | | | | |
| 3/7/2017 | | | | | | | | | |
| 3/7/2017 | | | | | | | | | |
| 3/7/2017 | | | | | | | | | |
| 1/25/2017 | | | | | | | | | |
| 4/8/2015 | | | | | | | | | |
| 5/26/2012 | | | | | | | | | |

### PCP and Center

OUR LADY OF THE LAKE REGIONAL MEDICAL CENTER
5000 Hennessy Blvd
FACESHEET

KNIGHT, Amy R
MRN: 252940, DOB: , Sex: F
Acct #: 4000014759359
Adm: 8/2/2023, D/C: 8/2/2023

**PCP and Center (continued)**

| Primary Care Provider | Phone | Center |
|---|---|---|
| J David West, MD | 225-769-4044 | BRC AMC |

**Patient Contacts**

| Name | Relation | Home | Work | Mobile |
|---|---|---|---|---|
| Knight,Terry | Spouse | | | |
| Zvonek,Kay | Mother | | | |

**Admission Information**

**Current Information**

| Attending Provider | Admitting Provider | Admission Type | Admission Status |
|---|---|---|---|
| | | Emergency | Confirmed Discharge |

| Admission Date/Time | Discharge Date/Time | Hospital Service | Auth/Cert Status |
|---|---|---|---|
| 08/02/23 11:57 AM | 08/02/23 05:50 PM | Emergency Medicine | Incomplete |

| Hospital Area | Unit | Room/Bed |
|---|---|---|
| LALK OUR LADY OF THE LAKE REGIONAL MEDICAL CENTER | LALK EMERGENCY DEPARTMENT | LA-EFastTrack50/DPod50 |

**Primary Diagnosis**
Closed nondisplaced fracture of left patella, unspecified fracture morphology, initial encounter [S82.002A]

| Discharge Disposition | Discharge Destination |
|---|---|
| Home or Self Care | |

**Insurance Payors as of 8/2/2023**

**HST CARE CONNECT**

Plan: HEALTH PLANS, INC (HPI)
Effective from: 1/1/2022
Guarantor: KNIGHT,AMY R

Group: WE9
Subscriber: KNIGHT,AMY R

Member: HHWE91503
Subscriber ID: HHWE91503

OUR LADY OF THE LAKE REGIONAL MEDICAL CENTER
5000 Hennessy Blvd
HOSPITAL RECORD

KNIGHT, Amy R
MRN: 252940, DOB: , Sex: F
Acct #: 4000014759359
Adm: 8/2/2023, D/C: 8/2/2023

## ENCOUNTER INFORMATION

### Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 08/02/2023 1750 | Home Or Self Care | None | None | Our Lady of the Lake Regional Medical Center - Emergency Department |

### ED Disposition

| ED Disposition | Condition | User | Comment |
|---|---|---|---|
| **Discharge** | Stable | Wattigney, Amy West, PA | — |

### Account Information

| Hospital Account | Primary Payor | Affiliated Recurring Accounts | Combined from HAR |
|---|---|---|---|
| 4000014759359 - KNIGHT,AMY R | HST CARE CONNECT [1599] | None | None |

### Admission Information

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 08/02/2023 1120 | Admit Date/Time: | 08/02/2023 1157 | IP Adm. Date/Time: | |
| Admission Type: | Emergency | Point of Origin: | Non-healthcare Facility | Admit Category: | |
| Means of Arrival: | Wheelchair | Primary Service: | Emergency Medicine | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | FMOLHS SERVICE AREA | Unit: | Our Lady of the Lake Regional Medical Center - Emergency Department |
| Admit Provider: | | Attending Provider: | | Referring Provider: | Wattigney, Amy West, PA |

### Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 08/02/2023 1750 | Home Or Self Care | None | None | Our Lady of the Lake Regional Medical Center - Emergency Department |

### Admission Diagnoses / Reasons for Visit (ICD-10-CM)

| Code | Description | Comments |
|---|---|---|
| Z04.3 | Encounter for examination and observation following other accident | |
| M25.562 | Pain in left knee | |
| M25.522 | Pain in left elbow | |

### Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| S82.002A [Principal] | Unspecified fracture of left patella, initial encounter for closed fracture | | | | |
| E11.9 | Type 2 diabetes mellitus without complications (HCC) | | | | |
| F32.A | Depression, unspecified | | | | |
| Z79.899 | Other long term (current) drug therapy | | | | |

### External Causes of Injury (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| W01.0XXA | Fall on same level from slipping, tripping and stumbling without subsequent striking against object, initial encounter | | | | |
| Y92.230 | Patient room in hospital as the place of occurrence of the external cause | | | | |
| Y99.8 | Other external cause status | | | | |

## PATIENT INFORMATION

### Allergies as of 8/2/2023

Allergies last reviewed by Kelly, Kristi O, RN on 8/2/2023 1138

**ADHESIVE**

Noted on: 05/06/2019 SNOMED-CT: 788032009

**LIPITOR [ATORVASTATIN]**

Noted on: 05/26/2012 RxNorm: 83367

OUR LADY OF THE LAKE REGIONAL MEDICAL CENTER
5000 Hennessy Blvd
HOSPITAL RECORD

KNIGHT, Amy R
MRN: 252940, DOB: , Sex: F
Acct #: 4000014759359
Adm: 8/2/2023, D/C: 8/2/2023

**Allergies (continued)** as of 8/2/2023

**MORPHINE**
Noted on: 05/26/2012 RxNorm: 7052

**SULFA (SULFONAMIDE ANTIBIOTICS)**
Noted on: 05/20/2022 SNOMED-CT: 372788003

**Immunizations as of 08/02/23**

| Name | Date | Dose | VIS Date | Route | Site |
|---|---|---|---|---|---|
| **Influenza Split (PF) Greater Than or Equal to 3 YO**<br>Given By:<br>Manufacturer:<br>External: | 10/01/17 | Documented By: West, J David, MD 2/26/2018 3:04 PM<br>Lot#:<br>Comment: | | | |
| **Influenza Split (PF) Quad 0.5 mL 6-35 MO OR > or = 3 YO**<br>Given By: Ford, Chavez C, MA<br>Manufacturer: GlaxoSmithKline<br>External: | Thu Oct 20, 2022 3:49 PM | 0.5 mL<br>Documented By: Ford, Chavez C, MA 10/20/2022 3:49 PM<br>Lot#: 53Y2G<br>Comment: | 08/06/2021 | Intramuscular | Left deltoid |
| **Revision History**<br>Given By:<br>Manufacturer: Sanofi-Pasteur<br>External: | 10/20/22 | .5 mL<br>Documented By: Ford, Chavez C, MA 10/20/2022 2:38 PM<br>Lot#:<br>Comment: | 08/06/2021 | Intramuscular | Left deltoid |
| **Influenza Split (PF) Quad 0.5 mL 6-35 MO OR > or = 3 YO**<br>Given By: Friscia, Barbara, RN<br>Manufacturer: Sanofi-Pasteur<br>External: | Fri Oct 8, 2021 10:31 AM | 0.5 mL<br>Documented By: Friscia, Barbara, RN 10/8/2021 10:31 AM<br>Lot#: UT7330NA<br>Comment: | 08/06/2021 | Intramuscular | Right deltoid |
| **Influenza Split (PF) Quad 0.5 mL 6-35 MO OR > or = 3 YO**<br>Given By: Ford, Chavez C, MA<br>Manufacturer: Sanofi-Pasteur<br>External: | Tue Sep 22, 2020 1:31 PM | 0.5 mL<br>Documented By: Ford, Chavez C, MA 9/22/2020 1:31 PM<br>Lot#: UT7006JA<br>Comment: | 08/15/2019 | Intramuscular | Right deltoid |
| **Revision History**<br>Given By:<br>Manufacturer: Sanofi-Pasteur<br>External: | 09/22/20 | .5 mL<br>Documented By: West, J David, MD 9/22/2020 1:18 PM<br>Lot#:<br>Comment: | 08/15/2019 | Intramuscular | Left deltoid |
| **Influenza Split (PF) Quad 0.5 mL 6-35 MO OR > or = 3 YO**<br>Given By: McDowell, Kathleen B, RN<br>Manufacturer: Sanofi-Pasteur<br>External: | 10/14/13 | 0.5 mL<br>Documented By: McDowell, Kathleen B, RN 10/14/2013<br>Lot#: U4771AA<br>Comment: | 07/26/13 | Intramuscular | Left deltoid |
| **Influenza Split Quad 6-35 MO OR > or = to 3 YO**<br>Given By:<br>Manufacturer:<br>External: Patient reported | 10/04/19 | Documented By: Porche, Trudy M, MA 10/7/2019 3:10 PM<br>Lot#:<br>Comment: | | | |
| **Influenza Whole**<br>Given By:<br>Manufacturer:<br>External: | 10/16/14 | Documented By: Porche, Trudy M, MA 11/7/2014<br>Lot#:<br>Comment: CVS | | | |
| **Influenza Whole**<br>Given By:<br>Manufacturer:<br>External: | 11/05/11 | Documented By: Porche, Trudy M, MA 5/26/2012<br>Lot#:<br>Comment: | | | |
| **Pneumococcal Polysaccharide PPSV23**<br>Given By: Thomas, Jennifer M, LPN<br>Manufacturer: MERCK SHARP & D<br>External: | 10/12/12 | 0.5 mL<br>Documented By: Thomas, Jennifer M, LPN 10/12/2012<br>Lot#: HO13399<br>Comment: | 10/06/2009 | Intramuscular | Right deltoid |
| **SARS-COV-2 Pfizer Purple Cap (COVID-19) Vaccine Preservative Free 0.3 mL IM**<br>Given By: Graves, Alysia P, RN<br>Manufacturer: PFIZER MANUFACT<br>External: | Mon Aug 23, 2021 9:53 AM | 0.3 mL<br>Documented By: Graves, Alysia P, RN 8/23/2021 9:53 AM<br>Lot#: FC3183<br>Comment: | 12/01/2020 | Intramuscular | Right deltoid |
| **SARS-COV-2 Pfizer Purple Cap (COVID-19) Vaccine Preservative Free 0.3 mL IM**<br>Given By: Henagan, Margaret, RN | Mon Aug 2, 2021 11:30 AM | 0.3 mL<br>Documented By: Henagan, Margaret, RN 8/2/2021 11:31 AM | 12/01/2020 | Intramuscular | Right deltoid |

**Immunizations as of 08/02/23 (continued)**

| Name | Date | Dose | VIS Date | Route | Site |
|---|---|---|---|---|---|
| Manufacturer: PFIZER MANUFACT<br>External: | | Lot#: EW0172<br>Comment: | | | |
| **Shingrix Zoster Vaccine**<br>Given By: McKinney, Carla N, MA<br>Manufacturer: GlaxoSmithKline<br>External: | Fri Mar 24, 2023 8:22 AM | 0.5 mL<br>Documented By: McKinney, Carla N, MA 3/24/2023 8:22 AM<br>Lot#: 7KG39<br>Comment: | 02/12/2018 | Intramuscular | Right deltoid |

| Revision History | Date | Dose | VIS Date | Route | Site |
|---|---|---|---|---|---|
| Given By:<br>Manufacturer: GlaxoSmithKline<br>External: | 03/24/23 | .5 mL<br>Documented By: Iglehart, Elizabeth D, LPN 3/24/2023 8:13 AM<br>Lot#:<br>Comment: | 02/12/2018 | Intramuscular | Left deltoid |

| Name | Date | Dose | VIS Date | Route | Site |
|---|---|---|---|---|---|
| **Tdap**<br>Given By: Craig, Lisa, RN<br>Manufacturer: Sanofi-Pasteur<br>External: | Mon May 6, 2019 2:47 PM | 0.5 mL<br>Documented By: Craig, Lisa, RN 5/6/2019 2:49 PM<br>Lot#: C5585BA<br>Comment: | 02/24/2015 | Intramuscular | |

| Revision History | Date | Dose | VIS Date | Route | Site |
|---|---|---|---|---|---|
| Given By:<br>Manufacturer:<br>External: | Mon May 6, 2019 2:00 PM | 0.5 mL<br>Documented By: Nelson, Katherine H, PA 5/6/2019 1:57 PM<br>Lot#:<br>Comment: | 02/24/2015 | Intramuscular | Left vastus lateralis |

## History

**Medical as of 8/2/2023**

**Medical never marked as reviewed**

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Anxiety | — | — | Provider |
| Benign essential tremor | — | — | Provider |
| Depression | — | — | Provider |
| Diabetes mellitus | — | — | Provider |
| Headache(784.0) | — | — | Provider |
| Hyperlipidemia | — | — | Provider |
| IBS (irritable bowel syndrome) | — | — | Provider |

**Surgical as of 8/2/2023**

**Surgical never marked as reviewed**

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| HYSTERECTOMY | — | — | COMPLETE | Provider |
| PELVIC LAPAROSCOPY | — | — | — | Provider |
| BREAST SURGERY | — | — | Left breast biopsy | Provider |

**Family as of 8/2/2023**

**Family never marked as reviewed**

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Thyroid disease | Mother | — | — | — | Provider |
| Atrial fibrillation | Mother | — | — | — | Provider |
| Hyperlipidemia | Father | — | — | — | Provider |
| Diabetes | Father | — | — | — | Provider |
| Thyroid disease | Father | — | — | — | Provider |
| No Significant Medical History | Brother | — | — | — | Provider |
| Diabetes | Child | — | — | — | Provider |

**Family Status as of 8/2/2023**

OUR LADY OF THE LAKE REGIONAL MEDICAL CENTER
5000 Hennessy Blvd
HOSPITAL RECORD

KNIGHT, Amy R
MRN: 252940, DOB: Sex: F
Acct #: 4000014759359
Adm: 8/2/2023, D/C: 8/2/2023

## Family Status as of 8/2/2023 (continued)

**Family Status never marked as reviewed**

| Relation | Name | Status | Comments | Sex (Gender) | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Mother | — | Alive | — | F | — | — | Provider |
| Father | — | Alive | — | M | — | — | Provider |
| Brother | — | Alive | — | M | Patient's father | Patient's mother | Provider |
| Child | — | Alive | — | U | — | KNIGHT,Amy R (Patient) | Provider |

## Tobacco Use as of 8/2/2023

**Tobacco Use never marked as reviewed**

| Smoking Status | Smoking Start Date | Quit Date | Smoking Frequency |
|---|---|---|---|
| Never | — | — | |

| Smokeless Status | Smokeless Type | Smokeless Quit Date |
|---|---|---|
| Never | — | — |

| Source |
|---|
| Provider |

## Alcohol Use as of 8/2/2023

**Alcohol Use never marked as reviewed**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| No | | — | — | Provider |

## Drug Use as of 8/2/2023

**Drug Use never marked as reviewed**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| — | — | — | — | Provider |

## Sexual Activity as of 8/2/2023

**Sexual Activity never marked as reviewed**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| — | — | — | — | Provider |

## Activities of Daily Living as of 8/2/2023

**Activities of Daily Living never marked as reviewed**
None

## Social Documentation as of 8/2/2023

**Social Documentation never marked as reviewed**
None

## Birth as of 8/2/2023

**Birth never marked as reviewed**
None

## OB History as of 8/2/2023

**OB History never marked as reviewed**
No obstetric history on file.

## Problem List

| | Priority | Class | Noted - Resolved | Last Modified |
|---|---|---|---|---|
| **Hyperlipidemia** | | | Unknown - Present<br>Entered by West, J David, MD | 12/10/2013 by West, J David, MD |

Relevant Medications
propranolol (INDERAL) 20 mg tablet
pitavastatin calcium (Livalo) 1 mg Tablet

**Problem List (continued)**

| | Priority | Class | Noted - Resolved | Last Modified |
|---|---|---|---|---|
| finerenone (Kerendia) 10 mg Tablet | | | | |
| **Diabetes mellitus, type 2 (HCC)**<br>Relevant Medications<br>linaGLIPtin (Tradjenta) 5 mg Tablet | | | 12/10/2013 - Present<br>Entered by West, J David, MD | 12/10/2013 by West, J David, MD |
| **Benign essential tremor** | | | Unknown - Present<br>Entered by West, J David, MD | 12/10/2013 by West, J David, MD |
| **Rotator cuff syndrome** | | | 10/10/2014 - Present<br>Entered by Mena, Hector R, MD | 10/10/2014 by Mena, Hector R, MD |
| **Fibromyalgia**<br>Relevant Medications<br>naproxen (NAPROSYN) 500 mg tablet<br>amitriptyline (ELAVIL) 10 mg tablet<br>topiramate (TOPAMAX) 25 mg tablet<br>FLUoxetine (PROZAC) 40 MG capsule<br>FLUoxetine (PROzac) 20 mg capsule<br>buPROPion XL (WELLBUTRIN XL) 300 mg 24 hr tablet | | | 10/24/2014 - Present<br>Entered by Mena, Hector R, MD | 10/24/2014 by Mena, Hector R, MD |
| **Major depression, chronic**<br>Relevant Medications<br>amitriptyline (ELAVIL) 10 mg tablet<br>FLUoxetine (PROZAC) 40 MG capsule<br>FLUoxetine (PROzac) 20 mg capsule<br>buPROPion XL (WELLBUTRIN XL) 300 mg 24 hr tablet | | | 1/20/2015 - Present<br>Entered by West, J David, MD | 1/20/2015 by West, J David, MD |
| **Benign positional vertigo** | | | 4/20/2016 - Present<br>Entered by Petit, Brian J, MD | 4/20/2016 by Petit, Brian J, MD |
| **Sensorineural hearing loss, bilateral** | | | 4/20/2016 - Present<br>Entered by Petit, Brian J, MD | 4/20/2016 by Petit, Brian J, MD |
| **Vertigo** | | | 4/20/2016 - Present<br>Entered by Petit, Brian J, MD | 4/20/2016 by Petit, Brian J, MD |
| **Irritable bowel syndrome without diarrhea**<br>Relevant Medications<br>albuterol HFA 90 mcg/actuation inhaler<br>chlordiazepoxide-clidinium (LIBRAX) 5-2.5 mg per capsule<br>naltrexone (DEPADE) 50 mg tablet<br>SUMAtriptan (IMITREX) 50 mg tablet | | | 6/1/2016 - Present<br>Entered by West, J David, MD | 6/1/2016 by West, J David, MD |
| **GAD (generalized anxiety disorder)**<br>Relevant Medications<br>amitriptyline (ELAVIL) 10 mg tablet<br>FLUoxetine (PROZAC) 40 MG capsule<br>FLUoxetine (PROzac) 20 mg capsule<br>buPROPion XL (WELLBUTRIN XL) 300 mg 24 hr tablet | | | 6/1/2016 - Present<br>Entered by West, J David, MD | 6/1/2016 by West, J David, MD |
| **Migraine syndrome**<br>Relevant Medications<br>naproxen (NAPROSYN) 500 mg tablet<br>amitriptyline (ELAVIL) 10 mg tablet<br>topiramate (TOPAMAX) 25 mg tablet<br>SUMAtriptan (IMITREX) 50 mg tablet<br>FLUoxetine (PROZAC) 40 MG capsule<br>FLUoxetine (PROzac) 20 mg capsule<br>buPROPion XL (WELLBUTRIN XL) 300 mg 24 hr tablet<br>propranolol (INDERAL) 20 mg tablet | | | 7/13/2016 - Present<br>Entered by West, J David, MD | 7/13/2016 by West, J David, MD |

**Problem List (continued)**

| | Priority | Class | Noted - Resolved | Last Modified |
|---|---|---|---|---|
| pitavastatin calcium (Livalo) 1 mg Tablet<br>finerenone (Kerendia) 10 mg Tablet | | | | |
| **Positive ANA (antinuclear antibody)** | | | 5/10/2021 - Present<br>Entered by Bourg, Angele, MD | 5/10/2021 by Bourg, Angele, MD |
| **Chronic pain of left upper extremity**<br>Relevant Medications<br>naproxen (NAPROSYN) 500 mg tablet<br>amitriptyline (ELAVIL) 10 mg tablet<br>topiramate (TOPAMAX) 25 mg tablet<br>FLUoxetine (PROZAC) 40 MG capsule<br>FLUoxetine (PROzac) 20 mg capsule<br>buPROPion XL (WELLBUTRIN XL) 300 mg 24 hr tablet | | | 9/2/2021 - Present<br>Entered by West, J David, MD | 9/2/2021 by West, J David, MD |
| **Left arm weakness** | | | 9/2/2021 - Present<br>Entered by West, J David, MD | 9/2/2021 by West, J David, MD |
| **Chronic pain of right wrist**<br>Relevant Medications<br>naproxen (NAPROSYN) 500 mg tablet<br>amitriptyline (ELAVIL) 10 mg tablet<br>topiramate (TOPAMAX) 25 mg tablet<br>FLUoxetine (PROZAC) 40 MG capsule<br>FLUoxetine (PROzac) 20 mg capsule<br>buPROPion XL (WELLBUTRIN XL) 300 mg 24 hr tablet | | | 9/2/2021 - Present<br>Entered by West, J David, MD | 9/2/2021 by West, J David, MD |
| **Complex regional pain syndrome type 1 of left upper extremity**<br>Relevant Medications<br>naproxen (NAPROSYN) 500 mg tablet<br>amitriptyline (ELAVIL) 10 mg tablet<br>topiramate (TOPAMAX) 25 mg tablet<br>SUMAtriptan (IMITREX) 50 mg tablet<br>FLUoxetine (PROZAC) 40 MG capsule<br>FLUoxetine (PROzac) 20 mg capsule<br>buPROPion XL (WELLBUTRIN XL) 300 mg 24 hr tablet<br>propranoloL (INDERAL) 20 mg tablet<br>pitavastatin calcium (Livalo) 1 mg Tablet | | | 9/2/2021 - Present<br>Entered by West, J David, MD | 9/2/2021 by West, J David, MD |
| **Moderate episode of recurrent major depressive disorder (HCC)**<br>Relevant Medications<br>amitriptyline (ELAVIL) 10 mg tablet<br>FLUoxetine (PROZAC) 40 MG capsule<br>FLUoxetine (PROzac) 20 mg capsule<br>buPROPion XL (WELLBUTRIN XL) 300 mg 24 hr tablet | | | 9/15/2022 - Present<br>Entered by Vatsavayi, Venugopal, MD | 9/15/2022 by Vatsavayi, Venugopal, MD |
| **Xerostomia** | | | 2/2/2023 - Present<br>Entered by Bourg, Angele, MD | 2/2/2023 by Bourg, Angele, MD |
| **Medication management** | | | 6/8/2023 - Present<br>Entered by Vatsavayi, Venugopal, MD | 6/8/2023 by Vatsavayi, Venugopal, MD |

OUR LADY OF THE LAKE REGIONAL MEDICAL CENTER
5000 Hennessy Blvd
HOSPITAL RECORD

KNIGHT, Amy R
MRN: 252940, DOB:
Acct #: 4000014759359
Adm: 8/2/2023, D/C: 8/2/2023

Sex: F

**ED Arrival Information**

| Expected | Arrival | Acuity | Means of arrival | Escorted by | Service | Admission type |
|---|---|---|---|---|---|---|
| - | 8/2/2023 11:20 | Less Urgent (4) - requires 1 resource | Wheelchair | Other | Emergency Medicine | Emergency |

Arrival complaint
Fell on OLOL property

**ED Chief Complaint**

| Complaint | Comment | Last Edited By | Time | Relationship | ED Provider |
|---|---|---|---|---|---|
| Fall | Pt tripped and fell on the chords in her mother's hospital room, c/o bilateral knee pain, let worse than right and left elbow pain. Denies loc or hitting head. No blood thinners. | Kelly, Kristi O, RN | 8/2/2023 11:37 AM | None | No |

**ED Diagnosis**

| Diagnosis | Comment | Added By | Time Added | Team Role | Provider Specialty |
|---|---|---|---|---|---|
| **Closed nondisplaced fracture of left patella, unspecified fracture morphology, initial encounter** | | Wattigney, Amy West, PA | 8/2/2023 5:14 PM | Physician Assistant | Emergency Medicine |
| **Fall, initial encounter** | | Wattigney, Amy West, PA | 8/2/2023 5:14 PM | Physician Assistant | Emergency Medicine |
| **Left elbow pain** | | Wattigney, Amy West, PA | 8/2/2023 5:14 PM | Physician Assistant | Emergency Medicine |
| **Contusion of right knee, initial encounter** | | Wattigney, Amy West, PA | 8/2/2023 5:15 PM | Physician Assistant | Emergency Medicine |

**ED Notes by Provider**

**ED Provider Notes by Physician Assistant: Wattigney, Amy West, PA at 8/2/2023 11:36 AM**

**Attestation signed by Guillot, Luke G, MD at 8/2/2023 6:46 PM**

I, Luke Guillot, MD, FACEP, agree with the above documentation by the advanced practice provider. I did not see the patient and did not do a physical exam; however, I was available for image/lab review if appropriate and consultation.

## History

**Chief Complaint**

Patient presents with

- Fall

  *Pt tripped and fell on the chords in her mother's hospital room, c/o bilateral knee pain, let worse than right and left elbow pain. Denies loc or hitting head. No blood thinners.*

HPI: Pt is a 55 y.o. female with h/o HLD, DM, depression,tremor, anxiety, fibromyalgia, complex regional pain syndrome of left arm, presents today after she had a trip and fall while she was staying with her hospitalized mother upstairs in the hospital. Pt states she tripped on the SCD cords and landed on both knees and hit left elbow as well. She states she bumped her chin, but denied any actual chin pain. She denies any headaches, loss of consciousness, or blood thinner usage. Denies any neck pain, chest/rib/abdominal pain or back pain. She states she took a naproxen without relief and states has not bee able to bear weight left knee since the fall.

History provided by: **Patient**
Language interpreter used: **No**

**ED Notes by Provider (continued)**

**ED Provider Notes by Physician Assistant: Wattigney, Amy West, PA at 8/2/2023 11:36 AM (continued)**

Initial provider evaluation has been performed in triage including brief history, physical exam, and orders. The patient will be placed in a room as soon as possible with definitive evaluation by another provider.

The patient presents with trip and fall which occurred earlier today. She was in her mom's hospital room and tripped on a cord. Reports landed on her bilateral knees. Reports worst pain to left knee; unable to bear weight. Also reports some pain to left elbow. Reports hit chin, but denies hitting head or LOC. Not on blood thinners.

Physical Exam:
General: Awake and Alert
HEENT: Atraumatic, normocephalic
Skin: warm and dry
Cardiac: normal perfusion
Respiratory: no respiratory distress, speaking in full sentences
MSK: no deformity

Vital signs reviewed.

Lauren B Terrio, PA 11:36 AM

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Benign essential tremor | |
| • Depression | |
| • Diabetes mellitus | |
| • Headache(784.0) | |
| • Hyperlipidemia | |
| • IBS (irritable bowel syndrome) | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BREAST SURGERY<br>*Left breast biopsy* | | |
| • HYSTERECTOMY<br>*COMPLETE* | | |
| • PELVIC LAPAROSCOPY | | |

**Social History**

| Tobacco Use | |
|---|---|
| • Smoking status: | Never |
| • Smokeless tobacco: | Never |
| **Substance Use Topics** | |
| • Alcohol use: | No |

Allergies

Allergen Reactions

- Adhesive
- Lipitor [Atorvastatin]
- Morphine
- Sulfa (Sulfonamide Antibiotics)

Review of Systems
Constitutional: Negative for fatigue and fever.
HENT: Negative for congestion, ear discharge, ear pain and sore throat.
Eyes: Negative for pain and visual disturbance.
Respiratory: Negative for apnea, cough, chest tightness, shortness of breath and wheezing.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal distention, abdominal pain, diarrhea, nausea and vomiting.
Genitourinary: Negative for difficulty urinating, dysuria, flank pain and hematuria.
Musculoskeletal: Positive for arthralgias. Negative for back pain, joint swelling, myalgias and neck pain. Gait problem: **left knee, left elbow, right knee.**
Skin: Negative for color change and pallor.
Neurological: Negative for dizziness, weakness and headaches.
Psychiatric/Behavioral: Negative for behavioral problems and confusion.
All other systems reviewed and are negative.

Physical Exam
ED Triage Vitals [08/02/23 1137]

| Temp | Pulse | Resp | BP | SpO2 |
|---|---|---|---|---|
| **98.7 °F (37.1 °C)** | **100** | **20** | **126/74** | **100 %** |

Physical Exam
Vitals and nursing note reviewed.
Constitutional:
General: She is not in acute distress.
Appearance: She is well-developed. She is not diaphoretic.
HENT:
Head: Normocephalic and atraumatic.
Comments: **No chin tenderness, swelling, bruising, or abrasions. Normal jaw ROM without difficulty. Pt reports normal bite.**
Nose: Nose normal.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Pharynx: No oropharyngeal exudate or posterior oropharyngeal erythema.
Eyes:
Extraocular Movements: Extraocular movements intact.
Conjunctiva/sclera: Conjunctivae normal.
Pupils: Pupils are equal, round, and reactive to light.

**ED Notes by Provider (continued)**

**ED Provider Notes by Physician Assistant: Wattigney, Amy West, PA at 8/2/2023 11:36 AM (continued)**

Neck:
Comments: **No tenderness. Full ROM.**
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Heart sounds: Normal heart sounds. No murmur heard.
Comments: **Radial and DP pulse 2+**
Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No wheezing or rales.
Chest:
Chest wall: No tenderness.
Abdominal:
General: Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness. There is no guarding or rebound.
Musculoskeletal:
General: Normal range of motion.
Cervical back: Normal range of motion and neck supple.
Comments: **Back nontender.**

**Right knee with contusion and mild tenderness, but able to ROM without difficulty, no swelling.**

**Left knee: contusion, moderate tenderness, mild swelling to anterior knee. Able to actively flex/extend, but limited due to pain. Negative anterior/posterior drawer. No obvious ligamentous laxity. Normal sensation and motor intact distally.**

**Left elbow with mild diffuse elbow tenderness. No swelling/effusion. No bruising/abrasions. Pt notes that she has chronic tenderness to LUE related to CRPS. Radial pulse 2+, sensation and motor intact. Able to ROM elbow without difficulty.**
Skin:
General: Skin is warm and dry.
Neurological:
General: No focal deficit present.
Mental Status: She is alert and oriented to person, place, and time.
Cranial Nerves: No cranial nerve deficit.
Sensory: No sensory deficit.
Psychiatric:
Behavior: Behavior normal.

**ED Course and Medical Decision Making**
Provider First Evaluation Time: 08/02/23 1136

Vitals:

| | 08/02/23 1303 | 08/02/23 1330 | 08/02/23 1614 | 08/02/23 1700 |
|---|---|---|---|---|
| BP: | 120/72 | 121/74 | 121/65 | 116/67 |
| Pulse: | 85 | 82 | 78 | 78 |
| Resp: | 18 | 20 | 20 | 22 |

| | | | | |
|---|---|---|---|---|
| Temp: | | | | |
| TempSrc: | | | | |
| SpO2: | 96% | 100% | 98% | 100% |
| Weight: | | | | |
| Height: | | | | |

## Procedures

**Orders Placed This Encounter**
Procedures

- Nursing Communication (Specify)
  *Apply ice pack to left knee*
  Standing Status: Standing
  Number of Occurrences: 1
- Apply ordered DME
  *Apply ordered DME*
  Standing Status: Standing
  Number of Occurrences: 1
- Apply ordered DME
  *Apply ordered DME*
  Standing Status: Standing
  Number of Occurrences: 1

Labs Reviewed - No data to display

Medications
**acetaminophen (TYLENOL) tablet 650 mg (650 mg Oral Given 8/2/23 1305)**

CT Lower Extremity Left without Contrast
**Final Result**
Addendum (preliminary) 1 of 1
FINDINGS:
Acute nondisplaced fracture of the anterior mid pole patella extending
into the inferior lateral facet. No definitive intra-articular extension.
Mild anterior prepatellar soft tissue edema. No

additional acute fracture
identified in the left lower extremity. No significant
knee joint
effusion.

IMPRESSION:
Acute nondisplaced fracture anterior patella without
definitive
intra-articular extension.

Final

Acute nondisplaced fracture anterior patella without
definitive intra-articular extension.

XR Elbow 3+ View Left
**Final Result**
No acute findings.

XR Knee 4+ View Left
**Final Result**
No acute findings.

XR Knee 4+ View Right
**Final Result**
No acute findings.

CT Lower Extremity Left without Contrast

Addendum Date: 8/2/2023 Addendum:
FINDINGS: Acute nondisplaced fracture of the anterior mid pole patella extending into the inferior lateral facet. No definitive intra-articular extension. Mild anterior prepatellar soft tissue edema. No additional acute fracture identified in the left lower extremity. No significant knee joint effusion. IMPRESSION: Acute nondisplaced fracture anterior patella without definitive intra-articular extension.

Result Date: 8/2/2023
Narrative: CT LOWER EXTREMITY LEFT WO CONTRAST INDICATION: left knee pain, injury, inability to bear weight, r/o occult fracture to knee COMPARISON: Same day knee radiographs TECHNIQUE: Axial computed tomography images were obtained through the left lower leg without IV contrast. Automated exposure control was used for dose reduction. Multiplanar reconstructions and 3-D shaded surface rendering reconstructions were made on the Vitrea workstation. FINDINGS: Acute nondisplaced fracture of the anterior mid pole patella extending into the inferior lateral facet. No definitive mild anterior prepatellar soft tissue edema. Evidence of intra-articular extension. No additional acute fracture identified in the left lower extremity. No significant knee joint effusion.

Impression: Acute nondisplaced fracture anterior patella without definitive intra-articular extension.

XR Elbow 3+ View Left

Result Date: 8/2/2023
Narrative: XR ELBOW 3+ VIEW LEFT CLINICAL INDICATION: elbow pain COMPARISON:None. FINDINGS: 4 views of the left elbow. No acute fracture or dislocation. No elbow joint effusion. No focal osseous lesion.

Impression: No acute findings.

XR Knee 4+ View Left

Result Date: 8/2/2023
Narrative: XR KNEE 4+ VIEW LEFT CLINICAL INDICATION: knee injury COMPARISON:None. FINDINGS: 4 views of the left knee. No acute fracture or dislocation. No joint effusion. Joint spaces are maintained.

Impression: No acute findings.

XR Knee 4+ View Right

Result Date: 8/2/2023
Narrative: XR KNEE 4+ VIEW RIGHT CLINICAL INDICATION: knee injury COMPARISON:None. FINDINGS: 4 views of the right knee. No acute fracture or dislocation. No joint effusion. Joint spaces are maintained.

Impression: No acute findings.
Addenda
FINDINGS:
Acute nondisplaced fracture of the anterior mid pole patella extending into the inferior lateral facet. No definitive intra-articular extension. Mild anterior prepatellar soft tissue edema. No additional acute fracture identified in the left lower extremity. No significant knee joint effusion.

IMPRESSION:
Acute nondisplaced fracture anterior patella without definitive intra-articular extension.

Signed by Banta, Travis B, MD on 8/2/2023 17:03
Narrative & Impression
CT LOWER EXTREMITY LEFT WO CONTRAST

INDICATION: left knee pain, injury, inability to bear weight, r/o occult fracture to knee

COMPARISON: Same day knee radiographs

TECHNIQUE: Axial computed tomography images were obtained through the left lower leg without IV contrast. Automated exposure control was used for dose reduction. Multiplanar reconstructions and 3-D shaded surface rendering reconstructions were made on the Vitrea workstation.

FINDINGS:

Acute nondisplaced fracture of the anterior mid pole patella extending into the inferior lateral facet. No definitive mild anterior prepatellar soft tissue edema. Evidence of intra-articular extension. No additional acute fracture

identified in the left lower extremity. No significant knee joint effusion.

IMPRESSION:

Acute nondisplaced fracture anterior patella without definitive intra-articular extension.

CT Lower Extremity Left without Contrast

Addendum Date: 8/2/2023
FINDINGS: Acute nondisplaced fracture of the anterior mid pole patella extending into the inferior lateral facet. No definitive intra-articular extension. Mild anterior prepatellar soft tissue edema. No additional acute fracture identified in the left lower extremity. No significant knee joint effusion.
IMPRESSION: Acute nondisplaced fracture anterior patella without definitive intra-articular extension.

Result Date: 8/2/2023
CT LOWER EXTREMITY LEFT WO CONTRAST INDICATION: left knee pain, injury, inability to bear weight, r/o occult fracture to knee COMPARISON: Same day knee radiographs TECHNIQUE: Axial computed tomography images were obtained through the left lower leg without IV contrast. Automated exposure control was used for dose reduction. Multiplanar reconstructions and 3-D shaded surface rendering reconstructions were made on the Vitrea workstation. FINDINGS: Acute nondisplaced fracture of the anterior mid pole patella extending into the inferior lateral facet. No definitive mild anterior prepatellar soft tissue edema. Evidence of intra-articular extension. No additional acute fracture identified in the left lower extremity. No significant knee joint effusion.

Acute nondisplaced fracture anterior patella without definitive intra-articular extension.

XR Elbow 3+ View Left

Result Date: 8/2/2023
XR ELBOW 3+ VIEW LEFT CLINICAL INDICATION: elbow pain COMPARISON:None. FINDINGS: 4 views of the left elbow. No acute fracture or dislocation. No elbow joint effusion. No focal osseous lesion.

No acute findings.

XR Knee 4+ View Left

Result Date: 8/2/2023
XR KNEE 4+ VIEW LEFT CLINICAL INDICATION: knee injury COMPARISON:None. FINDINGS: 4 views of the left knee. No acute fracture or dislocation. No joint effusion. Joint spaces are maintained.

No acute findings.

XR Knee 4+ View Right

Result Date: 8/2/2023
XR KNEE 4+ VIEW RIGHT CLINICAL INDICATION: knee injury COMPARISON:None. FINDINGS: 4 views of the right knee. No acute fracture or dislocation. No joint effusion. Joint spaces are maintained.

No acute findings.

**ED Course** as of 08/02/23 1733
**Wed Aug 02, 2023**

1241 Reassured patient of imaging, no fracture seen on x-rays of either knee or left elbow. She states she is not able to bear weight on her left leg due to left knee pain, and has difficulty range of motion to left knee. There is mild swelling to anterior left knee, discussed with patient that we will obtain CT to rule out occult fracture. Patient provided ice pack to left knee and Tylenol. [AW]

1643 Consult placed to BROC-pt does not have an orthopedist but would like to use Dr. Greene. Discussed case with on-call physician, Dr. Accardo, who reviewed imaging and recommends knee immobilizer and weight bearing as tolerated, crutches if needed and f/u with ortho. I discussed this with patient. She has pain to left elbow as well, however, has a h/o complex regional pain syndrome of LUE. She does not have any elbow swelling and has great ROM. However, discussed if pain still persists after 1 week, repeat elbow xrays recommended to r/o occult fracture. Pt understands and agrees. She states she is on pain mgmt so she will not need any further pain control. Knee immobilizer placed and crutches provided and instructed on usage. Encouraged RICE therapy. Also reexamined patient and she remains without any neck or back tenderness. Given ED return precautions. All questions answered, ready for discharge. [AW]

**ED Course User Index**
[AW] Wattigney, Amy West, PA

**Medical Decision Making**

Problems Addressed:

Closed nondisplaced fracture of left patella, unspecified fracture morphology, initial encounter: acute illness or injury
Contusion of right knee, initial encounter: acute illness or injury
Fall, initial encounter: acute illness or injury
Left elbow pain: acute illness or injury

Amount and/or Complexity of Data Reviewed
Radiology: ordered.

Risk
OTC drugs.

Disease Specific Documentation

**Diagnosis**

1. **Closed nondisplaced fracture of left patella, unspecified fracture morphology, initial encounter**
2. Fall, initial encounter
3. Left elbow pain
4. Contusion of right knee, initial encounter

**Disposition and Plan**
Discharge

**New Prescriptions**
No medications on file

**Things you need to do**

Follow up with West, J David, MD in 2 day(s)
for recheck on your symptoms and for routine care. Return to the ER if you feel worse in any way.
Phone: 225-769-4044
Where: 7373 Perkins Road, Baton Rouge LA 70808-4326

Follow up with Greene, Craig C, MD in 1 week(s)
call to schedule appointment for follow up., for recheck on your symptoms and for routine care. Return to the ER if you feel worse in any way.
Phone: 225-374-0500
Where: 7777 Hennessy Blvd, Suite 302, BATON ROUGE LA 70808

**Friday Oct 06, 2023**
PHYSICAL with West, J David, MD at 8:50 AM (Arrive by 8:35 AM)

**ED Notes by Provider (continued)**

**ED Provider Notes by Physician Assistant: Wattigney, Amy West, PA at 8/2/2023 11:36 AM (continued)**

Where: Baton Rouge Clinic Internal Medicine (Baton Rouge Clinic, AMC)

**Baton Rouge Clinic Internal Medicine**
Baton Rouge Clinic, AMC
7373 Perkins Road
Baton Rouge LA 70808-4326
225-769-4044

Attending physician Dr. Guillot
Pt seen by PA only

Terrio, Lauren B, PA
08/02/23 1138

Wattigney, Amy West, PA
08/02/23 1507

Wattigney, Amy West, PA
08/02/23 1733

Electronically signed by Guillot, Luke G, MD at 8/2/2023 6:46 PM

**Events**

**ED Arrival at 8/2/2023 1120**
Unit: Our Lady of the Lake Regional Medical Center - Emergency Department
User: Phillips, Alissa R

**ED First Provider Evaluation of Patient at 8/2/2023 1136**
Unit: Our Lady of the Lake Regional Medical Center - Emergency Department
User: Terrio, Lauren B, PA

**Admission at 8/2/2023 1157**
Unit: Our Lady of the Lake Regional Medical Center - Emergency Department
Room: LA-EFastTrack50
Bed: DPod50
User: Young, Judith H, RN
Patient class: Emergency
Service: Emergency Medicine

**ED Roomed at 8/2/2023 1157**
Unit: Our Lady of the Lake Regional Medical Center - Emergency Department
User: Young, Judith H, RN

**Discharge at 8/2/2023 1750**
Unit: Our Lady of the Lake Regional Medical Center - Emergency Department
Room: LA-EFastTrack50
Bed: DPod50
User: Firmin, Jessica, RN
Patient class: Emergency
Service: Emergency Medicine

**Discharge at 8/2/2023 1750**
Unit: Our Lady of the Lake Regional Medical Center - Emergency Department

**Events (continued)**

User: Firmin, Jessica, RN

**Patient Care Timeline (8/2/2023 11:20 to 8/2/2023 17:50)**

| 8/2/2023 | Event | Details | User |
|---|---|---|---|
| 11:20 | **Patient arrived in ED** | | Phillips, Alissa R |
| 11:20:02 | **Emergency encounter created** | | Phillips, Alissa R |
| 11:20:26 | **Facility Charge Calculator Started** | | Phillips, Alissa R |
| 11:20:26 | **Arrival Complaint** | Fell on OLOL property | |
| 11:36:26 | **First Provider Evaluation of Patient** | | Terrio, Lauren B, PA |
| 11:37 | **Vitals Reassessment** | | Armond, Leeann M |
| 11:37 | **Blood Pressure Reassessment** | | Armond, Leeann M |
| 11:37 | **Vital Signs** | **Vital Signs**<br>Temp: 98.7 °F (37.1 °C)<br>Temp src: Oral<br>Pulse: 100<br>Resp: 20<br>BP: 126/74<br>**Oxygen Therapy**<br>SpO2: 100 %<br>Oxygen Therapy: None (Room air)<br>**Vitals Assessment**<br>Restart Vitals Timer: Yes<br>**Height and Weight**<br>Height: 160 cm (63")<br>Height Method: Stated<br>Weight: 54.4 kg (120 lb)<br>Weight Method: Stated<br>BMI (Calculated): 21.3<br>BSA (Calculated - sq m): 1.56 sq meters | Armond, Leeann M |
| 11:37 | **Custom Formula Data** | **Other flowsheet entries**<br>Vt - 6mL/kg: 314.4 mL/kg<br>Vt - 8mL/kg: 419.2 mL/kg<br>Adult High Range Vt 10mL/kg: 524 mL/kg<br>IBW/kg (Calculated): 52.4<br>Vt - 5mL/kg: 262 mL/kg<br>Vt - 7mL/kg: 366.8 mL/kg | Armond, Leeann M |
| 11:37 | **Focused Assessment** | **Circulation**<br>Peripheral Vascular Assessment: Skin warm and dry, capillary refill brisk<br>**Airway**<br>Airway Assessment: Airway patent and unobstructed, + vocalization<br>**Breathing**<br>Pulmonary Assessment: Respirations regular and unlabored<br>**Disability**<br>Neuro Assessment: Alert<br>Eye Opening: Spontaneous<br>Best Verbal Response: Oriented<br>Best Motor Response: Obeys commands<br>Glasgow Coma Scale Score: 15<br>**Glasgow Coma Scale**<br>Eye Opening: Spontaneous<br>Best Verbal Response: Oriented<br>Best Motor Response: Obeys commands<br>Glasgow Coma Scale Score: 15 | Kelly, Kristi O, RN |
| 11:37:52 | **Trigger for Triage Start** | | Kelly, Kristi O, RN |
| 11:37:52 | **Triage Started** | | Kelly, Kristi O, RN |
| 11:37:52 | **Chief Complaints Updated** | **Fall (Pt tripped and fell on the chords in her mother's hospital room, c/o bilateral knee pain, let worse than right and left elbow pain. Denies loc or hitting head. No blood thinners. )** | Kelly, Kristi O, RN |

**Patient Care Timeline (8/2/2023 11:20 to 8/2/2023 17:50) (continued)**

| 8/2/2023 | Event | Details | User |
|---|---|---|---|
| 11:38 | **Triage Completed** | | Kelly, Kristi O, RN |
| 11:38 | **Fall Risk Assessment** | **Kinder Fall Risk Assessment For Patients 15+**<br>Present to ED Because of Fall: Yes<br>Age Greater Than 70: No<br>Altered Mental Status: No<br>Impaired Mobility: ambulates or transfers with assistive device or assist, ambulates with unsteady gait and no assistance, unable to ambulate or transfer: No | Kelly, Kristi O, RN |
| 11:38 | **Suicide Risk Screening** | **Columbia Suicide Severity Rating Scale**<br>1. Wish to be Dead: No<br>2. Suicidal Thoughts: No<br>6. Suicide Behavior Question: No | Kelly, Kristi O, RN |
| 11:38 | **Sepsis Screening - Adult** | **Sepsis Screening**<br>Is there a suspected infection (ex. abscess, productive cough, catheter problem, dysuria, wound infection, abd pain, post-op complication)?: No<br>Is the patient's mental status altered (change from baseline)?: No | Kelly, Kristi O, RN |
| 11:38 | **Patient ESI/Triage Complete** | **Acuity**<br>Patient Acuity: Less Urgent (4) - requires 1 resource<br>Triage Complete: Triage complete | Kelly, Kristi O, RN |
| 11:38 | **Weapons Risk Assessment** | **In order to keep everyone here safe, I need to ask you:**<br>Do you have anything with you that can be used as a weapon?: No | Kelly, Kristi O, RN |
| 11:38:07 | **Allergies Reviewed** | | Kelly, Kristi O, RN |
| 11:38:13 | **Orders Placed** | Imaging - XR Knee 4+ View Right; XR Knee 4+ View Left; XR Elbow 3+ View Left | Terrio, Lauren B, PA |
| 11:38:15 | **Imaging Exam Ordered** | | Terrio, Lauren B, PA |
| 11:38:15 | **XR Ordered** | XR ELBOW 3+ VIEW LEFT, XR KNEE 4+ VIEW LEFT, XR KNEE 4+ VIEW RIGHT | Terrio, Lauren B, PA |
| 11:38:23 | **Acuity 4 Selected** | | Kelly, Kristi O, RN |
| 11:43:09 | **Imaging Exam Started** | XR Knee 4+ View Right | Devold, Brandon J |
| 11:43:14 | **Imaging Exam Started** | XR Knee 4+ View Left | Devold, Brandon J |
| 11:43:20 | **Imaging Exam Started** | XR Elbow 3+ View Left | Devold, Brandon J |
| 11:57:47 | **Patient roomed in ED** | To room LA-EFastTrack50 | Young, Judith H, RN |
| 11:57:47 | **Patient roomed in ED** | | Young, Judith H, RN |
| 11:57:47 | **Roomed in LALK Emergency Department** | | Young, Judith H, RN |
| 11:58:50 | **Imaging Exam Ended** | XR Knee 4+ View Right | Devold, Brandon J |
| 11:59:37 | **Imaging Exam Ended** | XR Knee 4+ View Left | Devold, Brandon J |
| 11:59:49 | **Imaging Exam Ended** | XR Elbow 3+ View Left | Devold, Brandon J |
| 12:01:59 | **XR Knee 4+ View Right Resulted** | Last updated: **8/2/2023 12:05** Status: **Final result** | Interface, Rad Results In |
| 12:02:08 | **XR Knee 4+ View Left Resulted** | Last updated: **8/2/2023 12:05** Status: **Final result** | Interface, Rad Results In |
| 12:02:26 | **XR Elbow 3+ View Left Resulted** | Last updated: **8/2/2023 12:05** Status: **Final result** | Interface, Rad Results In |
| 12:04:39 | **Assign Mid-level** | Wattigney, Amy West, PA assigned as Physician Assistant | Wattigney, Amy West, PA |
| 12:04:39 | **Assign Physician** | | Wattigney, Amy West, PA |
| 12:05:07 | **Imaging Final Result** | XR Knee 4+ View Right | Interface, Rad Results In |
| 12:05:07 | **Xray Final Result** | (Final result) XR KNEE 4+ VIEW RIGHT | Interface, Rad Results In |
| 12:05:17 | **Imaging Final Result** | XR Knee 4+ View Left | Interface, Rad Results In |

**Patient Care Timeline (8/2/2023 11:20 to 8/2/2023 17:50) (continued)**

| 8/2/2023 | Event | Details | User |
|---|---|---|---|
| 12:05:17 | **Xray Final Result** | (Final result) XR KNEE 4+ VIEW LEFT | Interface, Rad Results In |
| 12:05:27 | **Imaging Final Result** | XR Elbow 3+ View Left | Interface, Rad Results In |
| 12:05:27 | **Xray Final Result** | (Final result) XR ELBOW 3+ VIEW LEFT | Interface, Rad Results In |
| 12:27:43 | **Orders Placed** | Nursing - Nursing Communication (Specify)<br>Medications - acetaminophen (TYLENOL) tablet 650 mg<br>Imaging - CT Lower Extremity Left without Contrast | Wattigney, Amy West, PA |
| 12:27:45 | **CT Ordered** | CT LOWER EXTREMITY LEFT WO CONTRAST | Wattigney, Amy West, PA |
| 12:27:45 | **Imaging Exam Ordered** | | Wattigney, Amy West, PA |
| 12:27:46 | **ED Pain Med Ordered** | acetaminophen (TYLENOL) tablet 650 mg - [388622882] | Wattigney, Amy West, PA |
| 12:41 | **Free Text** | Reassured patient of imaging, no fracture seen on x-rays of either knee or left elbow. She states she is not able to bear weight on her left leg due to left knee pain, and has difficulty range of motion to left knee. There is mild swelling to anterior left knee, discussed with patient that we will obtain CT to rule out occult fracture. Patient provided ice pack to left knee and Tylenol. | Wattigney, Amy West, PA |
| 13:00:17 | **Assign Nurse** | Firmin, Jessica, RN assigned as Registered Nurse | Firmin, Jessica, RN |
| 13:00:23 | **Orders Acknowledged** | New - XR Knee 4+ View Right; XR Knee 4+ View Left; XR Elbow 3+ View Left; acetaminophen (TYLENOL) tablet 650 mg; Nursing Communication (Specify); CT Lower Extremity Left without Contrast | Firmin, Jessica, RN |
| 13:00:43 | **Orders Completed** | Nursing Communication (Specify) | Firmin, Jessica, RN |
| 13:00:43 | **Nursing Communication (Specify) Completed** | *Nursing Communication (Specify)* | Firmin, Jessica, RN |
| 13:02 | **Pain Assessment** | | Firmin, Jessica, RN |
| 13:02 | **Focused Assessment** | **Circulation**<br>Peripheral Vascular Assessment: Skin warm and dry, capillary refill brisk<br>**Airway**<br>Airway Assessment: Airway patent and unobstructed, + vocalization<br>**Breathing**<br>Pulmonary Assessment: Respirations regular and unlabored<br>SpO2: 96 %<br>**Disability**<br>Neuro Assessment: Alert<br>Eye Opening: Spontaneous<br>Best Verbal Response: Oriented<br>Best Motor Response: Obeys commands<br>Glasgow Coma Scale Score: 15<br>**Glasgow Coma Scale**<br>Eye Opening: Spontaneous<br>Best Verbal Response: Oriented<br>Best Motor Response: Obeys commands<br>Glasgow Coma Scale Score: 15 | Firmin, Jessica, RN |
| 13:02 | **Resp/Vent/Cough** | **Oxygen Therapy**<br>Resp: 18<br>Oxygen Therapy: None (Room air)<br>**Respiratory**<br>Resp: 18<br>Oxygen Therapy: None (Room air)<br>Respiratory Depth/Rhythm: Regular<br>Respiratory Effort: Unlabored<br>Chest Assessment: Symmetrical; Chest expansion symmetrical; Trachea midline<br>Ventilator Patient: No | Firmin, Jessica, RN |
| 13:02 | **Pain Assessment** | **Pain Assessment Timer**<br>Restart Pain Assessment Timer: Yes | Firmin, Jessica, RN |

OUR LADY OF THE LAKE REGIONAL MEDICAL CENTER
5000 Hennessy Blvd
HOSPITAL RECORD

KNIGHT, Amy R
MRN: 252940, DOB:
Acct #: 4000014759359
Adm: 8/2/2023, D/C: 8/2/2023

Sex: F

**Patient Care Timeline (8/2/2023 11:20 to 8/2/2023 17:50) (continued)**

| 8/2/2023 | Event | Details | User |
|---|---|---|---|
| 13:02 | Pain | **Pain Assessment**<br>Pain Assessment: Adult Numerical Pain Scale<br>Pain Score: 8<br>Pain Type: Acute pain<br>Pain Location: Knee<br>Pain Orientation: Left<br>Pain Frequency: Constant/continuous | Firmin, Jessica, RN |
| 13:03 | Vitals Reassessment | | Firmin, Jessica, RN |
| 13:03 | Vitals Reassessment | | Firmin, Jessica, RN |
| 13:03 | Blood Pressure Reassessment | | Firmin, Jessica, RN |
| 13:03 | Pain Assessment | | Firmin, Jessica, RN |
| 13:03 | Neurological | **Neurological**<br>Level of Consciousness: Awake; Alert<br>Orientation Level: Oriented X4<br>Speech: Clear; Appropriate for developmental age<br>Facial Symmetry: No facial droop<br>**Glasgow Coma Scale**<br>Eye Opening: Spontaneous<br>Best Verbal Response: Oriented<br>Best Motor Response: Obeys commands<br>Glasgow Coma Scale Score: 15<br>**Headache**<br>Headache: No<br>**Seizure-like Activity**<br>Seizure-like activity: No<br>**Tremors**<br>Tremors: No | Firmin, Jessica, RN |
| 13:03 | Musculoskeletal | **Musculoskeletal**<br>Moves All Extremities: Yes<br>Generalized Weakness: No<br>LLE: Knee<br>Assessment: Injury/trauma | Firmin, Jessica, RN |
| 13:03 | Pain Assessment | **Pain Assessment Timer**<br>Restart Pain Assessment Timer: Yes | Firmin, Jessica, RN |
| 13:03 | Vital Signs | **Vital Signs**<br>Pulse: 85<br>Resp: 18<br>BP: 120/72<br>**Oxygen Therapy**<br>Oxygen Therapy: None (Room air)<br>**Vitals Assessment**<br>Restart Vitals Timer: Yes<br>Restart Vitals Timer: Yes<br>**Pain Assessment**<br>Pain Assessment: Adult Numerical Pain Scale<br>Pain Score: 8 | Firmin, Jessica, RN |
| 13:03 | Pulse Ox | **Pulse Oximetry**<br>Pulse oximetry monitored: Yes<br>Pulse Oximetry Type: Continuous<br>SpO2: 96 % | Firmin, Jessica, RN |
| 13:05 | Safety Rounds 60 Mins | | Firmin, Jessica, RN |
| 13:05 | Pain Med Given Oral/Rectal/Transdermal | Given - acetaminophen (TYLENOL) tablet 650 mg | Firmin, Jessica, RN |
| 13:05 | Medication Given | acetaminophen (TYLENOL) tablet 650 mg - Dose: 650 mg ; Route: Oral ; Scheduled Time: 1230 | Firmin, Jessica, RN |
| 13:05 | ED Quick Updates | **Quick Updates**<br>Updates: Patient is resting comfortably; Patient in NAD; Call bell in reach; Bed in low position; Side rail up x 1 (ice pack applied to left knee)<br>Safety Rounds: Yes | Firmin, Jessica, RN |

OUR LADY OF THE LAKE REGIONAL MEDICAL CENTER
5000 Hennessy Blvd
HOSPITAL RECORD

KNIGHT, Amy R
MRN: 252940, DOB:
Acct #: 4000014759359
Adm: 8/2/2023, D/C: 8/2/2023

Sex: F

**Patient Care Timeline (8/2/2023 11:20 to 8/2/2023 17:50) (continued)**

| 8/2/2023 | Event | Details | User |
|---|---|---|---|
| 13:22:05 | **Registration Completed** | | Harvey, Latoya K |
| 13:30 | **Vitals Reassessment** | | Firmin, Jessica, RN |
| 13:30 | **Vitals Reassessment** | | Firmin, Jessica, RN |
| 13:30 | **Blood Pressure Reassessment** | | Firmin, Jessica, RN |
| 13:30 | **Vital Signs** | **Vital Signs**<br>Pulse: 82<br>Resp: 20<br>BP: 121/74 (Device Time: 13:30:24)<br>MAP (mmHg): 91 (Device Time: 13:30:24)<br>**Oxygen Therapy**<br>SpO2: 100 % (Device Time: 13:30:01)<br>Oxygen Therapy: None (Room air)<br>**Vitals Assessment**<br>Restart Vitals Timer: Yes<br>Restart Vitals Timer: Yes | Firmin, Jessica, RN |
| 13:50 | **Safety Rounds 60 Mins** | | Firmin, Jessica, RN |
| 13:50 | **ED Quick Updates** | **Quick Updates**<br>Updates: Patient is resting comfortably; Patient in NAD; Call bell in reach; Bed in low position; Side rail up x 1<br>Safety Rounds: Yes | Firmin, Jessica, RN |
| 15:01:26 | **Imaging Exam Started** | CT Lower Extremity Left without Contrast | Taormina, Laken, RT |
| 15:21 | **ED Quick Updates** | **Quick Updates**<br>Updates: Patient returned from CT | Firmin, Jessica, RN |
| 15:21:50 | **Imaging Exam Ended** | CT Lower Extremity Left without Contrast | Taormina, Laken, RT |
| 15:55:06 | **Imaging Final Result** | CT Lower Extremity Left without Contrast | Interface, Rad Results In |
| 15:55:06 | **CT Final Result** | (Final result) CT LOWER EXTREMITY LEFT WO CONTRAST | Interface, Rad Results In |
| 16:14 | **Safety Rounds 60 Mins** | | Firmin, Jessica, RN |
| 16:14 | **Blood Pressure Reassessment** | | Firmin, Jessica, RN |
| 16:14 | **Vitals Reassessment** | | Firmin, Jessica, RN |
| 16:14 | **Vitals Reassessment** | | Firmin, Jessica, RN |
| 16:14 | **ED Quick Updates** | **Quick Updates**<br>Updates: Patient is resting comfortably; Patient in NAD; Call bell in reach; Bed in low position; Side rail up x 1<br>Safety Rounds: Yes | Firmin, Jessica, RN |
| 16:14 | **Departure Condition** | **Vital Signs**<br>BP: 121/65 (Device Time: 16:13:58)<br>MAP (mmHg): 85 (Device Time: 16:13:58) | Firmin, Jessica, RN |
| 16:14 | **Vital Signs** | **Vital Signs**<br>Pulse: 78<br>Resp: 20<br>**Oxygen Therapy**<br>SpO2: 98 %<br>Oxygen Therapy: None (Room air)<br>**Vitals Assessment**<br>Restart Vitals Timer: Yes<br>Restart Vitals Timer: Yes | Firmin, Jessica, RN |
| 16:14 | **Vital Signs** | **Other flowsheet entries**<br>NIBP Pulse: 78 PER MINUTE (Device Time: 16:13:58) | Firmin, Jessica, RN |

**Patient Care Timeline (8/2/2023 11:20 to 8/2/2023 17:50) (continued)**

| 8/2/2023 | Event | Details | User |
|---|---|---|---|
| 16:43 | **Free Text** | Consult placed to BROC-pt does not have an orthopedist but would like to use Dr. Greene. Discussed case with on-call physician, Dr. Accardo, who reviewed imaging and recommends knee immobilizer and weight bearing as tolerated, crutches if needed and f/u with ortho. I discussed this with patient. She has pain to left elbow as well, however, has a h/o complex regional pain syndrome of LUE. She does not have any elbow swelling and has great ROM. However, discussed if pain still persists after 1 week, repeat elbow xrays recommended to r/o occult fracture. Pt understands and agrees. She states she is on pain mgmt so she will not need any further pain control. Knee immobilizer placed and crutches provided and instructed on usage. Encouraged RICE therapy. Also reexamined patient and she remains without any neck or back tenderness. Given ED return precautions. All questions answered, ready for discharge. | Wattigney, Amy West, PA |
| 17:00 | **Vitals Reassessment** | | Firmin, Jessica, RN |
| 17:00 | **Vitals Reassessment** | | Firmin, Jessica, RN |
| 17:00 | **Blood Pressure Reassessment** | | Firmin, Jessica, RN |
| 17:00 | **Vital Signs** | **Vital Signs**<br>Pulse: 78<br>Resp: 22<br>BP: 116/67 (Device Time: 17:00:21)<br>MAP (mmHg): 84 (Device Time: 17:00:21)<br>**Oxygen Therapy**<br>SpO2: 100 % (Device Time: 16:59:48)<br>Oxygen Therapy: None (Room air)<br>**Vitals Assessment**<br>Restart Vitals Timer: Yes<br>Restart Vitals Timer: Yes | Firmin, Jessica, RN |
| 17:00:28 | **CT Lower Extremity Left without Contrast Resulted (Edited)** | Last updated: 8/2/2023 17:03 Status: Edited Result - FINAL | Interface, Rad Results In |
| 17:06:01 | **ED Anticipated Discharge Status Filed** | | Wattigney, Amy West, PA |
| 17:07:08 | **Orders Placed** | Nursing - Apply ordered DME; Apply ordered DME<br>General Supply - Orthopedic Supplies -Knee Immobilizer (L1830); Left; 20"; S82.0 Fracture of patella; M22.3X1 Other derangements of patella right knee; M22.3X2 Other derangements of patella left knee; 1; Orthopedic Supplies -Crutches (E0114); Bilateral; Med Adult 5'2"-5'10"; Patella fracture; 1 | Wattigney, Amy West, PA |
| 17:09:57 | **Orders Acknowledged** | New - Apply ordered DME; Apply ordered DME | Firmin, Jessica, RN |
| 17:10 | **Print DME requisition if needed from central supply Completed** | *Orthopedic Supplies -Knee Immobilizer (L1830); Left; 20"; S82.0 Fracture of patella; M22.3X1 Other derangements of patella right knee; M22.3X2 Other derangements of patella left knee; 1* | Firmin, Jessica, RN |
| 17:10:02 | **Orders Completed** | Orthopedic Supplies -Knee Immobilizer (L1830); Left; 20"; S82.0 Fracture of patella; M22.3X1 Other derangements of patella right knee; M22.3X2 Other derangements of patella left knee; 1 | Firmin, Jessica, RN |
| 17:10:02 | **Orthopedic Supplies - Knee Immobilizer (L1830); Left; 20"; S82.0 Fracture of patella; M22.3X1 Other derangements of patella right knee; M22.3X2 Other derangements of patella left knee; 1 Completed** | *Orthopedic Supplies -Knee Immobilizer (L1830); Left; 20"; S82.0 Fracture of patella; M22.3X1 Other derangements of patella right knee; M22.3X2 Other derangements of patella left knee; 1* | Firmin, Jessica, RN |
| 17:10:06 | **Print DME requisition if needed from central supply Completed** | *Orthopedic Supplies -Crutches (E0114); Bilateral; Med Adult 5'2"-5'10"; Patella fracture; 1* | Firmin, Jessica, RN |
| 17:10:09 | **Orders Completed** | Orthopedic Supplies -Crutches (E0114); Bilateral; Med Adult 5'2"-5'10"; Patella fracture; 1 | Firmin, Jessica, RN |
| 17:10:09 | **Orthopedic Supplies - Crutches (E0114); Bilateral; Med Adult 5'2"-5'10"; Patella fracture; 1 Completed** | *Orthopedic Supplies -Crutches (E0114); Bilateral; Med Adult 5'2"-5'10"; Patella fracture; 1* | Firmin, Jessica, RN |
| 17:10:12 | **Orders Completed** | Apply ordered DME | Firmin, Jessica, RN |
| 17:10:12 | **Apply ordered DME Completed** | *Apply ordered DME* | Firmin, Jessica, RN |

**Patient Care Timeline (8/2/2023 11:20 to 8/2/2023 17:50) (continued)**

| 8/2/2023 | Event | Details | User |
|---|---|---|---|
| 17:10:13 | **Orders Completed** | Apply ordered DME | Firmin, Jessica, RN |
| 17:10:13 | **Apply ordered DME Completed** | *Apply ordered DME* | Firmin, Jessica, RN |
| 17:14:39 | **Discharge Disposition Selected** | ED Disposition set to Discharge | Wattigney, Amy West, PA |
| 17:14:39 | **Disposition Selected** | | Wattigney, Amy West, PA |
| 17:17:31 | **AVS Printed** | ED After Visit Summary | Wattigney, Amy West, PA |
| 17:17:32 | **AVS Printed** | | Wattigney, Amy West, PA |
| 17:17:32 | **AVS Printed** | Patient Signature | Wattigney, Amy West, PA |
| 17:32:31 | **Home Medications Reviewed** | | Firmin, Jessica, RN |
| 17:33 | **Safety Rounds 60 Mins** | | Firmin, Jessica, RN |
| 17:33 | **ED Quick Updates** | **Quick Updates**<br>Updates: Patient is resting comfortably; Patient in NAD; Family at bedside; Call bell in reach; Bed in low position; Side rail up x 1<br>Safety Rounds: Yes | Firmin, Jessica, RN |
| 17:33:42 | **ED Note Filed** | ED Prov Note filed by Wattigney, Amy West, PA | Wattigney, Amy West, PA |
| 17:49 | **Departure Condition** | **Departure Condition**<br>Patient Teaching: Discharge instructions reviewed; Medications discussed; Follow-up care reviewed; Patient verbalized understanding<br>Mobility at Departure: Wheelchair<br>Departure Mode: With family/parents | Firmin, Jessica, RN |
| 17:50 | **Patient discharged** | | Firmin, Jessica, RN |

**ED Diagnoses**

| Diagnosis | Description | Comment | Associated Orders |
|---|---|---|---|
| Final diagnoses | | | |
| **Closed nondisplaced fracture of left patella, unspecified fracture morphology, initial encounter** | Closed nondisplaced fracture of left patella, unspecified fracture morphology, initial encounter | – | – |
| **Fall, initial encounter** | Fall, initial encounter | – | – |
| **Left elbow pain** | Left elbow pain | – | – |
| **Contusion of right knee, initial encounter** | Contusion of right knee, initial encounter | – | – |

## Discharge Instructions - ENCOUNTER NOTES

**Discharge Instructions by Physician Assistant: Wattigney, Amy West, PA at 8/2/2023 5:17 PM**

Author: Wattigney, Amy West, PA Service: — Author Type: Physician Assistant
Filed: 8/2/2023 5:17 PM Date of Service: 8/2/2023 5:17 PM Status: Written
Editor: Wattigney, Amy West, PA (Physician Assistant)

Continue home medications as prescribed by pain management. Wear knee immobilizer to left knee as directed. You may weight-bear as tolerated. Otherwise, use crutches if too painful to bear weight. Try to rest your leg, elevate, and apply ice. If your elbow still hurts in 1 week, you may need repeat x-rays to rule out fracture. Call orthopedist for follow-up appointment regarding your patella fracture. Return to the ER if you have any worsening pain or swelling, if you have numbness, weakness, or any increased or worsening pain or symptoms.

Electronically signed by Wattigney, Amy West, PA at 8/2/2023 5:17 PM

**Teleconsult - ENCOUNTER NOTES**

**Teleconsult by Physician Assistant: Fenn, Brooke N, PA at 8/2/2023 4:52 PM**

Author: Fenn, Brooke N, PA
Filed: 8/2/2023 4:54 PM
Editor: Fenn, Brooke N, PA (Physician Assistant)
Service: Orthopedics
Date of Service: 8/2/2023 4:52 PM
Author Type: Physician Assistant
Status: Signed

8/2/23

Dr. Accardo spoke with Amy PA-C about Ms. Knight. 55 year old female who presented after a trip and fall. Left knee pain. Imaging consistent with a left patella fracture. Per Amy fracture is closed. Patient does have pain. Imaging as follows:

CT LOWER EXTREMITY LEFT WO CONTRAST

INDICATION: left knee pain, injury, inability to bear weight, r/o occult fracture to knee

COMPARISON: Same day knee radiographs

TECHNIQUE: Axial computed tomography images were obtained through the left lower leg without IV contrast. Automated exposure control was used for dose reduction. Multiplanar reconstructions and 3-D shaded surface rendering reconstructions were made on the Vitrea workstation.

FINDINGS:

Acute nondisplaced fracture of the anterior mid pole patella extending into the inferior lateral facet. No definitive mild anterior prepatellar soft tissue edema. Evidence of intra-articular extension. No additional acute fracture identified in the left lower extremity. No significant knee joint effusion.

IMPRESSION:

Acute nondisplaced fracture anterior patella without definitive intra-articular extension.

Impression: closed transverse nondisplaced left patella fracture

Plan:

1. Nonoperative treatment for patella fracture.
2. Knee immobilizer needs to be placed
3. WBAT
4. Follow up outpatient with Dr. Accardo. Can call for appointment. 225-408-7863

Brooke Fenn PA-C

Electronically signed by Fenn, Brooke N, PA at 8/2/2023 4:54 PM

OUR LADY OF THE LAKE REGIONAL MEDICAL CENTER
5000 Hennessy Blvd
HOSPITAL RECORD

KNIGHT, Amy R
MRN: 252940, DOB: Sex: F
Acct #: 4000014759359
Adm: 8/2/2023, D/C: 8/2/2023

**Discharge Instructions - ANCILLARY ENCOUNTER NOTES**

**Discharge Instructions by Physician Assistant: Wattigney, Amy West, PA at 8/2/2023 5:17 PM** Version 1 of 1

Continue home medications as prescribed by pain management. Wear knee immobilizer to left knee as directed. You may weight-bear as tolerated. Otherwise, use crutches if too painful to bear weight. Try to rest your leg, elevate, and apply ice. If your elbow still hurts in 1 week, you may need repeat x-rays to rule out fracture. Call orthopedist for follow-up appointment regarding your patella fracture. Return to the ER if you have any worsening pain or swelling, if you have numbness, weakness, or any increased or worsening pain or symptoms.

Electronically signed by Wattigney, Amy West, PA at 8/2/2023 5:17 PM

OUR LADY OF THE LAKE REGIONAL MEDICAL CENTER
5000 Hennessy Blvd
HOSPITAL RECORD

KNIGHT, Amy R
MRN: 252940, DOB: Sex: F
Acct #: 4000014759359
Adm: 8/2/2023, D/C: 8/2/2023

**Teleconsult - ANCILLARY ENCOUNTER NOTES**

**Teleconsult by Physician Assistant: Fenn, Brooke N, PA at 8/2/2023 4:52 PM** Version 1 of 1

8/2/23

Dr. Accardo spoke with Amy PA-C about Ms. Knight. 55 year old female who presented after a trip and fall. Left knee pain. Imaging consistent with a left patella fracture. Per Amy fracture is closed. Patient does have pain. Imaging as follows:

CT LOWER EXTREMITY LEFT WO CONTRAST

INDICATION: left knee pain, injury, inability to bear weight, r/o occult fracture to knee

COMPARISON: Same day knee radiographs

TECHNIQUE: Axial computed tomography images were obtained through the left lower leg without IV contrast. Automated exposure control was used for dose reduction. Multiplanar reconstructions and 3-D shaded surface rendering reconstructions were made on the Vitrea workstation.

FINDINGS:

Acute nondisplaced fracture of the anterior mid pole patella extending into the inferior lateral facet. No definitive mild anterior prepatellar soft tissue edema. Evidence of intra-articular extension. No additional acute fracture identified in the left lower extremity. No significant knee joint effusion.

IMPRESSION:

Acute nondisplaced fracture anterior patella without definitive intra-articular extension.

Impression: closed transverse nondisplaced left patella fracture

Plan:

1. Nonoperative treatment for patella fracture.
2. Knee immobilizer needs to be placed
3. WBAT
4. Follow up outpatient with Dr. Accardo. Can call for appointment. 225-408-7863

Brooke Fenn PA-C

Electronically signed by Fenn, Brooke N, PA at 8/2/2023 4:54 PM

## All Orders

### XR Knee 4+ View Right [388622876]

Electronically signed by: **Terrio, Lauren B, PA on 08/02/23 1138**
Ordering user: Terrio, Lauren B, PA 08/02/23 1138
Authorized by: Terrio, Lauren B, PA
Frequency: Once 08/02/23 1139 - 1 occurrence
Acknowledged: Firmin, Jessica, RN 08/02/23 1300 for Placing Order

Ordering provider: Terrio, Lauren B, PA
Indications of use: knee injury

Status: **Completed**

#### XR Knee 4+ View Right [388622876]

Electronically signed by: **Terrio, Lauren B, PA on 08/02/23 1138**
Ordering user: Terrio, Lauren B, PA 08/02/23 1138
Authorized by: Terrio, Lauren B, PA
Frequency: Once 08/02/23 1139 - 1 occurrence
Acknowledged: Firmin, Jessica, RN 08/02/23 1300 for Placing Order

Ordering provider: Terrio, Lauren B, PA
Indications of use: knee injury

Status: **Completed**

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Patient shielded? | No | |
| Fluoro time (minutes)? | | |
| Who verified the patient's identity and procedural site? | | |
| Post Procedure Education given to patient? | No | |
| Did the patient have to remove any personal belongings for the exam? | No | |
| If no, please move along to end exam. If yes, please enter what was taken off and done with the items. | | |
| What is the assisting student's name? | | |
| Additional Comments | | |

**XR Knee 4+ View Right [388622879]**

Resulted: 08/02/23 1201, Result status: Final result

Ordering provider: Terrio, Lauren B, PA 08/02/23 1138
Performed: 08/02/23 1143 - 08/02/23 1158
Resulting lab: POWERSCRIBE 360
Narrative:
XR KNEE 4+ VIEW RIGHT

Resulted by: Malone, Jonathan Caleb, MD
Accession number: 2301866507

CLINICAL INDICATION: knee injury

COMPARISON:None.

FINDINGS: 4 views of the right knee. No acute fracture or dislocation. No joint effusion. Joint spaces are maintained.

Impression:
No acute findings.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 115 - PS360 | POWERSCRIBE 360 | Unknown | Unknown | 07/29/16 1713 - Present |

**Conclusion**

XR KNEE 4+ VIEW RIGHT

CLINICAL INDICATION: knee injury

COMPARISON:None.

FINDINGS: 4 views of the right knee. No acute fracture or dislocation. No joint effusion. Joint spaces are maintained.

IMPRESSION:

**All Orders (continued)**

No acute findings.

**Procedure Log**

There is no procedure log data to display.

**Interpretation Summary**

XR KNEE 4+ VIEW RIGHT

CLINICAL INDICATION: knee injury

COMPARISON:None.

FINDINGS: 4 views of the right knee. No acute fracture or dislocation. No joint effusion. Joint spaces are maintained.

IMPRESSION:
No acute findings.

**XR Knee 4+ View Right: Patient Communication**

Released Seen

**XR Knee 4+ View Left [388622877]**

Electronically signed by: **Terrio, Lauren B, PA on 08/02/23 1138** Status: **Completed**
Ordering user: Terrio, Lauren B, PA 08/02/23 1138 Ordering provider: Terrio, Lauren B, PA
Authorized by: Terrio, Lauren B, PA
Frequency: Once 08/02/23 1139 - 1 occurrence Indications of use: knee injury
Acknowledged: Firmin, Jessica, RN 08/02/23 1300 for Placing Order

**XR Knee 4+ View Left [388622877]**

Electronically signed by: **Terrio, Lauren B, PA on 08/02/23 1138** Status: **Completed**
Ordering user: Terrio, Lauren B, PA 08/02/23 1138 Ordering provider: Terrio, Lauren B, PA
Authorized by: Terrio, Lauren B, PA
Frequency: Once 08/02/23 1139 - 1 occurrence Indications of use: knee injury
Acknowledged: Firmin, Jessica, RN 08/02/23 1300 for Placing Order

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Patient shielded? | No | |
| Fluoro time (minutes)? | | |
| Who verified the patient's identity and procedural site? | | |
| Post Procedure Education given to patient? | Yes | |
| Did the patient have to remove any personal belongings for the exam? | No | |
| If no, please move along to end exam. If yes, please enter what was taken off and done with the items. | | |
| What is the assisting student's name? | | |
| Additional Comments | | |

**XR Knee 4+ View Left [388622880]** Resulted: 08/02/23 1202, Result status: Final result

Ordering provider: Terrio, Lauren B, PA 08/02/23 1138 Resulted by: Malone, Jonathan Caleb, MD
Performed: 08/02/23 1143 - 08/02/23 1159 Accession number: 2301866509
Resulting lab: POWERSCRIBE 360

**All Orders (continued)**

Narrative:
XR KNEE 4+ VIEW LEFT

CLINICAL INDICATION: knee injury

COMPARISON:None.

FINDINGS: 4 views of the left knee. No acute fracture or dislocation. No joint effusion. Joint spaces are maintained.

Impression:
No acute findings.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 115 - PS360 | POWERSCRIBE 360 | Unknown | Unknown | 07/29/16 1713 - Present |

**Conclusion**

XR KNEE 4+ VIEW LEFT

CLINICAL INDICATION: knee injury

COMPARISON:None.

FINDINGS: 4 views of the left knee. No acute fracture or dislocation. No joint effusion. Joint spaces are maintained.

IMPRESSION:
No acute findings.

**Procedure Log**

There is no procedure log data to display.

**Interpretation Summary**

XR KNEE 4+ VIEW LEFT

CLINICAL INDICATION: knee injury

COMPARISON:None.

FINDINGS: 4 views of the left knee. No acute fracture or dislocation. No joint effusion. Joint spaces are maintained.

IMPRESSION:
No acute findings.

**XR Knee 4+ View Left: Patient Communication**

Released Seen

**XR Elbow 3+ View Left [388622878]**

Electronically signed by: **Terrio, Lauren B, PA on 08/02/23 1138** Status: **Completed**
Ordering user: Terrio, Lauren B, PA 08/02/23 1138 Ordering provider: Terrio, Lauren B, PA

**All Orders (continued)**

**XR Elbow 3+ View Left [388622878] (continued)**

Authorized by: Terrio, Lauren B, PA
Frequency: Once 08/02/23 1139 - 1 occurrence
Acknowledged: Firmin, Jessica, RN 08/02/23 1300 for Placing Order

Indications of use: elbow pain

**XR Elbow 3+ View Left [388622878]**

Electronically signed by: **Terrio, Lauren B, PA on 08/02/23 1138**
Ordering user: Terrio, Lauren B, PA 08/02/23 1138
Authorized by: Terrio, Lauren B, PA
Frequency: Once 08/02/23 1139 - 1 occurrence
Acknowledged: Firmin, Jessica, RN 08/02/23 1300 for Placing Order

Status: **Completed**
Ordering provider: Terrio, Lauren B, PA
Indications of use: elbow pain

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Patient shielded? | No | |
| Fluoro time (minutes)? | | |
| Who verified the patient's identity and procedural site? | | |
| Post Procedure Education given to patient? | Yes | |
| Did the patient have to remove any personal belongings for the exam? | No | |
| If no, please move along to end exam. If yes, please enter what was taken off and done with the items. | | |
| What is the assisting student's name? | | |
| Additional Comments | | |

**XR Elbow 3+ View Left [388622881]**
Resulted: 08/02/23 1202, Result status: Final result

Ordering provider: Terrio, Lauren B, PA 08/02/23 1138
Performed: 08/02/23 1143 - 08/02/23 1159
Resulting lab: POWERSCRIBE 360
Resulted by: Malone, Jonathan Caleb, MD
Accession number: 2301866512
Narrative:
XR ELBOW 3+ VIEW LEFT

CLINICAL INDICATION: elbow pain

COMPARISON:None.

FINDINGS: 4 views of the left elbow. No acute fracture or dislocation. No elbow joint effusion. No focal osseous lesion.

Impression:
No acute findings.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 115 - PS360 | POWERSCRIBE 360 | Unknown | Unknown | 07/29/16 1713 - Present |

**Conclusion**

XR ELBOW 3+ VIEW LEFT

CLINICAL INDICATION: elbow pain

COMPARISON:None.

FINDINGS: 4 views of the left elbow. No acute fracture or dislocation. No elbow joint effusion. No focal osseous lesion.

IMPRESSION:
No acute findings.

**All Orders (continued)**

**Procedure Log**

There is no procedure log data to display.

**Interpretation Summary**

XR ELBOW 3+ VIEW LEFT

CLINICAL INDICATION: elbow pain

COMPARISON:None.

FINDINGS: 4 views of the left elbow. No acute fracture or dislocation. No elbow joint effusion. No focal osseous lesion.

IMPRESSION:
No acute findings.

**XR Elbow 3+ View Left: Patient Communication**

Released Seen

**acetaminophen (TYLENOL) tablet 650 mg [388622882]**

Electronically signed by: **Wattigney, Amy West, PA on 08/02/23 1227**
Ordering user: Wattigney, Amy West, PA 08/02/23 1227
Authorized by: Wattigney, Amy West, PA
Frequency: Once 08/02/23 1230 - 1 occurrence
Acknowledged: Firmin, Jessica, RN 08/02/23 1300 for Placing Order
Package: 0904-6773-61

Ordering provider: Wattigney, Amy West, PA

Status: **Completed**

**Nursing Communication (Specify) [388622883]**

Electronically signed by: **Wattigney, Amy West, PA on 08/02/23 1227**
Ordering user: Wattigney, Amy West, PA 08/02/23 1227
Authorized by: Wattigney, Amy West, PA
Frequency: Until Discontinued 08/02/23 1227 - Until Specified
Acknowledged: Firmin, Jessica, RN 08/02/23 1300 for Placing Order

Ordering provider: Wattigney, Amy West, PA

Status: **Completed**

**Nursing Communication (Specify) [388622883]**

Electronically signed by: **Wattigney, Amy West, PA on 08/02/23 1227**
Ordering user: Wattigney, Amy West, PA 08/02/23 1227
Authorized by: Wattigney, Amy West, PA
Frequency: Until Discontinued 08/02/23 1227 - Until Specified
Acknowledged: Firmin, Jessica, RN 08/02/23 1300 for Placing Order

Ordering provider: Wattigney, Amy West, PA

Status: **Completed**

**CT Lower Extremity Left without Contrast [388622884]**

Electronically signed by: **Wattigney, Amy West, PA on 08/02/23 1227**
Ordering user: Wattigney, Amy West, PA 08/02/23 1227
Authorized by: Wattigney, Amy West, PA
Frequency: Once 08/02/23 1228 - 1 occurrence

Acknowledged: Firmin, Jessica, RN 08/02/23 1300 for Placing Order

Ordering provider: Wattigney, Amy West, PA

Indications comment: left knee pain, injury, inability to bear weight, r/o occult fracture to knee

Status: **Completed**

**CT Lower Extremity Left without Contrast [388622884]**

OUR LADY OF THE LAKE REGIONAL MEDICAL CENTER
5000 Hennessy Blvd
HOSPITAL RECORD

KNIGHT, Amy R
MRN: 252940, DOB: Sex: F
Acct #: 4000014759359
Adm: 8/2/2023, D/C: 8/2/2023

**All Orders (continued)**

Electronically signed by: **Wattigney, Amy West, PA on 08/02/23 1227**
Ordering user: Wattigney, Amy West, PA 08/02/23 1227
Authorized by: Wattigney, Amy West, PA
Frequency: Once 08/02/23 1228 - 1 occurrence

Acknowledged: Firmin, Jessica, RN 08/02/23 1300 for Placing Order

Status: **Completed**
Ordering provider: Wattigney, Amy West, PA
Indications comment: left knee pain, injury, inability to bear weight, r/o occult fracture to knee

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Who verified the patient's identity and procedural site? | | |
| Post Procedure Education given to patient? | No | |
| Did the patient have to remove any personal belongings for the exam? | No | |
| If no, please move along to end exam. If yes, please enter what was taken off and done with the items. | | |
| What is the assisting student's name? | | |

**CT Lower Extremity Left without Contrast [388622886]** Resulted: 08/02/23 1700, Result status: Edited Result - FINAL

Ordering provider: Wattigney, Amy West, PA 08/02/23 1227
Performed: 08/02/23 1501 - 08/02/23 1521
Resulting lab: POWERSCRIBE 360
Addenda signed by Banta, Travis B, MD on 08/02/23 1703

Resulted by: Banta, Travis B, MD
Accession number: 2301866879

FINDINGS:
Acute nondisplaced fracture of the anterior mid pole patella extending into the inferior lateral facet. No definitive intra-articular extension. Mild anterior prepatellar soft tissue edema. No additional acute fracture identified in the left lower extremity. No significant knee joint effusion.

IMPRESSION:
Acute nondisplaced fracture anterior patella without definitive intra-articular extension.

Narrative:
CT LOWER EXTREMITY LEFT WO CONTRAST

INDICATION: left knee pain, injury, inability to bear weight, r/o occult fracture to knee

COMPARISON: Same day knee radiographs

TECHNIQUE: Axial computed tomography images were obtained through the left lower leg without IV contrast. Automated exposure control was used for dose reduction. Multiplanar reconstructions and 3-D shaded surface rendering reconstructions were made on the Vitrea workstation.

FINDINGS:

Acute nondisplaced fracture of the anterior mid pole patella extending into the inferior lateral facet. No definitive mild anterior prepatellar soft tissue edema. Evidence of intra-articular extension. No additional acute fracture identified in the left lower extremity. No significant knee joint effusion.

Impression:

Acute nondisplaced fracture anterior patella without definitive intra-articular extension.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 115 - PS360 | POWERSCRIBE 360 | Unknown | Unknown | 07/29/16 1713 - Present |

**Conclusion**

Addendum by Banta, Travis B, MD on Wed Aug 2, 2023 5:03 PM
FINDINGS:
Acute nondisplaced fracture of the anterior mid pole patella extending into the inferior lateral facet. No definitive intra-articular extension. Mild anterior prepatellar soft tissue edema. No additional acute fracture identified in the left lower extremity. No significant knee joint effusion.

**All Orders (continued)**

IMPRESSION:
Acute nondisplaced fracture anterior patella without definitive intra-articular extension.

Finalized by Banta, Travis B, MD on Wed Aug 2, 2023 3:51 PM

CT LOWER EXTREMITY LEFT WO CONTRAST

INDICATION: left knee pain, injury, inability to bear weight, r/o occult fracture to knee

COMPARISON: Same day knee radiographs

TECHNIQUE: Axial computed tomography images were obtained through the left lower leg without IV contrast. Automated exposure control was used for dose reduction. Multiplanar reconstructions and 3-D shaded surface rendering reconstructions were made on the Vitrea workstation.

FINDINGS:

Acute nondisplaced fracture of the anterior mid pole patella extending into the inferior lateral facet. No definitive mild anterior prepatellar soft tissue edema. Evidence of intra-articular extension. No additional acute fracture identified in the left lower extremity. No significant knee joint effusion.

IMPRESSION:

Acute nondisplaced fracture anterior patella without definitive intra-articular extension.

**Procedure Log**

There is no procedure log data to display.

**Interpretation Summary**

Addendum by Banta, Travis B, MD on Wed Aug 2, 2023 5:03 PM

FINDINGS:
Acute nondisplaced fracture of the anterior mid pole patella extending into the inferior lateral facet. No definitive intra-articular extension. Mild anterior prepatellar soft tissue edema. No additional acute fracture identified in the left lower extremity. No significant knee joint effusion.

IMPRESSION:
Acute nondisplaced fracture anterior patella without definitive intra-articular extension.

Finalized by Banta, Travis B, MD on Wed Aug 2, 2023 3:51 PM

CT LOWER EXTREMITY LEFT WO CONTRAST

INDICATION: left knee pain, injury, inability to bear weight, r/o occult fracture to knee

COMPARISON: Same day knee radiographs

TECHNIQUE: Axial computed tomography images were obtained through the left lower leg without IV contrast. Automated exposure control was used for dose reduction. Multiplanar reconstructions and 3-D shaded surface rendering reconstructions were made on the Vitrea workstation.

FINDINGS:

**All Orders (continued)**

Acute nondisplaced fracture of the anterior mid pole patella extending into the inferior lateral facet. No definitive mild anterior prepatellar soft tissue edema. Evidence of intra-articular extension. No additional acute fracture identified in the left lower extremity. No significant knee joint effusion.

IMPRESSION:

Acute nondisplaced fracture anterior patella without definitive intra-articular extension.

**CT Lower Extremity Left without Contrast: Patient Communication**

Released | Seen

**Orthopedic Supplies -Knee Immobilizer (L1830); Left; 20"; S82.0 Fracture of patella; M22.3X1 Other derangements of patella right knee; M22.3X2 Other derangements of patella left knee; 1 [388622887]**

Electronically signed by: **Wattigney, Amy West, PA on 08/02/23 1707**
Status: **Completed**
Ordering user: Wattigney, Amy West, PA 08/02/23 1707
Ordering provider: Wattigney, Amy West, PA
Authorized by: Wattigney, Amy West, PA
Frequency: Once 08/02/23 1707 - 1 occurrence

**Orthopedic Supplies -Knee Immobilizer (L1830); Left; 20"; S82.0 Fracture of patella; M22.3X1 Other derangements of patella right knee; M22.3X2 Other derangements of patella left knee; 1 [388622887]**

Electronically signed by: **Wattigney, Amy West, PA on 08/02/23 1707**
Status: **Completed**
Ordering user: Wattigney, Amy West, PA 08/02/23 1707
Ordering provider: Wattigney, Amy West, PA
Authorized by: Wattigney, Amy West, PA
Frequency: Once 08/02/23 1707 - 1 occurrence

**Apply ordered DME [388622888]**

Electronically signed by: **Wattigney, Amy West, PA on 08/02/23 1707**
Status: **Completed**
Ordering user: Wattigney, Amy West, PA 08/02/23 1707
Ordering provider: Wattigney, Amy West, PA
Authorized by: Wattigney, Amy West, PA
Frequency: Once 08/02/23 1707 - 1 occurrence
Acknowledged: Firmin, Jessica, RN 08/02/23 1709 for Placing Order

**Apply ordered DME [388622888]**

Electronically signed by: **Wattigney, Amy West, PA on 08/02/23 1707**
Status: **Completed**
Ordering user: Wattigney, Amy West, PA 08/02/23 1707
Ordering provider: Wattigney, Amy West, PA
Authorized by: Wattigney, Amy West, PA
Frequency: Once 08/02/23 1707 - 1 occurrence
Acknowledged: Firmin, Jessica, RN 08/02/23 1709 for Placing Order

**Orthopedic Supplies -Crutches (E0114); Bilateral; Med Adult 5'2"-5'10"; Patella fracture; 1 [388622889]**

Electronically signed by: **Wattigney, Amy West, PA on 08/02/23 1707**
Status: **Completed**
Ordering user: Wattigney, Amy West, PA 08/02/23 1707
Ordering provider: Wattigney, Amy West, PA
Authorized by: Wattigney, Amy West, PA
Frequency: Once 08/02/23 1707 - 1 occurrence

**Orthopedic Supplies -Crutches (E0114); Bilateral; Med Adult 5'2"-5'10"; Patella fracture; 1 [388622889]**

Electronically signed by: **Wattigney, Amy West, PA on 08/02/23 1707**
Status: **Completed**
Ordering user: Wattigney, Amy West, PA 08/02/23 1707
Ordering provider: Wattigney, Amy West, PA
Authorized by: Wattigney, Amy West, PA

**All Orders (continued)**

Frequency: Once 08/02/23 1707 - 1 occurrence

**Apply ordered DME [388622890]**

Electronically signed by: **Wattigney, Amy West, PA on 08/02/23 1707**
Ordering user: Wattigney, Amy West, PA 08/02/23 1707
Authorized by: Wattigney, Amy West, PA
Frequency: Once 08/02/23 1707 - 1 occurrence
Acknowledged: Firmin, Jessica, RN 08/02/23 1709 for Placing Order

Ordering provider: Wattigney, Amy West, PA

Status: **Completed**

**Apply ordered DME [388622890]**

Electronically signed by: **Wattigney, Amy West, PA on 08/02/23 1707**
Ordering user: Wattigney, Amy West, PA 08/02/23 1707
Authorized by: Wattigney, Amy West, PA
Frequency: Once 08/02/23 1707 - 1 occurrence
Acknowledged: Firmin, Jessica, RN 08/02/23 1709 for Placing Order

Ordering provider: Wattigney, Amy West, PA

Status: **Completed**

**All Meds and Administrations**

**acetaminophen (TYLENOL) tablet 650 mg [388622882]**

Ordering Provider: Wattigney, Amy West, PA
Ordered On: 08/02/23 1227
Ordered Dose (Remaining/Total): 650 mg (0/1)
Frequency: Once

Status: Completed (Past End Date/Time)
Starts/Ends: 08/02/23 1230 - 08/02/23 1305
Route: Oral
Ordered Rate/Order Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 08/02/23 1305 | Given | 650 mg | Oral | Performed by: Firmin, Jessica, RN<br>Scanned Package: 0904-6773-61, 0904-6773-61 |

**Completed Minimum Data Set Assessments** KNIGHT, Amy R

No completed assessments between 08/02/23 and 08/02/23.

**IRF-PAI Abstraction Data** Audit information between 09/20/2022 1141 and 09/20/2023 1141 KNIGHT, Amy R

There are no abstractions to display.

## PATIENT EDUCATION

### Education

**Title: First-Dose Education (Not Started)**

**Points For This Title**

**Point: TECHNETIUM TC99M MEDRONATE (Not Started)**

Description:
Instruct learners on name and purpose of medications and possible side effects. If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.

Learner Progress: Not documented in this visit.

### Discharge Instructions

KNIGHT, Amy R (MRN 252940)

| Date | Status | User | User Type | Discharge Note |
|---|---|---|---|---|
| 08/02/23 1717 | Updated | Wattigney, Amy West, PA | Physician Assistant | Original |

Note:

Continue home medications as prescribed by pain management. Wear knee immobilizer to left knee as directed. You may weight-bear as tolerated. Otherwise, use crutches if too painful to bear weight. Try to rest your leg, elevate, and apply ice. If your elbow still hurts in 1 week, you may need repeat x-rays to rule out fracture. Call orthopedist for follow-up appointment regarding your patella fracture. Return to the ER if you have any worsening pain or swelling, if you have numbness, weakness, or any increased or worsening pain or symptoms.

Signed by Wattigney, Amy West, PA on 8/2/2023 5:17 PM

## DISCHARGE MEDICATIONS

**All Orders**

### Active Expiration Dates and Lots

No active expiration dates or lots

### Medication

acetaminophen (TYLENOL) tablet 650 mg [101]

**acetaminophen (TYLENOL) tablet 650 mg [388622882]**

Ordered Dose: **650 mg** Route: **Oral** Frequency: **Once**
Admin Dose: 650 mg
Scheduled Start Date/Time: 08/02/23 1230 End Date/Time: 08/02/23 1305 after 1 doses

Order Status: **Completed Wed Aug 02, 2023 1305, originally scheduled to end**
Ordering User: Wattigney, Amy West, PA
Ordering Provider: Wattigney, Amy West, PA
Ordering Date/Time: Wed Aug 2, 2023 1227
Authorizing Provider: Wattigney, Amy West, PA

### Hospital Medication Detail

| | Dose | Frequency | Start | End |
|---|---|---|---|---|
| **acetaminophen (TYLENOL) tablet 650 mg**<br>Route: Oral | 650 mg | Once | 8/2/2023 | 8/2/2023 |

### Order Class

Normal

OUR LADY OF THE LAKE REGIONAL MEDICAL CENTER
5000 Hennessy Blvd
HOSPITAL RECORD

KNIGHT, Amy R
MRN: 252940, DOB: Sex: F
Acct #: 4000014759359
Adm: 8/2/2023, D/C: 8/2/2023

## All Orders (continued)

### Warnings Override History

No Interaction Warnings Shown

### Order Audit Trail

Number of times this order has been changed since signing: 1

### Acknowledgement Info

| For | At | Acknowledged By | Acknowledged On |
|---|---|---|---|
| Placing Order | 08/02/23 1227 | Firmin, Jessica, RN | 08/02/23 1300 |

## Medication List

### ASK your doctor about these medications

**albuterol HFA** 90 mcg/actuation inhaler
INHALE 2 PUFFS INTO THE LUNGS EVERY 6 HOURS AS NEEDED FOR WHEEZE

**amitriptyline** 10 mg tablet
Commonly known as: ELAVIL
Take two tablets by mouth every night at bedtime.

**buPROPion XL** 300 mg 24 hr tablet
Commonly known as: WELLBUTRIN XL
Take 1 tablet by mouth once daily.

**chlordiazepoxide-clidinium** 5-2.5 mg per capsule
Commonly known as: LIBRAX
TAKE 1 CAPSULE BY MOUTH 3 TIMES DAILY WITH MEALS.

**Claritin-D 24 Hour** 10-240 mg per 24 hr tablet
Generic drug: loratadine-pseudoephedrine
Take 1 tablet by mouth once daily.

**erythromycin** ophthalmic ointment
Commonly known as: ROMYCIN

* **FLUoxetine** 40 MG capsule
Commonly known as: PROZAC
Take 1 capsule by mouth once daily.

* **FLUoxetine** 20 mg capsule
Commonly known as: PROzac
Take 1 capsule by mouth once daily.

**fluticasone propionate** 50 mcg/actuation nasal spray
Commonly known as: FLONASE
APPLY TWO SPRAYS IN EACH NOSTRIL ONCE DAILY

**naltrexone** 50 mg tablet
Commonly known as: DEPADE

**naproxen** 500 mg tablet
Commonly known as: NAPROSYN
TAKE 1 TABLET BY MOUTH TAKE DAILY WITH A MEAL.

**propranoloL** 20 mg tablet
Commonly known as: INDERAL
TAKE 1 TABLET BY MOUTH TWICE A DAY

**SUMAtriptan** 50 mg tablet
Commonly known as: IMITREX
TAKE 1 TABLET BY MOUTH EVERY 2 HOURS AS NEEDED FOR MIGRAINE. ***MAY REPEAT IN 2 HOURS IF NEEDED.***

**topiramate** 25 mg tablet
Commonly known as: TOPAMAX
TAKE 1 TABLET BY MOUTH TWICE A DAY

**UNABLE TO FIND**

* This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care

OUR LADY OF THE LAKE REGIONAL MEDICAL CENTER
5000 Hennessy Blvd
HOSPITAL RECORD

KNIGHT, Amy R
MRN: 252940, DOB: Sex: F
Acct #: 4000014759359
Adm: 8/2/2023, D/C: 8/2/2023

## FLOWSHEETS

### Flowsheets (all recorded)

**Custom Formula Data - Wed August 02, 2023**

| Row Name | 1137 |
|---|---|
| OTHER | |
| % IBW Interpretation (Calculated) | normal weight -LA |
| BMI Classification (Calculated) | normal -LA |
| Adjusted IBW | 52.26 -LA |
| ABW (Calculated) | 52.8 -LA |
| Weight Change from Last Filed Data (kg) | 0 -LA |
| Weight Change from Last Filed Data (lbs) | 0 -LA |
| Weight (lbs) | 119.75 -LA |
| Weight Change (lbs) | 0 -LA |
| Weight Change from Last Filed Data (kg) | 0 -LA |
| BMI (Calculated) | 21.3 -LA |
| IBW/kg (Calculated) Male | 56.9 kg -LA |
| Low Range Vt 6cc/kg MALE | 341.4 mL -LA |
| Adult Moderate Range Vt 8cc/kg MA | 455.2 mL -LA |
| Adult High Range Vt 10cc/kg MALE | 569 mL -LA |
| Low Range Vt 6cc/kg FEMALE | 313.56 mL -LA |
| Adult Moderate Range vt 8cc/kg FEMALE | 418.08 mL -LA |
| Adult High Range Vt 10cc/kg FEMALE | 522.6 mL -LA |
| Percent Weight Change Since Birth | 0 -LA |
| BMI Z-Score | 0 -LA |
| IBW (kg) (Calculated) | 52.16 -LA |
| % IBW (Calculated) | 104.36 -LA |
| BMI (Calculated) | 21.26 -LA |
| ABW (kg) (Calculated) | 52.73 -LA |
| Ideal body weight | 52.2 kg -LA |
| Ideal body weight | 115 lb -LA |
| ESTIMATED 6 MINUTE WALKING TEST DISTANCE | 1844.11 Ft -LA |
| Recorded by | [LA] Armond, Leeann M 08/02/23 1138 |

Weight and Growth Recommendation

| | |
|---|---|
| IBW/kg (Calculated) FEMALE | 52.26 kg -LA |
| Recorded by | [LA] Armond, Leeann M 08/02/23 1138 |

Adult IBW/VT Calculations

| | |
|---|---|
| IBW/kg (Calculated) | 52.4 -LA |
| Vt - 5mL/kg | 262 mL/kg -LA |
| Vt - 6mL/kg | 314.4 mL/kg -LA |
| Vt - 7mL/kg | 366.8 mL/kg -LA |
| Vt - 8mL/kg | 419.2 mL/kg -LA |
| Adult High Range Vt 10mL/kg | 524 mL/kg -LA |
| IBW/kg (Calculated) | 52.4 kg -LA |
| IBW/kg (Calculated) | 52.26 -LA |
| Recorded by | [LA] Armond, Leeann M |

**Flowsheets (all recorded) (continued)**

| | |
|---|---|
| | 08/02/23 1138 |

Height and Weight

| | |
|---|---|
| Weight in (lb) to have BMI = 25 | 140.8 -LA |
| Recorded by | [LA] Armond, Leeann M 08/02/23 1138 |

Relevant Labs and Vitals

| | |
|---|---|
| Temp (in Celsius) | 37.1 -LA |
| Recorded by | [LA] Armond, Leeann M 08/02/23 1138 |

Assessed Needs

| | |
|---|---|
| Mifflin- St. Jeor Equation (Calculated) | 1112 -LA |
| Recorded by | [LA] Armond, Leeann M 08/02/23 1138 |

Adult IBW/VT Calculations

| | |
|---|---|
| Vt - 6mL/kg | 314.4 mL -LA |
| Recorded by | [LA] Armond, Leeann M 08/02/23 1138 |

**Fall Risk Assessment - Wed August 02, 2023**

| Row Name | 1138 |
|---|---|
| Kinder Fall Risk Assessment For Patients 15+ | |
| Present to ED Because of Fall | Yes -KK |
| Age Greater Than 70 | No -KK |
| Altered Mental Status | No -KK |
| Impaired Mobility: ambulates or transfers with assisstive device or assist, ambulates with unsteady gait and no assistance, unable to ambulate or transfer | No -KK |
| Recorded by | [KK] Kelly, Kristi O, RN 08/02/23 1139 |

**Vital Signs - Wed August 02, 2023**

| Row Name | 1137 |
|---|---|
| Vital Signs | |
| Temp | 98.7 °F (37.1 °C) -LA |
| Temp src | Oral -LA |
| Pulse | 100 -LA |
| Resp | 20 -LA |
| BP | 126/74 -LA |
| Recorded by | [LA] Armond, Leeann M 08/02/23 1138 |
| Oxygen Therapy | |
| SpO2 | 100 % -LA |
| Oxygen Therapy | None (Room air) -LA |
| Recorded by | [LA] Armond, Leeann M 08/02/23 1138 |
| Vitals Assessment | |
| Restart Vitals Timer | Yes -LA |
| Recorded by | [LA] Armond, Leeann M 08/02/23 1138 |
| Height and Weight | |
| Height | 160 cm (63") -LA |

**Flowsheets (all recorded) (continued)**

| | |
|---|---|
| Height Method | Stated -LA |
| Weight | 54.4 kg (120 lb) -LA |
| Weight Method | Stated -LA |
| BMI (Calculated) | 21.3 -LA |
| BSA (Calculated - sq m) | 1.56 sq meters -LA |
| Recorded by | [LA] Armond, Leeann M 08/02/23 1138 |

**Pulse Ox - Wed August 02, 2023**

| Row Name | 1303 |
|---|---|
| Pulse Oximetry | |
| Pulse oximetry monitored | Yes -JF |
| Pulse Oximetry Type | Continuous -JF |
| SpO2 | 96 % -JF |
| Recorded by | [JF] Firmin, Jessica, RN 08/02/23 1303 |

**Unwanted Narrator Documentation - Wed August 02, 2023**

| Row Name | 1137 |
|---|---|
| OTHER | |
| % IBW (Calculated) | 104 -LA |
| Recorded by | [LA] Armond, Leeann M 08/02/23 1138 |

**Weapons Risk Assessment - Wed August 02, 2023**

| Row Name | 1138 |
|---|---|
| In order to keep everyone here safe, I need to ask you: | |
| Do you have anything with you that can be used as a weapon? | No -KK |
| Recorded by | [KK] Kelly, Kristi O, RN 08/02/23 1138 |

**Patient ESI/Triage Complete - Wed August 02, 2023**

| Row Name | 1138 |
|---|---|
| Acuity | |
| Patient Acuity | Less Urgent (4) - requires 1 resource -KK |
| Triage Complete | Triage complete -KK |
| Recorded by | [KK] Kelly, Kristi O, RN 08/02/23 1138 |

**Vital Signs - Wed August 02, 2023**

| Row Name | 1614 |
|---|---|
| Vital Signs | |
| NIBP Pulse | 78 PER MINUTE -JF |
| BP | 121/65 -JF |
| MAP (mmHg) | 85 -JF |
| Recorded by | [JF] Firmin, Jessica, RN 08/02/23 1616 |

**Pain - Wed August 02, 2023**

| Row Name | 1302 |
|---|---|
| Pain Assessment | |
| Pain Assessment | Adult Numerical Pain Scale -JF |
| Pain Score | 8 -JF |
| Pain Type | Acute pain -JF |
| Pain Location | Knee -JF |
| Pain Orientation | Left -JF2 |
| Pain Frequency | Constant/continuous - |

**Flowsheets (all recorded) (continued)**

| | |
|---|---|
| | JF |
| Recorded by | [JF] Firmin, Jessica, RN 08/02/23 1302<br>[JF2] Firmin, Jessica, RN 08/02/23 1303 |

**Vital Signs - Wed August 02, 2023**

| Row Name | 1303 | 1330 | 1614 | 1700 |
|---|---|---|---|---|
| **Vital Signs** | | | | |
| Pulse | 85 -JF | 82 -JF | 78 -JF | 78 -JF |
| Resp | 18 -JF | 20 -JF | 20 -JF | 22 -JF |
| BP | 120/72 -JF | 121/74 -JF | — | 116/67 -JF |
| MAP (mmHg) | — | 91 -JF | — | 84 -JF |
| Recorded by | [JF] Firmin, Jessica, RN 08/02/23 1305 | [JF] Firmin, Jessica, RN 08/02/23 1350 | [JF] Firmin, Jessica, RN 08/02/23 1617 | [JF] Firmin, Jessica, RN 08/02/23 1732 |
| **Oxygen Therapy** | | | | |
| SpO2 | — | 100 % -JF | 98 % -JF | 100 % -JF |
| Oxygen Therapy | None (Room air) -JF | None (Room air) -JF | None (Room air) -JF | None (Room air) -JF |
| Recorded by | [JF] Firmin, Jessica, RN 08/02/23 1305 | [JF] Firmin, Jessica, RN 08/02/23 1350 | [JF] Firmin, Jessica, RN 08/02/23 1617 | [JF] Firmin, Jessica, RN 08/02/23 1732 |
| **Vitals Assessment** | | | | |
| Restart Vitals Timer | Yes -JF | Yes -JF | Yes -JF | Yes -JF |
| Restart Vitals Timer | Yes -JF | Yes -JF | Yes -JF | Yes -JF |
| Recorded by | [JF] Firmin, Jessica, RN 08/02/23 1305 | [JF] Firmin, Jessica, RN 08/02/23 1350 | [JF] Firmin, Jessica, RN 08/02/23 1617 | [JF] Firmin, Jessica, RN 08/02/23 1732 |
| **Pain Assessment** | | | | |
| Pain Assessment | Adult Numerical Pain Scale -JF | — | — | — |
| Pain Score | 8 -JF | — | — | — |
| Recorded by | [JF] Firmin, Jessica, RN 08/02/23 1305 | | | |

**Pain Assessment - Wed August 02, 2023**

| Row Name | 1302 | 1303 |
|---|---|---|
| **Pain Assessment Timer** | | |
| Restart Pain Assessment Timer | Yes -JF | Yes -JF |
| Recorded by | [JF] Firmin, Jessica, RN 08/02/23 1302 | [JF] Firmin, Jessica, RN 08/02/23 1305 |

**Focused Assessment - Wed August 02, 2023**

| Row Name | 1137 | 1302 |
|---|---|---|
| **Circulation** | | |
| Peripheral Vascular Assessment | Skin warm and dry, capillary refill brisk -KK | Skin warm and dry, capillary refill brisk -JF |
| Recorded by | [KK] Kelly, Kristi O, RN 08/02/23 1138 | [JF] Firmin, Jessica, RN 08/02/23 1302 |
| **Airway** | | |
| Airway Assessment | Airway patent and unobstructed, + vocalization -KK | Airway patent and unobstructed, + vocalization -JF |
| Recorded by | [KK] Kelly, Kristi O, RN 08/02/23 1138 | [JF] Firmin, Jessica, RN 08/02/23 1302 |
| **Breathing** | | |
| Pulmonary Assessment | Respirations regular and unlabored -KK | Respirations regular and unlabored -JF |
| SpO2 | — | 96 % -JF |
| Recorded by | [KK] Kelly, Kristi O, RN 08/02/23 1138 | [JF] Firmin, Jessica, RN 08/02/23 1302 |

**Flowsheets (all recorded) (continued)**

Disability

| | | |
|---|---|---|
| Neuro Assessment | Alert -KK | Alert -JF |
| Eye Opening | Spontaneous -KK | Spontaneous -JF |
| Best Verbal Response | Oriented -KK | Oriented -JF |
| Best Motor Response | Obeys commands -KK | Obeys commands -JF |
| Glasgow Coma Scale Score | 15 -KK | 15 -JF |
| Recorded by | [KK] Kelly, Kristi O, RN 08/02/23 1138 | [JF] Firmin, Jessica, RN 08/02/23 1302 |

**Neurological - Wed August 02, 2023**

| Row Name | 1303 |
|---|---|
| **Neurological** | |
| Level of Consciousness | Awake;Alert -JF |
| Orientation Level | Oriented X4 -JF |
| Speech | Clear;Appropriate for developmental age -JF |
| Facial Symmetry | No facial droop -JF |
| Recorded by | [JF] Firmin, Jessica, RN 08/02/23 1303 |
| **Glasgow Coma Scale** | |
| Eye Opening | Spontaneous -JF |
| Best Verbal Response | Oriented -JF |
| Best Motor Response | Obeys commands -JF |
| Glasgow Coma Scale Score | 15 -JF |
| Recorded by | [JF] Firmin, Jessica, RN 08/02/23 1303 |
| **Headache** | |
| Headache | No -JF |
| Recorded by | [JF] Firmin, Jessica, RN 08/02/23 1303 |
| **Seizure-like Activity** | |
| Seizure-like activity | No -JF |
| Recorded by | [JF] Firmin, Jessica, RN 08/02/23 1303 |
| **Tremors** | |
| Tremors | No -JF |
| Recorded by | [JF] Firmin, Jessica, RN 08/02/23 1303 |

**Musculoskeletal - Wed August 02, 2023**

| Row Name | 1303 |
|---|---|
| **Musculoskeletal** | |
| Moves All Extremities | Yes -JF |
| Generalized Weakness | No -JF |
| LLE | Knee -JF |
| Assessment | Injury/trauma -JF |
| Recorded by | [JF] Firmin, Jessica, RN 08/02/23 1303 |

**ED Quick Updates - Wed August 02, 2023**

| Row Name | 1305 | 1350 | 1521 | 1614 | 1733 |
|---|---|---|---|---|---|
| **Quick Updates** | | | | | |
| Updates | Patient is resting comfortably;Patient in NAD;Call bell in reach;Bed in low position;Side rail up x 1 | Patient is resting comfortably;Patient in NAD;Call bell in reach;Bed in low position;Side rail up x 1 | Patient returned from CT -JF | Patient is resting comfortably;Patient in NAD;Call bell in reach;Bed in low position;Side rail up x 1 | Patient is resting comfortably;Patient in NAD;Family at bedside;Call bell in reach;Bed in low |

**Flowsheets (all recorded) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| | ice pack applied to left knee -JF | -JF | | -JF | position;Side rail up x 1 -JF |
| Safety Rounds | Yes -JF | Yes -JF | — | Yes -JF | Yes -JF |
| Recorded by | [JF] Firmin, Jessica, RN 08/02/23 1305 | [JF] Firmin, Jessica, RN 08/02/23 1350 | [JF] Firmin, Jessica, RN 08/02/23 1521 | [JF] Firmin, Jessica, RN 08/02/23 1614 | [JF] Firmin, Jessica, RN 08/02/23 1733 |

**Suicide Risk Screening - Wed August 02, 2023**

| Row Name | 1138 |
|---|---|
| **Columbia Suicide Severity Rating Scale** | |
| 1. Wish to be Dead | No -KK |
| 2. Suicidal Thoughts | No -KK |
| 6. Suicide Behavior Question | No -KK |
| Recorded by | [KK] Kelly, Kristi O, RN 08/02/23 1138 |

**Sepsis Screening - Adult - Wed August 02, 2023**

| Row Name | 1138 |
|---|---|
| **Sepsis Screening** | |
| Is there a suspected infection (ex. abscess, productive cough, catheter problem, dysuria, wound infection, abd pain, post-op complication)? | No -KK |
| Is the patient's mental status altered (change from baseline)? | No -KK |
| Recorded by | [KK] Kelly, Kristi O, RN 08/02/23 1138 |

**Departure Condition - Wed August 02, 2023**

| Row Name | 1749 |
|---|---|
| **Departure Condition** | |
| Patient Teaching | Discharge instructions reviewed;Medications discussed;Follow-up care reviewed;Patient verbalized understanding -JF |
| Mobility at Departure | Wheelchair -JF |
| Departure Mode | With family/parents -JF |
| Recorded by | [JF] Firmin, Jessica, RN 08/02/23 1749 |

**Resp/Vent/Cough - Wed August 02, 2023**

| Row Name | 1302 |
|---|---|
| **Respiratory** | |
| Resp | 18 -JF |
| Oxygen Therapy | None (Room air) -JF |
| Respiratory Depth/Rhythm | Regular -JF |
| Respiratory Effort | Unlabored -JF |
| Chest Assessment | Symmetrical;Chest expansion symmetrical;Trachea midline -JF |
| Ventilator Patient | No -JF |
| Recorded by | [JF] Firmin, Jessica, RN 08/02/23 1303 |

**Vital Signs - Wed August 02, 2023**

| Row Name | 1137 | 1303 | 1330 | 1614 | 1700 |
|---|---|---|---|---|---|

**Flowsheets (all recorded) (continued)**

Vitals Assessment

| | | | | | |
|---|---|---|---|---|---|
| Blood Pressure Medication Alert Event Time | Yes -LA | Yes -JF | Yes -JF | Yes -JF | Yes -JF |
| Recorded by | [LA] Armond, Leeann M 08/02/23 1138 | [JF] Firmin, Jessica, RN 08/02/23 1305 | [JF] Firmin, Jessica, RN 08/02/23 1350 | [JF] Firmin, Jessica, RN 08/02/23 1616 | [JF] Firmin, Jessica, RN 08/02/23 1732 |

**User Key**

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
|---|---|---|---|
| JF | Firmin, Jessica, RN | Registered Nurse | Nurse |
| KK | Kelly, Kristi O, RN | Registered Nurse | Nurse |
| LA | Armond, Leeann M | Technician | Nurse |

**Flowsheet Notes**

No notes of this typo exist for this encounter.

OUR LADY OF THE LAKE REGIONAL MEDICAL CENTER
5000 Hennessy Blvd
HOSPITAL RECORD

KNIGHT, Amy R
MRN: 252940, DOB: Sex: F
Acct #: 4000014759359
Adm: 8/2/2023, D/C: 8/2/2023

Durable Medical Equip/Enc-Level - Scan on 8/3/2023 2:34 PM: ADAPTHEALTH (below)

KNIGHT, Amy R (252940) Page 1 of 1

**AdaptHealth LLC**

Our Lady of the Lake Regional Medical Center - Emergency Department
5000 HENNESSY BLVD
BATON ROUGE LA 70808-4375
Phone: 225-765-1996
Fax: 225-765-7942

Order Date: Aug 2, 2023
Delivery Date: Aug 2, 2023

Patient: Amy R KNIGHT

Phone
Email:

MRN: 252940
DOB:
SSN:
Sex: F

KNIGHT, AMY R
DOB: (55 yrs) Female
CSN: 1020314/599290
MRN: 252940
Adm Date: 8/2/2023
Adm MD:

LALK

**Primary Coverage**

Payor: HST CARE CONNECT
Group Number: WE9
Sponsor Code: HHWE91503

Plan: HEALTH PLANS, INC (HPI)
Group Name:
Guarantor Name: KNIGHT,AMY R

**RELEASE AND USE OF INFORMATION:** I hereby consent and state my preference to have AdaptHealth communicate with me by email or SMS messaging regarding various aspects of my medical care, which may include, but shall not be limited to, test results, needed documentation, required appointments, equipment performance, available replacement products & billing. I understand that email and SMS messaging are not confidential methods of communication and may be insecure. I further understand that, because of this, there is a risk that email and SMS messaging regarding my medical care might be intercepted and read by a third party." "I further understand that in the course of providing services to me, AdaptHealth and its employees and agents will receive (either from me or from others such as physicians) personal information and knowledge about my health, physical condition, treatment and care that I require, including knowledge about my living conditions and my relationship family and others (hereinafter referred to as Personal Health Information (PHI)). In that regard, I also authorize AdaptHealth to release my PHI (A) to my insurers and any agencies, institutions or individuals (including my physicians) who provide me with health or social services, (B) to AdaptHealth's peer review organizations and licensing and accrediting organizations for the purpose of evaluating AdaptHealth's provision of services, (C) in connection with any audit or similar review (whether internal or conducted by a third party organization), or (D) to CMS or a commercial payer as may be required for continued certification of AdaptHealth.

**ASSIGNMENT OF BENEFITS:** I hereby request that payment of authorized carrier benefits be made on my behalf to AdaptHealth for authorized products and services that have been provided to me. It is my intent to assign AdaptHealth all benefits for services provided to me by AdaptHealth beginning with the above date. I authorize a copy of this agreement to be used in place of the original and authorize any holder of my medical information to release to Centers for Medicare & Medicaid Services, any other insurer, and/or their agents any information needed to determine my insurance benefits. I agree to be fully responsible for all charges not covered by my insurance.

**FINANCIAL RESPONSIBILITY:** I understand that by signing below I will be financially responsible for the above equipment and patient balances resulting from the use of the above equipment. I give AdaptHealth the right to appeal denied claims on my behalf. Patient balances include, but are not limited to, patient co-insurance and deductible responsibilities, claims denied by my insurance carrier (s) and non-covered services. I understand equipment classified as rental equipment is the property of AdaptHealth and will be returned to AdaptHealth when the need has ended, otherwise a patient balance for the replacement cost of the equipment will be applied to the account. The credit card on file that I have provided verbal authorization to use will be charged for all one-time and recurring patient balances. I understand if I fail to pay amounts due to AdaptHealth, AdaptHealth has the right to secure return of any items I have obtained from AdaptHealth with 10 days prior notice. I understand that if the device or equipment is lost, stolen or damaged while in my possession, I am responsible to pay AdaptHealth for the replacement of the equipment or supplies if not covered under insurance of any kind.

**BY SIGNING BELOW,** I agree that (a) I am or am authorized to sign on behalf of the Customer/Beneficiary; (b) a copy of the above terms and conditions will be retained by AdaptHealth and AdaptHealth can use a copy of this document in lieu of the original; and (c) my signature as the party taking delivery of items on behalf of the Customer/Beneficiary indicates full understanding, compliance, responsibility and agreement with the above terms without exception.

**MEDICARE DMEPOS SUPPLIER STANDARDS:** The products and/or services provided to you by AdaptHealth are subject to the supplier standards contained in the Federal regulations shown at 42 Code of Federal Regulations Section 424.57(c). These standards concern business professional and operational matters (e.g. honoring warranties and hours of operation). The full text of these standards can be obtained at https://www.ecfr.gov or by requesting a full written copy from AdaptHealth.

Patient Signature (or check below): ______________ Date: ________ Time: ________
( ) Guardian ( ) Legally Authorized Representative
Patient unable to consent because: ______________
( ) Interpreter services used during informed consent discussion.
Interpreter Name/ID#: ______________

(Order ID: 388622889)
*Equipment: Crutches (E0114)*
*Laterality: Bilateral*
*Size: Med Adult 5'2"-5'10"*
*Diagnosis: Patella fracture (304394)*
*Quantity: 1*

MDSV80535
Medium Adult
Adulte, Taille moyenne
Adulto mediano

0 80196 29349 3

HCPCS E0114

Length of Need 99

Ordering Provider: Wattigney, Amy West, PA (NPI: 1457803516) Aug 2, 2023
Electronically Signed by: Wattigney, Amy West, PA Aug 2, 2023

KNIGHT, Amy R (252940) Page 1 of 1

## AdaptHealth LLC

Our Lady of the Lake Regional Medical Center - Emergency Department
5000 HENNESSY BLVD
BATON ROUGE LA 70808-4375
Phone: 225-765-1996
Fax: 225-765-7942

Order Date: Aug 2, 2023
Delivery Date: Aug 2, 2023

Patient: Amy R KNIGHT

MRN: 252940
DOB:
SSN:
Sex: F

KNIGHT, AMY R
DOB: (55 y/s) Female
CSN: 1020314/599200
MRN: 252940
Adm Date: 8/2/2023
Adm MD:
LALK

**Primary Coverage**

Payor: HST CARE CONNECT
Group Number: WE3
Sponsor Code: HHWE31503

Plan: HEALTH PLANS, INC (HPI)
Group Name:
Guarantor Name: KNIGHT AMY R

**RELEASE AND USE OF INFORMATION:** I hereby consent and state my preference to have AdaptHealth communicate with me by email or SMS messaging regarding various aspects of my medical care, which may include, but shall not be limited to, test results, needed documentation, required appointments, equipment performance, available replacement products & billing. I understand that email and SMS messaging are not confidential methods of communication and may be insecure. I further understand that, because of this, there is a risk that email and SMS messaging regarding my medical care might be intercepted and read by a third party." "I further understand that in the course of providing services to me AdaptHealth and its employees and agents will receive (either from me or from others such as physicians) personal information and knowledge about my health, physical condition, treatment and care that I require, including knowledge about my living conditions and my relationship family and others (hereinafter referred to as Personal Health Information (PHI)). In that regard, I also authorize AdaptHealth to release my PHI (A) to my insurers and any agencies, institutions or individuals (including my physicians) who provide me with heath or social services, (B) to AdaptHealth's peer review organizations and licensing and accrediting organizations for the purpose of evaluating AdaptHealth's provision of services, (C) in connection with any audit or similar review (whether internal or conducted by a third party organization), or (D) to CMS or a commercial payer as may be required for continued certification of AdaptHealth.

**ASSIGNMENT OF BENEFITS:** I hereby request that payment of authorized carrier benefits be made on my behalf to AdaptHealth for authorized products and services that have been provided to me. It is my intent to assign AdaptHealth all benefits for services provided to me by AdaptHealth beginning with the above date. I authorize a copy of this agreement to be used in place of the original and authorize any holder of my medical information to release to Centers for Medicare & Medicaid Services, any other insurer, and/or their agents any information needed to determine my insurance benefits. I agree to be fully responsible for all charges not covered by my insurance.

**FINANCIAL RESPONSIBILITY:** I understand that by signing below I will be financially responsible for the above equipment and patient balances resulting from the use of the above equipment. I give AdaptHealth the right to appeal denied claims on my behalf. Patient balances include, but are not limited to, patient co-insurance and deductible responsibilities, claims denied by my insurance carrier (s) and non-covered services. I understand equipment classified as rental equipment is the property of AdaptHealth and will be returned to AdaptHealth when the need has ended, otherwise a patient balance for the replacement cost of the equipment will be applied to the account. The credit card on file that I have provided verbal authorization to use will be charged for all one-time and recurring patient balances. I understand if I fail to pay amounts due to AdaptHealth, AdaptHealth has the right to secure return of any items I have obtained from AdaptHealth with 10 days prior notice. I understand that if the device or equipment is lost, stolen or damaged while in my possession, I am responsible to pay AdaptHealth for the replacement of the equipment or supplies if not covered under insurance of any kind.

**BY SIGNING BELOW,** I agree that (a) I am or am authorized to sign on behalf of the Customer/Beneficiary, (b) a copy of the above terms and conditions will be retained by AdaptHealth and AdaptHealth can use a copy of this document in lieu of the original, and (c) my signature as the party taking delivery of items on behalf of the Customer/Beneficiary indicates full understanding, compliance, responsibility and agreement with the above terms without exception.

**MEDICARE DMEPOS SUPPLIER STANDARDS:** The products and/or services provided to you by AdaptHealth are subject to the supplier standards contained in the Federal regulations shown at 42 Code of Federal Regulations Section 424.57(c). These standards concern business professional and operational matters (e.g. honoring warranties and hours of operation). The full text of these standards can be obtained at https://www.ecfr.gov or by requesting a full written copy from AdaptHealth.

Patient Signature (or check below): ________________ Date: ________ Time: ________
( ) Guardian ( ) Legally Authorized Representative
Patient unable to consent because: ________________
( ) Interpreter services used during informed consent discussion.
Interpreter Name/ID#: ________________

(Order ID: 358522887)
*Equipment: Knee Immobilizer (L1830)*
*Laterality: Left*
*Size: 20"*
*Diagnosis: S82.0 Fracture of patella; M22.3X1 Other derangements of patella right knee; M22.3X2 Other derangements of patella left knee*
*Quantity: 1*

Length of Need 99.

Ordering Provider: Wattigney, Amy West, PA (NPI: 1457603516) Aug 2, 2023
Electronically Signed by: Wattigney, Amy West, PA Aug 2, 2023

AVS Signature Page - Scan on 8/3/2023 2:22 PM (below)

OUR LADY OF THE LAKE REGIONAL MEDICAL CENTER
5000 Hennessy Blvd
HOSPITAL RECORD

KNIGHT, Amy R
MRN: 252940, DOB: Sex: F
Acct #: 4000014759359
Adm: 8/2/2023, D/C: 8/2/2023

KNIGHT, Amy R MRN#252940 (CSN#10203147599290) (DOB: y.o. F)

CSN: 10203147599290
MRN: 252940
Adm Date: 8/2/2023
Adm MD:

LKED

LALK

Amy R KNIGHT

I, Amy R KNIGHT, on 08/02/23, received patient instructions and the after visit summary was reviewed with me.

I have read or had the instructions reviewed with me and understand the instructions given to me by my caregivers.

Patient Signature: X [signature]

Date: 8/2/23

Time: 1750

E292014

After Visit Summary - Document on 8/2/2023 5:17 PM: Patient Signature (below)

KNIGHT, Amy R MRN#252940 (CSN#10203147599290) (DOB: y.o. F) LKED

Amy R KNIGHT

I, Amy R KNIGHT, on 08/02/23, received patient instructions and the after visit summary was reviewed with me.

I have read or had the instructions reviewed with me and understand the instructions given to me by my caregivers.

Patient Signature:________________________________

Date:____________

Time:____________

E292014

After Visit Summary - Document on 8/2/2023 5:17 PM: ED After Visit Summary (below)

# AFTER VISIT SUMMARY

**Amy R. KNIGHT** MRN: 252940
8/2/2023 Our Lady of the Lake Regional Medical Center - Emergency Department 225-765-1956

## Instructions

Continue home medications as prescribed by pain management. Wear knee immobilizer to left knee as directed. You may weight-bear as tolerated. Otherwise, use crutches if too painful to bear weight. Try to rest your leg, elevate, and apply ice. If your elbow still hurts in 1 week, you may need repeat x-rays to rule out fracture. Call orthopedist for follow-up appointment regarding your patella fracture. Return to the ER if you have any worsening pain or swelling, if you have numbness, weakness, or any increased or worsening pain or symptoms

Read the attached information
1. Kneecap Fracture (English)
2. Bruises (English)

CT Lower Extremity Left without Contrast
Scheduled for 8/2/2023

Follow up with J David West, MD in 2 days (around 8/4/2023)
Why: for recheck on your symptoms and for routine care, Return to the ER if you feel worse in any way.
Specialty: Internal Medicine
Contact: 7373 Perkins Road
Baton Rouge LA 70808-4326
225-769-4044

Follow up with Craig Greene, MD in 1 week (around 8/9/2023)
Why: call to schedule appointment for follow up., for recheck on your symptoms and for routine care, Return to the ER if you feel worse in any way.
Specialty: Orthopedic Surgery
Contact: 7777 Hennessy Blvd
Suite 302
Baton Rouge LA 70808
225-374-0500

## Today's Visit

You were seen by Amy West Wattigney, PA

Reason for Visit
Fall

Diagnoses
- Closed nondisplaced fracture of left patella, unspecified fracture morphology, initial encounter
- Fall, initial encounter
- Left elbow pain
- Contusion of right knee, initial encounter

Today's Visit (continued)

Imaging Tests
CT Lower Extremity Left without Contrast
XR Elbow 3+ View Left
XR Knee 4+ View Left
XR Knee 4+ View Right

Done Today
Apply ordered DME performed 2 times
Nursing Communication (Specify)
Orthopedic Supplies -Crutches (E0114); Bilateral; Med Adult 5'2"-5'10"; Patella fracture; 1
Orthopedic Supplies -Knee Immobilizer (L1830); Left; 20"; S82.0 Fracture of patella; M22.3X1 Other derangements of patella right knee; M22.3X2 Other derangements of patella left knee; 1

Medications Given
acetaminophen (TYLENOL) Last given at 1:05 PM

Blood Pressure 121/65
Weight 120 lb
Temperature (Oral) 98.7 °F
Pulse 78
Respiration 20
Oxygen Saturation 98%

What's Next

OCT 6 2023 — PHYSICAL with J David West, MD
Friday October 6 8:50 AM (Arrive by 8:35 AM)
Baton Rouge Clinic Internal Medicine
7373 Perkins Road
Baton Rouge LA 70808-4326
225-246-9240

DEC 5 2023 — Established Patient with Venugopal Vatsavayi, MD
Tuesday December 5 12:30 PM
The Baton Rouge Clinic Psychiatry Department
3401 North Blvd
Suite 100
BATON ROUGE LA 70806-3743
225-381-2621

Prescribed Medication Information
All medication must be taken as prescribed. Contact your physician before stopping any medication.

## Your Medication List

ASK your doctor about these medications

| | | |
|---|---|---|
| ASK | albuterol HFA 90 mcg/actuation inhaler | INHALE 2 PUFFS INTO THE LUNGS EVERY 6 HOURS AS NEEDED FOR WHEEZE |
| ASK | amitriptyline 10 mg tablet<br>Commonly known as: ELAVIL | Take two tablets by mouth every night at bedtime. |
| ASK | buPROPion XL 300 mg 24 hr tablet<br>Commonly known as: WELLBUTRIN XL | Take 1 tablet by mouth once daily. |
| ASK | chlordiazepoxide-clidinium 5-2.5 mg per capsule<br>Commonly known as: LIBRAX | TAKE 1 CAPSULE BY MOUTH 3 TIMES DAILY WITH MEALS. |
| ASK | Claritin-D 24 Hour 10-240 mg per 24 hr tablet<br>Generic drug: loratadine-pseudoephedrine | Take 1 tablet by mouth once daily. |
| ASK | erythromycin ophthalmic ointment<br>Commonly known as: ROMYCIN | Place into both eyes at bedtime. |
| ASK | * FLUoxetine 40 MG capsule<br>Commonly known as: PROZAC | Take 1 capsule by mouth once daily. |
| ASK | * FLUoxetine 20 mg capsule<br>Commonly known as: PROzac | Take 1 capsule by mouth once daily. |
| ASK | fluticasone propionate 50 mcg/actuation nasal spray<br>Commonly known as: FLONASE | APPLY TWO SPRAYS IN EACH NOSTRIL ONCE DAILY |
| ASK | naltrexone 50 mg tablet<br>Commonly known as: DEPADE | Take 1 tablet by mouth in the morning. |
| ASK | naproxen 500 mg tablet<br>Commonly known as: NAPROSYN | TAKE 1 TABLET BY MOUTH TAKE DAILY WITH A MEAL. |
| ASK | propranolol 20 mg tablet<br>Commonly known as: INDERAL | TAKE 1 TABLET BY MOUTH TWICE A DAY |

Your Medication List (continued)
ASK your doctor about these medications (continued)

| | | |
|---|---|---|
| ASK | SUMAtriptan 50 mg tablet<br>Commonly known as: IMITREX | TAKE 1 TABLET BY MOUTH EVERY 2 HOURS AS NEEDED FOR MIGRAINE. ***MAY REPEAT IN 2 HOURS IF NEEDED*** |
| ASK | topiramate 25 mg tablet<br>Commonly known as: TOPAMAX | TAKE 1 TABLET BY MOUTH TWICE A DAY |
| ASK | UNABLE TO FIND | Place 1 drop under the tongue in the morning and 1 drop at noon and 1 drop before bedtime. THC 900 CHERRY SL TINCTURE (NEW) - WELLCANA EACHES- |

* This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.

MyChart

The MyChart patient portal can be accessed from your computer, tablet, or phone anytime, anywhere by visiting mychart.fmolhs.org. With MyChart you can check-in online, find the nearest urgent care, schedule an appointment, communicate with your doctor, pay your bill online, refill your prescription, view your test results, video visit with your doctor, view your After Visit Summary, and more.

We believe in transparent communication and that sharing information builds trust and fosters better relationships. We believe you deserve to see your information as soon as it is available.

We release testing results to you as soon as they are available. Therefore, you may see some results even before we do. **Please give your provider time to review your results to see if they are clinically significant for you.**

Thank you for using MyChart.

**Need some Help with MyChart?**
Please email mychartsupport@fmolhs.org or call (855) 435-1426 to talk with our MyChart patient support team.

**Video Visits Now Available Until Midnight**
Virtual care from anywhere is easy and convenient. Visit with our providers through the MyChart app from any smartphone, tablet or computer. Unlike providers at an urgent care, our providers have access to your medical history and medication lists so you receive the best possible care. To schedule, select "After Hours/Weekend Video Visit" in the appointments section of MyChart, or call (888) 765-7428.

**Monday – Friday**
4 p.m. – 12 a.m.

**Saturday**
2 p.m. – 12 a.m.

**Sunday**
8a.m. – 12 a.m.

Attached Information — Kneecap Fracture (English)

## Broken Kneecap: Care Instructions

### Overview




Figure 1




Figure 2

Courtesy of Intermountain Medical Imaging, Boise, Idaho

The kneecap (patella) is a bone that protects the front of your knee joint. It takes the brunt of blows to your knee, such as a fall onto a knee or a knee hitting the dashboard. A broken kneecap (fracture) causes swelling and pain, especially when moving the knee back and forth.

You may not need surgery if the fracture has not moved your kneecap out of position. But sometimes surgery is needed to move the pieces of the kneecap back where they belong and to repair damage. Whether or not you have surgery, you probably will wear a cast or brace (immobilizer) on your leg for several weeks while the kneecap heals. Wear and take care of the cast or immobilizer exactly as your doctor advises. You may need help with daily tasks.

You heal best when you take good care of yourself. Eat a variety of healthy foods, and don't smoke.

**Follow-up care is a key part of your treatment and safety.** Be sure to make and go to all appointments, and call your doctor if you are having problems. It's also a good idea to know your test results and keep a list of the medicines you take.

### How can you care for yourself at home?

- Follow your doctor's instructions for taking care of your cast or immobilizer, which is a protective brace that keeps your knee from moving. Do not remove it until your doctor says you can.
- Put ice or a cold pack on your knee for 10 to 20 minutes at a time. Try to do this every 1 to 2 hours for the next 3 days (when you are awake) or until the swelling goes down. Put a thin cloth between the ice and your skin. Be careful not to get the cast or immobilizer wet.
- Prop up the sore leg on a pillow when you ice it or anytime you sit or lie down during the next 3 days. Try to keep it above the level of your heart. This will help reduce swelling.
- Do not use oils or lotions near your cast. If the skin becomes red or sore around the edge of the cast, you may pad the edges with a soft material, such as moleskin, or use tape to cover the edges.
- Be safe with medicines. Read and follow all instructions on the label.
  - If the doctor gave you a prescription medicine for pain, take it as prescribed.
  - If you are not taking a prescription pain medicine, ask your doctor if you can take an over-the-counter medicine.

### When should you call for help?

**Call 911** anytime you think you may need emergency care. For example, call if:

- You have chest pain, are short of breath, or you cough up blood.
- You are very sleepy and you have trouble waking up.

**Call your doctor now** or seek immediate medical care if:

- You have new or worse nausea or vomiting.
- You have new or worse pain.
- Your foot is cool or pale or changes color.
- You have tingling, weakness, or numbness in your toes.
- Your cast or splint feels too tight.
- You have signs of a blood clot in your leg (called a deep vein thrombosis), such as:
  - Pain in your calf, back of the knee, thigh, or groin.
  - Redness or swelling in your leg.

Watch closely for changes in your health, and be sure to contact your doctor if:

- You have a problem with your splint or cast.
- You do not get better as expected.

## Where can you learn more?

Scan the QR code or go to https://mychart.fmolhs.org to log in.

Once you have logged in to your MyChart account, to learn more about "**Broken Kneecap: Care Instructions**", go to the **Resources** section and select **Search Medical Library**. This will take you to the **Health Reference Library** where you can search for **E072**.

Current as of: November 9, 2022 Content Version: 13.7

© 2006-2023 Healthwise, Incorporated.
Care instructions adapted under license by your healthcare professional. If you have questions about a medical condition or this instruction, always ask your healthcare professional. Healthwise, Incorporated disclaims any warranty or liability for your use of this information.

Attached Information Bruises (English)

**Bruises: Care Instructions**

**Overview**



©Healthwise, Incorporated

Bruises occur when small blood vessels under the skin tear or rupture, most often from a twist, bump, or fall. Blood leaks into tissues under the skin and causes a black-and-blue spot that often turns colors, including purplish black, reddish blue, or yellowish green, as the bruise heals.

Bruises hurt, but most are not serious and will go away on their own within 2 to 4 weeks. Sometimes, gravity causes them to spread down the body. A leg bruise usually will take longer to heal than a bruise on the face or arms.

**Follow-up care is a key part of your treatment and safety.** Be sure to make and go to all appointments, and call your doctor if you are having problems. It's also a good idea to know your test results and keep a list of the medicines you take.

**How can you care for yourself at home?**

- Take pain medicines exactly as directed.
  - If the doctor gave you a prescription medicine for pain, take it as prescribed.
  - If you are not taking a prescription pain medicine, ask your doctor if you can take an over-the-counter medicine.
- Put ice or a cold pack on the area for 10 to 20 minutes at a time. Put a thin cloth between the ice and your skin.
- If you can, prop up the bruised area on pillows as much as possible for the next few days. Try to keep the bruise above the level of your heart.

**When should you call for help?**

**Call your doctor now** or seek immediate medical care if:

- You have signs of infection, such as:
  - Increased pain, swelling, warmth, or redness.
  - Red streaks leading from the bruise.
  - Pus draining from the bruise.
  - A fever.

- You have a bruise on your leg and signs of a blood clot, such as:
  - Increasing redness and swelling along with warmth, tenderness, and pain in the bruised area.
  - Pain in your calf, back of the knee, thigh, or groin.
  - Redness and swelling in your leg or groin.
- Your pain gets worse.

Watch closely for changes in your health, and be sure to contact your doctor if:

- You do not get better as expected.

### Where can you learn more?

Scan the QR code or go to https://mychart.fmolhs.org to log in.

Once you have logged in to your MyChart account, to learn more about "**Bruises: Care Instructions**", go to the **Resources** section and select **Search Medical Library**. This will take you to the **Health Reference Library** where you can search for **T177**.

Current as of: November 9, 2022 Content Version: 13.7

© 2006-2023 Healthwise, Incorporated.
Care instructions adapted under license by your healthcare professional. If you have questions about a medical condition or this instruction, always ask your healthcare professional. Healthwise, Incorporated disclaims any warranty or liability for your use of this information.

Opioid Instructions

### Learning About Opioids

**Introduction**



Opioid Instructions (continued)

Opioids are medicines used to relieve moderate to severe pain. They may be used for a short time for pain, such as after surgery. Or in some cases a doctor might prescribe them for long-term pain. They don't cure a health problem. But they may help you manage the pain and function better.

Sometimes opioids are used for people who can't take other pain medicines. They may be prescribed if you have certain health problems. For instance, you may take an opioid instead of nonsteroidal anti-inflammatory drugs (NSAIDs).

Opioids are strong medicines. They can help you manage pain when you use them the right way. But they can cause serious harm and even death.

If you decide to take opioids, here are some things to remember.

- **Keep your doctor informed.** You can develop opioid use disorder. Moderate to severe opioid use disorder is sometimes called addiction. The risk is higher if you have a history of substance use. Your doctor will monitor you closely for signs of opioid use disorder and to figure out when you no longer need to take opioids.
- **Make a treatment plan.** The goal of your plan is to be able to function and do the things you need to do, even if you still have some pain. You might be able to manage your pain with other non-opioid options. These include cognitive behavioral therapy (CBT), physical therapy, relaxation, non-opioid prescription pain medicine, and over-the-counter pain medicines.
- **Be aware of the side effects.** Opioids can cause side effects, such as constipation, sleepiness, and nausea. And over time, you may need a higher dose to get pain relief. This is called tolerance. Your body also gets used to opioids. This is called physical dependence. If you suddenly stop taking them, you may have withdrawal symptoms. Serious risks of using opioids include overdose and death.

## Examples

Opioids or other medicines that contain them include:

- Codeine (Tylenol 3).
- Hydrocodone (Norco).
- Oxycodone (Percocet).

## Safety tips

If you need to take opioids to manage your pain, remember these safety tips.

- **Follow directions carefully.** It's easy to misuse opioids if you take a dose other than what's prescribed by your doctor. This can lead to accidental overdose and even death. Even sharing them with someone they weren't meant for is misuse.
- **Be cautious.** Opioids may affect your judgment and decision making. Do not drive or operate machinery while you take them. Talk with your doctor about when it is safe to drive.
- **Reduce the risk of drug interactions.** Opioids can be dangerous if you take them with alcohol or with certain drugs like sleeping pills and muscle relaxers. The combination can decrease your breathing rate and lead to overdose or death. Make sure your doctor knows about all the other medicines you take, including over-the-counter medicines. Don't start any new medicines before you talk to your doctor or pharmacist.
- **Safely store and dispose of opioids.** Store opioids in a safe and secure place. Make sure that pets, children, friends, and family can't get to them. When you're done using opioids, make sure to dispose of them safely and as quickly as possible. The U.S. Food and Drug Administration (FDA) recommends these disposal options.
  - The best option is to take your medicine to a drop-off box or take-back program that is authorized by the U.S. Drug Enforcement Administration (DEA).

Opioid Instructions (continued)

- If these programs aren't available in your area and your medicine doesn't have specific disposal instructions (such as flushing), you can throw them into your household trash if you follow the FDA's instructions. Visit fda.gov and search for "unused medicine disposal."
- If you have opioid patches (used or unused), your options are to take them to a DEA-authorized site or flush them down the toilet. Do not throw them in the trash.
- **Only** flush your medicine down the toilet if you can't get to a DEA-approved site or your medicine instructions state clearly to flush them.

- **Reduce the risk of overdose.** Opioids can be very dangerous. Protect yourself by asking your doctor about a naloxone rescue kit. It can help you—and even save your life—if you take too much of an opioid.

## Who is most at risk?

Your risk rises if you misuse opioids, take high doses, have certain health problems, or if you've overdosed before. You're also at higher risk if you use them with another substance, like alcohol, or take illegal opioids, or if you used them regularly and then take them again after you'd cut back or stopped.

## When should you call for help?

**Call 911** anytime you think you may need emergency care. For example, call if:

- You have signs of an overdose. These include:
  - Slow, shallow, or stopped breathing.
  - Pinpoint pupils.
  - Blue or purple lips or fingertips.
  - No response when you ask questions, shake the person, or rub the person's breastbone with your knuckles.
  - Seizures.
- You have symptoms of a severe allergic reaction. These may include:
  - Sudden raised, red areas (hives) all over your body.
  - Swelling of the throat, mouth, lips, or tongue.
  - Trouble breathing.
  - Passing out (losing consciousness). Or you may feel very lightheaded or suddenly feel weak, confused, or restless.
  - Severe belly pain, nausea, vomiting, or diarrhea.

If you have a naloxone rescue kit, use it after you call **911**.

**Call your doctor now** or seek immediate medical care if:

- You have symptoms of an allergic reaction, such as:
  - A rash or hives (raised, red areas on the skin).
  - Itching.
  - Swelling.
  - Mild belly pain or nausea.

Watch closely for changes in your health, and be sure to contact your doctor if:

- You think you might be taking too much pain medicine, and you need help to take less or stop.
- Your medicine is not helping with the pain.
- You are having side effects, such as constipation or trouble urinating.

## Where can you learn more?

Scan the QR code or go to https://mychart.fmolhs.org to log in.

Opioid Instructions (continued)

Once you have logged in to your MyChart account, to learn more about **"Learning About Opioids"**, go to the **Resources** section and select **Search Medical Library**. This will take you to the **Health Reference Library** where you can search for **F734**.

Current as of: November 9, 2022 Content Version: 13.7

© 2006-2023 Healthwise, Incorporated.
Care instructions adapted under license by your healthcare professional. If you have questions about a medical condition or this instruction, always ask your healthcare professional. Healthwise, Incorporated disclaims any warranty or liability for your use of this information.

Instructions from Provider

**One or more of your blood pressure readings today were greater than 120/80. We advise you to follow up with your primary care doctor for a recheck of your blood pressure.**

**Apple Health Setup:**

Connect Your MyChart Account to **Apple Health** mobile app to track your health data such as vitals, lab results, medications, allergies, and immunizations.

On your iOS mobile device:

- Open the **Health** app.
- Tap on the **Profile** icon in the top right.
- Tap **Health Records > Get Started.**
- You may be asked to Allow Health to use your location. Choose your desired selection.
- In the search box enter "*Franciscan Missionaries of Our Lady*" and tap **Select**.
- Enter your MyChart username and password when the MyChart login screen appears then tap **Sign In**.
- On the Allow Access to Your Account Screen select your name then tap **Continue**.
- Swipe to the bottom of the screen and tap **Allow Access**.
- Your MyChart account is now linked to Apple Health. Tap **Done**.

Apple Health will only be able to access data for 60 minutes once the connection is made and will carry over any existing data in your MyChart account. Any new or updated data that you would like carried over after that 60 minutes period will need to be reauthorized through the Health app.

Smoking Cessation Information

Smoking is dangerous to your health and those around you. If you currently smoke, you should stop. If you don't smoke, you should avoid exposure to second hand smoke. Contact your doctor or call 800.LUNG.USA (800.586.4872) or 800.QUIT.NOW (800.784.8669) for more information.

ASCVD Risk Score

Patient Calculated Risk Score:
The 10-year ASCVD risk score (Arnett DK, et al., 2019) is: 4.1%
Values used to calculate the score:
Age: 55 years
Sex: Female
Is Non-Hispanic African American: No
Diabetic: Yes
Tobacco smoker: No
Systolic Blood Pressure: 121 mmHg
Is BP treated: No
HDL Cholesterol: 76 mg/dL
Total Cholesterol: 315 mg/dL

- *The 10-year calculated ASCVD risk is a quantitative estimation of absolute risk based upon data from representative population samples.*
- *The 10-year risk estimate for "optimal risk factors" is represented by the following specific risk factor numbers for an individual of the same age, sex and race: Total cholesterol of ≤ 170 mg/dL, HDL-cholesterol of ≥ 50 mg/dL, untreated systolic blood pressure of ≤ 110 mm Hg, no diabetes history, and not a current smoker.*
- ASCVD Risk Estimator Plus

*Example: If the 10-year ASCVD risk estimate is 10%, this indicates that among 100 patients with the entered risk factor profile, 10 would be expected to have a heart attack or stroke in the next 10 years.*

*ASCVD 10-Year Risk Score (Goff DC Jr, et al., 2013)*



**Encounter-Level E-Signatures:**

**Patient Information Verification Form - Received on 8/2/2023**

Encounter-Level E-Signatures: (continued)

FRANCISCAN MISSIONARIES OF OUR LADY HEALTH SYSTEM

## Patient Information Verification Form

| Demographic Information | |
|---|---|
| Name: Amy R KNIGHT<br>DOB:<br>SSN:<br>E-mail Address:<br>Mobile Phone Number: (mobile) | PCP: J David West<br>Address: |
| **Insurance**<br>HEALTH PLANS, INC (HPI) | **Guarantor Information**<br>Name: Amy Knight<br>Address: |

**Demographic Information Verification:**

[X] I acknowledge that the demographic information listed above is accurate. **OR**

[ ] The demographic information listed above is not the correct. The correct information is:

**Address Information Verification:**

[X] I acknowledge that the address listed above is accurate. **OR**

[ ] The address listed above is not the correct billing address for this visit. The correct address is:

**Insurance Information Verification:**

[X] I acknowledge that the insurance information listed above is correct and complete, and that there is no other health insurance coverage in effect for this visit. **OR**

[ ] The insurance information above is NOT correct/complete. The correct/complete insurance information is:

Signature of Patient or Representative
unable to sign AB
Signature captured with Topaz Signature Pad

Signature of Patient or Representative — 08/02/23 Date — 1:15 PM Time

Latoya K Harvey
Witness — 08/02/23 Date — 1:15 PM Time

Amy R KNIGHT MRN: 252940 CSN: 10203147599290
[pageNum] of [pageCount]

Encounter-Level E-Signatures: (continued)

FRANCISCAN MISSIONARIES OF OUR LADY HEALTH SYSTEM

Assumption Community Hospital
Our Lady of Angels Hospital
Our Lady of Lourdes Regional Medical Center
Our Lady of the Lake Regional Medical Center
St. Dominic Jackson Memorial Hospital
St. Francis Regional Medical Center

## OUR LADY OF THE LAKE REGIONAL MEDICAL CENTER

### CONSENT FOR TREATMENT

This consent applies to all Franciscan Missionaries of Our Lady Health System affiliated entities and their subsidiaries.

**SECTION A: CONSENT FOR ROUTINE DIAGNOSTIC PROCEDURE AND MEDICAL TREATMENT**

**Consent to Treatment:** I hereby authorize and consent to the performance of such diagnostic procedures and/or medical treatment as deemed necessary or advisable in the judgment of my physician(s), his/her assistants or designees at the hospital. I hereby consent to the performance of all nursing and technical procedures and tests as directed by my physicians(s) including, without limitation, routine hospital services, emergency services, preadmission testing, examinations, diagnostic and testing procedures, therapeutic interventions, and the furnishing of such supplies in connection with or relating to these services on my admission to Hospital in connection with or relating to any complaint(s), provisional diagnosis(es), operation(s), or procedure(s) to be performed, and all other acts appropriately related to any operation(s), or procedure(s) described above.

**No Guarantees:** I am aware that the practice of medicine and surgery is not an exact science and I acknowledge that no guarantees have been made to me as to the result of treatments or examination at the Hospital.

**Specimens:** Further, I authorize and consent to the preservation, examination, testing, retention, use, including, without limitation, the use for scientific, diagnostic, therapeutic or educational purposes, or disposal, by Hospital, at its discretion, of any specimens, tissues, materials, or substances which may be removed during a diagnostic procedure, therapeutic intervention or medical treatment.

**Devices:** I consent to disposal of explanted medical device unless I specifically request it to be retained prior to procedure.

**Photos:** Further, I consent to photographs, videotapes, digital or other images that may be recorded to document my care. I understand that these images may be used for education and training, case study and research. I understand that these images will be stored in a secure manner and will be released when requested for non-treatment reasons, only upon written authorization by me, or my legal representative. I consent to having part of my care be provided by use of video equipment, without the physician being physically present in my room. I understand I am prohibited from videoing, audio-taping, or taking pictures of my medical providers, visitors, or any other patients during my hospital visit, with any device.

**Education:** I agree that Hospital care may be provided by student nurses, technicians, therapists, interns, residents, fellows and other providers and observers, which are supervised by qualified faculty and/or hospital staff, in accordance with the polices of the facility. I also consent to the presence of manufacturer's representative(s) during the procedure(s) to observe and provide technical consultation to the physician(s) at the discretion and approval of the physician(s) and Hospital.

**Blood:** Further, I understand that should any hospital or emergency medical personnel, physician, or other person(s) be exposed or report an exposure to my blood or body fluids, my blood will be tested for bloodborne infections including, without limitation, Hepatitis B and C as well as HIV/AIDS. I understand that I can decline HIV testing if it is for routine screening. I understand that state law requires the Hospital and/or physician to report certain infectious diseases including sexually transmitted diseases to the state Department of Health.

**At Home Medications:** I understand that the hospital is responsible for all medications it administers to me. The Hospital has specific procedures in place which include identifying and documenting my home medications. After such documentation has occurred, unless otherwise instructed and ordered by my physician, I am to make arrangements for my home medications to be removed from the Hospital. I also understand that any substances or contraband that is considered illegal are not permitted on the premises.

**Encounter-Level E-Signatures: (continued)**

**Risks Related to COVID-19:** I understand that the COVID-19 virus has a long incubation period. Carriers of the virus may not show symptoms and can still spread the virus. It is difficult and may be impossible to know who has the virus and who does not. I understand that there is a risk of contracting COVID-19 while seeking treatment at this facility and accept the risk.

*Section A continued on page 2*

**SECTION A: CONSENT FOR ROUTINE DIAGNOSTIC PROCEDURE AND MEDICAL TREATMENT *(continued)***

**Remanufactured Single Use Products:** I understand that the Hospital utilizes select single use products that are remanufactured in accordance with manufacturing standards set forth by the FDA and other applicable regulatory bodies.

**Authorization for Healthcare Related Calls, Texts, and E-mails:** I, the undersigned, hereby authorize and consent to the Hospital, its employees, agents, representatives, affiliates, business associates, and/or designees contacting me using prerecorded/artificial voice messages and/or automatic dialing services at any telephone number (including a wireless telephone) that I provide to the Hospital. This consent and authorization will apply to text messages sent to the wireless numbers I provide to the Hospital and also to e-mails using any e-mail address that I provide to the Hospital. I understand that texting or emailing to the numbers and addresses I provide may not be secure. This consent and authorization will apply to the current admission and any FUTURE admission to the Hospital. The consent and authorization is valid until revoked by me in writing. If I am incapacitated and unable to provide my consent and authorization as discussed above, such consent and authorization may be given by any of those persons who are authorized to consent to surgical or medical treatment on my behalf pursuant to La. R.S. 40:1299.53. Such third party's consent and authorization, however, is only valid for the period of my incapacitation.

**I HAVE READ THIS FORM, AND I FULLY UNDERSTAND AND ACCEPT ITS TERMS AND CONDITIONS. I HAVE HAD A CHANCE TO ASK ANY QUESTIONS THAT I MIGHT HAVE AND GIVE CONSENT FOR TREATMENT.**

Signature of Guarantor/Patient

unable to sign AB

Signature captured

Signature of Guarantor/Patient (or Authorized Person if patient is unable to sign)
Minors are allowed to consent to treatment

08/02/23 11:20 AM
Date Time

**SECTION B: FINANCIAL RESPONSIBILITY, ASSIGNMENT OF PROCEEDS, AUTHORIZATION TO CHECK CREDIT HISTORY, AUTHORIZATION TO RELEASE INFORMATION, AND WAIVER OF LIABILITY.**

**Facility-Based Physicians or Providers Contracted to Perform Diagnostic Procedures and/or Medical Treatment Are Not Hospital Agents or Employees:** Facility-Based Physicians or Providers, such as but not limited to, Radiologists, Anesthesiologists, Pathologists, and Emergency Center Physicians (hereinafter referred to as Facility-Based Physicians), and Providers who are contracted to perform certain procedures or medical treatment, such as but not limited to EKGs, are not employees or agents of the Hospital. The Hospital is not responsible for their actions.

**Physician and Contracted Provider Bills:** You will receive a bill from the Hospital for services that the Hospital provides to you. You will also receive a separate bill from any physician or contracted provider who may treat you.

**Facility Based Physicians:** Health care services may be provided to you at a network health care facility by facility-based physicians who are not in your health plan, you may be responsible for payment of all or part of the fees for those out-of-network services, in addition to applicable amounts due for co-payments, coinsurance, deductibles, and non-covered services. specific information about in-network and out-of-network facility-based can be found at the website address of your health plan or by calling the customer service telephone number of your health plan. Your health information related to work-related illnesses or injuries or to medical surveillance of the workplace may be disclosed to your employer.

**Assignment Of Payment Of Benefits, Authorization To Check Credit and Financial Responsibility:** I hereby authorize, assign and transfer to the Hospital, Hospital Based Physicians and other treating Hospital physicians all benefits and payments covering this period of treatment, and past and future treatment if related to the incident or condition giving rise to this admission, now due and payable or to become due and payable to me under any insurance policy or policies, under any replacement policies thereof, under any self-insurance program, or under any other benefit plan, including

**Encounter-Level E-Signatures: (continued)**

Medicare, or any other benefit that may become payable to me, including settlements or judgments, flowing from the incident for which I am receiving treatment. I authorize the Hospital to check my credit history. I understand that I am financially and legally responsible for charges not covered in full by any third party. If it becomes necessary for the account to be referred to an attorney or a collection agency for collection or suit, I, the undersigned, agree to pay the reasonable attorney fees or collection expense. I agree to allow the Hospital to file a complaint/appeal/grievance on my behalf with my health insurance plan if there is a question about coverage for services provided to me by the Hospital.

**Authorization To Release Medical Information:** I hereby authorize the hospital and hospital-based physicians rendering professional services to release any and all information, including medical records, social security number if required, and any and all other pertinent information pertaining to my admission and treatment in the said hospital as may be requested by any insurance company, manufacturer, employer, or any other agency which may have a concern or involvement with payment of charges, device tracking, or for healthcare operations relating to hospital or professional services rendered to me as described in the Privacy Notice. I do hereby authorize the hospital to release any information before or after discharge, including medical history and physical or surgical treatment for this hospital admission, to any physician who will render care to the patient or any medical service organization requesting information after discharge.
As a hospital patient under the Medicare Program, your medical records may be reviewed to determine the medical necessity and appropriateness of the care provided during your hospital stay. Your medical records will be reviewed by the QIO (Quality Improvement Organization), an organization of physicians authorized by the government to perform medical review of patient medical records to determine if the services and items provided during your hospital stay were reasonable, medical record may be retained for statistical purposes by the QIO.

**Waiver of Liability for Loss of Personal Property:** I acknowledge that I have been advised that no money or other valuables should be kept in my room or on my person while in the Hospital. I acknowledge that the Hospital cannot assume responsibility for the safeguarding of valuables or property in my room or on my person. I release the Hospital and its employees from any liability whatsoever, from any cause, for any loss of valuables or any other personal property, while I am a patient at the Hospital. I understand that the Hospital provides denture cups for me if I require them. I will take precautions to be sure my dentures are properly kept and cared for and they will be kept in the denture cup at all times when I am not wearing/using them.

**Outpatient Therapeutic Services:** I understand that this Agreement shall apply to any/all outpatient therapeutic services provided during the course of treatment from the date indicated below for the same diagnosis and service.

**Inclusion in the Patient Directory for this visit:** Your name, location in the Hospital, general condition (stable, critical, etc.) and religious affiliation may be included in the patient directory. Information from the directory may be shared with the clergy and, to people who ask for you by name. You may object to having your information included in the directory. However, by doing so, you may not receive flowers or mail from well-wishers. ***Please Initial the following*** to indicate your choice regarding inclusion in the patient directory.

I do not object to my name, location, general condition and religious affiliation being listed in the directory. (Please Initial)

I object to having my information listed in the patient directory (Please Initial)

**Acknowledgements:** ***(Please initial on the lines indicated below.)***

I received / was offered a copy of the Patient Rights and Responsibilities.

OUR LADY OF THE LAKE REGIONAL MEDICAL CENTER
5000 Hennessy Blvd
HOSPITAL RECORD

KNIGHT, Amy R
MRN: 252940, DOB: Sex: F
Acct #: 4000014759359
Adm: 8/2/2023, D/C: 8/2/2023

**Encounter-Level E-Signatures: (continued)**

I have received information about Advanced Directives as required by federal law.

**I HAVE READ THIS FORM, AND I FULLY UNDERSTAND AND ACCEPT ITS TERMS AND CONDITIONS. I HAVE HAD A CHANCE TO ASK ANY QUESTIONS THAT I MIGHT HAVE AND GIVE CONSENT FOR TREATMENT.**

**I UNDERSTAND THAT I AM RESPONSIBLE FOR ANY AMOUNT DUE IN CONSIDERATION OF SERVICES RENDERED BY FRANCISCAN MISSIONARIES OF OUR LADY HEALTH SYSTEM, ITS ENTITIES AND THEIR SUBSIDIARIES.**

Signature of Guarantor/Patient
unable to sign AB
Signature captured

Signature of Guarantor/Patient (or Authorized Person if patient is unable to sign)
Minors cannot sign Section B. Ask for parent information to contact for financial responsibility.

08/02/23 11:20 AM
Date Time

Alissa R Phillips 08/02/23 11:20 AM
Witness Signature Date Time

Amy R KNIGHT
CSN: 10203147599290
DOB: SEX: female
MRN: 252940

[pageNum] of [pageCount]

Rev. 2/05, 7/12, 8/15, 10/15, 7/16, 1/19, 5/20

OUR LADY OF THE LAKE REGIONAL MEDICAL CENTER
5000 Hennessy Blvd
HOSPITAL RECORD

KNIGHT, Amy R
MRN: 252940, DOB: Sex: F
Acct #: 4000014759359
Adm: 8/2/2023, D/C: 8/2/2023

**Patient Infection Status (continued)**

| Infection | Onset | Added | Last Indicated By | Resolved | Resolved By | Review | Last Indicated |
|---|---|---|---|---|---|---|---|
| Resolved | | | | | | | |
| COVID-19 Rule out | 05/28/22 | 05/28/22 | POCT SARS-CoV-2-Flu A/B-RSV Antigen Test (Ordered) | 05/28/22 | Rule-Out Test Resulted | | 05/28/22 |

**Patient Infection Status**

| Infection | Onset | Added | Last Indicated By | Resolved | Resolved By | Review | Last Indicated |
|---|---|---|---|---|---|---|---|
| None active | | | | | | | |
| Resolved | | | | | | | |
| COVID-19 Rule out | 05/28/22 | 05/28/22 | POCT SARS-CoV-2-Flu A/B-RSV Antigen Test (Ordered) | 05/28/22 | Rule-Out Test Resulted | | 05/28/22 |

**Care Team** as of 8/2/2023

**Active**

| Name | Relationship | Specialty | Phone | Duration |
|---|---|---|---|---|
| Ahmad, Rasheed, MD | Surgeon | Orthopedic Surgery | 225-924-2424 | 01/15/2019 - Present |
| Bourg, Angele, MD | — | Rheumatology | 225-769-4044 | 05/10/2021 - Present |
| Bourgeois, Shelley B, RN | Care Manager | — | 225-246-4421 | 03/30/2018 - Present |
| Bringaze, Virginia A, MD | — | Otolaryngology | — | 09/23/2016 - Present |
| Fargason, David, MD | — | Ophthalmology | 225-766-7441 | 04/28/2015 - Present |
| Gladney, William W Jr., MD | — | Neurology | 225-246-9238 | 11/10/2020 - Present |
| Ho, Khanh T, MD | — | Rheumatology | — | 07/27/2016 - Present |
| Hodges, Mark K, MD | — | Pulmonary Disease | 225-769-4044 | 03/25/2020 - Present |
| Mena, Hector R, MD | — | Rheumatology | — | 09/26/2014 - Present |
| Murphy, Brian, MD | — | Neurology | — | 01/30/2019 - Present |
| Petit, Brian J, MD | — | Otolaryngology | — | 01/13/2014 - Present |
| Shannon, Sean, MD | — | Rheumatology | — | 02/02/2015 - Present |
| West, J David, MD | PCP - General | Internal Medicine | 225-769-4044 | 08/02/2023 - Present |

**Patient Care Timeline**

No data selected in time range

## END OF REPORT

Name: Amy R KNIGHT | DOB: | MRN: 252940 | PCP: J David West, MD | Legal Name: Amy R KNIGHT

# URINALYSIS MANUAL W/SCOPE - Details

## Comments from the Doctor's Office

Urine suggest UTI any symptoms? Noted microalbuminemia/protein increasing in urine. With diabetes would recommend starting Kerendia 10 mg. 2 help prevent progression of kidney disease due to diabetes. Return to lab in 3 to 4 weeks for basic metabolic panel.

## Component Results

| Component | Your Value | Standard Range | Flag |
|---|---|---|---|
| Bilirubin, UA | Your Value<br>Negative | *Standard Range*<br>*Negative* | |
| Blood UA | Your Value<br>Moderate | *Standard Range*<br>*Negative* | Flag<br>A |
| Clarity | Your Value<br>Cloudy | *Standard Range*<br>*Clear* | Flag<br>A |
| Color Ur | Your Value<br>Yellow | | |
| Glucose Ur | Your Value<br>Negative mg/dL | *Standard Range*<br>*Negative mg/dL* | |
| Ketones, UA | Your Value<br>Negative mg/dL | *Standard Range*<br>*Negative mg/dL* | |
| Leukocyte Esterase, UA | Your Value<br>Large | *Standard Range*<br>*Negative* | Flag<br>A |
| Nitrite Ur | Your Value<br>Positive | *Standard Range*<br>*Negative* | Flag<br>A |
| pH, UA | Your Value<br>6.5 | *Standard Range*<br>*5.0 - 8.0* | |

**From:**Boyle, Sarah
**Sent:**Wed, 25 Oct 2023 12:05:23 +0000
**To:**SUPPORT@JPRICEMCNAMARA.COM
**Subject:**A Knight

Good morning! Per your request, we are writing to confirm receipt of your October 24, 2023 letter regarding Ms. Amy Knight's appeal for LTD benefits along with her statement. We understand attachments 2 (Dr. Wattigney) and 3 (Dr. West) will be sent under separate cover.

Thank you!

Sarah Boyle
Claims Resolution Specialist
Lincoln Financial Group
P.O. Box 2578
Omaha, NE 68103-2578

888-437-7611 Office
X16117
Fax: 603-334-0401

LincolnFinancial.com

Follow us on:



LAW OFFICES
OF
J. PRICE MCNAMARA

J. PRICE McNAMARA
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

October 24, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX (603) 334-0401**

The Lincoln National Life Insurance Company
**Attn: Sarah Boyle**
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

**Re: Claimant: Amy Knight**
**Claim #: 11580689**
**Gainwell Technologies**
**Long Term Disability (LTD) Benefits**

Dear Ms. Boyle,

In response to Lincoln's September 21, 2023 letter, Ms. Knight provides the following evidence which concludes her submission on appeal at this time:

1. Statement of Amy Knight (10/20/23).
2. Dr. Amy West Wattigney Medical Records (08/02/23).
3. Dr. J. David West Urinalysis Report (09/20/23).

Please confirm receipt of this letter by email (support@jpricemcnamara.com) or fax (225-201-8313).

With kind regards, I remain

Sincerely,

J. Price McNamara

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/eej
Enclosure
****Enclosures 2 to 3 sent via certified mail only due to volume.**

**VERIFICATION OF AMY KNIGHT UNDER 28 U.S.C. 1746**

My name is Amy Knight, and I am of the full age of majority and am fully competent to make this verification.

1. I was terminated from my job due to my inability to meet the job requirements. I typed with only my right hand for 3 years with constant and increasing pain that affected my job performance causing me to lose my job. My health condition has continued to decline over time. I have not even finished paying off my student loans from nursing school, which I did not begin until I was about 38 years old.

2. There is no definitive test to diagnose Complex Regional Pain Syndrome (CRPS). The diagnosis is made by process of elimination. My physician used CRPS as diagnosis when ordering tests and procedures while ruling out other possible diagnoses, and by doing so, was able to ultimately diagnose CRPS. I've had CRPS symptoms continuously since incident. No other diagnosis was determined; however, my physician stated he was not going to diagnose me with CRPS prior to any tests being done. When discussed with other MD's, they agreed with symptoms being those of CRPS therefore the diagnosis added to my list of diagnoses.

3. My other diagnoses include incapacitating Migraines and Irritable Bowel Syndrome (IBS). I am unable to predict when these conditions and the resulting symptoms will occur or the frequency and length of time I will be incapacitated by them, but they happen on the average of 4 to 5 times per month, and incapacitate me for between 24 and 48 hours per episode.

4. I have fallen six times since Thanksgiving of 2022 with one fall occurring around August 6, 2023, when I fractured my left patella, which has increased my pain and weakness to this day.

5. I had another fall on October 15, 2023, where I tripped and landed on both knees, my right arm, and my left hand. I have pain and soreness all over.

6. I am unable to sit for more than 15 to 30 minutes at a time due to extreme pain in my limbs and lower back. When the pain begins, I must lie down to alleviate it. Even alternating from sitting to lying down, as noted above, I am unable to sit for more than a total of 2 to 3 hours in a day without experiencing extreme pain in my limbs and lower back. For the period of time that I am able to sit, I require a pillow under my left arm (elbow) due to pain related to CRPS. I also must rest my right wrist frequently due to pain and aching. I use cushioning or a pillow behind my lower back and body for the same reason.

7. I cannot lift or carry a gallon of milk, which weighs approximately eight pounds, without severe pain. We buy only quart-sized milk for that reason. My husband does a majority of the household chores that require repetitive movement of the upper extremities, pushing, pulling, lifting and carrying.

8. Any bending, stooping or kneeling causes pain, then weakness and dizziness when I get up from it. I need help getting up if I have to bend, stoop, or kneel because of the pain and weakness in my legs and upper extremities as well as dizziness.

9. I cannot climb, use ladders, or stairs due to my falls and fall risk along with pain, weakness, and vertigo.

10. I experience pain with my left upper extremity extension, require a pillow for my left arm to rest on as repetitive use increases pain at onset. It is painful to not have my left arm on something soft like a pillow with cushion. I also experience weakness and difficulty with grasping objects and not dropping them regularly. Benign essential tremors affect my right upper extremity. The tremors worsen with pain, stress, and emotions. My right wrist pain and weakness affects my ability to perform tasks.

11. I am unable to type due to the pain in my left elbow. I have restrictions of no repetitive use as the pain increases with movement. It is extremely painful to use a mouse due to my right wrist and arthritis in my knuckles on both hands.

12. Talking on the phone is also not possible for any period of time beyond five minutes due to severe dry mouth which causes my lips to stick to my teeth. It is difficult to talk and swallow without consistent water breaks. Having dry eyes and mouth caused difficulty in my last job for these reasons. My eyes would become tired and more blurred due to the dryness and use.

13. Due to my chronic dry eyes and mouth, it is extremely difficult to look at a computer screen for any period of time or read because my eyes get very dry, irritated, and my vision worsens. I have plugs in both lower tear ducts and use erythromycin ointment in both eyes to help prevent my eyelids from sticking to my eyeballs.

14. I need to have water with me all the time because of my dry mouth. My mouth and throat get dry even without talking and extremely dry when I talk.

15. I have had a physical therapy evaluation at Women's Wellness Center, and I was approved for continued therapy.

16. While doing pool therapy for physical therapy twice a week, just my left elbow/arm being in the water feels like it has constant pressure around it as well as being painful with movement. During therapy, I'm allowed rest periods when needed. After therapy, my pain level increases which exacerbates my tremors. The pain affects all aspects of my life and is exhausting.

17. The only pain relief I have is medical Marijuana. All other pain medications I have tried do not work or give me horrible headaches. Medical marijuana makes me drowsy, unable to concentrate, and I do not use it if I know I need to drive somewhere. I have been having

difficulty with my memory for some time and the pain and medication I take, including medical merijuana add to this.

I certify, under penalty of perjury, that the foregoing is true and correct.

Executed on Oct 20th, 2023 (date).

Amy R. Knight
AMY KNIGHT

From: LFGNotifications@LFG.com
Sent: Wednesday, October 11, 2023 10:09:26 AM
To: SUPPORT@JPRICEMCNAMARA.COM;
CC:
BCC:
Subject: [Send Secure]Gainwell Acquisition Corp Claim No. 11580689 Amy Ray Knight
Attachments: mxktsrk3vtnaepeswmil_16314306.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

October 11, 2023

J. Price McNamara
10455 JEFFERSON HIGHWAY
STE 130
BATON ROUGE, LA 70809

RE: Long Term Disability (LTD) Benefits
Gainwell Acquisition Corp
Claim #: 11580689
Claimant: Amy Ray Knight

Dear J. Price McNamara:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under the Gainwell Acquisition Corp Group Disability Policy. We are writing regarding Ms. Ray Knight's claim for LTD benefits under the Policy.

In a letter dated September 21, 2023, you were afforded until October 11, 2023 to provide any and all additional information you wish to have considered as your appeal for LTD benefits under the Policy.

In a letter dated October 10, 2023, you reported that you would require additional time, through November 1, 2023, to provide information.

For Lincoln to conduct a timely review of your appeal, we ask that you submit any additional information you wish to have considered by November 1, 2023.

If we do not hear from you and do not receive additional information by November 1, 2023, we will proceed with our appeal review and make a final determination based on the information currently contained in Ms. Ray Knight's file.

Since we are waiting for you to submit additional documentation, the days from the date of this letter until we receive your submission are not counted as part of the appeal determination period.

If you have any questions regarding this matter, please contact me.

Sincerely,

Sarah Boyle
Claims Resolution Specialist
Phone No.: (888) 437-7611 Ext. 16117
Secure Fax No.: (603) 334-0401

LAW OFFICES OF J. PRICE MCNAMARA

J. PRICE McNAMARA
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

October 10, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX (603) 334-0401**

The Lincoln National Life Insurance Company
**Attn: Sarah Boyle**
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

**Re: Claimant: Amy Knight**
**Claim #: 11580689**
**Gainwell Technologies**
**Long Term Disability (LTD) Benefits**

Dear Ms. Boyle,

We are in receipt of your September 21, 2023, letter. We are writing to request an extension through and including November 1, 2023. We ask that no final decision be made until we notify you in writing that our submission is complete even if my client has previously submitted an appeal prior to this letter.

Please confirm receipt of this letter and Lincoln's consent to the extension requested herein by email (support@jpricemcnamara.com) or fax (225-201-8313).

With kind regards, I remain

Sincerely,

J. Price McNamara

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/eej

**From:** LincolnAbsenceNotification@lfg.com
**To:** PMISNER@DXC.COM
**Subject:** Amy Ray Knight LINCOLN FINANCIAL NOTIFICATION: Approval of Long Term Disability - Claim 11580689

This is to notify you that there has been an approval or extension of a Long Term disability claim for **Amy Ray Knight** (Employee ID **11553809**).

**Long Term Disability Information:**

Benefit Payments Period: **8/26/2021 thru** thru **10/24/2023**

If you have further questions, please call Lincoln Financial at 800-879-2701 ext. **16117** or contact the assigned Case Manager at **Sarah.Boyle@lfg.com**. Please be sure to reference claim number **11580689.**

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

LAW OFFICES
OF
J. PRICE MCNAMARA

J. PRICE McNAMARA
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

October 3, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX (603) 334-0401**

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
**Attn: Keri Young**
PO Box 2578
Omaha, NE 68103-2578

Re: **Claimant: Amy Ray Knight**
**Long Term Disability (LTD) Benefits**
**Gainwell Acquisition Corp**
**Claim #:11580689**

Dear Ms. Young,

Enclosed is a fee agreement, which Ms. Knight has completed and signed. We request confirmation that nothing further is needed and that back pay is being processed immediately.

**Please confirm receipt of this by fax or email.

With kind regards, I remain

Sincerely,

Price McNamara

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/eej
Enclosure

Vinesign Document ID: 568B191B-2AF2-4DDB-BD66-DB5B2F596A61

LAW OFFICES
OF
J. PRICE MCNAMARA

J. PRICE McNAMARA
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

October 3, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX (603) 334-0401**

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
**Attn: Sarah Boyle**
PO Box 2578
Omaha, NE 68103-2578

**Re: Claimant: Amy Ray Knight**
**Long Term Disability (LTD) Benefits**
**Gainwell Acquisition Corp**
**Claim #:11580689**

Dear Ms. Boyle,

This is to advise that, pursuant to our representation agreement, all benefit payments are to be made payable to myself and J. Price McNamara until written notification advising otherwise, which J. Price McNamara will send when fee obligations are satisfied. **Please mail all payments to J. Price McNamara, 10455 Jefferson Highway, Ste. 130, Baton Rouge, LA 70809.**

Sincerely,

Amy R. Knight

**Amy Ray Knight**

**Vinesign**

Veri
The documer

| | |
|---|---|
| **Document Status** | ✔ Signed & Verified |
| **Document Name** | Knight - Ltr to Lincoln Auth Payment to McNamara Law - 10-03-23 |
| **Sender Name** | Sara Breaux |
| **Document Key** | 568B191B-2AF2-4DDB-BD66-DB5B2F596A61 |

| **Recipient 1** | **IP Address** | **Signature** |
|---|---|---|
| Amy Knight<br>Order 1 | 184.190.201.15 | Amy R Knight |

## Document History

| Activity | Date & Time | Recipient | Activity Details |
|---|---|---|---|
| Document Completed<br>Matching Hash | 10/03/2023 16:54 UTC | Amy Knight | Signed by Amy Knight (<br>**Blockchain Block**<br>VVz0iZWI0s3WCGJg21YPzxkbBBUI5AnN5usho3rfhM<br>**Document Hash**<br>C5A184C1A9A102C70B8ADA1259039C60544E37B4<br>**Timestamp**<br>10/03/2023 16:54 UTC |
| Document Viewed | 10/03/2023 16:53 UTC | Amy Knight | Viewed by Amy Knight ( |
| Document Sent | 10/03/2023 16:42 UTC | Amy Knight | Sent out via email to Amy Knight (amray115@a |
| Document Sent | 10/03/2023 16:42 UTC | Amy Knight | Sent out via text to Amy Knight |
| Document Created | 10/03/2023 16:42 UTC | | Created by Sara Breaux (sara@jpricemcnamara |

FILEVINE

# Fax Confirmation

| | | | |
|---|---|---|---|
| **To:** | (603) 334-0401 | **From:** | (225) 201-8313 |
| **Doc:** | Fax_Knight - Ltr to Lincoln FWD Fee Agreement - 10-03-23_2023-10-03-1059-PDT.pdf | **Pages:** | 3 |
| **Sent:** | October 3, 2023 10:59 AM PDT | **Rec'd:** | October 3, 2023 11:01 AM PDT |

**From:** LincolnAbsenceNotification@lfg.com
**To:** PMISNER@DXC.COM
**Subject:** Amy Ray Knight LINCOLN FINANCIAL NOTIFICATION: Approval of Long Term Disability - Claim 11580689

This is to notify you that there has been an approval or extension of a Long Term disability claim for **Amy Ray Knight** (Employee ID **11553809**).

**Long Term Disability Information:**

Benefit Payments Period: **8/26/2021 thru** thru **8/25/2023**

If you have further questions, please call Lincoln Financial at 800-879-2701 ext. **16117** or contact the assigned Case Manager at **Sarah.Boyle@lfg.com**. Please be sure to reference claim number **11580689.**

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

LAW OFFICES OF J. PRICE MCNAMARA

J. PRICE McNAMARA
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

October 3, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX (603) 334-0401**

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
**Attn: Keri Young**
PO Box 2578
Omaha, NE 68103-2578

**Re: Claimant: Amy Ray Knight**
**Long Term Disability (LTD) Benefits**
**Gainwell Acquisition Corp**
**Claim #:11580689**

Dear Ms. Young,

Enclosed is a fee agreement, which Ms. Knight has completed and signed. We request confirmation that nothing further is needed and that back pay is being processed immediately.

**Please confirm receipt of this by fax or email.

With kind regards, I remain

Sincerely,

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/eej
Enclosure

Vinesign Document ID: 568B191B-2AF2-4DDB-BD66-DB5B2F596A61

LAW OFFICES
OF
J. PRICE MCNAMARA

J. PRICE McNAMARA
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

October 3, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX (603) 334-0401**

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
**Attn: Sarah Boyle**
PO Box 2578
Omaha, NE 68103-2578

**Re:** **Claimant: Amy Ray Knight**
**Long Term Disability (LTD) Benefits**
**Gainwell Acquisition Corp**
**Claim #:11580689**

Dear Ms. Boyle,

This is to advise that, pursuant to our representation agreement, all benefit payments are to be made payable to myself and J. Price McNamara until written notification advising otherwise, which J. Price McNamara will send when fee obligations are satisfied. **Please mail all payments to J. Price McNamara, 10455 Jefferson Highway, Ste. 130, Baton Rouge, LA 70809.**

Sincerely,

Amy R. Knight

**Amy Ray Knight**

The signed document can be validated at https://app.vinesign.com/Verify

Vinesign

**Verification Complete**

This document has been officially verified.

| | |
|---|---|
| **Document Status** | ✔ Signed & Verified |
| **Document Name** | Knight - Ltr to Lincoln Auth Payment to McNamara Law - 10-03-23 |
| **Sender Name** | Sara Breaux |
| **Document Key** | 568B191B-2A12-4DDB-BD66-DB5B21596A61 |

| Recipient 1 | IP Address | Signature |
|---|---|---|
| Amy Knight<br>amray115@aol.com<br>(225) 931-2516<br>Order 1 | 184.190.201.15 | Amy R Knight |

## Document History

| Activity | Date & Time | Recipient | Activity Details |
|---|---|---|---|
| Document Completed | 10/03/2023 16:54 UTC | Amy Knight | Signed by Amy Knight (amray115@aol.com)<br>**Blockchain Block**<br>VV/0iZWI0s3WCGIg21YP/xkBBBUI5AnN5usho3rfhMg=<br>**Document Hash**<br>C5A184C1A9A102C70DBADA1259039C60544E37D41183872094 53D768965770E5<br>**Timestamp**<br>10/03/2023 16:54 UTC |
| Document Viewed | 10/03/2023 16:53 UTC | Amy Knight | Viewed by Amy Knight (amray115@aol.com) |
| Document Sent | 10/03/2023 16:42 UTC | Amy Knight | Sent out via email to Amy Knight (amray115@aol.com) |
| Document Sent | 10/03/2023 16:42 UTC | Amy Knight | Sent out via text to Amy Knight ((225) 931-2516) |
| Document Created | 10/03/2023 16:42 UTC | | Created by Sara Breaux (sara@jpricemcnamara.com) |

From: LFGNotifications@LFG.com
Sent: Friday, September 29, 2023 8:54:36 AM
To: SUPPORT@JPRICEMCNAMARA.COM;
CC:
BCC:
Subject: [Send Secure]Gainwell Acquisition Corp Claim No. 11580689 Amy Ray Knight
Attachments: lpnthyo9kybv3e4u1x74_16232885.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-0119

September 29, 2023

J. Price McNamara
10455 JEFFERSON HIGHWAY
STE 130
BATON ROUGE, LA 70809

RE: Long Term Disability (LTD) Benefits
Gainwell Acquisition Corp
Claim #: 11580689
Claimant: Amy Ray Knight

Dear J. Price McNamara:

Please provided a signed authorization from the claiment stating that payments are to be released to the Law Office of J. Rice McNamara

If you have any questions regarding this matter, please contact her assigned Disability Case Manager at the number below.

Sincerely,

Keri Young
Ltd Claim Specialist I
On Behalf Of: Sarah Boyle
Phone No.: (888) 437-7611 Ext. 16117
Secure Fax No.: (603) 334-0401

Attachments: 11580689-EMPLOYEE/CLAIMANT-ATTORNEY DOCUMENTS-09.21.2023

LAW OFFICES
OF
J. PRICE McNAMARA

J. PRICE McNAMARA
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

September 21, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX (603) 334-0401**

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
**Attn: Sarah Boyle**
PO Box 2578
Omaha, NE 68103-2578

Re: **Claimant: Amy Ray Knight**
**Long Term Disability (LTD) Benefits**
**Gainwell Acquisition Corp**
**Claim #:11580689**

Dear Ms. Boyle,

We received your September 21, 2023, letter advising that Ms. Knight's long term disability benefits have been approved through August 25, 2023.

Please advise the financial processing department of our **attorney fee lien** and the following payment instructions:

> **Pursuant to our representation agreement with our client, all payments made to our client are to be made payable to the client and J. Price McNamara. Please mail all payments to J. Price McNamara, 10455 Jefferson Highway, Ste. 130, Baton Rouge, LA 70809. Our Tax ID Number is 72-1384876.**
>
> **Strict compliance with this request is required by law until further written notice from this office. Failure to comply with this request will be considered intentional interference with contractual rights, resulting in appropriate legal response.**

**Please confirm receipt of this by fax or email.

With kind regards, I remain

Sincerely,

J. Price McNamara
**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/eej

**From:**McNamara Law Office Support <support@jpricemcnamara.com>
**Sent:**Mon, 25 Sep 2023 13:22:40 -0500
**To:**Gerald, Rosalind
**Subject:**Re: Claim 11580689 AMY RAY KNIGHT
**Attachments:**image001.png, image002.png, image003.png, image004.png, image005.png, image006.png, image005.png

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good afternoon, Ms. Gerald,

Ms. Knight's Social Security Disability claim is PENDING at this time. Ms. Knight's Social Security Disability claim is being handled by attorney Bill Matthews. If additional information is required, please contact Mr. Matthews directly at 855-778-7999.

Kind Regards,

Erika

**Support Team**

***Law Offices of J. Price McNamara***

Holding Insurance Companies to Their Promises

**Offices in Louisiana and Texas**

10455 Jefferson Highway | Suite 130 | Baton Rouge, LA 70809
Phone: 225-201-8311 Fax: 225-612-6973 Alt. Fax: 225-201-8313
support@jpricemcnamara.com | www.jpricemcnamara.com

On Mon, Sep 25, 2023 at 6:18 AM Gerald, Rosalind <Rosalind.Gerald@lfg.com> wrote:

Good morning,

If possible, please provide the status of Ms. Amy Wright Social Security Disability application.

Thank you,

Rosalind R Gerald

Claims Examiner II
Social Security Specialist

Claims Shared Services

888-437-7611 ext. 59678 office

Lincoln Financial Group

15720 Brixham Hill Ave #575

Charlotte, NC 28277

LincolnFinancial.com

**Follow us on:**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**

**From:** LincolnAbsenceNotification@lfg.com
**To:** PMISNER@DXC.COM
**Subject:** Amy Ray Knight LINCOLN FINANCIAL NOTIFICATION: Approval of Long Term Disability - Claim 11580689

This is to notify you that there has been an approval or extension of a Long Term disability claim for **Amy Ray Knight** (Employee ID **11553809**).

**Long Term Disability Information:**

Benefit Payments Period: **8/26/2021 thru** thru **10/24/2023**

If you have further questions, please call Lincoln Financial at 800-879-2701 ext. **16117** or contact the assigned Case Manager at **Sarah.Boyle@lfg.com**. Please be sure to reference claim number **11580689.**

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

**From:** LincolnAbsenceNotification@lfg.com
**To:** PMISNER@DXC.COM
**Subject:** Amy Ray Knight LINCOLN FINANCIAL NOTIFICATION: Approval of Long Term Disability - Claim 11580689

This is to notify you that there has been an approval or extension of a Long Term disability claim for **Amy Ray Knight** (Employee ID **11553809**).

**Long Term Disability Information:**

Benefit Payments Period: **8/26/2021 thru** thru **11/11/2022**

If you have further questions, please call Lincoln Financial at 800-879-2701 ext. **16117** or contact the assigned Case Manager at **Sarah.Boyle@lfg.com**. Please be sure to reference claim number **11580689.**

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Friday, September 22, 2023 9:21:51 AM |
| To: | SUPPORT@JPRICEMCNAMARA.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Gainwell Acquisition Corp Claim No. 11580689 Amy Ray Knight |
| Attachments: | zcujc0gvk2zlrygcaabe_16181315.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

September 22, 2023

J. Price McNamara
10455 JEFFERSON HIGHWAY
STE 130
BATON ROUGE, LA 70809

RE: Long Term Disability (LTD) Benefits
Gainwell Acquisition Corp
Claim #: 11580689
Claimant: Amy Ray Knight

Dear J. Price McNamara:

I have received your letter dated September 14, 2023. Please accept my sincere apologies for the communication sent by me on September 11, 2023. I have searched for the source of a death notice on this claim and have been unsuccessful; unfortunately it looks to be an error on my part.

Please allow this letter to serve as notice to disregard my letter sent on September 11, 2023. I have noted the claim of this as well.

There has been no interruption to the appeal review on this claim and will continue per normal process.
If you have any questions regarding this matter, please contact me.

Sincerely,

Rebekah Latour
Financial Operations Administrator II
Phone No.: (888) 437-7611 Ext. 15917
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Thursday, September 21, 2023 8:15:25 AM |
| To: | SUPPORT@JPRICEMCNAMARA.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Gainwell Acquisition Corp Claim No. 11580689 Amy Ray Knight |
| Attachments: | rrm109yq3zplaybryxcr_16170595.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

September 21, 2023

J. Price McNamara
10455 JEFFERSON HIGHWAY
STE 130
BATON ROUGE, LA 70809

RE: Long Term Disability (LTD) Benefits
Gainwell Acquisition Corp
Claim #: 11580689
Claimant: Amy Ray Knight

Dear J. Price McNamara:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under the Gainwell Acquisition Corp Group Disability Policy. We are writing regarding Ms. Ray Knight's claim for LTD benefits under the Policy.

We are in the process of reviewing your appeal of our denial determination regarding the above-referenced claim. The purpose of this letter and enclosure(s) is to provide you with an opportunity to review and comment on new/ additional evidence that has been received before a decision is rendered on your appeal.

Please find attached Peer and Vocational Reviews, which is new or additional evidence in connection with your appeal. You may review these and provide a response to us, which we will consider in making our decision on your appeal. If we do not receive your response within 21 days of the date of this letter or by October 11, 2023, we will proceed with making a determination on your appeal.

Upon receipt of your response, we will promptly complete our review and render a determination on your appeal. If your response is not received by October 11, 2023 (21 days from the date of this letter), we will render a determination based on the information contained in Ms. Ray Knight's file.

In our correspondence dated July 24, 2023, you were advised that since our appeal review was suspended for you submit additional documentation, we exercised our right to take an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln's control, which require a delay in making a determination. If additional time is needed,

ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate Ms. Ray Knight's claim. (Tolled: accumulation of time is suspended.)]

If you have any questions regarding this matter, please contact me.

Sincerely,

Sarah Boyle
Claims Resolution Specialist
Phone No.: (888) 437-7611 Ext. 16117
Secure Fax No.: (603) 334-0401

Attachments: 11580689-MEDICAL-CP/PEER REVIEW-07.21.2023
11580689-MEDICAL-CP/PEER REVIEW-09.08.2023
11580689-MEDICAL-CP/PEER REVIEW-09.12.2023
11580689-VOC-TRANSFERRABLE SKILLS ASSESSMENT-09.20.2023

Reliable Review Services
604 Banyan Trail
P.O. Box 810789
Boca Raton, FL, 33481
Toll Free: 877-890-0123
**Fax: 561-995-4189**

RRS
Reliable Review Services

# Fax:

| | |
|---|---|
| **To**: Craig Greene, MD | **From:** Reliable RS |
| **Fax:** 225-408-7980 | **Date:** July 21, 2023 |
| **Re:** Amy R Ray Knight | **RRS ID:** 90490 |

As an Independent Peer Reviewer, Andrew M Nava, MD, on the case for your above named patient, I have contacted your office to discuss the case and was instructed to present my questions to you via fax. **Please respond by 7/28/2023.**

QUESTIONS:

1. What are the claimant's most recent objective examination findings with date(s)?

2. What are the claimant's current restrictions and limitations and for what period of time will these be in place?

3. Is the claimant working?

4. What is the treatment plan from your office/practice?

FINDINGS:

Based on the documentation provided, there is objective evidence to support an impairment for this claimant from 11/11/2022 to 04/27/2023 as there are abnormal objective examination findings pertaining to the left knee and right hip, including pain and tenderness.

There are no abnormal objective findings after 01/27/2023. It is reasonable to assume the claimant's objective findings and functional deficits would persist for at least 3 months after 01/27/2023. However, given the lack of recent progress notes, a functional impairment after 04/27/2023 is not supported due to lack of recent objective examination findings.

Restrictions are as follows from 11/11/2022 to 04/27/2023:

RRS
Reliable Review Services

Standing/Walking: No longer than 30 minutes over a 2 hour period. No more than 2 hours in an 8-hour day.
Sitting: Unrestricted or unlimited, but noting changing positions as necessary or comfort.
Pushing/Pulling/Lifting/Carrying: Up to 20 pounds occasionally.
Bending/Stooping/Kneeling: Occasionally.
Climbing: Never ladders, occasionally stairs.
Bilateral Upper Extremity: Unrestricted overhead, waist level, and below desk level reaching, keyboarding, typing, mousing, gripping, and grasping.

The claimant can work 8 hours per day, 5 days per week, with the above restrictions. The claimant has impairments related to left knee and right hip pain supported by objective examination findings and imaging findings. The claimant requires functional limitations and restrictions to prevent further aggravation of the above existing medical conditions. The prognosis is guarded, however a functional impairment after 04/27/2023 cannot be supported due to lack of updated objective examination findings.

Andrew M Nava, MD
Board Certified
Physical Medicine & Rehabilitation
Expertise in: Pain Medicine
MD - D82474
July 21, 2023

Please remit response to:
**Reliable Review Services**
**604 Banyan Trail**
**P.O. Box 810789**
**Boca Raton, FL, 33481**
**Fax: 561-995-4189**

Please reply via fax to 561-995-4189 by 7/28/2023.

Print: ______________________________
Craig Greene, MD

Sign: ______________________________ Date:__________

Craig Greene, MD

If you have any questions or would like to discuss this case further, please do not hesitate to contact:

**Reliable Review Services**
**604 Banyan Trail**
**P.O. Box 810789**
**Boca Raton, FL, 33481**
**Fax: 561-995-4189**

Reliable Review Services
604 Banyan Trail
P.O. Box 810789
Boca Raton, FL, 33481
Toll Free: 877-890-0123
**Fax: 561-995-4189**

RRS
Reliable Review Services

# Fax:

| | |
|---|---|
| **To**: Bryan Griffith, MD | **From:** Reliable RS |
| **Fax:** 225-408-7980 | **Date:** July 21, 2023 |
| **Re:** Amy R Ray Knight | **RRS ID:** 90490 |

As an Independent Peer Reviewer, Andrew M Nava, MD, on the case for your above named patient, I have contacted your office to discuss the case and was instructed to present my questions to you via fax. **Please respond by 7/28/2023.**

QUESTIONS:

1. What are the claimant's most recent objective examination findings with date(s)?

2. What are the claimant's current restrictions and limitations and for what period of time will these be in place?

3. Is the claimant working?

4. What is the treatment plan from your office/practice?

FINDINGS:

Based on the documentation provided, there is objective evidence to support an impairment for this claimant from 11/11/2022 to 04/27/2023 as there are abnormal objective examination findings pertaining to the left knee and right hip, including pain and tenderness.

There are no abnormal objective findings after 01/27/2023. It is reasonable to assume the claimant's objective findings and functional deficits would persist for at least 3 months after 01/27/2023. However, given the lack of recent progress notes, a functional impairment after 04/27/2023 is not supported due to lack of recent objective examination findings.

Restrictions are as follows from 11/11/2022 to 04/27/2023:

RRS
Reliable Review Services

Standing/Walking: No longer than 30 minutes over a 2 hour period. No more than 2 hours in an 8-hour day.
Sitting: Unrestricted or unlimited, but noting changing positions as necessary or comfort.
Pushing/Pulling/Lifting/Carrying: Up to 20 pounds occasionally.
Bending/Stooping/Kneeling: Occasionally.
Climbing: Never ladders, occasionally stairs.
Bilateral Upper Extremity: Unrestricted overhead, waist level, and below desk level reaching, keyboarding, typing, mousing, gripping, and grasping.

The claimant can work 8 hours per day, 5 days per week, with the above restrictions. The claimant has impairments related to left knee and right hip pain supported by objective examination findings and imaging findings. The claimant requires functional limitations and restrictions to prevent further aggravation of the above existing medical conditions. The prognosis is guarded, however a functional impairment after 04/27/2023 cannot be supported due to lack of updated objective examination findings.

Andrew M Nava, MD
Board Certified
Physical Medicine & Rehabilitation
Expertise in: Pain Medicine
MD - D82474
July 21, 2023

Please remit response to:
**Reliable Review Services**
**604 Banyan Trail**
**P.O. Box 810789**
**Boca Raton, FL, 33481**
**Fax: 561-995-4189**

Please reply via fax to 561-995-4189 by 7/28/2023.

Print: ______________________________
Bryan Griffith, MD

Sign: ______________________________ Date:__________

Reliable Review Services

Bryan Griffith, MD

If you have any questions or would like to discuss this case further, please do not hesitate to contact:

**Reliable Review Services**
**604 Banyan Trail**
**P.O. Box 810789**
**Boca Raton, FL, 33481**
**Fax: 561-995-4189**

RRS
Reliable Review Services

Date: 7/21/2023
To: Jeff Booth
LINCOLN FINANCIAL GROUP
Re: RRS ID: 90490

---

Claimant: Amy R Ray Knight
Claim #: 11580689
Line of Business: Disability
Review Type: LTD
Review Level: Initial

## Advisory Report

### Clinical History

This review is from a Physical Medicine and Rehabilitation perspective. The claimant is a 55 year old female who had a listed diagnosis of "pain in left arm". This review is to determine if the claimant was functionally impaired from 11/11/2022 to the present. The claimant's date of disability was noted to be 02/25/2021.

All of the medical records were reviewed and taken into consideration for this review, but only those closest to the dates under review and those felt to be most relevant to this review were noted below.

02/24/2022: R. Bryan Griffith, MD (Orthopedics) - The claimant presented for bilateral knee pain, worse on the left to the right. She fell on her knees and they have been bothering her ever since. Physical examination revealed tenderness at the bilateral patellas. The diagnosis was traumatic chondromalacia of bilateral knees, fibromyalgia. Plan for knee extension exercises.

09/22/2022: Craig Greene, MD, MBA (Orthopedics) - The claimant presented for left knee pain. The pain has been going on for over a year. She has maximized the conservative treatment. She has catching, popping and locking. Pain level is 8/10. Physical examination of the left knee reveals pain with extension and deep flexion. Severe medial and lateral joint line tenderness with evidence of patellofemoral crepitus. Positive McMurray's test and positive Apley's test at the medial compartment. The diagnosis was left knee pain, left medial meniscus tear. Plan for magnetic resonance imaging (MRI) of the left knee.

12/07/2022: MRI of the left knee revealed mild degenerative free edge fraying of the posterior horn of the medial meniscus. Mild tricompartmental chondral thinning. Severe tendinosis distal semimembranosus tendon at the tibial plateau insertion.

12/19/2022: Craig Greene, MD, MBA (Orthopedics) - The progress note was poorly scanned and somewhat difficult to decipher. She continues to have left knee pain 7/10. Physical examination findings appear to be unchanged. Additional diagnosis of left knee osteoarthritis, diabetes mellitus, fibromyalgia, left knee pes anserine bursitis. The claimant was prescribed Mobic and hold off on injection.

12/22/2022: Craig Greene, MD, MBA (Orthopedics) - The progress note was poorly scanned and somewhat difficult to decipher. She continues to have left knee pain 7/10. Physical examination findings appear to be unchanged. It appears the plan was for continued conservative management.

01/11/2023: Craig Greene, MD, MBA (Orthopedics) - The progress note was poorly scanned and somewhat difficult to decipher. She continues to have left knee pain 7/10. Physical examination findings appear to be unchanged. It appears the plan was for continued conservative management.

01/16/2023: David West, MD (Internal Medicine) - Letter: The claimant continues to report intense pain involved in the left upper extremity and right wrist. These are chronic. She states she cannot perform routine chores around her home due to pain. She is unable to lift even light weight and cannot do repetitive activities with her upper extremities. These physical ailments and disabilities have exacerbated her mental health problems. Her depression and anxiety disorders have intensified. Medical conditions include diabetes, major depression, generalized anxiety disorder, fibromyalgia, chronic wrist pain, complex regional pain syndrome of the left upper extremity, vertigo, and Meniere's disease. "I have a hard time believing she can return to any type of gainful employment."

01/27/2023: Craig Greene, MD, MBA (Orthopedics) - The progress note was poorly scanned and somewhat difficult to decipher. The claimant presented for right hip pain, 8/10. Physical examination revealed severe tenderness at the greater trochanteric bursa. Positive straight leg raise on the right. She has hypersensitivity along the anterior lateral thigh and down the posterior calf with numbness in the distribution. The diagnosis was trochanteric bursitis of right hip, right lower extremity radiculopathy. Recommendation for steroid injection to the right greater trochanteric bursa and continue Naproxen. Plan for MRI of the lumbar spine.

02/20/2023: Gary McDaniel, MD (specialty not specified) - The progress note was poorly scanned and somewhat difficult to decipher. The claimant presented for fibromyalgia. She failed Cymbalta. Pain level is 7/10. The remainder of the subjective findings section cannot be deciphered. Physical examination appeared to be normal. The diagnosis was fibromyalgia. Continue Topamax and start low-dose Naltrexone. Referral to aquatic therapy.

03/27/2023: Gary McDaniel, MD (specialty not specified) - The progress note was poorly scanned and somewhat difficult to decipher. The claimant presented for follow up fibromyalgia. Pain level was 7-8 out of 10. Physical examination section appeared to be normal. Plan to continue Topamax and start low-dose Naltrexone. Continue aquatic therapy.

04/28/2023: Gary McDaniel, MD (specialty not specified) - The progress note was poorly scanned and somewhat difficult to decipher. The claimant presented for follow up fibromyalgia. Pain level was 7/10.

RRS
Reliable Review Services

Physical examination section appeared to be normal. Plan to continue Topamax and increase medical marijuana. Continue aquatic therapy.

05/22/2023: Gary McDaniel, MD (specialty not specified) - The progress note was poorly scanned and somewhat difficult to decipher. This objective findings portion of the progress note was not legible. Physical examination appeared to be normal. It appears the plan was to continue Topamax and aquatic therapy. Recommendation to discuss with psychiatrist about starting Savella.

## Provider Contact Log

| Date/time of call | Spoke to | Outcome/message |
|---|---|---|
| 7/17/2023 12:47 PM CDT | Mary - Appointment Line/General Voicemail | I attempted to contact Craig Greene, MD. I reached Mary and the general voicemail. I left a detailed message noting the reason for my call and requesting a return call. My contact number was provided and the best time to reach me was noted. A time frame for call back was provided. |
| 7/19/2023 11:02 AM CDT | General Voicemail | I attempted to contact Craig Greene, MD. I reached the general voicemail. I left a detailed message noting the reason for my call and requesting a return call. My contact number was provided and the best time to reach me was noted. A time frame for call back was provided. |
| 7/17/2023 12:51 PM CDT | Selena - Appointment Line/ Emily - Nurse Voicemail | I attempted to contact Bryan Griffith, MD. I reached Selena and the voicemail of Emily. I left a detailed message noting the reason for my call and requesting a return call. My contact number was provided and the best time to reach me was noted. A time frame for call back was provided. |
| 7/19/2023 11:07 AM CDT | Misty - Appointment Line/Emily - Nurse Voicemail | I attempted to contact Bryan Griffith, MD. I reached Misty and the voicemail of Emily. I left a detailed message noting the reason for my call and requesting a return call. My contact number was provided and the best time to reach me was noted. A time frame for call back was provided. |

## Questions and Reviewer's Response

1. Please identify the primary impairing diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.

RRS
Reliable Review Services

From a physical medicine and rehabilitation perspective, based on the provided medical records, the primary impairing diagnoses during the timeframe under review are:

Left knee pain (M25.562)
Left medial meniscus tear (S83.242A)
Left knee osteoarthritis (M17.12)
Left knee pes anserine bursitis
Trochanteric bursitis of right hip
Right lower extremity radiculopathy
Traumatic chondromalacia of bilateral knees

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

From a physical medicine and rehabilitation perspective, based on the provided medical records, the comorbid diagnoses significant to impairment during the timeframe under review are:

Diabetes mellitus (E11.9)
Fibromyalgia (M79.7)

**3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 11/11/2022 to the present, and comment on the expected duration.**

Based on the documentation provided, there is objective evidence to support an impairment for this claimant from 11/11/2022 to 04/27/2023 as there are abnormal objective examination findings pertaining to the left knee and right hip, including pain and tenderness.

There are no abnormal objective findings after 01/27/2023. It is reasonable to assume the claimant's objective findings and functional deficits would persist for at least 3 months after 01/27/2023. However, given the lack of recent progress notes, a functional impairment after 04/27/2023 is not supported due to lack of recent objective examination findings.

Restrictions are as follows from 11/11/2022 to 04/27/2023:

Standing/Walking: No longer than 30 minutes over a 2 hour period. No more than 2 hours in an 8-hour day.

Reliable Review Services

Sitting: Unrestricted or unlimited, but noting changing positions as necessary or comfort.
Pushing/Pulling/Lifting/Carrying: Up to 20 pounds occasionally.
Bending/Stooping/Kneeling: Occasionally.
Climbing: Never ladders, occasionally stairs.
Bilateral Upper Extremity: Unrestricted overhead, waist level, and below desk level reaching, keyboarding, typing, mousing, gripping, and grasping.

The claimant can work 8 hours per day, 5 days per week, with the above restrictions. The claimant has impairments related to left knee and right hip pain supported by objective examination findings and imaging findings. The claimant requires functional limitations and restrictions to prevent further aggravation of the above existing medical conditions. The prognosis is guarded, however a functional impairment after 04/27/2023 cannot be supported due to lack of updated objective examination findings.

4. Do medical records support any restrictions/limitations that were recommended by treating providers for the timeframes in question?

From a physical medicine and rehabilitation perspective, the restrictions and limitations that were recommended by the claimant's treating providers during the timeframe under review were not supported by the provided medical records.

5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?

From a physical medicine and rehabilitation perspective, based on the provided medical records, the medical management recommended by the claimant's treating providers was clinically reasonable and consistent with the standard of care for the apparent level of severity for the reported conditions.

6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?

From a physical medicine and rehabilitation perspective, there were no non-medical circumstances noted in the provided medical records that may adversely impact the claimant working.

7. Other - Please contact treating provider Craig Greene (225-924-2424 (f)225-408-7980) & R. Bryan Griffith (225-924-2424 (f)225-408-7980) to discuss the claimant's condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call. Please

RRS
Reliable Review Services

be sure to include the patient's name and purpose of call with any messages that are left for the treating provider. If AP contact is not successful, please send a letter to the treating provider outlining a summary of your assessment/findings and your questions for the treating provider.

Please refer to the call logs. Letters to be sent per client specifications.

*The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of this independent review. I also attest that I have no substantial personal or financial relationship with the treating provider(s) and/or treatment facility(ies), I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.*

*I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.*

Andrew M Nava, MD
Board Certified
Physical Medicine & Rehabilitation
Expertise in: Pain Medicine
MD - D82474

## Documents Sent for Review

| Document Date | Document Type | Document Source |
|---|---|---|
| 06/06/2018 | Petition for Settlement of Worker's Compensation Claim | Robert Campbell |
| 06/06/2018 | First Report of Injury or Illness | Baton Rouge |
| 06/19/2018, 07/10/2018, 08/09/2018, 08/30/2018, 09/13/2018, 01/03/2019, 01/31/2019, 02/19/2019, 03/12/2019, 03/12/2019, 04/05/2019, 05/17/2019, | Office Visits | Rick Ahmad, MD |

RRS
Reliable Review Services

| | | |
|---|---|---|
| 07/02/2019, 08/18/2020 | | |
| 08/24/2018 | Radiology Report | Jason Brown, MD |
| 08/28/2018, 12/05/2018, 02/20/2019 | Office Visits | Larry Bankston, MD |
| 08/31/2018 | Request of Authorization/Carrier of Self Insured Employer Response | Larry Bankston, MD, Rick Ahmad, MD |
| 10/24/2018 | Radiology Report | James Lawton, MD |
| 01/30/2019 | EMG/NCV | Brian Murphy, MD |
| 03/28/2019 | Radiology Report | Nina Gazmen, MD |
| 10/13/2020 | Radiology Report | Adam Harris |
| 11/05/2020 | Affidavit | Robert Campbell |
| 11/05/2020 | Affidavit | Claimant |
| 11/10/2020 | Procedure Note | William Gladney, MD |
| 11/13/2020 | Affidavit | Keith Pittman |
| 11/16/2020 | Motion for Approval of Attorney's Fees | Robert Campbell |
| 11/16/2020 | Orders | Unknown |
| 03/03/2021, 03/04/2021, 08/20/2021, 10/25/2022 | Authorization for the Release of Information Including Protected Health Information | Claimant |
| 03/22/2021, 05/19/2021, 09/02/2021, 01/17/2022, 07/18/2022 | Office Visits | James West, MD |
| 03/26/2021 | Office Visits | Mark Garon, MD |
| 05/10/2021 | Office Visits | Angele Bourg, MD |
| 05/19/2021, 07/02/2021, 11/23/2021 | Office Visits | David West, MD, Venugopal Vatsavayi, MD |
| 06/14/2021 | Letter | Eric Berger |
| 06/15/2021 | Physician's Statement of Disability | Kim Richards |
| 07/07/2021 | Attending Physician's Statement | James West, MD |
| 08/06/2021 | Email Correspondence | Keri Young |
| 08/10/2021 | Occupational Analysis | Megan Provost, MA, CRC |
| 08/20/2021, 10/25/2022 | Claimant Information Form | Claimant |
| 08/20/2021, 10/25/2022 | Authorization for the Release of Protected Health Information | Claimant |
| 08/20/2021, 10/25/2022 | Activities Questionnaire | Claimant |
| 09/02/2021 | Radiology Report | Baton Rouge Clinic |
| 11/23/2021 | Office Visits | Venugopal Vatsavayi, MD |
| 02/01/2022 | Information | James West, MD |
| 02/24/2022 | Office Visits | Bryan Griffith, MD |
| 05/20/2022 | Office Visits | Michael Perniciaro, MD |
| 05/26/2022 | Authorization to Disclose Information to the Social | Claimant |

RRS
Reliable Review Services

| | | |
|---|---|---|
| | Security Administration | |
| 09/22/2022, 12/19/2022, 12/22/2022, 01/11/2023, 01/27/2023 | Office Visits | Craig Greene, MD |
| 10/27/2022 | Claim Coversheet Report | Unknown |
| 10/29/2022 | Claimant Supplementary Statement | Claimant |
| 11/03/2022 | Letter | James Hill, MD, MPH |
| 11/08/2022 | Clinical Review Memo | James Hill, MD, MPH |
| 11/08/2022 | Email Correspondence | Unknown |
| 11/08/2022 | Clinical Review Memo | Amy Feitelson, MD |
| 11/08/2022 | Letter | Amy Feitelson, MD |
| 12/07/2022 | Radiology Report | Robert Branstetter, MD |
| 12/07/2022 | MRI Screening Questionnaire | Claimant |
| 01/05/2023 | Billing Statement | ReleasePoint |
| 01/16/2023 | Letter | James West, MD |
| 02/07/2023, 05/03/2023, 07/10/2023 | Letter | Price McNamara |
| 02/20/2023, 03/27/2023, 04/26/2023, 05/22/2023 | Office Visits | Gary McDaniel, MD |
| 02/27/2023 | Letter | Claimant |
| 06/06/2023 | Patient Receipt | Baton Rouge Orthopaedic Clinic |
| 07/11/2023 | Appeal Referral | Lincoln Financial Group |
| 07/13/2023 | Peer Review Request | Valencia Mccrae |
| Undated | Document History | Unknown |
| Undated | Training-Education-Experience Form (TEE) | Claimant |
| Undated | Driver License | Claimant |

# Elbert Greer Richardson, MD
***Board-Certified in Psychiatry***

CLAIMANT NAME: Ray Knight, Amy
EXAMINER: Elbert Greer Richardson, MD
ECN #: 247357-1
CLAIM #: 11580689
DATE OF LOSS: 2/25/2021
DATE OF SERVICE: 9/8/2023

**Peer Review**

This is a peer review regarding Ray Knight, Amy. I have been asked to review the medical records on behalf of ECN. I reviewed records from 12/06/2016 through 08/17/2023 including:

- Claire Roberts, MD / Radiology, on 12/06/2016
- Brian Swirsky, MD / Cardiology, on 12/06/2016
- Joseph Dupont, Jr., MD / General Surgery, extending from 12/14/2016 to 12/20/2016
- Baton Rouge General Medical Center, extending from 12/16/2016 to 08/02/2023
- Robert Branstetter, MD / Radiology, extending from 12/16/2016 to 12/07/2022
- Brian Webb, MD / Pathology, on 12/20/2016
- Jason Madatic, MD / Emergency Medicine, on 06/06/2018
- Lisa King, NP / Nurse Practitioner, on 06/06/2018
- Byron May, MD / Radiology, on 06/06/2018
- Rick Ahmad, MD / Orthopedic Surgery, extending from 06/19/2018 to 08/18/2020
- Jason Brown, MD / Radiology, on 08/24/2018
- Larry Bankston, Jr., MD / Orthopedic Surgery, extending from 08/28/2018 to 12/05/2018
- James Lawton, MD / Radiology, on 10/24/2018
- Brian Murphy, MD / Neurology, extending from 01/30/2019 to 04/18/2023
- Nina Gazmen, MD / Nuclear Medicine, on 03/28/2019
- Adam Harris, MD / Radiology, on 10/13/2020
- William Gladney, Jr., MD / Neurology, on 11/10/2020
- Attorney Letter of Representation, extending from 11/16/2020 to 08/17/2023
- James David West / Internal Medicine, extending from 03/22/2021 to 08/08/2023
- Mark Garon, MD / Orthopedic Surgery, on 03/26/2021
- Angele Bourg, MD / Rheumatology, extending from 05/10/2021 to 02/02/2023
- Job Description, on 08/06/2021
- Megan Provost, CRC / Vocational Case Manager, on 08/10/2021
- Venugopal Vatsavayi, MD / Psychiatry, extending from 11/23/2021 to 06/08/2023
- R Bryan Griffith, Jr., MD / Orthopedic Surgery, on 02/24/2022
- Michael Perniciaro, MD / Obstetrics and Gynecology, on 05/20/2022

- Craig Castleman Greene, MD / Orthopedic Surgery, extending from 09/22/2022 to 02/11/2023
- David Fargason, MD / Ophthalmology, on 10/19/2022
- Broc, on 12/07/2022
- Gary McDaniel, MD / Pain Management, extending from 02/20/2023 to 06/08/2023
- Womans Hospital, extending from 02/27/2023 to 07/07/2023
- Karl Nettles, MD / Radiology, on 04/24/2023

Following review of the available medical documentation, along with the treating provider's recommendation(s) for activity restrictions, there was sufficient information available to form an opinion as detailed below, and there was no need to consult the treating provider for clarification.

The claimant is a 55-year-old female with a medical history significant for pain in left arm, left upper extremity and right wrist pain, diabetes mellitus, major depressive disorder, generalized anxiety disorder, FMS, CRPS left upper extremity, Meniere's, vertigo. The claimant's physical conditions are respectfully deferred to the appropriate specialty reviewer for as they are beyond the scope of my review.

09/02/2021, James David West, MD / Internal Medicine: The claimant came in for follow-up regarding her chronic conditions which include diabetes and dyslipidemia. She has an upcoming appointment in November with psychiatry. She remains on Prozac and Wellbutrin for anxiety and depression. The claimant also informs that she has been approved for long-term disability and is applying for Social Security. Her neurologic test revealed she is alert and oriented x3 no focal or lateralizing signs and psychologic test shows her speech behavior appearance is normal, her mood is okay, and affect is appropriate. Moreover, the provider's assessment includes major and chronic depression and GAD (Generalized Anxiety Disorder).

11/23/2021, Venugopal Vatsavayi, MD / Psychiatry: The claimant presented as a referral from her rheumatologist for evaluation of her medications for her depression and anxiety. The claimant has been on combination of Prozac and Wellbutrin for a long time with good benefit. The claimant reported that she was sitting with depression and anxiety on and off since she was 25 years old and has been on and off medication as well since then. She added that her depression and anxiety are in good control for most part. Her depression is characterized by depressed and sad mood, fatigue, anhedonia, lack of motivation and feelings hopelessness. She denies any active suicidal ideations , mania hypomania and psychotic symptoms. The claimant also endorsed to symptoms consistent with generalized anxiety disorder as well as to panic-like symptoms especially when stressed. She was on Xanax and needed it few times a month for the management of her generalized anxiety disorder. She was also in Elavil for insomnia and Topamax for migraine prophylaxis. The claimant's Mental Status Exam shows unremarkable results.

01/06/2022, Venugopal Vatsavayi, MD / Psychiatry: The claimant came for follow up after her initial evaluation about 2 months back. She reported that she did not tolerate Cymbalta and has daily headaches so she went back on Prozac. She also stated that her

depression is “up and down” and hurting all the time. Despite all her complains, she was still sleeping well. She was tearful during the visit because she was frustrated about her physical limitations and how she cannot do the things she wants. The claimant has seen a Psychologist for Social Security Disability Evaluation and she reported that the provider recommended THC (Tetrahydrocannabinol). She also denies any suicidal ideations and psychosis. Her Mental Status Exam was also unremarkable.

02/24/2022, R Bryan Griffith, Jr., MD / Orthopedic Surgery: The claimant went for orthopedic evaluation and was complaining of bilateral knee pain, worse on the left than the right. She fell on her knees and they have been bothering her ever since yet her neuropsychologic exam showed the claimant is alert and oriented x3 and her mental status is normal.

03/03/2022, Venugopal Vatsavayi, MD / Psychiatry: The claimant presents for psychiatric follow up for her progress and she stated that she and her husband caught Covid in February and her daughter is due next week. Her daughter doesn’t want her around for the delivery which upsets her. She also added that that her husband was recently diagnosed with Nodule on his lungs. She was also denied in SSI (Supplemental Security Income) and has been crying frequently. The claimant also stated that she hurts constantly and has trouble with insomnia, yet she still denies any suicidal ideations. She also hasn’t started her medical Tetrahydrocannabinol (THC) but takes Xanax very occasionally. Her Mental Status Exam this time showed depressed mood, her affect is labile, and the rest of the area showed unremarkable results.

05/26/2022, Venugopal Vatsavayi, MD / Psychiatry: The claimant went for psychiatric follow-up and this time, she talked about her relationship with her daughter and updates on how her daughter allowed her to be there during the delivery that brought so much relief for her. She also updated about her husband which had a lung biopsy but was still waiting for results. She was still dealing with her knee pain. She also stated that the increase in her Prozac helped her and her crying spells have improved although she still struggles with intermittent sleep problems. She still denies any psychosis. The claimant’s Mental Status Exam was unremarkable and no change in her diagnosis.

11/08/2022, Amy Feitleson, MD / Consulting Psychiatrist: The provider sent a letter to the claimant’s treating physician, Dr. David West which she just recently conversed with to discuss the claimant’s recent and current clinical status. The provider indicated their conversation in the letter which stated that Dr. David West last saw the claimant on 7/18/22 for physical concerns and explained that he is not directly involved in her mental health, but they had conversations and that he knew that the claimant receives medication from Dr. Vatsavayi. He also stated that in the last 2-3 years, he observed that the claimant was hyper-emotional, anxious, tearful and always sad so he thought that a therapist would be helpful to manage her stressors.

06/08/2023, Venugopal Vatsavayi, MD / Psychiatry: The claimant came for routine follow-up visit for management of her depression. She has seen neurology since her last visit because of her memory issues. The claimant states going off Topamax did not help

much with her cognition, so she is back on Topamax. The claimant was referred to neuropsychological testing and had an MRI done which was essentially within normal limits. She also mentioned about her relationship with her daughter and added that her depression is in good control. She also denies any suicidal ideations and psychotic symptoms. The claimant's Mental Status Exam also shows unremarkable results.

08/04/2023, James David West, MD / Internal Medicine: The provider made a letter affirming the claimant's diagnosis and statements regarding her condition. The provider stated that due to her physical condition and the medications she needs to take, the claimant will not function well mentally or physically and will experience clouded thinking, confusion, slow reaction time and extreme fatigue. Thus, she cannot reasonably be expected to accurately and adequately perform mental or physical tasks. As for the provider, the claimant is permanently disabled from any type of gainful employment due to her limitations and conditions that are not expected to improve and rather are expected to continue to become worse with time.

08/08/2023, James David West, MD / Internal Medicine: The provider issued a "Medical Release-Fitness for Employment/Clinical Rotation Form" where he stated that he did not reviewed the claimant's prescription history report through the Louisiana State Board of Pharmacy. The provider also stated that the claimant has health/safety risks that would pose a problem to self or others and is medically, physically, and psychologically fit to return to work/clinical rotations in accordance with the cognitive, intellectual, and behavioral standards given noting that the claimant is seeing psychiatry, neurology and neuropsychology.

**CALLS TO APS:**

Phone call on 09/07/23 at 11:16 AM with Dr. West. Left a message at The Baton Rouge Clinic on the nurse's line. Contact number used for outreach: 225-769 4044

Phone call on 09/07/23 at 11:41 AM with Dr. Vatsavayi. Left a message at The Baton Rouge Psychiatry Clinic on the nurse's line. Contact number used for outreach: 225-381-2621

Phone call on 09/08/23 at 9:15 AM with Dr. West. Left an additional message at The Baton Rouge Clinic on the nurse's line. Contact number used for outreach: 225-769 4044

Phone call on 09/08/23 at 9:18 AM with Dr. Dr. Vatsavayi. Left an additional message at The Baton Rouge Psychiatry Clinic on the nurse's line. Contact number used for outreach: 225-381-2621

**DIAGNOSES:**

Pain in left arm, left upper extremity and right wrist pain, diabetes mellitus, major depressive disorder, generalized anxiety disorder, FMS, CRPS left upper extremity, Meniere's, vertigo

**RESPONSE TO QUESTIONS:**

1. **Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

Major Depressive Disorder (F32.9)
Generalized Anxiety Disorder (F41.1)
Pain in left arm, left upper extremity and right wrist pain (M25.532)
Fibromyalgia Syndrome
Complex Regional Pain Syndrome, left upper extremity
Meniere's disease
Vertigo

2. **If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

Left breast mass secondary to benign fibrocystic changes (N60.32)

3. **Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 11/12/2022 to ongoing, and comment on the expected duration.**

No, given consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, the claimant does not have supported level of impairment that translate into restrictions and limitations from 11/12/2022 to ongoing.

The claimant is a 55-year-old female with a medical history significant for pain in left arm, left upper extremity and right wrist pain, diabetes mellitus, major depressive disorder, generalized anxiety disorder, FMS, CRPS left upper extremity, Meniere's, vertigo. The claimant's physical conditions are respectfully deferred to the appropriate specialty reviewer for as they are beyond the scope of my review.

The claimant has a documented history of symptoms of major depressive disorder and generalized anxiety disorder. The claimant's treatment plan included medication management and psychotherapy. The claimant's medication include Xanax and Prozac.

On 09/02/2021, the claimant came had follow-up regarding her chronic conditions which include diabetes and dyslipidemia and has an upcoming appointment in November with psychiatry. She takes Prozac and Wellbutrin for anxiety and depression. Her neurologic test in this visit revealed normal but the provider's assessment in her case includes major and chronic depression and Generalized Anxiety Disorder. On 11/23/2021, the claimant reported that she was sitting with depression and anxiety on and off since she was 25 years old and has been on and off medication as well since then. She added that her depression and anxiety are in good control for most part. Her depression is characterized by depressed and sad mood, fatigue, anhedonia, lack of motivation and feelings

hopelessness. She denies any active suicidal ideations , mania hypomania and psychotic symptoms. The claimant also endorsed to symptoms consistent with generalized anxiety disorder as well as to panic-like symptoms especially when stressed. On 01/06/2022, the claimant stated that her depression is "up and down" and hurting all the time. Despite all her complains, she was still sleeping well. She was tearful during the visit because she was frustrated about her physical limitations. She also denies any suicidal ideations and psychosis. Her Mental Status Exam was also unremarkable. On 03/03/2022, the claimant shared about she and her husband caught Covid in February and her daughter is due next week and that her daughter doesn't want her around for the delivery which upsets her. She also added that that her husband was recently diagnosed with Nodule on his lungs. The claimant also stated that she hurts constantly and has trouble with insomnia, yet she still denies any suicidal ideations. Her Mental Status Exam at this time showed a depressed mood, her affect is labile, and the rest of the area showed unremarkable results. On 06/26/2022, the claimant had psychiatric follow-up again and talked about her relationship with her daughter and updates on how her daughter allowed her to be there during the delivery that brought so much relief for her. She also stated that the increase in her Prozac helped her and her crying spells have improved, although she still struggles with intermittent sleep problems. She still denies any psychosis. The claimant's Mental Status Exam was unremarkable and no change in her diagnosis. On 06/08/2023, the claimant has seen neurology since her last visit because of her memory issues. The claimant states going off Topamax did not help much with her cognition, so she is back on Topamax. The claimant was referred to neuropsychological testing and had an MRI done which was essentially within normal limits. She also mentioned about her relationship with her daughter and added that her depression is in good control. She also denies any suicidal ideations and psychotic symptoms. The claimant's Mental Status Exam still shows unremarkable results. On 08/08/2023, the provider issued a "Medical Release-Fitness for Employment/Clinical Rotation Form" and there it was stated that the claimant has health/safety risks that would pose a problem to self or others and is medically, physically, and psychologically fit to return to work/clinical rotations in accordance with the cognitive, intellectual, and behavioral standards given noting that the claimant is seeing psychiatry, neurology and neuropsychology.

With the documentation and information provided, there is no evidence of findings to suggest limitations of the claimant's activities for the time period of 11/12/2022 to ongoing. The claimant reported that she was dealing with depression and anxiety on and off since she was 25 years old and has been on and off medication as well since then. She added that her depression and anxiety are in good control for most part. The claimant's subjective reports of symptoms are consistent with her diagnosis and are acknowledged; however, her symptoms and clinical findings were not of severity as to limit occupational functioning. Her overall ability to perform activities of daily living and engage in certain therapeutic activities has been maintained. On multiple encounters and follow-ups with Dr. Venugopal Vatsavayi for her psychiatric progress, majority of her Mental Status Exam showed unremarkable results. Additionally, the claimant is currently undergoing therapy and medication that are both helpful per the claimant. Since, there has been no evidence of SI/HI. The overall clinical picture is not consistent with the presence of impairing psychopathology and restrictions are not warranted.

**4. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?**

No, medical records do not support any Restrictions and Limitations that were recommended by treating providers for the timeframes in question.

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes, the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition.

**6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

No, there are no non-medical circumstances identified in the medical records (e.g. workplace conflicts child or elder care issues, or legal issues) that may adversely impact work.

**7. Does the medical evidence support any side effects from the prescribed medications for the time frames noted above? If yes, please provide the supported impairments and outline how any impairment affects functional capacity.**

No, there are no medical evidence that supports any side effects from prescribed medications for the time frames noted above.

Sincerely,

**Elbert Greer Richardson, MD**
**ABPN Board Certification Psychiatry**
**American Board of Addiction Medicine**
**Medical License Number CT 037889**

ECN

Corporate Office
[illegible]
[illegible]
Toll Free: [illegible]
Local: [illegible]
Fax: [illegible]

Exam Coordinators Network A division of Genex Services, LLC
E-mail: [illegible] • Web: [illegible]

Claimant Name: Amy Ray Knight
Claim Number: 11580689
Case Number: 247357-1

"I, E. Greer Richardson, MD, am a physician duly licensed to practice medicine in the State of _____CT________. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

9/8/2023

______________________________________________________________________________

Signature of Physician                                                                 Date

ECN

Corporate Office
[illegible]
Boca Raton, Florida [illegible]
Toll Free: [illegible]
Local: [illegible]
Fax: [illegible]

Exam Coordinators Network A division of [illegible] Services, LLC
E-mail: [illegible] • Web: [illegible]

Medical/Professional License # ______CT 037889____________________________________

RRS
Reliable Review Services

Date: 9/12/2023
To: Sarah Boyle
LINCOLN FINANCIAL GROUP
Re: RRS ID: 92096

---

Claimant: Amy R Ray Knight
Claim #: 11580689
Line of Business: Disability
Review Type: LTD
Review Level: Initial

## Advisory Report

### Clinical History

This is an addendum from a Physical Medicine and Rehabilitation perspective. My prior report is dated 07/21/2023 and RRS ID: 90490. Please see my prior report for details.

The claimant is a 55-year-old female who had a listed diagnosis of "pain in left arm". This review is to determine if the claimant was functionally impaired from 11/11/2022 to the present. The claimant's date of disability was noted to be 02/25/2021.

9/22/22: This information was previously provided, reviewed, and summarized.

12/22/22: Craig Greene, MD, MBA (Orthopedics): The claimant presented for evaluation of the left knee. She was most recently seen in the past for left knee osteoarthritis and left knee medial meniscus tear. She has been having pain for several years. She had bilateral injections that messed with her blood sugars. She is scheduled to have a diabetes workup next week. The pain is in the left lower extremity. The pain is dull, aching, cracking, popping, and numbness, 7/10 at its worst. Physical examination of the left knee revealed medial and lateral joint line tenderness with evidence of patellofemoral crepitus. The diagnosis was left knee osteoarthritis; left knee medial meniscus tear; left pes anserine bursitis; left hamstring tendinitis; diabetes mellitus; and fibromyalgia. The claimant was prescribed Mobic.

1/5/23: David West, MD (Primary Care): The claimant presented for an annual exam. She has multiple chronic medical conditions. These include diabetes. She is currently seeing psychiatry for chronic depression and anxiety. She continues to suffer from persistent pain involved in the left upper extremity. She has a diagnosis of complex regional pain syndrome of the left upper extremity. She has been unable to do any significant lifting or repetitive work with the left upper extremity for a few years now. She is no longer able to work. She suffers from chronic pain involving the right wrist. She has a

diagnosis of fibromyalgia. She is not able to do much around the house anymore. She continues to report episodic vertigo symptoms. She was diagnosed with benign positional vertigo and left Ménière's disease. Physical examination revealed pain in the right wrist with active and passive range of motion and pain with direct palpation. The left-hand grip is slightly weaker than the right. She appears depressed with an anxious affect. The plan portion of the progress note was not provided.

1/11/23: Craig Greene, MD, MBA (Orthopedics): The claimant presented for a follow-up of left knee osteoarthritis. She feels like the knee is not very strong. She fell twice over the holidays and irritated her knee a lot. Pain level is 7/10, sharp, dull, popping. Aggravating factors include prolonged standing and walking. Physical examination of the left knee revealed joint line tenderness. The diagnosis was unchanged from the prior visit. The recommendation was to continue conservative management. The claimant underwent left knee steroid and NSAID injections.

1/27/23: Craig Greene, MD, MBA (Orthopedics): The claimant presented for right hip pain. She has been having pain in the right hip for several years now. She previously saw multiple rheumatologists, neurologists, and specialists for the pain shooting down her right leg and they could not figure out what was going on. Pain is in the right hip, sharp, stabbing, constant, numbness, and 8/10 at its worst. Aggravating factors include movement and standing. Physical examination of the right hip revealed severe tenderness over the greater trochanter bursa. Positive straight leg raise on the right. There is hypersensitivity along the anterior lateral thigh and down the posterior calf with numbness in the distribution. Decreased sensation along the L4-L5 distribution. She has paraspinal tenderness on the right lumbar spine. The diagnosis was trochanteric bursitis of the right hip and right lower extremity radiculopathy. Recommendation for steroid injection to the right greater trochanteric bursa and continue Naproxen. Plan for MRI of the lumbar spine.

2/2/23: Angele Bourg, MD (Rheumatology): The claimant presented for a follow-up visit. She continues to have issues with quality of life. She is following with orthopedics for pain in the left knee and right greater trochanteric bursa. She is following with ophthalmology for dry eyes. She also has a significant dry mouth. She is also suffering from migraine headaches and vertigo. She has a lot of increased stressors and anxiety. Physical examination revealed 16 out of 18 tender points present. The diagnosis was positive ANA; keratoconjunctivitis sicca; generalized anxiety; depression; fibromyalgia; irritable bowel syndrome; migraine headaches; vertigo. Plan to start on Evoxac 30 mg and recommendation for over-the-counter Pepcid due to indigestion and heartburn side effects with naproxen.

2/20/23: Gary McDaniel, MD (specialty not specified): The claimant has a history of fibromyalgia. The claimant failed Cymbalta due to lack of effectiveness and Savella due to cost. The claimant has a history of migraine headaches, depression, anxiety, diabetes, and irritable bowel syndrome. She presents with multiple pain complaints. Her pain is consistent with fibromyalgia. She is currently taking Topamax for migraines. The pain level of 7/10. Physical examination was normal. The diagnosis was fibromyalgia, left knee pain, and right hip pain. Recommendation to continue Topamax and start low-dose naltrexone 4.5 mg and medical marijuana. Referral for aqua therapy.

3/2/23: Venugopal Vatsavayi, MD (Psychiatry): The claimant presented for follow-up of depression and anxiety.

3/27/23: Gary McDaniel, MD (specialty not specified): The claimant presented for follow-up. The claimant was last seen about two months ago. She is still doing physical therapy. She finds this helpful especially while she is there. She never started low-dose naltrexone as she states the pharmacy never received the prescription. She does not find medical marijuana gummies very helpful. Pain level is 7 to 8 out of 10. Physical examination was normal. Plan to continue Topamax, change medical marijuana dose and start low-dose naltrexone 4.5 mg. Continue aquatic physical therapy

4/18/23: Brian Murphy, MD (Neurology): The claimant presented for evaluation of memory problems.

4/26/23: Gary McDaniel, MD (specialty not specified): The claimant presented for follow-up. She reports some improvement of fibromyalgia complaints with low-dose naltrexone and medical marijuana. The pain level was 7/10. Physical examination was normal. Plan to continue Topamax and low-dose naltrexone and increase medical marijuana to 900 mg. Continue aquatic physical therapy

5/22/23: Gary McDaniel, MD (specialty not specified): The claimant presented for follow-up. She is doing better with increased medical marijuana dose. Pain impacts ADLs, sleep, and ability to work. Physical examination was normal. Continue previous management.

6/8/23: Venugopal Vatsavayi, MD (Psychiatry): The claimant presented for follow-up of depression and medication refills.

8/4/23: David West, MD (Primary Care) - Letter: Her complaints, clinical examination and all diagnostic studies also overwhelmingly and without question demonstrate severe disability which prevents her from working in any occupation, even sedentary. Due to the claimant's physical condition, it is not reasonable to expect her to sit, walk, or stand, even if alternating at will for a full eight-hour day. She is unable to engage in full-time work, even if sedentary, on any sustained basis. Due to her condition and the medication that she needs to be taking, she will not function well mentally or physically and experiences clouded thinking, confusion, slow reaction time, and extreme fatigue. Other effects of her medical condition include disturbed sleeping patterns due to chronic pain. Her physical limitations and conditions are not expected to improve and rather are expected to become worse with time. She is permanently disabled from any type of gainful employment. Recommended restrictions form states the claimant can walk up to 1 hour; stand up to 2 hours; and sit up to 3 hours. The claimant has chronic pain syndrome and fibromyalgia. The claimant should not be expected to be present for more than 2 to 3 total hours per day of the nine-hour workday. The claimant will have an estimated more than 15 absences per month. The claimant can occasionally lift and carry less than 10 pounds. No simple grasping, handling, pushing, pulling, fine manipulation, or fingering. The claimant can use her feet for repetitive movements in operating foot controls. Occasionally bend, kneel, squat, and reach above shoulder level. Never crawl, climb stairs, or ladders, work from heights, or drive or operate machinery. The claimant should avoid engaging in any activity that causes severe pain.

8/8/23: David West, MD (Primary Care): The fitness for employment form states the diagnosis is complex regional pain syndrome; fibromyalgia; depression; anxiety; cognitive impairment; and memory difficulty. Prescribed medications are listed. The claimant has a safety risk related to all communication

standards, all cognitive and intellectual standards, and all motor abilities.

8/15/23: Several affidavits are provided:

Per Amy Knight, the claimant has diagnoses of fibromyalgia, type two diabetes mellitus, complex regional pain syndrome type one of the left upper extremity, benign essential tremor, chronic pain in the right wrist, chronic pain in the left upper extremity, positive ANA, vertigo, irritable bowel syndrome without diarrhea, migraine syndrome, generalized anxiety disorder, chronic major depression, bilateral sensorineural hearing loss, moderate episode of recurrent major depressive disorder, Dupuytren's syndrome of the left hand and osteoarthritis. All prescription medications are listed. Disability is severe with or without medications. Medical marijuana is helping. It is extremely difficult to get comfortable with sitting or standing. Walking causes pain in the left knee and hips. Due to pain and stiffness, the claimant is unable to walk long distances without multiple rest periods. The claimant has to be cautious when walking because if they bump the left arm, they will be in extreme pain. The claimant experiences sudden onset vertigo, migraines, and irritable bowel syndrome which prevents them from performing any job whether sedentary or not. The claimant is unable to lift more than 5 pounds or perform any repetitive activity with the left arm. The claimant fell out of bed twice between Thanksgiving and Christmas of 2022. The claimant's husband has to assist them with getting off the floor or when they fall. The claimant has trouble completing sentences and needs to pause a lot in conversations. Communication is very frustrating. Stress exacerbates symptoms of all medical diagnoses. The claimant's eyes are constantly very dry. Looking or working at a computer screen causes discomfort and headaches. The claimant needs to have water all the time because of a dry mouth. The claimant uses a heating pad because bloating is very painful due to irritable bowel syndrome. When the claimant has a migraine, the claimant takes the prescribed medication, uses an ice pack, and lays in a dark silent room. Daily activities vary based on the severity and duration of the pain. The claimant's husband helps with daily household tasks because most of them require lifting more than the claimant is able to and repetitive motion which results in increased fatigue and pain. The claimant's husband needs to assist with getting out of a chair, or tub, washing her hair, and dressing in certain clothes or jewelry.

Affidavits are also provided by Terry Knight (spouse), Carl Zvonek (father), and Kathryn Zvonek (mother), who all state they observe the claimant and converse with her regularly. The entirety of her affidavit is consistent with their observations of the claimant and true based on personal knowledge.

Imaging:

12/7/22: MRI of the left knee revealed mild degenerative free edge fraying posterior horn medial meniscus. Negative for tear. Mild tricompartmental chondral thinning. Severe tendinosis of the distal semimembranosus tendon at the tibial plateau insertion.

4/24/23: MRI of the brain revealed no significant abnormality.

Physical Therapy notes were reviewed. As of 7/7/23, the claimant continued to report issues with falling, widespread pain, and tremors. She was able to complete only two repetitions and sit to stand in 30 seconds. Objective examination findings revealed weaknesses of bilateral lower extremities 3/5 to 4-/5.

RRS
Reliable Review Services

The pain level in the left elbow was 8/10, left knee 8/10.

## Questions and Reviewer's Response

**1. Does the additional information alter your prior responses from your July 21, 2023 report? Please provide your rationale and any updated responses.**

Based on the additional information provided, the previous determination is altered. The claimant has a complex medical history with multiple medical conditions and complaints.

Taking into consideration the entire clinical picture, restrictions are definitely appropriate, however not to the point of total disability. For the timeframe specified, the claimant has abnormal objective examination findings related to the left knee, including pain and tenderness; the lower extremities, including weakness with a history of falls as well as pain in the left elbow and right wrist. Lumbar spine findings have included tenderness in the paraspinal right lumbar spine with hypersensitivity and positive straight leg raise in the lower extremity. There is also evidence of a decreased range of motion of the right wrist with tenderness as well as a weak left hand grip.

There are several affidavits as well as restrictions by providers that state the claimant is unable to work even at a sedentary level, and while the claimant is shortly restricted based on objective examination findings and subjective complaints, there is no evidence the claimant is completely limited from work based on physical findings alone. For example, the claimant and several notes state that the claimant has complex regional pain syndrome of the upper extremity, however, there is a lack of objective examination findings to support this. There is also no evidence of upper extremity weakness, which would preclude any use of the upper extremities. There is no evidence of an impairment related to the cervical spine or shoulders that would impair any type of reaching.

Therefore, appropriate restrictions are as follows from 11/11/2022 to current:

Standing/Walking: No longer than 15 minutes at a time over a 2-hour period. No more than 1 hour total in an 8-hour day due to bilateral lower extremity weakness and fall risk/history of falls.

Sitting: Unrestricted or unlimited, but noting changing positions as necessary or comfort.

Pushing/Pulling/Lifting/Carrying: Up to 10 pounds occasionally.

Bending/Stooping/Kneeling: Occasionally.

Climbing: Never ladders or stairs due to falls/fall risk.

Bilateral Upper Extremity: Unrestricted overhead, waist level, and below desk level reaching. Occasional keyboarding, typing, mousing, gripping, and grasping due to hand weakness/pain.

The claimant can work 8 hours per day, 5 days per week, with the above restrictions. The claimant should now be reevaluated approximately six months from the last physical therapy visit 7/7/23, or on or about 1/7/24.

On 12/22/22, the claimant presented for evaluation of the left knee. Physical examination of the left knee revealed medial and lateral joint line tenderness with evidence of patellofemoral crepitus. The claimant was prescribed Mobic. On 1/5/23, the claimant presented for an annual exam. She continued to suffer from persistent pain involved in the left upper extremity. Physical examination revealed pain in the right wrist with active and passive range of motion and pain with direct palpation. The left-hand grip was slightly weaker than the right. She appeared depressed with an anxious affect. The plan portion of the progress note was not provided. On 1/11/23, the claimant presented for a follow-up of left knee osteoarthritis. Physical examination of the left knee revealed joint line tenderness. The claimant underwent left knee steroid and NSAID injections. On 1/27/23, the claimant presented for right hip pain. Physical examination of the right hip revealed severe tenderness over the greater trochanter bursa. Positive straight leg raise on the right. There was hypersensitivity along the anterior lateral thigh and down the posterior calf with numbness in the distribution. Decreased sensation along the L4-L5 distribution. She had paraspinal tenderness on the right lumbar spine. The recommendation was for steroid injection to the right greater trochanteric bursa and to continue Naproxen. Plan for MRI of the lumbar spine. On 2/2/23, the claimant presented for a rheumatology follow-up visit. Physical examination revealed 16 out of 18 tender points present. The plan was to start on Evoxac 30 mg and recommendation for over-the-counter Pepcid due to indigestion and heartburn side effects with naproxen. On 8/4/23, per David West, MD (Primary Care) letter: Her complaints, clinical examination and all diagnostic studies also overwhelmingly and without question demonstrate severe disability which prevents her from working in any occupation, even sedentary. Due to the claimant's physical condition, it is not reasonable to expect her to sit, walk, or stand, even if alternating at will for a full eight-hour day. She is unable to engage in full-time work, even if sedentary, on any sustained basis. Due to her condition and the medication that she needs to be taking, she will not function well mentally or physically and experiences clouded thinking, confusion, slow reaction time, and extreme fatigue. Other effects of her medical condition include disturbed sleeping patterns due to chronic pain. Her physical limitations and conditions are not expected to improve and rather are expected to become worse with time. She is permanently disabled from any type of gainful employment. Recommended restrictions form states the claimant can walk up to 1 hour; stand up to 2 hours; and sit up to 3 hours. The claimant has chronic pain syndrome and fibromyalgia. The claimant should not be expected to be present for

more than 2 to 3 total hours per day of the nine-hour workday. The claimant will have an estimated more than 15 absences per month. The claimant can occasionally lift and carry less than 10 pounds. No simple grasping, handling, pushing, pulling, fine manipulation, or fingering. The claimant can use her feet for repetitive movements in operating foot controls. Occasionally bend, kneel, squat, reach above shoulder level. Never crawl, climb stairs or ladders, work from heights, or drive or operate machinery. The claimant should avoid engaging in any activity that causes severe pain. On 8/8/23 per David West, MD (Primary Care) fitness for employment form states the diagnosis is complex regional pain syndrome; fibromyalgia; depression; anxiety; cognitive impairment; and memory difficulty. Prescribed medications are listed. The claimant has a safety risk related to all communication standards, all cognitive and intellectual standards, and all motor ability.

On 8/15/23, several affidavits were provided:

Per Amy Knight, the claimant has diagnoses of fibromyalgia, type two diabetes mellitus, complex regional pain syndrome type one of the left upper extremity, benign essential tremor, chronic pain in the right wrist, chronic pain in the left upper extremity, positive ANA, vertigo, irritable bowel syndrome without diarrhea, migraine syndrome, generalized anxiety disorder, chronic major depression, bilateral sensorineural hearing loss, moderate episode of recurrent major depressive disorder, Dupuytren's syndrome of the left hand and osteoarthritis. All prescription medications are listed. Disability is severe with or without medications. Medical marijuana is helping. It is extremely difficult to get comfortable with sitting or standing. Walking causes pain in the left knee and hips. Due to pain and stiffness, the claimant is unable to walk long distances without multiple rest periods. The claimant has to be cautious when walking because if they bump the left arm, they will be in extreme pain. The claimant experiences sudden onset vertigo, migraines, and irritable bowel syndrome which prevents them from performing any job whether sedentary or not. The claimant is unable to lift more than 5 pounds or perform any repetitive activity with the left arm. The claimant fell out of bed twice between Thanksgiving and Christmas of 2022. The claimant's husband has to assist them with getting off the floor or when they fall. The claimant has trouble completing sentences and needs to pause a lot in conversations. Communication is very frustrating. Stress exacerbates symptoms of all medical diagnoses. The claimant's eyes are constantly very dry. Looking or working at a computer screen causes discomfort and headaches. The claimant needs to have water all the time because of a dry mouth. The claimant uses a heating pad because bloating is very painful due to irritable bowel syndrome. When the claimant has a migraine, the claimant takes their prescribed medication, uses an ice pack, and lays in a dark silent room. Daily activities vary based on the severity and duration of the pain. The claimant's husband helps with daily household tasks because most of them require lifting more than the claimant is able to and repetitive motion which results in increased fatigue and pain. The claimant's husband needs to assist with getting out of a chair, or tub, washing her hair, and dressing in certain clothes or jewelry.

Affidavits were also provided by Terry Knight (spouse), Carl Zvonek (father), and Kathryn Zvonek (mother), which all state they observe the claimant and converse with her regularly. The entirety of her affidavit is consistent with their observations of the claimant and true based upon personal knowledge.

As of 7/7/23, physical therapy notes stated the claimant continued to report issues with falling, widespread pain, and tremors. She was able to complete only two repetitions sit to stand in 30 seconds. Objective examination findings revealed weaknesses of bilateral lower extremities 3/5 to 4-/5. The pain level in the left elbow was 8/10, and the left knee was 8/10.

*The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of this independent review. I also attest that I have no substantial personal or financial relationship with the treating provider(s) and/or treatment facility(ies). I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.*

*I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.*

Andrew M Nava, MD
Board Certified
Physical Medicine & Rehabilitation
Expertise in: Pain Medicine
MD - D82474

## Documents Sent for Review

| Document Date | Document Type | Document Source |
|---|---|---|
| 08/31/2016 | Patient informed Consent to Medical Treatment or Surgical Procedures and Acknowledgement of Receipt of Medical Information | Claimant |
| 12/06/2016 | Radiology Report | Robert Clairew, MD |
| 12/16/2016, 12/20/2016, 10/13/2020 | Office Visits | Baton Rouge General Medical Center |
| 06/06/2018 | Emergency Department | Baton Rouge General Medical Center |
| 10/13/2020 | Treatment Authorization | Claimant |

RRS
Reliable Review Services

| | Form | |
|---|---|---|
| 09/02/2022, 12/19/2022, 12/22/2022, 01/11/2023, 01/27/2023 | Office Visits | Craig Greene, MD |
| 12/07/2022 | Radiology Report | Robert Branstetter, MD |
| 12/07/2022 | MRI Screening Questionnaire | Claimant |
| 02/20/2023, 03/27/2023, 04/26/2023 | Office Visits | Gary McDaniel, MD |
| 02/27/2023 | Consent Forms | Claimant |
| 06/26/2023 | Patient Receipt | Baton Rounge Orthopaedic Clinic |
| 07/10/2023, 08/17/2023 | Letter | Price McNamara |
| 08/02/2023 | Emergency Department | Regional Medical Center |
| 08/04/2023 | Letter | David West, MD |
| 08/08/2023 | Clinical Rotation Form | David West, MD |
| 08/4/2023 | Physician's Recommended Restriction | David West, MD |
| 08/15/2023 | Legal Document | Affidavit |
| Undated | Legal Document Blank | Affidavit |
| Undated | Illegible | Unknown |
| Undated | Patient Discharge Instruction | Baton Rouge General Medical Center |
| Undated | Information | Unknown |

**Lincoln Financial Group**
Group Protection

Angelle Nash, MHS, CRC
Vocational Consultant II

# TRANSFERABLE SKILLS ANALYSIS

| | |
|---|---|
| **Claimant Name:** | Amy Ray Knight |
| **Claim Number:** | 11580689 |
| **Claims Case Manager:** | Sarah Boyle |
| **Employer:** | Gainwell Acquisition Corporation |
| **Monthly Pre-Disability Earnings:** | $5252.33 |
| **Monthly Benefit Amount:** | $3151.40 |
| **Date of Report:** | 9/19/23 |

A Transferable Skills Analysis utilizing the Occupational Access System (OASYS) was completed to assess the Insured's transferable skills to determine if alternative occupations exist in the national economy.

**RESOURCES / DOCUMENTATION UTILIZED**:

- Job Description
- OA dated 8/10/21
- Training, Education & Experience (TE&E) Form
- Dictionary of Occupational Titles (DOT)
- Occupational Information Network (O*NET)
- Economic Research Institute (ERI) Occupational Assessor
- Occupational Outlook Handbook (OOH)
- Internet Job Boards

**RESTRICTIONS / LIMITATIONS:**

I have been asked to base this review on the claimant's restrictions and limitations per the peer review completed by Dr. Andrew Nava, PM&R dated 9/12/23. They include:

> "Therefore, appropriate restrictions are as follows from 11/11/2022 to current:
> Standing/Walking: No longer than 15 minutes at a time over a 2-hour period. No more than 1 hour total in an 8-hour day due to bilateral lower extremity weakness and fall risk/history of falls.
> Sitting: Unrestricted or unlimited, but noting changing positions as necessary or comfort.
> Pushing/Pulling/Lifting/Carrying: Up to 10 pounds occasionally.
> Bending/Stooping/Kneeling: Occasionally.
> Climbing: Never ladders or stairs due to falls/fall risk.

Bilateral Upper Extremity: Unrestricted overhead, waist level, and below desk level reaching. Occasional keyboarding, typing, mousing, gripping, and grasping due to hand weakness/pain.
The claimant can work 8 hours per day, 5 days per week, with the above restrictions. The claimant
should now be reevaluated approximately six months from the last physical therapy visit 7/7/23, or on or about 1/7/24."

**EDUCATION & TRAINING:**

| | |
|---|---|
| • Education: | Associate degree in nursing; Bachelor of arts degree in social work; |
| • Certifications / Licensure: | Registered nurse |
| • Computer Skills: | E-mail; Internet; Word Processing |

**WORK HISTORY:**

| DOT Code | Occupation Title | SVP | Years Performed | Strength Level |
|---|---|---|---|---|
| 189.117-050 | Consultant | 8 | 12 | S |
| 079.262-010 | Utilization Review Coordinator | 7 | 12 | S |
| 075.167-010 | Nurse, Supervisor | 7 | 2 | L |
| 075.364-010 | Nurse, Gen. Duty | 7 | 1 | M |

**TRANSFERABLE SKILLS:**

**Consultant**
Applying advanced logic and scientific thinking to solve complex problems; understanding symbolic language, computer technology, technical terms, charts, and graphs in dealing with numerical and statistical data; speaking and writing clearly and accurately; using judgment and known facts to make decisions; and using eyes, hands, and fingers.

**Utilization Review Coordinator**
Applying logic and management skills to plan, direct, or supervise specialized social service programs; analyzing materials and interpreting wide variety of subject matter; making decisions using judgment, experience, knowledge of legal requirements, and other known facts; speaking and writing effectively to influence actions of others; and planning and directing activities of others.

**Nurse, Supervisor and Nurse, General Duty**
Applying technical knowledge, common sense, and special medical skills to care for or treat sick or handicapped people; using eyes, hands, and fingers skillfully; adapting quickly to emergency situations; instructing, planning, and directing work of others; keeping accurate records; and distinguishing shapes, forms, and colors.

**PROFILE ADJUSTMENTS:**

| | |
|---|---|
| • General Educational Development: | 1. Reasoning: Adjusted to 15-16+ grade based on college degree.<br>2. Mathematics: Adjusted to 15-16+ grade based on college degree.<br>3. Language: Adjusted to 15-16+ grade based on college degree. |

| | |
|---|---|
| • Strength: | Adjusted to sedentary based on restrictions/limitations. |
| • Physical: | Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to unknown. Post hoc analysis for occasional keyboarding/typing and grasping of alternate occupations identified will be completed. |
| • Environmental: | Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to unknown. |
| • Noise: | Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to very loud. |
| • Aptitudes: | No adjustments performed. |
| • Situations: | 1. Influencing people in their opinions, attitudes, and judgments adjusted to yes based on the need for the consultant, and utilization review to provide information to others, explained their position and attempt to have others agree or review the same information.<br>2. Performing a variety of duties adjusted to yes based on the need for the nurse supervisor and clinic nurse to perform a variety of duties including managing all operations, providing patient care, and directing others when necessary.<br>3. Performing effectively under stress adjusted to yes as the utilization review may encounter stressful situations when patients or clients do not agree or insurance companies question results.<br>4. Working under specific instructions adjusted to yes based on need to follow supervisory instruction and company guidelines. |
| • Data: | 1. Compiling adjusted to yes based on the need for the consultant, and utilization review to gather information in order to make assessments and judgment.<br>2. Computing adjusted to yes based on the need for the nurse to compute medication needs for patients. The consultant will compute fees and review file contents for accuracy.<br>3. Copying adjusted to yes based on the need for the nurse, nurse, supervisor and utilization review person to document files, charts and patient activities.<br>4. Comparing adjusted to yes based on the need for the consultant to compare recommendations to actual operations for any improvements. The nurse will also compare patient's progress to physician orders and make any recommendations. |
| • People: | 1. Instructing adjusted to yes based on for the nurse supervisor and nurse to provide instruction and guidance to patients, subordinates and other nursing in administering proper care.<br>2. Serving adjusted to yes based on need to serve patients and families and provide needed information during consultation and utilization review.<br>3. Taking instructions-helping adjusted to yes based on the need for the nurse to take instructions form physicians in administering care. |
| • Things: | 1. Manipulating adjusted to yes based on the need for the nurse and nurse supervisor to manipulate medical equipment, instruments and other items such as patient charts. |

**SUMMARY:**
This Transferable Skills Analysis identified occupations within the Insured's physical abilities and identified skill level.

Examples of occupations identified based on the national economy labor market and the Insured's ability profile analysis include:

| DOT Code | Occupation Title | Strength Level | Monthly Wage* |
|---|---|---|---|
| 189.117-050 | Consultant | Sedentary | $6332 |
| 187.167-034 | Director, Nurses Registry | Sedentary | $6332 |
| 237.367-050 | Tourist Information Assistant | Sedentary | $3263 |
| 241.367-014 | Customer Complaint Clerk | Sedentary | $3148 |
| 166.267-034 | Job Development Specialist | Sedentary | $5353 |

** Wage information is based on median 2022 national data from the Bureau of Labor Statistics*

I have not met with the Insured for the purpose of this review. All opinions are based on a review of medical records and resources listed only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance with this file.

Respectfully submitted,

***Electronically Signed***

Angelle W. Nash MHS, CRC
Certified Rehabilitation Counselor
Vocational Consultant II
Group Protection
Lincoln Financial Group

**Name:** Ray Knight, Amy

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str | GOE Code |
|---|---|---|---|---|---|---|---|---|---|
| 189.117-050 | Consultant | 8 | 12 | 0 | Y | N | N | S | 11.01.02 |
| 079.262-010 | Utilization-Review Coordinator | 7 | 12 | 0 | Y | N | N | S | 11.07.02 |
| 075.167-010 | Nurse, Supervisor | 7 | 2 | 0 | N | N | N | L | 10.02.01 |
| 075.364-010 | Nurse, General Duty | 7 | 1 | 0 | N | N | N | M | 10.02.01 |

**ADJUSTED VARIABLES SUMMARY**

This report summarizes the changes made to the person's ability profile.

| | | Changed From | Changed To |
|---|---|---|---|
| **Specific Vocational Preparation** | | | |
| Maximum | | 8 (4 to 10 years) | No Change |
| Minimum | | 7 (2 to 4 years) | 1 (Short demo only) |
| **General Educational Development** | | | |
| Reasoning | | 5 Grades 13-14 | 6 Grades 15-16+ |
| Mathematics | | 5 Grades 13-14 | 6 Grades 15-16+ |
| Language | | 5 Grades 13-14 | 6 Grades 15-16+ |
| **Physical Demands** | | | |
| Strength | Maximum | S Sedentary | No Change |
| | Minimum | S Sedentary | No Change |
| Climbing | | Never | No Change |
| Balancing | | Never | No Change |
| Stooping | | Never | Occasionally |
| Kneeling | | Never | Occasionally |
| Crouching | | Never | Unknown |
| Crawling | | Never | Unknown |
| Reaching | | Frequently | Constantly |
| Handling | | Frequently | Occasionally |
| Fingering | | Frequently | Occasionally |
| Feeling | | Never | Unknown |
| Talking | | Frequently | Unknown |
| Hearing | | Frequently | Unknown |
| Tasting/Smelling | | Never | Unknown |
| Near Acuity | | Frequently | Unknown |
| Far Acuity | | Never | Unknown |
| Depth Perception | | Never | Unknown |
| Accommodation | | Frequently | Unknown |
| Color Vision | | Never | Unknown |
| Field of Vision | | Never | Unknown |
| **Environmental Conditions** | | | |
| Exposure to Weather | | Never | Unknown |
| Extreme Cold | | Never | Unknown |
| Extreme Heat | | Never | Unknown |
| Wet and/or Humid | | Never | Unknown |
| Vibration | | Never | Unknown |
| Atmospheric Conditions | | Never | Unknown |
| Proximity to Moving Mechanical Parts | | Never | Unknown |
| Exposure to Electrical Shock | | Never | Unknown |
| Working in High Exposed Places | | Never | Unknown |
| Exposure to Radiation | | Never | Unknown |

| | | |
|---|---|---|
| Working with Explosives | Never | Unknown |
| Exposure to Toxic or Caustic Chemicals | Never | Unknown |
| Other Environmental Conditions | Never | Unknown |
| Noise Intensity Level | Moderate | Very Loud |
| **DOT Aptitudes** | | |
| General Learning Ability | 2 (67-89 Percentile) | No Change |
| Verbal Aptitude | 2 (67-89 Percentile) | No Change |
| Numerical Aptitude | 2 (67-89 Percentile) | No Change |
| Spatial Aptitude | 2 (67-89 Percentile) | No Change |
| Form Perception | 3 (34-66 Percentile) | No Change |
| Clerical Aptitude | 2 (67-89 Percentile) | No Change |
| Motor Coordination | 4 (11-33 Percentile) | No Change |
| Finger Dexterity | 3 (34-66 Percentile) | No Change |
| Manual Dexterity | 3 (34-66 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | No Change |
| Color Discrimination | 5 (Below 11 Percentile) | No Change |
| **Work Situations (Temperaments)** | | |
| Directing, Controlling, Planning | Yes | No Change |
| Performing Repetitive Work | No | No Change |
| Influencing People | No | Yes |
| Performing a Variety of Duties | No | Yes |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | No | Yes |
| Attaining Precise Limits/Tolerances | No | No Change |
| Following Specific Instructions | No | Yes |
| Dealing with People | Yes | No Change |
| Making Judgments and Decisions | Yes | No Change |
| **Work Functions - Data** | | |
| 0 Synthesizing | No | No Change |
| 1 Coordinating | Yes | No Change |
| 2 Analyzing | Yes | No Change |
| 3 Compiling | No | Yes |
| 4 Computing | No | Yes |
| 5 Copying | No | Yes |
| 6 Comparing | No | Yes |
| **Work Functions - People** | | |
| 0 Mentoring | No | No Change |
| 1 Negotiating | Yes | No Change |
| 2 Instructing | No | Yes |
| 3 Supervising | No | Yes |
| 4 Diverting | No | No Change |
| 5 Persuading | No | No Change |
| 6 Speaking-Signaling | Yes | No Change |
| 7 Serving | No | Yes |
| 8 Taking Instructions-Helping | No | Yes |
| **Work Functions - Things** | | |
| 0 Setting Up | No | No Change |
| 1 Precision Working | No | No Change |
| 2 Operating-Controlling | Yes | No Change |
| 3 Driving-Operating | No | No Change |
| 4 Manipulating | No | Yes |
| 5 Tending | No | No Change |
| 6 Feeding-Offbearing | No | No Change |

| | | |
|---|---|---|
| 7 Handling | Yes | No Change |

From: LFGNotifications@LFG.com
Sent: Thursday, September 21, 2023 8:44:31 AM
To: SUPPORT@JPRICEMCNAMARA.COM;
CC:
BCC:
Subject: [Send Secure]Gainwell Acquisition Corp Claim No. 11580689 Amy Ray Knight
Attachments: ukiutg39qypqbsme6mhp_16170717.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

September 21, 2023

J. Price McNamara
10455 JEFFERSON HIGHWAY
STE 130
BATON ROUGE, LA 70809

RE: Long Term Disability (LTD) Benefits
Gainwell Acquisition Corp
Claim #: 11580689
Claimant: Amy Ray Knight

Dear J. Price McNamara:

We reviewed your appeal request for Long Term Disability ( LTD ) benefits and overturned the denial; however, only through August 25, 2023 at this time. Any benefits that may be payable from November 12, 2022 to August 25, 2023, will be sent under separate cover.

The Gainwell Acquisition Corp LTD Policy requires that to receive benefits Ms. Ray Knight must meet the following definition of disability:

*"Disability" or "Disabled", with respect to Long Term Disability, means:*
*1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
*i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
*ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

*"Own Occupation", with respect to Long Term Disability, means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Lincoln will consider the Covered Person's occupation as it is normally performed in the national economy.*

*"Any Occupation" means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*

Since Ms. Ray Knight's benefits began on August 26, 2021, the change in definition occurred on August 26, 2023. We are currently reviewing Ms. Ray Knight's claim for benefits beyond that date. You will be notified when the final appeal determination is made.

If you have any questions regarding this matter, please contact me.

Sincerely,

Sarah Boyle
Claims Resolution Specialist
Phone No.: (888) 437-7611 Ext. 16117
Secure Fax No.: (603) 334-0401

LAW OFFICES OF J. PRICE McNAMARA

J. PRICE McNAMARA
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

September 21, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX (603) 334-0401**

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
**Attn: Sarah Boyle**
PO Box 2578
Omaha, NE 68103-2578

**Re: Claimant: Amy Ray Knight**
**Long Term Disability (LTD) Benefits**
**Gainwell Acquisition Corp**
**Claim #:11580689**

Dear Ms. Boyle,

We received your September 21, 2023, letter advising that Ms. Knight's long term disability benefits have been approved through August 25, 2023.

Please advise the financial processing department of our **attorney fee lien** and the following payment instructions:

**Pursuant to our representation agreement with our client, all payments made to our client are to be made payable to the client and J. Price McNamara. Please mail all payments to J. Price McNamara, 10455 Jefferson Highway, Ste. 130, Baton Rouge, LA 70809. Our Tax ID Number is 72-1384876.**

**Strict compliance with this request is required by law until further written notice from this office. Failure to comply with this request will be considered intentional interference with contractual rights, resulting in appropriate legal response.**

**Please confirm receipt of this by fax or email.

With kind regards, I remain

Sincerely,

J. Price McNamara

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/eej

Lincoln Financial Group
Group Protection

Angelle Nash, MHS, CRC
Vocational Consultant II

# TRANSFERABLE SKILLS ANALYSIS

| | |
|---|---|
| **Claimant Name:** | Amy Ray Knight |
| **Claim Number:** | 11580689 |
| **Claims Case Manager:** | Sarah Boyle |
| **Employer:** | Gainwell Acquisition Corporation |
| **Monthly Pre-Disability Earnings:** | $5252.33 |
| **Monthly Benefit Amount:** | $3151.40 |
| **Date of Report:** | 9/19/23 |

A Transferable Skills Analysis utilizing the Occupational Access System (OASYS) was completed to assess the Insured's transferable skills to determine if alternative occupations exist in the national economy.

**RESOURCES / DOCUMENTATION UTILIZED**:

- Job Description
- OA dated 8/10/21
- Training, Education & Experience (TE&E) Form
- Dictionary of Occupational Titles (DOT)
- Occupational Information Network (O*NET)
- Economic Research Institute (ERI) Occupational Assessor
- Occupational Outlook Handbook (OOH)
- Internet Job Boards

**RESTRICTIONS / LIMITATIONS:**

I have been asked to base this review on the claimant's restrictions and limitations per the peer review completed by Dr. Andrew Nava, PM&R dated 9/12/23. They include:

> "Therefore, appropriate restrictions are as follows from 11/11/2022 to current:
> Standing/Walking: No longer than 15 minutes at a time over a 2-hour period. No more than 1 hour total in an 8-hour day due to bilateral lower extremity weakness and fall risk/history of falls.
> Sitting: Unrestricted or unlimited, but noting changing positions as necessary or comfort.
> Pushing/Pulling/Lifting/Carrying: Up to 10 pounds occasionally.
> Bending/Stooping/Kneeling: Occasionally.
> Climbing: Never ladders or stairs due to falls/fall risk.

Bilateral Upper Extremity: Unrestricted overhead, waist level, and below desk level reaching. Occasional keyboarding, typing, mousing, gripping, and grasping due to hand weakness/pain.
The claimant can work 8 hours per day, 5 days per week, with the above restrictions. The claimant
should now be reevaluated approximately six months from the last physical therapy visit 7/7/23, or on or about 1/7/24."

**EDUCATION & TRAINING:**

| | |
|---|---|
| • Education: | Associate degree in nursing; Bachelor of arts degree in social work; |
| • Certifications / Licensure: | Registered nurse |
| • Computer Skills: | E-mail; Internet; Word Processing |

**WORK HISTORY:**

| DOT Code | Occupation Title | SVP | Years Performed | Strength Level |
|---|---|---|---|---|
| 189.117-050 | Consultant | 8 | 12 | S |
| 079.262-010 | Utilization Review Coordinator | 7 | 12 | S |
| 075.167-010 | Nurse, Supervisor | 7 | 2 | L |
| 075.364-010 | Nurse, Gen. Duty | 7 | 1 | M |

**TRANSFERABLE SKILLS:**

**Consultant**
Applying advanced logic and scientific thinking to solve complex problems; understanding symbolic language, computer technology, technical terms, charts, and graphs in dealing with numerical and statistical data; speaking and writing clearly and accurately; using judgment and known facts to make decisions; and using eyes, hands, and fingers.

**Utilization Review Coordinator**
Applying logic and management skills to plan, direct, or supervise specialized social service programs; analyzing materials and interpreting wide variety of subject matter; making decisions using judgment, experience, knowledge of legal requirements, and other known facts; speaking and writing effectively to influence actions of others; and planning and directing activities of others.

**Nurse, Supervisor and Nurse, General Duty**
Applying technical knowledge, common sense, and special medical skills to care for or treat sick or handicapped people; using eyes, hands, and fingers skillfully; adapting quickly to emergency situations; instructing, planning, and directing work of others; keeping accurate records; and distinguishing shapes, forms, and colors.

**PROFILE ADJUSTMENTS:**

| | |
|---|---|
| • General Educational Development: | 1. Reasoning: Adjusted to 15-16+ grade based on college degree.<br>2. Mathematics: Adjusted to 15-16+ grade based on college degree.<br>3. Language: Adjusted to 15-16+ grade based on college degree. |

| | |
|---|---|
| • Strength: | Adjusted to sedentary based on restrictions/limitations. |
| • Physical: | Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to unknown. Post hoc analysis for occasional keyboarding/typing and grasping of alternate occupations identified will be completed. |
| • Environmental: | Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to unknown. |
| • Noise: | Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to very loud. |
| • Aptitudes: | No adjustments performed. |
| • Situations: | 1. Influencing people in their opinions, attitudes, and judgments adjusted to yes based on the need for the consultant, and utilization review to provide information to others, explained their position and attempt to have others agree or review the same information.<br>2. Performing a variety of duties adjusted to yes based on the need for the nurse supervisor and clinic nurse to perform a variety of duties including managing all operations, providing patient care, and directing others when necessary.<br>3. Performing effectively under stress adjusted to yes as the utilization review may encounter stressful situations when patients or clients do not agree or insurance companies question results.<br>4. Working under specific instructions adjusted to yes based on need to follow supervisory instruction and company guidelines. |
| • Data: | 1. Compiling adjusted to yes based on the need for the consultant, and utilization review to gather information in order to make assessments and judgment.<br>2. Computing adjusted to yes based on the need for the nurse to compute medication needs for patients. The consultant will compute fees and review file contents for accuracy.<br>3. Copying adjusted to yes based on the need for the nurse, nurse, supervisor and utilization review person to document files, charts and patient activities.<br>4. Comparing adjusted to yes based on the need for the consultant to compare recommendations to actual operations for any improvements. The nurse will also compare patient's progress to physician orders and make any recommendations. |
| • People: | 1. Instructing adjusted to yes based on for the nurse supervisor and nurse to provide instruction and guidance to patients, subordinates and other nursing in administering proper care.<br>2. Serving adjusted to yes based on need to serve patients and families and provide needed information during consultation and utilization review.<br>3. Taking instructions-helping adjusted to yes based on the need for the nurse to take instructions form physicians in administering care. |
| • Things: | 1. Manipulating adjusted to yes based on the need for the nurse and nurse supervisor to manipulate medical equipment, instruments and other items such as patient charts. |

**SUMMARY:**
This Transferable Skills Analysis identified occupations within the Insured's physical abilities and identified skill level.

Examples of occupations identified based on the national economy labor market and the Insured's ability profile analysis include:

| DOT Code | Occupation Title | Strength Level | Monthly Wage* |
|---|---|---|---|
| 189.117-050 | Consultant | Sedentary | $6332 |
| 187.167-034 | Director, Nurses Registry | Sedentary | $6332 |
| 237.367-050 | Tourist Information Assistant | Sedentary | $3263 |
| 241.367-014 | Customer Complaint Clerk | Sedentary | $3148 |
| 166.267-034 | Job Development Specialist | Sedentary | $5353 |

** Wage information is based on median 2022 national data from the Bureau of Labor Statistics*

I have not met with the Insured for the purpose of this review. All opinions are based on a review of medical records and resources listed only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance with this file.

Respectfully submitted,

*Electronically Signed*

Angelle W. Nash MHS, CRC
Certified Rehabilitation Counselor
Vocational Consultant II
Group Protection
Lincoln Financial Group

**Name:** Ray Knight, Amy

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str | GOE Code |
|---|---|---|---|---|---|---|---|---|---|
| 189.117-050 | Consultant | 8 | 12 | 0 | Y | N | N | S | 11.01.02 |
| 079.262-010 | Utilization-Review Coordinator | 7 | 12 | 0 | Y | N | N | S | 11.07.02 |
| 075.167-010 | Nurse, Supervisor | 7 | 2 | 0 | N | N | N | L | 10.02.01 |
| 075.364-010 | Nurse, General Duty | 7 | 1 | 0 | N | N | N | M | 10.02.01 |

**ADJUSTED VARIABLES SUMMARY**

This report summarizes the changes made to the person's ability profile.

| | | Changed From | Changed To |
|---|---|---|---|
| **Specific Vocational Preparation** | | | |
| Maximum | | 8 (4 to 10 years) | No Change |
| Minimum | | 7 (2 to 4 years) | 1 (Short demo only) |
| **General Educational Development** | | | |
| Reasoning | | 5 Grades 13-14 | 6 Grades 15-16+ |
| Mathematics | | 5 Grades 13-14 | 6 Grades 15-16+ |
| Language | | 5 Grades 13-14 | 6 Grades 15-16+ |
| **Physical Demands** | | | |
| Strength | Maximum | S Sedentary | No Change |
| | Minimum | S Sedentary | No Change |
| Climbing | | Never | No Change |
| Balancing | | Never | No Change |
| Stooping | | Never | Occasionally |
| Kneeling | | Never | Occasionally |
| Crouching | | Never | Unknown |
| Crawling | | Never | Unknown |
| Reaching | | Frequently | Constantly |
| Handling | | Frequently | Occasionally |
| Fingering | | Frequently | Occasionally |
| Feeling | | Never | Unknown |
| Talking | | Frequently | Unknown |
| Hearing | | Frequently | Unknown |
| Tasting/Smelling | | Never | Unknown |
| Near Acuity | | Frequently | Unknown |
| Far Acuity | | Never | Unknown |
| Depth Perception | | Never | Unknown |
| Accommodation | | Frequently | Unknown |
| Color Vision | | Never | Unknown |
| Field of Vision | | Never | Unknown |
| **Environmental Conditions** | | | |
| Exposure to Weather | | Never | Unknown |
| Extreme Cold | | Never | Unknown |
| Extreme Heat | | Never | Unknown |
| Wet and/or Humid | | Never | Unknown |
| Vibration | | Never | Unknown |
| Atmospheric Conditions | | Never | Unknown |
| Proximity to Moving Mechanical Parts | | Never | Unknown |
| Exposure to Electrical Shock | | Never | Unknown |
| Working in High Exposed Places | | Never | Unknown |
| Exposure to Radiation | | Never | Unknown |

| | | |
|---|---|---|
| Working with Explosives | Never | Unknown |
| Exposure to Toxic or Caustic Chemicals | Never | Unknown |
| Other Environmental Conditions | Never | Unknown |
| Noise Intensity Level | Moderate | Very Loud |
| **DOT Aptitudes** | | |
| General Learning Ability | 2 (67-89 Percentile) | No Change |
| Verbal Aptitude | 2 (67-89 Percentile) | No Change |
| Numerical Aptitude | 2 (67-89 Percentile) | No Change |
| Spatial Aptitude | 2 (67-89 Percentile) | No Change |
| Form Perception | 3 (34-66 Percentile) | No Change |
| Clerical Aptitude | 2 (67-89 Percentile) | No Change |
| Motor Coordination | 4 (11-33 Percentile) | No Change |
| Finger Dexterity | 3 (34-66 Percentile) | No Change |
| Manual Dexterity | 3 (34-66 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | No Change |
| Color Discrimination | 5 (Below 11 Percentile) | No Change |
| **Work Situations (Temperaments)** | | |
| Directing, Controlling, Planning | Yes | No Change |
| Performing Repetitive Work | No | No Change |
| Influencing People | No | Yes |
| Performing a Variety of Duties | No | Yes |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | No | Yes |
| Attaining Precise Limits/Tolerances | No | No Change |
| Following Specific Instructions | No | Yes |
| Dealing with People | Yes | No Change |
| Making Judgments and Decisions | Yes | No Change |
| **Work Functions - Data** | | |
| 0 Synthesizing | No | No Change |
| 1 Coordinating | Yes | No Change |
| 2 Analyzing | Yes | No Change |
| 3 Compiling | No | Yes |
| 4 Computing | No | Yes |
| 5 Copying | No | Yes |
| 6 Comparing | No | Yes |
| **Work Functions - People** | | |
| 0 Mentoring | No | No Change |
| 1 Negotiating | Yes | No Change |
| 2 Instructing | No | Yes |
| 3 Supervising | No | Yes |
| 4 Diverting | No | No Change |
| 5 Persuading | No | No Change |
| 6 Speaking-Signaling | Yes | No Change |
| 7 Serving | No | Yes |
| 8 Taking Instructions-Helping | No | Yes |
| **Work Functions - Things** | | |
| 0 Setting Up | No | No Change |
| 1 Precision Working | No | No Change |
| 2 Operating-Controlling | Yes | No Change |
| 3 Driving-Operating | No | No Change |
| 4 Manipulating | No | Yes |
| 5 Tending | No | No Change |
| 6 Feeding-Offbearing | No | No Change |

| | | |
|---|---|---|
| 7 Handling | Yes | No Change |

VOC Suite

# VOCATIONAL CASE MANAGEMENT

## Transferable Skills Analysis

**PLEASE HAVE THE FOLLOWING IN THE CLAIM FILE BEFORE REFERRING**

- [ ] JOB DESCRIPTION (if cannot obtain in writing, must have phone doc from discussions with EE/ER detailing job duties)
- [ ] PHYSICAL JOB EVALUATION FORM (if available)
- [ ] UPDATED MEDICAL WITH CLEAR R&L'S
- [ ] TRAINING-EDUCATION-EXPERIENCE FORM
- [ ] MANAGER APPROVAL (if required)
- [ ] ATTORNEY INFO (if applicable)

FROM: Sarah JH Boyle DATE: Thursday, September 14, 2023

## CLAIM BACKGROUND

Claimant Name: AMY RAY KNIGHT Claim Number: 11580689

- [ ] STD - [x] FULLY INSURED ( THRESHOLD $ )
- [x] LTD - [ ] ASO - [ ] LIFE Has MDS worked the claim? [ ] YES [x] NO

Employer: GAINWELL ACQUISITION CORP

Change In DEF. Date: 08/26/2023

Pre-Disability Earnings: $5,252.33 / M (mode) Claim Service Type: ADOP

**Document Locations**

[x] Document List [ ] Correspondence [ ] Paper File

**Case Manager's Recommendations / Reason For Referral:**

PLEASE PROVIDE TSA USING THE R/L OUTLINED IN THE 9/12/23 PMR PEER ADDENDUM. PRE-DIS SALARY $5252.33, LTD 60% OR $3151.40. NO POLICY REQUIREMENTS FOR ANY OCC.

DP 512

LAW OFFICES
OF
J. PRICE MCNAMARA

J. PRICE McNAMARA
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

September 14, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX (603) 334-0401**

The Lincoln National Life Insurance Company
**Attn: Rebekah Latour**
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

**Re: Claimant: Amy Knight**
**Claim #: 11580689**
**Gainwell Technologies**
**Long Term Disability (LTD) Benefits**

Dear Ms. Latour,

We have received your September 11, 2023 letter addressed to Terry Knight regarding the Social Security Disability overpayment obligation of Amy Ray Knight (copy attached). This is to advise that Amy Ray Knight is NOT DECEASED. Accordingly, we ask that any and all communications regarding this claim continue to be directed through our office.

**Additionally, we would ask that you please provide the source of the erroneous death notice as well as confirmation that Ms. Knight's appeal review has not been interrupted.**

Please confirm receipt of this letter by email (support@jpricemcnamara.com) or fax (225-201-8313).

With kind regards, I remain

Sincerely,

J. Price McNamara

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/eej
Enclosure

Sincerely,

Rebekah Latour
Financial Operations Administrator II
Phone No.: (888) 437-7611 Ext. 15917
Secure Fax No.: (603) 334-0401

CC: J. Price McNamara

Attachments: Re-Occurring Debit Payment Auth

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

September 11, 2023

Mr. Terry Knight

RE: Long Term Disability (LTD) Benefits
Gainwell Acquisition Corp
Claim #: 11580689

Dear Mr. Terry Knight:

Please accept our sincerest condolences regarding the death of Ms. Amy Ray Knight. We received notification that they passed away. They had a claim under the Gainwell Long Term Disability contract.

This letter is regarding his/her outstanding overpayment with Lincoln National Life, in the amount of $2,576.64. This overpayment is a result of his/her award for social security income.

Please remit payment of $2,576.64, payable to Lincoln National Life. Please also include the claim number (#11580689) to ensure accurate payment application.

Please mail payment to:

**LINCOLN NATIONAL LIFE
GROUP PROTECTION DISABILITY CLAIMS
REFUND/RECOVERY
P.O.BOX 26028
GREENSBORO, NC 27499-9760**

Alternatively, you may complete the attached form and return it to us via the fax number below, or to email address ClaimsReceivables@LFG.com.

If you are unable to repay this amount in full, please contact me to discuss a payment plan acceptable to both parties.

Thank you for your anticipated cooperation in this matter.

If you have any questions regarding this matter, please contact me.

RRS
Reliable Review Services

| | |
|---|---|
| Date: | 9/12/2023 |
| To: | Sarah Boyle |
| | LINCOLN FINANCIAL GROUP |
| Re: | RRS ID: 92096 |

| | |
|---|---|
| Claimant: | Amy R Ray Knight |
| Claim #: | 11580689 |
| Line of Business: | Disability |
| Review Type: | LTD |
| Review Level: | Initial |

## Advisory Report

## Clinical History

This is an addendum from a Physical Medicine and Rehabilitation perspective. My prior report is dated 07/21/2023 and RRS ID: 90490. Please see my prior report for details.

The claimant is a 55-year-old female who had a listed diagnosis of "pain in left arm". This review is to determine if the claimant was functionally impaired from 11/11/2022 to the present. The claimant's date of disability was noted to be 02/25/2021.

9/22/22: This information was previously provided, reviewed, and summarized.

12/22/22: Craig Greene, MD, MBA (Orthopedics): The claimant presented for evaluation of the left knee. She was most recently seen in the past for left knee osteoarthritis and left knee medial meniscus tear. She has been having pain for several years. She had bilateral injections that messed with her blood sugars. She is scheduled to have a diabetes workup next week. The pain is in the left lower extremity. The pain is dull, aching, cracking, popping, and numbness, 7/10 at its worst. Physical examination of the left knee revealed medial and lateral joint line tenderness with evidence of patellofemoral crepitus. The diagnosis was left knee osteoarthritis; left knee medial meniscus tear; left pes anserine bursitis; left hamstring tendinitis; diabetes mellitus; and fibromyalgia. The claimant was prescribed Mobic.

1/5/23: David West, MD (Primary Care): The claimant presented for an annual exam. She has multiple chronic medical conditions. These include diabetes. She is currently seeing psychiatry for chronic depression and anxiety. She continues to suffer from persistent pain involved in the left upper extremity. She has a diagnosis of complex regional pain syndrome of the left upper extremity. She has been unable to do any significant lifting or repetitive work with the left upper extremity for a few years now. She is no longer able to work. She suffers from chronic pain involving the right wrist. She has a

RRS
Reliable Review Services

diagnosis of fibromyalgia. She is not able to do much around the house anymore. She continues to report episodic vertigo symptoms. She was diagnosed with benign positional vertigo and left Ménière's disease. Physical examination revealed pain in the right wrist with active and passive range of motion and pain with direct palpation. The left-hand grip is slightly weaker than the right. She appears depressed with an anxious affect. The plan portion of the progress note was not provided.

1/11/23: Craig Greene, MD, MBA (Orthopedics): The claimant presented for a follow-up of left knee osteoarthritis. She feels like the knee is not very strong. She fell twice over the holidays and irritated her knee a lot. Pain level is 7/10, sharp, dull, popping. Aggravating factors include prolonged standing and walking. Physical examination of the left knee revealed joint line tenderness. The diagnosis was unchanged from the prior visit. The recommendation was to continue conservative management. The claimant underwent left knee steroid and NSAID injections.

1/27/23: Craig Greene, MD, MBA (Orthopedics): The claimant presented for right hip pain. She has been having pain in the right hip for several years now. She previously saw multiple rheumatologists, neurologists, and specialists for the pain shooting down her right leg and they could not figure out what was going on. Pain is in the right hip, sharp, stabbing, constant, numbness, and 8/10 at its worst. Aggravating factors include movement and standing. Physical examination of the right hip revealed severe tenderness over the greater trochanter bursa. Positive straight leg raise on the right. There is hypersensitivity along the anterior lateral thigh and down the posterior calf with numbness in the distribution. Decreased sensation along the L4-L5 distribution. She has paraspinal tenderness on the right lumbar spine. The diagnosis was trochanteric bursitis of the right hip and right lower extremity radiculopathy. Recommendation for steroid injection to the right greater trochanteric bursa and continue Naproxen. Plan for MRI of the lumbar spine.

2/2/23: Angele Bourg, MD (Rheumatology): The claimant presented for a follow-up visit. She continues to have issues with quality of life. She is following with orthopedics for pain in the left knee and right greater trochanteric bursa. She is following with ophthalmology for dry eyes. She also has a significant dry mouth. She is also suffering from migraine headaches and vertigo. She has a lot of increased stressors and anxiety. Physical examination revealed 16 out of 18 tender points present. The diagnosis was positive ANA; keratoconjunctivitis sicca; generalized anxiety; depression; fibromyalgia; irritable bowel syndrome; migraine headaches; vertigo. Plan to start on Evoxac 30 mg and recommendation for over-the-counter Pepcid due to indigestion and heartburn side effects with naproxen.

2/20/23: Gary McDaniel, MD (specialty not specified): The claimant has a history of fibromyalgia. The claimant failed Cymbalta due to lack of effectiveness and Savella due to cost. The claimant has a history of migraine headaches, depression, anxiety, diabetes, and irritable bowel syndrome. She presents with multiple pain complaints. Her pain is consistent with fibromyalgia. She is currently taking Topamax for migraines. The pain level of 7/10. Physical examination was normal. The diagnosis was fibromyalgia, left knee pain, and right hip pain. Recommendation to continue Topamax and start low-dose naltrexone 4.5 mg and medical marijuana. Referral for aqua therapy.

3/2/23: Venugopal Vatsavayi, MD (Psychiatry): The claimant presented for follow-up of depression and anxiety.

RRS
Reliable Review Services

3/27/23: Gary McDaniel, MD (specialty not specified): The claimant presented for follow-up. The claimant was last seen about two months ago. She is still doing physical therapy. She finds this helpful especially while she is there. She never started low-dose naltrexone as she states the pharmacy never received the prescription. She does not find medical marijuana gummies very helpful. Pain level is 7 to 8 out of 10. Physical examination was normal. Plan to continue Topamax, change medical marijuana dose and start low-dose naltrexone 4.5 mg. Continue aquatic physical therapy

4/18/23: Brian Murphy, MD (Neurology): The claimant presented for evaluation of memory problems.

4/26/23: Gary McDaniel, MD (specialty not specified): The claimant presented for follow-up. She reports some improvement of fibromyalgia complaints with low-dose naltrexone and medical marijuana. The pain level was 7/10. Physical examination was normal. Plan to continue Topamax and low-dose naltrexone and increase medical marijuana to 900 mg. Continue aquatic physical therapy

5/22/23: Gary McDaniel, MD (specialty not specified): The claimant presented for follow-up. She is doing better with increased medical marijuana dose. Pain impacts ADLs, sleep, and ability to work. Physical examination was normal. Continue previous management.

6/8/23: Venugopal Vatsavayi, MD (Psychiatry): The claimant presented for follow-up of depression and medication refills.

8/4/23: David West, MD (Primary Care) - Letter: Her complaints, clinical examination and all diagnostic studies also overwhelmingly and without question demonstrate severe disability which prevents her from working in any occupation, even sedentary. Due to the claimant's physical condition, it is not reasonable to expect her to sit, walk, or stand, even if alternating at will for a full eight-hour day. She is unable to engage in full-time work, even if sedentary, on any sustained basis. Due to her condition and the medication that she needs to be taking, she will not function well mentally or physically and experiences clouded thinking, confusion, slow reaction time, and extreme fatigue. Other effects of her medical condition include disturbed sleeping patterns due to chronic pain. Her physical limitations and conditions are not expected to improve and rather are expected to become worse with time. She is permanently disabled from any type of gainful employment. Recommended restrictions form states the claimant can walk up to 1 hour; stand up to 2 hours; and sit up to 3 hours. The claimant has chronic pain syndrome and fibromyalgia. The claimant should not be expected to be present for more than 2 to 3 total hours per day of the nine-hour workday. The claimant will have an estimated more than 15 absences per month. The claimant can occasionally lift and carry less than 10 pounds. No simple grasping, handling, pushing, pulling, fine manipulation, or fingering. The claimant can use her feet for repetitive movements in operating foot controls. Occasionally bend, kneel, squat, and reach above shoulder level. Never crawl, climb stairs, or ladders, work from heights, or drive or operate machinery. The claimant should avoid engaging in any activity that causes severe pain.

8/8/23: David West, MD (Primary Care): The fitness for employment form states the diagnosis is complex regional pain syndrome; fibromyalgia; depression; anxiety; cognitive impairment; and memory difficulty. Prescribed medications are listed. The claimant has a safety risk related to all communication

standards, all cognitive and intellectual standards, and all motor abilities.

8/15/23: Several affidavits are provided:

Per Amy Knight, the claimant has diagnoses of fibromyalgia, type two diabetes mellitus, complex regional pain syndrome type one of the left upper extremity, benign essential tremor, chronic pain in the right wrist, chronic pain in the left upper extremity, positive ANA, vertigo, irritable bowel syndrome without diarrhea, migraine syndrome, generalized anxiety disorder, chronic major depression, bilateral sensorineural hearing loss, moderate episode of recurrent major depressive disorder, Dupuytren's syndrome of the left hand and osteoarthritis. All prescription medications are listed. Disability is severe with or without medications. Medical marijuana is helping. It is extremely difficult to get comfortable with sitting or standing. Walking causes pain in the left knee and hips. Due to pain and stiffness, the claimant is unable to walk long distances without multiple rest periods. The claimant has to be cautious when walking because if they bump the left arm, they will be in extreme pain. The claimant experiences sudden onset vertigo, migraines, and irritable bowel syndrome which prevents them from performing any job whether sedentary or not. The claimant is unable to lift more than 5 pounds or perform any repetitive activity with the left arm. The claimant fell out of bed twice between Thanksgiving and Christmas of 2022. The claimant's husband has to assist them with getting off the floor or when they fall. The claimant has trouble completing sentences and needs to pause a lot in conversations. Communication is very frustrating. Stress exacerbates symptoms of all medical diagnoses. The claimant's eyes are constantly very dry. Looking or working at a computer screen causes discomfort and headaches. The claimant needs to have water all the time because of a dry mouth. The claimant uses a heating pad because bloating is very painful due to irritable bowel syndrome. When the claimant has a migraine, the claimant takes the prescribed medication, uses an ice pack, and lays in a dark silent room. Daily activities vary based on the severity and duration of the pain. The claimant's husband helps with daily household tasks because most of them require lifting more than the claimant is able to and repetitive motion which results in increased fatigue and pain. The claimant's husband needs to assist with getting out of a chair, or tub, washing her hair, and dressing in certain clothes or jewelry.

Affidavits are also provided by Terry Knight (spouse), Carl Zvonek (father), and Kathryn Zvonek (mother), who all state they observe the claimant and converse with her regularly. The entirety of her affidavit is consistent with their observations of the claimant and true based on personal knowledge.

Imaging:

12/7/22: MRI of the left knee revealed mild degenerative free edge fraying posterior horn medial meniscus. Negative for tear. Mild tricompartmental chondral thinning. Severe tendinosis of the distal semimembranosus tendon at the tibial plateau insertion.

4/24/23: MRI of the brain revealed no significant abnormality.

Physical Therapy notes were reviewed. As of 7/7/23, the claimant continued to report issues with falling, widespread pain, and tremors. She was able to complete only two repetitions and sit to stand in 30 seconds. Objective examination findings revealed weaknesses of bilateral lower extremities 3/5 to 4-/5.

Reliable Review Services

The pain level in the left elbow was 8/10, left knee 8/10.

## Questions and Reviewer's Response

**1. Does the additional information alter your prior responses from your July 21, 2023 report? Please provide your rationale and any updated responses.**

Based on the additional information provided, the previous determination is altered. The claimant has a complex medical history with multiple medical conditions and complaints.

Taking into consideration the entire clinical picture, restrictions are definitely appropriate, however not to the point of total disability. For the timeframe specified, the claimant has abnormal objective examination findings related to the left knee, including pain and tenderness; the lower extremities, including weakness with a history of falls as well as pain in the left elbow and right wrist. Lumbar spine findings have included tenderness in the paraspinal right lumbar spine with hypersensitivity and positive straight leg raise in the lower extremity. There is also evidence of a decreased range of motion of the right wrist with tenderness as well as a weak left hand grip.

There are several affidavits as well as restrictions by providers that state the claimant is unable to work even at a sedentary level, and while the claimant is shortly restricted based on objective examination findings and subjective complaints, there is no evidence the claimant is completely limited from work based on physical findings alone. For example, the claimant and several notes state that the claimant has complex regional pain syndrome of the upper extremity, however, there is a lack of objective examination findings to support this. There is also no evidence of upper extremity weakness, which would preclude any use of the upper extremities. There is no evidence of an impairment related to the cervical spine or shoulders that would impair any type of reaching.

Therefore, appropriate restrictions are as follows from 11/11/2022 to current:

Standing/Walking: No longer than 15 minutes at a time over a 2-hour period. No more than 1 hour total in an 8-hour day due to bilateral lower extremity weakness and fall risk/history of falls.

Sitting: Unrestricted or unlimited, but noting changing positions as necessary or comfort.

Pushing/Pulling/Lifting/Carrying: Up to 10 pounds occasionally.

Bending/Stooping/Kneeling: Occasionally.

Climbing: Never ladders or stairs due to falls/fall risk.

Bilateral Upper Extremity: Unrestricted overhead, waist level, and below desk level reaching. Occasional keyboarding, typing, mousing, gripping, and grasping due to hand weakness/pain.

The claimant can work 8 hours per day, 5 days per week, with the above restrictions. The claimant should now be reevaluated approximately six months from the last physical therapy visit 7/7/23, or on or about 1/7/24.

On 12/22/22, the claimant presented for evaluation of the left knee. Physical examination of the left knee revealed medial and lateral joint line tenderness with evidence of patellofemoral crepitus. The claimant was prescribed Mobic. On 1/5/23, the claimant presented for an annual exam. She continued to suffer from persistent pain involved in the left upper extremity. Physical examination revealed pain in the right wrist with active and passive range of motion and pain with direct palpation. The left-hand grip was slightly weaker than the right. She appeared depressed with an anxious affect. The plan portion of the progress note was not provided. On 1/11/23, the claimant presented for a follow-up of left knee osteoarthritis. Physical examination of the left knee revealed joint line tenderness. The claimant underwent left knee steroid and NSAID injections. On 1/27/23, the claimant presented for right hip pain. Physical examination of the right hip revealed severe tenderness over the greater trochanter bursa. Positive straight leg raise on the right. There was hypersensitivity along the anterior lateral thigh and down the posterior calf with numbness in the distribution. Decreased sensation along the L4-L5 distribution. She had paraspinal tenderness on the right lumbar spine. The recommendation was for steroid injection to the right greater trochanteric bursa and to continue Naproxen. Plan for MRI of the lumbar spine. On 2/2/23, the claimant presented for a rheumatology follow-up visit. Physical examination revealed 16 out of 18 tender points present. The plan was to start on Evoxac 30 mg and recommendation for over-the-counter Pepcid due to indigestion and heartburn side effects with naproxen. On 8/4/23, per David West, MD (Primary Care) letter: Her complaints, clinical examination and all diagnostic studies also overwhelmingly and without question demonstrate severe disability which prevents her from working in any occupation, even sedentary. Due to the claimant's physical condition, it is not reasonable to expect her to sit, walk, or stand, even if alternating at will for a full eight-hour day. She is unable to engage in full-time work, even if sedentary, on any sustained basis. Due to her condition and the medication that she needs to be taking, she will not function well mentally or physically and experiences clouded thinking, confusion, slow reaction time, and extreme fatigue. Other effects of her medical condition include disturbed sleeping patterns due to chronic pain. Her physical limitations and conditions are not expected to improve and rather are expected to become worse with time. She is permanently disabled from any type of gainful employment. Recommended restrictions form states the claimant can walk up to 1 hour; stand up to 2 hours; and sit up to 3 hours. The claimant has chronic pain syndrome and fibromyalgia. The claimant should not be expected to be present for

more than 2 to 3 total hours per day of the nine-hour workday. The claimant will have an estimated more than 15 absences per month. The claimant can occasionally lift and carry less than 10 pounds. No simple grasping, handling, pushing, pulling, fine manipulation, or fingering. The claimant can use her feet for repetitive movements in operating foot controls. Occasionally bend, kneel, squat, reach above shoulder level. Never crawl, climb stairs or ladders, work from heights, or drive or operate machinery. The claimant should avoid engaging in any activity that causes severe pain. On 8/8/23 per David West, MD (Primary Care) fitness for employment form states the diagnosis is complex regional pain syndrome; fibromyalgia; depression; anxiety; cognitive impairment; and memory difficulty. Prescribed medications are listed. The claimant has a safety risk related to all communication standards, all cognitive and intellectual standards, and all motor ability.

On 8/15/23, several affidavits were provided:

Per Amy Knight, the claimant has diagnoses of fibromyalgia, type two diabetes mellitus, complex regional pain syndrome type one of the left upper extremity, benign essential tremor, chronic pain in the right wrist, chronic pain in the left upper extremity, positive ANA, vertigo, irritable bowel syndrome without diarrhea, migraine syndrome, generalized anxiety disorder, chronic major depression, bilateral sensorineural hearing loss, moderate episode of recurrent major depressive disorder, Dupuytren's syndrome of the left hand and osteoarthritis. All prescription medications are listed. Disability is severe with or without medications. Medical marijuana is helping. It is extremely difficult to get comfortable with sitting or standing. Walking causes pain in the left knee and hips. Due to pain and stiffness, the claimant is unable to walk long distances without multiple rest periods. The claimant has to be cautious when walking because if they bump the left arm, they will be in extreme pain. The claimant experiences sudden onset vertigo, migraines, and irritable bowel syndrome which prevents them from performing any job whether sedentary or not. The claimant is unable to lift more than 5 pounds or perform any repetitive activity with the left arm. The claimant fell out of bed twice between Thanksgiving and Christmas of 2022. The claimant's husband has to assist them with getting off the floor or when they fall. The claimant has trouble completing sentences and needs to pause a lot in conversations. Communication is very frustrating. Stress exacerbates symptoms of all medical diagnoses. The claimant's eyes are constantly very dry. Looking or working at a computer screen causes discomfort and headaches. The claimant needs to have water all the time because of a dry mouth. The claimant uses a heating pad because bloating is very painful due to irritable bowel syndrome. When the claimant has a migraine, the claimant takes their prescribed medication, uses an ice pack, and lays in a dark silent room. Daily activities vary based on the severity and duration of the pain. The claimant's husband helps with daily household tasks because most of them require lifting more than the claimant is able to and repetitive motion which results in increased fatigue and pain. The claimant's husband needs to assist with getting out of a chair, or tub, washing her hair, and dressing in certain clothes or jewelry.

RRS
Reliable Review Services

Affidavits were also provided by Terry Knight (spouse), Carl Zvonek (father), and Kathryn Zvonek (mother), which all state they observe the claimant and converse with her regularly. The entirety of her affidavit is consistent with their observations of the claimant and true based upon personal knowledge.

As of 7/7/23, physical therapy notes stated the claimant continued to report issues with falling, widespread pain, and tremors. She was able to complete only two repetitions sit to stand in 30 seconds. Objective examination findings revealed weaknesses of bilateral lower extremities 3/5 to 4-/5. The pain level in the left elbow was 8/10, and the left knee was 8/10.

***The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of this independent review. I also attest that I have no substantial personal or financial relationship with the treating provider(s) and/or treatment facility(ies), I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.***

***I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.***

Andrew M Nava, MD
Board Certified
Physical Medicine & Rehabilitation
Expertise in: Pain Medicine
MD - D82474

## Documents Sent for Review

| Document Date | Document Type | Document Source |
|---|---|---|
| 08/31/2016 | Patient informed Consent to Medical Treatment or Surgical Procedures and Acknowledgement of Receipt of Medical Information | Claimant |
| 12/06/2016 | Radiology Report | Robert Clairew, MD |
| 12/16/2016, 12/20/2016, 10/13/2020 | Office Visits | Baton Rouge General Medical Center |
| 06/06/2018 | Emergency Department | Baton Rouge General Medical Center |
| 10/13/2020 | Treatment Authorization | Claimant |

RRS
Reliable Review Services

| | | |
|---|---|---|
| | Form | |
| 09/02/2022, 12/19/2022, 12/22/2022, 01/11/2023, 01/27/2023 | Office Visits | Craig Greene, MD |
| 12/07/2022 | Radiology Report | Robert Branstetter, MD |
| 12/07/2022 | MRI Screening Questionnaire | Claimant |
| 02/20/2023, 03/27/2023, 04/26/2023 | Office Visits | Gary McDaniel, MD |
| 02/27/2023 | Consent Forms | Claimant |
| 06/26/2023 | Patient Receipt | Baton Rounge Orthopaedic Clinic |
| 07/10/2023, 08/17/2023 | Letter | Price McNamara |
| 08/02/2023 | Emergency Department | Regional Medical Center |
| 08/04/2023 | Letter | David West, MD |
| 08/08/2023 | Clinical Rotation Form | David West, MD |
| 08/4/2023 | Physician's Recommended Restriction | David West, MD |
| 08/15/2023 | Legal Document | Affidavit |
| Undated | Legal Document Blank | Affidavit |
| Undated | Illegible | Unknown |
| Undated | Patient Discharge Instruction | Baton Rouge General Medical Center |
| Undated | Information | Unknown |

**From:**submit@reliablers.com
**Sent:**Tue, 12 Sep 2023 16:25:24 -0400
**To:**VendorReferrals
**Subject:**RRS - ATTN: Sarah Boyle RRS#92096 Claim #11580689 (Client Notification)
**Attachments:**Report_RRS3_92096-1_v1.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello,

The final report and/or letters (if applicable) for claim #11580689 / RRS #92096, is attached. If not already attached, the invoice will follow in a separate email.

If you have any questions, you may reach our Customer Service Department via email at CSR@reliablers.com or by phone at 561-893-0123.

Thank you.

**Reliable Review Services**

604 Banyan Trail

P.O. Box 810789

Boca Raton, FL, 33481

**Phone: 561-893-0123**

**Fax: 561-995-4189**

Web. www.reliablers.com

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

**From:**submit@reliablers.com
**Sent:**Tue, 12 Sep 2023 17:07:18 -0400
**To:**VendorReferrals
**Subject:**RRS - ATTN: Sarah Boyle RRS#92096 Claim #11580689 (Client Notification)
**Attachments:**Invoice_92096-1_v1.pdf, Report_RRS3_92096-1_v1.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello,

The final report and/or letters (if applicable) for claim #11580689 / RRS #92096, is attached. If not already attached, the invoice will follow in a separate email.

If you have any questions, you may reach our Customer Service Department via email at CSR@reliablers.com or by phone at 561-893-0123.

Thank you.

**Reliable Review Services**

604 Banyan Trail

P.O. Box 810789

Boca Raton, FL, 33481

**Phone: 561-893-0123**

**Fax: 561-995-4189**

Web. www.reliablers.com

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

Reliable Review Services

# INVOICE

**Invoice Number: 92096-1**

**9/12/2023 4:24 PM EDT**

Claimant: Amy R Ray Knight
Client Claim#: 11580689
RRS Claim#: 92096-1

**Customer:** LINCOLN FINANCIAL GROUP
8801 Indian Hills Drive
Omaha, NE 68114

| Description of Services | Hours | Rate | Other Fees | Invoice Tax Total | Amount Due |
|---|---|---|---|---|---|
| PEER REVIEW | 8.5 | 660 | | 0 | $660.00 |
| | | | **Total Due:** | **$660.00** | |

**Reviewer Details**

**Reviewer**

Andrew M Nava - Physical Medicine & Rehabilitation

**Please include the invoice number with your payment and mail to:**

Reliable RS
PO Box 492890,
Redding CA 96049

**Tax Id:** 26-1114252

*Prompt payment within 30 days is greatly appreciated!*

Reliable RS, PO Box 492890, Redding CA 96049

# Elbert Greer Richardson, MD
***Board-Certified in Psychiatry***

CLAIMANT NAME: Ray Knight, Amy
EXAMINER: Elbert Greer Richardson, MD
ECN #: 247357-1
CLAIM #: 11580689
DATE OF LOSS: 2/25/2021
DATE OF SERVICE: 9/8/2023

**Peer Review**

This is a peer review regarding Ray Knight, Amy. I have been asked to review the medical records on behalf of ECN. I reviewed records from 12/06/2016 through 08/17/2023 including:

- Claire Roberts, MD / Radiology, on 12/06/2016
- Brian Swirsky, MD / Cardiology, on 12/06/2016
- Joseph Dupont, Jr., MD / General Surgery, extending from 12/14/2016 to 12/20/2016
- Baton Rouge General Medical Center, extending from 12/16/2016 to 08/02/2023
- Robert Branstetter, MD / Radiology, extending from 12/16/2016 to 12/07/2022
- Brian Webb, MD / Pathology, on 12/20/2016
- Jason Madatic, MD / Emergency Medicine, on 06/06/2018
- Lisa King, NP / Nurse Practitioner, on 06/06/2018
- Byron May, MD / Radiology, on 06/06/2018
- Rick Ahmad, MD / Orthopedic Surgery, extending from 06/19/2018 to 08/18/2020
- Jason Brown, MD / Radiology, on 08/24/2018
- Larry Bankston, Jr., MD / Orthopedic Surgery, extending from 08/28/2018 to 12/05/2018
- James Lawton, MD / Radiology, on 10/24/2018
- Brian Murphy, MD / Neurology, extending from 01/30/2019 to 04/18/2023
- Nina Gazmen, MD / Nuclear Medicine, on 03/28/2019
- Adam Harris, MD / Radiology, on 10/13/2020
- William Gladney, Jr., MD / Neurology, on 11/10/2020
- Attorney Letter of Representation, extending from 11/16/2020 to 08/17/2023
- James David West / Internal Medicine, extending from 03/22/2021 to 08/08/2023
- Mark Garon, MD / Orthopedic Surgery, on 03/26/2021
- Angele Bourg, MD / Rheumatology, extending from 05/10/2021 to 02/02/2023
- Job Description, on 08/06/2021
- Megan Provost, CRC / Vocational Case Manager, on 08/10/2021
- Venugopal Vatsavayi, MD / Psychiatry, extending from 11/23/2021 to 06/08/2023
- R Bryan Griffith, Jr., MD / Orthopedic Surgery, on 02/24/2022
- Michael Perniciaro, MD / Obstetrics and Gynecology, on 05/20/2022

- Craig Castleman Greene, MD / Orthopedic Surgery, extending from 09/22/2022 to 02/11/2023
- David Fargason, MD / Ophthalmology, on 10/19/2022
- Broc, on 12/07/2022
- Gary McDaniel, MD / Pain Management, extending from 02/20/2023 to 06/08/2023
- Womans Hospital, extending from 02/27/2023 to 07/07/2023
- Karl Nettles, MD / Radiology, on 04/24/2023

Following review of the available medical documentation, along with the treating provider's recommendation(s) for activity restrictions, there was sufficient information available to form an opinion as detailed below, and there was no need to consult the treating provider for clarification.

The claimant is a 55-year-old female with a medical history significant for pain in left arm, left upper extremity and right wrist pain, diabetes mellitus, major depressive disorder, generalized anxiety disorder, FMS, CRPS left upper extremity, Meniere's, vertigo. The claimant's physical conditions are respectfully deferred to the appropriate specialty reviewer for as they are beyond the scope of my review.

09/02/2021, James David West, MD / Internal Medicine: The claimant came in for follow-up regarding her chronic conditions which include diabetes and dyslipidemia. She has an upcoming appointment in November with psychiatry. She remains on Prozac and Wellbutrin for anxiety and depression. The claimant also informs that she has been approved for long-term disability and is applying for Social Security. Her neurologic test revealed she is alert and oriented x3 no focal or lateralizing signs and psychologic test shows her speech behavior appearance is normal, her mood is okay, and affect is appropriate. Moreover, the provider's assessment includes major and chronic depression and GAD (Generalized Anxiety Disorder).

11/23/2021, Venugopal Vatsavayi, MD / Psychiatry: The claimant presented as a referral from her rheumatologist for evaluation of her medications for her depression and anxiety. The claimant has been on combination of Prozac and Wellbutrin for a long time with good benefit. The claimant reported that she was sitting with depression and anxiety on and off since she was 25 years old and has been on and off medication as well since then. She added that her depression and anxiety are in good control for most part. Her depression is characterized by depressed and sad mood, fatigue, anhedonia, lack of motivation and feelings hopelessness. She denies any active suicidal ideations , mania hypomania and psychotic symptoms. The claimant also endorsed to symptoms consistent with generalized anxiety disorder as well as to panic-like symptoms especially when stressed. She was on Xanax and needed it few times a month for the management of her generalized anxiety disorder. She was also in Elavil for insomnia and Topamax for migraine prophylaxis. The claimant's Mental Status Exam shows unremarkable results.

01/06/2022, Venugopal Vatsavayi, MD / Psychiatry: The claimant came for follow up after her initial evaluation about 2 months back. She reported that she did not tolerate Cymbalta and has daily headaches so she went back on Prozac. She also stated that her

depression is "up and down" and hurting all the time. Despite all her complains, she was still sleeping well. She was tearful during the visit because she was frustrated about her physical limitations and how she cannot do the things she wants. The claimant has seen a Psychologist for Social Security Disability Evaluation and she reported that the provider recommended THC (Tetrahydrocannabinol). She also denies any suicidal ideations and psychosis. Her Mental Status Exam was also unremarkable.

02/24/2022, R Bryan Griffith, Jr., MD / Orthopedic Surgery: The claimant went for orthopedic evaluation and was complaining of bilateral knee pain, worse on the left than the right. She fell on her knees and they have been bothering her ever since yet her neuropsychologic exam showed the claimant is alert and oriented x3 and her mental status is normal.

03/03/2022, Venugopal Vatsavayi, MD / Psychiatry: The claimant presents for psychiatric follow up for her progress and she stated that she and her husband caught Covid in February and her daughter is due next week. Her daughter doesn't want her around for the delivery which upsets her. She also added that that her husband was recently diagnosed with Nodule on his lungs. She was also denied in SSI (Supplemental Security Income) and has been crying frequently. The claimant also stated that she hurts constantly and has trouble with insomnia, yet she still denies any suicidal ideations. She also hasn't started her medical Tetrahydrocannabinol (THC) but takes Xanax very occasionally. Her Mental Status Exam this time showed depressed mood, her affect is labile, and the rest of the area showed unremarkable results.

05/26/2022, Venugopal Vatsavayi, MD / Psychiatry: The claimant went for psychiatric follow-up and this time, she talked about her relationship with her daughter and updates on how her daughter allowed her to be there during the delivery that brought so much relief for her. She also updated about her husband which had a lung biopsy but was still waiting for results. She was still dealing with her knee pain. She also stated that the increase in her Prozac helped her and her crying spells have improved although she still struggles with intermittent sleep problems. She still denies any psychosis. The claimant's Mental Status Exam was unremarkable and no change in her diagnosis.

11/08/2022, Amy Feitleson, MD / Consulting Psychiatrist: The provider sent a letter to the claimant's treating physician, Dr. David West which she just recently conversed with to discuss the claimant's recent and current clinical status. The provider indicated their conversation in the letter which stated that Dr. David West last saw the claimant on 7/18/22 for physical concerns and explained that he is not directly involved in her mental health, but they had conversations and that he knew that the claimant receives medication from Dr. Vatsavayi. He also stated that in the last 2-3 years, he observed that the claimant was hyper-emotional, anxious, tearful and always sad so he thought that a therapist would be helpful to manage her stressors.

06/08/2023, Venugopal Vatsavayi, MD / Psychiatry: The claimant came for routine follow-up visit for management of her depression. She has seen neurology since her last visit because of her memory issues. The claimant states going off Topamax did not help

much with her cognition, so she is back on Topamax. The claimant was referred to neuropsychological testing and had an MRI done which was essentially within normal limits. She also mentioned about her relationship with her daughter and added that her depression is in good control. She also denies any suicidal ideations and psychotic symptoms. The claimant's Mental Status Exam also shows unremarkable results.

08/04/2023, James David West, MD / Internal Medicine: The provider made a letter affirming the claimant's diagnosis and statements regarding her condition. The provider stated that due to her physical condition and the medications she needs to take, the claimant will not function well mentally or physically and will experience clouded thinking, confusion, slow reaction time and extreme fatigue. Thus, she cannot reasonably be expected to accurately and adequately perform mental or physical tasks. As for the provider, the claimant is permanently disabled from any type of gainful employment due to her limitations and conditions that are not expected to improve and rather are expected to continue to become worse with time.

08/08/2023, James David West, MD / Internal Medicine: The provider issued a "Medical Release-Fitness for Employment/Clinical Rotation Form" where he stated that he did not reviewed the claimant's prescription history report through the Louisiana State Board of Pharmacy. The provider also stated that the claimant has health/safety risks that would pose a problem to self or others and is medically, physically, and psychologically fit to return to work/clinical rotations in accordance with the cognitive, intellectual, and behavioral standards given noting that the claimant is seeing psychiatry, neurology and neuropsychology.

**CALLS TO APS:**

Phone call on 09/07/23 at 11:16 AM with Dr. West. Left a message at The Baton Rouge Clinic on the nurse's line. Contact number used for outreach: 225-769 4044

Phone call on 09/07/23 at 11:41 AM with Dr. Vatsavayi. Left a message at The Baton Rouge Psychiatry Clinic on the nurse's line. Contact number used for outreach: 225-381-2621

Phone call on 09/08/23 at 9:15 AM with Dr. West. Left an additional message at The Baton Rouge Clinic on the nurse's line. Contact number used for outreach: 225-769 4044

Phone call on 09/08/23 at 9:18 AM with Dr. Dr. Vatsavayi. Left an additional message at The Baton Rouge Psychiatry Clinic on the nurse's line. Contact number used for outreach: 225-381-2621

**DIAGNOSES:**

Pain in left arm, left upper extremity and right wrist pain, diabetes mellitus, major depressive disorder, generalized anxiety disorder, FMS, CRPS left upper extremity, Meniere's, vertigo

**RESPONSE TO QUESTIONS:**

1. **Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

Major Depressive Disorder (F32.9)
Generalized Anxiety Disorder (F41.1)
Pain in left arm, left upper extremity and right wrist pain (M25.532)
Fibromyalgia Syndrome
Complex Regional Pain Syndrome, left upper extremity
Meniere's disease
Vertigo

2. **If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

Left breast mass secondary to benign fibrocystic changes (N60.32)

3. **Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 11/12/2022 to ongoing, and comment on the expected duration.**

No, given consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, the claimant does not have supported level of impairment that translate into restrictions and limitations from 11/12/2022 to ongoing.

The claimant is a 55-year-old female with a medical history significant for pain in left arm, left upper extremity and right wrist pain, diabetes mellitus, major depressive disorder, generalized anxiety disorder, FMS, CRPS left upper extremity, Meniere's, vertigo. The claimant's physical conditions are respectfully deferred to the appropriate specialty reviewer for as they are beyond the scope of my review.

The claimant has a documented history of symptoms of major depressive disorder and generalized anxiety disorder. The claimant's treatment plan included medication management and psychotherapy. The claimant's medication include Xanax and Prozac.

On 09/02/2021, the claimant came had follow-up regarding her chronic conditions which include diabetes and dyslipidemia and has an upcoming appointment in November with psychiatry. She takes Prozac and Wellbutrin for anxiety and depression. Her neurologic test in this visit revealed normal but the provider's assessment in her case includes major and chronic depression and Generalized Anxiety Disorder. On 11/23/2021, the claimant reported that she was sitting with depression and anxiety on and off since she was 25 years old and has been on and off medication as well since then. She added that her depression and anxiety are in good control for most part. Her depression is characterized by depressed and sad mood, fatigue, anhedonia, lack of motivation and feelings

hopelessness. She denies any active suicidal ideations , mania hypomania and psychotic symptoms. The claimant also endorsed to symptoms consistent with generalized anxiety disorder as well as to panic-like symptoms especially when stressed. On 01/06/2022, the claimant stated that her depression is “up and down” and hurting all the time. Despite all her complains, she was still sleeping well. She was tearful during the visit because she was frustrated about her physical limitations. She also denies any suicidal ideations and psychosis. Her Mental Status Exam was also unremarkable. On 03/03/2022, the claimant shared about she and her husband caught Covid in February and her daughter is due next week and that her daughter doesn’t want her around for the delivery which upsets her. She also added that that her husband was recently diagnosed with Nodule on his lungs. The claimant also stated that she hurts constantly and has trouble with insomnia, yet she still denies any suicidal ideations. Her Mental Status Exam at this time showed a depressed mood, her affect is labile, and the rest of the area showed unremarkable results. On 06/26/2022, the claimant had psychiatric follow-up again and talked about her relationship with her daughter and updates on how her daughter allowed her to be there during the delivery that brought so much relief for her. She also stated that the increase in her Prozac helped her and her crying spells have improved, although she still struggles with intermittent sleep problems. She still denies any psychosis. The claimant’s Mental Status Exam was unremarkable and no change in her diagnosis. On 06/08/2023, the claimant has seen neurology since her last visit because of her memory issues. The claimant states going off Topamax did not help much with her cognition, so she is back on Topamax. The claimant was referred to neuropsychological testing and had an MRI done which was essentially within normal limits. She also mentioned about her relationship with her daughter and added that her depression is in good control. She also denies any suicidal ideations and psychotic symptoms. The claimant’s Mental Status Exam still shows unremarkable results. On 08/08/2023, the provider issued a “Medical Release-Fitness for Employment/Clinical Rotation Form” and there it was stated that the claimant has health/safety risks that would pose a problem to self or others and is medically, physically, and psychologically fit to return to work/clinical rotations in accordance with the cognitive, intellectual, and behavioral standards given noting that the claimant is seeing psychiatry, neurology and neuropsychology.

With the documentation and information provided, there is no evidence of findings to suggest limitations of the claimant’s activities for the time period of 11/12/2022 to ongoing. The claimant reported that she was dealing with depression and anxiety on and off since she was 25 years old and has been on and off medication as well since then. She added that her depression and anxiety are in good control for most part. The claimant’s subjective reports of symptoms are consistent with her diagnosis and are acknowledged; however, her symptoms and clinical findings were not of severity as to limit occupational functioning. Her overall ability to perform activities of daily living and engage in certain therapeutic activities has been maintained. On multiple encounters and follow-ups with Dr. Venugopal Vatsavayi for her psychiatric progress, majority of her Mental Status Exam showed unremarkable results. Additionally, the claimant is currently undergoing therapy and medication that are both helpful per the claimant. Since, there has been no evidence of SI/HI. The overall clinical picture is not consistent with the presence of impairing psychopathology and restrictions are not warranted.

4. **Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?**

No, medical records do not support any Restrictions and Limitations that were recommended by treating providers for the timeframes in question.

5. **Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes, the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition.

6. **Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

No, there are no non-medical circumstances identified in the medical records (e.g. workplace conflicts child or elder care issues, or legal issues) that may adversely impact work.

7. **Does the medical evidence support any side effects from the prescribed medications for the time frames noted above? If yes, please provide the supported impairments and outline how any impairment affects functional capacity.**

No, there are no medical evidence that supports any side effects from prescribed medications for the time frames noted above.

Sincerely,



**Elbert Greer Richardson, MD**
**ABPN Board Certification Psychiatry**
**American Board of Addiction Medicine**
**Medical License Number CT 037889**

ECN
Exam Coordinators Network A division of Genex Services, LLC
Corporate Office
6111 Broken Sound Parkway NW, Suite 202
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com • Web: www.ecnime.com

Claimant Name: Amy Ray Knight
Claim Number: 11580689
Case Number: 247357-1

"I, E. Greer Richardson, MD, am a physician duly licensed to practice medicine in the State of _____CT________. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

[signature] 9/8/2023

Signature of Physician Date

ECN
Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
Exam Coordinators Network A division of Genex Services, LLC
E-mail: info@ecnime.com • Web: www.ecnime.com

Medical/Professional License # _____CT 037889______________________________________

**From:**Hollis, Tanasha <Tanasha.Hollis@genexservices.com>
**Sent:**Fri, 8 Sep 2023 20:05:01 +0000
**To:**VendorReferrals
**Subject:**A. Ray CL# 11580689
**Attachments:**Peer Review Report.pdf, Invoice.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good Afternoon,

Attached please find the Peer Review and Invoice for the above referenced claimant. Please advise if we can further assist you with this file.

Thank you,

**Tanasha Hollis**
***Quality Assurance Coordinator***
***IME/Peer Services, Boca Raton, FL***
ECN, a division of Genex Services
**T**: 561-288-9690 | **F**: 561-886-6562

urac
ACCREDITED
Independent Medical Examinations
Expires 04/01/2024

**Access our portal at: View My Cases**

The information and any attachments contained in this email are confidential and proprietary, and may be protected under the law, including federal and state privacy laws. The information and attachments are intended solely for use by the individual or entity to whom this email is addressed. If you are not the intended recipient, you are notified that any use, dissemination, forwarding, or copying of this information or attachments is strictly prohibited. If you received this email in error, please notify the sender immediately and delete all copies of this email. Thank you.

ECN
Exam Coordinators Network A division of Genex Services, LLC

**Corporate Office**
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
**Toll Free: (877) 453-9453**
Local: (561) 922-5200
Fax: (561) 392-5881

E-mail: info@ecnime.com Web: www.ecnime.com

**Invoice:** **BOCA 199960**

**Date** **9/7/2023**

***Bill To:***

**Sarah Boyle**
**Lincoln Financial-London, KY**
**P.O. Box 7207**
**London, KY 40742**

**Claim #** 11580689
**Date of Loss:** 2/25/2021
**ECN #** 247357-1
**Account #**

**Claimant** Amy Ray Knight

| | | |
|---|---|---|
| 8/31/2023 | Peer Review - Long Term Disability: Service<br>Provider: E. Greer Richardson, MD<br>Specialty: Psychiatry | $860.00 |

**SubTotal** $860.00

**Final Invoice Total** $860.00

***Remit To:***
Exam Coordinators Network
440 E. Swedesford Road
Suite 1000
Wayne, PA 19087

Terms: Net 30 days
Tax Id #: 95-3327434

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Requested By: Ryan Ricker
Disability Claims
P.O. Box 7206
London, KY 40742-7206
(402) 938-0558 x0000
Fax: (000) 000-0000

Document Locations
- [x] Document List
- [ ] Correspondence
- [ ] Paper File

**Return Report to: VendorReferrals@lfg.com**

| | | | |
|---|---|---|---|
| Customer Name: | GAINWELL ACQUISITION CORP | Date Sent: | 8/30/2023 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | AMY R RAY KNIGHT | Claim #: | 11580689 |
| Claimant Address: | | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | | Claimant Tel. #: | |
| State: | | Claimant DOD: | 2/25/2021 |
| Zip: | | Primary Diagnosis: | Pain in left arm |
| Gender: | FEMALE | Att. Physician: | |
| Specialist Type Requested : | General Psychiatry | Physician: Phone/Fax | Contact info in questions |

Referral Questions:

Vendor Chosen: Exam Coordinators - ECN

Claimant Name: AMY R RAY KNIGHT

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Core Questions
1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.
2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.
3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - 11/12/2022 to - ongoing, and comment on the expected duration.
4. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?
5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?
6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?
7. Please initiate AP contact when it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for work absence. AP contact information:
Name: Dr. David West, Internal Med
Phone Number: 1 (225) 769 4044 ex -----
Fax Number: (225) 246-9114
Name: Dr. VENUGOPAL VATSAVAYI, Psychiatry
Phone Number: 1 (225) 381 2621 ex -----
Fax Number: (225) 387-7829
Additional Questions
Other - Does the medical evidence support any side effects from the prescribed medications for the time frames noted above? If yes, please provide the supported impairments and outline how any impairment affects functional capacity.
Other - File cannot be reviewed by Andrew M Nava, MD, James Hill, MD, MPH, or by Amy Feitelson, MD

Instructions For Vendor:

Claimant Name: AMY R RAY KNIGHT

## Lincoln Financial Group - Independent Evaluation

### Peer Review

Please assign to a board certified, preferably university affiliated, provider.
Questions or issues with this referral should be directed to: sarah.boyle@lfg.com
Medical / Surgical Condition: LUE and rt wrist pain, DM, MDD, GAD, FMS, CRPS LUE, meniere's, vertigo
Specialty: Psychiatry - General - DO NOT ASSIGN TO Andrew M Nava, MD, James Hill, MD, MPH, or by Amy Feitel

Attorney Information (if applicable):

Claimant Name: AMY R RAY KNIGHT

From: LFGNotifications@LFG.com
Sent: Tuesday, August 29, 2023 12:08:52 PM
To: SUPPORT@JPRICEMCNAMARA.COM;
CC:
BCC:
Subject: [Send Secure]Gainwell Acquisition Corp Claim No. 11580689 Amy Ray Knight
Attachments: pai31u1i8phrib7gkzxu_16005010.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

August 29, 2023

J. Price McNamara
10455 JEFFERSON HIGHWAY
STE 130
BATON ROUGE, LA 70809

RE: Long Term Disability (LTD) Benefits
Gainwell Acquisition Corp
Claim #: 11580689
Claimant: Amy Ray Knight

Dear J. Price McNamara:

The Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under the Gainwell Acquisition Corp Group Disability Plan. We are writing regarding Ms. Ray Knight's claim for LTD benefits under the Plan.

In a letter dated July 24, 2023 you were afforded until August 14, 2023 to provide a response to the medical and vocational assessments completed during the evaluation of your appeal. In a letter dated August 9, 2023, you were granted an extension until September 13, 2023.

On August 29, 2023, we received additional medical information including statements from Ms. Ray Knight, her husband, and her parents, and medical information from Dr. West, the Emergency Department, Baton Rouge General, Baton Rouge Clinic, and Woman's Hospital. We understand this is the rest of the information you intend to submit for our consideration of the LTD appeal.

To assist us in evaluating Ms. Ray Knight's eligibility for benefits we have referred her file for a medical review and assessment. We anticipate a response from the review in approximately 30 days. If there is an unexpected delay in receiving a response, we will contact you. Otherwise, we will proceed with our review of your appeal once the response is received. We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of Ms. Ray Knight's eligibility for benefits under the terms of the Policy.

In our correspondence dated July 24, 2023, you were advised that since our appeal review was suspended for you submit additional documentation, we exercised our right to take an extension under the Employee Retirement Income Security Act.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review

was received, excluding any days in which we are waiting for you to submit documentation. We will contact you if there are special circumstances requiring a delay in Lincoln's response, and you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Sarah Boyle
Claims Resolution Specialist
Phone No.: (888) 437-7611 Ext. 16117
Secure Fax No.: (603) 334-0401

**From:**Boyle, Sarah
**Sent:**Tue, 29 Aug 2023 15:50:43 +0000
**To:**CSR@reliablers.com
**Subject:****Addendum Request** RRS#90490 Claim #11580689 A Ray Knight
**Attachments:**11580689-MEDICAL-MEDICALRECORDS-08.25.2023_1.zip

Good morning! We received the attached additional medical information and would like to request Dr. Nava to review it and provide an addendum to his 7/21/23 report. Please ask Dr. Nava to review the updated information and provide the following:

- Does the additional information alter your prior responses from your July 21, 2023 report? Please provide your rationale and any updated responses.

**I am attaching the updated medical, as well as the previously received medical. Dr. Nava's report stated the medical was difficult to read. We received a better copy, so I am including it here for Dr. Nava's review.**

Thank you!

Sarah Boyle
Claims Resolution Specialist
Lincoln Financial Group
P.O. Box 2578
Omaha, NE 68103-2578

888-437-7611 Office
X16117
Fax: 603-334-0401

LincolnFinancial.com

Follow us on:



**From:**Nicole Troiano <NTroiano@reliablers.com>
**Sent:**Tue, 29 Aug 2023 17:44:44 +0000
**To:**Boyle, Sarah
**Cc:**Freda Jones
**Subject:**RE: **Addendum Request** RRS#90490 Claim #11580689 A Ray Knight

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Sarah,
I will get this addendum set up. Would you like additional AP contact? Please advise. Thanks!

**From:** Boyle, Sarah <Sarah.Boyle@lfg.com>
**Sent:** Tuesday, August 29, 2023 11:51 AM
**To:** RRS CSR <CSR@reliablers.com>
**Subject:** **Addendum Request** RRS#90490 Claim #11580689 A Ray Knight

**Note: External Sender -** Use caution when clicking links.

Good morning! We received the attached additional medical information and would like to request Dr. Nava to review it and provide an addendum to his 7/21/23 report. Please ask Dr. Nava to review the updated information and provide the following:

- Does the additional information alter your prior responses from your July 21, 2023 report? Please provide your rationale and any updated responses.

**I am attaching the updated medical, as well as the previously received medical. Dr. Nava's report stated the medical was difficult to read. We received a better copy, so I am including it here for Dr. Nava's review.**

Thank you!

Sarah Boyle
Claims Resolution Specialist
Lincoln Financial Group
P.O. Box 2578
Omaha, NE 68103-2578

888-437-7611 Office
X16117
Fax: 603-334-0401

LincolnFinancial.com

Follow us on:




Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

LAW OFFICES
OF
J. PRICE MCNAMARA

J. PRICE McNAMARA
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

August 17, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX (603) 334-0401**

The Lincoln National Life Insurance Company
**Attn: Jeff Booth**
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

**Re: Claimant: Amy Knight**
**Claim #: 11580689**
**Gainwell Technologies**
**Long Term Disability (LTD) Benefits**

Dear Mr. Booth,

We are in receipt of your July 24, 2023, letter. My client, Amy Knight, provides the following additional evidence, which concludes our submission on appeal at this time, subject to, requesting, and reserving the right to provide further evidence or comment for consideration in response to any new evidence generated by the Plan/insurer in connection with this appeal after being given the opportunity to review such new evidence.

All such evidence, described above and submitted here, is to be made part of the administrative record for all purposes, including so that the court can consider it in any lawsuit if filed in this case.

1. Affidavit of Amy Knight (08/15/23) (001).
2. Affidavit of Terry Knight (08/15/23) (004).
3. Affidavit of Carl Zvonek (08/15/23) (005).
4. Affidavit of Kathryn Zvonek (08/15/23) (006).
5. Dr. J. David West Physician Note and Recommended Restrictions (08/04/23) (007).
6. Dr. J. David West Louisiana State Board of Nursing Medical Release (08/08/23) (015).
7. Amy West Wattigney, PA, Emergency Department After Visit Summary (08/02/23) (020).
8. Baton Rouge General Medical Records (12/20/16 to 10/13/20) (025).
9. Baton Rouge Clinic Medical Records (11/11/22 to 06/08/23) (237).
10. Woman's Hospital Medical Records (03/16/23 to 07/07/23) (330).

Additionally, Ms. Knight's Social Security Disability application status is PENDING at this time.

Please confirm receipt of this letter by email (support@jpricemcnamara.com) or fax (225-201-8313).

With kind regards. I remain

Sincerely,

J. Price McNamara
**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/eej
Enclosure
***Enclosures numbered 7 to 10 sent via certified mail only due to volume.**

PARISH OF Ascension

STATE OF LOUISIANA

**AFFIDAVIT**

**BEFORE ME**, the undersigned authority, came and appeared:

**AMY KNIGHT**

who after being duly sworn, did depose and state the following:

1. The following has been true continuously since my last day of work related to my disability claim through the date of this Affidavit.

2. My understanding is that my disability is the result of my diagnoses of: fibromyalgia, type 2 DM, CRPS type 1 of LUE, benign essential tremor, chronic pain of right wrist, chronic pain of LUE, positive ANA, vertigo, IBS without diarrhea, migraine syndrome, GAD, chronic major depression, bilateral sensorineural hearing loss, moderate episode of recurrent major depressive disorder, Dupuytren's left hand, and osteoarthritis.

3. I take the following prescription medications, at the following dosages and intervals each day:

    1. THC 900mg tincture- Take 0.25ml to 0.50ml under the tongue as needed twice daily for pain.
    2. Pepcid OTC - Take 1 tablet po daily for heartburn and acid reflux.
    3. Cevimeline - 30mg - Take 1 capsule in the morning, 1 capsule at noon, and 1 capsule before bedtime for dry mouth.
    4. Albuterol HFA - 90mcg/actuation inhaler - Inhale 2 puffs into the lungs every 6 hours as needed for wheezing.
    5. Alprazolam - 0.5 mg - Take 1 tablet once daily as needed for sleep.
    6. Amitriptyline -10mg - Take 2 tablets every night at bedtime for sleep.
    7. Bupropion XL - 300mg - Take 1 tablet once daily for depression and anxiety.
    8. Chlordiazepoxide-Clidinium - 5-2.5mg – Take one capsule three times a day with meals for IBS.
    9. Claritin-D 24 Hour - 10-240mg - Take 1 tablet once daily for allergies.
    10. Erythromycin ophthalmic ointment - Place into both eyes at bedtime for dry eyes.
    11. Fluoxetine - 20mg - Take 1 capsule once a day for depression.
    12. Fluoxetine - 40mg - Take 1 capsule once a day for depression.
    13. Fluticasone Propionate - 50mcg/actuation nasal spray - Apply two sprays in

each nostril once daily as needed for allergies.

14. Metformin XR - 500mg - Take 1 tablet twice daily for diabetes.
15. Naproxen - 500mg - Take 1 tablet once daily with a meal as needed for migraines.
16. Propranolol - 20 mg - Take1 tablet twice daily for benign essential tremors.
17. Sumatriptan - 50mg - Take 1 tablet once every 2 hours as needed for migraines.
18. Topimrate - 25mg - Take 1 tablet twice daily for migraine prevention.

4. With or without taking the above-referenced medications, my disability is severe, just more severe without taking them. Whether or not taking my medication, the effects of my medical condition as described above do not change.

5. It is difficult to determine if the vertigo, fatigue, drowsiness, forgetfulness, dry mouth, dry eyes, memory issues, difficulty finding words and completing thoughts among other symptoms are possible side effects of medication because these symptoms are also common with my health diagnoses in many instances.

6. I was prescribed medical Marijuana and it seems to be helping, but I am having to take up to the prescribed amount for some pain relief.

7. It is extremely difficult to get comfortable whether sitting or standing. I must rest my left arm on a pillow or not let my arm touch anything because of the pain contact causes.

8. Walking causes me to feel pain in my left knee and hips. Due to my pain and stiffness, I am unable to walk long distance without multiple rest periods. I have to be cautious when walking because if I bump my left arm, I will be in extreme pain.

9. I experience sudden onset vertigo, migraines, and IBS which prevent me from performing any job whether sedentary or not.

10. I am unable to lift more than 5 pounds or perform any repetitive activity with my left arm.

11. I fell out of bed twice between Thanksgiving and Christmas of 2022. My husband has to assist me with getting off the floor or when I fall.

12. I have trouble completing sentences and need to pause a lot in conversations. It is very frustrating when I lose my train of thought and can't finish my sentences to communicate. Sometimes, my husband has to complete sentences for me if he can understand what I'm trying to convey.

13. If I attempt to or exceed my limitations, I experience an extreme increase in pain that exacerbates my other health issues (migraines, tremors, IBS, etc.). Usually, my pain and fatigue increase for at least the remainder of the day or longer depending on the amount of over-exertion.

14. Stress also exacerbates symptoms of my medical diagnoses.

15. My eyes are constantly very dry. Looking or working at a computer screen causes me discomfort and headaches.

16. I need to have water with me all the time because of my dry mouth. Sometimes it is so dry that I am unable to swallow. Talking worsens oral dryness significantly.

17. I have tried prescription pain medications for my pain in the past but they give me horrible headaches. I have been prescribed medical Marijuana gummies that I find are helping with the pain. I have had to gradually increase from ¼ to ½ chew, as ordered, of a gummy to ease the pain.

18. To help relieve my IBS symptoms, I use a heating pad because the bloating is very painful.

19. When I have a migraine, I take my prescribed medication, use an ice pack, and lay in a dark silent room.

20. My daily activities vary based on the severity and duration of my pain. I have been experiencing pain for so many years that it is difficult to define.

21. My husband helps me with daily household tasks because most require lifting more than I am able and repetitive motion which results in increased fatigue and pain. All tasks such as laundry, grocery shopping, sweeping, dishwashing, and dusting cause my pain and fatigue level to increase.

22. There are many times when my husband needs to assist me with getting out of a chair, tub, washing my hair and even with dressing in certain clothes or jewelry.

23. This Affidavit is based exclusively on my own knowledge and words, but it was completed a little at a time and required many hours of total time to complete it.

Amy Knight
AMY KNIGHT

Sworn to and subscribed
before me this 15th day
of August, 2023.

NOTARY PUBLIC
Notary/Bar No.:
My Commission Expires:

DOUGLAS K. FOSTER
Notary Public
Notary ID No. 77137
Ascension Parish, Louisiana

PARISH OF Ascension

STATE OF LOUISIANA

**AFFIDAVIT**

**BEFORE ME**, the undersigned authority, came and appeared:

**TERRY KNIGHT**

who after being duly sworn, did depose and state the following:

1. I am Amy Knight's spouse and I help her with her care.
2. I observe her and converse with her daily.
3. I have read her Affidavit, a copy of which is attached hereto as Exhibit 1.
4. The entirety of her Affidavit is consistent with my observations of her.
5. The above is true and based upon personal knowledge.

[signature]
TERRY KNIGHT

Sworn to and subscribed
before me this 15th day
of August, 2023.

[signature]
NOTARY PUBLIC
Notary/Bar No.:
My Commission Expires:

DOUGLAS K. FOSTER
Notary Public
Notary ID No. 77137
Ascension Parish, Louisiana

Knight - 08/17/23 - 004

PARISH/COUNTY OF ASCENSION

STATE OF LOUISIANA

**AFFIDAVIT**

**BEFORE ME**, the undersigned authority, came and appeared:

**CARL ZVONEK**

who after being duly sworn, did depose and state the following:

1. I am Amy Knight's father.
2. I observe her and converse with her regularly.
3. I have read her Affidavit, a copy of which is attached hereto as Exhibit 1.
4. The entirety of her Affidavit is consistent with my observations of her.
5. The above is true and based upon personal knowledge.

CARL ZVONEK

Sworn to and subscribed
before me this 15th day
of August, 2023.

NOTARY PUBLIC
Notary/Bar No.: DOUGLAS K. FOSTER
My Commission Expires Notary Public
Notary ID No. 77137
Ascension Parish, Louisiana

Knight - 08/17/23 - 005

PARISH/COUNTY OF ASCENSION

STATE OF LOUISIANA

**AFFIDAVIT**

**BEFORE ME**, the undersigned authority, came and appeared:

**KATHRYN ZVONEK**

who after being duly sworn, did depose and state the following:

1. I am Amy Knight's mother.
2. I observe her and converse with her regularly.
3. I have read her Affidavit, a copy of which is attached hereto as Exhibit 1.
4. The entirety of her Affidavit is consistent with my observations of her.
5. The above is true and based upon personal knowledge.

Kathryn Zvonek
KATHRYN ZVONEK

Sworn to and subscribed
before me this 15th day
of August, 2023.

NOTARY PUBLIC
Notary/Bar No.:
My Commission Expires:

DOUGLAS K. FOSTER
Notary Public
Notary ID No. 77137
Ascension Parish, Louisiana

NOTE

RE: Patient: Amy Knight
Date of Birth:

To whom it may concern:

This is to document that I am the above patient's treating physician, and as such, I am familiar with her overall medical condition and her medication regimen.

I have reviewed the attached Affidavit of this patient. The statements that she makes in her Affidavit regarding her diagnoses are accurate, and her statements regarding her physical condition, pain components, limitations due to pain, and the effects of her pain and condition are credible, consistent with and expected given her overall medical condition and my objective serial clinical physical examinations as well as all conducted objective diagnostic studies to date.

Her complaints, clinical examination and all diagnostic studies also overwhelmingly and without question demonstrate severe disability which prevents her from working in any occupation, even sedentary.

Due to her physical condition, it is not reasonable to expect her to sit, walk or stand, even if alternating at will for a full 8-hour day. She is unable to engage in full time work, even if sedentary, on any sustained basis. Attempting to force herself to do so, or to intentionally persist in any activity that causes pain is not recommended, and will be detrimental to, and exacerbate her condition and pain.

Due to her condition and the medications she needs to be taking, she will not function well mentally or physically and will experience clouded thinking, confusion, slow reaction time and extreme fatigue. Thus, she cannot reasonably be expected to accurately and adequately perform mental or physical tasks.

Other effects of her medical condition include disturbed sleeping patterns due to chronic pain.

Her abilities, physical limitations and conditions are not expected to improve and rather are expected to continue to become worse with time.

It is my opinion that she is permanently disabled from any type of gainful employment.

If any further information is needed on her behalf, please request same by written contact so that there is no possibility of miscommunication.

Sincerely,

[signature] 8/4/2023

PHYSICIAN SIGNATURE DATE

James David West

PHYSICIAN PRINTED NAME

PARISH OF ____________________

STATE OF LOUISIANA

## AFFIDAVIT

**BEFORE ME,** the undersigned authority, came and appeared:

AMY KNIGHT

who after being duly sworn, did depose and state the following:

1. The following has been true continuously since my last day of work related to my disability claim through the date of this Affidavit.

2. My understanding is that my disability is the result of my diagnoses of: fibromyalgia, type 2 DM, CRPS type 1 of LUE, benign essential tremor, chronic pain of right wrist, chronic pain of LUE, positive ANA, vertigo, IBS without diarrhea, migraine syndrome, GAD, chronic major depression, bilateral sensorineural hearing loss, moderate episode of recurrent major depressive disorder, Dupuytren's left hand, and osteoarthritis.

3. I take the following prescription medications, at the following dosages and intervals each day:

    1. THC 900mg tincture- Take 0.25ml to 0.50ml under the tongue as needed twice daily for pain.
    2. Pepcid OTC - Take 1 tablet po daily for heartburn and acid reflux.
    3. Cevimeline - 30mg - Take 1 capsule in the morning, 1 capsule at noon, and 1 capsule before bedtime for dry mouth.
    4. Albuterol HFA - 90mcg/actuation inhaler - Inhale 2 puffs into the lungs every 6 hours as needed for wheezing.
    5. Alprazolam - 0.5 mg - Take 1 tablet once daily as needed for sleep.
    6. Amitriptyline -10mg - Take 2 tablets every night at bedtime for sleep.
    7. Bupropion XL - 300mg - Take 1 tablet once daily for depression and anxiety.
    8. Chlordiazepoxide-Clidinium - 5-2.5mg – Take one capsule three times a day with meals for IBS.
    9. Claritin-D 24 Hour - 10-240mg - Take 1 tablet once daily for allergies.
    10. Erythromycin ophthalmic ointment - Place into both eyes at bedtime for dry eyes.
    11. Fluoxetine - 20mg - Take 1 capsule once a day for depression.
    12. Fluoxetine - 40mg - Take 1 capsule once a day for depression.
    13. Fluticasone Propionate - 50mcg/actuation nasal spray - Apply two sprays in

each nostril once daily as needed for allergies.

14. Metformin XR - 500mg - Take 1 tablet twice daily for diabetes.
15. Naproxen - 500mg - Take 1 tablet once daily with a meal as needed for migraines.
16. Propranolol - 20 mg - Take1 tablet twice daily for benign essential tremors.
17. Sumatriptan - 50mg - Take 1 tablet once every 2 hours as needed for migraines.
18. Topimrate - 25mg - Take 1 tablet twice daily for migraine prevention.

4. With or without taking the above-referenced medications, my disability is severe, just more severe without taking them. Whether or not taking my medication, the effects of my medical condition as described above do not change.

5. It is difficult to determine if the vertigo, fatigue, drowsiness, forgetfulness, dry mouth, dry eyes, memory issues, difficulty finding words and completing thoughts among other symptoms are possible side effects of medication because these symptoms are also common with my health diagnoses in many instances.

6. I was prescribed medical Marijuana and it seems to be helping, but I am having to take up to the prescribed amount for some pain relief.

7. It is extremely difficult to get comfortable whether sitting or standing. I must rest my left arm on a pillow or not let my arm touch anything because of the pain contact causes.

8. Walking causes me to feel pain in my left knee and hips. Due to my pain and stiffness, I am unable to walk long distance without multiple rest periods. I have to be cautious when walking because if I bump my left arm, I will be in extreme pain.

9. I experience sudden onset vertigo, migraines, and IBS which prevent me from performing any job whether sedentary or not.

10. I am unable to lift more than 5 pounds or perform any repetitive activity with my left arm.

11. I fell out of bed twice between Thanksgiving and Christmas of 2022. My husband has to assist me with getting off the floor or when I fall.

12. I have trouble completing sentences and need to pause a lot in conversations. It is very frustrating when I lose my train of thought and can't finish my sentences to communicate. Sometimes, my husband has to complete sentences for me if he can understand what I'm trying to convey.

13. If I attempt to or exceed my limitations, I experience an extreme increase in pain that exacerbates my other health issues (migraines, tremors, IBS, etc.). Usually, my pain and fatigue increase for at least the remainder of the day or longer depending on the amount of over-exertion.

14. Stress also exacerbates symptoms of my medical diagnoses.

15. My eyes are constantly very dry. Looking or working at a computer screen causes me discomfort and headaches.

16. I need to have water with me all the time because of my dry mouth. Sometimes it is so dry that I am unable to swallow. Talking worsens oral dryness significantly.

17. I have tried prescription pain medications for my pain in the past but they give me horrible headaches. I have been prescribed medical Marijuana gummies that I find are helping with the pain. I have had to gradually increase from ¼ to ½ chew, as ordered, of a gummy to ease the pain.

18. To help relieve my IBS symptoms, I use a heating pad because the bloating is very painful.

19. When I have a migraine, I take my prescribed medication, use an ice pack, and lay in a dark silent room.

20. My daily activities vary based on the severity and duration of my pain. I have been experiencing pain for so many years that it is difficult to define.

21. My husband helps me with daily household tasks because most require lifting more than I am able and repetitive motion which results in increased fatigue and pain. All tasks such as laundry, grocery shopping, sweeping, dishwashing, and dusting cause my pain and fatigue level to increase.

22. There are many times when my husband needs to assist me with getting out of a chair, tub, washing my hair and even with dressing in certain clothes or jewelry.

23. This Affidavit is based exclusively on my own knowledge and words, but it was completed a little at a time and required many hours of total time to complete it.

____________________________
AMY KNIGHT

Sworn to and subscribed
before me this _____ day
of ____________, 20____.

________________________
NOTARY PUBLIC
Notary/Bar No.: ______________
My Commission Expires ____________

# PHYSICIAN'S RECOMMENDED RESTRICTIONS

Patient's Name: Amy Ray Knight S.S.#: ____________
Physician's Name: J. David West

IMPORTANT:

Please answer the following items based on your clinical evaluations, test results, and medical treatment history of the patient. Please note the patient's limitations with regard to a worksetting where he/she would be required to work five days a week, on a sustained and regular basis. If, in your opinion, there is a medical basis for the patient's alleged pain, please consider pain as a factor in determining appropriate limitations.

**PLEASE ANSWER THE FOLLOWING QUESTIONS ASSUMING THAT YOUR PATIENT'S WORKDAY WOULD BE FOR NINE CONTINUOUS HOURS, INCLUDING A ONE HOUR LUNCH BREAK WHICH WOULD NOT PERMIT THE PATIENT TO LIE DOWN.

I. The patient can walk up to:

✓ 1 ___ 2 ___ 3 ___ 4 ___ 5 ___ 6 ___ 7 ___ 8 ___ 9 hours

What medical conditions limit the patient's ability to walk?
Chronic pain syndrome
fibromyalgia

II. The patient can stand up to:

___ 1 ✓ 2 ___ 3 ___ 4 ___ 5 ___ 6 ___ 7 ___ 8 ___ 9 hours

What medical conditions limit the patient's ability to stand?
Chronic pain syndrome
fibromyalgia

III. The patient can sit up to:

___ 1 ___ 2 ✓ 3 ___ 4 ___ 5 ___ 6 ___ 7 ___ 8 ___ 9 hours

What medical conditions limit the patient's ability to sit?
Chronic pain syndrome
fibromyalgia

IV. The patient should not be expected to be present for more than 2 - 3 total hours per day of the nine-hour work day described above on a sustained and regular basis in any combination of sitting, standing or walking.

V. Is the patient's medical condition expected to cause absences from work?

✓ Yes

____ No

VI. If the above question is answered "Yes", please estimate the number of such absences per month. >15

VII. In a given day, the patient can lift/carry:

Occasionally (meaning for as much as 1/3 of the day) a maximum of:

✓ less than 10 pounds
____ 11-20 pounds
____ 21-50 pounds
____ over 50 pounds

Frequently (meaning for as much as 2/3 of the day) a maximum of: none

____ less than 10 pounds
____ 11-20 pounds
____ 21-50 pounds
____ over 50 pounds

What medical conditions limit the patient's ability to lift/carry?

Complex regional pain syndrome (L) upper extremity

Chronic pain syndrome

VIII. Can the patient use hands for repetitive:

Simple grasping and handling? ____Yes ✓ No

Pushing and pulling? ____Yes ✓ No

Fine manipulation and fingering? ____Yes ✓ No

What medical conditions limit the patient's ability to use hands? Complex regional pain syndrome (L) upper extremity
Chronic pain syndrome

IX. Can the patient use feet for repetitive movements as in operating foot controls?

✓ Yes

____No

What medical conditions limit the patient's ability to use feet?________________

X. The patient is able to:

| | Frequently | Occasionally | Never |
|---|---|---|---|
| Bend | | ✓ | |
| Kneel | | ✓ | |
| Squat | | ✓ | |
| Crawl | | | ✓ |
| Climb stairs | | | ✓ |
| Climb ladders | | | ✓ |
| Reach above shoulder level | | ✓ | |
| Work from heights | | | ✓ |
| Drive or operate machinery | | | ✓ |

What medical conditions limit the patient's ability to engage in these activities?

Chronic pain syndrome
Fibromyalgia

XI. Should the patient avoid engaging in any activity that causes severe pain?

✓ Yes

_____ No

Additional Restrictions or Comments:

[signature]
Signature

8/4/2023
Date

AMY RAY

# Louisiana State Board of Nursing

17373 Perkins Road
Baton Rouge, LA 70810
Telephone: (225) 755-7500 Fax: (225) 755-7583
www.lsbn.state.la.us

**MEDICAL RELEASE – FITNESS FOR EMPLOYMENT/CLINICAL ROTATION FORM**

Name of treating physician: Dr. J. David West

Patient's Name: AMY RAY KNIGHT

Date of Birth:

**NOTE:** Bold areas must be circled. All blanks must be completed.

Diagnoses: complex regional pain syndrome, fibromyalgia depression anxiety, cognitive impairment, memory difficulty

**He/She** has been under my care from: date prior to 10/2017 until present

**He/She** currently has no health/safety risks that would pose a problem to self or others and is medically, physically, and psychologically fit to return to work or clinical nursing courses:
Please circle as appropriate:

(**with/without**) follow-up treatment.

(**with/without**) work limitations.

**He/She** is prescribed the following medications: If additional space is need please provide as an attachment.

| Medication | Dose | Route | Frequency | #Dispensed | Refills Y/N |
|---|---|---|---|---|---|
| elavil | 10mg | P.O | QH.S | | |
| wellbutrin | 300mg | P.O | QD | | |
| librax | | P.O | TID prn | | |
| propanolol | 20mg | P.O | BID | | |
| topamax | 25mg | P.O | BID | | |
| naproxen | 500mg | P.O | QD | | |
| claritin D | | P.O | QD | | |
| flonase N.S | 2sprays | intranasal | Q H.S. | | |
| imitrex | 50mg | P.O | QD prn | | |
| albuterol | 1-2puffs | inhalation | Q4hr prn | | |
| THC | | | TID | | |
| prozac | 60mg | P.O | QD | | |
| naltrexone | 50mg | P.O | QD | | |

AMY RAY

Please Circle as appropriate:

**I (have/ have not) reviewed this patient's RX History Report through the Louisiana State Board of Pharmacy.**

This patient's non-compliance with follow-up treatment recommendations **(could / could not)** cause health or safety risk to others. The expected date of discharge from follow-up treatment is ____________________. (Please attach copy of follow-up treatment plan for patients whose non-compliance could pose a health or safety risk to others).

This patient's job as a Registered Nurse/enrollment in school/clinical responsibilities **(need / do not need)** to be limited. The patient can return to full duty work as a Registered Nurse/clinical rotations on ____________________. (Please attach a copy of evaluation and job limitations imposed by patient's illness).

This patient currently **(has/does not have)** health/safety risks that would pose a problem to self or others and is medically, physically, and psychologically fit to return to work/clinical rotations **in accordance with the below cognitive, intellectual, and behavioral standards**. (Note: **YES = does not have** safety risk/ **NO = has** safety risk related to any of the limitations on the below Cognitive, Intellectual, and Behavioral Standards chart. Please attach an additional explanation if needed). *Note Patient seeing Psychiatry, Neurology, Neuropsychology

**COMMUNICATION STANDARDS**

| YES | NO | |
|---|---|---|
| | ✓ | **Speak and express** clearly and understandably in the English language to other health care providers, peers, patients, and others and explain procedures to patients and initiate health teaching. |
| | ✓ | **Read** printed, handwritten chart data and computer generated documents in the English language at a level of competency that allows safe and timely execution of essential tasks or assignments. |
| | ✓ | **Understand and interpret** medical terminology and information given regarding status, progress, and safety of a patient; to follow simple and complex instructions (oral and written) regarding patient care, and communicate with others based on their non-verbal communication and/or behavior. |
| | ✓ | **Follow directions** accurately and efficiently seeking clarification when needed. |
| | ✓ | **Write** to produce legible handwritten or computer word processed documents, use correct medical terminology and spelling. Organize and express thoughts in written form in the English language prepared accurately, thoroughly, and legally defensible patient documentation. |

AMY RAY

## COGNITIVE AND INTELLECTUAL STANDARDS

| YES | NO | |
|---|---|---|
| | ✓ | **Think critically** to identify and solve problems; identify cause-effect relationships in clinical situations; develop and implement a nursing plan of care according to process and respond instantly in emergency situations. |
| | ✓ | **Comprehend** relevant information regarding patient diagnosis, nursing interventions, indications, and contraindications from patient charts and assessments. |
| | ✓ | **Prioritize and integrate** patient information and other data gathered to make decisions about nursing interventions providing for patient safety and appropriateness. |
| | ✓ | **Collect and correctly interpret** accurate patient information. Correctly **perform basic math equations** to ensure accuracy of medications given to patients. |
| | ✓ | **Make clinical decisions and respond quickly and appropriately** to changes in patient status; analyze written, observed, and/or verbal data about patients and make appropriate nursing decisions. |
| | ✓ | **Have intact short and long-term memory** to accurately and quickly remember data from the chart and information relayed in verbal exchanges with other members of the health care team and patient; to access learned knowledge to include but not be limited to diagnosis and contraindications for procedures. |
| | ✓ | **Think quickly and clearly** to execute all duties unimpaired by any conditions or substances that alter mental processing, speed, or quality of thought processes or judgments. |

## MOTOR ABILITY

| YES | NO | |
|---|---|---|
| | ✓ | **Physically maneuver** in patient rooms, workspaces, and treatment areas. |
| | ✓ | **Bend, stand, kneel, apply chest compressions to perform CPR** and associated duties. |
| | ✓ | **Lift and carry** medical equipment, supplies, medications, charts. |
| | ✓ | **Stand and maintain balance**, respond quickly to emergencies, climb stairs, use stools, move and transport patients, guard, maintain, and correct balance of unstable patients. |
| | ✓ | **Have fine motor skills** to calibrate and properly use equipment. |

Registered Nurses who are required to use prescription drugs authorized by a licensed prescriber are responsible for being aware of any effect such drugs may have on the performance of their duties and to report the use of such substances to their supervisor prior to reporting for work.

It is the nurse's responsibility to notify the prescribing health care professional of the duties required by the nurse's position and to ensure that the prescriber approves the use of the prescription medication while the nurse is performing his or her duties.

AMY RAY

If a prescription medication states it *Might or Could* cause any form of impairment, a prescriber's letter clarifying the impact of these possible side effects will be required. The prescriber's note must state the medicine will not negatively impact the nurse's ability to function in his/her job capacity.

When a nurse does not comply with this requirement, a legitimate prescription will not be an acceptable excuse for the use or possession of an intoxicant and the nurse will be subject to disciplinary action.

The term intoxicant includes, but is not limited to, ethanol (alcohol), amphetamines, and any other prescribed stimulants, barbiturates, benzodiazepines, and other hypnotics, cocaine, narcotics (opioids). The term intoxicant also includes any other substances that alter one's senses or could affect one's ability to function in his or her job.

A controlled substance's use as part of a prescribed medical treatment is not grounds for disciplinary action, although it is important for the supervisor to know the use is occurring. It may, however, be necessary to change an employee's job assignment while the employee is undergoing treatment.

A doctor's release will be required before the nurse returns to safety-sensitive functions. The prescription or written document must also contain the name of the substance, the quantity/amount to be taken, and the period of authorized use. Any abuse or misuse of legal drugs is prohibited. The drug shall be used only within the parameters set by the prescriber and quantity prescribed.

| [signature] | J. David West | 8/8/23 |
|---|---|---|
| Physician's Signature | Printed | Date |
| | | |
| Witness Signature | Printed | Date |

# AFTER VISIT SUMMARY

**Amy R. KNIGHT** MRN: 252940

8/2/2023 Our Lady of the Lake Regional Medical Center - Emergency Department 225-765-1996

## Instructions

Continue home medications as prescribed by pain management. Wear knee immobilizer to left knee as directed. You may weight-bear as tolerated. Otherwise, use crutches if too painful to bear weight. Try to rest your leg, elevate, and apply ice. If your elbow still hurts in 1 week, you may need repeat x-rays to rule out fracture. Call orthopedist for follow-up appointment regarding your patella fracture. Return to the ER if you have any worsening pain or swelling, if you have numbness, weakness, or any increased or worsening pain or symptoms.

**Read the attached information**

1. Kneecap Fracture (English)
2. Bruises (English)

**CT Lower Extremity Left without Contrast**
Scheduled for 8/2/2023

**Follow up with J David West, MD in 2 days (around 8/4/2023)**
Why: for recheck on your symptoms and for routine care, Return to the ER if you feel worse in any way.
Specialty: Internal Medicine
Contact: 7373 Perkins Road
Baton Rouge LA 70808-4326
225-769-4044

**Follow up with Craig Greene, MD in 1 week (around 8/9/2023)**
Why: call to schedule appointment for follow up., for recheck on your symptoms and for routine care, Return to the ER if you feel worse in any way.
Specialty: Orthopedic Surgery
Contact: 7777 Hennessy Blvd
Suite 302
Baton Rouge LA 70808
225-374-0500

## Today's Visit

You were seen by Amy West Wattigney, PA

**Reason for Visit**
Fall

**Diagnoses**

- Closed nondisplaced fracture of left patella, unspecified fracture morphology, initial encounter
- Fall, initial encounter
- Left elbow pain
- Contusion of right knee, initial encounter

## Today's Visit (continued)

### Imaging Tests
CT Lower Extremity Left without Contrast
XR Elbow 3+ View Left
XR Knee 4+ View Left
XR Knee 4+ View Right

### Done Today
Apply ordered DME performed 2 times
Nursing Communication (Specify)
Orthopedic Supplies -Crutches (E0114); Bilateral; Med Adult 5'2"-5'10"; Patella fracture; 1
Orthopedic Supplies -Knee Immobilizer (L1830); Left; 20"; S82.0 Fracture of patella; M22.3X1 Other derangements of patella right knee; M22.3X2 Other derangements of patella left knee; 1

### Medications Given
acetaminophen (TYLENOL) Last given at 1:05 PM

Blood Pressure 121/65
Weight 120 lb
Temperature (Oral) 98.7 °F
Pulse 78
Respiration 20
Oxygen Saturation 98%

## What's Next

OCT 6 2023
**PHYSICAL with J David West, MD**
Friday October 6 8:50 AM (Arrive by 8:35 AM)
Baton Rouge Clinic Internal Medicine
7373 Perkins Road
Baton Rouge LA 70808-4326
225-246-9240

DEC 5 2023
**Established Patient with Venugopal Vatsavayi, MD**
Tuesday December 5 12:30 PM
The Baton Rouge Clinic Psychiatry Department
3401 North Blvd
Suite 100
BATON ROUGE LA 70806-3743
225-381-2621

## Prescribed Medication Information
All medication must be taken as prescribed. Contact your physician before stopping any medication.

## Your Medication List

ASK your doctor about these medications

| | | |
|---|---|---|
| ? ASK | **albuterol HFA** 90 mcg/actuation inhaler | INHALE 2 PUFFS INTO THE LUNGS EVERY 6 HOURS AS NEEDED FOR WHEEZE |
| ? ASK | **amitriptyline** 10 mg tablet<br>Commonly known as: ELAVIL | Take two tablets by mouth every night at bedtime. |
| ? ASK | **buPROPion XL** 300 mg 24 hr tablet<br>Commonly known as: WELLBUTRIN XL | Take 1 tablet by mouth once daily. |
| ? ASK | **chlordiazepoxide-clidinium** 5-2.5 mg per capsule<br>Commonly known as: LIBRAX | TAKE 1 CAPSULE BY MOUTH 3 TIMES DAILY WITH MEALS. |
| ? ASK | **Claritin-D 24 Hour** 10-240 mg per 24 hr tablet<br>Generic drug: loratadine-pseudoephedrine | Take 1 tablet by mouth once daily. |
| ? ASK | **erythromycin** ophthalmic ointment<br>Commonly known as: ROMYCIN | Place into both eyes at bedtime. |
| ? ASK | * **FLUoxetine** 40 MG capsule<br>Commonly known as: PROZAC | Take 1 capsule by mouth once daily. |
| ? ASK | * **FLUoxetine** 20 mg capsule<br>Commonly known as: PROzac | Take 1 capsule by mouth once daily. |
| ? ASK | **fluticasone propionate** 50 mcg/actuation nasal spray<br>Commonly known as: FLONASE | APPLY TWO SPRAYS IN EACH NOSTRIL ONCE DAILY |
| ? ASK | **naltrexone** 50 mg tablet<br>Commonly known as: DEPADE | Take 1 tablet by mouth in the morning. |
| ? ASK | **naproxen** 500 mg tablet<br>Commonly known as: NAPROSYN | TAKE 1 TABLET BY MOUTH TAKE DAILY WITH A MEAL. |
| ? ASK | **propranoloL** 20 mg tablet<br>Commonly known as: INDERAL | TAKE 1 TABLET BY MOUTH TWICE A DAY |

## Your Medication List (continued)

ASK your doctor about these medications (continued)

| | | |
|---|---|---|
| ASK | **SUMAtriptan** 50 mg tablet<br>Commonly known as: IMITREX | TAKE 1 TABLET BY MOUTH EVERY 2 HOURS AS NEEDED FOR MIGRAINE. ***MAY REPEAT IN 2 HOURS IF NEEDED.*** |
| ASK | **topiramate** 25 mg tablet<br>Commonly known as: TOPAMAX | TAKE 1 TABLET BY MOUTH TWICE A DAY |
| ASK | UNABLE TO FIND | Place 1 drop under the tongue in the morning and 1 drop at noon and 1 drop before bedtime. THC 900 CHERRY SL TINCTURE (NEW) - WELLCANA EACHES- |

* This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.

MyChart

The MyChart patient portal can be accessed from your computer, tablet, or phone anytime, anywhere by visiting mychart.fmolhs.org. With MyChart you can check-in online, find the nearest urgent care, schedule an appointment, communicate with your doctor, pay your bill online, refill your prescription, view your test results, video visit with your doctor, view your After Visit Summary, and more.

We believe in transparent communication and that sharing information builds trust and fosters better relationships. We believe you deserve to see your information as soon as it is available.

We release testing results to you as soon as they are available. Therefore, you may see some results even before we do. **Please give your provider time to review your results to see if they are clinically significant for you.**

**Thank you for using MyChart.**

**Need some Help with MyChart?**
Please email mychartsupport@fmolhs.org or call (855) 435-1426 to talk with our MyChart patient support team.

**Video Visits Now Available Until Midnight**
Virtual care from anywhere is easy and convenient. Visit with our providers through the MyChart app from any smartphone, tablet or computer. Unlike providers at an urgent care, our providers have access to your medical history and medication lists so you receive the best possible care. To schedule, select "After Hours/Weekend Video Visit" in the appointments section of MyChart, or call (888) 765-7428.

**Monday – Friday**
4 p.m. – 12 a.m.

**Saturday**
2 p.m. – 12 a.m.

**Sunday**

BATON ROUGE GENERAL
MEDICAL CENTER
8585 PICARDY AVE
BATON ROUGE, LA 70809
(225)763-4000

## REGISTRATION RECORD

| Visit ID | Patient Type | Service | Source | Admit Date / Time | Location | Medical Record Number |
|---|---|---|---|---|---|---|
| 000101456985 | OUTPATIENT | BB - WOMENS | Clinic/Physician/Urgent Care | 10/13/2020 14:29 | UNKNOWN_LOCATION UNKNOWN_ROOM | 05399190 |

**Patient Information**

| Patient Name and Address | Phone | Patient Employer Name and Address | Work Phone |
|---|---|---|---|
| KNIGHT, AMY R | | , | () - |

| Calling Name | Birth Date | Age | Gender | Marital Status | Race | Ethnicity | Religion |
|---|---|---|---|---|---|---|---|
| | | 52Y | F | M | White | NOT HISPANIC OR LATINO | ROMAN CATHOLIC |

| Primary Care Physician | Attending Physician | Admitting Physician |
|---|---|---|
| , | , | , |

**Guarantor**

| Guarantor Name / Address | Phone / DOB | Guarantor Employer Info | Employer Phone |
|---|---|---|---|
| KNIGHT , AMY R | | , | |

**Emer. Contact**

| Emergency Contact 1 Name and Address | Phone / Relationship | Emergency Contact 2 Name and Address | Phone / Relationship |
|---|---|---|---|
| , | | , | |

**Insurance Info**

| | Primary Insurance Plan | Secondary Insurance Plan | Tertiary Insurance Plan |
|---|---|---|---|
| Insurance Address | BLUE CROSS OUT OF STATE - B26<br>PO BOX 98029<br>BATON ROUGE LA 70898 | - | - |
| Phone | (800)441-9188 | | |
| Insured | RAY KNIGHT, AMY | | |
| Relationship | Patient is Insured | | |
| Birth Date | | | |
| Group # | | | |
| Policy # | 277286M002 | | |
| Auth. # | WMO692M92512 | | |

**Misc**

| Fin. Class | Notice of Privacy | Advance Directive | OPT OUT | Discharge Date and Time | Date/Time Printed |
|---|---|---|---|---|---|
| W | 09/22/2015 | | | | 10/13/2020 2:34 PM |

| Occurrence Date / Time | Arrived by | Admitting Complaint | Admit By |
|---|---|---|---|
| 10/13/2020 14:29 | WALKED IN | bil diag 77066 n60.11 n60.12 | blazije |

Oct. 13. 2020 2:18PM No. 2491 P. 1

Baton Rouge General Physicians

J. Benton Dupont, MD, FACS
General Surgery/Surgical Oncology

8595 Picardy Avenue
Suite 235
Baton Rouge, LA 70809

phone 225-763-4820
fax 225-763-4819

www.BRGPhysicians.com

DOB

Patient's Name: Amy Knight Age:

Address: Date: 10/13/20

℞

Bil diagnostic mammogram

N60.11
N60.12

Refill ____ times
Label

☐ Dispense As Written

Physician Signature

☐ Check for STAT RX

Baton Rouge General

***DOCTOR'S ORDER SHEET***

Patient Label: Knight, Amy

REMEMBER! Date/Time Every Entry

All orders must be written on this sheet. Please sign all orders.
Routine orders, telephone and/or verbal orders authentication must be dated, timed and signed by the physician.

ALLERGIES:

HEIGHT: WEIGHT: ☐ Pregnant/Lactating

ADMITTING DIAGNOSIS: R92.2

| Date / Time | Orders for Medication, Diet and Treatment |
|---|---|
| | SCREENING MAMMOGRAM CALLBACK STANDING ORDERS |
| | Please ~~[illegible]~~ call all of my patients who require additional views and/or ultrasound after a screening mammogram. At the time of the call, please schedule an appointment at Baton Rouge General's Women's Center for these follow-up studies. |
| | If unable to reach patient or make this follow-up appointment, please call my office to inform me or a member of my staff. |
| 10-13-20 1520 | Bilateral breasts ultrasound |

STOP — DANGEROUS PRESCRIBING PRACTICES

DO NOT use any of the following unapproved abbreviations:
- U or u
- IU
- Q.D. or qd
- Q.O.D. or qod
- MS
- $MSO_4$
- $MgSO_4$
- Trailing zero after decimal
- Lack of zero before decimal

Date: 4,19,18

Physician's Signature: [signature] MD

Physician's Printed Name: J B DuPont MD

123-6813 (rev. 11/2/15)

120

## Baton Rouge General Medical Center

Mid City Radiology
Phone (225) 381-6505 Fax: (225) 387-7017

Bluebonnet Radiology
Phone ((225) 763-4090 Fax (225) 763-4089

Dijon and Oneal Imaging Center
Phone (225) 769-9337 Fax: (225) 769-9320

Patient Name: **KNIGHT, AMY RAY** DOB:

Med Rec #: 05399190
Patient Location: BB - WOMENS CENTER
Phone: Gender: F Age: 52Y

Visit ID: 000101456985
Patient Type: OUTPATIENT
Accession # 11003491

Exam Reason:
Order Phys: DUPONT JR, JOSEPH BENTON Read By: HARRIS, ADAM W

**10/13/20 14:38 BBMA MAMMO DIAG BILAT**

***Final***

Federal Regulations Require The Referring Physician To Review With The Patient: (1) All Findings Of Radiologic Mammography Procedures; (2) Subsequent Steps Of Treatment, If Results Are Positive; (3) Importance Of Mammography To Ongoing Health; (4) Patient Responsibility To Share With Any New Physician Or Mammographic Provider The Date And Place Of Previous Mammogram.

EXAM: BBMA Mammo Diagnostic with Tomosynthesis

CLINICAL INDICATION: N60.11: DIFFUSE CYSTIC MASTOPATHY OF RIGHT BREAST
N60.12: DIFFUSE CYSTIC MASTOPATHY OF LEFT BREAST

COMPARISON: Studies dating back to December 29, 2017

BREAST DENSITY:

The breasts are heterogeneously dense, which may obscure small masses.

FINDINGS:

No new mass, architectural distortion, or suspicious calcifications are identified in either breast. Benign type calcifications seen bilaterally, unchanged. Well-circumscribed nodules are seen in each breast at the site of the palpable lumps.

A targeted left breast ultrasound at 1:00 5 cm from nipple shows a benign simple cyst measuring 9 x 6 x 7 mm. No solid mass.

A targeted right breast ultrasound at 1:00 4 cm from the nipple shows a benign simple cyst measuring 11 x 7 x 13 mm. No solid mass.

IMPRESSION:

There is no evidence of malignancy on this exam. Benign simple cysts in each breast as detailed above.

In the absence of clinical interval change, a routine mammogram is recommended in one year

The above findings and recommendations were discussed with the patient at the time of the exam.

BI-RADS: 2 Benign

Today's examination was performed utilizing computer-aided detection (CAD) system.

The patient's information has been entered into a reminder system with a target due date for the next mammogram.

Report Date: 10/15/2020 12:58 PM

**Transcribed: 10/15/2020 13:00 By: HARRIS, ADAM W.** **Visit ID: 000101456985**

***Confidentiality Notice:*** The documents accompanying this telecopy transmission contain confidential information belonging to the sender. The information is only for the use of the individual or entity named below. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this telecopied information is strictly prohibited. If you have received this telecopy in error, please notify this office immediately by telephone to arrange for the return of the original document(s) to us.

**Baton Rouge General Medical Center**

**Mid City Radiology**
Phone (225) 381-6505 Fax: (225) 387-7017
**Bluebonnet Radiology**
Phone ((225) 763-4090 Fax (225) 763-4089
**Dijon and Oneal Imaging Center**
Phone (225) 769-9337 Fax: (225) 769-9320

Patient Name: **KNIGHT, AMY RAY** DOB:

**Electronically Signed By: HARRIS, ADAM W.**
Date: 10/15/2020 12:58

**Transcribed: 10/15/2020 13:00 By: HARRIS, ADAM W.** **Visit ID: 000101456985**

***Confidentiality Notice:*** The documents accompanying this telecopy transmission contain confidential information belonging to the sender. The information is only for the use of the individual or entity named below. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this telecopied information is strictly prohibited. If you have received this telecopy in error, please notify this office immediately by telephone to arrange for the return of the original document(s) to us.

## Baton Rouge General Medical Center

**Mid City Radiology**
Phone (225) 381-6505 Fax: (225) 387-7017
**Bluebonnet Radiology**
Phone ((225) 763-4090 Fax (225) 763-4089
**Dijon and Oneal Imaging Center**
Phone (225) 769-9337 Fax: (225) 769-9320

Patient Name: **KNIGHT, AMY RAY** DOB:

Med Rec #: 05399190
Patient Location: BB - WOMENS CENTER
Phone: Gender: F Age: 52Y
Visit ID: 000101456985
Patient Type: OUTPATIENT
Accession # 11003490

Exam Reason:
Order Phys: DUPONT JR, JOSEPH BENTON Read By: HARRIS, ADAM W

**10/13/20 14:37 BBUS BREAST LIMITED UNI LEFT**

**Final**

EXAM: BBUS BREAST LIMITED UNI LEFT

CLINICAL INDICATION: N60.11: DIFFUSE CYSTIC MASTOPATHY OF RIGHT BREAST
N60.12: DIFFUSE CYSTIC MASTOPATHY OF LEFT BREAST

FINDINGS:

Please see the diagnostic mammogram report from today for a combined report.

IMPRESSION:

See above

BI-RADS: 2 Benign

Report Date: 10/15/2020 12:58 PM

**Electronically Signed By: HARRIS, ADAM W.**
Date: 10/15/2020 12:58

**Transcribed: 10/15/2020 13:01 By: HARRIS, ADAM W.** **Visit ID: 000101456985**

***Confidentiality Notice:*** The documents accompanying this telecopy transmission contain confidential information belonging to the sender. The information is only for the use of the individual or entity named below. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this telecopied information is strictly prohibited. If you have received this telecopy in error, please notify this office immediately by telephone to arrange for the return of the original document(s) to us.

## Baton Rouge General Medical Center

**Mid City Radiology**
Phone (225) 381-6505 Fax: (225) 387-7017

**Bluebonnet Radiology**
Phone ((225) 763-4090 Fax (225) 763-4089

**Dijon and Oneal Imaging Center**
Phone (225) 769-9337 Fax: (225) 769-9320

Patient Name: **KNIGHT, AMY RAY** DOB:

Med Rec #: 05399190
Patient Location: BB - WOMENS CENTER
Phone: Gender: F Age: 52Y

Visit ID: 000101456985
Patient Type: OUTPATIENT
Accession # 11003489

Exam Reason:
Order Phys: DUPONT JR, JOSEPH BENTON Read By: HARRIS, ADAM W

**10/13/20 14:37 BBUS BREAST LIMITED UNI RIGHT**

***Final***

EXAM: BBUS BREAST LIMITED UNI RIGHT

CLINICAL INDICATION: N63.11: UNSPECIFIED LUMP IN THE RIGHT BREAST, UPPER OUTER QUADRANT
N60.12: DIFFUSE CYSTIC MASTOPATHY OF LEFT BREAST

FINDINGS:

Please see the diagnostic mammogram report from today for a combined report.

IMPRESSION:

See above

BI-RADS: 2 Benign

Report Date: 10/15/2020 12:59 PM

**Electronically Signed By: HARRIS, ADAM W.**
Date: 10/15/2020 12:59

**Transcribed: 10/15/2020 13:01 By: HARRIS, ADAM W.** **Visit ID: 000101456985**

*Confidentiality Notice:* The documents accompanying this telecopy transmission contain confidential information belonging to the sender. The information is only for the use of the individual or entity named below. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this telecopied information is strictly prohibited. If you have received this telecopy in error, please notify this office immediately by telephone to arrange for the return of the original document(s) to us.

BATON ROUGE GENERAL MEDICAL CENTER

# Patient Profile

Allscripts Paragon Clinician Hub

KNIGHT, AMY R.

Location: UNKNOWN_LOCATION UNKNOWN_ROOM UNKNOWN_BED

(52Y) Female Admit: 13-Oct-2020 MRN: 05399190 Visit ID: 000101456985

## Demographics

Unverified

Calling Name:

Primary Address

UNITED STATES

Phone Numbers

| Phone Type | Phone Number |
|---|---|
| Home Telephone Number: | |
| Mobile or Cellular Telephone Number: | |

Contacts

| Name | Type | Next of Kin | Emergency Contact | Guardian | Agent | Phone | Phone Type |
|---|---|---|---|---|---|---|---|

Driver's License:
Social Security:
Race: White
Ethnicity: NOT HISPANIC OR LATINO

Marital Status: Married
Nationality:
Religion: ROMAN CATHOLIC
Status:

Preferred Language: English
Communication Barrier:
Language Ability Mode Expressed:
Language Mode Received:
Special Needs:
Education Level: Some college/vocational/tech program
Birth Sex:
Sexual Orientation:
Gender Identity:
Notes:

## Patient Details

Unverified

Admit Complaint: bil diag 77066 n60.11 n60.12 bil us 76642 76642 r92.2
Admit Diagnosis:
Isolation Order Codes:

Service: BB - WOMENS CENTER
Fin Class: MANAGED CARE
Patient Type: OUTPATIENT
Discharge Date: 10/13/2020
Discharge Status: 01 HOME SELF CARE
Visit Status: Discharge
Age: 52 YEARS
Organ Donor: N

Code Status:
Admit Weight:
Admit Height:
Current Weight:
Current Height:
BMI:
BSA:
Smoking Status:

Preferred Pharmacy Name:
Pharmacy City:
Pharmacy State:
Pharmacy Zip:

Pharmacy Phone:
Pharmacy Fax:

## Advance Directives

Unverified

PATIENT DOES NOT HAVE LIVING WILL
Type:
Effective Date: 12/16/2016 15:43

Custodian Name:
Custodian Address:

BATON ROUGE GENERAL MEDICAL CENTER **Patient Profile** Allscripts Paragon Clinician Hub

**KNIGHT, AMY R.** Location: UNKNOWN_LOCATION UNKNOWN_ROOM UNKNOWN_BED

(52Y) Female Admit: 13-Oct-2020 MRN: 05399190 Visit ID: 000101456985

Document In Chart: N Custodian Phone:
Notes:

## Allergies
Unverified

### Sulfa (Sulfonamide Antibiotics)

Reaction: GI upset
Severity: Unknown
Sensitivity: Allergy
Type: Drug Allergy
Onset Date:
Misc. Description:
Informant Name:
Informant Source:
Notes:
Last documented by:

### morphine

Reaction: itching
Severity: Unknown
Sensitivity: Allergy
Type: Drug Allergy
Onset Date:
Misc. Description:
Informant Name:
Informant Source:
Notes:
Last documented by:

### adhesive

Reaction: redness/whelps
Severity: Unknown
Sensitivity: Allergy
Type: Drug Allergy
Onset Date:
Misc. Description:
Informant Name:
Informant Source:
Notes:
Last documented by:

## Family History
Unverified

Adopted: N

No Family History Data

## Health Concern & Goals
Unverified

No Health Concern & Goals Data

## Immunizations
Unverified

### Td (adult)

Admin Date & Time: 06-Jun-2018 11:59
Dose: 0.5 mL
Route: INTRAMUSCULAR
Site: Right Deltoid
NDC: 49281021515
Administered By: LAWRENCE K BUTT, RN
Ordering Physician: KING ., LISA H., NP-C
Not Given Reason:

Status: Active
Lot #: U5856AA
Expiration Date: 26-Jan-2020
Consent Status: Obtained
Consent Date & Time: 06-Jun-2018 11:50
Consent Relationship: Self
Consent Name: Amy Knight
Immunity Condition:

BATON ROUGE GENERAL MEDICAL CENTER **Patient Profile** Allscripts Paragon Clinician Hub

KNIGHT, AMY R. Location: UNKNOWN_LOCATION UNKNOWN_ROOM UNKNOWN_BED

(52Y) Female Admit: 13-Oct-2020 MRN: 05399190 Visit ID: 000101456985

VIS

| VIS Name | VIS Version | VIS Given | VIS Given Date & Time |
|---|---|---|---|
| | | Not Given | |

Med Admin Notes:

Notes:

Last Documented by: LAWRENCE K. BUTT, RN on 06-Jun-2018 12:01

## Implants

Unverified

No Implant Data

## Home Medications

Unverified

### Advil

| | | | |
|---|---|---|---|
| Dose: | 400 milligram | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | every 8 hours | Stop Date: | |
| PRN: | Y | Last Dose Taken: | 12/13/2016 |
| Status: | Active | Next Dose Due Date: | |
| Medication Indication: | pain | | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

### Align

| | | | |
|---|---|---|---|
| Dose: | 4 milligram | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | every day | Stop Date: | |
| PRN: | N | Last Dose Taken: | 12/13/2016 |
| Status: | Active | Next Dose Due Date: | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

### Amitriptyline

| | | | |
|---|---|---|---|
| Dose: | 10 milligram | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | once daily at bedtime | Stop Date: | |
| PRN: | N | Last Dose Taken: | 12/19/2016 |
| Status: | Active | Next Dose Due Date: | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

### Claritin

| | | | |
|---|---|---|---|
| Dose: | 10 milligram | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | every day | Stop Date: | |
| PRN: | N | Last Dose Taken: | 12/19/2016 |
| Status: | Active | Next Dose Due Date: | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

BATON ROUGE GENERAL MEDICAL CENTER

## Patient Profile

Allscripts Paragon Clinician Hub

KNIGHT, AMY R.

Location: UNKNOWN_LOCATION UNKNOWN_ROOM UNKNOWN_BED

(52Y) Female Admit: 13-Oct-2020 MRN: 05399190 Visit ID: 000101456985

### Home Medications

Unverified

**Cranberry**

| | | | |
|---|---|---|---|
| Dose: | 200 milligram | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | every day | Stop Date: | |
| PRN: | N | Last Dose Taken: | 12/13/2016 |
| Status: | Active | Next Dose Due Date: | |
| Medication Notes: | administer with a meal; | | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

**Flonase Allergy Relief 50 mcg/actuation Spray**

| | | | |
|---|---|---|---|
| Dose: | 1 spray | Duration: | |
| Route: | intranasal | Start Date: | |
| Frequency: | 2 times per day | Stop Date: | |
| PRN: | Y | Last Dose Taken: | 12/18/2016 |
| Status: | Active | Next Dose Due Date: | |
| Medication Indication: | nasal congestion | | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

**HYDROMORPHONE (PF) SYRINGE**

| | | | |
|---|---|---|---|
| Dose: | 0.2 MG/0.1 ML | Duration: | 12 Hours |
| Route: | INTRAVENOUS | Start Date: | 12/20/2016 |
| Frequency: | EVERY 5 MINUTES AS NEEDED | Stop Date: | |
| PRN: | Y | Last Dose Taken: | |
| Status: | Active | Next Dose Due Date: | |
| Medication Notes: | Instructions: AS NEEDED FOR PAIN UP TO 2MG<br>**** FOR PACU USE ONLY ****<br>PHARMACY TO SET STOP TIME 12 HOURS FROM START<br>*HIGH ALERT*<br>*SOUND ALIKE / LOOK ALIKE DRUG* | | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

**HYDROcodone-acetaminophen 10 mg-325 mg**

| | | | |
|---|---|---|---|
| Dose: | 1 tablet | Duration: | |
| Route: | PO | Start Date: | 06/06/2018 |
| Frequency: | every 4 hours | Stop Date: | |
| PRN: | Y | Last Dose Taken: | |
| Status: | Active | Next Dose Due Date: | |
| Informant Source: | Physician | | |

Last Documented by: LISA H. KING ., NP-C on 06/06/2018 12:55

**HYDROcodone-acetaminophen 5 mg-325 mg**

| | | | |
|---|---|---|---|
| Dose: | 1 tablet | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | every 4 hours | Stop Date: | |

BATON ROUGE GENERAL MEDICAL CENTER

## Patient Profile

Allscripts Paragon Clinician Hub

KNIGHT, AMY R.

Location: UNKNOWN_LOCATION UNKNOWN_ROOM UNKNOWN_BED

(52Y) Female Admit: 13-Oct-2020 MRN: 05399190 Visit ID: 000101456985

### Home Medications

Unverified

| | | | |
|---|---|---|---|
| PRN: | Y | Last Dose Taken: | |
| Status: | Active | Next Dose Due Date: | |
| Informant Source: | Physician | | |

Last Documented by: JESSICA A. ZAGORY on 12/20/2016 07:53

**Inderal**

| | | | |
|---|---|---|---|
| Dose: | 10 milligram | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | 2 times per day | Stop Date: | |
| PRN: | N | Last Dose Taken: | 12/19/2016 20:30 |
| Status: | Active | Next Dose Due Date: | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

**Librax (with Clidinium) 2.5 mg-5 mg**

| | | | |
|---|---|---|---|
| Dose: | 1 capsule | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | 2 times per day | Stop Date: | |
| PRN: | N | Last Dose Taken: | 12/19/2016 |
| Status: | Active | Next Dose Due Date: | |
| Medication Notes: | administer 30 to 60 minutes before meals; | | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

**Miralax**

| | | | |
|---|---|---|---|
| Dose: | 17 gram | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | every day | Stop Date: | |
| PRN: | N | Last Dose Taken: | 12/13/2016 |
| Status: | Active | Next Dose Due Date: | |
| Medication Notes: | mix into 4-8 oz. of any hot/cold/room temp. beverage; use immediately; | | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

**Multivitamins**

| | | | |
|---|---|---|---|
| Dose: | 1 tablet | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | every morning | Stop Date: | |
| PRN: | N | Last Dose Taken: | 12/13/2016 |
| Status: | Active | Next Dose Due Date: | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

**ONDANSETRON HCL (PF) SOLUTION**

| | | | |
|---|---|---|---|
| Dose: | 4 MG/2 ML | Duration: | 12 Hours |
| Route: | INTRAVENOUS | Start Date: | 12/20/2016 |
| Frequency: | ONCE AS NEEDED | Stop Date: | |

BATON ROUGE GENERAL MEDICAL CENTER

# Patient Profile

Allscripts Paragon Clinician Hub

KNIGHT, AMY R.

Location: UNKNOWN_LOCATION UNKNOWN_ROOM UNKNOWN_BED

(52Y) Female Admit: 13-Oct-2020 MRN: 05399190 Visit ID: 000101456985

## Home Medications

Unverified

| | | | |
|---|---|---|---|
| PRN: | Y | Last Dose Taken: | |
| Status: | Active | Next Dose Due Date: | |
| Medication Notes: | Instructions: ****FOR PACU, SDS AND ENDOSCOPY USE ONLY**** | | |
| | FOR DOSE AS NEEDED FOR NAUSEA | | |
| | PHARMACY TO SET STOP TIME 12 HOURS FROM START | | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

### PROzac

| | | | |
|---|---|---|---|
| Dose: | 40 milligram | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | every day | Stop Date: | |
| PRN: | N | Last Dose Taken: | 12/19/2016 |
| Status: | Active | Next Dose Due Date: | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

### Pepcid

| | | | |
|---|---|---|---|
| Dose: | 20 milligram | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | every day | Stop Date: | |
| PRN: | Y | Last Dose Taken: | 12/13/2016 |
| Status: | Active | Next Dose Due Date: | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

### Savella

| | | | |
|---|---|---|---|
| Dose: | 50 milligram | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | 2 times per day | Stop Date: | |
| PRN: | N | Last Dose Taken: | 12/19/2016 |
| Status: | Active | Next Dose Due Date: | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

### Topiramate

| | | | |
|---|---|---|---|
| Dose: | 25 milligram | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | every 12 hours | Stop Date: | |
| PRN: | N | Last Dose Taken: | 12/19/2016 |
| Status: | Active | Next Dose Due Date: | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

### Treximet

| | | | |
|---|---|---|---|
| Dose: | 1 tablet | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | every day | Stop Date: | |

## Home Medications

Unverified

| | | | |
|---|---|---|---|
| PRN: | Y | Last Dose Taken: | 12/06/2016 |
| Status: | Active | Next Dose Due Date: | |
| Medication Indication: | migraine headache | | |
| Medication Notes: | may repeat once in 2 hours; do not exceed 2 tablets in 24 hours; | | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

### Valium

| | | | |
|---|---|---|---|
| Dose: | 2 milligram | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | once | Stop Date: | |
| PRN: | Y | Last Dose Taken: | 12/18/2016 |
| Status: | Active | Next Dose Due Date: | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

### Wellbutrin XL 24 hr Tab

| | | | |
|---|---|---|---|
| Dose: | 150 milligram | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | every morning | Stop Date: | |
| PRN: | N | Last Dose Taken: | 12/19/2016 |
| Status: | Active | Next Dose Due Date: | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

### Xanax Tab

| | | | |
|---|---|---|---|
| Dose: | 0.5 milligram | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | once | Stop Date: | |
| PRN: | Y | Last Dose Taken: | 11/21/2016 |
| Status: | Active | Next Dose Due Date: | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

### metFORMIN 24 hr Tab

| | | | |
|---|---|---|---|
| Dose: | 500 milligram | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | 2 times per day | Stop Date: | |
| PRN: | N | Last Dose Taken: | 12/19/2016 |
| Status: | Active | Next Dose Due Date: | |
| Medication Notes: | administer with morning and evening meals; | | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

## Pre-arrival Medications

Unverified

No Pre-Arrival Medicaion Data

BATON ROUGE GENERAL MEDICAL CENTER **Patient Profile** Allscripts Paragon Clinician Hub

KNIGHT, AMY R. Location: UNKNOWN_LOCATION UNKNOWN_ROOM UNKNOWN_BED

(52Y) Female Admit: 13-Oct-2020 MRN: 05399190 Visit ID: 000101456985

## OB/GYN History

### Pregnancy History

| Total Pregnacies | Full Term | Premature | Ab.Induced | Ab. Spontaneous | Ectopics | Multiple Births | Living |
|---|---|---|---|---|---|---|---|

| Normal Vaginal Delivery | Varginal Delivery w/Instrumentation | C-section |
|---|---|---|

### 13-Oct-2020 Visit

Pregnant: No
Lactating:

Last Menstrual Period:
EDD by Date:
EDD by Ultrasound:

### GYN History

| Age of Menarche | Age of Menopause |
|---|---|

Notes:

### Pregnancy/Lactation History

| Date | Pregnant | Lactating | EDD by Date | EDD by Ultrasound | Last Menstrual Period |
|---|---|---|---|---|---|

### Patient Reported Problems

Unverified

#### Acute bronchitis

Type: Problem
Status: Active
Treating Provider:
Laterality:
Severity:
Note:

Start Date/Time: Unknown
End Date/Time:
Informant Source:
Informant Name:

#### Allergic rhinitis

Type: Problem
Status: Active
Treating Provider:
Laterality:
Severity:
Note:

Start Date/Time: Unknown
End Date/Time:
Informant Source:
Informant Name:

#### Murmur

Type: Problem
Status: Active
Treating Provider:
Laterality:
Severity:
Note: as an infant

Start Date/Time: Unknown
End Date/Time:
Informant Source:
Informant Name:

## Patient Reported Problems

Unverified

### Pneumonia

| | | | |
|---|---|---|---|
| Type: | Problem | Start Date/Time: | Unknown |
| Status: | Active | End Date/Time: | |
| Treating Provider: | | Informant Source: | |
| Laterality: | | Informant Name: | |
| Severity: | | | |
| Note: | | | |

### Anemia

| | | | |
|---|---|---|---|
| Type: | Problem | Start Date/Time: | Unknown |
| Status: | Active | End Date/Time: | |
| Treating Provider: | | Informant Source: | |
| Laterality: | | Informant Name: | |
| Severity: | | | |
| Note: | | | |

### Anxiety disorder

| | | | |
|---|---|---|---|
| Type: | Problem | Start Date/Time: | Unknown |
| Status: | Active | End Date/Time: | |
| Treating Provider: | | Informant Source: | |
| Laterality: | | Informant Name: | |
| Severity: | | | |
| Note: | | | |

### Depressive disorder

| | | | |
|---|---|---|---|
| Type: | Problem | Start Date/Time: | Unknown |
| Status: | Active | End Date/Time: | |
| Treating Provider: | | Informant Source: | |
| Laterality: | | Informant Name: | |
| Severity: | | | |
| Note: | | | |

### Diabetes mellitus type 2

| | | | |
|---|---|---|---|
| Type: | Problem | Start Date/Time: | Unknown |
| Status: | Active | End Date/Time: | |
| Treating Provider: | | Informant Source: | |
| Laterality: | | Informant Name: | |
| Severity: | | | |
| Note: | | | |

### Essential tremor

| | | | |
|---|---|---|---|
| Type: | Problem | Start Date/Time: | Unknown |
| Status: | Active | End Date/Time: | |
| Treating Provider: | | Informant Source: | |
| Laterality: | | Informant Name: | |
| Severity: | | | |
| Note: | | | |

### Fibromyalgia

BATON ROUGE GENERAL MEDICAL CENTER **Patient Profile** Allscripts Paragon Clinician Hub

KNIGHT, AMY R. Location: UNKNOWN_LOCATION UNKNOWN_ROOM UNKNOWN_BED

(52Y) Female Admit: 13-Oct-2020 MRN: 05399190 Visit ID: 000101456985

## Patient Reported Problems

Unverified

Type: Problem
Status: Active
Treating Provider:
Laterality:
Severity:
Note:
Start Date/Time: Unknown
End Date/Time:
Informant Source:
Informant Name:

### Gastroesophageal reflux disease

Type: Problem
Status: Active
Treating Provider:
Laterality:
Severity:
Note:
Start Date/Time: Unknown
End Date/Time:
Informant Source:
Informant Name:

### Hemorrhoids

Type: Problem
Status: Active
Treating Provider:
Laterality:
Severity:
Note:
Start Date/Time: Unknown
End Date/Time:
Informant Source:
Informant Name:

### Hyperlipidemia

Type: Problem
Status: Active
Treating Provider:
Laterality:
Severity:
Note:
Start Date/Time: Unknown
End Date/Time:
Informant Source:
Informant Name:

### Irritable bowel syndrome

Type: Problem
Status: Active
Treating Provider:
Laterality:
Severity:
Note:
Start Date/Time: Unknown
End Date/Time:
Informant Source:
Informant Name:

### Migraine

Type: Problem
Status: Active
Treating Provider:
Laterality:
Severity:
Note:
Start Date/Time: Unknown
End Date/Time:
Informant Source:
Informant Name:

### Urinary tract infection

Type: Problem
Start Date/Time: Unknown

**KNIGHT, AMY R.** Location: UNKNOWN_LOCATION UNKNOWN_ROOM UNKNOWN_BED

(52Y) Female Admit: 13-Oct-2020 MRN: 05399190 Visit ID: 000101456985

## Patient Reported Problems

Unverified

Status: Active
Treating Provider:
Laterality:
Severity:
Note:

End Date/Time:
Informant Source:
Informant Name:

### Meniere disease

Type: Problem
Status: Active
Treating Provider:
Laterality:
Severity:
Note:

Start Date/Time: Unknown
End Date/Time:
Informant Source:
Informant Name:

## Patient Reported Procedures

Unverified

### BB Biopsy Breast (Left)

Status: Active
Treating Provider: DUPONT, JOSEPH B. JR
Laterality:
Severity:
Note:

Start Date/Time: 12/20/2016
End Date/Time:
Informant Source:
Informant Name:

Last Documented by: STACY B. GILPIN, RN on 20-Dec-2016 09:02

### COLONOSCopy

Status: Completed
Treating Provider:
Laterality:
Severity:
Note:

Start Date/Time: Unknown
End Date/Time:
Informant Source:
Informant Name:

### EGD

Status: Completed
Treating Provider:
Laterality:
Severity:
Note:

Start Date/Time: Unknown
End Date/Time:
Informant Source:
Informant Name:

### EGD WITH ESOPHAGEAL DILITATION

Status: Completed
Treating Provider:
Laterality:
Severity:
Note:

Start Date/Time: Unknown
End Date/Time:
Informant Source:
Informant Name:

BATON ROUGE GENERAL MEDICAL CENTER **Patient Profile** Allscripts Paragon Clinician Hub

KNIGHT, AMY R. Location: UNKNOWN_LOCATION UNKNOWN_ROOM UNKNOWN_BED

(52Y) Female Admit: 13-Oct-2020 MRN: 05399190 Visit ID: 000101456985

## Patient Reported Procedures

Unverified

### Hysterectomy

| | | | |
|---|---|---|---|
| Status: | Completed | Start Date/Time: | Unknown |
| Treating Provider: | | End Date/Time: | |
| Laterality: | | Informant Source: | |
| Severity: | | Informant Name: | |
| Note: | | | |

### Laparoscopy

| | | | |
|---|---|---|---|
| Status: | Completed | Start Date/Time: | Unknown |
| Treating Provider: | | End Date/Time: | |
| Laterality: | | Informant Source: | |
| Severity: | | Informant Name: | |
| Note: | | | |

### WISDOM TEETH

| | | | |
|---|---|---|---|
| Status: | Completed | Start Date/Time: | Unknown |
| Treating Provider: | | End Date/Time: | |
| Laterality: | | Informant Source: | |
| Severity: | | Informant Name: | |
| Note: | | | |

## Personal History - Education

Unverified

No Personal History Education Data

Education Level: Some college/vocational/tech program

## Personal History - Occupation

Unverified

No Personal History Occupation Data

## Problem List - Current Visit

Unverified

No Current Visit Problem and Procedure Data

| | |
|---|---|
| Entry Date: | ICD Code: |
| Type: | Start Date/Time: |
| Status: | End Date/Time: |
| Treating Provider: | Informant Source: |
| Laterality: | Informant Name: |
| Severity: | |
| Note: | |

## Problem List - Full

Unverified

No Full Problem and Procedure Data

## Social History - Tobacco Use

Unverified

None reported. Last documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:43

## Social History - Alcohol Use

Unverified

None reported. Last documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:43

## Social History - Recreational Drug Use

Unverified

None reported. Last documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:43

## Social History Daily Activities

Unverified

No Social History Daily Activities Data

## Patient Education

Unverified

No Patient Education Data

## Physicians

| | |
|---|---|
| Admitting | - JOSEPH B. DUPONT JR |
| Attending | - JOSEPH B. DUPONT JR |
| Ordering | - JOSEPH B. DUPONT JR |
| Primary Care Physician | - JOSEPH B. DUPONT JR |

## Documentation

BMI:

Calculated field

BSA:

Calculated field

Education Level:

Last Documented by: TRACEY W. FERRINGTON RN on 16-Dec-2016 15:43

:

PATIENT DOES NOT HAVE LIVING WILL:

Baton Rouge General
A Community of Caring

KNIGHT,AMY RAY
05399190 000101456985
DOB: 52Y Female
10/13/2020 14:29
DUPONT,JOSEPH

## TREATMENT AUTHORIZATION FORM

**Financial Responsibility**

This is to certify that the information provided to the Baton Rouge General Medical Center ("Medical-Center") is true and correct to the best of my knowledge and belief. In consideration of the services rendered to the patient named below, I/we assume responsibility for and guarantee the payment of all Medical Center charges in accordance with the Medical Center's then current rate. Total charges are payable when rendered. I/we also agree that, except as provided by law, I/we shall be responsible for the payment of any Medical Center charges which, for any reason, are not paid by any payer or insurance company. In the event this account is rendered delinquent and requires legal action to resolve payment, I/we agree to pay, in addition to the principal sum due, a fee of thirty three and one-third (33 1/3%) of the amount due on the account to cover collection agency and/or attorney fees and other fees and expenses incurred by this facility.

**Consent for Treatment**

I/we agree and consent to all procedures, medical treatments, and photographs, video tapes, digital, or other images deemed necessary by the patient's physician(s). I /we acknowledge that there is no guarantee, express or implied, as to the results of procedures and medical treatments performed. The Medical Center is a Teaching Hospital which through its programs, services and facilities provides clinical settings for the training of medical and allied health professionals. As a patient in the Medical Center, part or all of your care may be rendered by practitioners in training (physicians, nurses, technicians, etc.) under the supervision of the appropriate medical and/or allied staff.

**Medical Release and Assignment of Insurance Benefits**

I/we authorize the Baton Rouge General Medical Center to release any and all medical records, including diagnoses related to alcohol/drug abuse, mental disorders, HIV/AIDS status and related illnesses and billing information to the Social Security Administration, Medicare, Medicaid (or their various intermediaries), the patient's insurance companies, health maintenance organizations, workers compensation carriers, employers, alternate care facilities, or persons acting on behalf of a preferred provider arrangement (or any of their agents or representatives), when such information is requested for payment, utilization, review or coverage determination purposes. I/we understand that I/m may revoke this consent at any time, except in instances where a particular action depends upon the consent remaining in effect, including, but not limited to securing full payment of the account(s). This authorization shall remain in effect, for a period of not more than one year from the date shown below or until payment of this account is rendered in full, whichever is greater. I/we further authorize any such payer or insurance company to pay directly to the Medical Center and/or affiliated physicians all benefits due and payable as a result of services rendered by the Medical Center and/or affiliated physicians.

I hereby appoint the hospital and/or affiliated physicians as my authorized representative to pursue any claims, and administrative and/or legal remedies on my behalf for collection against any responsible payer or third party liability carrier of any and all benefits due me for the payment of charges associated with my treatment. A photocopy of this Treatment Authorization, Financial Assignment and Acknowledgements shall serve as an original.

**Medication Assistance Program**

In some cases, when a patient has no Insurance Coverage, the hospital is able to obtain reimbursement for some of your medications from companies that manufacture them. When this occurs, the cost of the medication is removed from your hospital charges. Most of these programs require your signature on the application forms. So that you do not have to sign an application for each medication, we are requesting that you sign this Limited Power of Attorney, which allows a Medical Center representative to sign these forms on your behalf.

I appoint Medical Center to be the custodians of my personal/home medications during my stay at Medical Centers facility. Such medications shall be maintained under the current policies and practices of Medical Center and shall be returned to me upon my request at the end of my stay at Medical Center's facility. Should I fail to request my personal/home medications after my stay at Medical Centers facility, I consent that Medical Center may donate or destroy my medications five (5) days after leaving from Medical Center's facility.

Limited Power of Attorney: I appoint Baton Rouge General Medical Center, 3600 Florida Boulevard, Baton Rouge, Louisiana 70806 as my attorney for the sole and exclusive purpose of carrying out in my name, the application forms required for Baton Rouge General Medical Center to obtain replacement of my medications from pharmaceutical manufacturers. This Limited Power of Attorney will be in full force from the date signed.



LABEL

Baton Rouge General
A Community of Caring

KNIGHT,AMY RAY
05399190 000101456985
DOB: 52Y Female
10/13/2020 14:29
DUPONT,JOSEPH

# TREATMENT AUTHORIZATION FORM

**Physician's Medical Release and Assignment of Insurance Benefits**

I/we hereby assign to any physician providing anesthesia, radiology or other related services rendered in connection with my treatment all benefits due me for such services under any applicable policy of insurance. I/we accept the financial responsibility to said physicians for all charges and services not paid by any payer or my insurance company and hereby promise to pay within 30 days of the date rendered any remaining balance. The authorization to release medical information herein contained shall also apply to the physicians referred to in this paragraph, and any physician involved in patient's primary care.

***Joint Notice of Privacy Practices***

I/we, individually or on behalf of the patient, authorize the Medical Center to use and disclose my health information as required for treatment, payment, and healthcare operations as described in the Medical Center's Joint Notice of Privacy Practices. I hereby acknowledge that I was given a copy of the Medical Center's Joint Notice of Privacy Practices on the date written below

***Smoking Cessation Information***

I/we have been given information on smoking cessation and related resources. Smoking is prohibited within the hospital and is only allowed in designated areas.

***Network Insurance Disclosure***

I/we have been given information regarding the contracted status (network or non-network) of my insurance company with the Medical Center. The document provided to me also contains contact information for the ancillary providers that may be encountered during hospitalization.

Patient's Signature (If unable to sign, then by Legal Guardian or Next of Kin)

10/13/20 14:34
Date Time

Relationship to Patient

10/13/20 14:34
Date Time

E-Signed: Jordyn Blazier 10/13/2020 2:36:30 PM

Witness

10/13/20 14:34
Date Time

***Patient Rights and Responsibilities***

I/we have received a copy of the Patient Rights and Responsibilities.

**Personal Property and Valuables / Quality Survey**

I/we understand and agree that the Medical Center cannot and shall not be responsible for any item or valuable not placed in the Medical Center's safe. I/we understand and agree that General Health System or a contracted agency may contact me/us to discuss information relative to quality concerns.

Rev 05/01/14 Page 1 of 2 Form MR-AD-1026

LABEL

BATON ROUGE GENERAL
MEDICAL CENTER
8585 PICARDY AVE
BATON ROUGE, LA 70809
(225)763-4000

## REGISTRATION RECORD

| Visit ID | Patient Type | Service | Source | Admit Date / Time | Location | Medical Record Number |
|---|---|---|---|---|---|---|
| 000101115199 | EMERGENCY | BB - EMERGENCY | Non Healthcare Facility / | 06/06/2018 10:03 | UNKNOWN_LOCATION UNKNOWN_ROOM | 05399190 |

**Patient Information**

| Patient Name and Address | Phone | Patient Employer Name and Address | Work Phone |
|---|---|---|---|
| KNIGHT, AMY R | | , | () - |

| Calling Name | Birth Date | Age | Gender | Marital Status | Race | Ethnicity | Religion |
|---|---|---|---|---|---|---|---|
| | | 50Y | F | M | White | NOT HISPANIC OR LATINO | ROMAN CATHOLIC |

| Primary Care Physician | Attending Physician | Admitting Physician |
|---|---|---|
| WEST, JAMES | ER-PHYSICIAN, UNASSIGNED | ER-PHYSICIAN, UNASSIGNED |

**Guarantor**

| Guarantor Name / Address | Phone / DOB | Guarantor Employer Info | Employer Phone |
|---|---|---|---|
| KNIGHT , AMY R | | , | |

**Emergency Contact**

| Emergency Contact 1 Name and Address | Phone / Relationship | Emergency Contact 2 Name and Address | Phone / Relationship |
|---|---|---|---|
| , | | , | |

**Insurance Info**

| | Primary Insurance Plan | Secondary Insurance Plan | Tertiary Insurance Plan |
|---|---|---|---|
| Insurance Address / Phone / Insured / Relationship / Birth Date / Group # / Policy # / Auth # | BLUE CROSS OUT OF STATE - B26<br>PO BOX 98029<br><br>BATON ROUGE LA 70898<br>(800)441-9188<br>RAY KNIGHT, AMY<br>Patient is Insured<br><br>277286M002<br>ILM27407897D | - | - |

**Misc**

| Fin. Class | Notice of Privacy | Advance Directive | OPT OUT | Discharge Date and Time | Date/Time Printed |
|---|---|---|---|---|---|
| B | 09/22/2015 | | | | 06/06/2018 10:04 AM |

| Occurrence Date / Time | Arrived by | Admitting Complaint | Admit By |
|---|---|---|---|
| 06/06/2018 10:03 | WALKED IN | CC | youngnl |

Printed: 06/07/2018 04:01

## BATON ROUGE GENERAL MEDICAL CENTER



**Patient Name: KNIGHT, AMY R.**

| | | | | |
|---|---|---|---|---|
| Visit ID: | 000101115199 | MR #: | 05399190 | DOB: 01/15/1968 |
| Arrival: | 06/06/2018 10:03 | Attending: | MADATIC MD, JASON B. | |
| Admitting Diagnosis: | (Unassigned) | | | |

**Patient Throughput**

| Date/Time | Status | Milestones | Elapsed Time |
|---|---|---|---|
| 06/06/2018 10:03 | Waiting Room | Patient Arrival | 0 min |
| 06/06/2018 10:18 | Active Patient | | 15 min |
| 06/06/2018 10:28 | | Pt. First Seen by Provider | 25 min |
| 06/06/2018 13:12 | Pending Discharge | Decision to Disposition | 189 min |
| 06/06/2018 13:39 | Discharged | ED Discharge | 215 min |
| | **Total LOS** | | **215 min** |

**Patient Caregivers**

| Name | Role | Service |
|---|---|---|
| BUTT RN, LAWRENCE K. | Registered Nurses | zMEDICINE |
| KING NP-C, LISA H. | Nurse Practitioner | zEMERGENCY MEDICINE |
| MADATIC MD, JASON B. | Physician | zEMERGENCY MEDICINE |
| MAY, BYRON B. | Physician | zRADIOLOGY |
| WEST, JAMES D. | Physician | zMEDICINE |

BATON ROUGE GENERAL MEDICAL CENTER

# Patient Profile

McKesson Paragon Clinician Hub

RAY KNIGHT, AMY

Location: UNKNOWN_LOCATION UNKNOWN_ROOM UNKNOWN_BED

(50Y) Female Admit: 06-Jun-2018 MRN: 05399190 Visit ID: 000101115199

## Demographics

Unverified

Calling Name:

Primary Address

UNITED STATES

Phone Numbers

| Phone Type | Phone Number |
|---|---|
| Home Telephone Number: | |

| | | | |
|---|---|---|---|
| Driver's License: | | Marital Status: | Married |
| Social Security: | | Nationality: | |
| Race: | White | Religion: | ROMAN CATHOLIC |
| Ethnicity: | NOT HISPANIC OR LATINO | Status: | |

Preferred Language: English
Communication Barrier:
Language Ability Mode Expressed:
Language Mode Received:
Special Needs:
Birth Sex:
Sexual Orientation:
Gender Identity:
Notes:

## Patient Details

Admit Complaint: Fall
Admit Diagnosis:
Isolation Order Codes:

| | | | |
|---|---|---|---|
| Service: | BB - EMERGENCY | Code Status: | |
| Fin Class: | BLUE CROSS | Admit Weight: | 52.60 Kg Standing |
| Patient Type: | EMERGENCY | Admit Height: | |
| Discharge Date: | 06/06/2018 | Current Weight: | 52.60 Kg Standing |
| Discharge Status: | 01 HOME SELF CARE | Current Height: | |
| Visit Status: | Discharge | BMI: | |
| Age: | 50 YEARS | BSA: | |
| Organ Donor: | N | Smoking Status: | |

Preferred Pharmacy Name:
Pharmacy City: Pharmacy Phone:
Pharmacy State: Pharmacy Fax:
Pharmacy Zip:

## Advance Directives

Unverified

PATIENT DOES NOT HAVE LIVING WILL

| | | | |
|---|---|---|---|
| Type: | | Custodian Name: | |
| Effective Date: | 12/16/2016 15:43 | Custodian Address: | |
| Document In Chart: | N | Custodian Phone: | |
| Notes: | | | |

BATON ROUGE GENERAL MEDICAL CENTER

# Patient Profile

McKesson Paragon Clinician Hub

RAY KNIGHT, AMY

Location: UNKNOWN_LOCATION UNKNOWN_ROOM UNKNOWN_BED

(50Y) Female Admit: 06-Jun-2018 MRN: 05399190 Visit ID: 000101115199

## Allergies

Last verified by: PATRICIA H. POCHE, RN on 06-Jun-2018 10:13

### Sulfa (Sulfonamide Antibiotics)

Reaction: GI upset
Severity: Unknown
Sensitivity: Allergy
Type: Drug Allergy
Onset Date:
Misc. Description:
Informant Name:
Informant Source:
Notes:
Last documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:37

### adhesive

Reaction: redness/whelps
Severity: Unknown
Sensitivity: Allergy
Type: Drug Allergy
Onset Date:
Misc. Description:
Informant Name:
Informant Source:
Notes:
Last documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:37

### morphine

Reaction: itching
Severity: Unknown
Sensitivity: Allergy
Type: Drug Allergy
Onset Date:
Misc. Description:
Informant Name:
Informant Source:
Notes:
Last documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:37

## Family History

Unverified

Adopted: N

No Family History Data

## Health Concern & Goals

Unverified

No Health Concern & Goals Data

## Immunizations

Unverified

### Td (adult)

Admin Date & Time: 06-Jun-2018
Dose: 0.5 mL
Route: INTRAMUSCULAR
Site: Right Deltoid
NDC: 49281021515
Administered By: LAWRENCE K BUTT, RN
Ordering Physician: KING, LISA H., NP-C
Not Given Reason:

Status: Active
Lot #: U5856AA
Expiration Date: 26-Jan-2020
Consent Status: Obtained
Consent Date &Time: 06-Jun-2018 11:50
Consent Relationship: Self
Consent Name: Amy Knight
Immunity Condition:

BATON ROUGE GENERAL MEDICAL CENTER **Patient Profile** McKesson Paragon Clinician Hub

**RAY KNIGHT, AMY** Location: UNKNOWN_LOCATION UNKNOWN_ROOM UNKNOWN_BED

(50Y) Female Admit: 06-Jun-2018 MRN: 05399190 Visit ID: 000101115199

VIS

| VIS Name | VIS Version | VIS Given | VIS Given Date & Time |
|---|---|---|---|
| | | Not Given | |

Med Admin Notes:

Notes:

Last Documented by: LAWRENCE K. BUTT, RN on 06-Jun-2018 12:01

## Implants

Unverified

No Implant Data

## Home Medications

Unverified

### Wellbutrin XL 24 hr Tab

| | | | |
|---|---|---|---|
| Dose: | 150 milligram | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | every morning | Stop Date: | |
| PRN: | N | Last Dose Taken: | 12/19/2016 |
| Status: | Active | Next Dose Due Date: | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

### Topiramate

| | | | |
|---|---|---|---|
| Dose: | 25 milligram | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | every 12 hours | Stop Date: | |
| PRN: | N | Last Dose Taken: | 12/19/2016 |
| Status: | Active | Next Dose Due Date: | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

### Librax (with Clidinium) 2.5 mg-5 mg

| | | | |
|---|---|---|---|
| Dose: | 1 capsule | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | 2 times per day | Stop Date: | |
| PRN: | N | Last Dose Taken: | 12/19/2016 |
| Status: | Active | Next Dose Due Date: | |
| Medication Notes: | administer 30 to 60 minutes before meals; | | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

### Savella

| | | | |
|---|---|---|---|
| Dose: | 50 milligram | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | 2 times per day | Stop Date: | |
| PRN: | N | Last Dose Taken: | 12/19/2016 |
| Status: | Active | Next Dose Due Date: | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

BATON ROUGE GENERAL MEDICAL CENTER **Patient Profile** McKesson Paragon Clinician Hub

RAY KNIGHT, AMY Location: UNKNOWN_LOCATION UNKNOWN_ROOM UNKNOWN_BED

(50Y) Female Admit: 06-Jun-2018 MRN: 05399190 Visit ID: 000101115199

## Home Medications

Unverified

### PROzac

| | | | |
|---|---|---|---|
| Dose: | 40 milligram | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | every day | Stop Date: | |
| PRN: | N | Last Dose Taken: | 12/19/2016 |
| Status: | Active | Next Dose Due Date: | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

### metFORMIN 24 hr Tab

| | | | |
|---|---|---|---|
| Dose: | 500 milligram | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | 2 times per day | Stop Date: | |
| PRN: | N | Last Dose Taken: | 12/19/2016 |
| Status: | Active | Next Dose Due Date: | |
| Medication Notes: | administer with morning and evening meals; | | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

### Inderal

| | | | |
|---|---|---|---|
| Dose: | 10 milligram | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | 2 times per day | Stop Date: | |
| PRN: | N | Last Dose Taken: | 12/19/2016 20:30 |
| Status: | Active | Next Dose Due Date: | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

### Amitriptyline

| | | | |
|---|---|---|---|
| Dose: | 10 milligram | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | once daily at bedtime | Stop Date: | |
| PRN: | N | Last Dose Taken: | 12/19/2016 |
| Status: | Active | Next Dose Due Date: | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

### Treximet

| | | | |
|---|---|---|---|
| Dose: | 1 tablet | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | every day | Stop Date: | |
| PRN: | Y | Last Dose Taken: | 12/06/2016 |
| Status: | Active | Next Dose Due Date: | |
| Medication Indication: | migraine headache | | |
| Medication Notes: | may repeat once in 2 hours; do not exceed 2 tablets in 24 hours; | | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

BATON ROUGE GENERAL MEDICAL CENTER | **Patient Profile** | McKesson Paragon Clinician Hub

RAY KNIGHT, AMY | Location: UNKNOWN_LOCATION UNKNOWN_ROOM UNKNOWN_BED

(50Y) Female | Admit: 06-Jun-2018 | MRN: 05399190 | Visit ID: 000101115199

## Home Medications

Unverified

### Xanax Tab

| | | | |
|---|---|---|---|
| Dose: | 0.5 milligram | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | once | Stop Date: | |
| PRN: | Y | Last Dose Taken: | 11/21/2016 |
| Status: | Active | Next Dose Due Date: | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

### Flonase Allergy Relief 50 mcg/actuation Spray

| | | | |
|---|---|---|---|
| Dose: | 1 spray | Duration: | |
| Route: | Intranasal | Start Date: | |
| Frequency: | 2 times per day | Stop Date: | |
| PRN: | Y | Last Dose Taken: | 12/18/2016 |
| Status: | Active | Next Dose Due Date: | |
| Medication Indication: | nasal congestion | | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

### Valium

| | | | |
|---|---|---|---|
| Dose: | 2 milligram | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | once | Stop Date: | |
| PRN: | Y | Last Dose Taken: | 12/18/2016 |
| Status: | Active | Next Dose Due Date: | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

### Multivitamins

| | | | |
|---|---|---|---|
| Dose: | 1 tablet | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | every morning | Stop Date: | |
| PRN: | N | Last Dose Taken: | 12/13/2016 |
| Status: | Active | Next Dose Due Date: | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

### Claritin

| | | | |
|---|---|---|---|
| Dose: | 10 milligram | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | every day | Stop Date: | |
| PRN: | N | Last Dose Taken: | 12/19/2016 |
| Status: | Active | Next Dose Due Date: | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

### Miralax

| | | | |
|---|---|---|---|
| Dose: | 17 gram | Duration: | |

RAY KNIGHT, AMY
Location: UNKNOWN_LOCATION UNKNOWN_ROOM UNKNOWN_BED

(50Y) Female Admit: 06-Jun-2018 MRN: 05399190 Visit ID: 000101115199

## Home Medications

| | | | |
|---|---|---|---|
| | | Unverified | |
| Route: | PO | Start Date: | |
| Frequency: | every day | Stop Date: | |
| PRN: | N | Last Dose Taken: | 12/13/2016 |
| Status: | Active | Next Dose Due Date: | |
| Medication Notes: | mix into 4-8 oz. of any hot/cold/room temp. beverage; use immediately; | | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

### Cranberry

| | | | |
|---|---|---|---|
| Dose: | 200 milligram | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | every day | Stop Date: | |
| PRN: | N | Last Dose Taken: | 12/13/2016 |
| Status: | Active | Next Dose Due Date: | |
| Medication Notes: | administer with a meal; | | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

### Pepcid

| | | | |
|---|---|---|---|
| Dose: | 20 milligram | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | every day | Stop Date: | |
| PRN: | Y | Last Dose Taken: | 12/13/2016 |
| Status: | Active | Next Dose Due Date: | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

### Advil

| | | | |
|---|---|---|---|
| Dose: | 400 milligram | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | every 8 hours | Stop Date: | |
| PRN: | Y | Last Dose Taken: | 12/13/2016 |
| Status: | Active | Next Dose Due Date: | |
| Medication Indication: | pain | | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

### Align

| | | | |
|---|---|---|---|
| Dose: | 4 milligram | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | every day | Stop Date: | |
| PRN: | N | Last Dose Taken: | 12/13/2016 |
| Status: | Active | Next Dose Due Date: | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

### ONDANSETRON HCL (PF) SOLUTION

| | | | |
|---|---|---|---|
| Dose: | 4 MG/2 ML | Duration: | 12 Hours |

BATON ROUGE GENERAL MEDICAL CENTER **Patient Profile** McKesson Paragon Clinician Hub

RAY KNIGHT, AMY
Location: UNKNOWN_LOCATION UNKNOWN_ROOM UNKNOWN_BED

(50Y) Female Admit: 06-Jun-2018 MRN: 05399190 Visit ID: 000101115199

## Home Medications

Unverified

| | | | |
|---|---|---|---|
| Route: | INTRAVENOUS | Start Date: | 12/20/2016 |
| Frequency: | ONCE AS NEEDED | Stop Date: | |
| PRN: | Y | Last Dose Taken: | |
| Status: | Active | Next Dose Due Date: | |

Medication Notes: Instructions: ****FOR PACU, SDS AND ENDOSCOPY USE ONLY****

FOR DOSE AS NEEDED FOR NAUSEA

PHARMACY TO SET STOP TIME 12 HOURS FROM START

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

### HYDROMORPHONE (PF) SYRINGE

| | | | |
|---|---|---|---|
| Dose: | 0.2 MG/0.1 ML | Duration: | 12 Hours |
| Route: | INTRAVENOUS | Start Date: | 12/20/2016 |
| Frequency: | EVERY 5 MINUTES AS NEEDED | Stop Date: | |
| PRN: | Y | Last Dose Taken: | |
| Status: | Active | Next Dose Due Date: | |

Medication Notes: Instructions: AS NEEDED FOR PAIN UP TO 2MG

**** FOR PACU USE ONLY ****
PHARMACY TO SET STOP TIME 12 HOURS FROM START

*HIGH ALERT*
*SOUND ALIKE / LOOK ALIKE DRUG*

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

### HYDROcodone-acetaminophen 5 mg-325 mg

| | | | |
|---|---|---|---|
| Dose: | 1 tablet | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | every 4 hours | Stop Date: | |
| PRN: | Y | Last Dose Taken: | |
| Status: | Active | Next Dose Due Date: | |
| Informant Source: | Physician | | |

Last Documented by: JESSICA A. ZAGORY on 12/20/2016 07:53

### HYDROcodone-acetaminophen 10 mg-325 mg

| | | | |
|---|---|---|---|
| Dose: | 1 tablet | Duration: | |
| Route: | PO | Start Date: | 06/06/2018 |
| Frequency: | every 4 hours | Stop Date: | |
| PRN: | Y | Last Dose Taken: | |
| Status: | Active | Next Dose Due Date: | |
| Informant Source: | Physician | | |

Last Documented by: LISA H. KING, NP-C on 06/06/2018 12:55

## Pre-arrival Medications

Unverified

No Pre-Arrival Medicaion Data

BATON ROUGE GENERAL MEDICAL CENTER

# Patient Profile

McKesson Paragon Clinician Hub

RAY KNIGHT, AMY

Location: UNKNOWN_LOCATION UNKNOWN_ROOM UNKNOWN_BED

50Y) Female Admit: 06-Jun-2018 MRN: 05399190 Visit ID: 000101115199

## OB/GYN History

Unverified

No OB/GYN History Data

## Patient Reported Problems

Unverified

### Acute bronchitis

| | | | |
|---|---|---|---|
| Type: | Problem | Start Date/Time: | Unknown |
| Status: | Active | End Date/Time: | |
| Treating Provider: | | Informant Source: | |
| Laterality: | | Informant Name: | |
| Severity: | | | |
| Note: | | | |

Last Documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:45

### Allergic rhinitis

| | | | |
|---|---|---|---|
| Type: | Problem | Start Date/Time: | Unknown |
| Status: | Active | End Date/Time: | |
| Treating Provider: | | Informant Source: | |
| Laterality: | | Informant Name: | |
| Severity: | | | |
| Note: | | | |

Last Documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:45

### Murmur

| | | | |
|---|---|---|---|
| Type: | Problem | Start Date/Time: | Unknown |
| Status: | Active | End Date/Time: | |
| Treating Provider: | | Informant Source: | |
| Laterality: | | Informant Name: | |
| Severity: | | | |
| Note: as an infant | | | |

Last Documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:45

### Pneumonia

| | | | |
|---|---|---|---|
| Type: | Problem | Start Date/Time: | Unknown |
| Status: | Active | End Date/Time: | |
| Treating Provider: | | Informant Source: | |
| Laterality: | | Informant Name: | |
| Severity: | | | |
| Note: | | | |

Last Documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:45

### Anemia

| | | | |
|---|---|---|---|
| Type: | Problem | Start Date/Time: | Unknown |
| Status: | Active | End Date/Time: | |
| Treating Provider: | | Informant Source: | |
| Laterality: | | Informant Name: | |
| Severity: | | | |
| Note: | | | |

Last Documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:54

BATON ROUGE GENERAL MEDICAL CENTER **Patient Profile** McKesson Paragon Clinician Hub

**RAY KNIGHT, AMY** Location: UNKNOWN_LOCATION UNKNOWN_ROOM UNKNOWN_BED

(50Y) Female Admit: 06-Jun-2018 MRN: 05399190 Visit ID: 000101115199

## Patient Reported Problems

Unverified

### Anxiety disorder

| | | | |
|---|---|---|---|
| Type: | Problem | Start Date/Time: | Unknown |
| Status: | Active | End Date/Time: | |
| Treating Provider: | | Informant Source: | |
| Laterality: | | Informant Name: | |
| Severity: | | | |
| Note: | | | |

Last Documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:54

### Depressive disorder

| | | | |
|---|---|---|---|
| Type: | Problem | Start Date/Time: | Unknown |
| Status: | Active | End Date/Time: | |
| Treating Provider: | | Informant Source: | |
| Laterality: | | Informant Name: | |
| Severity: | | | |
| Note: | | | |

Last Documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:54

### Diabetes mellitus type 2

| | | | |
|---|---|---|---|
| Type: | Problem | Start Date/Time: | Unknown |
| Status: | Active | End Date/Time: | |
| Treating Provider: | | Informant Source: | |
| Laterality: | | Informant Name: | |
| Severity: | | | |
| Note: | | | |

Last Documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:54

### Essential tremor

| | | | |
|---|---|---|---|
| Type: | Problem | Start Date/Time: | Unknown |
| Status: | Active | End Date/Time: | |
| Treating Provider: | | Informant Source: | |
| Laterality: | | Informant Name: | |
| Severity: | | | |
| Note: | | | |

Last Documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:54

### Fibromyalgia

| | | | |
|---|---|---|---|
| Type: | Problem | Start Date/Time: | Unknown |
| Status: | Active | End Date/Time: | |
| Treating Provider: | | Informant Source: | |
| Laterality: | | Informant Name: | |
| Severity: | | | |
| Note: | | | |

Last Documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:54

### Gastroesophageal reflux disease

| | | | |
|---|---|---|---|
| Type: | Problem | Start Date/Time: | Unknown |
| Status: | Active | End Date/Time: | |
| Treating Provider: | | Informant Source: | |

## Patient Reported Problems

Unverified

Laterality:
Informant Name:
Severity:
Note:
Last Documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:54

### Hemorrhoids

Type: Problem
Start Date/Time: Unknown
Status: Active
End Date/Time:
Treating Provider:
Informant Source:
Laterality:
Informant Name:
Severity:
Note:
Last Documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:54

### Hyperlipidemia

Type: Problem
Start Date/Time: Unknown
Status: Active
End Date/Time:
Treating Provider:
Informant Source:
Laterality:
Informant Name:
Severity:
Note:
Last Documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:54

### Irritable bowel syndrome

Type: Problem
Start Date/Time: Unknown
Status: Active
End Date/Time:
Treating Provider:
Informant Source:
Laterality:
Informant Name:
Severity:
Note:
Last Documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:54

### Migraine

Type: Problem
Start Date/Time: Unknown
Status: Active
End Date/Time:
Treating Provider:
Informant Source:
Laterality:
Informant Name:
Severity:
Note:
Last Documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:54

### Urinary tract infection

Type: Problem
Start Date/Time: Unknown
Status: Active
End Date/Time:
Treating Provider:
Informant Source:
Laterality:
Informant Name:
Severity:
Note:
Last Documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:54

## Patient Reported Problems

Unverified

### Meniere disease

| | | | |
|---|---|---|---|
| Type: | Problem | Start Date/Time: | Unknown |
| Status: | Active | End Date/Time: | |
| Treating Provider: | | Informant Source: | |
| Laterality: | | Informant Name: | |
| Severity: | | | |
| Note: | | | |

Last Documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 16:02

## Patient Reported Procedures

Unverified

### BB Biopsy Breast (Left)

| | | | |
|---|---|---|---|
| Status: | Active | Start Date/Time: | 12/20/2016 |
| Treating Provider: | DUPONT, JOSEPH B. JR | End Date/Time: | |
| Laterality: | | Informant Source: | |
| Severity: | | Informant Name: | |
| Note: | | | |

Last Documented by: STACY B. GILPIN, RN on 20-Dec-2016 09:02

### COLONOSCopy

| | | | |
|---|---|---|---|
| Status: | Completed | Start Date/Time: | Unknown |
| Treating Provider: | | End Date/Time: | |
| Laterality: | | Informant Source: | |
| Severity: | | Informant Name: | |
| Note: | | | |

Last Documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:44

### EGD

| | | | |
|---|---|---|---|
| Status: | Completed | Start Date/Time: | Unknown |
| Treating Provider: | | End Date/Time: | |
| Laterality: | | Informant Source: | |
| Severity: | | Informant Name: | |
| Note: | | | |

Last Documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:46

### EGD WITH ESOPHAGEAL DILITATION

| | | | |
|---|---|---|---|
| Status: | Completed | Start Date/Time: | Unknown |
| Treating Provider: | | End Date/Time: | |
| Laterality: | | Informant Source: | |
| Severity: | | Informant Name: | |
| Note: | | | |

Last Documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:46

Baton Rouge General
A Community of Caring

I have read these documents related to my care, or have had them read to me. I understand this information and have had the opportunity to ask questions.

**Patient/Guardian's Signature (date/time)**

**Caregiver's Signature (date/time)**

**Special Instructions:**
**Wear the splint until you see an orthopedist. Take pain medication as prescribed.**

**Elbow Fracture**

**WHAT YOU NEED TO KNOW:**

**What is an elbow fracture?** An elbow fracture is a break in one or more of the 3 bones that form your elbow joint. An elbow fracture is often caused by an injury. An example is a fall onto an outstretched hand with a bent elbow. Osteoporosis (brittle bones) can increase your risk for an elbow fracture.



Adult Arm Bones

**What are the types of elbow fracture?**

- **Nondisplaced** means the bone cracked or broke but stayed in place.
- **Displaced** means the 2 ends of the broken bone separated.
- **Comminuted** means the bone cracked or broke into many pieces.
- **Open** means the broken bone went through your skin.

**What are the signs and symptoms of an elbow fracture?**

- Pain and tenderness
- Swelling and bruising
- Trouble moving your arm or not being able to move your arm at all
- Weakness or numbness in your elbow, arm, or hand
- Deformity (your arm is shaped differently than normal)

**How is an elbow fracture diagnosed?** Your healthcare provider will examine your injured elbow and arm. Your provider may check for areas where you have less feeling or problems moving your arm. You may need any of the following:

- **X-rays** are used to check for broken bones.
- **A CT scan or MRI** may show where the bone is broken and if other tissues are involved. You may be given contrast liquid to help healthcare providers see the bones better. Tell the healthcare provider if you have ever had an allergic reaction to contrast liquid. Do not enter the MRI room with anything metal. Metal can cause serious injury. Tell the healthcare provider if you have any metal in or on your body.

**How is an elbow fracture treated?**

- **Prescription pain medicine** may be given. Ask your healthcare provider how to take this medicine safely. Some prescription pain medicines contain acetaminophen. Do not take other medicines that contain acetaminophen without talking to your healthcare provider. Too much acetaminophen may cause liver damage. Prescription pain medicine may cause constipation. Ask your healthcare provider how to prevent or treat constipation.
- **NSAIDs**, such as ibuprofen, help decrease swelling, pain, and fever. This medicine is available with or without a doctor's order. NSAIDs can cause stomach bleeding or kidney problems in certain people. If you take blood thinner medicine, **always** ask your healthcare provider if NSAIDs are safe for you. Always read the medicine label and follow directions.
- **A device** such as a brace, cast, sling, or splint may be put on your elbow to limit your arm movement. The device will hold the broken bones in place while they heal, help decrease pain, and prevent more damage.
- **Ultrasound therapy** directs sound waves into your elbow. The sound waves help the bones heal.
- **Surgery** may be needed to hold bones in their normal position with pins, wires, or screws. Surgery may also be done if you have other injuries, such as nerve or blood vessel damage.

**What can I do to manage my symptoms?**

- **Elevate your elbow** above the level of your heart as often as you can. This will help decrease swelling and pain. Prop your elbow on pillows or blankets to keep it elevated comfortably. While your elbow is elevated, wiggle your fingers and open and close them to prevent hand stiffness.
- **Apply ice** on your elbow on your elbow for 15 to 20 minutes every hour or as directed. Use an ice pack, or put crushed ice in a plastic bag. Cover it with a

towel. Ice helps prevent tissue damage and decreases swelling and pain.

- **Go to physical therapy as directed.** A physical therapist can teach you exercises to help improve movement and strength and to decrease pain.

**When should I seek immediate care?**

- Your elbow, arm, or fingers are numb.
- Your skin is swollen, cold, or pale.

**When should I contact my healthcare provider?**

- You have a fever.
- The pain gets worse, even after you rest and take your pain medicine.
- You have new or more trouble moving your arm.
- You have new sores around the area of your brace, splint, or cast.
- Your brace, splint, or cast becomes damaged.
- You have questions or concerns about your condition or care.

**CARE AGREEMENT:**

You have the right to help plan your care. Learn about your health condition and how it may be treated. Discuss treatment options with your caregivers to decide what care you want to receive. You always have the right to refuse treatment.

© Copyright IBM Corporation 2018 All illustrations and images included in CareNotes are the copyrighted property of A.D.A.M., Inc. or IBM Watson Health. **Wednesday, June 6, 2018 1:04:51 PM CDT**

Baton Rouge General
A Community of Caring

The Patient was given access to the following documents on Jun 6, 2018

**BRG Return to Work/School Release - AfterCare(R) Instructions(ER/ED), English (SaveNote version)**

I have read these documents related to my care, or have had them read to me. I understand this information and have had the opportunity to ask questions.

**Patient/Guardian's Signature (date/time)**

**Caregiver's Signature (date/time)**

Follow up with your doctor within 3 days, unless otherwise instructed. The Emergency Room is always available for worsening conditions if you cannot contact your doctor. If you need a doctor, call us at 225-763-4500.

Patient:KNIGHT, AMY R
Acct.#:000101115199

Baton Rouge General
A Community of Caring

I have read these documents related to my care, or have had them read to me. I understand this information and have had the opportunity to ask questions.

**Patient/Guardian's Signature (date/time)**

**Caregiver's Signature (date/time)**

**Return to Work or School Release**

Date of illness, injury, or procedure: __________

**NO** work/sports/school/physical education activities until: __________

The following work/activity restrictions until: __________

- **Avoid prolonged standing or walking**
- **Avoid repeated bending over/squatting**
- **Avoid heights/climbing**
- **Sedentary work only**
- **No use of right/left hand/arm**
- **Lift no more than __________ lbs**

May return to work/school on: __________

Healthcare provider's signature: __________

Date signed: __________

© Copyright IBM Corporation 2018 This patient education document was created using IBM Micromedex® CareNotes® and may contain proprietary information. **Wednesday, June 6, 2018 1:05:23 PM CDT**

Baton Rouge General
A Community of Caring

The Patient was given access to the following documents on Jun 6, 2018

**ELBOW FRACTURE - General Information, English**

**Special Instructions:**
**Wear the splint until you see an orthopedist. Take pain medication as prescribed.**

I have read these documents related to my care, or have had them read to me. I understand this information and have had the opportunity to ask questions.

x Amy R. Knight 06·06·18 @ 1332

**Patient/Guardian's Signature (date/time)**

**Caregiver's Signature (date/time)**

Follow up with your doctor within 3 days, unless otherwise instructed. The Emergency Room is always available for worsening conditions if you cannot contact your doctor. If you need a doctor, call us at 225-763-4500.

Patient:KNIGHT, AMY R
Acct.#:000101115199

Baton Rouge General
A Community of Caring

KNIGHT,AMY RAY
05399190 000101115199
DOB: 50Y Female
06/06/2018 10:03
ER-PHYSICIAN,UNASSIGNED

## TREATMENT AUTHORIZATION FORM

**Financial Responsibility**

This is to certify that the information provided to the Baton Rouge General Medical Center ("Medical Center") is true and correct to the best of my knowledge and belief. In consideration of the services rendered to the patient named below, I/me assume responsibility for and guarantee the payment of all Medical Center charges in accordance with the Medical Center's then current rate. Total charges are payable when rendered. I/we also agree that, except as provided by law, I/we shall be responsible for the payment of any Medical Center charges which, for any reason, are not paid by any payer or insurance company. In the event this account is rendered delinquent and requires legal action to resolve payment, I/we agree to pay, in addition to the principal sum due, a fee of thirty three and one-third (33 1/3%) of the amount due on the account to cover collection agency and/or attorney fees and other fees and expenses incurred by this facility.

**Consent for Treatment**

I/we agree and consent to all procedures, medical treatments, and photographs, video tapes, digital, or other images deemed necessary by the patient's physician(s). I /we acknowledge that there is no guarantee, express or implied, as to the results of procedures and medical treatments performed. The Medical Center is a Teaching Hospital which through its programs, services and facilities provides clinical settings for the training of medical and allied health professionals. As a patient in the Medical Center, part or all of your care may be rendered by practitioners in training (physicians, nurses, technicians, etc.) under the supervision of the appropriate medical and/or allied staff.

**Medical Release and Assignment of Insurance Benefits**

I/we authorize the Baton Rouge General Medical Center to release any and all medical records, including diagnoses related to alcohol/drug abuse, mental disorders, HIV/AIDS status and related illnesses and billing information to the Social Security Administration, Medicare, Medicaid (or their various intermediaries), the patient's insurance companies, health maintenance organizations, workers compensation carriers, employers, alternate care facilities, or persons acting on behalf of a preferred provider arrangement (or any of their agents or representatives), when such information is requested for payment, utilization, review or coverage determination purposes. I/we understand that I/m may revoke this consent at any time, except in instances where a particular action depends upon the consent remaining in effect, including, but not limited to securing full payment of the account(s). This authorization shall remain in effect, for a period of not more than one year from the date shown below or until payment of this account is rendered in full, whichever is greater. I/we further authorize any such payer or insurance company to pay directly to the Medical Center and/or affiliated physicians all benefits due and payable as a result of services rendered by the Medical Center and/or affiliated physicians.

I hereby appoint the hospital and/or affiliated physicians as my authorized representative to pursue any claims, and administrative and/or legal remedies on my behalf for collection against any responsible payer or third party liability carrier of any and all benefits due me for the payment of charges associated with my treatment. A photocopy of this Treatment Authorization, Financial Assignment and Acknowledgements shall serve as an original.

**Medication Assistance Program**

In some cases, when a patient has no Insurance Coverage, the hospital is able to obtain reimbursement for some of your medications from companies that manufacture them. When this occurs, the cost of the medication is removed from your hospital charges. Most of these programs require your signature on the application forms. So that you do not have to sign an application for each medication, we are requesting that you sign this Limited Power of Attorney, which allows a Medical Center representative to sign these forms on your behalf.

I appoint Medical Center to be the custodians of my personal/home medications during my stay at Medical Centers facility. Such medications shall be maintained under the current policies and practices of Medical Center and shall be returned to me upon my request at the end of my stay at Medical Center's facility. Should I fail to request my personal/home medications after my stay at Medical Centers facility, I consent that Medical Center may donate or destroy my medications five (5) days after leaving from Medical Center's facility.

Limited Power of Attorney: I appoint Baton Rouge General Medical Center, 3600 Florida Boulevard, Baton Rouge, Louisiana 70806 as my attorney for the sole and exclusive purpose of carrying out in my name, the application forms required for Baton Rouge General Medical Center to obtain replacement of my medications from pharmaceutical manufacturers. This Limited Power of Attorney will be in full force from the date signed.



LABEL

Baton Rouge General
A Community of Caring

KNIGHT,AMY RAY
05399190 000101115199
DOB: 50Y Female
06/06/2018 10:03
ER-PHYSICIAN,UNASSIGNED

## TREATMENT AUTHORIZATION FORM

**Physician's Medical Release and Assignment of Insurance Benefits**

I/we hereby assign to any physician providing anesthesia, radiology or other related services rendered in connection with my treatment all benefits due me for such services under any applicable policy of insurance. I/we accept the financial responsibility to said physicians for all charges and services not paid by any payer or my insurance company and hereby promise to pay within 30 days of the date rendered any remaining balance. The authorization to release medical information herein contained shall also apply to the physicians referred to in this paragraph, and any physician involved in patient's primary care.

***Joint Notice of Privacy Practices***

I/we, individually or on behalf of the patient, authorize the Medical Center to use and disclose my health information as required for treatment, payment, and healthcare operations as described in the Medical Center's Joint Notice of Privacy Practices. I hereby acknowledge that I was given a copy of the Medical Center's Joint Notice of Privacy Practices on the date written below

***Smoking Cessation Information***

I/we have been given information on smoking cessation and related resources. Smoking is prohibited within the hospital and is only allowed in designated areas.

***Network Insurance Disclosure***

I/we have been given information regarding the contracted status (network or non-network) of my insurance company with the Medical Center. The document provided to me also contains contact information for the ancillary providers that may be encountered during hospitalization.

Amy R. Knight

Patient's Signature (if unable to sign, then by Legal Guardian or Next of Kin)

06/06/18 10:04
Date Time

Self

Relationship to Patient

06/06/18 10:04
Date Time

E-Signed: Nicole Youngblood 06/06/2018 10:07:06 AM

Witness

06/06/18 10:04
Date Time

***Patient Rights and Responsibilities***

I/we have received a copy of the Patient Rights and Responsibilities.

**Personal Property and Valuables / Quality Survey**

I/we understand and agree that the Medical Center cannot and shall not be responsible for any item or valuable not placed in the Medical Center's safe. I/we understand and agree that General Health System or a contracted agency may contact me/us to discuss information relative to quality concerns.

Rev 05/01/14 Page 1 of 2 Form MR-AD-1026

LABEL

4:55
DEC 20 2016

RECEIVED
DEC 21 2016

BATON ROUGE GENERAL MEDICAL CENTER
8585 PICARDY AVE
BATON ROUGE, LA 70809
(225)387-7000

# REGISTRATION RECORD

| Visit ID | Patient Type | Service | Source | Admit Date / Time | Location | Medical Record Number |
|---|---|---|---|---|---|---|
| 000100876312 | OUTPATIENT SURGERY | BB - SURGERY | Clinic/Physician/Urgent Care | 12/20/2016 04:47 | UNKNOWN_LOCATION UNKNOWN_ROOM | 05399190 |

**Patient Information**

| Patient Name and Address | Phone | Patient Employer Name and Address | Work Phone |
|---|---|---|---|
| RAY KNIGHT, AMY | | | () - |

| Calling Name | Birth Date | Age | Gender | Marital Status | Race | Ethnicity | Religion |
|---|---|---|---|---|---|---|---|
| | | 48Y | F | M | White | NOT HISPANIC OR LATINO | ROMAN CATHOLIC |

| Family Physician | Attending Physician | Admitting Physician |
|---|---|---|
| DUPONT, JOSEPH | DUPONT, JOSEPH | DUPONT, JOSEPH |

**Guarantor**

| Guarantor Name / Address | Phone / DOB | Guarantor Employer Info | Employer Phone |
|---|---|---|---|
| RAY KNIGHT , AMY | | | |

**Emer. Contact**

| Emergency Contact 1 Name and Address | Phone / Relationship | Emergency Contact 2 Name and Address | Phone / Relationship |
|---|---|---|---|
| KNIGHT, TERRY | H | ZVONEK, KAY | M |

**Insurance**

| | Primary Insurance Plan | Secondary Insurance Plan | Tertiary Insurance Plan |
|---|---|---|---|
| Insurance Address<br>Phone<br>Insured<br>Relationship<br>Birth Date<br>Group #<br>Policy #<br>Auth. # | BLUE CROSS OUT OF STATE - B26<br>PO BOX 98029<br>BATON ROUGE LA 70898<br>(800)441-9188<br>RAY KNIGHT, AMY<br>Patient is Insured<br>277286M002<br>ILM27407897D | | |

**Misc**

| Fin. Class | Notice of Privacy | Advance Directive | OPT OUT | Discharge Date and Time | Date/Time Printed |
|---|---|---|---|---|---|
| B | 09/22/2015 | | | | 12/20/2016 4:48 AM |

| Occurrence Date / Time | Arrived by | Admitting Complaint | Admit By |
|---|---|---|---|
| 12/16/2016 15:17 | PRIVATE AUTO | 19120 N63 | dorses |

Baton Rouge General - Bluebonnet
Baton Rouge, Louisiana

RAY KNIGHT, AMY RAY
Admitted: 12/20/2016
Discharged: 12/20/2016
MR#: 05399190
Account#: 000100876312
DOB:
Room: 2660H

Discharge Summary

DISCHARGE DIAGNOSIS
Left breast mass secondary to benign fibrocystic changes. Final pathology pending.

HOSPITAL COURSE
This patient is a 48-year-old lady admitted to hospital to undergo an excisional breast biopsy for a palpable mass in the upper outer quadrant of the left breast. The lesion had been previously needle biopsied, but appeared to be more prominent and bothersome on re-evaluation and the patient elected to have it excised. This was accomplished without difficulty on the day of admission. Intraoperatively, the patient was managed with IV fluids and close monitoring with vital signs. She was observed in the recovery room for an adequate period of time and after cleared by Anesthesia, was discharged. She was instructed to return to see me in the office in 2 weeks time for re-evaluation.

CONDITION AT TIME DISCHARGE
Good.

FINAL DIAGNOSIS
Left breast mass secondary to benign fibrocystic disease.

J Benton Dupont Jr, MD

JBD/MedQ
DD: 12/20/2016 07:37:12
DT: 12/20/2016 08:34:38
DQV# 1069545/DQM# 724745292

KNIGHT, AMY ; DOB ...d; 48 yr F; ID# 01002224200;
Encounter date: 12/14/2016 Location: Baton Rouge General Surgical Associates BB;
Clinician of record: J. Dupont MD; Electronically signed by: J. Dupont MD

History & Physical

**Nursing**

**Adult Fall Assessment** No History of fall in last 3 months, No Walking/Sitting difficulty, No Use of Ambulatory aid

**Subjective**

**Chief Complaint/Reason For Encounter**
"6 month follow up"

**History of Present Illness**
48yF followed for fibrocystic breast disease. Continues to have pain in B breasts without discharge. No HA, CP, SOB, vision change, fatigue, bone pain.

MMG w US 12/6/16 showed stable cyst on R, slightly increased size of complicated cyst on L. BIRADS 3.

**Past Med/Surg History Problems**
Anxiety
Diabetes mellitus
H/O: depression
Irritable bowel syndrome
Migraine
Murmur
Primary fibromyalgia syndrome
Pure hypercholesterolemia
Tremor

Visit ID: 000100876312 MRN: 05399190
RAY ... AMY
DOI
ATN MD: DUPON...
ADM DATE: 12/20/2016 04:47

**Past Med/Surg History Procedures**
Laparotomy, exploration (1); *Last Performed*: 05/2005
TAH/BSO (1); *Last Performed*: 12/2005

**Med List** *last modified Dec 14 2016 Reviewed: Dec 14 2016*
Elavil 10 mg tablet, 1 tablet(s) by mouth at bedtime **taking**
fluoxetine 40 mg capsule, 1 capsule(s) by mouth before noon **taking**
metformin 500 mg tablet, 1 tablet(s) by mouth 2 times per day **taking**
milnacipran oral, Oral **taking**
propranolol 20 mg tablet, 1.5 tab(s) By Mouth 2 Times A Day **taking**
topiramate 50 mg tablet, Tablet Oral **taking**

**Preferred Pharmacy**
WINN DIXIE (Coursey) [BATON ROUGE, 13002 COURSEY BLVD] **Ph:** 225-756-7110 **Fax:** 225-756-7109

**Allergies** *Reviewed: Dec 14 2016*
morphine; Sulfa (Sulfonamide Antibiotics)

**Family History** *last modified Oct 06 2015 Reviewed: Dec 14 2016*
**No significant family history**

**Social History** *last modified Oct 06 2015 Reviewed: Dec 14 2016*
**Tobacco** Never smoked; **Tobacco reviewed with patient 12/14/2016**
**Alcohol Use** Non-drinker
**Caffeine Use** Uses caffeine
**Home Safety Risk** No abusive home environment; Seat belt worn consistently; Smoke detectors in home

KNIGHT, AMY ; DOB: ·ɹ08; 48 yr F; ID# 01002224200;
Encounter date: 12/14/2016 Location: Baton Rouge General Surgical Associates BB;
Clinician of record: J. Dupont MD; Electronically signed by: J. Dupont MD

Personal: *Ethnicity:* Not Hispanic or Latino; *Race:* White; *Religion:* Unknown; *Primary language:* English; *Marital status:* Married; *Caretaker details:* self

**Objective**

**Vital Signs**
**HR:** 105 bpm **Blood Pressure:** 114/75 mmHg (L arm sitting adult-std cuff)
**Height:** 63 in [160.02 cm] **Weight:** 115 lbs [52.163 kg] **BMI:** 20.4 **BSA:** 1.529
**Pain Scale:** 0/10 (Numeric)
**Date/Time:** *Dec 14 2016 14:19*
No cervical/supraclav LAD
No ax LAD
R breast without masses
L breast w prominent area of tenderness, firm, poorly circimscribed palpable prominence 2 oclock
RRR
CTAB
Abd soft/nt/nd

**Assessment**
L breast mass, BIRADS 3

**Plan**
Discussed at length with patient and mother
Given increased prominence since last exam 6 mo ago, recommended excisional biopsy
Will schedule for excision in OR

**Contributors to this Visit Note**
Documenting Clinician: J. Dupont MD
A. Patterson – *Staff Type*: Ancillary *Time*: Dec 14 2016 14:22 *Action*: Create; Edit
J. Zagory – *Staff Type*: Resident *Time*: Dec 14 2016 14:53 *Action*: Edit
J. Dupont MD – *Staff Type*: Physician *Time*: Dec 14 2016 16:42 *Action*: Sign

Visit ID: 000 312 MRN: 05399190
RAY KN Y
DOB ; JOSEPH
ATN 20/2016 04:47
ADM

☐ Check for STAT RX

Baton Rouge General

**DOCTOR'S ORDER SHEET**

Visit ID: 000100876312 MRN: 05399190
RAY KNIGHT, AMY
DOB: 8 F 48Y
ATN MD: JNT, JOSEPH
ADM DATE: 12/20/2016 10:30

REMEMBER! Date/Time Every Entry

All orders must be written on this sheet. Please sign all orders. Routine orders, telephone and/or verbal orders authentication must be dated, timed and signed by the physician.

ALLERGIES:

HEIGHT: WEIGHT: ☐ Pregnant/Lactating

ADMITTING DIAGNOSIS:

| Date / Time | Orders for Medication, Diet and Treatment |
|---|---|
| 12/20/16 10am | Admit |
| | Dx (L) Breast mass |
| | NPO |
| | CBC BMP U/A CXray EKG |
| | Full leg A E Stockings |
| | Consent for Excisional Biopsy (L) |
| | Breast, frozen section |
| | Lovenox 30mg SQ on arrival |
| | 12/14/16 3:00pm |

Abyomi 12-20-16 0616

SCANNED

STOP

DANGEROUS PRESCRIBING PRACTICES

DO NOT use any of the following unapproved abbreviations:
- U or u
- IU
- Q.D. or qd
- Q.O.D. or qod
- MS
- $MSO_4$
- $MgSO_4$
- Trailing zero after decimal
- Lack of zero before decimal

120

120-6056 (rev. 05/07/09)

Baton Rouge General
A Community of Caring

☐ Check for STAT RX

Visit ID: 000100876312 MRN: 05399190
RAY KNIGHT, AMY
DOB: F 48Y
ATN MD: DUPONT, JOSEPH
ADM DATE: 12/20/2016 10:30

# Anesthesia Preop Orders

**Routine orders, telephone and/or verbal order authentication must be dated, timed, and signed by the physician.**

ALLERGIES: ______

HEIGHT: ______ WEIGHT: ______ ☐ Pregnant / Lactating

ADMITTING DIAGNOSIS: ______

**For SAME DAY SURGERY or OUTPATIENT ENDOSCOPY patients only:**

**NURSING**
- ☐ Accucheck upon admit to SDS if patient is diabetic.
- ☐ If patient has Mediport, may access using sterile technique.
- ☐ If patient has a Vas Cath, okay to access for use during perioperative period (SDS/OR/PACU). (See MR-MSS-6490)

**MEDICATION**
- ☐ Accucheck X 1 upon admit if patient is diabetic
- ☐ Lidocaine 1% HCL 0.1mL intradermal to start IV catheter
- ☐ Lidocaine 2% HCL 0.1mL intradermal to start IV catheter
- ☐ Lactated Ringers 1000mL IV AT 25mL/hr for all patients, except those with IDDM or ESRD
- ☐ Sodium Chloride 0.9 % 1000mL IV at 25mL/hr for patients with insulin dependent diabetes
- ☐ Sodium Chloride 0.9 % 500mL IV at 25mL/hr on micro drip for patients with ESRD or CHF

**FOR ALL SURGICAL PATIENTS:**

**LABS** ***(Current within 3 months unless on Ace Inhibitor, ARBs, Diuretics then BMP within 30 days)***
- ☐ CBC w Differential
  - If: • age greater than or equal to 70 years old • history of anemia, polycythemia, cardiovascular disease*, liver disease, kidney disease or hematological disorder • procedures associated with blood loss (cardiothoracic surgery, intraabdominal surgery, major orthopedic surgery, back or spine surgery, vascular surgery, burn surgery)
- ☐ Basic Metabolic Panel
  - If: • history of liver disease, kidney disease, Diabetes Mellitus • currently taking diuretics or digitalis
- ☐ Hepatic Function Panel for patients with liver disease
- ☐ PT with INR & ☐ PTT
  - If: • history of bleeding disorder or liver disease • currently taking anticoagulants or scheduled for epidural block
- ☐ Urine HCG Qualitative – all menstruating female patients, hold for history of hysterectomy. Notify surgeon and anesthesiologist for positive results.
- ☐ EKG (current within 3 months)
  - ☐ POTASSIUM
  - If: • 65 years old • History of cardiovascular disease*, chronic lung disease**, Diabetes Mellitus, or tobacco use greater than or equal to 20 pack/years*** or peripheral vascular disease. • ESRD: Potassium day of surgery or post dialysis if dialysis performed.
  - * cardiovascular disease (HTN, coronary artery disease, congestive heart failure, arrhythmia, valvular heart disease, peripheral vascular disease) ** chronic lung disease (asthma, chronic obstructive lung disease, emphysema) *** calculated by #packs/day X # years smoked

Abajr 12-20-16

**MEDICATION**
- ☐ ACCUCHECK for patients with diabetes mellitus or steroid use
- ☐ ACCUCHECK for all patients undergoing cardiac surgery. If BS > 140, call MD
- ☐ INSULIN DRIP – 100units Regular Insulin in 100mL NS on every cardiac case

Authenticated by
Son Dang, MD
On 12/23/2016 07:14:48 AM

**MD SIGNATURE:** T.O. [signature] **DATE/TIME:** 12/19/16 1100A

**DANGEROUS PRESCRIBING PRACTICES!**
**DO NOT use any of the following unapproved abbreviations:**
- U or u
- IU
- Q.D. or qd
- Q.O.D. or qod
- MS
- MSO4
- MgSO4
- Trailing zero after decimal
- Lack of zero before decimal

128

MR-MSS-6437 (cr. 06/12; rev. 11/14, 04/15, 10/16, 12/16)

Baton Rouge General

OPERATING ROOM

INTRA-OPERATIVE ORDERS

Visit ID: 000100876312 MRN: 05399190
RAY KNIGHT, AMY
DOB: F 48Y
ATN MD: DUPONT, JOSEPH
ADM DATE: 12/20/2016 04:47

Date: 12,20,16 Time: 0652 ☒ AM ☐ PM

Allergies: Sulfa, morphine, adhesive

1. Insert Foley catheter: #____ Fr./____ ml balloon
2. Heating/cooling mattress or devices: ☐ Bair Hugger ☐ Blanketrol ☐ Allon blanket (cardiac)
3. ☐ SCD ☐ Plexipulse
4. **Medications:** Heparin ____ units in ____ ml NS ☐ x ____ L/R ☐ x ____
   - Antibiotic ____ Irrigation ☐ IVP ☐ IVPB ☐
   - Antibiotic ____ Irrigation ☐ IVP ☐ IVPB ☐
   - TAB x ____ liters Epinephrine ____ ml in ____ NS Evicel ☐ 1 ml x ____ ☐ 2 ml x ____ ☐ 5 ml x ____
   - Thrombin 5,000 units x ____ Surgiflo ____
   - Thrombin 20,000 units spray kit x ____ Surgicel ____
   - TXA ____ gms ☐ IVPB Gelfoam ____ Artiss ☐ 2 ml x ____ ☐ 4 ml x ____ ☐ 10 ml x ____
   - Other: ____
   - Xylocaine/plain ____ % ____ ml Exparel 266mg x ____
   - Xylocaine/epi ____ % ____ ml Morphine ____ mg
   - Marcaine/plain ____ % ____ ml Toradol ____ mg
   - Marcaine/epi ____ % ____ ml
   - Other ____ % ____ ml
5. O2 per ☐ Mask ☐ nasal cannula @ ____ /min
6. **Blood Products** ☐ Indicated due to acute blood loss.
   - Type & screen ____ units Type & match ____ units
   - Packed red cells x ____ units Platelets x ____ units
   - FF plasma x ____ units Other
   - Cryoprecipitate x ____ units ____
7. ABG's/H&H/Electrolytes prn In OR x ____
8. **Lab orders:** ☐ H&H ☐ CBC ☐ PT ☐ PTT ☐ Anaerobic ☐ Glucose ☐ AFB ☐ Fungus ☐ Aerobic ☐ Routine Culture (aerobic, anaerobic, Gram Stain) ☐ Platelets ☐ C&S ☐ Chemistry ☐ STAT Gram Stain ☐ Other: ____
9. **Radiology orders** ☐ Arteriogram ☐ AP ☐ Lateral ☐ C-Gram ☐ Post-op ☐ Retrograde _ L _ R
   **Contrast:** ☐ Conray ☐ Conray II ☐ Visipaque
10. Discard Specimen: (Identify ____ )
11. ____

V.O. Dr. Dupont, [illegible] R.N.

M.D. Signature: [signature] Date: 12/20/16 Time: ____

MR-OR-1135 (Rev. 8/13, 7/14, 07/16, 05/16)

120

BATON ROUGE GENERAL MEDICAL CENTER
CPOE Orders Report
12/20/2016

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | RAY KNIGHT, AMY | | | Med Rec No: | 05399190 |
| Visit ID: | 000100876312 | Attending: | DUPONT JR, JOSEPH B. | Arrival Date: | 12/20/2016 04:47 |
| Birthdate: | Sex: Female | Age: | 48Y | Discharged: | 12/20/2016 09:58 |
| Location: | BBSD | Room/Bed: | BSD05 | | |
| Current Problems: | | | | | |
| Allergies: | Sulfa (Sulfonamide Antibiotics), adhesive, morphine | | | | |

CPOE Request: ADD Fully Processed: ☒
Order Code: NSGNUIN NURSING INSTRUCTIONS:
Type: Nursing Orders Transport: STAT: ☐
Frequency: One Time Prep: Order Phys: DANG, SON M., MD
Priority: Routine Entered By: DANG, SON M., MD
Instructions: Accucheck upon admit to SDS if patient is diabetic.
Start Date: Stop Date:
# Days: Qty Today: 0
Total Qty:

| CPOE # | Order # | Order Description | Start Date | Stop Date | Order Processed |
|---|---|---|---|---|---|
| 7200817 | 7 | NURSING INSTRUCTIONS: | 12/20/2016 07:48 | 12/20/2016 07:48 | 12/20/2016 07:48 |

| Activity Type | Activity Date | Performed By | Reason for Deferral or Cancellation |
|---|---|---|---|
| Electronically Signed by | 12/20/2016 07:48 | DANG, SON M., MD | |
| Acknowledgement | 12/20/2016 07:53 | RIVERA, ALEXIS L., RN | |

CPOE Request: ADD Fully Processed: ☒
Order Code: NSGNUIN NURSING INSTRUCTIONS:
Type: Nursing Orders Transport: STAT: ☐
Frequency: One Time Prep: Order Phys: DANG, SON M., MD
Priority: Routine Entered By: DANG, SON M., MD
Instructions: If patient has Mediport, may access using sterile technique.
Start Date: Stop Date:
# Days: Qty Today: 0
Total Qty:

| CPOE # | Order # | Order Description | Start Date | Stop Date | Order Processed |
|---|---|---|---|---|---|
| 7200818 | 8 | NURSING INSTRUCTIONS: | 12/20/2016 07:48 | 12/20/2016 07:48 | 12/20/2016 07:48 |

| Activity Type | Activity Date | Performed By | Reason for Deferral or Cancellation |
|---|---|---|---|
| Electronically Signed by | 12/20/2016 07:48 | DANG, SON M., MD | |
| Acknowledgement | 12/20/2016 07:53 | RIVERA, ALEXIS L., RN | |

BATON ROUGE GENERAL MEDICAL CENTER
CPOE Orders Report
12/20/2016

**Patient Name:** RAY KNIGHT, AMY
**Visit ID:** 000100876312
**Birthdate:** **Sex:** Female
**Location:** BBSD
**Current Problems:**
**Allergies:** Sulfa (Sulfonamide Antibiotics), adhesive, morphine

**Attending:** DUPONT JR, JOSEPH B.
**Age:** 48Y
**Room/Bed:** BSD05

**Med Rec No:** 05399190
**Arrival Date:** 12/20/2016 04:47
**Discharged:** 12/20/2016 09:56

---

**CPOE Request:** ADD — **Fully Processed:** ☒
**Order Code:** NSGNUIN — NURSING INSTRUCTIONS:
**Type:** Nursing Orders — **Transport:** — **STAT:** ☐
**Frequency:** One Time — **Prep:**
**Priority:** Routine
**Instructions:** If patient has a Vas Cath, okay to access for use during perioperative period (SDS/OR/PACU). (See MR-MSS-6490)

**Order Phys:** DANG, SON M., MD
**Entered By:** DANG, SON M., MD
**Start Date:** — **Stop Date:**
**# Days:** — **Qty Today:** 0
**Total Qty:**

| CPOE # | Order # | Order Description | Start Date | Stop Date | Order Processed |
|---|---|---|---|---|---|
| 7200819 | 9 | NURSING INSTRUCTIONS: | 12/20/2016 07:48 | 12/20/2016 07:48 | 12/20/2016 07:48 |

| Activity Type | Activity Date | Performed By | Reason for Deferral or Cancellation |
|---|---|---|---|
| Electronically Signed by | 12/20/2016 07:48 | DANG, SON M., MD | |
| Acknowledgement | 12/20/2016 07:53 | RIVERA, ALEXIS L., RN | |

---

**CPOE Request:** ADD — **Fully Processed:** ☒
**Order Code:** NSGVSUP — VITAL SIGNS PER UNIT PROTOCOL
**Type:** Nursing Orders — **Transport:** — **STAT:** ☐
**Frequency:** CONTINUOUS — **Prep:**
**Priority:** Routine
**Instructions:** Vital signs per unit protocol.

**Order Phys:** DANG, SON M., MD
**Entered By:** DANG, SON M., MD
**Start Date:** — **Stop Date:**
**# Days:** — **Qty Today:** 0
**Total Qty:**

| CPOE # | Order # | Order Description | Start Date | Stop Date | Order Processed |
|---|---|---|---|---|---|
| 7200822 | 10 | VITAL SIGNS PER UNIT PROTOCOL | 12/20/2016 07:49 | | 12/20/2016 07:49 |

| Activity Type | Activity Date | Performed By | Reason for Deferral or Cancellation |
|---|---|---|---|
| Electronically Signed by | 12/20/2016 07:49 | DANG, SON M., MD | |
| Acknowledgement | 12/20/2016 07:53 | RIVERA, ALEXIS L., RN | |

Knight - 08/17/23 - 078

BATON ROUGE GENERAL MEDICAL CENTER
CPOE Orders Report
12/20/2016

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | RAY KNIGHT, AMY | | | Med Rec No: | 05399190 |
| Visit ID: | 000100876312 | Attending: | DUPONT JR, JOSEPH B. | Arrival Date: | 12/20/2016 04:47 |
| Birthdate: | Sex: Female | Age: | 40Y | Discharged: | 12/20/2016 09:58 |
| Location: | BBSD | Room/Bed: | BSD05 | | |
| Current Problems: | | | | | |
| Allergies: | Sulfa (Sulfonamide Antibiotics), adhesive, morphine | | | | |

CPOE Request: ADD — Fully Processed: ☒
Order Code: NSGO2UA — O2 SUPPLEMENTAL UNTIL AWAKE
Type: Nursing Orders — Transport: — STAT: ☐
Frequency: CONTINUOUS — Prep: — Order Phys: DANG, SON M., MD
Priority: Routine — Entered By: DANG, SON M., MD
Instructions: O2 on admission for general anesthesia patients until awake. Keep O2 Saturation at or above 95%
Start Date: — Stop Date:
# Days: — Qty Today: 0
Total Qty:

| CPOE # | Order # | Order Description | Start Date | Stop Date | Order Processed |
|---|---|---|---|---|---|
| 7200823 | 11 | O2 SUPPLEMENTAL UNTIL AWAKE | 12/20/2016 07:49 | | 12/20/2016 07:49 |

| Activity Type | Activity Date | Performed By | Reason for Deferral or Cancellation |
|---|---|---|---|
| Electronically Signed by | 12/20/2016 07:49 | DANG, SON M., MD | |
| Acknowledgement | 12/20/2016 07:53 | RIVERA, ALEXIS L., RN | |

CPOE Request: ADD — Fully Processed: ☒
Order Code: NSGO2KS — O2 SUPPLEMENTAL TO KEEP SAT (NURSING)
Type: Nursing Orders — Transport: — STAT: ☐
Frequency: CONTINUOUS — Prep: — Order Phys: DANG, SON M., MD
Priority: Routine — Entered By: DANG, SON M., MD
Instructions: Keep O2 Saturation at or above 95%
Start Date: — Stop Date:
# Days: — Qty Today: 0
Total Qty:

| CPOE # | Order # | Order Description | Start Date | Stop Date | Order Processed |
|---|---|---|---|---|---|
| 7200824 | 12 | O2 SUPPLEMENTAL TO KEEP SAT (NURSING) | 12/20/2016 07:49 | | 12/20/2016 07:49 |

| Activity Type | Activity Date | Performed By | Reason for Deferral or Cancellation |
|---|---|---|---|
| Electronically Signed by | 12/20/2016 07:49 | DANG, SON M., MD | |
| Acknowledgement | 12/20/2016 07:53 | RIVERA, ALEXIS L., RN | |

BATON ROUGE GENERAL MEDICAL CENTER
CPOE Orders Report
12/20/2016

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | RAY KNIGHT, AMY | | | Med Rec No: | 05399190 |
| Visit ID: | 000100876312 | Attending: | DUPONT JR, JOSEPH B. | Arrival Date: | 12/20/2016 04:47 |
| Birthdate: | Sex: Female | Age: | 48Y | Discharged: | 12/20/2016 09:58 |
| Location: | BBSD | Room/Bed: | BSD05 | | |
| Current Problems: | | | | | |
| Allergies: | Sulfa (Sulfonamide Antibiotics), adhesive, morphine | | | | |

CPOE Request: ADD — Fully Processed: ☒
Order Code: NSGBAIR — BAIR HUGGER APPLY
Type: Nursing Orders — Transport: — STAT: ☐
Frequency: One Time — Prep: — Order Phys: DANG, SON M., MD
Priority: Routine — Entered By: DANG, SON M., MD
Instructions: Place Bair Hugger on patient with temperatures below 96.8° F
Start Date: — Stop Date:
# Days: — Qty Today: 0
Total Qty:

| CPOE # | Order # | Order Description | Start Date | Stop Date | Order Processed |
|---|---|---|---|---|---|
| 7200825 | 13 | BAIR HUGGER APPLY | 12/20/2016 07:49 | 12/20/2016 07:49 | 12/20/2016 07:49 |

| Activity Type | Activity Date | Performed By | Reason for Deferral or Cancellation |
|---|---|---|---|
| Electronically Signed by | 12/20/2016 07:49 | DANG, SON M., MD | |
| Acknowledgement | 12/20/2016 07:53 | RIVERA, ALEXIS L., RN | |

CPOE Request: ADD — Fully Processed: ☒
Order Code: NSGNFOL — NOTIFY MD IF OXYGEN SATURATION < ___
Type: Nursing Orders — Transport: — STAT: ☐
Frequency: CONTINUOUS — Prep: — Order Phys: DANG, SON M., MD
Priority: Routine — Entered By: DANG, SON M., MD
Instructions: Notify MD for O2 Saturation below 90% on room air.
Start Date: — Stop Date:
# Days: — Qty Today: 0
Total Qty:

| CPOE # | Order # | Order Description | Start Date | Stop Date | Order Processed |
|---|---|---|---|---|---|
| 7200826 | 14 | NOTIFY MD IF OXYGEN SATURATION < ___ | 12/20/2016 07:49 | | 12/20/2016 07:49 |

| Activity Type | Activity Date | Performed By | Reason for Deferral or Cancellation |
|---|---|---|---|
| Electronically Signed by | 12/20/2016 07:49 | DANG, SON M., MD | |
| Acknowledgement | 12/20/2016 07:53 | RIVERA, ALEXIS L., RN | |

BATON ROUGE GENERAL MEDICAL CENTER
CPOE Orders Report
12/20/2016

Patient Name: RAY KNIGHT, AMY
Visit ID: 000100876312 Attending: DUPONT JR, JOSEPH B.
Birthdate: Sex: Female Age: 48Y
Location: BBSD Room/Bed: BSD05
Med Rec No: 05399190
Arrival Date: 12/20/2016 04:47
Discharged: 12/20/2016 09:58
Current Problems:
Allergies: Sulfa (Sulfonamide Antibiotics), adhesive, morphine

CPOE Request: ADD Fully Processed: ☒
Order Code: RTO22L O2 PER NASAL CANNULA - 2 LPM
Type: Respiratory Therapy Orders Transport: STAT: ☐
Frequency: CONTINUOUS Prep: Order Phys: DANG, SON M., MD
Priority: Routine Entered By: DANG, SON M., MD
Instructions: O2 per nasal cannula at 2 liters/minute X 24 hours for room air O2 Saturation below 90%.
Start Date: Stop Date:
# Days: Qty Today: 0
Total Qty:

| CPOE # | Order # | Order Description | Start Date | Stop Date | Order Processed |
|---|---|---|---|---|---|
| 7200827 | 15 | O2 PER NASAL CANNULA - 2 LPM | 12/20/2016 07:49 | | 12/20/2016 07:49 |

| Activity Type | Activity Date | Performed By | Reason for Deferral or Cancellation |
|---|---|---|---|
| Electronically Signed by | 12/20/2016 07:49 | DANG, SON M., MD | |
| Acknowledgement | 12/20/2016 07:53 | RIVERA, ALEXIS L., RN | |

CPOE Request: ADD Fully Processed: ☒
Order Code: NSGDCO DISCONTINUE ORDERS
Type: Nursing Orders Transport: STAT: ☐
Frequency: One Time Prep: Order Phys: DANG, SON M., MD
Priority: Routine Entered By: DANG, SON M., MD
Instructions: Discontinue PACU Postop Orders upon departure from PACU.
Start Date: Stop Date:
# Days: Qty Today: 0
Total Qty:

| CPOE # | Order # | Order Description | Start Date | Stop Date | Order Processed |
|---|---|---|---|---|---|
| 7200828 | 16 | DISCONTINUE ORDERS | 12/20/2016 07:49 | 12/20/2016 07:49 | 12/20/2016 07:49 |

| Activity Type | Activity Date | Performed By | Reason for Deferral or Cancellation |
|---|---|---|---|
| Electronically Signed by | 12/20/2016 07:49 | DANG, SON M., MD | |
| Acknowledgement | 12/20/2016 07:53 | RIVERA, ALEXIS L., RN | |

Knight - 08/17/23 - 081

BATON ROUGE GENERAL MEDICAL CENTER
CPOE Orders Report
12/20/2016

Patient Name: RAY KNIGHT, AMY
Visit ID: 000100876312 Attending: DUPONT JR, JOSEPH B.
Birthdate: Sex: Female Age: 48Y
Location: BBSD Room/Bed: BSD05
Current Problems:
Allergies: Sulfa (Sulfonamide Antibiotics), adhesive, morphine

Med Rec No: 05399190
Arrival Date: 12/20/2016 04:47
Discharged: 12/20/2016 09:58

CPOE Request: ADD Fully Processed: ☒
Order Code: NSGDCHM DISCHARGE TO: HOME
Type: Nursing Orders Transport: STAT: ☐
Frequency: One Time Prep: Order Phys: ZAGORY, JESSICA A.
Priority: Routine Entered By: ZAGORY, JESSICA A.
Instructions:
Start Date: Stop Date:
# Days: Qty Today: 0
Total Qty:

| CPOE # | Order # | Order Description | Start Date | Stop Date | Order Processed |
|---|---|---|---|---|---|
| 7200838 | 17 | DISCHARGE TO: HOME | 12/20/2016 07:51 | 12/20/2016 07:51 | 12/20/2016 07:51 |

| Activity Type | Activity Date | Performed By | Reason for Deferral or Cancellation |
|---|---|---|---|
| Electronically Signed by | 12/20/2016 07:51 | ZAGORY, JESSICA A. | |
| Acknowledgement | 12/20/2016 09:07 | MARCEAUX, COLIN J. | |

CPOE Request: ADD Fully Processed: ☒
Order Code: NSGDCTC DISCHARGE TRANSPORTATION: PRIVATE CAR
Type: Nursing Orders Transport: STAT: ☐
Frequency: One Time Prep: Order Phys: ZAGORY, JESSICA A.
Priority: Routine Entered By: ZAGORY, JESSICA A.
Instructions:
Start Date: Stop Date:
# Days: Qty Today: 0
Total Qty:

| CPOE # | Order # | Order Description | Start Date | Stop Date | Order Processed |
|---|---|---|---|---|---|
| 7200839 | 18 | DISCHARGE TRANSPORTATION: PRIVATE CAR | 12/20/2016 07:51 | 12/20/2016 07:51 | 12/20/2016 07:51 |

| Activity Type | Activity Date | Performed By | Reason for Deferral or Cancellation |
|---|---|---|---|
| Electronically Signed by | 12/20/2016 07:51 | ZAGORY, JESSICA A. | |
| Acknowledgement | 12/20/2016 09:07 | MARCEAUX, COLIN J. | |

**BATON ROUGE GENERAL MEDICAL CENTER**
**CPOE Orders Report**
12/20/2016

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | RAY KNIGHT, AMY | | | **Med Rec No:** | 05399190 |
| **Visit ID:** | 000100876312 | **Attending:** | DUPONT JR, JOSEPH B. | **Arrival Date:** | 12/20/2016 04:47 |
| **Birthdate:** | **Sex:** Female | **Age:** | 48Y | **Discharged:** | 12/20/2016 09:58 |
| **Location:** | BBSD | **Room/Bed:** | BSD05 | | |
| **Current Problems:** | | | | | |
| **Allergies:** | Sulfa (Sulfonamide Antibiotics), adhesive, morphine | | | | |

**CPOE Request:** ADD **Fully Processed:** ☒
**Order Code:** NSGDCDG DISCHARGE DIAGNOSIS
**Type:** Nursing Orders **Transport:** **STAT:** ☐
**Frequency:** One Time **Prep:** **Order Phys:** ZAGORY, JESSICA A.
**Priority:** Routine **Entered By:** ZAGORY, JESSICA A.
**Instructions:** L breast mass
**Start Date:** 12/20/2016 07:49 **Stop Date:** 12/20/2016 07:49
**# Days:** **Qty Today:** 0
**Total Qty:**

| CPOE # | Order # | Order Description | Start Date | Stop Date | Order Processed |
|---|---|---|---|---|---|
| 7200840 | 19 | DISCHARGE DIAGNOSIS | 12/20/2016 07:49 | 12/20/2016 07:49 | 12/20/2016 07:51 |

| Activity Type | Activity Date | Performed By | Reason for Deferral or Cancellation |
|---|---|---|---|
| Electronically Signed by | 12/20/2016 07:51 | ZAGORY, JESSICA A. | |
| Acknowledgement | 12/20/2016 09:07 | MARCEAUX, COLIN J. | |

**CPOE Request:** ADD **Fully Processed:** ☒
**Order Code:** NSGSRIV SALINE LOCK - REMOVE IV
**Type:** Nursing Orders **Transport:** **STAT:** ☐
**Frequency:** One Time **Prep:** **Order Phys:** ZAGORY, JESSICA A.
**Priority:** Routine **Entered By:** ZAGORY, JESSICA A.
**Instructions:**
**Start Date:** **Stop Date:**
**# Days:** **Qty Today:** 0
**Total Qty:**

| CPOE # | Order # | Order Description | Start Date | Stop Date | Order Processed |
|---|---|---|---|---|---|
| 7200842 | 20 | SALINE LOCK - REMOVE IV | 12/20/2016 07:51 | 12/20/2016 07:51 | 12/20/2016 07:51 |

| Activity Type | Activity Date | Performed By | Reason for Deferral or Cancellation |
|---|---|---|---|
| Electronically Signed by | 12/20/2016 07:51 | ZAGORY, JESSICA A. | |
| Acknowledgement | 12/20/2016 09:07 | MARCEAUX, COLIN J. | |

BATON ROUGE GENERAL MEDICAL CENTER
CPOE Orders Report
12/20/2016

Patient Name: RAY KNIGHT, AMY
Visit ID: 000100876312
Birthdate: Sex: Female
Location: BBSD
Current Problems:
Allergies: Sulfa (Sulfonamide Antibiotics), adhesive, morphine

Attending: DUPONT JR, JOSEPH B.
Age: 48Y
Room/Bed: BSD05

Med Rec No: 05399190
Arrival Date: 12/20/2016 04:47
Discharged: 12/20/2016 09:58

CPOE Request: ADD Fully Processed: ☒
Order Code: NSGDCDI DISCHARGE DIET
Type: Nursing Orders Transport: STAT: ☐
Frequency: One Time Prep: Order Phys: ZAGORY, JESSICA A.
Priority: Routine Entered By: ZAGORY, JESSICA A.
Instructions: REGULAR DIET
Start Date: Stop Date:
# Days: Qty Today: 0
Total Qty:

| CPOE # | Order # | Order Description | Start Date | Stop Date | Order Processed |
|---|---|---|---|---|---|
| 7200843 | 21 | DISCHARGE DIET | 12/20/2016 07:51 | 12/20/2016 07:51 | 12/20/2016 07:51 |

| Activity Type | Activity Date | Performed By | Reason for Deferral or Cancellation |
|---|---|---|---|
| Electronically Signed by | 12/20/2016 07:51 | ZAGORY, JESSICA A. | |
| Acknowledgement | 12/20/2016 09:07 | MARCEAUX, COLIN J. | |

CPOE Request: ADD Fully Processed: ☒
Order Code: NSGDCAC DISCHARGE ACTIVITY
Type: Nursing Orders Transport: STAT: ☐
Frequency: One Time Prep: Order Phys: ZAGORY, JESSICA A.
Priority: Routine Entered By: ZAGORY, JESSICA A.
Instructions: May shower in 72 hours
Start Date: 12/20/2016 07:49 Stop Date: 12/20/2016 07:49
# Days: Qty Today: 0
Total Qty:

| CPOE # | Order # | Order Description | Start Date | Stop Date | Order Processed |
|---|---|---|---|---|---|
| 7200844 | 22 | DISCHARGE ACTIVITY | 12/20/2016 07:49 | 12/20/2016 07:49 | 12/20/2016 07:51 |

| Activity Type | Activity Date | Performed By | Reason for Deferral or Cancellation |
|---|---|---|---|
| Electronically Signed by | 12/20/2016 07:51 | ZAGORY, JESSICA A. | |
| Acknowledgement | 12/20/2016 09:07 | MARCEAUX, COLIN J. | |

BATON ROUGE GENERAL MEDICAL CENTER
CPOE Orders Report
12/20/2016

Patient Name: RAY KNIGHT, AMY
Med Rec No: 05399190
Visit ID: 000100876312
Attending: DUPONT JR, JOSEPH B.
Arrival Date: 12/20/2016 04:47
Birthdate:
Sex: Female
Age: 48Y
Discharged: 12/20/2016 09:58
Location: BBSD
Room/Bed: BSD05
Current Problems:
Allergies: Sulfa (Sulfonamide Antibiotics), adhesive, morphine

CPOE Request: ADD
Fully Processed: ☒
Order Code: NSGDSI DISCHARGE INCISION CARE INSTRUCTIONS
Type: Nursing Orders
Transport:
STAT: ☐
Frequency: One Time
Prep:
Order Phys: ZAGORY, JESSICA A.
Priority: Routine
Entered By: ZAGORY, JESSICA A.
Instructions: Keep incision dressing clean, dry and intact for 3 days or until f/u appt
Start Date: 12/20/2016 07:49
Stop Date: 12/20/2016 07:49
# Days:
Qty Today: 0
Total Qty:

| CPOE # | Order # | Order Description | Start Date | Stop Date | Order Processed |
|---|---|---|---|---|---|
| 7200845 | 23 | DISCHARGE INCISION CARE INSTRUCTIONS | 12/20/2016 07:49 | 12/20/2016 07:49 | 12/20/2016 07:51 |

| Activity Type | Activity Date | Performed By | Reason for Deferral or Cancellation |
|---|---|---|---|
| Electronically Signed by | 12/20/2016 07:51 | ZAGORY, JESSICA A. | |
| Acknowledgement | 12/20/2016 09:07 | MARCEAUX, COLIN J. | |

CPOE Request: ADD
Fully Processed: ☒
Order Code: NSGDSI DISCHARGE INCISION CARE INSTRUCTIONS
Type: Nursing Orders
Transport:
STAT: ☐
Frequency: One Time
Prep:
Order Phys: ZAGORY, JESSICA A.
Priority: Routine
Entered By: ZAGORY, JESSICA A.
Instructions: Other incision care instructions: may remove dressing Friday
Start Date: 12/20/2016 07:50
Stop Date: 12/20/2016 07:50
# Days:
Qty Today: 0
Total Qty:

| CPOE # | Order # | Order Description | Start Date | Stop Date | Order Processed |
|---|---|---|---|---|---|
| 7200852 | 24 | DISCHARGE INCISION CARE INSTRUCTIONS | 12/20/2016 07:50 | 12/20/2016 07:50 | 12/20/2016 07:51 |

| Activity Type | Activity Date | Performed By | Reason for Deferral or Cancellation |
|---|---|---|---|
| Electronically Signed by | 12/20/2016 07:51 | ZAGORY, JESSICA A. | |
| Acknowledgement | 12/20/2016 09:07 | MARCEAUX, COLIN J. | |

BATON ROUGE GENERAL MEDICAL CENTER
CPOE Orders Report
12/20/2016

Patient Name: RAY KNIGHT, AMY
Visit ID: 000100876312 Attending: DUPONT JR, JOSEPH B.
Birthdate: Sex: Female Age: 48Y
Location: BBSO Room/Bed: BSD05
Current Problems:
Allergies: Sulfa (Sulfonamide Antibiotics), adhesive, morphine

Med Rec No: 05399190
Arrival Date: 12/20/2016 04:47
Discharged: 12/20/2016 09:58

CPOE Request: ADD Fully Processed: ☒
Order Code: NSGDMED DISCHARGE MEDS
Type: Nursing Orders Transport: STAT: ☐
Frequency: One Time Prep: Order Phys: ZAGORY, JESSICA A.
Priority: Routine Entered By: ZAGORY, JESSICA A.
Instructions: Medication Reconciliation form completed
Start Date: Stop Date:
# Days: Qty Today: 0
Total Qty:

| CPOE # | Order # | Order Description | Start Date | Stop Date | Order Processed |
|---|---|---|---|---|---|
| 7200846 | 25 | DISCHARGE MEDS | 12/20/2016 07:51 | 12/20/2016 07:51 | 12/20/2016 07:51 |

| Activity Type | Activity Date | Performed By | Reason for Deferral or Cancellation |
|---|---|---|---|
| Electronically Signed by | 12/20/2016 07:51 | ZAGORY, JESSICA A. | |
| Acknowledgement | 12/20/2016 09:07 | MARCEAUX, COLIN J. | |

CPOE Request: ADD Fully Processed: ☒
Order Code: NSGDCRX DISCHARGE PRESCRIPTION
Type: Nursing Orders Transport: STAT: ☐
Frequency: One Time Prep: Order Phys: ZAGORY, JESSICA A.
Priority: Routine Entered By: ZAGORY, JESSICA A.
Instructions: Prescriptions: placed on chart
Start Date: Stop Date:
# Days: Qty Today: 0
Total Qty:

| CPOE # | Order # | Order Description | Start Date | Stop Date | Order Processed |
|---|---|---|---|---|---|
| 7200847 | 26 | DISCHARGE PRESCRIPTION | 12/20/2016 07:51 | 12/20/2016 07:51 | 12/20/2016 07:51 |

| Activity Type | Activity Date | Performed By | Reason for Deferral or Cancellation |
|---|---|---|---|
| Electronically Signed by | 12/20/2016 07:51 | ZAGORY, JESSICA A. | |
| Acknowledgement | 12/20/2016 09:07 | MARCEAUX, COLIN J. | |

BATON ROUGE GENERAL MEDICAL CENTER
CPOE Orders Report
12/20/2016

Patient Name: RAY KNIGHT, AMY
Visit ID: 000100876312
Attending: DUPONT JR, JOSEPH B.
Birthdate:
Sex: Female
Age: 48Y
Location: BBSD
Room/Bed: BSD05
Med Rec No: 05399190
Arrival Date: 12/20/2016 04:47
Discharged: 12/20/2016 09:58
Current Problems:
Allergies: Sulfa (Sulfonamide Antibiotics), adhesive, morphine

CPOE Request: ADD
Fully Processed: ☒
Order Code: NSGDFS2 DISCHARGE - F/U WITH SURGEON IN 2 WEEKS
Type: Nursing Orders
Transport:
STAT: ☐
Frequency: CONTINUOUS
Prep:
Order Phys: ZAGORY, JESSICA A.
Priority: Routine
Entered By: ZAGORY, JESSICA A.
Instructions:
Start Date:
Stop Date:
# Days:
Qty Today: 0
Total Qty:

| CPOE # | Order # | Order Description | Start Date | Stop Date | Order Processed |
|---|---|---|---|---|---|
| 7200848 | 27 | DISCHARGE - F/U WITH SURGEON IN 2 WEEKS | 12/20/2016 07:51 | | 12/20/2016 07:51 |

| Activity Type | Activity Date | Performed By | Reason for Deferral or Cancellation |
|---|---|---|---|
| Electronically Signed by | 12/20/2016 07:51 | ZAGORY, JESSICA A. | |
| Acknowledgement | 12/20/2016 09:07 | MARCEAUX, COLIN J. | |

CPOE Request: ADD
Fully Processed: ☒
Order Code: NSGDIMD DISCHARGE INSTRUCTIONS - CALL DR FOR
Type: Nursing Orders
Transport:
STAT: ☐
Frequency: One Time
Prep:
Order Phys: ZAGORY, JESSICA A.
Priority: Routine
Entered By: ZAGORY, JESSICA A.
Instructions: Notify MD: Excessive bleeding, pain or swelling at procedure site
Start Date:
Stop Date:
# Days:
Qty Today: 0
Total Qty:

| CPOE # | Order # | Order Description | Start Date | Stop Date | Order Processed |
|---|---|---|---|---|---|
| 7200849 | 28 | DISCHARGE INSTRUCTIONS - CALL DR FOR | 12/20/2016 07:51 | 12/20/2016 07:51 | 12/20/2016 07:51 |

| Activity Type | Activity Date | Performed By | Reason for Deferral or Cancellation |
|---|---|---|---|
| Electronically Signed by | 12/20/2016 07:51 | ZAGORY, JESSICA A. | |
| Acknowledgement | 12/20/2016 09:07 | MARCEAUX, COLIN J. | |

**BATON ROUGE GENERAL MEDICAL CENTER**
**CPOE Orders Report**
**12/20/2016**

**Patient Name:** RAY KNIGHT, AMY
**Visit ID:** 000100876312
**Birthdate:** **Sex:** Female
**Location:** BBSD
**Current Problems:**
**Allergies:** Sulfa (Sulfonamide Antibiotics), adhesive, morphine

**Attending:** DUPONT JR, JOSEPH B.
**Age:** 48Y
**Room/Bed:** BSD05

**Med Rec No:** 05399190
**Arrival Date:** 12/20/2016 04:47
**Discharged:** 12/20/2016 09:58

---

**CPOE Request:** ADD **Fully Processed:** ☒
**Order Code:** NSGDIMD DISCHARGE INSTRUCTIONS - CALL DR FOR
**Type:** Nursing Orders **Transport:** **STAT:** ☐
**Frequency:** One Time **Prep:** **Order Phys:** ZAGORY, JESSICA A.
**Priority:** Routine **Entered By:** ZAGORY, JESSICA A.
**Instructions:** Call MD: Any yellow drainage or foul odor to dressing
**Start Date:** **Stop Date:**
**# Days:** **Qty Today:** 0
**Total Qty:**

| CPOE # | Order # | Order Description | Start Date | Stop Date | Order Processed |
|---|---|---|---|---|---|
| 7200851 | 29 | DISCHARGE INSTRUCTIONS - CALL DR FOR | 12/20/2016 07:51 | 12/20/2016 07:51 | 12/20/2016 07:51 |

| Activity Type | Activity Date | Performed By | Reason for Deferral or Cancellation |
|---|---|---|---|
| Electronically Signed by | 12/20/2016 07:51 | ZAGORY, JESSICA A. | |
| Acknowledgement | 12/20/2016 09:07 | MARCEAUX, COLIN J. | |

---

**CPOE Request:** ADD **Fully Processed:** ☒
**Order Code:** NSGDCIN DISCHARGE INSTRUCTIONS
**Type:** Nursing Orders **Transport:** **STAT:** ☐
**Frequency:** One Time **Prep:** **Order Phys:** ZAGORY, JESSICA A.
**Priority:** Routine **Entered By:** ZAGORY, JESSICA A.
**Instructions:** May return to work: when feeling well. No restrictions.
**Start Date:** 12/20/2016 07:50 **Stop Date:** 12/20/2016 07:50
**# Days:** **Qty Today:** 0
**Total Qty:**

| CPOE # | Order # | Order Description | Start Date | Stop Date | Order Processed |
|---|---|---|---|---|---|
| 7200862 | 30 | DISCHARGE INSTRUCTIONS | 12/20/2016 07:50 | 12/20/2016 07:50 | 12/20/2016 07:51 |

| Activity Type | Activity Date | Performed By | Reason for Deferral or Cancellation |
|---|---|---|---|
| Electronically Signed by | 12/20/2016 07:51 | ZAGORY, JESSICA A. | |
| Acknowledgement | 12/20/2016 09:07 | MARCEAUX, COLIN J. | |

Knight - 08/17/23 - 088

BATON ROUGE GENERAL MEDICAL CENTER
CPOE Orders Report
12/20/2016

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | RAY KNIGHT, AMY | | | Med Rec No: | 05399190 |
| Visit ID: | 000100876312 | Attending: | DUPONT JR, JOSEPH B. | Arrival Date: | 12/20/2016 04:47 |
| Birthdate: | Sex: Female | Age: | 48Y | Discharged: | 12/20/2016 09:58 |
| Location: | BBSD | Room/Bed: | BSD05 | | |
| Current Problems: | | | | | |
| Allergies: | Sulfa (Sulfonamide Antibiotics), adhesive, morphine | | | | |

| | | | | | |
|---|---|---|---|---|---|
| CPOE Request: | ADD | | | | |
| Order Type: | MED | Order Phys: | DANG, SON M., MD | | |
| | | Entered By: | DANG, SON M., MD | | |
| Route: | IV  Priority: STAT | Start Date: | | Stop Date: | |
| Rate/Frequency: | EVERY 5 MINUTES AS NEEDED (PRN) | Duration: | 12 HOURS | | |
| Instructions: | AS NEEDED FOR PAIN UP TO 2MG | | | | |

**** FOR PACU USE ONLY ****
PHARMACY TO SET STOP TIME 12 HOURS FROM START

*HIGH ALERT*
*SOUND ALIKE / LOOK ALIKE DRUG*

| Drug | Dose | Form | Freq |
|---|---|---|---|
| HYDROMORPHONE ( PACU ONLY ) 0.2 MG/0.1 ML (PRN) | 0.2 MG/0.1 ML | SYRINGE | |

| CPOE # | Rx # | Order Description | Start Date | Stop Date | Order Processed |
|---|---|---|---|---|---|
| 7200830 | 3987174 | HYDROMORPHONE ( PACU ONLY ) 0.2 MG/0.1 ML IV | 12/20/2016 07:53 | 12/20/2016 09:58 | 12/20/2016 07:53 |

| Activity Type | Activity Date | Performed By | Reason for Deferral or Cancellation |
|---|---|---|---|
| Electronically Signed by | 12/20/2016 07:49 | DANG, SON M., MD | |
| Acknowledgement | 12/20/2016 07:53 | RIVERA, ALEXIS L., RN | |

BATON ROUGE GENERAL MEDICAL CENTER
CPOE Orders Report
12/20/2016

Patient Name: RAY KNIGHT, AMY
Visit ID: 000100876312 Attending: DUPONT JR, JOSEPH B.
Birthdate: Sex: Female Age: 48Y
Location: BBSD Room/Bed: BSD05
Current Problems:
Allergies: Sulfa (Sulfonamide Antibiotics), adhesive, morphine

Med Rec No: 05399190
Arrival Date: 12/20/2016 04:47
Discharged: 12/20/2016 09:58

CPOE Request: ADD
Order Type: MED
Order Phys: DANG, SON M., MD
Entered By: DANG, SON M., MD

Route: IV Priority: STAT
Rate/Frequency: ONCE AS NEEDED (PRN)
Instructions: ****FOR PACU, SDS AND ENDOSCOPY USE ONLY****

FOR DOSE AS NEEDED FOR NAUSEA

PHARMACY TO SET STOP TIME 12 HOURS FROM START

Start Date:
Duration: 12 HOURS
Stop Date:

| Drug | Dose | Form | Freq |
|---|---|---|---|
| ONDANSETRON HCL (PACU,SDS,ENDO ONLY) 4 MG/2 ML (PRN) | 4 MG/2 ML | SOLUTION | |

| CPOE # | Rx # | Order Description | Start Date | Stop Date | Order Processed |
|---|---|---|---|---|---|
| 7200831 | 3987175 | ONDANSETRON HCL (PACU,SDS,ENDO ONLY) 4 MG/2 ML IV | 12/20/2016 07:53 | 12/20/2016 09:58 | 12/20/2016 07:53 |

| Activity Type | Activity Date | Performed By | Reason for Deferral or Cancellation |
|---|---|---|---|
| Electronically Signed by | 12/20/2016 07:49 | DANG, SON M., MD | |
| Acknowledgement | 12/20/2016 07:53 | RIVERA, ALEXIS L., RN | |

CPOE Request: ADD Order View Order Telephone
Order Text: Norco 5 mg-325 mg 1 tab PO once

Start Date: Stop Date:
Order Phys: DANG, SON M., MD
Entered By: GILPIN, STACY B., RN
Read Back & Verified:

Instructions: IN PACU NOW

| CPOE # | Rx # | Order Description | Start Date | Stop Date | Order Processed |
|---|---|---|---|---|---|
| 7201493 | 3987358 | HYDROCODONE-ACETAMINOPHEN 5-325 MG 1 TABLET | 12/20/2016 09:01 | 12/20/2016 09:58 | 12/20/2016 09:02 |

| Activity Type | Activity Date | Performed By | Reason for Deferral or Cancellation |
|---|---|---|---|
| Submitted by | 12/20/2016 09:01 | GILPIN, STACY B., RN | |
| Acknowledgement | 12/20/2016 09:05 | RIVERA, ALEXIS L., RN | |
| Telephone Electronically Signed by | 12/20/2016 09:12 | DANG, SON M., MD | |

Ordering Physicians:
SMD5 DANG, SON M., MD
JAZ ZAGORY, JESSICA A.

Grouping by: Class

# BATON ROUGE GENERAL MEDICAL CENTER
## Discharge Medication Reconciliation Order Report

Patient: RAY KNIGHT, AMY Location: RECO Room: RECO 2660H
Visit ID: 000100876312 MR#:05399190 Admit: 12/20/2016 04:47 Authenticating Ordering Provider: ZAGORY, JESSICA A.
Gender: F DOB: Age: 48Y Weight: 51.00 KG Height: 63.00 IN
Allergies: Sulfa (Sulfonamide Antibiotics, adhesive, morphine
Current Problems:

Completion Date:12/20/2016 07:53

| Status | Name | Dose, Route, Frequency | Action | Reason |
|---|---|---|---|---|
| | **Alternative Therapy - Unclassified** | | | |
| | Align | 4 milligram orally every day | Continue | |
| | Cranberry<br>Med Notes<br>administer with a meal; | 200 milligram orally every day | Continue | |
| | **Analgesic, Anti-inflammatory or Antipyretic - Non-Narcotic** | | | |
| | Advil<br>Reason for Taking<br>pain | 400 milligram orally every 8 hours As Needed pain | Continue | |
| | **Analgesics - Narcotic** | | | |
| | HYDROcodone-acetaminophen 5 mg-325 mg<br>Prescription Submitted By:<br>JESSICA A. ZAGORY | 1 tablet PO every 4 hours As Needed | Prescribe | |
| | HYDROMORPHONE (PF) SYRINGE<br>Start Date<br>12/20/2016<br>Med Notes<br>Instructions: AS NEEDED FOR PAIN UP TO 2MG<br>**** FOR PACU USE ONLY ****<br>PHARMACY TO SET STOP TIME 12 HOURS FROM START<br>*HIGH ALERT*<br>*SOUND ALIKE / LOOK ALIKE DRUG* | 0.2 MG INTRAVENOUS EVERY 5 MINUTES AS NEEDED As Needed for 12 Hours | Continue | |
| | **Antianxiety Agents** | | | |
| | Valium | 2 milligram orally once As Needed | Continue | |
| | Xanax Tab | 0.5 milligram orally once As Needed | Continue | |
| | **Anticonvulsant** | | | |
| | Topiramate | 25 milligram orally every 12 hours | Continue | |
| | **Antidepressants** | | | |
| | Amitriptyline | 10 milligram orally once daily at bedtime | Continue | |
| | PROzac | 40 milligram orally every day | Continue | |
| | Savella | 50 milligram orally 2 times per day | Continue | |
| | Wellbutrin XL 24 hr Tab | 150 milligram orally every morning | Continue | |

= Home Medication

JAZ
12/21/2016 03:33
ID-145006

# BATON ROUGE GENERAL MEDICAL CENTER
## Discharge Medication Reconciliation Order Report

Patient: RAY KNIGHT, AMY Location: RECO Room: RECO 2660H
Visit ID: 000100876312 MR#:05399190 Admit: 12/20/2016 04:47 Authenticating Ordering Provider: ZAGORY, JESSICA A.
Gender: F DOB: Age:48Y Weight: 51.00 KG Height: 63.00 IN
Allergies: Sulfa (Sulfonamide Antibiotics, adhesive, morphine
Current Problems:

Completion Date:12/20/2016 07:53

| Status | Name | Dose, Route, Frequency | Action | Reason |
|---|---|---|---|---|
| | **Antiemetics** | | | |
| | ONDANSETRON HCL (PF) SOLUTION<br>Start Date<br>12/20/2016<br>Med Notes<br>Instructions: ****FOR PACU, SDS AND ENDOSCOPY USE ONLY****<br>FOR DOSE AS NEEDED FOR NAUSEA<br>PHARMACY TO SET STOP TIME 12 HOURS FROM START | 4 MG INTRAVENOUS ONCE AS NEEDED As Needed for 12 Hours | Continue | |
| | **Antihistamines** | | | |
| | Claritin | 10 milligram orally every day | Continue | |
| | **Beta Adrenergic Blockers** | | | |
| | Inderal | 10 milligram orally 2 times per day | Continue | |
| | **Diabetic Therapy** | | | |
| | metFORMIN 24 hr Tab<br>Med Notes<br>administer with morning and evening meals; | 500 milligram orally 2 times per day | Continue | |
| | **Gastrointestinal Antispasmodics** | | | |
| | Librax (with Clidinium) 2.5 mg-5 mg<br>Med Notes<br>administer 30 to 60 minutes before meals; | 1 capsule orally 2 times per day | Continue | |
| | **Laxatives** | | | |
| | Miralax<br>Med Notes<br>mix into 4-8 oz. of any hot/cold/room temp. beverage; use immediately; | 17 gram orally every day | Continue | |
| | **Migraine Therapy** | | | |
| | Treximet<br>Reason for Taking<br>migraine headache<br>Med Notes<br>may repeat once in 2 hours; do not exceed 2 tablets in 24 hours; | 1 tablet orally every day As Needed migraine headache | Continue | |
| | **Nasal Preparations** | | | |
| | Flonase Allergy Relief 50 mcg/actuation Spray<br>Reason for Taking<br>nasal congestion | 1 spray into the nostril(s) 2 times per day As Needed nasal congestion | Continue | |
| | **Peptic Ulcer Therapy** | | | |
| | Pepcid | 20 milligram orally every day As Needed | Continue | |

(home medication symbol) = Home Medication

# BATON ROUGE GENERAL MEDICAL CENTER
## Discharge Medication Reconciliation Order Report

Patient: RAY KNIGHT, AMY Location: RECO Room: RECO 2660H
Visit ID: 000100876312 MR#: 05399190 Admit: 12/20/2016 04:47 Authenticating Ordering Provider: ZAGORY, JESSICA A.
Gender: F DOB: Age: 48Y Weight: 51.00 KG Height: 63.00 IN
Allergies: Sulfa (Sulfonamide Antibiotics, adhesive, morphine
Current Problems:

Completion Date:12/20/2016 07:53

| Status | Name | Dose, Route, Frequency | Action | Reason |
|---|---|---|---|---|
| | **Vitamin Combinations** | | | |
| | Multivitamins | 1 tablet orally every morning | Continue | |

= Home Medication

Report Date: 12/19/2016

BATON ROUGE GENERAL MEDICAL CENTER
**Medication Administration Record**

12/21/2016 02:47:03
Page 1 of 1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Patient: RAY KNIGHT, AMY | | | Admitted: 12/20/2016 04:47 | | Attending: DUPONT JR, JOSEPH B. | | |
| Visit ID: 000100876312 | | Med Rec#: 05399190 | Location: BBSD BSD05 | | | | |
| Gender: F | DOB: | Age: 48Y | Weight: 51.00 kgs | | Height: 63.00 in | | BMI: 19.9 |

| Allergy | Severity | Reaction | Allergy Date |
|---|---|---|---|
| adhesive | Unknown | redness/whelps | |
| morphine | Unknown | itching | |
| Sulfa (Sulfonamide Antibiotics) | Unknown | GI upset | |

***Unscheduled***

| Medication | Dose | Brand | Form | Start | Stop | Last Administered |
|---|---|---|---|---|---|---|
| [D] ENOXAPARIN [30 MG/0.3 ML] SYRINGE SUBCUTANEOUS ONCALL [ 1 X 0.3 ML [30 MG/0.3 ML] PER DOSE ] DOSE ROUNDED TO NEAREST 10MG *SHOULD NOT BE ADMINISTERED WHILE PT IS ON SQ HEPARIN* SIDE EFFECTS: PAIN WHERE SHOT IS GIVEN; BLEEDING. RX#: 3986887 | 30 MG/0.3 ML | LOVENOX | SYRINGE | 12/20/16 05:16 | 12/20/16 09:58 | Last Administered: 12/20/2016 05:45 Adm. By: AVB1 Adm. Dose: 30 MG/0.3 ML Inj. Site: Left side abdomen |

| * *Initials* | *Caregiver Names* |
|---|---|
| AVB1 | ANGELA V. BAJON, RN |

Report Date: 12/20/2016

BATON ROUGE GENERAL MEDICAL CENTER

**Medication Administration Record**

12/21/2016 02:47:04
Page 1 of 2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Patient: RAY KNIGHT, AMY | | | Admitted: 12/20/2016 04:47 | | Attending: DUPONT JR, JOSEPH B. | | |
| Visit ID: 000100876312 | Med Rec#: 05399190 | | Location: BBSD BSD05 | | | | |
| Gender: F | DOB: | Age: 48Y | Weight: 51.00 kgs | | Height: 63.00 In | BMI: 19.9 | |

| Allergy | Severity | Reaction | Allergy Date |
|---|---|---|---|
| adhesive | Unknown | redness/whelps | |
| morphine | Unknown | Itching | |
| Sulfa (Sulfonamide Antibiotics) | Unknown | GI upset | |

***Unscheduled***

| Medication | Dose | Brand | Form | Start | Stop | Last Administered |
|---|---|---|---|---|---|---|
| D ENOXAPARIN [30 MG/0.3 ML] SYRINGE SUBCUTANEOUS ONCALL [ 1 X 0.3 ML [30 MG/0.3 ML] PER DOSE ] DOSE ROUNDED TO NEAREST 10MG *SHOULD NOT BE ADMINISTERED WHILE PT IS ON SQ HEPARIN* SIDE EFFECTS: PAIN WHERE SHOT IS GIVEN; BLEEDING. RX#: 3986887 | 30 MG/0.3 ML | LOVENOX | SYRINGE | 12/20/16 05:16 | 12/20/16 09:58 | Last Administered: 12/20/2016 05:45 Adm. By: AVB1 Adm. Dose: 30 MG/0.3 ML Inj. Site: Left side abdomen |

***Scheduled Meds***

| Medication | Dose | Brand | Form | Start | Stop | 07:00-14:59 | 15:00-22:59 | 23:00-06:59 |
|---|---|---|---|---|---|---|---|---|
| D HYDROCODONE-ACETAMINOPHEN [5-325 MG] TABLET ORAL GIVE ONCE ONLY [ 1 X 5-325 MG PER DOSE ] MAXIMUM DOSE IS 4 GRAMS OF ACETAMINOPHEN PER 24 HOURS DOCUMENT WASTE IN ACUDOSE CPOE COMMENT: IN PACU NOW RX#: 3987358 | 1 TABLET | NORCO | TABLET | 12/20/16 09:01 | 12/20/16 09:58 | 09:01/08:53 Admin: ALK 12/20 08:53 Adm. Dose: 1 TABLET | | |

***PRN***

| Medication | Dose | Brand | Form | Start | Stop | Last Administered | # of Adm |
|---|---|---|---|---|---|---|---|
| D HYDROMORPHONE ( PACU ONLY ) [2 MG/ML] SYRINGE INTRAVENOUS EVERY 5 MINUTES AS NEEDED [ 0.1 X 2 MG/ML PER DOSE ] CPOE COMMENT: AS NEEDED FOR PAIN UP TO 2MG **** FOR PACU USE ONLY **** PHARMACY TO SET STOP TIME 12 HOURS FROM START *HIGH ALERT* *SOUND ALIKE / LOOK ALIKE DRUG* RX#: 3987174 | 0.2 MG/0.1 ML | HYDROMORPHON (PF) | SYRINGE | 12/20/16 07:53 | 12/20/16 09:58 | Last Administered: 12/20/2016 08:31 Adm. By: ALK Adm. Dose: 0.2 MG/0.1 ML | 6 |

Report Date: 12/20/2016

BATON ROUGE GENERAL MEDICAL CENTER

**Medication Administration Record**

12/21/2016 02:47:04
Page 2 of 2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Patient: | RAY KNIGHT, AMY | | Admitted: | 12/20/2016 04:47 | Attending: | DUPONT JR, JOSEPH B. | |
| Visit ID: | 000100876312 | Med Rec#: 05399190 | Location: | BBSD BSD05 | | | |
| Gender: | F | DOB: Age: 48Y | Weight: | 51.00 kgs | Height: | 63.00 in | BMI: 19.9 |

*PRN*

| Medication | Dose | Brand | Form | Start | Stop | Last Administered | # of Adm |
|---|---|---|---|---|---|---|---|
| [D] ONDANSETRON HCL (PACU,SDS,ENDO ONLY) [4 MG/2 ML] SOLUTION INTRAVENOUS ONCE AS NEEDED [ 1 X 2 ML [4 MG/2 ML] PER DOSE ]<br>CPOE COMMENT: ****FOR PACU, SDS AND ENDOSCOPY USE ONLY****<br>FOR DOSE AS NEEDED FOR NAUSEA<br>PHARMACY TO SET STOP TIME 12 HOURS FROM START<br>RX#: 3987175 | 4 MG/2 ML | ONDANSETRON HCL (PF) | SOLUTION | 12/20/16 07:53 | 12/20/16 09:58 | | |

| * *Initials* | *Caregiver Names* |
|---|---|
| ALK | ALEXIS L. RIVERA, RN |
| AVB1 | ANGELA V. BAJON, RN |

Date From: 12/20/2016 00:00
Thru: 12/20/2016 09:58

**BATON ROUGE GENERAL MEDICAL CENTER**
**Medication Administration History Report**

12/21/2016 02:47:04
Page 1 of 2

Patient: RAY KNIGHT, AMY
Visit ID: 000100876312 Med Rec#: 05399190 Admitted: 12/20/2016 04:47 Attending: DUPONT JR, JOSEPH B.
Gender: F DOB: Age: 48Y Weight: 51.00 kgs Height: 63.00 in BMI: 19.9

| Allergy | Severity | Reaction | Date |
|---|---|---|---|
| adhesive | Unknown | redness/whelps | |
| Sulfa (Sulfonamide Antibiotics) | Unknown | GI upset | |
| morphine | Unknown | itching | |

***Unscheduled***

Medication: ENOXAPARIN 30 MG/0.3 ML [LOVENOX] (RX# 3986887)
Order Dose: 30 MG/0.3 ML
Frequency: ONCALL
Route: SUBCUTANEOUS
Ordering Provider: DUPONT JR, JOSEPH B.
Start Date: 12/20/2016 05:16 End Date: 12/20/2016 09:58 Entered By: DONNA K. SCOTT
Comments: DOSE ROUNDED TO NEAREST 10MG *SHOULD NOT BE ADMINISTERED WHILE PT IS ON SQ HEPARIN* SIDE EFFECTS: PAIN WHERE SHOT IS GIVEN; BLEEDING.

| Sched Dt/Tm | Admin Dt/Tm | Charted Dt/Tm | Adm Dose | Route | Site | Adm | CoSig | Witns | Observations |
|---|---|---|---|---|---|---|---|---|---|
| | 12/20/2016 05:45 | 12/20/2016 05:59 | 30 MG/0.3 ML | SUBCUTANEOUS | LA | AVB1 | | | |

Admin Location: UNKNOWN_LOCATION UNKNOWN_BED

Verified Dt/Tm: 12/20/2016 05:58 Verified By: AVB1 2nd Verified By: Status: Verified
Verification Location: UNKNOWN_LOCATION UNKNOWN_BED
Verfication History
12/20/2016 05:58 Therapy Type set to Verified , By: BAJON, ANGELA V..

***Scheduled***

Medication: HYDROCODONE-ACETAMINOPHEN 5-325 MG [NORCO] (RX# 3987358)
Order Dose: 1 TABLET
Frequency: GIVE ONCE ONLY
Route: ORAL
Ordering Provider: DANG, SON M.
Start Date: 12/20/2016 09:01 End Date: 12/20/2016 09:58 Entered By: DARAH L. JONES
Comments: MAXIMUM DOSE IS 4 GRAMS OF ACETAMINOPHEN PER 24 HOURS DOCUMENT WASTE IN ACUDOSE CPOE COMMENT: IN PACU NOW

| Sched Dt/Tm | Admin Dt/Tm | Charted Dt/Tm | Adm Dose | Route | Site | Adm | CoSig | Witns | Observations |
|---|---|---|---|---|---|---|---|---|---|
| 12/20/2016 09:01 | 12/20/2016 08:53 | 12/20/2016 09:05 | 1 TABLET | ORAL | | ALK | | | |

Admin Location: RECO 2860H

Verified Dt/Tm: 12/20/2016 09:05 Verified By: ALK 2nd Verified By: Status: Verified
Verification Location: BBSD BSD05
Verfication History
12/20/2016 09:05 Therapy Type set to Verified , By: RIVERA, ALEXIS L.

Date From: 12/20/2016 00:00
Thru: 12/20/2016 09:58

**BATON ROUGE GENERAL MEDICAL CENTER**
**Medication Administration History Report**

12/21/2016 02:47:04
Page 2 of 2

Patient: RAY KNIGHT, AMY
Visit ID: 000100876312 Med Rec#: 05399190 Admitted: 12/20/2016 04:47 Attending: DUPONT JR, JOSEPH B.
Gender: F DOB: Age: 48Y Weight: 51.00 kgs Height: 63.00 in BMI: 19.9

**PRN**

Medication: HYDROMORPHONE ( PACU ONLY ) 2 MG/ML [HYDROMORPHONE (PF)] [RX# 3987174]
Order Dose: 0.2 MG/0.1 ML
Frequency: EVERY 5 MINUTES AS NEEDED
Route: INTRAVENOUS
Ordering Provider: DANG, SON M.
Start Date: 12/20/2016 07:53 End Date: 12/20/2016 09:58 Entered By: DARAH L. JONES
Comments: CPOE COMMENT: AS NEEDED FOR PAIN UP TO 2MG **** FOR PACU USE ONLY **** PHARMACY TO SET STOP TIME 12 HOURS FROM START *HIGH ALERT* *SOUND ALIKE / LOOK ALIKE DRUG*

| Sched Dt/Tm | Admin Dt/Tm | Charted Dt/Tm | Adm Dose | Route | Site | Adm | CoSig | Witns | Observations |
|---|---|---|---|---|---|---|---|---|---|
| | 12/20/2016 07:57 | 12/20/2016 08:02 | 0.2 MG/0.1 ML | INTRAVENOUS | | ALK | | | |
| Admin Location: RECO 2660H<br>Early: Provider order PRN Reason: Per provider order | | | | | | | | | |
| | 12/20/2016 08:02 | 12/20/2016 08:02 | 0.2 MG/0.1 ML | INTRAVENOUS | | ALK | | | |
| Admin Location: RECO 2660H<br>Early: Provider order PRN Reason: Per provider order | | | | | | | | | |
| | 12/20/2016 08:07 | 12/20/2016 08:08 | 0.2 MG/0.1 ML | INTRAVENOUS | | ALK | | | |
| Admin Location: RECO 2660H<br>Early: Provider order PRN Reason: Per provider order | | | | | | | | | |
| | 12/20/2016 08:12 | 12/20/2016 08:14 | 0.2 MG/0.1 ML | INTRAVENOUS | | ALK | | | |
| Admin Location: RECO 2660H<br>Early: Provider order PRN Reason: Per provider order | | | | | | | | | |
| | 12/20/2016 08:17 | 12/20/2016 08:18 | 0.2 MG/0.1 ML | INTRAVENOUS | | ALK | | | |
| Admin Location: RECO 2660H<br>Early: Provider order PRN Reason: Per provider order | | | | | | | | | |
| | 12/20/2016 08:31 | 12/20/2016 08:31 | 0.2 MG/0.1 ML | INTRAVENOUS | | ALK | | | |
| Admin Location: RECO 2660H<br>Early: Provider order PRN Reason: Per provider order | | | | | | | | | |

Verified Dt/Tm: 12/20/2016 07:54 Verified By: ALK 2nd Verified By: Status: Verified
Verification Location: RECO 2660H
Verfication History
12/20/2016 07:54 Therapy Type set to Verified , By: RIVERA, ALEXIS L.

*Linked Orders* C = Chained, E = Exclusive, J = Joined, S = Simultaneous

*Injection Site*
LA Left side abdomen

| Initials | Caregiver Names |
|---|---|
| ALK | ALEXIS L. RIVERA, RN |
| AVB1 | ANGELA V. BAJON, RN |

Baton Rouge General

Visit ID: 000100876312 MRN: 05399190
RAY KNIGHT, AMY
DOB: F 48Y
ATN MD: DUPONT, JOSEPH
ADM DATE: 12/20/2016 04:47

## SURGICAL / INVASIVE PROCEDURE

### History & Physical Update

I have reviewed the patient's History & Physical, examined the patient.
☐ There are no significant changes ☐ Changes noted below

Physician Signature [signature] Date 12/20/16 Time 0600

### Immediate Postoperative Progress Note

Surgeon: [signature] Assistant/Resident: [handwritten]
Preoperative Diagnosis: (R) breast mass
Postoperative Diagnosis: Same - Final path pending
Title of Procedure: Excisional (L) breast Bx, frozen section

Anesthesia Type: ☐ General ☐ Spinal ☐ Regional ☐ Epidural ☐ CS/Loc ☐ CS ☐ Local ☐ None
Findings:

Drains/Packs/Catheters: ☐ None ☐ Other
Medications administered by surgeon during procedure: ☐ None ☐ Other
Specimens: ☐ None ☐ Other
Estimated Blood Loss: ☐ None ☐ Other
Complications: ☐ None ☐ Other
Condition: ☐ Stable ☐ Other

Physician Signature [signature] Date 12/20/16 Time

### Discharge Note (May be used for Ambulatory or Outpatient Procedures – NOT used for inpatients)

(may place an order for discharge that refers to the "gold sheet Discharge Note for follow-up instructions")

Diagnosis: ☐ Same as Postop Diagnosis ☐ Other
Condition: ☐ Stable ☐ Other
Activity: ☐ No Restrictions ☐ Other
Diet: ☐ Diet as tolerated/previous ☐ Other
Follow-up:
Instructions:

Physician Signature Date / / Time

130

Baton Rouge General
ANESTHESIA RECORD

Versed 2mg @ 0650

No Antibiotics per surgeon request

Visit ID: 000100876312 MRN: 05399190
RAY KNIGHT, AMY
DOB: F 48Y
ATN MD: DUPONT, JOSEPH
ADM DATE: 12/20/2016 10:30

Date: 12/20/16 Page: __ of __ OR#: 4
Pre-Induction Vital Signs: T 98.3 BP 114/75
P 90 RR 16 SPO2 100 ASA II
SURGICAL SITE VERIFIED

| TIME | 0645 | 0700 | | 0730 | 0800 | 0830 | 0900 |
|---|---|---|---|---|---|---|---|
| Oxygen (LPM) | | 3 | 3 | ↑10 | | | |
| Agent Sevo % | | 2.0 | 2 | 2 | | | |
| Lidocaine | 80 | | | | | | |
| Propofol | 100 | | | | | | |
| Rocuronium | 5 | | | | | | |
| Succinylcholine | 120 | | | | | | |
| Labetalol | | 10 | 10 / 20 | | | | |
| Phenylephrine | | | 100 | | | | |
| Zofran | | | | | | | |
| EKG | SR | SR | SR | SR | | | |
| SA O2 | 100 | 100 | 100 | 100 | | | |
| FiO2 | | 0.9 | 0.9 | 0.9 | | | |
| ET CO2 | | 30 | 30 | 31 | | | |
| Temp | | 98 | 98 | 98 | | | |
| IV Fluids LR #1 | → | → | → | 800 | | | |

Vitals: Tidal volume 556, 549, 550; Rate 12, 8, 8

MONITORS & EQUIPMENT: Steth; Non-Invasive B/P; Continuous ECG Lead II, V5; Pulse Oximeter; End Tidal CO2; Temp; PIV RT hand

AIRWAY MANAGEMENT: Oral; Regular; Tube Size 7.5; MAC 3; ETT CO2 present; Breath Sounds = bilat; Secured at 22 cm at teeth; Atraumatic Intubation; Attempts 1; Remarks: Grade 1 view

INDUCTION: Preoxygenation; IV Induction

PATIENT POSITION: Supine

FLUID: Crystalloids 800; EBL 5

EXTUBATION/RECOVERY: @ 0747 to PACU; VSS Report to
@ 0747 BP 114/76 P 90, R 18, SpO2 98, O2 FT

Remarks: 0652: to OR 4: table to comfort, ASA monitors on.
0659: Smooth intubation, atraumatic
0743: Extubated to positive pressure, OA VSS.

Procedure: (L) breast biopsy.
Surgeons: Dupont
Anesthesiologist:
CRNA:
Procedure: Start 0717 Stop 0740

140B

Very slow to wake up

Baton Rouge General

## PRE-OPERATIVE EVALUATION FORM

Visit ID: 000100876312 MRN: 05399190
RAY KNIGHT, AMY
DOB: F 48Y
ATN MD: DUPONT, JOSEPH
ADM DATE: 12/20/2016 10:30

Date of Surgery: 12/20/16
Procedure: Exc (L) Breast mass
Diagnosis: mass (L) Breast

Age: 48 | Sex: ☐ Male ☑ Female | Height: 63" | Weight: 51 kg | Post-Op Nausea & Vomiting: ☐ Yes ☑ No | Smoker: ☑ No ☐ Yes, ___ packs per day

ALLERGIES: ☐ NKDA Adhesive, morphine, Sulfa -> rash | NPO Since: MN ☐ AM PM

MEDICATIONS: Wellbutrin metformin Trexmit Valium Advil Topamax Protonix Inderal Xanax MVI Mucolax Allison Librax Saxella Elavil Horizone clonidine Reclast

CARDIAC: ☐ Negative
☐ HTN ☐ Valve Disease
☐ Angina ☐ PVD
☐ CAD ☐ Orthopnea
☐ S/P CABG ☐ Arrhythmia
☐ Hx of MI ☐ Pacemaker
☐ Hx of CHF ☐ Defibrillator
☑ Increased Lipids

GI/HEPATIC: ☐ Negative IBS
☐ Hepatitis ☐ ETOH
☑ Reflux ☐ Hiatal Hernia
☐ Bowel Obstruction ☐ PUD

NEURO: ☐ Negative ess. tremor
☐ Seizures ☐ TIA
☐ CVA ☐ Elevated ICP

ENDOCRINE: ☐ Negative
☑ Diabetes
☐ Thyroid Disease
☐ Obesity

COMMENTS (Check Positives):
Physical Exam:
Heart R
Lungs C

slow to wake up

PULMONARY: ☑ Negative
☐ Asthma: ☐ Mild ☐ Severe
☐ COPD: ☐ Mild ☐ Severe
☐ URI ☐ O2 Dependent
☐ Sleep Apnea
☐ Cough: ☐ Productive ☐ Nonproductive

HEMATOLOGY: ☐ Negative
☐ Bleeding Disorder
☐ Anticoagulated
☐ Sickle Cell ☑ Anemia

RENAL: ☑ Negative
☐ Renal Insufficiency
☐ Renal Failure
Last Dialyzed: ___

MUSCULOSKELETAL:
Arthritis ___
DJD ___
SLE ___ TMJ
Lumbar/Cervical Disease Depression
Other Anxiety IBS
Fibromyalgia
Meniere

LABORATORY STUDIES: 12.16.16

142 | 107 | 12 / 127
42 | 26 | 0.73

12.7 / 39.5 / 456

Pregnancy: ☐ Positive ☐ Negative Low Volt.
PT ___ ECG: ☐ WNL NSR, LAE
PTT ___ CXR: ☐ WNL See Report.
Stress Test ___
Cardiac Cath ___

AIRWAY CLASS: I (II) III IV
ROM: ☐ WNL ☐ Decreased ☐ Dentures ☐ Caps
Mouth Opening: ☐ WNL ☐ Decreased ☐ Loose/Cracked Teeth
Thyromental Distance: ☐ WNL ☐ Decreased ☐ Hx of Difficult Airway

ANESTHETIC:
☑ General ☐ MAC ☐ Epidural / Spinal ☐ Bier Block
☐ Interscalene Block ☐ Other ___

ASA PHYSICAL STATUS: (Circle One)
I (II) III IV V VI E

PRE-OP EVALUATION BY:
Date 12-16-16 Time: 1615 ☐ AM ☑ PM
Signature: [signature]

PAIN MANAGEMENT:
☐ ___ ☐ PCA ☐ Epidural /Spinal Narcotics ___

PAST SURGICAL HISTORY:
Problems with Anesthesia: ☑ None
Esophagus
Hyst
Laparoscopy
Wisdom Teeth

## POST-OP EVALUATION

No apparent anesthesia complications
☑ Vital Signs stable with adequate hydration
☑ Temperature appropriate
☑ Pain and Nausea adequately controlled
☐ Anesthesia Complications (see Notes)

AIRWAY:
☑ Stable with acceptable rate and saturation
☐ Postop mechanical ventilation

MENTAL STATUS:
☑ Awake/Alert
☐ Arousable to deep stimulation
☐ Non-Responsive

NEURO/MUSCULAR:
☑ Full Strength
☐ Resolving Neuroaxial Block
☐ Stable Peripheral Blockade

NOTES: ___

Date: 12/20/16 Time: 0752 Signature: [signature]

Baton Rouge General

Visit ID: 000100876312 MRN: 05399190
RAY KNIGHT, AMY
DOB: F 48Y
ATN MD: DUPONT, JOSEPH
ADM DATE: 12/20/2016 04:47

**SDS AM Admit Procedural Readiness Tracking**

Date: 12-20-16 ☐ AM Admit (CAB, Totals) ☒ Outpatient

Procedural Area: ☒ OR ☐ Endo ☐ Specials

(Notify procedural area of latex or iodine allergy.)

ALLERGIES: Morphine Sulfa adhesives

IV Access: ☐ Saline lock ☒ Continuous fluid ☐ VAS cath Started with # 18G Date: 12/20/16 ☐ Central Line ☒ Type/Rate LR KVO Location R wrist Time: 0536 MDF

Skin Prep: ☒ Pre-op Hibiclens bath/shower completed (All CAB, Total Joints, and VSA patients). Hair Clipped: ☐ Yes ☐ No

Blood T&M: Blood screen only requested? ☐ Yes ☐ No Blood type/crossmatch requested? ☐ Yes ☐ No If yes, # units ___ Blood Bank # NA Blood Permit complete? ☐ Yes ☐ No NA Blood Armband & Admission Armband match? ☐ Yes ☐ No

0458

Isolation Precautions: ☐ Yes ☒ No If yes, type | Last Menstrual Period: NA | UPT obtained? ☐ Yes ☐ No | Notify OR if menstruating and scheduled for vascular or cardiac procedure.

History & Physical: Current History and Physical on chart (completed within 30 days of registration). ☒ Yes ☐ No H & P on chart, UPDATE COMPLETED ☐ Yes ☐ Pending needs update

| | Complete | Pending |
|---|---|---|
| Identification armband present/legible with patient name (last, first). | ✓ | |
| Ordered lab work drawn. | ✓ | |
| Lab results printed and placed on chart. | ✓ | |
| EKG on chart ☐ Yes ☐ No | ✓ | |
| Procedure/Surgery verbally validated with patient. | ✓ | |
| Anesthesia Assessment Form on chart for all OR and ENDO patients. | ✓ | |
| NPO after? 1:30 am 12-19-16 (record time and date) | ✓ | |
| Metal implants present ☐ Yes ☒ No If yes, location: Drains ☐ Yes ☒ No | ✓ | |
| Patient assistive items: ☐ Dentures ☐ Partial ☐ Bridges ☐ Caps ☐ Removed ☐ In place ☒ None/NA | ✓ | |
| Patient corrective items: ☒ Glasses/Contact lenses Removed: ☐ Yes ☐ No ☐ None/NA c mom ☐ Hearing Aids Removed: ☐ Yes ☐ No ☒ None/NA | ✓ | |
| Prosthetics, specify Removed: ☐ Yes ☐ No ☒ NA | ✓ | |
| Equipment (including SCDs), specify TEDS | ✓ | |
| Hospital gown applied, all other patient clothing, including undergarments removed. | ✓ | |
| Valuables secured with ☒ Family member, specify spouse ☐ Security | ✓ | |

Height: 63" | Weight: 51.0 | Accucheck (Diabetics/Cardiac surgery patients): QQ Time: 0536

Preop Vital Signs: Time: 0516 BP 114/75 P 90 R 16 T 98.3 $SaO_2$ 100%

☒ Voided ☐ Catheterized ☐ Diapered ☐ None ☐ Last dialysis date: ___ ESRD/K+ value ___

Family/friends with patient: spouse ☐ To waiting area ☐ To procedural area w/patient ☐ No one with patient ☐ Other ___

**MEDICATIONS**

Patient currently taking Beta Blockers? ☒ Yes ☒ No If yes, date and time of last dose. 8:30 pm 12-19-16 takes inderal for tumors

| | | |
|---|---|---|
| Meds Given in SDS: | Time: | Signature: |
| Meds Given in SDS: | Time: | Signature: |
| Meds Given in SDS: Lovenox 30mg subQ on arrival | Time: 0545 | Signature: O Bajinh |
| Medications Sent to OR: Lovenox subQ left abd x | | |

**Additional Comments:**

SDS RN Signature: O Bajinh Date: 12-20-16 Time: 0515

| | Complete | Incomplete |
|---|---|---|
| Procedure/Surgery verbally validated with patient. | ✓ | |
| Informed Consent Signed and Witnessed. | ✓ | |
| Implants, special instrumentation/equipment available | ✓ | |

Procedural/Surgical Site Marking: ☐ Visual Validation of Surgical Site Marking prior to induction. Site: (L) Breast ☐ Unable to mark due to patient condition (see nurses notes) ☐ Not applicable

Circulator/Procedural RN who reviewed all info. Signature: [illegible] Date: 12/20/16 Time: 0740

Contact Name and Number #: Terry (Spouse) 225-281-3844 Fill Prescriptions Yes ✓ No ___

MR-NS-0381 (cr. 05/17/13, rev. 11/14, 05/15, 08/15)

Same Day Surgery RN

OR or Procedural RN

Baton Rouge General - Bluebonnet
Baton Rouge, Louisiana

RAY KNIGHT, AMY RAY
Admitted: 12/20/2016
Discharged: //
MR#: 05399190
Account#: 000100876312
DOB:
Room: 2660H

Operative Report

OPERATOR
J Benton Dupont Jr, MD

DATE: 12/20/2016

PREOPERATIVE DIAGNOSIS
Left breast mass, upper outer quadrant.

POSTOPERATIVE DIAGNOSIS
Left breast mass, upper outer quadrant.

OPERATIVE PROCEDURE
Excisional left breast biopsy with frozen section.

ASSISTANT
Jessica Zagory, MD

PROCEDURE IN DETAIL
The patient was taken to the operating room on 12/20/2016. Under adequate general anesthesia, the left breast and upper extremity were prepped and draped in usual manner using Betadine solution and Betadine scrub. Using a 15 blade knife, a circumareolar incision was made over the palpable mass. The incision was carried down through the subcutaneous tissue using the electrocautery. The mass lesion was secured with a Lahey clamp. The mass lesion was excised using the electrocautery. Hemostasis was obtained with electrocautery where appropriate. Frozen section demonstrated fibrous mastopathy. Final pathology is pending further histologic review of the tissue. The wound was closed with interrupted 2-0 chromic for the breast parenchyma. The skin was closed with a running subcuticular stitch of 4-0 Vicryl. A sterile compression dressing was then applied. The procedure was terminated at this point. Sponge, lap and instrument counts were correct. Estimated blood loss was less than 10 mL. The patient tolerated the procedure well and was taken to the recovery room in good condition.

J Benton Dupont Jr, MD

JBD/MedQ
DD: 12/20/2016 07:35:43
DT: 12/20/2016 08:47:18
DQV# 1069543/DQM# 724745246


Authenticated by J Benton Dupont, MD On 12/20/2016 11:29:43 AM

Case #: 108909

**BATON ROUGE GENERAL MEDICAL CENTER**
**BB OR**

12/20/2016 07:52
Page 1 of 4

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Patient:** | RAY KNIGHT, AMY | | | **ASA PS Code:** | 2 | **Pt In Rm:** | 12/20/2016 06:52 |
| **Sex:** | Female | **DOB:** | | **Emergent:** | No | **Pt Out Rm:** | 12/20/2016 07:47 |
| **Visit:** | 000100876312 | **Age:** | 48Y | **Latex Allergy:** | No | **Anes Start:** | 12/20/2016 06:52 |
| | | **Med Rec:** | 05399190 | **Anesthesia:** | General Anesthesia | **Anes Stop:** | 12/20/2016 07:47 |

**Pre-Op Dx:** LEFT BREAST MASS **Post-Op Dx:** SAME AS PRE-OP

**Procedure Note:** EXCISIONAL BIOPSY LEFT BREAST WITH FROZEN SECTION

| | | | | |
|---|---|---|---|---|
| **Primary Procedure:** | **BB Biopsy Breast (Left)** | | | |
| | **Surgeon:** DUPONT JR, JOSEPH BENTON | | **Start:** | 12/20/2016 07:17 |
| | **Room:** BBOR 04 | | **Stop:** | 12/20/2016 07:40 |

| Participants | | Time In | Time Out |
|---|---|---|---|
| Anesthesiologist | DANG, SON MANH | 12/20/2016 06:52 | 12/20/2016 07:47 |
| CRNA | LIM, RON L | 12/20/2016 06:52 | 12/20/2016 07:47 |
| CRNA Student | MORGAN, IRENE | 12/20/2016 06:52 | 12/20/2016 07:47 |
| Primary Surgeon | DUPONT JR, JOSEPH BENTON | 12/20/2016 07:05 | 12/20/2016 07:40 |
| Registered Nurse OR | KING, ASHLEY A | 12/20/2016 06:20 | 12/20/2016 07:47 |
| Resident | ZAGORY, JESSICA | 12/20/2016 07:05 | 12/20/2016 07:47 |
| Surgical Tech | WITHERS, ELAINE SMOTHERS | 12/20/2016 06:20 | 12/20/2016 07:47 |

**Plan of Care:** **BB Biopsy Breast (Left)**

**X29** **Risk for Injury**

**( B1 ) Confirmed identity before the operative or invasive procedure**

Identified by KING, ASHLEY A

**( B8 ) I have assessed the patient and reviewed patiend deficits/ problems related to physiological status, psychosocial status nutritional status and elimination status.**

**( I64 ) Identified physical alterations that require additional precautions for procedure-specific positioning (Limitations, Neuromuscular Status)**

N/A ☒

**( I60 ) Identified baseline tissue perfusion**

N/A ☒

**( I46 ) Evaluated postoperative tissue perfusion**

N/A ☒

**( I138 ) Implemented protective measures prior to operative or invasive procedure**

**( B2 ) Verified operative procedure, surgical site, and laterality**

Surgical site/ side marked, if applicable ☒

**( B3 ) Indicators Verified**

Patient/ Guardian, Doctor's Order, Operative Schedule, Informed Consent ☒

**( B4 ) Time out Verification by Surgical Team**

Surgeon, Circulator, Tech, Anesthesia ☒

"Time Out". time 12/20/2016 07:16

**( B5 ) Time out Verification of:**

Correct Patient ☒

Correct Procedure ☒

Case #: 108909

BATON ROUGE GENERAL MEDICAL CENTER
BB OR

12/20/2016 07:52
Page 2 of 4

Patient: RAY KNIGHT, AMY Visit: 000100876312 Med Rec: 05399190 DOB:

| Plan of Care: | BB Biopsy Breast (Left) | |
|---|---|---|
| | Correct Side | ☒ |
| | Correct Position | ☒ |
| | Safety Precautions based on history or medication | ☒ |
| | Relevant images and results properly displayed and labeled | ☒ |
| | Correct Equipment | ☒ |
| | Fluids for irrigation available | ☒ |
| | Sterile indicators checked prior to procedure | ☒ |
| | (C1) Universal Protocol: The patient is free from injury related to the surgical procedure. | ☒ |
| | (O2) The patient is free from signs and symptoms of injury caused by extraneous objects. | ☒ |
| | (O11) The patient has wound/tissue perfusion consistent with or improved from baseline levels established preoperatively. | ☒ |
| X5 | Risk for aspiration | |
| | (B7) Verified NPO Status | |
| | NPO Status | 12/20/2016 00:00 |
| X30 | Deficient knowledge | |
| | (I56) Explained expected sequence of events | |
| | Yes | ☒ |
| | (O31) The patient demonstrates knowledge of expected responses to the operative or other invasive procedure. | ☒ |
| X51 | Risk for impaired skin integrity | |
| | (B9) Assessed Pre-Operative skin condition | |
| | Warm, Dry, Intact | ☒ |
| | (B10) Assessed Post-Operative skin condition | |
| | Unchanged | ☒ |
| | Ground Pad Site(s) Clear | ☒ |
| | (I72) Implemented protective measures to prevent injury due to electrical sources | |
| | (I75) Implemented protective measures to prevent skin and tissue injury due to chemical sources | |
| | (O3) The patient is free from signs and symptoms of chemical injury. | ☒ |
| | (O4) The patient is free from signs and symptoms of electrical injury | ☒ |
| X40 | Risk for perioperative positioning injury | |
| | (B11) Position | |
| | Supine | ☒ |
| | (I38) Evaluated for signs and symptoms of injury as a result of positioning | |
| | (O5) The patient is free from signs and symptoms of injury related to positioning | ☒ |
| X28 | Risk for infection | |
| | (I21) Assessed susceptibility for infection | |
| | Yes | ☒ |
| | (B6) Presence of Infection Control/ Isolation Precautions | |
| | None | ☒ |
| | (B12) Surgical Wound Classification | |
| | Clean (I) | ☒ |
| | (B16) Specimen Collection | |
| | Specimen #1 | LEFT BREAST MASS |
| | Disposition | FS ROOM |
| | Transported by | KING, ASHLEY A |
| | Permanent | ☒ |

Case #: 108909

BATON ROUGE GENERAL MEDICAL CENTER
BB OR

12/20/2016 07:52
Page 3 of 4

Patient: RAY KNIGHT, AMY Visit:000100876312 Med Rec: 05399190 DOB:

| Plan of Care: | BB Biopsy Breast (Left) | |
|---|---|---|
| | (B17) Culture Collection | |
| | N/A | ☒ |
| | (O10) The patient is free from signs and symptoms of infection. | ☒ |
| X15 | Interrupted family processes | |
| | (I109) Provided status reports to family members | |
| | Yes | ☒ |
| | Times | 0717 |
| | (C2) The patient is free from stress related to family having knowledge of procedure progress. | ☒ |
| X29 | Risk for injury related to retained foreign object | |
| | (I93) Performed required counts | |
| | Initial Count | ☒ |
| | Sharps | ☒ |
| | Sponges | ☒ |
| | Performed by | KING, ASHLEY A |
| | Performed by | WITHERS, ELAINE SMOTHERS |
| | First Count | ☒ |
| | Sharps | ☒ |
| | Sponges | ☒ |
| | Performed by | KING, ASHLEY A |
| | Performed by | WITHERS, ELAINE SMOTHERS |
| | Final Count Correct | ☒ |
| | Sharps | ☒ |
| | Sponges | ☒ |
| | Performed by | KING, ASHLEY A |
| | Performed by | WITHERS, ELAINE SMOTHERS |
| | Physician Notified | ☒ |
| | (O2) The patient is free from signs and symptoms of injury caused by extraneous objects. | ☒ |
| X20 | Risk for fluid volume imbalance | |
| | (B14) Volume Infused | |
| | Amount Infused (ml) | 800 |
| | (B15) Fluid Amount | |
| | EBL (ml) | 5 |
| | (I111) Recognized and reported deviation in diagnostic study results | |
| | N/A | ☒ |
| | Time | 12/20/2016 00:00 |
| | (O13) The patient's fluid, electrolyte, and acid-base balances are consistent with or improved from baseline levels established preoperatively. | ☒ |
| X29 | Risk for injury related to transfer/ transport of patient to PACU/ receiving nursing care unit | |
| | (B20) Transported patient with | |
| | N/A | ☒ |
| | (B21) Transported patient belongings to post procedure area | |
| | N/A | ☒ |
| | (B18) Post-Operative Level of Consciousness | |
| | Drowsy | ☒ |
| | Responsive | ☒ |
| | (B19) Transported patient to | |
| | PACU | ☒ |

Case #: 108909

**BATON ROUGE GENERAL MEDICAL CENTER**
**BB OR**

12/20/2016 07:52
Page 4 of 4

**Patient:** RAY KNIGHT, AMY **Visit:**000100876312 **Med Rec:** 05399190 **DOB:**

| Plan of Care: | BB Biopsy Breast (Left) |
|---|---|

| | |
|---|---|
| Report given to | ALEXIS, RN |
| **( 08 ) The patient is free from signs and symptoms of injury related to transfer/transport** | ☒ |

| Care Plan Site Diagram: | BB Biopsy Breast (Left) |
|---|---|

**Prep Solutions**

| | | |
|---|---|---|
| Betadine Scrub, Betadine Solution | Site: | LEFT BREAST, LEFT AXILLA, LEFT ANTERIOR UPPER ARM |
| | Applied By: | DUPONT JR, JOSEPH BENTON |

**Positioning Device(s)**

| | | |
|---|---|---|
| Arm Boards | Site: | left upper arm |
| Arm Boards | Site: | right upper arm |
| Donut | Site: | head |
| Elbow Pads | Site: | left elbow |
| Elbow Pads | Site: | right elbow |
| Folded Sheet | Site: | left arm |
| Heel Pads | Site: | left heel |
| Heel Pads | Site: | right heel |
| Safety Strap | Site: | ACROSS THIGHS |
| Shoulder Roll | Site: | left shoulder |

**Bovie**

| | | |
|---|---|---|
| Unknown Type | Site: | right thigh |
| | Serial#: | 16765 |
| | Cut: | 1 |
| | Coag: | 40 |
| | Bipolar: | 0 |
| | Ground Pad Applied by: | KING, ASHLEY A |

**Patient Care Apparatus**

| | | |
|---|---|---|
| TEDs | Site: | left lower leg |
| TEDs | Site: | right lower leg |

**Dressings**

| | | |
|---|---|---|
| 4x4 Gauze | Site: | left breast |
| Tegaderm | Site: | left breast |

**Chart Closed By:** ASHLEY A. KING,RN **Chart Closed Date:** 12/20/2016 07:52

PGL Pathology Group of Louisiana
5339 O'Donovan Drive, Baton Rouge, LA 70808
Phone: (225) 766-4999 Fax: (225) 766-6050
2325 N. Hullen St. #103, Metairie, LA 70001
Phone: (504) 509-6680 Fax: (504) 304-8507

Baton Rouge General
A Community of Caring
8585 Picardy Ave, Baton Rouge, LA 70809
Phone: (225) 763-4080

# SURGICAL PATHOLOGY REPORT

| | | |
|---|---|---|
| Patient: **Knight, Amy Ray** | Result ID: **BB-16-09615** | Accession: **10914020** |
| DOB: Age: 48 Sex: F | Account: BRGBB | Date Collected: 12/20/2016 07:27 |
| MRN: 05399190 PV: 000100876312 | | Date Received: 12/20/2016 09:38 |
| Requested by: J Benton Dupont, M.D. | Patient Ph: | Date Reported: 12/22/2016 10:17 |

**Clinical Data:** Left breast mass
Procedure: Excisional biopsy left breast

## FINAL PATHOLOGIC DIAGNOSIS

**Left breast mass, excisional biopsy:**
- **Small fibroadenoma (0.7 cm)**
- **Fibrocystic change with focal apocrine metaplasia & usual ductal hyperplasia (UDH)**
- **Small focus of atypical lobular hyperplasia (ALH)**
- **All examined margins of resection negative for atypia or neoplasia**

Comment: Immunostain for E-cadherin strongly marks the UDH but shows patchy loss of staining within the area of suspected ALH. There is no evidence of malignancy.

**Brian W. Webb, M.D.**
PGL Pathologist, Electronic Signature

*Intradepartmental consultation: Armanda D. Tatsas, M.D.*

**SPECIMEN(S) SUBMITTED: GROSS DESCRIPTION**

*Left breast mass:* Received without fixative is a 4.2 x 3.8 x 3 cm unoriented nodular portion of breast tissue. The cut surfaces are mixed adipose tissue and slightly dense vaguely nodular fibrous tissue. No distinct solid masses are identified. A representative section is submitted for frozen section with the remnant submitted as A. Additional sections are submitted as B-F. The specimen is in formalin at 7:30 AM on 12/20/16 giving a total formalin fixation time of approximately 10 hours and a cold ischemia time of less than 30 minutes. GJR/jrc

**INTRAOPERATIVE REPORT:**

Frozen Section Diagnosis: *Fibrocystic changes. No evidence of malignancy in one representative section submitted.*
*[Interpreted by Armanda D. Tatsas, M.D. at Baton Rouge General Medical Center-Bluebonnet, 8585 Picardy Ave., Baton Rouge, LA 70809]*

| CPT CODE(S): | ICD-9/10 CODE(S): | FACILITY: |
|---|---|---|
| 88305, 88342, 88331 | [D242] | BRG-BB |

*Deborah S. Cavalier, M.D.*
*Ryan J. Carr, M.D.*
*Nancy Davis, M.D.*
*Zarius Drummond, M.D.*
*Tonya J. Eichelberger, M.D.*
*Amanda L. Gorena, M.D.*
*Anthony M. Harton, M.D.*
*Jennifer L. Jastram, M.D.*
*Robert L. Kosckk, M.D.*
*Amberly L. Nunez, M.D.*
*Beverly W. Ogden, M.D.*
*Tracy M. Rauch, M.D.*
*John R. Simmons, M.D.*
*Jonathan C. Stone, M.D.*
*Armanda D. Tatsas, M.D.*
*Erin S. Thibault, M.D.*
*Yanelba Toribio, M.D.*
*Brian W. Webb, M.D.*

END OF REPORT

**BRGMC - Bluebonnet Campus**
8585 Picardy Ave., Baton Rouge, LA 70809
Tonya Eichelberger, Medical Director
**OUTPATIENT REPORT**

PATIENT: **RAY KNIGHT, AMY R**
DOB:
Loc: BB OUTPATIENT
Adm Date:12/20/2016

MRN: 05399190
Patient ID:000100876312
Atn. MD:Dupont, J. B, M.D.
Req MD: Dupont, J. B, M.D.

## CHEMISTRY

Acc# C1216160701
**Test: Basic Metabolic Panel**

| Collection | Test | Result | | Reference | Units |
|---|---|---|---|---|---|
| 12/16/2016 15:38 | Glucose | 127 | H | 74-106 | mg/dL |
| | BUN | 12 | | 7-18 | mg/dL |
| | Creatinine | 0.73 | | 0.55-1.02 | mg/dL |
| | Calcium | 9.1 | | 8.5-10.1 | mg/dL |
| | Sodium | 142 | | 136-145 | mmol/L |
| | Potassium | 4.2 | | 3.5-5.1 | mmol/L |
| | Chloride | 107 | | 98-107 | mmol/L |
| | CO2 | 26 | | 21-32 | mmol/L |
| | eGFR - African American | >60' | | 60-120 | mL/min/1.73 |
| | eGFR - Non African American | >60' | | 60-120 | mL/min/1.73 |

Test performed by: Bluebonnet Laboratory

## HEMATOLOGY

Acc# H1216160189
**Test: CBC**

| Collection | Test | Result | Reference | Units |
|---|---|---|---|---|
| 12/16/2016 15:38 | WBC | 7.3 | 4.0-11.0 | K/uL |
| | RBC | 4.01 | 3.80-5.20 | M/uL |
| | Hemoglobin | 12.7 | 11.6-15.5 | g/dL |
| | Hematocrit | 39.5 | 35.0-46.0 | % |
| | MCV | 99 | 80-100 | fL |
| | MCH | 31.8 | 26.0-34.0 | pg |

'The Estimated GFR should be used with caution in patients with decreased muscle mass.

Note: Persistent reduction for 3 months or more in an eGFR <60 mL/min/1.73 m2 defines CKD. Patients with eGFR values >60 mL/min/1.73 m2 may also have CKD if evidence of persistent proteinuria is present. Additional information may be found at www.kdoqi.org.

**BRGMC - Bluebonnet Campus**
8585 Picardy Ave., Baton Rouge, LA 70809
Tonya Eichelberger, Medical Director
**OUTPATIENT REPORT**

PATIENT: **RAY KNIGHT, AMY R**
DOB:
Loc: BB OUTPATIENT
Adm Date:12/20/2016

MRN: 05399190
Patient ID:000100876312
Atn. MD:Dupont, J. B, M.D.
Req MD: Dupont, J. B, M.D.

| Collection | Test | Result | | Reference | Units |
|---|---|---|---|---|---|
| | MCHC | 32.3 | | 32.0-35.0 | g/dL |
| | RDW | 12.2 | | 11.5-14.5 | % |
| | Platelet Count | 456 | H | 150-400 | K/uL |
| | Neutrophils, automated | 51 | | 45-75 | % |
| | Lymphocytes, automated | 36 | | 21-49 | % |
| | Monocytes, automated | 6 | | 3-11 | % |
| | Eosinophils, automated | 6 | | 0-7 | % |
| | Basophils, automated | 2 | | 0-2 | % |
| | Abs Neutrophils, automated | 3710 | | 1800-8250 | /uL |
| | Abs Lymphs, automated | 2570 | | 840-5390 | /uL |
| | Abs Monos, automated | 430 | | 0-800 | /uL |
| | Abs Eos, automated | 430 | | 0-500 | /uL |
| | Abs Basos, automated | 120 | | 0-200 | /uL |

Test performed by: Bluebonnet Laboratory

## U R I N A L Y S I S

Acc# U1216160069
**Test: Urinalysis, macroscopic**

| Collection | Test | Result | | Reference | Units |
|---|---|---|---|---|---|
| 12/16/2016 16:05 | Urine Color | Yellow | | Yellow,Dark Yellow | |
| | Appearance | **Cloudy** | Ab | Clear | |
| | Specific Gravity | 1.012 | | 1.001-1.035 | |
| | pH, Urine | 7.5 | | 5.0-9.0 | |
| | Protein | Negative | | Negative | |
| | Glucose, Urine | Negative | | Negative | |
| | Ketones | Negative | | Negative | |
| | Blood | Negative | | Negative | |
| | Bilirubin | Negative | | Negative | |
| | Urobilinogen | 0.2 | | 0.2,1.0 | |
| | Nitrites | Negative | | Negative | |
| | Leukocyte Esterase | Negative | | Negative | |

Test performed by: Bluebonnet Laboratory

**BRGMC - Bluebonnet Campus**
8585 Picardy Ave., Baton Rouge, LA 70809
Tonya Eichelberger, Medical Director
**OUTPATIENT REPORT**

PATIENT: **RAY KNIGHT, AMY R**
DOB:
Loc: BB OUTPATIENT
Adm Date:12/20/2016

MRN: 05399190
Patient ID:000100876312
Atn. MD:Dupont, J. B, M.D.
Req MD: Dupont, J. B, M.D.

Acc# U1216160069
**Test: Urinalysis, microscopic**

| | | Result | | Reference | Units |
|---|---|---|---|---|---|
| 12/16/2016 16:05 | WBC, Urine | 0-5 | | 0-5 | /HPF |
| | RBC, Urine | 0-2 | | 0-2 | /HPF |
| | Epithelial Cells, Urine | **Few** | **Ab** | Negative | /HPF |
| | Bacteria | **Few** | **Ab** | Negative | /HPF |
| | Crystals | Few Amorphous | | | /HPF |

Test performed by: Bluebonnet Laboratory

**BRGMC - Bluebonnet Campus**
8585 Picardy Ave., Baton Rouge, LA 70809
Tonya Eichelberger, Medical Director
**OUTPATIENT REPORT**

PATIENT: **RAY KNIGHT, AMY R**
DOB:
Loc: BB SDS 5
Adm Date:12/20/2016

MRN: 05399190
Patient ID:000100876312
Atn. MD:Dupont, J. B, M.D.
Req MD: Dupont, J. B, M.D.

Blood

| Collected | 12/20 07:59 | Units | Reference |
|---|---|---|---|
| Glucose, POC | 122 H | mg/dL | 74-106 |

Patient: **RAY KNIGHT, AMY R**
Loc: BB SDS 5
Printed: 12/20/2016 11:21
Previously Reported: 12/20/2016

MRN: **05399190**
Patient ID: 000100876312
Page: 1 of 1

KNIGHT, AMY RAY - 05399190 - BRG - 000100876312

| | | | | |
|---|---|---|---|---|
| Pat ID 100876312 | 12/16/2016 15:52:02<br>48 yrs | RAY, AMY<br>Caucasian Female | BRGH Bluebonnet<br>Dept<br>Room<br>Tech | <br>38<br>PAE<br>TKD |
| RX<br>DX SURGERY | | | | |

| | | | | |
|---|---|---|---|---|
| Rate | 92 | Normal sinus rhythm | Req Provider: | OR BRCC DUPONT<br>38 |
| PR | 124 | Possible Left atrial enlargement | | |
| QRSd | 76 | Low voltage QRS | | |
| QT | 366 | Borderline ECG | | |
| QTc | 452 | | | |
| --Axis-- | | | | |
| P | 20 | | | |
| QRS | 68 | | | |
| T | 19 | | | |

- Borderline ECG -

Confirmed By: Brian Swirsky, M.D. 12/17/2016 14:30:04




GE MAC5K-3 25 mm/sec 10.0 mm/mV 0.05 - 40 Hz

RAY, AMY | ID: 100876312 | 16-Dec-2016 15:52:02 | SOUTHERN MEDICAL

Female Caucasian

Room: PAE
Loc: 38
[redacted]

Vent. rate 92 bpm
PR interval 124 ms
QRS duration 76 ms
QT/QTc 366/452 ms
P-R-T axes 20 68 19

Normal sinus rhythm
Possible Left atrial enlargement
Low voltage QRS
Borderline ECG

Technician: TKD
Test ind: SURGERY

Visit ID: 000100876312 MRN: 05399190
RAY KNIGHT, AMY
DOB: F 48Y
ATN MD: DUPONT, JOSEPH
ADM DATE: 12/20/2016 04:47

Referred by: DUPONT, OR BRCC . Unconfirmed



## Baton Rouge General Medical Center

**Mid City Radiology**
Phone (225) 381-6505 Fax: (225) 387-7017

**Bluebonnet Radiology**
Phone ((225) 763-4090 Fax (225) 763-4089

**Dijon and Oneal Imaging Center**
Phone (225) 769-9337 Fax: (225) 769-9320

Patient Name: **RAY KNIGHT, AMY** DOB:

Med Rec #: 05399190
Patient Location: BB - SURGERY
Phone: Gender: F Age: 48Y

Visit ID: 000100876312
Patient Type: OUTPATIENT SURGERY
Accession # 10438984

Exam Reason: z01.818 Encounter for other preprocedural examination
Order Phys: DUPONT JR, JOSEPH BENTON Read By: BRANSTETTER, ROBERT M

**12/16/16 16:17 BBXR CHEST 2 VIEWS PA AP LAT**

***Final***

Exam: BBXR CHEST 2 VIEWS PA AP LAT

History: Encounter for preprocedural examination.

Comparison exam: None.

Findings:

Mildly increased interstitial markings are present bilaterally. Otherwise lungs are clear. Heart size within normal limits. No significant bony abnormalities.

Impression:

1. No acute chest findings.

**Electronically Signed By: BRANSTETTER, ROBERT M.**
Date: 12/16/2016 16:30

**Transcribed: 12/16/2016 16:30 By: BRANSTETTER, ROBERT M.** **Visit ID: 000100876312**

*Confidentiality Notice:* The documents accompanying this telecopy transmission contain confidential information belonging to the sender. The information is only for the use of the individual or entity named below. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this telecopied information is strictly prohibited. If you have received this telecopy in error, please notify this office immediately by telephone to arrange for the return of the original document(s) to us.

**BATON ROUGE GENERAL MEDICAL CENTER**
**Pre-Procedure Assessment Report**
**12/16/2016 15:54 through 12/21/2016 04:19**

Patient Name: RAY KNIGHT, AMY
Visit ID: 000100876312 MR Number: 05399190 DOB:
Admitted: 12/20/2016 04:47 Attending: JOSEPH BENTON DUPONT JR
Admitting Diagnosis:

***Reported Problems***

**Meniere disease (Ménière's disease)**
Start Date: Unknown
TYPE: Problem STATUS: Active
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 16:02

**Migraine**
Start Date: Unknown
TYPE: Problem STATUS: Active
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:54

**Murmur (Heart murmur)**
Start Date: Unknown
TYPE: Problem STATUS: Active
NOTE: as an infant
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:45

**Pneumonia**
Start Date: Unknown
TYPE: Problem STATUS: Active
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:45

**Urinary tract infection**
Start Date: Unknown
TYPE: Problem STATUS: Active
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:54

***Reported Procedures***

**COLONOSCopy**
Start Date: Unknown

Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:44

**EGD**
Start Date: Unknown

Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:46

**EGD WITH ESOPHAGEAL DILITATION**
Start Date: Unknown

Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:46

**Hysterectomy**
Start Date: Unknown

Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:44

**Laparoscopy**
Start Date: Unknown

Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:44

**BATON ROUGE GENERAL MEDICAL CENTER**
**Pre-Procedure Assessment Report**
**12/16/2016 15:54 through 12/21/2016 04:19**

Patient Name: **RAY KNIGHT, AMY**
Visit ID: **000100876312** MR Number: **05399190** DOB:
Admitted: **12/20/2016 04:47** Attending: **JOSEPH BENTON DUPONT JR**
Admitting Diagnosis:

***Reported Procedures***

**WISDOM TEETH**
Start Date: Unknown

Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:44

| *Assessment Date* | **Procedure: BB Biopsy Breast(Left)** | | **Entry Date** |
|---|---|---|---|
| | **HEAD TO TOE**<br>**Entered By:** ABBY A. BURKE, RN<br>**Pt. Location:** UNKNOWN_LOCATION UNKNOWN_BED | | |
| 12/20/2016 05:15 | Gastrointestinal | WNL except<br>constipation | 12/20/2016 05:24 |
| | Ordered Diet | NPO:<br>for surgery | 12/20/2016 05:24 |
| | Genitourinary | WNL except<br>frequency<br>Incontinence | 12/20/2016 05:24 |
| **12/20/2016 05:15** | **Group Note: stress incontinence** | | **12/20/2016 05:25** |
| | Musculoskeletal | WNL | 12/20/2016 05:24 |
| | Neuromuscular | WNL | 12/20/2016 05:24 |
| | Psychosocial | WNL | 12/20/2016 05:24 |

| *Assessment Date* | **Procedure: BB Biopsy Breast(Left)** | | **Entry Date** |
|---|---|---|---|
| | **Peri-Op Extras**<br>**Entered By:** ABBY A. BURKE, RN<br>**Pt. Location:** UNKNOWN_LOCATION UNKNOWN_BED | | |
| 12/20/2016 05:15 | Aldrete Criteria | | 12/20/2016 05:24 |
| | Aldrete Obtained | upon admit | 12/20/2016 05:24 |
| | Aldrete Scoring | Activity - 2. moves 4 extremities on command/ voluntary<br>Respiration - 2. deep breath and cough adequately<br>Circulation - 2. BP +/- 20% of pre-anesthesia level<br>Consciousness - 2. fully awake<br>SaO2 - 2. greater than or equal to 92% on room air<br>Total Score: 10 | 12/20/2016 05:24 |
| | Anesthesia | | 12/20/2016 05:24 |
| | Arrival/ Transport Information | | 12/20/2016 05:24 |
| | Arrival to Pre-Op | 12/20/2016 05:14 | 12/20/2016 05:24 |
| | Ready for OR | 12/20/2016 05:26 | 12/20/2016 05:24 |
| | Checklist_ | done | 12/20/2016 05:24 |

BATON ROUGE GENERAL MEDICAL CENTER
Pre-Procedure Assessment Report
12/16/2016 15:54 through 12/21/2016 04:19

Patient Name: RAY KNIGHT, AMY
Visit ID: 000100876312 MR Number: 05399190 DOB:
Admitted: 12/20/2016 04:47 Attending: JOSEPH BENTON DUPONT JR
Admitting Diagnosis:

| Assessment Date | Procedure: BB Biopsy Breast(Left) | | Entry Date |
|---|---|---|---|
| | **Eye, Ear, Nose, Throat**<br>**Entered By:** ABBY A. BURKE, RN<br>**PL Location:** UNKNOWN_LOCATION UNKNOWN_BED | | |
| 12/20/2016 05:15 | Eyewear | wears glasses<br>not wearing | 12/20/2016 05:24 |

| Assessment Date | Procedure: BB Biopsy Breast(Left) | | Entry Date |
|---|---|---|---|
| | **Neurological**<br>**Entered By:** ABBY A. BURKE, RN<br>**PL Location:** UNKNOWN_LOCATION UNKNOWN_BED | | |
| 12/20/2016 05:15 | Glasgow Coma Scale | Eyes - 4. Spontaneous<br>Verbal - 5. Oriented, Alert, Appropriate<br>Motor - 6. Obeys Commands<br>Total Score: 15/15 | 12/20/2016 05:24 |
| | LOC | alert<br>oriented x 4 | 12/20/2016 05:24 |
| | Neuro Behavior | quiet | 12/20/2016 05:24 |
| | Responds To | voice | 12/20/2016 05:24 |
| | Speech | clear | 12/20/2016 05:24 |

| Assessment Date | Procedure: BB Biopsy Breast(Left) | | Entry Date |
|---|---|---|---|
| | **CMS Checks**<br>**Entered By:** ABBY A. BURKE, RN<br>**PL Location:** UNKNOWN_LOCATION UNKNOWN_BED | | |
| 12/20/2016 05:15 | CMS Check 1 | RUE<br>LUE<br>RLE<br>LLE | 12/20/2016 05:24 |
| | CMS Nail Bed Color 1 | pink | 12/20/2016 05:24 |
| | CMS Skin Temperature 1 | warm | 12/20/2016 05:24 |
| | CMS Pulse 1 | palpable | 12/20/2016 05:24 |
| | CMS Capillary Refill 1 | less than 3 sec | 12/20/2016 05:24 |
| | CMS Sensation 1 | normal | 12/20/2016 05:24 |
| | CMS Movement 1 | full | 12/20/2016 05:24 |

| Assessment Date | Procedure: BB Biopsy Breast(Left) | | Entry Date |
|---|---|---|---|
| | **Cardiovascular**<br>**Entered By:** ABBY A. BURKE, RN<br>**PL Location:** UNKNOWN_LOCATION UNKNOWN_BED | | |
| 12/20/2016 05:15 | Heart Sounds | regular | 12/20/2016 05:24 |
| | Capillary Refill Time | less than 3 sec<br>upper extremities | 12/20/2016 05:24 |

**BATON ROUGE GENERAL MEDICAL CENTER**
**Pre-Procedure Assessment Report**
**12/16/2016 15:54 through 12/21/2016 04:19**

Patient Name: RAY KNIGHT, AMY
Visit ID: 000100876312 MR Number: 05399190 DOB:
Admitted: 12/20/2016 04:47 Attending: JOSEPH BENTON DUPONT JR
Admitting Diagnosis:

| *Assessment Date* | Procedure: BB Biopsy Breast(Left) | | Entry Date |
|---|---|---|---|
| | **Cardiovascular**<br>**Entered By:** ABBY A. BURKE, RN<br>**Pt. Location:** UNKNOWN_LOCATION UNKNOWN_BED | | |
| 12/20/2016 05:15 | Capillary Refill Time | lower extremities | 12/20/2016 05:24 |
| | Pulse 1 | right<br>left<br>dorsalis pedis<br>posterior tibial<br>radial | 12/20/2016 05:24 |
| 12/20/2016 05:15 | **Group Note: +2 palpable** | | 12/20/2016 05:26 |

| *Assessment Date* | Procedure: BB Biopsy Breast(Left) | | Entry Date |
|---|---|---|---|
| | **Respiratory**<br>**Entered By:** ABBY A. BURKE, RN<br>**Pt. Location:** UNKNOWN_LOCATION UNKNOWN_BED | | |
| 12/20/2016 05:15 | Breath Sounds - LUL | anterior<br>posterior<br>clear | 12/20/2016 05:24 |
| | Breath Sounds - LLL | anterior<br>posterior<br>clear | 12/20/2016 05:24 |
| | Breath Sounds - RUL | anterior<br>posterior<br>clear | 12/20/2016 05:24 |
| | Breath Sounds - RLL | anterior<br>posterior<br>clear | 12/20/2016 05:24 |

| *Assessment Date* | Procedure: BB Biopsy Breast(Left) | | Entry Date |
|---|---|---|---|
| | **Gastrointestinal**<br>**Entered By:** ABBY A. BURKE, RN<br>**Pt. Location:** UNKNOWN_LOCATION UNKNOWN_BED | | |
| 12/20/2016 05:15 | Last BM | 12/16/2016 | 12/20/2016 05:24 |
| | Patient Indicates | constipation | 12/20/2016 05:24 |
| 12/20/2016 05:15 | **Group Note: patient reports history of constipation** | | 12/20/2016 05:27 |

| *Assessment Date* | Procedure: BB Biopsy Breast(Left) | | Entry Date |
|---|---|---|---|
| | **Nutrition**<br>**Entered By:** ABBY A. BURKE, RN<br>**Pt. Location:** UNKNOWN_LOCATION UNKNOWN_BED | | |
| 12/20/2016 05:15 | NPO For | surgery | 12/20/2016 05:24 |

**BATON ROUGE GENERAL MEDICAL CENTER**
**Pre-Procedure Assessment Report**
**12/16/2016 15:54 through 12/21/2016 04:19**

Patient Name: RAY KNIGHT, AMY
Visit ID: 000100876312 MR Number: 05399190 DOB:
Admitted: 12/20/2016 04:47 Attending: JOSEPH BENTON DUPONT JR
Admitting Diagnosis:

*Assessment Date* — **Procedure: BB Biopsy Breast(Left)** — **Entry Date**

**Integumentary**
**Entered By:** ABBY A. BURKE, RN
**Pt. Location:** UNKNOWN_LOCATION UNKNOWN_BED

| Assessment Date | Item | Value | Entry Date |
|---|---|---|---|
| 12/20/2016 05:15 | Braden Scale | Sensory Perception - 4. No Impairment<br>Moisture - 4. Rarely Moist<br>Activity - 4. Walks Frequently<br>Mobility - 4. No Limitation<br>Nutrition - 4. Excellent<br>Friction & Shear - 3. No Apparent Problem<br>Total Score: 23/23 | 12/20/2016 05:24 |
| | Nail Beds | pink | 12/20/2016 05:24 |

*Assessment Date* — **Procedure: BB Biopsy Breast(Left)** — **Entry Date**

**Pain**
**Entered By:** ABBY A. BURKE, RN
**Pt. Location:** UNKNOWN_LOCATION UNKNOWN_BED

| Assessment Date | Item | Sub-item | Value | Entry Date |
|---|---|---|---|---|
| 12/20/2016 05:15 | Pain Assessment | Pain Location | general | 12/20/2016 05:24 |
| | | Pain Scale | Numeric | |
| | | Pain Score | 0/10 | |

*Assessment Date* — **Procedure: BB Biopsy Breast(Left)** — **Entry Date**

**Safety**
**Entered By:** ABBY A. BURKE, RN
**Pt. Location:** UNKNOWN_LOCATION UNKNOWN_BED

| Assessment Date | Item | Value | Entry Date |
|---|---|---|---|
| 12/20/2016 05:15 | Safety Precautions | low bed in use<br>lock all equipment before transfer<br>staff present | 12/20/2016 05:24 |

*Assessment Date* — **Procedure: BB Biopsy Breast(Left)** — **Entry Date**

**Fall Risk Evaluation**
**Entered By:** ABBY A. BURKE, RN
**Pt. Location:** UNKNOWN_LOCATION UNKNOWN_BED

| Assessment Date | Item | Value | Entry Date |
|---|---|---|---|
| 12/20/2016 05:15 | Morse Falls Scale | History of Falling - 0. No<br>Secondary Diagnosis - 0. No<br>Ambulatory Aid - 0. None / Bedrest / Nurse Assist<br>IV Therapy / Heparin Lock - 20. Yes<br>Gait - 0. Normal / Bedrest / Wheelchair<br>Mental Status - 0. Oriented to own ability<br>Total Score: 20/125 | 12/20/2016 05:24 |
| | Universal Safety Interventions (0-24) | non-slip footwear<br>provide education re: fall prevention | 12/20/2016 05:24 |

BATON ROUGE GENERAL MEDICAL CENTER
Pre-Procedure Assessment Report
12/16/2016 15:54 through 12/21/2016 04:19

Patient Name: RAY KNIGHT, AMY
Visit ID: 000100876312 MR Number: 05399190 DOB:
Admitted: 12/20/2016 04:47 Attending: JOSEPH BENTON DUPONT JR
Admitting Diagnosis:

| Assessment Date | Procedure: BB Biopsy Breast(Left) | | Entry Date |
|---|---|---|---|
| | Fall Risk Evaluation<br>Entered By: ABBY A. BURKE, RN<br>Pt. Location: UNKNOWN_LOCATION UNKNOWN_BED | | |
| 12/20/2016 05:15 | Universal Safety Interventions (0-24) | adequate lighting<br>oriented patient to surroundings<br>lock all equipment before transfer<br>encourage patient to call for assist<br>bed low/locked<br>personal items near patient<br>call light within reach<br>keep floor clear of clutter | 12/20/2016 05:24 |

| Assessment Date | Procedure: BB Biopsy Breast(Left) | | Entry Date |
|---|---|---|---|
| | Psychosocial<br>Entered By: ABBY A. BURKE, RN<br>Pt. Location: UNKNOWN_LOCATION UNKNOWN_BED | | |
| 12/20/2016 05:15 | Family is | present<br>supportive | 12/20/2016 05:24 |

| Assessment Date | Procedure: BB Biopsy Breast(Left) | | Entry Date |
|---|---|---|---|
| | Education<br>Entered By: ABBY A. BURKE, RN<br>Pt. Location: UNKNOWN_LOCATION UNKNOWN_BED | | |
| 12/20/2016 05:15 | Learning Barrier | none | 12/20/2016 05:24 |
| | Readiness to Learn | motivation<br>strong<br>asks questions<br>cooperative | 12/20/2016 05:24 |
| | Education Audience | patient<br>family | 12/20/2016 05:24 |
| | General Educ Topics | days event<br>pain management<br>plan of care<br>post op<br>preop instruction<br>Signs and symptoms education<br>safety<br>test/procedure | 12/20/2016 05:24 |
| | Education Intervention | discussion<br>verbalizes understanding | 12/20/2016 05:24 |

**BATON ROUGE GENERAL MEDICAL CENTER**
**Pre-Procedure Assessment Report**
**12/16/2016 15:54 through 12/21/2016 04:19**

Patient Name: **RAY KNIGHT, AMY**
Visit ID: **000100876312** MR Number: **05399190** DOB:
Admitted: **12/20/2016 04:47** Attending: **JOSEPH BENTON DUPONT JR**
Admitting Diagnosis:

| *Assessment Date* | Procedure: BB Biopsy Breast(Left) | | Entry Date |
|---|---|---|---|
| | **Eye, Ear, Nose, Throat**<br>**Entered By:** ABBY A. BURKE, RN<br>**Pt. Location:** UNKNOWN_LOCATION UNKNOWN_BED | | |
| 12/20/2016 05:20 | Eyewear | | 12/20/2016 06:24 |
| 12/20/2016 05:20 | Group Note: patient reports her glasses are with her mother | | 12/20/2016 06:24 |

| *Assessment Date* | Procedure: BB Biopsy Breast(Left) | | Entry Date |
|---|---|---|---|
| | **ADLs**<br>**Entered By:** ABBY A. BURKE, RN<br>**Pt. Location:** UNKNOWN_LOCATION UNKNOWN_BED | | |
| 12/20/2016 06:20 | Mechanical DVT Prophylaxis | Graduated Compress Stock Applied - Lt<br>Graduated Compress Stock Applied - Rt | 12/20/2016 06:51 |

**BATON ROUGE GENERAL MEDICAL CENTER**

**Vital Sign Report**

**12/16/2016 15:54 Through 12/21/2016 04:19**

| | | | |
|---|---|---|---|
| Patient Name: | RAY KNIGHT, AMY | | |
| Visit Id: | 000100876312 | Med Rec No: | 05399190 |
| Birth Date: | | Admitted: | 12/20/2016 04:47 |
| Attend Phys: | JOSEPH BENTON DUPONT JR | Discharged: | 12/20/2016 09:58 |

| Vital Type | Assess Date/Time:<br>12/20/2016 04:58<br>Bed: UNKNOWN_BE | Assess Date/Time:<br>12/20/2016 05:15<br>Bed: UNKNOWN_BE | Assess Date/Time:<br>12/20/2016 07:47<br>Bed: 2660H | Assess Date/Time:<br>12/20/2016 08:00<br>Bed: 2660H | Assess Date/Time:<br>12/20/2016 08:15<br>Bed: 2660H | Assess Date/Time:<br>12/20/2016 08:30<br>Bed: 2660H |
|---|---|---|---|---|---|---|
| BMI* | 19.9 | | | | | |
| BP | 110/70<br>12/20/2016 05:22<br>By: AAB2 | 114/75<br>12/20/2016 05:23<br>By: AAB2 | 111/76<br>NIBP<br>Upper Right Arm<br>12/20/2016 08:06<br>By: ALK | 119/70<br>NIBP<br>Upper Right Arm<br>12/20/2016 08:35<br>By: ALK | 108/68<br>NIBP<br>Upper Right Arm<br>12/20/2016 08:35<br>By: ALK | 105/66<br>NIBP<br>Upper Right Arm<br>12/20/2016 08:35<br>By: ALK |
| BSA* | 1.51 | | | | | |
| Ht | 63.00 in<br>12/20/2016 05:22<br>By: AAB2 | | | | | |
| O2 Sat % | 100%<br>Room Air<br>12/20/2016 05:22<br>By: AAB2 | 100%<br>Room Air<br>12/20/2016 05:23<br>By: AAB2 | 98%<br>Face Tent<br>12/20/2016 08:06<br>By: ALK | 100%<br>Room Air<br>12/20/2016 08:35<br>By: ALK | 99%<br>Room Air<br>12/20/2016 08:35<br>By: ALK | 98%<br>Room Air<br>12/20/2016 08:35<br>By: ALK |
| Pain Score | | 0<br>12/20/2016 05:24<br>By: AAB2 | 8<br>12/20/2016 08:11<br>By: ALK | 8<br>12/20/2016 08:22<br>By: ALK | 7<br>12/20/2016 08:25<br>By: ALK | 7<br>12/20/2016 08:32<br>By: ALK |
| Pulse | 99<br>Apical<br>Auscultated<br>12/20/2016 05:22<br>By: AAB2 | 90<br>Apical<br>Auscultated<br>12/20/2016 05:23<br>By: AAB2 | 90<br>12/20/2016 08:06<br>By: ALK | 90<br>12/20/2016 08:35<br>By: ALK | 78<br>12/20/2016 08:35<br>By: ALK | 77<br>12/20/2016 08:35<br>By: ALK |
| RR | 16<br>12/20/2016 05:22<br>By: AAB2 | 16<br>12/20/2016 05:23<br>By: AAB2 | 17<br>12/20/2016 08:06<br>By: ALK | 20<br>12/20/2016 08:35<br>By: ALK | 12<br>12/20/2016 08:35<br>By: ALK | 15<br>12/20/2016 08:35<br>By: ALK |
| Temp | 98.3 F<br>Temporal<br>12/20/2016 05:22<br>By: AAB2 | | 98.0 F<br>Temporal<br>12/20/2016 08:06<br>By: ALK | | | |
| Wt | 51.00 kgs<br>Standing | | | | | |

The cells below display the Vital Signs, Notes, Documenter, Co-signer (if applicable), and Date/Time entered.

***Continued On Next Page...***

**BATON ROUGE GENERAL MEDICAL CENTER**

**Vital Sign Report**

**12/16/2016 15:54 Through 12/21/2016 04:19**

| | | | |
|---|---|---|---|
| Patient Name: | RAY KNIGHT, AMY | | |
| Visit Id: | 000100876312 | Med Rec No: | 05399190 |
| Birth Date: | | Admitted: | 12/20/2016 04:47 |
| Attend Phys: | JOSEPH BENTON DUPONT JR | Discharged: | 12/20/2016 09:58 |

| Vital Type | Assess Date/Time: 12/20/2016 04:58 Bed: UNKNOWN_BE | Assess Date/Time: 12/20/2016 05:15 Bed: UNKNOWN_BE | Assess Date/Time: 12/20/2016 07:47 Bed: 2660H | Assess Date/Time: 12/20/2016 08:00 Bed: 2660H | Assess Date/Time: 12/20/2016 08:15 Bed: 2660H | Assess Date/Time: 12/20/2016 08:30 Bed: 2660H |
|---|---|---|---|---|---|---|
| Wt<br>* = calculation | 12/20/2016 05:22<br>By: AAB2 | | | | | |

The cells below display the Vital Signs, Notes, Documenter, Co-signer (if applicable), and Date/Time entered.

| Vital Type | Assess Date/Time: 12/20/2016 08:45 Bed: 2660H | Assess Date/Time: 12/20/2016 08:57 Bed: BSD05 | Assess Date/Time: 12/20/2016 09:29 Bed: BSD05 | | | |
|---|---|---|---|---|---|---|
| BP | 108/67<br>NIBP<br>Upper Right Arm<br>12/20/2016 09:06<br>By: ALK | 107/74<br>NIBP<br>Upper Right Arm<br>12/20/2016 09:31<br>By: AAB2 | 108/74<br>NIBP<br>Upper Right Arm<br>12/20/2016 09:31<br>By: AAB2 | | | |
| O2 Sat % | 97%<br>Room Air<br>12/20/2016 09:06<br>By: ALK | 100%<br>Room Air<br>12/20/2016 09:31<br>By: AAB2 | 96%<br>Room Air<br>12/20/2016 09:31<br>By: AAB2 | | | |
| Pain Score | 6<br>12/20/2016 09:02<br>By: ALK | 4<br>12/20/2016 09:33<br>By: AAB2 | 3<br>12/20/2016 09:39<br>By: AAB2 | | | |
| Pulse | 81<br>12/20/2016 09:06<br>By: ALK | 93<br>Apical<br>Auscultated<br>12/20/2016 09:31<br>By: AAB2 | 81<br>Apical<br>Auscultated<br>12/20/2016 09:31<br>By: AAB2 | | | |
| RR | 15<br>12/20/2016 09:06 | 16<br>12/20/2016 09:31 | 16<br>12/20/2016 09:31 | | | |

The cells below display the Vital Signs, Notes, Documenter, Co-signer (if applicable), and Date/Time entered.

***Continued On Next Page...***

**BATON ROUGE GENERAL MEDICAL CENTER**

**Vital Sign Report**

**12/18/2016 15:54 Through 12/21/2016 04:19**

| | | | |
|---|---|---|---|
| Patient Name: | RAY KNIGHT, AMY | | |
| Visit Id: | 000100876312 | Med Rec No: | 05399190 |
| Birth Date: | | Admitted: | 12/20/2016 04:47 |
| Attend Phys: | JOSEPH BENTON DUPONT JR | Discharged: | 12/20/2016 09:58 |

| Vital Type | Assess Date/Time: 12/20/2016 08:45 Bed: 2660H | Assess Date/Time: 12/20/2016 08:57 Bed: BSD05 | Assess Date/Time: 12/20/2016 09:29 Bed: BSD05 | | | |
|---|---|---|---|---|---|---|
| RR | By: ALK | By: AAB2 | By: AAB2 | | | |
| Temp | | 98.0 F Temporal 12/20/2016 09:31 By: AAB2 | | | | |
| * = calculation | | | | | | |

The cells below display the Vital Signs, Notes, Documenter, Co-signer (if applicable), and Date/Time entered.

Staff IDs:

AAB2 : ABBY A. BURKE, RN

ALK : ALEXIS L. RIVERA, RN

BATON ROUGE GENERAL MEDICAL CENTER

Vital Sign Report

12/16/2016 15:54 Through 12/21/2016 04:19

| | | | |
|---|---|---|---|
| Patient Name: | RAY KNIGHT, AMY | | |
| Visit Id: | 000100876312 | Med Rec No: | 05399190 |
| Birth Date: | | Admitted: | 12/20/2016 04:47 |
| Attend Phys: | JOSEPH BENTON DUPONT JR | Discharged: | 12/20/2016 09:58 |

Pain Score Detail

| Assessment Date | Pt. Location / Entered by | Entry Date |
|---|---|---|
| 12/20/2016 05:15 | Pt. Location: UNKNOWN_LOCATION UNKNOWN_BED<br>Entered by: ABBY A. BURKE, RN | 12/20/2016 05:24 |

Pain Score :0
Location : general
Scale :Numeric

| Assessment Date | Pt. Location / Entered by | Entry Date |
|---|---|---|
| 12/20/2016 07:47 | Pt. Location: RECO 2660H<br>Entered by: ALEXIS L. RIVERA, RN | 12/20/2016 08:11 |

Pain Score :8
Location : breast, left
Scale :Numeric

| Assessment Date | Pt. Location / Entered by | Entry Date |
|---|---|---|
| 12/20/2016 08:00 | Pt. Location: RECO 2660H<br>Entered by: ALEXIS L. RIVERA, RN | 12/20/2016 08:22 |

Pain Score :8
Location : breast, left
Scale :Numeric

| Assessment Date | Pt. Location / Entered by | Entry Date |
|---|---|---|
| 12/20/2016 08:15 | Pt. Location: RECO 2660H<br>Entered by: ALEXIS L. RIVERA, RN | 12/20/2016 08:25 |

Pain Score :7
Location : breast, left
Scale :Numeric

**BATON ROUGE GENERAL MEDICAL CENTER**

**Vital Sign Report**

**12/18/2016 15:54 Through 12/21/2016 04:19**

| | | | |
|---|---|---|---|
| Patient Name: | RAY KNIGHT, AMY | | |
| Visit Id: | 000100876312 | Med Rec No: | 05399190 |
| Birth Date: | | Admitted: | 12/20/2016 04:47 |
| Attend Phys: | JOSEPH BENTON DUPONT JR | Discharged: | 12/20/2016 09:58 |

**Pain Score Detail**

| Assessment Date | Pt. Location | Entered by | Entry Date |
|---|---|---|---|
| 12/20/2016 08:30 | RECO 2660H | ALEXIS L. RIVERA, RN | 12/20/2016 08:32 |

**Pain Score :** 7
**Location :** breast, left
**Scale :** Numeric

| Assessment Date | Pt. Location | Entered by | Entry Date |
|---|---|---|---|
| 12/20/2016 08:45 | RECO 2660H | ALEXIS L. RIVERA, RN | 12/20/2016 09:02 |

**Pain Score :** 6
**Location :** breast, left
**Scale :** Numeric

| Assessment Date | Pt. Location | Entered by | Entry Date |
|---|---|---|---|
| 12/20/2016 08:57 | BBSD BSD05 | ABBY A. BURKE, RN | 12/20/2016 09:33 |

**Pain Score :** 4
**Location :** breast, left
**Scale :** Numeric

| Assessment Date | Pt. Location | Entered by | Entry Date |
|---|---|---|---|
| 12/20/2016 09:29 | BBSD BSD05 | ABBY A. BURKE, RN | 12/20/2016 09:39 |

**Pain Score :** 3
**Location :** breast, left
**Scale :** Numeric

Baton Rouge General

**MONITOR STRIPS**

Visit ID: 000100876312 MRN: 05399190
RAY KNIGHT, AMY
DOB: F 48Y
ATN MD: DUPONT, JOSEPH
ADM DATE: 12/20/2016 04:47
PATIENT LABEL

DATE: 12/20/16




| PR | QRS | QT | RATE | ALARMS | INITIALS | RHYTHM | PR | QRS | QT | RATE | ALARMS | INITIALS | RHYTHM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Place 1500 - 2300 Monitor Strip Here | | | | | | | Place 2300 - 0700 Monitor Strip Here | | | | | | |

MR-NS-1061B Back

Baton Rouge General
A Community of Caring

Visit ID: 000100876312 MRN: 05399190
RAY KNIGHT, AMY
DOB: F 48Y
ATN MD: DUPONT, JOSEPH
ADM DATE: 12/20/2016 10:30

**PREADMISSION GUIDELINES FOR SURGERY/PROCEDURE**

You are scheduled for: excision (L) breast mass on 12-20-16

Preadmission Interview: ☐ by Phone ☒ Visit at PAT Office

*Thank you for choosing Baton Rouge General for your surgery/procedure. Our caring and compassionate staff is here to help make your surgery/procedure a positive one. With leading edge technology and state-of-the-art equipment at both of our locations, you can be confident you will be taken care of by our entire staff – A Community of Caring.*

*You have the right to have an advance directive. Please bring a copy with you when you report to the hospital for your procedure or surgery and also provide a copy to your family and your doctor. We are required by law to have a copy of your advance directive in your medical record. Please let us know if you need additional information on advance directives.*

**STEP 1: BEFORE YOUR SURGERY/PROCEDURE**

**DO:**

- ☑ Notify your doctor if you develop any signs of illness during the days immediately before your surgery/procedure (fever, chills, shortness of breath).
- ☑ Discontinue Aspirin, Aspirin products, Plavix, Ticlid, and Coumadin as instructed by your doctor or nurse. Please also hold any vitamins, minerals, herbal supplements, Fishoil, and weight loss meds. Tylenol is ok.
- ☑ Do not eat or drink anything, even water after midnight the night before your surgery/procedure or it could be cancelled. Do not chew gum, hard candy, or lozenges.
- ☑ You may brush your teeth and gargle on the morning of your surgery/procedure, but do not swallow any water unless directed by your physician.
- ☑ To assist in the anesthesia and healing process, please refrain from smoking 12 hours before and after your surgery/procedure.
- ☑ The Baton Rouge General is a smoke-free hospital. Please inform all visitors and family members and refrain from smoking during your stay.
- ☑ Take your medications (blood pressure, heart, and seizure medications) with a sip of water the morning of surgery/procedure *as instructed by your doctor or nurse.* Take these medications ONLY. ⊘
- ☑ Bring any medications you take with you. If you take medications differently than how it is written on the bottle, please write down exactly how you take it. Bring CPAP if applicable.
- ☑ **Shower or bathe the night before and the morning of your surgery using Hibiclens Bath or antibacterial soap.**
- ☑ Do not use any perfumes or lotions.
- ☑ Remove make-up and nail polish before you arrive. **Leave valuables and all jewelry at home.**
- ☑ Wear casual, loose fitting and comfortable clothing. A patient gown will be provided for use during your surgery/procedure; however, please bring an additional change of underclothes.
- ☑ Contact lenses/glasses cannot be worn in the procedural area. Please bring a case for your contact lenses/glasses.
- ☑ If you pack an overnight bag, leave it in the car. It can be brought in after the room is assigned.
- ☐ A parent or legal guardian must accompany a minor scheduled for surgery and must remain at the facility until the minor is discharged. Bring legal papers with you, if applicable.
- ☐ Children need the full attention of their parents when they are having surgery. Try to make childcare arrangements for young brothers and sisters on the day of surgery.
- ☐ Bring a favorite bottle, sippy cup, pacifier, small blanket, or other small item that makes the child feel safe.
- ☐ For your safety, you will not be allowed to drive after sedation or anesthesia. **You *must* have someone to drive you home.**
- ☐ Expect to stay 1-2 hours after your surgery. Radiology patients may stay longer.
- ☐ You must have an adult (over 18 years old) stay with you the entire time you are at the facility.
- ☐ Read over the prep instructions (colonoscopy or flexible sigmoidoscopy). If you have any questions, please call your doctor's office

310

310-1550 Front (created: 10/05; revised: 01/12, 05/13, 05/16, 08/16)

Baton Rouge General
A Community of Caring

Visit ID: 000100876312 MRN: 05399190
RAY KNIGHT, AMY
DOB: F 48Y
ATN MD: DUPONT, JOSEPH
ADM DATE: 12/20/2016 10:30

**PREADMISSION GUIDELINES FOR SURGERY/PROCEDURE**

**STEP 2: THE DAY OF SURGERY/PROCEDURE- Bring your Insurance card and Identification**

**PLEASE ARRIVE ON TIME AT:**

- ☑ **Bluebonnet Patients:** Check in at the Admissions Desk on the first floor near emergency room.
- ☐ **Mid City Patients:** Check in at the Admissions Desk on first floor Florida Boulevard entrance; turn right at the main elevators.
- ☐ **Perkins Patients:** Check in at the Reception Desk.

The Admissions Clerk will direct you to the appropriate area where you will get ready for surgery/procedure. You will change into a hospital gown and have your vital signs taken. A Registered Nurse will review your chart, examine you and start an IV. After you are settled, a family member/friend may join you. If necessary, the anesthesiologist will visit you and talk with you about how you will be relaxed and made comfortable during your procedure. You will then go to the procedure area.

**STEP 3: AFTER YOUR SURGERY/PROCEDURE**

- ☑ After your surgery or procedure, you may go to the Post Anesthesia Care Unit (PACU) to recover. Your time in the PACU depends on the type of surgery/procedure performed.
- ☑ While in PACU, your nurse will keep your family/friends updated through the volunteers in the waiting area.
- ☑ From PACU, you will be sent to the appropriate next level of care. When you are ready to go home, your nurse will review your discharge instructions with you and your family/friend before you leave. *(Note: Any patient who receives sedation/anesthesia MUST be accompanied by an adult who accepts responsibility for the patient. They MUST be present before the patient can depart from the faci...
- ☑ If you will be staying with us, when you get to your room you will be rounded on every 1-2 hours to make sure we are proactively mee... your needs.
- ☑ The anesthesia used during surgery can leave you feeling very tired with decreased appetite. We suggest that you resume eating or drinking slowly. You will be offered chipped ice or liquids after surgery by nursing staff.
- ☑ The four DON'Ts following surgery are:
  1. Do not DRIVE for the next 24 hours.
  2. Do not DRINK alcoholic beverages, including beer or wine, for the next 24 hours.
  3. Do not make critical DECISIONS for the next 24 hours.
  4. Do not take any MEDICATION unless specifically prescribed or discussed with your doctor.

**COMMENTS:**

☐ phone ☐ fax ☐ email

X Amy R. Knight 12-14-16 — Patient Signature, Date/Time

[signature] RN 12/16/16 — Nurse Signature, Date/Time
225-763-4068 (phone)
225-763-4284 (fax)

310-1550 Back (created 10/05; revised 04/12, 08/15, 06/16, 08/16)

310

Knight - 08/17/23 - 129

**BATON ROUGE GENERAL MEDICAL CENTER**
**Patient Discharge Instructions**

Patient Name: **RAY KNIGHT, AMY**
Visit ID: **000100876312** MR Number: **05399190** DOB:
Discharged: Attending: **JOSEPH BENTON DUPONT JR**

| Allergies | Reaction | Date |
|---|---|---|
| adhesive | redness/whelps | |
| morphine | itching | |
| Sulfa (Sulfonamide Antibiotics) | GI upset | |

**Home Meds**

**Start taking these medications**

HYDROMORPHONE (PF) SYRINGE 0.2 MG INTRAVENOUS EVERY 5 MINUTES AS NEEDED for 12 Hours
Last Dose Taken:
Start Date: 12/20/2016
Note: Instructions: AS NEEDED FOR PAIN UP TO 2MG
**** FOR PACU USE ONLY ****
PHARMACY TO SET STOP TIME 12 HOURS FROM START
*HIGH ALERT*
*SOUND ALIKE / LOOK ALIKE DRUG*

ONDANSETRON HCL (PF) SOLUTION 4 MG INTRAVENOUS ONCE AS NEEDED for 12 Hours
Last Dose Taken:
Start Date: 12/20/2016
Note: Instructions: ****FOR PACU, SDS AND ENDOSCOPY USE ONLY****
FOR DOSE AS NEEDED FOR NAUSEA
PHARMACY TO SET STOP TIME 12 HOURS FROM START

D/C

**Take these medications**

Alprazolam (Xanax Tab) 0.5 milligram By Mouth once As Needed
Last Dose Taken: 11/21/2016 12:00 am

HYDROcodone-acetaminophen 5 mg-325 mg 1 tablet By Mouth every 4 hours As Needed
Last Dose Taken:

Milnacipran (Savella) 50 milligram By Mouth 2 times per day
Last Dose Taken: 12/19/2016 12:00 am

Fluoxetine (PROzac) 40 milligram By Mouth every day
Last Dose Taken: 12/19/2016 12:00 am

**BATON ROUGE GENERAL MEDICAL CENTER**
**Patient Discharge Instructions**

Patient Name: **RAY KNIGHT, AMY**
Visit ID: **000100876312** MR Number: **05399190** DOB:
Discharged: Attending: **JOSEPH BENTON DUPONT JR**

**Home Meds**

**Take these medications**

Bupropion (Wellbutrin XL 24 hr Tab) 150 milligram By Mouth every morning
Last Dose Taken: 12/19/2016 12:00 am

Bifidobacterium Infantis (Align) 4 milligram By Mouth every day
Last Dose Taken: 12/13/2016 12:00 am

Ibuprofen (Advil) 400 milligram By Mouth every 8 hours As Needed pain
Last Dose Taken: 12/13/2016 12:00 am
Reason for Taking: pain

Topiramate 25 milligram By Mouth every 12 hours
Last Dose Taken: 12/19/2016 12:00 am

Loratadine (Claritin) 10 milligram By Mouth every day
Last Dose Taken: 12/19/2016 12:00 am

metFORMIN 24 hr Tab 500 milligram By Mouth 2 times per day
Last Dose Taken: 12/19/2016 12:00 am
Note: administer with morning and evening meals;

Propranolol (Inderal) 10 milligram By Mouth 2 times per day
Last Dose Taken: 12/19/2016 08:30 pm

Clidinium-Chlordiazepoxide (Librax (with Clidinium) 2.5 mg-5 mg) 1 capsule By Mouth 2 times per day
Last Dose Taken: 12/19/2016 12:00 am
Note: administer 30 to 60 minutes before meals;

Polyethylene Glycol (Miralax) 17 gram By Mouth every day
Last Dose Taken: 12/13/2016 12:00 am
Note: mix into 4-8 oz. of any hot/cold/room temp. beverage; use immediately;

Sumatriptan-Naproxen (Treximet) 1 tablet By Mouth every day As Needed migraine headache
Last Dose Taken: 12/08/2016 12:00 am
Note: may repeat once in 2 hours; do not exceed 2 tablets in 24 hours;
Reason for Taking: migraine headache

**BATON ROUGE GENERAL MEDICAL CENTER**
**Patient Discharge Instructions**

Patient Name: **RAY KNIGHT, AMY**
Visit ID: **000100876312** MR Number: **05399190** DOB:
Discharged: Attending: **JOSEPH BENTON DUPONT JR**

**Home Meds**

**Take these medications**

Fluticasone (Flonase Allergy Relief 50 mcg/actuation Spray) 1 spray into the nostril(s) 2 times per day As Needed nasal congestion
Last Dose Taken: 12/18/2016 12:00 am
Reason for Taking: nasal congestion

Famotidine (Pepcid) 20 milligram By Mouth every day As Needed
Last Dose Taken: 12/13/2016 12:00 am

Multivitamins 1 tablet By Mouth every morning
Last Dose Taken: 12/13/2016 12:00 am

Diazepam (Valium) 2 milligram By Mouth once As Needed
Last Dose Taken: 12/18/2016 12:00 am

Cranberry 200 milligram By Mouth every day
Last Dose Taken: 12/13/2016 12:00 am
Note: administer with a meal;

Amitriptyline 10 milligram By Mouth once daily at bedtime
Last Dose Taken: 12/19/2016 12:00 am

**Prescriptions**

**The following prescription(s) have been submitted by JESSICA A. ZAGORY:**

hydrocodone 5 mg-acetaminophen 325 mg tablet
1 tablet orally every 4 hours as needed
Quantity: 15 (fifteen) tablet(s)
Refills: 0

SIGNATURE/DATE/TIME

**Provided by:** **Provided by:**
**Received by:** **Received by:**

Baton Rouge General

Visit ID: 000100876312 MRN: 05399190
RAY KNIGHT
DOB:
ATN ... BY
... , JOSEPH
ADM DATE: 12/20/2016 04:47

Same Day Surgery
**MEDICATION DISCHARGE INSTRUCTIONS**

## WHAT YOU SHOULD KNOW ABOUT YOUR PAIN MEDICINE

**Your doctor has prescribed:**

| | |
|---|---|
| ☐ Lortab | ☐ Percocet |
| ☐ Darvocet | ☐ Tylox |
| ☐ Vicodin | ☐ Endocet |
| ☐ Tylenol #3 | ☒ Other: Norco |

- Some pain medicine is habit forming. It is possible to become addicted to the medicine. Follow directions by your doctor for using.
- Do not drive or operate heavy machinery while taking this medicine. It can cause you to be sleepy or dizzy.
- Do not drink alcohol while taking this medicine. Tylenol can hurt your liver when taken with as little as 2 drinks of alcohol.
- Your pain medicine does / ~~does not~~ contain Tylenol. Do not take any other products that contain tylenol without first talking to your doctor because this can be dangerous. Other products that contain Tylenol are cold, flu, and sinus over-the-counter medicines.
- Do not take other pills that can make you sleepy, including sleeping pills, some allergy medicines, or muscle relaxers while on pain medicine unless you talk to your doctor.
- Your pain medicine may cause constipation. Drink plenty of water and eat more fiber in your diet so this doesn't happen.

[signature]
Patient/Responsible Party Signature

[signature]
Discharge Nurse Signature

12/20/16
Date/Time of Discharge

MH-SDS-1607 (5/06)

310

Baton Rouge General

Visit ID: 000100876312 MRN: 05399190
RAY KNIGHT, AMY
DOB: F 48Y
ATN MD: DUPONT, JOSEPH
ADM DATE: 12/20/2016 04:47

## Same Day Surgery
## DISCHARGE INSTRUCTIONS

| | |
|---|---|
| ***Discharge Assessment:*** | ☑ Alert ☑ Walking steady/with support Temperature: 98.0<br>New Allergies: |
| ***Discharge Instructions:*** | Can return to activities of daily living: ☐ Today ☐ Tomorrow<br>Restrictions:<br>☑ Avoid overdoing; take easy today<br>☑ No driving or alcoholic beverages for 24 hours<br>☐ No lifting/strenuous physical activity for<br>Additional: May return to work when feeling well. No restrictions |
| ***Special Instructions:*** | ☑ Keep dressing clean/dry for 3 days<br>☐ Keep extremity elevated for<br>☐ Ice to affected area for<br>☑ Remove dressing on Friday<br>☑ Bathe/(Shower) in 72 hours |
| ***Diet:*** | ☑ Drink plenty of fluids today<br>☑ Regular<br>☐ Other |
| ***Medications:*** | Medication Reconciliation Form reviewed and given to patient/family? ☒ Yes ☐ No<br>Prescription/take-home medications given to patient? ☒ Yes ☐ No<br>Medicated in Same Day Surgery with: Norco 5mg<br>@ 853 (am) pm. |
| ***Follow-Up Care:*** | Call Dr. Dupont at 225-763-4820<br>to make a follow-up appointment for: 2 weeks |
| ***Contact your physician if any of the following occur:*** | • Excessive bleeding, pain or swelling<br>• Any yellow drainage or foul odor to dressing<br>• Difficulty/burning upon urination, extremely bloody urine<br>• Other:<br>• Temperature – Oral > 101° or Rectal > 102°<br>• Persistent nausea/vomiting<br>• Has not voided by 8 hours |

***Notify the Baton Rouge General Infection Control Department at 387-7852 if your physician diagnoses you with a postoperative surgical site (wound) infection.***

Will patient have someone to help them when they arrive home? ☑ Yes ☐ No
Caregiver ______ Phone Number ______
Discharged via: ☑ Wheelchair ☐ Ambulatory ☐ parent arms ☐ stretcher
Accompanied by: family Via: ______
Time/Date discharge: 12/20/16 RN Signature: [signature]
Pt/caregiver Signature: [signature]



310

RAY KNIGHT,AMY RAY
05399190 000100876312
DOB: 48Y Female
12/20/2016 10:30
DUPONT,JOSEPH

Baton Rouge General
A Community of Caring

# TREATMENT AUTHORIZATION FORM

## Financial Responsibility

This is to certify that the information provided to the Baton Rouge General Medical Center ("Medical-Center") is true and correct to the best of my knowledge and belief. In consideration of the services rendered to the patient named below, I/we assume responsibility for and guarantee the payment of all Medical Center charges in accordance with the Medical Center's then current rate. Total charges are payable when rendered. I/we also agree that, except as provided by law, I/we shall be responsible for the payment of any Medical Center charges which, for any reason, are not paid by any payer or insurance company. In the event this account is rendered delinquent and requires legal action to resolve payment, I/we agree to pay, in addition to the principal sum due, a fee of thirty three and one-third (33 1/3%) of the amount due on the account to cover collection agency and/or attorney fees and other fees and expenses incurred by this facility.

## Consent for Treatment

I/we agree and consent to all procedures, medical treatments, and photographs, video tapes, digital, or other images deemed necessary by the patient's physician(s). I /we acknowledge that there is no guarantee, express or implied, as to the results of procedures and medical treatments performed. The Medical Center is a Teaching Hospital which through its programs, services and facilities provides clinical settings for the training of medical and allied health professionals. As a patient in the Medical Center, part or all of your care may be rendered by practitioners in training (physicians, nurses, technicians, etc.) under the supervision of the appropriate medical and/or allied staff.

## Medical Release and Assignment of Insurance Benefits

I/we authorize the Baton Rouge General Medical Center to release any and all medical records, including diagnoses related to alcohol/drug abuse, mental disorders, HIV/AIDS status and related illnesses and billing information to the Social Security Administration, Medicare, Medicaid (or their various intermediaries), the patient's insurance companies, health maintenance organizations, workers compensation carriers, employers, alternate care facilities, or persons acting on behalf of a preferred provider arrangement (or any of their agents or representatives), when such information is requested for payment, utilization, review or coverage determination purposes, I/we understand that I/m may revoke this consent at any time, except in instances where a particular action depends upon the consent remaining in effect, including, but not limited to securing full payment of the account(s). This authorization shall remain in effect, for a period of not more than one year from the date shown below or until payment of this account is rendered in full, whichever is greater. I/we further authorize any such payer or insurance company to pay directly to the Medical Center and/or affiliated physicians all benefits due and payable as a result of services rendered by the Medical Center and/or affiliated physicians.

I hereby appoint the hospital and/or affiliated physicians as my authorized representative to pursue any claims, and administrative and/or legal remedies on my behalf for collection against any responsible payer or third party liability carrier of any and all benefits due me for the payment of charges associated with my treatment. A photocopy of this Treatment Authorization, Financial Assignment and Acknowledgements shall serve as an original.

## Medication Assistance Program

In some cases, when a patient has no Insurance Coverage, the hospital is able to obtain reimbursement for some of your medications from companies that manufacture them. When this occurs, the cost of the medication is removed from your hospital charges. Most of these programs require your signature on the application forms. So that you do not have to sign an application for each medication, we are requesting that you sign this Limited Power of Attorney, which allows a Medical Center representative to sign these forms on your behalf.

I appoint Medical Center to be the custodians of my personal/home medications during my stay at Medical Centers facility. Such medications shall be maintained under the current policies and practices of Medical Center and shall be returned to me upon my request at the end of my stay at Medical Center's facility. Should I fail to request my personal/home medications after my stay at Medical Centers facility, I consent that Medical Center may donate or destroy my medications five (5) days after leaving from Medical Center's facility.

Limited Power of Attorney, I appoint Baton Rouge General Medical Center, 3600 Florida Boulevard, Baton Rouge, Louisiana 70806 as my attorney for the sole and exclusive purpose of carrying out in my name, the application forms required for Baton Rouge General Medical Center to obtain replacement of my medications from pharmaceutical manufacturers. This Limited Power of Attorney will be in full force from the date signed.



LABEL

Baton Rouge General
A Community of Caring

RAY KNIGHT,AMY RAY
05399190 000100876312
DOB: 48Y Female
12/20/2016 10:30
DUPONT,JOSEPH

## TREATMENT AUTHORIZATION FORM

**Physician's Medical Release and Assignment of Insurance Benefits**

I/we hereby assign to any physician providing anesthesia, radiology or other related services rendered in connection with my treatment all benefits due me for such services under any applicable policy of insurance. I/we accept the financial responsibility to said physicians for all charges and services not paid by any payer or my insurance company and hereby promise to pay within 30 days of the date rendered any remaining balance. The authorization to release medical information herein contained shall also apply to the physicians referred to in this paragraph, and any physician involved in patient's primary care.

***Joint Notice of Privacy Practices***

I/we, individually or on behalf of the patient, authorize the Medical Center to use and disclose my health information as required for treatment, payment, and healthcare operations as described in the Medical Center's Joint Notice of Privacy Practices. I hereby acknowledge that I was given a copy of the Medical Center's Joint Notice of Privacy Practices on the date written below

***Smoking Cessation Information***

I/we have been given information on smoking cessation and related resources. Smoking is prohibited within the hospital and is only allowed in designated areas.

***Network Insurance Disclosure***

I/we have been given information regarding the contracted status (network or non-network) of my insurance company with the Medical Center. The document provided to me also contains contact information for the ancillary providers that may be encountered during hospitalization.

Amy R. Knight
Patient's Signature (If unable to sign, then by Legal Guardian or Next of Kin)

12/16/16 15:23
Date Time

Relationship to Patient

12/16/16 15:23
Date Time

E-Signed: Jennifer Heath 12/16/2016 3:24:25 PM
Witness

12/16/16 15:23
Date Time

***Patient Rights and Responsibilities***

I/we have received a copy of the Patient Rights and Responsibilities.

**Personal Property and Valuables / Quality Survey**

I/we understand and agree that the Medical Center cannot and shall not be responsible for any item or valuable not placed in the Medical Center's safe. I/we understand and agree that General Health System or a contracted agency may contact me/us to discuss information relative to quality concerns.



LABEL

Visit ID: 000100876312 MRN: 05399190
RAY KNIGHT, AMY
DOB: F 48Y
ATN MD: DUPONT, JOSEPH
ADM DATE: 12/20/2016 04:47

380

**PATIENT INFORMED CONSENT TO MEDICAL TREATMENT OR SURGICAL PROCEDURES AND ACKNOWLEDGEMENT OF RECEIPT OF MEDICAL INFORMATION**

**INFORMATION ABOUT THIS DOCUMENT READ CAREFULLY BEFORE SIGNING**

TO THE PATIENT: You, the above named patient, have been told that you should consider medical treatment/surgery. Louisiana law requires us to tell you (1) the nature of your condition, (2) the general nature of the medical treatment/surgery, (3) the risks of the proposed treatment/surgery, as defined by the Louisiana Medical Disclosure Panel or as determined by your doctor, and (4) reasonable therapeutic alternatives and material risks associated with such alternatives.

You have the right, as a patient, to be informed about your condition and the recommended surgical, medical or diagnostic procedure to be used so that you may make the decision whether or not to undergo the procedure after knowing the risks and hazards as well as the potential benefits and drawbacks; potential problems related to recuperation; the likelihood of success; and the possible results of nontreatment involved.

In keeping with the Louisiana law of informed consent, you are being asked to sign a confirmation that we (the patient and provider) have discussed your condition, the nature and purpose of the proposed procedure, and the common problems and risks of the treatment. By signing below you acknowledge that we have already discussed common problems and risks, the alternative treatments and the risk of no treatment. Please read the form carefully. Ask about anything you do not understand, and we will be pleased to explain it.

1. Physician / Provider Name: Joseph Benton Dupont, M.D.
2. Procedure: Explantation (2) breast implants
   Description: Remove (2) breast implants
3. Material Risks of treatment/procedure:
   (a) All medical or surgical treatment involves risks. Listed below are those reasonably foreseeable risks associated with this procedure that we believe a reasonable person in your (the patient's) position would likely consider significant when deciding whether to have or forego the proposed therapy. Please ask your physician if you would like additional information regarding the nature or consequences of these risks, their likelihood of occurrence, or their associated risks that you might consider significant but may not be listed below.
   (b) Additional risks (if any) particular to the patient because of a complicating medical condition are: none
   (c) Risks generally associated with any surgical treatment/procedure, including anesthesia are: death, brain damage, disfiguring scars, quadriplegia (paralysis from the neck down), paraplegia

Visit ID: 000100876312 MRN: 05399190
RAY KNIGHT, AMY
DOB: F 48Y
ATN MD: DUPONT, JOSEPH
ADM DATE: 12/20/2016 04:47

380

(paralysis from the waist down), the loss or loss of function of any organ or limb, infection, bleeding, and pain.

4. Acknowledgment, Authorization, and Consent

(a) No Guarantees: All information given to me and, in particular, all estimates made as to the likelihood of occurrence of risks of this or alternate procedures or as to the prospects of success, are made in the best professional judgment of my physician. The possibility and nature of complications cannot always be accurately anticipated and, therefore, there is and can be no guarantee, either expressed or implied, as to the success or other results of the medical treatment or surgical procedure.

(b) Additional Information: Nothing has been said to me, no information has been given to me, and I have not relied upon any information that is inconsistent with the information set forth in this document.

**MATERIAL RISKS IDENTIFIED**

1. Material Risks: Bleeding
Infection
Adrenal Leaking Others

# ANESTHESIA CONSENT FORM

Visit ID: 000100876312 MRN: 05399190
RAY KNIGHT, AMY
DOB: F 48Y
ATN MD: DUPONT, JOSEPH
ADM DATE: 12/20/2016 04:47

**IMPORTANT INFORMATION ABOUT THIS DOCUMENT – READ CAREFULLY BEFORE SIGNING**

**TO THE PATIENT:** You have been told that you should consider medical treatment/surgery. Louisiana law requires us to tell you **(1)** the nature of your condition, **(2)** the general nature of the medical treatment/surgery, **(3)** the risks of the proposed treatment/surgery as defined by the Louisiana Medical Disclosure Panel or as determined by your Anesthesia Provider, and **(4)** reasonable therapeutic alternatives and material risks associated with such alternatives.

You have the right, as a patient, to be informed about your condition and the recommended surgical, medical or diagnostic procedure to be used so that you may make the decision whether or not to undergo or not to undergo the procedure after knowing the risks and hazards involved.

In keeping with the Louisiana law of informed consent, you are being asked to sign a confirmation that we have discussed all those matters. We have already discussed with you the common problems and risks. We wish to inform you as completely as possible. Please read the form carefully. Ask about anything you do not understand, and we will be pleased to explain it.

1. **Treatment/Procedure – Any one or more of the following may be administered:**

(a) Description, nature of the treatment/procedure: ANESTHESIA

| | |
|---|---|
| General Anesthesia | To provide analgesia (absence of pain), amnesia (absence of recall) and muscle relaxation through drug-induced unconsciousness for the planned surgical procedure. Management of general anesthesia may include the insertion of intra-arterial and central intravenous catheters for intravascular access and monitoring. Management of your airway may include, but not limited to, the introduction of an endotracheal tube. |
| Monitored Anesthesia Care (MAC) | To provide physiological monitoring (blood pressure, pulse, respirations and oxygenation) and support during administration of intravenous medication to achieve an acceptable level of patient comfort during conscious sedation, including preparation to proceed to unconscious sedation (general anesthesia) if necessary. |
| Epidural/Spinal Anesthesia | To render the lower body insensitive to pain through the injection of a local anesthetic agent into the space beside spinal fluid (epidural) or into the spinal fluid (spinal). |
| Post Operative Epidural | To provide post surgical analgesia with a continuous infusion of narcotics through a small narcotics catheter within the space beside the spinal cord. |
| Bier Block | To provide surgical anesthesia of an extremity which is rendered insensitive (numb). Management may include administration of intravenous medication to achieve an acceptable level of patient comfort through conscious (procedural) sedation. |
| Other Regional Anesthesia | To provide anesthesia to a specific area or region of the body. |

2. **Therapeutic alternatives and risks associated therewith:**

Reasonable therapeutic alternatives and the risks associated with such alternatives are:
<u>General Anesthesia: General Anesthesia provides a surgical analgesia through drug-induced unconsciousness.</u>
<u>See risks on Page 3.</u>

380

## ANESTHESIA CONSENT FORM *(Continued)*

Visit ID: 000100876312 MRN: 05399190
RAY KNIGHT, AMY
DOB: F 48Y
ATN MD: DUPONT, JOSEPH
ADM DATE: 12/20/2016 04:47

3. Material Risks of treatment procedure:
   - (a) Risks generally associated with any surgical treatment/procedure, i ... damage, disfiguring scars, paralysis, the loss of or loss of function of body organs, the loss of or loss of function of any arm or leg, infection, bleeding, and pain.
   - (b) All medical or surgical treatment involves risks. Listed below are those risks associated with this procedure that we believe a reasonable person in your (the patient's) position would likely consider significant when deciding whether to have or forego the proposed therapy. Please ask your physician if you would like additional information regarding the nature or consequences of these risks, their likelihood of occurrence, or if there are other associated risks that you might consider significant but may not be listed below. The risks as determined by the Louisiana Medical Disclosure Panel are:

**ARTERIAL CATHETERIZATION:**

1. Decrease in blood flow to area supplied by the artery.
2. Nerve damage.
3. Loss of or loss of function of the limb or portion of the limb supplied by the artery.

**CENTRAL VENOUS AND PULMONARY ARTERY CATHETERIZATION:**

1. Hemorrhage (bleeding) into the lungs, the pericardium (sac which surrounds the heart), the chest cavity and elsewhere.
2. Pericardial tamponade (compression of the heart due to accumulation of blood or fluid in the sac around the heart).
3. Cardiac arrest (heart attack).
4. Stroke.
5. Pneumothorax (lung collapse).
6. Infection.
7. Cardiac arrhythmias (irregularities of the heart rhythm).
8. Shock (severe drop in blood pressure).
9. Damage to blood vessels.
10. Damage to trachea (windpipe) and/or pharynx (throat).
11. Injury to vocal cords.
12. Distal embolization (air, fat particles or blood clots which circulate in the bloodstream until becoming lodged in a vein or artery).
13. Damage to nerves, the lymph ducts, the hear and the lungs.
14. Infusion to fluid into the chest cavity, lungs and pericardium.

**TEE (TRANSESOPHAGEAL ECHO):**

1. Esophageal injury/burns/perforation (causing a hole) in esophagus or stomach.
2. Dental injury; injury to lips, tongue and inside of mouth or airway injury.
3. Sore Throat.
4. Hoarseness.

**EPIDURAL, SPINAL, REGIONAL:**

1. Allergic, abnormal or hypersensitivity reaction to drugs or equipment may be fatal.
2. Aspiration (inhalation) into the bronchi (airway) or lungs of stomach contents, stomach acids and foreign objects.
3. Leakage of cerebrospinal fluid.
4. Chipped or broken teeth.
5. Convulsion(seizures).
6. Epidural blood clot or abscess (bleeding or infection in the space adjacent to the spinal cord which may damage the spinal cord.
7. Broken needles or catheters which may lead to complications and necessitate additional treatment.
8. Production of an unintended high level of anesthesia which may necessitate need for artificial respirators and insertion of a breathing tube.
9. Incomplete analgesia (pain or discomfort during the procedure).
10. Injury to the lips, tongue and inside of the mouth or airway injury.
11. Laryngeal and vocal cord trauma or edema (injury to or swelling of the vocal cords).
12. Loss of bowel or bladder function or sexual function.
13. Heart attack or other heart problems.
14. Decreased blood pressure.
15. Shock.
16. Nerve damage ranging from loss of sensation to total paralysis.
17. Back pain.
18. Death.
19. Brain damage.
20. Severe headaches.

## ANESTHESIA CONSENT FORM *(Continued)*

Visit ID: 000100876312 MRN: 05399190
RAY KNIGH AMY
DOB:
ATN MD: DUPONT, JOS EPH
ADM DATE: 12/20/2016 4:47

**RISKS AND COMPLICATIONS OF GENERAL ANESTHESIA:**

1. Allergic, abnormal or hypersensitivity reaction to drugs or equipment which may be fatal.
2. Aspiration (inhalation) into the bronchi (airway) or lungs of stomach contents, stomach acids and foreign objects.
3. Laryngeal and/or vocal cord trauma or edema (injury to or swelling of the vocal cords).
4. Heart attack or other heart problems.
5. Death.
6. Brain damage.
7. Shock.
8. Nerve damage ranging from loss of sensation to total paralysis.
9. Chipped or broken teeth.
10. Esophageal injury.
11. Burns.
12. Malignant hyperthermia (dangerously high fever which may result in death).
13. Injury to lips, tongue and inside of mouth or airway injury.
14. Breathing difficulties.
15. Eye injuries.
16. Conscious or unconscious intraoperative awareness.

**ANESTHESIA AND PREGNANCY**

**List of complications which have occurred to an unborn child in association with obstetrical anesthesia includes:**

1. Hypoxia or anoxia (deprivation of sufficient amounts of oxygen which, if prolonged, can cause death or brain damage).
2. Cardia and/or respiratory depression (reduction of the heart and/or breathing rate which can lead to hypoxia or anoxia).
3. Brain damage.
4. Mental retardation.
5. Injury to body organs.
6. Seizure disorders.
7. Quadriplegia (paralysis of both arms and both legs).
8. Paraplegia (paralysis of both legs).
9. Spasticity (involuntary contraction of one or more muscles with associated loss of muscle function).
10. Meconium aspiration (drawing of meconium, a fetal waste product sometimes present in the fluid surrounding the fetus, into the lungs of the unborn child).
11. Broken bones.
12. Death.

(c) Additional risks (if any) particular to the patient because of a complicating medical condition are:

________________________________________

________________________________________

Surgeon's Packet Cover Sheet for BRGMC (OR/Specials Only)

Send Packet with this Document as Page 1 to the Surgical Document System: (225) 612-7586

☐ Check Here for Add On Same Day Case (Indicate "Add On" In Subject Line)

MD J.Barton Dupont Jr.

*Patient Information*

Knight, Amy — Name

DOB

Cell # 225.931.2516
H# 225.275.6018
Best Contact # for Patient

*Procedure Information (if scheduled)*

☒ BB ☐ MC Date: 12/20/2016

*Complete order from physician containing (please also write ICD9 and CPT code below):*

- ☑ Written order
- ☑ ICD9 code N63
- ☑ CPT code 19120
- ☑ MD signature

☑ Precertification # Not required per Patsy @ Anthem Bl Cross —

☑ Copy of insurance Card Front & Back

☑ Picture ID

☑ Demographic Sheet

*Applicable Test Results including but not limited to (Please see BRG anesthesia criteria as a reference)*

ordered
- ☑ Lab
- ☑ Diagnostic EKG
- ☐ Cardiac Clearance

☑ History and Physical within 30 days

☑ Informed consent

Comments:

Baton Rouge General Medical Center Registration Contacts:

For Registration Email: Scheduling: 819-4747
6:00 AM – 7:00 PM: 381-6030 Insurance: 381-6060
After Hours: 387-7626

Dec. 15. 2016 3:18PM No. 5860 P. 2

PATIENT REGISTRATION

* * TO PATIENT: Please note any changes below

* * GUARANTOR INFORMATION * *
GUAR#: 1-213276-8
NAME: KNIGHT, AMY
ADDR: 14233 JANE SEYMOUR
BATON ROUGE LA 70816
PHONE: 225-275-6018
EMPLOYER:
OCCUPATION:
EMP ADDR:

PCP: 0009308 -- DUPONT, JOSEPH R M.D.

Dr. David [illegible]

* * PATIENT INFORMATION * *
PAT#: 100-232-420-0
NAME: KNIGHT, AMY
DOB: 01/15/1968
SSN: 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 SEX: F

RELATIONSHIP TO GUARANTOR: 01
FINANCIAL CLASS: B5

ADDR: 14233 JANE SEYMOUR
BATON ROUGE LA 70816
HOME PH: 225-275-6018 WORK PH:

EMPLOYER:
EMPLOYER PHONE:
NEAREST RELATIVE:
NAME: TERRY KNIGHT
PHONE: 225-281-3044

* * INSURANCE INFORMATION * *
PRIMARY COV: BLUE CROSS BLUE SHIE
SUBSCRIBER NAME: KNIGHT, AMY
EFF DATE: 01/01/2015
CERT#: XUM274076970 GROUP:

SECONDARY COV:
SUBSCRIBER NAME:
EFF DATE:
CERT#: GROUP:

TERTIARY COV:
SUBSCRIBER NAME:
EFF DATE:
CERT#: GROUP:

RACE: SELECT ONE
___ ASIAN / PACIFIC ISLANDER
___ AMERICAN INDIAN / ALASKAN NATIVE
___ BLACK / AFRICAN AMERICAN
✓ WHITE / CAUCASIAN
___ OTHER

ETHNICITY: SELECT ONE
___ HISPANIC OR LATINO
___ NON HISPANIC OR LATINO

PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE:
I authorize the release of any medical information
including test results, lab results, and/or appointment information via telephone to
Ruby [illegible], Tori Knight, Tim [illegible], [illegible] Andrews, MD
SIGNED: Amy R. Knight DATE: 12 / 14 / 16

Knight - 08/17/23 - 145

Dec. 15. 2016 3:18PM No. 5880 P. 3

AMY RAY KNIGHT

ANTHEM SUBSCRIBER ID:

[illegible]

[illegible]

PPO

PROVIDERS: [illegible]

CLAIMS: [illegible] TO YOUR LOC[illegible]

[illegible]

Pharmacy Benefits Administrator

Pre-cert. 800-274-7767

☐ Check for STAT RX

Baton Rouge General
**DOCTOR'S ORDER SHEET**

Patient Label
Knight, Amy

REMEMBER! Date/Time Every Entry

All orders must be written on this sheet. Please sign all orders.
Routine orders, telephone and/or verbal orders authentication must be dated, timed and signed by the physician.

ALLERGIES:
HEIGHT: WEIGHT: ☐ Pregnant/Lactating
ADMITTING DIAGNOSIS:

| Date / Time | Orders for Medication, Diet and Treatment |
|---|---|
| 12/20/16 10 | Admit |
| | Dx (L) Breast mass |
| | NPO |
| | CBC BMP w/A CXray EKG |
| | Full leg & E Nothing |
| | Consent for Excisional Biopsy (L) |
| | Breast, frozen section |
| | Lovenox 30 mg SQ on arrival |
| | 12/14/16 3:00 pm |

**STOP**
DANGEROUS PRESCRIBING PRACTICES
DO NOT use any of the following unapproved abbreviations:
- U or u
- IU
- Q.D. or qd
- Q.O.D. or qod
- MS
- $MSO_4$
- $MgSO_4$
- Trailing zero after decimal
- Lack of zero before decimal

120

120-0050 (rev. 05/07/09)

Patient Label

380

**PATIENT INFORMED CONSENT TO MEDICAL TREATMENT OR SURGICAL PROCEDURES AND ACKNOWLEDGEMENT OF RECEIPT OF MEDICAL INFORMATION**

**INFORMATION ABOUT THIS DOCUMENT READ CAREFULLY BEFORE SIGNING**

TO THE PATIENT: You, the above named patient, have been told that you should consider medical treatment/surgery. Louisiana law requires us to tell you (1) the nature of your condition, (2) the general nature of the medical treatment/surgery, (3) the risks of the proposed treatment/surgery, as defined by the Louisiana Medical Disclosure Panel or as determined by your doctor, and (4) reasonable therapeutic alternatives and material risks associated with such alternatives.

You have the right, as a patient, to be informed about your condition and the recommended surgical, medical or diagnostic procedure to be used so that you may make the decision whether or not to undergo the procedure after knowing the risks and hazards as well as the potential benefits and drawbacks; potential problems related to recuperation; the likelihood of success; and the possible results of nontreatment involved.

In keeping with the Louisiana law of informed consent, you are being asked to sign a confirmation that we (the patient and provider) have discussed your condition, the nature and purpose of the proposed procedure, and the common problems and risks of the treatment. By signing below you acknowledge that we have already discussed common problems and risks, the alternative treatments and the risk of no treatment. Please read the form carefully. Ask about anything you do not understand, and we will be pleased to explain it.

1. Physician / Provider Name: Joseph Benton Dupont, M.D.
2. Procedure: Extreme Bizzy (2) Breast Tissue Section
   Description: Remove (2) Breast Tissue
3. Material Risks of treatment/procedure:
   (a) All medical or surgical treatment involves risks. Listed below are those reasonably foreseeable risks associated with this procedure that we believe a reasonable person in your (the patient's) position would likely consider significant when deciding whether to have or forego the proposed therapy. Please ask your physician if you would like additional information regarding the nature or consequences of these risks, their likelihood of occurrence, or their associated risks that you might consider significant but may not be listed below.
   (b) Additional risks (if any) particular to the patient because of a complicating medical condition are: none
   (c) Risks generally associated with any surgical treatment/procedure, including anesthesia are: death, brain damage, disfiguring scars, quadriplegia (paralysis from the neck down), paraplegia

Patient Label

380

(paralysis from the waist down), the loss or loss of function of any organ or limb, infection, bleeding, and pain.

4. Acknowledgment, Authorization, and Consent

(a) No Guarantees: All information given to me and, in particular, all estimates made as to the likelihood of occurrence of risks of this or alternate procedures or as to the prospects of success, are made in the best professional judgment of my physician. The possibility and nature of complications cannot always be accurately anticipated and, therefore, there is and can be no guarantee, either expressed or implied, as to the success or other results of the medical treatment or surgical procedure.

(b) Additional Information: Nothing has been said to me, no information has been given to me, and I have not relied upon any information that is inconsistent with the information set forth in this document.

**MATERIAL RISKS IDENTIFIED**

1. Material Risks: Bleeding
Infection
Worsening Leaking problems

KNIGHT, AMY ; DOB: 48 yr F; ID# 01002224200;
Encounter date: 12/14/2016 Location: Baton Rouge General Surgical Associates BB;
Clinician of record: J. Dupont MD; Electronically signed by: J. Dupont MD

## Nursing

**Adult Fall Assessment:** No History of fall in last 3 months, No Walking/Sitting difficulty, No Use of Ambulatory aid

## Subjective

**Chief Complaint/Reason For Encounter**
"6 month follow up"

**History of Present Illness**
48yF followed for fibrocystic breast disease. Continues to have pain in B breasts without discharge. No HA, CP, SOB, vision change, fatigue, bone pain.

MMG w US 12/6/16 showed stable cyst on R, slightly increased size of complicated cyst on L BIRADS 3.

**Past Med/Surg History Problems**
Anxiety
Diabetes mellitus
H/O: depression
Irritable bowel syndrome
Migraine
Murmur
Primary fibromyalgia syndrome
Pure hypercholesterolemia
Tremor

**Past Med/Surg History Procedures**
Laparotomy, exploration (1); *Last Performed*: 05/2005
TAH/BSO (1); *Last Performed*: 12/2005

**Med List** *last modified Dec 14 2016 Reviewed: Dec 14 2016*
Elavil 10 mg tablet, 1 tablet(s) by mouth at bedtime taking
fluoxetine 40 mg capsule, 1 capsule(s) by mouth before noon taking
metformin 500 mg tablet, 1 tablet(s) by mouth 2 times per day taking
milnacipran oral, Oral taking
propranolol 20 mg tablet, 1.5 tab(s) By Mouth 2 Times A Day taking
topiramate 50 mg tablet, Tablet Oral taking

**Preferred Pharmacy**
WINN DIXIE (Coursey) [BATON ROUGE, 13002 COURSEY BLVD] Ph: 225-756-7110 Fax: 225-756-7109

**Allergies** *Reviewed: Dec 14 2016*
morphine; Sulfa (Sulfonamide Antibiotics)

**Family History** *last modified Oct 06 2015 Reviewed: Dec 14 2016*
No significant family history

**Social History** *last modified Oct 06 2015 Reviewed: Dec 14 2016*
**Tobacco** Never smoked; Tobacco reviewed with patient 12/14/2016
**Alcohol Use** Non-drinker
**Caffeine Use** Uses caffeine
**Home Safety Risk** No abusive home environment; Seat belt worn consistently; Smoke detectors in home

KNIGHT, AMY ; DOB: 48 yr F; ID# 01002224200;
Encounter date: 12/14 ion: Baton Rouge General Surgical Associates BB;
Clinician of record: J. Dupont MD; Electronically signed by: J. Dupont MD

Personal: *Ethnicity:* Not Hispanic or Latino; *Race:* White; *Religion:* Unknown; *Primary language:* English; *Marital status:* Married; *Caretaker details:* self

## Objective

**Vital Signs**
**HR:** 85 bpm **Blood Pressure:** 114/75 mmHg (L arm sitting adult-std cuff)
**Height:** 63 in [160.02 cm] **Weight:** 115 lbs [52.163 kg] **BMI:** 20.4 **BSA:** 1.529
**Pain Scale:** 0/10 (Numeric)
**Date/Time:** *Dec 14 2016 14:19*
No cervical/supraclav LAD
No ax LAD
R breast without masses
L breast w prominent area of tenderness, firm, poorly circumscribed palpable prominence 2 oclock
RRR
CTAB
Abd soft/nt/nd

## Assessment

L breast mass, BIRADS 3

## Plan

Discussed at length with patient and mother
Given increased prominence since last exam 6 mo ago, recommended excisional biopsy
Will schedule for excision in OR

**Contributors to this Visit Note**
Documenting Clinician: J. Dupont MD
A. Patterson - *Staff Type:* Ancillary *Time:* Dec 14 2016 14:22 *Action:* Create; Edit
J. Zagory - *Staff Type:* Resident *Time:* Dec 14 2016 14:53 *Action:* Edit
J. Dupont MD - *Staff Type:* Physician *Time:* Dec 14 2016 16:42 *Action:* Sign

WOMAN'S HOSPITAL
DEPARTMENT OF IMAGING SERVICES
100 WOMAN'S WAY, BATON ROUGE, LA 70817
(225) 924-8267

RADIOLOGISTS

James Ruiz, M.D. Marcia Gremillion, M.D. Gay Winters, M.D.
Steven Sotile, M.D. John Lovretich, M.D. Misty Norman, M.D. Claire Roberts, M.D.

Name: KNIGHT,AMY RAY
DOB: Age: 48 Sex: F
Location: BSC

Physician: Dupont, J B. Jr MD
Acct: V087964064
MR Num: M00329686

Exam Date: 12/06/16

Exam: R001361391; R001361392 Diagnostic Mammogram 3-D Tomo; SONO BREAST LIMITED-BILAT

*A negative report should not delay biopsy if a dominant or clinically suspicious mass is present. Some cancers are not identified by x-ray. Adenosis and dense breasts may obscure an underlying neoplasm.*

ABNORMAL REPORT

DIAGNOSTIC MAMMOGRAM WITH 3D TOMOSYNTHESIS
BREAST ULTRASOUND, LIMITED, BILATERAL

INDICATION: Fibrocystic change, follow-up.

COMPARISON: Comparison is made with 08/01/2014, 08/03/2015, and 06/28/2016.

TECHNIQUE/FINDINGS: Digital 2D mammographic imaging and digital 3D tomosynthesis with associated C-View images of both breasts were performed in multiple projections. The breasts are heterogeneously dense, which lowers the sensitivity of mammography. No abnormal masses, densities, or suspicious calcifications are noted mammographically on either side. There is continued demonstration of a focal asymmetric density in the upper-outer quadrant of the left breast, unchanged in mammographic appearance when compared to the previous examinations.

Bilateral breast ultrasound was performed for evaluation of complicated cysts.

On the right, there is continued demonstration of a round cyst with internal fluid level at the 9 o'clock position 5.0 cm from the nipple, decreased in size when compared to the previous examination, currently measuring 0.4 x 0.3 x 0.4 cm (previously 0.7 cm in maximal dimension). No sonographically suspicious abnormalities are noted on the right.

On the left at the 2 o'clock position 1.0 cm from the nipple, there is a complicated cyst which is decreased in size compared to the previous study, currently measuring 0.9 x 0.4 x 0.6 cm. An additional minimally complicated cyst at the 2 o'clock position 3.0 cm from the nipple currently measures 0.6 x 0.5 x 0.6 cm. This is mildly increased in size when compared to the previous study. Continued follow-up with repeat left breast ultrasound in six months is recommended to document stability of benign features. There is a stable minimally

CC's: Dupont,J Benton Jr

WOMAN'S HOSPITAL
DEPARTMENT OF IMAGING SERVICES
100 WOMAN'S WAY, BATON ROUGE, LA 70817
(225) 924-8267

Name: KNIGHT,AMY RAY Physician: Dupont, J B, Jr MD
DOB: Age: 48 Sex: F Acct: V067864084

hypoechoic solid mass at the 11 o'clock position of the left breast 5.0 cm from the nipple, not changed in size or configuration when compared to the previous study, measuring 0.9 x 0.5 x 0.8 cm. No sonographically suspicious abnormalities are noted on the left.

**IMPRESSION:**

- **No change in the mammographic appearance of either breast.**
- **Minimally complicated cysts at the right breast 9 o'clock position and left breast 2 o'clock position, as above. Continued sonographic surveillance of the left breast 2 o'clock position is recommended to document stability of benign features for one year.**
- **Stable hypoechoic solid mass at the 11 o'clock position of the left breast.**

Within 10 days, written notification of the results of this study will be mailed to your patient. All patient information was entered into a reminder system for their next targeted mammogram. This mammogram has been reviewed by a computer-aided detection (CAD) system.

Thank you for referring your patient to us. Please contact us if we may be of further assistance.

ACR CODE 3: PROBABLY BENIGN - SHORT TERM FOLLOW-UP RECOMMENDED

BREAST TISSUE DENSITY: HETEROGENEOUSLY DENSE

Reported By: Claire Roberts,MD,RADIOLOGIST
Signed By: Claire Roberts, MD RADIOLOGIST

CC's: Dupont,J Benton Jr
--

BATON ROUGE GENERAL MEDICAL CENTER

## Patient Profile

McKesson Paragon Clinician Hub

RAY KNIGHT, AMY

Location: UNKNOWN_LOCATION UNKNOWN_ROOM UNKNOWN_BED

(50Y) Female Admit: 06-Jun-2018 MRN: 05399190 Visit ID: 000101115199

### Patient Reported Procedures

Unverified

**Hysterectomy**

| | | | |
|---|---|---|---|
| Status: | Completed | Start Date/Time: | Unknown |
| Treating Provider: | | End Date/Time: | |
| Laterality: | | Informant Source: | |
| Severity: | | Informant Name: | |
| Note: | | | |

Last Documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:44

**Laparoscopy**

| | | | |
|---|---|---|---|
| Status: | Completed | Start Date/Time: | Unknown |
| Treating Provider: | | End Date/Time: | |
| Laterality: | | Informant Source: | |
| Severity: | | Informant Name: | |
| Note: | | | |

Last Documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:44

**WISDOM TEETH**

| | | | |
|---|---|---|---|
| Status: | Completed | Start Date/Time: | Unknown |
| Treating Provider: | | End Date/Time: | |
| Laterality: | | Informant Source: | |
| Severity: | | Informant Name: | |
| Note: | | | |

Last Documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:44

### Personal History - Education

Unverified

Education Level: Some college/vocational/tech program

### Personal History - Occupation

Unverified

No Personal History Occupation Data

### Problem List - Current Visit

Unverified

**Closed fracture of head of radius**

| | | | |
|---|---|---|---|
| Entry Date: | 06-Jun-2018 | ICD Code: | |
| Type: | Problem | Start Date/Time: | 06-Jun-2018 |
| Status: | Active | End Date/Time: | |
| Treating Provider: | | Informant Source: | |
| Laterality: | Left | Informant Name: | |
| Severity: | | | |
| Note: | | | |

Last Documented by: LISA H. KING, NP-C on 06-Jun-2018 13:03

### Problem List - Full

Unverified

No Full Problem and Procedure Data

### Social History - Tobacco Use

Unverified

None reported. Last documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:43

### Social History - Alcohol Use

Unverified

None reported. Last documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:43

## Social History - Recreational Drug Use

Unverified

None reported. Last documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:43

## Patient Education

ELBOW FRACTURE (English)

Date/Time Provided: 06-Jun-2018 13:04 Provided by: LISA H. KING, NP-C
Comments:

BRG Return to Work/School Release* (English)

Date/Time Provided: 06-Jun-2018 13:05 Provided by: LISA H. KING, NP-C
Comments:

## Physicians

| | |
|---|---|
| Admitting | - JASON B. MADATIC |
| Attending | - JASON B. MADATIC |
| Family Physician | - JAMES D. WEST |
| Ordering | - LISA H. KING |
| Primary Care Physician | - JAMES D. WEST |
| Radiologist | - BYRON B. MAY |

## Documentation

Admit Weight:
Last Documented by: PATRICIA H. POCHE, RN on 06-Jun-2018 10:14

Current Weight:
Last Documented by: PATRICIA H. POCHE, RN on 06-Jun-2018 10:17

BMI:
Calculated field

BSA:
Calculated field

Preferred Language:

Smoking Status:
Last Documented by: TRACEY W. FERRINGTON RN on 16-Dec-2016 15:43

Education Level:
Last Documented by: TRACEY W. FERRINGTON RN on 16-Dec-2016 15:43

Organ Donor:

PATIENT DOES NOT HAVE LIVING WILL:
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:43

Printed: 06/06/2018 10:18:18
Page 1 of 1
Patient: KNIGHT, AMY R.

**BATON ROUGE GENERAL MEDICAL CENTER**
**BB - EMERGENCY Triage Report**

Visit ID: 000101115199
Med Rec: 05399190

Age: 50Y DOB Sex: F Acuity: 4 Triage System: Unknown

Chief Complaint: Fall

Onset:
Head Circum.:

Triage D/T: 06/06/2018 10:15
Room/Bed:
Arrival D/T: 06/06/2018 10:03
Arrived from:
Mode of Arrival: Walk In
Accompanied by:
Informant:
Consent toTreat?:

EMS:
EMS Unit:
Radio Call: N
Pre Hospital Care:
[None entered]

Infection Control:
Screening:
Suicide Risk:
Pregnant?:
LMP:

Patient Narrative:
pt tripped and fell on left side and face. pt c/o left shoulder, left elbow, left wrist pain. Additional complaints of bilateral knee pain facial pain. pt denies loc. pt is ambulatory
[POCHE, PATRICIA H. 06/06/18 10:17]

Stroke Assessment Last Known Well:
On Oxygen On Arrival: No
Arrival Oxygen:

NPO since:
Last Intake Solid: D/T
Last Intake Liquid: D/T

| BP *Most recent vitals entered in triage* | Temperature | Pulse | Respirations | $SpO_2$ | FSBS | GCS | Height |
|---|---|---|---|---|---|---|---|
| 113/72 mmHg | 98.3 F | 92 bpm | 18 | 94% | | 15 | |
| Site: Pos: Type: | Site: | Site: Qly: Type: | Qly: | $O_2$Del: | | M - 6 V - 5 E - 4 | Weight 52.6 kg |

**Pain Assessment** Score: 8/10 Scale: Numeric
Location: all over
Character:
Non Verbal Signs:
Distribution:
Intensified By:
Radiation
Relieved By:
Duration:
Goal:



Complaint: Fall
Site: right cheek

Dr: (Unassigned)
PCP: WEST, JAMES D.
Electronically Signed By: POCHE, PATRICIA H. RN
Dt Signed: 06/06/2018 10:18:15

**Baton Rouge General** Bluebonnet (EDTC) / Midcity (EMRG) EDTC OP FINAL (SIGNED)

EMERGENCY ROOM NOTE

Patient: KNIGHT, AMY MR#: 05399190 DOS: 06/06/2018 10:03
Age: 50Y Sex: Female DOB: Visit ID: 000101115199 Bed: BEL26A
Created By: KING, USA H. Created Date: 06/06/2018 11:35

**Originally Presented to:** [X] Emergency Dept [ ] Express Care

**Initial MD start exam time:**
06/06/2018 10:28

**Nurses Triage Narrative**
pt tripped and fell on left side and face. pt c/o left shoulder, left elbow, left wrist pain. Additional complaints of bilateral knee pain facial pain. pt denies loc. pt is ambulatory [POCHE, PATRICIA H. 06/06/18 10:17]

**Vital Signs** [X] Reviewed [ ] Updated

Triage Vitals:
Date/Time: 06/06/2018 10:15
Temp: 98.3F
Pulse: 92 bpm
Respirations: 18
Blood Pressure: 113/72 mmHg
O2Sat: 94 %
Weight: 52.6 kg

Last Set of Vitals: Interpretation:

BP: 113/72 06/06/2018 10:15
Pulse: 92 06/06/2018 10:15
Temp: 98.3 F 06/06/2018 10:15
Resp: 18 06/06/2018 10:15
O2 Sat: 94% 06/06/2018 10:15

**HPI**
**Chief Complaint:** Left arm pain

Source(s): patient
Additional Source(s): [X] Nursing note reviewed and agree
[ ] Discrepancy noted:
[ ] Outside records reviewed:
[ ] Hospital records reviewed:

Reliability of History: [X] Good [ ] Poor Historian [ ] Unable to obtain history because: [ ] Appears intoxicated [ ] Other
Current Status:
Current Status: Stable

Onset: [ ] [ ] Minutes(s) ago [X] Hour(s) ago [ ] Day(s) ago [ ] Week(s) ago [ ] Chronic [ ] Unclear
[ ] Sudden Onset [ ] Gradual Onset

**Location:**
Severity: [ ] Mild [ ] Moderate [ ] Severe
Modifying Factors:
Associated Symptoms:

Quality:
Duration:
Free Text Summary:

**Baton Rouge General** Bluebonnet (EDTC) / Midcity (EMRC) EDTC OP FINAL (SIGNED)

EMERGENCY ROOM NOTE

Patient: KNIGHT, AMY MR#: 05399190 DOS: 06/06/2018 10:03
Age: 50Y Sex: Female DOB Visit ID: 000101115199 Bed: BEL20A
Created By: KING, LISA H. Created Date: 06/06/2018 11:33

Free Text Summary: 50-year-old female with a history of fibromyalgia, anxiety, depression, tremors, and migraine headaches states this morning at work she tripped over, falling forward. She hit her head, but denies loss of consciousness. She also a small abrasion to the facial frenulum, and a small laceration to the intraoral lower lip. Patient went to see her dentist, had x-rays of her teeth, which were normal and advised not to have the small laceration repaired. Patient complains of left elbow and shoulder pain, along with neck pain and a slight headache. She denies blurred vision, nausea, or vomiting.
PCP Dr. West

Attending Note:

**Review of Systems**

☒ All systems reviewed and negative, except as noted. ☐ Unable to review due to:

Musculoskeletal: Joint Pain; No Back Pain
General: No Fevers; No Chills
Cardiovascular: No Chest Pain
Respiratory: No Cough; No Dyspnea
Eyes: No Blurry Vision
Neurolgic: No Tingling; No Focal Motor Deficits; No Focal Sensory Deficits; No Gait Abnormalities; No Speech Disturbances
Gastrointestinal: No Abdominal Pain, No Nausea; No Vomiting; No Diarrhea

**Past Medical History:** ☒ Reviewed ☐ Updated ☐ None Reported

Fibromyalgia, diabetes, IBD, migraines, essential tremors, anxiety, depression, Ménière's, Raynaud's, partial hysterectomy, benign left breast biopsy

**Allergies** ☒ Reviewed ☐ Updated

adhesive(redness/whelps), morphine(itching), Sulfa (Sulfonamide Antibiotics)(GI upset)

**Home Meds** ☒ Reviewed ☐ Updated ☐ None Reported

Advil, 400 milligram PO every 8 hours PRN pain
Align, 4 milligram PO every day
Amitriptyline, 10 milligram PO once daily at bedtime
Claritin, 10 milligram PO every day
Cranberry, 200 milligram PO every day
Flonase Allergy Relief 50 mcg/actuation Spray, 1 spray Intranasal 2 times per day PRN nasal congestion
HYDROcodone-acetaminophen 5 mg-325 mg, 1 tablet PO every 4 hours PRN
HYDROMORPHONE (PF) SYRINGE, 0.2 MG/0.1 ML INTRAVENOUS EVERY 5 MINUTES AS NEEDED PRN (Duration: 12 Hours). Start Date: 12/20/2016
Inderal, 10 milligram PO 2 times per day
Librax (with Clidinium) 2.5 mg-5 mg, 1 capsule PO 2 times per day
metFORMIN 24 hr Tab, 500 milligram PO 2 times per day
Miralax, 17 gram PO every day
Multivitamins, 1 tablet PO every morning
ONDANSETRON HCL (PF) SOLUTION, 4 MG/2 ML INTRAVENOUS ONCE AS NEEDED PRN (Duration: 12 Hours). Start Date: 12/20/2016
Pepcid, 20 milligram PO every day PRN
PROzac, 40 milligram PO every day
Savella, 50 milligram PO 2 times per day
Topiramate, 25 milligram PO every 12 hours
Treximet, 1 tablet PO every day PRN migraine headache
Valium, 2 milligram PO once PRN
Wellbutrin XL 24 hr Tab, 150 milligram PO every morning
Xanax Tab, 0.5 milligram PO once PRN

**Social History** ☒ Reviewed ☐ Updated ☒ None Reported

**Tobacco Use:**

None Reported : TOBACCO HISTORY Last Documented By: TRACEY W. FERRINGTON, RN on 12/16/2016 15:43

☐ Never Smoker ☐ Daily Smoker ☐ Former smoker

Comment:

**Alcohol Use:** ☒ Reviewed ☐ Updated ☒ None Reported

None Reported : ALCOHOL HISTORY Last Documented By: TRACEY W. FERRINGTON, RN on 12/16/2016 15:43

**Baton Rouge General** Bluebonnet (EDTC) / Mid city (EMRG) EDTC OP FINAL (SIGNED)

EMERGENCY ROOM NOTE

Patient: KNIGHT, AMY MR#: 05399190 DOS: 06/06/2018 10:03
Age: 50Y Sex: Female DOB Visit ID: 000101115199 Bed: BEL26A
Created By: KING, LISA H. Created Date: 06/06/2018 11:33

☐ Occasional Drinker ☐ Daily Drinker ☐ Never Drinks ☐ Binge drinker ☐ Former Drinker

Alcohol Comment:

**Recreational Drug Use:** ☒ Reviewed ☐ Updated ☒ None Reported

None Reported : RECREATIONAL DRUG HISTORY Last Documented By: TRACEY W. FERRINGTON, RN on 12/16/2016 15:43

☐ Occasional Drug use ☐ Former Drug use

Rec Drug Comment:

**Occupation:** Employed

**Living Situation:** with family

**Physical Exam** Note (free text): GENERAL: Awake, Alert, no distress
HEENT: PERRL, EOMI clear conjunctiva, no facial bony tenderness, small abrasion noted to facial frenulum, small laceration noted to the lower intraoral lip
NECK: Supple, C-spine non-tender, bilateral trapezius muscles mildly tender to palpate, full neck range of motion
PULMONARY: Clear breath sounds bilaterally, no respiratory distress
HEART: Regular rate and rhythm, no murmur, no edema
ABDOMEN: Soft, non-tender, normal bowel sounds
NEURO: No focal deficits, normal ambulation, cranial nerves II through XII intact, no ataxia, negative Romberg
SKIN: Warm and dry, no rash, small abrasion noted to the right knee
MS: Thoracic and lumbar spine nontender to palpation, left elbow tender to palpate with decreased range of motion due to pain, left shoulder nontender to palpation, however decreased range of motion due to pain. Left wrist nontender to palpate with full range of motion, no scaphoid tenderness. Bilateral knees nontender to palpate with full range of motion. Patient is able to bear weight without difficulty. 5/5 strength all extremities.

**Laboratory**

No Lab Results for the past 24 hours

| Order | Test | Value | Reference Range | Comments | Status | Collection |
|---|---|---|---|---|---|---|

**Radiology:**

Type Study: X-Ray Reviewed at: 1240

Interpreted by: Radiologist

Impression: EXAM: BBXR SHOULDER LT

CLINICAL HISTORY: 417746004: Traumatic injury. Left shoulder pain.

COMPARISON: No studies are available for comparison.

FINDINGS: No osseous, articular, or soft tissue abnormality identified.

IMPRESSION: Negative study.

Report Date: 6/6/2018 12:31 PM

Electronically Signed By: MAY, BYRON B.
Date: 06/06/2018 12:31

Other Comments:

**Radiology:**

Type Study: X-Ray Reviewed at: 1240

Interpreted by: Radiologist

Documentation Cont. Next Page

**Baton Rouge General** Bluebonnet (EDTC) / Midcity (EMRG):EDTC OP FINAL (SIGNED)

EMERGENCY ROOM NOTE

Patient: KNIGHT, AMY MR#: 05399190 DOS: 06/06/2018 10:03
Age: 50Y Sex: Female DOB: Visit ID: 000101115199 Bed: BEL26A
Created By: KING, LISA H. Created Date: 06/06/2018 11:35

Impression: EXAM: BBXR ELBOW LT MIN 3 VIEWS

CLINICAL HISTORY: 417746004: Traumatic injury. Left elbow pain

COMPARISON: No studies are available for comparison.

FINDINGS: Nondisplaced radial head fracture with associated joint effusion. Alignment is satisfactory.

IMPRESSION: Nondisplaced radial head fracture.

Report Date: 6/6/2018 12:30 PM

Electronically Signed By: MAY, BYRON B.
Date: 06/06/2018 12:30

**Orders**

| Order Date | Description | Frequency | Ordered By | Status |
|---|---|---|---|---|
| 6/6/2018 | HYDROCODONE-ACETAMINOPHEN 10-325 MG 1 TABLET ORAL | ONCE | KING, LISA H. | Active |
| 6/6/2018 | ORPHENADRINE CITRATE 60 MG IM | ONCE | KING, LISA H. | Active |
| 6/6/2018 | BBXR ELBOW LT MIN 3 VIEWS | One Time | KING, LISA H. | Today |
| 6/6/2018 | BBXR SHOULDER LT | One Time | KING, LISA H. | Today |

**Progress Note:**
Time: 1300
Note: X-ray results discussed with patient, will place her in a left long arm splint with a 90° angle at the elbow, provide a sling, and discharge her home with ortho follow-up and Norco. Patient states she will most likely see someone at the bone and joint clinic, offered to provide contact information for the physician on call, but she stated she will have no problem getting in to see an orthopedist, and plans to make a phone call today.
Note:

**Disposition** Disposition To: home

Decision Time: 1300 [Discharge] Transfer Admit DID Other:

Condition: stable

Comments: Customized splint placed by the emergency room technician, visualized by me, placed correctly, neurovascular is intact.

☒ Discussed history, exam, results, diagnosis, and plan with Dr. Madalic at 1300

☒ Counseled patient and/or family regarding radiology results; diagnosis; need for follow up

☒ Follow up with Primary Care Physician

Diagnosis:

| Problem | Associated ICD-10-CM Code | Status | Onset |
|---|---|---|---|
| Closed fracture of head of radius | None Associated | Active | 2018 |

☒ Paper discharge instructions given:

**Patient Education/Discharge Instructions:**

| Education Title | Language | Date/Time Provided | Provided by | Comments |
|---|---|---|---|---|
| ELBOW FRACTURE | English | 06/06/2018 13:04 | LISA H. KING, NP-C | |
| BRG Return to Work/School Release* | English | 06/06/2018 13:05 | LISA H. KING, NP-C | |

**Final Discharge from:** ☒ Emergency Dept ☐ Express Care

**SIGNATURE**

LISA H. KING, NP-C 06/06/2018 13:12
Signature Date

☐ Attending Physician Medical Screening Exam Note:
An appropriate medical screening examination was performed on the patient. Based on the presenting complaints of the patient, the patient did not have an emergency medical condition present at the time of the examination and discharge.

**Baton Rouge General** Bluebonnet (EDTC) / Mid City (EMRG):EDTC OP FINAL (SIGNED)

EMERGENCY ROOM NOTE

Patient: KNIGHT, AMY MR#: 05399190 DOS: 06/06/2018 10:03
Age: 50Y Sex: Female DOB: Visit ID: 000101115199 Bed: BEL26A
Created By: KING, LISA H Created Date: 06/06/2018 11:35

the patient did not have an emergency medical condition present at the time of the examination and discharge.

☒ Attending Physician Note:

*The patient fell today. She saw her dentist prior to coming to the emergency room who has cleared her from any dental trauma. She sustained a fracture of her radial head. Her wound has been splinted and we have recommended close orthopedic follow-up for further evaluation and treatment.*

*Signature attests that all pages have been reviewed and completed*

*JASON B. MADATIC, MD* *06/06/2018 13:47*

Physician Signature Date

Report Date: 06/06/2018

BATON ROUGE GENERAL MEDICAL CENTER
**Medication Administration Record**

06/07/2018 02:14:39
Page 1 of 1

| | | | | | |
|---|---|---|---|---|---|
| Patient: KNIGHT, AMY R. | | | Admitted: 06/06/2018 10:03 | Attending: MADATIC, JASON B. | |
| Visit ID: 000101115199 | | Med Rec#: 05399190 | Location: UNKNOWN_LOCATION UNKNOWN_BED | | |
| Gender: F | DOB: | Age: 50Y | Weight: 52.60 kgs | Height: | BMI: |

| Allergy | Severity | Reaction | Allergy Date |
|---|---|---|---|
| adhesive | Unknown | redness/whelps | |
| morphine | Unknown | itching | |
| Sulfa (Sulfonamide Antibiotics) | Unknown | GI upset | |

**Scheduled Meds**

| Medication | Dose | Brand | Form | Start | Stop | 07:01-15:00 | 15:01-23:00 | 23:01-07:00 |
|---|---|---|---|---|---|---|---|---|
| [D] HYDROCODONE-ACETAMINOPHEN - STAT - [10-325 MG] TABLET ORAL GIVE ONCE ONLY [ 1 X 10-325 MG PER DOSE ]<br><br>CPOE COMMENT: MAXIMUM DOSE IS 4 GRAMS OF ACETAMINOPHEN PER 24 HOURS DOCUMENT WASTE IN ACUDOSE RX#: 5552340 | 1 TABLET | NORCO | TABLET | 06/06/18 11:29 | 06/06/18 13:32 | 11:29/11:58<br><br>Admin: LKB 06/06 11:58<br><br>Adm. Dose: 1 TABLET | | |
| [D] ORPHENADRINE CITRATE - STAT - [30 MG/ML] SOLUTION INTRAMUSCULAR GIVE ONCE ONLY [ 1 X 2 ML [30 MG/ML] PER DOSE ] RX#: 5552341 | 60 MG | ORPHENADRINE CITRATE | SOLUTION | 06/06/18 11:30 | 06/06/18 13:32 | 11:30/11:59<br><br>Admin: LKB 06/06 11:59<br><br>Adm. Dose: 60 MG<br><br>Inj. Site: Right dorsogluteal | | |
| [D] TETANUS AND DIPHTHER. TOX (PF) - STAT - SUSPENSION INTRAMUSCULAR GIVE ONCE ONLY [ 1 X 0.5 ML PER DOSE ]<br><br>CPOE COMMENT: **REFRIGERATE** RX#: 5552413 | 0.5 ML | TENIVAC (PF) | SUSPENSION | 06/06/18 11:48 | 06/06/18 13:32 | 11:48/11:59<br><br>Admin: LKB 06/06 11:59<br><br>Adm. Dose: 0.5 ML<br><br>Inj. Site: Right Deltoid | | |

| *Initials | Caregiver Names | Initials | Caregiver Names |
|---|---|---|---|
| LKB | LAWRENCE K. BUTT, RN | | |

Date From: 06/06/2018 00:00
Thru: 06/06/2018 13:32

**BATON ROUGE GENERAL MEDICAL CENTER**
**Medication Administration History Report**

06/07/2018 02:14:40
Page 1 of 1

Patient: KNIGHT, AMY R.
Visit ID: 000101115199 Med Rec#: 05399190 Admitted: 06/06/2018 10:03 Attending: MADATIC, JASON B.
Gender: F DOB: Age: 50Y Weight: 52.60 kgs Height: BMI:

| Allergy | Severity | Reaction | Date |
|---|---|---|---|
| adhesive | Unknown | redness/whelps | |
| Sulfa (Sulfonamide Antibiotics) | Unknown | GI upset | |
| morphine | Unknown | itching | |

***Scheduled***

Medication: HYDROCODONE-ACETAMINOPHEN 10-325 MG [NORCO] (RX# 5552340)
Order Dose: 1 TABLET
Frequency: GIVE ONCE ONLY
Route: ORAL
Ordering Provider: KING, LISA H.
Start Date: 06/06/2018 11:29 End Date: 06/06/2018 13:32 Entered By: PROCESSOR MM

Comments: CPOE COMMENT: MAXIMUM DOSE IS 4 GRAMS OF ACETAMINOPHEN PER 24 HOURS DOCUMENT WASTE IN ACUDOSE

| Sched Dt/Tm | Admin Dt/Tm | Charted Dt/Tm | Adm Dose | Route | Site | Adm | CoSig | Witns | Observations |
|---|---|---|---|---|---|---|---|---|---|
| 06/06/2018 11:29 | 06/06/2018 11:58 | 06/06/2018 11:59 | 1 TABLET | ORAL | | LKB | | | |

Admin Location: EDTC OP BEL26A

Verification History
06/06/2018 11:29 STATUS: Verified BY: RX LOCATION: EDTC OP BEL26A

Medication: ORPHENADRINE CITRATE 30 MG/ML [ORPHENADRINE CITRATE] (RX# 5552341)
Order Dose: 60 MG
Frequency: GIVE ONCE ONLY
Route: INTRAMUSCULAR
Ordering Provider: KING, LISA H.
Start Date: 06/06/2018 11:30 End Date: 06/06/2018 13:32 Entered By: PROCESSOR MM

| Sched Dt/Tm | Admin Dt/Tm | Charted Dt/Tm | Adm Dose | Route | Site | Adm | CoSig | Witns | Observations |
|---|---|---|---|---|---|---|---|---|---|
| 06/06/2018 11:30 | 06/06/2018 11:59 | 06/06/2018 11:59 | 60 MG | INTRAMUSCULAR | RDG | LKB | | | |

Admin Location: EDTC OP BEL26A

Verification History
06/06/2018 11:30 STATUS: Verified BY: RX LOCATION: EDTC OP BEL26A

Medication: TETANUS AND DIPHTHER. TOX (PF) [TENIVAC (PF)] (RX# 5552413)
Order Dose: 0.5 ML
Frequency: GIVE ONCE ONLY
Route: INTRAMUSCULAR
Ordering Provider: KING, LISA H.
Start Date: 06/06/2018 11:48 End Date: 06/06/2018 13:32 Entered By: PROCESSOR MM

Comments: CPOE COMMENT: **REFRIGERATE**

| Sched Dt/Tm | Admin Dt/Tm | Charted Dt/Tm | Adm Dose | Route | Site | Adm | CoSig | Witns | Observations |
|---|---|---|---|---|---|---|---|---|---|
| 06/06/2018 11:48 | 06/06/2018 11:59 | 06/06/2018 12:01 | 0.5 ML | INTRAMUSCULAR | MU_HL7_INJ_ST | LKB | | | |

Admin Location: EDTC OP BEL26A

Verification History
06/06/2018 11:48 STATUS: Verified BY: RX LOCATION: EDTC OP BEL26A

Linked Orders C = Chained, E = Exclusive, J = Joined, S = Simultaneous
Observations * = Observations changed since administration. See CCS reports for current values.

| Injection Site | | Initials | Caregiver Names | Initials | Caregiver Names |
|---|---|---|---|---|---|
| MU_HL7_I | Right Deltoid | LKB | LAWRENCE K. BUTT, RN | RX | PROCESSOR MM |
| RDG | Right dorsogluteal | | | | |

BATON ROUGE GENERAL MEDICAL CENTER
8585 PICARDY AVE

BATON ROUGE, LA 70809
Telephone: (225)763-4000

Fax: (225)381-6935

Name: AMY KNIGHT

Age: 50Y

Address:

DOB:

Rx Date: 06/06/2018

Rx hydrocodone 10 mg-acetaminophen 325 mg tablet
1 tablet orally every 4 hours as needed
Quantity: **13** (thirteen) tablet(s) Refills: **0** Earliest Fill Date: 06/06/2018

Indications: Not Specified
Weight (kg):

X ______________________________
LISA H. KING, NP-C

DEA No: [ ]

License No: [ AP07917 ]

NPI No: [ 1982738696 ]

Order No: [ PPW000337663 ]

Substitution: Allowed

Supervising Physician: [ JASON MADATIC ]

Supervising DEA No: [ ]

Supervising NPI No: [ 1477528602 ]

In order for a brand name product to be dispensed, the prescriber must hand write "Brand Necessary" or "Brand Medically Necessary" in space below

340B00904600BR

## Baton Rouge General Medical Center

Mid City Radiology
Phone (225) 381-6505 Fax: (225) 387-7017

Bluebonnet Radiology
Phone ((225) 763-4090 Fax (225) 763-4089

Dijon and Oneal Imaging Center
Phone (225) 769-9337 Fax: (225) 769-9320

Patient Name: **KNIGHT, AMY RAY** DOB:

Med Rec #: 05399190
Patient Location: BB - EMERGENCY
Phone: Gender: F Age: 50Y

Visit ID: 000101115199
Patient Type: EMERGENCY
Accession # 10665693

Exam Reason:
Order Phys: KING, LISA H
Read By: MAY, BYRON BLAKE

**06/06/18 11:35 BBXR ELBOW LT MIN 3 VIEWS**

***Final***

EXAM: BBXR ELBOW LT MIN 3 VIEWS

CLINICAL HISTORY: 417746004: Traumatic injury. Left elbow pain

COMPARISON: No studies are available for comparison.

FINDINGS: Nondisplaced radial head fracture with associated joint effusion. Alignment is satisfactory.

IMPRESSION: Nondisplaced radial head fracture.

Report Date: 6/6/2018 12:30 PM

**Electronically Signed By: MAY, BYRON B.**
Date: 06/06/2018 12:30

Transcribed: 06/06/2018 12:32 By: MAY, BYRON B. Visit ID: 000101115199

*Confidentiality Notice:* The documents accompanying this telecopy transmission contain confidential information belonging to the sender. The information is only for the use of the individual or entity named below. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this telecopied information is strictly prohibited. If you have received this telecopy in error, please notify this office immediately by telephone to arrange for the return of the original document(s) to us.

# Baton Rouge General Medical Center

Mid City Radiology
Phone (225) 381-6505 Fax: (225) 387-7017

Bluebonnet Radiology
Phone ((225) 763-4090 Fax (225) 763-4089

Dijon and Oneal Imaging Center
Phone (225) 769-9337 Fax: (225) 769-9320

Patient Name: **KNIGHT, AMY RAY** DOB: (

Med Rec #: 05399190
Patient Location: BB - EMERGENCY
Phone: Gender: F Age: 50Y

Visit ID: 000101115199
Patient Type: EMERGENCY
Accession # 10665694

Exam Reason:
Order Phys: KING, LISA H Read By: MAY, BYRON BLAKE

**06/06/18 11:35 BBXR SHOULDER LT**

***Final***

EXAM: BBXR SHOULDER LT

CLINICAL HISTORY: 417746004: Traumatic injury. Left shoulder pain.

COMPARISON: No studies are available for comparison.

FINDINGS: No osseous, articular, or soft tissue abnormality identified.

IMPRESSION: Negative study.

Report Date: 6/6/2018 12:31 PM

**Electronically Signed By: MAY, BYRON B.**
Date: 06/06/2018 12:31

**Transcribed: 06/06/2018 12:33 By: MAY, BYRON B.** **Visit ID: 000101115199**

*Confidentiality Notice:* The documents accompanying this telecopy transmission contain confidential information belonging to the sender. The information is only for the use of the individual or entity named below. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this telecopied information is strictly prohibited. If you have received this telecopy in error, please notify this office immediately by telephone to arrange for the return of the original document(s) to us.

BATON ROUGE GENERAL MEDICAL CENTER
Daily Focus Assessment Report
06/06/2018 10:03 through 06/07/2018 04:36

Patient Name: KNIGHT, AMY R.
Visit ID: 000101115199 MR Number: 05399190 DOB:
Admitted: 06/06/2018 10:03 Attending: UNASSIGNED ER-PHYSICIAN
Admitting Diagnosis:

| Assessment Date | | | Entry Date |
|---|---|---|---|
| | **Pain**<br>**Entered By:** PATRICIA H. POCHE, RN<br>**Pt. Location:** UNKNOWN_LOCATION UNKNOWN_BED | | |
| 06/06/2018 10:17 | Pain Assessment — Pain Location | all over | 06/06/2018 10:17 |
| | Pain Scale | Numeric | |
| | Pain Score | 8/10 | |

| Assessment Date | | | Entry Date |
|---|---|---|---|
| | **Facility Screens**<br>**Entered By:** LAWRENCE K. BUTT, RN<br>**Pt. Location:** EDTC OP BEL26A | | |
| 06/06/2018 10:34 | Fall Risk Cat. I: (Implement High Risk Fall Interventions) | N/A - Proceed to Cat. II below | 06/06/2018 10:34 |
| | Fall Risk Total | 0-5 pts-minimum fall risk | 06/06/2018 10:34 |
| | Neglect / Abuse Survey | expresses no fear or concern | 06/06/2018 10:34 |
| | Suicidality/ Homicidality | N/A - pt does not fall under this Risk Category | 06/06/2018 10:34 |

| Assessment Date | | | Entry Date |
|---|---|---|---|
| | **Quick Chart - Pt Update**<br>**Entered By:** LAWRENCE K. BUTT, RN<br>**Pt. Location:** EDTC OP BEL26A | | |
| 06/06/2018 10:34 | Task | MD exam pending | 06/06/2018 10:34 |
| | Patient Updates | pt comfortable<br>in chair | 06/06/2018 10:34 |

| Assessment Date | | | Entry Date |
|---|---|---|---|
| | **Assessment**<br>**Entered By:** LAWRENCE K. BUTT, RN<br>**Pt. Location:** EDTC OP BEL26A | | |
| 06/06/2018 10:34 | Neurological | alert, oriented x 4 | 06/06/2018 10:34 |
| | Respiratory | normal respiratory effort, no distress | 06/06/2018 10:34 |
| | Skin | color:<br>pink, warm, dry | 06/06/2018 10:34 |
| | Musculoskeletal | moves all extremities | 06/06/2018 10:34 |

| Assessment Date | | | Entry Date |
|---|---|---|---|
| | **Quick Chart - Pt Update**<br>**Entered By:** JAMIE R. BATISTE<br>**Pt. Location:** EDTC OP BEL26A | | |
| 06/06/2018 13:17 | Orthopedic Procedures | splint applied:<br>ortho-glass<br>cast padding applied<br>wrapped with ace bandages | 06/06/2018 13:17 |

**BATON ROUGE GENERAL MEDICAL CENTER**
**Daily Focus Assessment Report**
**06/06/2018 10:03 through 06/07/2018 04:36**

Patient Name: **KNIGHT, AMY R.**
Visit ID: **000101115199** MR Number: **05399190** DOB:
Admitted: **06/06/2018 10:03** Attending: **UNASSIGNED ER-PHYSICIAN**
Admitting Diagnosis:

| *Assessment Date* | | | *Entry Date* |
|---|---|---|---|
| | **Quick Chart - Pt Update**<br>**Entered By:** JAMIE R. BATISTE<br>**Pt. Location:** EDTC OP BEL26A | | |
| 06/06/2018 13:17 | Orthopedic Procedures | Vascular exam:<br>capillary refill less than 2 seconds<br>radial pulse<br>no numbness | 06/06/2018 13:17 |

**BATON ROUGE GENERAL MEDICAL CENTER**
**Discharge Assessment/Summary Report**
**06/06/2018 10:03 through 06/07/2018 04:36**

Patient Name: KNIGHT, AMY R.
Visit ID: 000101115199 MR Number: 05399190 DOB:
Admitted: 06/06/2018 10:03 Attending: JASON B MADATIC
Admitting Diagnosis:

| | | | | | | | | | Entry Date |
|---|---|---|---|---|---|---|---|---|---|
| *Vitals* | Entered By: PATRICIA H. POCHE, RN | | | | | | | | |
| | Pt. Location: UNKNOWN_LOCATION UNKNOWN_BED | | | | | | | | |
| | Temp | Pulse | Resp | BP | O2 % | Ht | Wt | | |
| 06/06/2018 10:15 | 98.3 F | | | | | | 52.60 kgs | | 06/06/2018 10:17 |
| *Vitals* | Entered By: LAWRENCE K. BUTT, RN | | | | | | | | |
| | Pt. Location: EDTC OP BEL26A | | | | | | | | |
| | Temp | Pulse | Resp | BP | O2 % | Ht | Wt | | |
| 06/06/2018 13:30 | | 87 | 16 | 98/68 | 100% | | | | 06/06/2018 13:37 |

| *Assessment Date* | | | Entry Date |
|---|---|---|---|
| | Discharge Instructions<br>Entered By: LAWRENCE K. BUTT, RN<br>Pt. Location: EDTC OP BEL26A | | |
| 06/06/2018 13:32 | Discharge from Emergency Department | 06/06/2018 13:32 | 06/06/2018 13:38 |
| | Final Disposition | Discharged | 06/06/2018 13:38 |
| | Discharge Instructions | given printed prescriptions | 06/06/2018 13:38 |
| | | given work/school excuse | |
| | | given printed discharge instructions | |
| | | Education given related to Follow-Up after Discharge | |
| | | verbalized understanding of d/c instructions, medication regimen | |
| | | verbalizes understanding of signs and symptoms to return to ED | |
| | | sedation warnings given | |
| | Discharge Instructions Explained To | patient | 06/06/2018 13:38 |
| | Pt left ED: | ambulatory | 06/06/2018 13:38 |
| | | valuables with patient | |
| | | no acute distress noted upon discharge | |
| | Pt left ED with who? | spouse | 06/06/2018 13:38 |

BATON ROUGE GENERAL MEDICAL CENTER

# Patient Profile

McKesson Paragon Clinician Hub

KNIGHT, AMY R. Location: EDTC OP BEL26 BEL26A

(50Y) Female Admit: 06-Jun-2018 MRN: 05399190 Visit ID: 000101115199

## Demographics

Unverified

Calling Name:

Primary Address

UNITED STATES

Phone Numbers

| Phone Type | Phone Number |
|---|---|
| Home Telephone Number: | |

| | | | |
|---|---|---|---|
| Driver's License: | | Marital Status: | Married |
| Social Security: | | Nationality: | |
| Race: | White | Religion: | ROMAN CATHOLIC |
| Ethnicity: | NOT HISPANIC OR LATINO | Status: | |

Preferred Language: English
Communication Barrier:
Language Ability Mode Expressed:
Language Mode Received:
Special Needs:
Birth Sex:
Sexual Orientation:
Gender Identity:
Notes:

## Patient Details

Admit Complaint: Fall
Admit Diagnosis:
Isolation Order Codes:

| | | | |
|---|---|---|---|
| Service: | BB - EMERGENCY | Code Status: | |
| Fin Class: | BLUE CROSS | Admit Weight: | 52.60 Kg Standing |
| Patient Type: | EMERGENCY | Admit Height: | |
| Discharge Date: | | Current Weight: | 52.60 Kg Standing |
| Discharge Status: | | Current Height: | |
| Visit Status: | Admit | BMI: | |
| Age: | 50 YEARS | BSA: | |
| Organ Donor: | N | Smoking Status: | |

Preferred Pharmacy Name:
Pharmacy City:
Pharmacy State:
Pharmacy Zip:

Pharmacy Phone:
Pharmacy Fax:

## Advance Directives

Unverified

PATIENT DOES NOT HAVE LIVING WILL
Type:
Effective Date: 12/16/2016 15:43
Document In Chart: N
Notes:

Custodian Name:
Custodian Address:
Custodian Phone:

BATON ROUGE GENERAL MEDICAL CENTER

# Patient Profile

McKesson Paragon Clinician Hub

KNIGHT, AMY R. Location: EDTC OP BEL26 BEL26A

(50Y) Female Admit: 06-Jun-2018 MRN: 05399190 Visit ID: 000101115199

## Allergies

Last verified by: PATRICIA H. POCHE, RN on 06-Jun-2018 10:13

### Sulfa (Sulfonamide Antibiotics)

Reaction: GI upset
Sensitivity: Allergy
Severity: Unknown
Type: Drug Allergy
Onset Date:
Misc. Description:
Informant Name:
Informant Source:
Notes:
Last documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:37

### adhesive

Reaction: redness/whelps
Sensitivity: Allergy
Severity: Unknown
Type: Drug Allergy
Onset Date:
Misc. Description:
Informant Name:
Informant Source:
Notes:
Last documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:37

### morphine

Reaction: itching
Sensitivity: Allergy
Severity: Unknown
Type: Drug Allergy
Onset Date:
Misc. Description:
Informant Name:
Informant Source:
Notes:
Last documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:37

## Family History

Unverified

Adopted: N

No Family History Data

## Health Concern & Goals

Unverified

No Health Concern & Goals Data

## Immunizations

Unverified

### Td (adult)

| | | | |
|---|---|---|---|
| Admin Date & Time: | 06-Jun-2018 | Status: | Active |
| Dose: | 0.5 mL | Lot #: | U5856AA |
| Route: | INTRAMUSCULAR | Expiration Date: | 26-Jan-2020 |
| Site: | Right Deltoid | Consent Status: | Obtained |
| NDC: | 49281021515 | Consent Date &Time: | 06-Jun-2018 11:50 |
| Administered By: | LAWRENCE K BUTT, RN | Consent Relationship: | Self |
| Ordering Physician: | KING, LISA H., NP-C | Consent Name: | Amy Knight |
| Not Given Reason: | | Immunity Condition: | |

BATON ROUGE GENERAL MEDICAL CENTER

## Patient Profile

McKesson Paragon Clinician Hub

KNIGHT, AMY R. Location: EDTC OP BEL26 BEL26A

(50Y) Female Admit: 06-Jun-2018 MRN: 05399190 Visit ID: 000101115199

VIS

| VIS Name | VIS Version | VIS Given<br>Not Given | VIS Given Date & Time |
|---|---|---|---|

Med Admin Notes:

Notes:

Last Documented by: LAWRENCE K. BUTT, RN on 06-Jun-2018 12:01

### Implants

Unverified

No Implant Data

### Home Medications

Unverified

**Wellbutrin XL 24 hr Tab**

| | | | |
|---|---|---|---|
| Dose: | 150 milligram | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | every morning | Stop Date: | |
| PRN: | N | Last Dose Taken: | 12/19/2016 |
| Status: | Active | Next Dose Due Date: | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

**Topiramate**

| | | | |
|---|---|---|---|
| Dose: | 25 milligram | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | every 12 hours | Stop Date: | |
| PRN: | N | Last Dose Taken: | 12/19/2016 |
| Status: | Active | Next Dose Due Date: | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

**Librax (with Clidinium) 2.5 mg-5 mg**

| | | | |
|---|---|---|---|
| Dose: | 1 capsule | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | 2 times per day | Stop Date: | |
| PRN: | N | Last Dose Taken: | 12/19/2016 |
| Status: | Active | Next Dose Due Date: | |
| Medication Notes: | administer 30 to 60 minutes before meals; | | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

**Savella**

| | | | |
|---|---|---|---|
| Dose: | 50 milligram | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | 2 times per day | Stop Date: | |
| PRN: | N | Last Dose Taken: | 12/19/2016 |
| Status: | Active | Next Dose Due Date: | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

BATON ROUGE GENERAL MEDICAL CENTER

# Patient Profile

McKesson Paragon Clinician Hub

KNIGHT, AMY R. Location: EDTC OP BEL26 BEL26A

(50Y) Female Admit: 06-Jun-2018 MRN: 05399190 Visit ID: 000101115199

## Home Medications

Unverified

### PROzac

| | | | |
|---|---|---|---|
| Dose: | 40 milligram | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | every day | Stop Date: | |
| PRN: | N | Last Dose Taken: | 12/19/2016 |
| Status: | Active | Next Dose Due Date: | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

### metFORMIN 24 hr Tab

| | | | |
|---|---|---|---|
| Dose: | 500 milligram | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | 2 times per day | Stop Date: | |
| PRN: | N | Last Dose Taken: | 12/19/2016 |
| Status: | Active | Next Dose Due Date: | |
| Medication Notes: | administer with morning and evening meals; | | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

### Inderal

| | | | |
|---|---|---|---|
| Dose: | 10 milligram | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | 2 times per day | Stop Date: | |
| PRN: | N | Last Dose Taken: | 12/19/2016 20:30 |
| Status: | Active | Next Dose Due Date: | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

### Amitriptyline

| | | | |
|---|---|---|---|
| Dose: | 10 milligram | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | once daily at bedtime | Stop Date: | |
| PRN: | N | Last Dose Taken: | 12/19/2016 |
| Status: | Active | Next Dose Due Date: | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

### Treximet

| | | | |
|---|---|---|---|
| Dose: | 1 tablet | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | every day | Stop Date: | |
| PRN: | Y | Last Dose Taken: | 12/06/2016 |
| Status: | Active | Next Dose Due Date: | |
| Medication Indication: | migraine headache | | |
| Medication Notes: | may repeat once in 2 hours; do not exceed 2 tablets in 24 hours; | | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

BATON ROUGE GENERAL MEDICAL CENTER **Patient Profile** McKesson Paragon Clinician Hub

KNIGHT, AMY R. Location: EDTC OP BEL26 BEL26A

(50Y) Female Admit: 06-Jun-2018 MRN: 05399190 Visit ID: 000101115199

## Home Medications

Unverified

### Xanax Tab

| | | | |
|---|---|---|---|
| Dose: | 0.5 milligram | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | once | Stop Date: | |
| PRN: | Y | Last Dose Taken: | 11/21/2016 |
| Status: | Active | Next Dose Due Date: | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

### Flonase Allergy Relief 50 mcg/actuation Spray

| | | | |
|---|---|---|---|
| Dose: | 1 spray | Duration: | |
| Route: | Intranasal | Start Date: | |
| Frequency: | 2 times per day | Stop Date: | |
| PRN: | Y | Last Dose Taken: | 12/18/2016 |
| Status: | Active | Next Dose Due Date: | |
| Medication Indication: | nasal congestion | | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

### Valium

| | | | |
|---|---|---|---|
| Dose: | 2 milligram | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | once | Stop Date: | |
| PRN: | Y | Last Dose Taken: | 12/18/2016 |
| Status: | Active | Next Dose Due Date: | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

### Multivitamins

| | | | |
|---|---|---|---|
| Dose: | 1 tablet | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | every morning | Stop Date: | |
| PRN: | N | Last Dose Taken: | 12/13/2016 |
| Status: | Active | Next Dose Due Date: | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

### Claritin

| | | | |
|---|---|---|---|
| Dose: | 10 milligram | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | every day | Stop Date: | |
| PRN: | N | Last Dose Taken: | 12/19/2016 |
| Status: | Active | Next Dose Due Date: | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

### Miralax

| | | | |
|---|---|---|---|
| Dose: | 17 gram | Duration: | |

## Home Medications

| | | | |
|---|---|---|---|
| Route: | PO | Unverified<br>Start Date: | |
| Frequency: | every day | Stop Date: | |
| PRN: | N | Last Dose Taken: | 12/13/2016 |
| Status: | Active | Next Dose Due Date: | |
| Medication Notes: | mix into 4-8 oz. of any hot/cold/room temp. beverage; use immediately; | | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

### Cranberry

| | | | |
|---|---|---|---|
| Dose: | 200 milligram | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | every day | Stop Date: | |
| PRN: | N | Last Dose Taken: | 12/13/2016 |
| Status: | Active | Next Dose Due Date: | |
| Medication Notes: | administer with a meal; | | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

### Pepcid

| | | | |
|---|---|---|---|
| Dose: | 20 milligram | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | every day | Stop Date: | |
| PRN: | Y | Last Dose Taken: | 12/13/2016 |
| Status: | Active | Next Dose Due Date: | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

### Advil

| | | | |
|---|---|---|---|
| Dose: | 400 milligram | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | every 8 hours | Stop Date: | |
| PRN: | Y | Last Dose Taken: | 12/13/2016 |
| Status: | Active | Next Dose Due Date: | |
| Medication Indication: | pain | | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

### Align

| | | | |
|---|---|---|---|
| Dose: | 4 milligram | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | every day | Stop Date: | |
| PRN: | N | Last Dose Taken: | 12/13/2016 |
| Status: | Active | Next Dose Due Date: | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

### ONDANSETRON HCL (PF) SOLUTION

| | | | |
|---|---|---|---|
| Dose: | 4 MG/2 ML | Duration: | 12 Hours |

BATON ROUGE GENERAL MEDICAL CENTER

## Patient Profile

McKesson Paragon Clinician Hub

KNIGHT, AMY R. Location: EDTC OP BEL26 BEL26A

(50Y) Female Admit: 06-Jun-2018 MRN: 05399190 Visit ID: 000101115199

### Home Medications

Unverified

| | | | |
|---|---|---|---|
| Route: | INTRAVENOUS | Start Date: | 12/20/2016 |
| Frequency: | ONCE AS NEEDED | Stop Date: | |
| PRN: | Y | Last Dose Taken: | |
| Status: | Active | Next Dose Due Date: | |
| Medication Notes: | Instructions: ****FOR PACU, SDS AND ENDOSCOPY USE ONLY****<br>FOR DOSE AS NEEDED FOR NAUSEA<br>PHARMACY TO SET STOP TIME 12 HOURS FROM START | | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

**HYDROMORPHONE (PF) SYRINGE**

| | | | |
|---|---|---|---|
| Dose: | 0.2 MG/0.1 ML | Duration: | 12 Hours |
| Route: | INTRAVENOUS | Start Date: | 12/20/2016 |
| Frequency: | EVERY 5 MINUTES AS NEEDED | Stop Date: | |
| PRN: | Y | Last Dose Taken: | |
| Status: | Active | Next Dose Due Date: | |
| Medication Notes: | Instructions: AS NEEDED FOR PAIN UP TO 2MG<br>**** FOR PACU USE ONLY ****<br>PHARMACY TO SET STOP TIME 12 HOURS FROM START<br>*HIGH ALERT*<br>*SOUND ALIKE / LOOK ALIKE DRUG* | | |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

**HYDROcodone-acetaminophen 5 mg-325 mg**

| | | | |
|---|---|---|---|
| Dose: | 1 tablet | Duration: | |
| Route: | PO | Start Date: | |
| Frequency: | every 4 hours | Stop Date: | |
| PRN: | Y | Last Dose Taken: | |
| Status: | Active | Next Dose Due Date: | |
| Informant Source: | Physician | | |

Last Documented by: JESSICA A. ZAGORY on 12/20/2016 07:53

**HYDROcodone-acetaminophen 10 mg-325 mg**

| | | | |
|---|---|---|---|
| Dose: | 1 tablet | Duration: | |
| Route: | PO | Start Date: | 06/06/2018 |
| Frequency: | every 4 hours | Stop Date: | |
| PRN: | Y | Last Dose Taken: | |
| Status: | Active | Next Dose Due Date: | |
| Informant Source: | Physician | | |

Last Documented by: LISA H. KING, NP-C on 06/06/2018 12:55

### Pre-arrival Medications

Unverified

No Pre-Arrival Medicaion Data

BATON ROUGE GENERAL MEDICAL CENTER

## Patient Profile

McKesson Paragon Clinician Hub

KNIGHT, AMY R.

Location: EDTC OP BEL26 BEL26A

(50Y) Female Admit: 06-Jun-2018 MRN: 05399190 Visit ID: 000101115199

### OB/GYN History

Unverified

No OB/GYN History Data

### Patient Reported Problems

Unverified

**Acute bronchitis**

Type: Problem
Status: Active
Treating Provider:
Laterality:
Severity:
Note:
Start Date/Time: Unknown
End Date/Time:
Informant Source:
Informant Name:
Last Documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:45

**Allergic rhinitis**

Type: Problem
Status: Active
Treating Provider:
Laterality:
Severity:
Note:
Start Date/Time: Unknown
End Date/Time:
Informant Source:
Informant Name:
Last Documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:45

**Murmur**

Type: Problem
Status: Active
Treating Provider:
Laterality:
Severity:
Note: as an infant
Start Date/Time: Unknown
End Date/Time:
Informant Source:
Informant Name:
Last Documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:45

**Pneumonia**

Type: Problem
Status: Active
Treating Provider:
Laterality:
Severity:
Note:
Start Date/Time: Unknown
End Date/Time:
Informant Source:
Informant Name:
Last Documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:45

**Anemia**

Type: Problem
Status: Active
Treating Provider:
Laterality:
Severity:
Note:
Start Date/Time: Unknown
End Date/Time:
Informant Source:
Informant Name:
Last Documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:54

BATON ROUGE GENERAL MEDICAL CENTER **Patient Profile** McKesson Paragon Clinician Hub

KNIGHT, AMY R. Location: EDTC OP BEL26 BEL26A

(50Y) Female Admit: 06-Jun-2018 MRN: 05399190 Visit ID: 000101115199

## Patient Reported Problems

Unverified

### Anxiety disorder

| | | | |
|---|---|---|---|
| Type: | Problem | Start Date/Time: | Unknown |
| Status: | Active | End Date/Time: | |
| Treating Provider: | | Informant Source: | |
| Laterality: | | Informant Name: | |
| Severity: | | | |
| Note: | | | |

Last Documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:54

### Depressive disorder

| | | | |
|---|---|---|---|
| Type: | Problem | Start Date/Time: | Unknown |
| Status: | Active | End Date/Time: | |
| Treating Provider: | | Informant Source: | |
| Laterality: | | Informant Name: | |
| Severity: | | | |
| Note: | | | |

Last Documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:54

### Diabetes mellitus type 2

| | | | |
|---|---|---|---|
| Type: | Problem | Start Date/Time: | Unknown |
| Status: | Active | End Date/Time: | |
| Treating Provider: | | Informant Source: | |
| Laterality: | | Informant Name: | |
| Severity: | | | |
| Note: | | | |

Last Documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:54

### Essential tremor

| | | | |
|---|---|---|---|
| Type: | Problem | Start Date/Time: | Unknown |
| Status: | Active | End Date/Time: | |
| Treating Provider: | | Informant Source: | |
| Laterality: | | Informant Name: | |
| Severity: | | | |
| Note: | | | |

Last Documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:54

### Fibromyalgia

| | | | |
|---|---|---|---|
| Type: | Problem | Start Date/Time: | Unknown |
| Status: | Active | End Date/Time: | |
| Treating Provider: | | Informant Source: | |
| Laterality: | | Informant Name: | |
| Severity: | | | |
| Note: | | | |

Last Documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:54

### Gastroesophageal reflux disease

| | | | |
|---|---|---|---|
| Type: | Problem | Start Date/Time: | Unknown |
| Status: | Active | End Date/Time: | |
| Treating Provider: | | Informant Source: | |

## Patient Reported Problems

Unverified

Laterality:
Informant Name:
Severity:
Note:
Last Documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:54

### Hemorrhoids

| | | | |
|---|---|---|---|
| Type: | Problem | Start Date/Time: | Unknown |
| Status: | Active | End Date/Time: | |
| Treating Provider: | | Informant Source: | |
| Laterality: | | Informant Name: | |
| Severity: | | | |
| Note: | | | |

Last Documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:54

### Hyperlipidemia

| | | | |
|---|---|---|---|
| Type: | Problem | Start Date/Time: | Unknown |
| Status: | Active | End Date/Time: | |
| Treating Provider: | | Informant Source: | |
| Laterality: | | Informant Name: | |
| Severity: | | | |
| Note: | | | |

Last Documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:54

### Irritable bowel syndrome

| | | | |
|---|---|---|---|
| Type: | Problem | Start Date/Time: | Unknown |
| Status: | Active | End Date/Time: | |
| Treating Provider: | | Informant Source: | |
| Laterality: | | Informant Name: | |
| Severity: | | | |
| Note: | | | |

Last Documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:54

### Migraine

| | | | |
|---|---|---|---|
| Type: | Problem | Start Date/Time: | Unknown |
| Status: | Active | End Date/Time: | |
| Treating Provider: | | Informant Source: | |
| Laterality: | | Informant Name: | |
| Severity: | | | |
| Note: | | | |

Last Documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:54

### Urinary tract infection

| | | | |
|---|---|---|---|
| Type: | Problem | Start Date/Time: | Unknown |
| Status: | Active | End Date/Time: | |
| Treating Provider: | | Informant Source: | |
| Laterality: | | Informant Name: | |
| Severity: | | | |
| Note: | | | |

Last Documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:54

BATON ROUGE GENERAL MEDICAL CENTER

# Patient Profile

McKesson Paragon Clinician Hub

KNIGHT, AMY R. Location: EDTC OP BEL26 BEL26A

(50Y) Female Admit: 06-Jun-2018 MRN: 05399190 Visit ID: 000101115199

## Patient Reported Problems

Unverified

### Meniere disease

| | | | |
|---|---|---|---|
| Type: | Problem | Start Date/Time: | Unknown |
| Status: | Active | End Date/Time: | |
| Treating Provider: | | Informant Source: | |
| Laterality: | | Informant Name: | |
| Severity: | | | |
| Note: | | | |

Last Documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 16:02

## Patient Reported Procedures

Unverified

### BB Biopsy Breast (Left)

| | | | |
|---|---|---|---|
| Status: | Active | Start Date/Time: | 12/20/2016 |
| Treating Provider: | DUPONT, JOSEPH B. JR | End Date/Time: | |
| Laterality: | | Informant Source: | |
| Severity: | | Informant Name: | |
| Note: | | | |

Last Documented by: STACY B. GILPIN, RN on 20-Dec-2016 09:02

### COLONOSCopy

| | | | |
|---|---|---|---|
| Status: | Completed | Start Date/Time: | Unknown |
| Treating Provider: | | End Date/Time: | |
| Laterality: | | Informant Source: | |
| Severity: | | Informant Name: | |
| Note: | | | |

Last Documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:44

### EGD

| | | | |
|---|---|---|---|
| Status: | Completed | Start Date/Time: | Unknown |
| Treating Provider: | | End Date/Time: | |
| Laterality: | | Informant Source: | |
| Severity: | | Informant Name: | |
| Note: | | | |

Last Documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:46

### EGD WITH ESOPHAGEAL DILITATION

| | | | |
|---|---|---|---|
| Status: | Completed | Start Date/Time: | Unknown |
| Treating Provider: | | End Date/Time: | |
| Laterality: | | Informant Source: | |
| Severity: | | Informant Name: | |
| Note: | | | |

Last Documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:46

BATON ROUGE GENERAL MEDICAL CENTER

# Patient Profile

McKesson Paragon Clinician Hub

KNIGHT, AMY R. Location: EDTC OP BEL26 BEL26A

(50Y) Female Admit: 06-Jun-2018 MRN: 05399190 Visit ID: 000101115199

## Patient Reported Procedures

Unverified

### Hysterectomy

| | | | |
|---|---|---|---|
| Status: | Completed | Start Date/Time: | Unknown |
| Treating Provider: | | End Date/Time: | |
| Laterality: | | Informant Source: | |
| Severity: | | Informant Name: | |
| Note: | | | |

Last Documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:44

### Laparoscopy

| | | | |
|---|---|---|---|
| Status: | Completed | Start Date/Time: | Unknown |
| Treating Provider: | | End Date/Time: | |
| Laterality: | | Informant Source: | |
| Severity: | | Informant Name: | |
| Note: | | | |

Last Documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:44

### WISDOM TEETH

| | | | |
|---|---|---|---|
| Status: | Completed | Start Date/Time: | Unknown |
| Treating Provider: | | End Date/Time: | |
| Laterality: | | Informant Source: | |
| Severity: | | Informant Name: | |
| Note: | | | |

Last Documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:44

## Personal History - Education

Unverified

Education Level: Some college/vocational/tech program

## Personal History - Occupation

Unverified

No Personal History Occupation Data

## Problem List - Current Visit

Unverified

### Closed fracture of head of radius

| | | | |
|---|---|---|---|
| Entry Date: | 06-Jun-2018 | ICD Code: | |
| Type: | Problem | Start Date/Time: | 06-Jun-2018 |
| Status: | Active | End Date/Time: | |
| Treating Provider: | | Informant Source: | |
| Laterality: | Left | Informant Name: | |
| Severity: | | | |
| Note: | | | |

Last Documented by: LISA H. KING, NP-C on 06-Jun-2018 13:03

## Problem List - Full

Unverified

No Full Problem and Procedure Data

## Social History - Tobacco Use

Unverified

None reported. Last documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:43

## Social History - Alcohol Use

Unverified

None reported. Last documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:43

BATON ROUGE GENERAL MEDICAL CENTER

# Patient Profile

McKesson Paragon Clinician Hub

KNIGHT, AMY R. Location: EDTC OP BEL26 BEL26A

(50Y) Female Admit: 06-Jun-2018 MRN: 05399190 Visit ID: 000101115199

## Social History - Recreational Drug Use

Unverified

None reported. Last documented by: TRACEY W. FERRINGTON, RN on 16-Dec-2016 15:43

## Patient Education

ELBOW FRACTURE (English)

Date/Time Provided: 06-Jun-2018 13:04 Provided by: LISA H. KING, NP-C
Comments:

BRG Return to Work/School Release* (English)

Date/Time Provided: 06-Jun-2018 13:05 Provided by: LISA H. KING, NP-C
Comments:

## Physicians

| | |
|---|---|
| Admitting | - JASON B. MADATIC |
| Attending | - JASON B. MADATIC |
| Ordering | - LISA H. KING |
| Primary Care Physician | - JAMES D. WEST |
| Radiologist | - BYRON B. MAY |

## Documentation

Admit Weight:
Last Documented by: PATRICIA H. POCHE, RN on 06-Jun-2018 10:14

Current Weight:
Last Documented by: PATRICIA H. POCHE, RN on 06-Jun-2018 10:17

BMI:
Calculated field

BSA:
Calculated field

Preferred Language:

Smoking Status:
Last Documented by: TRACEY W. FERRINGTON RN on 16-Dec-2016 15:43

Education Level:
Last Documented by: TRACEY W. FERRINGTON RN on 16-Dec-2016 15:43

Organ Donor:

PATIENT DOES NOT HAVE LIVING WILL:
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:43

BATON ROUGE GENERAL MEDICAL CENTER

Vital Sign Report

06/06/2018 10:03 Through 06/07/2018 04:36

| | | | |
|---|---|---|---|
| Patient Name: | KNIGHT, AMY R. | | |
| Visit Id: | 000101115199 | Med Rec No: | 05399190 |
| Birth Date: | | Admitted: | 06/06/2018 10:03 |
| Attend Phys: | JASON B MADATIC | Discharged: | 06/06/2018 13:32 |

| Vital Type | Assess Date/Time: 06/06/2018 10:14 Bed: UNKNOWN_BE | Assess Date/Time: 06/06/2018 10:15 Bed: UNKNOWN_BE | Assess Date/Time: 06/06/2018 13:30 Bed: BEL26A | | | |
|---|---|---|---|---|---|---|
| BP | | 113/72 06/06/2018 10:17 By: PHP | 98/68 06/06/2018 13:37 By: LKB | | | |
| O2 Sat % | | | 100% 06/06/2018 13:37 By: LKB | | | |
| O2 Sat%,PulseOx | | 94% 06/06/2018 10:17 By: PHP | | | | |
| Pulse | | 92 06/06/2018 10:17 By: PHP | 87 06/06/2018 13:37 By: LKB | | | |
| RR | | 18 06/06/2018 10:17 By: PHP | 16 06/06/2018 13:37 By: LKB | | | |
| Temp | | 98.3 F 06/06/2018 10:17 By: PHP | | | | |
| Wt | 52.60 kgs Standing 06/06/2018 10:14 By: PHP | 52.60 kgs 06/06/2018 10:17 By: PHP | | | | |
| * = calculation | | | | | | |

The cells below display the Vital Signs, Notes, Documenter, Co-signer (if applicable), and Date/Time entered.

Staff IDs:
LKB : LAWRENCE K. BUTT, RN
PHP : PATRICIA H. POCHE, RN
PHP : PATRICIA H POCHE

Baton Rouge General
A Community of Caring

The Patient was given access to the following documents on Jun 6, 2018

**ELBOW FRACTURE - General Information, English**
**Special Instructions:**
**Wear the splint until you see an orthopedist. Take pain medication as prescribed.**

I have read these documents related to my care, or have had them read to me. I understand this information and have had the opportunity to ask questions.

______________________________
**Patient/Guardian's Signature (date/time)**

______________________________
**Caregiver's Signature (date/time)**

**BATON ROUGE GENERAL MEDICAL CENTER**
**Admission Assessment Report**
**12/16/2016 15:54** through **12/21/2016 04:19**

Patient Name: RAY KNIGHT, AMY
Visit ID: 000100876312 MR Number: 05399190 DOB:
Admitted: 12/20/2016 04:47 Attending: JOSEPH BENTON DUPONT JR
Admitting Diagnosis:

***Allergies*** — **Allergy Date**
**Last Verified By: ANGELA V. BAJON, RN on 12/20/2016 05:45**

**adhesive**
SEVERITY: Unknown REACTION: redness/whelps TYPE: Drug Allergy SENSITIVITY: Allergy
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:37

**morphine**
SEVERITY: Unknown REACTION: itching TYPE: Drug Allergy SENSITIVITY: Allergy
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:37

**Sulfa (Sulfonamide Antibiotics)**
SEVERITY: Unknown REACTION: GI upset TYPE: Drug Allergy SENSITIVITY: Allergy
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:37

| ***Home Meds*** | **Last Dose Taken** | **Start Date** | **Stop Date** |
|---|---|---|---|
| **Last Verified By: ANGELA V. BAJON, RN on 12/20/2016 05:52** | | | |
| **HYDROcodone-acetaminophen 5 mg-325 mg**<br>1 tablet PO every 4 hours as needed<br>INFORMANT: Physician<br>Last Documented by: JESSICA A. ZAGORY on 12/20/2016 07:53 | | | |
| **HYDROMORPHONE (PF) SYRINGE**<br>0.2 MG/0.1 ML INTRAVENOUS EVERY 5 MINUTES AS NEEDED DURATION: 12 Hours as needed<br>MED NOTES: Instructions: AS NEEDED FOR PAIN UP TO 2MG<br>**** FOR PACU USE ONLY ****<br>PHARMACY TO SET STOP TIME 12 HOURS FROM START<br>*HIGH ALERT*<br>*SOUND ALIKE / LOOK ALIKE DRUG*<br>Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53 | | 12/20/2016 | |
| **ONDANSETRON HCL (PF) SOLUTION**<br>4 MG/2 ML INTRAVENOUS ONCE AS NEEDED DURATION: 12 Hours as needed<br>MED NOTES: Instructions: ****FOR PACU, SDS AND ENDOSCOPY USE ONLY****<br>FOR DOSE AS NEEDED FOR NAUSEA<br>PHARMACY TO SET STOP TIME 12 HOURS FROM START<br>Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53 | | 12/20/2016 | |
| **Wellbutrin XL 24 hr Tab**<br>150 milligram PO every morning<br>Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53 | 12/19/2016 | | |
| **Xanax Tab**<br>0.5 milligram PO once as needed<br>Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53 | 11/21/2016 | | |
| **Librax (with Clidinium) 2.5 mg-5 mg**<br>1 capsule PO 2 times per day<br>MED NOTES: administer 30 to 60 minutes before meals;<br>Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53 | 12/19/2016 | | |
| **Align**<br>4 milligram PO every day<br>Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53 | 12/13/2016 | | |

**BATON ROUGE GENERAL MEDICAL CENTER**
**Admission Assessment Report**
**12/16/2016 15:54 through 12/21/2016 04:19**

Patient Name: RAY KNIGHT, AMY
Visit ID: 000100876312 MR Number: 05399190 DOB:
Admitted: 12/20/2016 04:47 Attending: JOSEPH BENTON DUPONT JR
Admitting Diagnosis:

| *Home Meds* | Last Dose Taken | Start Date | Stop Date |
|---|---|---|---|
| **Last Verified By: ANGELA V. BAJON, RN on 12/20/2016 05:52** | | | |
| **Amitriptyline**<br>10 milligram PO once daily at bedtime<br>Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53 | 12/19/2016 | | |
| **Topiramate**<br>25 milligram PO every 12 hours<br>Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53 | 12/19/2016 | | |
| **PROzac**<br>40 milligram PO every day<br>Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53 | 12/19/2016 | | |
| **metFORMIN 24 hr Tab**<br>500 milligram PO 2 times per day<br>MED NOTES: administer with morning and evening meals;<br>Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53 | 12/19/2016 | | |
| **Inderal**<br>10 milligram PO 2 times per day<br>Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53 | 12/19/2016 20:30 | | |
| **Multivitamins**<br>1 tablet PO every morning<br>Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53 | 12/13/2016 | | |
| **Claritin**<br>10 milligram PO every day<br>Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53 | 12/19/2016 | | |
| **Miralax**<br>17 gram PO every day<br>MED NOTES: mix into 4-8 oz. of any hot/cold/room temp. beverage; use immediately.<br>Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53 | 12/13/2016 | | |
| **Cranberry**<br>200 milligram PO every day<br>MED NOTES: administer with a meal;<br>Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53 | 12/13/2016 | | |
| **Pepcid**<br>20 milligram PO every day as needed<br>Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53 | 12/13/2016 | | |
| **Savella**<br>50 milligram PO 2 times per day<br>Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53 | 12/19/2016 | | |
| **Treximet**<br>1 tablet PO every day as needed REASON FOR TAKING: migraine headache<br>MED NOTES: may repeat once in 2 hours; do not exceed 2 tablets in 24 hours;<br>Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53 | 12/06/2016 | | |

**BATON ROUGE GENERAL MEDICAL CENTER**
**Admission Assessment Report**
**12/16/2016 15:54 through 12/21/2016 04:19**

Patient Name: **RAY KNIGHT, AMY**
Visit ID: **000100876312** MR Number: **05399190** DOB:
Admitted: **12/20/2016 04:47** Attending: **JOSEPH BENTON DUPONT JR**
Admitting Diagnosis:

| *Home Meds* | Last Dose Taken | Start Date | Stop Date |
|---|---|---|---|
| **Last Verified By: ANGELA V. BAJON, RN on 12/20/2016 05:52** | | | |
| **Flonase Allergy Relief 50 mcg/actuation Spray**<br>1 spray intranasal 2 times per day as needed REASON FOR TAKING: nasal congestion<br>Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53 | 12/18/2016 | | |
| **Advil**<br>400 milligram PO every 8 hours as needed REASON FOR TAKING: pain<br>Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53 | 12/13/2016 | | |
| **Valium**<br>2 milligram PO once as needed<br>Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53 | 12/18/2016 | | |

***Reported Problems***

**Acute bronchitis**
Start Date: Unknown
TYPE: Problem STATUS: Active
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:45

**Allergic rhinitis**
Start Date: Unknown
TYPE: Problem STATUS: Active
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:45

**Anemia**
Start Date: Unknown
TYPE: Problem STATUS: Active
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:54

**Anxiety disorder**
Start Date: Unknown
TYPE: Problem STATUS: Active
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:54

**Depressive disorder**
Start Date: Unknown
TYPE: Problem STATUS: Active
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:54

**Diabetes mellitus type 2**
Start Date: Unknown
TYPE: Problem STATUS: Active
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:54

**Essential tremor**
Start Date: Unknown
TYPE: Problem STATUS: Active
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:54

**Fibromyalgia (Diffuse myofascial pain syndrome)**
Start Date: Unknown
TYPE: Problem STATUS: Active
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:54

BATON ROUGE GENERAL MEDICAL CENTER
Admission Assessment Report
12/16/2016 15:54 through 12/21/2016 04:19

Patient Name: RAY KNIGHT, AMY
Visit ID: 000100876312 MR Number: 05399190 DOB: 01/15/1968
Admitted: 12/20/2016 04:47 Attending: JOSEPH BENTON DUPONT JR
Admitting Diagnosis:

*Reported Problems*

**Gastroesophageal reflux disease**
Start Date: Unknown
TYPE: Problem STATUS: Active
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:54

**Hemorrhoids**
Start Date: Unknown
TYPE: Problem STATUS: Active
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:54

**Hyperlipidemia**
Start Date: Unknown
TYPE: Problem STATUS: Active
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:54

**Irritable bowel syndrome**
Start Date: Unknown
TYPE: Problem STATUS: Active
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:54

**Meniere disease (Ménière's disease)**
Start Date: Unknown
TYPE: Problem STATUS: Active
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 16:02

**Migraine**
Start Date: Unknown
TYPE: Problem STATUS: Active
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:54

**Murmur (Heart murmur)**
Start Date: Unknown
TYPE: Problem STATUS: Active
NOTE: as an infant
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:45

**Pneumonia**
Start Date: Unknown
TYPE: Problem STATUS: Active
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:45

**Urinary tract infection**
Start Date: Unknown
TYPE: Problem STATUS: Active
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:54

*Reported Procedures*

**COLONOSCopy**
Start Date: Unknown

Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:44

**BATON ROUGE GENERAL MEDICAL CENTER**
**Admission Assessment Report**
**12/16/2016 15:54 through 12/21/2016 04:19**

Patient Name: RAY KNIGHT, AMY
Visit ID: 000100876312 MR Number: 05399190 DOB:
Admitted: 12/20/2016 04:47 Attending: JOSEPH BENTON DUPONT JR
Admitting Diagnosis:

***Reported Procedures***

**EGD**
Start Date: Unknown

Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:46

**EGD WITH ESOPHAGEAL DILITATION**
Start Date: Unknown

Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:46

**Hysterectomy**
Start Date: Unknown

Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:44

**Laparoscopy**
Start Date: Unknown

Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:44

**WISDOM TEETH**
Start Date: Unknown

Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:44

***Vitals*** Entered By: ABBY A. BURKE, RN
Pt. Location: UNKNOWN_LOCATION UNKNOWN_BED

| | Temp | Pulse | Resp | BP | O2 % | Ht | Wt | Entry Date |
|---|---|---|---|---|---|---|---|---|
| 12/20/2016 04:56 | 98.3 F Temporal | 89 Apical Auscultated | 16 | 110/70 | 100% 100 M | 63.00 in | 51.00 kgs Standing | 12/20/2016 05:22 |

***Assessment Date***

**Review**
**Entered By:** ANGELA V. BAJON, RN
**Pt. Location:** UNKNOWN_LOCATION UNKNOWN_BED

| Assessment Date | Item | Value | Entry Date |
|---|---|---|---|
| 12/20/2016 05:15 | Review Patient Profile | admission history complete<br>home medications reviewed<br>allergies reviewed<br>advance directives reviewed<br>smoking status reviewed | 12/20/2016 05:57 |

BATON ROUGE GENERAL MEDICAL CENTER
Daily Focus Assessment Report
12/16/2016 15:54 through 12/21/2016 04:19

Patient Name: RAY KNIGHT, AMY
Visit ID: 000100876312 MR Number: 05399190 DOB:
Admitted: 12/20/2016 04:47 Attending: JOSEPH BENTON DUPONT JR
Admitting Diagnosis:

| Assessment Date | | | Entry Date |
|---|---|---|---|
| | **Outpatient PreAdmit**<br>**Entered By:** TRACEY W. FERRINGTON, RN<br>**Pt. Location:** UNKNOWN_LOCATION UNKNOWN_BED | | |
| 12/16/2016 15:54 | Classification | ASA 2 | 12/16/2016 15:54 |
| | The Anesthesiologist On site? | PA | 12/16/2016 15:54 |

| Assessment Date | | | Entry Date |
|---|---|---|---|
| | **Admit Data**<br>**Entered By:** TRACEY W. FERRINGTON, RN<br>**Pt. Location:** UNKNOWN_LOCATION UNKNOWN_BED | | |
| 12/16/2016 15:54 | Information Obtained From | patient | 12/16/2016 15:54 |
| | Emergency Contact | husband Terry 275-6018 | 12/16/2016 15:54 |
| | Previous Blood Transfusion | no | 12/16/2016 15:54 |
| | Previous Anesthesia | yes | 12/16/2016 15:54 |
| | Anesthesia Complications | | 12/16/2016 15:54 |
| 12/16/2016 15:54 | **Group Note: trouble urinating, nausea** | | 12/16/2016 15:56 |
| | Document Admit and DC Dates of Previous INPT Admissions if within the last year | | 12/16/2016 15:54 |

| Assessment Date | | | Entry Date |
|---|---|---|---|
| | **Communication**<br>**Entered By:** TRACEY W. FERRINGTON, RN<br>**Pt. Location:** UNKNOWN_LOCATION UNKNOWN_BED | | |
| 12/16/2016 15:54 | Hearing Deficit | denies | 12/16/2016 15:54 |
| | Visual Deficit | glasses | 12/16/2016 15:54 |
| | Speech Deficit | denies | 12/16/2016 15:54 |
| | Oral Assessment | no problems noted | 12/16/2016 15:54 |
| | Dominant Hand | right | 12/16/2016 15:54 |
| | Other Language Spoken by the Patient | English | 12/16/2016 15:54 |
| | Caregiver Preferred Language | English | 12/16/2016 15:54 |

| Assessment Date | | | Entry Date |
|---|---|---|---|
| | **Triggers_Screening**<br>**Entered By:** TRACEY W. FERRINGTON, RN<br>**Pt. Location:** UNKNOWN_LOCATION UNKNOWN_BED | | |
| 12/16/2016 15:54 | Contact Prec-HANDWASHING | adult<br>no criteria noted | 12/16/2016 15:54 |
| | Contact Prec-HAND HYGIENE | adult<br>no criteria noted | 12/16/2016 15:54 |
| | Droplet Precautions | adult<br>no criteria noted | 12/16/2016 15:54 |
| | Airborne Precautions | adult<br>no criteria noted | 12/16/2016 15:54 |

**BATON ROUGE GENERAL MEDICAL CENTER**
**Daily Focus Assessment Report**
**12/16/2016 15:54 through 12/21/2016 04:19**

Patient Name: RAY KNIGHT, AMY
Visit ID: 000100876312 MR Number: 05399190 DOB:
Admitted: 12/20/2016 04:47 Attending: JOSEPH BENTON DUPONT JR
Admitting Diagnosis:

| Assessment Date | | | Entry Date |
|---|---|---|---|
| | **Triggers_Screening**<br>**Entered By:** TRACEY W. FERRINGTON, RN<br>**Pt. Location:** UNKNOWN_LOCATION UNKNOWN_BED | | |
| 12/16/2016 15:54 | TB Screening | Unexplained Weight Loss - 0. no<br>Fever/Night Sweats - 0. no<br>Persistent Cough w/Hemoptysis - 0. no<br>Recent exposure to TB - 0. no<br>MD order for AFB X 3 - 0. no<br>Total Score: 0 | 12/16/2016 15:54 |
| | Are you participating in a research study? | no | 12/16/2016 15:54 |
| | Implanted Pump (NOT PCA/Epidural Pump)? | no | 12/16/2016 15:54 |

| Assessment Date | | | Entry Date |
|---|---|---|---|
| | **Triggers_Screening2**<br>**Entered By:** TRACEY W. FERRINGTON, RN<br>**Pt. Location:** UNKNOWN_LOCATION UNKNOWN_BED | | |
| 12/16/2016 15:54 | Skin Screening | no consult needed | 12/16/2016 15:54 |
| | ST Prior or Present | no consult needed | 12/16/2016 15:54 |
| | ST New Onset Prior to Admit | no consult needed | 12/16/2016 15:54 |
| | RT screening | no consult needed | 12/16/2016 15:54 |
| | Independent With ADL? | yes | 12/16/2016 15:54 |
| | PT New Onset Prior to Admit | no consult needed | 12/16/2016 15:54 |
| | OT Prior or Present | no consult needed | 12/16/2016 15:54 |
| | OT New Onset Prior to Admit | no consult needed | 12/16/2016 15:54 |
| | Nutritional Screening | Lost weight recently without trying? - 0. If NO weight loss, SKIP next question<br>Total Score: 0 | 12/16/2016 15:54 |
| | Home Diet | regular | 12/16/2016 15:54 |
| | Do You Have Diabetes? | yes | 12/16/2016 15:54 |

| Assessment Date | | | Entry Date |
|---|---|---|---|
| | **Privacy**<br>**Entered By:** TRACEY W. FERRINGTON, RN<br>**Pt. Location:** UNKNOWN_LOCATION UNKNOWN_BED | | |
| 12/16/2016 15:54 | Pt Would Like to Disclose Information to | self<br>spouse<br>mother | 12/16/2016 15:54 |

| Assessment Date | | | Entry Date |
|---|---|---|---|
| | **Physician History**<br>**Entered By:** TRACEY W. FERRINGTON, RN<br>**Pt. Location:** UNKNOWN_LOCATION UNKNOWN_BED | | |
| 12/16/2016 15:54 | Primary Care MD | West, J. David | 12/16/2016 15:54 |

**BATON ROUGE GENERAL MEDICAL CENTER**
**Daily Focus Assessment Report**
**12/16/2016 15:54 through 12/21/2016 04:19**

Patient Name: RAY KNIGHT, AMY
Visit ID: 000100876312 MR Number: 05399190 DOB:
Admitted: 12/20/2016 04:42 Attending: JOSEPH BENTON DUPONT JR
Admitting Diagnosis:

| Assessment Date | | | Entry Date |
|---|---|---|---|
| | **Physician History**<br>Entered By: TRACEY W. FERRINGTON, RN<br>Pt. Location: UNKNOWN_LOCATION UNKNOWN_BED | | |
| 12/16/2016 15:54 | Cardiologist | none | 12/16/2016 15:54 |
| | Gastroenterologist | Berggreen, Charles | 12/16/2016 15:54 |
| | Neurology | | 12/16/2016 15:54 |
| 12/16/2016 15:54 | **Group Note: Nell Smith** | | 12/16/2016 15:59 |
| | General Surgery/Plastics | Dupont, J. | 12/16/2016 15:54 |
| | Other Speciality | Dr Potito ENT Dr Shannon Rheum. | 12/16/2016 15:54 |

| Assessment Date | | | Entry Date |
|---|---|---|---|
| | **Elimination**<br>Entered By: TRACEY W. FERRINGTON, RN<br>Pt. Location: UNKNOWN_LOCATION UNKNOWN_BED | | |
| 12/16/2016 15:54 | Stool Frequency | once a week | 12/16/2016 15:54 |
| | Bowel Elimination Problems | constipation | 12/16/2016 15:54 |
| | Bowel Elim. Assistance Needed | laxative use | 12/16/2016 15:54 |

| Assessment Date | | | Entry Date |
|---|---|---|---|
| | **Psychosocial_Spiritual**<br>Entered By: TRACEY W. FERRINGTON, RN<br>Pt. Location: UNKNOWN_LOCATION UNKNOWN_BED | | |
| 12/16/2016 15:54 | Religious Affiliation | Catholic | 12/16/2016 15:54 |

| Assessment Date | | | Entry Date |
|---|---|---|---|
| | **DC Planning**<br>Entered By: TRACEY W. FERRINGTON, RN<br>Pt. Location: UNKNOWN_LOCATION UNKNOWN_BED | | |
| 12/16/2016 15:54 | Living Situation Prior to Admission | lives with family | 12/16/2016 15:54 |
| | Responsible for Care of Others | no | 12/16/2016 15:54 |
| | ADL Concerns | none | 12/16/2016 15:54 |
| | Social Concerns Identified | none | 12/16/2016 15:54 |
| | Consider Social Services | no consult needed | 12/16/2016 15:54 |
| | Transportation available at D/C? | yes | 12/16/2016 15:54 |
| | Needs Help When Leaves the Hospital | no | 12/16/2016 15:54 |

| Assessment Date | | | Entry Date |
|---|---|---|---|
| | **Admit Data**<br>Entered By: ANGELA V. BAJON, RN<br>Pt. Location: UNKNOWN_LOCATION UNKNOWN_BED | | |
| 12/20/2016 05:15 | Patient Arrival Time on Unit | 12/19/2016 04:58 | 12/20/2016 05:52 |
| | Arrive From | home | 12/20/2016 05:52 |
| | Information Obtained From | patient | 12/20/2016 05:52 |

**BATON ROUGE GENERAL MEDICAL CENTER**
**Daily Focus Assessment Report**
**12/16/2016 15:54 through 12/21/2016 04:19**

Patient Name: **RAY KNIGHT, AMY**
Visit ID: **000100876312** MR Number: **05399190** DOB:
Admitted: **12/20/2016 04:47** Attending: **JOSEPH BENTON DUPONT JR**
Admitting Diagnosis:

| *Assessment Date* | | | *Entry Date* |
|---|---|---|---|
| | **Admit Data**<br>**Entered By:** ANGELA V. BAJON, RN<br>**Pt. Location:** UNKNOWN_LOCATION UNKNOWN_BED | | |
| 12/20/2016 05:15 | Pt Denies Chronic Pain | 0/10 on pain scale | 12/20/2016 05:52 |
| | Wristband(s) Placed | ID bracelet | 12/20/2016 05:52 |
| | Disposition of Belongings | sent with family | 12/20/2016 05:52 |
| | Disposition of Home Meds | home | 12/20/2016 05:52 |
| | Oriented to | family<br>patient | 12/20/2016 05:52 |
| | Hospital Not Responsible for Patient Belongings | patient informed<br>family informed | 12/20/2016 05:52 |
| | Transfusion Reaction | none | 12/20/2016 05:52 |
| | Previous Anesthesia | yes | 12/20/2016 05:52 |
| | Anesthesia Complications | | 12/20/2016 05:52 |
| 12/20/2016 05:15 | **Group Note: hard to wake up** | | 12/20/2016 05:54 |
| | Family Hx of Anesthesia Complications | none | 12/20/2016 05:52 |
| | Document Admit and DC Dates of Previous INPT Admissions if within the last year | | 12/20/2016 05:52 |

| *Assessment Date* | | | *Entry Date* |
|---|---|---|---|
| | **Communication**<br>**Entered By:** ANGELA V. BAJON, RN<br>**Pt. Location:** UNKNOWN_LOCATION UNKNOWN_BED | | |
| 12/20/2016 05:15 | Hearing Deficit | denies | 12/20/2016 05:52 |
| | Other Language Spoken by the Patient | English | 12/20/2016 05:52 |
| | Caregiver Preferred Language | English | 12/20/2016 05:52 |

| *Assessment Date* | | | *Entry Date* |
|---|---|---|---|
| | **Privacy**<br>**Entered By:** ANGELA V. BAJON, RN<br>**Pt. Location:** UNKNOWN_LOCATION UNKNOWN_BED | | |
| 12/20/2016 05:15 | Pt Would Like to Disclose Information to | self<br>spouse<br>mother | 12/20/2016 05:52 |

| *Assessment Date* | | | *Entry Date* |
|---|---|---|---|
| | **Psychosocial_Spiritual**<br>**Entered By:** ANGELA V. BAJON, RN<br>**Pt. Location:** UNKNOWN_LOCATION UNKNOWN_BED | | |
| 12/20/2016 05:15 | Any Hospital Admission Concerns? | none | 12/20/2016 05:52 |

**BATON ROUGE GENERAL MEDICAL CENTER**
**Daily Focus Assessment Report**
**12/16/2016 15:54 through 12/21/2016 04:19**

Patient Name: RAY KNIGHT, AMY
Visit ID: 000100876312 MR Number: 05399190 DOB:
Admitted: 12/20/2016 04:47 Attending: JOSEPH BENTON DUPONT JR
Admitting Diagnosis:

| *Assessment Date* | | | Entry Date |
|---|---|---|---|
| | **Safety**<br>**Entered By:** ANGELA V. BAJON, RN<br>**Pt. Location:** UNKNOWN_LOCATION UNKNOWN_BED | | |
| 12/20/2016 05:15 | Recently Felt Afraid for Safety at Home | denies | 12/20/2016 05:52 |
| | Observed Symptoms of Possible Abuse | none observed | 12/20/2016 05:52 |
| | Observed Behavior | age appropriate | 12/20/2016 05:52 |
| | Reported Symptoms | none reported | 12/20/2016 05:52 |
| | Any Other Concerns for Home Care? | denies | 12/20/2016 05:52 |
| | Suicide Risk Assessment (Score > 3, Notify the MD the pt is at risk) | S=Sex - 0. female<br>A=Age - 1. Less than 19 or greater than 45 yrs old<br>D=Depression or Hopelessness - 0. denies<br>P=Previous attempts or psychiatric care - 0. denies<br>E=Excessive alcohol or drug use - 0. denies<br>R=Rational thinking loss - 0. no loss<br>S=Marital Status - 0. never married or currently married<br>O=Organized plan or serious attempt - 0. no plan<br>N=No social supports - 0. has a support system<br>S=Stated future intent - 0. no intent<br>Total Score: 1 | 12/20/2016 05:52 |
| | Level of Suicide Risk | low | 12/20/2016 05:52 |

| *Assessment Date* | | | Entry Date |
|---|---|---|---|
| | **DC Planning**<br>**Entered By:** ANGELA V. BAJON, RN<br>**Pt. Location:** UNKNOWN_LOCATION UNKNOWN_BED | | |
| 12/20/2016 05:15 | Living Situation Prior to Admission | lives with family | 12/20/2016 05:52 |
| | Responsible for Care of Others | no | 12/20/2016 05:52 |
| | ADL Concerns | none | 12/20/2016 05:52 |
| | Social Concerns Identified | none | 12/20/2016 05:52 |
| | Consider Social Services | no consult needed | 12/20/2016 05:52 |
| | Transportation available at D/C? | yes | 12/20/2016 05:52 |
| | Needs Help When Leaves the Hospital | no | 12/20/2016 05:52 |

**BATON ROUGE GENERAL MEDICAL CENTER**
**Patient Discharge Instructions**

Patient Name: **RAY KNIGHT, AMY**
Visit ID: **000100876312** MR Number: **05399190** DOB:
Discharged: Attending: **JOSEPH BENTON DUPONT JR**

| Allergies | Reaction | Date |
|---|---|---|
| adhesive | redness/whelps | |
| morphine | itching | |
| Sulfa (Sulfonamide Antibiotics) | GI upset | |

**Home Meds**

**Start taking these medications**

HYDROMORPHONE (PF) SYRINGE 0.2 MG INTRAVENOUS EVERY 5 MINUTES AS NEEDED for 12 Hours
Last Dose Taken:
Start Date: 12/20/2016
Note: Instructions: AS NEEDED FOR PAIN UP TO 2MG
**** FOR PACU USE ONLY ****
PHARMACY TO SET STOP TIME 12 HOURS FROM START
*HIGH ALERT*
*SOUND ALIKE / LOOK ALIKE DRUG*

ONDANSETRON HCL (PF) SOLUTION 4 MG INTRAVENOUS ONCE AS NEEDED for 12 Hours
Last Dose Taken:
Start Date: 12/20/2016
Note: Instructions: ****FOR PACU, SDS AND ENDOSCOPY USE ONLY****
FOR DOSE AS NEEDED FOR NAUSEA
PHARMACY TO SET STOP TIME 12 HOURS FROM START

**Take these medications**

Alprazolam (Xanax Tab) 0.5 milligram By Mouth once As Needed
Last Dose Taken: 11/21/2016 12:00 am

HYDROcodone-acetaminophen 5 mg-325 mg 1 tablet By Mouth every 4 hours As Needed
Last Dose Taken:

Milnacipran (Savella) 50 milligram By Mouth 2 times per day
Last Dose Taken: 12/19/2016 12:00 am

Fluoxetine (PROzac) 40 milligram By Mouth every day
Last Dose Taken: 12/19/2016 12:00 am

**BATON ROUGE GENERAL MEDICAL CENTER**
**Patient Discharge Instructions**

Patient Name: **RAY KNIGHT, AMY**
Visit ID: **000100876312** MR Number: **05399190** DOB:
Discharged: Attending: **JOSEPH BENTON DUPONT JR**

**Home Meds**

**Take these medications**

Bupropion (Wellbutrin XL 24 hr Tab) 150 milligram By Mouth every morning
Last Dose Taken: 12/19/2016 12:00 am

Bifidobacterium Infantis (Align) 4 milligram By Mouth every day
Last Dose Taken: 12/13/2016 12:00 am

Ibuprofen (Advil) 400 milligram By Mouth every 8 hours As Needed pain
Last Dose Taken: 12/13/2016 12:00 am
Reason for Taking: pain

Topiramate 25 milligram By Mouth every 12 hours
Last Dose Taken: 12/19/2016 12:00 am

Loratadine (Claritin) 10 milligram By Mouth every day
Last Dose Taken: 12/19/2016 12:00 am

metFORMIN 24 hr Tab 500 milligram By Mouth 2 times per day
Last Dose Taken: 12/19/2016 12:00 am
Note: administer with morning and evening meals;

Propranolol (Inderal) 10 milligram By Mouth 2 times per day
Last Dose Taken: 12/19/2016 08:30 pm

Clidinium-Chlordiazepoxide (Librax (with Clidinium) 2.5 mg-5 mg) 1 capsule By Mouth 2 times per day
Last Dose Taken: 12/19/2016 12:00 am
Note: administer 30 to 60 minutes before meals;

Polyethylene Glycol (Miralax) 17 gram By Mouth every day
Last Dose Taken: 12/13/2016 12:00 am
Note: mix into 4-8 oz. of any hot/cold/room temp. beverage; use immediately;

Sumatriptan-Naproxen (Treximet) 1 tablet By Mouth every day As Needed migraine headache
Last Dose Taken: 12/06/2016 12:00 am
Note: may repeat once in 2 hours; do not exceed 2 tablets in 24 hours;
Reason for Taking: migraine headache

**BATON ROUGE GENERAL MEDICAL CENTER**
**Patient Discharge Instructions**

Patient Name: **RAY KNIGHT, AMY**
Visit ID: **000100876312** MR Number: **05399190** DOB:
Discharged: Attending: **JOSEPH BENTON DUPONT JR**

**Home Meds**

**Take these medications**

Fluticasone (Flonase Allergy Relief 50 mcg/actuation Spray) 1 spray into the nostril(s) 2 times per day As Needed nasal congestion
Last Dose Taken: 12/18/2016 12:00 am
Reason for Taking: nasal congestion

Famotidine (Pepcid) 20 milligram By Mouth every day As Needed
Last Dose Taken: 12/13/2016 12:00 am

Multivitamins 1 tablet By Mouth every morning
Last Dose Taken: 12/13/2016 12:00 am

Diazepam (Valium) 2 milligram By Mouth once As Needed
Last Dose Taken: 12/18/2016 12:00 am

Cranberry 200 milligram By Mouth every day
Last Dose Taken: 12/13/2016 12:00 am
Note: administer with a meal;

Amitriptyline 10 milligram By Mouth once daily at bedtime
Last Dose Taken: 12/19/2016 12:00 am

**Prescriptions**

**The following prescription(s) have been submitted by JESSICA A. ZAGORY:**

hydrocodone 5 mg-acetaminophen 325 mg tablet
1 tablet orally every 4 hours as needed
Quantity: 15 (fifteen) tablet(s)
Refills: 0

SIGNATURE/DATE/TIME

Provided by: ____________________ Provided by: ____________________
Received by: ____________________ Received by: ____________________

BATON ROUGE GENERAL MEDICAL CENTER

Patient Care Plan Report

Patient Name: RAY KNIGHT, AMY
Visit ID: 000100876312 MR Number: 05399190 Birth Date:
Admitted: 12/20/2016 04:47 Attending: JOSEPH BENTON DUPONT JR
Admitting Diagnosis:

[P] - KNOWLEDGE DEFICIT ( Actual )

Related to: Hospitalization Evidenced by: Assessment data per discipline
Complete by: Discharge
Initiated on 12/20/2016 05:29 By ABBY A. BURKE, RN

Completed on 12/20/2016 09:49 By ABBY A. BURKE, RN
Reason: Goal Met

[G/O] - PATIENT/FAMILY WILL VERBALIZE DESIRED CONTENT AND/OR PERFORM DESIRED SKILL

Initiated on 12/20/2016 05:29 By ABBY A. BURKE, RN

Completed on 12/20/2016 09:49 By ABBY A. BURKE, RN
Reason: Goal Met

[I] - ASSESS EDUCATIONAL LEVEL, READINESS TO LEARN, KNOWLEDGE LEVEL AND CULTURAL/LANGUAGE/RELIGIOUS BARRIERS THAT MAY IMPEDE PATIENT TEACHING ON ADMISSION AND PRN

Frequency: PRN
Initiated on 12/20/2016 05:29 By ABBY A. BURKE, RN

Completed on 12/20/2016 09:49 By ABBY A. BURKE, RN
Reason: Goal Met

[I] - INVOLVE FAMILY AND OTHER SUPPORT PERSONS AS APPROPRIATE

Frequency: PRN
Initiated on 12/20/2016 05:29 By ABBY A. BURKE, RN

Completed on 12/20/2016 09:49 By ABBY A. BURKE, RN
Reason: Goal Met

[I] - PROVIDE AN ATMOSPHERE OF RESPECT, OPENNESS, TRUST AND COLLABORATION

Frequency: 8-20
Initiated on 12/20/2016 05:29 By ABBY A. BURKE, RN

Completed on 12/20/2016 09:49 By ABBY A. BURKE, RN
Reason: Goal Met

[I] - ALLOW LEARNER TO IDENTIFY WHAT IS IMPORTANT TO HIM/HER TO LEARN

Frequency: 8-20
Initiated on 12/20/2016 05:29 By ABBY A. BURKE, RN

Completed on 12/20/2016 09:49 By ABBY A. BURKE, RN
Reason: Goal Met

**BATON ROUGE GENERAL MEDICAL CENTER**
**Patient Care Plan Report**

| | | | |
|---|---|---|---|
| Patient Name: | RAY KNIGHT, AMY | | |
| Visit ID: | 000100876312 | MR Number: 05399190 | Birth Date: |
| Admitted: | 12/20/2016 04:47 | Attending: | JOSEPH BENTON DUPONT JR |
| Admitting Diagnosis: | | | |

**[I] - PROVIDE INFORMATION IN A WAY THAT LEARNER HAS IDENTIFIED AS BEST FOR HIM/HER (WRITTEN, DEMONSTRATION, AUDIOVISUAL)**

Frequency: 8-20
Initiated on 12/20/2016 05:29 By ABBY A. BURKE, RN

Completed on 12/20/2016 09:49 By ABBY A. BURKE, RN
Reason: Goal Met

**[I] - ASSIST LEARNER IN INTEGRATING INFORMATION INTO DAILY LIFE**

Frequency: 8-20
Initiated on 12/20/2016 05:29 By ABBY A. BURKE, RN

Completed on 12/20/2016 09:49 By ABBY A. BURKE, RN
Reason: Goal Met

**[I] - ENCOURAGE QUESTIONS**

Frequency: 8-20
Initiated on 12/20/2016 05:29 By ABBY A. BURKE, RN

Completed on 12/20/2016 09:49 By ABBY A. BURKE, RN
Reason: Goal Met

**[I] - PROVIDE POSITIVE FEEDBACK ABOUT OBSERVED CHANGES IN BEHAVIOR, ATTITUDES AND KNOWLEDGE BASE**

Frequency: PRN
Initiated on 12/20/2016 05:29 By ABBY A. BURKE, RN

Completed on 12/20/2016 09:49 By ABBY A. BURKE, RN
Reason: Goal Met

**[I] - EVALUATE LEARNING BY HAVING PATIENT/FAMILY REPEAT INFORMATION AND CORRECTLY DEMONSTRATE SKILLS THAT WERE TAUGHT**

Frequency: PRN
Initiated on 12/20/2016 05:29 By ABBY A. BURKE, RN

Completed on 12/20/2016 09:49 By ABBY A. BURKE, RN
Reason: Goal Met

**[P] - PAIN ( Actual )**

Related to: Hospitalization
Evidenced by: Assessment data per discipline
Complete by: Discharge
Initiated on 12/20/2016 05:29 By ABBY A. BURKE, RN

Completed on 12/20/2016 09:49 By ABBY A. BURKE, RN
Reason: Goal Met

**BATON ROUGE GENERAL MEDICAL CENTER**

**Patient Care Plan Report**

Patient Name: RAY KNIGHT, AMY
Visit ID: 000100876312 MR Number: 05399190 Birth Date:
Admitted: 12/20/2016 04:47 Attending: JOSEPH BENTON DUPONT JR
Admitting Diagnosis:

**[G/O] - PATIENT VERBALIZES COMPLETE/PARTIAL RELIEF OF DISCOMFORT TO PATIENT'S SATISFACTION**

Initiated on 12/20/2016 05:29 By ABBY A. BURKE, RN

**[I] - ASSESS AND REASSESS PAIN LEVEL AS NEEDED**

Frequency: 8-20
Initiated on 12/20/2016 05:29 By ABBY A. BURKE, RN

Completed on 12/20/2016 09:49 By ABBY A. BURKE, RN
Reason: Goal Met

**[I] - ASSESS EXPECTATIONS OF PAIN RELIEF**

Frequency: 8-20
Initiated on 12/20/2016 05:29 By ABBY A. BURKE, RN

Completed on 12/20/2016 09:49 By ABBY A. BURKE, RN
Reason: Goal Met

**[I] - RECOGNIZE PATIENT AS AUTHORITY ON EXISTENCE/INTENSITY OF PAIN**

Frequency: PRN
Initiated on 12/20/2016 05:29 By ABBY A. BURKE, RN

Completed on 12/20/2016 09:49 By ABBY A. BURKE, RN
Reason: Goal Met

**[I] - PROVIDE PAIN RELIEF/COMFORT MEASURES**

Frequency: 8-20
Initiated on 12/20/2016 05:29 By ABBY A. BURKE, RN

Completed on 12/20/2016 09:49 By ABBY A. BURKE, RN
Reason: Goal Met

**[I] - TEACH PATIENT/FAMILY: EFFECTIVE PAIN RELIEF STRATEGIES (REPOSITIONING, MEDICATION MANAGEMENT, DIVERSION, ICE PACKS)**

Frequency: 8-20
Initiated on 12/20/2016 05:29 By ABBY A. BURKE, RN

Completed on 12/20/2016 09:49 By ABBY A. BURKE, RN
Reason: Goal Met

**[P] - RISK FOR INFECTION (Actual)**

Related to: Hospitalization
Evidenced by: Assessment data per discipline
Complete by: Discharge
Initiated on 12/20/2016 05:29 By ABBY A. BURKE, RN

BATON ROUGE GENERAL MEDICAL CENTER

Patient Care Plan Report

Patient Name: RAY KNIGHT, AMY
Visit ID: 000100876312 MR Number: 05399190 Birth Date:
Admitted: 12/20/2016 04:47 Attending: JOSEPH BENTON DUPONT JR
Admitting Diagnosis:

Completed on 12/20/2016 09:49 By ABBY A. BURKE, RN
Reason: Goal Met

[G/O] - PATIENT REMAINS FREE OF INFECTION

Initiated on 12/20/2016 05:29 By ABBY A. BURKE, RN

Completed on 12/20/2016 09:49 By ABBY A. BURKE, RN
Reason: Goal Met

[I] - ASSESS VITAL SIGNS AND RISK FACTORS FOR INFECTION ON ADMISSION, PER UNIT PROTOCOL AND PRN

Frequency: 8-20
Initiated on 12/20/2016 05:29 By ABBY A. BURKE, RN

Completed on 12/20/2016 09:49 By ABBY A. BURKE, RN
Reason: Goal Met

[I] - NOTIFY MD OF SIGNS/SYMPTOMS OF INFECTION AND ANY APPROPRIATE LAB RESULTS

Frequency: PRN
Initiated on 12/20/2016 05:29 By ABBY A. BURKE, RN

Completed on 12/20/2016 09:49 By ABBY A. BURKE, RN
Reason: Goal Met

[I] - ASSESS FOR ADEQUATE CALORIC INTAKE

Frequency: 8-20
Initiated on 12/20/2016 05:29 By ABBY A. BURKE, RN

Completed on 12/20/2016 09:49 By ABBY A. BURKE, RN
Reason: Goal Met

[I] - ADMINISTER MEDICATIONS AS ORDERED

Frequency: 8-20
Initiated on 12/20/2016 05:29 By ABBY A. BURKE, RN

Completed on 12/20/2016 09:49 By ABBY A. BURKE, RN
Reason: Goal Met

[I] - ENCOURAGE COUGHING AND DEEP BREATHING, AS APPROPRIATE

Frequency: PRN
Initiated on 12/20/2016 05:29 By ABBY A. BURKE, RN

Completed on 12/20/2016 09:49 By ABBY A. BURKE, RN
Reason: Goal Met

BATON ROUGE GENERAL MEDICAL CENTER

Patient Care Plan Report

Patient Name: RAY KNIGHT, AMY
Visit ID: 000100876312 MR Number: 05399190 Birth Date:
Admitted: 12/20/2016 04:47 Attending: JOSEPH BENTON DUPONT JR
Admitting Diagnosis:

[I] - MONITOR LAB WORK AND CULTURES

Frequency: 8-20
Initiated on 12/20/2016 05:29 By ABBY A. BURKE, RN

Completed on 12/20/2016 09:49 By ABBY A. BURKE, RN
Reason: Goal Met

[I] - MAINTAIN ASEPSIS/STERILE TECHNIQUE FOR DRESSING CHANGES/WOUND/CATHETER CARE

Frequency: PRN
Initiated on 12/20/2016 05:29 By ABBY A. BURKE, RN

Completed on 12/20/2016 09:49 By ABBY A. BURKE, RN
Reason: Goal Met

[I] - INITIATE OR CONTINUE ISOLATION PROTOCOL AS APPROPRIATE

Frequency: PRN
Initiated on 12/20/2016 05:29 By ABBY A. BURKE, RN

Completed on 12/20/2016 09:49 By ABBY A. BURKE, RN
Reason: Goal Met

[I] - REPOSITION PATIENT AS INDICATED

Frequency: 8-20
Initiated on 12/20/2016 05:29 By ABBY A. BURKE, RN

Completed on 12/20/2016 09:49 By ABBY A. BURKE, RN
Reason: Goal Met

[I] - TEACH PATIENT/FAMILY: DEMONSTRATE AND ALLOW FOR RETURN DEMONSTRATION OF ALL HIGH RISK PROCEDURES PATIENT/FAMILY WILL NEED TO PERFORM AFTER DISCHARGE, IF APPLICABLE

Frequency: 8-20
Initiated on 12/20/2016 05:29 By ABBY A. BURKE, RN

Completed on 12/20/2016 09:49 By ABBY A. BURKE, RN
Reason: Goal Met

[I] - TEACH PATIENT/FAMILY: PROPER HAND HYGIENE; SIGNS/SYMPTOMS OF INFECTION AND THOSE TO REPORT; PURPOSE/PROPER TECHNIQUE FOR ISOLATION, IF APPLICABLE

Frequency: 8-20
Initiated on 12/20/2016 05:29 By ABBY A. BURKE, RN

Completed on 12/20/2016 09:49 By ABBY A. BURKE, RN
Reason: Goal Met

**BATON ROUGE GENERAL MEDICAL CENTER**
**Intake/Output Report (ml)**
**12/18/2016 15:54 Through 12/21/2016 04:19**

Patient Name: **RAY KNIGHT, AMY**
Visit ID: **000100876312** MR Number: **05399190** DOB:
Admitted: **12/20/2016 04:47** Attending: **JOSEPH BENTON DUPONT JR**

| Assessment Date / Entry Date | Intake Source / ENTERED BY | Intake Amount | Assessment Date / Entry Date | Output Source / ENTERED BY | Output Amount |
|---|---|---|---|---|---|
| **Shift** *DAYS IO* *7:00* To *14:59* | | | | | |
| **IV Fluids** | | | **Est. Blood Loss** | | |
| 12/20/2016 07:47<br>12/20/2016 07:53<br>PL Location: RECO 2660H | Other IVF 1<br>ASHLEY A. KING, RN | 800x | 12/20/2016 07:47<br>12/20/2016 07:53<br>PL Location: RECO 2660H | Blood Loss, Estimated<br>ASHLEY A. KING, RN | 5x |
| **IV Fluids Total** | | + | **Est. Blood Loss Total** | | + |
| | | | **Urine** | | |
| | | | 12/20/2016 09:35<br>12/20/2016 10:06<br>Pt. Location: BBSD BSD05 | Urine<br>ABBY A. BURKE, RN | 1 |
| | | | **Notes: patient ambulate to bathroom, tolerated well void x 1 noted** | | |
| | | | **12/20/2016 09:35** | **ABBY A. BURKE, RN** | |
| | | | **Urine Total** | | 1 |
| **Shift** *DAYS IO* | **Intake Total:** | + | | **Output Total:** | 1+ |
| | **Shift Net I&O:** | -1+ | | | |
| **Shift** *24 Hour Totals* *7:00* To *6:59* | | | | | |
| **Shift** *24 Hour Totals* | **Intake Total:** | + | | **Output Total:** | 1+ |
| | **24 Hour Net I&O:** | -1+ | | | |
| | **Intake Grand Total:** | + | | **Output Grand Total:** | 1+ |
| | **Reported Period Net I&O:** | -1+ | | | |
| | **Since Admission Net I&O:** | -1+ | | | |

**BATON ROUGE GENERAL MEDICAL CENTER**
**IV Site and Fluid Report**
**12/16/2016 15:54 Through 12/21/2016 04:19**

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | RAY KNIGHT, AMY | | | | |
| Visit ID: | 000100876312 | MR Number: | 05399190 | DOB: | |
| Admitted: | 12/20/2016 04:47 | Attending: | JOSEPH BENTON DUPONT JR | | |

**IV Site: Wrist, Right**
**Started 12/20/2016 05:35 By MDF2 - Disc'd Date 12/20/2016 09:56**

| | | | |
|---|---|---|---|
| **Pt Location:** | BBSD BSD05 | | |
| **Type:** | Peripheral | **Entered Date:** | 12/20/2016 06:00 |
| **Catheter Sz:** | 18 ga | **Position Modifier:** | |
| **Catheter Length:** | | **Unsuccessful Attempts:** | 0 |
| **Lumens No.:** | | | |
| **Note:** | | | |

| | |
|---|---|
| Added By: | ANGELA V BAJON, RN On 12/20/2016 06:00 |
| Pt Location: | UNKNOWN_LOCATION UNKNOWN_BED |
| IV Site Started By: | MICHELLE D. FIELD, RN On 12/20/2016 05:35 |
| IV Site: | Wrist, Right |
| IV Type: | Peripheral |
| Catheter Sz: | 18 ga |
| Unsuccessful Attempts: | 0 |

---

| | |
|---|---|
| Changed By: | ABBY A. BURKE, RN On 12/20/2016 09:57 |
| Pt Location: | Changed From UNKNOWN_LOCATION UNKNOWN_BED To BBSD BSD05 |
| Site Discontinued Date: | 12/20/2016 09:56 |

---

**Fluid: lr**
**Entry For Date 12/20/2016 09:56 By MDF2 - Disc'd Date 12/20/2016 09:56**

| | | | |
|---|---|---|---|
| **Pt Location:** | BBSD BSD05 | | |
| **Fluid Started By:** | MICHELLE D. FIELD, RN | **Fluid Started Date:** | 12/20/2016 05:35 |
| **Lumen Used:** | | **Entered Date:** | 12/20/2016 06:00 |
| **Rate:** | 30 ml/hr | **IV Pump:** | |
| **Starting Volume:** | 1000 ml | **Volume Infused:** | |
| **Dose:** | | **Bag No.:** | |
| **Bag Complete Date:** | | | |

| | |
|---|---|
| Added By: | ANGELA V BAJON, RN On 12/20/2016 06:00 |
| Entry For Date: | 12/20/2016 05:35 |
| Fluid: | lr |
| Pt Location: | UNKNOWN_LOCATION UNKNOWN_BED |
| IV Site: | Wrist, Right |
| Fluid Started By: | MICHELLE D. FIELD, RN On 12/20/2016 05:35 |
| Starting Volume: | 1000 ml |
| Rate: | 30 ml/hr |

---

| | |
|---|---|
| Changed By: | ABBY A. BURKE, RN On 12/20/2016 09:57 |
| Entry For Date: | 12/20/2016 09:56 |
| Pt Location: | BBSD BSD05 |
| Fluid Discontinued Date: | 12/20/2016 09:56 |

---

**BATON ROUGE GENERAL MEDICAL CENTER**
**IV Assessment Report**
**12/16/2016 15:54 Through 12/21/2016 04:19**

Patient Name: **RAY KNIGHT, AMY**
Visit ID: **000100876312** MR Number: **05399190** DOB:
Admitted: **12/20/2016 04:47** Attending: **JOSEPH BENTON DUPONT JR**

**Assessment Date** ***IV Site:*** ***Wrist, Right***
**Entered By:** ANGELA V BAJON, RN

| | | | |
|---|---|---|---|
| **Catheter Sz:** | 18 ga | **Entered Date:** | 12/20/2016 06:00 |
| **IV Site Started By:** | MICHELLE D. FIELD, RN | **Site Started Date:** | 12/20/2016 05:35 |
| **Type:** | Peripheral | **Site Discontinued Date:** | 12/20/2016 09:56 |
| **No. of Lumens:** | | | |
| **Note:** | | **No. Unsuccessful Attempts:** | 0 |

| | | | | |
|---|---|---|---|---|
| 12/20/2016 05:35 | **Pt. Location:** | UNKNOWN_LOCATION UNKNOWN_BED | | |
| | **Site Inspection:** | Clean | 12/20/2016 06:01 | ANGELA V. BAJON, RN |
| | | Dry | | |
| | | Patent | | |
| | **Site Actions:** | Line Flush | | |
| | **Phlebitis Scale:** | 0 - No symptoms. | | |
| | **Infiltration Scale:** | 0 - No symptoms. | | |
| 12/20/2016 07:47 | **Pt. Location:** | RECO 2660H | | |
| | **Site Inspection:** | Clean | 12/20/2016 08:05 | ALEXIS L. RIVERA, RN |
| | | Dry | | |
| | | Patent | | |
| | **Site Actions:** | Line Flush | | |
| | **Phlebitis Scale:** | 0 - No symptoms. | | |
| | **Infiltration Scale:** | 0 - No symptoms. | | |
| 12/20/2016 08:57 | **Pt. Location:** | BBSD BSD05 | | |
| | **Site Inspection:** | Clean | 12/20/2016 09:32 | ABBY A. BURKE, RN |
| | | Dry | | |
| | | Patent | | |
| | **Phlebitis Scale:** | 0 - No symptoms. | | |
| | **Infiltration Scale:** | 0 - No symptoms. | | |
| 12/20/2016 09:29 | **Pt. Location:** | BBSD BSD05 | | |
| | **Site Inspection:** | Clean | 12/20/2016 09:32 | ABBY A. BURKE, RN |
| | | Dry | | |
| | | Patent | | |
| | **Phlebitis Scale:** | 0 - No symptoms. | | |

**BATON ROUGE GENERAL MEDICAL CENTER**
**IV Assessment Report**
**12/16/2016 15:54 Through 12/21/2016 04:19**

Patient Name: **RAY KNIGHT, AMY**
Visit ID: **000100876312** MR Number: **05399190** DOB:
Admitted: **12/20/2016 04:47** Attending: **JOSEPH BENTON DUPONT JR**

| **Assessment Date** | ***IV Site:*** | ***Wrist, Right*** | | |
|---|---|---|---|---|
| | **Entered By:** | ANGELA V BAJON, RN | | |
| | **Catheter Sz:** | 18 ga | **Entered Date:** | 12/20/2016 06:00 |
| | **IV Site Started By:** | MICHELLE D. FIELD, RN | **Site Started Date:** | 12/20/2016 05:35 |
| | **Type:** | Peripheral | **Site Discontinued Date:** | 12/20/2016 09:56 |
| | **No. of Lumens:** | | | |
| | **Note:** | | **No. Unsuccessful Attempts:** | 0 |
| 12/20/2016 09:29 | **PL Location:** | BBSD BSD05 | | |
| | **Infiltration Scale:** | 0 - No symptoms. | 12/20/2016 09:32 | ABBY A. BURKE, RN |
| 12/20/2016 09:56 | **PL Location:** | BBSD BSD05 | | |
| | **Site Inspection:** | Clean<br>Dry<br>Patent | 12/20/2016 09:57 | ABBY A. BURKE, RN |
| | **Site Actions:** | Site Discontinued<br>Tip Intact | | |
| | **Phlebitis Scale:** | 0 - No symptoms. | | |
| | **Infiltration Scale:** | 0 - No symptoms. | | |

BATON ROUGE GENERAL MEDICAL CENTER
Measurements Report
12/18/2016 15:54 Through 12/21/2016 04:19

Patient Name: RAY KNIGHT, AMY
Visit ID: 000100876312 MR Number: 05399190 DOB:
Admitted: 12/20/2016 04:47 Attending: JOSEPH BENTON DUPONT JR

| Measurement Date | Value | | Entered Date | Staff Name | Pt. Location |
|---|---|---|---|---|---|
| Blood Glucose (NR=74-106) | | | | | |
| 12/20/2016 08:00 | 122 mg/dL | (H) | 12/20/2016 08:10 | ALEXIS L. RIVERA, RN | RECO 2660H |

12/21/2016 04:19 NOTE: All Strike Outs were executed by person making original entry. 

# BATON ROUGE GENERAL MEDICAL CENTER
## Patient Profile report

Patient Name: RAY KNIGHT, AMY

Visit ID: 000100876312 MR Number: 05399190 DOB:

Admit: 12/20/2016 Location: BBSD BSD BSD05

### Demographics

Called Name: Sex: Female

**Primary Address** **Phone Numbers**

Home Telephone Number:

Country: UNITED STATES

**Contacts**

| Name | Type | Next of Kin | Emergency Contact | Guardian | Agent | Phone | Phone Type |
|---|---|---|---|---|---|---|---|

**Highest Education Level:** Some college/vocational/tech program

***NO SCHOOL DATA ***

***NO OCCUPATIONAL HISTORY DATA ***

### Patient Education

*** NO PATIENT EDUCATION DATA ***

### Patient Detail

Admit Complaint: 19120 N63

Admit Diagnosis:

Service: BB - SURGERY Fin Class: BLUE CROSS Patient Type: OUTPATIENT SURGERY

Discharge Date: 12/20/2016 Discharge Status: 01 HOME SELF CARE Visit Status: Discharge

Race: White Age: 48 YEARS BSA: 1.51

Admit Weight: 51.00 Kg Standing Admit Height: 63 in

Current Weight: 51.00 Kg Standing Current Height: 63 in BMI: 19.9 kg/m²

Notes:

Smoking Status: Never smoker (266919005) Code Status:

***NO ISOLATION CODES DATA ***

Preferred Language: English

Language Ability Mode Expressed:

Language Ability Mode Received:

Communication Barrier:

Special Needs:

Organ Donor: N Last Menstrual Period: Lactating:

Pregnant: Exp. Delivery (Date): Gest. Age at Birth (Date):

Exp. Delivery (US): Gest. Age at Birth (US):

**Advance Directives**

| Document Name | Doc In Chart | Effective Date/Time | Type | Custodian Name, Address and Phone Number |
|---|---|---|---|---|
| PATIENT DOES NOT HAVE LIVING WILLN | | 12/16/2016 15:43 | | |

Note:

# BATON ROUGE GENERAL MEDICAL CENTER
## Patient Profile report

Patient Name: RAY KNIGHT, AMY

Visit ID: 000100876312 MR Number: 05399190 DOB:

Admit: 12/20/2016 Location: BBSD BSD BSD05

### Physicians

Admitting - JOSEPH B. DUPONT JR
Attending - JOSEPH B. DUPONT JR
Family Physician - JOSEPH B. DUPONT JR
Ordering - JESSICA A. ZAGORY
Ordering - JOSEPH B. DUPONT JR
Ordering - SON M. DANG
Radiologist - ROBERT M. BRANSTETTER

### Allergies

Last Verified By: ANGELA V. BAJON, RN on 12/20/2016 05:45

| Current Allergy | Severity | Onset Date | Reaction | Type | Sensitivity |
|---|---|---|---|---|---|
| Sulfa (Sulfonamide Antibiotics) | Unknown | | GI upset | Drug Allergy | Allergy |

Note:
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:37

| Current Allergy | Severity | Onset Date | Reaction | Type | Sensitivity |
|---|---|---|---|---|---|
| adhesive | Unknown | | redness/whelps | Drug Allergy | Allergy |

Note:
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:37

| Current Allergy | Severity | Onset Date | Reaction | Type | Sensitivity |
|---|---|---|---|---|---|
| morphine | Unknown | | itching | Drug Allergy | Allergy |

Note:
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:37

### Pre-arrival Medications

*** NO PRE-ARRIVAL MEDICATION DATA ***

### Home Medications

Last Verified By: ANGELA V. BAJON, RN on 12/20/2016 05:52

| Drug Description and Form | Dose | Route | Frequency | PRN | Duration | Start Date | Stop Date | Last Date Taken |
|---|---|---|---|---|---|---|---|---|
| Wellbutrin XL 24 hr Tab | 150 milligram | PO | every morning | N | | | | 12/19/2016 |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

| Drug Description and Form | Dose | Route | Frequency | PRN | Duration | Start Date | Stop Date | Last Date Taken |
|---|---|---|---|---|---|---|---|---|
| Topiramate | 25 milligram | PO | every 12 hours | N | | | | 12/19/2016 |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

| Drug Description and Form | Dose | Route | Frequency | PRN | Duration | Start Date | Stop Date | Last Date Taken |
|---|---|---|---|---|---|---|---|---|
| Librax (with Clidinium) 2.5 mg-5 mg | 1 capsule | PO | 2 times per day | N | | | | 12/19/2016 |

Medication Notes: administer 30 to 60 minutes before meals;
Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

| Drug Description and Form | Dose | Route | Frequency | PRN | Duration | Start Date | Stop Date | Last Date Taken |
|---|---|---|---|---|---|---|---|---|
| Savella | 50 milligram | PO | 2 times per day | N | | | | 12/19/2016 |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

## BATON ROUGE GENERAL MEDICAL CENTER
### Patient Profile report

Patient Name: RAY KNIGHT, AMY
Visit ID: 000100876312 MR Number: 05399190 DOB:
Admit: 12/20/2016 Location: BBSD BSD BSD05

### Home Medications

Last Verified By: ANGELA V. BAJON, RN on 12/20/2016 05:52

| Drug Description and Form | Dose | Route | Frequency | PRN | Duration | Start Date | Stop Date | Last Date Taken |
|---|---|---|---|---|---|---|---|---|
| PROzac | 40 milligram | PO | every day | N | | | | 12/19/2016 |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

| Drug Description and Form | Dose | Route | Frequency | PRN | Duration | Start Date | Stop Date | Last Date Taken |
|---|---|---|---|---|---|---|---|---|
| metFORMIN 24 hr Tab | 500 milligram | PO | 2 times per day | N | | | | 12/19/2016 |

Medication Notes: administer with morning and evening meals;
Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

| Drug Description and Form | Dose | Route | Frequency | PRN | Duration | Start Date | Stop Date | Last Date Taken |
|---|---|---|---|---|---|---|---|---|
| Inderal | 10 milligram | PO | 2 times per day | N | | | | 12/19/2016 20:30 |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

| Drug Description and Form | Dose | Route | Frequency | PRN | Duration | Start Date | Stop Date | Last Date Taken |
|---|---|---|---|---|---|---|---|---|
| Amitriptyline | 10 milligram | PO | once daily at bedtime | N | | | | 12/19/2016 |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

| Drug Description and Form | Dose | Route | Frequency | PRN | Duration | Start Date | Stop Date | Last Date Taken |
|---|---|---|---|---|---|---|---|---|
| Treximet | 1 tablet | PO | every day | Y | | | | 12/06/2016 |

Reason for Taking: migraine headache
Medication Notes: may repeat once in 2 hours; do not exceed 2 tablets in 24 hours;
Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

| Drug Description and Form | Dose | Route | Frequency | PRN | Duration | Start Date | Stop Date | Last Date Taken |
|---|---|---|---|---|---|---|---|---|
| Xanax Tab | 0.5 milligram | PO | once | Y | | | | 11/21/2016 |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

| Drug Description and Form | Dose | Route | Frequency | PRN | Duration | Start Date | Stop Date | Last Date Taken |
|---|---|---|---|---|---|---|---|---|
| Flonase Allergy Relief 50 mcg/actuation Spray | 1 spray | Intranasal | 2 times per day | Y | | | | 12/18/2016 |

Reason for Taking: nasal congestion
Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

| Drug Description and Form | Dose | Route | Frequency | PRN | Duration | Start Date | Stop Date | Last Date Taken |
|---|---|---|---|---|---|---|---|---|
| Valium | 2 milligram | PO | once | Y | | | | 12/18/2016 |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

| Drug Description and Form | Dose | Route | Frequency | PRN | Duration | Start Date | Stop Date | Last Date Taken |
|---|---|---|---|---|---|---|---|---|
| Multivitamins | 1 tablet | PO | every morning | N | | | | 12/13/2016 |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

| Drug Description and Form | Dose | Route | Frequency | PRN | Duration | Start Date | Stop Date | Last Date Taken |
|---|---|---|---|---|---|---|---|---|
| Claritin | 10 milligram | PO | every day | N | | | | 12/19/2016 |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

| Drug Description and Form | Dose | Route | Frequency | PRN | Duration | Start Date | Stop Date | Last Date Taken |
|---|---|---|---|---|---|---|---|---|
| Miralax | 17 gram | PO | every day | N | | | | 12/13/2016 |

# BATON ROUGE GENERAL MEDICAL CENTER
## Patient Profile report

Patient Name: RAY KNIGHT, AMY
Visit ID: 000100876312 MR Number: 05399190 DOB:
Admit: 12/20/2016 Location: BBSD BSD BSD05

### Home Medications

Last Verified By: ANGELA V. BAJON, RN on 12/20/2016 05:52

Medication Notes: mix into 4-8 oz. of any hot/cold/room temp. beverage; use immediately;
Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

| Drug Description and Form | Dose | Route | Frequency | PRN | Duration | Start Date | Stop Date | Last Date Taken |
|---|---|---|---|---|---|---|---|---|
| Cranberry | 200 milligram | PO | every day | N | | | | 12/13/2016 |

Medication Notes: administer with a meal;
Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

| Drug Description and Form | Dose | Route | Frequency | PRN | Duration | Start Date | Stop Date | Last Date Taken |
|---|---|---|---|---|---|---|---|---|
| Pepcid | 20 milligram | PO | every day | Y | | | | 12/13/2016 |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

| Drug Description and Form | Dose | Route | Frequency | PRN | Duration | Start Date | Stop Date | Last Date Taken |
|---|---|---|---|---|---|---|---|---|
| Advil | 400 milligram | PO | every 8 hours | Y | | | | 12/13/2016 |

Reason for Taking: pain
Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

| Drug Description and Form | Dose | Route | Frequency | PRN | Duration | Start Date | Stop Date | Last Date Taken |
|---|---|---|---|---|---|---|---|---|
| Align | 4 milligram | PO | every day | N | | | | 12/13/2016 |

Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

| Drug Description and Form | Dose | Route | Frequency | PRN | Duration | Start Date | Stop Date | Last Date Taken |
|---|---|---|---|---|---|---|---|---|
| ONDANSETRON HCL (PF) SOLUTION | 4 MG/2 ML | INTRAVENOUS | ONCE AS NEEDED | Y | 12 Hours | 12/20/2016 | | |

Medication Notes: Instructions: ****FOR PACU, SDS AND ENDOSCOPY USE ONLY****

FOR DOSE AS NEEDED FOR NAUSEA

PHARMACY TO SET STOP TIME 12 HOURS FROM START
Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

| Drug Description and Form | Dose | Route | Frequency | PRN | Duration | Start Date | Stop Date | Last Date Taken |
|---|---|---|---|---|---|---|---|---|
| HYDROMORPHONE (PF) SYRINGE | 0.2 MG/0.1 ML | INTRAVENOUS | EVERY 5 MINUTES AS NEEDED | Y | 12 Hours | 12/20/2016 | | |

Medication Notes: Instructions: AS NEEDED FOR PAIN UP TO 2MG

**** FOR PACU USE ONLY ****
PHARMACY TO SET STOP TIME 12 HOURS FROM START

*HIGH ALERT*
*SOUND ALIKE / LOOK ALIKE DRUG*
Last Documented by: ANGELA V. BAJON, RN on 12/20/2016 07:53

| Drug Description and Form | Dose | Route | Frequency | PRN | Duration | Start Date | Stop Date | Last Date Taken |
|---|---|---|---|---|---|---|---|---|
| HYDROcodone-acetaminophen 5 mg-325 mg | 1 tablet | PO | every 4 hours | Y | | | | |

Informant Source: Physician
Last Documented by: JESSICA A. ZAGORY on 12/20/2016 07:53

## BATON ROUGE GENERAL MEDICAL CENTER
### Patient Profile report

Patient Name: RAY KNIGHT, AMY
Visit ID: 000100876312 MR Number: 05399190 DOB:
Admit: 12/20/2016 Location: BBSD BSD BSD05

### Immunizations

| Immunization | Dose / Units | Route | Site | Admin Date Time | Lot # | Exp Date | Manufacturer |
|---|---|---|---|---|---|---|---|

Immunization Condition

None Given Reason:
Comments:
Administered By:

| Consent Status | Consent Date Time | Consent Relationship | Consent Name |
|---|---|---|---|

| VIS Given Date Time | VIS Version |
|---|---|

### Problem List - Current Visit

| Entry Date | Status | Type | ICD Code | Description |
|---|---|---|---|---|

### Problem List - Full

| Entry Date | Status | Type | ICD Code | Description |
|---|---|---|---|---|

### Implants

| Date | Description | Size | Quantity | Site | Model # | Serial # | Lot # |
|---|---|---|---|---|---|---|---|

### Patient Reported Problems

| Description | Type | Status | Treating Provider |
|---|---|---|---|
| Acute bronchitis | Problem | Active | |

| Laterality | Severity | Start Date | Start Time | End Date | End Time |
|---|---|---|---|---|---|
| | | Unknown | | | |

Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:45

| Description | Type | Status | Treating Provider |
|---|---|---|---|
| Allergic rhinitis | Problem | Active | |

| Laterality | Severity | Start Date | Start Time | End Date | End Time |
|---|---|---|---|---|---|
| | | Unknown | | | |

Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:45

| Description | Type | Status | Treating Provider |
|---|---|---|---|
| Murmur | Problem | Active | |

| Laterality | Severity | Start Date | Start Time | End Date | End Time |
|---|---|---|---|---|---|
| | | Unknown | | | |

Note: as an infant
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:45

| Description | Type | Status | Treating Provider |
|---|---|---|---|
| Pneumonia | Problem | Active | |

| Laterality | Severity | Start Date | Start Time | End Date | End Time |
|---|---|---|---|---|---|
| | | Unknown | | | |

Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:45

| Description | Type | Status | Treating Provider |
|---|---|---|---|
| Anemia | Problem | Active | |

| Laterality | Severity | Start Date | Start Time | End Date | End Time |
|---|---|---|---|---|---|
| | | Unknown | | | |

Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:54

## BATON ROUGE GENERAL MEDICAL CENTER
### Patient Profile report

Patient Name: RAY KNIGHT, AMY
Visit ID: 000100876312 MR Number: 05399190 DOB:
Admit: 12/20/2016 Location: BBSD BSD BSD05

### Patient Reported Problems

| Description | Type | Status | Treating Provider |
|---|---|---|---|
| Anxiety disorder | Problem | Active | |
| Laterality | Severity | Start Date Unknown | Start Time / End Date / End Time |

Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:54

| Description | Type | Status | Treating Provider |
|---|---|---|---|
| Depressive disorder | Problem | Active | |
| Laterality | Severity | Start Date Unknown | Start Time / End Date / End Time |

Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:54

| Description | Type | Status | Treating Provider |
|---|---|---|---|
| Diabetes mellitus type 2 | Problem | Active | |
| Laterality | Severity | Start Date Unknown | Start Time / End Date / End Time |

Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:54

| Description | Type | Status | Treating Provider |
|---|---|---|---|
| Essential tremor | Problem | Active | |
| Laterality | Severity | Start Date Unknown | Start Time / End Date / End Time |

Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:54

| Description | Type | Status | Treating Provider |
|---|---|---|---|
| Fibromyalgia | Problem | Active | |
| Laterality | Severity | Start Date Unknown | Start Time / End Date / End Time |

Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:54

| Description | Type | Status | Treating Provider |
|---|---|---|---|
| Gastroesophageal reflux disease | Problem | Active | |
| Laterality | Severity | Start Date Unknown | Start Time / End Date / End Time |

Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:54

| Description | Type | Status | Treating Provider |
|---|---|---|---|
| Hemorrhoids | Problem | Active | |
| Laterality | Severity | Start Date Unknown | Start Time / End Date / End Time |

Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:54

| Description | Type | Status | Treating Provider |
|---|---|---|---|
| Hyperlipidemia | Problem | Active | |
| Laterality | Severity | Start Date Unknown | Start Time / End Date / End Time |

Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:54

| Description | Type | Status | Treating Provider |
|---|---|---|---|
| Irritable bowel syndrome | Problem | Active | |
| Laterality | Severity | Start Date Unknown | Start Time / End Date / End Time |

Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:54

| Description | Type | Status | Treating Provider |
|---|---|---|---|
| Migraine | Problem | Active | |
| Laterality | Severity | Start Date Unknown | Start Time / End Date / End Time |

Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:54

# BATON ROUGE GENERAL MEDICAL CENTER

## Patient Profile report

Patient Name: RAY KNIGHT, AMY

Visit ID: 000100876312 MR Number: 05399190 DOB:

Admit: 12/20/2016 Location: BBSD BSD BSD05

### Patient Reported Problems

| Description | Type | Status | | Treating Provider | |
|---|---|---|---|---|---|
| Urinary tract infection | Problem | Active | | | |
| Laterality | Severity | Start Date | Start Time | End Date | End Time |
| | | Unknown | | | |

Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:54

| Description | Type | Status | | Treating Provider | |
|---|---|---|---|---|---|
| Meniere disease | Problem | Active | | | |
| Laterality | Severity | Start Date | Start Time | End Date | End Time |
| | | Unknown | | | |

Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 16:02

### Patient Reported Procedures

| Description | | | | Treating Provider | |
|---|---|---|---|---|---|
| COLONOSCopy | | | | | |
| Laterality | Severity | Start Date | Start Time | End Date | End Time |
| | | Unknown | | | |

Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:44

| Description | | | | Treating Provider | |
|---|---|---|---|---|---|
| EGD | | | | | |
| Laterality | Severity | Start Date | Start Time | End Date | End Time |
| | | Unknown | | | |

Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:46

| Description | | | | Treating Provider | |
|---|---|---|---|---|---|
| EGD WITH ESOPHAGEAL DILITATION | | | | | |
| Laterality | Severity | Start Date | Start Time | End Date | End Time |
| | | Unknown | | | |

Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:46

| Description | | | | Treating Provider | |
|---|---|---|---|---|---|
| Hysterectomy | | | | | |
| Laterality | Severity | Start Date | Start Time | End Date | End Time |
| | | Unknown | | | |

Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:44

| Description | | | | Treating Provider | |
|---|---|---|---|---|---|
| Laparoscopy | | | | | |
| Laterality | Severity | Start Date | Start Time | End Date | End Time |
| | | Unknown | | | |

Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:44

| Description | | | | Treating Provider | |
|---|---|---|---|---|---|
| WISDOM TEETH | | | | | |
| Laterality | Severity | Start Date | Start Time | End Date | End Time |
| | | Unknown | | | |

Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:44

### Tobacco Use

None Reported Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:43

| Tobacco Type | Amount | Frequency | Duration | Start | Quit | Pack years | Total Pack years |
|---|---|---|---|---|---|---|---|

# BATON ROUGE GENERAL MEDICAL CENTER
## Patient Profile report

Patient Name: RAY KNIGHT, AMY
Visit ID: 000100876312 MR Number: 05399190 DOB:
Admit: 12/20/2016 Location: BBSD BSD BSD05

### Alcohol Use

None Reported Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:43

| Alcohol Type | Amount | Frequency | Duration | Quit |
|---|---|---|---|---|

### Recreational Drug Use

None Reported Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:43

| Start Date | Classification | Drug Name | Alt Name | Amount | Frequency | Duration | Quit |
|---|---|---|---|---|---|---|---|

### Family History

| Relationship | Name | Age | DOB | Race | Ethnicity | Alive / Deceased | Cause of Death |
|---|---|---|---|---|---|---|---|

Note:

### Patient Detail Documentation

Admit Weight:
Last Documented by: ABBY A. BURKE, RN on 12/20/2016 05:23
Admit Height:
Last Documented by: ABBY A. BURKE, RN on 12/20/2016 05:23
BMI:
Calculated field
BSA:
Calculated field
Preferred Language:
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:43
Smoking Status:
Last Documented by: TRACEY W. FERRINGTON RN on 12/16/2016 15:43
Education Level:
Last Documented by: TRACEY W. FERRINGTON RN on 12/16/2016 15:43
Organ Donor:
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:43

PATIENT DOES NOT HAVE LIVING WILL:
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:43

**BATON ROUGE GENERAL MEDICAL CENTER**
**Post-Procedure Assessment Report**
**12/16/2016 15:54 through 12/21/2016 04:19**

Patient Name: RAY KNIGHT, AMY
Visit ID: 000100876312 MR Number: 05399190 DOB:
Admitted: 12/20/2016 04:47 Attending: JOSEPH BENTON DUPONT JR
Admitting Diagnosis:

| Assessment Date | Procedure: BB Biopsy Breast(Left) | | Entry Date |
|---|---|---|---|
| | **Phase 1/2** Entered By: ALEXIS L. RIVERA, RN PL Location: RECO 2660H | | |
| 12/20/2016 07:47 | Aldrete Obtained | upon admit | 12/20/2016 08:11 |
| | Aldrete Scoring | Activity - 2. moves 4 extremities on command/ voluntary | 12/20/2016 08:11 |
| | | Respiration - 2. deep breath and cough adequately | |
| | | Circulation - 2. BP +/- 20% of pre-anesthesia level | |
| | | Consciousness - 1. arousable | |
| | | O2 Sat - 1. greater than or equal to 92% on oxygen | |
| | | Total Score: 8 | |

| Assessment Date | Procedure: BB Biopsy Breast(Left) | | Entry Date |
|---|---|---|---|
| | **Phase 1/2 Discharge** Entered By: ALEXIS L. RIVERA, RN PL Location: RECO 2660H | | |
| 12/20/2016 07:47 | Arrival Time | 12/20/2016 07:47 | 12/20/2016 08:11 |
| | Procedures | Excisional Biopsy Left Breast | 12/20/2016 08:11 |
| | Anesthesia Report | R. Lim, CRNA | 12/20/2016 08:11 |
| | Nurse Report | A. King, RN | 12/20/2016 08:11 |
| | Anesthesia Type | general | 12/20/2016 08:11 |
| | Patient From | OR | 12/20/2016 08:11 |
| | Patient Positioning | supine | 12/20/2016 08:11 |
| | | HOB elevated | |
| | | via stretcher | |
| | | safety precautions in use | |
| | LOC | drowsy | 12/20/2016 08:11 |
| | | arouses easily | |

| Assessment Date | Procedure: BB Biopsy Breast(Left) | | Entry Date |
|---|---|---|---|
| | **Neurological** Entered By: ALEXIS L. RIVERA, RN PL Location: RECO 2660H | | |
| 12/20/2016 07:47 | Glasgow Coma Scale | Eyes - 3. To Speech / Sound | 12/20/2016 08:11 |
| | | Verbal - 5. Oriented, Alert, Appropriate | |
| | | Motor - 6. Obeys Commands | |
| | | Total Score: 14/15 | |
| | LOC | oriented x 4 | 12/20/2016 08:11 |
| | | drowsy | |
| | Responds To | voice | 12/20/2016 08:11 |
| | Neuro Behavior | cooperative | 12/20/2016 08:11 |
| | | arouses easily | |
| | Speech | clear | 12/20/2016 08:11 |

**BATON ROUGE GENERAL MEDICAL CENTER**
**Post-Procedure Assessment Report**
**12/16/2016 15:54 through 12/21/2016 04:19**

Patient Name: RAY KNIGHT, AMY
Visit ID: 000100876312 MR Number: 05399190 DOB:
Admitted: 12/20/2016 04:47 Attending: JOSEPH BENTON DUPONT JR
Admitting Diagnosis:

| Assessment Date | | | Entry Date |
|---|---|---|---|
| | **Procedure: BB Biopsy Breast(Left)** | | |
| | **Cardio/CMS**<br>**Entered By:** ALEXIS L. RIVERA, RN<br>**Pt. Location:** RECO 2660H | | |
| 12/20/2016 07:47 | Heart Sounds | S1 S2<br>regular | 12/20/2016 08:11 |
| | Chest Pain | denies | 12/20/2016 08:11 |
| | **Procedure: BB Biopsy Breast(Left)** | | |
| | **Pacer/Tele**<br>**Entered By:** ALEXIS L. RIVERA, RN<br>**Pt. Location:** RECO 2660H | | |
| 12/20/2016 07:47 | Monitor Lead | alarms on<br>remote tele<br>lead II | 12/20/2016 08:11 |
| | Rhythm | normal sinus rhythm | 12/20/2016 08:11 |
| | **Procedure: BB Biopsy Breast(Left)** | | |
| | **Respiratory2**<br>**Entered By:** ALEXIS L. RIVERA, RN<br>**Pt. Location:** RECO 2660H | | |
| 12/20/2016 07:47 | Airway Type | natural | 12/20/2016 08:11 |
| | Breath Sounds - LUL | anterior<br>clear | 12/20/2016 08:11 |
| | Breath Sounds - LLL | anterior<br>clear | 12/20/2016 08:11 |
| | Breath Sounds - RUL | anterior<br>clear | 12/20/2016 08:11 |
| | Breath Sounds - RLL | anterior<br>clear | 12/20/2016 08:11 |
| | Cough | dry<br>non-productive | 12/20/2016 08:11 |
| | Actions Taken | oxygen applied<br>DB and cough<br>HOB elevated | 12/20/2016 08:11 |
| | O2 Device | face tent | 12/20/2016 08:11 |
| | **Procedure: BB Biopsy Breast(Left)** | | |
| | **Gastrointestinal2**<br>**Entered By:** ALEXIS L. RIVERA, RN<br>**Pt. Location:** RECO 2660H | | |
| 12/20/2016 07:47 | Abdomen | soft/ non-distended<br>non-tender | 12/20/2016 08:11 |

**BATON ROUGE GENERAL MEDICAL CENTER**
**Post-Procedure Assessment Report**
**12/16/2016 15:54 through 12/21/2016 04:19**

Patient Name: RAY KNIGHT, AMY
Visit ID: 000100876312 MR Number: 05399190 DOB:
Admitted: 12/20/2016 04:47 Attending: JOSEPH BENTON DUPONT JR
Admitting Diagnosis:

| Assessment Date | | | | Entry Date |
|---|---|---|---|---|
| | **Procedure: BB Biopsy Breast(Left)** | | | |
| | **Genitourinary2**<br>**Entered By:** ALEXIS L. RIVERA, RN<br>**Pt. Location:** RECO 2660H | | | |
| 12/20/2016 07:47 | Voiding | | due to void | 12/20/2016 08:11 |
| **Assessment Date** | **Procedure: BB Biopsy Breast(Left)** | | | **Entry Date** |
| | **Integumentary**<br>**Entered By:** ALEXIS L. RIVERA, RN<br>**Pt. Location:** RECO 2660H | | | |
| 12/20/2016 07:47 | Skin Color | | pink | 12/20/2016 08:11 |
| **Assessment Date** | **Procedure: BB Biopsy Breast(Left)** | | | **Entry Date** |
| | **Pain2**<br>**Entered By:** ALEXIS L. RIVERA, RN<br>**Pt. Location:** RECO 2660H | | | |
| 12/20/2016 07:47 | Pasero Opioid-Induced Sedation Scale | | S = Sleep, easily to arouse (Acceptable; no action necessary) | 12/20/2016 08:11 |
| 12/20/2016 07:47 | Pain Assessment | Pain Location | breast, left | 12/20/2016 08:11 |
| | | Pain Scale | Numeric | |
| | | Pain Score | 8/10 | |
| | | Pain Goal | acceptable comfort level | |
| | | Pain Goal | acceptable pain reduction | |
| | | Pain Management | emotional support | |
| **Assessment Date** | **Procedure: BB Biopsy Breast(Left)** | | | **Entry Date** |
| | **Safety2**<br>**Entered By:** ALEXIS L. RIVERA, RN<br>**Pt. Location:** RECO 2660H | | | |
| 12/20/2016 07:47 | Safety Precautions | | bed locked<br>bed position low<br>side rails X 2 | 12/20/2016 08:11 |
| **Assessment Date** | **Procedure: BB Biopsy Breast(Left)** | | | **Entry Date** |
| | **Intervention/Communication**<br>**Entered By:** ALEXIS L. RIVERA, RN<br>**Pt. Location:** RECO 2660H | | | |
| 12/20/2016 07:47 | Notified | | family<br>updated | 12/20/2016 08:11 |
| | Notified Via | | phone | 12/20/2016 08:11 |

**BATON ROUGE GENERAL MEDICAL CENTER**
**Post-Procedure Assessment Report**
**12/16/2016 15:54 through 12/21/2016 04:19**

Patient Name: RAY KNIGHT, AMY
Visit ID: 000100876312 MR Number: 05399190 DOB:
Admitted: 12/20/2016 04:47 Attending: JOSEPH BENTON DUPONT JR
Admitting Diagnosis:

| Assessment Date | | | Entry Date |
|---|---|---|---|
| | **Procedure: BB Biopsy Breast(Left)** | | |
| | **Incision/Wound Surgical incision**<br>**Entered By:** ALEXIS L. RIVERA, RN<br>**Pt. Location:** RECO 2660H | | |
| 12/20/2016 07:47 | Location Site 1 | Left Breast | 12/20/2016 08:11 |
| | Type 1 | Incision | 12/20/2016 08:11 |
| | Dressing Type 1 | gauze<br>tegaderm | 12/20/2016 08:11 |
| | Dressing Status 1 | clean<br>dry<br>intact | 12/20/2016 08:11 |
| | Dressing Intervention 1 | checked | 12/20/2016 08:11 |

| Assessment Date | | | Entry Date |
|---|---|---|---|
| | **Procedure: BB Biopsy Breast(Left)** | | |
| | **Reassessment**<br>**Entered By:** ALEXIS L. RIVERA, RN<br>**Pt. Location:** RECO 2660H | | |
| 12/20/2016 08:00 | Glasgow Coma Scale | Eyes - 4. Spontaneous<br>Verbal - 5. Oriented, Alert, Appropriate<br>Motor - 6. Obeys Commands<br>Total Score: 15/15 | 12/20/2016 08:22 |
| | Airway Type | natural | 12/20/2016 08:22 |
| | Resp Pattern | regular<br>Unlabored | 12/20/2016 08:22 |
| | Pasero Opioid-Induced Sedation Scale | 2 = Slightly drowsy, easily aroused (Acceptable; no action necessary) | 12/20/2016 08:22 |
| 12/20/2016 08:00 | Pain Assessment — Pain Location | breast, left | 12/20/2016 08:22 |
| | Pain Scale | Numeric | |
| | Pain Score | 8/10 | |
| | Pain Goal | acceptable comfort level | |
| | Pain Goal | acceptable pain reduction | |
| | Pain Medication | yes | |
| | Pain Management | emotional support | |

| Assessment Date | | | Entry Date |
|---|---|---|---|
| | **Procedure: BB Biopsy Breast(Left)** | | |
| | **Respiratory2**<br>**Entered By:** ALEXIS L. RIVERA, RN<br>**Pt. Location:** RECO 2660H | | |
| 12/20/2016 08:00 | Actions Taken | DB and cough<br>O2 discontinued | 12/20/2016 08:22 |

**BATON ROUGE GENERAL MEDICAL CENTER**
**Post-Procedure Assessment Report**
**12/16/2016 15:54 through 12/21/2016 04:19**

Patient Name: **RAY KNIGHT, AMY**
Visit ID: **000100876312** MR Number: **05399190** DOB:
Admitted: **12/20/2016 04:47** Attending: **JOSEPH BENTON DUPONT JR**
Admitting Diagnosis:

| Assessment Date | | | Entry Date |
|---|---|---|---|
| | **Procedure: BB Biopsy Breast(Left)** | | |
| | **Integumentary** / **Entered By:** ALEXIS L. RIVERA, RN / **Pt. Location:** RECO 2660H | | |
| 12/20/2016 08:00 | Skin Color | pink | 12/20/2016 08:22 |
| | **Procedure: BB Biopsy Breast(Left)** | | |
| | **Incision/Wound Surgical Incision** / **Entered By:** ALEXIS L. RIVERA, RN / **Pt. Location:** RECO 2660H | | |
| 12/20/2016 08:00 | Location Site 1 | Left Breast | 12/20/2016 08:22 |
| | Type 1 | Incision | 12/20/2016 08:22 |
| | Dressing Status 1 | clean<br>dry<br>intact | 12/20/2016 08:22 |
| | Dressing Intervention 1 | checked | 12/20/2016 08:22 |
| | **Procedure: BB Biopsy Breast(Left)** | | |
| | **Phase 1/2** / **Entered By:** ALEXIS L. RIVERA, RN / **Pt. Location:** RECO 2660H | | |
| 12/20/2016 08:15 | Aldrete Obtained | 30 min post admit | 12/20/2016 08:25 |
| | Aldrete Scoring | Activity - 2. moves 4 extremities on command/ voluntary<br>Respiration - 2. deep breath and cough adequately<br>Circulation - 2. BP +/- 20% of pre-anesthesia level<br>Consciousness - 1. arousable<br>O2 Sat - 2. greater than or equal to 92% on room air<br>Total Score: 9 | 12/20/2016 08:25 |
| | **Procedure: BB Biopsy Breast(Left)** | | |
| | **Phase 1/2 Discharge** / **Entered By:** ALEXIS L. RIVERA, RN / **Pt. Location:** RECO 2660H | | |
| 12/20/2016 08:15 | LOC | oriented to person<br>oriented to place<br>oriented to time<br>oriented to situation<br>drowsy | 12/20/2016 08:25 |
| | **Procedure: BB Biopsy Breast(Left)** | | |
| | **Neurological** / **Entered By:** ALEXIS L. RIVERA, RN / **Pt. Location:** RECO 2660H | | |
| 12/20/2016 08:15 | Glasgow Coma Scale | Eyes - 4. Spontaneous | 12/20/2016 08:25 |

**BATON ROUGE GENERAL MEDICAL CENTER**
**Post-Procedure Assessment Report**
**12/16/2016 15:54 through 12/21/2016 04:19**

Patient Name: RAY KNIGHT, AMY
Visit ID: 000100876312 MR Number: 05399190 DOB:
Admitted: 12/20/2016 04:47 Attending: JOSEPH BENTON DUPONT JR
Admitting Diagnosis:

| Assessment Date | | | Entry Date |
|---|---|---|---|
| | **Procedure: BB Biopsy Breast(Left)** | | |
| | **Neurological**<br>**Entered By:** ALEXIS L. RIVERA, RN<br>**Pt. Location:** RECO 2660H | | |
| 12/20/2016 08:15 | Glasgow Coma Scale | Verbal - 5. Oriented, Alert, Appropriate<br>Motor - 6. Obeys Commands<br>Total Score: 15/15 | 12/20/2016 08:25 |
| | LOC | oriented x 4<br>drowsy | 12/20/2016 08:25 |
| | Responds To | voice | 12/20/2016 08:25 |
| | Neuro Behavior | cooperative<br>arouses easily | 12/20/2016 08:25 |
| | Speech | clear | 12/20/2016 08:25 |
| **Assessment Date** | **Procedure: BB Biopsy Breast(Left)** | | **Entry Date** |
| | **Cardio/CMS**<br>**Entered By:** ALEXIS L. RIVERA, RN<br>**Pt. Location:** RECO 2660H | | |
| 12/20/2016 08:15 | Heart Sounds | S1 S2<br>regular | 12/20/2016 08:25 |
| **Assessment Date** | **Procedure: BB Biopsy Breast(Left)** | | **Entry Date** |
| | **Respiratory2**<br>**Entered By:** ALEXIS L. RIVERA, RN<br>**Pt. Location:** RECO 2660H | | |
| 12/20/2016 08:15 | Airway Type | natural | 12/20/2016 08:25 |
| | Actions Taken | DB and cough | 12/20/2016 08:25 |
| **Assessment Date** | **Procedure: BB Biopsy Breast(Left)** | | **Entry Date** |
| | **Gastrointestinal2**<br>**Entered By:** ALEXIS L. RIVERA, RN<br>**Pt. Location:** RECO 2660H | | |
| 12/20/2016 08:15 | Abdomen | soft/ non-distended<br>non-tender | 12/20/2016 08:25 |
| **Assessment Date** | **Procedure: BB Biopsy Breast(Left)** | | **Entry Date** |
| | **Genitourinary2**<br>**Entered By:** ALEXIS L. RIVERA, RN<br>**Pt. Location:** RECO 2660H | | |
| 12/20/2016 08:15 | Voiding | due to void | 12/20/2016 08:25 |

**BATON ROUGE GENERAL MEDICAL CENTER**
**Post-Procedure Assessment Report**
**12/16/2016 15:54 through 12/21/2016 04:19**

Patient Name: RAY KNIGHT, AMY
Visit ID: 000100876312 MR Number: 05399190 DOB:
Admitted: 12/20/2016 04:47 Attending: JOSEPH BENTON DUPONT JR
Admitting Diagnosis:

| Assessment Date | | | Procedure: BB Biopsy Breast(Left) | Entry Date |
|---|---|---|---|---|
| | Integumentary<br>Entered By: ALEXIS L. RIVERA, RN<br>Pt. Location: RECO 2660H | | | |
| 12/20/2016 08:15 | Skin Color | | pink | 12/20/2016 08:25 |

| Assessment Date | | | Procedure: BB Biopsy Breast(Left) | Entry Date |
|---|---|---|---|---|
| | Pain2<br>Entered By: ALEXIS L. RIVERA, RN<br>Pt. Location: RECO 2660H | | | |
| 12/20/2016 08:15 | Pasero Opioid-Induced Sedation Scale | | 2 = Slightly drowsy, easily aroused (Acceptable; no action necessary) | 12/20/2016 08:25 |
| 12/20/2016 08:15 | Pain Assessment | Pain Location | breast, left | 12/20/2016 08:25 |
| | | Pain Scale | Numeric | |
| | | Pain Score | 7/10 | |
| | | Pain Goal | acceptable comfort level | |
| | | Pain Goal | acceptable pain reduction | |
| | | Pain Medication | yes | |
| | | Pain Management | emotional support | |

| Assessment Date | | Procedure: BB Biopsy Breast(Left) | Entry Date |
|---|---|---|---|
| | Safety2<br>Entered By: ALEXIS L. RIVERA, RN<br>Pt. Location: RECO 2660H | | |
| 12/20/2016 08:15 | Safety Precautions | bed locked<br>bed position low<br>side rails X 2 | 12/20/2016 08:25 |

| Assessment Date | | Procedure: BB Biopsy Breast(Left) | Entry Date |
|---|---|---|---|
| | Incision/Wound Surgical Incision<br>Entered By: ALEXIS L. RIVERA, RN<br>Pt. Location: RECO 2660H | | |
| 12/20/2016 08:15 | Location Site 1 | Left Breast | 12/20/2016 08:25 |
| | Type 1 | Incision | 12/20/2016 08:25 |
| | Dressing Type 1 | gauze<br>tegaderm | 12/20/2016 08:25 |
| | Dressing Status 1 | clean<br>dry<br>intact | 12/20/2016 08:25 |
| | Dressing Intervention 1 | checked | 12/20/2016 08:25 |

**BATON ROUGE GENERAL MEDICAL CENTER**
**Post-Procedure Assessment Report**
**12/16/2016 15:54 through 12/21/2016 04:19**

Patient Name: RAY KNIGHT, AMY
Visit ID: 000100876312 MR Number: 05399190 DOB:
Admitted: 12/20/2016 04:47 Attending: JOSEPH BENTON DUPONT JR
Admitting Diagnosis:

| Assessment Date | Procedure: BB Biopsy Breast(Left) | | | Entry Date |
|---|---|---|---|---|
| | **Reassessment** Entered By: ALEXIS L. RIVERA, RN PL Location: RECO 2660H | | | |
| 12/20/2016 08:30 | Glasgow Coma Scale | | Eyes - 4. Spontaneous<br>Verbal - 5. Oriented, Alert, Appropriate<br>Motor - 6. Obeys Commands<br>Total Score: 15/15 | 12/20/2016 08:32 |
| | Airway Type | | natural | 12/20/2016 08:32 |
| | Resp Pattern | | regular<br>Unlabored | 12/20/2016 08:32 |
| | Pasero Opioid-induced Sedation Scale | | 2 = Slightly drowsy, easily aroused (Acceptable; no action necessary) | 12/20/2016 08:32 |
| 12/20/2016 08:30 | Pain Assessment | Pain Location | breast, left | 12/20/2016 08:32 |
| | | Pain Scale | Numeric | |
| | | Pain Score | 7/10 | |
| | | Pain Goal | acceptable pain reduction | |
| | | Pain Goal | acceptable comfort level | |
| | | Pain Medication | yes | |
| | | Pain Management | emotional support | |

| Assessment Date | Procedure: BB Biopsy Breast(Left) | | Entry Date |
|---|---|---|---|
| | **Respiratory2** Entered By: ALEXIS L. RIVERA, RN PL Location: RECO 2660H | | |
| 12/20/2016 08:30 | Actions Taken | DB and cough | 12/20/2016 08:32 |

| Assessment Date | Procedure: BB Biopsy Breast(Left) | | Entry Date |
|---|---|---|---|
| | **Gastrointestinal2** Entered By: ALEXIS L. RIVERA, RN PL Location: RECO 2660H | | |
| 12/20/2016 08:30 | Nutritional Status | tolerating oral fluids | 12/20/2016 08:32 |

| Assessment Date | Procedure: BB Biopsy Breast(Left) | | Entry Date |
|---|---|---|---|
| | **Integumentary** Entered By: ALEXIS L. RIVERA, RN PL Location: RECO 2660H | | |
| 12/20/2016 08:30 | Skin Color | pink | 12/20/2016 08:32 |

**BATON ROUGE GENERAL MEDICAL CENTER**
**Post-Procedure Assessment Report**
**12/16/2016 15:54 through 12/21/2016 04:19**

Patient Name: RAY KNIGHT, AMY
Visit ID: 000100876312 MR Number: 05399190 DOB:
Admitted: 12/20/2016 04:47 Attending: JOSEPH BENTON DUPONT JR
Admitting Diagnosis:

| Assessment Date | | Procedure: BB Biopsy Breast(Left) | Entry Date |
|---|---|---|---|
| | **Incision/Wound Surgical Incision**<br>**Entered By:** ALEXIS L. RIVERA, RN<br>**Pt. Location:** RECO 2660H | | |
| 12/20/2016 08:30 | Location Site 1 | Left Breast | 12/20/2016 08:32 |
| | Type 1 | Incision | 12/20/2016 08:32 |
| | Dressing Status 1 | clean<br>dry<br>intact | 12/20/2016 08:32 |
| | Dressing Intervention 1 | checked | 12/20/2016 08:32 |

| Assessment Date | | Procedure: BB Biopsy Breast(Left) | Entry Date |
|---|---|---|---|
| | **Phase 1/2 Discharge**<br>**Entered By:** ALEXIS L. RIVERA, RN<br>**Pt. Location:** RECO 2660H | | |
| 12/20/2016 08:45 | LOC | oriented to person<br>oriented to place<br>oriented to time<br>oriented to situation<br>drowsy | 12/20/2016 09:02 |

| Assessment Date | | Procedure: BB Biopsy Breast(Left) | Entry Date |
|---|---|---|---|
| | **Neurological**<br>**Entered By:** ALEXIS L. RIVERA, RN<br>**Pt. Location:** RECO 2660H | | |
| 12/20/2016 08:45 | Glasgow Coma Scale | Eyes - 4. Spontaneous<br>Verbal - 5. Oriented, Alert, Appropriate<br>Motor - 6. Obeys Commands<br>Total Score: 15/15 | 12/20/2016 09:02 |
| | LOC | oriented x 4<br>drowsy | 12/20/2016 09:02 |
| | Responds To | voice | 12/20/2016 09:02 |
| | Neuro Behavior | cooperative<br>arouses easily | 12/20/2016 09:02 |
| | Speech | clear | 12/20/2016 09:02 |

| Assessment Date | | Procedure: BB Biopsy Breast(Left) | Entry Date |
|---|---|---|---|
| | **Cardio/CMS**<br>**Entered By:** ALEXIS L. RIVERA, RN<br>**Pt. Location:** RECO 2660H | | |
| 12/20/2016 08:45 | Heart Sounds | S1 S2<br>regular | 12/20/2016 09:02 |

**BATON ROUGE GENERAL MEDICAL CENTER**
**Post-Procedure Assessment Report**
**12/16/2016 15:54 through 12/21/2016 04:19**

Patient Name: **RAY KNIGHT, AMY**
Visit ID: **000100876312** MR Number: **05399190** DOB:
Admitted: **12/20/2016 04:47** Attending: **JOSEPH BENTON DUPONT JR**
Admitting Diagnosis:

***Assessment Date*** **Procedure: BB Biopsy Breast(Left)** **Entry Date**

**Respiratory2**
**Entered By:** ALEXIS L. RIVERA, RN
**Pt. Location:** RECO 2660H

| | | | |
|---|---|---|---|
| 12/20/2016 08:45 | Airway Type | natural | 12/20/2016 09:02 |
| | Actions Taken | DB and cough | 12/20/2016 09:02 |

***Assessment Date*** **Procedure: BB Biopsy Breast(Left)** **Entry Date**

**Gastrointestinal2**
**Entered By:** ALEXIS L. RIVERA, RN
**Pt. Location:** RECO 2660H

| | | | |
|---|---|---|---|
| 12/20/2016 08:45 | Abdomen | soft/ non-distended | 12/20/2016 09:02 |

***Assessment Date*** **Procedure: BB Biopsy Breast(Left)** **Entry Date**

**Integumentary**
**Entered By:** ALEXIS L. RIVERA, RN
**Pt. Location:** RECO 2660H

| | | | |
|---|---|---|---|
| 12/20/2016 08:45 | Skin Color | pink | 12/20/2016 09:02 |

***Assessment Date*** **Procedure: BB Biopsy Breast(Left)** **Entry Date**

**Pain2**
**Entered By:** ALEXIS L. RIVERA, RN
**Pt. Location:** RECO 2660H

| | | | | |
|---|---|---|---|---|
| **12/20/2016 08:45** | **Category Note: patient awakens to rate pain, shows no signs of distress** | | | **12/20/2016 09:04** |
| | Pasero Opioid-Induced Sedation Scale | | 2 = Slightly drowsy, easily aroused (Acceptable; no action necessary) | 12/20/2016 09:02 |
| 12/20/2016 08:45 | Pain Assessment | Pain Location | breast, left | 12/20/2016 09:02 |
| | | Pain Scale | Numeric | |
| | | Pain Score | 6/10 | |
| | | Pain Non Verbal | relaxed (0/10) | |
| | | Pain Goal | acceptable pain reduction | |
| | | Pain Goal | acceptable comfort level | |
| | | Pain Management | emotional support | |

***Assessment Date*** **Procedure: BB Biopsy Breast(Left)** **Entry Date**

**Safety2**
**Entered By:** ALEXIS L. RIVERA, RN
**Pt. Location:** RECO 2660H

| | | | |
|---|---|---|---|
| 12/20/2016 08:45 | Safety Precautions | bed locked<br>bed position low<br>side rails X 2 | 12/20/2016 09:02 |

BATON ROUGE GENERAL MEDICAL CENTER
Post-Procedure Assessment Report
12/16/2016 15:54 through 12/21/2016 04:19

Patient Name: RAY KNIGHT, AMY
Visit ID: 000100876312 MR Number: 05399190 DOB:
Admitted: 12/20/2016 04:47 Attending: JOSEPH BENTON DUPONT JR
Admitting Diagnosis:

| Assessment Date | Procedure: BB Biopsy Breast(Left) | | Entry Date |
|---|---|---|---|
| | Incision/Wound Surgical Incision<br>Entered By: ALEXIS L. RIVERA, RN<br>Pt. Location: RECO 2660H | | |
| 12/20/2016 08:45 | Location Site 1 | Left Breast | 12/20/2016 09:02 |
| | Type 1 | Incision | 12/20/2016 09:02 |
| | Dressing Type 1 | gauze<br>tegaderm | 12/20/2016 09:02 |
| | Dressing Status 1 | clean<br>dry<br>intact | 12/20/2016 09:02 |
| | Dressing Intervention 1 | checked | 12/20/2016 09:02 |

| Assessment Date | Procedure: BB Biopsy Breast(Left) | | Entry Date |
|---|---|---|---|
| | Phase 1/2<br>Entered By: ALEXIS L. RIVERA, RN<br>Pt. Location: BBSD BSD05 | | |
| 12/20/2016 08:57 | Aldrete Obtained | upon D/C phase 1 | 12/20/2016 09:04 |
| | Aldrete Scoring | Activity - 2. moves 4 extremities on command/ voluntary<br>Respiration - 2. deep breath and cough adequately<br>Circulation - 2. BP +/- 20% of pre-anesthesia level<br>Consciousness - 1. arousable<br>O2 Sat - 2. greater than or equal to 92% on room air<br>Total Score: 9 | 12/20/2016 09:04 |

| Assessment Date | Procedure: BB Biopsy Breast(Left) | | Entry Date |
|---|---|---|---|
| | Phase 1/2 Discharge<br>Entered By: ALEXIS L. RIVERA, RN<br>Pt. Location: BBSD BSD05 | | |
| 12/20/2016 08:57 | Phase 1/2 Discharge to | SDS | 12/20/2016 09:04 |
| | Report Given | L. Patterson, RN | 12/20/2016 09:04 |
| | Discharge Time | 12/20/2016 08:57 | 12/20/2016 09:04 |
| | Accompanied By | RN | 12/20/2016 09:04 |
| | Equipment | side rails X 4 | 12/20/2016 09:04 |
| | Interventions | nurse at bedside<br>VS obtained<br>surgical site viewed<br>bed low/locked, siderails up x2, call light w/in reach | 12/20/2016 09:04 |
| | Equipment Discontinued | done | 12/20/2016 09:04 |
| | Prescriptions | sent to pharmacy | 12/20/2016 09:04 |
| | Valuables/ Meds | N/A | 12/20/2016 09:04 |
| | D/C Via | stretcher | 12/20/2016 09:04 |

**BATON ROUGE GENERAL MEDICAL CENTER**
**Post-Procedure Assessment Report**
**12/16/2016 15:54 through 12/21/2016 04:19**

Patient Name: RAY KNIGHT, AMY
Visit ID: 000100876312 MR Number: 05399190 DOB:
Admitted: 12/20/2016 04:47 Attending: JOSEPH BENTON DUPONT JR
Admitting Diagnosis:

| Assessment Date | | Procedure: BB Biopsy Breast(Left) | Entry Date |
|---|---|---|---|
| | **HEAD TO TOE** Entered By: ABBY A. BURKE, RN Pt. Location: BBSD BSD05 | | |
| 12/20/2016 08:57 | Glasgow Coma Scale | Eyes - 4. Spontaneous<br>Verbal - 5. Oriented, Alert, Appropriate<br>Motor - 6. Obeys Commands<br>Total Score: 15/15 | 12/20/2016 09:33 |
| | Gastrointestinal | WNL | 12/20/2016 09:33 |
| | Musculoskeletal | WNL | 12/20/2016 09:33 |
| | Neuromuscular | WNL | 12/20/2016 09:33 |
| | Psychosocial | WNL | 12/20/2016 09:33 |

| Assessment Date | | Procedure: BB Biopsy Breast(Left) | Entry Date |
|---|---|---|---|
| | **Phase 1/2 Discharge** Entered By: ABBY A. BURKE, RN Pt. Location: BBSD BSD05 | | |
| 12/20/2016 08:57 | Arrival Time | 12/20/2016 08:57 | 12/20/2016 09:33 |
| | Nurse Report | s. gilpin m | 12/20/2016 09:33 |
| | Anesthesia Type | general | 12/20/2016 09:33 |
| | Patient From | PACU | 12/20/2016 09:33 |
| | Patient Positioning | supine<br>HOB elevated<br>via stretcher<br>safety precautions in use | 12/20/2016 09:33 |
| | LOC | alert<br>oriented to person<br>oriented to place<br>oriented to time<br>oriented to situation | 12/20/2016 09:33 |

| Assessment Date | | Procedure: BB Biopsy Breast(Left) | Entry Date |
|---|---|---|---|
| | **Neurological** Entered By: ABBY A. BURKE, RN Pt. Location: BBSD BSD05 | | |
| 12/20/2016 08:57 | LOC | alert<br>oriented x 4 | 12/20/2016 09:33 |
| | Responds To | voice | 12/20/2016 09:33 |
| | Neuro Behavior | quiet | 12/20/2016 09:33 |
| | Speech | clear | 12/20/2016 09:33 |

**BATON ROUGE GENERAL MEDICAL CENTER**
**Post-Procedure Assessment Report**
**12/16/2016 15:54 through 12/21/2016 04:19**

Patient Name: RAY KNIGHT, AMY
Visit ID: 000100876312 MR Number: 05399190 DOB:
Admitted: 12/20/2016 04:47 Attending: JOSEPH BENTON DUPONT JR
Admitting Diagnosis:

| *Assessment Date* | Procedure: BB Biopsy Breast(Left) | | Entry Date |
|---|---|---|---|
| | **Cardio/CMS**<br>**Entered By:** ABBY A. BURKE, RN<br>**Pt. Location:** BBSD BSD05 | | |
| 12/20/2016 08:57 | Heart Sounds | regular | 12/20/2016 09:33 |
| | Pulse 1 | right<br>left<br>radial<br>dorsalis pedis<br>posterior tibial<br>normal<br>palpable | 12/20/2016 09:33 |
| 12/20/2016 08:57 | **Group Note: +2 palpable** | | 12/20/2016 09:36 |
| | CMS Movmt. 1 | full | 12/20/2016 09:33 |
| | CMS Senstn. 1 | normal | 12/20/2016 09:33 |
| | CMS Nail Bed Color 1 | pink | 12/20/2016 09:33 |
| | CMS Skin Temp. 1 | warm | 12/20/2016 09:33 |
| | CMS Cap. Refill 1 | less than 3 sec | 12/20/2016 09:33 |

| *Assessment Date* | Procedure: BB Biopsy Breast(Left) | | Entry Date |
|---|---|---|---|
| | **Respiratory2**<br>**Entered By:** ABBY A. BURKE, RN<br>**Pt. Location:** BBSD BSD05 | | |
| 12/20/2016 08:57 | Resp Pattern | regular<br>Unlabored | 12/20/2016 09:33 |
| | Breath Sounds - LUL | anterior<br>posterior<br>clear | 12/20/2016 09:33 |
| | Breath Sounds - LLL | anterior<br>posterior<br>clear | 12/20/2016 09:33 |
| | Breath Sounds - RUL | anterior<br>posterior<br>clear | 12/20/2016 09:33 |
| | Breath Sounds - RLL | anterior<br>posterior<br>clear | 12/20/2016 09:33 |

**BATON ROUGE GENERAL MEDICAL CENTER**
**Post-Procedure Assessment Report**
**12/16/2016 15:54 through 12/21/2016 04:19**

Patient Name: RAY KNIGHT, AMY
Visit ID: 000100876312 MR Number: 05399190 DOB:
Admitted: 12/20/2016 04:47 Attending: JOSEPH BENTON DUPONT JR
Admitting Diagnosis:

| *Assessment Date* | Procedure: BB Biopsy Breast(Left) | | Entry Date |
|---|---|---|---|
| | **Gastrointestinal2** Entered By: ABBY A. BURKE, RN PL Location: BBSD BSD05 | | |
| 12/20/2016 08:57 | Nutritional Status | tolerating oral fluids | 12/20/2016 09:33 |

| *Assessment Date* | Procedure: BB Biopsy Breast(Left) | | | Entry Date |
|---|---|---|---|---|
| | **Pain2** Entered By: ABBY A. BURKE, RN PL Location: BBSD BSD05 | | | |
| 12/20/2016 08:57 | Group Note: patient states "it is feeling a little better" | | | 12/20/2016 09:38 |
| 12/20/2016 08:57 | Pain Assessment | Pain Location | breast, left | 12/20/2016 09:33 |
| | | Pain Scale | Numeric | |
| | | Pain Score | 4/10 | |
| | | Pain Duration | acute | |
| | | Pain Character | soreness | |

| *Assessment Date* | Procedure: BB Biopsy Breast(Left) | | Entry Date |
|---|---|---|---|
| | **Safety2** Entered By: ABBY A. BURKE, RN PL Location: BBSD BSD05 | | |
| 12/20/2016 08:57 | Safety Precautions | bed locked | 12/20/2016 09:33 |
| | | bed position low | |
| | | side rails X 2 | |
| | | call system in reach | |
| | | door opened | |
| | | personal items near patient | |
| | | lock all equipment before transfer | |
| | | staff present | |
| | | non-slip footwear | |
| | | family at bedside | |
| | | instruct not to get up unassisted | |

| *Assessment Date* | Procedure: BB Biopsy Breast(Left) | | Entry Date |
|---|---|---|---|
| | **Incision/Wound Surgical Incision** Entered By: ABBY A. BURKE, RN PL Location: BBSD BSD05 | | |
| 12/20/2016 08:57 | Location Site 1 | left breast | 12/20/2016 09:33 |
| | Type 1 | incision | 12/20/2016 09:33 |
| | Dressing Type 1 | gauze | 12/20/2016 09:33 |
| | | tegaderm | |

**BATON ROUGE GENERAL MEDICAL CENTER**
**Post-Procedure Assessment Report**
**12/16/2016 15:54 through 12/21/2016 04:19**

Patient Name: **RAY KNIGHT, AMY**
Visit ID: **000100876312** MR Number: **05399190** DOB:
Admitted: **12/20/2016 04:47** Attending: **JOSEPH BENTON DUPONT JR**
Admitting Diagnosis:

| Assessment Date | | Procedure: BB Biopsy Breast(Left) | | Entry Date |
|---|---|---|---|---|
| | **Incision/Wound Surgical Incision** Entered By: ABBY A. BURKE, RN Pt. Location: BBSD BSD05 | | | |
| 12/20/2016 08:57 | Dressing Status 1 | | clean<br>dry<br>intact | 12/20/2016 09:33 |
| | Dressing Intervention 1 | | checked | 12/20/2016 09:33 |

| Assessment Date | | Procedure: BB Biopsy Breast(Left) | | Entry Date |
|---|---|---|---|---|
| | **HEAD TO TOE** Entered By: ABBY A. BURKE, RN Pt. Location: BBSD BSD05 | | | |
| 12/20/2016 09:29 | Physical Reassessment | | No changes noted from previous physical assessment | 12/20/2016 09:39 |

| Assessment Date | | Procedure: BB Biopsy Breast(Left) | | Entry Date |
|---|---|---|---|---|
| | **Phase 1/2** Entered By: ABBY A. BURKE, RN Pt. Location: BBSD BSD05 | | | |
| 12/20/2016 09:29 | Aldrete Obtained | | upon D/C phase 2 | 12/20/2016 09:39 |
| | Aldrete Scoring | | Activity - 2. moves 4 extremities on command/ voluntary<br>Respiration - 2. deep breath and cough adequately<br>Circulation - 2. BP +/- 20% of pre-anesthesia level<br>Consciousness - 2. fully awake<br>O2 Sat - 2. greater than or equal to 92% on room air<br>Total Score: 10 | 12/20/2016 09:39 |
| | Criteria/ Recovery | | criteria met | 12/20/2016 09:39 |

| Assessment Date | | Procedure: BB Biopsy Breast(Left) | | Entry Date |
|---|---|---|---|---|
| | **Pain2** Entered By: ABBY A. BURKE, RN Pt. Location: BBSD BSD05 | | | |
| **12/20/2016 09:29** | **Group Note: patient states "the pain is a little better"** | | | **12/20/2016 09:42** |
| 12/20/2016 09:29 | Pain Assessment | Pain Location | breast, left | 12/20/2016 09:39 |
| | | Pain Scale | Numeric | |
| | | Pain Score | 3/10 | |
| | | Pain Duration | acute | |
| | | Pain Distribution | localized | |
| | | Pain Character | soreness | |

BATON ROUGE GENERAL MEDICAL CENTER
Post-Procedure Assessment Report
12/16/2016 15:54 through 12/21/2016 04:19

Patient Name: RAY KNIGHT, AMY
Visit ID: 000100876312 MR Number: 05399190 DOB:
Admitted: 12/20/2016 04:47 Attending: JOSEPH BENTON DUPONT JR
Admitting Diagnosis:

| *Assessment Date* | Procedure: BB Biopsy Breast(Left) | | Entry Date |
|---|---|---|---|
| | Education<br>Entered By: ABBY A. BURKE, RN<br>PL Location: BBSD BSD05 | | |
| 12/20/2016 09:29 | Learning Barrier | none | 12/20/2016 09:39 |
| | Readiness to Learn | motivation | 12/20/2016 09:39 |
| | | strong | |
| | | asks questions | |
| | | cooperative | |
| | Education Audience | patient | 12/20/2016 09:39 |
| | | family | |
| | General Educ Topics | General Surgery D/C Instructions | 12/20/2016 09:39 |
| | | Home Medication Reconciliation Form | |
| | | Pain Medication D/C Instructions | |
| | Education Intervention | discussion | 12/20/2016 09:39 |
| | | literature given | |
| | | patient education provided | |
| | | verbalizes understanding | |
| 12/20/2016 09:29 | **Group Note: paper copy of pt's discharge instructions given to pt and pt's family by J. campbell rn. both pt and pt's family verb. understanding per J. campbell rn report. see original copy in pt's chart** | | 12/20/2016 09:40 |

| *Assessment Date* | Procedure: BB Biopsy Breast(Left) | | Entry Date |
|---|---|---|---|
| | HEAD TO TOE<br>Entered By: ABBY A. BURKE, RN<br>PL Location: BBSD BSD05 | | |
| 12/20/2016 09:58 | Genitourinary | WNL | 12/20/2016 10:03 |
| 12/20/2016 09:58 | **Group Note: patient ambulated to bathroom at 0935 void x 1 noted. patient tolerated well, clear yellow urine noted** | | 12/20/2016 10:05 |

| *Assessment Date* | Procedure: BB Biopsy Breast(Left) | | Entry Date |
|---|---|---|---|
| | Phase 1/2 Discharge<br>Entered By: ABBY A. BURKE, RN<br>PL Location: BBSD BSD05 | | |
| 12/20/2016 09:58 | LOC | alert | 12/20/2016 10:03 |
| | | oriented to person | |
| | | oriented to place | |
| | | oriented to time | |
| | | oriented to situation | |
| | D/C criteria met | 12/20/2016 09:35 | 12/20/2016 10:03 |
| | Phase 1/2 Discharge to | home | 12/20/2016 10:03 |
| | Discharge Time | 12/20/2016 09:58 | 12/20/2016 10:03 |
| | Accompanied By | transporter | 12/20/2016 10:03 |

**BATON ROUGE GENERAL MEDICAL CENTER**
**Post-Procedure Assessment Report**
**12/16/2016 15:54 through 12/21/2016 04:19**

Patient Name: RAY KNIGHT, AMY
Visit ID: 000100876312 MR Number: 05399190 DOB:
Admitted: 12/20/2016 04:47 Attending: JOSEPH BENTON DUPONT JR
Admitting Diagnosis:

| Assessment Date | Procedure: BB Biopsy Breast(Left) | | Entry Date |
|---|---|---|---|
| | Phase 1/2 Discharge<br>Entered By: ABBY A. BURKE, RN<br>Pt. Location: BBSD BSD05 | | |
| 12/20/2016 09:58 | IV Line(s) Discontinued | see IV assessment | 12/20/2016 10:03 |
| | Prescriptions | sent to pharmacy<br>with family | 12/20/2016 10:03 |
| | Valuables/ Meds | N/A<br>returned to patient<br>return to family | 12/20/2016 10:03 |
| | D/C Via | wheelchair | 12/20/2016 10:03 |

**BATON ROUGE GENERAL MEDICAL CENTER**
**Pre-Procedure Assessment Report**
**12/16/2016 15:54 through 12/21/2016 04:19**

Patient Name: **RAY KNIGHT, AMY**
Visit ID: **000100876312** MR Number: **05399190** DOB:
Admitted: **12/20/2016 04:47** Attending: **JOSEPH BENTON DUPONT JR**
Admitting Diagnosis:

| *Allergies* | Allergy Date |
|---|---|

**adhesive**
SEVERITY: Unknown REACTION: redness/whelps TYPE: Drug Allergy SENSITIVITY: Allergy
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:37

**morphine**
SEVERITY: Unknown REACTION: itching TYPE: Drug Allergy SENSITIVITY: Allergy
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:37

**Sulfa (Sulfonamide Antibiotics)**
SEVERITY: Unknown REACTION: GI upset TYPE: Drug Allergy SENSITIVITY: Allergy
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:37

| *Home Meds* | Last Dose Taken | Start Date | Stop Date |
|---|---|---|---|

**Wellbutrin XL 24 hr Tab**
150 milligram PO every morning
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:43

**Xanax Tab**
0.5 milligram PO once as needed
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:43

**Librax (with Clidinium) 2.5 mg-5 mg**
1 capsule PO 2 times per day
MED NOTES: administer 30 to 60 minutes before meals;
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:43

**Align**
4 milligram PO every day
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:43

**Amitriptyline**
10 milligram PO once daily at bedtime
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:43

**Topiramate**
25 milligram PO every 12 hours
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:43

**PROzac**
40 milligram PO every day
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:43

**metFORMIN 24 hr Tab**
500 milligram PO 2 times per day
MED NOTES: administer with morning and evening meals;
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:43

**Inderal**
10 milligram PO 2 times per day
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:43

**BATON ROUGE GENERAL MEDICAL CENTER**
**Pre-Procedure Assessment Report**
**12/16/2016 15:54 through 12/21/2016 04:19**

Patient Name: **RAY KNIGHT, AMY**
Visit ID: **000100876312** MR Number: **05399190** DOB:
Admitted: **12/20/2016 04:47** Attending: **JOSEPH BENTON DUPONT JR**
Admitting Diagnosis:

| *Home Meds* | Last Dose Taken | Start Date | Stop Date |
|---|---|---|---|

**Multivitamins**
1 tablet PO every morning
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:43

**Claritin**
10 milligram PO every day
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:43

**Miralax**
17 gram PO every day
MED NOTES: mix into 4-8 oz. of any hot/cold/room temp. beverage; use immediately;
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:43

**Cranberry**
200 milligram PO every day
MED NOTES: administer with a meal;
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:43

**Pepcid**
20 milligram PO every day as needed
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:43

**Savella**
50 milligram PO 2 times per day
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:43

**Treximet**
1 tablet PO every day as needed REASON FOR TAKING: migraine headache
MED NOTES: may repeat once in 2 hours; do not exceed 2 tablets in 24 hours;
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:43

**Flonase Allergy Relief 50 mcg/actuation Spray**
1 spray intranasal 2 times per day as needed REASON FOR TAKING: nasal congestion
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:43

**Advil**
400 milligram PO every 8 hours as needed REASON FOR TAKING: pain
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:43

**Valium**
2 milligram PO once as needed
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:43

***Reported Problems***

**Acute bronchitis**
Start Date: Unknown
TYPE: Problem STATUS: Active
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:45

BATON ROUGE GENERAL MEDICAL CENTER
Pre-Procedure Assessment Report
12/16/2016 15:54 through 12/21/2016 04:19

| | | | | |
|---|---|---|---|---|
| Patient Name: | RAY KNIGHT, AMY | | | |
| Visit ID: | 000100876312 | MR Number: 05399190 | | DOB: |
| Admitted: | 12/20/2016 04:47 | Attending: JOSEPH BENTON DUPONT JR | | |
| Admitting Diagnosis: | | | | |

*Reported Problems*

**Allergic rhinitis**
Start Date: Unknown
TYPE: Problem STATUS: Active
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:45

**Anemia**
Start Date: Unknown
TYPE: Problem STATUS: Active
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:54

**Anxiety disorder**
Start Date: Unknown
TYPE: Problem STATUS: Active
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:54

**Depressive disorder**
Start Date: Unknown
TYPE: Problem STATUS: Active
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:54

**Diabetes mellitus type 2**
Start Date: Unknown
TYPE: Problem STATUS: Active
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:54

**Essential tremor**
Start Date: Unknown
TYPE: Problem STATUS: Active
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:54

**Fibromyalgia (Diffuse myofascial pain syndrome)**
Start Date: Unknown
TYPE: Problem STATUS: Active
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:54

**Gastroesophageal reflux disease**
Start Date: Unknown
TYPE: Problem STATUS: Active
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:54

**Hemorrhoids**
Start Date: Unknown
TYPE: Problem STATUS: Active
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:54

**Hyperlipidemia**
Start Date: Unknown
TYPE: Problem STATUS: Active
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:54

**Irritable bowel syndrome**
Start Date: Unknown
TYPE: Problem STATUS: Active
Last Documented by: TRACEY W. FERRINGTON, RN on 12/16/2016 15:54

The Baton Rouge Clinic, AMC

KNIGHT, Amy R
MRN: 252940, DOB: Sex: F
Visit date: 6/8/2023

**Reason for Visit**

Follow-up Meds refills

**Diagnoses**

| | Comments |
|---|---|
| GAD (generalized anxiety disorder) - Primary | |
| Moderate episode of recurrent major depressive disorder (HCC) | |
| Medication management | |

**Problem List**

| | Noted | Resolved |
|---|---|---|
| Hyperlipidemia | by West, J David, MD | No |
| Diabetes mellitus, type 2 (HCC) | 12/10/2013 by West, J David, MD | No |
| Benign essential tremor | by West, J David, MD | No |
| Rotator cuff syndrome | 10/10/2014 by Mena, Hector R, MD | No |
| Fibromyalgia | 10/24/2014 by Mena, Hector R, MD | No |
| Major depression, chronic | 1/20/2015 by West, J David, MD | No |
| Benign positional vertigo | 4/20/2016 by Petit, Brian J, MD | No |
| Sensorineural hearing loss, bilateral | 4/20/2016 by Petit, Brian J, MD | No |
| Vertigo | 4/20/2016 by Petit, Brian J, MD | No |
| Irritable bowel syndrome without diarrhea | 6/1/2016 by West, J David, MD | No |
| GAD (generalized anxiety disorder) | 6/1/2016 by West, J David, MD | No |
| Migraine syndrome | 7/13/2016 by West, J David, MD | No |
| Positive ANA (antinuclear antibody) | 5/10/2021 by Bourg, Angele, MD | No |
| Chronic pain of left upper extremity | 9/2/2021 by West, J David, MD | No |
| Left arm weakness | 9/2/2021 by West, J David, MD | No |
| Chronic pain of right wrist | 9/2/2021 by West, J David, MD | No |
| Complex regional pain syndrome type 1 of left upper extremity | 9/2/2021 by West, J David, MD | No |
| Moderate episode of recurrent major depressive disorder (HCC) | 9/15/2022 by Vatsavayi, Venugopal, MD | No |
| Xerostomia | 2/2/2023 by Bourg, Angele, MD | No |
| Medication management | 6/8/2023 by Vatsavayi, Venugopal, MD | No |

**Allergies as of 6/8/2023** Reviewed by Nicholas, Jacquelyn, MA on 6/8/2023

| | Noted | Reaction Type | Reactions | Deletion Reason |
|---|---|---|---|---|
| Adhesive | 05/06/2019 | | | |
| Lipitor [atorvastatin] | 05/26/2012 | | | |
| Morphine | 05/26/2012 | | | |
| Sulfa (sulfonamide Antibiotics) | 05/20/2022 | | | |

**Immunizations as of 06/08/23**

| Name | Date | Dose | VIS Date | Route | Site |
|---|---|---|---|---|---|
| Influenza Split (PF) Greater Than or Equal to 3 YO<br>Given By:<br>Manufacturer:<br>External: | 10/01/17 | Documented By: West, J David, MD 2/26/2018 3:04 PM<br>Lot#:<br>Comment: | | | |
| Influenza Split (PF) Quad 0.5 mL 6-35 MO OR > or = 3 YO<br>Given By: Ford, Chavez C, MA<br>Manufacturer: GlaxoSmithKline<br>External: | Thu Oct 20, 2022 3:49 PM | 0.5 mL<br>Documented By: Ford, Chavez C, MA 10/20/2022 3:49 PM<br>Lot#: 53Y2G<br>Comment: | 08/06/2021 | Intramuscular | Left deltoid |

| Revision History | Date | Dose | VIS Date | Route | Site |
|---|---|---|---|---|---|
| Given By:<br>Manufacturer: Sanofi-Pasteur<br>External: | 10/20/22 | .5 mL<br>Documented By: Ford, Chavez C, MA 10/20/2022 2:38 PM<br>Lot#:<br>Comment: | 08/06/2021 | Intramuscular | Left deltoid |

| Name | Date | Dose | VIS Date | Route | Site |
|---|---|---|---|---|---|
| Influenza Split (PF) Quad 0.5 mL 6-35 MO OR > or = 3 YO<br>Given By: Friscia, Barbara, RN<br>Manufacturer: Sanofi-Pasteur<br>External: | Fri Oct 8, 2021 10:31 AM | 0.5 mL<br>Documented By: Friscia, Barbara, RN 10/8/2021 10:31 AM<br>Lot#: UT7330NA<br>Comment: | 08/06/2021 | Intramuscular | Right deltoid |
| Influenza Split (PF) Quad 0.5 mL 6-35 MO OR > or = 3 YO<br>Given By: Ford, Chavez C, MA<br>Manufacturer: Sanofi-Pasteur<br>External: | Tue Sep 22, 2020 1:31 PM | 0.5 mL<br>Documented By: Ford, Chavez C, MA 9/22/2020 1:31 PM<br>Lot#: UT7006JA<br>Comment: | 08/15/2019 | Intramuscular | Right deltoid |

The Baton Rouge Clinic, AMC

KNIGHT, Amy R
MRN: 252940, DOB: Sex: F
Visit date: 6/8/2023

**Immunizations as of 06/08/23 (continued)**

| Name | Date | Dose | VIS Date | Route | Site |
|---|---|---|---|---|---|
| Revision History | Date | Dose | VIS Date | Route | Site |
| | 09/22/20 | .5 mL | 08/15/2019 | Intramuscular | Left deltoid |
| Given By:<br>Manufacturer: Sanofi-Pasteur<br>External: | | Documented By: West, J David, MD 9/22/2020 1:18 PM<br>Lot#:<br>Comment: | | | |
| **Influenza Split (PF) Quad 0.5 mL 6-35 MO OR > or = 3 YO**<br>Given By: McDowell, Kathleen B, RN<br>Manufacturer: Sanofi-Pasteur<br>External: | 10/14/13 | 0.5 mL<br>Documented By: McDowell, Kathleen B, RN 10/14/2013<br>Lot#: U4771AA<br>Comment: | 07/26/13 | Intramuscular | Left deltoid |
| **Influenza Split Quad 6-35 MO OR > or = to 3 YO**<br>Given By:<br>Manufacturer:<br>External: Patient reported | 10/04/19 | Documented By: Porche, Trudy M, MA 10/7/2019 3:10 PM<br>Lot#:<br>Comment: | | | |
| **Influenza Whole**<br>Given By:<br>Manufacturer:<br>External: | 10/16/14 | Documented By: Porche, Trudy M, MA 11/7/2014<br>Lot#:<br>Comment: CVS | | | |
| **Influenza Whole**<br>Given By:<br>Manufacturer:<br>External: | 11/05/11 | Documented By: Porche, Trudy M, MA 5/26/2012<br>Lot#:<br>Comment: | | | |
| **Pneumococcal Polysaccharide PPSV23**<br>Given By: Thomas, Jennifer M, LPN<br>Manufacturer: MERCK SHARP & D<br>External: | 10/12/12 | 0.5 mL<br>Documented By: Thomas, Jennifer M, LPN 10/12/2012<br>Lot#: HO13399<br>Comment: | 10/06/2009 | Intramuscular | Right deltoid |
| **SARS-COV-2 Pfizer Purple Cap (COVID-19) Vaccine Preservative Free 0.3 mL IM**<br>Given By: Graves, Alysia P, RN<br>Manufacturer: PFIZER MANUFACT<br>External: | Mon Aug 23, 2021 9:53 AM | 0.3 mL<br>Documented By: Graves, Alysia P, RN 8/23/2021 9:53 AM<br>Lot#: FC3183<br>Comment: | 12/01/2020 | Intramuscular | Right deltoid |
| **SARS-COV-2 Pfizer Purple Cap (COVID-19) Vaccine Preservative Free 0.3 mL IM**<br>Given By: Henagan, Margaret, RN<br>Manufacturer: PFIZER MANUFACT<br>External: | Mon Aug 2, 2021 11:30 AM | 0.3 mL<br>Documented By: Henagan, Margaret, RN 8/2/2021 11:31 AM<br>Lot#: EW0172<br>Comment: | 12/01/2020 | Intramuscular | Right deltoid |
| **Shingrix Zoster Vaccine**<br>Given By: McKinney, Carla N, MA<br>Manufacturer: GlaxoSmithKline<br>External: | Fri Mar 24, 2023 8:22 AM | 0.5 mL<br>Documented By: McKinney, Carla N, MA 3/24/2023 8:22 AM<br>Lot#: 7KG39<br>Comment: | 02/12/2018 | Intramuscular | Right deltoid |
| Revision History | Date | Dose | VIS Date | Route | Site |
| | 03/24/23 | .5 mL | 02/12/2018 | Intramuscular | Left deltoid |
| Given By:<br>Manufacturer: GlaxoSmithKline<br>External: | | Documented By: Iglehart, Elizabeth D, LPN 3/24/2023 8:13 AM<br>Lot#:<br>Comment: | | | |
| **Tdap**<br>Given By: Craig, Lisa, RN<br>Manufacturer: Sanofi-Pasteur<br>External: | Mon May 6, 2019 2:47 PM | 0.5 mL<br>Documented By: Craig, Lisa, RN 5/6/2019 2:49 PM<br>Lot#: C5585BA<br>Comment: | 02/24/2015 | Intramuscular | |
| Revision History | Date | Dose | VIS Date | Route | Site |
| | Mon May 6, 2019 2:00 PM | 0.5 mL | 02/24/2015 | Intramuscular | Left vastus lateralis |
| Given By:<br>Manufacturer:<br>External: | | Documented By: Nelson, Katherine H, PA 5/6/2019 1:57 PM<br>Lot#:<br>Comment: | | | |

**Vitals** Most recent update: 6/8/2023 2:18 PM

| BP | Pulse | Ht | Wt | SpO2 |
|---|---|---|---|---|
| 101/67 | 97 | 160 cm (62.99") | 57.3 kg (126 lb 6.4 oz) | 99% |

BMI
22.40 kg/m²

## History

**Medical as of 6/8/2023**

**Medical never marked as reviewed**

**Medical as of 6/8/2023 (continued)**

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Anxiety | — | — | Provider |
| Benign essential tremor | — | — | Provider |
| Depression | — | — | Provider |
| Diabetes mellitus | — | — | Provider |
| Headache(784.0) | — | — | Provider |
| Hyperlipidemia | — | — | Provider |
| IBS (irritable bowel syndrome) | — | — | Provider |

**Surgical as of 6/8/2023**

**Surgical never marked as reviewed**

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| HYSTERECTOMY | — | — | COMPLETE | Provider |
| PELVIC LAPAROSCOPY | — | — | — | Provider |
| BREAST SURGERY | — | — | Left breast biopsy | Provider |

**Family as of 6/8/2023**

**Family never marked as reviewed**

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Thyroid disease | Mother | — | — | — | Provider |
| Atrial fibrillation | Mother | — | — | — | Provider |
| Hyperlipidemia | Father | — | — | — | Provider |
| Diabetes | Father | — | — | — | Provider |
| Thyroid disease | Father | — | — | — | Provider |
| No Significant Medical History | Brother | — | — | — | Provider |
| Diabetes | Child | — | — | — | Provider |

**Family Status as of 6/8/2023**

**Family Status never marked as reviewed**

| Relation | Name | Status | Comments | Sex (Gender) | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Mother | — | Alive | — | F | — | — | Provider |
| Father | — | Alive | — | M | — | — | Provider |
| Brother | — | Alive | — | M | Patient's father | Patient's mother | Provider |
| Child | — | Alive | — | U | — | KNIGHT,Amy R (Patient) | Provider |

**Tobacco Use as of 6/8/2023**

**Tobacco Use last reviewed by Nicholas, Jacquelyn, MA on 6/8/2023**

| Smoking Status | Smoking Start Date | Quit Date | Smoking Frequency |
|---|---|---|---|
| Never | — | — | |

| Smokeless Status | Smokeless Type | Smokeless Quit Date |
|---|---|---|
| Never | — | — |

| Source |
|---|
| Provider |

**Alcohol Use as of 6/8/2023**

**Alcohol Use never marked as reviewed**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| No | | — | — | Provider |

**Drug Use as of 6/8/2023**

**Drug Use never marked as reviewed**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| — | — | — | — | Provider |

**Sexual Activity as of 6/8/2023**

Sexual Activity never marked as reviewed

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| — | — | — | — | Provider |

**Activities of Daily Living as of 6/8/2023**

Activities of Daily Living never marked as reviewed
None

**Social Documentation as of 6/8/2023**

Social Documentation never marked as reviewed
None

**Occupational as of 6/8/2023**

Occupational never marked as reviewed

| Occupation | Employer | Comments | Source |
|---|---|---|---|
| on disability, RN | — | — | Provider |

**Socioeconomic as of 6/8/2023**

Socioeconomic never marked as reviewed

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Not Hispanic or Latino/a or Spanish origin | White or Caucasian | Provider |

**Birth as of 6/8/2023**

Birth never marked as reviewed
None

**OB History as of 6/8/2023**

OB History never marked as reviewed
No obstetric history on file.

**Implants**

No active implants to display in this view.

No questionnaires available.

**Encounter Messages**

**Save Time with eCheck-In**

| From | To | Sent and Delivered |
|---|---|---|
| User, Mychart<br>Last Read in MyChart<br>Not Read | Amy R KNIGHT | 6/5/2023 8:13 PM |

Appointment Information:
Dept: THE BATON ROUGE CLINIC PSYCHIATRY DEPARTMENT
3401 North Blvd
Suite 100
Baton Rouge, LA 70806-3743
Provider: Venugopal Vatsavayi, MD
Date: 6/08/23
Time: 2:15 PM

Please click epichttp://appointments[here] to view more details about your appointment.

Encounter Messages (continued)

Hello Amy,

*You have a new message in MyChart*

Did you know that your appointment qualifies for *eCheck-In*, which is available up to 7 days prior to your appointment? With eCheck-in, you can verify your appointment and check-in electronically.

e*Check-In* allows you to update any of your information, including your address, phone, and even your insurance coverage via the MyChart app or website. This prevents you from filling out multiple pages of paperwork that must be completed upon your arrival at the clinic. You can also pay your co-pays*, update medications, and electronically sign any documents with eCheck-In.

e*Check-In* helps to keep our schedules on time, and gets you to your doctor faster. So, skip the wait and try *eCheck-In* today! If you have any questions about *eCheck-In* please call 855-435-1426 or email mychartsupport@fmolhs.com.

To use *eCheck-In* from the web: Login to your MyChart account then navigate to Visits>Appointments and Visits then click the **Update Information** button for your appointment.

To use *eCheck-In* from your mobile device: Login to your MyChart account then navigate to **Appointments** then click **ECHECK-IN** for your appointment.
You can eCheck-In up until the scheduled appointment time.

**Co-pay will not be processed until you arrive for the appointment*

Audit Trail

| MyChart User | Last Read On |
| --- | --- |
| Amy R KNIGHT | Not Read |

Save Time with eCheck-In

| From | To | Sent and Delivered |
| --- | --- | --- |
| User, Mychart<br>Last Read in MyChart<br>Not Read | Amy R KNIGHT | 6/1/2023 8:13 PM |

Appointment Information:
Dept: THE BATON ROUGE CLINIC PSYCHIATRY DEPARTMENT
3401 North Blvd
Suite 100
Baton Rouge, LA 70806-3743
Provider: Venugopal Vatsavayi, MD
Date: 6/08/23
Time: 2:15 PM

Please click epichttp://appointments[here] to view more details about your appointment.

Hello Amy,

**Encounter Messages (continued)**

*You have a new message in MyChart*

Did you know that your appointment qualifies for *eCheck-In*, which is available up to 7 days prior to your appointment? With eCheck-in, you can verify your appointment and check-in electronically.

*eCheck-In* allows you to update any of your information, including your address, phone, and even your insurance coverage via the MyChart app or website. This prevents you from filling out multiple pages of paperwork that must be completed upon your arrival at the clinic. You can also pay your co-pays*, update medications, and electronically sign any documents with eCheck-In.

*eCheck-In* helps to keep our schedules on time, and gets you to your doctor faster. So, skip the wait and try *eCheck-In* today! If you have any questions about *eCheck-In* please call 855-435-1426 or email mychartsupport@fmolhs.com.

To use *eCheck-In* from the web: Login to your MyChart account then navigate to Visits>Appointments and Visits then click the **Update Information** button for your appointment.

To use *eCheck-In* from your mobile device: Login to your MyChart account then navigate to **Appointments** then click **ECHECK-IN** for your appointment.
You can eCheck-In up until the scheduled appointment time.

**Co-pay will not be processed until you arrive for the appointment*

**Audit Trail**

| MyChart User | Last Read On |
|---|---|
| Amy R KNIGHT | Not Read |

**Appointment Scheduled**

| From | To | Sent and Delivered |
|---|---|---|
| User, Mychart<br>Last Read in MyChart<br>5/10/2023 6:55 PM by Amy R KNIGHT | Amy R KNIGHT | 5/10/2023 2:08 PM |

Appointment Information:
Visit Type: ESTABLISHED PATIENT
Date: 6/8/2023
Dept: The Baton Rouge Clinic Psychiatry Department
Provider: Venugopal Vatsavayi
Time: 2:15 PM

Appt Status: Scheduled

**Audit Trail**

The Baton Rouge Clinic, AMC

KNIGHT, Amy R
MRN: 252940, DOB: Sex: F
Visit date: 6/8/2023

**Encounter Messages (continued)**

| MyChart User | Last Read On |
|---|---|
| Amy R KNIGHT | 6/10/2023 6:55 PM |

**HPI**

**Follow-up**

Additional comments: Meds refills

Last edited by Nicholas, Jacquelyn, MA on 6/8/2023 2:18 PM

## Medications

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **albuterol HFA 90 mcg/actuation inhaler (Taking)**<br>Sig: INHALE 2 PUFFS INTO THE LUNGS EVERY 6 HOURS AS NEEDED FOR WHEEZE | 6.7 g | 3 | 3/29/2022 | |
| **amitriptyline (ELAVIL) 10 mg tablet (Taking)**<br>Sig: Take two tablets by mouth every night at bedtime. | 180 tablet | 3 | 1/2/2023 | |
| **cevimeline (EVOXAC) 30 mg capsule (Taking)**<br>Sig: TAKE 1 CAPSULE BY MOUTH EVERY DAY IN THE MORNING, AT NOON, AND BEFORE BEDTIME | 270 capsule | 1 | 5/25/2023 | |
| **chlordiazepoxide-clidinium (LIBRAX) 5-2.5 mg per capsule (Taking)**<br>Sig: TAKE 1 CAPSULE BY MOUTH 3 TIMES DAILY WITH MEALS.<br>Class: Print<br>No prior authorization was found for this prescription.<br>Found prior authorization for another prescription for the same medication: Closed - Other | 270 capsule | 1 | 3/27/2023 | |
| **erythromycin (ROMYCIN) ophthalmic ointment (Taking)**<br>Sig: Place into both eyes at bedtime.<br>Class: Historical Med<br>Route: Both Eyes | | | 8/17/2021 | |
| **fluticasone (FLONASE) 50 mcg/actuation nasal spray (Taking)**<br>Sig: APPLY TWO SPRAYS IN EACH NOSTRIL ONCE DAILY | 16 g | 1 | 8/22/2017 | |
| **loratadine-pseudoephedrine (Claritin-D 24 Hour) 10-240 mg per 24 hr tablet (Taking)**<br>Sig: Take 1 tablet by mouth once daily.<br>Notes to Pharmacy: This request is for a new prescription for a controlled substance as required by Federal/State law..<br>Route: Oral | 30 tablet | 3 | 1/5/2023 | |
| **meloxicam (MOBIC) 7.5 mg tablet (Taking)**<br>Sig: Take 1 tablet by mouth in the morning and 1 tablet in the evening. Take with meals.<br>Class: Historical Med<br>Route: Oral | | | 1/18/2023 | |
| **metFORMIN XR (GLUCOPHAGE-XR) 500 mg 24 hr tablet (Taking)**<br>Sig: TAKE 1 TABLET BY MOUTH TWICE A DAY | 180 tablet | 3 | 11/11/2022 | |
| **naltrexone (DEPADE) 50 mg tablet (Taking)**<br>Sig: Take 1 tablet by mouth.<br>Class: Historical Med<br>Route: Oral | | | | |
| **naproxen (NAPROSYN) 500 mg tablet (Taking)**<br>Sig: TAKE 1 TABLET BY MOUTH TAKE DAILY WITH A MEAL<br>Route: Oral | 30 tablet | 3 | 3/1/2022 | |
| **propranoloL (INDERAL) 20 mg tablet (Taking)**<br>Sig: TAKE 1 TABLET BY MOUTH TWICE A DAY | 180 tablet | 2 | 8/3/2022 | |
| **SUMAtriptan (IMITREX) 50 mg tablet (Taking)**<br>Sig: TAKE 1 TABLET BY MOUTH EVERY 2 HOURS AS NEEDED FOR MIGRAINE. ***MAY REPEAT IN 2 HOURS IF NEEDED.***<br>**Renewals**<br>Renewal provider: Barbin, Allison, MD | 10 tablet | 3 | 4/28/2023 | |
| **topiramate (TOPAMAX) 25 mg tablet (Taking)**<br>Sig: TAKE 1 TABLET BY MOUTH TWICE A DAY | 180 tablet | 3 | 2/6/2023 | |
| **buPROPion XL (WELLBUTRIN XL) 300 mg 24 hr tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet by mouth once daily.<br>Route: Oral<br>Reason for Discontinue: Reorder | 90 tablet | 1 | 3/2/2023 | 6/8/2023 |
| **FLUoxetine (PROzac) 20 mg capsule (Taking/Discontinued)**<br>Sig: Take 1 capsule by mouth once daily.<br>Route: Oral | 90 capsule | 1 | 3/2/2023 | 6/8/2023 |

## Medications (continued)

### Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Reason for Discontinue: Reorder | | | | |
| **FLUoxetine (PROZAC) 40 MG capsule (Taking/Discontinued)**<br>Sig: TAKE 1 CAPSULE BY MOUTH ONCE DAILY<br>Route: Oral<br>Reason for Discontinue: Reorder | 90 capsule | 1 | 5/25/2023 | 6/8/2023 |

### Medications at Start of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **albuterol HFA 90 mcg/actuation inhaler (Taking)**<br>Sig: INHALE 2 PUFFS INTO THE LUNGS EVERY 6 HOURS AS NEEDED FOR WHEEZE | 6.7 g | 3 | 3/29/2022 | |
| **amitriptyline (ELAVIL) 10 mg tablet (Taking)**<br>Sig: Take two tablets by mouth every night at bedtime. | 180 tablet | 3 | 1/2/2023 | |
| **cevimeline (EVOXAC) 30 mg capsule (Taking)**<br>Sig: TAKE 1 CAPSULE BY MOUTH EVERY DAY IN THE MORNING, AT NOON, AND BEFORE BEDTIME | 270 capsule | 1 | 5/25/2023 | |
| **chlordiazepoxide-clidinium (LIBRAX) 5-2.5 mg per capsule (Taking)**<br>Sig: TAKE 1 CAPSULE BY MOUTH 3 TIMES DAILY WITH MEALS.<br>Class: Print<br>No prior authorization was found for this prescription.<br>Found prior authorization for another prescription for the same medication: Closed - Other | 270 capsule | 1 | 3/27/2023 | |
| **erythromycin (ROMYCIN) ophthalmic ointment (Taking)**<br>Sig - Route: Place into both eyes at bedtime. - Both Eyes<br>Class: Historical Med | | | 8/17/2021 | |
| **fluticasone (FLONASE) 50 mcg/actuation nasal spray (Taking)**<br>Sig: APPLY TWO SPRAYS IN EACH NOSTRIL ONCE DAILY | 16 g | 1 | 8/22/2017 | |
| **loratadine-pseudoephedrine (Claritin-D 24 Hour) 10-240 mg per 24 hr tablet (Taking)**<br>Sig - Route: Take 1 tablet by mouth once daily. - Oral<br>Notes to Pharmacy: This request is for a new prescription for a controlled substance as required by Federal/State law.. | 30 tablet | 3 | 1/5/2023 | |
| **meloxicam (MOBIC) 7.5 mg tablet (Taking)**<br>Sig - Route: Take 1 tablet by mouth in the morning and 1 tablet in the evening. Take with meals. - Oral<br>Class: Historical Med | | | 1/18/2023 | |
| **metFORMIN XR (GLUCOPHAGE-XR) 500 mg 24 hr tablet (Taking)**<br>Sig: TAKE 1 TABLET BY MOUTH TWICE A DAY | 180 tablet | 3 | 11/11/2022 | |
| **naltrexone (DEPADE) 50 mg tablet (Taking)**<br>Sig - Route: Take 1 tablet by mouth. - Oral<br>Class: Historical Med | | | | |
| **naproxen (NAPROSYN) 500 mg tablet (Taking)**<br>Sig - Route: TAKE 1 TABLET BY MOUTH TAKE DAILY WITH A MEAL. - Oral | 30 tablet | 3 | 3/1/2022 | |
| **propranolol (INDERAL) 20 mg tablet (Taking)**<br>Sig: TAKE 1 TABLET BY MOUTH TWICE A DAY | 180 tablet | 2 | 8/3/2022 | |
| **SUMAtriptan (IMITREX) 50 mg tablet (Taking)**<br>Sig: TAKE 1 TABLET BY MOUTH EVERY 2 HOURS AS NEEDED FOR MIGRAINE. ***MAY REPEAT IN 2 HOURS IF NEEDED.***<br>**Renewals**<br>Renewal provider: Barbin, Allison, MD | 10 tablet | 3 | 4/28/2023 | |
| **topiramate (TOPAMAX) 25 mg tablet (Taking)**<br>Sig: TAKE 1 TABLET BY MOUTH TWICE A DAY | 180 tablet | 3 | 2/6/2023 | |
| **buPROPion XL (WELLBUTRIN XL) 300 mg 24 hr tablet (Taking)**<br>Sig - Route: Take 1 tablet by mouth once daily. - Oral | 90 tablet | 1 | 3/2/2023 | 6/8/2023 |
| **FLUoxetine (PROzac) 20 mg capsule (Taking)**<br>Sig - Route: Take 1 capsule by mouth once daily. - Oral | 90 capsule | 1 | 3/2/2023 | 6/8/2023 |
| **FLUoxetine (PROZAC) 40 MG capsule (Taking)**<br>Sig - Route: TAKE 1 CAPSULE BY MOUTH ONCE DAILY - Oral | 90 capsule | 1 | 5/25/2023 | 6/8/2023 |

### Discontinued Medications

| | Reason for Discontinue |
|---|---|
| **buPROPion XL (WELLBUTRIN XL) 300 mg 24 hr tablet** | Reorder |
| **FLUoxetine (PROzac) 20 mg capsule** | Reorder |
| **FLUoxetine (PROZAC) 40 MG capsule** | Reorder |

### Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **FLUoxetine (PROZAC) 40 MG capsule** | 90 capsule | 1 | 6/8/2023 | |

**Medications (continued)**

**Ordered Medications (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig - Route: Take 1 capsule by mouth once daily. - Oral | | | | |
| **FLUoxetine (PROzac) 20 mg capsule**<br>Sig - Route: Take 1 capsule by mouth once daily. - Oral | 90 capsule | 1 | 6/8/2023 | |
| **buPROPion XL (WELLBUTRIN XL) 300 mg 24 hr tablet**<br>Sig - Route: Take 1 tablet by mouth once daily. - Oral | 90 tablet | 1 | 6/8/2023 | |

**All Meds and Administrations**

(There are no med orders for this encounter)

**All Orders**

**FLUoxetine (PROZAC) 40 MG capsule [372927640]**

Electronically signed by: **Vatsavayi, Venugopal, MD on 06/08/23 1445**
Ordering user: Vatsavayi, Venugopal, MD 06/08/23 1445
Frequency: Daily 06/08/23 - Until Discontinued
Reordered from: FLUoxetine (PROZAC) 40 MG capsule [372927638]
Authorized by: Vatsavayi, Venugopal, MD
Status: **Active**

**FLUoxetine (PROzac) 20 mg capsule [372927641]**

Electronically signed by: **Vatsavayi, Venugopal, MD on 06/08/23 1445**
Ordering user: Vatsavayi, Venugopal, MD 06/08/23 1445
Frequency: Daily 06/08/23 - Until Discontinued
Reordered from: FLUoxetine (PROzac) 20 mg capsule [343512238]
Authorized by: Vatsavayi, Venugopal, MD
Status: **Active**

**buPROPion XL (WELLBUTRIN XL) 300 mg 24 hr tablet [372927642]**

Electronically signed by: **Vatsavayi, Venugopal, MD on 06/08/23 1445**
Ordering user: Vatsavayi, Venugopal, MD 06/08/23 1445
Frequency: Daily 06/08/23 - Until Discontinued
Reordered from: buPROPion XL (WELLBUTRIN XL) 300 mg 24 hr tablet [343512236]
Authorized by: Vatsavayi, Venugopal, MD
Status: **Active**

**Progress Notes - Encounter Notes**

**Progress Notes by Vatsavayi, Venugopal, MD at 6/8/2023 2:15 PM** Version 1 of 1

Author: Vatsavayi, Venugopal, MD
Filed: 6/8/2023 2:54 PM
Editor: Vatsavayi, Venugopal, MD (Physician)
Service: —
Encounter Date: 6/8/2023
Author Type: Physician
Status: Signed

**The Baton Rouge Clinic Psychiatry Department**
3401 NORTH BLVD
SUITE 100
BATON ROUGE LA 70806-3743
Phone: 225-381-2621
Fax: 225-387-7829[V.1]

**Psychiatric Follow Up Progress Note**

**Patient ID:**[V.2] Amy[V.1] is a[V.2] 55 y.o. female[V.1]. DOB -[V.2] [V.1]

Seen: Alone
Pain Level: Denies[V.2]
**Chief Complaint**
Patient presents with
- Follow-up
  *Meds refills*[V.1]

Subjective:
Presents for routine follow-up visit management of her depression. She has seen neurology since her last visit because of her memory issues. States that going off Topamax did not help much with her cognition. She is back on Topamax. Patient was referred to neuropsych testing. She is awaiting the results. Had an MRI done which was essentially within normal limits
Patient continues to complain of chronic pain and fatigue. She started seeing pain management. States that

her pain management want her to start on Savella to address her fibromyalgia. Discussed with her the potential drug interaction with Prozac and Savella.
She talked about her relationship with her daughter.
Feels that her depression is in good control. Denies any suicidal ideations. Denies any psychotic symptoms.[VV.2]

Blood pressure 101/67, pulse 97, height 160 cm (62.99"), weight 57.3 kg (126 lb 6.4 oz), SpO2 99 %.

**Allergies**

| Allergen | Reactions |
| --- | --- |
| • Adhesive | |
| • Lipitor [Atorvastatin] | |
| • Morphine | |
| • Sulfa (Sulfonamide Antibiotics)[VV.1] | |

**Mental Status Exam:**
**Appearance:** Appropriately groomed
**Affect:** Full
**Mood:** Euthymic
**Speech Rate:** Normal
**Speech Volume:** Normal
**Speech Pressured:** No
**Thought Process:** Logical
**Obsessions:** None
**Judgement:** Good
**Insight:** Good
**Orientation:** Intact
**Concentration:** Good
**Fund of Knowledge:** appropriate for level of education
**Thought Content:**
Audio Hallucinations: Denies
Visual Hallucinations: Denies
SI: Denies
HI: Denies

Diagnosis: No Change[VV.2]
1. **GAD (generalized anxiety disorder)**
2. Moderate episode of recurrent major depressive disorder (HCC)
3. Medication management[VV.1]

**Plan:**[VV.2]
Amy was seen today for follow-up.

Diagnoses and all orders for this visit:

**1. GAD (generalized anxiety disorder) (Primary)**

**2. Moderate episode of recurrent major depressive disorder (HCC)**

- buPROPion XL (WELLBUTRIN XL) 300 mg 24 hr tablet; Take 1 tablet by mouth once daily., Starting Thu 6/8/2023, Normal

**3. Medication management**

**Other orders**

- FLUoxetine (PROZAC) 40 MG capsule; Take 1 capsule by mouth once daily., Starting Thu 6/8/2023, Normal
- FLUoxetine (PROzac) 20 mg capsule; Take 1 capsule by mouth once daily., Starting Thu 6/8/2023, Normal[VV.1]

- Continue with current meds
- D/w her about considering to go off the Prozac if she had to go on Savella.

-[VV.2] Return in about 3 months (around 9/8/2023).[VV.1]

Educated Regarding: Medications
Education Provided to: Patient[VV.2]

Venugopal Vatsavayi, MD 6/8/2023 2:53 PM[VV.1]

Electronically signed by Vatsavayi, Venugopal, MD on 6/8/2023 2:54 PM

**Attribution Key**

VV.1 - Vatsavayi, Venugopal, MD on 6/8/2023 2:53 PM
VV.2 - Vatsavayi, Venugopal, MD on 6/8/2023 2:34 PM

**Follow-up and Disposition History**

06/08/2023 1453 - Venugopal Vatsavayi, MD

| | |
|---|---|
| Dispositions: | Return in about 3 months (around 9/8/2023). |

**Encounter Status**

Signed by Vatsavayi, Venugopal, MD on 6/8/23 at 14:54

**Encounter-Level Documents:**

There are no encounter-level documents.

**All Orders - Medications**

**FLUoxetine (PROZAC) 40 MG capsule [372927640]**

Electronically signed by: **Vatsavayi, Venugopal, MD on 06/08/23 1445** Status: **Active**

The Baton Rouge Clinic, AMC

KNIGHT, Amy R
MRN: 252940, DOB: Sex: F
Visit date: 6/8/2023

All Orders - Medications (continued)

**FLUoxetine (PROZAC) 40 MG capsule [372927640] (continued)**

Ordering user: Vatsavayi, Venugopal, MD 06/08/23 1445
Authorized by: Vatsavayi, Venugopal, MD
Frequency: Daily 06/08/23 - Until Discontinued
Reordered from: FLUoxetine (PROZAC) 40 MG capsule [372927638]

**FLUoxetine (PROzac) 20 mg capsule [372927641]**

Electronically signed by: Vatsavayi, Venugopal, MD on 06/08/23 1445
Status: Active
Ordering user: Vatsavayi, Venugopal, MD 06/08/23 1445
Authorized by: Vatsavayi, Venugopal, MD
Frequency: Daily 06/08/23 - Until Discontinued
Reordered from: FLUoxetine (PROzac) 20 mg capsule [343512238]

**buPROPion XL (WELLBUTRIN XL) 300 mg 24 hr tablet [372927642]**

Electronically signed by: Vatsavayi, Venugopal, MD on 06/08/23 1445
Status: Active
Ordering user: Vatsavayi, Venugopal, MD 06/08/23 1445
Authorized by: Vatsavayi, Venugopal, MD
Frequency: Daily 06/08/23 - Until Discontinued
Reordered from: buPROPion XL (WELLBUTRIN XL) 300 mg 24 hr tablet [343512236]

**Amy R KNIGHT**
**6/8/2023 2:15 PM Office Visit**

Department: **The Baton Rouge Clinic Psychiatry Department**
Dept Phone: **225-381-2621**

Description: **55 year old female**
Provider: **Venugopal Vatsavayi, MD**

## Diagnoses this Visit

| | Comments |
|---|---|
| **GAD (generalized anxiety disorder)** - Primary | |
| **Moderate episode of recurrent major depressive disorder (HCC)** | |
| **Medication management** | |

## Medications and Orders

### Your Current Medications Are

| | |
|---|---|
| **albuterol HFA 90 mcg/actuation inhaler (Taking)** | INHALE 2 PUFFS INTO THE LUNGS EVERY 6 HOURS AS NEEDED FOR WHEEZE |
| **amitriptyline (ELAVIL) 10 mg tablet (Taking)** | Take two tablets by mouth every night at bedtime. |
| **cevimeline (EVOXAC) 30 mg capsule (Taking)** | TAKE 1 CAPSULE BY MOUTH EVERY DAY IN THE MORNING , AT NOON, AND BEFORE BEDTIME |
| **chlordiazepoxide-clidinium (LIBRAX) 5-2.5 mg per capsule (Taking)** | TAKE 1 CAPSULE BY MOUTH 3 TIMES DAILY WITH MEALS. |
| **erythromycin (ROMYCIN) ophthalmic ointment (Taking)** | Place into both eyes at bedtime. |
| **fluticasone (FLONASE) 50 mcg/actuation nasal spray (Taking)** | APPLY TWO SPRAYS IN EACH NOSTRIL ONCE DAILY |
| **loratadine-pseudoephedrine (Claritin-D 24 Hour) 10-240 mg per 24 hr tablet (Taking)** | Take 1 tablet by mouth once daily. |
| **meloxicam (MOBIC) 7.5 mg tablet (Taking)** | Take 1 tablet by mouth in the morning and 1 tablet in the evening. Take with meals. |
| **metFORMIN XR (GLUCOPHAGE-XR) 500 mg 24 hr tablet (Taking)** | TAKE 1 TABLET BY MOUTH TWICE A DAY |
| **naltrexone (DEPADE) 50 mg tablet (Taking)** | Take 1 tablet by mouth. |
| **naproxen (NAPROSYN) 500 mg tablet (Taking)** | TAKE 1 TABLET BY MOUTH TAKE DAILY WITH A MEAL. |

The Baton Rouge Clinic, AMC

KNIGHT, Amy R
MRN: 252940, DOB: Sex: F
Visit date: 6/8/2023

**Medications and Orders (continued)**

**Your Current Medications Are (continued)**

| | |
|---|---|
| **propranoloL (INDERAL) 20 mg tablet (Taking)** | TAKE 1 TABLET BY MOUTH TWICE A DAY |
| **SUMAtriptan (IMITREX) 50 mg tablet (Taking)** | TAKE 1 TABLET BY MOUTH EVERY 2 HOURS AS NEEDED FOR MIGRAINE. ***MAY REPEAT IN 2 HOURS IF NEEDED.*** |
| **topiramate (TOPAMAX) 25 mg tablet (Taking)** | TAKE 1 TABLET BY MOUTH TWICE A DAY |
| **buPROPion XL (WELLBUTRIN XL) 300 mg 24 hr tablet** | Take 1 tablet by mouth once daily. |
| **FLUoxetine (PROzac) 20 mg capsule** | Take 1 capsule by mouth once daily. |
| **FLUoxetine (PROZAC) 40 MG capsule** | Take 1 capsule by mouth once daily. |

**Encounter Prescription Receipt for 6/8/23**

**CVS/pharmacy #1661 - PRAIRIEVILLE, LA - 17122 AIRLINE HIGHWAY**
**17122 AIRLINE HIGHWAY, PRAIRIEVILLE LA 70769**

Telephone: **225-673-9971**
Fax: **225-673-9976**
Hours: **Not open 24 hours**

**E-Prescribed (3 of 3)**

**buPROPion XL (WELLBUTRIN XL) 300 mg 24 hr tablet**

| | | | |
|---|---|---|---|
| Sig: | Take 1 tablet by mouth once daily. | | |
| Start: | 6/8/23 | | |
| Quantity: | 90 tablet | Refills: | 1 |

**FLUoxetine (PROzac) 20 mg capsule**

| | | | |
|---|---|---|---|
| Sig: | Take 1 capsule by mouth once daily. | | |
| Start: | 6/8/23 | | |
| Quantity: | 90 capsule | Refills: | 1 |

**FLUoxetine (PROZAC) 40 MG capsule**

| | | | |
|---|---|---|---|
| Sig: | Take 1 capsule by mouth once daily. | | |
| Start: | 6/8/23 | | |
| Quantity: | 90 capsule | Refills: | 1 |

**Upcoming Administrations**

None

**Allergies**

**Adhesive**
**Lipitor [atorvastatin]**
**Morphine**
**Sulfa (sulfonamide Antibiotics)**

**Progress Notes by West, J David, MD at 7/18/2022 9:50 AM**

**Progress Notes by West, J David, MD at 7/18/2022 9:50 AM (continued)**

Author: West, J David, MD | Service: — | Author Type: Physician
Filed: 7/18/2022 10:59 AM | Encounter Date: 7/18/2022 | Status: Addendum
Editor: West, J David, MD (Physician)
Related Notes: Original Note by West, J David, MD (Physician) filed at 7/18/2022 10:17 AM

THE BATON ROUGE CLINIC AMC Established 1946

**Baton Rouge Clinic Internal Medicine**
7373 PERKINS ROAD
BATON ROUGE LA 70808-4326
Phone: 225-769-4044

**OFFICE VISIT**

**CHIEF COMPLAINT**

**Chief Complaint**

Patient presents with
- Follow-up

**HISTORY OF PRESENT ILLNESS**

Amy R KNIGHT is here today for routine follow-up regarding her chronic conditions including diabetes. She remains on Prozac and sees mental health for depression and anxiety. She has been experiencing some middle back pain for the last couple of weeks. She is seen a change in the color and odor of her urine. She denies any fever or chills.

She mentions that she is having increased numbness and swelling in her left upper extremity. She is currently in the process of applying for disability.

**MEDICAL HISTORY**

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Benign essential tremor | |
| • Depression | |
| • Diabetes mellitus | |
| • Headache(784.0) | |
| • Hyperlipidemia | |
| • IBS (irritable bowel syndrome) | |

**SURGICAL HISTORY**

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BREAST SURGERY<br>*Left breast biopsy* | | |
| • HYSTERECTOMY<br>*COMPLETE* | | |
| • PELVIC LAPAROSCOPY | | |

Progress Notes by West, J David, MD at 7/18/2022 9:50 AM (continued)

## FAMILY HISTORY

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Thyroid disease | Mother | |
| • Atrial fibrillation | Mother | |
| • Hyperlipidemia | Father | |
| • Diabetes | Father | |
| • Thyroid disease | Father | |
| • No Significant Medical History | Brother | |
| • Diabetes | Child | |

## SOCIAL HISTORY

**Social History**

| | |
|---|---|
| Socioeconomic History | |
| • Marital status: | Married |
| Occupational History | |
| • Occupation: | on disability, RN |
| Tobacco Use | |
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| Substance and Sexual Activity | |
| • Alcohol use: | No |

## MEDICATIONS

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • albuterol HFA 90 mcg/actuation inhaler | INHALE 2 PUFFS INTO THE LUNGS EVERY 6 HOURS AS NEEDED FOR WHEEZE | 6.7 g | 3 |
| • ALPRAZolam (XANAX) 0.5 mg tablet | TAKE 1 TABLET BY MOUTH DAILY AS NEEDED FOR SLEEP. | 15 tablet | 0 |
| • amitriptyline (ELAVIL) 10 mg tablet | TAKE TWO TABLETS BY MOUTH EVERY NIGHT AT BEDTIME | 180 tablet | 1 |
| • buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet | Take 1 tablet by mouth once daily. | 30 tablet | 3 |
| • chlordiazepoxide-clidinium (LIBRAX) 5-2.5 mg per capsule | Take 1 capsule by mouth 3 (three) times daily with meals. | 45 capsule | 3 |
| • Claritin-D 24 Hour 10-240 mg per 24 hr tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | 30 tablet | 0 |

| | | | |
|---|---|---|---|
| • erythromycin (ROMYCIN) ophthalmic ointment | Place into both eyes at bedtime. | | |
| • FLUoxetine (PROzac) 20 mg capsule | Take 1 capsule by mouth daily. | 30 capsule | 3 |
| • FLUoxetine (PROZAC) 40 MG capsule | Take 1 capsule by mouth daily. | 30 capsule | 3 |
| • fluticasone (FLONASE) 50 mcg/actuation nasal spray | APPLY TWO SPRAYS IN EACH NOSTRIL ONCE DAILY | 16 g | 1 |
| • metFORMIN XR (GLUCOPHAGE-XR) 500 mg 24 hr tablet | TAKE 1 TABLET BY MOUTH TWICE A DAY | 180 tablet | 2 |
| • naproxen (NAPROSYN) 500 mg tablet | TAKE 1 TABLET BY MOUTH TAKE DAILY WITH A MEAL. | 30 tablet | 3 |
| • propranoloL (INDERAL) 20 mg tablet | Take 1 tablet by mouth 2 (two) times daily. | 60 tablet | 3 |
| • SUMAtriptan (IMITREX) 50 mg tablet | TAKE 1 TABLET BY MOUTH EVERY 2 (TWO) HOURS AS NEEDED FOR MIGRAINE. MAY REPEAT IN 2 HOURS IF NEEDED | 10 tablet | 3 |
| • topiramate (TOPAMAX) 25 mg tablet | TAKE 1 TABLET BY MOUTH TWICE A DAY | 180 tablet | 2 |
| • triamcinolone (KENALOG) 0.1 % cream | APPLY THINLY TO THE AFFECTED AREAS ON THE BACK TWICE A DAY AS NEEDED FOR ITCHING/IRRITATIO N | | |
| • celecoxib (CeleBREX) 200 mg capsule | Take 1 capsule by mouth 2 (two) times daily as needed for Pain. Take medication with food | 60 capsule | 0 |

No current facility-administered medications for this visit.

ALLERGIES

Allergies

| Allergen | Reactions |
|---|---|
| • Adhesive | |

- Lipitor [Atorvastatin]
- Morphine
- Sulfa (Sulfonamide Antibiotics)

REVIEW OF SYSTEM

Constitutional: No fever chills appetite normal
CV: No chest pain palpitations orthopnea or edema
Respiratory: No cough congestion shortness of breath
GI: No abdominal pain nausea vomiting diarrhea
GU: No dysuria hematuria
Neuro: No headache

PHYSICAL EXAM
Vital Signs:
**Vitals:**

| | 07/18/22 0955 |
|---|---|
| BP: | 120/80 |
| Pulse: | 96 |
| Resp: | 20 |

General: Well-developed well-nourished female no acute distress
Lungs: Clear breath sounds
Heart: Regular rate and rhythm
Abdomen: Soft flat nontender
Extremities: No edema

RESULTS
labs from March reviewed

ASSESSMENT
1. **Type 2 diabetes mellitus without complication, without long-term current use of insulin (HCC)**
2. Major depression, chronic
3. GAD (generalized anxiety disorder)
4. Mid-back pain, acute
5. Hypothyroidism, unspecified type
6. Chronic pain of left upper extremity
7. Chronic pain of right wrist

PLAN
Amy was seen today for follow-up.

Diagnoses and all orders for this visit:

**Type 2 diabetes mellitus without complication, without long-term current use of insulin (HCC)**

**Major depression, chronic**

Progress Notes by West, J David, MD at 7/18/2022 9:50 AM (continued)

**GAD (generalized anxiety disorder)**

**Mid-back pain, acute**
- Urinalysis, manual with scope; Future
- Hemoglobin A1c; Future
- Comprehensive metabolic panel; Future

**Hypothyroidism, unspecified type**
- TSH; Future

**Chronic pain of left upper extremity**

**Chronic pain of right wrist**

**Other orders**
- celecoxib (CeleBREX) 200 mg capsule; Take 1 capsule by mouth 2 (two) times daily as needed for Pain. Take medication with food

Would not object to her seeking an appointment with a physician who prescribes medical marijuana to control chronic pain. We will check urinalysis and lab work to evaluate mid back pain. No changes in present meds. Continue follow-up with other treating physicians. Return in 6 months for annual physical.

Electronically signed by West, J David, MD on 7/18/2022 10:59 AM

Patient Instructions by West, J David, MD at 7/18/2022 9:50 AM

| | | |
|---|---|---|
| Author: West, J David, MD | Service: — | Author Type: Physician |
| Filed: 7/18/2022 10:04 AM | Encounter Date: 7/18/2022 | Status: Signed |
| Editor: West, J David, MD (Physician) | | |

I recommend you see gastroenterology for a colonoscopy.

Electronically signed by West, J David, MD on 7/18/2022 10:04 AM

Telephone Encounter by Little, Morgan L at 8/3/2022 12:45 PM

| | | |
|---|---|---|
| Author: Little, Morgan L | Service: — | Author Type: — |
| Filed: 8/3/2022 1:48 PM | Encounter Date: 8/3/2022 | Status: Signed |
| Editor: Little, Morgan L | | |

F/u 9/15

Electronically signed by Little, Morgan L on 8/3/2022 1:48 PM

Telephone Encounter by Porche, Trudy M, MA at 8/3/2022 3:53 PM

| | | |
|---|---|---|
| Author: Porche, Trudy M, MA | Service: — | Author Type: Medical Assistant - Certified |
| Filed: 8/3/2022 3:55 PM | Encounter Date: 8/3/2022 | Status: Signed |
| Editor: Porche, Trudy M, MA (Medical Assistant - Certified) | | |

**Telephone Encounter by Porche, Trudy M, MA at 8/3/2022 3:53 PM (continued)**

Pt called she is having nasal congestion, headache, dry cough, and no fever. She is using throat lozenges,saline nasal spray, and Delsym.

Dr.West recommends Augmentin 875mg bid #14.

Electronically signed by Porche, Trudy M, MA on 8/3/2022 3:55 PM

**Progress Notes by Vatsavayi, Venugopal, MD at 9/15/2022 1:45 PM**

Author: Vatsavayi, Venugopal, MD Service: — Author Type: Physician
Filed: 9/15/2022 2:23 PM Encounter Date: 9/15/2022 Status: Signed
Editor: Vatsavayi, Venugopal, MD (Physician)

**The Baton Rouge Clinic Psychiatry Department**
3401 NORTH BLVD
SUITE 100
BATON ROUGE LA 70806-3743
Phone: 225-381-2621
Fax: 225-387-7829

**Psychiatric Follow Up Progress Note**

**Patient ID:** Amy is a 54 y.o. female. DOB -

Seen: Alone
Pain Level: Denies
**Chief Complaint**
Patient presents with
- Follow-up

Subjective:
Presents for a routine f/u visit. She is c/o headache and knee pain. She says that she is struggling with knee pain. She had an X-ray and had no structural problems. She takes NSAIDS to help with her pain.
Her husband had lung Lobectomy in June. She has been struggling with anxiety and depression. She has gained about 20 pounds in a yr. States that it bothers her. She states that she does not want get out of the bed in the morning. She states that she feels stiff in the morning. Had multiple somatic complaints.
States that she is tired. Denies any Psychosis.
She is sleeping well. No suicidal ideations.
C/o dry mouth and dry eyes. States that she is a "picker". Worse with increase in anxiety

Blood pressure 109/73, pulse 94, height 160 cm (62.99"), weight 56.2 kg (124 lb).

**Allergies**

| Allergen | Reactions |
|---|---|
| • Adhesive | |
| • Lipitor [Atorvastatin] | |
| • Morphine | |
| • Sulfa (Sulfonamide Antibiotics) | |

**Outpatient Encounter Medications as of 9/15/2022**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • ALPRAZolam (XANAX) 0.5 mg tablet | TAKE 1 TABLET BY MOUTH DAILY AS NEEDED FOR SLEEP. | 15 tablet | 0 |
| • celecoxib (CeleBREX) 200 mg capsule | TAKE 1 CAPSULE BY MOUTH 2 (TWO) TIMES DAILY AS NEEDED FOR PAIN. TAKE MEDICATION WITH FOOD | 60 capsule | 2 |
| • [DISCONTINUED] buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | 90 tablet | 0 |
| • [DISCONTINUED] FLUoxetine (PROzac) 20 mg capsule | TAKE 1 CAPSULE BY MOUTH EVERY DAY | 90 capsule | 1 |
| • [DISCONTINUED] FLUoxetine (PROZAC) 40 MG capsule | TAKE 1 CAPSULE BY MOUTH EVERY DAY | 90 capsule | 1 |
| • albuterol HFA 90 mcg/actuation inhaler | INHALE 2 PUFFS INTO THE LUNGS EVERY 6 HOURS AS NEEDED FOR WHEEZE | 6.7 g | 3 |
| • amitriptyline (ELAVIL) 10 mg tablet | TAKE TWO TABLETS BY MOUTH EVERY NIGHT AT BEDTIME | 180 tablet | 1 |
| • buPROPion XL (WELLBUTRIN XL) 300 mg 24 hr tablet | Take 0.5 tablets by mouth once daily. | 30 tablet | 2 |
| • chlordiazepoxide-clidinium (LIBRAX) 5-2.5 mg per capsule | TAKE 1 CAPSULE BY MOUTH 3 TIMES DAILY WITH MEALS. | 270 capsule | 1 |
| • Claritin-D 24 Hour 10-240 mg per 24 hr tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | 30 tablet | 0 |
| • erythromycin (ROMYCIN) ophthalmic ointment | Place into both eyes at bedtime. | | |
| • FLUoxetine (PROzac) 20 mg capsule | Take 1 capsule by mouth once daily. | 30 capsule | 2 |
| • FLUoxetine (PROZAC) 40 MG capsule | Take 1 capsule by mouth once daily. | 30 capsule | 3 |
| • fluticasone (FLONASE) 50 mcg/actuation nasal spray | APPLY TWO SPRAYS IN EACH | 16 g | 1 |

| | | | |
|---|---|---|---|
| | NOSTRIL ONCE DAILY | | |
| • metFORMIN XR (GLUCOPHAGE-XR) 500 mg 24 hr tablet | TAKE 1 TABLET BY MOUTH TWICE A DAY | 180 tablet | 2 |
| • naproxen (NAPROSYN) 500 mg tablet | TAKE 1 TABLET BY MOUTH TAKE DAILY WITH A MEAL. | 30 tablet | 3 |
| • propranoloL (INDERAL) 20 mg tablet | TAKE 1 TABLET BY MOUTH TWICE A DAY | 180 tablet | 2 |
| • SUMAtriptan (IMITREX) 50 mg tablet | TAKE 1 TABLET BY MOUTH EVERY 2 (TWO) HOURS AS NEEDED FOR MIGRAINE. MAY REPEAT IN 2 HOURS IF NEEDED | 10 tablet | 2 |
| • topiramate (TOPAMAX) 25 mg tablet | TAKE 1 TABLET BY MOUTH TWICE A DAY | 180 tablet | 2 |
| • triamcinolone (KENALOG) 0.1 % cream | APPLY THINLY TO THE AFFECTED AREAS ON THE BACK TWICE A DAY AS NEEDED FOR ITCHING/IRRITATIO N | | |

No facility-administered encounter medications on file as of 9/15/2022.

**Mental Status Exam:**
**Appearance:** Appropriately groomed
**Affect:** Full
**Mood:** Depressed
**Speech Rate:** Normal
**Speech Volume:** Normal
**Speech Pressured:** No
**Thought Process:** Logical
**Obsessions:** None
**Judgement:** Good
**Insight:** Good
**Orientation:** Intact
**Concentration:** Good
**Fund of Knowledge:** appropriate for level of education
**Thought Content:**
Audio Hallucinations: Denies
Visual Hallucinations: Denies

**Progress Notes by Vatsavayi, Venugopal, MD at 9/15/2022 1:45 PM (continued)**

SI: Denies
HI: Denies

Diagnosis: No Change
1. **GAD (generalized anxiety disorder)**
2. Moderate episode of recurrent major depressive disorder (HCC)

Plan:
Amy was seen today for follow-up.

Diagnoses and all orders for this visit:

**1. GAD (generalized anxiety disorder) (Primary)**

**2. Moderate episode of recurrent major depressive disorder (HCC)**
- buPROPion XL (WELLBUTRIN XL) 300 mg 24 hr tablet; Take 0.5 tablets by mouth once daily., Starting Thu 9/15/2022, Normal

**Other orders**
- FLUoxetine (PROZAC) 40 MG capsule; Take 1 capsule by mouth once daily., Starting Thu 9/15/2022, Normal
- FLUoxetine (PROzac) 20 mg capsule; Take 1 capsule by mouth once daily., Starting Thu 9/15/2022, Normal

- Will increase wellbutrin to 300mg daily
- Will continue with other meds
- D/w her techniques to help with her picking

Return in about 3 months (around 12/15/2022).

Educated Regarding: Medications
Education Provided to: Patient

Venugopal Vatsavayi, MD 9/15/2022 2:23 PM

Electronically signed by Vatsavayi, Venugopal, MD on 9/15/2022 2:23 PM

**Progress Notes by West, J David, MD at 1/5/2023 12:50 PM**

Author: West, J David, MD
Filed: 1/5/2023 1:24 PM
Editor: West, J David, MD (Physician)

Service: —
Encounter Date: 1/5/2023

Author Type: Physician
Status: Signed

**OFFICE VISIT**

**CHIEF COMPLAINT**

**Chief Complaint**

Patient presents with

- Annual Exam

**HISTORY OF PRESENT ILLNESS**

Amy R KNIGHT is here today for her annual wellness physical exam. She is followed for multiple chronic medical conditions. These include diabetes. She is currently seeing psychiatry for chronic depression and anxiety. She continues to suffer with persistent pain involving her left upper extremity. She has a diagnosis of complex regional pain syndrome of her left upper extremity. She has been unable to do any significant lifting or repetitive work with her left upper extremity for few years now. She is no longer able to work. She also suffers with chronic pain involving her right wrist. She has been evaluated in the past by orthopedic surgery for her right wrist and received multiple injections. She has not seen a rheumatologist in a while. She carries a diagnosis of fibromyalgia.

She states she is not able to do much around the house anymore. She relies on her husband to handle almost all of the household duties. She recently saw orthopedic surgery for knee pain and was found to have some mild degenerative arthritic changes and a medial meniscus tear.

She continues to report episodic vertigo symptoms. She has been seen in evaluated by ENT in the past. She was diagnosed with benign positional vertigo and left Ménière's disease.

She and her husband who accompanies me informs me that her long-term disability carrier is planning on terminating her disability payments.

Her husband is concerned also about her memory and mental function. He notices at times that she has trouble organizing and completing her thoughts. She sometimes is unable to complete sentences and finding words. He does note that these seem to be worse when she is worrying or upset about something.

**MEDICAL HISTORY**

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Benign essential tremor | |
| • Depression | |
| • Diabetes mellitus | |
| • Headache(784.0) | |
| • Hyperlipidemia | |
| • IBS (irritable bowel syndrome) | |

**SURGICAL HISTORY**

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BREAST SURGERY<br>*Left breast biopsy* | | |
| • HYSTERECTOMY<br>*COMPLETE* | | |
| • PELVIC LAPAROSCOPY | | |

**FAMILY HISTORY**

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Thyroid disease | Mother | |
| • Atrial fibrillation | Mother | |
| • Hyperlipidemia | Father | |
| • Diabetes | Father | |
| • Thyroid disease | Father | |
| • No Significant Medical History | Brother | |
| • Diabetes | Child | |

## SOCIAL HISTORY

**Social History**

| | |
|---|---|
| Socioeconomic History | |
| • Marital status: | Married |
| Occupational History | |
| • Occupation: | on disability, RN |
| Tobacco Use | |
| • Smoking status: | Never |
| • Smokeless tobacco: | Never |
| Substance and Sexual Activity | |
| • Alcohol use: | No |

## MEDICATIONS

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • albuterol HFA 90 mcg/actuation inhaler | INHALE 2 PUFFS INTO THE LUNGS EVERY 6 HOURS AS NEEDED FOR WHEEZE | 6.7 g | 3 |
| • ALPRAZolam (XANAX) 0.5 mg tablet | TAKE 1 TABLET BY MOUTH DAILY AS NEEDED FOR SLEEP. | 15 tablet | 0 |
| • amitriptyline (ELAVIL) 10 mg tablet | Take two tablets by mouth every night at bedtime. | 180 tablet | 3 |
| • buPROPion XL (WELLBUTRIN XL) 300 mg 24 hr tablet | TAKE 1/2 TABLET BY MOUTH ONCE DAILY | 45 tablet | 1 |
| • chlordiazepoxide-clidinium (LIBRAX) 5-2.5 mg per capsule | TAKE 1 CAPSULE BY MOUTH 3 TIMES DAILY WITH MEALS. | 270 capsule | 1 |
| • erythromycin (ROMYCIN) ophthalmic ointment | Place into both eyes at bedtime. | | |
| • FLUoxetine (PROzac) 20 mg capsule | TAKE 1 CAPSULE BY MOUTH ONCE | 90 capsule | 1 |

| | | | |
|---|---|---|---|
| | DAILY | | |
| • FLUoxetine (PROZAC) 40 MG capsule | TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 90 capsule | 1 |
| • loratadine-pseudoephedrine (Claritin-D 24 Hour) 10-240 mg per 24 hr tablet | Take 1 tablet by mouth once daily. | 30 tablet | 3 |
| • metFORMIN XR (GLUCOPHAGE-XR) 500 mg 24 hr tablet | TAKE 1 TABLET BY MOUTH TWICE A DAY | 180 tablet | 3 |
| • naproxen (NAPROSYN) 500 mg tablet | TAKE 1 TABLET BY MOUTH TAKE DAILY WITH A MEAL. | 30 tablet | 3 |
| • propranoloL (INDERAL) 20 mg tablet | TAKE 1 TABLET BY MOUTH TWICE A DAY | 180 tablet | 2 |
| • SUMAtriptan (IMITREX) 50 mg tablet | TAKE 1 TABLET BY MOUTH EVERY 2 (TWO) HOURS AS NEEDED FOR MIGRAINE. MAY REPEAT IN 2 HOURS IF NEEDED | 10 tablet | 2 |
| • topiramate (TOPAMAX) 25 mg tablet | TAKE 1 TABLET BY MOUTH TWICE A DAY | 180 tablet | 2 |
| • fluticasone (FLONASE) 50 mcg/actuation nasal spray | APPLY TWO SPRAYS IN EACH NOSTRIL ONCE DAILY | 16 g | 1 |

No current facility-administered medications for this visit.

**ALLERGIES**

**Allergies**

| Allergen | Reactions |
|---|---|
| • Adhesive | |
| • Lipitor [Atorvastatin] | |
| • Morphine | |
| • Sulfa (Sulfonamide Antibiotics) | |

**REVIEW OF SYSTEM**

**Constitutional:** Denies fever or chills, no change in appetite, no weight gain or loss, no fatigue
**Eyes:** Denies change in visual acuity, eye pain, or redness, no diplopia
**HENT:** Denies nasal congestion or sore throat, mouth sores, post nasal drip,epistaxis
**Respiratory:** Denies cough or shortness of breath, sputum, hemoptysis
**Cardiovascular:** Denies chest pain or edema, orthopnea, PND, palpitations

**GI:** Denies abdominal pain, nausea, vomiting, bloody stools or diarrhea, constipation and melena. No change in stool character
**GU:** Denies dysuria, hematuria, frequency, nocturia, incontinence
**Musculoskeletal:** Chronic pain right wrist left upper extremity including elbow wrist hand
**Integument:** Denies rash,wounds,lesions
**Neurologic:** Denies headache, focal weakness or sensory changes
**Endocrine:** Denies polyuria or polydipsia
**Lymphatic:** Denies swollen glands
**Psychiatric:** Denies depression or anxiety

**PHYSICAL EXAM**
**Vital Signs:**
Vitals:

| | 01/05/23 1237 |
|---|---|
| BP: | 102/63 |
| Pulse: | 88 |
| Resp: | 20 |

**General:** Well developed, well nourished, no acute distress, non-toxic appearance
**EYES:** PERRL, EOM, conjunctiva normal , sclera anicteric,
**HENT:** Atraumatic,normocephalic, external ears normal,TMs normal, nose normal, oropharynx moist, no pharyngeal exudates.
**NECK:** normal range of motion, no tenderness, supple , no adenopathy, carotid bruit, or thyromegaly
**RESPIRATORY:** No respiratory distress, clear breath sounds bilaterally, no rales, no wheezing
**CARDIOVASCULAR:** Normal rate, normal rhythm, no murmurs, no gallops, no rubs.Distal pulses intact
**GI:** Soft, nondistended, normal bowel sounds, nontender, no organomegaly, no mass, no rebound, no guarding
**Extremities:** No edema
**Musculoskeletal:** Right wrist with pain on active and passive range of motion direct palpation
**SKIN:** Well hydrated, no rash
**LYMPHATIC:** No lymphadenopathy noted
**NEUROLOGIC:** Alert & oriented x 3, CN 2-12 normal, grip left hand slightly weaker than right, normal sensory function, no focal deficits noted
**PSYCHIATRIC:** Speech, behavior, appearance normal, depressed, affect anxious

**RESULTS**

**ASSESSMENT**
1. **Visit for annual health examination**
2. Type 2 diabetes mellitus without complication, without long-term current use of insulin (HCC)
3. Major depression, chronic
4. GAD (generalized anxiety disorder)
5. Complex regional pain syndrome type 1 of left upper extremity
6. Chronic pain of left upper extremity
7. Chronic pain of right wrist
8. Benign essential tremor
9. Fibromyalgia
10. Meniere disease, left
11. Vertigo

The Baton Rouge Clinic, AMC

KNIGHT, Amy R
MRN: 252940, DOB:
Visit date: 11/11/2022
Sex: F

14 10/19/2022 12:27 PM Modflow Page 2 of 2 To: WEST, DAVID 122524691

AMY RAY KNIGHT 149119

CORNEA EMC EYE MEDICAL CENTER THE RETINA CENTER
Cornea Associates of Louisiana
7777 Hennessy Blvd, Suite 3002
Baton Rouge, LA 70808
225-766-7441 225-766-9363

| | |
|---|---|
| Patient Name: AMY RAY KNIGHT<br>Date of Birth: 1/ | Primary Care Provider:<br>WEST, DAVID |

Date of Dilated Eye Exam: 10/19/2022

| | RIGHT | LEFT |
|---|---|---|
| Corrected Visual Acuity | 20/30 | 20/25 |
| Best Corrected Visual Acuity | 20/30-2 | 20/30+2 |
| Uncorrected Visual Acuity | N/A | N/A |

| | | | |
|---|---|---|---|
| Retinopathy | ☒R | ☒L | No retinopathy identified |
| | ☐R | ☐L | Non-proliferative retinopathy identified |
| | MM | MM | |
| | ☐R | ☐L | Proliferative retinopathy identified |
| | ☐R | ☐L | Macular edema identified |
| Cataracts | ☐R | ☐L | No cataracts identified |
| Cataracts Identified and: | | | |
| | ☐R | ☐L | Status post cataract surgery |
| | ☒R | ☒L | DO NOT interfere with activities of daily living |
| | ☐R | ☐L | DO interfere with activities of daily living |
| Glaucoma | ☒R | ☒L | No glaucoma identified |
| Glaucoma Identified and: | | | |
| | ☐R | ☐L | Not Controlled |
| | ☐R | ☐L | Glaucoma suspect |
| | ☐R | ☐L | Controlled |

☒ No diabetic changes noted
☐ Diabetic retinopathy diagnosed
☐ No treatment required -- monitor only
Recommend Follow-Up: ☒ 1 year ☐ 6 months ☐ Other:
☐ Treatment required

Sincerely,

DP Fargason MD

David P. Fargason, M.D.

To help your center to be certified as a Diabetic Center of Excellence, this is documentation of this patient's DILATED diabetic eye examination

CEE 10-19-22 Knight Amy 252940 West

Consent Forms - Scan on 10/26/2022 3:50 PM (below)

The Baton Rouge Clinic, AMC

KNIGHT, Amy R
MRN: 252940, DOB:
Visit date: 11/11/2022

Sex: F

KNIGHT, Amy R (MRN: 252940) DOB: 1/15/1968

Doc Type:Consent Date:10/20/22 Enc#:10203130621085 MRN#:252940 Pt Name:Amy R KNIGHT Pages:1

**Vaccine Administration Consent**

| Vaccine Administration Record | Clinic Name/Address |
|---|---|
| Patient Name: Amy R KNIGHT | The Baton Rouge Clinic, AMC |
| Birth Date: 1/15/1968 | 7373 Perkins Rd |
| Record #: 252940 | Baton Rouge, La 70808 |

The vaccines listed below are to be administered today.
A copy of the appropriate Centers for Disease Control and Prevention Vaccine Information Statement was provided to me.
By signing below, I agree that:

- I have read or had explained to me the information about this disease and the vaccine.
- I had an opportunity to ask questions, and those questions were answered satisfactorily.
- I believe that I understand the benefits and risks of the vaccine.
- I ask that the vaccine be given to me or to the person named above (for whom I am authorized to make this request).

Amy R. Knight 10/20/22
Parent/Guardian/Patient Signature Date

**The following Immunizations were administered on 10/20/22:**

Immunization Orders this Encounter

Active
(QUAD) Flu Vaccine 0.5 mL (PF) > or = 6 Months IM Ordered On: 10/20/2022

Printed by Ford, Chavez C, MA [3124] 10/20/2022 2:38 PM Page 1 of 1

HIM ROI Authorization - Scan on 11/1/2022 8:45 AM: BRC (below)

76251675 LA680 09202022154034

Department of Children & Family Services
*Building a Stronger Louisiana*

Disability Determination Services
Division of Family Support
5825 Florida Blvd
BATON ROUGE, LA 70806

(O) (800) 256-2288
(F) (866) 801-1460
www.dcfs.la.gov

John Bel Edwards, Governor
Marketa Garner Walters, Secretary

MedSouth Record Management, LLC
P.O. Box 1630
Mandeville, LA 70470

72-1481471

ROID:DCM44686964 SITE:S75 DR:S
SSN:********* DOCTYPE:0001 RFID CS:ae93

**PROVIDER:**
BATON ROUGE CLINIC ✓
MEDICAL RECORDS/MEDSOUTH
7373 PERKINS RD
BATON ROUGE, LA 70808
Vendor #: 819975

October 20, 2022
Authorization #: 107XLZ
Fiscal ID: 21077981
CLAIMANT: Amy Ray Knight ✓
DOB:
CASE NUMBER: 3954894

Received
OCT 25 2022
MedSouth

**Request for Evidence - Fax Coversheet/Invoice**

We are authorized to pay $20.00 for medical records received within 30 days of this request. We will no longer research and release payment on invoices that are over 180 days from the date of request for records.

This information can be faxed toll free to our fax gateway at (866) 801-1460 and will help us provide a quicker decision. Should you have any questions, please contact K. Franklin at (225) 925-3534 or (800) 256-2288.

Please do not forward this letter if patient was seen by another doctor's office, clinic, or hospital.
Write new source name here: ______

**PLEASE INDICATE IF:**

✓ Requested Evidence Attached

___ Chart not available through date

___ No Evidence for Date Requested

___ No Patient Found

___ Check here if you do not wish to be paid

Continued on next page

MedSouth
☒ Processed
☐ Pending
OCT 31 2022

K. Franklin/KF

An Equal Opportunity Employer

Child Welfare Programs Accredited by the Council on Accreditation for Children and Family Services

12/21/2020 ⇒ PR.

MR= 75

**Explanation for Request**

This claim for disability benefits under the Social Security Act has been referred to this agency. We are requesting copies of your medical records or a narrative report to help in making a decision.

The information we are requesting will aid us in establishing the nature, severity, and duration of the alleged impairment(s). We need detailed information including medical history, clinical and laboratory findings, information on prescribed treatment and response to treatment, diagnosis, and prognosis.

We would also like to have a statement, based on your medical findings, of this individual's ability to perform work-related physical activities such as sitting, standing, walking, lifting, carrying, handling objects, hearing, speaking, and traveling. When there is a mental impairment, please include your opinion regarding understanding and memory, sustained concentration and persistence, social interaction, and adaptation.

If the individual is a child, we ask for a statement of the child's functional limitations such as any limitations in learning, motor functioning, performing self-care activities, communicating, socializing, and completing tasks. If the child is under age one, please report on responsiveness to stimuli.

An authorization to release the medical records and/or information is also enclosed. The Privacy Act of 1974 permits review of these records by the claimant and/or his representative.

**Submitting Your Response Electronically Free Options**

Help expedite this individual's decision by submitting his/her records to us electronically – free.

Records can be faxed to our toll-free secure servers. When faxing, page one of this invoice must be used as the fax coversheet.

If you have electronic records, you may be interested in uploading records to SSA's secure website. For information, contact our DDS Medical Relations Staff at (318) 869-6437 or (800) 256-2288.

**Submitting Via US Post Office**

If returning via US Postal Service, records must be forwarded to the address on the attached sheet.

**Receiving Medical Request Via SSA Secure Website or Fax**

We are now able to submit our requests to you via SSA's Secure Website or Fax. If you are interested in receiving additional information, please either

1. Complete the following before return this letter:
   Your Contact Name ______________________ & Phone Number ______________ or
2. Call our Medical Relations staff at (318) 869-6437 or (800) 256-2288.

**Important Information**

Would you be willing to perform consultative examinations on your own patients and/or other claimants applying for Social Security Disability benefits? If so, or if you would like additional information, please contact our Medical Relations Staff at (318) 869-6437 or (800) 256-2288.

Disability Determination Services
Division of Family Support
5825 Florida Blvd
Suite 2110
BATON ROUGE, LA 70806

An Equal Opportunity Employer

Child Welfare Programs Accredited by the Council on Accreditation for Children and Family Services

Department of Children & Family Services
*Building a Stronger Louisiana*

Disability Determination Services
Division of Family Support
5825 Florida Blvd
BATON ROUGE, LA 70806

(O) (800) 256-2280
(F) (800) 801-1460
www.dcfs.la.gov

John Bel Edwards, Governor
Marketa Garner Walters, Secretary

BATON ROUGE CLINIC
MEDICAL RECORDS/MEDSOUTH
7373 PERKINS RD
BATON ROUGE LA 70808

Date: October 20, 2022
Case ID: 3954894

RE: Amy Ray Knight
AKA: Amy Marie Zvonek
Amy Marie Sanches
Amy Marie Ray
DOB:
Vendor Number: 819975

We are the office that makes disability decisions for the Social Security Administration. Amy Ray Knight is applying for or is receiving disability benefits due to the following conditions: Blind or low vision, 2018- fractured left radial/ continued pain in left arm, depression, IBS, right wrist pain, fibromyalgia, type II diabetes, chronic pain, anxiety, and benign essential tremors. This is not an authorization to perform an examination.

**What We Need From You**

To help us evaluate this claim, please send records covering the period of: 12/21/2020 to Present.

Include the following information: medical history, psychiatric history, clinical findings, laboratory findings, imaging reports, treatment prescribed and the response, diagnosis, and prognosis.

Please respond by November 3, 2022. We are enclosing a signed HIPAA compliant authorization for the release of medical records and information.

Please provide a statement based on your findings. Your statement should express your opinion about your patient's ability to do work-related physical and/or mental activities despite the limitations or restrictions imposed by her medical condition(s). For physical impairments, these activities include sitting, standing, walking, lifting, carrying, pushing, pulling, or other physical activities (including manipulative or postural activities, such as reaching, handling, stooping, or crouching); other activities, such as seeing, hearing, or using other senses; and ability to adapt to environmental conditions, such as temperature extremes or fumes. For mental impairments, these activities include understanding; remembering; maintaining concentration, persistence, or pace; carrying out instructions; and responding appropriately to supervision, coworkers, and work pressures.

If it is determined that we need additional information regarding your patient's impairments, would you be willing to perform an examination to provide additional findings? Please contact us if you would be willing to perform this examination. We will assume that you do not wish to perform the examination if you do not respond.

**If You Have Any Questions**

If you have any questions or wish to provide more information, please call us at the number(s) shown below Monday - Friday between 8:00 am and 4:30 pm. When you call or leave a message, please provide the Case ID: 3954894, your name, Amy Ray Knight's name, and a call back number.

Thank you for your help.

An Equal Opportunity Employer

Child Welfare Programs Accredited by the Council on Accreditation for Children and Family Services

**Privacy Act Statement**
**Collection and Use of Personal Information**

Sections 205(a), 223(d), 1614(a) and 1631(d) of the Social Security Act, as amended, allow us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent us from making an accurate and timely decision on the claimant's eligibility for benefits.

We will use the information to make a determination of eligibility for benefits. We may also share your information for the following purposes, called routine uses:

1. To Federal, State, or local agencies for administering cash or non-cash income maintenance or health maintenance programs; and
2. To contractors, and other Federal agencies, as necessary, for the purpose of assisting the Social Security Administration (SSA) in the efficient administration of its programs. We contemplate disclosing information under this routine use only in situations in which SSA may enter a contractual or similar agreement with a third party to assist in accomplishing an agency function relating to this system of records.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORN) 60-0044, entitled National Disability Determination Services File System and 60-0089, entitled Claims Folders Systems. Additional information and a full listing of all our SORNs are available on our website at www.socialsecurity.gov/foia/bluebook.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. We estimate that it will take about 12 minutes to read the instructions, gather the facts, and answer the questions. *Send only comments relating to our time estimate above to: SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.*

Form Approved OMB No. 0960-0623

**WHOSE** *Records to be Disclosed*

| | |
|---|---|
| NAME *(First, Middle, Last, Suffix)* Amy Ray Knight | |
| SSN | Birthday *(mm/dd/yy)* |

# AUTHORIZATION TO DISCLOSE INFORMATION TO THE SOCIAL SECURITY ADMINISTRATION (SSA)

** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW **

I voluntarily authorize and request disclosure (including paper, oral, and electronic interchange):

**OF WHAT** *All my medical records;* also education records and other information related to my ability to perform tasks. This includes specific permission to release:

1. All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s) *including*, and not limited to:
   - Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
   - Drug abuse, alcoholism, or other substance abuse
   - Sickle cell anemia
   - Records which may indicate the presence of a communicable or noncommunicable disease; and tests for or records of HIV/AIDS
   - Gene-related impairments (including genetic test results)
2. Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.
3. Copies of educational tests or evaluations, including Individualized Educational Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations.
4. Information created within 12 months after the date this authorization is signed, as well as past information.

**FROM WHOM**
- All medical sources (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities
- All educational sources (schools, teachers, records administrators, counselors, etc.)
- Social workers/rehabilitation counselors
- Consulting examiners used by SSA
- Employers, insurance companies, workers' compensation programs
- Others who may know about my condition (family, neighbors, friends, public officials)

THIS BOX TO BE COMPLETED BY SSA/DDS (as needed) Additional information to identify the subject (e.g., other names used), the specific source, or the material to be disclosed:

BATON ROUGE CLINIC
MEDICAL RECORDS/MEDSOUTH
7373 PERKINS RD
BATON ROUGE, LA 70808
12/21/2020 to Present

**TO WHOM** The Social Security Administration and to the State agency authorized to process my case (usually called "disability determination services"), including contract copy services, and doctors or other professionals consulted during the process. [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

**PURPOSE** Determining my eligibility for benefits, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.

☐ Determining whether I am capable of managing benefits ONLY (check only if this applies)

**EXPIRES WHEN** This authorization is good for 12 months from the date signed (below my signature).

- I authorize the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- I have read both pages of this form and agree to the disclosures above from the types of sources listed.

| PLEASE SIGN USING BLUE OR BLACK INK ONLY | IF not signed by subject of disclosure, specify basis for authority to sign |
|---|---|
| INDIVIDUAL authorizing disclosure<br>SIGN ▶ *Electronically signed by* Amy Ray Knight | ☐ Parent of minor ☐ Guardian ☐ Other personal representative (explain)<br>(Parent/guardian/personal representative sign here if two signatures required by State law) ▶ |
| Date Signed 10/20/22 | Street Address |
| Phone Number (with area code) | City / State / ZIP |

**WITNESS** *I know the person signing this form or am satisfied of this person's identity.*

| | |
|---|---|
| SIGN ▶ *Attested by SSA or Designated State Agency Employee* K Franklin | IF needed, second witness sign here (e.g., if signed with "X" above)<br>SIGN ▶ |
| Phone Number (or Address)<br>800-256-2288 BATON ROUGE LA 70806-4259 | Phone Number (or Address) |

*This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPAA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.*

Form SSA-827 (11-2012) ef (11-2012) Use 4-2009 and Later Editions Until Supply is Exhausted Page 1 of 2

0602000959

## Explanation of Form SSA-827
## "Authorization to Disclose Information to the Social Security Administration (SSA)"

We need your written authorization to help get the information required to process your claim, and to determine your capability of managing benefits. Laws and regulations require that sources of personal information have a signed authorization before releasing it to us. Also, laws require specific authorization for the release of information about certain conditions and from educational sources.

You can provide this authorization by signing a form SSA-827. Federal law permits sources with information about you to release that information if you sign a single authorization to release all your information from all your possible sources. We will make copies of it for each source. A covered entity (that is, a source of medical information about you) may not condition treatment, payment, enrollment, or eligibility for benefits on whether you sign this authorization form. A few States, and some individual sources of information, require that the authorization specifically name the source that you authorize to release personal information. In those cases, we may ask you to sign one authorization for each source and we may contact you again if we need you to sign more authorizations.

You have the right to revoke this authorization at any time, except to the extent a source of information has already relied on it to take an action. To revoke, send a written statement to any Social Security Office. If you do, also send a copy directly to any of your sources that you no longer wish to disclose information about you; SSA can tell you if we identified any sources you didn't tell us about. SSA may use information disclosed prior to revocation to decide your claim.

It is SSA's policy to provide service to people with limited English proficiency in their native language or preferred mode of communication consistent with Executive Order 13166 (August 11, 2000) and the Individuals with Disabilities Education Act. SSA makes every reasonable effort to ensure that the information in the SSA-827 is provided to you in your native or preferred language.

## Privacy Act Statement
## Collection and Use of Personal Information

Sections 205(a), 223(d)(5)(A), 1614(a)(3)(H)(i), 1631(d)(1) and 1631(e)(1)(A) of the Social Security Act as amended, [42 U.S.C. 405(a), 423(d)(5)(A), 1382c(a)(3)(H)(i), 1383(d)(1) and 1383(e)(1)(A)] authorize us to collect this information. We will use the information you provide to help us determine your eligibility, or continuing eligibility for benefits, and your ability to manage any benefits received. The information you provide is voluntary. However, failure to provide the requested information may prevent us from making an accurate and timely decision on your claim, and could result in denial or loss of benefits

We rarely use the information you provide on this form for any purpose other than for the reasons explained above. However, we may use it for the administration and integrity of Social Security programs. We may also disclose information to another person or to another agency in accordance with approved routine uses, including but not limited to the following:

a) To enable a third party or an agency to assist us in establishing rights to Social Security benefits and/or coverage;

b) To comply with Federal laws requiring the release of information from our records (e.g., to the Government Accountability Office, General Services Administration, National Archives Records Administration, and the Department of Veterans Affairs);

c) To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level; and

d) To facilitate statistical research, audit, or investigative activities necessary to assure the integrity and improvement of our programs (e.g., to the U.S. Census Bureau and to private entities under contract with us).

We may also use the information you provide in computer matching programs. Matching programs compare our records with records kept by other Federal, State, or local government agencies. We use the information from these programs to establish or verify a person's eligibility for Federally funded or administered benefit programs and for repayment of incorrect payments or delinquent debts under these programs.

A complete list of routine uses of the information you gave us is available in our Privacy Act Systems of Records Notices entitled, Claims Folder System, 60-0089; Master Beneficiary Record, 60-0090; Supplemental Security Income record and Special Veterans benefits, 60-0103; and Electronic Disability (eDIB) Claims File, 60-0340. The notices, additional information regarding this form, and information regarding our systems and programs, are available on-line at www.socialsecurity.gov or at any Social Security office

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to provide this information unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 0960-0555. We estimate that it will take between 5 to 30 minutes to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate above to: SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.

**DISABILITY DETERMINATION SERVICES - S75**
**PO Box 8907**
**London, Ky. 40742-8907**

We are no longer sending the address label.

Please use this address to send your documents to the Scan Contractor.

Thank you.

Radiology Pt - Scan on 1/18/2023 3:59 PM: 12-07-2022 (below)

BATON ROUGE ORTHOPAEDIC CLINIC
8080 Bluebonnet Blvd., Ste.1000
Baton Rouge, LA 70810
Phone:(225)924-2424
Fax:(225)408-7940

**Name:** Amy Ray Knight
**Patient ID:** 300393136
**DOB:** 01/15/
**Phone:**
**Accession#:** 5474384
**Second. ID:** 45455

**Exam Date:** 12/07/2022 04:15 p.m.
**Exam:** MR KNEE LEFT WO CONTRAST
**Reason:**
**Referrer:** Craig Greene
**2nd Referrer:**
**3rd Referrer:**

**EXAM:** MR KNEE LEFT WO CONTRAST

**CLINICAL HISTORY:** Chronic left knee pain. Possible medial meniscus tear.

**TECHNIQUE:** Standard multiplanar pulse sequences obtained without IV or intra-articular contrast.

**COMPARISON:** None.

**FINDINGS:** Normal cruciate ligaments. Normal collateral ligaments. Mild tendinosis of the extensor mechanism.

Mild degenerative fraying of the free edge of the posterior horn medial meniscus. Degenerative signal of the posterior horn and body.

Normal lateral meniscus.

Mild chondral thinning of the weightbearing surfaces of the medial and lateral compartment.

Mild chondral thinning throughout the patellofemoral joint.

Normal, physiologic amount of joint fluid. No intra-articular loose body. No Baker's cyst. Advanced tendinosis of the distal semimembranosus tendon at the tibial insertion. Remaining supporting soft tissues and musculature are normal.

**IMPRESSION:**

1.\X09\ Mild degenerative free edge fraying posterior horn medial meniscus. Negative for tear.

2.\X09\ Mild tricompartmental chondral thinning.

3.\X09\ Severe tendinosis distal semimembranosus tendon at the tibial plateau insertion.

**Finalized on: 12/8/2022 10:22 AM By: Robert Branstetter MD**

**Report Electronically Signed by: Robert Branstetter MD**
**Report Signed On: December 8, 2022 10:22 a.m.**

Rad 12/7/22 252940 amy Knight

HIM ROI Authorization - Scan on 2/14/2023 2:34 PM: BRC (below)

Globe Life 2/2/2023 1:31:41 PM ACST PAGE 2/005 Fax Server

# REQUEST FOR MEDICAL RECORDS

85979162 LA680 02102023 110557

PLEASE RETURN THIS FORM WITH A COPY OF THE RECORDS.

Received FEB 02 2023 MedSouth

PLEASE DELIVER THE FOLLOWING INFORMATION TO: MEDICAL RECORDS

FAX # (225) 246-9209 PHONE # (225) 246-9240

TOTAL NUMBER OF PAGES FAXED: POLICY / CLAIM # 18445768

PLEASE RETURN ALL RECORDS TO: AI RECORDS
P. O. BOX 2608
WACO, TX 76797

FAX: (866) 921-6454 PHONE: (866) 922-6453

CASE # 1279064 ACCT #: 100

**PATIENT INFORMATION**

LAST NAME: KNIGHT ✓ FIRST: AMY MI:
SSN: ✓ DOB: ✓ tw MEDICAL RECORD #
ADDRESS: CITY: GONZALES
ST: LA ZIP: 70737 PHONE:

**DOCTOR / FACILITY INFORMATION**

DR.: WEST ✓ FIRST: DAVID MI: HOSP/FACILITY: THE BATON ROUGE CLINIC
ADDRESS: 7373 PERKINS RD CITY: BATON ROUGE
ST: LA ZIP: 70808-

SPECIAL ATTENTIONS: COPIES OF ALL MEDICAL RECORDS - 3 YEARS.

UW - 35

**YOU MAY FAX RECORDS TOLL FREE 24 HOURS A DAY**

IF A FEE OVER $ 75.00 IS REQUIRED PLEASE CALL FOR FEE APPROVAL!!!

THANK YOU FOR HELPING US SERVE YOUR PATIENT!

MedSouth ☒ Processed ☐ Pending FEB 13 2023 By: GP DS3

DR. WEST
DATE RECVD: 01/27/2023
2/2/2020 ✓ PR.

MR= 290

Globe Life 2/2/2023 1:31:41 PM ACST PAGE 3/005 Fax Server

American Income
life insurance company

PO Box 2608
Waco, TX 76702
AILife.com

## AI RECORDS AUTHORIZED REPRESENTATIVE LETTER

March 16, 2022

To Whom It May Concern:

Please be advised that AI Records, of Waco, Texas has been designated as an authorized representative for American Income Life Insurance Company in the matter of securing medical records for the purpose of qualifying applicants for life and health insurance & for the purpose of adjusting claims for both life and health insurance.

This authorization is to remain in effect until March 16, 2023.

Sincerely,

Jennifer Low

Jennifer Low
Sr Director Underwriting
American Income Life
1200 Wooded Acres
Waco, Texas 76710
P: 866-922-6453
F: 866-921-6454

### INVESTIGATIVE CONSUMER REPORTS NOTIFICATION

As part of our routine underwriting procedure, an investigative consumer report may be obtained which will provide applicable information concerning character, general reputation, personal characteristics, and mode of living. This information will be obtained through personal interviews with your friends, neighbors, and associates. You may request to be interviewed in connection with the preparation of the report and upon request may receive a copy of the report.

### MIB NOTICE

Information regarding your insurability will be treated as confidential. American Income Life Insurance Company or its reinsurers may, however, make a brief report thereon to the MIB, Inc., formerly known as Medical Information Bureau, a not-for-profit membership organization of life insurance companies, which operates an information exchange on behalf of its members. If you apply to another MIB member company for life or health insurance coverage, or a claim for benefits is submitted to such a company, MIB, upon request, will supply such company with the information about you in its file.

Upon receipt of a request from you, MIB will arrange disclosure of any information in your file. Please contact MIB at 866-692-6901 (TTY 866-346-3642). If you question the accuracy of the information in MIB's file, you may contact MIB and seek a correction in accordance with the procedures set forth in the federal Fair Credit Reporting Act. The address of MIB's information office is 50 Braintree Hill Park, Suite 400, Braintree, Massachusetts 02184-8734.

American Income Life Insurance Company may also release information from its file to its reinsurers or to other insurance companies to whom you may apply for life or health insurance, or to whom a claim for benefits may be submitted. Information for consumers about MIB may be obtained on its website at www.mib.com.

### NOTICE OF INFORMATION PRACTICES

Personal information may be collected from other parties. Such information, and other personal or privileged information later collected, may be disclosed to third parties without authorization. You have the right of access and correction with respect to all personal information collected, and a full notice of your rights will be furnished upon request.

87ca8fa3-8716-4005-8035-30f110ee1e0

Globe Life 2/2/2023 1:31:41 PM ACST PAGE 1/005 Fax Server

# FAX

Pages: 5

| | |
|---|---|
| TO: | MEDICAL RECORDS |
| FAX#: | 12252469209 |
| FAX DATE: | 02/02/23 |
| FROM: | AI RECORDS |
| FAX: | 1-866-921-6454 |
| PHONE: | 1-866-922-6453 |
| EMAIL: | airecords@ailife.com |

POLICY# AND COMMENTS SECTION

This material is intended for the use of the individual to whom it is addressed and may contain information that is privileged, proprietary, confidential and exempt from disclosure. If you are not the intended recipient or the person responsible for delivering the material to the intended recipient, you are notified that dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error please contact the sender immediately and destroy this message accordingly.

Consent Forms - Scan on 4/3/2023 12:47 PM (below)

KNIGHT, Amy R (MRN: 252940) DOB:

Doc Type: Consent Date: 03/24/23 Enc#: 10203139923882 MRN#: 252940 Pt Name: Amy R KNIGHT Pages: 1

**Vaccine Administration Consent**

| Vaccine Administration Record | Clinic Name/Address |
|---|---|
| Patient Name: Amy R KNIGHT | The Baton Rouge Clinic, AMC |
| Birth Date: 3 | 7373 Perkins Rd |
| Record # 252940 | Baton Rouge, La 70808 |

The vaccines listed below are to be administered today.
A copy of the appropriate Centers for Disease Control and Prevention Vaccine Information Statement was provided to me.
By signing below, I agree that:

- I have read or had explained to me the information about this disease and the vaccine.
- I had an opportunity to ask questions, and those questions were answered satisfactorily.
- I believe that I understand the benefits and risks of the vaccine.
- I ask that the vaccine be given to me or to the person named above (for whom I am authorized to make this request).

X Amy R. Knight (signature) — 03/24/23
Parent/Guardian/Patient Signature — Date

**The following immunizations were administered on 03/24/23:**

Immunization Orders this Encounter

Active

(SHINGRIX) Zoster Vaccine Recombinant IM — Ordered On: 03/24/2023



Right deltoid

Printed by Iglehart, Elizabeth D, LPN [3133] 3/24/2023 8:14 AM — Page 1 of 1

Internal Medicine/Family Practice Pt - Scan on 4/18/2023 12:35 PM: 10/25/22 (below)

The Baton Rouge Clinic, AMC

KNIGHT, Amy R
MRN: 252940, DOB:
Visit date: 11/11/2022

Sex: F

## ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

Return To: Keri Young

*page 1 of 4*

EMPLOYEE/CLAIMANT NAME: Amy Ray Knight
CLAIM NO: 11580689 DATE OF BIRTH:
EMPLOYER/SPONSOR: Gainwell Technologies

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to The Lincoln National Life Insurance Company.

How long are you able to: Varies on pain level and/or other medical issues/symptoms
sit ______ stand ______ walk ______

How many hours a day do you: Varies on pain level and/or other medical issues/symptoms
sit ______ stand ______ walk ______

Do you take a nap during the day? When needed
Yes ______ No ______
If Yes, for how long? Varies At what time of the day? When needed

How many hours a day do you spend in bed? Very hard to get up in am or during night d/t pain and stiffness, feels like walking on rocks and hands hurt d/t swelling joints

Do you require any assistive devices such as a: n/a
cane ______ walker ______ crutches ______ wheelchair ______ other ______

How long are you able to sit in a car? varies depending on pain level and/or other medical symptoms

Do you hold a valid driver's license?
Yes ✓ No ______
If No, please explain: ______
If Yes, how long are you able to drive a car? Short distances d/t pain and not at night if possible (d/t increased blurry vision)
Please provide a copy of your driver's license when returning this form.

How do you maintain contact with people or activities that matter most to you?
Phone or visit with spouse, drive short distance if pain/med. symptoms allow

Do you have children?
Yes ✓ No ______ If Yes, what are their dates of birth

Do you need help caring for your children?
Yes ______ No ✓

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?
Yes ______ No ✓ If Yes, please explain ______

How many times a day do you leave the house during the week? Varies go out in backyard w/dogs to use bathroom as well
On the weekends? usually 1-2x's if pain/symptoms allow

How often do you run errands? seldom - spouse usually handles and I go if pain/symptoms allow

Please describe what errands you most commonly run: bank, pharmacy, MD appts

4-1
Amy Knight
252940
10/06/22
Med

Lincoln Financial Group

**ACTIVITIES QUESTIONNAIRE**
*page 2 of 4*

How often do you get outdoors? Daily to take out dogs (2 min. schnauzers in fenced backyard)

Are you left or right hand dominant? Left ____ Right ✓

Are you able to work in your garden? Yes ____ No ✓ only pull small weeds as able d/t pain/dizzy

Are you able to work on your house? Yes ____ No ✓ Light dusting, dishes, clothes as able and can stop when needed

Are you able to wash your car? Yes ____ No ✓

Do you currently utilize the internet - Internet Explorer, Safari, Mozilla Firefox, Google Chrome, etc?

List all sites that apply. Safari, E-mail, Google

If yes, how often per day (hours) do you use the internet? ___ None ✓ 0-1 hours ✓ 2-3 hours ___ 3-4 hours ___ 5+ hours

What do you use these internet sites for? check email + info purposes

Do you currently view social media sites, such as YouTube, Facebook, LinkedIn, Instagram, TikTok, Snapchat, WhatsApp, Reddit, Pinterest, Twitter.

List all sites that apply. FB

If yes, how often per day (hours) do you engage in activities? ___ None ✓ 0-1 hours ✓ 2-3 hours ___ 3-4 hours ___ 5+ hours

What do you use these social media sites for? Look at pictures of family, interests

Do you use a desktop or laptop computer, mobile phone, IPad/tablet, E-reader, etc., to view information?

List all sites that apply. Tablet

| | | | | | |
|---|---|---|---|---|---|
| If yes on a computer, how long (hours per day)? | ✓ None | ___ 0-1 hours | ___ 2-3 hours | ___ 3-4 hours | ___ 5+ hours |
| If yes on a phone, how long (hours per day)? | ___ None | ✓ 0-1 hours | ___ 2-3 hours | ___ 3-4 hours | ___ 5+ hours |
| If yes on a IPad or Tablet (hours per day)? | ___ None | ✓ 0-1 hours | ✓ 2-3 hours | ___ 3-4 hours | ___ 5+ hours |
| If yes on a E-reader, (hours per day)? | ✓ None | ___ 0-1 hours | ___ 2-3 hours | ___ 3-4 hours | ___ 5+ hours |

For what reasons, do you use these devices?
Speak to family/spouse, check e-mail/FB

Do you play video games, such as Xbox, Nintendo Switch/Wii, PlayStation, PC gaming station, etc.

List all that apply? N/A

| | | | | | |
|---|---|---|---|---|---|
| If yes, how many hours per day do you play video games? | ✓ None | ___ 0-1 hours | ___ 2-3 hours | ___ 3-4 hours | ___ 5+ hours |
| If yes, how many days per week do you play? | ✓ None | ___ 0-1 hours | ___ 2-3 hours | ___ 3-4 hours | ___ 5+ hours |

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | Spouse | I accompany on occasion when pain/med. symptoms allow |
| Carrying groceries into the house | Spouse | |
| Cooking meals | Spouse | Fix light breakfast/lunch |
| Cleaning after meals | Spouse | also use paper plates/cups |
| Cleaning bathrooms | Spouse | |
| Vacuuming | Spouse | |
| Doing the laundry | I do my own clothes approx. 35% of small folding | |
| Opening and responding to mail | Me/Spouse | |

The Baton Rouge Clinic, AMC

KNIGHT, Amy R
MRN: 252940, DOB:
Visit date: 11/11/2022

Sex: F

Lincoln Financial Group

**ACTIVITIES QUESTIONNAIRE**
*page 3 of 4*

Managing your finances 50/50
Balancing your checkbook 50/50
Bathing yourself me w/ assistance washing hair or getting out of tub when needed
Styling your own hair me — None req.
Getting dressed me — Some assist w/ back closures + jewelry required
Going up and down stairs require assist when in pain, dizzy and unsteady gait
Have you been confined to a hospital within the last 12 months? Yes ____ No ✓
If Yes, please provide reason and hospital contact Information: ____

How often do you travel or take vacation? None
Where do you go? How do you get there (transportation method)? N/A

Are you able to pursue your hobbies? Yes When able No ✓
If Yes, please describe enjoy pets, feeding geese, crystals, antique stores
Do you participate in an exercise program? Yes ____ No ✓ Not formal
If Yes, please describe ____
Do you do any Volunteer work? Yes ____ No ✓
If Yes:
how many hours per day? ____
how many hours per week? ____
for whom? ____
Are you working for wages? Yes ____ No ✓
If Yes, please provide employer's name ____
Describe in your own words, what prevents you from engaging in any gainful employment.
Due to increased pain/numbness to (L) arm and chronic pain all over making it difficult to make myself comfortable as not able to take pain meds d/t side effects. Increased pain to (L) knee, fingers (swelling also) blurred vision, vertigo (fell) it is very difficult to make self comfortable, awaiting MRI for (L) knee, notified of need for cataract surgery and find myself with increased unsteady gait d/t vertigo w/ nausea. All of the above has increased depression/anxiety and exacerbates tremors + migraines.
Please describe your daily routine: (If more space is needed, please use the back of this form)
Wake up and get up when able d/t pain level and stiffness. When getting up like standing on rocks and takes awhile to move + work on stiffness to where I can take the dogs out. I then feed them, get my breakfast and rest. I get dressed and do light chores or errand if able, rest, meditate if pain or other med. symptoms allow and nap if needed.
Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

Name: Amy R. Knight Date: 10-25-22
Signature: Amy R. Knight

Neurology/Neurosurgery Pt - Scan on 5/19/2023 12:32 PM: 04/18/23 (below)

04-18-2023 13:01 4073338928 2/3

hpi

Post Office Box 952679
Lake Mary, FL 32795-2679
877-532-5220 / Fax: 407-333-8928

AchieveHealth™

Tuesday, April 18, 2023

NEW 252940

BATON ROUGE CLINIC
7373 PERKINS RD
BATON ROUGE, LA 70808

| | | | |
|---|---|---|---|
| Case Id: | 1-795641 | | |
| Group/Plan: | BROWN & ROOT INDUSTRIAL SERVICES, LLC | Refer Date: | 4/18/2023 |
| Patient: | KNIGHT, AMY (DOB | ID#: | HHWE91503 |
| Subscriber: | KNIGHT, TERRY (DOB 1/24/1967) | ID#: | HHWE91503 |

Admit Date: Procedure Date: 4/18/2023 Discharge Date: 5/18/2023

| | | | |
|---|---|---|---|
| Providers: | BATON ROUGE CLINIC | Tax Id: 721111417 | (225) 769-4044 |
| | BRIAN MURPHY, MD | Tax Id: 721111417 | (225) 769-4044 |

Authorization #: 1-795641.1

Authorization Window: 04/18/2023 - 05/18/2023

ICD:
R41.3 OTHER AMNESIA

Authorization(s):
70551 MRI BRAIN STEM W/O DYE
Status: Auto Cert
Requested: 1 Procedure(s)
Certified: 1 Procedure(s)

As the medical management company for your insurance claims office we have been notified of your out-patient procedure noted above. The services are authorized during the timeframe noted above. We will notify your claims office as required by your plan of this procedure/test and, if necessary, follow up in 10 days with your physician for the results. If any changes were made to the above procedure(s) date or facility, please notify us immediately.

This letter pertains only to the notification of the above referenced health care. It does not verify benefits that such care is covered under the health plan or that your provider is in the participating provider network as that is the responsibility of the plan administrator. **THIS LETTER DOES NOT VERIFY BENEFITS NOR GUARANTEE PAYMENT.** Please contact your claims office at the number listed on the back of your insurance card regarding benefits/payment information. If you have any questions regarding Medical Certification, please call us between 8am - 9pm EST.

Thank you,
Medical Management

CC: AMY KNIGHT VIA MURPHY, BRIAN, BRIAN MURPHY

**The information contained in this message is privileged and confidential information intended for the use of**

**(QUAD) Flu Vaccine 0.5 mL (PF) > or = 6 Months IM [311449656]**
Electronically signed by: **Ford, Chavez C, MA on 10/20/22 1438** Status: **Completed**
Ordering user: Ford, Chavez C, MA 10/20/22 1438
Frequency: 10/20/22 -

(QUAD) Flu Vaccine 0.5 mL (PF) > or = 6 Months IM [311449656] Result status: No result

**(SHINGRIX) Zoster Vaccine Recombinant IM [359381381]**

Electronically signed by: **Iglehart, Elizabeth D, LPN on 03/24/23 0813** Status: **Completed**
Ordering user: Iglehart, Elizabeth D, LPN 03/24/23 0813
Frequency: 03/24/23 -

(SHINGRIX) Zoster Vaccine Recombinant IM [359381381] Result status: No result

**FLUoxetine (PROZAC) 40 MG capsule [308132979]**

Electronically signed by: **Vatsavayi, Venugopal, MD on 08/04/22 1426** Status: **Discontinued**
Ordering user: Vatsavayi, Venugopal, MD 08/04/22 1426 Authorized by: Vatsavayi, Venugopal, MD
Frequency: 08/04/22 - 09/15/22 Released by: Vatsavayi, Venugopal, MD 08/04/22 1426
Discontinued by: Vatsavayi, Venugopal, MD 09/15/22 1418 [Reorder]

**Outpatient Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **FLUoxetine (PROZAC) 40 MG capsule (Discontinued)** | 90 capsule | 1 | 8/4/2022 | 9/15/2022 |

Sig: TAKE 1 CAPSULE BY MOUTH EVERY DAY
Sent to pharmacy as: FLUoxetine 40 mg capsule (PROZAC)
Reason for Discontinue: **Reorder**
E-Prescribing Status: **Receipt confirmed by pharmacy** (8/4/2022 2:26 PM CDT)

**This Order Has Been Discontinued**

| Order Status | Reason | By | On |
|---|---|---|---|
| **Discontinued** | **Reorder** | Vatsavayi, Venugopal, MD | 9/15/22 1418 |

**FLUoxetine (PROzac) 20 mg capsule [311449647]**

Electronically signed by: **Vatsavayi, Venugopal, MD on 08/04/22 1426** Status: **Discontinued**
Ordering user: Vatsavayi, Venugopal, MD 08/04/22 1426 Authorized by: Vatsavayi, Venugopal, MD
Frequency: 08/04/22 - 09/15/22 Released by: Vatsavayi, Venugopal, MD 08/04/22 1426
Discontinued by: Vatsavayi, Venugopal, MD 09/15/22 1418 [Reorder]

**Outpatient Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **FLUoxetine (PROzac) 20 mg capsule (Discontinued)** | 90 capsule | 1 | 8/4/2022 | 9/15/2022 |

Sig: TAKE 1 CAPSULE BY MOUTH EVERY DAY
Sent to pharmacy as: FLUoxetine 20 mg capsule (PROzac)
Reason for Discontinue: **Reorder**
E-Prescribing Status: **Receipt confirmed by pharmacy** (8/4/2022 2:26 PM CDT)

**This Order Has Been Discontinued**

| Order Status | Reason | By | On |
|---|---|---|---|
| **Discontinued** | **Reorder** | Vatsavayi, Venugopal, MD | 9/15/22 1418 |

**buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet [311449649]**

The Baton Rouge Clinic, AMC

KNIGHT, Amy R
MRN: 252940, DOB: Sex: F
Visit date: 8/22/2022

**buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet [311449649] (continued)**

Electronically signed by: **Vatsavayi, Venugopal, MD on 08/23/22 1537** Status: **Discontinued**
Ordering user: Vatsavayi, Venugopal, MD 08/23/22 1537 Authorized by: Vatsavayi, Venugopal, MD
Frequency: 08/23/22 - 09/15/22 Released by: Vatsavayi, Venugopal, MD 08/23/22 1537
Discontinued by: Vatsavayi, Venugopal, MD 09/15/22 1418 [Reorder]
Diagnoses
Moderate episode of recurrent major depressive disorder (HCC) [F33.1]

**Outpatient Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet (Discontinued)** | 90 tablet | 0 | 8/23/2022 | 9/15/2022 |

Sig: TAKE 1 TABLET BY MOUTH EVERY DAY
Sent to pharmacy as: buPROPion HCL XL 150 mg 24 hr tablet, extended release (WELLBUTRIN XL)
Reason for Discontinue: **Reorder**
E-Prescribing Status: **Receipt confirmed by pharmacy** (8/23/2022 3:38 PM CDT)
E-Cancel Status: **Request approved by pharmacy** (9/15/2022 2:18 PM CDT)
E-Cancel Status Note: **No prior dispensing**

**This Order Has Been Discontinued**

| Order Status | Reason | By | On |
|---|---|---|---|
| **Discontinued** | **Reorder** | Vatsavayi, Venugopal, MD | **9/15/22 1418** |

**FLUoxetine (PROZAC) 40 MG capsule [311449652]**

Electronically signed by: **Vatsavayi, Venugopal, MD on 09/15/22 1418** Status: **Discontinued**
Ordering user: Vatsavayi, Venugopal, MD 09/15/22 1418 Authorized by: Vatsavayi, Venugopal, MD
Frequency: Daily 09/15/22 - 01/04/23 Discontinued by: Vatsavayi, Venugopal, MD 01/04/23 1638

**Outpatient Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **FLUoxetine (PROZAC) 40 MG capsule (Discontinued)** | 30 capsule | 3 | 9/15/2022 | 1/4/2023 |

Sig - Route: Take 1 capsule by mouth once daily. - Oral
Sent to pharmacy as: FLUoxetine 40 mg capsule (PROZAC)
E-Prescribing Status: **Receipt confirmed by pharmacy** (9/15/2022 2:18 PM CDT)

**This Order Has Been Discontinued**

| Order Status | Reason | By | On |
|---|---|---|---|
| **Discontinued** | **None** | Vatsavayi, Venugopal, MD | **1/4/23 1638** |

**FLUoxetine (PROzac) 20 mg capsule [311449653]**

Electronically signed by: **Vatsavayi, Venugopal, MD on 09/15/22 1418** Status: **Discontinued**
Ordering user: Vatsavayi, Venugopal, MD 09/15/22 1418 Authorized by: Vatsavayi, Venugopal, MD
Frequency: Daily 09/15/22 - 12/05/22 Discontinued by: Vatsavayi, Venugopal, MD 12/05/22 1244

**Outpatient Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **FLUoxetine (PROzac) 20 mg capsule (Discontinued)** | 30 capsule | 2 | 9/15/2022 | 12/5/2022 |

Sig - Route: Take 1 capsule by mouth once daily. - Oral
Sent to pharmacy as: FLUoxetine 20 mg capsule (PROzac)
E-Prescribing Status: **Receipt confirmed by pharmacy** (9/15/2022 2:18 PM CDT)

**This Order Has Been Discontinued**

**This Order Has Been Discontinued (continued)**

| Order Status | Reason | By | On |
|---|---|---|---|
| **Discontinued** | **None** | Vatsavayi, Venugopal, MD | 12/5/22 1244 |

**buPROPion XL (WELLBUTRIN XL) 300 mg 24 hr tablet [311449654]**

Electronically signed by: **Vatsavayi, Venugopal, MD on 09/15/22 1418** Status: **Discontinued**
Ordering user: Vatsavayi, Venugopal, MD 09/15/22 1418 Authorized by: Vatsavayi, Venugopal, MD
Frequency: Daily 09/15/22 - 01/04/23 Discontinued by: Vatsavayi, Venugopal, MD 01/04/23 1638
Diagnoses
Moderate episode of recurrent major depressive disorder (HCC) [F33.1]

**Outpatient Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **buPROPion XL (WELLBUTRIN XL) 300 mg 24 hr tablet (Discontinued)** | 30 tablet | 2 | 9/15/2022 | 1/4/2023 |

Sig - Route: Take 0.5 tablets by mouth once daily. - Oral
Sent to pharmacy as: buPROPion HCL XL 300 mg 24 hr tablet, extended release (WELLBUTRIN XL)
E-Prescribing Status: **Receipt confirmed by pharmacy** (9/15/2022 2:18 PM CDT)

**This Order Has Been Discontinued**

| Order Status | Reason | By | On |
|---|---|---|---|
| **Discontinued** | **None** | Vatsavayi, Venugopal, MD | 1/4/23 1638 |

**FLUoxetine (PROzac) 20 mg capsule [331870851]**

Electronically signed by: **Vatsavayi, Venugopal, MD on 12/05/22 1244** Status: **Discontinued**
Ordering user: Vatsavayi, Venugopal, MD 12/05/22 1244 Authorized by: Vatsavayi, Venugopal, MD
Frequency: Daily 12/05/22 - 03/02/23 Released by: Vatsavayi, Venugopal, MD 12/05/22 1244
Discontinued by: Vatsavayi, Venugopal, MD 03/02/23 1317 [Reorder]

**Outpatient Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **FLUoxetine (PROzac) 20 mg capsule (Discontinued)** | 90 capsule | 1 | 12/5/2022 | 3/2/2023 |

Sig - Route: TAKE 1 CAPSULE BY MOUTH ONCE DAILY - Oral
Sent to pharmacy as: FLUoxetine 20 mg capsule (PROzac)
Reason for Discontinue: **Reorder**
E-Prescribing Status: **Receipt confirmed by pharmacy** (12/5/2022 12:44 PM CST)

**This Order Has Been Discontinued**

| Order Status | Reason | By | On |
|---|---|---|---|
| **Discontinued** | **Reorder** | Vatsavayi, Venugopal, MD | 3/2/23 1317 |

**FLUoxetine (PROZAC) 40 MG capsule [331870852]**

Electronically signed by: **Vatsavayi, Venugopal, MD on 01/04/23 1638** Status: **Discontinued**
Ordering user: Vatsavayi, Venugopal, MD 01/04/23 1638 Authorized by: Vatsavayi, Venugopal, MD
Frequency: Daily 01/04/23 - 03/02/23 Released by: Vatsavayi, Venugopal, MD 01/04/23 1638
Discontinued by: Vatsavayi, Venugopal, MD 03/02/23 1317 [Reorder]

**Outpatient Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **FLUoxetine (PROZAC) 40 MG capsule (Discontinued)** | 90 capsule | 1 | 1/4/2023 | 3/2/2023 |

**Outpatient Medication Detail (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|

Sig - Route: TAKE 1 CAPSULE BY MOUTH ONCE DAILY - Oral
Sent to pharmacy as: FLUoxetine 40 mg capsule (PROZAC)
Reason for Discontinue: **Reorder**
E-Prescribing Status: **Receipt confirmed by pharmacy** (1/4/2023 4:39 PM CST)

**This Order Has Been Discontinued**

| Order Status | Reason | By | On |
|---|---|---|---|
| **Discontinued** | **Reorder** | Vatsavayi, Venugopal, MD | 3/2/23 1317 |

**buPROPion XL (WELLBUTRIN XL) 300 mg 24 hr tablet [331870853]**

Electronically signed by: **Vatsavayi, Venugopal, MD on 01/04/23 1638** Status: **Discontinued**
Ordering user: Vatsavayi, Venugopal, MD 01/04/23 1638 Authorized by: Vatsavayi, Venugopal, MD
Frequency: 01/04/23 - 03/02/23 Released by: Vatsavayi, Venugopal, MD 01/04/23 1638
Discontinued by: Vatsavayi, Venugopal, MD 03/02/23 1317 [Reorder]
Diagnoses
Moderate episode of recurrent major depressive disorder (HCC) [F33.1]

**Outpatient Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **buPROPion XL (WELLBUTRIN XL) 300 mg 24 hr tablet (Discontinued)** | 45 tablet | 1 | 1/4/2023 | 3/2/2023 |

Sig: TAKE 1/2 TABLET BY MOUTH ONCE DAILY
Sent to pharmacy as: buPROPion HCL XL 300 mg 24 hr tablet, extended release (WELLBUTRIN XL)
Reason for Discontinue: **Reorder**
E-Prescribing Status: **Receipt confirmed by pharmacy** (1/4/2023 4:39 PM CST)

**This Order Has Been Discontinued**

| Order Status | Reason | By | On |
|---|---|---|---|
| **Discontinued** | **Reorder** | Vatsavayi, Venugopal, MD | 3/2/23 1317 |

**cevimeline (EVOXAC) 30 mg capsule [343512234]**

Electronically signed by: **Bourg, Angele, MD on 02/02/23 1458** Status: **Discontinued**
Ordering user: Bourg, Angele, MD 02/02/23 1458 Authorized by: Bourg, Angele, MD
Frequency: TID 02/02/23 - 365 days Discontinued by: Bourg, Angele, MD 05/25/23 0802

**Outpatient Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **cevimeline (EVOXAC) 30 mg capsule (Discontinued)** | 90 capsule | 3 | 2/2/2023 | 5/25/2023 |

Sig - Route: Take 1 capsule by mouth in the morning and 1 capsule at noon and 1 capsule before bedtime. - Oral
Sent to pharmacy as: cevimeline 30 mg capsule (EVOXAC)
E-Prescribing Status: **Receipt confirmed by pharmacy** (2/2/2023 2:59 PM CST)

**This Order Has Been Discontinued**

| Order Status | Reason | By | On |
|---|---|---|---|
| **Discontinued** | **None** | Bourg, Angele, MD | 5/25/23 0802 |

**buPROPion XL (WELLBUTRIN XL) 300 mg 24 hr tablet [343512236]**

Electronically signed by: **Vatsavayi, Venugopal, MD on 03/02/23 1317** Status: **Discontinued**
Ordering user: Vatsavayi, Venugopal, MD 03/02/23 1317 Authorized by: Vatsavayi, Venugopal, MD

**buPROPion XL (WELLBUTRIN XL) 300 mg 24 hr tablet [343512236] (continued)**

Frequency: Daily 03/02/23 - 06/08/23
Discontinued by: Vatsavayi, Venugopal, MD 06/08/23 1445 [Reorder]

Diagnoses
Moderate episode of recurrent major depressive disorder (HCC) [F33.1]

**Outpatient Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **buPROPion XL (WELLBUTRIN XL) 300 mg 24 hr tablet (Discontinued)** | 90 tablet | 1 | 3/2/2023 | 6/8/2023 |

Sig - Route: Take 1 tablet by mouth once daily. - Oral
Sent to pharmacy as: buPROPion HCL XL 300 mg 24 hr tablet, extended release (WELLBUTRIN XL)
Reason for Discontinue: **Reorder**
E-Prescribing Status: **Receipt confirmed by pharmacy** (3/2/2023 1:18 PM CST)

**This Order Has Been Discontinued**

| Order Status | Reason | By | On |
|---|---|---|---|
| **Discontinued** | **Reorder** | Vatsavayi, Venugopal, MD | 6/8/23 1445 |

**FLUoxetine (PROZAC) 40 MG capsule [343512237]**

Electronically signed by: **Vatsavayi, Venugopal, MD on 03/02/23 1317** Status: **Discontinued**
Ordering user: Vatsavayi, Venugopal, MD 03/02/23 1317 Authorized by: Vatsavayi, Venugopal, MD
Frequency: Daily 03/02/23 - 05/25/23 Discontinued by: Vatsavayi, Venugopal, MD 05/25/23 1727

**Outpatient Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **FLUoxetine (PROZAC) 40 MG capsule (Discontinued)** | 90 capsule | 1 | 3/2/2023 | 5/25/2023 |

Sig - Route: Take 1 capsule by mouth once daily. - Oral
Sent to pharmacy as: FLUoxetine 40 mg capsule (PROZAC)
E-Prescribing Status: **Receipt confirmed by pharmacy** (3/2/2023 1:18 PM CST)

**This Order Has Been Discontinued**

| Order Status | Reason | By | On |
|---|---|---|---|
| **Discontinued** | **None** | Vatsavayi, Venugopal, MD | 5/25/23 1727 |

**FLUoxetine (PROzac) 20 mg capsule [343512238]**

Electronically signed by: **Vatsavayi, Venugopal, MD on 03/02/23 1317** Status: **Discontinued**
Ordering user: Vatsavayi, Venugopal, MD 03/02/23 1317 Authorized by: Vatsavayi, Venugopal, MD
Frequency: Daily 03/02/23 - 06/08/23 Discontinued by: Vatsavayi, Venugopal, MD 06/08/23 1445 [Reorder]

**Outpatient Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **FLUoxetine (PROzac) 20 mg capsule (Discontinued)** | 90 capsule | 1 | 3/2/2023 | 6/8/2023 |

Sig - Route: Take 1 capsule by mouth once daily. - Oral
Sent to pharmacy as: FLUoxetine 20 mg capsule (PROzac)
Reason for Discontinue: **Reorder**
E-Prescribing Status: **Receipt confirmed by pharmacy** (3/2/2023 1:18 PM CST)

**This Order Has Been Discontinued**

| Order Status | Reason | By | On |
|---|---|---|---|
| **Discontinued** | **Reorder** | Vatsavayi, | 6/8/23 1445 |

This Order Has Been Discontinued (continued)

| Order Status | Reason | By | On |
|---|---|---|---|
| | | Venugopal, MD | |

SUMAtriptan (IMITREX) 50 mg tablet [343512239]

Electronically signed by: **Barbin, Allison, MD on 03/10/23 1441** Status: **Discontinued**
Ordering user: Barbin, Allison, MD 03/10/23 1441 Authorized by: Barbin, Allison, MD
Frequency: 03/10/23 - 04/28/23 Released by: Barbin, Allison, MD 03/10/23 1441
Discontinued by: West, J David, MD 04/28/23 1115

Outpatient Medication Detail

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **SUMAtriptan (IMITREX) 50 mg tablet (Discontinued)** | 10 tablet | 0 | 3/10/2023 | 4/28/2023 |

Sig: TAKE 1 TABLET BY MOUTH EVERY 2 HOURS AS NEEDED FOR MIGRAINE. ***MAY REPEAT IN 2 HOURS IF NEEDED.***
Sent to pharmacy as: SUMAtriptan 50 mg tablet (IMITREX)
E-Prescribing Status: **Receipt confirmed by pharmacy** (3/10/2023 2:41 PM CST)
Renewals
Renewal provider: West, J David, MD

This Order Has Been Discontinued

| Order Status | Reason | By | On |
|---|---|---|---|
| **Discontinued** | **None** | West, J David, MD | 4/28/23 1115 |

cevimeline (EVOXAC) 30 mg capsule [372927639]

Electronically signed by: **Bourg, Angele, MD on 05/25/23 0802** Status: **Active**
Ordering user: Bourg, Angele, MD 05/25/23 0802 Authorized by: Bourg, Angele, MD
Frequency: 05/25/23 - Until Discontinued Released by: Bourg, Angele, MD 05/25/23 0802

Outpatient Medication Detail

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **cevimeline (EVOXAC) 30 mg capsule** | 270 capsule | 1 | 5/25/2023 | |

Sig: TAKE 1 CAPSULE BY MOUTH EVERY DAY IN THE MORNING , AT NOON, AND BEFORE BEDTIME
Sent to pharmacy as: cevimeline 30 mg capsule (EVOXAC)
E-Prescribing Status: **Receipt confirmed by pharmacy** (5/25/2023 8:02 AM CDT)

FLUoxetine (PROZAC) 40 MG capsule [372927638]

Electronically signed by: **Vatsavayi, Venugopal, MD on 05/25/23 1727** Status: **Discontinued**
Ordering user: Vatsavayi, Venugopal, MD 05/25/23 1727 Authorized by: Vatsavayi, Venugopal, MD
Frequency: Daily 05/25/23 - 06/08/23 Released by: Vatsavayi, Venugopal, MD 05/25/23 1727
Discontinued by: Vatsavayi, Venugopal, MD 06/08/23 1445 [Reorder]

Outpatient Medication Detail

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **FLUoxetine (PROZAC) 40 MG capsule (Discontinued)** | 90 capsule | 1 | 5/25/2023 | 6/8/2023 |

Sig - Route: TAKE 1 CAPSULE BY MOUTH ONCE DAILY - Oral
Sent to pharmacy as: FLUoxetine 40 mg capsule (PROZAC)
Reason for Discontinue: **Reorder**
E-Prescribing Status: **Receipt confirmed by pharmacy** (5/25/2023 5:27 PM CDT)

This Order Has Been Discontinued

This Order Has Been Discontinued (continued)

| Order Status | Reason | By | On |
|---|---|---|---|
| **Discontinued** | **Reorder** | Vatsavayi, Venugopal, MD | 6/8/23 1445 |

**FLUoxetine (PROZAC) 40 MG capsule [372927640]**

Electronically signed by: **Vatsavayi, Venugopal, MD on 06/08/23 1445** Status: **Active**
Ordering user: Vatsavayi, Venugopal, MD 06/08/23 1445 Authorized by: Vatsavayi, Venugopal, MD
Frequency: Daily 06/08/23 - Until Discontinued

**Outpatient Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **FLUoxetine (PROZAC) 40 MG capsule** | 90 capsule | 1 | 6/8/2023 | |

Sig - Route: Take 1 capsule by mouth once daily. - Oral
Sent to pharmacy as: FLUoxetine 40 mg capsule (PROZAC)
E-Prescribing Status: **Receipt confirmed by pharmacy** (6/8/2023 2:46 PM CDT)

**FLUoxetine (PROzac) 20 mg capsule [372927641]**

Electronically signed by: **Vatsavayi, Venugopal, MD on 06/08/23 1445** Status: **Active**
Ordering user: Vatsavayi, Venugopal, MD 06/08/23 1445 Authorized by: Vatsavayi, Venugopal, MD
Frequency: Daily 06/08/23 - Until Discontinued

**Outpatient Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **FLUoxetine (PROzac) 20 mg capsule** | 90 capsule | 1 | 6/8/2023 | |

Sig - Route: Take 1 capsule by mouth once daily. - Oral
Sent to pharmacy as: FLUoxetine 20 mg capsule (PROzac)
E-Prescribing Status: **Receipt confirmed by pharmacy** (6/8/2023 2:46 PM CDT)

**buPROPion XL (WELLBUTRIN XL) 300 mg 24 hr tablet [372927642]**

Electronically signed by: **Vatsavayi, Venugopal, MD on 06/08/23 1445** Status: **Active**
Ordering user: Vatsavayi, Venugopal, MD 06/08/23 1445 Authorized by: Vatsavayi, Venugopal, MD
Frequency: Daily 06/08/23 - Until Discontinued
Diagnoses
Moderate episode of recurrent major depressive disorder (HCC) [F33.1]

**Outpatient Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **buPROPion XL (WELLBUTRIN XL) 300 mg 24 hr tablet** | 90 tablet | 1 | 6/8/2023 | |

Sig - Route: Take 1 tablet by mouth once daily. - Oral
Sent to pharmacy as: buPROPion HCL XL 300 mg 24 hr tablet, extended release (WELLBUTRIN XL)
E-Prescribing Status: **Receipt confirmed by pharmacy** (6/8/2023 2:46 PM CDT)

**END OF REPORT**

12. Memory change
13. Acute medial meniscus tear of left knee, initial encounter
14. Primary osteoarthritis of left knee

**PLAN**

Amy was seen today for annual exam.

Diagnoses and all orders for this visit:

**Visit for annual health examination**
- CBC and Differential; Future
- Lipid panel; Future
- TSH; Future
- T4, free; Future
- Urinalysis, manual with scope; Future

**Type 2 diabetes mellitus without complication, without long-term current use of insulin (HCC)**
- Comprehensive metabolic panel; Future
- Hemoglobin A1c; Future
- Microalbumin / creatinine urine ratio; Future

**Major depression, chronic**

**GAD (generalized anxiety disorder)**

**Complex regional pain syndrome type 1 of left upper extremity**

**Chronic pain of left upper extremity**

**Chronic pain of right wrist**

**Benign essential tremor**
- Comprehensive metabolic panel; Future

**Fibromyalgia**

**Meniere disease, left**

**Vertigo**

**Memory change**
- Ambulatory referral to Neurology

**Acute medial meniscus tear of left knee, initial encounter**

**Primary osteoarthritis of left knee**

Recommend seeing neurology for evaluation of cognitive function. Recommend continuing follow-up with psychiatry. Recommend she schedule a follow-up appointment with her rheumatologist.

**Progress Notes by West, J David, MD at 1/5/2023 12:50 PM (continued)**

She and her husband have requested I dictated a letter on her behalf for her disability insurance carrier to review.
No changes in medication. Return in 6 months sooner if needed.

Electronically signed by West, J David, MD on 1/5/2023 1:24 PM

**Patient Instructions by West, J David, MD at 1/5/2023 12:50 PM**

| | | |
|---|---|---|
| Author: West, J David, MD | Service: — | Author Type: Physician |
| Filed: 1/5/2023 1:01 PM | Encounter Date: 1/5/2023 | Status: Addendum |
| Editor: West, J David, MD (Physician) | | |

Related Notes: Original Note by West, J David, MD (Physician) filed at 1/5/2023 1:00 PM

I would like to remind you to see your gynecologist annually or as often as he/she has recommended..

I recommend you see gastroenterology for a colonoscopy.

Electronically signed by West, J David, MD on 1/5/2023 1:01 PM

**Progress Notes by Bourg, Angele, MD at 2/2/2023 3:00 PM**

| | | |
|---|---|---|
| Author: Bourg, Angele, MD | Service: — | Author Type: Physician |
| Filed: 2/2/2023 3:15 PM | Encounter Date: 2/2/2023 | Status: Signed |
| Editor: Bourg, Angele, MD (Physician) | | |

**Baton Rouge Clinic Rheumatology**
7373 PERKINS ROAD
BATON ROUGE LA 70808-4326
Phone: 225-769-4044
Fax: 225-246-4012

**Subjective**

Amy R KNIGHT is a 55 y.o. female here for:
**Chief Complaint**
Patient presents with
- Annual Exam

**History of Present Illness:**
This patient is here for a follow up visit. Patient reports she has not been doing well. She continues to have issues with quality of life she reports she recently saw Dr. Craig Green orthopedist and had an injection in her left knee and right trochanteric bursa she reports they were not beneficial he is referred her to pain management Dr. McDaniel who she is about to see she is followed by Dr. Ferguson ophthalmologist for dry eyes she cannot tolerate any drops due to irritation and burning she did have tear duct plugs placed and does

Progress Notes by Bourg, Angele, MD at 2/2/2023 3:00 PM (continued)

use rewetting drops she reports significant dry mouth symptoms and does have to constantly drink water thankfully she has not had any adult cavities recently she does not wear contacts she does not sleep with a ceiling fan. She is also been suffering with migraine headaches and vertigo its been quite disabling she sees psychiatry here she is now on Wellbutrin Prozac and Xanax she also has irritable bowel syndrome taking Librax and occasional over-the-counter Pepcid for pain she has a prescription for naproxen but reports she does not take it on a regular basis. She reports she has been having a lot of increased stressors and anxiety and just not functioning well her husband reports she does not often complete her train of thought and seems to have some memory issues. She was without other complaints

**Review of Systems:**
Musculoskeletal: See HPI
Gen/Constitutional: Negative for fever or night sweats +fatigue/ non-restorative sleep
Eyes: Negative for infection, sudden loss of vision, +dry eyes/ punctal plugs placed
ENT: negative for otalgia, epistaxis, oral ulcerations, +dry mouth
CV: Negative for chest pain, palpitations
Resp: Negative for hemoptysis, cough, DOE
GI: Negative for diarrhea, constipation, BRBPR, N/V +IBS
Renal: Negative for kidney stones
Neuro: Negative for seizures, +diffuse paresthesias
Psych: Negative for psychosis, depression,+anxiety
Endo: Negative for heat or cold intolerance, excessive thirst
Hem/Lymph: Negative for swollen glands
GU: Negative for frequency, hematuria, dysuria
Derm: Negative for hair loss, photosensitivity, rash

**Objective**
**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Benign essential tremor | |
| • Depression | |
| • Diabetes mellitus | |
| • Headache(784.0) | |
| • Hyperlipidemia | |
| • IBS (irritable bowel syndrome) | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BREAST SURGERY<br>*Left breast biopsy* | | |
| • HYSTERECTOMY<br>*COMPLETE* | | |
| • PELVIC LAPAROSCOPY | | |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Thyroid disease | Mother | |
| • Atrial fibrillation | Mother | |
| • Hyperlipidemia | Father | |
| • Diabetes | Father | |

Progress Notes by Bourg, Angele, MD at 2/2/2023 3:00 PM (continued)

- Thyroid disease — Father
- No Significant Medical History — Brother
- Diabetes — Child

**Social History**

Tobacco Use

- Smoking status: Never
- Smokeless tobacco: Never

Substance Use Topics

- Alcohol use: No

is allergic to adhesive, lipitor [atorvastatin], morphine, and sulfa (sulfonamide antibiotics).

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • albuterol HFA 90 mcg/actuation inhaler | INHALE 2 PUFFS INTO THE LUNGS EVERY 6 HOURS AS NEEDED FOR WHEEZE | 6.7 g | 3 |
| • ALPRAZolam (XANAX) 0.5 mg tablet | TAKE 1 TABLET BY MOUTH DAILY AS NEEDED FOR SLEEP. | 15 tablet | 0 |
| • amitriptyline (ELAVIL) 10 mg tablet | Take two tablets by mouth every night at bedtime. | 180 tablet | 3 |
| • buPROPion XL (WELLBUTRIN XL) 300 mg 24 hr tablet | TAKE 1/2 TABLET BY MOUTH ONCE DAILY | 45 tablet | 1 |
| • chlordiazepoxide-clidinium (LIBRAX) 5-2.5 mg per capsule | TAKE 1 CAPSULE BY MOUTH 3 TIMES DAILY WITH MEALS. | 270 capsule | 1 |
| • erythromycin (ROMYCIN) ophthalmic ointment | Place into both eyes at bedtime. | | |
| • FLUoxetine (PROzac) 20 mg capsule | TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 90 capsule | 1 |
| • FLUoxetine (PROZAC) 40 MG capsule | TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 90 capsule | 1 |
| • fluticasone (FLONASE) 50 mcg/actuation nasal spray | APPLY TWO SPRAYS IN EACH NOSTRIL ONCE DAILY | 16 g | 1 |
| • loratadine-pseudoephedrine (Claritin-D 24 Hour) 10-240 mg per 24 hr tablet | Take 1 tablet by mouth once daily. | 30 tablet | 3 |
| • metFORMIN XR (GLUCOPHAGE-XR) 500 mg | TAKE 1 TABLET BY MOUTH TWICE A | 180 tablet | 3 |

Progress Notes by Bourg, Angele, MD at 2/2/2023 3:00 PM (continued)

| | | | |
|---|---|---|---|
| 24 hr tablet | DAY | | |
| • naproxen (NAPROSYN) 500 mg tablet | TAKE 1 TABLET BY MOUTH TAKE DAILY WITH A MEAL. | 30 tablet | 3 |
| • propranoloL (INDERAL) 20 mg tablet | TAKE 1 TABLET BY MOUTH TWICE A DAY | 180 tablet | 2 |
| • SUMAtriptan (IMITREX) 50 mg tablet | TAKE 1 TABLET BY MOUTH EVERY 2 (TWO) HOURS AS NEEDED FOR MIGRAINE. MAY REPEAT IN 2 HOURS IF NEEDED | 10 tablet | 2 |
| • topiramate (TOPAMAX) 25 mg tablet | TAKE 1 TABLET BY MOUTH TWICE A DAY | 180 tablet | 2 |
| • meloxicam (MOBIC) 7.5 mg tablet | Take 1 tablet by mouth in the morning and 1 tablet in the evening. Take with meals. | | |

No current facility-administered medications for this visit.

**Physical Exam:**
**Vitals:**

| | 02/02/23 1429 |
|---|---|
| BP: | 101/72 |
| Pulse: | 98 |
| Weight: | 56.3 kg (124 lb 3.2 oz) |
| Height: | 160 cm (63") |

Gen/Const: Patient is a well developed female with normal body habitus
Psych: Alert and oriented x 3 in NAD, normal affect
Eyes: No conjuctival erythema, PERRLA, sclera anicteric
ENT: Normal external pinna, nasal mucosa/posterior pharynx clear, no oral ulcers, mucous membranes moist
Neck: Supple, no masses, trachea midline and symmetrical
Resp: clear to auscultation bilaterally, normal BS throughout
CV: RRR, no MRG, Distal pulses intact, no peripheral edema
GI: Soft, Nontender, nondistended, normoactive bowel sounds
Lymph: no LAD of the cervical, supraclavicular, or axillary areas
Skin: no ulcers, nail clubbing, cyanosis, nail pitting, no Raynauds, no rash or lesions
Neuro: CN grossly intact, normal sensation to light touch

**Musculoskeletal:**
**16/18 tender points present**
otherwise no joint synovitis, FROM throughout, normal strength throughout

**Labs/Radiology:**

I have reviewed the most recent lab and radiology results.

**Appointment on 01/11/2023**

| Component | Date | Value |
|---|---|---|
| • White Blood Cell Count | 01/11/2023 | 5.6 |
| • Red Blood Cell Count | 01/11/2023 | 3.80 L (L) |
| • Hemoglobin | 01/11/2023 | 11.9 L (L) |
| • Hematocrit | 01/11/2023 | 35.0 L (L) |
| • Mean Corpuscular Volume | 01/11/2023 | 92.0 |
| • MEAN CORPUSCULAR HEMOGLO* | 01/11/2023 | 31.3 H (H) |
| • Mean Corpuscular Hemoglo* | 01/11/2023 | 34.0 |
| • Red Cell Distribution Wi* | 01/11/2023 | 13.7 |
| • Platelet Count | 01/11/2023 | 408 |
| • Neutrophils | 01/11/2023 | 48.9 |
| • Lymphs | 01/11/2023 | 31.7 |
| • Monocytes | 01/11/2023 | 9.5 |
| • Eos | 01/11/2023 | 8.6 H (H) |
| • Basos | 01/11/2023 | 1.4 |
| • Neutrophils Abs | 01/11/2023 | 2.8 |
| • Lymphocytes Abs | 01/11/2023 | 1.8 |
| • Monocytes Abs | 01/11/2023 | 0.5 |
| • Eosinophils Abs | 01/11/2023 | 0.5 |
| • Basophils Abs | 01/11/2023 | 0.1 |
| • Nucleated RBC | 01/11/2023 | 0.0 |
| • Glucose | 01/11/2023 | 121 (H) |
| • BUN | 01/11/2023 | 17 |
| • Creatinine, Ser | 01/11/2023 | 1.08 |
| • Total Bilirubin | 01/11/2023 | 0.7 |
| • Alkaline Phosphatase | 01/11/2023 | 68.0 |
| • AST | 01/11/2023 | 16 |
| • ALT | 01/11/2023 | 14 |
| • Calcium | 01/11/2023 | 9.8 |
| • Sodium | 01/11/2023 | 138 |
| • Potassium | 01/11/2023 | 4.50 |
| • Chloride | 01/11/2023 | 102.0 |
| • CO2 Total | 01/11/2023 | 27 |
| • Total Protein | 01/11/2023 | 6.8 |
| • Albumin, Ser | 01/11/2023 | 4.3 |
| • EGFR | 01/11/2023 | 61 |
| • Cholesterol, Total | 01/11/2023 | 315 (H) |
| • Triglycerides | 01/11/2023 | 114 |
| • HDL | 01/11/2023 | 76 |
| • LDL Calculated | 01/11/2023 | 216 (H) |
| • Total Chol / HDL Ratio | 01/11/2023 | 4.14 |
| • TSH | 01/11/2023 | 1.98 |
| • Free T4 | 01/11/2023 | 0.99 |
| • Color Ur | 01/11/2023 | Yellow |
| • Clarity | 01/11/2023 | Cloudy (A) |
| • Specific Gravity | 01/11/2023 | 1.014 |
| • pH, UA | 01/11/2023 | 7.0 |
| • Protein, UA | 01/11/2023 | 2+ (A) |

Progress Notes by Bourg, Angele, MD at 2/2/2023 3:00 PM (continued)

| | | |
|---|---|---|
| • Glucose Ur | 01/11/2023 | Negative |
| • Ketones, UA | 01/11/2023 | Negative |
| • Bilirubin, UA | 01/11/2023 | Negative |
| • Blood UA | 01/11/2023 | Negative |
| • Urobilinogen, Ur | 01/11/2023 | Negative |
| • Nitrite Ur | 01/11/2023 | Negative |
| • Leukocyte Esterase, UA | 01/11/2023 | 3+ (A) |
| • Ascorbate | 01/11/2023 | 2+ |
| • WBC, UA | 01/11/2023 | TNTC (A) |
| • RBC, UA | 01/11/2023 | 21-40 (A) |
| • Squam Epithel, UA | 01/11/2023 | FEW |
| • Amorphous Sediment | 01/11/2023 | FEW |
| • Hyaline Cast | 01/11/2023 | 3-5 |
| • Hgb A1c | 01/11/2023 | 6.3 (H) |
| • EAG (mg/dl) | 01/11/2023 | 123.79 |
| • Creatinine, Ur | 01/11/2023 | 138.0 |
| • Microalb Creat Ratio | 01/11/2023 | 579.9 (H) |

**Assessment/Plan:**
**+ANA 1:80 with negative reflexive profile**
**Keratoconjunctivitis sicca/xerostomia**
**Generalized anxiety/depression per Psychiatry**
**Fibromyalgia**
**IBS**
**Migraine Headaches**
**vertigo**
**H/o L elbow injury, has seen Dr. Ahmad**

I see no systemic signs of lupus or lupus-like conditions and again provided reassurance. I will start her on evoxac 30mg po tid to see if this will help her dry mouth symptoms. She is about to get established with Dr. McDaniel/pain management, referred by Dr. Green/orthopaedist. She has had left knee intra-articular and right trochanteric bursa steroid injections by him recently without much benefit. She takes naproxen prescription intermittently and I have asked her to add over-the-counter Pepcid due to indigestion heartburn side effects. She did inform that she is applying for long term disability.
RTC in one year

This patient has been instructed to contact our office with any new problems or concerns.

Electronically signed by Bourg, Angele, MD on 2/2/2023 3:15 PM

Patient Instructions by Bourg, Angele, MD at 2/2/2023 3:00 PM

Author: Bourg, Angele, MD    Service: —    Author Type: Physician
Filed: 2/2/2023 3:01 PM    Encounter Date: 2/2/2023    Status: Signed
Editor: Bourg, Angele, MD (Physician)

Add otc pepcid with Nsaids: naproxen/mobic

**Patient Instructions by Bourg, Angele, MD at 2/2/2023 3:00 PM (continued)**

Try evoxac 30mg one pill 3x/day for dry mouth

Electronically signed by Bourg, Angele, MD on 2/2/2023 3:01 PM

**Progress Notes by Vatsavayi, Venugopal, MD at 3/2/2023 1:00 PM**

Author: Vatsavayi, Venugopal, MD Service: — Author Type: Physician
Filed: 3/2/2023 1:22 PM Encounter Date: 3/2/2023 Status: Signed
Editor: Vatsavayi, Venugopal, MD (Physician)

**The Baton Rouge Clinic Psychiatry Department**
3401 NORTH BLVD
SUITE 100
BATON ROUGE LA 70806-3743
Phone: 225-381-2621
Fax: 225-387-7829

**Psychiatric Follow Up Progress Note**

**Patient ID:** Amy is a 55 y.o. female. DOB -

Seen: Alone
Pain Level: Denies
**Chief Complaint**
Patient presents with
- Routine Visit

Subjective:
Presents for a routine f/u visit for management of her depression and anxiety. She presents today complaining of fatigue and cognitive dulling. States that sometimes she has difficulty finding words. States that she has been forgetful and her primary care has referred her to a neurologist. Patient also reports that she has fallen from her bed during the daytime twice in the last few months.
She complains of chronic pain and fatigue from her fibromyalgia. She was that she was started on marijuana for chronic pain.
Been off Xanax. Denies any suicidal ideations. No psychotic symptoms.\

Blood pressure 92/66, pulse 95, height 160 cm (63"), weight 56.2 kg (124 lb).

**Allergies**

| Allergen | Reactions |
|---|---|
| • Adhesive | |
| • Lipitor [Atorvastatin] | |
| • Morphine | |
| • Sulfa (Sulfonamide Antibiotics) | |

**Outpatient Encounter Medications as of 3/2/2023**

Progress Notes by Vatsavayi, Venugopal, MD at 3/2/2023 1:00 PM (continued)

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • albuterol HFA 90 mcg/actuation inhaler | INHALE 2 PUFFS INTO THE LUNGS EVERY 6 HOURS AS NEEDED FOR WHEEZE | 6.7 g | 3 |
| • amitriptyline (ELAVIL) 10 mg tablet | Take two tablets by mouth every night at bedtime. | 180 tablet | 3 |
| • cevimeline (EVOXAC) 30 mg capsule | Take 1 capsule by mouth in the morning and 1 capsule at noon and 1 capsule before bedtime. | 90 capsule | 3 |
| • chlordiazepoxide-clidinium (LIBRAX) 5-2.5 mg per capsule | TAKE 1 CAPSULE BY MOUTH 3 TIMES DAILY WITH MEALS. | 270 capsule | 1 |
| • erythromycin (ROMYCIN) ophthalmic ointment | Place into both eyes at bedtime. | | |
| • fluticasone (FLONASE) 50 mcg/actuation nasal spray | APPLY TWO SPRAYS IN EACH NOSTRIL ONCE DAILY | 16 g | 1 |
| • loratadine-pseudoephedrine (Claritin-D 24 Hour) 10-240 mg per 24 hr tablet | Take 1 tablet by mouth once daily. | 30 tablet | 3 |
| • meloxicam (MOBIC) 7.5 mg tablet | Take 1 tablet by mouth in the morning and 1 tablet in the evening. Take with meals. | | |
| • metFORMIN XR (GLUCOPHAGE-XR) 500 mg 24 hr tablet | TAKE 1 TABLET BY MOUTH TWICE A DAY | 180 tablet | 3 |
| • naproxen (NAPROSYN) 500 mg tablet | TAKE 1 TABLET BY MOUTH TAKE DAILY WITH A MEAL. | 30 tablet | 3 |
| • propranoloL (INDERAL) 20 mg tablet | TAKE 1 TABLET BY MOUTH TWICE A DAY | 180 tablet | 2 |
| • SUMAtriptan (IMITREX) 50 mg tablet | TAKE 1 TABLET BY MOUTH EVERY 2 (TWO) HOURS AS NEEDED FOR MIGRAINE. MAY REPEAT IN 2 HOURS IF NEEDED | 10 tablet | 2 |
| • topiramate (TOPAMAX) 25 mg | TAKE 1 TABLET BY | 180 tablet | 3 |

| | | | |
|---|---|---|---|
| tablet | MOUTH TWICE A DAY | | |
| • [DISCONTINUED] ALPRAZolam (XANAX) 0.5 mg tablet | TAKE 1 TABLET BY MOUTH DAILY AS NEEDED FOR SLEEP. | 15 tablet | 0 |
| • [DISCONTINUED] buPROPion XL (WELLBUTRIN XL) 300 mg 24 hr tablet | TAKE 1/2 TABLET BY MOUTH ONCE DAILY | 45 tablet | 1 |
| • [DISCONTINUED] FLUoxetine (PROzac) 20 mg capsule | TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 90 capsule | 1 |
| • [DISCONTINUED] FLUoxetine (PROZAC) 40 MG capsule | TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 90 capsule | 1 |
| • buPROPion XL (WELLBUTRIN XL) 300 mg 24 hr tablet | Take 1 tablet by mouth once daily. | 90 tablet | 1 |
| • FLUoxetine (PROzac) 20 mg capsule | Take 1 capsule by mouth once daily. | 90 capsule | 1 |
| • FLUoxetine (PROZAC) 40 MG capsule | Take 1 capsule by mouth once daily. | 90 capsule | 1 |

No facility-administered encounter medications on file as of 3/2/2023.

**Mental Status Exam:**
**Appearance:** Appropriately groomed
**Affect:** Full
**Mood:** Euthymic
**Speech Rate:** Normal
**Speech Volume:** Normal
**Speech Pressured:** No
**Thought Process:** Logical
**Obsessions:** None
**Judgement:** Good
**Insight:** Good
**Orientation:** Intact
**Concentration:** Good
**Fund of Knowledge:** appropriate for level of education
**Thought Content:**
Audio Hallucinations: Denies
Visual Hallucinations: Denies
SI: Denies
HI: Denies

Diagnosis: No Change
1. **GAD (generalized anxiety disorder)**
2. Moderate episode of recurrent major depressive disorder (HCC)

**Plan:**

Progress Notes by Vatsavayi, Venugopal, MD at 3/2/2023 1:00 PM (continued)

Amy was seen today for routine visit.

Diagnoses and all orders for this visit:

**1. GAD (generalized anxiety disorder) (Primary)**

**2. Moderate episode of recurrent major depressive disorder (HCC)**

- buPROPion XL (WELLBUTRIN XL) 300 mg 24 hr tablet; Take 1 tablet by mouth once daily., Starting Thu 3/2/2023, Normal

**Other orders**

- FLUoxetine (PROZAC) 40 MG capsule; Take 1 capsule by mouth once daily., Starting Thu 3/2/2023, Normal
- FLUoxetine (PROzac) 20 mg capsule; Take 1 capsule by mouth once daily., Starting Thu 3/2/2023, Normal

-Discussed with her about discontinuing Topamax. Discussed with her that her word-finding difficulty and cognitive dulling could be due to her medications
-Continue with other medications

Return in about 3 months (around 6/2/2023).

Educated Regarding: Medications
Education Provided to: Patient

Venugopal Vatsavayi, MD 3/2/2023 1:22 PM

Electronically signed by Vatsavayi, Venugopal, MD on 3/2/2023 1:22 PM

Progress Notes by Murphy, Brian, MD at 4/18/2023 10:00 AM

Author: Murphy, Brian, MD | Service: — | Author Type: Physician
Filed: 4/18/2023 10:42 AM | Encounter Date: 4/18/2023 | Status: Signed
Editor: Murphy, Brian, MD (Physician)

Initial neurological evaluation

Chief complaint–memory problems

HPI:
Ms. Amy is a 55-year-old woman who comes in today accompanied by her husband. She reports that over the last year she has had progressively worsening problems with her memory. She has name recall issues and word finding problems as well as forgetfulness. She sometimes repeats herself. Poor short-term memory. She also has other chronic complicated medical issues including chronic migraines. She has been on Topamax 25 mg twice daily for about 15 years and has tried periods off of it to see if it helps improve her memory but there is no improvement off of it. She also has chronic essential tremors and is on propranolol. She previously saw Dr. Neil Smith in the past. She also had a prior fall about 5 years ago with a radial head fracture on the left and remains with chronic pain in the left arm with a possible diagnosis of complex regional pain syndrome. She follows with pain management–Dr. McDaniel. She is on medical marijuana for pain. She also reports unusual random "biting and stabbing sensation" distal legs and feet as well as patchy sensory loss in her trunk and legs.

**Progress Notes by Murphy, Brian, MD at 4/18/2023 10:00 AM (continued)**

She is currently in the process of trying to get long-term disability/SSI. She had short-term disability and then tried for long-term disability which was denied. She has an attorney. She was previously an RN but had to stop working. She last was about 2 years ago. She is unable to use her left arm at work and also has impairment because of her tremors.

I reviewed all past medicial, family, surgical, and social history as well as drug allergies and medication list in the chart and all sections were "marked as reviewed" where appropriate.

Vitals:

| | 04/18/23 1001 |
|---|---|
| Resp: | 12 |
| Weight: | 56.2 kg (124 lb) |
| Height: | 160 cm (62.99") |

Neurological exam–
Pleasant woman who appeared in no distress or pain
Mental status–**she scored 30/30 on MMSE.**
Her speech was fluent
No head tremor or vocal tremor
On testing motor strength she had poor effort at times but otherwise strength was intact and nonfocal
Her tone and bulk was normal
She had a moderate to severe bilateral action tremor with finger-nose
She had no resting tremor
Intact vibratory sense in toes
Reflexes 1-2+ throughout and symmetrical
Gait was normal

Lab Results

| Component | Value | Date |
|---|---|---|
| WBC | 5.6 | 01/11/2023 |
| HGB | 11.9 L (L) | 01/11/2023 |
| HCT | 35.0 L (L) | 01/11/2023 |
| PLT | 408 | 01/11/2023 |
| NA | 138 | 01/11/2023 |
| K | 4.50 | 01/11/2023 |
| CL | 102.0 | 01/11/2023 |
| CO2 | 27 | 01/11/2023 |
| BUN | 17 | 01/11/2023 |
| CREATININE | 1.08 | 01/11/2023 |
| CHOL | 315 (H) | 01/11/2023 |
| TRIG | 114 | 01/11/2023 |
| HDL | 76 | 01/11/2023 |
| ALT | 14 | 01/11/2023 |
| AST | 16 | 01/11/2023 |
| TSH | 1.98 | 01/11/2023 |
| TSH | 1.63 | 03/05/2012 |
| HGBA1C | 6.3 (H) | 01/11/2023 |

Amy was seen today for memory loss and tremors.

Diagnoses and all orders for this visit:

**Memory loss**

- Vitamin B12; Future
- Ambulatory referral to Neuropsychology
- MRI Brain without Contrast; Future

**Essential tremor**

**Migraine without aura and with status migrainosus, not intractable**

**Left arm pain**

**Sensory disturbance**

**Moderate episode of recurrent major depressive disorder (HCC)**

**Medical marijuana use**

**Suspect her cognitive complaints are likely multifactorial.**
**Highly suspect medicines she's on could be a contributing factor. She is on a number of medicines including Topamax for chronic migraines and also medical marijuana for chronic left arm pain.**
**She states she has tried to get off Topamax in the past without any improvement of her memory and does not seem to feel this is related. Has been on Topamax 15+ years.**

**She also has chronic depression currently treated with Prozac. She is also on Wellbutrin. She takes Elavil at night both for migraines and to help sleep.**

**She has chronic migraines currently treated with the Topamax. She is also on Elavil and propranolol which is also being used for tremors. She takes Imitrex as needed.**

**She also has chronic severe essential tremors. She is currently on Inderal 20 mg twice daily.**

**She has in the process of trying to get SSI/long-term disability but has been denied. She currently has an attorney.**

**She has chronic left arm pain due to a prior fall and follows with pain management–Dr. McDaniel.**

**She previously worked as an RN but is unable to continue to work out only because of her memory issues but also because of her severe essential tremor and also chronic pain and problems with her left arm.**

**What we're going to do is set up neuropsych testing to further evaluate what is going on. I think this will likely confirm that she does not have any evidence of dementia but more likely has memory loss issues tied in the multiple factors including depression, chronic health issues and pain, as well as medication side effects.**
**If so this can be followed clinically as I do not think she wants to get off Topamax or medical marijuana for her chronic pain.**

**Brain MRI will also be ordered to exclude any intracranial pathology causing her cognitive complaints such as premature cerebrovascular disease or any structural lesion or mass.**

**B12 level will be checked today.**

**Follow-up after all test results are back for reevaluation.**

**Brian P. Murphy, MD**

**CC Dr. David West**

Electronically signed by Murphy, Brian, MD on 4/18/2023 10:42 AM

**Telephone Encounter by Istre, Taylor M, MA at 5/24/2023 9:35 PM**

Author: Istre, Taylor M, MA    Service: —    Author Type: Medical Assistant - Certified
Filed: 5/25/2023 7:53 AM    Encounter Date: 5/24/2023    Status: Signed
Editor: Istre, Taylor M, MA (Medical Assistant - Certified)

Requesting 90 day supply

Electronically signed by Istre, Taylor M, MA on 5/25/2023 7:53 AM

**TSH [297869358]**

Electronically signed by: **West, J David, MD on 07/18/22 1013**    Status: **Completed**
Ordering user: West, J David, MD 07/18/22 1013    Ordered during: Office Visit on 07/18/2022
Frequency: 07/18/22 -

Resulted: 07/18/22 1254, Result status: Final result

TSH [308132972]

Resulting lab: THE BATON ROUGE CLINIC LAB
Narrative:
Interpretation for Females:
Non-pregnant: 0.27-4.2 mIU/ml
First trimester: 0.27-2.5 mIU/ml
Second Trimester: 0.27-3.0 mIU/ml
Third Trimester: 0.27-3.5 mIU/ml

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| H6564461 | Serum | Vein | 07/18/22 1114 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| TSH | 1.43 | 0.27 - 4.20 uIU/mL | — | BRCLAB |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 11 - BRCLAB | THE BATON ROUGE CLINIC LAB | Johnell Rogers | 7373 Perkins Road BATON ROUGE LA 70808 | 12/21/21 0936 - Present |

**Hemoglobin A1c [308132969]**

Electronically signed by: **West, J David, MD on 07/18/22 1013**    Status: **Completed**

The Baton Rouge Clinic, AMC

KNIGHT, Amy R
MRN: 252940, DOB: Sex: F
Visit date: 7/18/2022

**Hemoglobin A1c [308132969] (continued)**

Ordering user: West, J David, MD 07/18/22 1013 Ordered during: Office Visit on 07/18/2022
Frequency: 07/18/22 -

Resulted: 07/18/22 1517, Result status: Final result

Hemoglobin A1c [308132973] (Abnormal)

Resulting lab: THE BATON ROUGE CLINIC LAB

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| H6564461 | Blood | Vein | 07/18/22 1114 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Hgb A1c | 6.5 | 4.2 - 5.8 % | H ^ | BRCLAB |
| EAG (mg/dl) | 130.45 | — | — | BRCLAB |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **11 - BRCLAB** | THE BATON ROUGE CLINIC LAB | Johnell Rogers | 7373 Perkins Road BATON ROUGE LA 70808 | 12/21/21 0936 - Present |

**Comprehensive metabolic panel [308132970]**

Electronically signed by: **West, J David, MD on 07/18/22 1013** Status: **Completed**
Ordering user: West, J David, MD 07/18/22 1013 Ordered during: Office Visit on 07/18/2022
Frequency: 07/18/22 -

Resulted: 07/18/22 1524, Result status: Final result

Comprehensive metabolic panel [308132974] (Abnormal)

Resulting lab: THE BATON ROUGE CLINIC LAB
Narrative:
Glucose: Fasting Normal Range

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| H6564461 | Serum | Vein | 07/18/22 1114 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Glucose | 124 | <100 mg/dL | H ^ | BRCLAB |
| BUN | 18 | 6 - 22 mg/dL | — | BRCLAB |
| Creatinine, Ser | 0.75 | 0.50 - 1.20 mg/dL | — | BRCLAB |
| Total Bilirubin | 0.5 | 0.2 - 1.1 mg/dL | — | BRCLAB |
| Alkaline Phosphatase | 65.0 | 42.0 - 121.0 IU/L | — | BRCLAB |
| AST | 13 | 10 - 42 IU/L | — | BRCLAB |
| ALT | 14 | 10 - 60 IU/L | — | BRCLAB |
| Calcium | 10.1 | 8.4 - 10.5 mg/dL | — | BRCLAB |
| Sodium | 138 | 134 - 146 meq/L | — | BRCLAB |

| | | | | |
|---|---|---|---|---|
| Potassium | 4.20 | 3.60 - 5.30 meq/L | — | BRCLAB |
| Chloride | 101.0 | 98.0 - 111.0 meq/dL | — | BRCLAB |
| CO2 Total | 28 | 20 - 34 meq/L | — | BRCLAB |
| Total Protein | 7.5 | 6.1 - 8.5 g/dL | — | BRCLAB |
| Albumin, Ser | 4.6 | 3.2 - 5.5 g/dL | — | BRCLAB |
| EGFR | 94 | mL/min/1.73m^2 | — | BRCLAB |
| Note: | — | — | — | BRCLAB |

Result:
Reported eGFR is based on the CKD-EPI 2021 equation that does not use a race coefficient.

Reference Range: >=60 mL/min/1.73m^2

NKF KDOQI and KDIGO guidelines recommend confirming eGFR of 45-59 mL/min/1.73m^2 with uACR <30 mg/g based on eGFR calculated using both creatinine and cystatin C.

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **11 - BRCLAB** | THE BATON ROUGE CLINIC LAB | Johnell Rogers | 7373 Perkins Road BATON ROUGE LA 70808 | 12/21/21 0936 - Present |

**Urinalysis, manual with scope [297869357]**

Electronically signed by: **West, J David, MD on 07/18/22 1013** Status: **Completed**
Ordering user: West, J David, MD 07/18/22 1013 Ordered during: Office Visit on 07/18/2022
Frequency: 07/18/22 -

Resulted: 07/18/22 1153, Result status: Final result

Urinalysis, manual with scope [308132971] (Abnormal)

Resulting lab: THE BATON ROUGE CLINIC LAB
Narrative:
A positive Ascorbic acid may falsely lower Bilirubin, Blood, Nitrite or Glucose levels

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| H6564460 | Urine | Urine, Clean Catch | 07/18/22 1142 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Color Ur | Amber | — | — | BRCLAB |
| Clarity | Clear | Clear | — | BRCLAB |
| Specific Gravity | 1.006 | 1.010 - 1.030 | A ! | BRCLAB |
| pH, UA | 6.0 | 5.0 - 8.0 | — | BRCLAB |
| Protein, UA | Negative | Negative | — | BRCLAB |
| Glucose Ur | Negative | Negative | — | BRCLAB |
| Ketones, UA | Negative | Negative | — | BRCLAB |
| Bilirubin, UA | Negative | Negative | — | BRCLAB |
| Blood UA | 1+ | Negative | A ! | BRCLAB |
| Urobilinogen, Ur | Negative | Negative EU/DL | — | BRCLAB |
| Nitrite Ur | Negative | Negative | — | BRCLAB |

| | | | | |
|---|---|---|---|---|
| Leukocyte Esterase, UA | 2+ | Negative | A ! | BRCLAB |
| Ascorbate | 2+ | mg/dl | — | BRCLAB |
| WBC, UA | 11-20 | 0 - 5 | A ! | BRCLAB |
| RBC, UA | 3-5 | 0 - 5 | — | BRCLAB |
| Squam Epithel, UA | FEW | — | — | BRCLAB |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **11 - BRCLAB** | THE BATON ROUGE CLINIC LAB | Johnell Rogers | 7373 Perkins Road BATON ROUGE LA 70808 | 12/21/21 0936 - Present |

**Urine culture [308132975]**

Status: **Completed**

Order placed as a reflex to Urinalysis, manual with scope [308132971] ordered on 07/18/22 at 1013
Ordering user: Interface, Lab In Hlseven 07/18/22 1153
Frequency: 07/18/22 1153 -

Urine culture [308132975]

Resulted: 07/20/22 1307, Result status: Final result

Resulting lab: THE BATON ROUGE CLINIC LAB
Narrative:
Microbiology results
FINAL RESULT
No growth @ 48 hours

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| H6564460 | Urine | — | 07/18/22 1142 |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **11 - BRCLAB** | THE BATON ROUGE CLINIC LAB | Johnell Rogers | 7373 Perkins Road BATON ROUGE LA 70808 | 12/21/21 0936 - Present |

**CBC and Differential [331870856]**

Electronically signed by: **West, J David, MD on 01/05/23 1306**
Status: **Completed**
Ordering user: West, J David, MD 01/05/23 1306
Ordered during: Office Visit on 01/05/2023
Frequency: 01/05/23 -

CBC and Differential [342499997] (Abnormal)

Resulted: 01/11/23 0843, Result status: Final result

Resulting lab: THE BATON ROUGE CLINIC LAB

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| H6730012 | Blood | Vein | 01/11/23 0740 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|

The Baton Rouge Clinic, AMC

KNIGHT, Amy R
MRN: 252940, DOB: Sex: F
Visit date: 1/11/2023

| | | | | |
|---|---|---|---|---|
| White Blood Cell Count | 5.6 | 4.0 - 11.0 K/uL | — | BRCLAB |
| Red Blood Cell Count | 3.80 L | 4.20 - 5.40 M/uL | L ˅ | BRCLAB |
| Hemoglobin | 11.9 L | 12.0 - 16.0 g/dL | L ˅ | BRCLAB |
| Hematocrit | 35.0 L | 37.0 - 47.0 % | L ˅ | BRCLAB |
| Mean Corpuscular Volume | 92.0 | 80.0 - 100.0 fL | — | BRCLAB |
| MEAN CORPUSCULAR HEMOGLOBIN | 31.3 H | 27.0 - 31.0 pg | H ^ | BRCLAB |
| Mean Corpuscular Hemoglobin Conc | 34.0 | 31.0 - 37.0 g/dL | — | BRCLAB |
| Red Cell Distribution Width | 13.7 | 11.6 - 14.8 % | — | BRCLAB |
| Platelet Count | 408 | 150 - 450 K/uL | — | BRCLAB |
| Neutrophils | 48.9 | 37.0 - 80.0 % | — | BRCLAB |
| Lymphs | 31.7 | 10.0 - 50.0 % | — | BRCLAB |
| Monocytes | 9.5 | 0.0 - 15.0 % | — | BRCLAB |
| Eos | 8.6 H | 0.0 - 7.0 % | H ^ | BRCLAB |
| Basos | 1.4 | 0.0 - 5.0 % | — | BRCLAB |
| Neutrophils Abs | 2.8 | 2.0 - 8.0 10^3/uL | — | BRCLAB |
| Lymphocytes Abs | 1.8 | 0.6 - 3.8 10^3/uL | — | BRCLAB |
| Monocytes Abs | 0.5 | 0.0 - 1.5 10^3/uL | — | BRCLAB |
| Eosinophils Abs | 0.5 | 0.0 - 0.7 10^3/uL | — | BRCLAB |
| Basophils Abs | 0.1 | 0.0 - 0.2 10^3/uL | — | BRCLAB |
| Nucleated RBC | 0.0 | — | — | BRCLAB |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **11 - BRCLAB** | THE BATON ROUGE CLINIC LAB | Johnell Rogers | 7373 Perkins Road BATON ROUGE LA 70808 | 12/21/21 0936 - Present |

**Comprehensive metabolic panel [331870857]**

Electronically signed by: **West, J David, MD on 01/05/23 1306** Status: **Completed**
Ordering user: West, J David, MD 01/05/23 1306 Ordered during: Office Visit on 01/05/2023
Frequency: 01/05/23 -

Resulted: 01/11/23 0926, Result status: Final result

Comprehensive metabolic panel [342499998] (Abnormal)

Resulting lab: THE BATON ROUGE CLINIC LAB
Narrative:
Glucose: Fasting Normal Range
Reported eGFR is based on the CKD-EPI 2021 equation that does not use a race coefficient.

Reference Range: >=60 mL/min/1.73m^2

NKF KDOQI and KDIGO guidelines recommend confirming eGFR of 45-59 mL/min/1.73m^2 with uACR <30 mg/g based on eGFR calculated using both creatinine and cystatin C.

Specimen Information

The Baton Rouge Clinic, AMC

KNIGHT, Amy R
MRN: 252940, DOB: Sex: F
Visit date: 1/11/2023

| ID | Type | Source | Collected On |
|---|---|---|---|
| H6730012 | Serum | Vein | 01/11/23 0740 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Glucose | 121 | <100 mg/dL | H ^ | BRCLAB |
| BUN | 17 | 6 - 22 mg/dL | — | BRCLAB |
| Creatinine, Ser | 1.08 | 0.50 - 1.20 mg/dL | — | BRCLAB |
| Total Bilirubin | 0.7 | 0.2 - 1.1 mg/dL | — | BRCLAB |
| Alkaline Phosphatase | 68.0 | 42.0 - 121.0 IU/L | — | BRCLAB |
| AST | 16 | 10 - 42 IU/L | — | BRCLAB |
| ALT | 14 | 10 - 60 IU/L | — | BRCLAB |
| Calcium | 9.8 | 8.4 - 10.5 mg/dL | — | BRCLAB |
| Sodium | 138 | 134 - 146 meq/L | — | BRCLAB |
| Potassium | 4.50 | 3.60 - 5.30 meq/L | — | BRCLAB |
| Chloride | 102.0 | 98.0 - 111.0 meq/dL | — | BRCLAB |
| CO2 Total | 27 | 20 - 34 meq/L | — | BRCLAB |
| Total Protein | 6.8 | 6.1 - 8.5 g/dL | — | BRCLAB |
| Albumin, Ser | 4.3 | 3.2 - 5.5 g/dL | — | BRCLAB |
| EGFR | 61 | mL/min/1.73m^2 | — | BRCLAB |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **11 - BRCLAB** | THE BATON ROUGE CLINIC LAB | Johnell Rogers | 7373 Perkins Road BATON ROUGE LA 70808 | 12/21/21 0936 - Present |

**Lipid panel [331870858]**

Electronically signed by: **West, J David, MD on 01/05/23 1306** Status: **Completed**
Ordering user: West, J David, MD 01/05/23 1306 Ordered during: Office Visit on 01/05/2023
Frequency: 01/05/23 -

Resulted: 01/11/23 0926, Result status: Final result

Lipid panel [342499999] (Abnormal)
Resulting lab: THE BATON ROUGE CLINIC LAB

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| H6730012 | Serum | Vein | 01/11/23 0740 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Cholesterol, Total | 315 | 140 - 200 mg/dL | H ^ | BRCLAB |
| Triglycerides | 114 | 35 - 150 mg/dL | — | BRCLAB |

| | | | | |
|---|---|---|---|---|
| HDL | 76 | >50 mg/dL | — | BRCLAB |
| LDL Calculated | 216 | 60 - 135 | H ^ | BRCLAB |
| Total Chol / HDL Ratio | 4.14 | 0.00 - 4.45 | — | BRCLAB |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **11 - BRCLAB** | THE BATON ROUGE CLINIC LAB | Johnell Rogers | 7373 Perkins Road BATON ROUGE LA 70808 | 12/21/21 0936 - Present |

**TSH [331870859]**

Electronically signed by: **West, J David, MD on 01/05/23 1306** Status: **Completed**
Ordering user: West, J David, MD 01/05/23 1306 Ordered during: Office Visit on 01/05/2023
Frequency: 01/05/23 -

Resulted: 01/11/23 1010, Result status: Final result

TSH [342500000]

Resulting lab: THE BATON ROUGE CLINIC LAB
Narrative:
Interpretation for Females:
Non-pregnant: 0.27-4.2 mIU/ml
First trimester: 0.27-2.5 mIU/ml
Second Trimester: 0.27-3.0 mIU/ml
Third Trimester: 0.27-3.5 mIU/ml

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| H6730012 | Serum | Vein | 01/11/23 0740 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| TSH | 1.98 | 0.27 - 4.20 uIU/mL | — | BRCLAB |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **11 - BRCLAB** | THE BATON ROUGE CLINIC LAB | Johnell Rogers | 7373 Perkins Road BATON ROUGE LA 70808 | 12/21/21 0936 - Present |

**T4, free [342499991]**

Electronically signed by: **West, J David, MD on 01/05/23 1306** Status: **Completed**
Ordering user: West, J David, MD 01/05/23 1306 Ordered during: Office Visit on 01/05/2023
Frequency: 01/05/23 -

Resulted: 01/11/23 1010, Result status: Final result

T4, free [342500001]

Resulting lab: THE BATON ROUGE CLINIC LAB

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| H6730012 | Serum | Vein | 01/11/23 0740 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Free T4 | 0.99 | 0.93 - 1.70 ng/dL | — | BRCLAB |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **11 - BRCLAB** | THE BATON ROUGE CLINIC LAB | Johnell Rogers | 7373 Perkins Road BATON ROUGE LA 70808 | 12/21/21 0936 - Present |

**Hemoglobin A1c [342499993]**

Electronically signed by: **West, J David, MD on 01/05/23 1306** Status: **Completed**
Ordering user: West, J David, MD 01/05/23 1306 Ordered during: Office Visit on 01/05/2023
Frequency: 01/05/23 -

Hemoglobin A1c [343512230] (Abnormal) Resulted: 01/11/23 0934, Result status: Final result
Resulting lab: THE BATON ROUGE CLINIC LAB

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| H6730012 | Blood | Vein | 01/11/23 0740 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Hgb A1c | 6.3 | 4.2 - 5.8 % | H ^ | BRCLAB |
| EAG (mg/dl) | 123.79 | — | — | BRCLAB |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **11 - BRCLAB** | THE BATON ROUGE CLINIC LAB | Johnell Rogers | 7373 Perkins Road BATON ROUGE LA 70808 | 12/21/21 0936 - Present |

**Urinalysis, manual with scope [342499992]**

Electronically signed by: **West, J David, MD on 01/05/23 1306** Status: **Completed**
Ordering user: West, J David, MD 01/05/23 1306 Ordered during: Office Visit on 01/05/2023
Frequency: 01/05/23 -

Urinalysis, manual with scope [343512229] (Abnormal) Resulted: 01/11/23 0822, Result status: Final result
Resulting lab: THE BATON ROUGE CLINIC LAB
Narrative:
A positive Ascorbic acid may falsely lower Bilirubin, Blood, Nitrite or Glucose levels

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| H6730013 | Urine | Urine, Clean Catch | 01/11/23 0759 |

The Baton Rouge Clinic, AMC

KNIGHT, Amy R
MRN: 252940, DOB: Sex: F
Visit date: 1/11/2023

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Color Ur | Yellow | — | — | BRCLAB |
| Clarity | Cloudy | Clear | A ! | BRCLAB |
| Specific Gravity | 1.014 | 1.010 - 1.030 | — | BRCLAB |
| pH, UA | 7.0 | 5.0 - 8.0 | — | BRCLAB |
| Protein, UA | 2+ | Negative | A ! | BRCLAB |
| Glucose Ur | Negative | Negative | — | BRCLAB |
| Ketones, UA | Negative | Negative | — | BRCLAB |
| Bilirubin, UA | Negative | Negative | — | BRCLAB |
| Blood UA | Negative | Negative | — | BRCLAB |
| Urobilinogen, Ur | Negative | Negative EU/DL | — | BRCLAB |
| Nitrite Ur | Negative | Negative | — | BRCLAB |
| Leukocyte Esterase, UA | 3+ | Negative | A ! | BRCLAB |
| Ascorbate | 2+ | mg/dl | — | BRCLAB |
| WBC, UA | TNTC | 0 - 5 | A ! | BRCLAB |
| RBC, UA | 21-40 | 0 - 5 | A ! | BRCLAB |
| Squam Epithel, UA | FEW | — | — | BRCLAB |
| Amorphous Sediment | FEW | — | — | BRCLAB |
| Hyaline Cast | 3-5 | — | — | BRCLAB |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 11 - BRCLAB | THE BATON ROUGE CLINIC LAB | Johnell Rogers | 7373 Perkins Road BATON ROUGE LA 70808 | 12/21/21 0936 - Present |

**Microalbumin / creatinine urine ratio [342499994]**

Electronically signed by: **West, J David, MD on 01/05/23 1306** Status: **Completed**
Ordering user: West, J David, MD 01/05/23 1306 Ordered during: Office Visit on 01/05/2023
Frequency: 01/05/23 -

Resulted: 01/11/23 0909, Result status: Final result

Microalbumin / creatinine urine ratio [343512231] (Abnormal)

Resulting lab: THE BATON ROUGE CLINIC LAB
Narrative:
Release to patient->Automatic Release
Creatinine: REFERENCE RANGE NOT ESTABLISHED FOR RANDOM URINE TESTING

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| H6730013 | Urine | Urine | 01/11/23 0759 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Creatinine, Ur | 138.0 | mg/dL | — | BRCLAB |
| Microalb Creat Ratio | 579.9 | 0.0 - 30.0 mcg/mgcr | H ^ | BRCLAB |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 11 - BRCLAB | THE BATON ROUGE CLINIC LAB | Johnell Rogers | 7373 Perkins Road BATON ROUGE LA 70808 | 12/21/21 0936 - Present |

**Urine culture [343512232]**

Status: **Completed**

Order placed as a reflex to Urinalysis, manual with scope [343512229] ordered on 01/05/23 at 1306
Ordering user: Interface, Lab In Hiseven 01/11/23 0822
Frequency: 01/11/23 0822 -

Urine culture [343512232]

Resulted: 01/13/23 1302, Result status: Final result

Resulting lab: THE BATON ROUGE CLINIC LAB
Narrative:
Microbiology results
FINAL RESULT
No growth @ 48 hours

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| H6730013 | Urine | — | 01/11/23 0759 |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 11 - BRCLAB | THE BATON ROUGE CLINIC LAB | Johnell Rogers | 7373 Perkins Road BATON ROUGE LA 70808 | 12/21/21 0936 - Present |

**Vitamin B12 [359381386]**

Electronically signed by: **Murphy, Brian, MD on 04/18/23 1025**
Status: **Completed**
Ordering user: Murphy, Brian, MD 04/18/23 1025 Ordered during: Office Visit on 04/18/2023
Frequency: 04/18/23 -

Vitamin B12 [359381388] (Abnormal)

Resulted: 04/18/23 1247, Result status: Final result

Resulting lab: THE BATON ROUGE CLINIC LAB
Narrative:
Release to patient->Automatic Release

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| H6823730 | Serum | Vein | 04/18/23 1040 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Vitamin B-12 | 1,793 | 232 - 1,245 pg/mL | H ^ | BRCLAB |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 11 - BRCLAB | THE BATON ROUGE CLINIC LAB | Johnell Rogers | 7373 Perkins Road BATON ROUGE LA 70808 | 12/21/21 0936 - Present |

**Urine culture [308132975]**

Status: **Completed**

Order placed as a reflex to Urinalysis, manual with scope [308132971] ordered on 07/18/22 at 1013
Ordering user: Interface, Lab In Hlseven 07/18/22 1153
Frequency: 07/18/22 1153 -

Resulted: 07/20/22 1307, Result status: Final result

Urine culture [308132975]

Resulting lab: THE BATON ROUGE CLINIC LAB
Narrative:
Microbiology results
FINAL RESULT
No growth @ 48 hours

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| H6564460 | Urine | — | 07/18/22 1142 |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **11 - BRCLAB** | THE BATON ROUGE CLINIC LAB | Johnell Rogers | 7373 Perkins Road BATON ROUGE LA 70808 | 12/21/21 0936 - Present |

**Urine culture [343512232]**

Status: **Completed**

Order placed as a reflex to Urinalysis, manual with scope [343512229] ordered on 01/05/23 at 1306
Ordering user: Interface, Lab In Hlseven 01/11/23 0822
Frequency: 01/11/23 0822 -

Resulted: 01/13/23 1302, Result status: Final result

Urine culture [343512232]

Resulting lab: THE BATON ROUGE CLINIC LAB
Narrative:
Microbiology results
FINAL RESULT
No growth @ 48 hours

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| H6730013 | Urine | — | 01/11/23 0759 |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **11 - BRCLAB** | THE BATON ROUGE CLINIC LAB | Johnell Rogers | 7373 Perkins Road BATON ROUGE LA 70808 | 12/21/21 0936 - Present |

**MRI Brain without Contrast [359381389]**

Electronically signed by: **Murphy, Brian, MD on 04/18/23 1033** Status: **Completed**
Ordering user: Murphy, Brian, MD 04/18/23 1033 Ordered during: Office Visit on 04/18/2023
Frequency: 04/18/23 - Indications of use: Memory loss

Resulted: 04/24/23 1438, Result status: Final result

MRI Brain without Contrast [359381390]

Resulted by: Nettles, Karl, MD Performed: 04/24/23 1042 - 04/24/23 1438
Accession number: ACB359381390 Resulting lab: THE BATON ROUGE CLINIC RADIOLOGY DEPARTMENT

Narrative:
EXAM: MR BRAIN WITHOUT CONTRAST
CLINICAL INDICATION: Memory loss.
TECHNIQUE: Sagittal T1. Axial T1, T2, T2 FLAIR, GRE, DWI. Coronal T2 FLAIR. Axial high-resolution T2-weighted imaging through the posterior cranial fossa.
COMPARISON: None available.
FINDINGS:
There is no restricted diffusion. The brain demonstrates normal signal intensity and morphology. Normal signal on GRE series.
The ventricles and sulci are normal in size and configuration. The medial temporal lobe atrophy score is 0. Midline structures are normal. There are preserved arterial flow-voids on T2 weighted imaging. The paranasal sinuses and mastoid air cells are clear.
No abnormal marrow signal.
Dictated and Electronically Signed By: Karl M Nettles MD on April 24, 2023
Impression:
No significant MRI abnormality of the brain.

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - BRCRAD** | THE BATON ROUGE CLINIC RADIOLOGY DEPARTMENT | Nancy McBeth | 7373 Perkins Road BATON ROUGE LA 70808 | 06/26/20 1214 - Present |

**Diabetic Retinal Disease Eye Exam [331870849]**

Ordering date: 10/19/22 0851
Frequency: 11/11/22 -

Scan on 11/11/2022 8:52 AM by Brown, Tatiyana T: 10/19/2022 DIABETIC EYE EXAM (below)

AMY RAY KNIGHT 149119

CORNEA EMC THE RETINA CENTER

Cornea Associates of Louisiana
7777 Hennessy Blvd. Suite 3001
Baton Rouge, LA 70808
225-766-7441 225-769-9363

| | |
|---|---|
| Patient Name: AMY RAY KNIGHT<br>Date of Birth: | Primary Care Provider:<br>WEST, DAVID |

Date of Dilated Eye Exam: 10/19/2022

| | RIGHT | LEFT |
|---|---|---|
| Corrected Visual Acuity | 20/30 | 20/25 |
| Best Corrected Visual Acuity | 20/30-2 | 20/30+2 |
| Uncorrected Visual Acuity | N/A | N/A |

| | | | |
|---|---|---|---|
| Retinopathy | ☒R | ☒L | No retinopathy identified |
| | ☐R | ☐L | Non-proliferative retinopathy identified |
| | Mild | Mild | |
| | ☐R | ☐L | Proliferative retinopathy identified |
| | ☐R | ☐L | Macular edema identified |
| Cataracts | ☐R | ☐L | No cataracts identified |
| Cataracts identified and: | | | |
| | ☐R | ☐L | Status post cataract surgery |
| | ☒R | ☒L | DO NOT interfere with activities of daily living |
| | ☐R | ☐L | DO interfere with activities of daily living |
| Glaucoma | ☒R | ☒L | No glaucoma identified |
| Glaucoma identified and: | | | |
| | ☐R | ☐L | Not Controlled |
| | ☐R | ☐L | Glaucoma suspect |
| | ☐R | ☐L | Controlled |

☒ No diabetic changes noted
☐ Diabetic retinopathy diagnosed
☐ No treatment required -- monitor only
Recommend Follow-Up: ☒ 1 year ☐ 6 months ☐ Other:
☐ Treatment required

Sincerely,

DP Fargason MD

David P. Fargason, M.D.

To help your center to be certified as a Diabetic Center of Excellence, this is documentation of this patient's DILATED diabetic eye examination

CEE
10-19-22 Knight Amy 252940 West

Diabetic Retinal Disease Eye Exam [331870849] Resulted: 10/19/22, Result status: Edited

14 10/19/2022 12:27 PM Medflow Page 2 of 2 To: WEST, DAVID 122524691

AMY RAY KNIGHT 149119

CORNEA EMC THE RETINA CENTER
Cornea Associates of Louisiana
7777 Hennessy Blvd. Suite 3001
Baton Rouge, LA 70808
225-766-7441 225-766-0363

| Patient Name: AMY RAY KNIGHT<br>Date of Birth: | Primary Care Provider:<br>WEST, DAVID |
|---|---|

Date of Dilated Eye Exam: 10/19/2022

| | RIGHT | LEFT |
|---|---|---|
| Corrected Visual Acuity | 20/30 | 20/25 |
| Best Corrected Visual Acuity | 20/30-2 | 20/30+2 |
| Uncorrected Visual Acuity | N/A | N/A |

| | R | L | |
|---|---|---|---|
| Retinopathy | ☒R | ☒L | No retinopathy identified |
| | ☐R | ☐L | Non-proliferative retinopathy identified |
| | Mild | Mild | |
| | ☐R | ☐L | Proliferative retinopathy identified |
| | ☐R | ☐L | Macular edema identified |
| Cataracts | ☐R | ☐L | No cataracts identified |
| Cataracts identified and: | | | |
| | ☐R | ☐L | Status post cataract surgery |
| | ☒R | ☒L | DO NOT interfere with activities of daily living |
| | ☐R | ☐L | DO interfere with activities of daily living |
| Glaucoma | ☒R | ☒L | No glaucoma identified |
| Glaucoma identified and: | | | |
| | ☐R | ☐L | Not Controlled |
| | ☐R | ☐L | Glaucoma suspect |
| | ☐R | ☐L | Controlled |

☒ No diabetic changes noted
☐ Diabetic retinopathy diagnosed
☐ No treatment required – monitor only
Recommend Follow-Up: ☒ 1 year ☐ 6 months ☐ Other:
☐ Treatment required

Sincerely,

DP Fargason MD

David P. Fargason, M.D.

To help your center to be certified as a Diabetic Center of Excellence, this is documentation of this patient's DILATED diabetic eye examination.

OEE 10-19-22 Knight Amy 252940 West

Insurance Card - Scan on 9/15/2022 1:39 PM (below)

Health Plans, Inc. (HPI) Online: hpiTPA.com

Member services or to Precertify
Pathways Concierge: 888-275-3775

All other provider calls
Pathways Concierge: 888-275-3775

Submit Claims
Health Plans, Inc. (HPI)
PO Box 5199
Westborough, MA 01581
WebMD Payer ID: 44271

[illegible]

[illegible]

[illegible]

[illegible]

HST

Brown & Root

ETA BASIC CHOICE

ID# HHWE91503
Group WE9
KNIGHT: TERRY AMY

Medical Cost Share
In or Out-of-Network

| | |
|---|---|
| Per Person Ded. | $2500 |
| Family Deductible | $5000 |
| Per Person OOPM | $6850 |
| Family OOPM | $13700 |

hpi

Providers MUST review the back of this ID card for assignment of benefits and payment information.

PHCS Multi

HIM ROI Authorization - Scan on 9/26/2022 11:42 AM: BRC-PEND (below)

76251675 L4680 09202022 154034

Department of Children & Family Services
*Building a Stronger Louisiana*

Disability Determination Services
Division of Family Support
5825 Florida Blvd
BATON ROUGE, LA 70806

(O) (800) 256-2208
(F) (866) 801-1460
www.dcfs.la.gov

John Bel Edwards, Governor
Marketa Garner Walters, Secretary

RQID:DC142094441 SITE:S75 DR:S
SSN:********** DOCTYPE:0001 RF:D CS:d6c4

PROVIDER:
BATON ROUGE CLINIC
MEDICAL RECORDS/MEDSOUTH
7373 PERKINS RD
BATON ROUGE, LA 70808
Vendor #: 819975

September 14, 2022
Authorization #: 107IRK
Fiscal ID: 19838558
CLAIMANT: Amy Ray Knight
DOB:
CASE NUMBER: 3954894

Received
SEP 1 9 2022
MedSouth

Request for Evidence - Fax Coversheet/Invoice

We are authorized to pay $20.00 for medical records received within 30 days of this request. We will no longer research and reissue payment on invoices that are over 180 days from the date of request for records.

This information can be faxed toll free to our fax gateway at (866) 801-1460 and will help us provide a quicker decision. Should you have any questions, please contact K. Franklin at (225) 925-3534 or (800) 256-2208.

Please do not forward this letter if patient was seen by another doctor's office, clinic, or hospital.
Write new source name here: ______________________

PLEASE INDICATE IF:

___ Requested Evidence Attached

___ Chart not available through date

___ No Evidence for Date Requested

___ No Patient Found

___ Check here if you do not wish to be paid

MedSouth
Continued on next page
☒ Pending
SEP 2 1 2022
By: AD

K. Franklin/KF

An Equal Opportunity Employer

Child Welfare Programs Accredited by the Council on Accreditation for Children and Family Services

AW: HIPAA
EXP. DATE

Explanation for Request

This claim for disability benefits under the Social Security Act has been referred to this agency. We are requesting copies of your medical records or a narrative report to help in making a decision.

The information we are requesting will aid us in establishing the nature, severity, and duration of the alleged impairment(s). We need detailed information including medical history, clinical and laboratory findings, information on prescribed treatment and response to treatment, diagnosis, and prognosis.

We would also like to have a statement, based on your medical findings, of this individual's ability to perform work-related physical activities such as sitting, standing, walking, lifting, carrying, handling objects, hearing, speaking, and traveling. When there is a mental impairment, please include your opinion regarding understanding and memory, sustained concentration and persistence, social interaction, and adaptation.

If the individual is a child, we ask for a statement of the child's functional limitations such as any limitations in learning, motor functioning, performing self-care activities, communicating, socializing, and completing tasks. If the child is under age one, please report on responsiveness to stimuli.

An authorization to release the medical records and/or information is also enclosed. The Privacy Act of 1974 permits review of these records by the claimant and/or his representative.

Submitting Your Response Electronically Free Options

Help expedite this individual's decision by submitting his/her records to us electronically – free.

Records can be faxed to our toll-free secure servers. When faxing, page one of this invoice must be used as the fax coversheet.

If you have electronic records, you may be interested in uploading records to SSA's secure website. For information, contact our DDS Medical Relations Staff at (318) 869-6437 or (800) 256-2288.

Submitting Via US Post Office

If returning via US Postal Service, records must be forwarded to the address on the attached sheet.

Receiving Medical Request Via SSA Secure Website or Fax

We are now able to submit our requests to you via SSA's Secure Website or Fax. If you are interested in receiving additional information, please either

1. Complete the following before return this letter:
   Your Contact Name ______________________ & Phone Number ______________ or

2. Call our Medical Relations staff at (318) 869-6437 or (800) 256-2288.

Important Information

Would you be willing to perform consultative examinations on your own patients and/or other claimants applying for Social Security Disability benefits? If so, or if you would like additional information, please contact our Medical Relations Staff at (318) 869-6437 or (800) 256-2288.

Disability Determination Services
Division of Family Support
5825 Florida Blvd
Suite 2110
BATON ROUGE, LA 70806

An Equal Opportunity Employer

Child Welfare Programs Accredited by the Council on Accreditation for Children and Family Services

Department of Children & Family Services
*Building a Stronger Louisiana*

Disability Determination Services
Division of Family Support
5825 Florida Blvd
BATON ROUGE, LA 70806

(O) (800) 256-2280
(F) (866) 801-1450
www.dcfs.la.gov

John Bel Edwards, Governor
Marketa Garner Walters, Secretary

BATON ROUGE CLINIC
MEDICAL RECORDS/MEDSOUTH
7373 PERKINS RD
BATON ROUGE LA 70808

Date: September 14, 2022
Case ID: 3954894

RE: Amy Ray Knight
AKA: Amy Marie Zvonek
Amy Marie Sanches
Amy Marie Ray
DOB:
Vendor Number: 819975

We are the office that makes disability decisions for the Social Security Administration. Amy Ray Knight is applying for or is receiving disability benefits due to the following conditions: Blind or low vision, 2018- fractured left radial/ continued pain in left arm, depression, IBS, right wrist pain, fibromyalgia, type II diabetes, chronic pain, anxiety, and benign essential tremors. This is not an authorization to perform an examination.

**What We Need From You**

To help us evaluate this claim, please send records covering the period of: 12/21/2020 to Present.

Include the following information: medical history, psychiatric history, clinical findings, laboratory findings, imaging reports, treatment prescribed and the response, diagnosis, and prognosis.

Please respond by September 28, 2022. We are enclosing a signed HIPAA compliant authorization for the release of medical records and information.

Please provide a statement based on your findings. Your statement should express your opinion about your patient's ability to do work-related physical and/or mental activities despite the limitations or restrictions imposed by her medical condition(s). For physical impairments, these activities include sitting, standing, walking, lifting, carrying, pushing, pulling, or other physical activities (including manipulative or postural activities, such as reaching, handling, stooping, or crouching); other activities, such as seeing, hearing, or using other senses; and ability to adapt to environmental conditions, such as temperature extremes or fumes. For mental impairments, these activities include understanding; remembering; maintaining concentration, persistence, or pace; carrying out instructions; and responding appropriately to supervision, coworkers, and work pressures.

If it is determined that we need additional information regarding your patient's impairments, would you be willing to perform an examination to provide additional findings? Please contact us if you would be willing to perform this examination. We will assume that you do not wish to perform the examination if you do not respond.

**If You Have Any Questions**

If you have any questions or wish to provide more information, please call us at the number(s) shown below Monday - Friday between 8:00 am and 4:30 pm. When you call or leave a message, please provide the Case ID: 3954894, your name, Amy Ray Knight's name, and a call back number.

Thank you for your help.

An Equal Opportunity Employer

Child Welfare Programs Accredited by the Council on Accreditation for Children and Family Services

**Privacy Act Statement**
**Collection and Use of Personal Information**

Sections 205(a), 223(d), 1614(a) and 1631(d) of the Social Security Act, as amended, allow us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent us from making an accurate and timely decision on the claimant's eligibility for benefits.

We will use the information to make a determination of eligibility for benefits. We may also share your information for the following purposes, called routine uses:

1. To Federal, State, or local agencies for administering cash or non-cash income maintenance or health maintenance programs; and
2. To contractors, and other Federal agencies, as necessary, for the purpose of assisting the Social Security Administration (SSA) in the efficient administration of its programs. We contemplate disclosing information under this routine use only in situations in which SSA may enter a contractual or similar agreement with a third party to assist in accomplishing an agency function relating to this system of records.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORN) 60-0044, entitled National Disability Determination Services File System and 60-0089, entitled Claims Folders Systems. Additional information and a full listing of all our SORNs are available on our website at www.socialsecurity.gov/foia/bluebook.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. We estimate that it will take about 12 minutes to read the instructions, gather the facts, and answer the questions. *Send only comments relating to our time estimate above to: SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.*

Form Approved
OMB No. 0960-0623

WHOSE *Records to be Disclosed*

NAME *(First, Middle, Last, Suffix)*
Amy Knight

SSN

Birthday *(mm/dd/yy)*

## AUTHORIZATION TO DISCLOSE INFORMATION TO THE SOCIAL SECURITY ADMINISTRATION (SSA)

** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW **

**I voluntarily authorize and request disclosure** (including paper, oral, and electronic interchange):

OF WHAT *All my medical records;* also education records and other information related to my ability to perform tasks. This includes specific permission to release:

1. All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s) *including*, and not limited to:
   - Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
   - Drug abuse, alcoholism, or other substance abuse
   - Sickle cell anemia
   - Records which may indicate the presence of a communicable or noncommunicable disease; and tests for or records of HIV/AIDS
   - Gene-related impairments (including genetic test results)
2. Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.
3. Copies of educational tests or evaluations, including Individualized Educational Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations.
4. Information created within 12 months after the date this authorization is signed, as well as past information.

FROM WHOM

- All medical sources (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities
- All educational sources (schools, teachers, records administrators, counselors, etc.)
- Social workers/rehabilitation counselors
- Consulting examiners used by SSA
- Employers, insurance companies, workers' compensation programs
- Others who may know about my condition (family, neighbors, friends, public officials)

THIS BOX TO BE COMPLETED BY SSA/DDS (as needed) Additional information to identify the subject (e.g., other names used), the specific source, or the material to be disclosed:

MEDICAL RECORDS/MEDSOURCE
7373 PERKINS RD
BATON ROUGE, LA 70808
12/01/2020 to Present

TO WHOM The Social Security Administration and to the State agency authorized to process my case (usually called "disability determination services"), including contract copy services, and doctors or other professionals consulted during the process. [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

PURPOSE Determining my eligibility for benefits, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.

☐ Determining whether I am capable of managing benefits ONLY (check only if this applies)

EXPIRES WHEN This authorization is good for 12 months from the date signed (below my signature).

- I authorize the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- I have read both pages of this form and agree to the disclosures above from the types of sources listed.

PLEASE SIGN USING BLUE OR BLACK INK ONLY

INDIVIDUAL authorizing disclosure

SIGN ▶ X Amy R Knight

X AUTH IS EXPIRED

Date Signed
06/16/2021

Phone Number (with area code)

IF not signed by subject of disclosure, specify basis for authority to sign
☐ Parent of minor ☐ Guardian ☐ Other personal representative (explain)

(Parent/guardian/personal representative sign here if two signatures required by State law) ▶

Street Address

City | State | ZIP

WITNESS *I know the person signing this form or am satisfied of this person's identity:*

SIGN ▶

Phone Number (or Address)

IF needed, second witness sign here (e.g., if signed with "X" above)

SIGN ▶

Phone Number (or Address)

*This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPAA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.*

### Explanation of Form SSA-827
### "Authorization to Disclose Information to the Social Security Administration (SSA)"

We need your written authorization to help get the information required to process your claim, and to determine your capability of managing benefits. Laws and regulations require that sources of personal information have a signed authorization before releasing it to us. Also, laws require specific authorization for the release of information about certain conditions and from educational sources.

You can provide this authorization by signing a form SSA-827. Federal law permits sources with information about you to release that information if you sign a single authorization to release all your information from all your possible sources. We will make copies of it for each source. A covered entity (that is, a source of medical information about you) may not condition treatment, payment, enrollment, or eligibility for benefits on whether you sign this authorization form. A few States, and some individual sources of information, require that the authorization specifically name the source that you authorize to release personal information. In those cases, we may ask you to sign one authorization for each source and we may contact you again if we need you to sign more authorizations.

You have the right to revoke this authorization at any time, except to the extent a source of information has already relied on it to take an action. To revoke, send a written statement to any Social Security Office. If you do, also send a copy directly to any of your sources that you no longer wish to disclose information about you; SSA can tell you if we identified any sources you didn't tell us about. SSA may use information disclosed prior to revocation to decide your claim.

It is SSA's policy to provide service to people with limited English proficiency in their native language or preferred mode of communication consistent with Executive Order 13166 (August 11, 2000) and the Individuals with Disabilities Education Act. SSA makes every reasonable effort to ensure that the information in the SSA-827 is provided to you in your native or preferred language.

### Privacy Act Statement
### Collection and Use of Personal Information

Sections 205(a), 233(d)(5)(A), 1614(a)(3)(H)(i), 1631(d)(1) and 1631(e)(1)(A) of the Social Security Act as amended, [42 U.S.C. 405(a), 433(d) (5)(A), 1382c(a)(3)(H)(i), 1383(d)(1) and 1383(e)(1)(A)] authorize us to collect this information. We will use the information you provide to help us determine your eligibility, or continuing eligibility for benefits, and your ability to manage any benefits received. The information you provide is voluntary. However, failure to provide the requested information may prevent us from making an accurate and timely decision on your claim, and could result in denial or loss of benefits.

We rarely use the information you provide on this form for any purpose other than for the reasons explained above. However, we may use it for the administration and integrity of Social Security programs. We may also disclose information to another person or to another agency in accordance with approved routine uses, including but not limited to the following:

a) To enable a third party or an agency to assist us in establishing rights to Social Security benefits and/or coverage;

b) To comply with Federal laws requiring the release of information from our records (e.g., to the Government Accountability Office, General Services Administration, National Archives Records Administration, and the Department of Veterans Affairs);

c) To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level; and

d) To facilitate statistical research, audit, or investigative activities necessary to assure the integrity and improvement of our programs (e.g., to the U.S. Census Bureau and to private entities under contract with us).

We may also use the information you provide in computer matching programs. Matching programs compare our records with records kept by other Federal, State, or local government agencies. We use the information from these programs to establish or verify a person's eligibility for Federally funded or administered benefits programs and for repayment of incorrect payments or delinquent debts under these programs.

A complete list of routine uses of the information you gave us is available in our Privacy Act Systems of Records Notices entitled, Claims Folder System, 60-0089; Master Beneficiary Record, 60-0090; Supplemental Security Income record and Special Veterans benefits, 60-0103; and Electronic Disability (eDIB) Claims File, 60-0340. The notices, additional information regarding this form, and information regarding our systems and programs, are available on-line at www.socialsecurity.gov or at any Social Security office.

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to provide this information unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 0960-0623. We estimate that it will take between 5 to 30 minutes to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate above to: SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.

Form SSA-827 (11-2012) ef (11-2012)

Page 2 of 2

**DISABILITY DETERMINATION SERVICES - S75**
**PO Box 8907**
**London, Ky. 40742-8907**

We are no longer sending the address label.

Please use this address to send your documents to the Scan Contractor.

Thank you.

Procedure - Scan on 11/11/2022 8:52 AM: 10/19/2022 DIABETIC EYE EXAM (below)

Woman's

**PATIENT REGISTRATION FACESHEET**

ACCT: **V092200377**
Name: **KNIGHT, AMY RAY**
MR #: M00329686 BD:
Gary McDaniel MD

Woman's Hospital | Patient Registration | 100 Woman's Way Baton Rouge, LA

**PATIENT NAME/ADDRESS** **SS#**
KNIGHT, AMY

| ACCT NO | ROOM/BED | TYPE | LOCATION/SERVICE | UNIT NO./MED.REC.NO. |
|---|---|---|---|---|
| V092200377 | | | PT | M00329686 |

| BIRTHDATE | AGE | SEX | MAR. STAT. | RELIGION | RACE | ETHNICITY | PREG |
|---|---|---|---|---|---|---|---|
| | 55 | F | M | CAT | W | N | |

Initial: (AERX) 7/2023 09:49:55 UTC-6

Phone #:
Employer:
Phone:

**Emergency Contact** KNIGHT, TERRY **Relationship** HW

**GUARANTOR ADDRESS**
KNIGHT, AMY

Home Phone Other Phone

Phone #:
Employer: DXC TECHNOLOGY
Phone: 800-877-0666

**FINANCIAL CLASS**
HMO

| MNEMONIC | INSURANCE NAME | POLICY NUMBER | GROUP NUMBER | SUBSCRIBER/INSURED NAME | SUBSC DOB |
|---|---|---|---|---|---|
| | PRIVATE HLTH CS - ALL OTHERS HEALTH PLANS WESTBOROUGH,MA 01581 | HHWE91503 | WE9 | | |

**ACCIDENT INFORMATION** **REASON FOR VISIT** M79.7 - AQUA

**ACCIDENT DATE/TIME** **COMMENTS** **DEL. TYPE**

| ADMIT DATE/TIME | ADMITTING PHYSICIAN | ATTENDING PHYSICIAN | ADMIT CLERK |
|---|---|---|---|
| 02-27-2023 09:45:00 | | Gary McDaniel MD | |

**CONSENT FOR TREATMENT AT WOMAN'S HOSPITAL**
I agree and consent to all procedures and medical treatments that my doctor(s) recommends while at Woman's Hospital. I give permission to Woman's Hospital and any member of its staff to provide medical services that may be necessary or desirable for the illness, condition or disease for which I am being treated or for which I may be diagnosed. I acknowledge that Woman's Hospital is a teaching facility where students may participate in my care under the supervision of licensed and qualified professionals. I consent to allowing students as a part of their training in health care education to participate in the delivery of my medical care and treatment or be observers while I receive medical care and treatment. I further give my permission to Woman's Hospital staff to perform laboratory examinations of blood, serum, or other body fluids that may be necessary to find out if I have or do not have communicable diseases. These include, but are not limited to, hepatitis B, human immunodeficiency virus (HIV), and syphilis. I give permission to Woman's Hospital to either dispose of or keep any tissue, blood, or any specimens surgically removed in accordance with usual and customary medical practice.

If applicable, I understand that Louisiana law (La R.S. 40:1299.1) requires that certain tests be done on all newborns, but that I, as parent/guardian, have the right to refuse the tests. I give permission for my child to have all genetic, metabolic, or other tests for newborns that have been approved by Louisiana Department of Health and Hospitals,
except: ____________________

**IMAGES**
I understand that by agreeing to health care services at Woman's Hospital, I am also agreeing to allow all photographs, videotapes, or other images my doctor(s) feels are needed. The images may be taken for diagnosis, treatment, medical education or other purposes. Infant images may be taken for infant security, diagnosis, treatment, bereavement, or other purposes.

**PERSONAL ITEMS**
I understand that the hospital is not responsible for personal items under any circumstances. I further understand that the hospital will, in an emergency situation, store valuables until these valuables are released to a person authorized by me. I authorize Woman's Hospital to take possession of my home medications upon request and authorize the destruction of any home medications remaining 30 days after discharge.

V092200377 KNIGHT, AMY RAY MR #: M00329686 BD: 55 Gary McDaniel MD

Woman's

# PATIENT REGISTRATION FACESHEET

## CONSENT FOR RELEASE OF MEDICAL INFORMATION

I give permission to Woman's Hospital or any authorized member of the hospital staff to give, tell or show all medical information to any health plan, Social Security Administration, or its intermediary/carrier, or any other agency which may pay for services I receive and as described in the Woman's Hospital Notice of Privacy Practices. This consent extends to any review agency selected by any health plan, or any other agency that may pay for services I receive. I give permission to the Health Information Management department to release all necessary information to the Woman's Hospital Financial Counselor(s) for the purpose of completing a Medicaid application or financial assistance application when and if appropriate. A photocopy of this form shall serve as the original.

## STATUS OF DOCTORS

I understand that any doctor(s), anesthesiologist(s), pathologist(s), radiologist(s), neonatologist(s) or other doctor(s) who may treat me or my dependent or otherwise be involved in my care or any dependent's care while a patient at the hospital are not employees or agents of the hospital. The hospital is not responsible for their actions.

## ASSIGNMENT OF INSURANCE BENEFITS/APPEAL ACKNOWLEDGEMENT

I assign to Woman's Hospital any and all benefits due me for services under any applicable health plan or the Social Security Administration or its intermediary/carrier due to an admission or treatment provided at the hospital. I certify that the information I have given in applying for payment under Title XVIII of the Social Security Act is correct. I authorize and request that payment of benefits be made on my behalf to the hospital.

In the event my insurance claims are denied for any reason, I authorize Woman's Hospital staff, including but not limited to Utilization Management, Managed Care, Patient Accounts, and all collection staff, to undertake efforts made on my behalf to obtain payment from my insurer, in the claims review process, including but limited to the peer to peer, informal and formal appeal, expedited appeal, provider appeal, administrative adjudication (state fair hearing) and all corresponding processes, and I hereby assign all of my appeal rights to Woman's Hospital.

## ASSIGNMENT OF INSURANCE BENEFITS TO DOCTORS

I assign to any doctor providing anesthesia, pathology, radiology, neonatology, emergency or other services given in connection with my admission all benefits due me for such services under any applicable health plan. I also authorize and request my health plan or the Social Security Administration or its intermediary/carrier to pay the doctors involved in my care.

## MEDICARE SELF-ADMINISTERED DRUGS

Medicare does not cover drugs that are considered self-administered if you are here for an outpatient procedure/visit. For further clarification, please call Medicare Customer Service at 1-800-633-4227.

## PERSONAL RESPONSIBILITY FOR PATIENT BILL

I understand that I am personally financially responsible for charges related to the service(s) I receive under the following circumstances.

* The service is not covered by my health plan.
* Woman's Hospital is not a network provider with my health plan for this service (example: outpatient lab).
* I did not receive the required referral/authorization/pre-certification to use this facility/specialist.
* My health plan does not approve additional hospital day(s).
* I have certain financial responsibility as decided by my health plan (co-pay, deductibles, etc.).
* I do not have health plan coverage at the time the hospital provides the service.
* Additional services required to complete testing.

I understand that bills for hospital services are payable within thirty (30) days of the date of service. I understand that any refunds will first be applied to any existing balance(s) for which I am responsible. If it becomes necessary for the account to be given to an attorney or collection agency for a law suit or collection, I agree to pay any associated attorney fees or collection expenses. I agree to be responsible for the payment of all charges of this admission for hospital and hospital-based doctors' services provided to me/dependent. I further understand that, in addition to the hospital bill, I will receive a separate bill from those doctor's involved in my care. I understand that I am financially responsible to doctors for all charges and services my health plan does not pay, and promise to pay any remaining balance.

V092200377 KNIGHT, AMY RAY MR #: M00329686 BD: 55 Gary McDaniel MD

Woman's

## PATIENT REGISTRATION FACESHEET

### GENERAL ACKNOWLEDGEMENTS

I UNDERSTAND that I am to remain the hospital until my doctor releases or discharges me. If I leave the hospital before release of discharge, I assume complete responsibility. I release doctors and hospital from all responsibility for any ill effects that may result.

I UNDERSTAND that state law requires the hospital and/or physician to report certain infectious diseases including sexually transmitted diseases to the state Department of Health.

I UNDERSTAND that my signature on this document is specific written consent applicable to myself as the patient, as well as any dependent for whom I am responsible (including all infants born to me as the result of my care at Woman's Hospital) and/or who is unable to give consent.

Per CHC Art 610(g), the pediatrician will order drug test if a newborn is suspected to have been exposed to a controlled dangerous substance prenatally. Positive results will be reported to the State Department of Children and Family Services or other appropriate agency. Negative results will remain in the chart.

I hereby consent to the performance of all nursing and technical procedures and test as directed by my physician(s) including without limitation, routine hospital services, emergency services, preadmission testing, examinations, diagnostic and testing procedures, therapeutic interventions, and the furnishing of such supplies in connection with or relating to the services upon my admission to the hospital in connection with or relating to any complaints, provisional diagnoses, operations or procedures to be performed and all other acts appropriately related to any operations or procedures described above.

MY SIGNATURE below indicates that:

- I understand this consent shall apply to any and all services I receive from the date indicated on this consent through the entire course of treatment for the same diagnosis/service.
- I received the Medicare/Tricare Important Message from Woman's Hospital on the date below (if applicable).
- I received / was offered Your Responsibilities and Rights booklet.
- I received / was offered the Woman's Hospital Notice of Health Information Privacy Practices. ARK 7/2023 09:50:37 UTC-6 (initials)
- I understand by providing Woman's Hospital with my email address and cell phone number, I consent to receive communications by unencrypted email and/or text message. I understand there is a level of risk any information transmitted in an unencrypted email or text message could be read by a third party.
- I understand the information contained herein and agree the information I provided is true and correct to the best my knowledge. I have had a chance to ask any questions I might have.

Amy R. Knight 02/27/2023 09:50:11 UTC-6 — PATIENT/PARENT/GUARDIAN SIGNATURE

Amy R Knight 02/27/2023 09:50:27 UTC-6 — PRINT NAME

RELATIONSHIP: Self ☑ Parent/Guardian ☐ Spouse ☐ Other ☐

PATIENT IS NOT ABLE TO CONSENT BECAUSE: ____________________

____________________
WITNESS

Rev. 12/2020
Page 3 of 3

REG_FACE

Knight - 08/17/23 – 332

Woman's

**IMPORTANT PATIENT BILLING INFORMATION**

ACCT: V092200377
Name: KNIGHT, AMY RAY
MR #: M00329686 BD: 55
Gary McDaniel MD

**Woman's Hospital Charges:**

Call Patient Accounting at (225) 924-8106 Monday through Friday from 8:00am to 4:00pm or logon to www.womans.org and click on "Manage your Account." In "Manage your Account," you can see Account Financial History, add/change insurance information, request an itemized bill, send an email inquiry, and/or make a credit card payment.

Balance billing disclosure:

Professional services rendered by independent healthcare professionals are not part of the hospital, Ambulatory Surgery Centers (ASC), In-Patient Hospice, Skilled Nursing Facilities (SNF), or Adult Residential Care Providers (ARCP) bills. These services will be billed to the patient separately. Please understand that physicians or other healthcare professionals may be called upon to provide care or services to you or on your behalf, but you may not actually see, or be examined by all physicians or healthcare professionals participating in your care; for example, you may not see physicians providing radiology, pathology, and EKG interpretation. In many instances, there will be a separate charge for professional services rendered by physicians to you or on your behalf, and you will receive a bill for these professional services that is separate from the bill for the hospital, ASC, In-Patient Hospice, SNF, or ARCP services. These independent healthcare professionals may not participate in your health plan and you may be responsible for payment of all or part of the fees for the services provided by these physicians who have provided out-of-network services, in addition to applicable amounts due for copayments, coinsurance, deductibles, and non-covered services.

We encourage you to contact your health plan to determine whether the independent healthcare professionals are participating with your health plan. In order to obtain the most accurate and up-to-date information about in-network and out-of-network independent healthcare professionals, please contact the customer service number of your health plan or visit its website. Your health plan is the primary source of information on its provider network and benefits. To help you determine whether the independent healthcare professionals who provide services at this facility are participating with your health plan, we have provided you with a complete list of the names and contact information for each individual or group.

| SERVICE | OFFICE NAME | PHONE NUMBER |
|---|---|---|
| Anesthesia | Louisiana Anesthesiology Group, LLC | (225) 293-2523 |
| Hospitalists | Woman's Assessment Center Physicians | (225) 231-5369 |
| Laboratory | Pathology Group of Louisiana | (225) 769-9993 |
| Maternal-Fetal Medicine | Maternal Fetal Medicine Center @ Woman's Hospital | (225) 924-8338 |
| Neonatology | Baton Rouge Neonatal Associates | (225) 928-2555 |
| Radiology | Radiology Associates | (866) 599-5939 |

**Outpatient based hospital facilities:**

The following clinics are a hospital-based outpatient facility where the facility provides the use of the facility, medical, technical equipment, supplies, staff, and services.

| |
|---|
| Woman's Assessment Center |
| Woman's Maternal Fetal Medicine Clinic (MFM) |
| Woman's Specialty Clinic: Genetics, Pediatric Neurology, Pediatric Urology, Gastroenterology Clinic |

Depending on your health insurance benefit plan and the actual services furnished by Woman's Hospital outpatient facilities, you may receive a bill for a facility charge for the use of the facility, medical, technical equipment, supplies and/or services in addition to a bill for physician services and coinsurance and deductible may apply to the facility and/or physician charges.

Woman's

V092200377 KNIGHT, AMY RAY MR #: M00329686 BD: 55 Gary McDaniel MD

# IMPORTANT PATIENT BILLING INFORMATION

Below is a list of health plans/provider networks with which Woman's Hospital currently has a contract:

| **Commercial Contracts** | **Direct Contracts** | **Medicaid Contracts** |
|---|---|---|
| Aetna | Baton Rouge Clinic Employees | Aetna Better Health |
| Beachstreet (Best Care) | Louisiana Women's Healthcare Employees | Healthy Blue (formerly Amerigroup) |
| Blue Cross Blue Shield | LSU First Choice | Amerihealth Caritas LA |
| Choice Care | Our Lady of the Lake-RMC/Franciscan Missionaries of Our Lady Health System | Louisiana Healthcare Connections |
| CIGNA | | United Healthcare Community Plan |
| Coventry (First Health) | **Medicare Contracts** | |
| Gilsbar 360 Alliance | Advantra Louisiana (Coventry) | |
| HUMANA | AETNA | |
| Multiplan | HUMANA | |
| Private Healthcare Systems | PACE | |
| United Healthcare | Peoples Health Network | |
| Vantage Health | Vantage Health | |
| Zelis Healthcare (formerly PPO Plus) | Allwell | |
| | Blue Advantage | |

If Woman's Hospital is not a network provider with your health plan and you do not receive a prior authorization, you will be financially responsible for all services provided to you.

[signature] 02/27/2023 09:50:55 UTC-6 — PATIENT/PARENT/GUARDIAN SIGNATURE

Amy R. Knight — PRINT NAME

Relationship, if other than the patient: PARENT ☐ GUARDIAN ☐ OTHER ☐

Rev. 11/2022
Page 2 of 2

REG_IBI

Knight - 08/17/23 – 334

**KNIGHT,AMY RAY**
**Fac:** Woman's Hospital **Loc:** Physical Therapy **Bed:** -
55 F **Med Rec Num:** M00329686 **Visit:** V092200377
**Attending:** Gary Stephen McDaniel Jr **Reg Date:** 07/07/23
**Reason:** L3

***Assessment Center***

| | |
|---|---|
| Last Name: KNIGHT | Status: |
| First Name: AMY | Priority: |
| Middle: RAY | Condition: |
| Birthdate: | Arrival Date/Time: |
| Age: 55 | Arrival Mode: |
| Birth Sex: F | Triaged At: |
| Language: English | Time Seen by Provider: |

Stated Complaint:
Chief Complaint:

ED Location:
Area:
Station:
Group:
ED Provider:
ED Midlevel Provider:
ED Nurse:
Primary Care Provider:

***Problems***

Hyper/Hypoglycemia Start: 02/27/23 10:25
Freq: Status: Active
Protocol:
Created 02/27/23 10:25 SS (Rec: 02/27/23 10:25 SS WCPDPCADTH)

***Outcomes***

Glucose Level Will be Controlled Start: 02/27/23 10:25
Freq: Status: Active Target:
Protocol:

***Documented Interventions***

WCW OT/PT Adult Functional Index Start: 02/27/23 09:50
Freq: Status: Active
Protocol:
Document 02/27/23 09:53 SS (Rec: 02/27/23 10:25 SS WCPDPCADTH)
Functional Pain Index-General
FPI-Walk
Walking — Symptoms prevent my walking more than 30 minutes

FPI-Care
Personal Care — I am slow and careful with movement due to increased pain

FPI-Headache

Continued on Page 2

**KNIGHT, AMY RAY**
**Fac:** Woman's Hospital **Loc:** Physical Therapy **Bed:** -
55 F **Med Rec Num:** M00329686 **Visit:** V092200377

Documented Interventions - Continued

| | |
|---|---|
| Headaches | I have moderately severe headaches 3x/week |
| FPI-Leisure | |
| Recreation/Leisure | I participate in few activities because of increased pain |
| FPI-Work | |
| Work | I cannot do any work |
| FPI-Sleep | |
| Sleeping | I have 2-3 Sleepless hours/ night |
| FPI-Lift | |
| Lifting | I can lift only very light objects |
| Functional Pain Index | |
| General Score (__/35) | 16 |

Document 03/23/23 08:36 SS (Rec: 03/23/23 09:03 SS WCPDPCADTH)

Functional Pain Index-General

| | |
|---|---|
| FPI-Walk | |
| Walking | Symptoms prevent my walking more than 30 minutes |
| FPI-Care | |
| Personal Care | I am slow and careful with movement due to increased pain |
| FPI-Headache | |
| Headaches | I have moderately severe headaches 3x/week |
| FPI-Leisure | |
| Recreation/Leisure | I participate in few activities because of increased pain |
| FPI-Work | |
| Work | I cannot do any work |
| FPI-Sleep | |
| Sleeping | I have 2-3 Sleepless hours/ night |
| FPI-Lift | |
| Lifting | I can lift only very light objects |
| Functional Pain Index | |
| General Score (__/35) | 16 |

Functional Pain Index-Upper Extremity

| | |
|---|---|
| FPI-Work | |
| Work | I cannot do any work |
| FPI-Sleep | |
| Sleeping | I have 2-3 Sleepless hours/ night |
| FPI-Leisure | |
| Recreation/Leisure | I participate in few activities because of increased pain |
| FPI-Personal | |
| Personal Care | I am slow and careful with |

Continued on Page 3

**KNIGHT,AMY RAY**
**Fac:** Woman's Hospital **Loc:**Physical Therapy **Bed:**-
55 F **Med Rec Num:**M00329686 **Visit:**V092200377

Documented Interventions - Continued

| | |
|---|---|
| | movement due to increased pain |
| Functional Pain Index-Lower Extremity | |
| FPI-Walk | |
| Walking | Symptoms prevent my walking more than 30 minutes |
| FPI-Care | |
| Personal Care | I am slow and careful with movement due to increased pain |
| FPI-Leisure | |
| Recreation/Leisure | I participate in few activities because of increased pain |
| FPI-Work | |
| Work | I cannot do any work |
| FPI-Sleep | |
| Sleeping | I have 2-3 Sleepless hours/ night |

Document 04/17/23 10:51 SS (Rec: 04/17/23 11:20 SS WCPDPCADTH)

| | |
|---|---|
| Functional Pain Index-General | |
| FPI-Walk | |
| Walking | Symptoms prevent my walking more than 30 minutes |
| FPI-Care | |
| Personal Care | I am slow and careful with movement due to increased pain |
| FPI-Headache | |
| Headaches | I have moderately severe headaches 3x/week |
| FPI-Leisure | |
| Recreation/Leisure | I participate in few activities because of increased pain |
| FPI-Work | |
| Work | I cannot do any work |
| FPI-Sleep | |
| Sleeping | I have 2-3 Sleepless hours/ night |
| FPI-Lift | |
| Lifting | I can lift only very light objects |
| Functional Pain Index | |
| General Score (__/35) | 16 |
| Functional Pain Index-Upper Extremity | |
| FPI-Work | |
| Work | I cannot do any work |
| FPI-Sleep | |
| Sleeping | I have 2-3 Sleepless hours/ night |
| FPI-Leisure | |
| Recreation/Leisure | I participate in few activities because of increased pain |
| FPI-Personal | |

Continued on Page 4

KNIGHT,AMY RAY
**Fac:** Woman's Hospital **Loc:**Physical Therapy **Bed:**-
55 F **Med Rec Num:**M00329686 **Visit:**V092200377

Documented Interventions - Continued

| | |
|---|---|
| Personal Care | I am slow and careful with movement due to increased pain |
| Functional Pain Index-Lower Extremity | |
| FPI-Walk | |
| Walking | Symptoms prevent my walking more than 30 minutes |
| FPI-Care | |
| Personal Care | I am slow and careful with movement due to increased pain |
| FPI-Leisure | |
| Recreation/Leisure | I participate in few activities because of increased pain |
| FPI-Work | |
| Work | I cannot do any work |
| FPI-Sleep | |
| Sleeping | I have 2-3 Sleepless hours/ night |
| Edit Result 04/17/23 10:51 SS (Rec: 04/17/23 11:23 SS WCPDPCADTH) | |
| Functional Pain Index-General | |
| FPI-Walk | |
| Walking | Symptoms prevent my walking more than 15 minutes |
| FPI-Care | |
| Personal Care | I need help for some care |
| Functional Pain Index | |
| General Score (__/35) | 14 |
| Functional Pain Index-Lower Extremity | |
| FPI-Walk | |
| Walking | Symptoms prevent my walking more than 15 minutes |
| Document 05/19/23 15:28 LEL (Rec: 05/19/23 15:28 LEL WCADTHPC013) | |
| Functional Pain Index-General | |
| FPI-Walk | |
| Walking | Symptoms prevent my walking more than 15 minutes |
| FPI-Care | |
| Personal Care | I need help for some care |
| FPI-Headache | |
| Headaches | I have moderately severe headaches 3x/week |
| FPI-Leisure | |
| Recreation/Leisure | I participate in few activities because of increased pain |
| FPI-Work | |
| Work | I can hardly do any work ( light duty only) |
| FPI-Sleep | |
| Sleeping | I have 1-2 Sleepless hours/ night |
| FPI-Lift | |
| Lifting | I can lift only very light |

Continued on Page 5

KNIGHT,AMY RAY
**Fac:** Woman's Hospital **Loc:**Physical Therapy **Bed:**-
55 F **Med Rec Num:**M00329686 **Visit:**V092200377

Documented Interventions - Continued

| | |
|---|---|
| | objects |
| Functional Pain Index | |
| General Score ( /35) | 16 |
| Document 06/20/23 11:20 AP (Rec: 06/20/23 11:21 AP WCMINIPC009) | |
| Functional Pain Index-Lower Extremity | |
| FPI-Walk | |
| Walking | Symptoms prevent my walking more than 15 minutes |
| FPI-Care | |
| Personal Care | I need help for some care |
| FPI-Leisure | |
| Recreation/Leisure | I participate in few activities because of increased pain |
| FPI-Surfaces | |
| Uneven Surfaces | I require physical assistance to walk on uneven surfaces |
| FPI-Work | |
| Work | I cannot do any work |
| FPI-Sleep | |
| Sleeping | I require medication to fall asleep/stay asleep |
| FPI-Transfer | |
| Transfers (stand to sit, sitting to lying down) | I can transfer independently with the use of an assistive device |
| Functional Pain Index | |
| Lower Extremity Score (__/35) | 17 |

WCW OT/PT Adult History & Assessment Start: 02/27/23 09:50
Freq: Status: Active
Protocol:

| | |
|---|---|
| Document 02/27/23 09:53 SS (Rec: 02/27/23 10:25 SS WCPDPCADTH) | |
| OT/PT Adult History/Assessment | |
| Ordering Physician | |
| Ordering Physician | Gary Stephen McDaniel Jr |
| Subjective Data | |
| Patient Concerns | Patient reports long history of fibromyalgia with pain for years. PMH of diabetes, IBS, + ANA. 5 years ago fell at work, fractured radial head, went to OT and had injections, was concerned it was CRPS. Was unable to do work duties, overused right arm. She was on long term disability but recently kicked off but is appealing. She reports pain is all over, mostly in left arm/ elbow, left knee, right hip. She had a steroid injection in left knee that did not help. She thinks she has osteopenia. |

Continued on Page 6

**KNIGHT,AMY RAY**

**Fac:** Woman's Hospital **Loc:** Physical Therapy **Bed:** -

55 F **Med Rec Num:** M00329686 **Visit:** V092200377

Documented Interventions - Continued

| | |
|---|---|
| | She reports surgery is not an option. She reports feeling weak in her legs and arms, difficulty carrying stuff and climbing stairs. She had 2 falls between Nov and Dec. She has bouts of dizziness. |
| Patient Goals | decrease pain |
| Patient Goal Status | Initiated |
| Medical History | |
| Cardiovascular History | Chest Pain/Angina, Hyperlipidemia |
| Hematologic History Assessed | None / Denies |
| History of COVID Illness | Yes |
| Respiratory History Assessed | None / Denies |
| Endocrine History | Diabetes, Type II |
| Gastrointestinal History | Irritable Bowel Syndrome |
| Genitourinary History Assessed | None / Denies |
| Neurological History | Fibromyalgia,Migraines |
| Other/Comments | benign essential tremors on right side |
| Musculoskeletal History | Arthritis,Back Pain, Fibromyalgia,Neck Pain, Osteopenia |
| Psychosocial History | Anxiety,Depression |
| History of Cancer Assessed | None / Denies |
| Surgical History | |
| Surgical History: Gynecological | BSO |
| Surgical History: Other | Lumpectomy |
| Surgical History: Comments | ex-lap |
| Psychosocial Assessment | |
| Occupation | disabled |
| Hobbies | puppy dogs, grandbaby, reading , watching geese |
| Type of Exercise | none |
| Current Feelings | Motivated,Tired |
| Afraid of Harm | No |
| Query Text:Are you afraid of being hurt by someone at this time? | |
| Is there anything in your life that may prevent you from attending therapy? | No |
| Is there anything in your life that may prevent you from following through with a home program? | No |
| Pain Assessment | |
| Left elbow | |
| Intensity | 7 |
| Quality | Aching,Throbbing |
| Left knee | |
| Intensity | 7 |
| Quality | Aching |
| Pain Goal | |
| Pain Goal | 2 |

Continued on Page 7

**KNIGHT,AMY RAY**
**Fac:** Woman's Hospital **Loc:**Physical Therapy **Bed:**-
55 F **Med Rec Num:**M00329686 **Visit:**V092200377

Documented Interventions - Continued

Fall Assessment
* Fall Risk (answer YES to 2 or more risks) *
Patient Chart Flagged with FALL RISK STICKER

| | |
|---|---|
| Fallen within 30 days | No |
| Dizziness | Yes |
| Confusion | No |
| Current Seizures | No |
| Age >70 | No |
| Fall Risk Identified | No |

Edit Result 02/27/23 09:53 SS (Rec: 02/27/23 11:45 SS WCADTHERPC1)
OT/PT Adult History/Assessment
Objective Data

| | |
|---|---|
| Current Diagnosis | left knee pain, left elbow pain, fibromyalgia |
| Are you receiving Home Health or Outpatient Services Elsewhere? | No |

Subjective Data

| | |
|---|---|
| What problems brought you to therapy? | left knee pain, left elbow pain, fibromyalgia |
| When did your symptoms start? | 5 years ago |
| What other treatments have you had for this problem? | injections, OT for elbow |

Functional Assessment/Score

| | |
|---|---|
| ADL Difficulties | Walking,Sitting,Standing, Dressing |

WCW OT/PT Adult Orthopedic Evaluation Start: 02/27/23 09:50
Freq: Status: Active
Protocol:
Document 02/27/23 13:23 SS (Rec: 02/27/23 13:32 SS WCADTHERPC1)
Orthopedic Evaluation
Special Tests

Special Tests:
BUE AROM: WFL, tight on left compared to right with pain with IR on left
BUE MMT: grossly 4-/5 right, grossly 3+/5 left
BUE MMT:
Hip flexion: 4/5 bilaterally
Knee flexion: 5/5 bilaterally
Knee extension: right 5/5, left 3+/5 pain
Hip ER: right 4/5, left 3+/5 pain
Hip IR: right 4/5, left 3+/5 pain
SLB: 30+seconds bilaterally, pain on left
Structural assessment: forward head, rounded shoulders
Sensitive to light touch especially on left elbow

WCW OT/PT Adult Plan of Care Start: 02/27/23 09:50
Freq: Status: Active

Continued on Page 8

**KNIGHT,AMY RAY**
**Fac:** Woman's Hospital **Loc:**Physical Therapy **Bed:**-
55 F **Med Rec Num:**M00329686 **Visit:**V092200377

Documented Interventions - Continued

Protocol:
Document 02/27/23 09:53 SS (Rec: 02/27/23 10:25 SS WCPDPCADTH)
OT/PT Adult Initial Plan of Care

| | |
|---|---|
| Barriers/Needs Assessment | |
| Patient | |
| Preferred Language | English |
| Query Text: | |
| English Proficiency | Very Well |
| Barriers | None |
| Learns best by | Doing,Listening,Reading,Seeing |
| Signs/Symptoms of Abuse | |
| Signs Symptoms of Abuse Present | No |
| Rehabilitation | |
| Obstacles to Rehabilitation | Yes |
| Intrinsic Factors | Medical |
| Motivation for Learning | Asks Questions,Eager to Learn |
| Rehabilitation Potential | Good |
| Problem(s) | |
| Problem List | Decreased ADL Function, Decreased Endurance,Decreased Flexibility,Decreased Function ,Decreased Passive ROM, Decreased Strength,Impaired Posture,Pain,Pain with Decreased Activity |
| Plan of Care | |
| Recommended Therapy | Physical Therapy |
| Plan of Care | Therapeutic Activity, Therapeutic Exercise,Aquatic Therapy,Manual Treatment, Modalities,Self Management, Home Exercise Program,Patient Education,Neuromuscular Reeducation |
| Modalities | E.Stim,Heat |
| POC Long Term Goals | |
| LTG Frequency:/Week | 2 |
| LTG Duration:/Weeks | 12 |
| Education | |
| Discharge Planning Topics | Home Program |
| Describe Other | reviewed pool policies and procedures |
| Teaching Method | Verbal Instruction,Written Instruction |
| Teaching Comments | Specific Diagnosis/Disease Related Information,Home Exercise Program Information, Procedure Related Material |
| Outcome | Verbalizes Understanding, Returned Demonstration,Needs Follow Up,Needs Reinforcement |
| Treatment | |
| Time In | 09:45 |

Continued on Page 9

**KNIGHT,AMY RAY**
**Fac:** Woman's Hospital **Loc:**Physical Therapy **Bed:**-
55 F **Med Rec Num:**M00329686 **Visit:**V092200377

Documented Interventions - Continued

| | |
|---|---|
| Time Out | 10:30 |
| Non-Time-Based Interventions | |
| PT Evaluation (Minutes) | 45 |
| Non-Time-Based Intervention TOTAL TIME ( Minutes) | 45 |
| Theraputic Interventions | |
| TOTAL TIME Therapy Provided (Minutes) | 45 |
| Treatment Outcome/Comments | Moderate complexity evaluation performed |

Edit Result 02/27/23 09:53 SS (Rec: 02/27/23 12:43 SS WCADTHERPC1)

OT/PT Adult Initial Plan of Care

| | |
|---|---|
| Problem(s) | |
| Other/Comments | Patient is a 55 year old female who arrives with reports of fibromyalgia with mostly left knee pain and left elbow pain. PMH includes CRPS of left elbow that is unresolved. She demonstrates decreased BUE and BLE strength worse on left compared to right, pain and difficulty with ADL's, pain with light touch, and decreased knowledge of an appropriate HEP. She would benefit from skilled aquatic PT to address these deficits to help decrease pain and improve function. |
| POC Short Term Goals | |
| GOAL #1 | Patient will be independent with HEP. |
| Goal Status | Initiated |
| STG Frequency:/Week | 2 |
| STG Duration:/Weeks | 3 |

Edit Result 02/27/23 09:53 SS (Rec: 02/27/23 13:15 SS WCADTHERPC1)

OT/PT Adult Initial Plan of Care

| | |
|---|---|
| POC Short Term Goals | |
| GOAL #2 | Patient will report walking 30 minutes with no more than 2/ 10. |
| Goal Status | Initiated |
| GOAL #3 | Patient will transition from aquatic PT to land based PT. |
| Goal Status | Initiated |
| POC Long Term Goals | |
| GOAL #1 | Patient will report walking 60 minutes with no more than 2/ 10. |
| Goal Status | Initiated |
| GOAL #2 | Patient will report no falls. |
| Goal Status | Initiated |
| GOAL #3 | Patient will improve BUE and |

Continued on Page 10

KNIGHT,AMY RAY
**Fac:** Woman's Hospital **Loc:**Physical Therapy **Bed:**-
55 F **Med Rec Num:**M00329686 **Visit:**V092200377

Documented Interventions - Continued

| | |
|---|---|
| | BLE strength to 4/5. |
| Goal Status | Initiated |

WCW OT/PT Adult Progress Note Start: 02/27/23 09:50
Freq: Status: Active
Protocol:
Document 03/06/23 16:00 SM (Rec: 03/06/23 16:06 SM WCMINIPC011)
OT/PT Adult Progress Notes

| | |
|---|---|
| Problem(s) | |
| Problem List | Decreased ADL Function, Decreased Endurance,Decreased Flexibility,Decreased Function ,Decreased Passive ROM, Decreased Strength,Impaired Posture,Pain,Pain with Decreased Activity |
| Comments | Patient is a 55 year old female who arrives with reports of fibromyalgia with mostly left knee pain and left elbow pain. PMH includes CRPS of left elbow that is unresolved. She demonstrates decreased BUE and BLE strength worse on left compared to right, pain and difficulty with ADL's, pain with light touch, and decreased knowledge of an appropriate HEP. She would benefit from skilled aquatic PT to address these deficits to help decrease pain and improve function. |
| Subjective Data | |
| Patient Concerns | Patient reported that her pain is 6-7/10, mainly in her left knee and elbow but also all over because of her fibromyalgia. |
| Patient Goals | decrease pain |
| Patient Goal Status | In Progress |
| Pain Assessment | |
| Left elbow | |
| Intensity | 7 |
| Quality | Aching,Throbbing |
| Left knee | |
| Intensity | 7 |
| Quality | Aching |
| Pain Goal | |
| Pain Goal | 2 |
| Clinical Findings | |
| Clinical Findings | antalgic gait<br>LOB x 2<br>decreased hamstring length, |

Continued on Page 11

**KNIGHT,AMY RAY**
**Fac:** Woman's Hospital **Loc:**Physical Therapy **Bed:**-
55 F **Med Rec Num:**M00329686 **Visit:**V092200377

Documented Interventions - Continued

| | |
|---|---|
| | left greater than right. decreased endurance |
| Therapies | |
| *See THERAPY FLOWSHEET(s) for specific ongoing details* | |
| Therapeutic Procedures | Aquatic Exercise |
| Plan of Care | |
| Recommended Therapy | Physical Therapy |
| Plan of Care | Therapeutic Activity, Therapeutic Exercise,Aquatic Therapy,Manual Treatment, Modalities,Self Management, Home Exercise Program,Patient Education,Neuromuscular Reeducation |
| POC Short Term Goals | |
| GOAL #1 | Patient will be independent with HEP. |
| Goal Status | In Progress |
| GOAL #2 | Patient will report walking 30 minutes with no more than 2/ 10. |
| Goal Status | In Progress |
| GOAL #3 | Patient will transition from aquatic PT to land based PT. |
| Goal Status | In Progress |
| STG Frequency:/Week | 2 |
| STG Duration:/Weeks | 3 |
| POC Long Term Goals | |
| GOAL #1 | Patient will report walking 60 minutes with no more than 2/ 10. |
| Goal Status | Initiated |
| GOAL #2 | Patient will report no falls. |
| Goal Status | Initiated |
| GOAL #3 | Patient will improve BUE and BLE strength to 4/5. |
| Goal Status | Initiated |
| LTG Frequency:/Week | 2 |
| LTG Duration:/Weeks | 12 |
| Education | |
| Discharge Planning Topics | Home Program |
| Describe Other | reviewed pool policies and procedures |
| Teaching Method | Verbal Instruction,Written Instruction |
| Teaching Comments | Specific Diagnosis/Disease Related Information,Home Exercise Program Information, Procedure Related Material |
| Outcome | Verbalizes Understanding, Returned Demonstration,Needs Follow Up,Needs Reinforcement |

Continued on Page 12

**KNIGHT,AMY RAY**
**Fac:** Woman's Hospital **Loc:**Physical Therapy **Bed:**-
55 F **Med Rec Num:**M00329686 **Visit:**V092200377

Documented Interventions - Continued

| | |
|---|---|
| Treatment | |
| Time In | 08:30 |
| Time Out | 09:15 |
| Time-Based Services Provided | |
| Aquatic Training (Minutes) | 35 |
| Time-Based Service TOTAL TIME (Minutes) | 35 |
| Theraputic Interventions | |
| TOTAL TIME Therapy Provided (Minutes) | 35 |
| Treatment Outcome/Comments | Tolerated treatment fair, patient reported increase in pain because of repetive movements. Verbal cues given throughout to keep movements slow and small ROM. Patient easily fatigued at end of session. Reinforced patient to rest, increase hydration after session. |
| Pain Re-Assessment | |
| Intensity | 8 |
| POC | |
| Status | POC Reviewed and In Progress |
| Other/Comments | Con't with POC |

Document 03/09/23 13:13 SS (Rec: 03/09/23 13:16 SS WELLCLPTP4)
OT/PT Adult Progress Notes

| | |
|---|---|
| Problem(s) | |
| Problem List | Decreased ADL Function, Decreased Endurance,Decreased Flexibility,Decreased Function ,Decreased Passive ROM, Decreased Strength,Impaired Posture,Pain,Pain with Decreased Activity |
| Comments | Patient is a 55 year old female who arrives with reports of fibromyalgia with mostly left knee pain and left elbow pain. PMH includes CRPS of left elbow that is unresolved. She demonstrates decreased BUE and BLE strength worse on left compared to right, pain and difficulty with ADL's, pain with light touch, and decreased knowledge of an appropriate HEP. She would benefit from skilled aquatic PT to address these deficits to help decrease pain and improve function. |
| Subjective Data | |
| Patient Concerns | Patient reported that her pain is 7/10 today. Reported |

Continued on Page 13

KNIGHT,AMY RAY
Fac: Woman's Hospital Loc:Physical Therapy Bed:-
55 F Med Rec Num:M00329686 Visit:V092200377

Documented Interventions - Continued

| | |
|---|---|
| | feeling sore and had increased pain after last session. |
| Patient Goals | decrease pain |
| Patient Goal Status | In Progress |
| Pain Assessment | |
| Left elbow | |
| Intensity | 7 |
| Quality | Aching,Throbbing |
| Left knee | |
| Intensity | 7 |
| Quality | Aching |
| Pain Goal | |
| Pain Goal | 2 |
| Clinical Findings | |
| Clinical Findings | increased tremors with LE exercises |
| Therapies | |

*See THERAPY FLOWSHEET(s) for specific ongoing details*

| | |
|---|---|
| Therapeutic Procedures | Aquatic Exercise |
| Plan of Care | |
| Recommended Therapy | Physical Therapy |
| Plan of Care | Therapeutic Activity, Therapeutic Exercise,Aquatic Therapy,Manual Treatment, Modalities,Self Management, Home Exercise Program,Patient Education,Neuromuscular Reeducation |
| POC Short Term Goals | |
| GOAL #1 | Patient will be independent with HEP. |
| Goal Status | In Progress |
| GOAL #2 | Patient will report walking 30 minutes with no more than 2/ 10. |
| Goal Status | In Progress |
| GOAL #3 | Patient will transition from aquatic PT to land based PT. |
| Goal Status | In Progress |
| STG Frequency:/Week | 2 |
| STG Duration:/Weeks | 3 |
| POC Long Term Goals | |
| GOAL #1 | Patient will report walking 60 minutes with no more than 2/ 10. |
| Goal Status | In Progress |
| GOAL #2 | Patient will report no falls. |
| Goal Status | In Progress |
| GOAL #3 | Patient will improve BUE and BLE strength to 4/5. |
| Goal Status | In Progress |
| LTG Frequency:/Week | 2 |

Continued on Page 14

**KNIGHT,AMY RAY**
**Fac:** Woman's Hospital **Loc:** Physical Therapy **Bed:** -
55 F **Med Rec Num:** M00329686 **Visit:** V092200377

Documented Interventions - Continued

| | |
|---|---|
| LTG Duration:/Weeks | 12 |
| Education | |
| Discharge Planning Topics | Home Program |
| Teaching Method | Verbal Instruction,Written Instruction |
| Teaching Comments | Specific Diagnosis/Disease Related Information,Home Exercise Program Information, Procedure Related Material |
| Outcome | Verbalizes Understanding, Returned Demonstration,Needs Follow Up,Needs Reinforcement |
| Treatment | |
| Time In | 08:30 |
| Time Out | 09:15 |
| Time-Based Services Provided | |
| Aquatic Training (Minutes) | 35 |
| Time-Based Service TOTAL TIME (Minutes) | 35 |
| Theraputic Interventions | |
| TOTAL TIME Therapy Provided (Minutes) | 35 |
| Treatment Outcome/Comments | Patient reported left knee pain that increased with seated piriformis stretch. Reported increased tremors during LE exercises. |
| Pain Re-Assessment | |
| Intensity | 8 |
| POC | |
| Status | POC Reviewed and In Progress |
| Other/Comments | Con't with POC |

Edit Result 03/09/23 13:13 SS (Rec: 03/09/23 14:00 SS WCADTHERPC1)

OT/PT Adult Progress Notes

| | |
|---|---|
| Theraputic Interventions | |
| Treatment Outcome/Comments | Patient reported left knee pain that increased with seated piriformis stretch. Reported increased tremors during LE exercises. Unable to do all 6 UE or LE, completed about 3 UE and needed a break to do LE due to increasing elbow pain. Educated on DOMS. Reported increase fatigue, soreness, pain after session. Continue with slower increase of exercises. |
| POC | |
| Other/Comments | |

Document 03/14/23 15:39 SM (Rec: 03/14/23 15:51 SM WCMINIPC011)

OT/PT Adult Progress Notes

| | |
|---|---|
| Problem(s) | |
| Problem List | Decreased ADL Function, Decreased Endurance,Decreased |

Continued on Page 15

**KNIGHT,AMY RAY**
**Fac:** Woman's Hospital **Loc:**Physical Therapy **Bed:**-
55 F **Med Rec Num:**M00329686 **Visit:**V092200377

Documented Interventions - Continued

| | |
|---|---|
| | Flexibility,Decreased Function ,Decreased Passive ROM, Decreased Strength,Impaired Posture,Pain,Pain with Decreased Activity |
| Comments | Patient is a 55 year old female who arrives with reports of fibromyalgia with mostly left knee pain and left elbow pain. PMH includes CRPS of left elbow that is unresolved. She demonstrates decreased BUE and BLE strength worse on left compared to right, pain and difficulty with ADL's, pain with light touch, and decreased knowledge of an appropriate HEP. She would benefit from skilled aquatic PT to address these deficits to help decrease pain and improve function. |
| Subjective Data | |
| Patient Concerns | Patient stated that her pain is 4/10. |
| Patient Goals | decrease pain |
| Patient Goal Status | In Progress |
| Pain Assessment | |
| Left elbow | |
| Intensity | 4 |
| Quality | Aching,Throbbing |
| Left knee | |
| Intensity | 4 |
| Quality | Aching |
| Pain Goal | |
| Pain Goal | 2 |
| Clinical Findings | |
| Clinical Findings | antalgic gait decreased cadence with movements |
| Therapies | |

*See THERAPY FLOWSHEET(s) for specific ongoing details*

| | |
|---|---|
| Therapeutic Procedures | Aquatic Exercise |
| Plan of Care | |
| Recommended Therapy | Physical Therapy |
| Plan of Care | Therapeutic Activity, Therapeutic Exercise,Aquatic Therapy,Manual Treatment, Modalities,Self Management, Home Exercise Program,Patient Education,Neuromuscular Reeducation |

Continued on Page 16

**KNIGHT,AMY RAY**
**Fac:** Woman's Hospital **Loc:** Physical Therapy **Bed:** -
55 F **Med Rec Num:** M00329686 **Visit:** V092200377

Documented Interventions - Continued

| | |
|---|---|
| POC Short Term Goals | |
| GOAL #1 | Patient will be independent with HEP. |
| Goal Status | In Progress |
| GOAL #2 | Patient will report walking 30 minutes with no more than 2/10. |
| Goal Status | In Progress |
| GOAL #3 | Patient will transition from aquatic PT to land based PT. |
| Goal Status | In Progress |
| STG Frequency:/Week | 2 |
| STG Duration:/Weeks | 3 |
| POC Long Term Goals | |
| GOAL #1 | Patient will report walking 60 minutes with no more than 2/10. |
| Goal Status | In Progress |
| GOAL #2 | Patient will report no falls. |
| Goal Status | In Progress |
| GOAL #3 | Patient will improve BUE and BLE strength to 4/5. |
| Goal Status | In Progress |
| LTG Frequency:/Week | 2 |
| LTG Duration:/Weeks | 12 |
| Education | |
| Discharge Planning Topics | Home Program |
| Teaching Method | Verbal Instruction,Written Instruction |
| Teaching Comments | Specific Diagnosis/Disease Related Information,Home Exercise Program Information, Procedure Related Material |
| Outcome | Verbalizes Understanding, Returned Demonstration,Needs Follow Up,Needs Reinforcement |
| Treatment | |
| Time In | 08:30 |
| Time Out | 09:15 |
| Time-Based Services Provided | |
| Aquatic Training (Minutes) | 35 |
| Time-Based Service TOTAL TIME (Minutes) | 35 |
| Theraputic Interventions | |
| TOTAL TIME Therapy Provided (Minutes) | 35 |
| Treatment Outcome/Comments | Tolerated treatment fair, able to perform 1-4 LE therex before requiring a break and transitioning to UE exercises 1-4 and then able to complete LE therex and then remaining UE. Patient able to get perform piriformis with bilateral LE. She stated that |

Continued on Page 17

**KNIGHT,AMY RAY**
**Fac:** Woman's Hospital **Loc:** Physical Therapy **Bed:** -
55 F **Med Rec Num:** M00329686 **Visit:** V092200377

Documented Interventions - Continued

| | |
|---|---|
| | she had increased pain after session, but stated that she has no soreness after sessions . She states that her pain usually increases with repetative motions. |
| Pain Re-Assessment | |
| Intensity | 8 |
| POC | |
| Status | POC Reviewed and In Progress |
| Other/Comments | Con't with POC |

Document 03/21/23 17:37 SM (Rec: 03/21/23 17:40 SM WCMINIPC011)

OT/PT Adult Progress Notes

| | |
|---|---|
| Problem(s) | |
| Problem List | Decreased ADL Function, Decreased Endurance,Decreased Flexibility,Decreased Function ,Decreased Passive ROM, Decreased Strength,Impaired Posture,Pain,Pain with Decreased Activity |
| Comments | Patient is a 55 year old female who arrives with reports of fibromyalgia with mostly left knee pain and left elbow pain. PMH includes CRPS of left elbow that is unresolved. She demonstrates decreased BUE and BLE strength worse on left compared to right, pain and difficulty with ADL's, pain with light touch, and decreased knowledge of an appropriate HEP. She would benefit from skilled aquatic PT to address these deficits to help decrease pain and improve function. |
| Subjective Data | |
| Patient Concerns | Patient stated that her pain is 7/10 today and she is stiff . |
| Patient Goals | decrease pain |
| Patient Goal Status | In Progress |
| Pain Assessment | |
| Left elbow | |
| Intensity | 7 |
| Quality | Aching,Throbbing |
| Left knee | |
| Intensity | 7 |
| Quality | Aching |
| Pain Goal | |
| Pain Goal | 2 |

Continued on Page 18

KNIGHT,AMY RAY
**Fac:** Woman's Hospital **Loc:** Physical Therapy **Bed:** -
55 F **Med Rec Num:** M00329686 **Visit:** V092200377

Documented Interventions - Continued

| | |
|---|---|
| Clinical Findings | |
| Clinical Findings | antalgic gait |
| Therapies | |
| *See THERAPY FLOWSHEET(s) for specific ongoing details* | |
| Therapeutic Procedures | Aquatic Exercise |
| Plan of Care | |
| Recommended Therapy | Physical Therapy |
| Plan of Care | Therapeutic Activity, Therapeutic Exercise,Aquatic Therapy,Manual Treatment, Modalities,Self Management, Home Exercise Program,Patient Education,Neuromuscular Reeducation |
| POC Short Term Goals | |
| GOAL #1 | Patient will be independent with HEP. |
| Goal Status | In Progress |
| GOAL #2 | Patient will report walking 30 minutes with no more than 2/10. |
| Goal Status | In Progress |
| GOAL #3 | Patient will transition from aquatic PT to land based PT. |
| Goal Status | In Progress |
| STG Frequency:/Week | 2 |
| STG Duration:/Weeks | 3 |
| POC Long Term Goals | |
| GOAL #1 | Patient will report walking 60 minutes with no more than 2/10. |
| Goal Status | In Progress |
| GOAL #2 | Patient will report no falls. |
| Goal Status | In Progress |
| GOAL #3 | Patient will improve BUE and BLE strength to 4/5. |
| Goal Status | In Progress |
| LTG Frequency:/Week | 2 |
| LTG Duration:/Weeks | 12 |
| Education | |
| Discharge Planning Topics | Home Program |
| Teaching Method | Verbal Instruction,Written Instruction |
| Teaching Comments | Specific Diagnosis/Disease Related Information,Home Exercise Program Information, Procedure Related Material |
| Outcome | Verbalizes Understanding, Returned Demonstration,Needs Follow Up,Needs Reinforcement |
| Treatment | |
| Time In | 09:15 |

Continued on Page 19

**KNIGHT,AMY RAY**

**Fac:** Woman's Hospital **Loc:**Physical Therapy **Bed:**-

55 F **Med Rec Num:**M00329686 **Visit:**V092200377

Documented Interventions - Continued

| | |
|---|---|
| Time Out | 10:00 |
| Time-Based Services Provided | |
| Aquatic Training (Minutes) | 25 |
| Time-Based Service TOTAL TIME (Minutes) | 25 |
| Non-Time Based Interventions | |
| Group Therapy (Minutes) | 15 |
| Non-Time-Based Intervention TOTAL TIME ( Minutes) | 15 |
| Theraputic Interventions | |
| TOTAL TIME Therapy Provided (Minutes) | 40 |
| Treatment Outcome/Comments | Patient tolerated 45 min session, decreased pain noted at beginning of session with deep water hang. and able to manage pain with intermittant rest and decompression in deep water and transitioning between UE and LE therex. Patient stated at end of session that pain elevated slightly after session but reported a decrease in stiffness. |
| Pain Re-Assessment | |
| Intensity | 8 |
| POC | |
| Status | POC Reviewed and In Progress |
| Other/Comments | Con't with POC |

Document 03/28/23 11:25 SM (Rec: 03/28/23 11:28 SM WCMINIPC011)

OT/PT Adult Progress Notes

| | |
|---|---|
| Problem(s) | |
| Problem List | Decreased ADL Function, Decreased Endurance,Decreased Flexibility,Decreased Function ,Decreased Passive ROM, Decreased Strength,Impaired Posture,Pain,Pain with Decreased Activity |
| Comments | 03/23/2023 Re-assessment: Patient is a 55 year old female who arrives with reports of fibromyalgia with mostly left knee pain and left elbow pain. PMH includes possible CRPS of left elbow that is unresolved. She has attended 5 pool sessions since initial evaluation and reports improved endurance and activity tolerance. She continues to demonstrate decreased BUE and BLE strength worse on left compared to |

Continued on Page 20

KNIGHT,AMY RAY
**Fac:** Woman's Hospital **Loc:** Physical Therapy **Bed:** -
55 F **Med Rec Num:** M00329686 **Visit:** V092200377

Documented Interventions - Continued

| | |
|---|---|
| | right, pain and difficulty with ADL's, pain with light touch, and decreased knowledge of an appropriate HEP. She would benefit from skilled aquatic PT to address these deficits to help decrease pain and improve function. |
| Subjective Data | |
| Patient Concerns | Patient stated that she is feeling better with therapy. |
| Patient Goals | decrease pain |
| Patient Goal Status | In Progress |
| Pain Assessment | |
| Left elbow | |
| Intensity | 6 |
| Quality | Aching,Throbbing |
| Left knee | |
| Intensity | 6 |
| Quality | Aching |
| Pain Goal | |
| Pain Goal | 2 |
| Clinical Findings | |
| Clinical Findings | slow cadence with gait forward flexed posture rounded shoulders |
| Therapies | |
| *See THERAPY FLOWSHEET(s) for specific ongoing details* | |
| Therapeutic Procedures | Aquatic Exercise |
| Plan of Care | |
| Recommended Therapy | Physical Therapy |
| Plan of Care | Therapeutic Activity, Therapeutic Exercise,Aquatic Therapy,Manual Treatment, Modalities,Self Management, Home Exercise Program,Patient Education,Neuromuscular Reeducation |
| POC Short Term Goals | |
| GOAL #1 | Patient will be independent with HEP. |
| Goal Status | In Progress |
| GOAL #2 | Patient will report walking 30 minutes with no more than 2/ 10. |
| Goal Status | In Progress |
| GOAL #3 | Patient will transition from aquatic PT to land based PT. |
| Goal Status | In Progress |
| STG Frequency:/Week | 2 |
| STG Duration:/Weeks | 3 |
| Comment | continue with unmet goals |

Continued on Page 21

KNIGHT,AMY RAY

**Fac:** Woman's Hospital **Loc:**Physical Therapy **Bed:**-

55 F **Med Rec Num:**M00329686 **Visit:**V092200377

Documented Interventions - Continued

| | |
|---|---|
| POC Long Term Goals | |
| GOAL #1 | Patient will report walking 60 minutes with no more than 2/ 10. |
| Goal Status | In Progress |
| GOAL #2 | Patient will report no falls. |
| Goal Status | In Progress |
| GOAL #3 | Patient will improve BUE and BLE strength to 4/5. |
| Goal Status | In Progress |
| LTG Frequency:/Week | 2 |
| LTG Duration:/Weeks | 12 |
| Education | |
| Discharge Planning Topics | Home Program |
| Describe Other | HEP including desentisization, hip ER stretch, hamstring stretch |
| Teaching Method | Verbal Instruction,Written Instruction |
| Teaching Comments | Specific Diagnosis/Disease Related Information,Home Exercise Program Information, Procedure Related Material |
| Outcome | Verbalizes Understanding, Returned Demonstration,Needs Follow Up,Needs Reinforcement |
| Treatment | |
| Time In | 10:00 |
| Time Out | 10:45 |
| Time-Based Services Provided | |
| Aquatic Training (Minutes) | 40 |
| Time-Based Service TOTAL TIME (Minutes) | 40 |
| Theraputic Interventions | |
| TOTAL TIME Therapy Provided (Minutes) | 40 |
| Treatment Outcome/Comments | Tolerated 40 min of therex, with slight increase in therex performed. Verbal cues for proper posture and technique throughout session. Continued report of increased joint pain with repition but decreased report of overall stiffness. Patient does state that pain is slightly elevated after session. |
| Pain Re-Assessment | |
| Intensity | 8 |
| POC | |
| Status | POC Reviewed and In Progress |
| Other/Comments | Updated POC, addressed goals, discussed with PTA. Continue 2x/week for 3 weeks in pool then possible transition to |

Continued on Page 22

**KNIGHT,AMY RAY**
**Fac:** Woman's Hospital **Loc:**Physical Therapy **Bed:**-
55 F **Med Rec Num:**M00329686 **Visit:**V092200377

Documented Interventions - Continued

land if tolerable.

Document 03/30/23 09:48 SM (Rec: 03/30/23 09:55 SM WCFITUPST1)
OT/PT Adult Progress Notes
Problem(s)
Problem List: Decreased ADL Function, Decreased Endurance,Decreased Flexibility,Decreased Function ,Decreased Passive ROM, Decreased Strength,Impaired Posture,Pain,Pain with Decreased Activity

Comments: 03/23/2023 Re-assessment: Patient is a 55 year old female who arrives with reports of fibromyalgia with mostly left knee pain and left elbow pain. PMH includes possible CRPS of left elbow that is unresolved. She has attended 5 pool sessions since initial evaluation and reports improved endurance and activity tolerance. She continues to demonstrate decreased BUE and BLE strength worse on left compared to right, pain and difficulty with ADL's, pain with light touch, and decreased knowledge of an appropriate HEP. She would benefit from skilled aquatic PT to address these deficits to help decrease pain and improve function.

Subjective Data
Patient Concerns: Patient reported that she is feeling better today than she was yesterday.
Patient Goals: decrease pain
Patient Goal Status: In Progress

Pain Assessment
Left elbow
Intensity: 5
Quality: Aching,Throbbing
Left knee
Intensity: 5
Quality: Aching

Pain Goal
Pain Goal: 2

Clinical Findings
Clinical Findings: forward head posture
slow cadence with therex

Therapies

Continued on Page 23

**KNIGHT,AMY RAY**

**Fac:** Woman's Hospital **Loc:**Physical Therapy **Bed:**-

55 F **Med Rec Num:**M00329686 **Visit:**V092200377

Documented Interventions - Continued

*See THERAPY FLOWSHEET(s) for specific ongoing details*

| | |
|---|---|
| Therapeutic Procedures | Aquatic Exercise |
| Plan of Care | |
| Recommended Therapy | Physical Therapy |
| Plan of Care | Therapeutic Activity, Therapeutic Exercise,Aquatic Therapy,Manual Treatment, Modalities,Self Management, Home Exercise Program,Patient Education,Neuromuscular Reeducation |
| POC Short Term Goals | |
| GOAL #1 | Patient will be independent with HEP. |
| Goal Status | In Progress |
| GOAL #2 | Patient will report walking 30 minutes with no more than 2/ 10. |
| Goal Status | In Progress |
| GOAL #3 | Patient will transition from aquatic PT to land based PT. |
| Goal Status | In Progress |
| STG Frequency:/Week | 2 |
| STG Duration:/Weeks | 3 |
| Comment | continue with unmet goals |
| POC Long Term Goals | |
| GOAL #1 | Patient will report walking 60 minutes with no more than 2/ 10. |
| Goal Status | In Progress |
| GOAL #2 | Patient will report no falls. |
| Goal Status | In Progress |
| GOAL #3 | Patient will improve BUE and BLE strength to 4/5. |
| Goal Status | In Progress |
| LTG Frequency:/Week | 2 |
| LTG Duration:/Weeks | 12 |
| Education | |
| Discharge Planning Topics | Home Program |
| Describe Other | HEP including desentisization, hip ER stretch, hamstring stretch |
| Teaching Method | Verbal Instruction,Written Instruction |
| Teaching Comments | Specific Diagnosis/Disease Related Information,Home Exercise Program Information, Procedure Related Material |
| Outcome | Verbalizes Understanding, Returned Demonstration,Needs Follow Up,Needs Reinforcement |
| Treatment | |

Continued on Page 24

**KNIGHT, AMY RAY**
**Fac:** Woman's Hospital **Loc:** Physical Therapy **Bed:** -
55 F **Med Rec Num:** M00329686 **Visit:** V092200377

Documented Interventions - Continued

| | |
|---|---|
| Time In | 09:20 |
| Time Out | 10:00 |
| Time-Based Services Provided | |
| Aquatic Training (Minutes) | 40 |
| Time-Based Service TOTAL TIME (Minutes) | 40 |
| Theraputic Interventions | |
| TOTAL TIME Therapy Provided (Minutes) | 40 |
| Treatment Outcome/Comments | Able to perform all LE therex today, increased endurance noted during session. Patient still reports increased pain in left elbow throughout session. Verbal cues for proper posture and possible modifications to attempt to work in a pain free range. |
| Pain Re-Assessment | |
| Intensity | 8 |
| POC | |
| Status | POC Reviewed and In Progress |
| Other/Comments | Updated POC, addressed goals, discussed with PTA. Continue 2x/week for 3 weeks in pool then possible transition to land if tolerable. |

Edit Result 03/30/23 09:48 SM (Rec: 03/30/23 09:55 SM WCFITUPST1)

OT/PT Adult Progress Notes

| | |
|---|---|
| POC | |
| Other/Comments | Updated POC, addressed goals, discussed with PTA Continue 2x /week for 3 weeks in pool then possible transition to land if tolerable. |

Edit Result 03/30/23 09:48 SM (Rec: 03/30/23 10:04 SM WCFITUPST1)

OT/PT Adult Progress Notes

| | |
|---|---|
| Theraputic Interventions | |
| Treatment Outcome/Comments | Able to perform all LE therex today, increased endurance noted during session. Patient still reports increased pain in left elbow throughout session. Verbal cues for proper posture and possible modifications to attempt to work in a pain free range. Reports a slight increase in pain after session and a delay overall from onset of pain and her pain "tremors"in her hands today. |
| Pain Re-Assessment | |
| Intensity | 7 |
| POC | |

Continued on Page 25

**KNIGHT,AMY RAY**
**Fac:** Woman's Hospital **Loc:** Physical Therapy **Bed:** -
55 F **Med Rec Num:** M00329686 **Visit:** V092200377

Documented Interventions - Continued

| | |
|---|---|
| Other/Comments | Continue 2x/week for 3 weeks in pool then possible transition to land if tolerable. |

Edit Result 03/30/23 09:48 SM (Rec: 03/30/23 14:44 SM WCMINIPC011)
OT/PT Adult Progress Notes
Time-Based Services Provided

| | |
|---|---|
| Aquatic Training (Minutes) | 25 |
| Time-Based Service TOTAL TIME (Minutes) | 25 |

Non-Time Based Interventions

| | |
|---|---|
| Group Therapy (Minutes) | 20 |
| Non-Time-Based Intervention TOTAL TIME ( Minutes) | 20 |

Theraputic Interventions

| | |
|---|---|
| TOTAL TIME Therapy Provided (Minutes) | 45 |

Document 04/04/23 10:39 SM (Rec: 04/04/23 10:52 SM WCFITUPST1)
OT/PT Adult Progress Notes
Problem(s)

| | |
|---|---|
| Problem List | Decreased ADL Function, Decreased Endurance,Decreased Flexibility,Decreased Function ,Decreased Passive ROM, Decreased Strength,Impaired Posture,Pain,Pain with Decreased Activity |
| Comments | 03/23/2023 Re-assessment: Patient is a 55 year old female who arrives with reports of fibromyalgia with mostly left knee pain and left elbow pain. PMH includes possible CRPS of left elbow that is unresolved. She has attended 5 pool sessions since initial evaluation and reports improved endurance and activity tolerance. She continues to demonstrate decreased BUE and BLE strength worse on left compared to right, pain and difficulty with ADL's, pain with light touch, and decreased knowledge of an appropriate HEP. She would benefit from skilled aquatic PT to address these deficits to help decrease pain and improve function. |

Subjective Data

| | |
|---|---|
| Patient Concerns | Patient reported her pain is a 8/10 upon arrival to treatment session. |
| Patient Goals | decrease pain |

Continued on Page 26

**KNIGHT,AMY RAY**
**Fac:** Woman's Hospital **Loc:**Physical Therapy **Bed:**-
55 F **Med Rec Num:**M00329686 **Visit:**V092200377

Documented Interventions - Continued

| | |
|---|---|
| Patient Goal Status | In Progress |
| Pain Assessment | |
| Left elbow | |
| Intensity | 8 |
| Quality | Aching,Throbbing |
| Left knee | |
| Intensity | 8 |
| Quality | Aching |
| Pain Goal | |
| Pain Goal | 2 |
| Clinical Findings | |
| Clinical Findings | forward head posture<br>slow cadence with therex |
| Therapies | |
| *See THERAPY FLOWSHEET(s) for specific ongoing details* | |
| Therapeutic Procedures | Aquatic Exercise |
| Plan of Care | |
| Recommended Therapy | Physical Therapy |
| Plan of Care | Therapeutic Activity, Therapeutic Exercise,Aquatic Therapy,Manual Treatment, Modalities,Self Management, Home Exercise Program,Patient Education,Neuromuscular Reeducation |
| POC Short Term Goals | |
| GOAL #1 | Patient will be independent with HEP. |
| Goal Status | In Progress |
| GOAL #2 | Patient will report walking 30 minutes with no more than 2/ 10. |
| Goal Status | In Progress |
| GOAL #3 | Patient will transition from aquatic PT to land based PT. |
| Goal Status | In Progress |
| STG Frequency:/Week | 2 |
| STG Duration:/Weeks | 3 |
| Comment | continue with unmet goals |
| POC Long Term Goals | |
| GOAL #1 | Patient will report walking 60 minutes with no more than 2/ 10. |
| Goal Status | In Progress |
| GOAL #2 | Patient will report no falls. |
| Goal Status | In Progress |
| GOAL #3 | Patient will improve BUE and BLE strength to 4/5. |
| Goal Status | In Progress |
| LTG Frequency:/Week | 2 |
| LTG Duration:/Weeks | 12 |
| Education | |

Continued on Page 27

**KNIGHT,AMY RAY**

**Fac:** Woman's Hospital **Loc:**Physical Therapy **Bed:**-

55 F **Med Rec Num:**M00329686 **Visit:**V092200377

Documented Interventions - Continued

| | |
|---|---|
| Discharge Planning Topics | Home Program |
| Describe Other | HEP including desentisization, hip ER stretch, hamstring stretch |
| Teaching Method | Verbal Instruction,Written Instruction |
| Teaching Comments | Specific Diagnosis/Disease Related Information,Home Exercise Program Information, Procedure Related Material |
| Outcome | Verbalizes Understanding, Returned Demonstration,Needs Follow Up,Needs Reinforcement |
| Treatment | |
| Time In | 09:21 |
| Time Out | 10:03 |
| Time-Based Services Provided | |
| Aquatic Training (Minutes) | 42 |
| Time-Based Service TOTAL TIME (Minutes) | 42 |
| Theraputic Interventions | |
| TOTAL TIME Therapy Provided (Minutes) | 42 |
| Treatment Outcome/Comments | Patient demonstrated fair tolerance to therex session. Required fewer verbal cues for proper posture and therex technique than previous session. Patient notes increased pain to a 9/10 during session, which was addressed with guiding patient into supine float position to relieve pain and encourage relaxation, in which patient demonstrated good response. Patient reports a decrease in pain following session. |
| Pain Re-Assessment | |
| Intensity | 6 |
| POC | |
| Status | POC Reviewed and In Progress |
| Other/Comments | Continue 2x/week for 3 weeks in pool then possible transition to land if tolerable. |

Edit Result 04/04/23 10:39 SM (Rec: 04/04/23 13:39 SM WCMINIPC011)

OT/PT Adult Progress Notes

| | |
|---|---|
| POC | |
| Other/Comments | Continue 2x/week for 3 weeks in pool then possible transition to land if tolerable |

Edit Result 04/04/23 10:39 SM (Rec: 04/04/23 16:19 SM WCMINIPC011)

OT/PT Adult Progress Notes

Continued on Page 28

This is the patient's legal medical record.

**KNIGHT,AMY RAY**
**Fac:** Woman's Hospital **Loc:**Physical Therapy **Bed:**-
55 F **Med Rec Num:**M00329686 **Visit:**V092200377

Documented Interventions - Continued
Theraputic Interventions
Treatment Outcome/Comments: Patient demonstrated fair tolerance to therex session. Required fewer verbal cues for proper posture and therex technique than previous session. Patient notes increased pain to a 9/10 during session, which was addressed with guiding patient into supine float position to relieve pain and encourage relaxation, in which patient demonstrated good response. Patient reports a decrease in pain following session.
Written by: Chandler Simpson, SPTA
Reviewed and Supervised by : Sheree McAllister, PTA

Document 04/06/23 11:17 SM (Rec: 04/06/23 11:25 SM WCFITUPST1)
OT/PT Adult Progress Notes
Problem(s)
Problem List: Decreased ADL Function, Decreased Endurance,Decreased Flexibility,Decreased Function ,Decreased Passive ROM, Decreased Strength,Impaired Posture,Pain,Pain with Decreased Activity
Comments: 03/23/2023 Re-assessment: Patient is a 55 year old female who arrives with reports of fibromyalgia with mostly left knee pain and left elbow pain. PMH includes possible CRPS of left elbow that is unresolved. She has attended 5 pool sessions since initial evaluation and reports improved endurance and activity tolerance. She continues to demonstrate decreased BUE and BLE strength worse on left compared to right, pain and difficulty with ADL's, pain with light touch, and decreased knowledge of an appropriate HEP. She would benefit from skilled aquatic PT to address these deficits to help decrease pain and improve function.

Continued on Page 29

**KNIGHT,AMY RAY**
**Fac:** Woman's Hospital **Loc:** Physical Therapy **Bed:** -
55 F **Med Rec Num:** M00329686 **Visit:** V092200377

Documented Interventions - Continued

| | |
|---|---|
| Subjective Data | |
| Patient Concerns | Patient notes that she had increased pain yesterday following previous session, and that today her pain is an 8/10. |
| Patient Goals | decrease pain |
| Patient Goal Status | In Progress |
| Pain Assessment | |
| Left elbow | |
| Intensity | 8 |
| Quality | Aching,Throbbing |
| Left knee | |
| Intensity | 8 |
| Quality | Aching |
| Pain Goal | |
| Pain Goal | 2 |
| Clinical Findings | |
| Clinical Findings | slow cadence with therex increased pain with hamstring stretch bilaterally. |
| Therapies | |
| *See THERAPY FLOWSHEET(s) for specific ongoing details* | |
| Therapeutic Procedures | Aquatic Exercise |
| Plan of Care | |
| Recommended Therapy | Physical Therapy |
| Plan of Care | Therapeutic Activity, Therapeutic Exercise,Aquatic Therapy,Manual Treatment, Modalities,Self Management, Home Exercise Program,Patient Education,Neuromuscular Reeducation |
| POC Short Term Goals | |
| GOAL #1 | Patient will be independent with HEP. |
| Goal Status | In Progress |
| GOAL #2 | Patient will report walking 30 minutes with no more than 2/10. |
| Goal Status | In Progress |
| GOAL #3 | Patient will transition from aquatic PT to land based PT. |
| Goal Status | In Progress |
| STG Frequency:/Week | 2 |
| STG Duration:/Weeks | 3 |
| Comment | continue with unmet goals |
| POC Long Term Goals | |
| GOAL #1 | Patient will report walking 60 minutes with no more than 2/10. |
| Goal Status | In Progress |

Continued on Page 30

**KNIGHT,AMY RAY**
**Fac:** Woman's Hospital **Loc:**Physical Therapy **Bed:**-
55 F **Med Rec Num:**M00329686 **Visit:**V092200377

Documented Interventions - Continued

| | |
|---|---|
| GOAL #2 | Patient will report no falls. |
| Goal Status | In Progress |
| GOAL #3 | Patient will improve BUE and BLE strength to 4/5. |
| Goal Status | In Progress |
| LTG Frequency:/Week | 2 |
| LTG Duration:/Weeks | 12 |
| Education | |
| Discharge Planning Topics | Home Program |
| Describe Other | HEP including desentisization, hip ER stretch, hamstring stretch |
| Teaching Method | Verbal Instruction,Written Instruction |
| Teaching Comments | Specific Diagnosis/Disease Related Information,Home Exercise Program Information, Procedure Related Material |
| Outcome | Verbalizes Understanding, Returned Demonstration,Needs Follow Up,Needs Reinforcement |
| Treatment | |
| Time In | 09:21 |
| Time Out | 10:03 |
| Time-Based Services Provided | |
| Aquatic Training (Minutes) | 10 |
| Time-Based Service TOTAL TIME (Minutes) | 10 |
| Non-Time Based Interventions | |
| Group Therapy (Minutes) | 28 |
| Non-Time-Based Intervention TOTAL TIME ( Minutes) | 28 |
| Theraputic Interventions | |
| TOTAL TIME Therapy Provided (Minutes) | 38 |
| Treatment Outcome/Comments | Patient continues to tolerate therex session fairly. Continues to require verbal cues for proper therex technique and posture. Patient demonstrated increase in pain with hamstring stretch as observed by slight grimacing. Pain was addressed with increased time in deep water hang. No reports of increased pain following session, though notable increase in bilateral hand tremors. Written by: Chandler Simpson, SPTA Reviewed and Supervised by : Sheree McAllister, PTA |
| Pain Re-Assessment | |
| Intensity | 8 |

Continued on Page 31

**KNIGHT,AMY RAY**
**Fac:** Woman's Hospital **Loc:**Physical Therapy **Bed:**-
55 F **Med Rec Num:**M00329686 **Visit:**V092200377

Documented Interventions - Continued

POC
Status: POC Reviewed and In Progress
Other/Comments: Continue 2x/week for 3 weeks in pool then possible transition to land if tolerable

Document 04/11/23 10:32 SM (Rec: 04/11/23 10:41 SM WCFITUPST1)
OT/PT Adult Progress Notes
Problem(s)
Problem List: Decreased ADL Function, Decreased Endurance,Decreased Flexibility,Decreased Function ,Decreased Passive ROM, Decreased Strength,Impaired Posture,Pain,Pain with Decreased Activity
Comments: 03/23/2023 Re-assessment: Patient is a 55 year old female who arrives with reports of fibromyalgia with mostly left knee pain and left elbow pain. PMH includes possible CRPS of left elbow that is unresolved. She has attended 5 pool sessions since initial evaluation and reports improved endurance and activity tolerance. She continues to demonstrate decreased BUE and BLE strength worse on left compared to right, pain and difficulty with ADL's, pain with light touch, and decreased knowledge of an appropriate HEP. She would benefit from skilled aquatic PT to address these deficits to help decrease pain and improve function.
Subjective Data
Patient Concerns: Patient reported that her pain is an 8/10 today. She stated that she can walk for approx. 30 min but her pain is elevated to a 5/10 after about 15 min.
Patient Goals: decrease pain
Patient Goal Status: In Progress
Pain Assessment
Left elbow
Intensity: 8
Quality: Aching,Throbbing
Left knee

Continued on Page 32

**KNIGHT,AMY RAY**
**Fac:** Woman's Hospital **Loc:** Physical Therapy **Bed:** -
55 F **Med Rec Num:** M00329686 **Visit:** V092200377

Documented Interventions - Continued

| | |
|---|---|
| Intensity | 8 |
| Quality | Aching |
| Pain Goal | |
| Pain Goal | 2 |
| Clinical Findings | |
| Clinical Findings | slow cadence with therex decreased ROM with therex UE and LE secondary to report of intermittant pain at joints |
| Therapies | |
| *See THERAPY FLOWSHEET(s) for specific ongoing details* | |
| Therapeutic Procedures | Aquatic Exercise |
| Plan of Care | |
| Recommended Therapy | Physical Therapy |
| Plan of Care | Therapeutic Activity, Therapeutic Exercise,Aquatic Therapy,Manual Treatment, Modalities,Self Management, Home Exercise Program,Patient Education,Neuromuscular Reeducation |
| POC Short Term Goals | |
| GOAL #1 | Patient will be independent with HEP. |
| Goal Status | In Progress |
| GOAL #2 | Patient will report walking 30 minutes with no more than 2/ 10. |
| Goal Status | In Progress |
| GOAL #3 | Patient will transition from aquatic PT to land based PT. |
| Goal Status | In Progress |
| STG Frequency:/Week | 2 |
| STG Duration:/Weeks | 3 |
| Comment | continue with unmet goals |
| POC Long Term Goals | |
| GOAL #1 | Patient will report walking 60 minutes with no more than 2/ 10. |
| Goal Status | In Progress |
| GOAL #2 | Patient will report no falls. |
| Goal Status | In Progress |
| GOAL #3 | Patient will improve BUE and BLE strength to 4/5. |
| Goal Status | In Progress |
| LTG Frequency:/Week | 2 |
| LTG Duration:/Weeks | 12 |
| Education | |
| Discharge Planning Topics | Home Program |
| Describe Other | HEP including desentisization, hip ER stretch, hamstring stretch |

Continued on Page 33

This is the patient's legal medical record.

**KNIGHT, AMY RAY**
**Fac:** Woman's Hospital **Loc:** Physical Therapy **Bed:** -
55 F **Med Rec Num:** M00329686 **Visit:** V092200377

Documented Interventions - Continued

| | |
|---|---|
| Teaching Method | Verbal Instruction, Written Instruction |
| Teaching Comments | Specific Diagnosis/Disease Related Information, Home Exercise Program Information, Procedure Related Material |
| Outcome | Verbalizes Understanding, Returned Demonstration, Needs Follow Up, Needs Reinforcement |
| Treatment | |
| Time In | 09:15 |
| Time Out | 10:00 |
| Time-Based Services Provided | |
| Aquatic Training (Minutes) | 20 |
| Time-Based Service TOTAL TIME (Minutes) | 20 |
| Non-Time Based Interventions | |
| Group Therapy (Minutes) | 25 |
| Non-Time-Based Intervention TOTAL TIME ( Minutes) | 25 |
| Theraputic Interventions | |
| TOTAL TIME Therapy Provided (Minutes) | 45 |
| Treatment Outcome/Comments | Patient continues to tolerate therex session fairly. Continued need for verbal cues for proper therex technique and posture to modify for tolerance. Tolerated slight increase in resistance with addition of gloves for UE therex with slow cadence. No reports of increased pain following session. |
| Pain Re-Assessment | |
| Intensity | 8 |
| POC | |
| Status | POC Reviewed and In Progress |
| Other/Comments | R/A with PT next visit |

Document 04/20/23 10:55 SS (Rec: 04/20/23 10:59 SS WELLCLPTP4)

OT/PT Adult Progress Notes

| | |
|---|---|
| Problem(s) | |
| Problem List | Decreased ADL Function, Decreased Endurance, Decreased Flexibility, Decreased Function , Decreased Passive ROM, Decreased Strength, Impaired Posture, Pain, Pain with Decreased Activity |
| Comments | 04/17/2023 Re-assessment: Patient is a 55 year old female who arrives with reports of fibromyalgia with mostly left knee pain and left elbow pain. MRI of left knee |

Continued on Page 34

KNIGHT,AMY RAY
**Fac:** Woman's Hospital **Loc:** Physical Therapy **Bed:** -
55 F **Med Rec Num:** M00329686 **Visit:** V092200377

Documented Interventions - Continued

| | |
|---|---|
| | unremarkable. PMH includes possible CRPS of left elbow that is unresolved. She has attended 5 pool sessions since last reassessment and reports improved endurance and activity tolerance. She continues to demonstrate decreased BUE and BLE strength worse on left compared to right, pain and difficulty with ADL's, pain with light touch, and decreased knowledge of an appropriate HEP. She would benefit from skilled aquatic PT to address these deficits to help decrease pain and improve function. |
| Subjective Data | |
| Patient Concerns | Patient reports sore after last session but okay, rates her pain as 7/10. |
| Patient Goals | decrease pain |
| Patient Goal Status | In Progress |
| Pain Assessment | |
| Left elbow | |
| Intensity | 7 |
| Quality | Aching, Throbbing |
| Left knee | |
| Intensity | 7 |
| Quality | Aching |
| Pain Goal | |
| Pain Goal | 2 |
| Clinical Findings | |
| Clinical Findings | continued rest breaks after exercises |
| Therapies | |
| *See THERAPY FLOWSHEET(s) for specific ongoing details* | |
| Therapeutic Procedures | Aquatic Exercise |
| Plan of Care | |
| Recommended Therapy | Physical Therapy |
| Plan of Care | Therapeutic Activity, Therapeutic Exercise, Aquatic Therapy, Manual Treatment, Modalities, Self Management, Home Exercise Program, Patient Education, Neuromuscular Reeducation |
| POC Short Term Goals | |
| GOAL #1 | Patient will be independent with HEP. |
| Goal Status | In Progress |

Continued on Page 35

**KNIGHT,AMY RAY**
**Fac:** Woman's Hospital **Loc:**Physical Therapy **Bed:**-
55 F **Med Rec Num:**M00329686 **Visit:**V092200377

Documented Interventions - Continued

| | |
|---|---|
| GOAL #2 | Patient will report walking 30 minutes with no more than 2/10. |
| Goal Status | In Progress |
| GOAL #3 | Patient will transition from aquatic PT to land based PT. |
| Goal Status | In Progress |
| STG Frequency:/Week | 2 |
| STG Duration:/Weeks | 3 |
| Comment | continue with unmet goals |
| POC Long Term Goals | |
| GOAL #1 | Patient will report walking 60 minutes with no more than 2/10. |
| Goal Status | In Progress |
| GOAL #2 | Patient will report no falls. |
| Goal Status | Met |
| GOAL #3 | Patient will improve BUE and BLE strength to 4/5. |
| Goal Status | In Progress |
| LTG Frequency:/Week | 2 |
| LTG Duration:/Weeks | 12 |
| Education | |
| Discharge Planning Topics | Home Program |
| Describe Other | HEP including desentisization, hip ER stretch, hamstring stretch |
| Teaching Method | Verbal Instruction,Written Instruction |
| Teaching Comments | Specific Diagnosis/Disease Related Information,Home Exercise Program Information, Procedure Related Material |
| Outcome | Verbalizes Understanding, Returned Demonstration,Needs Follow Up,Needs Reinforcement |
| Treatment | |
| Time In | 08:30 |
| Time Out | 09:15 |
| Time-Based Services Provided | |
| Theraputic Exercise (Minutes) | 40 |
| Time-Based Service TOTAL TIME (Minutes) | 40 |
| Theraputic Interventions | |
| TOTAL TIME Therapy Provided (Minutes) | 40 |
| Treatment Outcome/Comments | Patient was able to tolerate increase reps but required frequent rest breaks and lumbar decompression at times. Patient continued to have slow juttery movements as she fatigues. Continue to progress as tolerated, awaiting insurance approval for more |

Continued on Page 36

**KNIGHT, AMY RAY**
**Fac:** Woman's Hospital **Loc:** Physical Therapy **Bed:** -
55 F **Med Rec Num:** M00329686 **Visit:** V092200377

Documented Interventions - Continued

| | |
|---|---|
| | visits. |
| Pain Re-Assessment | |
| Intensity | 8 |
| POC | |
| Status | POC Reviewed and In Progress |
| Other/Comments | Updated POC, requesting additional visits for 12 PT sessions combination of pool then progress to land if able. |

Document 05/03/23 13:14 SM (Rec: 05/03/23 13:39 SM WCMINIPC011)

OT/PT Adult Progress Notes

| | |
|---|---|
| Problem(s) | |
| Problem List | Decreased ADL Function, Decreased Endurance, Decreased Flexibility, Decreased Function , Decreased Passive ROM, Decreased Strength, Impaired Posture, Pain, Pain with Decreased Activity |
| Comments | 04/17/2023 Re-assessment: Patient is a 55 year old female who arrives with reports of fibromyalgia with mostly left knee pain and left elbow pain. MRI of left knee unremarkable. PMH includes possible CRPS of left elbow that is unresolved. She has attended 5 pool sessions since last reassessment and reports improved endurance and activity tolerance. She continues to demonstrate decreased BUE and BLE strength worse on left compared to right, pain and difficulty with ADL's, pain with light touch, and decreased knowledge of an appropriate HEP. She would benefit from skilled aquatic PT to address these deficits to help decrease pain and improve function. |
| Subjective Data | |
| Patient Concerns | Patient stated that she can feel the differance in her joints from her time off from therapy. |
| Patient Goals | decrease pain |
| Patient Goal Status | In Progress |
| Pain Assessment | |
| Left elbow | |
| Intensity | 8 |

Continued on Page 37

**KNIGHT, AMY RAY**
**Fac:** Woman's Hospital **Loc:** Physical Therapy **Bed:** -
55 F **Med Rec Num:** M00329686 **Visit:** V092200377

Documented Interventions - Continued

| | |
|---|---|
| Quality | Aching, Throbbing |
| Left knee | |
| Intensity | 8 |
| Quality | Aching |
| Pain Goal | |
| Pain Goal | 2 |
| Clinical Findings | |
| Clinical Findings | REst breaks required between therex increased fatigue |
| Therapies | |
| *See THERAPY FLOWSHEET(s) for specific ongoing details* | |
| Therapeutic Procedures | Aquatic Exercise |
| Plan of Care | |
| Recommended Therapy | Physical Therapy |
| Plan of Care | Therapeutic Activity, Therapeutic Exercise, Aquatic Therapy, Manual Treatment, Modalities, Self Management, Home Exercise Program, Patient Education, Neuromuscular Reeducation |
| POC Short Term Goals | |
| GOAL #1 | Patient will be independent with HEP. |
| Goal Status | In Progress |
| GOAL #2 | Patient will report walking 30 minutes with no more than 2/10. |
| Goal Status | In Progress |
| GOAL #3 | Patient will transition from aquatic PT to land based PT. |
| Goal Status | In Progress |
| STG Frequency:/Week | 2 |
| STG Duration:/Weeks | 3 |
| Comment | continue with unmet goals |
| POC Long Term Goals | |
| GOAL #1 | Patient will report walking 60 minutes with no more than 2/10. |
| Goal Status | In Progress |
| GOAL #2 | Patient will report no falls. |
| Goal Status | Met |
| GOAL #3 | Patient will improve BUE and BLE strength to 4/5. |
| Goal Status | In Progress |
| LTG Frequency:/Week | 2 |
| LTG Duration:/Weeks | 12 |
| Education | |
| Discharge Planning Topics | Home Program |
| Describe Other | HEP including desentisization, hip ER stretch, hamstring |

Continued on Page 38

**KNIGHT,AMY RAY**
**Fac:** Woman's Hospital **Loc:**Physical Therapy **Bed:**-
55 F **Med Rec Num:**M00329686 **Visit:**V092200377

Documented Interventions - Continued

| | |
|---|---|
| | stretch |
| Teaching Method | Verbal Instruction,Written Instruction |
| Teaching Comments | Specific Diagnosis/Disease Related Information,Home Exercise Program Information, Procedure Related Material |
| Outcome | Verbalizes Understanding, Returned Demonstration,Needs Follow Up,Needs Reinforcement |
| Treatment | |
| Time In | 08:30 |
| Time Out | 09:15 |
| Time-Based Services Provided | |
| Theraputic Exercise (Minutes) | 40 |
| Time-Based Service TOTAL TIME (Minutes) | 40 |
| Theraputic Interventions | |
| TOTAL TIME Therapy Provided (Minutes) | 40 |
| Treatment Outcome/Comments | Patient was able perform 10 reps with both UE and LE therex with rest breaks as needed. stated that her pain did not increase after session but she was tired. |
| Pain Re-Assessment | |
| Intensity | 8 |
| POC | |
| Status | POC Reviewed and In Progress |
| Other/Comments | Updated POC, requesting additional visits for 12 PT sessions combination of pool then progress to land if able. |

Edit Result 05/03/23 13:14 SM (Rec: 05/03/23 13:41 SM WCMINIPC011)
OT/PT Adult Progress Notes

| | |
|---|---|
| Time-Based Services Provided | |
| Theraputic Exercise (Minutes) | |
| Aquatic Training (Minutes) | 15 |
| Time-Based Service TOTAL TIME (Minutes) | 15 |
| Non-Time Based Interventions | |
| Group Therapy (Minutes) | 25 |
| Non-Time-Based Intervention TOTAL TIME ( Minutes) | 25 |

Document 05/09/23 14:12 SM (Rec: 05/09/23 14:27 SM WCMINIPC011)
OT/PT Adult Progress Notes

| | |
|---|---|
| Problem(s) | |
| Problem List | Decreased ADL Function, Decreased Endurance,Decreased Flexibility,Decreased Function ,Decreased Passive ROM, Decreased Strength,Impaired Posture,Pain,Pain with Decreased Activity |
| Comments | 04/17/2023 Re-assessment: |

Continued on Page 39

**KNIGHT,AMY RAY**
**Fac:** Woman's Hospital **Loc:**Physical Therapy **Bed:**-
55 F **Med Rec Num:**M00329686 **Visit:**V092200377

Documented Interventions - Continued

| | |
|---|---|
| | Patient is a 55 year old female who arrives with reports of fibromyalgia with mostly left knee pain and left elbow pain. MRI of left knee unremarkable. PMH includes possible CRPS of left elbow that is unresolved. She has attended 5 pool sessions since last reassessment and reports improved endurance and activity tolerance. She continues to demonstrate decreased BUE and BLE strength worse on left compared to right, pain and difficulty with ADL's, pain with light touch, and decreased knowledge of an appropriate HEP. She would benefit from skilled aquatic PT to address these deficits to help decrease pain and improve function. |
| Subjective Data | |
| Patient Concerns | Patient reported that her pain is 6/10. |
| Patient Goals | decrease pain |
| Patient Goal Status | In Progress |
| Pain Assessment | |
| Left elbow | |
| Intensity | 6 |
| Quality | Aching,Throbbing |
| Left knee | |
| Intensity | 6 |
| Quality | Aching |
| Pain Goal | |
| Pain Goal | 2 |
| Clinical Findings | |
| Clinical Findings | increased endurance with therex |
| Therapies | |

*See THERAPY FLOWSHEET(s) for specific ongoing details*

| | |
|---|---|
| Therapeutic Procedures | Aquatic Exercise |
| Plan of Care | |
| Recommended Therapy | Physical Therapy |
| Plan of Care | Therapeutic Activity, Therapeutic Exercise,Aquatic Therapy,Manual Treatment, Modalities,Self Management, Home Exercise Program,Patient Education,Neuromuscular Reeducation |

Continued on Page 40

KNIGHT,AMY RAY
**Fac:** Woman's Hospital **Loc:** Physical Therapy **Bed:** -
55 F **Med Rec Num:** M00329686 **Visit:** V092200377

Documented Interventions - Continued

| | |
|---|---|
| POC Short Term Goals | |
| GOAL #1 | Patient will be independent with HEP. |
| Goal Status | In Progress |
| GOAL #2 | Patient will report walking 30 minutes with no more than 2/10. |
| Goal Status | In Progress |
| GOAL #3 | Patient will transition from aquatic PT to land based PT. |
| Goal Status | In Progress |
| STG Frequency:/Week | 2 |
| STG Duration:/Weeks | 3 |
| Comment | continue with unmet goals |
| POC Long Term Goals | |
| GOAL #1 | Patient will report walking 60 minutes with no more than 2/10. |
| Goal Status | In Progress |
| GOAL #2 | Patient will report no falls. |
| Goal Status | Met |
| GOAL #3 | Patient will improve BUE and BLE strength to 4/5. |
| Goal Status | In Progress |
| LTG Frequency:/Week | 2 |
| LTG Duration:/Weeks | 12 |
| Education | |
| Discharge Planning Topics | Home Program |
| Describe Other | HEP including desentisization, hip ER stretch, hamstring stretch |
| Teaching Method | Verbal Instruction,Written Instruction |
| Teaching Comments | Specific Diagnosis/Disease Related Information,Home Exercise Program Information, Procedure Related Material |
| Outcome | Verbalizes Understanding, Returned Demonstration,Needs Follow Up,Needs Reinforcement |
| Treatment | |
| Time In | 10:00 |
| Time Out | 10:45 |
| Time-Based Services Provided | |
| Aquatic Training (Minutes) | 25 |
| Time-Based Service TOTAL TIME (Minutes) | 25 |
| Non-Time Based Interventions | |
| Group Therapy (Minutes) | 20 |
| Non-Time-Based Intervention TOTAL TIME (Minutes) | 20 |
| Theraputic Interventions | |
| TOTAL TIME Therapy Provided (Minutes) | 45 |
| Treatment Outcome/Comments | Tolerated treatment well, |

Continued on Page 41

KNIGHT,AMY RAY
Fac: Woman's Hospital Loc:Physical Therapy Bed:-
55 F Med Rec Num:M00329686 Visit:V092200377

Documented Interventions - Continued

| | |
|---|---|
| | patient has able to complete all UE and LE therex. Patient pain increases at end of session, but she is able to complete more therex. |
| Pain Re-Assessment | |
| Intensity | 8 |
| POC | |
| Status | POC Reviewed and In Progress |
| Other/Comments | Updated POC, requesting additional visits for 12 PT sessions combination of pool then progress to land if able. |

Document 05/17/23 11:41 SP (Rec: 05/17/23 11:44 SP WCTHERPRDSK1)

OT/PT Adult Progress Notes

| | |
|---|---|
| Problem(s) | |
| Problem List | Decreased ADL Function, Decreased Endurance,Decreased Flexibility,Decreased Function ,Decreased Passive ROM, Decreased Strength,Impaired Posture,Pain,Pain with Decreased Activity |
| Comments | 04/17/2023 Re-assessment: Patient is a 55 year old female who arrives with reports of fibromyalgia with mostly left knee pain and left elbow pain. MRI of left knee unremarkable. PMH includes possible CRPS of left elbow that is unresolved. She has attended 5 pool sessions since last reassessment and reports improved endurance and activity tolerance. She continues to demonstrate decreased BUE and BLE strength worse on left compared to right, pain and difficulty with ADL's, pain with light touch, and decreased knowledge of an appropriate HEP. She would benefit from skilled aquatic PT to address these deficits to help decrease pain and improve function. |
| Subjective Data | |
| Patient Concerns | Reports pain that is close to 10/10 this morning. Had a fall on Mother's Day resulting in bruising on right foot (dorsal and plantar surfaces) and on |

Continued on Page 42

**KNIGHT,AMY RAY**
**Fac:** Woman's Hospital **Loc:**Physical Therapy **Bed:**-
55 F **Med Rec Num:**M00329686 **Visit:**V092200377

Documented Interventions - Continued

| | |
|---|---|
| | bilateral knees. |
| Patient Goals | decrease pain |
| Patient Goal Status | In Progress |
| Pain Assessment | |
| Left elbow | |
| Intensity | 9 |
| Quality | Aching,Throbbing |
| Left knee | |
| Intensity | 9 |
| Quality | Aching |
| Pain Goal | |
| Pain Goal | 2 |
| Clinical Findings | |
| Clinical Findings | hand tremors during UE exercises, improved with a break to do deep water hanging |
| Therapies | |
| *See THERAPY FLOWSHEET(s) for specific ongoing details* | |
| Therapeutic Procedures | Aquatic Exercise |
| Plan of Care | |
| Recommended Therapy | Physical Therapy |
| Plan of Care | Therapeutic Activity, Therapeutic Exercise,Aquatic Therapy,Manual Treatment, Modalities,Self Management, Home Exercise Program,Patient Education,Neuromuscular Reeducation |
| POC Short Term Goals | |
| GOAL #1 | Patient will be independent with HEP. |
| Goal Status | In Progress |
| GOAL #2 | Patient will report walking 30 minutes with no more than 2/10. |
| Goal Status | In Progress |
| GOAL #3 | Patient will transition from aquatic PT to land based PT. |
| Goal Status | In Progress |
| STG Frequency:/Week | 2 |
| STG Duration:/Weeks | 3 |
| Comment | continue with unmet goals |
| POC Long Term Goals | |
| GOAL #1 | Patient will report walking 60 minutes with no more than 2/10. |
| Goal Status | In Progress |
| GOAL #2 | Patient will report no falls. |
| Goal Status | Met |
| GOAL #3 | Patient will improve BUE and BLE strength to 4/5. |
| Goal Status | In Progress |

Continued on Page 43

KNIGHT,AMY RAY
**Fac:** Woman's Hospital **Loc:**Physical Therapy **Bed:**-
55 F **Med Rec Num:**M00329686 **Visit:**V092200377

Documented Interventions - Continued

| | |
|---|---|
| LTG Frequency:/Week | 2 |
| LTG Duration:/Weeks | 12 |
| Education | |
| Discharge Planning Topics | Home Program |
| Describe Other | HEP including desentisization, hip ER stretch, hamstring stretch |
| Teaching Method | Verbal Instruction,Written Instruction |
| Teaching Comments | Specific Diagnosis/Disease Related Information,Home Exercise Program Information, Procedure Related Material |
| Outcome | Verbalizes Understanding, Returned Demonstration,Needs Follow Up,Needs Reinforcement |
| Treatment | |
| Time In | 10:50 |
| Time Out | 11:30 |
| Time-Based Services Provided | |
| Aquatic Training (Minutes) | 15 |
| Time-Based Service TOTAL TIME (Minutes) | 15 |
| Non-Time Based Interventions | |
| Group Therapy (Minutes) | 30 |
| Non-Time-Based Intervention TOTAL TIME ( Minutes) | 30 |
| Theraputic Interventions | |
| TOTAL TIME Therapy Provided (Minutes) | 45 |
| Treatment Outcome/Comments | Tolerated treatment well today . Minimal change in symptoms after visit. |
| Pain Re-Assessment | |
| Intensity | 8 |
| POC | |
| Status | POC Reviewed and In Progress |
| Other/Comments | Reassess next visit. |

Edit Result 05/17/23 11:41 SP (Rec: 05/17/23 12:52 SP WCTHERPRDSK1)

OT/PT Adult Progress Notes

| | |
|---|---|
| Non-Time Based Interventions | |
| Group Therapy (Minutes) | 25 |
| Non-Time-Based Intervention TOTAL TIME ( Minutes) | 25 |
| Theraputic Interventions | |
| TOTAL TIME Therapy Provided (Minutes) | 40 |

Document 05/24/23 10:52 SS (Rec: 05/24/23 10:54 SS WCADTHERPC1)

OT/PT Adult Progress Notes

| | |
|---|---|
| Problem(s) | |
| Problem List | Decreased ADL Function, Decreased Endurance,Decreased Flexibility,Decreased Function ,Decreased Passive ROM, Decreased Strength,Impaired Posture,Pain,Pain with |

Continued on Page 44

Documented Interventions - Continued

| | |
|---|---|
| | Decreased Activity |
| Comments | 05/19/2023 Re-assessment (RA): Patient is a 55 year old female with initial c/o fibromyalgia, left knee pain and left elbow pain. MRI of left knee unremarkable. PMH includes possible CRPS of left elbow that is unresolved, osteoporosis. She has attended 12 pool sessions since initial eval. Pt has fallen 2x since last RA. Pt continues to demonstrate decreased BLE strength worse on left compared to right, pain with light touch, and decreased knowledge of an appropriate HEP. Pt also demonstrates impaired bilat SLB (L>R) with min-mod sway. She would benefit from continued aquatic PT to address these deficits to help decrease pain and improve function.<br>Findings:<br>MMT:<br>hip flexion: 4-/5 right; 3+/5 left (painful)<br>hip int rotation: 4-/5 right; 3/5 left<br>hip ext rotation: 4/5 right; 3 +/5 left (painful)<br>knee extension: 4+/5 right; 4/ 5 left<br>knee flexion: 4/5 right; 3+/5 left<br>SLB: 29" right; 7" left |
| Subjective Data | |
| Patient Concerns | Patient reports pain 6/10 today. She reports feeling overall still in a lot of pain . |
| Patient Goals | decrease pain |
| Patient Goal Status | In Progress |
| Pain Assessment | |
| Left elbow | |
| Intensity | 8 |
| Quality | Aching,Throbbing |
| Left knee | |
| Intensity | 8 |
| Quality | Aching |
| Pain Goal | |

Continued on Page 45

**KNIGHT,AMY RAY**
**Fac:** Woman's Hospital **Loc:**Physical Therapy **Bed:**-
55 F **Med Rec Num:**M00329686 **Visit:**V092200377

Documented Interventions - Continued

| | |
|---|---|
| Pain Goal | 2 |
| Clinical Findings | |
| Clinical Findings | hand tremors during reassessment and with supine exercises |
| Therapies | |
| *See THERAPY FLOWSHEET(s) for specific ongoing details* | |
| Therapeutic Procedures | Therapeutic Exercise |
| Plan of Care | |
| Recommended Therapy | Physical Therapy |
| Plan of Care | Therapeutic Activity, Therapeutic Exercise,Aquatic Therapy,Manual Treatment, Modalities,Self Management, Home Exercise Program,Patient Education,Neuromuscular Reeducation |
| POC Short Term Goals | |
| GOAL #1 | Patient will be independent with HEP. |
| Goal Status | In Progress |
| GOAL #2 | Patient will report walking 30 minutes with no more than 2/ 10. |
| Goal Status | In Progress |
| GOAL #3 | Patient will transition from aquatic PT to land based PT. |
| Goal Status | In Progress |
| STG Frequency:/Week | 2 |
| STG Duration:/Weeks | 3 |
| Comment | continue with unmet goals |
| POC Long Term Goals | |
| GOAL #1 | Patient will report walking 60 minutes with no more than 2/ 10. |
| Goal Status | In Progress |
| GOAL #2 | Patient will report no falls. |
| Goal Status | In Progress |
| GOAL #3 | Patient will improve BUE and BLE strength to 4/5. |
| Goal Status | In Progress |
| LTG Frequency:/Week | 2 |
| LTG Duration:/Weeks | 20 |
| Comment | extended POC by another 8wks d /t slow progress to goals |
| Education | |
| Discharge Planning Topics | Home Program |
| Describe Other | HEP including desentisization, hip ER stretch, hamstring stretch |
| Teaching Method | Verbal Instruction,Written Instruction |

Continued on Page 46

**KNIGHT,AMY RAY**
**Fac:** Woman's Hospital **Loc:**Physical Therapy **Bed:**-
55 F **Med Rec Num:**M00329686 **Visit:**V092200377

Documented Interventions - Continued

| | |
|---|---|
| Teaching Comments | Specific Diagnosis/Disease Related Information,Home Exercise Program Information |
| Describe Other | - Issued and reviewed contents of bone health booklet. Educated and instructed pt in supine exercises in booklet for HEP. Recommended pt to increase walking frequency to 3x/wk and monitor her symptoms , if no increase in symptoms then increase to 4x/wk. |
| Outcome | Verbalizes Understanding, Returned Demonstration,Needs Follow Up,Needs Reinforcement |
| Treatment | |
| Time In | 07:45 |
| Time Out | 08:40 |
| Time-Based Services Provided | |
| Theraputic Exercise (Minutes) | 20 |
| Self-Management (Minutes) | 15 |
| Time-Based Service TOTAL TIME (Minutes) | 35 |
| Non-Time Based Interventions | |
| Group Therapy (Minutes) | 25 |
| Non-Time-Based Intervention TOTAL TIME ( Minutes) | 25 |
| Theraputic Interventions | |
| TOTAL TIME Therapy Provided (Minutes) | 35 |
| Treatment Outcome/Comments | Pt required increased number of rest breaks between testing during RA and exercises completed today. Pt reported increased pain and demonstrated increased UE tremors with Nustep after 2 mins, discontinued exercise. |
| Pain Re-Assessment | |
| Intensity | 8 |
| POC | |
| Status | POC Reviewed and In Progress |
| Other/Comments | Cont POC of PT 2x/wk. Extended POC for another 8 wks. |

Edit Result 05/24/23 10:52 SS (Rec: 05/24/23 11:26 SS WCADTHERPC1)

OT/PT Adult Progress Notes

| | |
|---|---|
| Subjective Data | |
| Patient Concerns | Patient reports pain 6/10 today. She reports feeling overall still in a lot of pain but able to do slightly more. |
| Pain Assessment | |
| Left elbow | |
| Intensity | 6 |
| Left knee | |

Continued on Page 47

KNIGHT,AMY RAY
Fac: Woman's Hospital Loc:Physical Therapy Bed:-
55 F Med Rec Num:M00329686 Visit:V092200377

Documented Interventions - Continued

| | |
|---|---|
| Intensity | 6 |
| Clinical Findings | |
| Clinical Findings | tolerate slight increase in reps |
| Treatment | |
| Time In | 08:35 |
| Time Out | 09:15 |
| Time-Based Services Provided | |
| Theraputic Exercise (Minutes) | |
| Self-Management (Minutes) | |
| Aquatic Training (Minutes) | 15 |
| Time-Based Service TOTAL TIME (Minutes) | 15 |
| Non-Time Based Interventions | |
| Group Therapy (Minutes) | 20 |
| Non-Time-Based Intervention TOTAL TIME ( Minutes) | 20 |
| Theraputic Interventions | |
| Treatment Outcome/Comments | Patient tolerated slight increase in reps for BUE and BLE to 12 reps. Educated on DOMS. |
| Pain Re-Assessment | |
| Intensity | 6 |

Document 06/07/23 11:03 SM (Rec: 06/07/23 11:09 SM WCFITUPST1)

OT/PT Adult Progress Notes

| | |
|---|---|
| Problem(s) | |
| Problem List | Decreased ADL Function, Decreased Endurance,Decreased Flexibility,Decreased Function ,Decreased Passive ROM, Decreased Strength,Impaired Posture,Pain,Pain with Decreased Activity |
| Comments | 05/19/2023 Re-assessment (RA): Patient is a 55 year old female with initial c/o fibromyalgia, left knee pain and left elbow pain. MRI of left knee unremarkable. PMH includes possible CRPS of left elbow that is unresolved, osteoporosis. She has attended 12 pool sessions since initial eval. Pt has fallen 2x since last RA. Pt continues to demonstrate decreased BLE strength worse on left compared to right, pain with light touch, and decreased knowledge of an appropriate HEP. Pt also demonstrates impaired bilat SLB (L>R) with min-mod sway. She would |

Continued on Page 48

**KNIGHT, AMY RAY**
**Fac:** Woman's Hospital **Loc:** Physical Therapy **Bed:** -
55 F **Med Rec Num:** M00329686 **Visit:** V092200377

Documented Interventions - Continued

| | |
|---|---|
| | benefit from continued aquatic PT to address these deficits to help decrease pain and improve function.<br>Findings:<br>MMT:<br>hip flexion: 4-/5 right; 3+/5 left (painful)<br>hip int rotation: 4-/5 right; 3/5 left<br>hip ext rotation: 4/5 right; 3 +/5 left (painful)<br>knee extension: 4+/5 right; 4/ 5 left<br>knee flexion: 4/5 right; 3+/5 left<br>SLB: 29" right; 7" left |
| Subjective Data | |
| Patient Concerns | Patient reports pain 7/10 today. Stated that she is feeling better today. |
| Patient Goals | decrease pain |
| Patient Goal Status | In Progress |
| Pain Assessment | |
| Left elbow | |
| Intensity | 7 |
| Quality | Aching, Throbbing |
| Left knee | |
| Intensity | 7 |
| Quality | Aching |
| Pain Goal | |
| Pain Goal | 2 |
| Clinical Findings | |
| Clinical Findings | slow cadence with gait |
| Therapies | |

*See THERAPY FLOWSHEET(s) for specific ongoing details*

| | |
|---|---|
| Therapeutic Procedures | Aquatic Exercise |
| Plan of Care | |
| Recommended Therapy | Physical Therapy |
| Plan of Care | Therapeutic Activity, Therapeutic Exercise, Aquatic Therapy, Manual Treatment, Modalities, Self Management, Home Exercise Program, Patient Education, Neuromuscular Reeducation |
| POC Short Term Goals | |
| GOAL #1 | Patient will be independent with HEP. |
| Goal Status | In Progress |
| GOAL #2 | Patient will report walking 30 minutes with no more than 2/ |

Continued on Page 49

**KNIGHT, AMY RAY**
**Fac:** Woman's Hospital **Loc:** Physical Therapy **Bed:** -
55 F **Med Rec Num:** M00329686 **Visit:** V092200377

Documented Interventions - Continued

| | |
|---|---|
| | 10. |
| Goal Status | In Progress |
| GOAL #3 | Patient will transition from aquatic PT to land based PT. |
| Goal Status | In Progress |
| STG Frequency:/Week | 2 |
| STG Duration:/Weeks | 3 |
| Comment | continue with unmet goals |
| POC Long Term Goals | |
| GOAL #1 | Patient will report walking 60 minutes with no more than 2/ 10. |
| Goal Status | In Progress |
| GOAL #2 | Patient will report no falls. |
| Goal Status | In Progress |
| GOAL #3 | Patient will improve BUE and BLE strength to 4/5. |
| Goal Status | In Progress |
| LTG Frequency:/Week | 2 |
| LTG Duration:/Weeks | 20 |
| Comment | extended POC by another 8wks d /t slow progress to goals |
| Education | |
| Discharge Planning Topics | Home Program |
| Describe Other | HEP including desentisization, hip ER stretch, hamstring stretch |
| Teaching Method | Verbal Instruction, Written Instruction |
| Teaching Comments | Specific Diagnosis/Disease Related Information, Home Exercise Program Information |
| Describe Other | - Issued and reviewed contents of bone health booklet. Educated and instructed pt in supine exercises in booklet for HEP. Recommended pt to increase walking frequency to 3x/wk and monitor her symptoms , if no increase in symptoms then increase to 4x/wk. |
| Outcome | Verbalizes Understanding, Returned Demonstration, Needs Follow Up, Needs Reinforcement |
| Treatment | |
| Time In | 08:35 |
| Time Out | 09:15 |
| Time-Based Services Provided | |
| Aquatic Training (Minutes) | 40 |
| Time-Based Service TOTAL TIME (Minutes) | 40 |
| Theraputic Interventions | |
| TOTAL TIME Therapy Provided (Minutes) | 40 |
| Treatment Outcome/Comments | Patient tolerated treatment |

Continued on Page 50

Documented Interventions - Continued

| | |
|---|---|
| | well, able to complete all exercises, reported slight increase in pain. |
| Pain Re-Assessment | |
| Intensity | 8 |
| POC | |
| Status | POC Reviewed and In Progress |
| Other/Comments | Cont POC of PT 2x/wk. Extended POC for another 8 wks. |

Document 07/05/23 15:00 SM (Rec: 07/05/23 15:06 SM WCFITUPST1)

OT/PT Adult Progress Notes

| | |
|---|---|
| Problem(s) | |
| Problem List | Decreased ADL Function, Decreased Endurance,Decreased Flexibility,Decreased Function ,Decreased Passive ROM, Decreased Strength,Impaired Posture,Pain,Pain with Decreased Activity |
| Comments | 6/20/2023 Re-assessment (RA): Patient is a 55 year old female with initial c/o fibromyalgia, left knee pain and left elbow pain. She has attended 15 pool sessions since initial eval. Ms. Knight continues to report issues with falling as well as widespread pain and tremors. She is able to complete only two reps sit to stand in 30sec . TUG score is 14.2sec. Hip strength is 4-/5flexion bil; 4 -/5abduction right, 3/ 5abduction left;4/5IR right, 4 -/5IR left; ER 4-/5bil. Ms. Knight would benefit from continued aquatic PT to address these deficits to help decrease pain, reduce falls and improve function. |
| Subjective Data | |
| Patient Concerns | Patient reported once she was in the pool that she fell in her garage last week, attempting to get in before the door closes. Patient reported that her pain today is 7/10. in her elbow and wrist |
| Patient Goals | patient continues to c/o widespread pain, particularly left knee; c/o increased |

Continued on Page 51

**KNIGHT,AMY RAY**

**Fac:** Woman's Hospital **Loc:**Physical Therapy **Bed:**-
55 F **Med Rec Num:**M00329686 **Visit:**V092200377

Documented Interventions - Continued

| | |
|---|---|
| | tremor today |
| Patient Goal Status | In Progress |
| Pain Assessment | |
| Left elbow | |
| Intensity | 7 |
| Quality | Aching,Throbbing |
| Left knee | |
| Intensity | 0 |
| Quality | Aching |
| Pain Goal | |
| Pain Goal | 2 |
| Clinical Findings | |
| Clinical Findings | abrasion noted left knee and left anterior anke slow movements in water with all therex |
| Therapies | |
| *See THERAPY FLOWSHEET(s) for specific ongoing details* | |
| Therapeutic Procedures | Aquatic Exercise |
| Plan of Care | |
| Recommended Therapy | Physical Therapy |
| Plan of Care | Therapeutic Activity, Therapeutic Exercise,Aquatic Therapy,Manual Treatment, Modalities,Self Management, Home Exercise Program,Patient Education,Neuromuscular Reeducation |
| POC Short Term Goals | |
| GOAL #1 | Patient will be independent with HEP. |
| Goal Status | In Progress |
| GOAL #2 | Patient will report walking 30 minutes with no more than 2/ 10. |
| Goal Status | In Progress |
| GOAL #3 | patient will perform 4reps sit to stand in 30sec |
| Goal Status | Initiated |
| STG Frequency:/Week | 2 |
| STG Duration:/Weeks | 3 |
| POC Long Term Goals | |
| GOAL #1 | Patient will report walking 30 minutes with no more than 4/ 10. |
| Goal Status | In Progress |
| GOAL #2 | Patient will report decreased falls. |
| Goal Status | In Progress |
| GOAL #3 | Patient will improve BUE and BLE strength to 4/5. |
| Goal Status | In Progress |

Continued on Page 52

Documented Interventions - Continued

| | |
|---|---|
| LTG Frequency:/Week | 2 |
| LTG Duration:/Weeks | 20 |
| Comment | extended POC by another 8wks d /t slow progress to goals |
| Education | |
| Discharge Planning Topics | Home Program |
| Describe Other | HEP including desentisization, hip ER stretch, hamstring stretch |
| Teaching Method | Verbal Instruction,Written Instruction |
| Teaching Comments | Specific Diagnosis/Disease Related Information,Home Exercise Program Information |
| Describe Other | - Issued and reviewed contents of bone health booklet. Educated and instructed pt in supine exercises in booklet for HEP. Recommended pt to increase walking frequency to 3x/wk and monitor her symptoms , if no increase in symptoms then increase to 4x/wk. |
| Outcome | Verbalizes Understanding, Returned Demonstration,Needs Follow Up,Needs Reinforcement |
| Comments | discussed installing grab bars in shower/tub for safety with stepping over tub |
| Treatment | |
| Time In | 08:30 |
| Time Out | 09:15 |
| Time-Based Services Provided | |
| Aquatic Training (Minutes) | 20 |
| Time-Based Service TOTAL TIME (Minutes) | 20 |
| Non-Time Based Interventions | |
| Group Therapy (Minutes) | 25 |
| Non-Time-Based Intervention TOTAL TIME ( Minutes) | 25 |
| Theraputic Interventions | |
| TOTAL TIME Therapy Provided (Minutes) | 45 |
| Treatment Outcome/Comments | Patient reported that she has a slight increase in pain after session, but overall feels good with session. Patient denies any increased pain from fall last week. |
| Pain Re-Assessment | |
| Intensity | 8 |
| POC | |
| Status | POC Reviewed and In Progress |
| Other/Comments | Continue at BIW with aquatic training with goal of |

Continued on Page 53

**KNIGHT,AMY RAY**
**Fac:** Woman's Hospital **Loc:**Physical Therapy **Bed:**-
55 F **Med Rec Num:**M00329686 **Visit:**V092200377

Documented Interventions - Continued

| | |
|---|---|
| | transition to land for improving functional mobility. Instruct in HEP; make recommendations for possible assistive device and home modifications for fall risk reduction. |

Document 07/07/23 14:04 SM (Rec: 07/07/23 14:05 SM WELLCLPTP5)
OT/PT Adult Progress Notes

| | |
|---|---|
| Problem(s) | |
| Problem List | Decreased ADL Function, Decreased Endurance,Decreased Flexibility,Decreased Function ,Decreased Passive ROM, Decreased Strength,Impaired Posture,Pain,Pain with Decreased Activity |
| Comments | 6/20/2023 Re-assessment (RA): Patient is a 55 year old female with initial c/o fibromyalgia, left knee pain and left elbow pain. She has attended 15 pool sessions since initial eval. Ms. Knight continues to report issues with falling as well as widespread pain and tremors. She is able to complete only two reps sit to stand in 30sec . TUG score is 14.2sec. Hip strength is 4-/5flexion bil; 4 -/5abduction right, 3/ 5abduction left;4/5IR right, 4 -/5IR left; ER 4-/5bil. Ms. Knight would benefit from continued aquatic PT to address these deficits to help decrease pain, reduce falls and improve function. |
| Subjective Data | |
| Patient Concerns | Patient stated that her pain is 8/10 today, and she is very tired |
| Patient Goals | patient continues to c/o widespread pain, particularly left knee; c/o increased tremor today |
| Patient Goal Status | In Progress |
| Pain Assessment | |
| Left elbow | |
| Intensity | 8 |
| Quality | Aching,Throbbing |
| Left knee | |

Continued on Page 54

**KNIGHT,AMY RAY**
**Fac:** Woman's Hospital **Loc:**Physical Therapy **Bed:**-
55 F **Med Rec Num:**M00329686 **Visit:**V092200377

Documented Interventions - Continued

| | |
|---|---|
| Intensity | 8 |
| Quality | Aching |
| Pain Goal | |
| Pain Goal | 2 |
| Clinical Findings | |
| Clinical Findings | healing abrasion noted left knee and left anterior ankle covered with tegaderm slow movements in water with all therex |
| Therapies | |
| *See THERAPY FLOWSHEET(s) for specific ongoing details* | |
| Therapeutic Procedures | Aquatic Exercise |
| Plan of Care | |
| Recommended Therapy | Physical Therapy |
| Plan of Care | Therapeutic Activity, Therapeutic Exercise,Aquatic Therapy,Manual Treatment, Modalities,Self Management, Home Exercise Program,Patient Education,Neuromuscular Reeducation |
| POC Short Term Goals | |
| GOAL #1 | Patient will be independent with HEP. |
| Goal Status | In Progress |
| GOAL #2 | Patient will report walking 30 minutes with no more than 2/ 10. |
| Goal Status | In Progress |
| GOAL #3 | patient will perform 4reps sit to stand in 30sec |
| Goal Status | Initiated |
| STG Frequency:/Week | 2 |
| STG Duration:/Weeks | 3 |
| POC Long Term Goals | |
| GOAL #1 | Patient will report walking 30 minutes with no more than 4/ 10. |
| Goal Status | In Progress |
| GOAL #2 | Patient will report decreased falls. |
| Goal Status | In Progress |
| GOAL #3 | Patient will improve BUE and BLE strength to 4/5. |
| Goal Status | In Progress |
| LTG Frequency:/Week | 2 |
| LTG Duration:/Weeks | 20 |
| Comment | extended POC by another 8wks d /t slow progress to goals |
| Education | |
| Discharge Planning Topics | Home Program |

Continued on Page 55

KNIGHT,AMY RAY
**Fac:** Woman's Hospital **Loc:** Physical Therapy **Bed:** -
55 F **Med Rec Num:** M00329686 **Visit:** V092200377

Documented Interventions - Continued

| | |
|---|---|
| Describe Other | HEP including desentisization, hip ER stretch, hamstring stretch |
| Teaching Method | Verbal Instruction,Written Instruction |
| Teaching Comments | Specific Diagnosis/Disease Related Information,Home Exercise Program Information |
| Describe Other | - Issued and reviewed contents of bone health booklet. Educated and instructed pt in supine exercises in booklet for HEP. Recommended pt to increase walking frequency to 3x/wk and monitor her symptoms , if no increase in symptoms then increase to 4x/wk. |
| Outcome | Verbalizes Understanding, Returned Demonstration,Needs Follow Up,Needs Reinforcement |
| Comments | discussed installing grab bars in shower/tub for safety with stepping over tub |
| Treatment | |
| Time In | 08:30 |
| Time Out | 09:15 |
| Time-Based Services Provided | |
| Aquatic Training (Minutes) | 20 |
| Time-Based Service TOTAL TIME (Minutes) | 20 |
| Non-Time Based Interventions | |
| Group Therapy (Minutes) | 25 |
| Non-Time-Based Intervention TOTAL TIME ( Minutes) | 25 |
| Theraputic Interventions | |
| TOTAL TIME Therapy Provided (Minutes) | 45 |
| Treatment Outcome/Comments | Tolerated slight increase in therex and reps with no report of increased pain today. Patient with continued report of fatigue today. |
| Pain Re-Assessment | |
| Intensity | 8 |
| POC | |
| Status | POC Reviewed and In Progress |
| Other/Comments | Continue at BIW with aquatic training with goal of transition to land for improving functional mobility. Instruct in HEP; make recommendations for possible assistive device and home modifications for fall risk reduction. |

Continued on Page 56

**KNIGHT,AMY RAY**
**Fac:** Woman's Hospital **Loc:**Physical Therapy **Bed:**-
55 F **Med Rec Num:**M00329686 **Visit:**V092200377

Documented Interventions - Continued

WCW OT/PT Adult RE-Assessment/Evaluation Start: 02/27/23 09:50
Freq: Status: Active
Protocol:
Document 03/23/23 08:36 SS (Rec: 03/23/23 09:03 SS WCPDPCADTH)
OT/PT Adult Re-Assessment/Eval

| | |
|---|---|
| Ordering Physician | |
| Ordering Physician | Gary Stephen McDaniel Jr |
| Problem(s) | |
| Problem List | Decreased ADL Function, Decreased Endurance,Decreased Flexibility,Decreased Function ,Decreased Passive ROM, Decreased Strength,Impaired Posture,Pain,Pain with Decreased Activity |
| Problem Comments | 03/23/2023 Re-assessment: Patient is a 55 year old female who arrives with reports of fibromyalgia with mostly left knee pain and left elbow pain. PMH includes CRPS of left elbow that is unresolved. She demonstrates decreased BUE and BLE strength worse on left compared to right, pain and difficulty with ADL's, pain with light touch, and decreased knowledge of an appropriate HEP. She would benefit from skilled aquatic PT to address these deficits to help decrease pain and improve function. |
| Subjective | |
| Patient Concerns | Patient reports feeling relief when in the pool, her pain reduces but when she gets out, the pain is pretty bad and she is sore and in increased pain. She reports after the pool, she is exhausted that day and the next day. She reports migraines after pool and the next day. She reports she can do more if she really pushes herself. She reports sleeping more 2-3 nights per day. She reports difficulty getting comfortable at night and not sleeping well. She reports snoring at night, not sure if she has sleep apnea. She sees MD on 31st. She is |

Continued on Page 57

Documented Interventions - Continued

| | |
|---|---|
| | going to see neurologist at BRC in mid April sometime. She also reports her knees and ankles have been popping lately. She reports the pool has been helpful. |
| Patient Goals | decrease pain |
| Patient Goal Status | In Progress |
| Funtional Assessment/Score | |
| List Difficulties | Walking,Sitting,Standing, Dressing |
| Pain Assessment | |
| Left elbow | |
| Intensity | 6 |
| Quality | Aching,Throbbing |
| Left knee | |
| Intensity | 6 |
| Quality | Aching |
| Pain Goal | |
| Pain Goal | 2 |
| Clinical Findings | |
| Clinical Findings | antalgic gait |
| Special Tests | |
| Special Tests | BUE AROM: WFL, tight on left compared to right with pain with IR on left<br>BUE MMT: grossly 4-/5 right, grossly 3+/5 left<br>BUE MMT:<br>Hip flexion: 4/5 bilaterally<br>Knee flexion: 5/5 bilaterally<br>Knee extension: right 5/5, left 3+/5 pain<br>Hip ER: right 4/5, left 3+/5 pain<br>Hip IR: right 4/5, left 3+/5 pain<br>SLB: 30+seconds bilaterally, pain on left<br>Structural assessment: forward head, rounded shoulders<br>Sensitive to light touch especially on left elbow |
| Therapies | |
| *See THERAPY FLOWSHEET(s) for ongoing details* | |
| Therapeutic Procedures | Therapeutic Exercise |
| Plan of Care | |
| Recommended Therapy | Physical Therapy |
| Plan of Care | Therapeutic Activity, Therapeutic Exercise,Aquatic Therapy,Manual Treatment, Modalities,Self Management, Home Exercise Program,Patient |

Continued on Page 58

KNIGHT,AMY RAY
Fac: Woman's Hospital Loc:Physical Therapy Bed:-
55 F Med Rec Num:M00329686 Visit:V092200377

Documented Interventions - Continued

| | |
|---|---|
| | Education,Neuromuscular Reeducation |
| POC Short Term Goals | |
| GOAL #1 | Patient will be independent with HEP. |
| Goal Status | In Progress |
| GOAL #2 | Patient will report walking 30 minutes with no more than 2/ 10. |
| Goal Status | In Progress |
| GOAL #3 | Patient will transition from aquatic PT to land based PT. |
| Goal Status | In Progress |
| STG Frequency:/Week | 2 |
| STG Duration:/Weeks | 3 |
| POC Long Term Goals | |
| GOAL #1 | Patient will report walking 60 minutes with no more than 2/ 10. |
| Goal Status | In Progress |
| GOAL #2 | Patient will report no falls. |
| Goal Status | In Progress |
| GOAL #3 | Patient will improve BUE and BLE strength to 4/5. |
| Goal Status | In Progress |
| LTG Frequency:/Week | 2 |
| LTG Duration:/Weeks | 12 |
| Education | |
| Discharge Planning Topics | Home Program |
| Teaching Method | Verbal Instruction,Written Instruction |
| Teaching Comments | Specific Diagnosis/Disease Related Information,Home Exercise Program Information, Procedure Related Material |
| Outcome | Verbalizes Understanding, Returned Demonstration,Needs Follow Up,Needs Reinforcement |
| Treatment | |
| Time In | 09:15 |
| Time Out | 10:00 |
| Time-Based Services Provided | |
| Aquatic Training (Minutes) | 25 |
| Time-Based Services TOTAL TIME (Minutes) | 25 |
| Non-Time Based Interventions | |
| Group Therapy (Minutes) | 15 |
| Other Interventions TOTAL TIME (Minutes) | 15 |
| Therapeutic Interventions | |
| TOTAL TIME Therapy Provided (Minutes) | 40 |
| Treatment Outcome/Comments | Patient tolerated 45 min session, decreased pain noted at beginning of session with deep water hang. and able to |

Continued on Page 59

**KNIGHT,AMY RAY**
**Fac:** Woman's Hospital **Loc:**Physical Therapy **Bed:**-
55 F **Med Rec Num:**M00329686 **Visit:**V092200377

Documented Interventions - Continued

| | |
|---|---|
| | manage pain with intermittant rest and decompression in deep water and transitioning between UE and LE therex. Patient stated at end of session that pain elevated slightly after session but reported a decrease in stiffness. |
| Pain Re-Assessment | |
| Intensity | 8 |
| Discharge Plan of Care | |
| Plan of Care Status | POC Reviewed and In Progress |
| Other/Comments | Con't with POC |

Edit Result 03/23/23 08:36 SS (Rec: 03/24/23 10:32 SS WELLCLPTP4)
OT/PT Adult Re-Assessment/Eval

| | |
|---|---|
| Problem(s) | |
| Problem Comments | 03/23/2023 Re-assessment: Patient is a 55 year old female who arrives with reports of fibromyalgia with mostly left knee pain and left elbow pain. PMH includes possible CRPS of left elbow that is unresolved. She has attended 5 pool sessions since initial evaluation and reports improved endurance and activity tolerance. She continues to demonstrate decreased BUE and BLE strength worse on left compared to right, pain and difficulty with ADL's, pain with light touch, and decreased knowledge of an appropriate HEP. She would benefit from skilled aquatic PT to address these deficits to help decrease pain and improve function. |

Edit Result 03/23/23 08:36 SS (Rec: 03/24/23 10:48 SS WCGYMCART404)
OT/PT Adult Re-Assessment/Eval

| | |
|---|---|
| Clinical Findings | |
| Clinical Findings | reviewed HEP |
| POC Short Term Goals | |
| Comment | continue with unmet goals |
| Education | |
| Describe Other | HEP including desentisization, hip ER stretch, hamstring stretch |
| Treatment | |
| Time In | 08:30 |
| Time Out | 09:15 |

Continued on Page 60

**KNIGHT,AMY RAY**
**Fac:** Woman's Hospital **Loc:**Physical Therapy **Bed:**-
55 F **Med Rec Num:**M00329686 **Visit:**V092200377

Documented Interventions - Continued
Time-Based Services Provided
Theraputic Exercise (Minutes) 30
Aquatic Training (Minutes)
Time-Based Services TOTAL TIME (Minutes)
Non-Time Based Interventions
Group Therapy (Minutes)
Other Interventions TOTAL TIME (Minutes)
Therapeutic Interventions
TOTAL TIME Therapy Provided (Minutes) 30
Discharge Plan of Care
Other/Comments Updated POC, addressed goals, discussed with PTA. Continue 2x/week for 3 weeks in pool then possible transition to land if tolerable.

Document 04/17/23 10:51 SS (Rec: 04/17/23 11:20 SS WCPDPCADTH)
OT/PT Adult Re-Assessment/Eval
Ordering Physician
Ordering Physician Gary Stephen McDaniel Jr
Problem(s)
Problem List Decreased ADL Function, Decreased Endurance,Decreased Flexibility,Decreased Function ,Decreased Passive ROM, Decreased Strength,Impaired Posture,Pain,Pain with Decreased Activity
Problem Comments 03/23/2023 Re-assessment: Patient is a 55 year old female who arrives with reports of fibromyalgia with mostly left knee pain and left elbow pain. MRI of left knee unremarkable. PMH includes possible CRPS of left elbow that is unresolved. She has attended 5 pool sessions since last reassessment and reports improved endurance and activity tolerance. She continues to demonstrate decreased BUE and BLE strength worse on left compared to right, pain and difficulty with ADL's, pain with light touch, and decreased knowledge of an appropriate HEP. She would benefit from skilled aquatic PT to address these deficits to help decrease pain and improve function.
Subjective
Patient Concerns Patient reports the pool has

Continued on Page 61

**KNIGHT,AMY RAY**
**Fac:** Woman's Hospital **Loc:** Physical Therapy **Bed:** -
55 F **Med Rec Num:** M00329686 **Visit:** V092200377

Documented Interventions - Continued

| | |
|---|---|
| | been good, she reports being fatigued after sessions and the next day. She is able to make small progress in the pool, when it is too much, she is in a lot of pain after. She did a lot of walking yesterday, had increased headache that night. She describes her pain as 6/10. She follow-up with neurologist tomorrow and Dr. McDaniel on 26th. She reports having memory issues last several years but has progressed recently. She reports still having pain but reports she feels stronger and not as worried about falling in the tub. She reports still having trouble getting off the floor but feels stronger. She reports still having elbow pain and feels her left knee pain is more when she uses it too much. She reports increased popping in her joints. She reports if she walks slower, she can walk longer and does not hurt as much. She can walk 10-15 min if not hurting much prior to walking. |
| Patient Goals | decrease pain |
| Patient Goal Status | In Progress |
| Funtional Assessment/Score | |
| List Difficulties | Walking,Sitting,Standing, Dressing |
| Pain Assessment | |
| Left elbow | |
| Intensity | 8 |
| Quality | Aching,Throbbing |
| Left knee | |
| Intensity | 8 |
| Quality | Aching |
| Pain Goal | |
| Pain Goal | 2 |
| Clinical Findings | |
| Clinical Findings | slow cadence with therex decreased ROM with therex UE and LE secondary to report of intermittant pain at joints |
| Special Tests | |

Continued on Page 62

**KNIGHT,AMY RAY**
**Fac:** Woman's Hospital **Loc:**Physical Therapy **Bed:**-
55 F **Med Rec Num:**M00329686 **Visit:**V092200377

Documented Interventions - Continued

| | |
|---|---|
| Special Tests | BUE AROM: WFL, tight on left compared to right with pain with IR on left<br>Left Elbow ROM: -5-132 degrees (pain with both)<br>Left Knee ROM: 2-143 degrees ( pain with extension, no pain with flexion but pain when moving into flexion with pop)<br>BUE MMT: grossly 4-/5 right, grossly 3+/5 left<br>BUE MMT:<br>Hip flexion: 4/5 bilaterally<br>Knee flexion: 5/5 bilaterally<br>Knee extension: right 5/5, left 3+/5 pain<br>Hip ER: right 4/5, left 3+/5 pain<br>Hip IR: right 4/5, left 3+/5 pain<br>SLB: 30+seconds bilaterally, pain on left<br>Structural assessment: forward head, rounded shoulders<br>Sensitive to light touch especially on left elbow |
| Therapies | |
| *See THERAPY FLOWSHEET(s) for ongoing details* | |
| Therapeutic Procedures | Therapeutic Exercise |
| Plan of Care | |
| Recommended Therapy | Physical Therapy |
| Plan of Care | Therapeutic Activity, Therapeutic Exercise,Aquatic Therapy,Manual Treatment, Modalities,Self Management, Home Exercise Program,Patient Education,Neuromuscular Reeducation |
| POC Short Term Goals | |
| GOAL #1 | Patient will be independent with HEP. |
| Goal Status | In Progress |
| GOAL #2 | Patient will report walking 30 minutes with no more than 2/ 10. |
| Goal Status | In Progress |
| GOAL #3 | Patient will transition from aquatic PT to land based PT. |
| Goal Status | In Progress |
| STG Frequency:/Week | 2 |
| STG Duration:/Weeks | 3 |
| Comment | continue with unmet goals |
| POC Long Term Goals | |

Continued on Page 63

KNIGHT,AMY RAY
**Fac:** Woman's Hospital **Loc:** Physical Therapy **Bed:** -
55 F **Med Rec Num:** M00329686 **Visit:** V092200377

Documented Interventions - Continued

| | |
|---|---|
| GOAL #1 | Patient will report walking 60 minutes with no more than 2/10. |
| Goal Status | In Progress |
| GOAL #2 | Patient will report no falls. |
| Goal Status | Met |
| GOAL #3 | Patient will improve BUE and BLE strength to 4/5. |
| Goal Status | In Progress |
| LTG Frequency:/Week | 2 |
| LTG Duration:/Weeks | 12 |
| Education | |
| Discharge Planning Topics | Home Program |
| Describe Other | HEP including desentisization, hip ER stretch, hamstring stretch |
| Teaching Method | Verbal Instruction,Written Instruction |
| Teaching Comments | Specific Diagnosis/Disease Related Information,Home Exercise Program Information, Procedure Related Material |
| Outcome | Verbalizes Understanding, Returned Demonstration,Needs Follow Up,Needs Reinforcement |
| Treatment | |
| Time In | 09:15 |
| Time Out | 10:00 |
| Time-Based Services Provided | |
| Aquatic Training (Minutes) | 20 |
| Time-Based Services TOTAL TIME (Minutes) | 20 |
| Non-Time Based Interventions | |
| Group Therapy (Minutes) | 25 |
| Other Interventions TOTAL TIME (Minutes) | 25 |
| Therapeutic Interventions | |
| TOTAL TIME Therapy Provided (Minutes) | 45 |
| Treatment Outcome/Comments | Patient continues to tolerate therex session fairly. Continued need for verbal cues for proper therex technique and posture to modify for tolerance. Tolerated slight increase in resistance with addition of gloves for UE therex with slow cadence. No reports of increased pain following session. |
| Pain Re-Assessment | |
| Intensity | 8 |
| Discharge Plan of Care | |
| Plan of Care Status | POC Reviewed and In Progress |
| Other/Comments | R/A with PT next visit |

Edit Result 04/17/23 10:51 SS (Rec: 04/18/23 09:16 SS WCADTHERPC1)

Continued on Page 64

**KNIGHT,AMY RAY**
**Fac:** Woman's Hospital **Loc:**Physical Therapy **Bed:**-
55 F **Med Rec Num:**M00329686 **Visit:**V092200377

Documented Interventions - Continued

| | |
|---|---|
| OT/PT Adult Re-Assessment/Eval | |
| Problem(s) | |
| Problem Comments | 04/17/2023 Re-assessment: Patient is a 55 year old female who arrives with reports of fibromyalgia with mostly left knee pain and left elbow pain. MRI of left knee unremarkable. PMH includes possible CRPS of left elbow that is unresolved. She has attended 5 pool sessions since last reassessment and reports improved endurance and activity tolerance. She continues to demonstrate decreased BUE and BLE strength worse on left compared to right, pain and difficulty with ADL's, pain with light touch, and decreased knowledge of an appropriate HEP. She would benefit from skilled aquatic PT to address these deficits to help decrease pain and improve function. |
| Clinical Findings | |
| Clinical Findings | juttery movements with tremors |
| Treatment | |
| Time In | 10:45 |
| Time Out | 11:25 |
| Time-Based Services Provided | |
| Theraputic Exercise (Minutes) | 40 |
| Aquatic Training (Minutes) | |
| Time-Based Services TOTAL TIME (Minutes) | 40 |
| Non-Time Based Interventions | |
| Group Therapy (Minutes) | |
| Other Interventions TOTAL TIME (Minutes) | |
| Therapeutic Interventions | |
| TOTAL TIME Therapy Provided (Minutes) | 40 |
| Treatment Outcome/Comments | Updated POC, continue with pool PT 2x/week then possible progression to land PT. |
| Discharge Plan of Care | |
| Other/Comments | Updated POC, requesting additional visits for 12 PT sessions combination of pool then progress to land if able. |

Document 05/19/23 15:28 LEL (Rec: 05/19/23 15:43 LEL WCADTHPC013)

| | |
|---|---|
| OT/PT Adult Re-Assessment/Eval | |
| Ordering Physician | |
| Ordering Physician | Gary Stephen McDaniel Jr |
| Problem(s) | |

Continued on Page 65

KNIGHT,AMY RAY
**Fac:** Woman's Hospital **Loc:**Physical Therapy **Bed:**-
55 F **Med Rec Num:**M00329686 **Visit:**V092200377

Documented Interventions - Continued

| | |
|---|---|
| Problem List | Decreased ADL Function, Decreased Endurance,Decreased Flexibility,Decreased Function ,Decreased Passive ROM, Decreased Strength,Impaired Posture,Pain,Pain with Decreased Activity |
| Problem Comments | 05/19/2023 Re-assessment (RA): Patient is a 55 year old female with initial c/o fibromyalgia, left knee pain and left elbow pain. MRI of left knee unremarkable. PMH includes possible CRPS of left elbow that is unresolved, osteoporosis. She has attended 12 pool sessions since initial eval. Pt has fallen 2x since last RA. Pt continues to demonstrate decreased BLE strength worse on left compared to right, pain with light touch, and decreased knowledge of an appropriate HEP. Pt also demonstrates impaired bilat SLB (L>R) with min-mod sway. She would benefit from continued aquatic PT to address these deficits to help decrease pain and improve function.<br>Findings:<br>MMT:<br>hip flexion: 4-/5 right; 3+/5 left (painful)<br>hip int rotation: 4-/5 right; 3/5 left<br>hip ext rotation: 4/5 right; 3 +/5 left (painful)<br>knee extension: 4+/5 right; 4/ 5 left<br>knee flexion: 4/5 right; 3+/5 left<br>SLB: 29" right; 7" left |
| Subjective | |
| Patient Concerns | Reports pain is 8/10 this morning. Pt states her pain is worse in the mornings. Pt reports worst pain is 10/10 with increased activity. Pt states her best pain level is 6/10. Pt states she walks for 15 mins 2x/wk for exercise. |

Continued on Page 66

KNIGHT,AMY RAY
Fac: Woman's Hospital Loc:Physical Therapy Bed:-
55 F Med Rec Num:M00329686 Visit:V092200377

Documented Interventions - Continued

| | |
|---|---|
| Patient Goals | decrease pain |
| Patient Goal Status | In Progress |
| Funtional Assessment/Score | |
| List Difficulties | Walking,Sitting,Standing, Dressing |
| Pain Assessment | |
| Left elbow | |
| Intensity | 8 |
| Quality | Aching,Throbbing |
| Left knee | |
| Intensity | 8 |
| Quality | Aching |
| Pain Goal | |
| Pain Goal | 2 |
| Clinical Findings | |
| Clinical Findings | hand tremors during reassessment and with supine exercises |
| Transfers | |
| Transfers | Independent |
| Gait | |
| Gait | Independent |
| Describe | decreased cadence, decreased step length |
| Balance | |
| Sitting Balance | Independent |
| Standing Balance | Independent |
| Special Tests | |
| Special Tests | SLB (EO/SS): 29" right; 7" left<br>Structural assessment: forward head, rounded shoulders<br>Sensitive to light touch especially on left elbow |
| Therapies | |
| *See THERAPY FLOWSHEET(s) for ongoing details* | |
| Therapeutic Procedures | Therapeutic Exercise |
| Plan of Care | |
| Recommended Therapy | Physical Therapy |
| Plan of Care | Therapeutic Activity, Therapeutic Exercise,Aquatic Therapy,Manual Treatment, Modalities,Self Management, Home Exercise Program,Patient Education,Neuromuscular Reeducation |
| POC Short Term Goals | |
| GOAL #1 | Patient will be independent with HEP. |
| Goal Status | In Progress |
| GOAL #2 | Patient will report walking 30 minutes with no more than 2/ 10. |

Continued on Page 67

**KNIGHT,AMY RAY**
**Fac:** Woman's Hospital **Loc:**Physical Therapy **Bed:**-
55 F **Med Rec Num:**M00329686 **Visit:**V092200377

Documented Interventions - Continued

| | |
|---|---|
| Goal Status | In Progress |
| GOAL #3 | Patient will transition from aquatic PT to land based PT. |
| Goal Status | In Progress |
| STG Frequency:/Week | 2 |
| STG Duration:/Weeks | 3 |
| Comment | continue with unmet goals |
| POC Long Term Goals | |
| GOAL #1 | Patient will report walking 60 minutes with no more than 2/ 10. |
| Goal Status | In Progress |
| GOAL #2 | Patient will report no falls. |
| Goal Status | In Progress |
| GOAL #3 | Patient will improve BUE and BLE strength to 4/5. |
| Goal Status | In Progress |
| LTG Frequency:/Week | 2 |
| LTG Duration:/Weeks | 20 |
| Comment | extended POC by another 8wks d /t slow progress to goals |
| Education | |
| Discharge Planning Topics | Home Program |
| Describe Other | HEP including desentisization, hip ER stretch, hamstring stretch |
| Teaching Method | Verbal Instruction,Written Instruction |
| Teaching Comments | Specific Diagnosis/Disease Related Information,Home Exercise Program Information |
| Describe Other | - Issued and reviewed contents of bone health booklet. Educated and instructed pt in supine exercises in booklet for HEP. Recommended pt to increase walking frequency to 3x/wk and monitor her symptoms , if no increase in symptoms then increase to 4x/wk. |
| Outcome | Verbalizes Understanding, Returned Demonstration,Needs Follow Up,Needs Reinforcement |
| Treatment | |
| Time In | 07:45 |
| Time Out | 08:40 |
| Time-Based Services Provided | |
| Theraputic Exercise (Minutes) | 20 |
| Self-Management (Minutes) | 15 |
| Time-Based Services TOTAL TIME (Minutes) | 35 |
| Therapeutic Interventions | |
| TOTAL TIME Therapy Provided (Minutes) | 35 |
| Treatment Outcome/Comments | Pt required increased number |

Continued on Page 68

**KNIGHT,AMY RAY**
**Fac:** Woman's Hospital **Loc:**Physical Therapy **Bed:**-
55 F **Med Rec Num:**M00329686 **Visit:**V092200377

Documented Interventions - Continued

| | |
|---|---|
| | of rest breaks between testing during RA and exercises completed today. Pt reported increased pain and demonstrated increased UE tremors with Nustep after 2 mins, discontinued exercise. |
| Pain Re-Assessment | |
| Intensity | 8 |
| Discharge Plan of Care | |
| Plan of Care Status | POC Reviewed and In Progress |
| Other/Comments | Cont POC of PT 2x/wk. Extended POC for another 8 wks. |

Document 06/20/23 11:21 AP (Rec: 06/20/23 11:43 AP WCMINIPC009)
OT/PT Adult Re-Assessment/Eval

| | |
|---|---|
| Ordering Physician | |
| Ordering Physician | Gary Stephen McDaniel Jr |
| Problem(s) | |
| Problem List | Decreased ADL Function, Decreased Endurance,Decreased Flexibility,Decreased Function ,Decreased Passive ROM, Decreased Strength,Impaired Posture,Pain,Pain with Decreased Activity |
| Problem Comments | 6/20/2023 Re-assessment (RA): Patient is a 55 year old female with initial c/o fibromyalgia, left knee pain and left elbow pain. She has attended 15 pool sessions since initial eval. Ms. Knight continues to report issues with falling as well as widespread pain and tremors. She is able to complete only two reps sit to stand in 30sec . TUG score is 14.2sec. Hip strength is 4-/5flexion bil; 4 -/5abduction right, 3/ 5abduction left;4/5IR right, 4 -/5IR left; ER 4-/5bil. Ms. Knight would benefit from continued aquatic PT to address these deficits to help decrease pain, reduce falls and improve function. |
| Subjective | |
| Patient Concerns | patient continues to c/o widespread pain, particularly left knee; c/o increased tremor today |
| Patient Goals | decrease pain |

Continued on Page 69

**KNIGHT,AMY RAY**

**Fac:** Woman's Hospital **Loc:** Physical Therapy **Bed:** -

55 F **Med Rec Num:** M00329686 **Visit:** V092200377

Documented Interventions - Continued

| | |
|---|---|
| Patient Goal Status | In Progress |
| Funtional Assessment/Score | |
| List Difficulties | Walking,Sitting,Standing, Dressing |
| Pain Assessment | |
| Left elbow | |
| Intensity | 7 |
| Quality | Aching,Throbbing |
| Left knee | |
| Intensity | 7 |
| Quality | Aching |
| Pain Goal | |
| Pain Goal | 2 |
| Clinical Findings | |
| Clinical Findings | Sit to stand 2reps/30sec. TUG score is 14.2sec. Hip strength is 4-/5flexion bil; 4-/5abduction right, 3/ 5abduction left;4/5IR right, 4 -/5IR left; ER 4-/5bil. |
| Transfers | |
| Transfers | Independent |
| Describe | slow, modified, wide base with sit to stand |
| Posture | |
| Sitting Posture | moderate forward head, rounded shoulder posture |
| Standing Posture | wide base of support |
| Gait | |
| Gait | Independent |
| Describe | unsteady |
| Balance | |
| Sitting Balance | Independent |
| Standing Balance | Independent |
| Therapies | |
| *See THERAPY FLOWSHEET(s) for ongoing details* | |
| Therapeutic Procedures | Aquatic Exercise |
| Plan of Care | |
| Recommended Therapy | Physical Therapy |
| Plan of Care | Therapeutic Activity, Therapeutic Exercise,Aquatic Therapy,Manual Treatment, Modalities,Self Management, Home Exercise Program,Patient Education,Neuromuscular Reeducation |
| POC Short Term Goals | |
| GOAL #1 | Patient will be independent with HEP. |
| Goal Status | In Progress |
| GOAL #2 | Patient will report walking 30 minutes with no more than 2/ 10. |

Continued on Page 70

KNIGHT,AMY RAY
**Fac:** Woman's Hospital **Loc:** Physical Therapy **Bed:** -
55 F **Med Rec Num:** M00329686 **Visit:** V092200377

Documented Interventions - Continued

| | |
|---|---|
| Goal Status | In Progress |
| GOAL #3 | patient will perform 4reps sit to stand in 30sec |
| Goal Status | Initiated |
| STG Frequency:/Week | 2 |
| STG Duration:/Weeks | 3 |
| POC Long Term Goals | |
| GOAL #1 | Patient will report walking 30 minutes with no more than 4/10. |
| Goal Status | In Progress |
| GOAL #2 | Patient will report decreased falls. |
| Goal Status | In Progress |
| GOAL #3 | Patient will improve BUE and BLE strength to 4/5. |
| Goal Status | In Progress |
| LTG Frequency:/Week | 2 |
| LTG Duration:/Weeks | 20 |
| Comment | extended POC by another 8wks d/t slow progress to goals |
| Education | |
| Discharge Planning Topics | Home Program |
| Describe Other | HEP including desentisization, hip ER stretch, hamstring stretch |
| Teaching Method | Verbal Instruction,Written Instruction |
| Teaching Comments | Specific Diagnosis/Disease Related Information,Home Exercise Program Information |
| Describe Other | - Issued and reviewed contents of bone health booklet. Educated and instructed pt in supine exercises in booklet for HEP. Recommended pt to increase walking frequency to 3x/wk and monitor her symptoms , if no increase in symptoms then increase to 4x/wk. |
| Outcome | Verbalizes Understanding, Returned Demonstration,Needs Follow Up,Needs Reinforcement |
| Comments | discussed installing grab bars in shower/tub for safety with stepping over tub |
| Treatment | |
| Time In | 09:15 |
| Time Out | 10:30 |
| Time-Based Services Provided | |
| Theraputic Exercise (Minutes) | 20 |
| Time-Based Services TOTAL TIME (Minutes) | 20 |
| Therapeutic Interventions | |

Continued on Page 71

**KNIGHT,AMY RAY**
**Fac:** Woman's Hospital **Loc:**Physical Therapy **Bed:**-
55 F **Med Rec Num:**M00329686 **Visit:**V092200377

Documented Interventions - Continued

| | |
|---|---|
| TOTAL TIME Therapy Provided (Minutes) | 20 |
| Treatment Outcome/Comments | patient demonstrating slightly improved LE strength but still significantly limited with mobility; increased fall risk noted and continued reports of falls per patient. Pain also a limiting factor for progression of exercise. STGs remain in progress. |
| Pain Re-Assessment | |
| Intensity | 7 |
| Discharge Plan of Care | |
| Plan of Care Status | POC Reviewed and In Progress |
| Other/Comments | Continue at BIW with aquatic training with goal of transition to land for improving functional mobility. Instruct in HEP; make recommendations for possible assistive device and home modifications for fall risk reduction. POC reviewed with PTA. |

Edit Result 06/20/23 11:21 AP (Rec: 06/20/23 15:06 SM WCMINIPC011)
OT/PT Adult Re-Assessment/Eval

| | |
|---|---|
| Therapeutic Interventions | |
| Treatment Outcome/Comments | Patient performed modified session of therex with good recall and minimal verbal cues for proper technique. See flow sheet. Sheree McAllister, PTA patient demonstrating slightly improved LE strength but still significantly limited with mobility; increased fall risk noted and continued reports of falls per patient. Pain also a limiting factor for progression of exercise. STGs remain in progress. |

***Patient Notes***

04/21/23 16:31 PT / OT / ST by McAllister,Sheree
Reviewed POC with PT.

Initialized on 04/21/23 16:31 - END OF NOTE

03/28/23 11:38 PT / OT / ST by Delahaye,Emily R

Continued on Page 72

KNIGHT,AMY RAY
Fac: Woman's Hospital Loc:Physical Therapy Bed:-
55 F Med Rec Num:M00329686 Visit:V092200377

Patient Notes - Continued

Reviewed POC with PT.

Initialized on 03/28/23 11:38 - END OF NOTE

03/16/23 15:11 PT / OT / ST by McAllister,Sheree
Patient seen in aquatic setting and session required to be rescheduled after approx 30 min due to an issue with the pool.

Initialized on 03/16/23 15:11 - END OF NOTE

**User Key**

| Alt Identifier | Mnemonic | Provider / Signature | Provider Type |
|---|---|---|---|
| AP | PAGAN | Angela Dukaric-Page, PT CLT | Physical Therapist |
| LEL | LARLA | Lauren Larson, PT DPT | Physical Therapist |
| SM | MCASH | Sheree McAllister | Physical Therapy Assistant |
| SP | PRESYB | Sybil Buxton, PT DPT | Physical Therapist |
| SS | SCHSA | Samantha Schexnayder, PT DPT | Physical Therapist |

K. Franklin
(225) 925-3534
(866) 801-1400 (FAX)

Enclosure(s):
Invoice
Privacy Act and Paper Reduction Act Statement
SSA-827 (Authorization to Disclose Information to the Social Security Administration (SSA))

An Equal Opportunity Employer

Child Welfare Programs Accredited by the Council on Accreditation for Children and Family Services

Visit ID: 000100876312 MRN: 05399190
RAY KNIGHT, AMY
DOB: F 48Y
ATN MD: DUPONT, JOSEPH
ADM DATE: 12/20/2016 04:47

380

## CONSENT

Consent: I hereby authorize and direct the identified physician/group, together with associates and assistants of his/her choice, to administer or perform the medical treatment or surgical procedure described in item 2 of this Consent Form, including any additional emergent procedures or services as they may deem necessary or reasonable, including the administration of any general, regional anesthetic agent or moderate (procedural) sedation, x-ray or other radiological services, laboratory services, and the disposal of any tissue removed during a diagnostic or surgical procedure.

I have read and understand all information set forth in this document, including any attachment, and all blanks were filled in prior to my signing. This authorization for and consent to medical treatment or surgical procedure is and shall remain valid until revoked.

**I acknowledge that I have had the opportunity to ask any questions about the contemplated medical procedure or surgical procedure described in item 2 of the consent form, including risks, benefits, side effects and alternatives as well as the likelihood of achieving my goals and any potential recuperation problems. I further acknowledge that I have been informed of the risks of not receiving the proposed treatment, including any situations upon which my information must be reported to a third party. I further acknowledge that my questions have been answered to my satisfaction.**

Physician / Provider — Patient or Person authorized to consent: x Amy R. Knight

12/14/16 3:30
Date/Time

**Only complete below for Phone Consent**

Telephone Consent obtained from

Witness (Required for phone consent) — Date/Time

**ANESTHESIA CONSENT FORM *(Continued)***

Visit ID: 000100876312 MRN: 05399190
RAY ...
DOB: ... F 48Y
ATN MD: DUPONT, JOSEPH
ADM DATE: 12/20/2016 04:47

**ACKNOWLEDGEMENT, AUTHORIZATION AND CONSENT**

4. (a) **No Guarantees:** All information given me and, in particular, all estimates made as to the likelihood of occurrence of risks of this or alternate procedures or as to the prospects of success, are made in the best professional judgement of my provider. The possibility and nature of complications cannot always be accurately anticipated and, therefore, there is and can be no guarantees, either express or implied, as to the success or other results of the medical treatment or surgical procedure.

(b) **Additional Information:** Nothing has been said to me, no information has been given to me, and I have not relied upon any information that is inconsistent with the information set forth in this document.

(c) **Particular Concerns:** I have had an opportunity to disclose to and discuss with the provider providing such information, those risks or other potential consequences of the medical treatment or surgical procedure that are of particular concern to me.

(d) **Questions:** I have had an opportunity to ask, and I have asked, any questions I may have about the information in this document and any other questions I have about the proposed treatment or procedure, and all such questions were answered in a satisfactory manner.

(e) **Authorized Provider:** The provider (or provider group) authorized to administer or perform the medical treatment, surgical procedures or other therapy described in item 1 is **Parish Anesthesia Associates.**

**CONSENT**

**Consent:** I hereby authorize and direct the designated authorized provider/group, together with associates and assistants of his/her choice, to administer or perform the medical treatment or surgical procedure described in item 1 of this Consent Form, including any additional procedures or services as they may deem necessary or reasonable, including the administration of any general and/or regional anesthetic agent, x-ray or other radiological services, laboratory services, and the disposal of any tissue removed during a diagnostic or surgical procedure, and I hereby consent thereto.

I have read and understand all information set forth in this document and all applicable blanks were filled in prior to my signing. This authorization for and consent to medical treatment or surgical procedure is and shall remain valid until revoked by me in writing.

I acknowledge that I have had the opportunity to ask any questions about the contemplated medical procedure or surgical procedure described in item 2 of this consent form, including risks or alternatives, and acknowledge that my questions have been answered to my satisfaction.

X Amy R. Knight
**Patient or Person Authorized to Consent** 12-20-16 **Date** 630 **Time**

**Provider Signature**

**Phone Consent**

**Witness** **(Only used if a phone consent is obtained)**

**If consent is signed by someone other than the patient, state the reason:**

Knight - 08/17/23 - 143

Patient Label

380

## CONSENT

Consent: I hereby authorize and direct the identified physician/group, together with associates and assistants of his/her choice, to administer or perform the medical treatment or surgical procedure described in item 2 of this Consent Form, including any additional emergent procedures or services as they may deem necessary or reasonable, including the administration of any general, regional anesthetic agent or moderate (procedural) sedation, x-ray or other radiological services, laboratory services, and the disposal of any tissue removed during a diagnostic or surgical procedure.

I have read and understand all information set forth in this document, including any attachment, and all blanks were filled in prior to my signing. This authorization for and consent to medical treatment or surgical procedure is and shall remain valid until revoked.

**I acknowledge that I have had the opportunity to ask any questions about the contemplated medical procedure or surgical procedure described in item 2 of the consent form, including risks, benefits, side effects and alternatives as well as the likelihood of achieving my goals and any potential recuperation problems. I furthur acknowledge that I have been informed of the risks of not receiving the proposed treatment, including any situations upon which my information must be reported to a third party. I furthur acknowledge that my questions have been answered to my satisfaction.**

Physician/Provider | X Amy R. Knight Patient or Person authorized to consent

12/14/16 3? Date/Time

**Only complete below for Phone Consent**

Telephone Consent obtained from

Witness (Required for phone consent) | Date/Time

Globe Life 2/2/2023 1:31:41 PM ACST PAGE 4/005 Fax Server

American Income Life Insurance Company
P.O. Box 2608
Waco, TX 76797

## Authorization for Release of Health-Related Information

This authorization complies with the HIPAA Privacy Rule

(Print name of proposed insured/patient and birthdate)

| | | | |
|---|---|---|---|
| KNIGHT,AMY | 01/15/1983 | | |
| Name | DOB | Name | DOB |
| Name | DOB | Name | DOB |
| Name | DOB | Name | DOB |
| Name | DOB | Name | DOB |
| Name | DOB | Name | DOB |
| | | Name | DOB |

I authorize any health plan, physician, health care professional, hospital, clinic, laboratory, pharmacy, pharmacy benefit manager, medical facility, other insurance company, consumer reporting agency, Medical Information Bureau (MIB) or other health care provider that has provided payment, treatment or services to me or on my behalf ("My Providers") to disclose my entire medical record and any other protected health information concerning me to the American Income Life Insurance Company (AIL) and its agents, employees, and representatives. This includes information on the diagnosis or treatment of Human Immunodeficiency Virus (HIV) infection and sexually transmitted diseases. This also includes information on the diagnosis and treatment of mental illness and the use of alcohol, drugs, and tobacco, but excludes psychotherapy notes.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this authorization and I instruct any physician, health care professional, hospital, clinic, medical facility, or other health care provider to release and disclose my entire medical record without restriction.

This protected health information is to be disclosed under this Authorization so that AIL may: 1) underwrite my application for coverage, make eligibility, risk rating, policy issuance and enrollment determinations; 2) obtain reinsurance; 3) administer claims and determine or fulfill responsibility for coverage and provision of benefits; 4) administer coverage; and 5) conduct other legally permissible activities that relate to any coverage I have or have applied for with AIL.

This authorization shall remain in force for 24 months following the date of my signature below, and a copy of this authorization is as valid as the original. I understand that I have the right to revoke this authorization in writing, at any time, by sending a written request for revocation to AIL, Attention: Underwriting Department, at the above address. I understand that a revocation is not effective to the extent that any of My Providers has relied on this Authorization or to the extent that AIL has a legal right to contest a claim under an insurance policy or to contest the policy itself. I understand that any information that is disclosed pursuant to this authorization may be re-disclosed and no longer covered by federal rules governing privacy and confidentiality of health information.

I understand that My Providers may not refuse to provide treatment or payment for health care services if I refuse to sign this authorization. I further understand that if I refuse to sign this authorization to release my complete medical record, AIL may not be able to process my application, or if coverage has been issued may not be able to make any benefit payments. I have received a copy of this authorization.

Corey Knight 01/12/2023 13:38:53 — 01/12/2023
Signature of Proposed Insured/Patient or Personal Representative — Date

Amy Knight 01/12/2023 13:38:38 — 01/12/2023
Signature of Proposed Insured/Patient or Personal Representative — Date

Personal Representative's Authority or Relationship to Patient, (If patient is under 18 years old)

For Electronic Signature in Global National Commerce Act information visit www.fk.gov/oe/2001/6/rules/7.htm

AH-2439 (02-03) II

#71C4EC3-8710-4B0D-8835-20E81I0EE1E8

LAW OFFICES OF J. PRICE McNAMARA

J. PRICE McNAMARA
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

August 17, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX (603) 334-0401**

The Lincoln National Life Insurance Company
**Attn: Jeff Booth**
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

**Re: Claimant: Amy Knight**
**Claim #: 11580689**
**Gainwell Technologies**
**Long Term Disability (LTD) Benefits**

Dear Mr. Booth,

We are in receipt of your July 24, 2023, letter. My client, Amy Knight, provides the following additional evidence, which concludes our submission on appeal at this time, subject to, requesting, and reserving the right to provide further evidence or comment for consideration in response to any new evidence generated by the Plan/insurer in connection with this appeal after being given the opportunity to review such new evidence.

All such evidence, described above and submitted here, is to be made part of the administrative record for all purposes, including so that the court can consider it in any lawsuit if filed in this case.

1. Affidavit of Amy Knight (08/15/23) (001).
2. Affidavit of Terry Knight (08/15/23) (004).
3. Affidavit of Carl Zvonek (08/15/23) (005).
4. Affidavit of Kathryn Zvonek (08/15/23) (006).
5. Dr. J. David West Physician Note and Recommended Restrictions (08/04/23) (007).
6. Dr. J. David West Louisiana State Board of Nursing Medical Release (08/08/23) (015).
7. Amy West Wattigney, PA, Emergency Department After Visit Summary (08/02/23) (020).
8. Baton Rouge General Medical Records (12/20/16 to 10/13/20) (025).
9. Baton Rouge Clinic Medical Records (11/11/22 to 06/08/23) (237).
10. Woman's Hospital Medical Records (03/16/23 to 07/07/23) (330).

Additionally, Ms. Knight's Social Security Disability application status is PENDING at this time.

Please confirm receipt of this letter by email (support@jpricemcnamara.com) or fax (225-201-8313).

With kind regards, I remain

Sincerely,

J. Price McNamara
Law Offices of J. Price McNamara

JPM/eej
Enclosure
***Enclosures numbered 7 to 10 sent via certified mail only due to volume.**

PARISH OF Ascension

STATE OF LOUISIANA

**AFFIDAVIT**

**BEFORE ME**, the undersigned authority, came and appeared:

**AMY KNIGHT**

who after being duly sworn, did depose and state the following:

1. The following has been true continuously since my last day of work related to my disability claim through the date of this Affidavit.

2. My understanding is that my disability is the result of my diagnoses of: fibromyalgia, type 2 DM, CRPS type 1 of LUE, benign essential tremor, chronic pain of right wrist, chronic pain of LUE, positive ANA, vertigo, IBS without diarrhea, migraine syndrome, GAD, chronic major depression, bilateral sensorineural hearing loss, moderate episode of recurrent major depressive disorder, Dupuytren's left hand, and osteoarthritis.

3. I take the following prescription medications, at the following dosages and intervals each day:

    1. THC 900mg tincture- Take 0.25ml to 0.50ml under the tongue as needed twice daily for pain.
    2. Pepcid OTC - Take 1 tablet po daily for heartburn and acid reflux.
    3. Cevimeline - 30mg - Take 1 capsule in the morning, 1 capsule at noon, and 1 capsule before bedtime for dry mouth.
    4. Albuterol HFA - 90mcg/actuation inhaler - Inhale 2 puffs into the lungs every 6 hours as needed for wheezing.
    5. Alprazolam - 0.5 mg - Take 1 tablet once daily as needed for sleep.
    6. Amitriptyline -10mg - Take 2 tablets every night at bedtime for sleep.
    7. Bupropion XL - 300mg - Take 1 tablet once daily for depression and anxiety.
    8. Chlordiazepoxide-Clidinium - 5-2.5mg Take one capsule three times a day with meals for IBS.
    9. Claritin-D 24 Hour - 10-240mg - Take 1 tablet once daily for allergies.
    10. Erythromycin ophthalmic ointment - Place into both eyes at bedtime for dry eyes.
    11. Fluoxetine - 20mg - Take 1 capsule once a day for depression.
    12. Fluoxetine - 40mg - Take 1 capsule once a day for depression.
    13. Fluticasone Propionate - 50mcg/actuation nasal spray - Apply two sprays in

each nostril once daily as needed for allergies.

14. Metformin XR - 500mg - Take 1 tablet twice daily for diabetes.
15. Naproxen - 500mg - Take 1 tablet once daily with a meal as needed for migraines.
16. Propranolol - 20 mg - Take1 tablet twice daily for benign essential tremors.
17. Sumatriptan - 50mg - Take 1 tablet once every 2 hours as needed for migraines.
18. Topimrate - 25mg - Take 1 tablet twice daily for migraine prevention.

4. With or without taking the above-referenced medications, my disability is severe, just more severe without taking them. Whether or not taking my medication, the effects of my medical condition as described above do not change.

5. It is difficult to determine if the vertigo, fatigue, drowsiness, forgetfulness, dry mouth, dry eyes, memory issues, difficulty finding words and completing thoughts among other symptoms are possible side effects of medication because these symptoms are also common with my health diagnoses in many instances.

6. I was prescribed medical Marijuana and it seems to be helping, but I am having to take up to the prescribed amount for some pain relief.

7. It is extremely difficult to get comfortable whether sitting or standing. I must rest my left arm on a pillow or not let my arm touch anything because of the pain contact causes.

8. Walking causes me to feel pain in my left knee and hips. Due to my pain and stiffness, I am unable to walk long distance without multiple rest periods. I have to be cautious when walking because if I bump my left arm, I will be in extreme pain

9. I experience sudden onset vertigo, migraines, and IBS which prevent me from performing any job whether sedentary or not.

10. I am unable to lift more than 5 pounds or perform any repetitive activity with my left arm.

11. I fell out of bed twice between Thanksgiving and Christmas of 2022. My husband has to assist me with getting off the floor or when I fall.

12. I have trouble completing sentences and need to pause a lot in conversations. It is very frustrating when I lose my train of thought and can't finish my sentences to communicate. Sometimes, my husband has to complete sentences for me if he can understand what I'm trying to convey.

13. If I attempt to or exceed my limitations, I experience an extreme increase in pain that exacerbates my other health issues (migraines, tremors, IBS, etc.) Usually, my pain and fatigue increase for at least the remainder of the day or longer depending on the amount of over-exertion.

14. Stress also exacerbates symptoms of my medical diagnoses.

15. My eyes are constantly very dry. Looking or working at a computer screen causes me discomfort and headaches.

16. I need to have water with me all the time because of my dry mouth. Sometimes it is so dry that I am unable to swallow. Talking worsens oral dryness significantly.

17. I have tried prescription pain medications for my pain in the past but they give me horrible headaches. I have been prescribed medical Marijuana gummies that I find are helping with the pain. I have had to gradually increase from ¼ to ½ chew, as ordered, of a gummy to ease the pain.

18. To help relieve my IBS symptoms, I use a heating pad because the bloating is very painful.

19. When I have a migraine, I take my prescribed medication, use an ice pack, and lay in a dark silent room.

20. My daily activities vary based on the severity and duration of my pain. I have been experiencing pain for so many years that it is difficult to define.

21. My husband helps me with daily household tasks because most require lifting more than I am able and repetitive motion which results in increased fatigue and pain. All tasks such as laundry, grocery shopping, sweeping, dishwashing, and dusting cause my pain and fatigue level to increase.

22. There are many times when my husband needs to assist me with getting out of a chair, tub, washing my hair and even with dressing in certain clothes or jewelry.

23. This Affidavit is based exclusively on my own knowledge and words, but it was completed a little at a time and required many hours of total time to complete it.

Amy Knight
AMY KNIGHT

Sworn to and subscribed
before me this 15th day
of August, 2023

NOTARY PUBLIC
Notary/Bar No.:
My Commission Expires:

DOUGLAS K. FOSTER
Notary Public
Notary ID No. 77137
Ascension Parish, Louisiana

Knight - 08/17/23 - 003

PARISH OF Ascension

STATE OF LOUISIANA

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, came and appeared:

**TERRY KNIGHT**

who after being duly sworn, did depose and state the following:

1. I am Amy Knight's spouse and I help her with her care.
2. I observe her and converse with her daily.
3. I have read her Affidavit, a copy of which is attached hereto as Exhibit 1.
4. The entirety of her Affidavit is consistent with my observations of her.
5. The above is true and based upon personal knowledge.

TERRY KNIGHT

Sworn to and subscribed
before me this 15th day
of August 2023.

NOTARY PUBLIC
Notary/Bar No.:
My Commission Expires:

DOUGLAS K. FOSTER
Notary Public
Notary ID No. 77137
Ascension Parish, Louisiana

Knight - 08/17/23 - 004

PARISH/COUNTY OF ASCENSION

STATE OF LOUISIANA

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, came and appeared:

**CARL ZVONEK**

who after being duly sworn, did depose and state the following:

1. I am Amy Knight's father.
2. I observe her and converse with her regularly.
3. I have read her Affidavit, a copy of which is attached hereto as Exhibit 1.
4. The entirety of her Affidavit is consistent with my observations of her.
5. The above is true and based upon personal knowledge.

______________________
**CARL ZVONEK**

Sworn to and subscribed
before me this 15th day
of August, 2023.

NOTARY PUBLIC
Notary/Bar No.: DOUGLAS K. FOSTER
My Commission Expires Notary Public
Notary ID No. 77137
Ascension Parish, Louisiana

Knight - 08/17/23 - 005

PARISH/COUNTY OF Ascension

STATE OF Louisiana

**AFFIDAVIT**

**BEFORE ME**, the undersigned authority, came and appeared:

**KATHRYN ZVONEK**

who after being duly sworn, did depose and state the following:

1. I am Amy Knight's mother.
2. I observe her and converse with her regularly.
3. I have read her Affidavit, a copy of which is attached hereto as Exhibit 1.
4. The entirety of her Affidavit is consistent with my observations of her.
5. The above is true and based upon personal knowledge.

Kathryn Zvonek
**KATHRYN ZVONEK**

Sworn to and subscribed
before me this 15th day
of August, 2023.

NOTARY PUBLIC
Notary/Bar No.:
My Commission Expires:

DOUGLAS K. FOSTER
Notary Public
Notary ID No. 77137
Ascension Parish, Louisiana

Knight - 08/17/23 - 006

NOTE

RE: Patient: Amy Knight
Date of Birth:

To whom it may concern:

This is to document that I am the above patient's treating physician, and as such, I am familiar with her overall medical condition and her medication regimen.

I have reviewed the attached Affidavit of this patient. The statements that she makes in her Affidavit regarding her diagnoses are accurate, and her statements regarding her physical condition, pain components, limitations due to pain, and the effects of her pain and condition are credible, consistent with and expected given her overall medical condition and my objective serial clinical physical examinations as well as all conducted objective diagnostic studies to date.

Her complaints, clinical examination and all diagnostic studies also overwhelmingly and without question demonstrate severe disability which prevents her from working in any occupation, even sedentary.

Due to her physical condition, it is not reasonable to expect her to sit, walk or stand, even if alternating at will for a full 8-hour day. She is unable to engage in full time work, even if sedentary, on any sustained basis. Attempting to force herself to do so, or to intentionally persist in any activity that causes pain is not recommended, and will be detrimental to, and exacerbate her condition and pain.

Due to her condition and the medications she needs to be taking, she will not function well mentally or physically and will experience clouded thinking, confusion, slow reaction time and extreme fatigue. Thus, she cannot reasonably be expected to accurately and adequately perform mental or physical tasks.

Other effects of her medical condition include disturbed sleeping patterns due to chronic pain.

Her abilities, physical limitations and conditions are not expected to improve and rather are expected to continue to become worse with time.

It is my opinion that she is permanently disabled from any type of gainful employment.

If any further information is needed on her behalf, please request same by written contact so that there is no possibility of miscommunication.

Sincerely,

[signature] 8/4/2023
PHYSICIAN SIGNATURE DATE

James David West
PHYSICIAN PRINTED NAME

Knight - 08/17/23 - 007

PARISH OF ____________________

STATE OF LOUISIANA

AFFIDAVIT

**BEFORE ME**, the undersigned authority, came and appeared:

AMY KNIGHT

who after being duly sworn, did depose and state the following:

1. The following has been true continuously since my last day of work related to my disability claim through the date of this Affidavit.

2. My understanding is that my disability is the result of my diagnoses of: fibromyalgia, type 2 DM, CRPS type 1 of LUE, benign essential tremor, chronic pain of right wrist, chronic pain of LUE, positive ANA, vertigo, IBS without diarrhea, migraine syndrome, GAD, chronic major depression, bilateral sensorineural hearing loss, moderate episode of recurrent major depressive disorder, Dupuytren's left hand, and osteoarthritis.

3. I take the following prescription medications, at the following dosages and intervals each day:

    1. THC 900mg tincture- Take 0.25ml to 0.50ml under the tongue as needed twice daily for pain.
    2. Pepcid OTC - Take 1 tablet po daily for heartburn and acid reflux.
    3. Cevimeline - 30mg - Take 1 capsule in the morning, 1 capsule at noon, and 1 capsule before bedtime for dry mouth.
    4. Albuterol HFA - 90mcg/actuation inhaler - Inhale 2 puffs into the lungs every 6 hours as needed for wheezing.
    5. Alprazolam - 0.5 mg - Take 1 tablet once daily as needed for sleep.
    6. Amitriptyline -10mg - Take 2 tablets every night at bedtime for sleep.
    7. Bupropion XL - 300mg - Take 1 tablet once daily for depression and anxiety.
    8. Chlordiazepoxide-Clidinium - 5-2.5mg – Take one capsule three times a day with meals for IBS.
    9. Claritin-D 24 Hour - 10-240mg - Take 1 tablet once daily for allergies.
    10. Erythromycin ophthalmic ointment - Place into both eyes at bedtime for dry eyes.
    11. Fluoxetine - 20mg - Take 1 capsule once a day for depression.
    12. Fluoxetine - 40mg - Take 1 capsule once a day for depression.
    13. Fluticasone Propionate - 50mcg/actuation nasal spray - Apply two sprays in

each nostril once daily as needed for allergies.

14. Metformin XR - 500mg - Take 1 tablet twice daily for diabetes.
15. Naproxen - 500mg - Take 1 tablet once daily with a meal as needed for migraines.
16. Propranolol - 20 mg - Take1 tablet twice daily for benign essential tremors.
17. Sumatriptan - 50mg - Take 1 tablet once every 2 hours as needed for migraines.
18. Topimrate - 25mg - Take 1 tablet twice daily for migraine prevention.

4. With or without taking the above-referenced medications, my disability is severe, just more severe without taking them. Whether or not taking my medication, the effects of my medical condition as described above do not change.

5. It is difficult to determine if the vertigo, fatigue, drowsiness, forgetfulness, dry mouth, dry eyes, memory issues, difficulty finding words and completing thoughts among other symptoms are possible side effects of medication because these symptoms are also common with my health diagnoses in many instances.

6. I was prescribed medical Marijuana and it seems to be helping, but I am having to take up to the prescribed amount for some pain relief.

7. It is extremely difficult to get comfortable whether sitting or standing. I must rest my left arm on a pillow or not let my arm touch anything because of the pain contact causes.

8. Walking causes me to feel pain in my left knee and hips. Due to my pain and stiffness, I am unable to walk long distance without multiple rest periods. I have to be cautious when walking because if I bump my left arm, I will be in extreme pain.

9. I experience sudden onset vertigo, migraines, and IBS which prevent me from performing any job whether sedentary or not.

10. I am unable to lift more than 5 pounds or perform any repetitive activity with my left arm.

11. I fell out of bed twice between Thanksgiving and Christmas of 2022. My husband has to assist me with getting off the floor or when I fall.

12. I have trouble completing sentences and need to pause a lot in conversations. It is very frustrating when I lose my train of thought and can't finish my sentences to communicate. Sometimes, my husband has to complete sentences for me if he can understand what I'm trying to convey.

13. If I attempt to or exceed my limitations, I experience an extreme increase in pain that exacerbates my other health issues (migraines, tremors, IBS, etc.). Usually, my pain and fatigue increase for at least the remainder of the day or longer depending on the amount of over-exertion.

14. Stress also exacerbates symptoms of my medical diagnoses.

15. My eyes are constantly very dry. Looking or working at a computer screen causes me discomfort and headaches.

16. I need to have water with me all the time because of my dry mouth. Sometimes it is so dry that I am unable to swallow. Talking worsens oral dryness significantly.

17. I have tried prescription pain medications for my pain in the past but they give me horrible headaches. I have been prescribed medical Marijuana gummies that I find are helping with the pain. I have had to gradually increase from ¼ to ½ chew, as ordered, of a gummy to ease the pain.

18. To help relieve my IBS symptoms, I use a heating pad because the bloating is very painful.

19. When I have a migraine, I take my prescribed medication, use an ice pack, and lay in a dark silent room.

20. My daily activities vary based on the severity and duration of my pain. I have been experiencing pain for so many years that it is difficult to define.

21. My husband helps me with daily household tasks because most require lifting more than I am able and repetitive motion which results in increased fatigue and pain. All tasks such as laundry, grocery shopping, sweeping, dishwashing, and dusting cause my pain and fatigue level to increase.

22. There are many times when my husband needs to assist me with getting out of a chair, tub, washing my hair and even with dressing in certain clothes or jewelry.

23. This Affidavit is based exclusively on my own knowledge and words, but it was completed a little at a time and required many hours of total time to complete it.

________________________
AMY KNIGHT

Sworn to and subscribed
before me this _____ day
of ____________, 20___.

____________________
NOTARY PUBLIC
Notary/Bar No.: ____________
My Commission Expires ________

PHYSICIAN'S RECOMMENDED RESTRICTIONS

Patient's Name: Amy Kay Knight S.S.#: ______

Physician's Name: J. David West

IMPORTANT:

Please answer the following items based on your clinical evaluations, test results, and medical treatment history of the patient. Please note the patient's limitations with regard to a work setting where he/she would be required to work five days a week, on a sustained and regular basis. If, in your opinion, there is a medical basis for the patient's alleged pain, please consider pain as a factor in determining appropriate limitations.

**PLEASE ANSWER THE FOLLOWING QUESTIONS ASSUMING THAT YOUR PATIENT'S WORKDAY WOULD BE FOR NINE CONTINUOUS HOURS, INCLUDING A ONE HOUR LUNCH BREAK WHICH WOULD NOT PERMIT THE PATIENT TO LIE DOWN.

I. The patient can walk up to:

✓ 1 __ 2 __ 3 __ 4 __ 5 __ 6 __ 7 __ 8 __ 9 hours

What medical conditions limit the patient's ability to walk?
Chronic pain syndrome
fibromyalgia

II. The patient can stand up to:

1 ✓ 2 __ 3 __ 4 __ 5 __ 6 __ 7 __ 8 __ 9 hours

What medical conditions limit the patient's ability to stand?
Chronic pain syndrome
fibromyalgia

III. The patient can sit up to:

1 __ 2 ✓ 3 __ 4 __ 5 __ 6 __ 7 __ 8 __ 9 hours

What medical conditions limit the patient's ability to sit?
Chronic pain syndrome
fibromyalgia

IV. The patient should not be expected to be present for more than 2 - 3 total hours per day of the nine-hour work day described above on a sustained and regular basis in any combination of sitting, standing or walking.

V. Is the patient's medical condition expected to cause absences from work?

✓ Yes

___ No

VI. If the above question is answered "Yes", please estimate the number of such absences per month. >15

VII. In a given day, the patient can lift/carry:

Occasionally (meaning for as much as 1/3 of the day) a maximum of:

✓ less than 10 pounds
___ 11-20 pounds
___ 21-50 pounds
___ over 50 pounds

Frequently (meaning for as much as 2/3 of the day) a maximum of: none
___ less than 10 pounds
___ 11-20 pounds
___ 21-50 pounds
___ over 50 pounds

What medical conditions limit the patient's ability to lift/carry?

Complex regional pain syndrome (L) upper extremity
Chronic pain syndrome

VIII. Can the patient use hands for repetitive:

Simple grasping and handling? ____Yes ✓ No

Pushing and pulling? ____Yes ✓ No

Fine manipulation and fingering? ____Yes ✓ No

What medical conditions limit the patient's ability to use hands? Complex regional pain syndrome (L) upper extremity Chronic pain syndrome

IX. Can the patient use feet for repetitive movements as in operating foot controls?

✓ Yes

____No

What medical conditions limit the patient's ability to use feet? ____________

X. The patient is able to:

| | Frequently | Occasionally | Never |
|---|---|---|---|
| Bend | | ✓ | |
| Kneel | | ✓ | |
| Squat | | ✓ | |
| Crawl | | | ✓ |
| Climb stairs | | | ✓ |
| Climb ladders | | | ✓ |
| Reach above shoulder level | | ✓ | |
| Work from heights | | | ✓ |
| Drive or operate machinery | | | ✓ |

Knight - 08/17/23 - 013

What medical conditions limit the patient's ability to engage in these activities?

Chronic pain syndrome
fibromyalgia

XI. Should the patient avoid engaging in any activity that causes severe pain?

✓ Yes

___ No

Additional Restrictions or Comments:

[signature] Signature

8/4/2023 Date

Knight - 08/17/23 - 014

AMY RAY

# Louisiana State Board of Nursing

17373 Perkins Road
Baton Rouge, LA 70810
Telephone: (225) 755-7500 Fax: (225) 755-7583
www.lsbn.state.la.us

## MEDICAL RELEASE – FITNESS FOR EMPLOYMENT/CLINICAL ROTATION FORM

Name of treating physician: Dr. J. David West

Patient's Name: AMY RAY KNIGHT

Date of Birth:

**NOTE:** Bold areas must be circled. All blanks must be completed.

Diagnoses: complex regional pain syndrome, fibromyalgia depression anxiety, cognitive impairment, memory difficulty

He/**She** (circled) has been under my care from date prior to 10/2017 until present

**He/She** currently has no health/safety risks that would pose a problem to self or others and is medically, physically, and psychologically fit to return to work or clinical nursing courses:

Please circle as appropriate:

**(with/without)** follow-up treatment.

**(with/without)** work limitations.

He/**She** (circled) is prescribed the following medications: If additional space is need please provide as an attachment.

| Medication | Dose | Route | Frequency | #Dispensed | Refills Y/N |
|---|---|---|---|---|---|
| elavil | 10mg | P.O | QH.S | | |
| wellbutrin | 300mg | P.O | QD | | |
| librax | | P.O | TID prn | | |
| propanolol | 20mg | P.O | BID | | |
| topamax | 25mg | P.O | BID | | |
| naproxen | 500mg | P.O | QD | | |
| Claritin D | | P.O | QD | | |
| Flonase N.S | 2sprays | intranasal | Q H.S. | | |
| imitrex | 50mg | P.O | QD prn | | |
| albuterol | 1-2puffs | inhalation | Q4hr prn | | |
| THC | | | TID | | |
| prozac | 60mg | P.O | QD | | |
| Naltrexone | 50mg | P.O | QD | | |

Knight - 08/17/23 - 015

AMY RAY

Please Circle as appropriate:

**I (have/have not) reviewed this patient's RX History Report through the Louisiana State Board of Pharmacy.**

This patient's non-compliance with follow-up treatment recommendations (**could / could not**) cause health or safety risk to others. The expected date of discharge from follow-up treatment is ________________________. (Please attach copy of follow-up treatment plan for patients whose non compliance could pose a health or safety risk to others).

This patient's job as a Registered Nurse/enrollment in school/clinical responsibilities (**need / do not need**) to be limited. The patient can return to full duty work as a Registered Nurse/clinical rotations on ________________________. (Please attach a copy of evaluation and job limitations imposed by patient's illness).

This patient currently (**has/does not have**) health/safety risks that would pose a problem to self or others and is medically, physically, and psychologically fit to return to work/clinical rotations **in accordance with the below cognitive, intellectual, and behavioral standards.** (Note: **YES = does not have** safety risk/ **NO = has** safety risk related to any of the limitations on the below Cognitive, Intellectual, and Behavioral Standards chart. Please attach an additional explanation if needed). *Note Patient seeing psychiatry, neurology, neuropsychology

**COMMUNICATION STANDARDS**

| YES | NO | |
|---|---|---|
| | ✓ | **Speak and express** clearly and understandably in the English language to other health care providers, peers, patients, and others and explain procedures to patients and initiate health teaching. |
| | ✓ | **Read** printed, handwritten chart data and computer generated documents in the English language at a level of competency that allows safe and timely execution of essential tasks or assignments. |
| | ✓ | **Understand and interpret** medical terminology and information given regarding status, progress, and safety of a patient; to follow simple and complex instructions (oral and written) regarding patient care, and communicate with others based on their non-verbal communication and/or behavior. |
| | ✓ | **Follow directions** accurately and efficiently seeking clarification when needed. |
| | ✓ | **Write** to produce legible handwritten or computer word processed documents, use correct medical terminology and spelling. Organize and express thoughts in written form in the English language prepared accurately, thoroughly, and legally defensible patient documentation. |

Knight - 08/17/23 - 016

AMY RAY

| | | |
|---|---|---|
| | ✓ | **Have interpersonal skills** to work collaboratively; interact professionally; to establish rapport with patients, family, health care professionals, and maintain confidentiality in all interactions. |

AMY RAY

## COGNITIVE AND INTELLECTUAL STANDARDS

| YES | NO | |
|---|---|---|
| | ✓ | **Think critically** to identify and solve problems; identify cause-effect relationships in clinical situations; develop and implement a nursing plan of care according to process and respond instantly in emergency situations. |
| | ✓ | **Comprehend** relevant information regarding patient diagnosis, nursing interventions, indications, and contraindications from patient charts and assessments. |
| | ✓ | **Prioritize and integrate** patient information and other data gathered to make decisions about nursing interventions providing for patient safety and appropriateness. |
| | ✓ | **Collect and correctly interpret** accurate patient information. Correctly **perform basic math equations** to ensure accuracy of medications given to patients. |
| | ✓ | **Make clinical decisions and respond quickly and appropriately** to changes in patient status; analyze written, observed, and/or verbal data about patients and make appropriate nursing decisions. |
| | ✓ | **Have intact short and long-term memory** to accurately and quickly remember data from the chart and information relayed in verbal exchanges with other members of the health care team and patient; to access learned knowledge to include but not be limited to diagnosis and contraindications for procedures. |
| | ✓ | **Think quickly and clearly** to execute all duties unimpaired by any conditions or substances that alter mental processing, speed, or quality of thought processes or judgments. |

## MOTOR ABILITY

| YES | NO | |
|---|---|---|
| | ✓ | **Physically maneuver** in patient rooms, workspaces, and treatment areas. |
| | ✓ | **Bend, stand, kneel, apply chest compressions to perform CPR** and associated duties. |
| | ✓ | **Lift and carry** medical equipment, supplies, medications, charts. |
| | ✓ | **Stand and maintain balance**, respond quickly to emergencies, climb stairs, use stools, move and transport patients, guard, maintain, and correct balance of unstable patients. |
| | ✓ | **Have fine motor skills** to calibrate and properly use equipment. |

Registered Nurses who are required to use prescription drugs authorized by a licensed prescriber are responsible for being aware of any effect such drugs may have on the performance of their duties and to report the use of such substances to their supervisor prior to reporting for work.

It is the nurse's responsibility to notify the prescribing health care professional of the duties required by the nurse's position and to ensure that the prescriber approves the use of the prescription medication while the nurse is performing his or her duties.

AMY RAY

If a prescription medication states it *Might or Could* cause any form of impairment, a prescriber's letter clarifying the impact of these possible side effects will be required. The prescriber's note must state the medicine will not negatively impact the nurse's ability to function in his/her job capacity.

When a nurse does not comply with this requirement, a legitimate prescription will not be an acceptable excuse for the use or possession of an intoxicant and the nurse will be subject to disciplinary action.

The term intoxicant includes, but is not limited to, ethanol (alcohol), amphetamines, and any other prescribed stimulants, barbiturates, benzodiazepines, and other hypnotics, cocaine, narcotics (opioids). The term intoxicant also includes any other substances that alter one's senses or could affect one's ability to function in his or her job.

A controlled substance's use as part of a prescribed medical treatment is not grounds for disciplinary action, although it is important for the supervisor to know the use is occurring. It may, however, be necessary to change an employee's job assignment while the employee is undergoing treatment.

A doctor's release will be required before the nurse returns to safety-sensitive functions.
The prescription or written document must also contain the name of the substance, the quantity/amount to be taken, and the period of authorized use. Any abuse or misuse of legal drugs is prohibited. The drug shall be used only within the parameters set by the prescriber and quantity prescribed.

| [signature] | J. David West | 8/8/23 |
|---|---|---|
| Physician's Signature | Printed | Date |

| | | |
|---|---|---|
| Witness Signature | Printed | Date |

Knight - 08/17/23 - 019

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, August 9, 2023 9:19:57 AM |
| To: | SUPPORT@JPRICEMCNAMARA.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Gainwell Technologies Claim No. 11580689 Amy Ray Knight |
| Attachments: | oeshl8fm49udxvitc2ox_15860753.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

August 9, 2023

J. Price McNamara
10455 JEFFERSON HIGHWAY
STE 130
BATON ROUGE, LA 70809

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689
Claimant: Amy Ray Knight

Dear J. Price McNamara:

We are in receipt of your letter dated August 8, 2023. You have requested an extension through September 13, 2023. Your extension request will be granted.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jeff Booth
Claims Resolution Specialist
Phone No.: (888) 437-7611 Ext. 2665
Secure Fax No.: (603) 334-0401

LAW OFFICES
OF
J. PRICE MCNAMARA

J. PRICE McNAMARA
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

August 8, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX (603) 334-0401**

The Lincoln National Life Insurance Company
**Attn: Jeff Booth**
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

Re: **Claimant: Amy Knight**
**Claim #: 11580689**
**Gainwell Technologies**
**Long Term Disability (LTD) Benefits**

Dear Mr. Booth,

We are in receipt of your July 24, 2023, letter. We are writing to request an extension through and including September 13, 2023. We ask that no final decision be made until we notify you in writing that our submission is complete even if my client has previously submitted an appeal prior to this letter.

Please confirm receipt of this letter and Lincoln's consent to the extension requested herein by email (support@jpricemcnamara.com) or fax (225-201-8313).

With kind regards, I remain

Sincerely,

*[signature]*

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/eej

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Monday, July 24, 2023 4:19:32 PM |
| To: | SUPPORT@JPRICEMCNAMARA.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Gainwell Technologies Claim No. 11580689 Amy Ray Knight |
| Attachments: | gebh1io25bziejwvxeiw_15747819.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

July 24, 2023

J. Price McNamara
10455 JEFFERSON HIGHWAY
STE 130
BATON ROUGE, LA 70809

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689
Claimant: Amy Ray Knight

Dear J. Price McNamara:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Gainwell Technologies' Group Disability Policy. We are writing regarding your claim for LTD benefits under the Policy.

We are in process of reviewing your appeal of our denial determination regarding the above-referenced claim. The purpose of this letter and enclosure(s) is to provide you with an opportunity to review and comment on new/ additional evidence that has been received before a decision is rendered on your appeal.

Please find attached Peer Review, which is new or additional evidence in connection with your appeal. You may review these and provide a response to us, which we will consider in making our decision on your appeal. If we do not receive your response within 21 days of the date of this letter or August 14, 2023, we will proceed with making a determination on your appeal.

Upon receipt of your response, we will promptly complete our review and render a determination on your appeal. If your response is not received by August 14, 2023 (21 days from the date of this letter), we will render a determination based on the information contained in your file.

Due to these special circumstances, an extension of time to process your appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln's control, which require a delay in making a determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA

Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)]

If you have any questions regarding this matter, please contact me.

Sincerely,

Jeff Booth
Claims Resolution Specialist
Phone No.: (888) 437-7611 Ext. 2665
Secure Fax No.: (603) 334-0401

Attachments: 11580689-MEDICAL-CP/PEER REVIEW-07.21.2023

Reliable Review Services
604 Banyan Trail
P.O. Box 810789
Boca Raton, FL, 33481
Toll Free: 877-890-0123
**Fax: 561-995-4189**

Reliable Review Services

# Fax:

| | |
|---|---|
| **To:** Craig Greene, MD | **From:** Reliable RS |
| **Fax:** 225-408-7980 | **Date:** July 21, 2023 |
| **Re:** Amy R Ray Knight | **RRS ID:** 90490 |

As an Independent Peer Reviewer, Andrew M Nava, MD, on the case for your above named patient, I have contacted your office to discuss the case and was instructed to present my questions to you via fax. **Please respond by 7/28/2023.**

QUESTIONS:

1. What are the claimant's most recent objective examination findings with date(s)?

2. What are the claimant's current restrictions and limitations and for what period of time will these be in place?

3. Is the claimant working?

4. What is the treatment plan from your office/practice?

FINDINGS:

Based on the documentation provided, there is objective evidence to support an impairment for this claimant from 11/11/2022 to 04/27/2023 as there are abnormal objective examination findings pertaining to the left knee and right hip, including pain and tenderness.

There are no abnormal objective findings after 01/27/2023. It is reasonable to assume the claimant's objective findings and functional deficits would persist for at least 3 months after 01/27/2023. However, given the lack of recent progress notes, a functional impairment after 04/27/2023 is not supported due to lack of recent objective examination findings.

Restrictions are as follows from 11/11/2022 to 04/27/2023:

RRS
Reliable Review Services

Standing/Walking: No longer than 30 minutes over a 2 hour period. No more than 2 hours in an 8-hour day.
Sitting: Unrestricted or unlimited, but noting changing positions as necessary or comfort.
Pushing/Pulling/Lifting/Carrying: Up to 20 pounds occasionally.
Bending/Stooping/Kneeling: Occasionally.
Climbing: Never ladders, occasionally stairs.
Bilateral Upper Extremity: Unrestricted overhead, waist level, and below desk level reaching, keyboarding, typing, mousing, gripping, and grasping.

The claimant can work 8 hours per day, 5 days per week, with the above restrictions. The claimant has impairments related to left knee and right hip pain supported by objective examination findings and imaging findings. The claimant requires functional limitations and restrictions to prevent further aggravation of the above existing medical conditions. The prognosis is guarded, however a functional impairment after 04/27/2023 cannot be supported due to lack of updated objective examination findings.

Andrew M Nava, MD
Board Certified
Physical Medicine & Rehabilitation
Expertise in: Pain Medicine
MD - D82474
July 21, 2023

Please remit response to:
**Reliable Review Services**
**604 Banyan Trail**
**P.O. Box 810789**
**Boca Raton, FL, 33481**
**Fax: 561-995-4189**

Please reply via fax to 561-995-4189 by 7/28/2023.

Print: ______________________________
Craig Greene, MD

Sign: ______________________________ Date:__________

Craig Greene, MD

If you have any questions or would like to discuss this case further, please do not hesitate to contact:

**Reliable Review Services**
**604 Banyan Trail**
**P.O. Box 810789**
**Boca Raton, FL, 33481**
**Fax: 561-995-4189**

Reliable Review Services
604 Banyan Trail
P.O. Box 810789
Boca Raton, FL, 33481
Toll Free: 877-890-0123
**Fax: 561-995-4189**

RRS
Reliable Review Services

# Fax:

| | |
|---|---|
| **To**: Bryan Griffith, MD | **From:** Reliable RS |
| **Fax:** 225-408-7980 | **Date:** July 21, 2023 |
| **Re:** Amy R Ray Knight | **RRS ID:** 90490 |

As an Independent Peer Reviewer, Andrew M Nava, MD, on the case for your above named patient, I have contacted your office to discuss the case and was instructed to present my questions to you via fax. **Please respond by 7/28/2023.**

QUESTIONS:

1. What are the claimant's most recent objective examination findings with date(s)?

2. What are the claimant's current restrictions and limitations and for what period of time will these be in place?

3. Is the claimant working?

4. What is the treatment plan from your office/practice?

FINDINGS:

Based on the documentation provided, there is objective evidence to support an impairment for this claimant from 11/11/2022 to 04/27/2023 as there are abnormal objective examination findings pertaining to the left knee and right hip, including pain and tenderness.

There are no abnormal objective findings after 01/27/2023. It is reasonable to assume the claimant's objective findings and functional deficits would persist for at least 3 months after 01/27/2023. However, given the lack of recent progress notes, a functional impairment after 04/27/2023 is not supported due to lack of recent objective examination findings.

Restrictions are as follows from 11/11/2022 to 04/27/2023:

RRS
Reliable Review Services

Standing/Walking: No longer than 30 minutes over a 2 hour period. No more than 2 hours in an 8-hour day.
Sitting: Unrestricted or unlimited, but noting changing positions as necessary or comfort.
Pushing/Pulling/Lifting/Carrying: Up to 20 pounds occasionally.
Bending/Stooping/Kneeling: Occasionally.
Climbing: Never ladders, occasionally stairs.
Bilateral Upper Extremity: Unrestricted overhead, waist level, and below desk level reaching, keyboarding, typing, mousing, gripping, and grasping.

The claimant can work 8 hours per day, 5 days per week, with the above restrictions. The claimant has impairments related to left knee and right hip pain supported by objective examination findings and imaging findings. The claimant requires functional limitations and restrictions to prevent further aggravation of the above existing medical conditions. The prognosis is guarded, however a functional impairment after 04/27/2023 cannot be supported due to lack of updated objective examination findings.

Andrew M Nava, MD
Board Certified
Physical Medicine & Rehabilitation
Expertise in: Pain Medicine
MD - D82474
July 21, 2023

Please remit response to:
**Reliable Review Services**
**604 Banyan Trail**
**P.O. Box 810789**
**Boca Raton, FL, 33481**
**Fax: 561-995-4189**

Please reply via fax to 561-995-4189 by 7/28/2023.

Print: ______________________________
Bryan Griffith, MD

Sign: ______________________________ Date:__________

RRS
Reliable Review Services

Bryan Griffith, MD

If you have any questions or would like to discuss this case further, please do not hesitate to contact:

**Reliable Review Services**
**604 Banyan Trail**
**P.O. Box 810789**
**Boca Raton, FL, 33481**
**Fax: 561-995-4189**

Reliable Review Services

| | |
|---|---|
| Date: | 7/21/2023 |
| To: | Jeff Booth<br>LINCOLN FINANCIAL GROUP |
| Re: | RRS ID: 90490 |

| | |
|---|---|
| Claimant: | Amy R Ray Knight |
| Claim #: | 11580689 |
| Line of Business: | Disability |
| Review Type: | LTD |
| Review Level: | Initial |

## Advisory Report

### Clinical History

This review is from a Physical Medicine and Rehabilitation perspective. The claimant is a 55 year old female who had a listed diagnosis of "pain in left arm". This review is to determine if the claimant was functionally impaired from 11/11/2022 to the present. The claimant's date of disability was noted to be 02/25/2021.

All of the medical records were reviewed and taken into consideration for this review, but only those closest to the dates under review and those felt to be most relevant to this review were noted below.

02/24/2022: R. Bryan Griffith, MD (Orthopedics) - The claimant presented for bilateral knee pain, worse on the left to the right. She fell on her knees and they have been bothering her ever since. Physical examination revealed tenderness at the bilateral patellas. The diagnosis was traumatic chondromalacia of bilateral knees, fibromyalgia. Plan for knee extension exercises.

09/22/2022: Craig Greene, MD, MBA (Orthopedics) - The claimant presented for left knee pain. The pain has been going on for over a year. She has maximized the conservative treatment. She has catching, popping and locking. Pain level is 8/10. Physical examination of the left knee reveals pain with extension and deep flexion. Severe medial and lateral joint line tenderness with evidence of patellofemoral crepitus. Positive McMurray's test and positive Apley's test at the medial compartment. The diagnosis was left knee pain, left medial meniscus tear. Plan for magnetic resonance imaging (MRI) of the left knee.

12/07/2022: MRI of the left knee revealed mild degenerative free edge fraying of the posterior horn of the medial meniscus. Mild tricompartmental chondral thinning. Severe tendinosis distal semimembranosus tendon at the tibial plateau insertion.

RRS
Reliable Review Services

12/19/2022: Craig Greene, MD, MBA (Orthopedics) - The progress note was poorly scanned and somewhat difficult to decipher. She continues to have left knee pain 7/10. Physical examination findings appear to be unchanged. Additional diagnosis of left knee osteoarthritis, diabetes mellitus, fibromyalgia, left knee pes anserine bursitis. The claimant was prescribed Mobic and hold off on injection.

12/22/2022: Craig Greene, MD, MBA (Orthopedics) - The progress note was poorly scanned and somewhat difficult to decipher. She continues to have left knee pain 7/10. Physical examination findings appear to be unchanged. It appears the plan was for continued conservative management.

01/11/2023: Craig Greene, MD, MBA (Orthopedics) - The progress note was poorly scanned and somewhat difficult to decipher. She continues to have left knee pain 7/10. Physical examination findings appear to be unchanged. It appears the plan was for continued conservative management.

01/16/2023: David West, MD (Internal Medicine) - Letter: The claimant continues to report intense pain involved in the left upper extremity and right wrist. These are chronic. She states she cannot perform routine chores around her home due to pain. She is unable to lift even light weight and cannot do repetitive activities with her upper extremities. These physical ailments and disabilities have exacerbated her mental health problems. Her depression and anxiety disorders have intensified. Medical conditions include diabetes, major depression, generalized anxiety disorder, fibromyalgia, chronic wrist pain, complex regional pain syndrome of the left upper extremity, vertigo, and Meniere's disease. "I have a hard time believing she can return to any type of gainful employment."

01/27/2023: Craig Greene, MD, MBA (Orthopedics) - The progress note was poorly scanned and somewhat difficult to decipher. The claimant presented for right hip pain, 8/10. Physical examination revealed severe tenderness at the greater trochanteric bursa. Positive straight leg raise on the right. She has hypersensitivity along the anterior lateral thigh and down the posterior calf with numbness in the distribution. The diagnosis was trochanteric bursitis of right hip, right lower extremity radiculopathy. Recommendation for steroid injection to the right greater trochanteric bursa and continue Naproxen. Plan for MRI of the lumbar spine.

02/20/2023: Gary McDaniel, MD (specialty not specified) - The progress note was poorly scanned and somewhat difficult to decipher. The claimant presented for fibromyalgia. She failed Cymbalta. Pain level is 7/10. The remainder of the subjective findings section cannot be deciphered. Physical examination appeared to be normal. The diagnosis was fibromyalgia. Continue Topamax and start low-dose Naltrexone. Referral to aquatic therapy.

03/27/2023: Gary McDaniel, MD (specialty not specified) - The progress note was poorly scanned and somewhat difficult to decipher. The claimant presented for follow up fibromyalgia. Pain level was 7-8 out of 10. Physical examination section appeared to be normal. Plan to continue Topamax and start low-dose Naltrexone. Continue aquatic therapy.

04/28/2023: Gary McDaniel, MD (specialty not specified) - The progress note was poorly scanned and somewhat difficult to decipher. The claimant presented for follow up fibromyalgia. Pain level was 7/10.

RRS
Reliable Review Services

Physical examination section appeared to be normal. Plan to continue Topamax and increase medical marijuana. Continue aquatic therapy.

05/22/2023: Gary McDaniel, MD (specialty not specified) - The progress note was poorly scanned and somewhat difficult to decipher. This objective findings portion of the progress note was not legible. Physical examination appeared to be normal. It appears the plan was to continue Topamax and aquatic therapy. Recommendation to discuss with psychiatrist about starting Savella.

## Provider Contact Log

| Date/time of call | Spoke to | Outcome/message |
| --- | --- | --- |
| 7/17/2023 12:47 PM CDT | Mary - Appointment Line/General Voicemail | I attempted to contact Craig Greene, MD. I reached Mary and the general voicemail. I left a detailed message noting the reason for my call and requesting a return call. My contact number was provided and the best time to reach me was noted. A time frame for call back was provided. |
| 7/19/2023 11:02 AM CDT | General Voicemail | I attempted to contact Craig Greene, MD. I reached the general voicemail. I left a detailed message noting the reason for my call and requesting a return call. My contact number was provided and the best time to reach me was noted. A time frame for call back was provided. |
| 7/17/2023 12:51 PM CDT | Selena - Appointment Line/ Emily - Nurse Voicemail | I attempted to contact Bryan Griffith, MD. I reached Selena and the voicemail of Emily. I left a detailed message noting the reason for my call and requesting a return call. My contact number was provided and the best time to reach me was noted. A time frame for call back was provided. |
| 7/19/2023 11:07 AM CDT | Misty - Appointment Line/Emily - Nurse Voicemail | I attempted to contact Bryan Griffith, MD. I reached Misty and the voicemail of Emily. I left a detailed message noting the reason for my call and requesting a return call. My contact number was provided and the best time to reach me was noted. A time frame for call back was provided. |

## Questions and Reviewer's Response

1. Please identify the primary impairing diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.

From a physical medicine and rehabilitation perspective, based on the provided medical records, the primary impairing diagnoses during the timeframe under review are:

Left knee pain (M25.562)
Left medial meniscus tear (S83.242A)
Left knee osteoarthritis (M17.12)
Left knee pes anserine bursitis
Trochanteric bursitis of right hip
Right lower extremity radiculopathy
Traumatic chondromalacia of bilateral knees

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

From a physical medicine and rehabilitation perspective, based on the provided medical records, the comorbid diagnoses significant to impairment during the timeframe under review are:

Diabetes mellitus (E11.9)
Fibromyalgia (M79.7)

**3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 11/11/2022 to the present, and comment on the expected duration.**

Based on the documentation provided, there is objective evidence to support an impairment for this claimant from 11/11/2022 to 04/27/2023 as there are abnormal objective examination findings pertaining to the left knee and right hip, including pain and tenderness.

There are no abnormal objective findings after 01/27/2023. It is reasonable to assume the claimant's objective findings and functional deficits would persist for at least 3 months after 01/27/2023. However, given the lack of recent progress notes, a functional impairment after 04/27/2023 is not supported due to lack of recent objective examination findings.

Restrictions are as follows from 11/11/2022 to 04/27/2023:

Standing/Walking: No longer than 30 minutes over a 2 hour period. No more than 2 hours in an 8-hour day.

RRS
Reliable Review Services

Sitting: Unrestricted or unlimited, but noting changing positions as necessary or comfort.
Pushing/Pulling/Lifting/Carrying: Up to 20 pounds occasionally.
Bending/Stooping/Kneeling: Occasionally.
Climbing: Never ladders, occasionally stairs.
Bilateral Upper Extremity: Unrestricted overhead, waist level, and below desk level reaching, keyboarding, typing, mousing, gripping, and grasping.

The claimant can work 8 hours per day, 5 days per week, with the above restrictions. The claimant has impairments related to left knee and right hip pain supported by objective examination findings and imaging findings. The claimant requires functional limitations and restrictions to prevent further aggravation of the above existing medical conditions. The prognosis is guarded, however a functional impairment after 04/27/2023 cannot be supported due to lack of updated objective examination findings.

4. Do medical records support any restrictions/limitations that were recommended by treating providers for the timeframes in question?

From a physical medicine and rehabilitation perspective, the restrictions and limitations that were recommended by the claimant's treating providers during the timeframe under review were not supported by the provided medical records.

5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?

From a physical medicine and rehabilitation perspective, based on the provided medical records, the medical management recommended by the claimant's treating providers was clinically reasonable and consistent with the standard of care for the apparent level of severity for the reported conditions.

6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?

From a physical medicine and rehabilitation perspective, there were no non-medical circumstances noted in the provided medical records that may adversely impact the claimant working.

7. Other - Please contact treating provider Craig Greene (225-924-2424 (f)225-408-7980) & R. Bryan Griffith (225-924-2424 (f)225-408-7980) to discuss the claimant's condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call. Please

RRS
Reliable Review Services

be sure to include the patient's name and purpose of call with any messages that are left for the treating provider. If AP contact is not successful, please send a letter to the treating provider outlining a summary of your assessment/findings and your questions for the treating provider.

Please refer to the call logs. Letters to be sent per client specifications.

*The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of this independent review. I also attest that I have no substantial personal or financial relationship with the treating provider(s) and/or treatment facility(ies), I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.*

*I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.*

Andrew M Nava, MD
Board Certified
Physical Medicine & Rehabilitation
Expertise in: Pain Medicine
MD - D82474

## Documents Sent for Review

| Document Date | Document Type | Document Source |
|---|---|---|
| 06/06/2018 | Petition for Settlement of Worker's Compensation Claim | Robert Campbell |
| 06/06/2018 | First Report of Injury or Illness | Baton Rouge |
| 06/19/2018, 07/10/2018, 08/09/2018, 08/30/2018, 09/13/2018, 01/03/2019, 01/31/2019, 02/19/2019, 03/12/2019, 03/12/2019, 04/05/2019, 05/17/2019, | Office Visits | Rick Ahmad, MD |

RRS
Reliable Review Services

| | | |
|---|---|---|
| 07/02/2019, 08/18/2020 | | |
| 08/24/2018 | Radiology Report | Jason Brown, MD |
| 08/28/2018, 12/05/2018, 02/20/2019 | Office Visits | Larry Bankston, MD |
| 08/31/2018 | Request of Authorization/Carrier of Self Insured Employer Response | Larry Bankston, MD, Rick Ahmad, MD |
| 10/24/2018 | Radiology Report | James Lawton, MD |
| 01/30/2019 | EMG/NCV | Brian Murphy, MD |
| 03/28/2019 | Radiology Report | Nina Gazmen, MD |
| 10/13/2020 | Radiology Report | Adam Harris |
| 11/05/2020 | Affidavit | Robert Campbell |
| 11/05/2020 | Affidavit | Claimant |
| 11/10/2020 | Procedure Note | William Gladney, MD |
| 11/13/2020 | Affidavit | Keith Pittman |
| 11/16/2020 | Motion for Approval of Attorney's Fees | Robert Campbell |
| 11/16/2020 | Orders | Unknown |
| 03/03/2021, 03/04/2021, 08/20/2021, 10/25/2022 | Authorization for the Release of Information Including Protected Health Information | Claimant |
| 03/22/2021, 05/19/2021, 09/02/2021, 01/17/2022, 07/18/2022 | Office Visits | James West, MD |
| 03/26/2021 | Office Visits | Mark Garon, MD |
| 05/10/2021 | Office Visits | Angele Bourg, MD |
| 05/19/2021, 07/02/2021, 11/23/2021 | Office Visits | David West, MD, Venugopal Vatsavayi, MD |
| 06/14/2021 | Letter | Eric Berger |
| 06/15/2021 | Physician's Statement of Disability | Kim Richards |
| 07/07/2021 | Attending Physician's Statement | James West, MD |
| 08/06/2021 | Email Correspondence | Keri Young |
| 08/10/2021 | Occupational Analysis | Megan Provost, MA, CRC |
| 08/20/2021, 10/25/2022 | Claimant Information Form | Claimant |
| 08/20/2021, 10/25/2022 | Authorization for the Release of Protected Health Information | Claimant |
| 08/20/2021, 10/25/2022 | Activities Questionnaire | Claimant |
| 09/02/2021 | Radiology Report | Baton Rouge Clinic |
| 11/23/2021 | Office Visits | Venugopal Vatsavayi, MD |
| 02/01/2022 | Information | James West, MD |
| 02/24/2022 | Office Visits | Bryan Griffith, MD |
| 05/20/2022 | Office Visits | Michael Perniciaro, MD |
| 05/26/2022 | Authorization to Disclose Information to the Social | Claimant |

RRS
Reliable Review Services

| | | |
|---|---|---|
| | Security Administration | |
| 09/22/2022, 12/19/2022, 12/22/2022, 01/11/2023, 01/27/2023 | Office Visits | Craig Greene, MD |
| 10/27/2022 | Claim Coversheet Report | Unknown |
| 10/29/2022 | Claimant Supplementary Statement | Claimant |
| 11/03/2022 | Letter | James Hill, MD, MPH |
| 11/08/2022 | Clinical Review Memo | James Hill, MD, MPH |
| 11/08/2022 | Email Correspondence | Unknown |
| 11/08/2022 | Clinical Review Memo | Amy Feitelson, MD |
| 11/08/2022 | Letter | Amy Feitelson, MD |
| 12/07/2022 | Radiology Report | Robert Branstetter, MD |
| 12/07/2022 | MRI Screening Questionnaire | Claimant |
| 01/05/2023 | Billing Statement | ReleasePoint |
| 01/16/2023 | Letter | James West, MD |
| 02/07/2023, 05/03/2023, 07/10/2023 | Letter | Price McNamara |
| 02/20/2023, 03/27/2023, 04/26/2023, 05/22/2023 | Office Visits | Gary McDaniel, MD |
| 02/27/2023 | Letter | Claimant |
| 06/06/2023 | Patient Receipt | Baton Rouge Orthopaedic Clinic |
| 07/11/2023 | Appeal Referral | Lincoln Financial Group |
| 07/13/2023 | Peer Review Request | Valencia Mccrae |
| Undated | Document History | Unknown |
| Undated | Training-Education-Experience Form (TEE) | Claimant |
| Undated | Driver License | Claimant |

Reliable Review Services
604 Banyan Trail
P.O. Box 810789
Boca Raton, FL, 33481
Toll Free: 877-890-0123
**Fax: 561-995-4189**

RRS
Reliable Review Services

# Fax :

| | |
|---|---|
| **To**: Craig Greene, MD | **From:** Reliable RS |
| **Fax:** 225-408-7980 | **Date:** July 21, 2023 |
| **Re:** Amy R Ray Knight | **RRS ID:** 90490 |

As an Independent Peer Reviewer, Andrew M Nava, MD, on the case for your above named patient, I have contacted your office to discuss the case and was instructed to present my questions to you via fax. **Please respond by 7/28/2023.**

QUESTIONS:

1. What are the claimant's most recent objective examination findings with date(s)?

2. What are the claimant's current restrictions and limitations and for what period of time will these be in place?

3. Is the claimant working?

4. What is the treatment plan from your office/practice?

FINDINGS:

Based on the documentation provided, there is objective evidence to support an impairment for this claimant from 11/11/2022 to 04/27/2023 as there are abnormal objective examination findings pertaining to the left knee and right hip, including pain and tenderness.

There are no abnormal objective findings after 01/27/2023. It is reasonable to assume the claimant's objective findings and functional deficits would persist for at least 3 months after 01/27/2023. However, given the lack of recent progress notes, a functional impairment after 04/27/2023 is not supported due to lack of recent objective examination findings.

Restrictions are as follows from 11/11/2022 to 04/27/2023:

Standing/Walking: No longer than 30 minutes over a 2 hour period. No more than 2 hours in an 8-hour day.
Sitting: Unrestricted or unlimited, but noting changing positions as necessary or comfort.
Pushing/Pulling/Lifting/Carrying: Up to 20 pounds occasionally.
Bending/Stooping/Kneeling: Occasionally.
Climbing: Never ladders, occasionally stairs.
Bilateral Upper Extremity: Unrestricted overhead, waist level, and below desk level reaching, keyboarding, typing, mousing, gripping, and grasping.

The claimant can work 8 hours per day, 5 days per week, with the above restrictions. The claimant has impairments related to left knee and right hip pain supported by objective examination findings and imaging findings. The claimant requires functional limitations and restrictions to prevent further aggravation of the above existing medical conditions. The prognosis is guarded, however a functional impairment after 04/27/2023 cannot be supported due to lack of updated objective examination findings.

Andrew M Nava, MD
Board Certified
Physical Medicine & Rehabilitation
Expertise in: Pain Medicine
MD - D82474
July 21, 2023

Please remit response to:
**Reliable Review Services**
**604 Banyan Trail**
**P.O. Box 810789**
**Boca Raton, FL, 33481**
**Fax: 561-995-4189**

Please reply via fax to 561-995-4189 by 7/28/2023.

Print: ______________________________
Craig Greene, MD

Sign: ______________________________ Date:__________

Craig Greene, MD

If you have any questions or would like to discuss this case further, please do not hesitate to contact:

**Reliable Review Services**
**604 Banyan Trail**
**P.O. Box 810789**
**Boca Raton, FL, 33481**
**Fax: 561-995-4189**

Reliable Review Services
604 Banyan Trail
P.O. Box 810789
Boca Raton, FL, 33481
Toll Free: 877-890-0123
**Fax: 561-995-4189**

RRS
Reliable Review Services

# Fax :

| | |
|---|---|
| **To**: Bryan Griffith, MD | **From:** Reliable RS |
| **Fax:** 225-408-7980 | **Date:** July 21, 2023 |
| **Re:** Amy R Ray Knight | **RRS ID:** 90490 |

As an Independent Peer Reviewer, Andrew M Nava, MD, on the case for your above named patient, I have contacted your office to discuss the case and was instructed to present my questions to you via fax. **Please respond by 7/28/2023.**

QUESTIONS:

1. What are the claimant's most recent objective examination findings with date(s)?

2. What are the claimant's current restrictions and limitations and for what period of time will these be in place?

3. Is the claimant working?

4. What is the treatment plan from your office/practice?

FINDINGS:

Based on the documentation provided, there is objective evidence to support an impairment for this claimant from 11/11/2022 to 04/27/2023 as there are abnormal objective examination findings pertaining to the left knee and right hip, including pain and tenderness.

There are no abnormal objective findings after 01/27/2023. It is reasonable to assume the claimant's objective findings and functional deficits would persist for at least 3 months after 01/27/2023. However, given the lack of recent progress notes, a functional impairment after 04/27/2023 is not supported due to lack of recent objective examination findings.

Restrictions are as follows from 11/11/2022 to 04/27/2023:

Standing/Walking: No longer than 30 minutes over a 2 hour period. No more than 2 hours in an 8-hour day.
Sitting: Unrestricted or unlimited, but noting changing positions as necessary or comfort.
Pushing/Pulling/Lifting/Carrying: Up to 20 pounds occasionally.
Bending/Stooping/Kneeling: Occasionally.
Climbing: Never ladders, occasionally stairs.
Bilateral Upper Extremity: Unrestricted overhead, waist level, and below desk level reaching, keyboarding, typing, mousing, gripping, and grasping.

The claimant can work 8 hours per day, 5 days per week, with the above restrictions. The claimant has impairments related to left knee and right hip pain supported by objective examination findings and imaging findings. The claimant requires functional limitations and restrictions to prevent further aggravation of the above existing medical conditions. The prognosis is guarded, however a functional impairment after 04/27/2023 cannot be supported due to lack of updated objective examination findings.

Andrew M Nava, MD
Board Certified
Physical Medicine & Rehabilitation
Expertise in: Pain Medicine
MD - D82474
July 21, 2023

Please remit response to:
**Reliable Review Services**
**604 Banyan Trail**
**P.O. Box 810789**
**Boca Raton, FL, 33481**
**Fax: 561-995-4189**

Please reply via fax to 561-995-4189 by 7/28/2023.

Print: ________________________________
Bryan Griffith, MD

Sign: ________________________________ Date:__________

Bryan Griffith, MD

If you have any questions or would like to discuss this case further, please do not hesitate to contact:

**Reliable Review Services**
**604 Banyan Trail**
**P.O. Box 810789**
**Boca Raton, FL, 33481**
**Fax: 561-995-4189**

RRS
Reliable Review Services

Date: 7/21/2023
To: Jeff Booth
LINCOLN FINANCIAL GROUP
Re: RRS ID: 90490

Claimant: Amy R Ray Knight
Claim #: 11580689
Line of Business: Disability
Review Type: LTD
Review Level: Initial

## Advisory Report

## Clinical History

This review is from a Physical Medicine and Rehabilitation perspective. The claimant is a 55 year old female who had a listed diagnosis of “pain in left arm”. This review is to determine if the claimant was functionally impaired from 11/11/2022 to the present. The claimant’s date of disability was noted to be 02/25/2021.

All of the medical records were reviewed and taken into consideration for this review, but only those closest to the dates under review and those felt to be most relevant to this review were noted below.

02/24/2022: R. Bryan Griffith, MD (Orthopedics) - The claimant presented for bilateral knee pain, worse on the left to the right. She fell on her knees and they have been bothering her ever since. Physical examination revealed tenderness at the bilateral patellas. The diagnosis was traumatic chondromalacia of bilateral knees, fibromyalgia. Plan for knee extension exercises.

09/22/2022: Craig Greene, MD, MBA (Orthopedics) - The claimant presented for left knee pain. The pain has been going on for over a year. She has maximized the conservative treatment. She has catching, popping and locking. Pain level is 8/10. Physical examination of the left knee reveals pain with extension and deep flexion. Severe medial and lateral joint line tenderness with evidence of patellofemoral crepitus. Positive McMurray's test and positive Apley's test at the medial compartment. The diagnosis was left knee pain, left medial meniscus tear. Plan for magnetic resonance imaging (MRI) of the left knee.

12/07/2022: MRI of the left knee revealed mild degenerative free edge fraying of the posterior horn of the medial meniscus. Mild tricompartmental chondral thinning. Severe tendinosis distal semimembranosus tendon at the tibial plateau insertion.

RRS
Reliable Review Services

12/19/2022: Craig Greene, MD, MBA (Orthopedics) - The progress note was poorly scanned and somewhat difficult to decipher. She continues to have left knee pain 7/10. Physical examination findings appear to be unchanged. Additional diagnosis of left knee osteoarthritis, diabetes mellitus, fibromyalgia, left knee pes anserine bursitis. The claimant was prescribed Mobic and hold off on injection.

12/22/2022: Craig Greene, MD, MBA (Orthopedics) - The progress note was poorly scanned and somewhat difficult to decipher. She continues to have left knee pain 7/10. Physical examination findings appear to be unchanged. It appears the plan was for continued conservative management.

01/11/2023: Craig Greene, MD, MBA (Orthopedics) - The progress note was poorly scanned and somewhat difficult to decipher. She continues to have left knee pain 7/10. Physical examination findings appear to be unchanged. It appears the plan was for continued conservative management.

01/16/2023: David West, MD (Internal Medicine) - Letter: The claimant continues to report intense pain involved in the left upper extremity and right wrist. These are chronic. She states she cannot perform routine chores around her home due to pain. She is unable to lift even light weight and cannot do repetitive activities with her upper extremities. These physical ailments and disabilities have exacerbated her mental health problems. Her depression and anxiety disorders have intensified. Medical conditions include diabetes, major depression, generalized anxiety disorder, fibromyalgia, chronic wrist pain, complex regional pain syndrome of the left upper extremity, vertigo, and Meniere's disease. "I have a hard time believing she can return to any type of gainful employment."

01/27/2023: Craig Greene, MD, MBA (Orthopedics) - The progress note was poorly scanned and somewhat difficult to decipher. The claimant presented for right hip pain, 8/10. Physical examination revealed severe tenderness at the greater trochanteric bursa. Positive straight leg raise on the right. She has hypersensitivity along the anterior lateral thigh and down the posterior calf with numbness in the distribution. The diagnosis was trochanteric bursitis of right hip, right lower extremity radiculopathy. Recommendation for steroid injection to the right greater trochanteric bursa and continue Naproxen. Plan for MRI of the lumbar spine.

02/20/2023: Gary McDaniel, MD (specialty not specified) - The progress note was poorly scanned and somewhat difficult to decipher. The claimant presented for fibromyalgia. She failed Cymbalta. Pain level is 7/10. The remainder of the subjective findings section cannot be deciphered. Physical examination appeared to be normal. The diagnosis was fibromyalgia. Continue Topamax and start low-dose Naltrexone. Referral to aquatic therapy.

03/27/2023: Gary McDaniel, MD (specialty not specified) - The progress note was poorly scanned and somewhat difficult to decipher. The claimant presented for follow up fibromyalgia. Pain level was 7-8 out of 10. Physical examination section appeared to be normal. Plan to continue Topamax and start low-dose Naltrexone. Continue aquatic therapy.

04/28/2023: Gary McDaniel, MD (specialty not specified) - The progress note was poorly scanned and somewhat difficult to decipher. The claimant presented for follow up fibromyalgia. Pain level was 7/10.

Physical examination section appeared to be normal. Plan to continue Topamax and increase medical marijuana. Continue aquatic therapy.

05/22/2023: Gary McDaniel, MD (specialty not specified) - The progress note was poorly scanned and somewhat difficult to decipher. This objective findings portion of the progress note was not legible. Physical examination appeared to be normal. It appears the plan was to continue Topamax and aquatic therapy. Recommendation to discuss with psychiatrist about starting Savella.

## Provider Contact Log

| Date/time of call | Spoke to | Outcome/message |
|---|---|---|
| 7/17/2023 12:47 PM CDT | Mary - Appointment Line/General Voicemail | I attempted to contact Craig Greene, MD. I reached Mary and the general voicemail. I left a detailed message noting the reason for my call and requesting a return call. My contact number was provided and the best time to reach me was noted. A time frame for call back was provided. |
| 7/19/2023 11:02 AM CDT | General Voicemail | I attempted to contact Craig Greene, MD. I reached the general voicemail. I left a detailed message noting the reason for my call and requesting a return call. My contact number was provided and the best time to reach me was noted. A time frame for call back was provided. |
| 7/17/2023 12:51 PM CDT | Selena - Appointment Line/ Emily - Nurse Voicemail | I attempted to contact Bryan Griffith, MD. I reached Selena and the voicemail of Emily. I left a detailed message noting the reason for my call and requesting a return call. My contact number was provided and the best time to reach me was noted. A time frame for call back was provided. |
| 7/19/2023 11:07 AM CDT | Misty - Appointment Line/Emily - Nurse Voicemail | I attempted to contact Bryan Griffith, MD. I reached Misty and the voicemail of Emily. I left a detailed message noting the reason for my call and requesting a return call. My contact number was provided and the best time to reach me was noted. A time frame for call back was provided. |

## Questions and Reviewer's Response

**1. Please identify the primary impairing diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

From a physical medicine and rehabilitation perspective, based on the provided medical records, the primary impairing diagnoses during the timeframe under review are:

Left knee pain (M25.562)
Left medial meniscus tear (S83.242A)
Left knee osteoarthritis (M17.12)
Left knee pes anserine bursitis
Trochanteric bursitis of right hip
Right lower extremity radiculopathy
Traumatic chondromalacia of bilateral knees

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

From a physical medicine and rehabilitation perspective, based on the provided medical records, the comorbid diagnoses significant to impairment during the timeframe under review are:

Diabetes mellitus (E11.9)
Fibromyalgia (M79.7)

**3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 11/11/2022 to the present, and comment on the expected duration.**

Based on the documentation provided, there is objective evidence to support an impairment for this claimant from 11/11/2022 to 04/27/2023 as there are abnormal objective examination findings pertaining to the left knee and right hip, including pain and tenderness.

There are no abnormal objective findings after 01/27/2023. It is reasonable to assume the claimant's objective findings and functional deficits would persist for at least 3 months after 01/27/2023. However, given the lack of recent progress notes, a functional impairment after 04/27/2023 is not supported due to lack of recent objective examination findings.

Restrictions are as follows from 11/11/2022 to 04/27/2023:

Standing/Walking: No longer than 30 minutes over a 2 hour period. No more than 2 hours in an 8-hour day.

RRS
Reliable Review Services

Sitting: Unrestricted or unlimited, but noting changing positions as necessary or comfort.
Pushing/Pulling/Lifting/Carrying: Up to 20 pounds occasionally.
Bending/Stooping/Kneeling: Occasionally.
Climbing: Never ladders, occasionally stairs.
Bilateral Upper Extremity: Unrestricted overhead, waist level, and below desk level reaching, keyboarding, typing, mousing, gripping, and grasping.

The claimant can work 8 hours per day, 5 days per week, with the above restrictions. The claimant has impairments related to left knee and right hip pain supported by objective examination findings and imaging findings. The claimant requires functional limitations and restrictions to prevent further aggravation of the above existing medical conditions. The prognosis is guarded, however a functional impairment after 04/27/2023 cannot be supported due to lack of updated objective examination findings.

**4. Do medical records support any restrictions/limitations that were recommended by treating providers for the timeframes in question?**

From a physical medicine and rehabilitation perspective, the restrictions and limitations that were recommended by the claimant's treating providers during the timeframe under review were not supported by the provided medical records.

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

From a physical medicine and rehabilitation perspective, based on the provided medical records, the medical management recommended by the claimant's treating providers was clinically reasonable and consistent with the standard of care for the apparent level of severity for the reported conditions.

**6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

From a physical medicine and rehabilitation perspective, there were no non-medical circumstances noted in the provided medical records that may adversely impact the claimant working.

**7. Other - Please contact treating provider Craig Greene (225-924-2424 (f)225-408-7980) & R. Bryan Griffith (225-924-2424 (f)225-408-7980) to discuss the claimant's condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call. Please**

RRS
Reliable Review Services

**be sure to include the patient's name and purpose of call with any messages that are left for the treating provider. If AP contact is not successful, please send a letter to the treating provider outlining a summary of your assessment/findings and your questions for the treating provider.**

Please refer to the call logs. Letters to be sent per client specifications.

***The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of this independent review. I also attest that I have no substantial personal or financial relationship with the treating provider(s) and/or treatment facility(ies), I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.***

***I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.***

Andrew M Nava, MD
Board Certified
Physical Medicine & Rehabilitation
Expertise in: Pain Medicine
MD - D82474

## Documents Sent for Review

| Document Date | Document Type | Document Source |
|---|---|---|
| 06/06/2018 | Petition for Settlement of Worker's Compensation Claim | Robert Campbell |
| 06/06/2018 | First Report of Injury or Illness | Baton Rouge |
| 06/19/2018, 07/10/2018, 08/09/2018, 08/30/2018, 09/13/2018, 01/03/2019, 01/31/2019, 02/19/2019, 03/12/2019, 03/12/2019, 04/05/2019, 05/17/2019, | Office Visits | Rick Ahmad, MD |

RRS
Reliable Review Services

| | | |
|---|---|---|
| 07/02/2019, 08/18/2020 | | |
| 08/24/2018 | Radiology Report | Jason Brown, MD |
| 08/28/2018, 12/05/2018, 02/20/2019 | Office Visits | Larry Bankston, MD |
| 08/31/2018 | Request of Authorization/Carrier of Self Insured Employer Response | Larry Bankston, MD, Rick Ahmad, MD |
| 10/24/2018 | Radiology Report | James Lawton, MD |
| 01/30/2019 | EMG/NCV | Brian Murphy, MD |
| 03/28/2019 | Radiology Report | Nina Gazmen, MD |
| 10/13/2020 | Radiology Report | Adam Harris |
| 11/05/2020 | Affidavit | Robert Campbell |
| 11/05/2020 | Affidavit | Claimant |
| 11/10/2020 | Procedure Note | William Gladney, MD |
| 11/13/2020 | Affidavit | Keith Pittman |
| 11/16/2020 | Motion for Approval of Attorney's Fees | Robert Campbell |
| 11/16/2020 | Orders | Unknown |
| 03/03/2021, 03/04/2021, 08/20/2021, 10/25/2022 | Authorization for the Release of Information Including Protected Health Information | Claimant |
| 03/22/2021, 05/19/2021, 09/02/2021, 01/17/2022, 07/18/2022 | Office Visits | James West, MD |
| 03/26/2021 | Office Visits | Mark Garon, MD |
| 05/10/2021 | Office Visits | Angele Bourg, MD |
| 05/19/2021, 07/02/2021, 11/23/2021 | Office Visits | David West, MD, Venugopal Vatsavayi, MD |
| 06/14/2021 | Letter | Eric Berger |
| 06/15/2021 | Physician's Statement of Disability | Kim Richards |
| 07/07/2021 | Attending Physician's Statement | James West, MD |
| 08/06/2021 | Email Correspondence | Keri Young |
| 08/10/2021 | Occupational Analysis | Megan Provost, MA, CRC |
| 08/20/2021, 10/25/2022 | Claimant Information Form | Claimant |
| 08/20/2021, 10/25/2022 | Authorization for the Release of Protected Health Information | Claimant |
| 08/20/2021, 10/25/2022 | Activities Questionnaire | Claimant |
| 09/02/2021 | Radiology Report | Baton Rouge Clinic |
| 11/23/2021 | Office Visits | Venugopal Vatsavayi, MD |
| 02/01/2022 | Information | James West, MD |
| 02/24/2022 | Office Visits | Bryan Griffith, MD |
| 05/20/2022 | Office Visits | Michael Perniciaro, MD |
| 05/26/2022 | Authorization to Disclose Information to the Social | Claimant |

RRS
Reliable Review Services

| | | |
|---|---|---|
| | Security Administration | |
| 09/22/2022, 12/19/2022, 12/22/2022, 01/11/2023, 01/27/2023 | Office Visits | Craig Greene, MD |
| 10/27/2022 | Claim Coversheet Report | Unknown |
| 10/29/2022 | Claimant Supplementary Statement | Claimant |
| 11/03/2022 | Letter | James Hill, MD, MPH |
| 11/08/2022 | Clinical Review Memo | James Hill, MD, MPH |
| 11/08/2022 | Email Correspondence | Unknown |
| 11/08/2022 | Clinical Review Memo | Amy Feitelson, MD |
| 11/08/2022 | Letter | Amy Feitelson, MD |
| 12/07/2022 | Radiology Report | Robert Branstetter, MD |
| 12/07/2022 | MRI Screening Questionnaire | Claimant |
| 01/05/2023 | Billing Statement | ReleasePoint |
| 01/16/2023 | Letter | James West, MD |
| 02/07/2023, 05/03/2023, 07/10/2023 | Letter | Price McNamara |
| 02/20/2023, 03/27/2023, 04/26/2023, 05/22/2023 | Office Visits | Gary McDaniel, MD |
| 02/27/2023 | Letter | Claimant |
| 06/06/2023 | Patient Receipt | Baton Rouge Orthopaedic Clinic |
| 07/11/2023 | Appeal Referral | Lincoln Financial Group |
| 07/13/2023 | Peer Review Request | Valencia Mccrae |
| Undated | Document History | Unknown |
| Undated | Training-Education-Experience Form (TEE) | Claimant |
| Undated | Driver License | Claimant |

**From:**submit@reliablers.com
**Sent:**Fri, 21 Jul 2023 14:55:47 -0400
**To:**VendorReferrals
**Cc:**Booth, Jeff
**Subject:**RRS - ATTN: Jeff Booth RRS#90490 Claim #11580689 (Client Notification) - Invoice
**Attachments:**Invoice_90490-1_v1.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello,

The final report and/or letters (if applicable) for claim #11580689 / RRS #90490, is attached. If not already attached, the invoice will follow in a separate email.

If you have any questions, you may reach our Customer Service Department via email at CSR@reliablers.com or by phone at 561-893-0123.

Thank you.

**Reliable Review Services**

604 Banyan Trail

P.O. Box 810789

Boca Raton, FL, 33481

**Phone: 561-893-0123**

**Fax: 561-995-4189**

Web. www.reliablers.com

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

**From:**submit@reliablers.com
**Sent:**Fri, 21 Jul 2023 14:16:53 -0400
**To:**VendorReferrals
**Cc:**Booth, Jeff
**Subject:**RRS - ATTN: Jeff Booth RRS#90490 Claim #11580689 (Client Notification)
**Attachments:**Report_RRS3_90490-1_v1.pdf, Report_RRS3__FaxSheetR01P01_90490-1_v1.pdf, Report_RRS3__FaxSheetR01P02_90490-1_v1.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Time Sent : Friday, July 21, 2023 at 2:13:47 PM Eastern Daylight Time
Pages Sent : 4
Duration : 88
Remote CSID :
Destination : 912254087980
Subject : QA_RRS3__FaxSheetR01P01_90490-1_v1

Time Sent : Friday, July 21, 2023 at 2:07:13 PM Eastern Daylight Time
Pages Sent : 4
Duration : 89
Remote CSID :
Destination : 912254087980
Subject : QA_RRS3__FaxSheetR01P02_90490-1_v1

Hello,

The final report and/or letters (if applicable) for claim #11580689 / RRS #90490, is attached. If not already attached, the invoice will follow in a separate email.

If you have any questions, you may reach our Customer Service Department via email at CSR@reliablers.com or by phone at 561-893-0123.

Thank you.

**Reliable Review Services**

604 Banyan Trail

P.O. Box 810789

Boca Raton, FL, 33481

**Phone: 561-893-0123**

**Fax: 561-995-4189**

Web. www.reliablers.com

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

# INVOICE

Reliable Review Services

**Invoice Number: 90490-1**

**7/21/2023 1:15 PM CDT**

Claimant: Amy R Ray Knight
Client Claim#: 11580689
RRS Claim#: 90490-1

**Customer:** LINCOLN FINANCIAL GROUP
8801 Indian Hills Drive
Omaha, NE 68114

| Description of Services | Hours | Rate | Other Fees | Invoice Tax Total | Amount Due |
|---|---|---|---|---|---|
| PEER REVIEW | 3.75 | 660 | | 0 | $660.00 |
| | | | **Total Due:** | **$660.00** | |

**Reviewer Details**

**Reviewer**

Andrew M Nava - Physical Medicine & Rehabilitation

- Physical Medicine & Rehabilitation

- Physical Medicine & Rehabilitation

- Physical Medicine & Rehabilitation

**Please include the invoice number with your payment and mail to:**

Reliable RS
PO Box 492890,
Redding CA 96049

**Tax Id:** 26-1114252

LAW OFFICES
OF
J. PRICE MCNAMARA

J. PRICE McNAMARA
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

July 10, 2023

SENT VIA CERTIFIED MAIL
& FAX (603) 334-0380

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

Re: Claimant: Amy Knight
Claim #: 11580689
Gainwell Technologies
Long Term Disability (LTD) Benefits

Dear Sir/Madam,

**I represent Amy Knight in connection with the referenced claim. Please do not initiate contact with my client except through me, including any contact by telephone, postal mail or electronic means, including contact through insurer claim portals. This will further serve as a revocation of any and all previous consent for contact.**

My client, Amy Knight, hereby appeals The Lincoln National Life Insurance Company's (alternatively called "the Plan" herein) November 15, 2022, termination or denial of her short-term disability benefits, long-term disability benefits, as well as any corresponding waiver of premium benefits resulting from the denial. In connection with her appeal for disability benefits, Claimant provides the following Baton Rouge Orthopaedic Clinic medical records from December 7, 2022, to May 22, 2023, which concludes our submission on appeal at this time, subject to, requesting, and reserving the right to provide further evidence or comment for consideration in response to any new evidence generated by the Plan/insurer in connection with this appeal after being given the opportunity to review such new evidence.

All such evidence, described above and submitted here, is to be made part of the administrative record for all purposes, including so that the court can consider it in any lawsuit if filed in this case.

**THE PLAN'S ROLE, AND ERISA'S PURPOSE IS TO PROMOTE THE INTERESTS OF EMPLOYEES AND THEIR BENEFICIARIES IN EMPLOYEE BENEFIT PLANS**

The Plan's position in this case demonstrates a purely adversarial role against its insured. The administrative record demonstrates a complete disregard of ERISA's broad remedial purposes which were intended to protect...participants in employee benefit plans and their beneficiaries...by providing for appropriate remedies, sanctions and ready access to Federal Courts. 29 U.S.C. 1001(b); quoted in *Varity*

*Corporation v. Howe*, 116 S.Ct. 1065, 1078 (1996); *Black & Decker Disability Plan v. NORD*, 538 U.S.A. 22, 123 S.Ct. 1965, 1970 (2003) (ERISA was enacted to promote the interests of employees and their beneficiaries in employee benefit plans, and to protect contractually defined benefits. *Quoting Firestone Tire & Rubber Co. v. Bruch*, 489 U.S. 101, 113; 109 S.Ct. 948 (1989) (Internal quotation marks and citations omitted.)

## STANDARD OF REVIEW

If a benefit plan gives the administrator or fiduciary discretionary authority to determine eligibility for benefits or construe the terms of the plan, the Court applies the abuse of discretion standard and determines whether the administrator acted arbitrarily or capriciously. *Vega v. National Life Insurance Services, Inc.*, 188 F.3d 287, 295 (5th Cir.1999). A decision is arbitrary when made without a rational connection between the known facts and the decision or between the found facts and the evidence. *Lain v. UNUM Life Insurance Co. of America*, 279 F.3d 337, 342 (5th Cir.2002). The Court must determine if substantial evidence exists in the record to support the decision. *Meditrust Fin. Servs. Corp. v. The Sterling Chemicals, Inc.*, 168 F.3d 211, 215 (5th Cir.1999). Substantial evidence is more than a mere scintilla. It means such relevant evidence as a reasonable mind might accept as adequate to support a conclusion. *Girling Healthcare, Inc. v. Shalala*, 85 F.3d 211, 215 (5th Cir.1996).

Thus, an administrator's decision to deny benefits must be based on evidence, even if disputable, that clearly supports the basis for its denial. *Id.* (quoting *Vega*, 188 F.3d at 299). The Court owes no deference to an administrator's unsupported suspicions and will not uphold the denial of a claim solely because an administrator suspects something may be awry. *Vega*, 188 F.3d at 302. Simply put, there must be some concrete evidence in the administrative record that supports the denial of the claim. *Id.* If there is none, the Court must find that the administrator abused its discretion. *Lain*, 279 F.3d at 342 (quoting *Vega*, 188 F.3d at 302).

However, as here when the insurer responsible for paying claims is also the party charged with determining the validity of claims, the standard of review is less deferential because the administrator is operating under a conflict of interest. Such administrators have a financial incentive to deny the claim and often can find a reason to do so. *Vega*, 188 F.3d at 296. Federal courts have adopted a sliding scale standard of review for such cases. *Vega*, 188 F.3d at 296. Using this sliding scale approach, the Court gives less deference to the administrator in proportion to the administrator's apparent conflict. *Id.* Where an administrator is conflicted, the Court will be less likely to make forgiving inferences when confronted with a record that arguably does not support the administrator's decision. *Id.*, at 299.

In *Metro Life Insurance Co. v. Glenn*, 128 S.Ct. 2343 (2008), the Supreme Court held that an insurer that both administers benefits and is the funding source for the benefit payments faces a structural conflict of interest. In such cases, the presence of a conflict can be viewed as a tie-breaker in favor of the claimant. In *Glenn*, two factors the Court found significant included the insurer's encouragement of the claimant's application for Social Security disability benefits; however, when benefits were awarded, the determination was disregarded. The other factor that the Court cited was the insurer's selective review of the evidence. The administrative record here demonstrates selective review of the evidence, and clear disregard of the opinions of all of the claimant's treating physicians, crediting only the opinions of its own consultants hired for litigation purposes only.

## THE OFFICIAL ADMINISTRATIVE RECORD

If a claimant submits additional information or evidence to the administrator in a manner that gives the administrator a fair opportunity to consider it and to reconsider its decision denying benefits, that additional information should be treated as part of the administrative record.

More specifically, the Fifth Circuit, sitting *en banc*, spoke clearly in *Vega v. National Life Insurance Services, Inc.*, 188 F.3d 287 (5th Cir.1999) (en banc). No dissents, no concurrences, the decision was unanimous.

> **We hold today** that the administrative record consists of relevant information made available to the administrator **prior to the complainant's filing of a lawsuit** and in a manner that gives the administrator a fair opportunity to consider it. Thus, if the information in the doctors' affidavits had been presented to National Life **before filing this lawsuit** in time for their fair consideration, they could be treated as part of the record.[FN10] Furthermore, in restricting the district court's review to evidence in the record, we are merely encouraging attorneys for claimants to make a good faith effort to resolve the claim with the administrator before filing suit in district court; we are not establishing a rule that will adversely affect the rights of claimants.
>
> > FN10. Because there is no evidence in either the administrative record or the record before the district court to support the Vegas' contention that they presented the information in the doctors' affidavits to National Life, we cannot treat this information as part of the record. However, had the Vegas demonstrated to the district court that the information in the doctors' affidavits was presented to the administrator, the district court should have treated that information as part of the record.

*Vega*, at 300 (emphasis added).

The *Vega* Court further explained:

> **Our motivating concern here is that our procedural rules encourage the parties to resolve their dispute at the administrator's level.** If a claimant believes that the district court is a better forum to present his evidence and we permit the claimant to do so, the administrator's review of claims will be circumvented. This result is plainly contrary to *Bruch*, which requires us to apply an abuse of discretion standard of review. Although we recognize that there is a concern that a self-interested administrator can manipulate this process unfairly (e.g., by permitting the administrator to exclude from the record information that would weigh in favor of granting the claim), we think that this concern is largely unwarranted in the light of adequate safeguards that can be put in place.
>
> **Before filing suit, the claimant's lawyer can add additional evidence to the administrative record simply by submitting it to the administrator in a manner that gives the administrator a fair opportunity to consider it.** In

> *Moore*, we said that Awe may consider only the evidence that was available to the plan administrator in evaluating whether he abused his discretion in making the factual determination. *Moore, 993 F.2d at 102.* **If the claimant submits additional information to the administrator, however, and requests the administrator to reconsider his decision, that additional information should be treated as part of the administrative record. *See, e.g., Wildbur*, 974 F.2d at 634-35. Thus, we have not in the past, nor do we now, set a particularly high bar to a party's seeking to introduce evidence into the administrative record.**

*Vega*, at 300 (emphasis added).

In *Estate of Bratton v. National Union Fire Insurance Company of Pittsburgh, P.A.*, 215 F.2d 516 (5th Cir.2000), the Fifth Circuit reaffirmed its en banc holding in *Vega*, stating again:

> The plan administrator has the obligation to identify the evidence in the administrative record **and the claimant must be afforded a reasonable opportunity to contest whether that record is complete.** *See Vega v. National Life Ins. Services*, 188 F.3d 287, 295, 299 (5th Cir.1999) (en banc) (citing *Barhan v. Ry-Ron Inc.*, 121 F.3d 198, 201-02) (5th Cir.1997)). Once the administrative record has been determined, the district court may not stray from it but for certain limited exceptions, such as the admission of evidence related to how an administrator has interpreted terms of the plan in other instances, and evidence, including expert opinion, that assists the district court in understanding the medical terminology or practice related to a claim. *See id.* At 299.[FN5] **Thus, the administrative record consists of relevant information made available to the administrator prior to the complainant's filing of a lawsuit and in a manner that gives the administrator a fair opportunity to consider it.** *See id.* If an administrator has made a decision denying benefits when the record does not support such a denial, the court may, upon finding an abuse of discretion on the administrator's part, award the amount due on the claim and attorney's fees. *See id.* At 302 (citing *Salley v. E.I. DuPont de Nemours & Co.*, 966 F.2d 1011, 1014 (5th Cir.1992)).
>
> > FN5. **Further, as a safeguard against possible abuse or mistake, the claimant's lawyer may add additional evidence to the administrative record simply by submitting it to the administrator in a manner that gives the administrator a fair opportunity to consider it.** *See Vega*, 188 F.3d at 300. **If the claimant submits additional information to the administrator, and requests the administrator to reconsider its decision, that additional information should be treated as part of the administrative record.** *See id.* at 300 (citing *Wildbur v. ARCO Chem. Co.*, 974 F.2d 631, 634-35 (5th Cir.1992))

*Id.*, at 521.

Accordingly, the documents enclosed herewith now form a part of the administrative record and must be considered, as must any further evidence or comment we supply for consideration in response to any new

evidence generated by the Plan/insurer in connection with this appeal after we are given the opportunity to review such new evidence.

**THE EVIDENCE IN THIS CASE OVERWHELMINGLY SUPPORTS ENTITLEMENT TO DISABILITY BENEFITS**

The evidence presented here, along with all prior evidence forming the administrative record, clearly establishes Claimant's disability from her own occupation as well as any occupation as defined by the Plan/Policy in question. The claimant's own detailed description of the debilitating manifestations of her medical condition is corroborated many times over by her own medical providers, family members and relatives. No contrary assertion can be argued with any credibility, on this record, under applicable law.

**"'[T]he subjective element of pain [logically applicable to any other disabling manifestations of a given medical condition] is an important factor to be considered in determining disability.'"** *Connors v. Conn. Gen. Life Ins. Co.*, 272 F.3d 127, 136 (2d Cir. 2001) (emphasis added) (quoting *Mimms v. Heckler*, 750 F.2d 180, 185 (2d Cir. 1984)). A plan administrator does not **necessarily** abuse its discretion **if** it requires objective support in addition to subjective reports of pain, however. *Hobson v. Metro. Life Ins. Co.*, 574 F.3d 75, 88 (2d Cir.2009). **But a determination that pain complaints lack credibility must have some evidentiary basis in the record**. See *Krizek v. Cigna Grp. Ins.*, 345 F.3d 91, 100 (2d Cir.2003).

Additionally, "**Plan administrators ... may not arbitrarily refuse to credit a claimant's reliable evidence, including the opinions of a treating physician[s]**." See *Black & Decker Disability Plan v. Nord*, 538 U.S. 822, 831, 123 S.Ct. 1965, 155 L.Ed.2d 1034 (2003); accord *Demirovic v. Bldg. Serv. 32 B–J Pension Fund*, 467 F.3d 208, 212 (2d Cir.2006). But disregard such evidence is exactly what the Plan did here, contrary to law.

Analogous Fifth Circuit case law demonstrates that our record cannot support the denial. In *Salley v. E.I. Dupont de Nemours & Co*, 966 F.2d 1011, 116 (5th Cir. 1992) (emphasis added), the Fifth Circuit noted:

> Assuming it is error to grant a presumption in favor of the treating physician in an ERISA case, **the district court nevertheless may properly assess each case's individual circumstances and evaluate the witnesses' credibility. If a court believes the treating physician is more credible than other witnesses, it is entitled to give greater weight to his or her testimony. The record here is clear that the court made the decision as to credibility and properly relied heavily upon the testimony of the treating physician.**

More recently, the Fifth Circuit, affirming Judge Eldon E. Fallon's holding that Hartford's denial of benefits was an abuse of discretion, awarding attorney's fees, stated:

> To be sure, there were lacunas in the Hartford's experts' reports concerning relevant matters to which the plaintiffs' experts opined, which were not explained by the Hartford when denying the plaintiff's claims, as detailed in the district court's opinion. **The Hartford also failed to consider Schully's longstanding subjective complaints of pain, which were repeatedly corroborated by the physicians most familiar with his condition and which were consistent with the medical evidence. As we have often explained, there is no treating physician preference in the context of ERISA, but neither may an administrator arbitrarily refuse to credit reliable evidence.** See *Black & Decker Disability Plan v. Nord*, 538 U.S. 822, 834, 123 S.Ct. 1965, 155 L.Ed.2d 1034 (2003). **It surely should not effectively**

> **ignore it. Nor may an administrator rely on an expert opinion without considering its basis or whether, as was the case here, it is in plain conflict with the medical records.** *Gothard v. Metro. Life Ins. Co.*, 491 F.3d 246, 250 (5th Cir.2007).[1]

The *Schully* Court further stated: "Moreover, we believe the district court properly took note of Hartford's conflict of interest and used it as a factor in its analysis in a manner consistent with *Metropolitan Life Insurance Co. v. Glenn*, 554 US 105, 128 S.Ct. 2343, 171 L.Ed.2d 299 (2008)." *Id*., at 439. Affirming the district court's finding that Hartford "deliberately ignored" plaintiff's evidence in order to support its "preferential and predetermined conclusions," and finding significant evidence supporting that finding, the Fifth Circuit also affirmed the award of attorney's fees. *Id*., at 439. The Plan's denial here is similar. This record is analogous, and the same result should apply.

Similarly, in *Burdett v. Unum Life Insurance Company of America*, 2008 WL 4469094 (E.D.La.2008) (J. Duval), the court reversed a plan administrator's denial of physical disability benefits under ERISA in part because, as here, the administrator had reached its decision by relying exclusively on the opinions of its own physicians, none of whom had ever treated the plaintiff in person. In addition, the plan administrator, as here, had simply disregarded the opinions of the plaintiff's treating physicians. *Id.* The court noted that the plan administrator's almost wholesale disregard for the opinions of plaintiff's treating physicians suggested the presence of an increased level of bias. *Id.* The Plan's actions here reek of arbitrary bad faith far more than the administrator's actions in *Burdette*. The same result is warranted here.

Along similar lines, see *Majeski v. Metropolitan Life Ins. Co.*, 590 F.3d 478, 483-84 (7th Cir. 2009) (holding that denial decision was arbitrary where insurer selectively relied on pieces of evidence, while that evidence in context did not support the denial); *Leger v. Tribune Co.*, 557 F.3d 823, 832-33 (7th Cir.2009) (denial decision was arbitrary where, as here, the plan "cherry picked the statements from her medical history that supported the decision to terminate her benefits, while ignoring a wealth of evidence to support her claim that she was totally disabled"); *Glenn v. Metropolitan Life Ins. Co.*, 461 F.3d 660, 672-74 & n. 4 (6th Cir. 2006) (denial decision arbitrary where plan selectively considered evidence to reach decision unsupported by the record as a whole), aff'd 554 U.S. 105, 128 S.Ct. 2343, 171 L.Ed.2d 299 (2008).

Faced with this record and a deserving claim, the financially conflicted Plan disregards and refuses to consider relevant evidence and instead parrots its contracted doctors who lacked the informed bases of treating physicians. This denial is wracked with omission, unsupported nonsensical conclusions and transparent, misleading advocacy for the Plan's cause of denial.[2]

**BAD FAITH**

In *Gaither v. Aetna Life Ins. Co.*, 394 F.3d 792, 807-808 (10th Cir.2004), the court explained:

> Aetna's position seems to be that as a plan fiduciary, it plays a role like that of a judge in a purely adversarial proceeding, where the parties bear almost all of the responsibility for compiling the record, and the judge bears little or no responsibility to seek clarification when the evidence suggests the possibility of

---

[1] *Schully, III v. Continental Casualty Company and Hartford Life Group Insurance Company*, 680 F.Ed. Appx. 437, 439 2010 WL 2332080 (5th Cir.2010)(emphasis and bracketed added).

[2] The injection of irrelevant and misleading material into the appeal committee's denial is further evidence that its conflict of interest affected the benefits decision. See *Durakovic v. Building Serivice 32 BJ Pension Fund*, 609 F.3d 133, 139 (2d Cir. 2010).

> a legitimate claim. The authority just cited suggests that Aetna has the wrong model.
>
> * * *
>
> While a fiduciary has a duty to protect the plan's assets against spurious claims, it also has a duty to see that those entitled to benefits receive them. It must consider the interests of deserving beneficiaries as it would its own. An ERISA fiduciary presented with a claim that a little more evidence may prove valid should seek to get to the truth of the matter.

Bad faith in the ERISA context is not the same as what is thought of as subjective insurance bad faith. According to *Production & Maintenance Employees' Local 504, Laborers' Intl Union v. Roadmaster Corp.*, 954 F.2d 1397, 1405 (7th Cir. 1992):

> Despite the references to good faith and harassment we do not read [Meredith v. Navistar Intl Transp. Co., 935 F.2d 124, 129 (7th Cir. 1991)] to mean that a party must actually show subjective bad faith to justify a fee award. Requiring a showing of subjective bad faith would defeat the purpose of this presumption (modest though it may be) because of the difficulty of proving subjective bad faith. Attorney's fee litigation is time-consuming and tedious enough without adding subjective inquiries into litigants' and attorneys' good or bad faith. Instead, we take Meredith's reference to good faith and harassment simply to mean that a party who pursues a position that is not substantially justified--that is, a position without a solid basis--has, in an objective sense, really done nothing more than harass his opponent by putting him through the expense and bother of litigation for no good reason.

The loser's position is "substantially justified," when it is "justified to a degree that could satisfy a reasonable person." *Trustmark Life Ins. Co. v. University of Chicago Hosps.*, 207 F.3d 876, 884 (7th Cir. 2000)(citing *Pierce v. Underwood,* 487 U.S. 552, 565, 108 S. Ct. 2541 (1988)). Furthermore, to be "substantially justified the losing party's position needs to be more than merely not frivolous, but less than meritorious. "*Bittner v. Sadoff & Rudoy Industries*, 728 F.2d 820, 830 (7th Cir.1984)(see also, *Pierce*, 487 U.S. at 568, n1, "To be 'substantially justified' means, of course, more than merely undeserving of sanctions for frivolousness.") The Court thus should not focus on a subjective bad faith finding, but rather examine the reasonableness of the defendant's arguments and the Court's analysis of those arguments to determine whether to award fees. Hence, in *Deal v. Prudential Insur.Co. of America*, 263 F.Supp.2d, 1138 (N.D.Ill. 2003), the court found that in the absence of a "solid basis" for the insurer's termination of benefits, fees were due. Likewise, in *Brown v. Continental Casualty Co.*, 2005 U.S. Dist. LEXIS 16681 (E.D.Pa. 8/11/2005), the court held that fee awards provide a deterrent against unjustified benefit denials. *Brown* also ruled that fees need not be in proportion to the recovery.

A lack of substantial evidence also supported the fee award in *Denault v. American United Life Insu.Co.*, 2003 U.S. Dist.LEXIS 24210 (S.D.Ind. 12/19/2003). Further, in *Hackett v. Xerox Corp. Long-Term Disability Income Plan*, 2005 U.S.Dist LEXIS 1154 (N.D.Ill. 1/24/2005), the court found that the determination of substantial justification is derived from the ultimate result in the case. Even though the district court had granted summary judgment to the defendant, reversal by the Court of Appeals with a finding that the defendant's conduct was arbitrary and capricious justified a fee award. Expanding further on that theme, in *Moon v. UNUM Provident Corp.*, 461 F.3d 639 (6th Cir. 2006) the court ruled the district court erred in using its own decision that had been reversed as the basis for concluding that substantial evidence supported the claim denial.

In *Carroll v. Lucent Technologies, Inc. Long-Term Disability Plan for Management Employees*, 2003 U.S. Dist.LEXIS 9789 (E.D.Pa. 5/22/2003), the court determined that an arbitrary and capricious finding was the equivalent of "bad faith." Also see, *Smith v. Continental Casualty Co.*, 2003 U.S. Dist. LEXIS 19945 (D.Md. 10/27/2003), which found that the insurer's refusal to credit the plaintiff's subjective pain complaints despite an abundance of supporting medical evidence justified a fee award (vacated by *Smith v. Continental Casualty Co.*, 369 F.3d 412 (4th Cir. 5/28/2004). Likewise in *Curtin v. Unum Life Insur.Co. of America*, 2004 U.S. Dist.LEXIS 544 (D.Me. 1/12/04), the court found a fee award justified as a deterrent to wrongful denial of claims.

**COURT REVIEW**

Let this serve as notice of the claimant's intent to file suit immediately if the decision to deny benefits is not reversed. We will be seeking reimbursement of all costs and attorney's fees in connection with the court review, as the denial of this claim is nothing short of arbitrary, capricious and an abuse of discretion.

**NOTICE OF ATTORNEY FEE LIEN AND PAYMENT INSTRUCTIONS**

**Let this serve as notice that the undersigned has a lien on any payments made on this claim for attorney fees in connection our representation in this matter.**

**Pursuant to our representation agreement with our client, and the lien referenced above, all payments made to our client are to be made payable to the client and J. Price McNamara. Please mail all payments to J. Price McNamara at 10455 Jefferson Highway, Ste. 130, Baton Rouge, LA 70809. Our Tax ID Number is 72-1384876.**

**Strict compliance with this request is required by law until further written notice from this office. Failure to comply with this request will be considered intentional interference with contractual rights, resulting in appropriate legal response.**

**Please do not initiate contact with my client except through me, including any contact by telephone, postal mail or electronic means, including contact through insurer claim portals.**

Please confirm receipt of this letter by email (support@jpricemcnamara.com) or fax (225-201-8313).

With kind regards, I remain

Sincerely,

J. Price McNamara

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/eej
Enclosure

PATIENT NAME: Amy Ray Knight
DOB:
CHART NO: 45455
DATE: 05/22/2023

**REFERRING PROVIDER:** Craig C. Greene, M.D.

**CHIEF COMPLAINT:** Fibromyalgia.

**HISTORY OF PRESENT ILLNESS:** Ms. Knight presents today for a followup. She was last seen one month ago. At that time, we increased her medicinal marijuana. She is actually doing better with this. She has found the 900 mg THC tincture and the low-dose naltrexone more helpful than not. We are going to continue these as well as her Topamax. She has failed other medications including Lyrica, Cymbalta and gabapentin. She was previously on Savella and we did discuss at her last visit that she get with her psychiatrist to see if he would restart this. I am not sure if we would be comfortable starting this even with clearance from him, as she is on multiple psychotropic medications including Wellbutrin, Prozac and amitriptyline. If he does clear her to take it and he would like us to prescribe it, I would like her to give us a call with the doses of her other medications and I can discuss this further with Dr. McDaniel. If he is okay with it, we can send in the Savella. She will give us a call when she sees a psychiatrist and discuss this. Otherwise, we will see her back in two months for a followup or sooner if needed.

**Pain Impact:** ADL, sleep, ability to work.

**MEDICATION COMPLIANCE:** PMP checked and consistent. No UDS today.

**PAST HISTORY AND REVIEW OF SYSTEMS:** Past medical history, past surgical history, medications, allergies, social history, family history, and review of systems have been reviewed by me and signed.

**PHYSICAL EXAMINATION:**

**General Appearance:** Alert; oriented to person, place, and time; no acute distress.

**ASSESSMENT:**

- Fibromyalgia.

**PLAN NOTE:**

PATIENT NAME: Amy Ray Knight
CHART NO: 45455
DATE: 05/22/2023
PAGE: 2

- Continue Topamax 25 mg b.i.d., low-dose naltrexone 4.5 mg q.h.s. and medicinal marijuana 900 mg THC tincture 1 mL/day p.r.n.
- The patient should discuss with psychiatrist about starting Savella - She will give us a call after this.
- Continue aqua PT at Women's Wellness.
- Follow up in two months for re-evaluation or sooner if needed.

Dr. McDaniel was available at the time of service.
Approximately 20 minutes was spent with the patient today, over half in examination and discussion of diagnosis and treatment plan.

Electronically signed by
Marissa Burnett, MPAS, PA-C

I have examined the patient and agree.

Electronically signed by
Gary S. McDaniel, M.D.
(dictated but not reviewed)
MB/ans/eim/rza/bos/AB2

PATIENT NAME: Amy Ray Knight
DOB:
CHART NO: 45455
DATE: 04/26/2023

**REFERRING PROVIDER:** Craig C. Greene, M.D.

**CHIEF COMPLAINT:** Fibromyalgia.

**HISTORY OF PRESENT ILLNESS:** Ms. Knight presents today for a followup. She was last seen one month ago. We have been following the patient with a history of generalized pain secondary to fibromyalgia. We currently have her on low-dose naltrexone and medicinal marijuana. She does notice some improvement of her fibromyalgia complaints. She has tried and failed numerous medications including Lyrica, Cymbalta and gabapentin and reports that they were of no help. She was previously on Savella, which was very helpful, but it was very expensive at the time. This was several years ago and she does have a different insurance since that time. We did discuss re-trialing it or at least getting it sent in to see how much of it would cost for her and if it is affordable then restarting it; however currently, she is on numerous psychotropic medications including Wellbutrin, Prozac and amitriptyline. Before I would restart this, I would want her to clear it with her psychiatrist and potentially even decrease some of these other medications. Right now, we are going to go ahead and continue her low-dose naltrexone because it is helping some with the pain and more so with getting some sleep at night. I am going to increase her medicinal marijuana to 900 mg THC tincture. She can take 0.5 mL b.i.d. or 0.25 mL q.i.d. We will see her back in one month for followup or sooner if needed.

**Severity:** 7/10.

**ORT Assessment:** 3.

**MEDICATION COMPLIANCE:** PMP checked and consistent. No UDS today.

**PAST HISTORY AND REVIEW OF SYSTEMS:** Past medical history, past surgical history, medications, allergies, social history, family history, and review of systems have been reviewed by me and signed.

**PHYSICAL EXAMINATION:**

PATIENT NAME: Amy Ray Knight
CHART NO: 45455
DATE: 04/26/2023
PAGE: 2

**General Appearance:** Alert; oriented to person, place & time; no acute distress.

**Gait:** Normal.

**Head:** Face is symmetrical; skull normocephalic, symmetric, & without deformities.

**Eyes:** Grossly intact bilaterally; pupils within normal limits bilaterally.

**ENMT:** No deformities noted; hearing grossly intact; good dentition noted.

**Respiratory:** Respiration unlabored on room air; no chest wall deformities.

**Cardiovascular:** Peripheral profusion grossly within normal limits.

**Abdomen:** Nondistended.

**Psychiatric:** Mood appropriate; affect appropriate; cooperative.

**Neurologic:** Alert & oriented x3; cranial nerves II-XII grossly intact; sensation to light touch & pinprick grossly WNL throughout.

**ASSESSMENT:**
- Fibromyalgia.

**PLAN NOTE:**
- Continue Topamax 25 mg b.i.d. and low-dose naltrexone 4.5 mg q.h.s.
- Increase medicinal marijuana to 900 mg THC tincture 1 mL/day p.r.n.
- The patient should discuss with psychiatrist about starting Savella.
- Continue aqua PT at Women's Wellness.
- Follow up in one month for re-evaluation or sooner if needed.

PATIENT NAME: Amy Ray Knight
CHART NO: 45455
DATE: 04/26/2023
PAGE: 3

Dr. McDaniel was available at the time of service.
Approximately 30 minutes was spent with the patient today, over half in examination and discussion of the diagnosis and treatment plan.

Electronically signed by
Marissa Burnett, MPAS, PA-C

I have examined the patient and agree.

Electronically signed by
Gary S. McDaniel, M.D.
(dictated but not reviewed)
MB/ans/was/skd/car/AB2

PATIENT NAME: Amy Ray Knight
CHART NO: 45455
DATE: 03/27/2023

**REFERRING PROVIDER:** Craig C. Greene, M.D.

**CHIEF COMPLAINT:** Fibromyalgia.

**HISTORY OF PRESENT ILLNESS:** Ms. Knight presents today for a followup. She was last seen about two months ago. At that time, we had started her on low-dose naltrexone and medicinal marijuana. We also referred her to Women's Wellness for aqua physical therapy. She is still doing physical therapy. She does find this helpful especially while she is there. She never started the low-dose naltrexone as she states the pharmacy never received the prescription. I will go ahead and send this into a different pharmacy. I gave her their information so she can call and get update from this. She also has been using the medicinal marijuana gummies, which she has increased some, but still does not find very helpful. We will go ahead and change this to the 600 mg THC tincture. This way, she will be able to break up the dosing easier and it may be able to give her some further relief. We will see her back in about a month for followup at which time we will discuss the changes we made and see if she is doing any better.

**Severity:** 7-8/10.

**Pain Impact:** ADLs, sleep, ability to work.

**ORT Assessment:** 4.

**MEDICATION COMPLIANCE:** PMP checked and consistent. No UDS today.

**PAST HISTORY AND REVIEW OF SYSTEMS:** Past medical history, past surgical history, medications, allergies, social history, family history, and review of systems have been reviewed by me and signed.

**PHYSICAL EXAMINATION:**

**General Appearance:** Alert; oriented to person, place & time; no acute distress.

**Gait:** Normal.

PATIENT NAME: Amy Ray Knight
CHART NO: 45455
DATE: 03/27/2023
PAGE: 2

**Head:** Face is symmetrical; skull normocephalic, symmetric, & without deformities.

**Eyes:** Grossly intact bilaterally; pupils within normal limits bilaterally.

**ENMT:** No deformities noted; hearing grossly intact; good dentition noted.

**Respiratory:** Respiration unlabored on room air; no chest wall deformities.

**Cardiovascular:** Peripheral profusion grossly within normal limits.

**Abdomen:** Nondistended.

**Psychiatric:** Mood appropriate; affect appropriate; cooperative.

**Neurologic:** Alert & oriented x3; cranial nerves II-XII grossly intact; sensation to light touch & pinprick grossly WNL throughout.

**ASSESSMENT:**
- Fibromyalgia.

**PLAN NOTE:**
- Continue Topamax 25 mg b.i.d., medicinal marijuana - change to 600 mg THC tincture 1 mL/day p.r.n.
- Start low-dose naltrexone 4.5 mg q.h.s.- sent to alternate pharmacy today.
- Continue aqua physical therapy at Women's Wellness.
- Follow up in four weeks for re-evaluation or sooner if needed.

Dr. McDaniel was available by phone at the time of service. Approximately 20 minutes was spent with the patient today, over half in examination and discussion of the diagnosis and treatment plan.

Marissa Burnett, MPAS, PA-C

PATIENT NAME: Amy Ray Knight
CHART NO: 45455
DATE: 03/27/2023
PAGE: 3

I have examined the patient and agree.

Gary S. McDaniel, M.D.
(dictated but not reviewed)
MB/eim/ahd/skn/car/AB2

PATIENT NAME: Amy Ray Knight
CHART NO: 45455
DATE: 02/20/2023

**REFERRING PROVIDER:** Craig C. Greene, M.D.

**CHIEF COMPLAINT:** Fibromyalgia.

**HISTORY OF PRESENT ILLNESS:** Ms. Knight is a 55-year-old female with a history of fibromyalgia (failed Cymbalta due to lack of effectiveness and Savella due to cost), migraine headaches, depression, anxiety, diabetes and irritable bowel syndrome, who presents here as a referral from Dr. Greene for multiple pain complaints. Her pain is consistent with fibromyalgia. She has a known history of that. She has not been through aqua physical therapy. She is currently taking Topamax for migraines. We will have her continue that for her fibromyalgia as well. I am going to go ahead and get her started on low-dose naltrexone and medical marijuana. We will also send her to Women's Center for Wellness for aqua PT. We will see her back in six weeks for an evaluation.

**Severity:** 7/10.

**ORT Assessment:** 3.

**MEDICATION COMPLIANCE:** PMP checked and consistent. In-office UDS consistent with prescribed medications.

**PAST HISTORY AND REVIEW OF SYSTEMS:** Past medical history, past surgical history, medications, allergies, social history, family history, and review of systems have been reviewed by me and signed.

**PHYSICAL EXAMINATION:**

**General Appearance:** Alert; oriented to person, place & time; no acute distress.

**Gait:** Normal.

**Head:** Face is symmetrical; skull normocephalic, symmetric, & without deformities.

**Eyes:** Grossly intact bilaterally; pupils within normal limits bilaterally.

PATIENT NAME: Amy Ray Knight
CHART NO: 45455
DATE: 02/20/2023
PAGE: 2

**ENMT:** No deformities noted; hearing grossly intact; good dentition noted.

**Respiratory:** Respiration unlabored on room air; no chest wall deformities.

**Cardiovascular:** Peripheral profusion grossly within normal limits.

**Abdomen:** Nondistended.

**Psychiatric:** Mood appropriate; affect appropriate; cooperative.

**Neurologic:** Alert & oriented x3; cranial nerves II-XII grossly intact; sensation to light touch & pinprick grossly WNL throughout.

**ASSESSMENT:**

- Fibromyalgia.
- Left knee pain.
- Right hip pain.

**PLAN NOTE:**

**Patient Instructions**

- Continue Topamax 25 mg p.o. b.i.d.
- Start low-dose naltrexone 4.5 mg p.o. q.h.s., medical marijuana as prescribed.
- Referred to Women's Center for Wellness for aqua PT - diagnosis fibromyalgia.
- Return to clinic in six weeks for an evaluation.

30 minutes was spent in pre-visit review, face-to-face contact and post-visit workflow.

Electronically signed by

Gary S. McDaniel, M.D.
(dictated but not reviewed)
GSM/umr/kir/rza/bos/LA

PATIENT NAME: Amy Ray Knight
CHART NO: 45455
DATE: 01/27/2023

**ESTABLISHED PATIENT/RECHECK PROBLEM**

**CHIEF COMPLAINT:** Right hip pain.

**HISTORY:** Amy is a 55-year-old female who comes in for evaluation of right hip. The patient has been having pain in the right hip for several years now. She had previously seen multiple rheumatologists and neurologists and specialists for her pain shooting down her right leg and they could not figure out what is going on. She comes in today for further evaluation.

- Location: Right hip.
- Quality: Sharp pain, stabbing, constant, numbness.
- Severity: 8/10 at its worst
- Duration: Several years.
- Alleviating factor: None.
- Aggravating factor: Movement, standing.

**PAST MEDICAL HISTORY:** Past medical history, past surgical history, medications, allergies, family history, social history, and review of systems have been reviewed by me, dated, and initialed.

**PHYSICAL EXAM:**

| | |
|---|---|
| **General:** | Well-developed, well-nourished.<br>H: 5' 3" W: 123 pounds BMI: 22. |
| **Neuro:** | Alert and oriented x3. Normal gait. |
| **Psych:** | Normal speech and affect. |
| **CV:** | Palpable radial pulses |
| **Resp:** | Smooth and unlabored. |
| **Skin:** | No evidence of focal lesions or trauma. |
| **Hem/Imm/Lymph:** | No evidence of lymphangitis or adenopathy. |
| **Musculoskeletal:** | Right hip reveals she is stable to compression and distraction. She has full range of motion of the right hip. She has severe tenderness to palpation at the GT bursa. She does have positive straight leg raise on the right. She does have some hypersensitivity along the anterolateral thigh, also down the posterior calf with numbness in the distribution. She |

has 5/5 strength bilateral lower extremities with the exception of decreased sensation along the L4- L5 distribution. Compartments are soft. Capillary refill is less than 2 seconds, 2+ distal pedal pulse. She has no midline tenderness, does have paraspinal tenderness on the right.

**X-RAYS:** X-rays of the right hip and L-spine were taken today in the clinic.

L-Spine: Two views of the L-spine including AP and lateral views show well-maintained disc space, otherwise no acute findings.

Right Hip: Three views of the right hip including AP, lateral and oblique views show no obvious fracture, subluxation, dislocation, foreign bodies or soft tissue mass.

**IMPRESSION:**
1. Right GT bursitis.
2. Right lower extremity radiculopathy.
3. History of diabetes mellitus.
4. Fibromyalgia.
5. History of Raynaud's.

**PLAN:** At this time, we feel the patient would best benefit from diabetic corticosteroid injection to the right GT bursa. We discussed risks and benefits of the procedure and the patient wishes to proceed with this plan. We do recommend continue with naproxen as needed for pain and inflammation. We would like to get MRI of the lumbar spine to rule out a herniated disc and we will call her with these MRI results and discuss from there. We will also get her to see Dr. Gary McDaniel to discuss whether she will benefit from medical marijuana. We will also recommend corticosteroid injection to the right GT bursa. We discussed risks and benefits of the procedure and the patient wishes to proceed with this plan. We discussed this with the patient, she understands, agrees and wishes to proceed with this plan. We will call with the MRI results and discuss further options and management. Discussed this with the patient and Dr. Craig Greene.

PATIENT NAME: Amy Ray Knight
CHART NO: 45455
DATE: 01/27/2023
PAGE: 3

**INJECTION REPORT DIABETIC DOSE:** The right GT bursa was sterilely prepped. The patient was given an injection of 6 mg Celestone, 30 mg of Ketorolac, 2 cc each of lidocaine and Marcaine. After the injection a sterile Band-Aid was applied. The patient tolerated the procedure well and was sent home in stable condition. The patient was instructed to apply an ice pack for approximately 10 minutes once arriving at home and not to do anything strenuous for the next 48 hours.

At the conclusion of the office visit, the patient voiced understanding and approval of the plan. It is understood that if the pain worsens, the patient will contact our office or present to the nearest emergency room. Time was given to answer all questions.

The patient was seen in my clinic. Dr. Greene was not present for evaluation and treatment of this patient.

Josh M. Hall, PA-C

I have examined the patient and agree.

Craig Castleman Greene, M.D., MBA
JMH/rr/ss/LA

PATIENT NAME: Amy Ray Knight
CHART NO: 45455
DATE: 01/11/2023

**CHIEF COMPLAINT:** Left knee osteoarthritis.

**HISTORY:** Ms. Knight is a 54-year-old female, who is being seen today in clinic for recheck of her left knee osteoarthritis. She states that she is feeling like the knee is not very strong. She fell twice over the holidays and has irritated the knee a lot.

- Location: Left knee.
- Quality: Sharp, dull, popping.
- Severity: 7/10.
- Duration: Years.
- Alleviating factor: None.
- Aggravating factor: Prolonged standing and walking.

**PAST MEDICAL HISTORY:** Past medical history, past surgical history, medications, allergies, family history, social history, and review of systems have been reviewed by me, dated, and initialed.

**PHYSICAL EXAM:**

| | |
|---|---|
| **General:** | Well-developed, well-nourished. |
| **Neuro:** | Alert and oriented x3. Gait is normal. |
| **Psych:** | Normal speech and affect. |
| **CV:** | Palpable radial pulses |
| **Resp:** | Smooth and unlabored. |
| **Skin:** | No evidence of focal lesions or trauma. |
| **Hem/Imm/Lymph:** | No evidence of lymphangitis or adenopathy. |
| **Musculoskeletal:** | Left knee reveals full range of motion. She has joint line tenderness. Extensor mechanism is intact. Good patellofemoral tracking. Negative swelling, negative laxity, positive crepitus. She is neurovascularly intact to the left lower extremity with 2+ distal pedal pulses. Capillary refill is less than 2 seconds. Sensation is intact in the distal nerve distributions. |

**X-RAYS:** No x-rays are taken today in clinic for review.

**IMPRESSION:**

PATIENT NAME: Amy Ray Knight
CHART NO: 45455
DATE: 01/11/2023
PAGE: 2

1. Left knee osteoarthritis.
2. Left medial meniscus tear.
3. Type 2 diabetes.
4. Fibromyalgia.

**TREATMENT PLAN:** At this time, we do recommend continued conservative treatment for her left knee osteoarthritis. She was offered a left knee steroid injection to help with inflammation and pain. She will see us again on an as-needed basis. All of the patient's questions are answered. The patient expresses understanding, agrees with treatment plan.

**INJECTION REPORT:** The left knee was sterilely prepped. The patient was given an injection of 6 mg Celestone, 30 mg of Ketorolac, 2 cc each of lidocaine and Marcaine. After the injection a sterile Band-Aid was applied. The patient tolerated the procedure well and was sent home in stable condition. The patient was instructed to apply an ice pack for approximately 10 minutes once arriving at home and not to do anything strenuous for the next 48 hours.

At the conclusion of the office visit, the patient voiced understanding and approval of the plan. It is understood that if the pain worsens, the patient will contact our office or present to the nearest emergency room. Time was given to answer all questions.

Dr. Greene was present for evaluation and treatment of this patient.

Jade Gautreau, PA-C

I have examined the patient and agree.

Craig Castleman Greene, M.D., MBA
JG/rr/ss/TS

PATIENT NAME: Amy Ray Knight
CHART NO: 45455
DATE: 12/22/2022

**ESTABLISHED PATIENT/RECHECK PROBLEM**

**CHIEF COMPLAINT:**
1. Left knee OA.
2. Left medial meniscus tear.

**HISTORY:** Amy is a 54-year-old female who comes in today for evaluation of her left knee. She has most recently seen us in the past for the above-mentioned diagnoses. She states she has been having pain for several years. She had bilateral injections that messed with her blood sugars. She is scheduled to have a diabetes workup next week.

- Location: Left lower extremity.
- Quality: Dull ache, cracking, popping and numbness.
- Severity: 7/10 at its worst.
- Duration: Several years.
- Alleviating factor: None.
- Aggravating factor: None.

**PAST MEDICAL HISTORY:** Past medical history, past surgical history, medications, allergies, family history, social history, and review of systems have been reviewed by me, dated, and initialed.

**PHYSICAL EXAM:**
**General:** Well-developed, well-nourished. H: 5' 3". W: 123 lbs. BMI: 22.
**Neuro:** Alert and oriented x3. Normal gait.
**Psych:** Normal speech and affect.
**CV:** Palpable radial pulses.
**Resp:** Smooth and unlabored.
**Skin:** No evidence of focal lesions or trauma.
**Hem/Imm/Lymph:** No evidence of lymphangitis or adenopathy.
**Musculoskeletal:** Left knee reveals extensor mechanism intact. She has full range of motion of the left knee. Good patellofemoral tracking. Medial and lateral joint line tenderness upon exam with evidence of patellofemoral crepitus. Good overall stability. Stable to varus and valgus stress at 0 and 30 degrees. She has 2+ pulse.

PATIENT NAME: Amy Ray Knight
CHART NO: 45455
DATE: 12/22/2022
PAGE: 2

**X-RAYS:** No x-rays taken today.

**MRI:** Did go over MRI results of the left knee without contrast dated 12/07/2022. I went over these results with the patient. I agree with the radiologist's interpretation.

**IMPRESSION:**

1. Left knee OA.
2. Left medial meniscus tear, fraying.
3. Left pes anserine bursitis.
4. Left hamstring tendinitis.
5. Diabetes mellitus.
6. Fibromyalgia.

**PLAN:** At this time, we feel that the patient would best benefit from prescription drug management with Mobic to help with inflammation that she has been having. She does have diabetes screening in the next one to two weeks. We do recommend to hold off on injection at this point. She wants to wait until she gets that workup before proceeding with the injection. She will schedule that early January. Discussed this with the patient and Dr. Craig Greene.

At the conclusion of the office visit, the patient voiced understanding and approval of the plan. It is understood that if the pain worsens, the patient will contact our office or present to the nearest emergency room. Time was given to answer all questions.

Dr. Greene was present for evaluation and treatment of this patient.

Josh M. Hall, PA-C

I have examined the patient and agree.

Craig Castleman Greene, M.D., MBA
JMH/vl/rp/ss/LA

PATIENT NAME: Amy Ray Knight
CHART NO: 45455
DATE: 12/19/2022

I called her with the MRI results from 12/07/2022.

**IMPRESSION MRI LT KNEE:**
1.\X09\ Mild degenerative free edge fraying posterior horn medial meniscus. Negative for tear.

2.\X09\ Mild tricompartmental chondral thinning.

3.\X09\ Severe tendinosis distal semimembranosus tendon at the tibial plateau insertion.

**PLAN:** She is going to come in Thursday. We will do an injection. I explained to her, she understands.

Craig Castleman Greene, M.D., MBA
CCG/km/ss/LA

PATIENT NAME: Amy Ray Knight
CHART NO: 45455
DATE: 09/22/2022

**ESTABLISHED PATIENT/NEW PROBLEM**

**CHIEF COMPLAINT:** Left knee pain.

**HISTORY:** Amy is a 54-year-old female who comes in today for her left knee. She states she has been having pain in the left knee for over a year now. She has previously seen one of our partners, Dr. Griffith, for left knee pain. She has already maximized conservative treatment with pain medications, NSAIDs, physical therapy, home exercise program prescribed by a physician with minimal to no relief. She is still having catching, popping, and locking. She wanted to get it checked out today.

- Location: Left knee.
- Quality: Dull ache, sharp, stabbing pain, throbbing, giving out.
- Severity: 8/10 at its worst.
- Duration: Over a year now.
- Alleviating factor: None.
- Aggravating factor: Certain movements.

**PAST MEDICAL HISTORY:** Past medical history, past surgical history, medications, allergies, family history, social history, and review of systems have been reviewed by me, dated, and initialed.

**PHYSICAL EXAM:**

| | |
|---|---|
| **General:** | Well-developed, well-nourished. |
| **Neuro:** | Alert and oriented x3. Normal gait. |
| **Psych:** | Normal speech and affect. |
| **CV:** | Palpable radial pulses |
| **Resp:** | Smooth and unlabored. |
| **Skin:** | No evidence of focal lesions or trauma. |
| **Hem/Imm/Lymph:** | No evidence of lymphangitis or adenopathy. |
| **Musculoskeletal:** | Left knee reveals extensor mechanism is intact. She has pain with extension and deep flexion with good patellofemoral tracking. Severe medial and lateral joint line tenderness upon exam with evidence of patellofemoral crepitus. Good overall stability. Stable with |

PATIENT NAME: Amy Ray Knight
CHART NO: 45455
DATE: 09/22/2022
PAGE: 2

varus and valgus stress at 0 and 30 degrees with 2+ distal pedal pulse. Positive McMurray's and positive Apley's on the medial compartment.

**X-RAYS:** No x-rays were taken today; however, I did go over x-rays of the left knee from February. Four views of the left knee including AP, standing PA flexion, sunrise and lateral views show well-maintained joint space. Otherwise, no acute findings.

**IMPRESSION:**
1. Left knee pain.
2. Left medial meniscus tear.

**PLAN:** At this time, we feel that the patient would best benefit from MRI of the left knee to rule out meniscus tear. We will see her back after this with results. We discussed this with the patient and Dr. Craig Greene.

At the conclusion of the office visit, the patient voiced understanding and approval of the plan. It is understood that if the pain worsens, the patient will contact our office or present to the nearest emergency room. Time was given to answer all questions.

Dr. Greene was present for evaluation and treatment of this patient.

Josh M. Hall, PA-C

I have examined the patient and agree.

Craig Castleman Greene, M.D., MBA
JMH/mk/ss/AB2

BATON ROUGE ORTHOPAEDIC CLINIC
8080 Bluebonnet Blvd., Ste.1000
Baton Rouge, LA 70810
Phone:(225)924-2424
Fax:(225)408-7940

| | |
|---|---|
| **Name:** Amy Ray Knight | **Exam Date:** 12/07/2022 04:15 p.m. |
| **Patient ID:** 300393136 | **Exam:** MR KNEE LEFT WO CONTRAST |
| **DOB:** | **Reason:** |
| **Phone:** | **Referrer:** Craig Greene |
| **Accession#:** 5474384 | **2nd Referrer:** |
| **Second. ID:** 45455 | **3rd Referrer:** |

**EXAM:** MR KNEE LEFT WO CONTRAST

**CLINICAL HISTORY:** Chronic left knee pain. Possible medial meniscus tear.

**TECHNIQUE:** Standard multiplanar pulse sequences obtained without IV or intra-articular contrast.

**COMPARISON:** None.

**FINDINGS:** Normal cruciate ligaments. Normal collateral ligaments. Mild tendinosis of the extensor mechanism.

Mild degenerative fraying of the free edge of the posterior horn medial meniscus. Degenerative signal of the posterior horn and body.

Normal lateral meniscus.

Mild chondral thinning of the weightbearing surfaces of the medial and lateral compartment.

Mild chondral thinning throughout the patellofemoral joint.

Normal, physiologic amount of joint fluid. No intra-articular loose body. No Baker's cyst. Advanced tendinosis of the distal semimembranosus tendon at the tibial insertion. Remaining supporting soft tissues and musculature are normal.

**IMPRESSION:**

1.\X09\ Mild degenerative free edge fraying posterior horn medial meniscus. Negative for tear.

2.\X09\ Mild tricompartmental chondral thinning.

3.\X09\ Severe tendinosis distal semimembranosus tendon at the tibial plateau insertion.

**Finalized on: 12/8/2022 10:22 AM By: Robert Branstetter MD**

**Report Electronically Signed by: Robert Branstetter MD**
**Report Signed On: December 8, 2022 10:22 a.m.**

| | | | |
|---|---|---|---|
| Name: | Amy Ray Knight | Exam: | MR KNEE LEFT WO CONTRAST |
| Patient ID: | 300393136 | Acc: | 5474384 |
| Completed Date: | December 8, 2022 | Interpreting Rad: | Robert Branstetter MD |
| Transcribed By: | | Dictated Date: | December 8, 2022 |
| Transcribed Date: | December 8, 2022 | Finalized Date: | December 8, 2022 |

BROC

## MRI SCREENING QUESTIONNAIRE

NAME: Amy R. Knight DOB_

SEX: Male/ (Female) WEIGHT: 125 HEIGHT 5 ft 3 in

Do you have or have you ever had, any of the following? (If yes, circle)

Women: ANY POSSIBILITY THAT YOU ARE PREGNANT ☐ Yes ☑ No
The FDA has not established criteria under which a pregnant woman may be scanned
It is the policy of BROC that MR imaging With Contrast IS NOT performed on women with known or suspected pregnancy

PACEMAKER/DEFIBRILLATOR

STENTS/SHUNTS/INTRAVASCULAR COILS

ANEURYSM CLIPS

BRAIN SURGERY

COCHLEAR IMPLANTS

HEARING AID

GLUCOSE MONITOR/INSULIN PUMP

HEART VALVE REPLACEMENT

NEURO STIMULATOR

IMPLANTED PAIN PUMP

SHRAPNEL (bomb or bullet fragments)

TATTOOS/PERMANENT MAKEUP/(PIERCINGS) ears

PENILE IMPLANT

ANTI-MICROBIAL /COMPRESSION GARMENTS

METAL IN EYE: ☐ Yes ☐ No
If yes, was it removed by a physician? ☐ Yes ☐ No

ANY OTHER METAL, IMPLANTS, DEVICES or RECENT PROCEDURES:

Explain:____________________

Please remove all metallic objects before entering the MRI room, including keys, hairpins, barrettes, jewelry, watches, safety pins, paperclips, money clips, credit cards, pens, wallets, belts, metal buttons, pocket knives & any clothing with metal in or on the material.

BROC has to the best of their ability confirmed your insurance benefits, but this is not a guarantee of payment by your insurance company. Your insurance will be filed and you will be billed for any remaining balance.

I have read, understand & hereby consent to this MRI examination.

Patient Signature: Amy R. Knight

I have reviewed & discussed these safety screening items with the above signed patient or guardian & approve this patient for an MRI.

Technologist Signature: [signature] Date: 12-7-22

BROC

NAME: Amy R. Knight

What type of problem are you having? (L) Knee pain

How long have you had this problem? increased starting approx. 4-6 mos. ago

Have you had previous imaging exams of this area? ☑ Yes ☐ No

What type: X-rays When? 2022 Where? BROC

List previous surgeries of the area being scanned today: None

Please mark the site of your pain:



**Remit payment to:**

**Baton Rouge Orthopaedic Clinic**
**8080 Bluebonnet Blvd Suite 1000**
**Baton Rouge, LA 70810-7827**
**(225) 924-2424**

## *Patient Receipt*

***Monday, June 26, 2023***

| Amount Due | Amount Paid |
|---|---|
| $507.76 | $462.76 |

**Amy Ray Knight**

Employer ID 721460193
Provider ID 4381972030

| Date | Description | Check # | Fee | Units | Insurance | Patient |
|---|---|---|---|---|---|---|
| | **(45455)Amy Ray Knight /Craig C Greene MD/2865495** | | | | | |
| | Pain in left knee (M25.562) | | | | | |
| 09/22/2022 | Office Visit - Est (99214) | | $180.00 | 1.0 | $180.00 | $0.00 |
| 10/20/2022 | Payment from BCBS | 9298128 | | | $0.00 | $0.00 |
| | **Balance:** | | | | **$180.00** | **$0.00** |
| | **(45455)Amy Ray Knight /Craig C Greene MD/S070893** | | | | | |
| | Other specified disorders of tendon, left knee (M67.864) | | | | | |
| 12/07/2022 | MRI, any joint of lower extremity; without contrast material (73721 LT) | | $1,400.00 | 1.0 | $1,400.00 | $0.00 |
| 12/07/2022 | Payment from Ray Knight, Amy | 7119 | | | $0.00 | ($300.00) |
| 01/25/2023 | Contractual Adjustment from Health Plans, Inc | | | | ($1,162.24) | $0.00 |
| 01/25/2023 | Transfer from Insurance | | | | ($237.76) | $237.76 |
| | Your insurance carrier has determined that this amount is your responsibility. | | | | | |
| 01/25/2023 | Payment from Ray Knight, Amy | | | | $0.00 | $0.00 |
| 02/17/2023 | Conveyance Payment from Ray Knight, Amy | | | | $0.00 | $62.24 |
| | **Balance:** | | | | **$0.00** | **$0.00** |
| | **(45455)Amy Ray Knight /Craig C Greene MD/2909117** | | | | | |
| | Other bursitis of knee, unspecified knee (M70.50) | | | | | |
| | Other tear of medial meniscus, current injury, left knee, initial encounter (S83.242A) | | | | | |
| | Unilateral primary osteoarthritis, left knee (M17.12) | | | | | |
| 12/22/2022 | Office Visit -Est (99213) | | $120.00 | 1.0 | $120.00 | $0.00 |
| 01/31/2023 | Contractual Adjustment from Health Plans, Inc | 318379490 | | | ($30.21) | $0.00 |
| 01/31/2023 | Payment from Health Plans, Inc | 318379490 | | | ($44.79) | $0.00 |
| 01/31/2023 | Transfer from Insurance | 318379490 | | | ($45.00) | $45.00 |
| | Your insurance carrier has determined that this amount is your responsibility. | | | | | |
| 02/17/2023 | Payment from Ray Knight, Amy | | | | $0.00 | ($45.00) |
| | **Balance:** | | | | **$0.00** | **$0.00** |
| | **(45455)Amy Ray Knight /Craig C Greene MD/2916636** | | | | | |
| | Unilateral primary osteoarthritis, left knee (M17.12) | | | | | |
| | Other tear of medial meniscus, current injury, left knee, initial encounter (S83.242A) | | | | | |
| 01/11/2023 | Office Visit - Est (99214 25) | | $180.00 | 1.0 | $180.00 | $0.00 |
| 01/11/2023 | Arthrocentesis, aspiration and/or injection; major joint or bursa (20610) | | $220.00 | 1.0 | $220.00 | $0.00 |
| 01/11/2023 | Injection Celestone 6 mg ml (J0702) | | $24.00 | 2.0 | $48.00 | $0.00 |
| 01/11/2023 | Injection, TORADOL 15 MG ketorolac tromethamine, per 15 mg 00409-3793-01 (J1885) | | $15.00 | 2.0 | $30.00 | $0.00 |
| 02/16/2023 | Contractual Adjustment from Health Plans, Inc | 322865417 | | | ($247.55) | $0.00 |
| 02/16/2023 | Payment from Health Plans, Inc | 322865417 | | | ($185.45) | $0.00 |

| Deposit | 0-30 | 31-60 | 61-90 | 91-120 | Over 120 | Total Balance | Ins. Balance | Pat. Balance |
|---|---|---|---|---|---|---|---|---|
| $45.00 | $0.00 | $0.00 | $0.00 | $45.00 | $0.00 | **$225.00** | **$180.00** | **$45.00** |

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/16/2023 | Transfer from Insurance<br>Your insurance carrier has determined that this amount is your responsibility. | 322865417 | | | ($45.00) | $45.00 |
| 02/17/2023 | Payment from Ray Knight, Amy | | | | $0.00 | ($17.77) |
| 03/31/2023 | Payment from Ray Knight, Amy | 7375 | | | $0.00 | ($27.23) |
| | **Balance:** | | | | **$0.00** | **$0.00** |
| | **(45455)Amy Ray Knight /Craig C Greene MD/2924702**<br>Trochanteric bursitis, right hip (M70.61)<br>Radiculopathy, site unspecified (M54.10) | | | | | |
| 01/27/2023 | Office Visit - Est (99214 25) | | $180.00 | 1.0 | $180.00 | $0.00 |
| 01/27/2023 | Arthrocentesis, aspiration and/or injection; major joint or bursa (20610) | | $220.00 | 1.0 | $220.00 | $0.00 |
| 01/27/2023 | Injection Celestone 6 mg ml (J0702) | | $24.00 | 1.0 | $24.00 | $0.00 |
| 01/27/2023 | Injection, TORADOL 15 MG ketorolac tromethamine, per 15 mg 00409-3793-01 (J1885) | | $15.00 | 2.0 | $30.00 | $0.00 |
| 01/27/2023 | radiologic exam, hip, 2-3 views (73502 RT) | | $125.00 | 1.0 | $125.00 | $0.00 |
| 01/27/2023 | Radiologic examination, spine, lumbosacral; two or three views (72100) | | $110.00 | 1.0 | $110.00 | $0.00 |
| 02/28/2023 | Contractual Adjustment from Health Plans, Inc | 326913126 | | | ($431.29) | $0.00 |
| 02/28/2023 | Payment from Health Plans, Inc | 326913126 | | | ($212.71) | $0.00 |
| 02/28/2023 | Transfer from Insurance<br>Your insurance carrier has determined that this amount is your responsibility. | 326913126 | | | ($45.00) | $45.00 |
| | **Balance:** | | | | **$0.00** | **$45.00** |
| | **(45455)Amy Ray Knight /Gary S McDaniel Jr/PM041156**<br>Unilateral primary osteoarthritis, left knee (M17.12)<br>Unilateral primary osteoarthritis, right hip (M16.11)<br>Fibromyalgia (M79.7)<br>Long term (current) use of opiate analgesic (Z79.891) | | | | | |
| 02/20/2023 | Office Visit-New (99204) | | $300.00 | 1.0 | $300.00 | $0.00 |
| 02/20/2023 | drug test(s), presumptive, any number of drug classes, any number of devices or procedures (80305 QW) | | $75.00 | 1.0 | $75.00 | $0.00 |
| 02/20/2023 | Payment from Ray Knight, Amy | | | | $0.00 | ($45.00) |
| 05/10/2023 | Contractual Adjustment from Health Plans, Inc | 350425314 | | | ($194.21) | $0.00 |
| 05/10/2023 | Payment from Health Plans, Inc | 350425314 | | | ($135.79) | $0.00 |
| 05/10/2023 | Transfer from Insurance<br>Your insurance carrier has determined that this amount is your responsibility. | 350425314 | | | ($45.00) | $45.00 |
| 05/11/2023 | Conveyance Payment from Ray Knight, Amy | | | | $0.00 | ($45.00) |
| 05/11/2023 | Conveyance Payment from Ray Knight, Amy | | | | $0.00 | $45.00 |
| | **Balance:** | | | | **$0.00** | **$0.00** |
| | **(45455)Amy Ray Knight /Gary S McDaniel Jr/PM043546**<br>Fibromyalgia (M79.7) | | | | | |
| 03/27/2023 | Office Visit -Est (99213) | | $120.00 | 1.0 | $120.00 | $0.00 |
| 03/27/2023 | Brief Behavioral Assessment (96127) | | $50.00 | 1.0 | $50.00 | $0.00 |
| 03/27/2023 | Payment from Ray Knight, Amy | | | | $0.00 | ($45.00) |
| 04/20/2023 | Contractual Adjustment from Health Plans, Inc | 343219785 | | | ($77.12) | $0.00 |
| 04/20/2023 | Payment from Health Plans, Inc | 343219785 | | | ($47.88) | $0.00 |
| 04/20/2023 | Transfer from Insurance<br>Your insurance carrier has determined that this amount is your responsibility. | 343219785 | | | ($45.00) | $45.00 |
| 04/20/2023 | Payment from Ray Knight, Amy | | | | $0.00 | $0.00 |
| | **Balance:** | | | | **$0.00** | **$0.00** |
| | **(45455)Amy Ray Knight /Gary S McDaniel Jr/PM045699**<br>Fibromyalgia (M79.7) | | | | | |
| 04/26/2023 | Office Visit - Est (99214) | | $180.00 | 1.0 | $180.00 | $0.00 |
| 04/26/2023 | Brief Behavioral Assessment (96127) | | $50.00 | 1.0 | $50.00 | $0.00 |
| 04/26/2023 | Payment from Ray Knight, Amy | | | | $0.00 | ($45.00) |
| 05/24/2023 | Contractual Adjustment from Health Plans, Inc | 355015832 | | | ($100.46) | $0.00 |
| 05/24/2023 | Payment from Health Plans, Inc | 355015832 | | | ($84.54) | $0.00 |
| 05/24/2023 | Transfer from Insurance<br>Your insurance carrier has determined that this amount is your responsibility. | 355015832 | | | ($45.00) | $45.00 |

| Deposit | 0-30 | 31-60 | 61-90 | 91-120 | Over 120 | Total Balance | Ins. Balance | Pat. Balance |
|---|---|---|---|---|---|---|---|---|
| $45.00 | $0.00 | $0.00 | $0.00 | $45.00 | $0.00 | **$225.00** | **$180.00** | **$45.00** |

| | | | |
|---|---|---|---|
| 05/26/2023 | Conveyance Payment from Ray Knight, Amy | $0.00 | ($45.00) |
| 05/26/2023 | Conveyance Payment from Ray Knight, Amy | $0.00 | $45.00 |
| | **Balance:** | **$0.00** | **$0.00** |

*Your next appointment is on Monday, July 17, 2023 9:30AM with Marissa Burnett PA at Baton Rouge Orthopaedic Clinic.*

| Deposit | 0-30 | 31-60 | 61-90 | 91-120 | Over 120 | Total Balance | Ins. Balance | Pat. Balance |
|---|---|---|---|---|---|---|---|---|
| $45.00 | $0.00 | $0.00 | $0.00 | $45.00 | $0.00 | **$225.00** | **$180.00** | **$45.00** |

**Clinical Review Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| FANATICS HOLDINGS, INC. | NATALIE KEHL | 14149418 |

| | | | |
|---|---|---|---|
| **Report Date:** | | | |
| **Referred By:** | Jeff Booth | **Claimant DOB:** | 02/23/1983 |
| **Referral Date:** | 07/07/2023 | **Job Title:** | seasonal fanatics associate |
| **Due Date:** | 07/21/2023 | **Medical/ Surgical Condition:** | vomiting, unspecified, other and unspecified ovarian cysts |
| **Referral Type:** | Appeal Referral | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | TCMS Special Circumstance | **LDW:** | 02/10/2023 |
| | | **DOD:** | 02/13/2023 |
| **Physical Demands:** | | **BBD:** | 05/15/2023 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Referral Questions**

1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s) on up to the first 3 diagnoses.

2. If applicable please identify clinical significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s) on up to the first 3 diagnoses.

3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 02/13/2023 to current, and comment on the expected duration.

4. Do the medical records reviewed support the R&Ls, if any, that were recommended by treating providers for the time frames in question? (If "No," please discuss differences in the comment section below).

5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition? (If "No" please explain in the comment section below).

6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?

**Additional Questions**

Other Please contact treating provider Kristin Burgess (740-454-1248 (f)740-454-8183) to discuss the claimant's condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call. Please be sure to include the patient's name and purpose of call with any messages that are left for the treating provider. If AP contact is not successful, please send a letter to the treating provider outlining a summary of your assessment/findings and your questions for the treating provider.

**Other Comments**

Other Comments - None

**Analysis of Medical Documentation and Support for Responses to Referral Questions:**

**All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is:**

**Electronically Signed:**

**From:**Booth, Jeff
**Sent:**Wed, 12 Jul 2023 15:48:57 +0000
**To:**benefits@gainwelltechnologies.com
**Subject:**Claim #11580689 - Amy Ray Knight (secure)

Good afternoon,

We have received an appeal for LTD benefits from this employee's representative.

Thank you,

**Jeff Booth**
Claim Resolution Specialist
Group Protection Claims

800-423-2765 ext.
2665 Office

**Lincoln Financial Group**
LincolnFinancial.com

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. For more information, please see our privacy policy. Thank You.**

**From:**Booth, Jeff
**Sent:**Wed, 12 Jul 2023 16:02:03 +0000
**To:**'pmisner@dxc.com'
**Subject:**FW: Claim #11580689 - Amy Ray Knight (secure)

Good afternoon,

We have received an appeal for LTD benefits from this employee's representative.

Thank you,

**Jeff Booth**
Claim Resolution Specialist
Group Protection Claims

**Lincoln Financial Group**
LincolnFinancial.com

800-423-2765 ext.
2665 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. For more information, please see our privacy policy. Thank You.**

**From:**Benefits Team <benefits@gainwelltechnologies.com>
**Sent:**Wed, 12 Jul 2023 15:56:57 +0000
**To:**Booth, Jeff
**Subject:**RE: Claim #11580689 - Amy Ray Knight (secure)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Thank you, Jeff. Could you also let Amy's manager know if you have not done so already?

**Tim April**
Leave of Absence Administrator
Human Resources
Gainwell Technologies LLC
gainwell
469-897-4592




---

**From:** Booth, Jeff <Jeff.Booth@lfg.com>
**Sent:** Wednesday, July 12, 2023 11:49 AM

**To:** Benefits Team <benefits@gainwelltechnologies.com>
**Subject:** Claim #11580689 - Amy Ray Knight (secure)

This message was sent securely using Zix®

Good afternoon,

We have received an appeal for LTD benefits from this employee's representative.

Thank you,

**Jeff Booth**
Claim Resolution Specialist
Group Protection Claims

800-423-2765 ext. 2665 Office

**Lincoln Financial Group**
LincolnFinancial.com

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. For more information, please see our privacy policy. Thank You.**

This message was secured by Zix®.
The contents of this message and any attachments may contain privileged and/or confidential information protected from disclosure under the law, including the Health Insurance Portability and Accountability Act (HIPAA). If you received this message in error, please notify the sender by replying to the message and delete the message and any attachments from all storage devices without retaining a copy or using or disclosing to others the contents of this message. Any unauthorized disclosure, distribution, copying, or storage of this message or its attachments is strictly prohibited and may subject you to criminal or civil penalties. No confidentiality or privilege is waived or lost by any transmission errors. Visit our website to learn how we collect, keep, and process private information in accordance with applicable state and federal law. Regardless of content, this e-mail shall not operate to bind any party to or referenced in the email to any order or other contract or amendment or change thereto unless pursuant to explicit written agreement or government initiative expressly permitting the use of e-mail for such purpose.

# Lincoln Financial Group Appeal Referral

**Appeal Referral From:** **CHARLOTTE**

Office: 587 Manager: ELLIS, KATIE Case Mgr: YOUNG, KERI

Claimant Name: AMY R RAY KNIGHT Claim #: 11580689

Occupation (Job Title): ASSOCIATE BUSINESS ANALYSIS-RN Date Sent: 7/11/2023

Diagnosis: M79.602 Pain in left arm, M25.531 Pain in right wrist

Date of Disability: 2/25/2021 Date Benefits Began: 8/26/2021

Maximum Duration: 1/14/2035 Paid Through: 11/11/2022

Date of Denial or (DB451): 11/15/2022 Date Appeal Received: 7/10/2023

**This is the date that the full appeal was received by the Field Claim Office*

Policyholder/Self-Insured Plan Holder: GAINWELL TECHNOLOGIES

Product: LTD Funding: CON

Is Claimant Eligible for LTD? Y

Erisa or Non-Erisa? ERISA Plan

Document Locations

- [x] Paperless
- [ ] Bilingual - translation complete
- [ ] Paper File
- [ ] Surveillance disk(s)

**Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

ER Contact Addresses (including email address):

Phone No. FAX No.

Account Specific or Unique Contract Issues / Additional Info:

From: LFGNotifications@LFG.com
Sent: Wednesday, July 12, 2023 11:47:43 AM
To: SUPPORT@JPRICEMCNAMARA.COM;
CC:
BCC:
Subject: [Send Secure]Gainwell Technologies Claim No. 11580689 Amy Ray Knight
Attachments: nnq2tyvzkq9yolpbzpmk_15659920.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

July 12, 2023

J. Price McNamara
10455 JEFFERSON HIGHWAY
STE 130
BATON ROUGE, LA 70809

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689
Claimant: Amy Ray Knight

Dear J. Price McNamara:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Gainwell Technologies' Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We received your request for review of the recent claim determination on your LTD claim on July 10, 2023.

We understand this is all of the information you intend to submit for our consideration of your LTD appeal. Consequently, your file has been forwarded to Lincoln's Appeal Review Unit for a full, and fair review.

I will be your dedicated Appeal Consultant. If you have any questions regarding the status of the appeal, you may contact me at 1-800-423-2765 extension 2665. You may also contact me via fax as listed below or via email to DisabilityDocuments@lfg.com.

To assist us in evaluating your eligibility for benefits we have referred your file for a medical/ vocational review and assessment by a Board Certified Physician/Vocational Consultant.

We anticipate a response from the reviewing Board Certified Physician/Vocational Consultant in approximately 30 days. If there is an unexpected delay in receiving a response, we will contact you. Otherwise, we will proceed with our review of your appeal once the response is received. We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of your eligibility for benefits under the terms of the Plan/ Policy.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you

will be notified in writing of a final decision within 45 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation. We will contact you if there are special circumstances requiring a delay in Lincoln's response, and you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jeff Booth
Claims Resolution Specialist
Phone No.: (800) 423-2765 Ext. 2665
Secure Fax No.: (603) 334-0401

LAW OFFICES OF J. PRICE McNAMARA

J. PRICE McNAMARA
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

July 10, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX (603) 334-0380**

The Lincoln National Life Insurance Company
**Attn: Appeal Review Unit**
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

**Re: Claimant: Amy Knight**
**Claim #: 11580689**
**Gainwell Technologies**
**Long Term Disability (LTD) Benefits**

Dear Sir/Madam,

**I represent Amy Knight in connection with the referenced claim. Please do not initiate contact with my client except through me, including any contact by telephone, postal mail or electronic means, including contact through insurer claim portals. This will further serve as a revocation of any and all previous consent for contact.**

My client, Amy Knight, hereby appeals The Lincoln National Life Insurance Company's (alternatively called "the Plan" herein) November 15, 2022, termination or denial of her short-term disability benefits, long-term disability benefits, as well as any corresponding waiver of premium benefits resulting from the denial. In connection with her appeal for disability benefits, Claimant provides the following Baton Rouge Orthopaedic Clinic medical records from December 7, 2022, to May 22, 2023, which concludes our submission on appeal at this time, subject to, requesting, and reserving the right to provide further evidence or comment for consideration in response to any new evidence generated by the Plan/insurer in connection with this appeal after being given the opportunity to review such new evidence.

All such evidence, described above and submitted here, is to be made part of the administrative record for all purposes, including so that the court can consider it in any lawsuit if filed in this case.

**THE PLAN'S ROLE, AND ERISA'S PURPOSE IS TO PROMOTE THE INTERESTS OF EMPLOYEES AND THEIR BENEFICIARIES IN EMPLOYEE BENEFIT PLANS**

The Plan's position in this case demonstrates a purely adversarial role against its insured. The administrative record demonstrates a complete disregard of ERISA's broad remedial purposes which were intended to protect...participants in employee benefit plans and their beneficiaries...by providing for appropriate remedies, sanctions and ready access to Federal Courts. 29 U.S.C. 1001(b); quoted in *Varity*

*Corporation v. Howe*, 116 S.Ct. 1065, 1078 (1996); *Black & Decker Disability Plan v. NORD*, 538 U.S.A. 22, 123 S.Ct. 1965, 1970 (2003) (ERISA was enacted to promote the interests of employees and their beneficiaries in employee benefit plans, and to protect contractually defined benefits. *Quoting Firestone Tire & Rubber Co. v. Bruch*, 489 U.S. 101, 113; 109 S.Ct. 948 (1989) (Internal quotation marks and citations omitted.)

**STANDARD OF REVIEW**

If a benefit plan gives the administrator or fiduciary discretionary authority to determine eligibility for benefits or construe the terms of the plan, the Court applies the abuse of discretion standard and determines whether the administrator acted arbitrarily or capriciously. *Vega v. National Life Insurance Services, Inc.*, 188 F.3d 287, 295 (5th Cir.1999). A decision is arbitrary when made without a rational connection between the known facts and the decision or between the found facts and the evidence. *Lain v. UNUM Life Insurance Co. of America*, 279 F.3d 337, 342 (5th Cir.2002). The Court must determine if substantial evidence exists in the record to support the decision. *Meditrust Fin. Servs. Corp. v. The Sterling Chemicals, Inc.*, 168 F.3d 211, 215 (5th Cir.1999). Substantial evidence is more than a mere scintilla. It means such relevant evidence as a reasonable mind might accept as adequate to support a conclusion. *Girling Healthcare, Inc. v. Shalala*, 85 F.3d 211, 215 (5th Cir.1996).

Thus, an administrator's decision to deny benefits must be based on evidence, even if disputable, that clearly supports the basis for its denial. *Id.* (quoting *Vega*, 188 F.3d at 299). The Court owes no deference to an administrator's unsupported suspicions and will not uphold the denial of a claim solely because an administrator suspects something may be awry. *Vega*, 188 F.3d at 302. Simply put, there must be some concrete evidence in the administrative record that supports the denial of the claim. *Id.* If there is none, the Court must find that the administrator abused its discretion. *Lain*, 279 F.3d at 342 (quoting *Vega*, 188 F.3d at 302).

However, as here when the insurer responsible for paying claims is also the party charged with determining the validity of claims, the standard of review is less deferential because the administrator is operating under a conflict of interest. Such administrators have a financial incentive to deny the claim and often can find a reason to do so. *Vega*, 188 F.3d at 296. Federal courts have adopted a sliding scale standard of review for such cases. *Vega*, 188 F.3d at 296. Using this sliding scale approach, the Court gives less deference to the administrator in proportion to the administrator's apparent conflict. *Id.* Where an administrator is conflicted, the Court will be less likely to make forgiving inferences when confronted with a record that arguably does not support the administrator's decision. *Id.*, at 299.

In *Metro Life Insurance Co. v. Glenn*, 128 S.Ct. 2343 (2008), the Supreme Court held that an insurer that both administers benefits and is the funding source for the benefit payments faces a structural conflict of interest. In such cases, the presence of a conflict can be viewed as a tie-breaker in favor of the claimant. In *Glenn*, two factors the Court found significant included the insurer's encouragement of the claimant's application for Social Security disability benefits; however, when benefits were awarded, the determination was disregarded. The other factor that the Court cited was the insurer's selective review of the evidence. The administrative record here demonstrates selective review of the evidence, and clear disregard of the opinions of all of the claimant's treating physicians, crediting only the opinions of its own consultants hired for litigation purposes only.

**THE OFFICIAL ADMINISTRATIVE RECORD**

If a claimant submits additional information or evidence to the administrator in a manner that gives the administrator a fair opportunity to consider it and to reconsider its decision denying benefits, that additional information should be treated as part of the administrative record.

More specifically, the Fifth Circuit, sitting *en banc*, spoke clearly in *Vega v. National Life Insurance Services, Inc.*, 188 F.3d 287 (5th Cir.1999) (en banc). No dissents, no concurrences, the decision was unanimous.

> **We hold today** that the administrative record consists of relevant information made available to the administrator **prior to the complainant's filing of a lawsuit** and in a manner that gives the administrator a fair opportunity to consider it. Thus, if the information in the doctors' affidavits had been presented to National Life **before filing this lawsuit** in time for their fair consideration, they could be treated as part of the record.[FN10] Furthermore, in restricting the district court's review to evidence in the record, we are merely encouraging attorneys for claimants to make a good faith effort to resolve the claim with the administrator before filing suit in district court; we are not establishing a rule that will adversely affect the rights of claimants.
>
> > FN10. Because there is no evidence in either the administrative record or the record before the district court to support the Vegas' contention that they presented the information in the doctors' affidavits to National Life, we cannot treat this information as part of the record. However, had the Vegas demonstrated to the district court that the information in the doctors' affidavits was presented to the administrator, the district court should have treated that information as part of the record.

*Vega*, at 300 (emphasis added).

The *Vega* Court further explained:

> **Our motivating concern here is that our procedural rules encourage the parties to resolve their dispute at the administrator's level.** If a claimant believes that the district court is a better forum to present his evidence and we permit the claimant to do so, the administrator's review of claims will be circumvented. This result is plainly contrary to *Bruch*, which requires us to apply an abuse of discretion standard of review. Although we recognize that there is a concern that a self-interested administrator can manipulate this process unfairly (e.g., by permitting the administrator to exclude from the record information that would weigh in favor of granting the claim), we think that this concern is largely unwarranted in the light of adequate safeguards that can be put in place.
>
> **Before filing suit, the claimant's lawyer can add additional evidence to the administrative record simply by submitting it to the administrator in a manner that gives the administrator a fair opportunity to consider it.** In

> *Moore*, we said that Awe may consider only the evidence that was available to the plan administrator in evaluating whether he abused his discretion in making the factual determination. *Moore, 993 F.2d at 102.* **If the claimant submits additional information to the administrator, however, and requests the administrator to reconsider his decision, that additional information should be treated as part of the administrative record. *See, e.g., Wildbur*, 974 F.2d at 634-35. Thus, we have not in the past, nor do we now, set a particularly high bar to a party's seeking to introduce evidence into the administrative record.**

*Vega*, at 300 (emphasis added).

In *Estate of Bratton v. National Union Fire Insurance Company of Pittsburgh, P.A.*, 215 F.2d 516 (5th Cir.2000), the Fifth Circuit reaffirmed its en banc holding in *Vega*, stating again:

> The plan administrator has the obligation to identify the evidence in the administrative record **and the claimant must be afforded a reasonable opportunity to contest whether that record is complete.** *See Vega v. National Life Ins. Services*, 188 F.3d 287, 295, 299 (5th Cir.1999) (en banc) (citing *Barhan v. Ry-Ron Inc.*, 121 F.3d 198, 201-02) (5th Cir.1997)). Once the administrative record has been determined, the district court may not stray from it but for certain limited exceptions, such as the admission of evidence related to how an administrator has interpreted terms of the plan in other instances, and evidence, including expert opinion, that assists the district court in understanding the medical terminology or practice related to a claim. *See id.* At 299.[FN5] **Thus, the administrative record consists of relevant information made available to the administrator prior to the complainant's filing of a lawsuit and in a manner that gives the administrator a fair opportunity to consider it.** *See id.* If an administrator has made a decision denying benefits when the record does not support such a denial, the court may, upon finding an abuse of discretion on the administrator's part, award the amount due on the claim and attorney's fees. *See id.* At 302 (citing *Salley v. E.I. DuPont de Nemours & Co.*, 966 F.2d 1011, 1014 (5th Cir.1992)).
>
> > FN5. **Further, as a safeguard against possible abuse or mistake, the claimant's lawyer may add additional evidence to the administrative record simply by submitting it to the administrator in a manner that gives the administrator a fair opportunity to consider it.** *See Vega*, 188 F.3d at 300. **If the claimant submits additional information to the administrator, and requests the administrator to reconsider its decision, that additional information should be treated as part of the administrative record.** *See id.* at 300 (citing *Wildbur v. ARCO Chem. Co.*, 974 F.2d 631, 634-35 (5th Cir.1992))

*Id.*, at 521.

Accordingly, the documents enclosed herewith now form a part of the administrative record and must be considered, as must any further evidence or comment we supply for consideration in response to any new

evidence generated by the Plan/insurer in connection with this appeal after we are given the opportunity to review such new evidence.

**THE EVIDENCE IN THIS CASE OVERWHELMINGLY SUPPORTS ENTITLEMENT TO DISABILITY BENEFITS**

The evidence presented here, along with all prior evidence forming the administrative record, clearly establishes Claimant's disability from her own occupation as well as any occupation as defined by the Plan/Policy in question. The claimant's own detailed description of the debilitating manifestations of her medical condition is corroborated many times over by her own medical providers, family members and relatives. No contrary assertion can be argued with any credibility, on this record, under applicable law.

**"'[T]he subjective element of pain [logically applicable to any other disabling manifestations of a given medical condition] is an important factor to be considered in determining disability.'"** *Connors v. Conn. Gen. Life Ins. Co.*, 272 F.3d 127, 136 (2d Cir. 2001) (emphasis added) (quoting *Mimms v. Heckler*, 750 F.2d 180, 185 (2d Cir. 1984)). A plan administrator does not **necessarily** abuse its discretion **if** it requires objective support in addition to subjective reports of pain, however. *Hobson v. Metro. Life Ins. Co.*, 574 F.3d 75, 88 (2d Cir.2009). **But a determination that pain complaints lack credibility must have some evidentiary basis in the record**. See *Krizek v. Cigna Grp. Ins.*, 345 F.3d 91, 100 (2d Cir.2003).

Additionally, "**Plan administrators ... may not arbitrarily refuse to credit a claimant's reliable evidence, including the opinions of a treating physician[s]**." See *Black & Decker Disability Plan v. Nord*, 538 U.S. 822, 831, 123 S.Ct. 1965, 155 L.Ed.2d 1034 (2003); accord *Demirovic v. Bldg. Serv. 32 B–J Pension Fund*, 467 F.3d 208, 212 (2d Cir.2006). But disregard such evidence is exactly what the Plan did here, contrary to law.

Analogous Fifth Circuit case law demonstrates that our record cannot support the denial. In *Salley v. E.I. Dupont de Nemours & Co*, 966 F.2d 1011, 116 (5th Cir. 1992) (emphasis added), the Fifth Circuit noted:

> Assuming it is error to grant a presumption in favor of the treating physician in an ERISA case, **the district court nevertheless may properly assess each case's individual circumstances and evaluate the witnesses' credibility. If a court believes the treating physician is more credible than other witnesses, it is entitled to give greater weight to his or her testimony. The record here is clear that the court made the decision as to credibility and properly relied heavily upon the testimony of the treating physician.**

More recently, the Fifth Circuit, affirming Judge Eldon E. Fallon's holding that Hartford's denial of benefits was an abuse of discretion, awarding attorney's fees, stated:

> To be sure, there were lacunas in the Hartford's experts' reports concerning relevant matters to which the plaintiffs' experts opined, which were not explained by the Hartford when denying the plaintiff's claims, as detailed in the district court's opinion. **The Hartford also failed to consider Schully's longstanding subjective complaints of pain, which were repeatedly corroborated by the physicians most familiar with his condition and which were consistent with the medical evidence. As we have often explained, there is no treating physician preference in the context of ERISA, but neither may an administrator arbitrarily refuse to credit reliable evidence.** See *Black & Decker Disability Plan v. Nord*, 538 U.S. 822, 834, 123 S.Ct. 1965, 155 L.Ed.2d 1034 (2003). **It surely should not effectively**

> **ignore it. Nor may an administrator rely on an expert opinion without considering its basis or whether, as was the case here, it is in plain conflict with the medical records.** *Gothard v. Metro. Life Ins. Co.*, 491 F.3d 246, 250 (5th Cir.2007).[1]

The *Schully* Court further stated: "Moreover, we believe the district court properly took note of Hartford's conflict of interest and used it as a factor in its analysis in a manner consistent with *Metropolitan Life Insurance Co. v. Glenn*, 554 US 105, 128 S.Ct. 2343, 171 L.Ed.2d 299 (2008)." *Id.*, at 439. Affirming the district court's finding that Hartford "deliberately ignored" plaintiff's evidence in order to support its "preferential and predetermined conclusions," and finding significant evidence supporting that finding, the Fifth Circuit also affirmed the award of attorney's fees. *Id.*, at 439. The Plan's denial here is similar. This record is analogous, and the same result should apply.

Similarly, in *Burdett v. Unum Life Insurance Company of America*, 2008 WL 4469094 (E.D.La.2008) (J. Duval), the court reversed a plan administrator's denial of physical disability benefits under ERISA in part because, as here, the administrator had reached its decision by relying exclusively on the opinions of its own physicians, none of whom had ever treated the plaintiff in person. In addition, the plan administrator, as here, had simply disregarded the opinions of the plaintiff's treating physicians. *Id.* The court noted that the plan administrator's almost wholesale disregard for the opinions of plaintiff's treating physicians suggested the presence of an increased level of bias. *Id.* The Plan's actions here reek of arbitrary bad faith far more than the administrator's actions in *Burdette*. The same result is warranted here.

Along similar lines, see *Majeski v. Metropolitan Life Ins. Co.*, 590 F.3d 478, 483-84 (7th Cir. 2009) (holding that denial decision was arbitrary where insurer selectively relied on pieces of evidence, while that evidence in context did not support the denial); *Leger v. Tribune Co.*, 557 F.3d 823, 832-33 (7th Cir.2009) (denial decision was arbitrary where, as here, the plan "cherry picked the statements from her medical history that supported the decision to terminate her benefits, while ignoring a wealth of evidence to support her claim that she was totally disabled"); *Glenn v. Metropolitan Life Ins. Co.*, 461 F.3d 660, 672-74 & n. 4 (6th Cir. 2006) (denial decision arbitrary where plan selectively considered evidence to reach decision unsupported by the record as a whole), aff'd 554 U.S. 105, 128 S.Ct. 2343, 171 L.Ed.2d 299 (2008).

Faced with this record and a deserving claim, the financially conflicted Plan disregards and refuses to consider relevant evidence and instead parrots its contracted doctors who lacked the informed bases of treating physicians. This denial is wracked with omission, unsupported nonsensical conclusions and transparent, misleading advocacy for the Plan's cause of denial.[2]

**BAD FAITH**

In *Gaither v. Aetna Life Ins. Co.*, 394 F.3d 792, 807-808 (10th Cir.2004), the court explained:

> Aetna's position seems to be that as a plan fiduciary, it plays a role like that of a judge in a purely adversarial proceeding, where the parties bear almost all of the responsibility for compiling the record, and the judge bears little or no responsibility to seek clarification when the evidence suggests the possibility of

---

[1] *Schully, III v. Continental Casualty Company and Hartford Life Group Insurance Company*, 680 F.Ed. Appx. 437, 439 2010 WL 2332080 (5th Cir.2010)(emphasis and bracketed added).
[2] The injection of irrelevant and misleading material into the appeal committee's denial is further evidence that its conflict of interest affected the benefits decision. See *Durakovic v. Building Serivice 32 BJ Pension Fund*, 609 F.3d 133, 139 (2d Cir. 2010).

> a legitimate claim. The authority just cited suggests that Aetna has the wrong model.
>
> * * *
>
> While a fiduciary has a duty to protect the plan's assets against spurious claims, it also has a duty to see that those entitled to benefits receive them. It must consider the interests of deserving beneficiaries as it would its own. An ERISA fiduciary presented with a claim that a little more evidence may prove valid should seek to get to the truth of the matter.

Bad faith in the ERISA context is not the same as what is thought of as subjective insurance bad faith. According to *Production & Maintenance Employees' Local 504, Laborers' Intl Union v. Roadmaster Corp.*, 954 F.2d 1397, 1405 (7th Cir. 1992):

> Despite the references to good faith and harassment we do not read [Meredith v. Navistar Intl Transp. Co., 935 F.2d 124, 129 (7th Cir. 1991)] to mean that a party must actually show subjective bad faith to justify a fee award. Requiring a showing of subjective bad faith would defeat the purpose of this presumption (modest though it may be) because of the difficulty of proving subjective bad faith. Attorney's fee litigation is time-consuming and tedious enough without adding subjective inquiries into litigants' and attorneys' good or bad faith. Instead, we take Meredith's reference to good faith and harassment simply to mean that a party who pursues a position that is not substantially justified--that is, a position without a solid basis--has, in an objective sense, really done nothing more than harass his opponent by putting him through the expense and bother of litigation for no good reason.

The loser's position is "substantially justified," when it is "justified to a degree that could satisfy a reasonable person." *Trustmark Life Ins. Co. v. University of Chicago Hosps.*, 207 F.3d 876, 884 (7th Cir. 2000)(citing *Pierce v. Underwood,* 487 U.S. 552, 565, 108 S. Ct. 2541 (1988)). Furthermore, to be "substantially justified the losing party's position needs to be more than merely not frivolous, but less than meritorious. "*Bittner v. Sadoff & Rudoy Industries*, 728 F.2d 820, 830 (7th Cir.1984)(see also, *Pierce*, 487 U.S. at 568, n1, "To be 'substantially justified' means, of course, more than merely undeserving of sanctions for frivolousness.") The Court thus should not focus on a subjective bad faith finding, but rather examine the reasonableness of the defendant's arguments and the Court's analysis of those arguments to determine whether to award fees. Hence, in *Deal v. Prudential Insur.Co. of America*, 263 F.Supp.2d, 1138 (N.D.Ill. 2003), the court found that in the absence of a "solid basis" for the insurer's termination of benefits, fees were due. Likewise, in *Brown v. Continental Casualty Co.*, 2005 U.S. Dist. LEXIS 16681 (E.D.Pa. 8/11/2005), the court held that fee awards provide a deterrent against unjustified benefit denials. *Brown* also ruled that fees need not be in proportion to the recovery.

A lack of substantial evidence also supported the fee award in *Denault v. American United Life Insu.Co.*, 2003 U.S. Dist.LEXIS 24210 (S.D.Ind. 12/19/2003). Further, in *Hackett v. Xerox Corp. Long-Term Disability Income Plan*, 2005 U.S.Dist LEXIS 1154 (N.D.Ill. 1/24/2005), the court found that the determination of substantial justification is derived from the ultimate result in the case. Even though the district court had granted summary judgment to the defendant, reversal by the Court of Appeals with a finding that the defendant's conduct was arbitrary and capricious justified a fee award. Expanding further on that theme, in *Moon v. UNUM Provident Corp.*, 461 F.3d 639 (6th Cir. 2006) the court ruled the district court erred in using its own decision that had been reversed as the basis for concluding that substantial evidence supported the claim denial.

In *Carroll v. Lucent Technologies, Inc. Long-Term Disability Plan for Management Employees*, 2003 U.S. Dist.LEXIS 9789 (E.D.Pa. 5/22/2003), the court determined that an arbitrary and capricious finding was the equivalent of "bad faith." Also see, *Smith v. Continental Casualty Co.*, 2003 U.S. Dist. LEXIS 19945 (D.Md. 10/27/2003), which found that the insurer's refusal to credit the plaintiff's subjective pain complaints despite an abundance of supporting medical evidence justified a fee award (vacated by *Smith v. Continental Casualty Co.*, 369 F.3d 412 (4th Cir. 5/28/2004). Likewise in *Curtin v. Unum Life Insur.Co. of America*, 2004 U.S. Dist.LEXIS 544 (D.Me. 1/12/04), the court found a fee award justified as a deterrent to wrongful denial of claims.

**COURT REVIEW**

Let this serve as notice of the claimant's intent to file suit immediately if the decision to deny benefits is not reversed. We will be seeking reimbursement of all costs and attorney's fees in connection with the court review, as the denial of this claim is nothing short of arbitrary, capricious and an abuse of discretion.

**NOTICE OF ATTORNEY FEE LIEN AND PAYMENT INSTRUCTIONS**

**Let this serve as notice that the undersigned has a lien on any payments made on this claim for attorney fees in connection our representation in this matter.**

**Pursuant to our representation agreement with our client, and the lien referenced above, all payments made to our client are to be made payable to the client and J. Price McNamara. Please mail all payments to J. Price McNamara at 10455 Jefferson Highway, Ste. 130, Baton Rouge, LA 70809. Our Tax ID Number is 72-1384876.**

**Strict compliance with this request is required by law until further written notice from this office. Failure to comply with this request will be considered intentional interference with contractual rights, resulting in appropriate legal response.**

**Please do not initiate contact with my client except through me, including any contact by telephone, postal mail or electronic means, including contact through insurer claim portals.**

Please confirm receipt of this letter by email (support@jpricemcnamara.com) or fax (225-201-8313).

With kind regards, I remain

Sincerely,

J. Price McNamara

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/eej
Enclosure

PATIENT NAME: Amy Kay Knight
DOB:
CHART NO: 16455
DATE: 05/22/2023

**REFERRING PROVIDER:** Craig C. Greene, M.D.

**CHIEF COMPLAINT:** Fibromyalgia.

**HISTORY OF PRESENT ILLNESS:** Ms. Knight presents today for a followup. She was last seen one month ago. At that time, we increased her medicinal marijuana. She is actually doing better with this. She has found the 900 mg THC tincture and the low-dose naltrexone more helpful than not. We are going to continue these as well as her Topamax. She has failed other medications including Lyrica, Cymbalta and gabapentin. She was previously on Savella and we did discuss at her last visit that she get with her psychiatrist to see if he would restart this. I am not sure if we would be comfortable starting this even with clearance from him, as she is on multiple psychotropic medications including Wellbutrin, Prozac and amitriptyline. If he does clear her to take it and he would like us to prescribe it, I would like her to give us a call with the doses of her other medications and I can discuss this further with Dr. McDaniel. If he is okay with it, we can send in the Savella. She will give us a call when she sees a psychiatrist and discuss this. Otherwise, we will see her back in two months for a followup or sooner if needed.

**Pain Impact:** ADL, sleep, ability to work.

**MEDICATION COMPLIANCE:** PMP checked and consistent. No UDS today.

**PAST HISTORY AND REVIEW OF SYSTEMS:** Past medical history, past surgical history, medications, allergies, social history, family history, and review of systems have been reviewed by me and signed.

**PHYSICAL EXAMINATION:**
**General Appearance:** Alert; oriented to person, place, and time; no acute distress.

**ASSESSMENT:**
- Fibromyalgia.

**PLAN NOTE:**

PATIENT NAME: Amy Ray Knight
CHART NO: 45455
DATE: 05/22/2023
PAGE: 2

- Continue Topamax 25 mg b.i.d., low-dose naltrexone 4.5 mg q.h.s. and medicinal marijuana 900 mg THC Linedare 1 mL/day p.r.n.
- The patient should discuss with psychiatrist about starting Savella - She will give us a call after this.
- Continue aqua PT at Women's Wellness.
- Follow up in two months for re-evaluation or sooner if needed.

Dr. McDaniel was available at the time of service.
Approximately 26 minutes was spent with the patient today, over half in examination and discussion of diagnosis and treatment plan.

Electronically signed by
Marissa Burnett, MPAS, PA-C

I have examined the patient and agree.

Electronically signed by
Gary S. McDaniel, M.D.
(dictated but not reviewed)
MB/ang/cfm/rza/bos/A32

PATIENT NAME: Amy Ray Knight
DOB:
CHART NO: 15455
DATE: 04/28/2023

**REFERRING PROVIDER:** Craig C. Greene, M.D.

**CHIEF COMPLAINT:** Fibromyalgia.

**HISTORY OF PRESENT ILLNESS:** Ms. Knight presents today for a followup. She was last seen one month ago. We have been following the patient with a history of generalized pain secondary to fibromyalgia. We currently have her on low-dose naltrexone and medicinal marijuana. She does notice some improvement of her fibromyalgia complaints. She has tried and failed numerous medications including Lyrica, Cymbalta and gabapentin and reports that they were of no help. She was previously on Savella, which was very helpful, but it was very expensive at the time. This was several years ago and she does have a different insurance since that time. We did discuss re-trialing it or at least getting it sent in to see how much of it would cost for her and if it is affordable then restarting it; however currently, she is on numerous psychotropic medications including Wellbutrin, Prozac and amitriptyline. Before I would restart this, I would want her to clear it with her psychiatrist and potentially even decrease some of these other medications. Right now, we are going to go ahead and continue her low-dose naltrexone because it is helping some with the pain and more so with getting some sleep at night. I am going to increase her medicinal marijuana to 900 mg THC tincture. She can take 0.5 mL b.i.d. or 0.25 mL q.i.d. We will see her back in one month for followup or sooner if needed.

**Severity:** [illegible]/10.

**ORT Assessment:** 3.

**MEDICATION COMPLIANCE:** PMP checked and consistent. No UDS today.

**PAST HISTORY AND REVIEW OF SYSTEMS:** Past medical history, past surgical history, medications, allergies, social history, family history, and review of systems have been reviewed by me and signed.

**PHYSICAL EXAMINATION:**

PATIENT NAME: Amy Kay Knight
CHART NO: 16465
DATE: 04/26/2023
PAGE: 2

**General Appearance:** Alert; oriented to person, place & time; no acute distress.

**Gait:** Normal.

**Head:** Face is symmetrical; skull normocephalic, symmetric, & without deformities.

**Eyes:** Grossly intact bilaterally; pupils within normal limits bilaterally.

**ENMT:** No deformities noted; hearing grossly intact; good dentition noted.

**Respiratory:** Respiration unlabored on room air; no chest wall deformities.

**Cardiovascular:** Peripheral profusion grossly within normal limits.

**Abdomen:** Nondistended.

**Psychiatric:** Mood appropriate; affect appropriate; cooperative.

**Neurologic:** Alert & oriented x3; cranial nerves II-XII grossly intact; sensation to light touch & pinprick grossly WNL throughout.

**ASSESSMENT:**
- Fibromyalgia.

**PLAN NOTE:**
- Continue Topamax 25 mg b.i.d. and low-dose naltrexone 4.5 mg q.h.s.
- Increase medicinal marijuana to 900 mg THC tincture 1 mL/day p.r.n.
- The patient should discuss with psychiatrist about starting Savella.
- Continue aqua PT at Women's Wellness.
- Follow up in two months for re-evaluation or sooner if needed.

PATIENT NAME: Amy Ray Knight
CHART NO: 46455
DATE: 04/28/2023
PAGE: 3

Dr. McDaniel was available at the time of service.
Approximately 30 minutes was spent with the patient today, over half in examination and discussion of the diagnosis and treatment plan.

Electronically signed by
Marissa Burnett, MPAS, PA-C

I have examined the patient and agree.

Electronically signed by
Gary S. McDaniel, M.D.
(dictated but not reviewed)
MB/ans/wis/skd/gar/AR2

PATIENT NAME: Amy Kay Knight
CHART NO: 15455
DATE: 03/27/2023

**REFERRING PROVIDER:** Craig C. Greene, M.D.

**CHIEF COMPLAINT:** Fibromyalgia.

**HISTORY OF PRESENT ILLNESS:** Ms. Knight presents today for a followup. She was last seen about two months ago. At that time, we had started her on low-dose naltrexone and medicinal marijuana. We also referred her to Women's Wellness for aqua physical therapy. She is still doing physical therapy. She does find this helpful especially while she is there. She never started the low-dose naltrexone as she states the pharmacy never received the prescription. I will go ahead and send this into a different pharmacy. I gave her their information so she can call and get update from this. She also has been using the medicinal marijuana gummies, which she has increased some, but still does not find very helpful. We will go ahead and change this to the 600 mg THC tincture. This way, she will be able to break up the dosing easier and it may be able to give her some further relief. We will see her back in about a month for followup at which time we will discuss the changes we made and see if she is doing any better.

**Severity:** 7-8/10.

**Pain Impact:** ADLs, sleep, ability to work.

**ORT Assessment:** 4.

**MEDICATION COMPLIANCE:** PMP checked and consistent. No UDS today.

**PAST HISTORY AND REVIEW OF SYSTEMS:** Past medical history, past surgical history, medications, allergies, social history, family history, and review of systems have been reviewed by me and signed.

**PHYSICAL EXAMINATION:**

**General Appearance:** Alert; oriented to person, place & time; no acute distress.

**Gait:** Normal.

PATIENT NAME: Amy Ray Knight
CHART NO: 45455
DATE: 03/27/2023
PAGE: 2

**Head:** Face is symmetrical; skull normocephalic, symmetric, & without deformities.

**Eyes:** Grossly intact bilaterally; pupils within normal limits bilaterally.

**ENMT:** No deformities noted; hearing grossly intact; good dentition noted.

**Respiratory:** Respiration unlabored on room air; no chest wall deformities.

**Cardiovascular:** Peripheral perfusion grossly within normal limits.

**Abdomen:** Nondistended.

**Psychiatric:** Mood appropriate; affect appropriate; cooperative.

**Neurologic:** Alert & oriented x3; cranial nerves II-XII grossly intact; sensation to light touch & pinprick grossly WNL throughout.

**ASSESSMENT:**
- Fibromyalgia.

**PLAN NOTE:**
- Continue Topamax 25 mg b.i.d., medicinal marijuana - change to 600 mg THC tincture 1 mL/day p.r.n.
- Start low-dose naltrexone 4.5 mg q.h.s.- sent to alternate pharmacy today.
- Continue aqua physical therapy at Women's Wellness.
- Follow up in four weeks for re-evaluation or sooner if needed.

Dr. McDaniel was available by phone at the time of service. Approximately 20 minutes was spent with the patient today, over half in examination and discussion of the diagnosis and treatment plan.

Marissa Barrett, MPAS, PA-C

PATIENT NAME: Amy Ray Knight
CHART NO: 46455
DATE: 03/27/2023
PAGE: 3

I have examined the patient and agree.

Gary S. McDaniel, M.D.
(dictated but not reviewed)
MB/eim/ehd/skn/car/AB2

PATIENT NAME: Amy Ray Knight
CHART NO: 13455
DATE: 02/20/2023

**REFERRING PROVIDER:** Craig C. Greene, M.D.

**CHIEF COMPLAINT:** Fibromyalgia.

**HISTORY OF PRESENT ILLNESS:** Ms. Knight is a 55-year-old female with a history of fibromyalgia (failed Cymbalta due to lack of effectiveness and Savella due to cost), migraine headaches, depression, anxiety, diabetes and irritable bowel syndrome, who presents here as a referral from Dr. Greene for multiple pain complaints. Her pain is consistent with fibromyalgia. She has a known history of that. She has not been through aqua physical therapy. She is currently taking Topamax for migraines. We will have her continue that for her fibromyalgia as well. I am going to go ahead and get her started on low-dose naltrexone and medical marijuana. We will also send her to Women's Center for Wellness for aqua PT. We will see her back in six weeks for an evaluation.

**Severity:** 7/10.

**ORT Assessment:** 5.

**MEDICATION COMPLIANCE:** PMP checked and consistent. In-office UDS consistent with prescribed medications.

**PAST HISTORY AND REVIEW OF SYSTEMS:** Past medical history, past surgical history, medications, allergies, social history, family history, and review of systems have been reviewed by me and signed.

**PHYSICAL EXAMINATION:**

**General Appearance:** Alert; oriented to person, place & time; no acute distress.

**Gait:** Normal.

**Head:** Face is symmetrical; skull normocephalic, symmetric, & without deformities.

**Eyes:** Grossly intact bilaterally; pupils within normal limits bilaterally.

PATIENT NAME: Amy Ray Knight
CHART NO: 45455
DATE: 02/20/2023
PAGE: 2

**ENMT:** No deformities noted; hearing grossly intact; good dentition noted.

**Respiratory:** Respiration unlabored on room air; no chest wall deformities.

**Cardiovascular:** Peripheral perfusion grossly within normal limits.

**Abdomen:** Nondistended.

**Psychiatric:** Mood appropriate; affect appropriate; cooperative.

**Neurologic:** Alert & oriented x3; cranial nerves II-XII grossly intact; sensation to light touch & pinprick grossly WNL throughout.

**ASSESSMENT:**
- Fibromyalgia.
- Left knee pain.
- Right hip pain.

**PLAN NOTE:**

**Patient Instructions**
- Continue Topamax 25 mg p.o. b.i.d.
- Start low-dose naltrexone 4.5 mg p.o. q.h.s., medical marijuana as prescribed.
- Referred to Women's Center for Wellness for aqua PT - diagnosis fibromyalgia.
- Return to clinic in six weeks for an evaluation.

30 minutes was spent in pre-visit review, face-to-face contact and post-visit workflow.

Electronically signed by

Gary S. McDaniel, M.D.
(dictated but not reviewed)
GSM/umr/kir/rza/bos/LA

PATIENT NAME: Amy Ray Knight
CHART NO: 15455
DATE: 01/27/2023

**ESTABLISHED PATIENT/RECHECK PROBLEM**

**CHIEF COMPLAINT:** Right hip pain.

**HISTORY:** Amy is a 55-year-old female who comes in for evaluation of right hip. The patient has been having pain in the right hip for several years now. She had previously seen multiple rheumatologists and neurologists and specialists for her pain shooting down her right leg and they could not figure out what is going on. She comes in today for further evaluation.

- Location: Right hip.
- Quality: Sharp pain, stabbing, constant, numbness.
- Severity: 8/10 at its worst
- Duration: Several years.
- Alleviating factor: None.
- Aggravating factor: Movement, standing.

**PAST MEDICAL HISTORY:** Past medical history, past surgical history, medications, allergies, family history, social history, and review of systems have been reviewed by me, dated, and initialed.

**PHYSICAL EXAM:**

| | |
|---|---|
| **General:** | Well-developed, well-nourished. |
| | H: 5' 3" W: 123 pounds BMI: 22. |
| **Neuro:** | Alert and oriented x3. Normal gait. |
| **Psych:** | Normal speech and affect. |
| **CV:** | Palpable radial pulses. |
| **Resp:** | Smooth and unlabored. |
| **Skin:** | No evidence of focal lesions or trauma. |
| **Hem/Imm/Lymph:** | No evidence of lymphangitis or adenopathy. |
| **Musculoskeletal:** | Right hip reveals she is stable to compression and distraction. She has full range of motion of the right hip. She has severe tenderness to palpation at the GT bursa. She does have positive straight leg raise on the right. She does have some hypersensitivity along the anterolateral thigh, also down the posterior calf with numbness in the distribution. She |

PATIENT NAME: Amy Ray Knight
CHART NO: 46455
DATE: 01/27/2023
PAGE: 2

has 5/5 strength bilateral lower extremities with the exception of decreased sensation along the L4- L5 distribution. Compartments are soft. Capillary refill is less than 2 seconds, 2+ distal pedal pulse. She has no midline tenderness, does have paraspinal tenderness on the right.

**X-RAYS:** X-rays of the right hip and L-spine were taken today in the clinic.

L-Spine: Two views of the L-spine including AP and lateral views show well-maintained disc space, otherwise no acute findings.

Right Hip: Three views of the right hip including AP, lateral and oblique views show no obvious fracture, subluxation, dislocation, foreign bodies or soft tissue mass.

**IMPRESSION:**
1. Right GT bursitis.
2. Right lower extremity radiculopathy.
3. History of diabetes mellitus.
4. Fibromyalgia.
5. History of Raynaud's.

**PLAN:** At this time, we feel the patient would best benefit from diabetic corticosteroid injection to the right GT bursa. We discussed risks and benefits of the procedure and the patient wishes to proceed with this plan. We do recommend continue with naproxen as needed for pain and inflammation. We would like to get MRI of the lumbar spine to rule out a herniated disc and we will call her with these MRI results and discuss from there. We will also get her to see Dr. Gary McDaniel to discuss whether she will benefit from medical marijuana. We will also recommend corticosteroid injection to the right GT bursa. We discussed risks and benefits of the procedure and the patient wishes to proceed with this plan. We discussed this with the patient, she understands, agrees and wishes to proceed with this plan. We will call with the MRI results and discuss further options and management. Discussed this with the patient and Dr. Craig Greene.

PATIENT NAME: Amy Ray Knight
CHART NO: 45455
DATE: 01/27/2023
PAGE: 3

**INJECTION REPORT DIABETIC DOSE:** The right GT bursa was sterilely prepped. The patient was given an injection of 6 mg Celestone, 30 mg of Ketorolac, 2 cc each of lidocaine and Marcaine. After the injection a sterile Band-Aid was applied. The patient tolerated the procedure well and was sent home in stable condition. The patient was instructed to apply an ice pack for approximately 10 minutes upon arriving at home and not to do anything strenuous for the next 48 hours.

At the conclusion of the office visit, the patient voiced understanding and approval of the plan. It is understood that if the pain worsens, the patient will contact our office or present to the nearest emergency room. Time was given to answer all questions.

The patient was seen in my clinic. Dr. Greene was not present for evaluation and treatment of this patient.

Josh M. Hall, PA-C

I have examined the patient and agree.

Craig Castleman Greene, M.D., MBA
JMH/rr/ss/LA

PATIENT NAME: Amy Ray Knight
CHART NO: 65155
DATE: 01/11/2023

**CHIEF COMPLAINT:** Left knee osteoarthritis.

**HISTORY:** Ms. Knight is a 54-year-old female, who is being seen today in clinic for recheck of her left knee osteoarthritis. She states that she is feeling like the knee is not very strong. She fell twice over the holidays and has irritated the knee a lot.

- Location: Left knee.
- Quality: Sharp, dull, popping.
- Severity: 7/10.
- Duration: Years.
- Alleviating factor: None.
- Aggravating factor: Prolonged standing and walking.

**PAST MEDICAL HISTORY:** Past medical history, past surgical history, medications, allergies, family history, social history, and review of systems have been reviewed by me, dated, and initialed.

**PHYSICAL EXAM:**
**General:** Well-developed, well-nourished.
**Neuro:** Alert and oriented x3. Gait is normal.
**Psych:** Normal speech and affect.
**CV:** Palpable radial pulses.
**Resp:** Smooth and unlabored.
**Skin:** No evidence of focal lesions or trauma.
**Hem/Imm/Lymph:** No evidence of lymphangitis or adenopathy.
**Musculoskeletal:** Left knee reveals full range of motion. She has joint line tenderness. Extensor mechanism is intact. Good patellofemoral tracking. Negative swelling, negative laxity, positive crepitus. She is neurovascularly intact to the left lower extremity with 2+ distal pedal pulses. Capillary refill is less than 2 seconds. Sensation is intact in the distal nerve distributions.

**X-RAYS:** No x-rays are taken today in clinic for review.

**IMPRESSION:**

PATIENT NAME: Amy Ray Knight
CHART NO: 45455
DATE: 01/21/2023
PAGE: 2

1. Left knee osteoarthritis.
2. Left medial meniscus tear.
3. Type 2 diabetes.
4. Fibromyalgia.

**TREATMENT PLAN:** At this time, we do recommend continued conservative treatment for her left knee osteoarthritis. She was offered a left knee steroid injection to help with inflammation and pain. She will see us again on an as-needed basis. All of the patient's questions are answered. The patient expresses understanding, agrees with treatment plan.

**INJECTION REPORT:** The left knee was sterilely prepped. The patient was given an injection of 6 mg Celestone, 30 mg of Ketorolac, 2 cc each of Lidocaine and Marcaine. After the injection a sterile Band-Aid was applied. The patient tolerated the procedure well and was sent home in stable condition. The patient was instructed to apply an ice pack for approximately 10 minutes once arriving at home and not to do anything strenuous for the next 48 hours.

At the conclusion of the office visit, the patient voiced understanding and approval of the plan. It is understood that if the pain worsens, the patient will contact our office or present to the nearest emergency room. Time was given to answer all questions.

Dr. Greene was present for evaluation and treatment of this patient.

Jade Gautreau, PA-C

I have examined the patient and agree.

Craig Castleman Greene, M.D., MBA
JG/rr/ss/TS

PATIENT NAME: Amy Ray Knight
CHART NO: 43455
DATE: 12/22/2022

**ESTABLISHED PATIENT/RECHECK PROBLEM**

**CHIEF COMPLAINT:**
1. Left knee OA.
2. Left medial meniscus tear.

**HISTORY:** Amy is a 54-year-old female who comes in today for evaluation of her left knee. She has most recently seen us in the past for the above-mentioned diagnoses. She states she has been having pain for several years. She had bilateral injections that messed with her blood sugars. She is scheduled to have a diabetes workup next week.

- Location: Left lower extremity.
- Quality: Dull ache, cracking, popping and numbness.
- Severity: 7/10 at its worst.
- Duration: Several years.
- Alleviating factor: None.
- Aggravating factor: None.

**PAST MEDICAL HISTORY:** Past medical history, past surgical history, medications, allergies, family history, social history, and review of systems have been reviewed by me, dated, and initialed.

**PHYSICAL EXAM:**
**General:** Well-developed, well-nourished.
H: 5' 3". W: 123 lbs. BMI: 22.
**Neuro:** Alert and oriented x3. Normal gait.
**Psych:** Normal speech and affect.
**CV:** Palpable radial pulses.
**Resp:** Smooth and unlabored.
**Skin:** No evidence of focal lesions or trauma.
**Hem/Imm/Lymph:** No evidence of lymphangitis or adenopathy.
**Musculoskeletal:** Left knee reveals extensor mechanism intact. She has full range of motion of the left knee. Good patellofemoral tracking. Medial and lateral joint line tenderness upon exam with evidence of patellofemoral crepitus. Good overall stability. Stable to varus and valgus stress at 0 and 30 degrees. She has 2+ pulse.

PATIENT NAME: Amy Kay Knight
CHART NO: 45455
DATE: 12/22/2022
PAGE: 2

**X-RAYS:** No x-rays taken today.

**MRI:** Did go over MRI results of the left knee without contrast dated 12/07/2022. I went over these results with the patient. I agree with the radiologist's interpretation.

**IMPRESSION:**
1. Left knee OA.
2. Left medial meniscus tear, fraying.
3. Left pes anserine bursitis.
4. Left hamstring tendinitis.
5. Diabetes mellitus.
6. Fibromyalgia.

**PLAN:** At this time, we feel that the patient would best benefit from prescription drug management with Mobic to help with inflammation that she has been having. She does have diabetes screening in the next one to two weeks. We do recommend to hold off on injection at this point. She wants to wait until she gets that workup before proceeding with the injection. She will schedule that early January. Discussed this with the patient and Dr. Craig Greene.

At the conclusion of the office visit, the patient voiced understanding and approval of the plan. It is understood that if the pain worsens, the patient will contact our office or present to the nearest emergency room. Time was given to answer all questions.

Dr. Greene was present for evaluation and treatment of this patient.

Josh M. Hall, PA-C

I have examined the patient and agree.

Craig Castleman Greene, M.D., MBA
JMH/vl/rp/ss/LA

PATIENT NAME: Amy Ray Knight
CHART NO: 13155
DATE: 12/19/2022

I called her with the MRI results from 12/07/2022.

**IMPRESSION MRI LT KNEE:**
1.\X09\ Mild degenerative free edge fraying posterior horn medial meniscus. Negative for tear.

2.\X09\ Mild tricompartmental chondral thinning.

3.\X09\ Severe tendinosis distal semimembranosus tendon at the tibial plateau insertion.

**PLAN:** She is going to come in Thursday. We will do an injection. I explained to her, she understands.

Craig Castleman Greene, M.D., MBA
CCG/km/ss/LA

PATIENT NAME: Amy Kay Knight
CHART NO: 13155
DATE: 03/22/2022

**ESTABLISHED PATIENT/NEW PROBLEM**

**CHIEF COMPLAINT:** Left knee pain.

**HISTORY:** Amy is a 54-year-old female who comes in today for her left knee. She states she has been having pain in the left knee for over a year now. She has previously seen one of our partners, Dr. Griffith, for left knee pain. She has already maximized conservative treatment with pain medications, NSAIDs, physical therapy, home exercise program prescribed by a physician with minimal to no relief. She is still having catching, popping, and locking. She wanted to get it checked out today.

- Location: Left knee.
- Quality: Dull ache, sharp, stabbing pain, throbbing, giving out.
- Severity: 8/10 at its worst.
- Duration: Over a year now.
- Alleviating factor: None.
- Aggravating factor: Certain movements.

**PAST MEDICAL HISTORY:** Past medical history, past surgical history, medications, allergies, family history, social history, and review of systems have been reviewed by me, dated, and initialed.

**PHYSICAL EXAM:**
**General:** Well-developed, well-nourished.
**Neuro:** Alert and oriented x3. Normal gait.
**Psych:** Normal speech and affect.
**CV:** Palpable radial pulses
**Resp:** Smooth and unlabored.
**Skin:** No evidence of focal lesions or trauma.
**Hem/Imm/Lymph:** No evidence of lymphangitis or adenopathy.
**Musculoskeletal:** Left knee reveals extensor mechanism is intact. She has pain with extension and deep flexion with good patellofemoral tracking. Severe medial and lateral joint line tenderness upon exam with evidence of patellofemoral crepitus. Good overall stability. Stable with

PATIENT NAME: Amy Kay Knight
CHART NO: 45455
DATE: 09/22/2022
PAGE: 2

varus and valgus stress at 0 and 30 degrees with 2+ distal pedal pulse. Positive McMurray's and positive Apley's on the medial compartment.

**X-RAYS:** No x-rays were taken today; however, I did go over x-rays of the left knee from February. Four views of the left knee including AP, standing PA flexion, sunrise and lateral views show well-maintained joint space. Otherwise, no acute findings.

**IMPRESSION:**
1. Left knee pain.
2. Left medial meniscus tear.

**PLAN:** At this time, we feel that the patient would best benefit from MRI of the left knee to rule out meniscus tear. We will see her back after this with results. We discussed this with the patient and Dr. Craig Greene.

At the conclusion of the office visit, the patient voiced understanding and approval of the plan. It is understood that if the pain worsens, the patient will contact our office or present to the nearest emergency room. Time was given to answer all questions.

Dr. Greene was present for evaluation and treatment of this patient.

Josh M. Hall, PA-C

I have examined the patient and agree.

Craig Castleman Greene, M.D., MBA
JMH/mk/ss/AB2

BATON ROUGE ORTHOPAEDIC CLINIC
8080 Bluebonnet Blvd., Ste 1000
Baton Rouge, LA 70810
Phone:(225)924-2424
Fax:(225)408-7940

| | | | |
|---|---|---|---|
| **Name:** | Amy Ray Knight | **Exam Date:** | 12/07/2022 04:15 p.m. |
| **Patient ID:** | 300393136 | **Exam:** | MR KNEE LEFT WO CONTRAST |
| **DOB:** | | **Reason:** | |
| **Phone:** | | **Referrer:** | Craig Greene |
| **Accession#:** | 5474384 | **2nd Referrer:** | |
| **Second. ID:** | 45455 | **3rd Referrer:** | |

**EXAM:** MR KNEE LEFT WO CONTRAST

**CLINICAL HISTORY:** Chronic left knee pain. Possible medial meniscus tear.

**TECHNIQUE:** Standard multiplanar pulse sequences obtained without IV or intra-articular contrast.

**COMPARISON:** None.

**FINDINGS:** Normal cruciate ligaments. Normal collateral ligaments. Mild tendinosis of the extensor mechanism.

Mild degenerative fraying of the free edge of the posterior horn medial meniscus. Degenerative signal of the posterior horn and body.

Normal lateral meniscus.

Mild chondral thinning of the weightbearing surfaces of the medial and lateral compartment.

Mild chondral thinning throughout the patellofemoral joint.

Normal, physiologic amount of joint fluid. No intra-articular loose body. No Baker's cyst. Advanced tendinosis of the distal semimembranosus tendon at the tibial insertion. Remaining supporting soft tissues and musculature are normal.

**IMPRESSION:**

1.\X09\ Mild degenerative free edge fraying posterior horn medial meniscus. Negative for tear.

2.\X09\ Mild tricompartmental chondral thinning.

3.\X09\ Severe tendinosis distal semimembranosus tendon at the tibial plateau insertion.

**Finalized on: 12/8/2022 10:22 AM By: Robert Branstetter MD**

**Report Electronically Signed by: Robert Branstetter MD**
**Report Signed On: December 8, 2022 10:22 a.m.**

| | | | |
|---|---|---|---|
| Name: | Amy Ray Knight | Exam: | MR KNEE LEFT WO CONTRAST |
| Patient ID: | 300393136 | Acc: | 5474384 |
| Completed Date: | December 8, 2022 | Interpreting Rad: | Robert Branstetter MD |
| Transcribed By: | | Dictated Date: | December 8, 2022 |
| Transcribed Date: | December 8, 2022 | Finalized Date: | December 8, 2022 |

BROC

# MRI SCREENING QUESTIONNAIRE

NAME: Amy R. Knight DOB

SEX: Male/ (Female) WEIGHT: 125 HEIGHT 5 ft 3 in

Do you have or have you ever had, any of the following? (If yes, circle)

Women: ANY POSSIBILITY THAT YOU ARE PREGNANT ☐ Yes ☑ No
The FDA has not established criteria under which a pregnant woman may be scanned
It is the policy of BROC that MR imaging With Contrast IS NOT performed on women with known or suspected pregnancy

| | |
|---|---|
| PACEMAKER/DEFIBRILLATOR | STENTS/SHUNTS/INTRAVASCULAR COILS |
| ANEURYSM CLIPS | BRAIN SURGERY |
| COCHLEAR IMPLANTS | HEARING AID |
| GLUCOSE MONITOR/INSULIN PUMP | HEART VALVE REPLACEMENT |
| NEURO STIMULATOR | IMPLANTED PAIN PUMP |
| SHRAPNEL (bomb or bullet fragments) | TATTOOS/PERMANENT MAKEUP/(PIERCINGS) ears |
| PENILE IMPLANT | ANTI-MICROBIAL /COMPRESSION GARMENTS |

METAL IN EYE: ☐ Yes ☐ No
If yes, was it removed by a physician? ☐ Yes ☐ No

ANY OTHER METAL, IMPLANTS, DEVICES or RECENT PROCEDURES:

Explain: ______

Please remove all metallic objects before entering the MRI room, including keys, hairpins, barrettes, jewelry, watches, safety pins, paperclips, money clips, credit cards, pens, wallets, belts, metal buttons, pocket knives & any clothing with metal in or on the material.

BROC has to the best of their ability confirmed your insurance benefits, but this is not a guarantee of payment by your insurance company. Your insurance will be filed and you will be billed for any remaining balance.

I have read, understand & hereby consent to this MRI examination.

Patient Signature: Amy R. Knight

I have reviewed & discussed these safety screening items with the above signed patient or guardian & approve this patient for an MRI.

Technologist Signature: [signature] Date: 12-7-22

BROC

NAME: Amy R. Knight

What type of problem are you having? (L) Knee pain

How long have you had this problem? increased starting approx. 4-6 mos. ago

Have you had previous imaging exams of this area? ☑ Yes ☐ No

What type: X-rays When? 2022 Where? BROC

List previous surgeries of the area being scanned today: None

Please mark the site of your pain:



**Remit payment to:**
**Baton Rouge Orthopaedic Clinic**
**8080 Bluebonnet Blvd Suite 1000**
**Baton Rouge, LA 70810-7827**
**(225) 924-2424**

***Patient Receipt***
***Monday, June 26, 2023***

| Amount Due | Amount Paid |
|---|---|
| $507.76 | $462.76 |

**Amy Ray Knight**

Employer ID 721460193
Provider ID 4381972030

| Date | Description | Check # | Fee | Units | Insurance | Patient |
|---|---|---|---|---|---|---|
| | **(45455)Amy Ray Knight /Craig C Greene MD/2885495** | | | | | |
| | Pain in left knee (M25.562) | | | | | |
| 09/22/2022 | Office Visit - Est (99214) | | $180.00 | 1.0 | $180.00 | $0.00 |
| 10/20/2022 | Payment from BCBS | 9298128 | | | $0.00 | $0.00 |
| | **Balance:** | | | | **$180.00** | **$0.00** |
| | **(45455)Amy Ray Knight /Craig C Greene MD/S070893** | | | | | |
| | Other specified disorders of tendon, left knee (M67.864) | | | | | |
| 12/07/2022 | MRI, any joint of lower extremity, without contrast material (73721 LT) | | $1,400.00 | 1.0 | $1,400.00 | $0.00 |
| 12/07/2022 | Payment from Ray Knight, Amy | 7119 | | | $0.00 | ($300.00) |
| 01/25/2023 | Contractual Adjustment from Health Plans, Inc | | | | ($1,162.24) | $0.00 |
| 01/25/2023 | Transfer from Insurance | | | | ($237.76) | $237.76 |
| | Your insurance carrier has determined that this amount is your responsibility. | | | | | |
| 01/25/2023 | Payment from Ray Knight, Amy | | | | $0.00 | $0.00 |
| 02/17/2023 | Conveyance Payment from Ray Knight, Amy | | | | $0.00 | $62.24 |
| | **Balance:** | | | | **$0.00** | **$0.00** |
| | **(45455)Amy Ray Knight /Craig C Greene MD/2909117** | | | | | |
| | Other bursitis of knee, unspecified knee (M70.50) | | | | | |
| | Other tear of medial meniscus, current injury, left knee, initial encounter (S83.242A) | | | | | |
| | Unilateral primary osteoarthritis, left knee (M17.12) | | | | | |
| 12/22/2022 | Office Visit - Est (99213) | | $120.00 | 1.0 | $120.00 | $0.00 |
| 01/31/2023 | Contractual Adjustment from Health Plans, Inc | 318379490 | | | ($30.21) | $0.00 |
| 01/31/2023 | Payment from Health Plans, Inc | 318379490 | | | ($44.79) | $0.00 |
| 01/31/2023 | Transfer from Insurance | 318379490 | | | ($45.00) | $45.00 |
| | Your insurance carrier has determined that this amount is your responsibility. | | | | | |
| 02/17/2023 | Payment from Ray Knight, Amy | | | | $0.00 | ($45.00) |
| | **Balance:** | | | | **$0.00** | **$0.00** |
| | **(45455)Amy Ray Knight /Craig C Greene MD/2916836** | | | | | |
| | Unilateral primary osteoarthritis, left knee (M17.12) | | | | | |
| | Other tear of medial meniscus, current injury, left knee, initial encounter (S83.242A) | | | | | |
| 01/11/2023 | Office Visit - Est (99214 25) | | $180.00 | 1.0 | $180.00 | $0.00 |
| 01/11/2023 | Arthrocentesis, aspiration and/or injection; major joint or bursa (20610) | | $220.00 | 1.0 | $220.00 | $0.00 |
| 01/11/2023 | Injection Celestone 6 mg ml (J0702) | | $24.00 | 2.0 | $48.00 | $0.00 |
| 01/11/2023 | Injection, TORADOL 15 MG ketorolac tromethamine, per 15 mg 00409-3793-01 (J1885) | | $15.00 | 2.0 | $30.00 | $0.00 |
| 02/16/2023 | Contractual Adjustment from Health Plans, Inc | 322865417 | | | ($247.55) | $0.00 |
| 02/16/2023 | Payment from Health Plans, Inc | 322865417 | | | ($185.45) | $0.00 |

| Deposit | 0-30 | 31-60 | 61-90 | 91-120 | Over 120 | Total Balance | Ins. Balance | Pat. Balance |
|---|---|---|---|---|---|---|---|---|
| $45.00 | $0.00 | $0.00 | $0.00 | $45.00 | $0.00 | **$225.00** | **$180.00** | **$45.00** |

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/16/2023 | Transfer from Insurance | 322865417 | | | ($45.00) | $45.00 |
| | Your insurance carrier has determined that this amount is your responsibility. | | | | | |
| 02/17/2023 | Payment from Ray Knight, Amy | | | | $0.00 | ($17.77) |
| 03/3/ /2023 | Payment from Ray Knight, Amy | 7375 | | | $0.00 | ($27.23) |
| | **Balance:** | | | | **$0.00** | **$0.00** |
| | **(45455)Amy Ray Knight /Craig C Greene MD/2924702** | | | | | |
| | Trochanteric bursitis, right hip (M70.61) | | | | | |
| | Radiculopathy, site unspecified (M54.10) | | | | | |
| 01/27/2023 | Office Visit - Est (99214 25) | | $180.00 | 1.0 | $180.00 | $0.00 |
| 01/27/2023 | Arthrocentesis, aspiration and/or injection; major joint or bursa (20610) | | $220.00 | 1.0 | $220.00 | $0.00 |
| 01/27/2023 | Injection Celestone 6 mg ml (J0702) | | $24.00 | 1.0 | $24.00 | $0.00 |
| 01/27/2023 | Injection, TORADOL 15 MG ketorolac tromethamine, per 15 mg 00409-3793-01 (J1885) | | $15.00 | 2.0 | $30.00 | $0.00 |
| 01/27/2023 | radiologic exam, hip, 2-3 views (73502 RT) | | $125.00 | 1.0 | $125.00 | $0.00 |
| 01/27/2023 | Radiologic examination, spine, lumbosacral; two or three views (72100) | | $110.00 | 1.0 | $110.00 | $0.00 |
| 02/28/2023 | Contractual Adjustment from Health Plans, Inc | 326913126 | | | ($431.29) | $0.00 |
| 02/28/2023 | Payment from Health Plans, Inc | 326913126 | | | ($212.71) | $0.00 |
| 02/28/2023 | Transfer from Insurance | 326913126 | | | ($45.00) | $45.00 |
| | Your insurance carrier has determined that this amount is your responsibility. | | | | | |
| | **Balance:** | | | | **$0.00** | **$45.00** |
| | **(45455)Amy Ray Knight /Gary S McDaniel Jr/PM041156** | | | | | |
| | Unilateral primary osteoarthritis, left knee (M17.12) | | | | | |
| | Unilateral primary osteoarthritis, right hip (M16.11) | | | | | |
| | Fibromyalgia (M79.7) | | | | | |
| | Long term (current) use of opiate analgesic (Z79.891) | | | | | |
| 02/20/2023 | Office Visit-New (99204) | | $300.00 | 1.0 | $300.00 | $0.00 |
| 02/20/2023 | drug test(s), presumptive, any number of drug classes, any number of devices or procedures (80305 QW) | | $75.00 | 1.0 | $75.00 | $0.00 |
| 02/20/2023 | Payment from Ray Knight, Amy | | | | $0.00 | ($45.00) |
| 05/10/2023 | Contractual Adjustment from Health Plans, Inc | 350425314 | | | ($194.21) | $0.00 |
| 05/10/2023 | Payment from Health Plans, Inc | 350425314 | | | ($135.79) | $0.00 |
| 05/10/2023 | Transfer from Insurance | 350425314 | | | ($45.00) | $45.00 |
| | Your insurance carrier has determined that this amount is your responsibility. | | | | | |
| 05/1/ /2023 | Conveyance Payment from Ray Knight, Amy | | | | $0.00 | ($45.00) |
| 05/1/ /2023 | Conveyance Payment from Ray Knight, Amy | | | | $0.00 | $45.00 |
| | **Balance:** | | | | **$0.00** | **$0.00** |
| | **(45455)Amy Ray Knight /Gary S McDaniel Jr/PM043546** | | | | | |
| | Fibromyalgia (M79.7) | | | | | |
| 03/27/2023 | Office Visit -Est (99213) | | $120.00 | 1.0 | $120.00 | $0.00 |
| 03/27/2023 | Brief Behavioral Assessment (96127) | | $50.00 | 1.0 | $50.00 | $0.00 |
| 03/27/2023 | Payment from Ray Knight, Amy | | | | $0.00 | ($45.00) |
| 04/20/2023 | Contractual Adjustment from Health Plans, Inc | 343219785 | | | ($77.12) | $0.00 |
| 04/20/2023 | Payment from Health Plans, Inc | 343219785 | | | ($47.88) | $0.00 |
| 04/20/2023 | Transfer from Insurance | 343219785 | | | ($45.00) | $45.00 |
| | Your insurance carrier has determined that this amount is your responsibility. | | | | | |
| 04/20/2023 | Payment from Ray Knight, Amy | | | | $0.00 | $0.00 |
| | **Balance:** | | | | **$0.00** | **$0.00** |
| | **(45455)Amy Ray Knight /Gary S McDaniel Jr/PM045699** | | | | | |
| | Fibromyalgia (M79.7) | | | | | |
| 04/26/2023 | Office Visit - Est (99214) | | $180.00 | 1.0 | $180.00 | $0.00 |
| 04/26/2023 | Brief Behavioral Assessment (96127) | | $50.00 | 1.0 | $50.00 | $0.00 |
| 04/26/2023 | Payment from Ray Knight, Amy | | | | $0.00 | ($45.00) |
| 05/24/2023 | Contractual Adjustment from Health Plans, Inc | 355015832 | | | ($100.46) | $0.00 |
| 05/24/2023 | Payment from Health Plans, Inc | 355015832 | | | ($84.54) | $0.00 |
| 05/24/2023 | Transfer from Insurance | 355015832 | | | ($45.00) | $45.00 |
| | Your insurance carrier has determined that this amount is your responsibility. | | | | | |

| Deposit | 0-30 | 31-60 | 61-90 | 91-120 | Over 120 | Total Balance | Ins. Balance | Pat. Balance |
|---|---|---|---|---|---|---|---|---|
| $45.00 | $0.00 | $0.00 | $0.00 | $45.00 | $0.00 | **$225.00** | **$180.00** | **$45.00** |

Baton Rouge Orthopaedic Clinic * 8585 Picardy Suite 518 * Baton Rouge, LA 70809-3746 * (225) 442-3166

| | | | |
|---|---|---|---|
| 05/26/2023 | Conveyance Payment from Ray Knight, Amy | $0.00 | ($45.00) |
| 05/26/2023 | Conveyance Payment from Ray Knight, Amy | $0.00 | $45.00 |
| | **Balance:** | **$0.00** | **$0.00** |

*Your next appointment is on Monday, July 17, 2023 9:30AM with Marissa Burnett PA at Baton Rouge Orthopaedic Clinic.*

| Deposit | 0-30 | 31-60 | 61-90 | 91-120 | Over 120 | Total Balance | Ins. Balance | Pat. Balance |
|---|---|---|---|---|---|---|---|---|
| $45.00 | $0.00 | $0.00 | $0.00 | $45.00 | $0.00 | **$225.00** | **$180.00** | **$45.00** |

Baton Rouge Orthopaedic Clinic * 8585 Picardy Suite 518 * Baton Rouge, LA 70809-3746 * (225) 442-3166

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | May 17, 2023 |
| To: | J. PRICE MCNAMARA<br>10455 JEFFERSON HIGHWAY<br>STE 130<br>BATON ROUGE LA 70809 |
| Attn: | |
| Fax: | (225) 201-8313 |
| From: | Keri Young<br>Ltd Claim Specialist I<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 11580689<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 17, 2023

J. Price McNamara
10455 JEFFERSON HIGHWAY
STE 130
BATON ROUGE, LA 70809

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689
Claimant: Amy Ray Knight

Dear J. Price McNamara:

Please see enclosed letter emailed on May 5, 2023

If you have any questions regarding this matter, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-0380

Attachments: 11580689-ACKNOWLEDGE-FREEFORM-05.05.2023

From: LFGNotifications@LFG.com
Sent: Friday, May 5, 2023 9:26:14 AM
To: SUPPORT@JPRICEMCNAMARA.COM;
CC:
BCC:
Subject: [Send Secure]Gainwell Technologies Claim No. 11580689 Amy Ray Knight
Attachments: tdlxrwqn62kgbn1obzue_15191540.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 5, 2023

J. Price McNamara
10455 JEFFERSON HIGHWAY
STE 130
BATON ROUGE, LA 70809

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689
Claimant: Amy Ray Knight

Dear J. Price McNamara:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Gainwell Technologies' Group Disability Policy. We are writing in reference to Ms. Amy Ray Knight's claim for LTD benefits under the Policy.

Per your May 3, 2023 request for an extension to file the appeal, the extension has been granted.

We acknowledge the Department of Labor's (DOL) extension of the timeframe to submit information as **the earlier of** one year plus 180 days or 60 days past the end of the defined Outbreak Period. Given President Biden signed into law the bill to end the National Emergency as of April 10, 2023, we are now able to formally calculate the extension deadline. As the Public Health Emergency is still in place until May 11, 2023, Lincoln has opted to calculate the 60 day Outbreak Period as of May 11, 2023 to provide additional time to claimants. Therefore, in accordance with the DOL requirements Ms. Knight's extension deadline is July 10, 2023.

To determine the appeal due date, we will apply **the greater of** 60 days past the end of the National Emergency (7/10/23), or 180 days from the November 15, 2022 denial letter (5/13/23). Therefore, the deadline for Ms. Knight to file an appeal is July 10, 2023.

Going forward, all correspondence related to Ms. Knights claim will be directed to your office as well as all future benefit payments, if any.

If you have documents to submit, you may **email** them to DisabilityDocuments@LFG.Com or **fax** them to **(603) 334-0380**. Please be sure to include the claimant's full name and claim number in your email or fax. You may also submit any documents by mail to the address below.

Lincoln Life Assurance Company of Boston
Attn: Claim Resolution Unit

Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

If you have any questions regarding this matter, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-0380

From: LFGNotifications@LFG.com
Sent: Friday, May 5, 2023 9:26:14 AM
To: SUPPORT@JPRICEMCNAMARA.COM;
CC:
BCC:
Subject: [Send Secure]Gainwell Technologies Claim No. 11580689 Amy Ray Knight
Attachments: tdlxrwqn62kgbn1obzue_15191540.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 5, 2023

J. Price McNamara
10455 JEFFERSON HIGHWAY
STE 130
BATON ROUGE, LA 70809

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689
Claimant: Amy Ray Knight

Dear J. Price McNamara:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Gainwell Technologies' Group Disability Policy. We are writing in reference to Ms. Amy Ray Knight's claim for LTD benefits under the Policy.

Per your May 3, 2023 request for an extension to file the appeal, the extension has been granted.

We acknowledge the Department of Labor's (DOL) extension of the timeframe to submit information as **the earlier of** one year plus 180 days or 60 days past the end of the defined Outbreak Period. Given President Biden signed into law the bill to end the National Emergency as of April 10, 2023, we are now able to formally calculate the extension deadline. As the Public Health Emergency is still in place until May 11, 2023, Lincoln has opted to calculate the 60 day Outbreak Period as of May 11, 2023 to provide additional time to claimants. Therefore, in accordance with the DOL requirements Ms. Knight's extension deadline is July 10, 2023.

To determine the appeal due date, we will apply **the greater of** 60 days past the end of the National Emergency (7/10/23), or 180 days from the November 15, 2022 denial letter (5/13/23). Therefore, the deadline for Ms. Knight to file an appeal is July 10, 2023.

Going forward, all correspondence related to Ms. Knights claim will be directed to your office as well as all future benefit payments, if any.

If you have documents to submit, you may **email** them to **DisabilityDocuments@LFG.Com** or **fax** them to **(603) 334-0380**. Please be sure to include the claimant's full name and claim number in your email or fax. You may also submit any documents by mail to the address below.

Lincoln Life Assurance Company of Boston
Attn: Claim Resolution Unit

Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

If you have any questions regarding this matter, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-0380

LAW OFFICES
OF
J. PRICE MCNAMARA

J. PRICE McNAMARA
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

May 3, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX (603) 334-0380**

The Lincoln National Life Insurance Company
**Attn: Keri Young, Appeal Review Unit**
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

**Re: Claimant: Amy Knight**
**Claim #: 11580689**
**Gainwell Technologies**
**Long Term Disability (LTD) Benefits**

Dear Ms. Young,

We are finalizing our appeal submission for Amy Knight. We are writing to request an extension through and including July 11, 2023. We ask that no final decision be made until we notify you in writing that our submission is complete even if my client has previously submitted an appeal prior to this letter.

Please confirm receipt of this letter and Lincoln's consent to the extension requested herein by email (support@jpricemcnamara.com) or fax (225-201-8313).

With kind regards, I remain

Sincerely,

J. Price McNamara
**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/eej

Vinesign Document ID: 0825DCAC-F2A-4DC7-9D0E-A9A228C4F1 C8

LAW OFFICES
OF
J. PRICE MCNAMARA

J. PRICE McNAMARA
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

February 27, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX (603) 334-0380**

The Lincoln National Life Insurance Company
**Attn: Keri Young, Appeal Review Unit**
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

**Re: Claimant: Amy Knight**
**Claim #: 11580689**
**Gainwell Technologies**
**Long Term Disability (LTD) Benefits**

Dear Ms. Young,

This is to advise that Price McNamara represents me in this matter and I direct and authorize The Lincoln National Life Insurance Company to provide him with my entire claim file to include any document he requests.

Sincerely,

[signature]

**Amy Knight**

The signed document can be validated at https://app.vinesign.com/Verify

Vinesign

**Verification Complete**
The document has been officially verified.

| | |
|---|---|
| **Document Status** | ✔ Signed & Verified |
| **Document Name** | Knight - Ltr to Lincoln Granting Auth to Release LTD CF - 02-27-23 |
| **Sender Name** | Sara Breaux |
| **Document Key** | 6825BCAC-1F2A-4DC7-9D0E-A9A228C41F6B |

| **Recipient 1** | **IP Address** | **Signature** |
|---|---|---|
| Amy Knight<br>amray115@aol.com | 184.190.201.15 | Amy R. Knight |

Order 1

## Document History

| Activity | Date & Time | Recipient | Activity Details |
|---|---|---|---|
| Document Completed<br>Matching Hash | 02/27/2023 20:38 UTC | Amy Knight | Signed by Amy Knight<br>**Blockchain Block**<br>VVHYOidyoafjzo7zlWsURmlbceY0i4mN2qKO1xU9p7U=<br>**Document Hash**<br>19D894EF6A3F591B5659F053B82EE4195DAC118596CFCB4BF3F98C16C0BAEB14<br>**Timestamp**<br>02/27/2023 20:38 UTC |
| Document Viewed | 02/27/2023 20:33 UTC | Amy Knight | Viewed by Amy Knight |
| Document Viewed | 02/27/2023 20:31 UTC | Amy Knight | Viewed by Amy Knight |
| Document Sent | 02/27/2023 20:01 UTC | Amy Knight | Sent out via email to Amy Knight |
| Document Sent | 02/27/2023 20:01 UTC | Amy Knight | Sent out via text to Amy Knight |
| Document Created | 02/27/2023 20:01 UTC | | Created by Sara Breaux (sara@jpricemcnamara.com) |

FILEVINE

# Fax Confirmation

| | | | |
|---|---|---|---|
| **To:** | (603) 334-0380 | **From:** | (225) 201-8313 |
| **Doc:** | Fax_Knight - Ltr to Lincoln Granting Auth to Release LTD CF - SIGNED - 02-27-23_2023-02-28-0719-PST.pdf | **Pages:** | 2 |
| **Sent:** | February 28, 2023 7:19 AM PST | **Rec'd:** | February 28, 2023 7:21 AM PST |

Vinesign Document ID: 6825BCAC-1F2A-4DC7-9D0E-A9A228C41F68

LAW OFFICES
OF
J. PRICE MCNAMARA

J. PRICE McNAMARA
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

February 27, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX (603) 334-0380**

The Lincoln National Life Insurance Company
**Attn: Keri Young, Appeal Review Unit**
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

**Re: Claimant: Amy Knight**
**Claim #: 11580689**
**Gainwell Technologies**
**Long Term Disability (LTD) Benefits**

Dear Ms. Young,

This is to advise that Price McNamara represents me in this matter and I direct and authorize The Lincoln National Life Insurance Company to provide him with my entire claim file to include any document he requests.

Sincerely,

Amy Knight

**Amy Knight**

The signed document can be validated at https://app.vinesign.com/Verify

28-Feb-2023 15:20 +16033340380 +12252018313 p.2

**Vinesign**

**Verification Complete**

[illegible]

| | |
|---|---|
| **Document Status** | ✔ Signed & Verified |
| **Document Name** | Knight - Ltr to Lincoln Granting Auth to Release LTD CF - 02-27-23 |
| **Sender Name** | Sara Breaux |
| **Document Key** | 6825BCAC-1F2A-4DC7-9D0C-A9A228C41F68 |

| **Recipient 1** | **IP Address** | **Signature** |
|---|---|---|
| Amy Knight<br>amray115@aol.com<br>(225) 931-2516<br>Order 1 | 184.190.201.15 | |

## Document History

| Activity | Date & Time | Recipient | Activity Details |
|---|---|---|---|
| Document Completed | 02/27/2023 20:38 UTC | Amy Knight | Signed by Amy Knight ((225) 931-2516)<br>**Blockchain Block**<br>VVHYOrdyoafjzo/7iWsUKmlbceY04mN4qKO1xU9p7U=<br>**Document Hash**<br>[illegible]<br>**Timestamp**<br>02/27/2023 20:38 UTC |
| Document Viewed | 02/27/2023 20:33 UTC | Amy Knight | Viewed by Amy Knight ((225) 931-2516) |
| Document Viewed | 02/27/2023 20:31 UTC | Amy Knight | Viewed by Amy Knight ((225) 931-2516) |
| Document Sent | 02/27/2023 20:01 UTC | Amy Knight | Sent out via email to Amy Knight (amray115@aol.com) |
| Document Sent | 02/27/2023 20:01 UTC | Amy Knight | Sent out via text to Amy Knight ((225) 931-2516) |
| Document Created | 02/27/2023 20:01 UTC | | Created by Sara Breaux (sara@pricemcnamara.com) |

LAW OFFICES
OF
J. PRICE MCNAMARA

J. PRICE McNAMARA
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

February 7, 2023

<u>**SENT VIA CERTIFIED MAIL**</u>
<u>**& FAX (603) 334-0380**</u>

The Lincoln National Life Insurance Company
**Attn: Keri Young, Appeal Review Unit**
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

**Re: Claimant: Amy Knight**
**Claim #: 11580689**
**Gainwell Technologies**
**Long Term Disability (LTD) Benefits**

**REQUEST FOR COPY OF ADMINISTRATIVE RECORD**
**& ALL RELEVANT PLAN DOCUMENTS**

Dear Ms. Young,

**I represent Amy Knight in connection with a denial of benefits for long-term, short-term, and/or waiver of premium benefits. Please do not initiate contact with my client except through me, including any contact by telephone, postal mail or electronic means, including contact through insurer claim portals. This will further serve as a revocation of any and all previous consent for contact.**

We request a copy of the entire administrative claims file to date, including, but not limited to the following, including all data or information that exists in electronic or digital form.

1. All governing plan documents, including, but not limited to, the summary plan description, the plan itself, <u>and any and all policies of insurance covering the plan</u>.

2. All documents that are "relevant" to the claim in question within the meaning of 29 C.F.R. §2560.503-1(m)(8). **This includes, by statute, not only documents "relied upon" in making a benefit determination, but also all documents "submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record or other information was relied upon in making the benefit determination."**

3. The entire claim file including, but not limited to, any applications, correspondence, handwritten notes, any and all surveillance, e-mails, activity logs, medical or physician reports and records, vocational reports, evaluation notes and any and all commentary by any employee or person contracted by you or claimant or claimant's employer or any other person or entity regarding the claim, job descriptions from the employer, any other investigatory materials, correspondence by and between anyone else involved with this claim such as reviewers, consultants, employer and claimant, documentation setting forth the qualifications of any individual involved in rendering a decision or participating in the rendering of a

decision in this matter, copies of criteria, protocols, rules or directives as to the evaluation of claims for insurance benefits (for example, claim manual and/or training materials).

4. Curriculum vitae for any physician or other consultant who played any part in the evaluation of this claim.

5. A copy of the audio recording and a transcript of each telephone conversation between the claimant or any representative of the insurer or Claims Administrator of Plan Administrator of the Plan. (See attached June 14, 2021 information letter from the United States Department of Labor declaring "relevant" information that must be produced under ERISA claims regulations.)

**Please email claim file to support@jpricemcnamara.com or mail to 10455 Jefferson Hwy., Suite 130, Baton Rouge, LA 70809.**

If we do not receive timely (30 days) production of the above documents and audio recordings, we will seek statutory penalties.

**INSTRUCTIONS FOR ALL BENEFIT PAYMENTS**

**Pursuant to our representation agreement with our client, all payments made to our client are to be made payable to the client and J. Price McNamara. Please mail all payments to J. Price McNamara, 10455 Jefferson Highway, Ste. 130, Baton Rouge, LA 70809. Our Tax ID Number is 72-1384876.**

**Strict compliance with this request is required by law until further written notice from this office. Failure to comply with this request will be considered intentional interference with contractual rights, resulting in appropriate legal response.**

**Please confirm your receipt of this by fax or email.

With kind regards, I remain

Sincerely,

J. Price McNamara
Law Offices of J. Price McNamara

JPM/eej
Enclosure

**U.S. Department of Labor**

Employee Benefits Security Administration
Washington, D.C. 20210

June 14, 2021

Cassie Springer Ayeni
President and Managing Attorney
Springer Ayeni, A Professional Law Corporation
4319 Piedmont Ave., 2nd Fl.
Oakland, CA 94611

Dear Ms. Springer Ayeni:

This responds to your inquiry regarding the claims procedure requirements under section 503 of Title I of the Employee Retirement Income Security Act of 1974, as amended (ERISA). In particular, you ask whether ERISA section 503 and the Department of Labor's implementing claims procedure regulation at 29 CFR 2560.503-1 require the responsible plan fiduciary to provide, upon a claimant's request, a copy of an audio recording and transcript of a telephone conversation between the claimant and a representative of the plan's insurer relating to an adverse benefit determination.

You are seeking guidance because you represent a claimant whose request for such a recording was denied. You indicate that the stated reasons for denial of the request for the audio recording are that the actual recording is distinct from the notes made available to you, which contemporaneously documented the content of the recorded conversation, and which became part of the "claim activity history through which [the insurer] develops, tracks and administers the claim." By contrast, the denial stated that the "recordings are for 'quality assurance purposes,'" and "are not created, maintained, or relied upon for claim administration purposes, and therefore are not part of the administrative record."

The Department may, when deemed appropriate and in the best interest of sound administration of ERISA, issue information letters calling attention to established principles under ERISA, even though an advisory opinion was requested. ERISA Procedure 76-1, section 5 (41 Fed. Reg. 36281 (Aug. 27, 1976)). We determined that it is appropriate to respond in the form of an information letter, the effect of which is described in section 11 of ERISA Procedure 76-1.

ERISA section 503 requires every employee benefit plan to "afford a reasonable opportunity to any participant whose claim for benefits has been denied for a full and fair review by the appropriate named fiduciary of the decision denying the claim." The Department's implementing regulations require employee benefit plans to "establish and maintain reasonable procedures governing the filing of benefit claims, notification of benefit determinations, and appeal of adverse benefit determinations." 29 CFR 2560.503-1(b). The regulations further require that the claims procedures of a plan will not provide a reasonable opportunity for a full and fair review of a denied claim, unless, among other things, "the claims procedures provide that a claimant shall be provided, upon request . . . copies of, all documents, records, and other information relevant to the claimant's claim for benefits." 29 CFR 2560.503-1(h)(2)(iii).

The regulation at 29 CFR 2560.503-1(m)(8) provides that, for this purpose, a document, record, or other information is "'relevant' to a claimant's claim" if the document, record, or other information:

> (i) was relied upon in making the benefit determination; (ii) was submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record, or other information was relied upon in making the benefit determination; (iii) demonstrates compliance with the administrative processes and safeguards required pursuant to paragraph (b)(5); or (iv) constitutes a statement of policy or guidance with respect to the plan concerning the denied treatment option or benefit for the claimant's diagnosis, without regard to whether such advice or statement was relied upon in making the benefit determination.

As subparagraph (ii) states, information is relevant to a claimant's claim if it "was … generated in the course of making the benefit determination," even if it was not "relied upon in making the benefit determination." Consequently, for purposes of subparagraph (ii) it is immaterial whether information was "not created, maintained, or relied upon **for** claim administration purposes." (emphasis added).

Furthermore, with respect to a claim that a recording is not required to be disclosed because it was generated for quality assurance purposes, as noted above, subparagraph (iii) in 29 CFR 2560.503-1(m)(8) states, information is relevant for purposes of the disclosure requirement if it "demonstrates compliance with the administrative processes and safeguards required pursuant to paragraph (b)(5)."[1] Thus, the fact that a recording was made for quality assurance purposes would support it being subject to a disclosure request for relevant "documents, records, and other information" under 29 CFR 2560.503-1(h)(2)(iii).

Further, nothing in the regulation requires that "relevant documents, records, or other information" consist only of paper or written materials. Rather, in the preamble to recent amendments to 29 CFR. 2560.503-1, the Department recognized that an audio recording can be part of a claimant's administrative record. In responding to commenters' concerns that proposed amendment language would prohibit claimants from submitting audio evidence in support of their claim, the Department clarified that no limit was intended on the types of evidence claimants can submit. In its response, the Department listed "video, audio, or other electronic media" as types of evidence plans cannot refuse to accept. 81 Fed. Reg. at 92325 (Dec. 19, 2016).

In summary, a recording or transcript of a conversation with a claimant would not be excluded from the requirements under 29 CFR 2560.503-1 to disclose relevant "documents, records, and other information" merely because the plan or claims administrator does not include the recording or transcript in its administrative record; does not treat the recording or transcript as part of the claim activity history through which the insurer develops, tracks and administers the claim; or because the recording or transcript was generated for quality assurance purposes.

---

[1] The claims procedure regulation at 29 CFR 2560.503-1(b)(5) requires that, to be deemed reasonable, claims procedures must, among other things, "contain administrative processes and safeguards designed to ensure and to verify that benefit clam determinations are made in accordance with governing plan documents and that, where appropriate, the plan provisions have been applied consistently with respect to similarly situated claimants." In this connection, the Department has stated that "a plan must provide a claimant upon request after receiving an adverse benefit determination . . . any information that the plan has generated or obtained in the process of ensuring and verifying that, in making the particular determination, the plan complied with its own administrative processes and safeguards that ensure and verify appropriately consistent decision making in accordance with the plan's terms." 65 Fed. Reg. at 70252 (Nov. 21, 2000).

We hope this information is of assistance to you.

Sincerely,

Eric Berger
Acting Chief, Division of Coverage, Reporting and Disclosure
Office of Regulations and Interpretations

FILEVINE

# Fax Confirmation

| | | | |
|---|---|---|---|
| To: | (603) 334-0380 | From: | (225) 201-8313 |
| Doc: | Fax_Knight - Ltr to Lincoln Req LTD CF - 02-07-23_2023-02-07-0941-PST.pdf | Pages: | 5 |
| Sent: | February 7, 2023 9:41 AM PST | Rec'd: | February 7, 2023 9:42 AM PST |

# Billing Statement:

**Invoice Date: 01/05/2023** **Invoice #: 718249-535**
**Lincoln Financial Group**

**Invoice for Requests for Medical Information completed between Dec 1 2022 and Dec 31 2022**

**L-CLTLTD** **Bill Code: LIBSFU**

| RP #<br>Cust ID | Patient Name<br>Provider Name | Status | Date<br>Req By | RP Fee | Med Fee | Rush | QC Amt<br>Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 9818947<br>11580689 | RAY KNIGHT, AMY<br>BATON ROUGE ORTHOPEDIC CLINIC | Canceled | 09/20/22<br>K Young | $ 5.00 | $ 0.00 | $ 0.00 | $ 0.00<br>0 | **$ 5.00** |

**ReleasePoint**

**405 W. Foothill Blvd**
**Suite 204**
**Claremont, CA 91711**

**Total Amount Due:** **$ 5.00**

**Tax ID: 95-2843455**

LAW OFFICES
OF
J. PRICE McNAMARA

J. PRICE McNAMARA
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

February 7, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX (603) 334-0380**

The Lincoln National Life Insurance Company
**Attn: Keri Young, Appeal Review Unit**
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

**Re: Claimant: Amy Knight**
**Claim #: 11580689**
**Gainwell Technologies**
**Long Term Disability (LTD) Benefits**

**REQUEST FOR COPY OF ADMINISTRATIVE RECORD**
**& ALL RELEVANT PLAN DOCUMENTS**

Dear Ms. Young,

**I represent Amy Knight in connection with a denial of benefits for long-term, short-term, and/or waiver of premium benefits. Please do not initiate contact with my client except through me, including any contact by telephone, postal mail or electronic means, including contact through insurer claim portals. This will further serve as a revocation of any and all previous consent for contact.**

We request a copy of the entire administrative claims file to date, including, but not limited to the following, including all data or information that exists in electronic or digital form.

1. All governing plan documents, including, but not limited to, the summary plan description, the plan itself, **and any and all policies of insurance covering the plan**.

2. All documents that are "relevant" to the claim in question within the meaning of 29 C.F.R. §2560.503-1(m)(8). **This includes, by statute, not only documents "relied upon" in making a benefit determination, but also all documents "submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record or other information was relied upon in making the benefit determination."**

3. The entire claim file including, but not limited to, any applications, correspondence, handwritten notes, any and all surveillance, e-mails, activity logs, medical or physician reports and records, vocational reports, evaluation notes and any and all commentary by any employee or person contracted by you or claimant or claimant's employer or any other person or entity regarding the claim, job descriptions from the employer, any other investigatory materials, correspondence by and between anyone else involved with this claim such as reviewers, consultants, employer and claimant, documentation setting forth the qualifications of any individual involved in rendering a decision or participating in the rendering of a

decision in this matter, copies of criteria, protocols, rules or directives as to the evaluation of claims for insurance benefits (for example, claim manual and/or training materials).

4. Curriculum vitae for any physician or other consultant who played any part in the evaluation of this claim.

5. A copy of the audio recording and a transcript of each telephone conversation between the claimant or any representative of the insurer or Claims Administrator of Plan Administrator of the Plan. (See attached June 14, 2021 information letter from the United States Department of Labor declaring "relevant" information that must be produced under ERISA claims regulations.)

**Please email claim file to support@jpricemcnamara.com or mail to 10455 Jefferson Hwy., Suite 130, Baton Rouge, LA 70809.**

If we do not receive timely (30 days) production of the above documents and audio recordings, we will seek statutory penalties.

**INSTRUCTIONS FOR ALL BENEFIT PAYMENTS**

**Pursuant to our representation agreement with our client, all payments made to our client are to be made payable to the client and J. Price McNamara. Please mail all payments to J. Price McNamara, 10455 Jefferson Highway, Ste. 130, Baton Rouge, LA 70809. Our Tax ID Number is 72-1384876.**

**Strict compliance with this request is required by law until further written notice from this office. Failure to comply with this request will be considered intentional interference with contractual rights, resulting in appropriate legal response.**

**Please confirm your receipt of this by fax or email.

With kind regards, I remain

Sincerely,

J. Price McNamara

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/eej
Enclosure

**U.S. Department of Labor** Employee Benefits Security Administration
Washington, D.C. 20210

June 14, 2021

Cassie Springer Ayeni
President and Managing Attorney
Springer Ayeni, A Professional Law Corporation
4319 Piedmont Ave., 2nd Fl.
Oakland, CA 94611

Dear Ms. Springer Ayeni:

This responds to your inquiry regarding the claims procedure requirements under section 503 of Title I of the Employee Retirement Income Security Act of 1974, as amended (ERISA). In particular, you ask whether ERISA section 503 and the Department of Labor's implementing claims procedure regulation at 29 CFR 2560.503-1 require the responsible plan fiduciary to provide, upon a claimant's request, a copy of an audio recording and transcript of a telephone conversation between the claimant and a representative of the plan's insurer relating to an adverse benefit determination.

You are seeking guidance because you represent a claimant whose request for such a recording was denied. You indicate that the stated reasons for denial of the request for the audio recording are that the actual recording is distinct from the notes made available to you, which contemporaneously documented the content of the recorded conversation, and which became part of the "claim activity history through which [the insurer] develops, tracks and administers the claim." By contrast, the denial stated that the "recordings are for 'quality assurance purposes,'" and "are not created, maintained, or relied upon for claim administration purposes, and therefore are not part of the administrative record."

The Department may, when deemed appropriate and in the best interest of sound administration of ERISA, issue information letters calling attention to established principles under ERISA, even though an advisory opinion was requested. ERISA Procedure 76-1, section 5 (41 Fed. Reg. 36281 (Aug. 27, 1976)). We determined that it is appropriate to respond in the form of an information letter, the effect of which is described in section 11 of ERISA Procedure 76-1.

ERISA section 503 requires every employee benefit plan to "afford a reasonable opportunity to any participant whose claim for benefits has been denied for a full and fair review by the appropriate named fiduciary of the decision denying the claim." The Department's implementing regulations require employee benefit plans to "establish and maintain reasonable procedures governing the filing of benefit claims, notification of benefit determinations, and appeal of adverse benefit determinations." 29 CFR 2560.503-1(b). The regulations further require that the claims procedures of a plan will not provide a reasonable opportunity for a full and fair review of a denied claim, unless, among other things, "the claims procedures provide that a claimant shall be provided, upon request . . . copies of, all documents, records, and other information relevant to the claimant's claim for benefits." 29 CFR 2560.503-1(h)(2)(iii).

The regulation at 29 CFR 2560.503-1(m)(8) provides that, for this purpose, a document, record, or other information is "'relevant' to a claimant's claim" if the document, record, or other information:

> (i) was relied upon in making the benefit determination; (ii) was submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record, or other information was relied upon in making the benefit determination; (iii) demonstrates compliance with the administrative processes and safeguards required pursuant to paragraph (b)(5); or (iv) constitutes a statement of policy or guidance with respect to the plan concerning the denied treatment option or benefit for the claimant's diagnosis, without regard to whether such advice or statement was relied upon in making the benefit determination.

As subparagraph (ii) states, information is relevant to a claimant's claim if it "was … generated in the course of making the benefit determination," even if it was not "relied upon in making the benefit determination." Consequently, for purposes of subparagraph (ii) it is immaterial whether information was "not created, maintained, or relied upon **for** claim administration purposes." (emphasis added).

Furthermore, with respect to a claim that a recording is not required to be disclosed because it was generated for quality assurance purposes, as noted above, subparagraph (iii) in 29 CFR 2560.503-1(m)(8) states, information is relevant for purposes of the disclosure requirement if it "demonstrates compliance with the administrative processes and safeguards required pursuant to paragraph (b)(5)."[1] Thus, the fact that a recording was made for quality assurance purposes would support it being subject to a disclosure request for relevant "documents, records, and other information" under 29 CFR 2560.503-1(h)(2)(iii).

Further, nothing in the regulation requires that "relevant documents, records, or other information" consist only of paper or written materials. Rather, in the preamble to recent amendments to 29 CFR. 2560.503-1, the Department recognized that an audio recording can be part of a claimant's administrative record. In responding to commenters' concerns that proposed amendment language would prohibit claimants from submitting audio evidence in support of their claim, the Department clarified that no limit was intended on the types of evidence claimants can submit. In its response, the Department listed "video, audio, or other electronic media" as types of evidence plans cannot refuse to accept. 81 Fed. Reg. at 92325 (Dec. 19, 2016).

In summary, a recording or transcript of a conversation with a claimant would not be excluded from the requirements under 29 CFR 2560.503-1 to disclose relevant "documents, records, and other information" merely because the plan or claims administrator does not include the recording or transcript in its administrative record; does not treat the recording or transcript as part of the claim activity history through which the insurer develops, tracks and administers the claim; or because the recording or transcript was generated for quality assurance purposes.

---

[1] The claims procedure regulation at 29 CFR 2560.503-1(b)(5) requires that, to be deemed reasonable, claims procedures must, among other things, "contain administrative processes and safeguards designed to ensure and to verify that benefit clam determinations are made in accordance with governing plan documents and that, where appropriate, the plan provisions have been applied consistently with respect to similarly situated claimants." In this connection, the Department has stated that "a plan must provide a claimant upon request after receiving an adverse benefit determination . . . any information that the plan has generated or obtained in the process of ensuring and verifying that, in making the particular determination, the plan complied with its own administrative processes and safeguards that ensure and verify appropriately consistent decision making in accordance with the plan's terms." 65 Fed. Reg. at 70252 (Nov. 21, 2000).

We hope this information is of assistance to you.

Sincerely,

Eric Berger
Acting Chief, Division of Coverage, Reporting and Disclosure
Office of Regulations and Interpretations

The Lincoln National Life Insurance Company
Disability and Life Claims
P.O. Box 8200
Dover, NH 03821-1525

MS. AMY RAY KNIGHT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
P.O. Box 8200
Dover, NH 03821-1525
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0380

January 27, 2023

Ms. Amy R. Ray Knight

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689

Dear Ms. Amy Ray Knight:

Your Disability Claim Manager referred your disability claim to the Financial Review Services Unit, because you were pursuing Social Security benefits at the time your claim closed.

As you know, your employer's disability plan requires us to reduce your disability benefits by the amount of income you receive from other sources, including Social Security, for yourself and any eligible dependents. A retroactive award may cause your disability claim to be considered overpaid, and you are responsible for repaying amounts paid for periods covered by your Social Security award. This obligation remains regardless of the status of your disability claim.

To update our files, please provide a copy of your most recent status from the Social Security Administration via email to: Disabilitydocuments@LFG.com . This could be in the form of a Denial letter or a Notice of Award. If your claim is still Pending, please keep this letter and reach out once a decision is made. If you are working with Allsup, Brown and Brown Absence Service Group, Genex, or Doherty Cella Keane then you do not have to follow up, as they will notify us of status. If you are awarded, please provide a copy of your Notice of Award letter. Please be sure not to spend any retroactive payment you receive until we determine the overpayment of your benefits.

If you are unable to locate a copy of your most recent update, you may access this by visiting the Social Security Administration's website at www.socialsecurity.gov/myaccount where you can create an account and obtain any updates.

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Cheryl Carmichael
Recovery Specialist I, Lmb
On Behalf Of: Rebekah Latour
Phone No.: (888) 437-7611 Ext. 15917
Secure Fax No.: (603) 334-0401

THE
BATON
ROUGE
CLINIC
AMC

7373 Perkins Road ▪ Baton Rouge, Louisiana 70808-4326 ▪ 225-769-4044

# FAX COVER SHEET

(T):225-246-9714

(F):225-246-9164

DATE: 1/16/23

ATTENTION: Keri Young

FAX NUMBER: 603-334-0380

NUMBER OF PAGES (including cover sheet): 2

FROM: Dr. J. David West Office

MESSAGE

## NOTICE OF CONFIDENTIALITY

The information contained in this facsimile message is privileged and confidential information intended for the use of the recipient listed above. If the person receiving this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copy of this communication is strictly prohibited. If you have received this fax in error, please immediately notify us by telephone at 225-769-4044 to arrange for return of the document to us.

THE BATON ROUGE CLINIC AMC

Baton Rouge Clinic Internal Medicine
7373 PERKINS ROAD
BATON ROUGE LA 70808-4326
Phone: 225-769-4044

January 16, 2023

Amy R KNIGHT

Claim #11580689

Dear Keri Young,

Mrs. Amy Knight is a long time patient of mine for over 20 years. She recently saw me for her annual health examination.

Amy continues to report intense pain involving her left upper extremity and right wrist. These are chronic. Amy states that she can not perform routine chores around her home due to pain. She is unable to lift even light weight and can not do repetitive activities with her upper extremities. These physical ailments and disabilities have exacerbated her mental health problems. Her depression and anxiety disorder have intensified.

Amy has several medical conditions including diabetes, major depression, general anxiety disorder, fibromyalgia, chronic wright pain, complex regional pain syndrome left upper extremity, meniere syndrome, and vertigo. I have a hard time believing she can return to any type of gainful employment. I respectively ask you to consider granting her long term disability.

Kindest Regards,

J. David West, M.D.

From: LFGNotifications@LFG.com
Sent: Thursday, December 1, 2022 12:34:07 PM
To:
CC:
BCC:
Subject: [Send Secure]Gainwell Technologies Claim No. 11580689 Amy Ray Knight
Attachments: be0brrjt0hzmgnxtwlfe_14094635.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

December 1, 2022

Ms. Amy R. Ray Knight

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689

Dear Ms. Amy Ray Knight:

Please see enclosed letter mailed on November 15, 2022

If you have any questions regarding this matter, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-0380

Attachments: 11580689-DENY-NOT DISABLED-11.11.2022

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. AMY RAY KNIGHT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

November 15, 2022

Ms. Amy R. Ray Knight

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689

Dear Ms. Amy Ray Knight:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Gainwell Technologies's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable. Gainwell Technologies's LTD Policy requires that to be eligible for benefits you must meet the following definition of disability:

> *"Disability" or "Disabled", with respect to Long Term Disability, means:*
> *1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
> *i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
>
> *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
>
> *2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*
> *"Disability" or "Disabled" means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*
>
> *"Material and Substantial Duties", with respect to Long Term Disability, means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.*
>
> *"Own Occupation", with respect to Long Term Disability, means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For*

*the purposes of determining Disability under this policy, Lincoln will consider the Covered Person's occupation as it is normally performed in the national economy.*

In order to evaluate whether or not you have met the above definition of disability, we requested medical information from your physician(s).

You submitted a claim for let arm and right wrist pain and your claim file contains the following medical documentation:

- David West: 7/10/2018 – 3/22/2021, 5/19/2021, 9/2/2021 – 11/17/2022, 1/17/2022 – 7/18/2022 - Attending Physician's Statement 7/7/2021
- Venugopal Vatsavayi: 1/6/2022, 3/3/2022-9/15/2022
- The Baton Rouge Clinic, AMC – BRC Rheumatology: 5/10/2021 – 5/31/2021
- The Baton rouge Clinic: 5/19/2021 – 11/23/2021
- Bryan Griffith: 2/24/2022 – 9/22/2022
- Michael Perniciaro: 5/20/2022
- Mark Garon 3/26/2021

In order to better understand your restrictions and limitations, your medical file was referred to a Board Certified Physician in Physical Medicine and Rehabilitation. Their review opined as follows:

*"primary impairing Diagnosis(es) with ICD 10 Code(s)*
*Pain in right wrist M25.531*
*Pain in left arm M79.602*

*comorbid Diagnosis(es) with ICD with ICD 10 Codes(s)*
*Moderate episode of recurrent major depressive disorder (HCC) F33.1*
*Fibromyalgia M79.7*
*GAD (generalized anxiety disorder) F41.1*

*From a musculoskeletal perspective and after confirming with claimant's AP that the medical records do not support a "Less than Sedentary" capacity, claimant should be considered at full-time Sedentary Work capacity from 6/1/2022 – forward. Given the long-standing nature of the claimant's symptoms and non-specific nature of her symptoms, these R&Ls are likely permanent.*

*Discussion: Ms. Knight is a 54-year 9-month right-handed Associate Business Analysis RN (Sedentary Occupation) who has been out of work since 2/24/2021 (1 year 8 months). She was initially out of work secondary to chronic pain left upper extremity (history of left radial fracture 2018) which was a workers compensation case. Work-up of her left upper extremity pain at that time was negative including CT scan, MRI of shoulder and arm, EMG/NCS, three-phase bone scan and no physical exam findings consistent with complex regional pain syndrome. Case was settled. Right wrist pain workup two years ago showed some TFC tenderness, otherwise unremarkable imaging, normal EMG/NCS and no plan for surgery management. Submaximal effort on FCE as part of her left arm pain work-up leading to non-specific work restrictions from her orthopedist (Dr. Garon). She has not seen Rheumatology since 5/10/2021 (17 months) or Orthopedics for her hands/upper extremities*

*since 3/26/21 (18.5 month). Ongoing R&Ls of no lifting more than 5 lbs., no typing has been supported by claimant's primary care provider (Dr. West) most recently in February 2022.*

*Medical records do not contain sufficient objective information to prove or disprove Less than Sedentary work capacity. Claimant last saw a musculoskeletal provider related to her bilateral upper extremity pain (left arm, right wrist) more than 1.5 years ago. Lack of orthopedic follow-up is reasonable as the work-up for both claimant's right wrist/upper extremity pain and left upper extremity pain have been completed with no planned intervention. Claimant likely has ongoing chronic right wrist pain related to some TFC dysfunction which might translate to decreased power grip of her right (dominant) hand, but this does not explain a Less than Sedentary work status. On the Activities Questionnaire dated 8/20/21, claimant indicates that her "essential tremor increases with pain" – the medical records provided do not provide any information that documents the severity of her essential tremor.*

*The medical records support some level of ongoing active mental health issues from 6/1/2022 – forward. In isolation, claimant's anxiety and depression may affect her able to perform full-time work. However, she has been on the same medications for more than a year and her psychiatrist is comfortable seeing her every 3 months which suggest a lower level of acuity.*

The consulting physician also attempted to contact your provider as follows:
*Bryan Griffith*
*Phone Number: 1 (225) 924 2424  Fax Number: 225-408-7980*

*David West*
*Phone Number: 1 (225) 769 4044  Fax Number: 225-246-9164*
*Internal Medicine*

*Tyson Garon, MD*
*Phone Number: 1 (225) 766 0050  Fax Number: 225-766-1499*
*Orthopedic Hand Surgery*

*Angele Bourg, MD*
*Phone Number: 1 (225) 769 4044  Fax Number: 225-246-9209*
*Rheumatology*

*Dr. West is the only provider providing for work restrictions, letter sent asking for clarification about necessary R&Ls and his conclusion that claimant has no work capacity.*

*AP Letter sent 11/4/2022, 9:41am EST. Dr. West responded without any changes to my letter which supports that claimant has full-time Sedentary Work capacity.*

In order to better understand your restrictions and limitations, your medical file was referred to a Board Certified Physician in Psychiatry and Neurology . Their review opined as follows:

*"primary impairing Diagnosis(es) with ICD 10 Code(s)*
- *other specified depressive disorder (F 32.8)*
- *other specified anxiety disorder, (F 41.8)*

*comorbid Diagnosis(es) with ICD with ICD 10 Codes(s)*
- *Regional pain syndrome*
- *Diabetes II*

*The reported symptoms and medical evaluation and treatment recommendations do not reasonably support the psychiatric necessity for translating into restrictions and limitations from 6/1/22 to ongoing.*

The consulting physician also attempted to contact your provider as follows:

*Name: Venugopal Vatsavayi Phone Number: 1 (225) 381 2621 Fax Number: 225-387-7829*
*On 11/2/22 @ 12:39PM EST – assistant Kizzi informed me Dr. Vatsavayi returns 12/1/22, no one else in the office would discuss medical leave and the NOV is in mid-March 2023.*

*Name: David West Phone Number: 1 (225) 769 4044 Fax Number: 225-246-9114*
*On 11/4/22, I had phone contact with Dr. West (225 246 9715). Please see my summary of our conversation below. Dr. West said the correct fax number is 225 246 9146.*

*During our conversation, you indicated:*

> *You have known Ms. Knight for over ten years, last saw her for an appointment on 7/18/22 for physical concerns and she is next scheduled 1/18/23. You most recently saw her in passing in the office when she was there for a family member's appointment. You explained you are not directly involved in her mental health but you have had conversations. You know she receives medication from Dr. Vatsavayi (we discussed he is away until 12/1/22 and her next appointment is in mid-March 2023) and thought she had a therapist but did not know if currently.*
>
> *At baseline, you knew Ms. Knight as stable and functional but in the course of developing regional pain syndrome and fibromyalgia in the last 2-3 years you observe her as hyperemotional, anxious, tearful and always sad.*
>
> *You thought a therapist would be helpful in helpful her manage stressors and her chronic pain and thought it reasonable to discuss seeing a therapist either in your practice or in the community.*

*Date letter sent to AP: faxed 11/8/22"*

Additionally, we had an Occupational Analysis completed to compare the job, Insurance/Healthcare Cons II, to the occupation in the National Economy. The occupation is most often performed at a sedentary physical demand level in the national economy. The sedentary occupation demands include frequent talking, hearing, near acuity, keyboard use; occasional reaching, handling, fingering. The restriction noted above do not preclude you from own occupation.

The Department of Labor defines Sedentary work as:

Sedentary Work – Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally and all other sedentary criteria are met.

The restrictions and limitation supported by the medical evidence received are within your Sedentary Occupation

Based on the medical documentation received in relation to the requirements of your occupation, you do not meet the definition of disability outlined above. Thus no benefits are payable and we must deny your claim.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

All documentation from any of your other treating providers that would show evidence that you do meet the definition of disabled continuously from Own Occupation beyond November 11, 2022 such as: test results with positive findings, such as an MRI or CT Scan, or, office visit notes that document physical exam findings, hospitalization records, lists of prescription medications with their start date/dosages, a detailed treatment plan which would outline a description of your specific restrictions and limitations, and any physical or occupational therapy records.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file

will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłį́į' dóó ná'ookąąh nííní'ą́ągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtį́į́ł nínízingo doo bą́ąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved by Lincoln Financial Group, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-0380

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. AMY RAY KNIGHT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

November 24, 2022

Ms. Amy R. Ray Knight

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689

Dear Ms. Amy Ray Knight:

We received notification your claim has closed. At the time your disability claim closed you were pursing Social Security benefits.

As you know, your employer's disability plan requires us to reduce your disability benefits by the amount of income you receive from other sources, including Social Security, for yourself and any eligible dependents. A retroactive award may cause your disability claim to be considered overpaid, and you are responsible for repaying amounts paid for periods covered by your Social Security award. This obligation remains regardless of the status of your disability claim.

The last correspondence we received advised the Social Security Disability claim is still pending.

To update our files, please provide a copy of your most recent status from the Social Security Administration. This could be in the form of a Denial letter or a Notice of Award. If your claim is still Pending, please keep this letter and reach out once a decision is made. If you are awarded, please provide a copy of your Notice of Award letter. Please be sure not to spend any retroactive payment you receive until we determine the overpayment of your benefits.

If you are unable to locate a copy of your most recent update, you may access this by visiting the Social Security Administration's website at www.socialsecurity.gov/myaccount where you can create an account and obtain any updates.

You may forward this information via mail, fax, or email to:

- *Fax Number*: 1-603-334-0401

*Email*: disabilitydocuments@lfg.com

*If you are working with a vendor, they will continue to represent you through the hearing at no*

*charge to you. The vendor will also provide us with updates as they occur, and you can disregard the above request for an update.*

If you have any questions regarding this matter, please contact me.

Sincerely,

Rosalind Gerald
Social Security Specialist
Phone No.: (888) 437-7611 Ext. 59678
Secure Fax No.: (603) 334-0380

The Lincoln National Life Insurance Company
Disability and Life Claims
P.O. Box 8200
Dover, NH 03821-1525

MS. AMY RAY KNIGHT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
P.O. Box 8200
Dover, NH 03821-1525
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0380

November 18, 2022

Ms. Amy R. Ray Knight

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689

Dear Ms. Amy Ray Knight:

This letter is regarding your outstanding overpayment with Lincoln Life Assurance Company of Boston, in the amount of $2,452.05. As you are aware, this overpayment is the result of your Severance income award. While your disability claim remained open, your net benefit was applied to this balance.

We have been notified that your disability claim recently closed, and we must now make alternate payment arrangements to satisfy this overpayment.

Please remit payment of $2,452.05, payable to Lincoln Life Assurance Company of Boston by December 1, 2022. Please mail payment to:

**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON
GROUP PROTECTION DISABILITY CLAIMS
REFUND/RECOVERY
P.O.BOX 26028
GREENSBORO, NC 27499-9760**

Alternatively, you may complete the attached form and return it to us via the fax number below, or to email address ClaimsReceivables@LFG.com.

Please also include your claim number (11580689) to ensure accurate payment application.

If you are not able to repay this amount in full by December 1, 2022, please contact me to discuss a payment plan acceptable to both parties. Failure to do so may result in your file being referred to an outside collection agency.

If you have any questions regarding this matter, please contact me.

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Cheryl Carmichael
Recovery Specialist I, Lmb
On Behalf Of: Rebekah Latour
Phone No.: (888) 437-7611 Ext. 15917
Secure Fax No.: (603) 334-0401

Attachments: Re-Occurring Debit Payment Auth

**The Lincoln National Life Insurance Company**
**Group Protection Disability Claims**
PO Box 2578
Omaha, NE 68172-9688

## Re-Occurring Debit Payment Authorization Form

Sign and complete this form to authorize The Lincoln National Life Insurance Company to make a re-occurring debit to your account listed below.

By signing this form, you give us permission to debit your account for the amount indicated on or after the indicated dates/schedule. This authorization is permission for multiple debit transactions.

---

**Please complete the information below:**

**Lincoln Financial Group Disability Claim Number:** 11580689

I ______________________ authorize The Lincoln National Life Insurance Company to debit my
(full name)

account at the financial institution listed below for ________ on the ___________ of each month.
(amount) (day)

This authority will remain in effect until The Lincoln National Life Insurance Company is notified by me (us) in writing to cancel it in such time to afford The Lincoln National Life Insurance Company and the Financial Institution a reasonable opportunity to act on it.

Billing Address ___________________________ Phone# _____________________

City, State, Zip ___________________________ Email ______________________

Account Type: ☐ Checking ☐ Savings

Financial Institution Name ______________________________

Financial Institution Address ______________________________

Routing Number ______________________________

Account Number ______________________________

SIGNATURE ____________________________ DATE _______________

I authorize the above-named business to debit the account indicated in this authorization form according to the terms outlined above. This payment authorization is for the goods/services described above, for the amount indicated above only, and is valid for reoccurring use until such time my overpayment balance has been paid in full. I certify that I am an authorized user of this account and that I will not dispute the payments with financial institution; so long as the transactions correspond to the terms indicated in this form.

From: LFGNotifications@LFG.com
Sent: Thursday, November 17, 2022 1:46:09 PM
To:
CC:
BCC:
Subject: [Send Secure]Gainwell Technologies Claim No. 11580689 Amy Ray Knight
Attachments: ljeltsrevvtbiskdqery_14014360.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

November 17, 2022

Ms. Amy R. Ray Knight

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689

Dear Ms. Amy Ray Knight:

Please see enclosed letter
If you have any questions regarding this matter, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-0380

Attachments: 11580689-DENY-NOT DISABLED-11.11.2022

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. AMY RAY KNIGHT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

November 15, 2022

Ms. Amy R. Ray Knight

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689

Dear Ms. Amy Ray Knight:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Gainwell Technologies's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable. Gainwell Technologies's LTD Policy requires that to be eligible for benefits you must meet the following definition of disability:

> *"Disability" or "Disabled", with respect to Long Term Disability, means:*
> *1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
> *i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
>
> *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
>
> *2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*
> *"Disability" or "Disabled" means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*
>
> *"Material and Substantial Duties", with respect to Long Term Disability, means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.*
>
> *"Own Occupation", with respect to Long Term Disability, means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For*

*the purposes of determining Disability under this policy, Lincoln will consider the Covered Person's occupation as it is normally performed in the national economy.*

In order to evaluate whether or not you have met the above definition of disability, we requested medical information from your physician(s).

You submitted a claim for let arm and right wrist pain and your claim file contains the following medical documentation:

- David West: 7/10/2018 – 3/22/2021, 5/19/2021, 9/2/2021 – 11/17/2022, 1/17/2022 – 7/18/2022 - Attending Physician's Statement 7/7/2021
- Venugopal Vatsavayi: 1/6/2022, 3/3/2022-9/15/2022
- The Baton Rouge Clinic, AMC – BRC Rheumatology: 5/10/2021 – 5/31/2021
- The Baton rouge Clinic: 5/19/2021 – 11/23/2021
- Bryan Griffith: 2/24/2022 – 9/22/2022
- Michael Perniciaro: 5/20/2022
- Mark Garon 3/26/2021

In order to better understand your restrictions and limitations, your medical file was referred to a Board Certified Physician in Physical Medicine and Rehabilitation. Their review opined as follows:

*"primary impairing Diagnosis(es) with ICD 10 Code(s)*
*Pain in right wrist M25.531*
*Pain in left arm M79.602*

*comorbid Diagnosis(es) with ICD with ICD 10 Codes(s)*
*Moderate episode of recurrent major depressive disorder (HCC) F33.1*
*Fibromyalgia M79.7*
*GAD (generalized anxiety disorder) F41.1*

*From a musculoskeletal perspective and after confirming with claimant's AP that the medical records do not support a "Less than Sedentary" capacity, claimant should be considered at full-time Sedentary Work capacity from 6/1/2022 – forward. Given the long-standing nature of the claimant's symptoms and non-specific nature of her symptoms, these R&Ls are likely permanent.*

*Discussion: Ms. Knight is a 54-year 9-month right-handed Associate Business Analysis RN (Sedentary Occupation) who has been out of work since 2/24/2021 (1 year 8 months). She was initially out of work secondary to chronic pain left upper extremity (history of left radial fracture 2018) which was a workers compensation case. Work-up of her left upper extremity pain at that time was negative including CT scan, MRI of shoulder and arm, EMG/NCS, three-phase bone scan and no physical exam findings consistent with complex regional pain syndrome. Case was settled. Right wrist pain workup two years ago showed some TFC tenderness, otherwise unremarkable imaging, normal EMG/NCS and no plan for surgery management. Submaximal effort on FCE as part of her left arm pain work-up leading to non-specific work restrictions from her orthopedist (Dr. Garon). She has not seen Rheumatology since 5/10/2021 (17 months) or Orthopedics for her hands/upper extremities*

*since 3/26/21 (18.5 month). Ongoing R&Ls of no lifting more than 5 lbs., no typing has been supported by claimant's primary care provider (Dr. West) most recently in February 2022.*

*Medical records do not contain sufficient objective information to prove or disprove Less than Sedentary work capacity. Claimant last saw a musculoskeletal provider related to her bilateral upper extremity pain (left arm, right wrist) more than 1.5 years ago. Lack of orthopedic follow-up is reasonable as the work-up for both claimant's right wrist/upper extremity pain and left upper extremity pain have been completed with no planned intervention. Claimant likely has ongoing chronic right wrist pain related to some TFC dysfunction which might translate to decreased power grip of her right (dominant) hand, but this does not explain a Less than Sedentary work status. On the Activities Questionnaire dated 8/20/21, claimant indicates that her "essential tremor increases with pain" – the medical records provided do not provide any information that documents the severity of her essential tremor.*

*The medical records support some level of ongoing active mental health issues from 6/1/2022 – forward. In isolation, claimant's anxiety and depression may affect her able to perform full-time work. However, she has been on the same medications for more than a year and her psychiatrist is comfortable seeing her every 3 months which suggest a lower level of acuity.*

The consulting physician also attempted to contact your provider as follows:
*Bryan Griffith*
*Phone Number: 1 (225) 924 2424 Fax Number: 225-408-7980*

*David West*
*Phone Number: 1 (225) 769 4044 Fax Number: 225-246-9164*
*Internal Medicine*

*Tyson Garon, MD*
*Phone Number: 1 (225) 766 0050 Fax Number: 225-766-1499*
*Orthopedic Hand Surgery*

*Angele Bourg, MD*
*Phone Number: 1 (225) 769 4044 Fax Number: 225-246-9209*
*Rheumatology*

*Dr. West is the only provider providing for work restrictions, letter sent asking for clarification about necessary R&Ls and his conclusion that claimant has no work capacity.*

*AP Letter sent 11/4/2022, 9:41am EST. Dr. West responded without any changes to my letter which supports that claimant has full-time Sedentary Work capacity.*

In order to better understand your restrictions and limitations, your medical file was referred to a Board Certified Physician in Psychiatry and Neurology . Their review opined as follows:

*"primary impairing Diagnosis(es) with ICD 10 Code(s)*

- *other specified depressive disorder (F 32.8)*
- *other specified anxiety disorder, (F 41.8)*

*comorbid Diagnosis(es) with ICD with ICD 10 Codes(s)*

- *Regional pain syndrome*
- *Diabetes II*

*The reported symptoms and medical evaluation and treatment recommendations do not reasonably support the psychiatric necessity for translating into restrictions and limitations from 6/1/22 to ongoing.*

The consulting physician also attempted to contact your provider as follows:

*Name: Venugopal Vatsavayi Phone Number: 1 (225) 381 2621 Fax Number: 225-387-7829 On 11/2/22 @ 12:39PM EST – assistant Kizzi informed me Dr. Vatsavayi returns 12/1/22, no one else in the office would discuss medical leave and the NOV is in mid-March 2023.*

*Name: David West Phone Number: 1 (225) 769 4044 Fax Number: 225-246-9114 On 11/4/22, I had phone contact with Dr. West (225 246 9715). Please see my summary of our conversation below. Dr. West said the correct fax number is 225 246 9146.*

*During our conversation, you indicated:*

> *You have known Ms. Knight for over ten years, last saw her for an appointment on 7/18/22 for physical concerns and she is next scheduled 1/18/23. You most recently saw her in passing in the office when she was there for a family member's appointment. You explained you are not directly involved in her mental health but you have had conversations. You know she receives medication from Dr. Vatsavayi (we discussed he is away until 12/1/22 and her next appointment is in mid-March 2023) and thought she had a therapist but did not know if currently.*
>
> *At baseline, you knew Ms. Knight as stable and functional but in the course of developing regional pain syndrome and fibromyalgia in the last 2-3 years you observe her as hyperemotional, anxious, tearful and always sad.*
>
> *You thought a therapist would be helpful in helpful her manage stressors and her chronic pain and thought it reasonable to discuss seeing a therapist either in your practice or in the community.*

*Date letter sent to AP: faxed 11/8/22"*

Additionally, we had an Occupational Analysis completed to compare the job, Insurance/Healthcare Cons II, to the occupation in the National Economy. The occupation is most often performed at a sedentary physical demand level in the national economy. The sedentary occupation demands include frequent talking, hearing, near acuity, keyboard use; occasional reaching, handling, fingering. The restriction noted above do not preclude you from own occupation.

The Department of Labor defines Sedentary work as:

Sedentary Work – Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally and all other sedentary criteria are met.

The restrictions and limitation supported by the medical evidence received are within your Sedentary Occupation

Based on the medical documentation received in relation to the requirements of your occupation, you do not meet the definition of disability outlined above. Thus no benefits are payable and we must deny your claim.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

All documentation from any of your other treating providers that would show evidence that you do meet the definition of disabled continuously from Own Occupation beyond November 11, 2022 such as: test results with positive findings, such as an MRI or CT Scan, or, office visit notes that document physical exam findings, hospitalization records, lists of prescription medications with their start date/dosages, a detailed treatment plan which would outline a description of your specific restrictions and limitations, and any physical or occupational therapy records.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file

will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłį́į' dóó ná'ookąąh nííní'ą́ągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtį́įł nínízingo doo bą́ąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved by Lincoln Financial Group, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-0380

**From:** LincolnAbsenceNotification@lfg.com
**To:** PMISNER@DXC.COM
**Subject:** Amy Ray Knight LINCOLN FINANCIAL NOTIFICATION: Change in Long Term Disability Status - Claim 11580689

This is to notify you that there has been a change in the status of a long term disability claim for **Amy Ray Knight** (Employee ID: **11553809**).

**Long Term Disability Information:**

Benefit Payments Period: **8/26/2021 thru** thru **11/11/2022**

Disability Claim Status: **Closed Not Totally Disabled For Own Occupation**

If you have further questions, please call Lincoln Financial at 800-879-2701 ext. **59543** or contact the assigned Case Manager at . Please be sure to reference claim number **11580689**.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

GROUPBENEFITS - CLAIMS
13830 BALLANTYNE CORP PL #400
CHARLOTTE, NC 28277-0000
1-(800) 291-0112

Lincoln Financial Group
Lincoln National Life Insurance Company

Claim: 11580689
Claim Type: LTD
Payee Type: EMP

Customer: GAINWELL TECHNOLOGIES
Location: GAINWELL TECHNOLOGIES
Employee: AMY R RAY KNIGHT

Policy Number: GF3-890-LF0372-01
Pmt Period: 10/26/22 - 11/11/22
Pmt Date: 11/11/22
Check #: 108206345

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 1785.79 | $ 0.00 | $ 91.40 | $ 1694.39 | $ 0.00 | $ 0.00 | $ 0.00 | $ 222.92 | $ 1471.47 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| WORKERS COMP | 10/26/22 | 11/11/22 | $ 91.40 | | | | |

Subtotal Offset $ 91.40

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| DEDUCTION OVERPAYME | 10/26/22 | 11/11/22 | $ 222.92 | | | | |

Subtotal Deduction $ 222.92

Total Provisions $ 0.00 Total Offsets $ 91.40 Total Deductions $ 222.92

## Tax Information For This Payment Only

| | | | |
|---|---|---|---|
| Adjusted Gross Benefit: $ 1694.39 | Benefit Tax %: 0.0 | Federal Excludable Wages: $ | 1694.39 |
| OASDI Taxable Wages: $ 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ 0.00 | | Federal Withholding: $ | 0.00 |
| State Taxable Wages: $ 0.00 | Employee State: LA | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. AMY RAY KNIGHT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

November 15, 2022

Ms. Amy R. Ray Knight

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689

Dear Ms. Amy Ray Knight:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Gainwell Technologies's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable. Gainwell Technologies's LTD Policy requires that to be eligible for benefits you must meet the following definition of disability:

> *"Disability" or "Disabled", with respect to Long Term Disability, means:*
> *1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
> *i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
>
> *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
>
> *2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*
> *"Disability" or "Disabled" means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*
>
> *"Material and Substantial Duties", with respect to Long Term Disability, means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.*
>
> *"Own Occupation", with respect to Long Term Disability, means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For*

*the purposes of determining Disability under this policy, Lincoln will consider the Covered Person's occupation as it is normally performed in the national economy.*

In order to evaluate whether or not you have met the above definition of disability, we requested medical information from your physician(s).

You submitted a claim for let arm and right wrist pain and your claim file contains the following medical documentation:

- David West: 7/10/2018 3/22/2021, 5/19/2021, 9/2/2021 11/17/2022, 1/17/2022 7/18/2022 - Attending Physician's Statement 7/7/2021
- Venugopal Vatsavayi: 1/6/2022, 3/3/2022-9/15/2022
- The Baton Rouge Clinic, AMC BRC Rheumatology: 5/10/2021 5/31/2021
- The Baton rouge Clinic: 5/19/2021 11/23/2021
- Bryan Griffith: 2/24/2022 9/22/2022
- Michael Perniciaro: 5/20/2022
- Mark Garon 3/26/2021

In order to better understand your restrictions and limitations, your medical file was referred to a Board Certified Physician in Physical Medicine and Rehabilitation. Their review opined as follows:

*"primary impairing Diagnosis(es) with ICD 10 Code(s)*
*Pain in right wrist M25.531*
*Pain in left arm M79.602*

*comorbid Diagnosis(es) with ICD with ICD 10 Codes(s)*
*Moderate episode of recurrent major depressive disorder (HCC) F33.1*
*Fibromyalgia M79.7*
*GAD (generali ed anxiety disorder) F41.1*

*From a musculoskeletal perspective and after confirming with claimant s AP that the medical records do not support a Less than Sedentary capacity, claimant should be considered at full-time Sedentary Work capacity from 6/1/2022 forward. Given the long-standing nature of the claimant s symptoms and non-specific nature of her symptoms, these R&Ls are likely permanent.*

*Discussion: Ms. Knight is a 54-year 9-month right-handed Associate Business Analysis RN (Sedentary Occupation) who has been out of work since 2/24/2021 (1 year 8 months). She was initially out of work secondary to chronic pain left upper extremity (history of left radial fracture 2018) which was a workers compensation case. Work-up of her left upper extremity pain at that time was negative including CT scan, MRI of shoulder and arm, EMG/NCS, three-phase bone scan and no physical exam findings consistent with complex regional pain syndrome. Case was settled. Right wrist pain workup two years ago showed some TFC tenderness, otherwise unremarkable imaging, normal EMG/NCS and no plan for surgery management. Submaximal effort on FCE as part of her left arm pain work-up leading to non-specific work restrictions from her orthopedist (Dr. Garon). She has not seen Rheumatology since 5/10/2021 (17 months) or Orthopedics for her hands/upper extremities*

*since 3/26/21 (18.5 month). Ongoing R&Ls of no lifting more than 5 lbs., no typing has been supported by claimant s primary care provider (Dr. West) most recently in February 2022.*

*Medical records do not contain sufficient objective information to prove or disprove Less than Sedentary work capacity. Claimant last saw a musculoskeletal provider related to her bilateral upper extremity pain (left arm, right wrist) more than 1.5 years ago. Lack of orthopedic follow-up is reasonable as the work-up for both claimant s right wrist/upper extremity pain and left upper extremity pain have been completed with no planned intervention. Claimant likely has ongoing chronic right wrist pain related to some TFC dysfunction which might translate to decreased power grip of her right (dominant) hand, but this does not explain a Less than Sedentary work status. On the Activities Questionnaire dated 8/20/21, claimant indicates that her essential tremor increases with pain the medical records provided do not provide any information that documents the severity of her essential tremor.*

*The medical records support some level of ongoing active mental health issues from 6/1/2022 forward. In isolation, claimant s anxiety and depression may affect her able to perform full-time work. However, she has been on the same medications for more than a year and her psychiatrist is comfortable seeing her every 3 months which suggest a lower level of acuity.*

The consulting physician also attempted to contact your provider as follows:
*Bryan Griffith*
*Phone Number: 1 (225) 924 2424 Fax Number: 225-408-7980*

*David West*
*Phone Number: 1 (225) 769 4044 Fax Number: 225-246-9164*
*Internal Medicine*

*Tyson Garon, MD*
*Phone Number: 1 (225) 766 0050 Fax Number: 225-766-1499*
*Orthopedic Hand Surgery*

*Angele Bourg, MD*
*Phone Number: 1 (225) 769 4044 Fax Number: 225-246-9209*
*Rheumatology*

*Dr. West is the only provider providing for work restrictions, letter sent asking for clarification about necessary R&Ls and his conclusion that claimant has no work capacity.*

*AP Letter sent 11/4/2022, 9:41am EST. Dr. West responded without any changes to my letter which supports that claimant has full-time Sedentary Work capacity.*

In order to better understand your restrictions and limitations, your medical file was referred to a Board Certified Physician in Psychiatry and Neurology . Their review opined as follows:

*"primary impairing Diagnosis(es) with ICD 10 Code(s)*

- *other specified depressive disorder (F 32.8)*
- *other specified anxiety disorder, (F 41.8)*

*comorbid Diagnosis(es) with ICD with ICD 10 Codes(s)*

- *Regional pain syndrome*
- *Diabetes II*

*The reported symptoms and medical evaluation and treatment recommendations do not reasonably support the psychiatric necessity for translating into restrictions and limitations from 6/1/22 to ongoing.*

The consulting physician also attempted to contact your provider as follows:

*Name: Venugopal Vatsavayi Phone Number: 1 (225) 381 2621 Fax Number: 225-387-7829*
*On 11/2/22 @ 12:39PM EST assistant Ki i informed me Dr. Vatsavayi returns 12/1/22, no one else in the office would discuss medical leave and the NOV is in mid-March 2023.*

*Name: David West Phone Number: 1 (225) 769 4044 Fax Number: 225-246-9114*
*On 11/4/22, I had phone contact with Dr. West (225 246 9715). Please see my summary of our conversation below. Dr. West said the correct fax number is 225 246 9146.*

*During our conversation, you indicated:*

> *You have known Ms. Knight for over ten years, last saw her for an appointment on 7/18/22 for physical concerns and she is next scheduled 1/18/23. You most recently saw her in passing in the office when she was there for a family member s appointment. You explained you are not directly involved in her mental health but you have had conversations. You know she receives medication from Dr. Vatsavayi (we discussed he is away until 12/1/22 and her next appointment is in mid-March 2023) and thought she had a therapist but did not know if currently.*
>
> *At baseline, you knew Ms. Knight as stable and functional but in the course of developing regional pain syndrome and fibromyalgia in the last 2-3 years you observe her as hyperemotional, anxious, tearful and always sad.*
>
> *You thought a therapist would be helpful in helpful her manage stressors and her chronic pain and thought it reasonable to discuss seeing a therapist either in your practice or in the community.*

*Date letter sent to AP: faxed 11/8/22*"

Additionally, we had an Occupational Analysis completed to compare the job, Insurance/Healthcare Cons II, to the occupation in the National Economy. The occupation is most often performed at a sedentary physical demand level in the national economy. The sedentary occupation demands include frequent talking, hearing, near acuity, keyboard use; occasional reaching, handling, fingering. The restriction noted above do not preclude you from own occupation.

The Department of Labor defines Sedentary work as:

Sedentary Work Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally and all other sedentary criteria are met.

The restrictions and limitation supported by the medical evidence received are within your Sedentary Occupation

Based on the medical documentation received in relation to the requirements of your occupation, you do not meet the definition of disability outlined above. Thus no benefits are payable and we must deny your claim.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

All documentation from any of your other treating providers that would show evidence that you do meet the definition of disabled continuously from Own Occupation beyond November 11, 2022 such as: test results with positive findings, such as an MRI or CT Scan, or, office visit notes that document physical exam findings, hospitalization records, lists of prescription medications with their start date/dosages, a detailed treatment plan which would outline a description of your specific restrictions and limitations, and any physical or occupational therapy records.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file

will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłįį' dóó ná'ookąąh nííní'ąągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtįįł nínízingo doo bą́ąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducci n, cont cteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelaci n.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved by Lincoln Financial Group, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-0380

**Clinical Review Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| GAINWELL TECHNOLOGIES | AMY RAY KNIGHT | 11580689 |

| | | | |
|---|---|---|---|
| **Report Date:** | 11/8/2022 | | |
| **Referred By:** | Keri Young | **Claimant DOB:** | |
| **Referral Date:** | 10/27/2022 | **Job Title:** | ASSOCIATE BUSINESS ANALYSIS-RN |
| **Due Date:** | 11/11/2022 | **Medical/ Surgical Condition:** | Arm and Knee Pain, depression |
| **Referral Type:** | Standard File Review | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 02/24/2021 |
| | | **DOD:** | 02/25/2021 |
| **Physical Demands:** | | **BBD:** | 08/26/2021 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Referral Questions**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s) on up to the first three diagnoses.**

Pain in right wrist M25.531
Pain in left arm M79.602

**2. If applicable please identify clinically significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s) on up to the first 3 diagnoses.**

Moderate episode of recurrent major depressive disorder (HCC) F33.1
Fibromyalgia M79.7
GAD (generalized anxiety disorder) F41.1

**3. Taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 6/1/2022 to 8/26/2023, ongoing, and comment on the expected duration.**

From a musculoskeletal perspective and after confirming with claimant's AP that the medical records do not support a "Less than Sedentary" capacity, claimant should be considered at full-time Sedentary Work capacity from 6/1/2022 – forward. Given the long-standing nature of the claimant's symptoms and non-specific nature of her symptoms, these R&Ls are likely permanent.

*Discussion: Ms. Knight is a 54-year 9-month right-handed Associate Business Analysis RN (Sedentary Occupation) who has been out of work since 2/24/2021 (1 year 8 months). She was initially out of work secondary to chronic pain left upper extremity (history of left radial fracture 2018) which was a workers compensation case. Work-up of her left upper extremity*

*pain at that time was negative including CT scan, MRI of shoulder and arm, EMG/NCS, three-phase bone scan and no physical exam findings consistent with complex regional pain syndrome. Case was settled. Right wrist pain workup two years ago showed some TFC tenderness, otherwise unremarkable imaging, normal EMG/NCS and no plan for surgery management. Submaximal effort on FCE as part of her left arm pain work-up leading to non-specific work restrictions from her orthopedist (Dr. Garon). She has not seen Rheumatology since 5/10/2021 (17 months) or Orthopedics for her hands/upper extremities since 3/26/21 (18.5 month). Ongoing R&Ls of no lifting more than 5 lbs., no typing has been supported by claimant's primary care provider (Dr. West) most recently in February 2022.*

*Medical records do not contain sufficient objective information to prove or disprove Less than Sedentary work capacity. Claimant last saw a musculoskeletal provider related to her bilateral upper extremity pain (left arm, right wrist) more than 1.5 years ago. Lack of orthopedic follow-up is reasonable as the work-up for both claimant's right wrist/upper extremity pain and left upper extremity pain have been completed with no planned intervention. Claimant likely has ongoing chronic right wrist pain related to some TFC dysfunction which might translate to decreased power grip of her right (dominant) hand, but this does not explain a Less than Sedentary work status. On the Activities Questionnaire dated 8/20/21, claimant indicates that her "essential tremor increases with pain" – the medical records provided do not provide any information that documents the severity of her essential tremor.*

*The medical records support some level of ongoing active mental health issues from 6/1/2022 – forward. In isolation, claimant's anxiety and depression may affect her able to perform full-time work. However, she has been on the same medications for more than a year and her psychiatrist is comfortable seeing her every 3 months which suggest a lower level of acuity.*

**4. Do the medical records reviewed support the R&Ls, if any, that were recommended by treating providers for the time frames in question? (If "No," please discuss differences in the comment section below).**

Claimant is at a full-time Sedentary Work level from 6/1/2022. Sedentary work capacity is a reasonable R&L and supported by the medical records given claimant's ongoing left upper extremity and right wrist pain.

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition? (If "No" please explain in the comment section below).**

It is unclear why there has been no rheumatology follow-up as the documented plan was to consider re-starting neuropathic pain medications after psychiatric consultation was completed.

**6. Are there any non-medical circumstances identified in the medical records (e.g., workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

Initially out-of-work injury was a workers compensation case that was settled.

**7. If AP contact may clarify any significant area such as diagnosis, restrictions and limitations, treatment opportunities, prognosis, or reason for work absence, currently available information for AP contact is as follows:**

| | |
|---|---|
| Bryan Griffith<br>Phone Number: 1 (225) 924 2424<br>Fax Number: 225-408-7980 | David West<br>Phone Number: 1 (225) 769 4044<br>Fax Number: 225-246-9164<br>Internal Medicine |
| Tyson Garon, MD<br>Phone Number: 1 (225) 766 0050<br>Fax Number: 225-766-1499<br>Orthopedic Hand Surgery | Angele Bourg, MD<br>Phone Number: 1 (225) 769 4044<br>Fax Number: 225-246-9209<br>Rheumatology |

Dr. West is the only provider providing for work restrictions, letter sent asking for clarification about necessary R&Ls and his conclusion that claimant has no work capacity.

AP Letter sent 11/4/2022, 9:41am EST. Dr. West responded without any changes to my letter which supports that claimant has full-time Sedentary Work capacity.

Electronically Signed:

James Hill, MD, MPH
Diplomate, American Board of Physical Medicine & Rehabilitation
Diplomate, American Board of Preventive Medicine/Occupational Medicine

Appendix

All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is 9/22/2022.

Job description: The Insurance/Healthcare job family contains positions associated with providing consultancy utilizing knowledge and expertise on insurance and healthcare. Develops and implements general insurance and health policies in accordance with state and federal laws. Provides expertise to investigate and adjudicate claim characteristics that do not match policy provisions. Responds to provider appeals and meets with providers to resolve problems/issues. Provides directions for utilization review. Approves any remedial or recoupment actions associated with escalated claims. Advises provider review councils, state officials and works with organized healthcare groups and associations on various medical issues related to insurance and healthcare programs

Summary: Ms. Knight is a 54-year 9-month right-handed Associate Business Analysis RN (Sedentary Occupation) who has been out of work since 2/24/2021 (1 year 8 months). She was initially out of work secondary to chronic pain left upper extremity (history of left radial fracture 2018) which was a workers compensation case. Work-up of her left upper extremity pain at that time was negative including CT scan, MRI of shoulder and arm, EMG/NCS, three-phase bone scan and no physical exam findings consistent with complex regional pain syndrome. Case was settled. Right wrist pain workup two years ago showed some TFC tenderness, otherwise unremarkable imaging, normal EMG/NCS and no plan for surgery management. Submaximal effort on FCE as part of her left arm pain work-up leading to non-specific work restrictions from her orthopedist (Dr. Garon). She has not seen Rheumatology since 5/10/2021 (17 months) or Orthopedics for her hands/upper extremities since 3/26/21 (18.5 month). Ongoing R&Ls of no lifting more than 5 lbs., no typing has been supported by claimant's primary care provider (Dr. West) most recently in February 2022.

Saw primary care 3/22/2021 – diagnoses list included left arm weakness, complex regional pain syndrome Type 1 left upper extremity, right wrist pain – rheumatology labs drawn, diabetes labs. 3/26/21 hand surgery – right ulnocarpal abutment, was let go from work due to unable to met caseload, "has long term disability for her left upper extremity" – given lifting restrictions of 5 lbs. with her right upper extremity – FCE suggested.

8/30/18 – ortho left upper extremity evaluate – CT suggested that most of her fracture is healed - IMPRESSION AND PLAN: I don't have an explanation for her pain. She is healed. She has excellent motion. No trophic changes. No change in her color or temperature of her hands. I don't think it is RSD or CRPS. I am going to do an MRI of her left elbow to see if there a soft tissue injury that we are not aware of. She can continue with her light duty. I will see her back after her MRI. 10/24/18 – unremarkable left shoulder MRI, 10/24/18 – well-healed radial head fracture, tiny overlying radial head chondral fissure, healing grade 2 sprain of the proximal lateral ulnar collateral ligament. 1/30/19 – EMG/NCS Normal study with no electrodiagnostic evidence of a left-sided carpal tunnel syndrome, cubital tunnel syndrome, radial neuropathy, or any other peripheral nerve pathology involving the left upper extremity. 3/28/19 – normal three-phase bone scan, 5/17/19 – submaximal effort on FCE

11/5/2020 – WC case settled

11/10/2020 – normal EMG/NCS right upper extremity

5/10/21 – Rheumatology (Bourg) – 16/18 tender points, bilateral Dupuytren contractures L>R, otherwise no joint synovitis – ANA 1:80 with negative reflexive profile, generalized

anxiety, fibromyalgia, h/o left elbow injury – referred to psychiatry to coordinate medications for anxiety and fibromyalgia.

5/12/21 – internal medicine R&Ls (West) – no lifting with left upper extremity > 5 lbs., no repetitive movement, LUE including typing.

9/2/21 – internal medicine – approved for long-term disability and applying for Social Security

11/23/21 – psychiatry - primary diagnosis – generalized anxiety disorder, major depression, chronic, trial of SNRI Cymbalta, discontinue Prozac, continue Wellbutrin. 2-month follow-up 1/6/2022 – did not tolerate Cymbalta, went back to Prozac. 3/3/22 – denied SSI, crying frequently, constantly hurts, new diagnosis of moderate episode of recurrent major depressive disorder, Prozac increased, 5/26/22 – no changes to medications, 9/15/22 – Wellbutrin increased.

2/24/22 – ortho x-rays both knees – no severe degenerative disease

9/22/22 – ortho – question left medial meniscus tear, MRI ordered

**Clinical Review Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| GAINWELL TECHNOLOGIES | Amy Ray Knight | 11580689 |

| | | | |
|---|---|---|---|
| **Report Date:** | 11/8/22 | | |
| **Referred By:** | Keri Young | **Claimant DOB:** | |
| **Referral Date:** | 10/27/2022 | **Job Title:** | ASSOCIATE BUSINESS ANALYSIS-RN |
| **Due Date:** | 11/11/2022 | **Medical/ Surgical Condition:** | Arm Pain, Knee Pain, depression |
| **Referral Type:** | Standard File Review | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 02/24/2021 |
| | | **DOD:** | 02/25/2021 |
| **Physical Demands:** | | **BBD:** | 08/26/2021 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

This report is based on the available medical record and a phone conversation with PCP David West, MD as Dr. Vatsavayi returns to the office 12/1/22. His assistant informed me the other providers would not want to discuss medical leave and she is only scheduled with Dr. Vatsavayi in mid-March 2023

## Referral Questions

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s) on up to the first 3 diagnoses.**

- other specified depressive disorder (F 32.8)
- other specified anxiety disorder, (F 41.8)

**2. If applicable please identify clinical significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s) on up to the first 3 diagnoses.**

The medical record includes diagnoses of

- Regional pain syndrome
- Diabetes II

**3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 6/1/2022 to Ongoing, and comment on the expected duration.**

The reported symptoms and medical evaluation and treatment recommendations do not reasonably support the psychiatric necessity for translating into restrictions and limitations from 6/1/22 to ongoing.

**4. Do the medical records reviewed support the R&Ls, if any, that were recommended by treating providers for the time frames in question? (If "No," please discuss differences in the comment section below).**

No.

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition? (If "No" please explain in the comment section below).**

**No.**

**6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

No.

**7. If AP contact may clarify any significant area such as diagnosis, restrictions and limitations, treatment opportunities, prognosis, or reason for work absence, currently available information for AP contact is as follows:**

**Name: Venugopal Vatsavayi Phone Number: 1 (225) 381 2621 ex ----- Fax Number: 225-387-7829**

On 11/2/22 @ 12:39PM EST – assistant Kizzi informed me Dr. Vatsavayi returns 12/1/22, no one else in the office would discuss medical leave and the NOV is in mid-March 2023.

**Name: David West Phone Number: 1 (225) 769 4044 ex ----- Fax Number: 225-246-9114**

On 11/4/22, I had phone contact with Dr. West (225 246 9715). Please see my summary of our conversation below. Dr. West said the correct fax number is
225 246 9146.

During our conversation, you indicated:

You have known Ms. Knight for over ten years, last saw her for an appointment on 7/18/22 for physical concerns and she is next scheduled 1/18/23. You most recently saw her in passing in the office when she was there for a family member's appointment. You explained you are not directly involved in her mental health but you have had conversations. You know she receives medication from Dr. Vatsavayi (we discussed he is away until 12/1/22 and her next appointment is in mid-March 2023) and thought she had a therapist but did not know if currently.

At baseline, you knew Ms. Knight as stable and functional but in the course of developing regional pain syndrome and fibromyalgia in the last 2-3 years you observe her as hyper-emotional , anxious, tearful and always sad.

You thought a therapist would be helpful in helpful her manage stressors and her chronic pain and thought it reasonable to discuss seeing a therapist either in your practice or in the community.

**Date letter sent to AP:** faxed 11/8/22

**Brief overview of clinical presentation and course:**

This report is based on the available medical record and a phone conversation with PCP David West, MD as Dr. Vatsavayi returns to the office 12/1/22. His assistant informed me the other providers would not want to discuss medical leave and she is only scheduled with Dr. Vatsavayi in mid-March 2023.

Ms. Knight is a 54 year old associate business analyst RN for Gainwell Technologies. Her last day of work was 2/24/21, her benefit begin date was 8/26/21 and her date of hire was 10/1/18. She is alleging psychiatric impairment from depression.

In summary, the information in the medical record (including telephonic communication) psychiatrist Venugopal Vatsavayi, MD (11/23/21) noting long time use of antidepressants, currently feeling

stable but times of panic like symptoms when stressed and assessing for use of Savella (used in fibromyalgia)per Ms. Knight's rheumatologist's request. Depressive symptoms returned with subsequent changes in medication.

Ms. Knight was not able to tolerate Dr. Vatsavayi change of antidepressants to Cymbalta (can help with nerve pain) and then reported more "ups and downs" and pain was tearful in session. The subsequent medication management sessions ranged from 2-3+ months apart (last 9/15/22, return mid-March 2023). On 9/15/22, Dr. Vatsavayi raised the second antidepressant to the full dose in response to hearing Ms. Knight's report of struggling with anxiety and depression, having gained about 20 pounds in the year, not wanting to get out of bed (stiff, somatic complaints) and increase in picking behavior. On exam, Dr. Vatsavayi, observed her to have a depressed mood but full affect and denying suicidal ideation.

In out 11/4/22 phone conversation, PCP David West, MD indicated he has known Ms. Knight for over ten years and had known her as functional and stable until she began presenting as hyper-emotional, anxious and tearful over the last 2-3 years in the context of developing regional pain syndrome and fibromyalgia. He explained he is not directly involved in her mental health and knew she saw Dr. Vatsavayi and had thought she was seeing a therapist. Dr. West thought a therapist would be helpful in managing her stressors and chronic pain and would talk to her about seeing a therapist either in his practice or in the community.

**Analysis of Medical Documentation and Support for Responses to Referral Questions:**

The information in the medical record is consistent with DSM-5-TR criteria for other specified depressive disorder (F 32.8) and other specified anxiety disorder
(F 41.8).

Appropriate treatment for this clinical picture (pain, mood, anxiety interacting) is at least weekly cognitive behavior therapy and a psychiatric evaluation with at least monthly medication management. An IOP or PHP is appropriate if the person cannot sustain a routine or needs more intensive skill building than can be obtained in the typical outpatient setting. Support groups for people with chronic pain or more specific groups for people with regional pain syndrome can be helpful for shared coping strategies and feeling understood.

In this case, the only mental health treatment appears to be consistent with a stable condition. The medical record does not have evidence of a connection with a therapist, recommendations for a higher level of care and the psychotropic medication monitoring is at intervals of 2-3+ month with the next appointment in approximately six months from the last meeting on 9/15/22. Dr. Vatsavayi's assistant did not see an appointment scheduled with another psychiatric provider in his absence.

Patients can let their guard down with a trusted provider. Being emotional in their office does not necessarily translate into restrictions and limitations. Medication changes, in of itself, does not

translate into restrictions and limitations. Dr. Vatsavayi's most recent notes do not include clinical observations consistent with severe depression or anxiety such as poor hygiene/grooming, inability to communicate appropriately, psychomotor retardation and/or excessive agitation.

The reported symptoms and medical evaluation and treatment recommendations do not reasonably support the psychiatric necessity for translating into restrictions and limitations from 6/1/22 to ongoing.

**Records Reviewed:**

All medical records provided by Lincoln Financial Group as of (11/8/22 ) were reviewed, including the most recent record in the Sequoia system which is:

Orthopedist Craig Castleman Greene, MD – note (9/22/22)

**Reference section:**
**PCP David West, MD:**

3/22/21 – diabetes – chronic pain left upper extremity – several years – right wrists several months-year – unable work several weeks – hx includes anxiety, depression - medications include Xanax 0.5mg, Elavil 20mg HS, Wellbutrin XL 150mg, Prozac 40mg, Topiramate 25mg BID
Assessment – includes GAD, type II diabetes

7/18/22- middle back pain couple weeks, change in color urine – ordered TSH

**Angela Bourg, MD (Rheumatology):**

5/10/21 – Dr. West prescribing psychotropic meds - for GAD – psychiatry opinion whether Savella would be safe to add –
Assessment- +ANA 1:80 w/ negative reflexive profile, GAD, fibromyalgia, hx elbow injury – refer to psychiatry as GAD and fibro – previously did well with Savella –

**Psychiatrist Venugopal Vatsavayi, MD:**

11/23/21 – Prozac/Wellbutrin long time good benefit – depression/anxiety on/off since age 25 – on/off medications since – seen Dr. Zelinski past, started on combination – reports depression/anxiety good control for most part – denies SI – GAD -panic like sx especially when stressed – Xanax very occasionally – few times/month – Savella in past helpful – fell at work 2018 – fx – dx GAD, major depression, chronic – trial Cymbalta 30mg, D/C Prozac, continue Wellbutrin - return four weeks

1/6/22 – could not tolerate Cymbalta – daily headaches – back on Prozac – depression “up and down” – hurting, sleeping well, tearful during visit – frustrated about physical limitations – inc Prozac to 40mg – return 3 months

3/3/22 – COVID February – daughter due next week – daughter didn’t want her for delivery – upsetting – husband dx nodule lung – crying frequently- tearful in visit – constantly hurt, insomnia, fell twice – denies SI, Xanax very occasionally
On exam – appropriately groomed, affect labile, mood depressed, logical, concentration good, no SI – inc Prozac to 60mg, continue others – return two months

5/26/22 – talked about relationship with daughter – let her be with her during deliver – husband waiting results lung biopsy – states inc Prozac helped, crying spells improved – still intermittent sleep problems – Elavil 20mg HS not much benefit – limited by fatigue/chronic pain – On exam – affect full, mood euthymic, denies SI – continue current meds – return about three months

9/15/22 – c/o headache/knee pain – husband lung lobectomy June – struggling anxiety/depression -gained about 20 lbs. in year – does not want get out of bed in morning – feels stiff, multiple somatic complaints – states tired, sleeping well, no SI – dry mouth/eyes, states “picker” worse w/inc anxiety

On exam – affect full, mood depressed, normal speech, logical, concentration good, denies SI, Inc. Wellbutrin to 300mg, continue other meds- techniques help with picking – return 3 months

Electronically Signed
Amy Feitelson, MD
Consulting Psychiatrist
Board Certified in Psychiatry & Neurology

Amy Feitelson, MD
Independent Consulting Psychiatrist

Secure fax provided by:
Lincoln Financial Group
Disability Claims
P.O. Box 7206
London, KY 40742-7206
Secure Fax 866-841-1415

November 8, 2022 21

David West, MD

Fax: (225) 246 9146

Re: Disability Benefits
Claimant Name: Amy Ray Knight
Claimant DOB:
Claim Number: 11580689

Dear Dr. West,

Thank you very much for our conversation on 11/4/22. Lincoln Financial Group is the disability insurer for your patient, Amy Ray Knight, and I called to discuss her recent and current clinical status. Please review this summary of our conversation for accuracy.

During our conversation, you indicated:

You have known Ms. Knight for over ten years, last saw her for an appointment on 7/18/22 for physical concerns and she is next scheduled 1/18/23. You most recently saw her in passing in the office when she was there for a family member's appointment. You explained you are not directly involved in her mental health but you have had conversations. You know she receives medication from Dr. Vatsavayi (we discussed he is away until 12/1/22 and her next appointment is in mid-March 2023) and thought she had a therapist but did not know if currently.

At baseline, you knew Ms. Knight as stable and functional but in the course of developing regional pain syndrome and fibromyalgia in the last 2-3 years you observe her as hyper-emotional , anxious, tearful and always sad.

You thought a therapist would be helpful in helpful her manage stressors and her chronic pain and thought it reasonable to discuss seeing a therapist either in your practice or in the community.

.

Your patient's disability case manager is requesting that within 5 days you make any needed corrections or comments in the margins of this letter, or if needed on a separate correspondence that should be attached to this letter. Please sign in the space provided and return this letter and any attachments via toll free and secure fax number to (866)841-1415.

It is my understanding that Lincoln Financial Group is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Thank you for your assistance,

Respectfully yours,

Electronically Signed
Amy Feitelson, M.D.
Consulting Psychiatrist
Board Certified Psychiatry & Neurology

Phone: 603 368 7368

__ No changes/comments, OR
__ With changes/comments as noted above

____________________
David West, MD

Date ___________

11580689

**From:**RightFaxEmailGateway@lfg.com
**Sent:**Tue, 8 Nov 2022 17:33:26 -0500
**To:**Feitelson, Amy
**Subject:**Your fax has been successfully sent to David West, MD at (225) 246 9146.

Your fax has been successfully sent to David West, MD at (225) 246 9146.
------------------------------------------------------------
Matter: 11580689
------------------------------------------------------------

------------------------------------------------------------
11/8/2022 5:30:37 PM Conversion
[11580689 kay knight 11 8 22 ap west.docx]
Type: application/vnd.openxmlformats-officedocument.wordprocessingml.document
G3 to TIFF #1: Success [image/g3] (43ms)
Aspose #1: Success [image/tiff] (3993ms)
Field Replacement #1: Success [application/vnd.openxmlformats-officedocument.wordprocessingml.document] (33ms)
Word Automation #1: Microsoft Word is not installed on this server. (23ms)
(VA1PWFAX301:WORKSRV1)

11/8/2022 5:30:44 PM Conversion
Successfully created cover sheet.
Type: application/x-pcl
G3 to TIFF #1: Success [image/g3] (17ms)
Image Optimization #1: Success [image/tiff] (12ms)
PCL6 #1: Success [image/tiff] (387ms)
(VA1PWFAX301:WORKSRV1)

11/8/2022 5:30:44 PM Transmission Record
Sent to (225) 246 9146 with remote ID "2252469146"
Result: (0) Success
Page record: 1 - 3
Elapsed time: 02:08 on channel 1

James Hill, M.D., M.P.H.

Secure fax provided by:
Lincoln Financial Group
Disability Claims
P.O. Box 7206
London, KY 40742-7206
Secure Fax 866-841-1415

Date: 11/03/2022

J. David West, MD
The Baton Rouge Clinic
Fax: 225-246-9164

Re: Disability Benefits
Claimant Name: Amy Ray Knight
Claimant DOB:
Claim Number: 11580689

Dear Dr. West,

My name is Jim Hill, and I am an independent Physical Medicine & Rehabilitation and Occupational Medicine physician who has been asked by Lincoln Financial Group to review Ms. Knight's medical records, specifically if the medical records support that Ms. Knight has no work capacity due to her left arm and right wrist pain.

Summary: Ms. Knight is a 54-year 9-month right-handed Associate Business Analysis RN (Sedentary Occupation) who has been out of work since 2/24/2021 (1 year 8 months). She was initially out of work secondary to chronic pain left upper extremity (history of left radial fracture 2018) which was a workers compensation case. Work-up of her left upper extremity pain at that time was negative including CT scan, MRI of shoulder and arm, EMG/NCS, three-phase bone scan and no physical exam findings consistent with complex regional pain syndrome. Case was settled. Right wrist pain workup two years ago showed some TFC tenderness, otherwise unremarkable imaging, normal EMG/NCS and no plan for surgery management. Submaximal effort on FCE as part of her left arm pain work-up leading to non-specific work restrictions from her orthopedist (Dr. Garon). She has not seen Rheumatology since 5/10/2021 (17 months) or Orthopedics for her hands/upper extremities since 3/26/21 (18.5 month).

In February 2022, you indicted that Ms. Knight had no Sedentary work capacity. Previously, she has also been given restrictions of "no lifting more than 5 lbs. and "no typing". The available medical records support that Ms. Knight has non-specific chronic left arm pain and chronic ulnar-sided right wrist pain – however, I am unable to find any objective evidence that the severity of these symptoms make her unable to work in any capacity – I suspect this was also the conclusion of her initial Social Security Disability determination which the medical records report as denied.

Question: If you have additional restrictions & limitations that would allow Mr. Knight to return to part-time and/or full-time work or any additional information that supports that Ms. Knight's left arm pain and right wrist pain are severe enough to make her unable to work in any capacity, please indicate in the space below or attached additional information.

Ms. Knight's disability case manager is requesting that within 5 days you make any needed corrections or comments in the margins of this letter, or if needed on a separate correspondence that should be attached to this letter. Please sign in the space provided and return this letter and any attachments via toll free and secure fax number to (866) 841-1415.

Thank you for responding to this request. It is my understanding that Lincoln Financial Group is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

-Electronically Signed-

James Hill, M.D., M.P.H.
American Board of Physical Medicine & Rehabilitation
American Board of Preventive Medicine/Occupational Medicine

✓ No changes/comments, OR
__ With changes/comments as noted above

[signature] 11/7/2022
J. David West, MD Date

Lincoln Financial Group®
*THE LINCOLN NATIONAL LIFE INSURANCE COMPANY*
*DISABILITY AND LIFE CLAIMS*
*PO BOX 2578*
*OMAHA, NE 68172-9688*

001808 LFPR7DD1 100000

MS. AMY RAY KNIGHT

New address

S 00001808 LFPR7DD1 00007260

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Keri Young

EMPLOYEE/CLAIMANT NAME: Amy Ray Knight
CLAIM NO: 11580689
EMPLOYER/SPONSOR: Gainwell Technologies DATE OF BIRTH:

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 06/01/2022 to present. *If additional space is needed, please use a separate sheet of paper.*

00001808 LFPR7DD1 00007264

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Dr. David West BR Clinic
Specialty: Internal Med.
Address: 7373 Perkins Rd.
BR, La. 70808
Telephone No.: (225) 769-4044 Fax No.: ( )

Name: Dr. David Farguson Eye Med. Ctr.
Specialty: Opthamologist Cornea
Address: 7777 Hennessy Blvd Ste. 3001
BR, La 70808
Telephone No.: (225) 766-0050 Fax No.: ( )

Name: Dr. Venugopal Vatsavayi BRC
Specialty: Psychiatrist
Address: 3401 North Blvd Ste-100
BR La. 70806
Telephone No.: (225) 381-2602 Fax No.: ( )

Name: Dr. Brian Griffith + Dr. Craig Green (BRC)
Specialty: Orthopedist
Address: 8080 Bluebonnet Blvd #1000
BR, La 70810
Telephone No.: (225) 924-2424 Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Current Name: Health Plans, Inc (HPI PHCS Mult. Plan)
Specialty:
Address: P.O. Box 5199
Westborough, MA 01581
Telephone No.: (888) 295-3777 Fax No.: ( )

Prior Name: Care First BCBS PPO
Specialty:
Address: P.O. Box 981608
El Paso, Tx 79998
Telephone No.: (877) 986-8138 Fax No.: ( )

**PHARMACY(S):**

Name: CVS-Prairieville
Specialty:
Address: 17122 Airline Hwy
Prairieville, La. 70769
Telephone No.: (225) 673-9971 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** Amy R. Knight **DATE:** 10-25-22

Medical Providers, cont.

Dr. Michael Perniciaro GYN
5008 Rue de la Vie St. Suite 100
BR, La 70817 (225) 201-2000

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return to:** Keri Young

**EMPLOYEE/CLAIMANT NAME:** Amy Ray Knight **CLAIM #:** 11580689

**EMPLOYER:** Gainwell Technologies **DATE OF BIRTH:**

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address |
|---|---|---|
| Knight Amy Ray | | |

| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status |
|---|---|---|
| | | Married |

| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |
|---|---|---|
| Terry Michael Knight | 1 | 8-12-1993 |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).

Name Terry Knight Relationship to you? Spouse Tel

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. N/A

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? N/A

Do you hold a professional license? If yes, for what purpose? RN - Professional requirement

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. NO

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. NO

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☑ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☑ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☑ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☑ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☑ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☑ | Workers' Compensation | $ | | | |
| ☐ | ☑ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☑ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Amy R. Knight

**DATE:** 10-25-22 **EMPLOYEE'S SIGNATURE:** Amy R. Knight

DP 409

00001808 LFPR7DD1 00007265

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Keri Young

*page 1 of 4*

EMPLOYEE/CLAIMANT NAME: Amy Ray Knight

CLAIM NO: 11580689 DATE OF BIRTH:

EMPLOYER/SPONSOR: Gainwell Technologies

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to The Lincoln National Life Insurance Company.

How long are you able to: Varies on pain level and/or other medical issues/symptoms

sit ______ stand ______ walk ______

How many hours a day do you: Varies on pain level and/or other medical issues/symptoms

sit ______ stand ______ walk ______

Do you take a nap during the day? When needed

Yes ______ No ______

If Yes, for how long? Varies At what time of the day? When needed

How many hours a day do you spend in bed? Very hard to get up in am or during night d/t pain and stiffness feels like walking on rocks and hands hurt d/t swelling joints

Do you require any assistive devices such as a: N/A

cane ______ walker ______ crutches ______ wheelchair ______ other ______

How long are you able to sit in a car? varies depending on pain level and/or other medical symptoms

Do you hold a valid driver's license?

Yes ✓ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? Short distances d/t pain and not at night if possible (d/t increased blurry vision)

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
Phone or visit with spouse, drive short distance if pain/med. symptoms allow

Do you have children?

Yes ✓ No ______ If Yes, what are their dates of birth ______

Do you need help caring for your children?

Yes ______ No ✓

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ______ No ✓ If Yes, please explain ______

How many times a day do you leave the house during the week? varies go out in backyard w/ dogs to use bathroom as well as

On the weekends? usually 1-2x's if pain/symptoms allow

How often do you run errands? seldom - spouse usually handles and I go if pain/symptoms allow

Please describe what errands you most commonly run: bank, pharmacy, MD appts.



00001808 LFPR7DD1 00007266


Don't Drink and Drive
Louisiana
Don't Litter Louisiana
PERSONAL DRIVER'S LICENSE
DUP
LICENSE/ID NO
2893
CLASS
E
EXPIRATION DATE
DOB
ISSUE DATE 06-21-2022
KNIGHT
AMY RAY
ENDORSEMENTS
NONE
RESTRICTIONS
01
SEX F
HGT 5'04"
WGT 115
EYES BRO
AUDIT 5224
PARISH
03


www.expresslane.org
BLOOD TYPE:
Holder of license must be 21 years of age or older to utilize the privileges of this license in interstate commerce pursuant to 49 Code of Federal Regulations 391.11.
Renewable 180 days prior to expiration.
REV 02-10-2015
01-15-1968
CLASS: Driver's license
ENDORSEMENTS: None
RESTRICTIONS: Corr Lens
Donor __Y __N / Living Will __Y __N

Lincoln Financial Group®

ACTIVITIES QUESTIONNAIRE
page 2 of 4

How often do you get outdoors? Daily to take out dogs (2 min. schnauzers in fenced backyard)

| | | | | | |
|---|---|---|---|---|---|
| Are you left or right hand dominant? | Left | | Right | ✓ | |
| Are you able to work in your garden? | Yes | | No | ✓ | Only pull small weeds as able d/t pain/dizzy |
| Are you able to work on your house? | Yes | | No | ✓ | Light dusting, dishes, clothes as able and can stop when needed |
| Are you able to wash your car? | Yes | | No | ✓ | |

Do you currently **utilize the internet** - Internet Explorer, Safari, Mozilla Firefox, Google Chrome, etc?

List all sites that apply. Safari, E-mail, Google

If yes, how often per day (hours) do you use the internet? ___ None ✓ 0-(1) hours ✓ (2)-3 hours ___ 3-4 hours ___ 5+ hours

What do you use these internet sites for? check email + info purposes

Do you currently view **social media sites**, such as YouTube, Facebook, LinkedIn, Instagram, TikTok, Snapchat, WhatsApp, Reddit, Pinterest, Twitter.

List all sites that apply. FB

If yes, how often per day (hours) do you engage in activities? ___ None ✓ 0-(1) hours ✓ (2)-3 hours ___ 3-4 hours ___ 5+ hours

What do you use these social media sites for? Look at pictures of family, interests

Do you use a **desktop or laptop computer, mobile phone, IPad/tablet, E-reader, etc**. to view information?

List all sites that apply. Tablet

| | None | 0-1 hours | 2-3 hours | 3-4 hours | 5+ hours |
|---|---|---|---|---|---|
| If yes on a computer, how long (hours per day)? | ✓ | | | | |
| If yes on a phone, how long (hours per day)? | | ✓ | | | |
| If yes on a IPad or Tablet (hours per day)? | | ✓ 0-(1) | ✓ (2)-3 | | |
| If yes on a E-reader, (hours per day)? | ✓ | | | | |

For what reasons, do you use these devices?
Speak to family / spouse, check e-mail / FB

Do you **play video games**, such as Xbox, Nintendo Switch/Wii, PlayStation, PC gaming station, etc.

List all that apply? N/A

| | None | 0-1 hours | 2-3 hours | 3-4 hours | 5+ hours |
|---|---|---|---|---|---|
| If yes, how many hours per day do you play video games? | ✓ | | | | |
| If yes, how many days per week do you play? | ✓ | | | | |

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | Spouse | I accompany on occasion when pain/med. symptoms allow |
| Carrying groceries into the house | Spouse | |
| Cooking meals | Spouse | Fix light breakfast/lunch |
| Cleaning after meals | Spouse | also use paper plates/cups |
| Cleaning bathrooms | Spouse | |
| Vacuuming | Spouse | |
| Doing the laundry | I do my own clothes approx. 25% of small folding | |
| Opening and responding to mail | Me/Spouse | |

Lincoln Financial Group®

**ACTIVITIES QUESTIONNAIRE**

*page 3 of 4*

Managing your finances 50/50

Balancing your checkbook 50/50

Bathing yourself me w/ assistance washing hair or getting out of tub when needed

Styling your own hair me None req.

Getting dressed me some assist w/ back closures + jewelry required

Going up and down stairs require assist when in pain & dizzy and unsteady gait

Have you been confined to a hospital within the last 12 months? Yes ______ No ✓

If Yes, please provide reason and hospital contact Information: ______

How often do you travel or take vacation? None

Where do you go? How do you get there (transportation method)? N/A

Are you able to pursue your hobbies? Yes When able No ✓

If Yes, please describe enjoy pets, feeding geese, crystals, antique stores

Do you participate in an exercise program? Yes ______ No ✓ Not formal

If Yes, please describe ______

Do you do any Volunteer work? Yes ______ No ✓

If Yes:

how many hours per day? ______

how many hours per week? ______

for whom? ______

Are you working for wages? Yes ______ No ✓

If Yes, please provide employer's name ______

**Describe in your own words, what prevents you from engaging in any gainful employment.**

Due to increased pain/numbness to (L) arm and chronic pain all over making it difficult to make myself comfortable as not able to take pain meds d/t side effects. Increased pain to (L) knee, fingers (swelling also), blurred vision, vertigo (fell) it is very difficult to make self comfortable, awaiting MRI for (L) knee, notified of need for cataract surgery and find myself with increased unsteady gait d/t vertigo w/ nausea. All of the above has increased depression/anxiety and exacerbates tremors + IBS + migraines.

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

Wake up and get up when able d/t pain level and stiffness; When getting OOB like standing on rocks and takes awhile to move + work on stiffness to where I can take the dogs out. I then feed them, get my breakfast and rest. Go get dressed and do light chores or errand if able, read, meditate if pain or other med. symptoms allow and nap if needed.

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______



00001808 LFPR7DD1 00007268

Name: Amy R. Knight Date: 10-25-22

Signature: Amy R. Knight

00001808 LFPR7DD1 00007269 E

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

00001808 LFPR7DD1 00007262

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Amy R. Knight

Name of legal representative, if applicable (print) ____________ Relationship self

Signature of claimant or legal representative Amy R. Knight Date: 10-25-22

Date of Birth: ________ Claim Number: 11580689

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

00001808 LFPR7DD1 00007263

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Amy R. Knight

Name of legal representative, if applicable (print) ______________ Relationship Self

Signature of claimant or legal representative Amy R. Knight

Date of Birth: ______ Claim Number: 11580689 Date: 10-25-22

**A copy of this authorization will be considered as valid as the original**

# Fax Cover Sheet

To: Lincoln Financial Group - Keri Young

Fax #: (603)334-0380

From: Amy R. Knight #11580689

Contact #:

S 00001808 LFPR7DD1 0007260

New address

MS. AMY RAY KNIGHT

001808 LFPR7DD1 100000

Lincoln Financial Group

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY
DISABILITY AND LIFE CLAIMS
PO BOX 2578
OMAHA, NE 68172-9688

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

00001808 LFPR7DD1 00007262

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Amy R. Knight

Name of legal representative, if applicable (print) ______ Relationship self

Signature of claimant or legal representative Amy R. Knight Date: 10-25-22

Date of Birth: ______ Claim Number: 11580689

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

00001808 LFPH7DD1 00007263

**AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Amy R. Knight

Name of legal representative, if applicable (print) ______________ Relationship Self

Signature of claimant or legal representative Amy R. Knight

Date of Birth: ______ Claim Number: 11580689 Date: 10-25-22

**A copy of this authorization will be considered as valid as the original**

00001808 L-PR7DD1 00007264

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Keri Young

EMPLOYEE/CLAIMANT NAME: Amy Ray Knight
CLAIM NO: 11580689
EMPLOYER/SPONSOR: Gainwell Technologies DATE OF BIRTH:

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 06/01/2022 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Dr. David West BR Clinic
Specialty: Internal Med
Address: 7373 Perkins Rd.
BR La. 70808
Telephone No.: (225) 769-4044 Fax No.: ( )

Name: Dr. David Farguson Eye Med. Ctr. Cornea
Specialty: Opthamologist
Address: 7777 Hennessy Blvd Ste 3001
BR, La 70808
Telephone No.: (225) 766-0050 Fax No.: ( )

Name: Dr. Venugopal Vatsavayi BRC
Specialty: Psychiatrist
Address: 3401 North Blvd Ste 100
BR La. 70806
Telephone No.: (225) 381-2602 Fax No.: ( )

Name: Dr. Brian Griffith + Dr. Craig Green (BRCC)
Specialty: Orthopedist
Address: 8080 Bluebonnet Blvd #1000
BR, La 70810
Telephone No.: (225) 924-2424 Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Current Name: Health Plans, Inc (HPI PHCS Mult. Plan)
Specialty:
Address: P.O. Box 5199
Westborough, MA 01581
Telephone No.: (888) 255-3775 Fax No.: ( )

Prior Name: Care First BCBS PPO
Specialty:
Address: P.O. Box 981608
El Paso, Tx 79998
Telephone No.: (877) 786-8138 Fax No.: ( )

**PHARMACY(S):**

Name: CVS - Prairieville
Specialty:
Address: 17122 Airline Hwy
Prairieville, La. 70769
Telephone No.: (225) 673-9921 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** Amy R. Knight **DATE:** 10-25-22

Medical Providers, cont.

Dr. Michael Perniciaro GYN
5002 Rue de la Vie St. Suite 100
BR, La 70817 (225) 201-2000

PAGE 7/12 * RCVD AT 11/2/2022 12:05:41 PM [Eastern Daylight Time] * SVR:VA1PWFAX2014/4 * DNIS:6033340380 * CSID: * ANI:12256475101 * DURATION (mm-ss):06-28

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return to:** Keri Young

**EMPLOYEE/CLAIMANT NAME:** Amy Ray Knight **CLAIM #:** 11580689

**EMPLOYER:** Gainwell Technologies **DATE OF BIRTH:**

| | | |
|---|---|---|
| Full Name (Last, First, Middle Int.) Knight Amy Ray | Social Security # | Email Address |
| Street Address | City | State / Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status Married |
| Spouse's Full Name and Date of Birth Terry Michael Knight | Number of Children | Dates of Birth of Children |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Terry Knight Relationship to you? Spouse Tel

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. N/A

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? N/A

Do you hold a professional license? If yes, for what purpose? RN - Professional requirement

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. NO

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. NO

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☑ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☑ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☑ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☑ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☑ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☑ | Workers' Compensation | $ | | | |
| ☐ | ☑ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☑ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Amy R. Knight

**DATE:** 10-29-22 **EMPLOYEE'S SIGNATURE:** Amy R. Knight

DP 409

00001808 LFPR7DD1 00007265

PAGE 8/43 * RCVD AT 11/2/2022 12:05:41 PM [Eastern Daylight Time] * SVR:VA1PWFAX2014/4 * DNIS:6033340380 * CSID: * ANI:12256475101 * DURATION (mm-ss):06-28

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Keri Young



00001808 LFPR7DD1 00007266

| | |
|---|---|
| EMPLOYEE/CLAIMANT NAME: Amy Ray Knight | |
| CLAIM NO: 11580689 | DATE OF BIRTH: ______ |
| EMPLOYER/SPONSOR: Gainwell Technologies | |

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to The Lincoln National Life Insurance Company.

How long are you able to: Varies on pain level and/or other medical issues/symptoms

sit ______ stand ______ walk ______

How many hours a day do you: Varies on pain level and/or other medical issues/symptoms

sit ______ stand ______ walk ______

Do you take a nap during the day? When needed

Yes ______ No ______

If Yes, for how long? Varies ______ At what time of the day? When needed

How many hours a day do you spend in bed? Very hard to get up in am or during night d/t pain and stiffness feels like walking on rocks and hands hurt d/t swelling joints

Do you require any assistive devices such as a: N/A

cane ______ walker ______ crutches ______ wheelchair ______ other ______

How long are you able to sit in a car? varies depending on pain level and/or other medical symptoms

Do you hold a valid driver's license?

Yes ✓ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? Short distances d/t pain and not at night if possible (d/t increased blurry vision)

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

Phone or visit with spouse, drive short distance if pain/med. symptoms allow

Do you have children?

Yes ✓ No ______ If Yes, what are their dates of birth ______

Do you need help caring for your children?

Yes ______ No ✓

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ______ No ✓ If Yes, please explain ______

How many times a day do you leave the house during the week? Varies go out in backyard w/ dogs to use bathroom as well as

On the weekends? usually 1-2x's if pain/symptoms allow

How often do you run errands? seldom - spouse usually handles and I go if pain/symptoms allow

Please describe what errands you most commonly run: bank, pharmacy, MD appts



Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 4*

How often do you get outdoors? Daily to take out dogs (2 min. schnauzers in fenced backyard)

Are you left or right hand dominant? Left ______ Right ✓

Are you able to work in your garden? Yes ______ No ✓ only pull small weeds as able d/t pain/dizzy

Are you able to work on your house? Yes ______ No ✓ Light dusting, dishes, clothes as able and can stop when needed

Are you able to wash your car? Yes ______ No ✓

Do you currently **utilize the internet** - Internet Explorer, Safari, Mozilla Firefox, Google Chrome, etc?

List all sites that apply. Safari, E-mail, Google

If yes, how often per day (hours) do you use the internet? ___ None ✓ 0-(1) hours ✓ (2)-3 hours ___ 3-4 hours ___ 5+ hours

What do you use these internet sites for? check email + info purposes

Do you currently view **social media sites**, such as YouTube, Facebook, LinkedIn, Instagram, TikTok, Snapchat, WhatsApp, Reddit, Pinterest, Twitter.

List all sites that apply. FB

If yes, how often per day (hours) do you engage in activities? ___ None ✓ 0-(1) hours ✓ (2)-3 hours ___ 3-4 hours ___ 5+ hours

What do you use these social media sites for? Look at pictures of family, interests

Do you use a **desktop or laptop computer, mobile phone, iPad/tablet, E-reader, etc**. to view information?

List all sites that apply. Tablet

| | None | 0-1 hours | 2-3 hours | 3-4 hours | 5+ hours |
|---|---|---|---|---|---|
| If yes on a computer, how long (hours per day)? | ✓ | | | | |
| If yes on a phone, how long (hours per day)? | | ✓ | | | |
| If yes on a IPad or Tablet (hours per day)? | | ✓ 0-(1) | ✓ (2)-3 | | |
| If yes on a E-reader, (hours per day)? | ✓ | | | | |

For what reasons, do you use these devices?
Speak to family/spouse, check e-mail/FB

Do you **play video games**, such as Xbox, Nintendo Switch/Wii, PlayStation, PC gaming station, etc.

List all that apply? N/A

| | None | 0-1 hours | 2-3 hours | 3-4 hours | 5+ hours |
|---|---|---|---|---|---|
| If yes, how many hours per day do you play video games? | ✓ | | | | |
| If yes, how many days per week do you play? | ✓ | | | | |

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | Spouse | I accompany on occasion when |
| Carrying groceries into the house | Spouse | pain/med. symptoms allow |
| Cooking meals | Spouse | Fix light breakfast/lunch |
| Cleaning after meals | Spouse | also use paper plates/cups |
| Cleaning bathrooms | Spouse | |
| Vacuuming | Spouse | |
| Doing the laundry | I do my own clothes approx. 25% of small folding | |
| Opening and responding to mail | Me/Spouse | |

PAGE 11/12 * RCVD AT 11/2/2022 12:05:41 PM [Eastern Daylight Time] * SVR:VA1PWFAX2014/4 * DNIS:6033340380 * CSID: * ANI:12256475101 * DURATION (mm-ss):06-28

Lincoln Financial Group®

**ACTIVITIES QUESTIONNAIRE**
*page 3 of 4*

| | | |
|---|---|---|
| Managing your finances | 50/50 | |
| Balancing your checkbook | 50/50 | |
| Bathing yourself | me w/ assistance washing hair or getting out of tub | when needed |
| Styling your own hair | me | None req. |
| Getting dressed | me | some assist w/ back closures + jewelry required |
| Going up and down stairs | require assist when in pain/dizzy and unsteady gait | |

Have you been confined to a hospital within the last 12 months? Yes ____ No ✓

If Yes, please provide reason and hospital contact Information: ____

How often do you travel or take vacation? None

Where do you go? How do you get there (transportation method)? N/A

Are you able to pursue your hobbies? Yes When able No ✓

If Yes, please describe enjoy pets, feeding geese, crystals, antique stores

Do you participate in an exercise program? Yes ____ No ✓ Not formal

If Yes, please describe ____

Do you do any Volunteer work? Yes ____ No ✓

If Yes:

how many hours per day? ____

how many hours per week? ____

for whom? ____

Are you working for wages? Yes ____ No ✓

If Yes, please provide employer's name ____

**Describe in your own words, what prevents you from engaging in any gainful employment.**

Due to increased pain/numbness to (L) arm and chronic pain all over making it difficult to make myself comfortable as not able to take pain meds d/t side effects. Increased pain to (L) knee, fingers (swelling also), blurred vision, vertigo (fell) it is very difficult to make self comfortable, awaiting MRI for (L) knee, notified of need for cataract surgery and find myself with increased unsteady gait d/t vertigo w/ nausea. All of the above has increased depression/anxiety and exasturbates tremors + IBS + migraines.

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

Wake up and get up when able d/t pain level and stiffness; When getting up like standing on rocks and takes awhile to move + work on stiffness to where I can take the dogs out. I then feed them, get my breakfast and rest. Go get dressed and do light chores or errand if able, rest, meditate if pain or other med. symptoms allow and nap if needed.

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

(225) 931-2516

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

(225) 281-3844

00001808 LFPR7DD1 00007268



Nov 02 2022 11:07AM HP Fax

00001808 LFPR7DD1 00007269 E

Signature:

Name:

Date: 10-25-22

# Fax Cover Sheet

To: Lincoln Financial Group - Keri Young

Fax #: (603) 334-0380

From: Amy R. Knight #11580689

Contact #: (225) 931-2516

PAGE 2/12 * RCVD AT 11/2/2022 12:13:38 PM [Eastern Daylight Time] * SVR:VA1PWFAX4010/0 * DNIS:6033340380 * CSID: * ANI:12256475101 * DURATION (mm-ss):06-30

Lincoln Financial Group®

*THE LINCOLN NATIONAL LIFE INSURANCE COMPANY*
*DISABILITY AND LIFE CLAIMS*
*PO BOX 2578*
*OMAHA, NE 68172-9688*

001808 LFPR7DD1 100000

MS. AMY RAY KNIGHT

New address

S 00001808 LFPR7DD1 00007260

00001808 LFPR7DD1 00007264

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Keri Young

EMPLOYEE/CLAIMANT NAME: Amy Ray Knight
CLAIM NO: 11580689
EMPLOYER/SPONSOR: Gainwell Technologies DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 06/01/2022 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Dr. David West BR Clinic
Specialty: Internal Med
Address: 7373 Perkins Rd. BR, La. 70808
Telephone No.: (225) 769-4044 Fax No.: ( )

Name: Dr. David Farguson Eye Med. Ctr.
Specialty: Opthamologist Cornea
Address: 7777 Hennessy Blvd Ste 3001 BR, La 70808
Telephone No.: (225) 766-0050 Fax No.: ( )

Name: Dr. Venugopal Vatsavayi BRC
Specialty: Psychiatrist
Address: 3401 North Blvd Ste 100 BR La. 70806
Telephone No.: (225) 381-2607 Fax No.: ( )

Name: Dr. Brian Griffith + Dr. Craig Green (BROC)
Specialty: Orthopedist
Address: 8080 Bluebonnet Blvd #1000 BR, La 70810
Telephone No.: (225) 924-2424 Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Current Name: Health Plans, Inc (HPI PHCS Mult. Plan)
Specialty:
Address: P.O. Box 5199 Westborough, MA 01581
Telephone No.: (888) 275-3777 Fax No.: ( )

Prior Name: Care First BCBS PPO
Specialty:
Address: P.O. Box 981608 El Paso, TX 79998
Telephone No.: (877) 986-8133 Fax No.: ( )

**PHARMACY(S):**

Name: CVS - Prairieville
Specialty:
Address: 17122 Airline Hwy Prairieville, La. 70769
Telephone No.: (225) 673-9971 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** Amy R. Knight **DATE:** 10-25-22

Medical Providers, cont.

Dr. Michael Perniciaro GYN
5008 Rue de la Vie St. Suite 100
BR, La 70817 (225) 201-2000

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return to:** Keri Young

**EMPLOYEE/CLAIMANT NAME:** Amy Ray Knight **CLAIM #:** 11580689
**EMPLOYER:** Gainwell Technologies **DATE OF BIRTH:**

Full Name (Last, First, Middle Init.): Knight Amy Ray | Social Security # | Email Address

Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status: Married

Spouse's Full Name and Date of Birth: Terry Michael Knight | Number of Children: 1 | Dates of Birth of Children

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name: Terry Knight Relationship to you? Spouse Te

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. N/A

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? N/A

Do you hold a professional license? If yes, for what purpose? RN - Professional requirement

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. NO

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. NO

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☑ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☑ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☑ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☑ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☑ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☑ | Workers' Compensation | $ | | | |
| ☐ | ☑ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☑ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Amy R. Knight
**DATE:** 10-29-22 **EMPLOYEE'S SIGNATURE:** Amy R. Knight

DP 409





00001808 LFR7DD1 00007265

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Keri Young

*page 1 of 4*

00001808 LFPR7DD1 00007266

EMPLOYEE/CLAIMANT NAME: Amy Ray Knight
CLAIM NO: 11580689 DATE OF BIRTH: ______
EMPLOYER/SPONSOR: Gainwell Technologies

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to The Lincoln National Life Insurance Company.

How long are you able to: Varies on pain level and/or other medical issues/symptoms
sit ______ stand ______ walk ______

How many hours a day do you: Varies on pain level and/or other medical issues/symptoms
sit ______ stand ______ walk ______

Do you take a nap during the day? When needed
Yes ______ No ______

If Yes, for how long? Varies At what time of the day? When needed

How many hours a day do you spend in bed? Very hard to get up in am or during night d/t pain and stiffness, feels like walking on rocks and hands hurt d/t swelling joints

Do you require any assistive devices such as a: N/A
cane ______ walker ______ crutches ______ wheelchair ______ other ______

How long are you able to sit in a car? varies depending on pain level and/or other medical symptoms

Do you hold a valid driver's license?
Yes ✓ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? Short distances d/t pain and not at night if possible (d/t increased blurry vision)
**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
Phone or visit with spouse, drive short distance if pain/med. symptoms allow

Do you have children?
Yes ✓ No ______ If Yes, what are their dates of birth ______

Do you need help caring for your children?
Yes ______ No ✓

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?
Yes ______ No ✓ If Yes, please explain ______

How many times a day do you leave the house during the week? Varies go out in backyard w/ dogs to use bathroom as well as
On the weekends? usually 1-2x's if pain/symptoms allow

How often do you run errands? seldom - spouse usually handles and I go if pain/symptoms allow

Please describe what errands you most commonly run: bank, pharmacy, MD appts.


Donor __Y__N / Living Will __Y__N
RESTRICTIONS: Corr Lens
BLOOD TYPE:



Lincoln Financial Group®

**ACTIVITIES QUESTIONNAIRE**
*page 2 of 4*

How often do you get outdoors? Daily to take out dogs (2 min. schnauzers in fenced backyard)

Are you left or right hand dominant? Left ____ Right ✓

Are you able to work in your garden? Yes ____ No ✓ Only pull small weeds as able d/t pain/dizzy

Are you able to work (on) your house? Yes ____ No ✓ Light dusting, dishes, clothes as able and can stop when needed

Are you able to wash your car? Yes ____ No ✓

Do you currently **utilize the internet** - Internet Explorer, Safari, Mozilla Firefox, Google Chrome, etc?

List all sites that apply. Safari, E-mail, Google

If yes, how often per day (hours) do you use the internet? ____ None ✓ 0-(1) hours ✓ (2)-3 hours ____ 3-4 hours ____ 5+ hours

What do you use these internet sites for? check email + info purposes

Do you currently view **social media sites**, such as YouTube, Facebook, LinkedIn, Instagram, TikTok, Snapchat, WhatsApp, Reddit, Pinterest, Twitter.

List all sites that apply. FB

If yes, how often per day (hours) do you engage in activities? ____ None ✓ 0-(1) hours ✓ (2)-3 hours ____ 3-4 hours ____ 5+ hours

What do you use these social media sites for? Look at pictures of family, interests

Do you use a **desktop or laptop computer, mobile phone, iPad/tablet, E-reader, etc**. to view information?

List all sites that apply. Tablet

| | | | | | |
|---|---|---|---|---|---|
| If yes on a computer, how long (hours per day)? | ✓ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |
| If yes on a phone, how long (hours per day)? | ____ None | ✓ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |
| If yes on a IPad or Tablet (hours per day)? | ____ None | ✓ 0-(1) hours | ✓ (2)-3 hours | ____ 3-4 hours | ____ 5+ hours |
| If yes on a E-reader, (hours per day)? | ✓ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |

For what reasons, do you use these devices?
Speak to family / spouse, check e-mail / FB

Do you **play video games**, such as Xbox, Nintendo Switch/Wii, PlayStation, PC gaming station, etc.

List all that apply? N/A

| | | | | | |
|---|---|---|---|---|---|
| If yes, how many hours per day do you play video games? | ✓ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |
| If yes, how many days per week do you play? | ✓ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | Spouse | I accompany on occasion when pain/med. symptoms allow |
| Carrying groceries into the house | Spouse | |
| Cooking meals | Spouse | Fix light breakfast/lunch |
| Cleaning after meals | Spouse | also use paper plates/cups |
| Cleaning bathrooms | Spouse | |
| Vacuuming | Spouse | |
| Doing the laundry | I do my own clothes approx. 25% of small folding | |
| Opening and responding to mail | Me/Spouse | |

Lincoln Financial Group®

**ACTIVITIES QUESTIONNAIRE**
*page 3 of 4*

Managing your finances 50/50

Balancing your checkbook 50/50

Bathing yourself me w/ assistance washing hair or getting out of tub when needed

Styling your own hair me — None req.

Getting dressed me — some assist w/ back closures + jewelry required

Going up and down stairs require assist when in pain/dizzy and unsteady gait

Have you been confined to a hospital within the last 12 months? Yes ______ No ✓

If Yes, please provide reason and hospital contact information: ______

How often do you travel or take vacation? None

Where do you go? How do you get there (transportation method)? N/A

Are you able to pursue your hobbies? Yes When able No ✓

If Yes, please describe enjoy pets, feeding geese, crystals, antique stores

Do you participate in an exercise program? Yes ______ No ✓ Not formal

If Yes, please describe ______

Do you do any Volunteer work? Yes ______ No ✓

If Yes:

how many hours per day? ______

how many hours per week? ______

for whom? ______

Are you working for wages? Yes ______ No ✓

If Yes, please provide employer's name ______

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

Due to increased pain/numbness to (L) arm and chronic pain all over making it difficult to make myself comfortable as not able to take pain meds d/t side effects. Increased pain to (L) knee, fingers (swelling also) blurred vision, vertigo (fell) it is very difficult to make self comfortable, awaiting MRI for (L) knee, notified of need for cataract surgery and find myself with increased unsteady gait d/t vertigo w/ nausea. All of the above has increased depression/anxiety and exacerbates tremors + IBS + migraines.

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

Wake up and get up when able d/t pain level and stiffness; When getting OOB like standing on rocks and takes awhile to move + work on stiffness to where I can take the dogs out. I then feed them, get my breakfast and rest. Go get dressed and do light chores or errand if able, rest, meditate if pain or other med. symptoms allow and nap if needed.

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______

0001808 LFPR7DD1 00007268

00001808 LFPR7DD1 00007269 E

Signature:

Name:

Date: 10-25-22

# Fax Cover Sheet

To: Lincoln Financial Group - Keri Young

Fax #: (603)334-0380

From: Amy R. Knight #11580689

Contact #:

Lincoln Financial Group®

*THE LINCOLN NATIONAL LIFE INSURANCE COMPANY*
*DISABILITY AND LIFE CLAIMS*
*PO BOX 2578*
*OMAHA, NE 68172-9688*

001808 LFPR7DD1 100000

MS. AMY RAY KNIGHT

New address

S 00001808 LFPR7DD1 00007260

... 11/2/2022 12:13:38 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/0 * DNIS:6033340380 * CSID: * ANI:12256475101 * DURATION (mm-ss):06-30

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

00001808 LFPR7DD1 00007262

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Amy R. Knight

Name of legal representative, if applicable (print) ______________ Relationship self

Signature of claimant or legal representative Amy R. Knight Date: 10-25-22

Date of Birth: ______ Claim Number: S11580689

**A copy of this authorization will be considered as valid as the original.**



Nov 02 2022 11:11AM HP Fax

00001808 LFPR7DD1 00007263

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Amy R. Knight

Name of legal representative, if applicable (print) ________________ Relationship Self

Signature of claimant or legal representative Amy R. Knight

Date of Birth: ________ Claim Number: 11580689 Date: 10-25-22

**A copy of this authorization will be considered as valid as the original**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. AMY RAY KNIGHT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

October 29, 2022

Ms. Amy R. Ray Knight

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689

Dear Ms. Amy Ray Knight:

This letter is to confirm our conversation on October 28, 2022. Thank you for reviewing your disability claim overpayment and agreeing to a repayment arrangement. The repayment agreement applies to your outstanding overpayment of $2,674.97 owed to Lincoln Life Assurance Company of Boston.

We discussed and agreed to the following repayment arrangement:

- Partial Benefit Reduction

  Lincoln Life Assurance Company of Boston will withhold your monthly disability benefit payment in the amount of $222.92 and apply towards the overpayment balance until paid in full. This will begin with your next monthly benefit payment scheduled to issue on November 19, 2022.

- Full Repa ment if Disabilit Benefit Ceases

  If your disability benefit eligibility ends prior to full overpayment recovery, you will need to remit a monthly payment or provide full reimbursement of the overpayment balance by personal check, a cashier's check, or money order. The full reimbursement will be due within 10 business days from the date your claim closes.

- No Referral to Outside Collection Agencies

  Lincoln Life Assurance Company of Boston will not refer the management of this overpayment to an outside collection agency so long as you meet the terms and conditions of this agreement and repayment arrangement.

If you have any questions regarding this matter, please contact me.

Sincerely,

Robin Goode
Financial Recovery Analysis II
Phone No.: (800) 291-0112 Ext. 15911
Secure Fax No.: (603) 334-0380

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Keri Young



EMPLOYEE/CLAIMANT NAME: Amy Ray Knight

CLAIM NO: 11580689 DATE OF BIRTH: ____________

EMPLOYER/SPONSOR: Gainwell Technologies

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to The Lincoln National Life Insurance Company.

How long are you able to:

sit ____________ stand ____________ walk ____________

How many hours a day do you:

sit ____________ stand ____________ walk ____________

Do you take a nap during the day?

Yes ____________ No ____________

If Yes, for how long? ____________ At what time of the day? ____________

How many hours a day do you spend in bed? ____________

Do you require any assistive devices such as a:

cane ________ walker ________ crutches ________ wheelchair ________ other ________

How long are you able to sit in a car? ____________

Do you hold a valid driver's license?

Yes ____________ No ____________

If No, please explain: ____________

If Yes, how long are you able to drive a car? ____________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

____________

Do you have children?

Yes ________ No ________ If Yes, what are their dates of birth ____________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ________ No ________ If Yes, please explain ____________

How many times a day do you leave the house during the week? ____________

On the weekends? ____________

How often do you run errands? ____________

Please describe what errands you most commonly run: ____________

____________

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*


How often do you get outdoors? ______________________

Are you left or right hand dominant? Left _______ Right _______

Are you able to work in your garden? Yes _______ No _______

Are you able to work on your house? Yes _______ No _______

Are you able to wash your car? Yes _______ No _______

Do you currently **utilize the internet** - Internet Explorer, Safari, Mozilla Firefox, Google Chrome, etc?

List all sites that apply. ______________________

If yes, how often per day (hours) do you use the internet? ____ None ____ 0-1 hours ____ 2-3 hours ____3-4 hours ____5+ hours

What do you use these internet sites for? ______________________

Do you currently view **social media sites**, such as YouTube, Facebook, LinkedIn, Instagram, TikTok, Snapchat, WhatsApp, Reddit, Pinterest, Twitter.

List all sites that apply. ______________________

If yes, how often per day (hours) do you engage in activities? ____ None ____ 0-1 hours ____ 2-3 hours ____3-4 hours ____5+ hours

What do you use these social media sites for? ______________________

Do you use a **desktop or laptop computer, mobile phone, iPad/tablet, E-reader, etc.** to view information?

List all sites that apply. ______________________

If yes on a computer, how long (hours per day)? ____ None ____ 0-1 hours ____ 2-3 hours ____3-4 hours ____5+ hours

If yes on a phone, how long (hours per day)? ____ None ____ 0-1 hours ____ 2-3 hours ____3-4 hours ____5+ hours

If yes on a IPad or Tablet (hours per day)? ____ None ____ 0-1 hours ____ 2-3 hours ____3-4 hours ____5+ hours

If yes on a E-reader, (hours per day)? ____ None ____ 0-1 hours ____ 2-3 hours ____3-4 hours ____5+ hours

For what reasons, do you use these devices?

______________________________________________

Do you **play video games**, such as Xbox, Nintendo Switch/Wii, PlayStation, PC gaming station, etc.

List all that apply? ______________________

If yes, how many hours per day do you play video games? ____ None ____ 0-1 hours ____ 2-3 hours ____3-4 hours ____5+ hours

If yes, how many days per week do you play? ____ None ____ 0-1 hours ____ 2-3 hours ____3-4 hours ____5+ hours

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | ________ | ________ |
| Carrying groceries into the house | ________ | ________ |
| Cooking meals | ________ | ________ |
| Cleaning after meals | ________ | ________ |
| Cleaning bathrooms | ________ | ________ |
| Vacuuming | ________ | ________ |
| Doing the laundry | ________ | ________ |
| Opening and responding to mail | ________ | ________ |

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*


Managing your finances ____________ ____________

Balancing your checkbook ____________ ____________

Bathing yourself ____________ ____________

Styling your own hair ____________ ____________

Getting dressed ____________ ____________

Going up and down stairs ____________ ____________

Have you been confined to a hospital within the last 12 months? Yes ______ No ______

If Yes, please provide reason and hospital contact Information: ____________

____________

____________

How often do you travel or take vacation? ____________

Where do you go? How do you get there (transportation method)? ____________

____________

Are you able to pursue your hobbies? Yes ______ No ______

If Yes, please describe ____________

Do you participate in an exercise program? Yes ______ No ______

If Yes, please describe ____________

Do you do any Volunteer work? Yes ______ No ______

If Yes:

how many hours per day? ______

how many hours per week? ______

for whom? ____________

Are you working for wages? Yes ______ No ______

If Yes, please provide employer's name ____________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

____________

____________

____________

____________

____________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

____________

____________

____________

____________

____________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

____________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

____________

Lincoln Financial Group®



**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

---

Name: ______________________________ Date: ______________________________

Signature: ______________________________

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ____________________

Name of legal representative, if applicable (print) ____________________ Relationship ____________

Signature of claimant or legal representative ____________________ Date: ____________

Date of Birth: ____________ Claim Number: 11580689

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT INFORMATION FORM

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Keri Young

EMPLOYEE/CLAIMANT NAME: Amy Ray Knight
CLAIM NO: 11580689
EMPLOYER/SPONSOR: Gainwell Technologies DATE OF BIRTH: ____________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 06/01/2022 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

**MEDICAL INSURANCE CARRIER(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

**PHARMACY(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ____________________ **DATE:** ____________________

# CLAIMANT SUPPLEMENTARY STATEMENT

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return to:** Keri Young

**EMPLOYEE/CLAIMANT NAME:** Amy Ray Knight **CLAIM #:** 11580689

**EMPLOYER:** Gainwell Technologies **DATE OF BIRTH:** ________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Workers' Compensation | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | ______ | ______ | ______ | ______ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ________________________

**DATE:**____________ **EMPLOYEE'S SIGNATURE:** ________________________

DP 409

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ____________________ Relationship ____________

Signature of claimant or legal representative ____________________ Date: ____________

Date of Birth: ____________ Claim Number: 11580689

**A copy of this authorization will be considered as valid as the original**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. AMY RAY KNIGHT

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

October 28, 2022

Ms. Amy R. Ray Knight

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689

Dear Ms. Amy Ray Knight:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Gainwell Technologies's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by November 10, 2022.

We are still in need of complted copy of the enclosed forms. Copy of these forms have also been emailed to you.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-0380

Attachments: 11580689-REQUEST-CLAIMANT PROOF OF DISABILITY/FORMS-09.20.2022

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. AMY RAY KNIGHT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

September 21, 2022

Ms. Amy R. Ray Knight

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689

Dear Ms. Amy Ray Knight:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Gainwell Technologies's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

On September 20, 2022, we requested medical records from Dr. Griffith, Dr. Vatsavayi, and Dr. West. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 1, 2022 through present from Dr. Griffith, January 18, 2022 through present form Dr. West and March 4, 2022 through present from Dr. Vatsavayi

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

You are currently receiving benefits based on your inability to perform the material and substantial duties of your own occupation.

To remain eligible for benefits beyond the 24 month, you must be disabled from any occupation. As

your benefits began on August 26, 2021, the change in definition will occur on August 26, 2023. We are currently gathering information to assess your continued eligibility for benefits beyond this date. As part of our investigation, we will be contacting your treating physician(s). If you have changed physicians or have been treated by other physicians in the last 12 months, please provide us with the full names and mailing addresses of these physicians.

Please complete the following forms and return them in the envelope provided by November 3, 2022:

X LTD Forms - Standard
__ Other

Gainwell Technologies's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by November 3, 2022, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by December 3, 2022, 45 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than November 3, 2022 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-0380

Attachments: LTD Forms - Standard

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________

Name of legal representative, if applicable (print) ______________________ Relationship ____________

Signature of claimant or legal representative ______________________ Date: ____________

Date of Birth: __ ________ Claim Number: 11580689

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________

Name of legal representative, if applicable (print) ______________ Relationship __________

Signature of claimant or legal representative ______________________

Date of Birth: __ ________ Claim Number: 11580689 Date: ______________

**A copy of this authorization will be considered as valid as the original**

# CLAIMANT INFORMATION FORM

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Keri Young

EMPLOYEE/CLAIMANT NAME: Amy Ray Knight
CLAIM NO: 11580689
EMPLOYER/SPONSOR: Gainwell Technologies DATE OF BIRTH: ________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 06/01/2022 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

**MEDICAL INSURANCE CARRIER(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

**PHARMACY(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ________ **DATE:** ________

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return to:** Keri Young

**EMPLOYEE/CLAIMANT NAME:** Amy Ray Knight **CLAIM #:** 11580689
**EMPLOYER:** Gainwell Technologies **DATE OF BIRTH:**

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______

**DATE:** ______ **EMPLOYEE'S SIGNATURE:** ______

DP 409

# ACTIVITIES QUESTIONNAIRE

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Keri Young



EMPLOYEE/CLAIMANT NAME: Amy Ray Knight

CLAIM NO: 11580689 DATE OF BIRTH: ________

EMPLOYER/SPONSOR: Gainwell Technologies

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to The Lincoln National Life Insurance Company.

How long are you able to:

sit ________ stand ________ walk ________

How many hours a day do you:

sit ________ stand ________ walk ________

Do you take a nap during the day?

Yes ________ No ________

If Yes, for how long? ________ At what time of the day? ________

How many hours a day do you spend in bed? ________

Do you require any assistive devices such as a:

cane ________ walker ________ crutches ________ wheelchair ________ other ________

How long are you able to sit in a car? ________

Do you hold a valid driver's license?

Yes ________ No ________

If No, please explain: ________

If Yes, how long are you able to drive a car? ________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

________

Do you have children?

Yes ________ No ________ If Yes, what are their dates of birth ________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ________ No ________ If Yes, please explain ________

How many times a day do you leave the house during the week? ________

On the weekends? ________

How often do you run errands? ________

Please describe what errands you most commonly run: ________

________

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 4*

How often do you get outdoors? ______________________

Are you left or right hand dominant? Left ____ Right ____

Are you able to work in your garden? Yes ____ No ____

Are you able to work on your house? Yes ____ No ____

Are you able to wash your car? Yes ____ No ____

Do you currently **utilize the internet** - Internet Explorer, Safari, Mozilla Firefox, Google Chrome, etc?

List all sites that apply. ______________________

If yes, how often per day (hours) do you use the internet? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours

What do you use these internet sites for? ______________________

Do you currently view **social media sites**, such as YouTube, Facebook, LinkedIn, Instagram, TikTok, Snapchat, WhatsApp, Reddit, Pinterest, Twitter.

List all sites that apply. ______________________

If yes, how often per day (hours) do you engage in activities? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours

What do you use these social media sites for? ______________________

Do you use a **desktop or laptop computer, mobile phone, iPad/tablet, E-reader, etc.** to view information?

List all sites that apply. ______________________

| | | | | | |
|---|---|---|---|---|---|
| If yes on a computer, how long (hours per day)? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |
| If yes on a phone, how long (hours per day)? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |
| If yes on a IPad or Tablet (hours per day)? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |
| If yes on a E-reader, (hours per day)? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |

For what reasons, do you use these devices?

______________________________________________

Do you **play video games**, such as Xbox, Nintendo Switch/Wii, PlayStation, PC gaming station, etc.

List all that apply? ______________________

| | | | | | |
|---|---|---|---|---|---|
| If yes, how many hours per day do you play video games? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |
| If yes, how many days per week do you play? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |

The following questions intend to identify whether or not you are able to <u>independently</u> conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | ____________ | ____________ |
| Carrying groceries into the house | ____________ | ____________ |
| Cooking meals | ____________ | ____________ |
| Cleaning after meals | ____________ | ____________ |
| Cleaning bathrooms | ____________ | ____________ |
| Vacuuming | ____________ | ____________ |
| Doing the laundry | ____________ | ____________ |
| Opening and responding to mail | ____________ | ____________ |

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 3 of 4*

| | | |
|---|---|---|
| Managing your finances | ______ | ______ |
| Balancing your checkbook | ______ | ______ |
| Bathing yourself | ______ | ______ |
| Styling your own hair | ______ | ______ |
| Getting dressed | ______ | ______ |
| Going up and down stairs | ______ | ______ |

Have you been confined to a hospital within the last 12 months? Yes ______ No ______

If Yes, please provide reason and hospital contact Information: ______

How often do you travel or take vacation? ______

Where do you go? How do you get there (transportation method)? ______

Are you able to pursue your hobbies? Yes ______ No ______

If Yes, please describe ______

Do you participate in an exercise program? Yes ______ No ______

If Yes, please describe ______

Do you do any Volunteer work? Yes ______ No ______

If Yes:

how many hours per day? ______

how many hours per week? ______

for whom? ______

Are you working for wages? Yes ______ No ______

If Yes, please provide employer's name ______

**Describe in your own words, what prevents you from engaging in any gainful employment.**

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______

Name: ______________________________ Date: ______________________________

Signature: ______________________________

Lincoln Financial Group
Lincoln National Life Insurance Company

GROUPBENEFITS - CLAIMS
13830 BALLANTYNE CORP PL #400
CHARLOTTE, NC 28277-0000
1-(800) 291-0112

Claim: 11580689
Claim Type: LTD
Payee Type: EMP

Customer: GAINWELL TECHNOLOGIES
Location: GAINWELL TECHNOLOGIES
Employee: AMY R RAY KNIGHT

Policy Number: GF3-890-LF0372-01
Pmt Period: 09/26/22 - 10/25/22
Pmt Date: 10/19/22
Check #: 108013653

Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 3151.40 | $ 0.00 | $ 161.29 | $ 2990.11 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 2990.11 |

Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| WORKERS COMP | 09/26/22 | 10/25/22 | $ 161.29 | | | | |

Subtotal Offset $ 161.29

Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Deduction $ 0.00

Total Provisions $ 0.00 Total Offsets $ 161.29 Total Deductions $ 0.00

Tax Information For This Payment Only

| | | | | |
|---|---|---|---|---|
| Adjusted Gross Benefit: $ 2990.11 | Benefit Tax %: 0.0 | Federal Excludable Wages: $ 2990.11 |
| OASDI Taxable Wages: $ 0.00 | | OASDI Withholding: $ 0.00 |
| Medicare Taxable Wages: $ 0.00 | | Medicare Withholding: $ 0.00 |
| Federal Taxable Wages: $ 0.00 | | Federal Withholding: $ 0.00 |
| State Taxable Wages: $ 0.00 | Employee State: LA | State Withholding: $ 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

# Calculation Worksheet

Claimant Name: Amy Ray Knight

Claim Number (s): 11580689

Customer: GAINWELL TECHNOLOGIES

| | | | |
|---|---|---|---|
| Originally Paid | | Should have Paid | |
| From Date | 5/26/2022 | From Date | 5/26/2022 |
| Thru Date | 6/25/2022 | Thru Date | 6/25/2022 |
| Total | $2,990.11 | Total | $315.14 |

* (-) indicates an underpayment

| Credit | |
|---|---|
| OP Recovered (To Date): | $0.00 |
| Attorney Fees: | $0.00 |
| Excess Fees | $0.00 |
| Total: | $0.00 |

| | |
|---|---|
| Overpayment Amount: | $ 2,674.97 |
| Underpayment Amount: | $0.00 |

| | |
|---|---|
| Tax Aging: | $0.00 |

*if not recovered by year end amt will be added to balance

## ORIGINALLY PAID

| Claim # | Check # | CDS Check # | From Date | Thru Date | Check Issued | Gross Amt | Offset(s) | Adjusted Gross Amt | Taxes/ Deductions | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 11580689 | 107071725 | 0 | 5/26/2022 | 6/25/2022 | 6/20/2022 | $ 3,151.40 | $ 161.29 | $ 2,990.11 | $ - | $ 2,990.11 |
| | | | | | | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | Totals: | $2,990.11 | $0.00 | $2,990.11 |

## SHOULD HAVE PAID

| Claim # | Check # | CDS Check # | From Date | Thru Date | Check Issued | Gross Amt | Workers' Comp | Salary Continuance | Multiple Offsets | Adjusted Gross Amt | Taxes/ Deductions | Revised Net Amount | Amount Due* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11580689 | 107071725 | 0 | 5/26/2022 | 6/25/2022 | 6/20/2022 | $ 3,151.40 | $161.29 | $14,544.00 | $0.00 | $ 315.14 | $ - | $ 315.14 | $ 2,674.97 |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | Totals: | $3,151.40 | $161.29 | $14,544.00 | $0.00 | $315.14 | $0.00 | $315.14 | $2,674.97 |

**Claim Number(s):11580689**

| New Monthly Benefit | | | |
| --- | --- | --- | --- |
| Your Gross Benefit | | | $3,151.40 |
| Less: Other Income | | | $161.29 |
| | Workers' Comp | $161.29 | |
| | 0 | $0.00 | |
| | 0 | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | Total Other Income | $161.29 | |
| Your Adjusted Gross | | | $2,990.11 |
| Less: Taxes and Deductions | | | $0.00 |
| **Your Net Benefit** | | | **$2,990.11** |

| Overpayment Calculation | | | |
| --- | --- | --- | --- |
| Originally Paid | *5/26/2022 through* | *6/25/2022* | $2,990.11 |
| Less: Should have Paid | *5/26/2022 through* | *6/25/2022* | $315.14 |
| Overpayment Due | | | $2,674.97 |
| Less: Recovery of Prior Overpayment | | | $0.00 |
| Less: Attorney Fees | | | $0.00 |
| Less: Excess Fee | | | $0.00 |
| **Amount Due** | | | **$2,674.97** |

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. AMY RAY KNIGHT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

October 20, 2022

Ms. Amy R. Ray Knight

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689

Dear Ms. Amy Ray Knight:

Your disability claim file has been referred to Financial Review Services for an overpayment calculation as you were awarded Severance with an effective date of June 5, 2022. This letter and the attached overpayment summary outline the impact of that award on your benefits from The Lincoln National Life Insurance Company.

Since The Lincoln National Life Insurance Company paid you disability benefits for the period of May 26, 2022 through June 25, 2022, with no reduction for Severance, you are now overpaid under the terms of your Policy.

Total Overpayment Amount: $2,674.97
Payment Due Date: November 9, 2022

The attached exhibit explains the calculation of your $2,674.97 overpayment balance, which is due to The Lincoln National Life Insurance Company upon receipt of this letter.

Please send a check or money order payable to The Lincoln National Life Insurance Company to the following address:

**Refund/Recoveries**
**Group Protection Disability Claims**
**The Lincoln National Life Insurance Company**
**PO Box 26028**
**Greensboro, NC 27420-6028**

**Please ensure your payment contains your claim number provided in this letter.**

The Lincoln National Life Insurance Company can also process a one-time debit from your account. If you prefer this method of refund, you may complete the enclosed **Authorization to Debit** form and return it via fax back to my attention at 603-334-0401 or the form can be emailed to me at DisabilityDocuments@lfg.com. If you are not able to fax or email the completed Authorization to Debit

form, please mail the completed form to the following address:

**Refund/Recoveries**
**Group Protection Disability Claims**
**The Lincoln National Life Insurance Company**
**PO Box 2578**
**Omaha, NE 68172-9688**

If you have any questions regarding this matter, please contact me.

Sincerely,

Robin Goode
Financial Recovery Analysis II
Phone No.: (800) 291-0112 Ext. 15911
Secure Fax No.: (603) 334-0380

Attachments: One Time Debit Payment Auth
11580689-RECOVERY/REPAYMENT-CALCULATION WORKSHEET-10.19.2022

**Claim Number(s):11580689**

**New Monthly Benefit**

| | | | |
|---|---|---|---|
| Your Gross Benefit | | | $3,151.40 |
| Less: Other Income | | | $161.29 |
| | Workers' Comp | $161.29 | |
| | 0 | $0.00 | |
| | 0 | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | Total Other Income | $161.29 | |
| Your Adjusted Gross | | | $2,990.11 |
| Less: Taxes and Deductions | | | $0.00 |
| **Your Net Benefit** | | | **$2,990.11** |

**Overpayment Calculation**

| | | | |
|---|---|---|---|
| Originally Paid | *5/26/2022 through* | *6/25/2022* | $2,990.11 |
| Less: Should have Paid | *5/26/2022 through* | *6/25/2022* | $315.14 |
| Overpayment Due | | | $2,674.97 |
| Less: Recovery of Prior Overpayment | | | $0.00 |
| Less: Attorney Fees | | | $0.00 |
| Less: Excess Fee | | | $0.00 |
| **Amount Due** | | | **$2,674.97** |

**The Lincoln National Life Insurance Company**
**Group Protection Disability Claims**
PO Box 2578
Omaha, NE 68172-9688

## One Time Debit Payment Authorization Form

Sign and complete this form to authorize The Lincoln National Life Insurance Company to make a one-time debit to your account listed below.

By signing this form, you give us permission to debit your account for the amount indicated on or after the indicated date. This is permission for a single transaction only and does not provide authorization for any additional unrelated debits or credits to your account.

---

**Please complete the information below:**

**Lincoln Financial Group Disability Claim Number:** 11580689

I ____________________________ authorize The Lincoln National Life Insurance Company to debit my
(full name)

account at the financial institution listed below for ________ on or after ___________.
(amount) (date)

This authority will remain in effect until The Lincoln National Life Insurance Company is notified by me (us) in writing to cancel it in such time to afford The Lincoln National Life Insurance Company and the Financial Institution a reasonable opportunity to act on it.

Billing Address ______________________________ Phone# _______________________

City, State, Zip ______________________________ Email _________________________

Account Type: ☐ Checking ☐ Savings

Financial Institution Name ____________________________________________________

Financial Institution Address __________________________________________________

Routing Number _______________________________________________

Account Number _______________________________________________

SIGNATURE __________________________________ DATE ________________

I authorize the above-named business to debit the account indicated in this authorization form according to the terms outlined above. This payment authorization is for the goods/services described above, for the amount indicated above only, and is valid for one time use only. I certify that I am an authorized user of this account and that I will not dispute the payment with financial institution; so long as the transaction corresponds to the terms indicated in this form.

# ATTENTION

## Extremely Confidential Information Enclosed

**The enclosed confidential information was requested by Releasepoint, the authorized requestor. R - BATON ROUGE ORTHOPEDIC CLINIC – ... contracts with ScanSTAT Technologies or one of its' affiliates to reproduce exact copies of the original record as specified in the request letter. This information is confidential and protected by State and Federal laws and regulations including the Health Insurance Portability and Accountability Act (HIPAA).**

**ScanSTAT and its affiliates provide service only at the discretion and instruction of R - BATON ROUGE ORTHOPEDIC CLINIC – LA 020 CBD.... All authorized requests must be made directly to R - BATON ROUGE ORTHOPEDIC CLINIC – LA 020 CBD....**

*IMPORTANT: This transmission contains confidential information, some or all of which may be protected health information as defined by the Federal Health Insurance Portability & Accountability Act (HIPAA) Privacy Rule. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission to the intended recipient), you are hereby notified that any disclosure, dissemination, distribution or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify the sender by telephone to arrange the return or destruction of the information and all copies.*

Thank You!

Our medical record professionals work hard to process your records securely and accurately. On behalf of our employees, affiliates, and their families, Thank you in advance for paying your bill on time. If you have any questions please call 866-442-9026.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY
PO BOX 2578

OMAHA, NE 68172

13F7F105D8ED449BA5F8

13F7F105D8ED449BA5F8, KNIGHT, 1

Lincoln Financial Group®

RECEIVED 9/28/22

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | September 20, 2022 |
| To: | BRYAN GRIFFITH<br>BATON ROUGE ORTHO CLINIC |
| Attn: | Medical Rec |
| Fax: | (225) 408-7980 |
| From: | Keri Young<br>Ltd Claim Specialist I<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 11580689<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

September 20, 2022

Bryan Griffith
Baton Rouge Ortho Clinic

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Bryan Griffith:

We are the Disability Claim Administrator for your patient, Amy Ray Knight.

To evaluate Ms. Ray Knight's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2022 through present

We ask that you provide this information by September 28, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Ray Knight allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Ray Knight's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-0380

Attachments: 11580689-EMPLOYEE/CLAIMANT-AUTHORIZATION-08.26.2021

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

00000231 LFPCBDD1 00003070

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Amy R. Knight

Name of legal representative, if applicable (print) Amy R. Knight Relationship self

Signature of claimant or legal representative Amy R. Knight Date: 9-20-21

Date of Birth: ______ Claim Number: 011580689

**A copy of this authorization will be considered as valid as the original.**

PATIENT NAME: Amy Ray Knight
CHART NO: 45455
DATE: 09/22/2022

**ESTABLISHED PATIENT/NEW PROBLEM**

**CHIEF COMPLAINT:** Left knee pain.

**HISTORY:** Amy is a 54-year-old female who comes in today for her left knee. She states she has been having pain in the left knee for over a year now. She has previously seen one of our partners, Dr. Griffith, for left knee pain. She has already maximized conservative treatment with pain medications, NSAIDs, physical therapy, home exercise program prescribed by a physician with minimal to no relief. She is still having catching, popping, and locking. She wanted to get it checked out today.

- Location: Left knee.
- Quality: Dull ache, sharp, stabbing pain, throbbing, giving out.
- Severity: 8/10 at its worst.
- Duration: Over a year now.
- Alleviating factor: None.
- Aggravating factor: Certain movements.

**PAST MEDICAL HISTORY:** Past medical history, past surgical history, medications, allergies, family history, social history, and review of systems have been reviewed by me, dated, and initialed.

**PHYSICAL EXAM:**
**General:** Well-developed, well-nourished.
**Neuro:** Alert and oriented x3. Normal gait.
**Psych:** Normal speech and affect.
**CV:** Palpable radial pulses
**Resp:** Smooth and unlabored.
**Skin:** No evidence of focal lesions or trauma.
**Hem/Imm/Lymph:** No evidence of lymphangitis or adenopathy.
**Musculoskeletal:** Left knee reveals extensor mechanism is intact. She has pain with extension and deep flexion with good patellofemoral tracking. Severe medial and lateral joint line tenderness upon exam with evidence of patellofemoral crepitus. Good overall stability. Stable with

PATIENT NAME: Amy Ray Knight
CHART NO: 45455
DATE: 09/22/2022
PAGE: 2

varus and valgus stress at 0 and 30 degrees with 2+ distal pedal pulse. Positive McMurray's and positive Apley's on the medial compartment.

**X-RAYS:** No x-rays were taken today; however, I did go over x-rays of the left knee from February. Four views of the left knee including AP, standing PA flexion, sunrise and lateral views show well-maintained joint space. Otherwise, no acute findings.

**IMPRESSION:**
1. Left knee pain.
2. Left medial meniscus tear.

**PLAN:** At this time, we feel that the patient would best benefit from MRI of the left knee to rule out meniscus tear. We will see her back after this with results. We discussed this with the patient and Dr. Craig Greene.

At the conclusion of the office visit, the patient voiced understanding and approval of the plan. It is understood that if the pain worsens, the patient will contact our office or present to the nearest emergency room. Time was given to answer all questions.

Dr. Greene was present for evaluation and treatment of this patient.

Josh M. Hall, PA-C

I have examined the patient and agree.

Craig Castleman Greene, M.D., MBA
JMH/mk/ss/AB2

**PATIENT NAME: AMY RAY KNIGHT** **CHART NO: 45455**

02/24/2022

**ORTHOPAEDIC EVALUATION**

**HISTORY:** Ms. Knight is a 54-year-old complaining of bilateral knee pain, worse on the left than the right. She fell on her knees and they have been bothering her ever since. This is Kay Zvonek's daughter.

**PAST MEDICAL HISTORY, MEDICATIONS, REVIEW OF SYSTEMS:** Enclosed in the chart, reviewed and signed.

**PHYSICAL EXAM:**

Appearance: Her exam today shows that she is thin.

Vitals: Respirations are 16, equal and unlabored.

Cardiovascular/Peripheral Vascular Exam: Pulses are 2+. No edema. No lymphadenopathy.

Lower Extremity Exam: She has good range of motion of her hips, knees and ankles. She has tenderness about both patellas. She has no joint line tenderness medially or laterally, right or left. No instability.

Skin Exam: No rash or varicosities.

Neuropsych Exam: Patient is alert and oriented x 3. Mental status is normal.

**X-RAYS:** X-rays were ordered, performed and interpreted today in my office.

X-rays of the knees (AP, lateral, 0 and 30 degrees) taken today show no severe degenerative changes.

**IMPRESSION:**
1. Traumatic chondromalacia of bilateral knees.
2. Fibromyalgia.

**PLAN:** Knee extension exercises.

**R. Bryan Griffith, Jr., M.D./djo**

ScanSTAT TECHNOLOGIES
P.O. Box 791522
Baltimore, MD 21279-1522
(770) 569-2445

Billing Date: **9/28/2022**
Due Date: **10/28/2022**
Amount Due: **$31.50**
Invoice #: **13F7F105D8ED449BA5F8**

| Billing Address | Patient Information | Shipping Address |
|---|---|---|
| THE LINCOLN NATIONAL LIFE INSU ..<br>PO BOX 2578<br>OMAHA, NE 68172 | NAME: AMY KNIGHT<br>MRN: 45455<br>REQUEST ID: 11580689 | THE LINCOLN NATIONAL LIFE INSU ..<br>PO BOX 2578<br>OMAHA, NE 68172 |

**MEDICAL RECORD SOURCE**

Records were ordered from: R - Baton Rouge Orthopedic Clinic – La 020 Cb...
8080 BLUEBONNET BLVD, SUITE 1000
BATON ROUGE, LA 70810

| QUANTITY | ITEM DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1 | Release Basic Fees | $25.00 | $25.00 |
| 3 | Digital Copy - Copy Fee 1-25 | $1.00 | $3.00 |
| | Subtotal | | $28.00 |
| | Delivery Fee | | $3.50 |
| | **AMOUNT DUE** | | **$31.50** |

## IMPORTANT NOTICE:

In most cases the invoice amount is determined and controlled by your states legislated rates.
Please pay within 30 days.

**MESSAGES**

These records were processed by a ScanSTAT professional. All of our professionals work hard to process your records quickly, securely and accurately. On behalf of all our employees, affiliates and their families, thanks for paying promptly.

PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

**PLEASE RETURN THIS STUB WITH YOUR PAYMENT**

**INSTRUCTIONS**

1) Please send payments only to the address listed on this invoice.
2) Please DO NOT SEND CASH.
3) Pay by check, credit card or money order.
4) Please pay the total amount due listed on this invoice.

**For questions regarding your account or invoice**
(770) 569-2445
Email - cust-service@ScanSTAT.com

**Federal Tax ID#: 27-0786975**

THE LINCOLN NATIONAL LIFE INSURANCE ..
PO BOX 2578
OMAHA, NE 68172

**We accept credit card payments by phone or online by visiting www.scanstat.com**

Billing Date: **9/28/2022**
Due Date: **10/28/2022**
Amount Due: **$31.50**
Invoice #: **13F7F105D8ED449BA5F8**

**ScanSTAT Technologies**
P.O. Box 791522
Baltimore, MD 21279-1522

(MUST SUBMIT BARCODE BELOW WITH PAYMENT)

13F7F105D8ED449BA5F8

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | October 14, 2022 |
| To: | BRYAN GRIFFITH<br>BATON ROUGE ORTHO CLINIC |
| Attn: | Dr. Griffith |
| Fax: | (225) 408-7980 |
| From: | Keri Young<br>Ltd Claim Specialist I<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 8 |
| RE: | Claim #: 11580689<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

October 14, 2022

Bryan Griffith
Baton Rouge Ortho Clinic

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Bryan Griffith:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Gainwell Technologies's Group Disability Policy. We are writing in reference to Amy Ray Knight's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by October 21, 2022.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-0380

Attachments: 11580689-REQUEST-PROVIDER-09.30.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | September 30, 2022 |
| To: | BRYAN GRIFFITH<br>BATON ROUGE ORTHO CLINIC |
| Attn: | Medical Rec |
| Fax: | (225) 408-7980 |
| From: | Keri Young<br>Ltd Claim Specialist I<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 11580689<br>Claimant: Amy Ray Knight<br>Gainwell Technologies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

September 30, 2022

Bryan Griffith
Baton Rouge Ortho Clinic

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Bryan Griffith:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Gainwell Technologies's Group Disability Policy. We are writing in reference to Amy Ray Knight's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by October 7, 2022.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-0380

Attachments: 11580689-REQUEST-PROVIDER-09.20.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | September 20, 2022 |
| To: | BRYAN GRIFFITH<br>BATON ROUGE ORTHO CLINIC |
| Attn: | Medical Rec |
| Fax: | (225) 408-7980 |
| From: | Keri Young<br>Ltd Claim Specialist I<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 11580689<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

September 20, 2022

Bryan Griffith
Baton Rouge Ortho Clinic

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Bryan Griffith:

We are the Disability Claim Administrator for your patient, Amy Ray Knight.

To evaluate Ms. Ray Knight's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2022 through present

We ask that you provide this information by September 28, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Ray Knight allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Ray Knight's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-0380

Attachments: 11580689-EMPLOYEE/CLAIMANT-AUTHORIZATION-08.26.2021

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

00000231 LFPCSDD1 00003070

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Amy R Knight

Name of legal representative, if applicable (print) Amy R. Knight Relationship self

Signature of claimant or legal representative Amy R. Knight Date: 8-20-21

Date of Birth: __ ______ Claim Number: 011580689

**A copy of this authorization will be considered as valid as the original.**

10/07/2022 12:13 2256733473 UPS STORE 5467 PAGE 01/06

**THE UPS STORE 5467**
37459 ULTIMA PLAZA BLVD
PRAIRIEVILLE, LA. 70769
225.744.8771
225.673.3473

| | |
|---|---|
| TO: Keri Young, Claims Spc | FROM: Amy R. Knight - 1158068 |
| FAX: (603) 334-4102 | FAX: |
| PHONE: (800) 291-0112 ext 59543 | PHONE: |
| SUBJECT: Forms Req. | DATE: 10-7-22 |

COMMENTS: Thank You!

PAGE 1/6 * RCVD AT 10/7/2022 1:13:46 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/2 * DNIS:5033344102 * CSID:2256733473 * ANI:12256733473 * DURATION (mm-ss):02-14

10/07/2022 12:13 2256733473 UPS STORE 5467 PAGE 02/06

CO 000001-000001
PCS4JZ
Cost Center: 1720000320

gainwell

Gainwell Technologies LLC
355 Ledgelawn Dr.
Conway,AR 72034 USA

# Earnings Statement

| | |
|---|---|
| EMPLOYEE ID | 4941 |
| | Page 001 of 001 |
| Period Beg/End: | 07/11/2022 - 07/11/2022 |
| Advice Date: | 07/11/2022 |
| Advice Number: | 0131749482 |
| Batch Number: | 000000004411 |

**AMY RAY KNIGHT**

**For inquiries on this statement please call: 844-290-6027**

Basis of Pay: Hourly

COPY

| **Earnings** | **Rate** | **Hours/Units** | **Amount** | **Year-To-Date** |
|---|---|---|---|---|
| Severance Bonus | | | 14,544.00 | 14,544.00 |
| Holiday Pay | | | | 484.80 |
| Gross Pay | | | 14,544.00 | 15,028.80 |
| **Tax Deductions: Federal** | | | | |
| Withholding Tax | | | 2,973.43- | 2,973.43- |
| EE Social Security Tax | | | 901.73- | 931.79- |
| EE Medicare Tax | | | 210.89- | 217.92- |
| **Tax Deductions: Louisiana** | | | | |
| Withholding Tax | | | 595.76- | 604.72- |
| **Additional Deductions** | | | | |
| *401K MAP | | | | 58.18- |
| Total Net Pay | | | 9,862.19 | 10,242.76 |

| **Retro Corrections/Adjustments** | **by Period** | | **Rate Hours/Amt** |
|---|---|---|---|
| Severance Bonus | 06/05/22 | 06/18/22 | 14544.00 |

COPY

| **Payment Method** | **Amount** |
|---|---|
| Direct Deposit | 9,862.19 |

Your federal taxable wages 14,544.00
*Excluded from Federal Taxable Wages

COPY COPY

© 2002 Automatic Data Processing (PCSUO6)

VERIFY DOCUMENT AUTHENTICITY: COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

gainwell Gainwell Technologies LLC
355 Ledgelawn Dr.
Conway, AR 72034 USA

Advice Number: 0131749482
Advice Date: 07/11/2022

VOID VOID VOID

| Deposited to the account of | | Account Number | Transit ABA | Amount |
|---|---|---|---|---|
| AMY RAY KNIGHT | CHECKING | ) | | 9862.19 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

**Mercer Marketplace 365+℠**

MS AMY RAY KNIGHT

Printed Date: 06/16/2022

**COBRA CONTINUATION COVERAGE ELECTION NOTICE**

Client: Gainwell Technologies
Division: USEE
Status: Involuntary Termination

Qualification Date: 06/10/2022
Eligible: **18 Months**

Date Your Coverage Ends: 06/10/2022
Notification Date: 06/16/2022
Last Day to Elect: 08/15/2022

La cobertura de seguro de salud que tenía a través de su compañía se canceló. Este aviso contiene un resumen, en inglés, de sus derechos para elegir continuar su cobertura de seguro de salud. Si tiene dificultades para comprender cualquier parte de este aviso, debe llamar al (866) 268-0142 de lunes a viernes de 8 am a 9 pm ET, excepto días festivos.

This notice and the enclosed brochure, "Your Benefits: A COBRA How-To Guide", contain important information about your right to continue your health care coverage through your employer's Group Health Plan(s) (COBRA), as well as other health coverage alternatives that may be available to you through Mercer Marketplace or the Health Insurance Marketplace. You and/or any of your dependents who were covered on the day before your COBRA Qualifying event may continue health coverage for up to 18 Months from the Date Coverage Ends. If you elect to do so, your continuation coverage will begin on 06/11/2022 and can last until 12/10/2023, but may end before that date in certain circumstances, like failure to pay premiums, fraud, or if you become covered under another group health plan. To continue coverage, carefully follow the instructions below.

**Read carefully the enclosed brochure, "Continuing Your Benefits: A COBRA How-To Guide."** It contains a comprehensive description of how COBRA works and your rights and responsibilities under COBRA, how payment for COBRA works, consequences of failing to elect COBRA, circumstances that can extend your coverage and the health coverage alternatives that may be available in your summary plan description or from the Plan Administrator, available upon request from the employer's benefits department.

**Keep your dates and deadlines (see above) in mind.** You have specific timeframes to make elections and payments, or risk losing your coverage.

**If you do not want to elect COBRA continuation coverage, stop here.** Your coverage under the Plan will end on 06/10/2022. You do not need to take any special steps to discontinue coverage.

**If you do want to elect COBRA continuation coverage, take the following steps:**

- **Benefits do not automatically continue.** Either enroll online using Mercer Marketplace's secure website, or return the completed and signed Election Form, postmarked by 08/15/2022. Items postmarked late will not be accepted.
- **Make your initial payment.** You have 45 days from your actual election date to make your first payment. Coverage will not be reinstated until payment is current. To activate your coverage quickly, you can pay online at www.yourflexbenefits.mercermarketplace365.com as part of your online process or enclose a check payable to Gainwell Technologies when you submit your Election Form to the mailing address below. For more information, see **"Continuing your Benefits: A COBRA How-To Guide."**
- **Keep Mercer Marketplace informed of any Address Changes.** Keep a copy, for your records, of any correspondence

you send us.

COBRA Contact Information:
Mercer Marketplace Continuation of Benefits Department,
P.O. Box 424, Escondido, CA 92033
Phone: (866) 268-0142 Monday through Friday 8 am to 9 pm ET
Fax: (844) 890-9653
www.yourflexbenefits.mercermarketplace365.com

gainwell

**PERSONAL AND CONFIDENTIAL**

June 08, 2022

Amy Ray Knight

Dear Ms. Knight:

This will confirm the terms of the offer, terms, and potential agreement which you and representatives of Gainwell Technologies LLC (hereafter "the Company") discussed recently concerning your separation of employment, effective the 10th day of June 2022.

This letter and offer, together with the Separation Agreement and General Release attached hereto, set forth our mutual understanding of a proposed compensation package pertaining to your separation of employment by the Company, effective on the 10th day of June 2022. Upon your acceptance, both of us will acknowledge our mutual agreement with the terms and conditions specified in the offer, the Consideration, the Waiver of Rights, and the Confidential Information Protection, Intellectual Property Protection, and Non-Disparagement (the "Company Protections") set forth herein (collectively referred to as the "Agreement").

**OFFER**

This constitutes an offer to you by the Company. It is important that you read and understand the terms of this Agreement in full and that if you decide to sign the Agreement you do so knowingly and voluntarily.

As further described below, you are being afforded a reasonable opportunity to consider the Agreement and are advised and encouraged to consult with an attorney of your choice prior to executing it. The Company's offer as described herein will be open and effective for twenty-one (21) days from the date you receive this. You may elect to accept or reject this offer and the Agreement within that time period. If you accept, you will have seven (7) days within which you may revoke it in its entirety. If you do nothing within the twenty-one (21) day period, the offer made in this Agreement will be considered withdrawn by the Company.

**TERMS OF SEPARATION**

As a result of your separation of employment, you are, under current Company policy and practice, eligible for the following:

(A) Flex vacation pay representing accrued but unused hours through your last day worked, less all applicable federal, state, and/or local payroll withholdings. Per Gainwell policy, you are not credited with and do not accrue flex vacation during the severance period; therefore, you will not receive compensation for flexible vacation after leaving Gainwell's employ, unless required by state law.

(B) If you are enrolled in medical, dental, or vision insurance, coverage continues through midnight of the date in which your employment terminates. Thereafter, you may elect continuation of health coverage for yourself and your dependents pursuant to the Consolidated Omnibus Budget Reconciliation Act of 1985 ("COBRA"), and Gainwell will pay the full amount of the first month's premium for medical continuation

coverage under COBRA. Dental and vision insurance can be continued under COBRA, but there is no company paid premium for those COBRA coverage plans.

Additionally, if you sign the Agreement, thereby agreeing to the Waiver of Rights and Company Protections, the Company will also provide you with the consideration described in the section titled "Consideration," which includes severance pay in the amount of fourteen thousand five hundred and forty-four dollars and zero cents ($14,544.00). The consideration, including the severance pay and any other items listed in that section, are amounts and/or benefits to which you are not otherwise entitled and is being offered to you in consideration of and exchange for the signed Waiver of Rights and the Company Protections described in the Agreement.

If you decide to accept the Company's offer and the terms of the Agreement (including the Waiver of Rights and Company Protections), please sign in the appropriate place no later than twenty-one (21) days after receipt and return the signed Agreement to Human Resources Business Partner, Lisa Reik as the Company's representative by either e-mailing to lreik@gainwelltechnologies.com or mailing to 355 Ledgelawn Drive, Conway, Arkansas 72034, attention: Lisa Reik. If you choose to revoke the Agreement, you will need to notify Lisa Reik at the above physical and e-mail address before the expiration of the seven (7) day revocation period.

By signing this letter and offer on behalf of the Company, we are indicating its intent to make this offer and to be bound by it for twenty-one (21) days after your receipt. If there are any questions, please let us know immediately.

Sincerely,

*Lisa Reik*

Lisa Reik
Human Resources Business Partner

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | September 30, 2022 |
| To: | BRYAN GRIFFITH<br>BATON ROUGE ORTHO CLINIC |
| Attn: | Medical Rec |
| Fax: | (225) 408-7980 |
| From: | Keri Young<br>Ltd Claim Specialist I<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 11580689<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

September 30, 2022

Bryan Griffith
Baton Rouge Ortho Clinic

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Bryan Griffith:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Gainwell Technologies's Group Disability Policy. We are writing in reference to Amy Ray Knight's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by October 7, 2022.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-0380

Attachments: 11580689-REQUEST-PROVIDER-09.20.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | September 20, 2022 |
| To: | BRYAN GRIFFITH<br>BATON ROUGE ORTHO CLINIC |
| Attn: | Medical Rec |
| Fax: | (225) 408-7980 |
| From: | Keri Young<br>Ltd Claim Specialist I<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #: 11580689<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

September 20, 2022

Bryan Griffith
Baton Rouge Ortho Clinic

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Bryan Griffith:

We are the Disability Claim Administrator for your patient, Amy Ray Knight.

To evaluate Ms. Ray Knight's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2022 through present

We ask that you provide this information by September 28, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Ray Knight allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Ray Knight's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-0380

Attachments: 11580689-EMPLOYEE/CLAIMANT-AUTHORIZATION-08.26.2021

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

00000231 LFPC5DD1 00003070

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Amy R. Knight
Name of legal representative, if applicable (print) Amy R. Knight Relationship self
Signature of claimant or legal representative Amy R. Knight Date: 8-20-21
Date of Birth: _ Claim Number: 011580689

**A copy of this authorization will be considered as valid as the original.**

To: , Page: 1 of 1 2022-09-28 16:11:38 EDT 18666747481 From: Production Primary

ScanSTAT TECHNOLOGIES
P.O. Box 791522
Baltimore, MD 21279-1522
(770) 569-2445

Billing Date: **9/28/2022**
Due Date: **10/28/2022**
Amount Due: **$31.50**
Invoice #: **13F7F105D8ED449BA5F8**

| Billing Address | Patient Information | Shipping Address |
|---|---|---|
| THE LINCOLN NATIONAL LIFE INSU .. | NAME: AMY KNIGHT | THE LINCOLN NATIONAL LIFE INSU .. |
| PO BOX 2578 | MRN: 45455 | PO BOX 2578 |
| OMAHA, NE 68172 | REQUEST ID: 11580689 | OMAHA, NE 68172 |

**MEDICAL RECORD SOURCE**

Records were ordered from: R - Baton Rouge Orthopedic Clinic – La 020 Cb...
8080 BLUEBONNET BLVD, SUITE 1000
BATON ROUGE, LA 70810

| QUANTITY | ITEM DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1 | Release Basic Fees | $25.00 | $25.00 |
| 3 | Digital Copy - Copy Fee 1-25 | $1.00 | $3.00 |
| | Subtotal | | $28.00 |
| | Delivery Fee | | $3.50 |
| | **AMOUNT DUE** | | **$31.50** |

## IMPORTANT NOTICE:

In most cases the invoice amount is determined and controlled by your states legislated rates.
Please pay within 30 days.

**MESSAGES**

These records were processed by a ScanSTAT professional. All of our professionals work hard to process your records quickly, securely and accurately. On behalf of all our employees, affiliates and their families, thanks for paying promptly.

PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

**PLEASE RETURN THIS STUB WITH YOUR PAYMENT**

THE LINCOLN NATIONAL LIFE INSURANCE ..
PO BOX 2578
OMAHA, NE 68172

**We accept credit card payments by phone or online by visiting www.scanstat.com**

**INSTRUCTIONS**

1) Please send payments only to the address listed on this invoice.
2) Please DO NOT SEND CASH.
3) Pay by check, credit card or money order.
4) Please pay the total amount due listed on this invoice.

**For questions regarding your account or invoice**
(770) 569-2445
Email - cust-service@ScanSTAT.com

**Federal Tax ID#: 27-0786975**

Billing Date: **9/28/2022**
Due Date: **10/28/2022**
Amount Due: **$31.50**
Invoice #: **13F7F105D8ED449BA5F8**

**ScanSTAT Technologies**
P.O. Box 791522
Baltimore, MD 21279-1522

(MUST SUBMIT BARCODE BELOW WITH PAYMENT)

13F7F105D8ED449BA5F8

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | September 20, 2022 |
| To: | VENUGOPAL VATSAVAYI<br>BATON ROUGE CLINIC |
| Attn: | Medical Rec |
| Fax: | (225) 387-7829 |
| From: | Keri Young<br>Ltd Claim Specialist I<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages<br>(Including Cover): | 4 |
| RE: | Claim #: 11580689<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

September 20, 2022

Venugopal Vatsavayi
Baton Rouge Clinic

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Venugopal Vatsavayi:

We are the Disability Claim Administrator for your patient, Amy Ray Knight.

To evaluate Ms. Ray Knight's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 7, 2022 through present

We ask that you provide this information by September 28, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Ray Knight allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Ray Knight's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-0380

Attachments: 11580689-EMPLOYEE/CLAIMANT-AUTHORIZATION-08.26.2021

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

0000281 LFPOSDD1 0005070

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Amy R. Knight

Name of legal representative, if applicable (print) Amy R. Knight Relationship self

Signature of claimant or legal representative Amy R. Knight Date: 9-26-21

Date of Birth: ______ Claim Number: 011580689

**A copy of this authorization will be considered as valid as the original.**

# KNIGHT, Amy R

MRN: 252940

**Office Visit** 3/3/2022
The Baton Rouge Clinic
Psychiatry Department

Provider: Vatsavayi, Venugopal, MD (Psychiatry)
Primary diagnosis: Moderate episode of recurrent major depressive disorder (HCC)
Reason for Visit: Routine Visit; Referred by West, J David, MD

## Progress Notes

Vatsavayi, Venugopal, MD (Physician) • Psychiatry

**The Baton Rouge Clinic Psychiatry Department**
3401 NORTH BLVD
SUITE 100
BATON ROUGE LA 70806-3743
Phone: 225-381-2621
Fax: 225-387-7829

**Psychiatric Follow Up Progress Note**

**Patient ID:** Amy is a 54 y.o. female. DOB -

Seen: Alone
Pain Level: Denies
**Chief Complaint**
Patient presents with
- Routine Visit

Subjective:
Presents for a routine f/u visit. She says that she and her husband caught Covid in Feb. Her daughter is due next week. She does not want her around for the delivery which is very upsetting for her. Her husband was recently diagnosed with Nodule on his lung. She was denied SSI.
She has been crying frequently. She is tearful during the visit. She states that she constantly hurts. She has trouble with insomnia. She fell twice since her last visit.
She denies any Suicidal ideations. She has not started medical THC.
Takes Xanax very Occasionally.
She denies any etoh use or illicit drug use.

Blood pressure 112/71, pulse 99, height 160 cm (63"), weight 53.7 kg (118 lb 6.4 oz).

**Allergies**

| Allergen | Reactions |
| --- | --- |
| • Adhesive | |
| • Lipitor [Atorvastatin] | |
| • Morphine | |

**Outpatient Encounter Medications as of 3/3/2022**

| Medication | Sig | Dispense | Refill |
| --- | --- | --- | --- |

| | | | |
|---|---|---|---|
| • albuterol HFA (Ventolin HFA) 90 mcg/actuation inhaler | Inhale 2 puffs into the lungs every 6 (six) hours as needed for Wheezing. | 6.7 g | 0 |
| • ALPRAZolam (XANAX) 0.5 mg tablet | TAKE 1 TABLET BY MOUTH DAILY AS NEEDED FOR SLEEP. | 15 tablet | 0 |
| • amitriptyline (ELAVIL) 10 mg tablet | TAKE TWO TABLETS BY MOUTH EVERY NIGHT AT BEDTIME | 60 tablet | 3 |
| • brompheniramine-pseudoeph -DM 2-30-10 mg/5 mL Syrup | Take 5 mLs by mouth every 4 (four) hours. | 120 mL | 0 |
| • buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet | Take 1 tablet by mouth once daily. | 30 tablet | 3 |
| • chlordiazepoxide-clidinium (LIBRAX) 5-2.5 mg per capsule | TAKE 1 CAPSULE BY MOUTH 3 TIMES DAILY WITH MEALS. | 45 capsule | 3 |
| • Claritin-D 24 Hour 10-240 mg per 24 hr tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | 30 tablet | 3 |
| • erythromycin (ROMYCIN) ophthalmic ointment | Place into both eyes at bedtime. | | |
| • FLUoxetine (PROZAC) 40 MG capsule | Take 1 capsule by mouth daily. | 30 capsule | 3 |
| • fluticasone (FLONASE) 50 mcg/actuation nasal spray | APPLY TWO SPRAYS IN EACH NOSTRIL ONCE DAILY | 16 g | 1 |
| • metFORMIN XR (GLUCOPHAGE-XR) 500 mg 24 hr tablet | TAKE 1 TABLET BY MOUTH TWICE A DAY | 60 tablet | 3 |
| • naproxen (NAPROSYN) 500 mg tablet | TAKE 1 TABLET BY MOUTH TAKE DAILY WITH A MEAL. | 30 tablet | 3 |
| • propranoloL (INDERAL) 20 mg tablet | TAKE 1 TABLET BY MOUTH TWICE A DAY | 60 tablet | 3 |
| • SUMAtriptan (IMITREX) 50 mg tablet | Take 1 tablet by mouth every 2 (two) hours as needed for Migraine. May repeat in 2 hours if needed | 10 tablet | 3 |
| • topiramate (TOPAMAX) 25 mg tablet | TAKE 1 TABLET BY MOUTH TWICE A DAY | 60 tablet | 3 |

| | | | |
|---|---|---|---|
| • triamcinolone (KENALOG) 0.1 % cream | APPLY THINLY TO THE AFFECTED AREAS ON THE BACK TWICE A DAY AS NEEDED FOR ITCHING/IRRITATION | | |
| • [DISCONTINUED] buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet | Take 1 tablet by mouth once daily. | 30 tablet | 3 |
| • [DISCONTINUED] FLUoxetine (PROZAC) 40 MG capsule | Take 1 capsule by mouth daily. | 30 capsule | 3 |
| • FLUoxetine (PROzac) 20 mg capsule | Take 1 capsule by mouth daily. | 30 capsule | 2 |

No facility-administered encounter medications on file as of 3/3/2022.

**Mental Status Exam:**
**Appearance**: Appropriately groomed
**Affect**: Labile
**Mood**: Depressed
**Speech Rate**: Normal
**Speech Volume**: Normal
**Speech Pressured**: No
**Thought Process**: Logical
**Obsessions**: None
**Judgement**: Good
**Insight**: Good
**Orientation**: Intact
**Concentration**: Good
**Fund of Knowledge**: appropriate for level of education
**Thought Content**:
Audio Hallucinations: Denies
Visual Hallucinations: Denies
SI: Denies
HI: Denies

Diagnosis: No Change
1. **Moderate episode of recurrent major depressive disorder (HCC)**
2. Fibromyalgia
3. GAD (generalized anxiety disorder)

**Plan**:
Amy was seen today for routine visit.

Diagnoses and all orders for this visit:

**1. Moderate episode of recurrent major depressive disorder (HCC) (Primary)**
- buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet; Take 1 tablet by mouth once daily., Starting Thu 3/3/2022, Normal

**2. Fibromyalgia**

**3. GAD (generalized anxiety disorder)**

**Other orders**

- FLUoxetine (PROzac) 20 mg capsule; Take 1 capsule by mouth daily., Starting Thu 3/3/2022, Until Fri 3/3/2023, Normal
- FLUoxetine (PROZAC) 40 MG capsule; Take 1 capsule by mouth daily., Starting Thu 3/3/2022, Until Fri 3/3/2023, Normal

- Will increase Prozac to 60mg daily
- Continue with other meds.

Return in about 2 months (around 5/3/2022).

Educated Regarding: Medications
Education Provided to: Patient

Venugopal Vatsavayi, MD 3/3/2022 3:23 PM

## Instructions

Return in about 2 months (around 5/3/2022).

## Additional Documentation

Vitals: BP 112/71 Pulse 99 Ht 160 cm (63") Wt 53.7 kg (118 lb 6.4 oz) BMI 20.97 kg/m² BSA 1.54 m²

Flowsheets: Unwanted Narrator Documentation, Vital Signs

## Communications

No questionnaires available.

## Recent Education

View Details

| Active Education Titles | | Last Documented In |
|---|---|---|
| First-Dose Education | 0 of 1 complete | |

## Orders Placed

None

## Medication Changes

As of 3/3/2022 3:22 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| fluoxetine HCl | | | |

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: FLUoxetine (PROzac) 20 mg capsule**<br>Take 1 capsule by mouth daily. - Oral | 2 | 3/3/2022 | 5/12/2022 |
| **Unchanged: FLUoxetine (PROZAC) 40 MG capsule**<br>Take 1 capsule by mouth daily. - Oral | 3 | 3/3/2022 | 5/26/2022 |

## Medication List at End of Visit

As of 3/3/2022 3:22 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **albuterol HFA (Ventolin HFA) 90 mcg/actuation inhaler**<br>Inhale 2 puffs into the lungs every 6 (six) hours as needed for Wheezing. - Inhalation | 0 | 2/18/2022 | 3/29/2022 |
| **ALPRAZolam (XANAX) 0.5 mg tablet**<br>TAKE 1 TABLET BY MOUTH DAILY AS NEEDED FOR SLEEP. - Oral<br>Notes to Pharmacy: This request is for a new prescription for a controlled substance as required by Federal/State law.. | 0 | 9/16/2021 | |
| **amitriptyline (ELAVIL) 10 mg tablet**<br>TAKE TWO TABLETS BY MOUTH EVERY NIGHT AT BEDTIME | 3 | 1/2/2022 | 4/15/2022 |
| **brompheniramine-pseudoeph-DM 2-30-10 mg/5 mL Syrup**<br>Take 5 mLs by mouth every 4 (four) hours. - Oral | 0 | 2/18/2022 | 7/5/2022 |
| **buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet**<br>Take 1 tablet by mouth once daily. - Oral<br>Notes to Pharmacy: DX Code Needed NEED NEW RX. | 3 | 3/3/2022 | 3/29/2022 |
| **chlordiazepoxide-clidinium (LIBRAX) 5-2.5 mg per capsule**<br>TAKE 1 CAPSULE BY MOUTH 3 TIMES DAILY WITH MEALS.<br>Prior authorization: Closed - Other | 3 | 2/7/2022 | 5/9/2022 |
| **erythromycin (ROMYCIN) ophthalmic ointment**<br>Place into both eyes at bedtime. - Both Eyes<br>Patient-reported medication | | 8/17/2021 | |
| **fluoxetine HCl** | | | |
| **FLUoxetine (PROzac) 20 mg capsule**<br>Take 1 capsule by mouth daily. - Oral | 2 | 3/3/2022 | 5/12/2022 |
| **FLUoxetine (PROZAC) 40 MG capsule**<br>Take 1 capsule by mouth daily. - Oral | 3 | 3/3/2022 | 5/26/2022 |
| **fluticasone (FLONASE) 50 mcg/actuation nasal spray**<br>APPLY TWO SPRAYS IN EACH NOSTRIL ONCE DAILY | 1 | 8/22/2017 | |
| **Claritin-D 24 Hour 10-240 mg per 24 hr tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY<br>Notes to Pharmacy: Not to exceed 2 additional fills before 02/23/2022. | 3 | 12/28/2021 | 7/5/2022 |
| **metFORMIN XR (GLUCOPHAGE-XR) 500 mg 24 hr tablet** | 3 | 1/30/2022 | 5/9/2022 |

| | Refills | Start Date | End Date |
|---|---|---|---|
| TAKE 1 TABLET BY MOUTH TWICE A DAY | | | |
| **naproxen (NAPROSYN) 500 mg tablet**<br>TAKE 1 TABLET BY MOUTH TAKE DAILY WITH A MEAL - Oral | 3 | 3/1/2022 | |
| **propranoloL (INDERAL) 20 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWICE A DAY | 3 | 12/31/2021 | 4/29/2022 |
| **SUMAtriptan (IMITREX) 50 mg tablet**<br>Take 1 tablet by mouth every 2 (two) hours as needed for Migraine. May repeat in 2 hours if needed - Oral | 3 | 11/10/2021 | 3/4/2022 |
| **topiramate (TOPAMAX) 25 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWICE A DAY | 3 | 3/1/2022 | 5/9/2022 |
| **triamcinolone (KENALOG) 0.1 % cream**<br>APPLY THINLY TO THE AFFECTED AREAS ON THE BACK TWICE A DAY AS NEEDED FOR ITCHING/IRRITATION<br>Patient-reported medication | | 7/16/2021 | |

## Visit Diagnoses

Primary: **Moderate episode of recurrent major depressive disorder (HCC)** F33.1
Fibromyalgia M79.7
GAD (generalized anxiety disorder) F41.1

# KNIGHT, Amy R

MRN: 252940

**Office Visit** 5/26/2022
The Baton Rouge Clinic
Psychiatry Department

Provider: Vatsavayi, Venugopal, MD (Psychiatry)
Primary diagnosis: GAD (generalized anxiety disorder)
Reason for Visit: Routine Visit; Referred by West, J David, MD

## Progress Notes

Vatsavayi, Venugopal, MD (Physician) • Psychiatry

**The Baton Rouge Clinic Psychiatry Department**
3401 NORTH BLVD
SUITE 100
BATON ROUGE LA 70806-3743
Phone: 225-381-2621
Fax: 225-387-7829

**Psychiatric Follow Up Progress Note**

**Patient ID:** Amy is a 54 y.o. female. DOB -

Seen: Alone
Pain Level: Denies
**Chief Complaint**
Patient presents with
- Routine Visit

Subjective:
Presents for a routine f/u visit. She talked about her relationship with her daughter. She let her to be with her during the delivery which is lot of relief for her. Her husband had a lung biposy and waiting for the results. She is also dealing with her knee pain.
States that increase in Prozac has helped. Her Crying spells have improved. She still struggles with intermittent sleep problems. On elavil 20mg at HS with not much benefit. She states that she is limited by her Fatigue and chronic pain. She takes Xanax very occasionally.
She denies any Psychosis.

Blood pressure 110/70, height 160 cm (63"), weight 54.4 kg (120 lb).

**Allergies**

| Allergen | Reactions |
|---|---|
| • Adhesive | |
| • Lipitor [Atorvastatin] | |
| • Morphine | |

**Outpatient Encounter Medications as of 5/26/2022**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|


PAGE 11/22 * RCVD AT 9/27/2022 12:33:06 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:5033340380 * CSID: * ANI:12253812757 * DURATION (mm-ss):06-09

| | | | |
|---|---|---|---|
| • albuterol HFA 90 mcg/actuation inhaler | INHALE 2 PUFFS INTO THE LUNGS EVERY 6 HOURS AS NEEDED FOR WHEEZE | 6.7 g | 3 |
| • ALPRAZolam (XANAX) 0.5 mg tablet | TAKE 1 TABLET BY MOUTH DAILY AS NEEDED FOR SLEEP. | 15 tablet | 0 |
| • amitriptyline (ELAVIL) 10 mg tablet | TAKE TWO TABLETS BY MOUTH EVERY NIGHT AT BEDTIME. | 60 tablet | 3 |
| • brompheniramine-pseudoeph -DM 2-30-10 mg/5 mL Syrup | Take 5 mLs by mouth every 4 (four) hours. | 120 mL | 0 |
| • chlordiazepoxide-clidinium (LIBRAX) 5-2.5 mg per capsule | Take 1 capsule by mouth 3 (three) times daily with meals. | 45 capsule | 3 |
| • Claritin-D 24 Hour 10-240 mg per 24 hr tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | 30 tablet | 3 |
| • erythromycin (ROMYCIN) ophthalmic ointment | Place into both eyes at bedtime. | | |
| • fluticasone (FLONASE) 50 mcg/actuation nasal spray | APPLY TWO SPRAYS IN EACH NOSTRIL ONCE DAILY | 16 g | 1 |
| • metFORMIN XR (GLUCOPHAGE-XR) 500 mg 24 hr tablet | TAKE 1 TABLET BY MOUTH TWICE A DAY | 60 tablet | 3 |
| • naproxen (NAPROSYN) 500 mg tablet | TAKE 1 TABLET BY MOUTH TAKE DAILY WITH A MEAL | 30 tablet | 3 |
| • propranoloL (INDERAL) 20 mg tablet | Take 1 tablet by mouth 2 (two) times daily. | 60 tablet | 3 |
| • SUMAtriptan (IMITREX) 50 mg tablet | TAKE 1 TABLET BY MOUTH EVERY 2 (TWO) HOURS AS NEEDED FOR MIGRAINE. MAY REPEAT IN 2 HOURS IF NEEDED | 10 tablet | 3 |
| • topiramate (TOPAMAX) 25 mg tablet | TAKE 1 TABLET BY MOUTH TWICE A DAY | 180 tablet | 2 |

| | | | |
|---|---|---|---|
| • triamcinolone (KENALOG) 0.1 % cream | APPLY THINLY TO THE AFFECTED AREAS ON THE BACK TWICE A DAY AS NEEDED FOR ITCHING/IRRITATION | | |
| • [DISCONTINUED] buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | 30 tablet | 3 |
| • [DISCONTINUED] FLUoxetine (PROzac) 20 mg capsule | TAKE 1 CAPSULE BY MOUTH EVERY DAY | 30 capsule | 0 |
| • [DISCONTINUED] FLUoxetine (PROZAC) 40 MG capsule | Take 1 capsule by mouth daily. | 30 capsule | 3 |
| • buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet | Take 1 tablet by mouth once daily. | 30 tablet | 3 |
| • FLUoxetine (PROzac) 20 mg capsule | Take 1 capsule by mouth daily. | 30 capsule | 3 |
| • FLUoxetine (PROZAC) 40 MG capsule | Take 1 capsule by mouth daily. | 30 capsule | 3 |

No facility-administered encounter medications on file as of 5/26/2022.

**Mental Status Exam:**
**Appearance**: Appropriately groomed
**Affect**: Full
**Mood**: Euthymic
**Speech Rate**: Normal
**Speech Volume**: Normal
**Speech Pressured**: No
**Thought Process**: Logical
**Obsessions**: None
**Judgement**: Good
**Insight**: Good
**Orientation**: Intact
**Concentration**: Good
**Fund of Knowledge**: appropriate for level of education
**Thought Content**:
Audio Hallucinations: Denies
Visual Hallucinations: Denies
SI: Denies
HI: Denies

Diagnosis: No Change
1. **GAD (generalized anxiety disorder)**
2. Major depression, chronic
3. Moderate episode of recurrent major depressive disorder (HCC)

**Plan**:

Amy was seen today for routine visit.

Diagnoses and all orders for this visit:

**1. GAD (generalized anxiety disorder) (Primary)**

**2. Major depression, chronic**

**3. Moderate episode of recurrent major depressive disorder (HCC)**
- buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet; Take 1 tablet by mouth once daily., Starting Thu 5/26/2022, Normal

**Other orders**
- FLUoxetine (PROZAC) 40 MG capsule; Take 1 capsule by mouth daily., Starting Thu 5/26/2022, Until Fri 5/26/2023, Normal
- FLUoxetine (PROzac) 20 mg capsule; Take 1 capsule by mouth daily., Starting Thu 5/26/2022, Normal

- Continue with current meds
- D/w pt about increasing her Elavil if Needed.

Return in about 3 months (around 8/26/2022).

Educated Regarding: Medications
Education Provided to: Patient

Venugopal Vatsavayi, MD 5/26/2022 1:24 PM

## Instructions

Return in about 3 months (around 8/26/2022).

## Additional Documentation

Vitals: BP 110/70 Ht 160 cm (63") Wt 54.4 kg (120 lb) BMI 21.26 kg/m² BSA 1.56 m²

Flowsheets: Unwanted Narrator Documentation, Vital Signs

## Communications

No questionnaires available.

## Recent Education

View Details

| Active Education Titles | | Last Documented In |
|---|---|---|
| First-Dose Education | 0 of 1 complete | |

## Orders Placed

None

## Medication Changes

As of 5/26/2022 1:22 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| fluoxetine HCl | | | |
| **Unchanged: FLUoxetine (PROZAC) 40 MG capsule**<br>Take 1 capsule by mouth daily. - Oral | 3 | 5/26/2022 | 8/4/2022 |
| **Changed: FLUoxetine (PROzac) 20 mg capsule**<br>Take 1 capsule by mouth daily. - Oral<br>Previously: TAKE 1 CAPSULE BY MOUTH EVERY DAY | 3 | 5/26/2022 | 8/4/2022 |

## Medication List at End of Visit

As of 5/26/2022 1:22 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **albuterol HFA 90 mcg/actuation inhaler**<br>INHALE 2 PUFFS INTO THE LUNGS EVERY 6 HOURS AS NEEDED FOR WHEEZE | 3 | 3/29/2022 | |
| **ALPRAZolam (XANAX) 0.5 mg tablet**<br>TAKE 1 TABLET BY MOUTH DAILY AS NEEDED FOR SLEEP. - Oral<br>Notes to Pharmacy: This request is for a new prescription for a controlled substance as required by Federal/State law.. | 0 | 9/16/2021 | |
| **amitriptyline (ELAVIL) 10 mg tablet**<br>TAKE TWO TABLETS BY MOUTH EVERY NIGHT AT BEDTIME. | 3 | 4/15/2022 | 6/10/2022 |
| **brompheniramine-pseudoeph-DM 2-30-10 mg/5 mL Syrup**<br>Take 5 mLs by mouth every 4 (four) hours. - Oral | 0 | 2/18/2022 | 7/5/2022 |
| **buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet**<br>Take 1 tablet by mouth once daily. - Oral | 3 | 5/26/2022 | 8/23/2022 |
| **chlordiazepoxide-clidinium (LIBRAX) 5-2.5 mg per capsule**<br>Take 1 capsule by mouth 3 (three) times daily with meals. - Oral<br>Prior authorization: Closed - Other | 3 | 5/11/2022 | 8/29/2022 |
| **erythromycin (ROMYCIN) ophthalmic ointment**<br>Place into both eyes at bedtime. - Both Eyes<br>Patient-reported medication | | 8/17/2021 | |
| **fluoxetine HCl** | | | |
| **FLUoxetine (PROZAC) 40 MG capsule**<br>Take 1 capsule by mouth daily. - Oral | 3 | 5/26/2022 | 8/4/2022 |
| **FLUoxetine (PROzac) 20 mg capsule**<br>Take 1 capsule by mouth daily. - Oral | 3 | 5/26/2022 | 8/4/2022 |
| **fluticasone (FLONASE) 50 mcg/actuation nasal spray**<br>APPLY TWO SPRAYS IN EACH NOSTRIL ONCE DAILY | 1 | 8/22/2017 | |
| **Claritin-D 24 Hour 10-240 mg per 24 hr tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY<br>Notes to Pharmacy: Not to exceed 2 additional fills before 02/23/2022. | 3 | 12/28/2021 | 7/5/2022 |

| | Refills | Start Date | End Date |
|---|---|---|---|
| **metFORMIN XR (GLUCOPHAGE-XR) 500 mg 24 hr tablet**<br>TAKE 1 TABLET BY MOUTH TWICE A DAY | 3 | 5/9/2022 | 6/16/2022 |
| **naproxen (NAPROSYN) 500 mg tablet**<br>TAKE 1 TABLET BY MOUTH TAKE DAILY WITH A MEAL - Oral | 3 | 3/1/2022 | |
| **propranolol (INDERAL) 20 mg tablet**<br>Take 1 tablet by mouth 2 (two) times daily. - Oral | 3 | 4/29/2022 | 8/3/2022 |
| **SUMAtriptan (IMITREX) 50 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY 2 (TWO) HOURS AS NEEDED FOR MIGRAINE. MAY REPEAT IN 2 HOURS IF NEEDED - Oral | 3 | 3/4/2022 | 8/3/2022 |
| **topiramate (TOPAMAX) 25 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWICE A DAY | 2 | 5/9/2022 | |
| **triamcinolone (KENALOG) 0.1 % cream**<br>APPLY THINLY TO THE AFFECTED AREAS ON THE BACK TWICE A DAY AS NEEDED FOR ITCHING/IRRITATION<br>Patient-reported medication | | 7/16/2021 | |

## Visit Diagnoses

Primary: **GAD (generalized anxiety disorder)** F41.1
Major depression, chronic F32.9
Moderate episode of recurrent major depressive disorder (HCC) F33.1

# KNIGHT, Amy R

MRN: 252940

**Office Visit** 9/15/2022
The Baton Rouge Clinic
Psychiatry Department

Provider: Vatsavayi, Venugopal, MD (Psychiatry)
Primary diagnosis: GAD (generalized anxiety disorder)
Reason for Visit: Follow-up; Referred by West, J David, MD

## Progress Notes

Vatsavayi, Venugopal, MD (Physician) • Psychiatry

**The Baton Rouge Clinic Psychiatry Department**
3401 NORTH BLVD
SUITE 100
BATON ROUGE LA 70806-3743
Phone: 225-381-2621
Fax: 225-387-7829

**Psychiatric Follow Up Progress Note**

**Patient ID:** Amy is a 54 y.o. female. DOB -

Seen: Alone
Pain Level: Denies
**Chief Complaint**
Patient presents with
- Follow-up

Subjective:
Presents for a routine f/u visit. She is c/o headache and knee pain. She says that she is struggling with knee pain. She had an X-ray and had no structural problems. She takes NSAIDS to help with her pain.
Her husband had lung Lobectomy in June. She has been struggling with anxiety and depression. She has gained about 20 pounds in a yr. States that it bothers her. She states that she does not want get out of the bed in the morning. She states that she feels stiff in the morning. Had multiple somatic complaints.
States that she is tired. Denies any Psychosis.
She is sleeping well. No suicidal ideations.
C/o dry mouth and dry eyes. States that she is a "picker". Worse with increase in anxiety

Blood pressure 109/73, pulse 94, height 160 cm (62.99"), weight 56.2 kg (124 lb).

**Allergies**

| Allergen | Reactions |
|---|---|
| • Adhesive | |
| • Lipitor [Atorvastatin] | |
| • Morphine | |
| • Sulfa (Sulfonamide Antibiotics) | |

**Outpatient Encounter Medications as of 9/15/2022**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • ALPRAZolam (XANAX) 0.5 mg tablet | TAKE 1 TABLET BY MOUTH DAILY AS NEEDED FOR SLEEP. | 15 tablet | 0 |
| • celecoxib (CeleBREX) 200 mg capsule | TAKE 1 CAPSULE BY MOUTH 2 (TWO) TIMES DAILY AS NEEDED FOR PAIN. TAKE MEDICATION WITH FOOD | 60 capsule | 2 |
| • [DISCONTINUED] buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | 90 tablet | 0 |
| • [DISCONTINUED] FLUoxetine (PROzac) 20 mg capsule | TAKE 1 CAPSULE BY MOUTH EVERY DAY | 90 capsule | 1 |
| • [DISCONTINUED] FLUoxetine (PROZAC) 40 MG capsule | TAKE 1 CAPSULE BY MOUTH EVERY DAY | 90 capsule | 1 |
| • albuterol HFA 90 mcg/actuation inhaler | INHALE 2 PUFFS INTO THE LUNGS EVERY 6 HOURS AS NEEDED FOR WHEEZE | 6.7 g | 3 |
| • amitriptyline (ELAVIL) 10 mg tablet | TAKE TWO TABLETS BY MOUTH EVERY NIGHT AT BEDTIME | 180 tablet | 1 |
| • buPROPion XL (WELLBUTRIN XL) 300 mg 24 hr tablet | Take 0.5 tablets by mouth once daily. | 30 tablet | 2 |
| • chlordiazepoxide-clidinium (LIBRAX) 5-2.5 mg per capsule | TAKE 1 CAPSULE BY MOUTH 3 TIMES DAILY WITH MEALS. | 270 capsule | 1 |
| • Claritin-D 24 Hour 10-240 mg per 24 hr tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | 30 tablet | 0 |
| • erythromycin (ROMYCIN) ophthalmic ointment | Place into both eyes at bedtime. | | |
| • FLUoxetine (PROzac) 20 mg capsule | Take 1 capsule by mouth once daily. | 30 capsule | 2 |
| • FLUoxetine (PROZAC) 40 MG capsule | Take 1 capsule by mouth once daily. | 30 capsule | 3 |
| • fluticasone (FLONASE) 50 mcg/actuation nasal spray | APPLY TWO SPRAYS IN EACH NOSTRIL ONCE DAILY | 16 g | 1 |
| • metFORMIN XR (GLUCOPHAGE-XR) 500 mg 24 hr tablet | TAKE 1 TABLET BY MOUTH TWICE A DAY | 180 tablet | 2 |

| | | | |
|---|---|---|---|
| • naproxen (NAPROSYN) 500 mg tablet | TAKE 1 TABLET BY MOUTH TAKE DAILY WITH A MEAL. | 30 tablet | 3 |
| • propranoloL (INDERAL) 20 mg tablet | TAKE 1 TABLET BY MOUTH TWICE A DAY | 180 tablet | 2 |
| • SUMAtriptan (IMITREX) 50 mg tablet | TAKE 1 TABLET BY MOUTH EVERY 2 (TWO) HOURS AS NEEDED FOR MIGRAINE. MAY REPEAT IN 2 HOURS IF NEEDED | 10 tablet | 2 |
| • topiramate (TOPAMAX) 25 mg tablet | TAKE 1 TABLET BY MOUTH TWICE A DAY | 180 tablet | 2 |
| • triamcinolone (KENALOG) 0.1 % cream | APPLY THINLY TO THE AFFECTED AREAS ON THE BACK TWICE A DAY AS NEEDED FOR ITCHING/IRRITATIO N | | |

No facility-administered encounter medications on file as of 9/15/2022.

**Mental Status Exam:**
**Appearance**: Appropriately groomed
**Affect**: Full
**Mood**: Depressed
**Speech Rate**: Normal
**Speech Volume**: Normal
**Speech Pressured**: No
**Thought Process**: Logical
**Obsessions**: None
**Judgement**: Good
**Insight**: Good
**Orientation**: Intact
**Concentration**: Good
**Fund of Knowledge**: appropriate for level of education
**Thought Content**:
Audio Hallucinations: Denies
Visual Hallucinations: Denies
SI: Denies
HI: Denies

Diagnosis: No Change
1. **GAD (generalized anxiety disorder)**
2. Moderate episode of recurrent major depressive disorder (HCC)

**Plan**:
Amy was seen today for follow-up.

Diagnoses and all orders for this visit:

**1. GAD (generalized anxiety disorder) (Primary)**

**2. Moderate episode of recurrent major depressive disorder (HCC)**
- buPROPion XL (WELLBUTRIN XL) 300 mg 24 hr tablet; Take 0.5 tablets by mouth once daily., Starting Thu 9/15/2022, Normal

**Other orders**
- FLUoxetine (PROZAC) 40 MG capsule; Take 1 capsule by mouth once daily., Starting Thu 9/15/2022, Normal
- FLUoxetine (PROzac) 20 mg capsule; Take 1 capsule by mouth once daily., Starting Thu 9/15/2022, Normal

- Will increase wellbutrin to 300mg daily
- Will continue with other meds
- D/w her techniques to help with her picking

Return in about 3 months (around 12/15/2022).

Educated Regarding: Medications
Education Provided to: Patient

Venugopal Vatsavayi, MD 9/15/2022 2:23 PM

## Instructions

Return in about 3 months (around 12/15/2022).

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 109/73 (BP Location: Left arm, Patient Position: Sitting, BP Cuff Size: Regular) Pulse 94 Ht 160 cm (62.99") Wt 56.2 kg (124 lb) BMI 21.97 kg/m² BSA 1.58 m² |
| Flowsheets: | Unwanted Narrator Documentation, Vital Signs |
| SmartForms: | MR PATIENT VISIT EVENTS |

## Communications

No questionnaires available.

## Recent Education

View Details

| Active Education Titles | | Last Documented In |
|---|---|---|
| First-Dose Education | 0 of 1 complete | |



PAGE 20/22 * RCVD AT 9/27/2022 12:33:06 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6033340380 * CSID: * ANI:12253812757 * DURATION (mm-ss):06-09

## Orders Placed

None

## Medication Changes

As of 9/15/2022 2:18 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Changed: buPROPion XL (WELLBUTRIN XL) 300 mg 24 hr tablet**<br>Take 0.5 tablets by mouth once daily. - Oral<br>Previously: TAKE 1 TABLET BY MOUTH EVERY DAY | 2 | 9/15/2022 | |
| **fluoxetine HCl** | | | |
| **Changed: FLUoxetine (PROZAC) 40 MG capsule**<br>Take 1 capsule by mouth once daily. - Oral<br>Previously: TAKE 1 CAPSULE BY MOUTH EVERY DAY | 3 | 9/15/2022 | |
| **Changed: FLUoxetine (PROzac) 20 mg capsule**<br>Take 1 capsule by mouth once daily. - Oral<br>Previously: TAKE 1 CAPSULE BY MOUTH EVERY DAY | 2 | 9/15/2022 | |

## Medication List at End of Visit

As of 9/15/2022 2:18 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **albuterol HFA 90 mcg/actuation inhaler**<br>INHALE 2 PUFFS INTO THE LUNGS EVERY 6 HOURS AS NEEDED FOR WHEEZE | 3 | 3/29/2022 | |
| **ALPRAZolam (XANAX) 0.5 mg tablet**<br>TAKE 1 TABLET BY MOUTH DAILY AS NEEDED FOR SLEEP. - Oral<br>Notes to Pharmacy: This request is for a new prescription for a controlled substance as required by Federal/State law.. | 0 | 9/16/2021 | |
| **amitriptyline (ELAVIL) 10 mg tablet**<br>TAKE TWO TABLETS BY MOUTH EVERY NIGHT AT BEDTIME | 1 | 6/10/2022 | |
| **buPROPion XL (WELLBUTRIN XL) 300 mg 24 hr tablet**<br>Take 0.5 tablets by mouth once daily. - Oral | 2 | 9/15/2022 | |
| **celecoxib (CeleBREX) 200 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH 2 (TWO) TIMES DAILY AS NEEDED FOR PAIN. TAKE MEDICATION WITH FOOD - Oral | 2 | 8/16/2022 | |
| **chlordiazepoxide-clidinium (LIBRAX) 5-2.5 mg per capsule**<br>TAKE 1 CAPSULE BY MOUTH 3 TIMES DAILY WITH MEALS.<br>No prior authorization was found for this prescription.<br>Found prior authorization for another prescription for the same medication: Closed - Other | 1 | 9/12/2022 | |
| **erythromycin (ROMYCIN) ophthalmic ointment**<br>Place into both eyes at bedtime. - Both Eyes<br>Patient-reported medication | | 8/17/2021 | |
| **fluoxetine HCl** | | | |
| **FLUoxetine (PROZAC) 40 MG capsule** | 3 | 9/15/2022 | |

| | Refills | Start Date | End Date |
|---|---|---|---|
| Take 1 capsule by mouth once daily. - Oral | | | |
| **FLUoxetine (PROzac) 20 mg capsule**<br>Take 1 capsule by mouth once daily. - Oral | 2 | 9/15/2022 | |
| **fluticasone (FLONASE) 50 mcg/actuation nasal spray**<br>APPLY TWO SPRAYS IN EACH NOSTRIL ONCE DAILY | 1 | 8/22/2017 | |
| **Claritin-D 24 Hour 10-240 mg per 24 hr tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY<br>Notes to Pharmacy: This request is for a new prescription for a controlled substance as required by Federal/State law.. | 0 | 7/5/2022 | 9/16/2022 |
| **metFORMIN XR (GLUCOPHAGE-XR) 500 mg 24 hr tablet**<br>TAKE 1 TABLET BY MOUTH TWICE A DAY | 2 | 6/16/2022 | |
| **naproxen (NAPROSYN) 500 mg tablet**<br>TAKE 1 TABLET BY MOUTH TAKE DAILY WITH A MEAL. - Oral | 3 | 3/1/2022 | |
| **propranoloL (INDERAL) 20 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWICE A DAY | 2 | 8/3/2022 | |
| **SUMAtriptan (IMITREX) 50 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY 2 (TWO) HOURS AS NEEDED FOR MIGRAINE. MAY REPEAT IN 2 HOURS IF NEEDED - Oral | 2 | 8/3/2022 | |
| **topiramate (TOPAMAX) 25 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWICE A DAY | 2 | 5/9/2022 | |
| **triamcinolone (KENALOG) 0.1 % cream**<br>APPLY THINLY TO THE AFFECTED AREAS ON THE BACK TWICE A DAY AS NEEDED FOR ITCHING/IRRITATION<br>Patient-reported medication | | 7/16/2021 | |

## Visit Diagnoses

Primary: **GAD (generalized anxiety disorder)** F41.1

Moderate episode of recurrent major depressive disorder (HCC) F33.1

09/22/2022 07:58 BR Clinic (FAX)225 246 9164 P.001/014

THE
BATON
ROUGE
CLINIC
AMC

7373 Perkins Road ▪ Baton Rouge, Louisiana 70808-4326 ▪ 225-769-4044

# FAX COVER SHEET

(T):225-246-9714

(F):225-246-9164

DATE: 9/22/22

ATTENTION: Ken Young

FAX NUMBER: 603-334-0380

NUMBER OF PAGES (including cover sheet):____

FROM: Dr. J. David West Office

MESSAGE

Claim # 11580689

## NOTICE OF CONFIDENTIALITY

The information contained in this facsimile message is privileged and confidential information intended for the use of the recipient listed above. If the person receiving this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copy of this communication is strictly prohibited. If you have received this fax in error, please immediately notify us by telephone at 225-769-4044 to arrange for return of the document to us.

# KNIGHT, Amy R

MRN: 252940

**West, J David, MD**
Physician
Specialty: Internal Medicine

Progress Notes
Signed

Encounter Date: 1/17/2022

THE BATON ROUGE CLINIC AMC

**Baton Rouge Clinic Internal Medicine**
7373 PERKINS ROAD
BATON ROUGE LA 70808-4326
Phone: 225-769-4044

## OFFICE VISIT

### CHIEF COMPLAINT

**Chief Complaint**
Patient presents with
- Annual Exam

### HISTORY OF PRESENT ILLNESS

Amy R KNIGHT is here today for her annual wellness physical exam. She is here to have her chronic conditions including diabetes process. She continues to suffer with chronic pain in both of her upper extremities. She also reports fatigue. She continues to see psychiatry for depression and anxiety. She sees Dr. Bourg rheumatology for fibromyalgia.

### MEDICAL HISTORY

**Past Medical History:**

| Diagnosis | Date |
| --- | --- |
| • Anxiety | |
| • Benign essential tremor | |
| • Depression | |
| • Diabetes mellitus | |
| • Headache(784.0) | |
| • Hyperlipidemia | |
| • IBS (irritable bowel syndrome) | |

### SURGICAL HISTORY

**Past Surgical History:**

| Procedure | Laterality | Date |
| --- | --- | --- |
| • BREAST SURGERY *Left breast biopsy* | | |
| • HYSTERECTOMY *COMPLETE* | | |
| • PELVIC LAPAROSCOPY | | |

## FAMILY HISTORY

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Thyroid disease | Mother | |
| • Atrial fibrillation | Mother | |
| • Hyperlipidemia | Father | |
| • Diabetes | Father | |
| • Thyroid disease | Father | |
| • No Significant Medical History | Brother | |
| • Diabetes | Child | |

## SOCIAL HISTORY

**Social History**

| | |
|---|---|
| Socioeconomic History | |
| • Marital status: | Married |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |
| Occupational History | |
| • Occupation: | on disability, RN |
| Tobacco Use | |
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| Substance and Sexual Activity | |
| • Alcohol use: | No |
| • Drug use: | Not on file |
| • Sexual activity: | Not on file |
| Other Topics | Concern |
| • Not on file | |
| Social History Narrative | |
| • Not on file | |

**Social Determinants of Health**

Financial Resource Strain: Not on file
Food Insecurity: Not on file
Transportation Needs: Not on file
Physical Activity: Not on file

Stress: Not on file
Social Connections: Not on file
Housing Stability: Not on file

**MEDICATIONS**

Current Outpatient Medications

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • albuterol HFA (Ventolin HFA) 90 mcg/actuation inhaler | 2 puffs. | | |
| • ALPRAZolam (XANAX) 0.5 mg tablet | TAKE 1 TABLET BY MOUTH DAILY AS NEEDED FOR SLEEP. | 15 tablet | 0 |
| • amitriptyline (ELAVIL) 10 mg tablet | TAKE TWO TABLETS BY MOUTH EVERY NIGHT AT BEDTIME | 60 tablet | 3 |
| • buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet | Take 1 tablet by mouth once daily. | 30 tablet | 3 |
| • chlordiazepoxide-clidinium (LIBRAX) 5-2.5 mg per capsule | Take 1 capsule by mouth 3 (three) times daily with meals. | 45 capsule | 3 |
| • Claritin-D 24 Hour 10-240 mg per 24 hr tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | 30 tablet | 3 |
| • erythromycin (ROMYCIN) ophthalmic ointment | APPLY A SMALL AMOUNT INTO LEFT EYE AT BEDTIME AS DIRECTED | | |
| • FLUoxetine (PROZAC) 40 MG capsule | Take 1 capsule by mouth daily. | 30 capsule | 3 |
| • fluticasone (FLONASE) 50 mcg/actuation nasal spray | APPLY TWO SPRAYS IN EACH NOSTRIL ONCE DAILY | 16 g | 1 |
| • metFORMIN XR (GLUCOPHAGE-XR) 500 mg 24 hr tablet | Take 1 tablet by mouth 2 (two) times daily. | 60 tablet | 3 |
| • naproxen (NAPROSYN) 500 mg tablet | TAKE 1 TABLET BY MOUTH TAKE DAILY WITH A MEAL. | 30 tablet | 3 |
| • propranolol (INDERAL) 20 mg tablet | TAKE 1 TABLET BY MOUTH TWICE A DAY | 60 tablet | 3 |
| • SUMAtriptan (IMITREX) 50 mg tablet | Take 1 tablet by mouth every 2 (two) hours as needed for Migraine. May repeat in 2 hours if needed | 10 tablet | 3 |

| | | | |
|---|---|---|---|
| • topiramate (TOPAMAX) 25 mg tablet | TAKE 1 TABLET BY MOUTH 2 TIMES DAILY. | 60 tablet | 3 |
| • triamcinolone (KENALOG) 0.1 % cream | APPLY THINLY TO THE AFFECTED AREAS ON THE BACK TWICE A DAY AS NEEDED FOR ITCHING/IRRITATIO N | | |

No current facility-administered medications for this visit.

**ALLERGIES**

Allergies

| Allergen | Reactions |
|---|---|
| • Adhesive | |
| • Lipitor [Atorvastatin] | |
| • Morphine | |

**REVIEW OF SYSTEM**

**Constitutional:** Denies fever or chills, no change in appetite, no weight gain or loss, positive fatigue
**Eyes:** Denies change in visual acuity, eye pain, or redness, no diplopia
**HENT:** Denies nasal congestion or sore throat, mouth sores, post nasal drip,epistaxis
**Respiratory:** Denies cough or shortness of breath, sputum, hemoptysis
**Cardiovascular:** Denies chest pain or edema, orthopnea, PND, palpitations
**GI:** Denies abdominal pain, nausea, vomiting, bloody stools or diarrhea, constipation and melena. No change in stool character
**GU:** Denies dysuria, hematuria, frequency, nocturia, incontinence
**Musculoskeletal:** Chronic bilateral upper extremity pain
**Integument:** Denies rash,wounds,lesions
**Neurologic:** Denies headache, focal weakness or sensory changes
**Endocrine:** Denies polyuria or polydipsia
**Lymphatic:** Denies swollen glands
**Psychiatric:** Denies depression or anxiety

**PHYSICAL EXAM**
**Vital Signs:** There were no vitals filed for this visit.

**General:** Well developed, well nourished, no acute distress, non-toxic appearance
**EYES:** PERRL, EOM, conjunctiva normal , sclera anicteric,
**HENT:** Atraumatic,normocephalic, external ears normal,TMs normal, nose normal, oropharynx moist, no pharyngeal exudates.
**NECK:** normal range of motion, no tenderness, supple , no adenopathy, carotid bruit, or thyromegaly
**RESPIRATORY:** No respiratory distress, clear breath sounds bilaterally, no rales, no wheezing

**CARDIOVASCULAR:** Normal rate, normal rhythm, no murmurs, no gallops, no rubs.Distal pulses intact
**GI:** Soft, nondistended, normal bowel sounds, nontender, no organomegaly, no mass, no rebound, no guarding
**Extremities:** No edema
**SKIN:** Well hydrated, no rash
**LYMPHATIC:** No lymphadenopathy noted
**NEUROLOGIC:** Alert & oriented x 3, CN 2-12 normal, normal motor function, normal sensory function, no focal deficits noted
**PSYCHIATRIC:** Speech, behavior, appearance normal, mood okay, affect normal

**RESULTS**

**ASSESSMENT**

1. **Visit for annual health examination**
2. Type 2 diabetes mellitus without complication, without long-term current use of insulin (HCC)
3. Complex regional pain syndrome type 1 of left upper extremity
4. Chronic pain of left upper extremity
5. Chronic pain of right wrist
6. Major depression, chronic
7. GAD (generalized anxiety disorder)
8. Hx of migraine headaches
9. Benign essential tremor
10. Screen for colon cancer

**PLAN**
Amy was seen today for annual exam.

Diagnoses and all orders for this visit:

**Visit for annual health examination**
- CBC and Differential; Future
- TSH; Future
- Urinalysis, manual with scope; Future
- T4, free; Future

**Type 2 diabetes mellitus without complication, without long-term current use of insulin (HCC)**
- Hemoglobin A1c; Future

**Complex regional pain syndrome type 1 of left upper extremity**

**Chronic pain of left upper extremity**

**Chronic pain of right wrist**

**Major depression, chronic**

**GAD (generalized anxiety disorder)**

**Hx of migraine headaches**

**Benign essential tremor**

**Screen for colon cancer**
- Occlt Blood Fecal Immunoassay (Scrn)x2; Future

No changes in present medications. Continue efforts toward a healthy diet and some exercise. Return in 6 months sooner if needed.

Office Visit on 1/17/2022 *Note shared with patient*

## Additional Documentation

Vitals: BP 128/72 Pulse 84 Resp 20 Ht 160 cm (63") Wt 54.9 kg (121 lb) BMI 21.43 kg/m²
BSA 1.56 m²

Flowsheets: Unwanted Narrator Documentation, Vital Signs

## Orders Placed

**CBC and Differential** (Resulted 3/23/2022, Abnormal)
**Hemoglobin A1c** (Resulted 3/23/2022, Abnormal)
**Urinalysis, manual with scope** (Resulted 1/17/2022, Abnormal)
T4, free (Resulted 3/23/2022)
TSH (Resulted 3/23/2022)
Occlt Blood Fecal Immunoassay (Scrn)x2

## Medication Changes

As of 1/17/2022 12:49 PM

None

## Visit Diagnoses

Primary: **Visit for annual health examination** Z00.00
Type 2 diabetes mellitus without complication, without long-term current use of insulin (HCC) E11.9
Complex regional pain syndrome type 1 of left upper extremity G90.512
Chronic pain of left upper extremity M79.602, G89.29
Chronic pain of right wrist M25.531, G89.29
Major depression, chronic F32.9
GAD (generalized anxiety disorder) F41.1
Hx of migraine headaches Z86.69
Benign essential tremor G25.0
Screen for colon cancer Z12.11

# KNIGHT, Amy R

MRN: 252940

West, J David, MD
Physician
Specialty: Internal Medicine

Progress Notes
Addendum

Encounter Date: 7/18/2022

THE BATON ROUGE CLINIC AMC

**Baton Rouge Clinic Internal Medicine**
7373 PERKINS ROAD
BATON ROUGE LA 70808-4326
Phone: 225-769-4044

## OFFICE VISIT

### CHIEF COMPLAINT

**Chief Complaint**
Patient presents with
- Follow-up

### HISTORY OF PRESENT ILLNESS

Amy R KNIGHT is here today for routine follow-up regarding her chronic conditions including diabetes. She remains on Prozac and sees mental health for depression and anxiety. She has been experiencing some middle back pain for the last couple of weeks. She is seen a change in the color and odor of her urine. She denies any fever or chills.
She mentions that she is having increased numbness and swelling in her left upper extremity. She is currently in the process of applying for disability.

### MEDICAL HISTORY

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Benign essential tremor | |
| • Depression | |
| • Diabetes mellitus | |
| • Headache(784.0) | |
| • Hyperlipidemia | |
| • IBS (irritable bowel syndrome) | |

### SURGICAL HISTORY

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BREAST SURGERY<br>*Left breast biopsy* | | |
| • HYSTERECTOMY<br>*COMPLETE* | | |

- PELVIC LAPAROSCOPY

## FAMILY HISTORY

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Thyroid disease | Mother | |
| • Atrial fibrillation | Mother | |
| • Hyperlipidemia | Father | |
| • Diabetes | Father | |
| • Thyroid disease | Father | |
| • No Significant Medical History | Brother | |
| • Diabetes | Child | |

## SOCIAL HISTORY

**Social History**

Socioeconomic History

- Marital status: Married

Occupational History

- Occupation: on disability, RN

Tobacco Use

- Smoking status: Never Smoker
- Smokeless tobacco: Never Used

Substance and Sexual Activity

- Alcohol use: No

## MEDICATIONS

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • albuterol HFA 90 mcg/actuation inhaler | INHALE 2 PUFFS INTO THE LUNGS EVERY 6 HOURS AS NEEDED FOR WHEEZE | 6.7 g | 3 |
| • ALPRAZolam (XANAX) 0.5 mg tablet | TAKE 1 TABLET BY MOUTH DAILY AS NEEDED FOR SLEEP. | 15 tablet | 0 |
| • amitriptyline (ELAVIL) 10 mg tablet | TAKE TWO TABLETS BY MOUTH EVERY NIGHT AT BEDTIME | 180 tablet | 1 |

THE
BATON
ROUGE
CLINIC
AMC

7373 Perkins Road ▪ Baton Rouge, Louisiana 70808-4326 ▪ 225-769-4044

# FAX COVER SHEET

(T):225-246-9714

(F):225-246-9164

DATE: 9/22/22

ATTENTION: Ken Young

FAX NUMBER: 603-334-0380

NUMBER OF PAGES (including cover sheet):____

FROM: Dr. J. David West Office

MESSAGE

Claim # 11580689

## NOTICE OF CONFIDENTIALITY

The information contained in this facsimile message is privileged and confidential information intended for the use of the recipient listed above. If the person receiving this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copy of this communication is strictly prohibited. If you have received this fax in error, please immediately notify us by telephone at 225-769-4044 to arrange for return of the document to us.

# KNIGHT, Amy R

MRN: 252940

West, J David, MD
Physician
Specialty: Internal Medicine

Progress Notes
Signed

Encounter Date: 1/17/2022

THE BATON ROUGE CLINIC AMC

**Baton Rouge Clinic Internal Medicine**
7373 PERKINS ROAD
BATON ROUGE LA 70808-4326
Phone: 225-769-4044

## OFFICE VISIT

### CHIEF COMPLAINT

**Chief Complaint**
Patient presents with
- Annual Exam

### HISTORY OF PRESENT ILLNESS

Amy R KNIGHT is here today for her annual wellness physical exam. She is here to have her chronic conditions including diabetes process. She continues to suffer with chronic pain in both of her upper extremities. She also reports fatigue. She continues to see psychiatry for depression and anxiety. She sees Dr. Bourg rheumatology for fibromyalgia.

### MEDICAL HISTORY

**Past Medical History:**

| Diagnosis | Date |
| --- | --- |
| • Anxiety | |
| • Benign essential tremor | |
| • Depression | |
| • Diabetes mellitus | |
| • Headache(784.0) | |
| • Hyperlipidemia | |
| • IBS (irritable bowel syndrome) | |

### SURGICAL HISTORY

**Past Surgical History:**

| Procedure | Laterality | Date |
| --- | --- | --- |
| • BREAST SURGERY *Left breast biopsy* | | |
| • HYSTERECTOMY *COMPLETE* | | |
| • PELVIC LAPAROSCOPY | | |

**FAMILY HISTORY**

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Thyroid disease | Mother | |
| • Atrial fibrillation | Mother | |
| • Hyperlipidemia | Father | |
| • Diabetes | Father | |
| • Thyroid disease | Father | |
| • No Significant Medical History | Brother | |
| • Diabetes | Child | |

**SOCIAL HISTORY**

**Social History**

| | |
|---|---|
| Socioeconomic History | |
| • Marital status: | Married |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |
| Occupational History | |
| • Occupation: | on disability, RN |
| Tobacco Use | |
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| Substance and Sexual Activity | |
| • Alcohol use: | No |
| • Drug use: | Not on file |
| • Sexual activity: | Not on file |
| Other Topics | Concern |
| • Not on file | |
| Social History Narrative | |
| • Not on file | |

**Social Determinants of Health**

Financial Resource Strain: Not on file
Food Insecurity: Not on file
Transportation Needs: Not on file
Physical Activity: Not on file

Stress: Not on file
Social Connections: Not on file
Housing Stability: Not on file

**MEDICATIONS**

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • albuterol HFA (Ventolin HFA) 90 mcg/actuation inhaler | 2 puffs. | | |
| • ALPRAZolam (XANAX) 0.5 mg tablet | TAKE 1 TABLET BY MOUTH DAILY AS NEEDED FOR SLEEP. | 15 tablet | 0 |
| • amitriptyline (ELAVIL) 10 mg tablet | TAKE TWO TABLETS BY MOUTH EVERY NIGHT AT BEDTIME | 60 tablet | 3 |
| • buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet | Take 1 tablet by mouth once daily. | 30 tablet | 3 |
| • chlordiazepoxide-clidinium (LIBRAX) 5-2.5 mg per capsule | Take 1 capsule by mouth 3 (three) times daily with meals. | 45 capsule | 3 |
| • Claritin-D 24 Hour 10-240 mg per 24 hr tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | 30 tablet | 3 |
| • erythromycin (ROMYCIN) ophthalmic ointment | APPLY A SMALL AMOUNT INTO LEFT EYE AT BEDTIME AS DIRECTED | | |
| • FLUoxetine (PROZAC) 40 MG capsule | Take 1 capsule by mouth daily. | 30 capsule | 3 |
| • fluticasone (FLONASE) 50 mcg/actuation nasal spray | APPLY TWO SPRAYS IN EACH NOSTRIL ONCE DAILY | 16 g | 1 |
| • metFORMIN XR (GLUCOPHAGE-XR) 500 mg 24 hr tablet | Take 1 tablet by mouth 2 (two) times daily. | 60 tablet | 3 |
| • naproxen (NAPROSYN) 500 mg tablet | TAKE 1 TABLET BY MOUTH TAKE DAILY WITH A MEAL. | 30 tablet | 3 |
| • propranoloL (INDERAL) 20 mg tablet | TAKE 1 TABLET BY MOUTH TWICE A DAY | 60 tablet | 3 |
| • SUMAtriptan (IMITREX) 50 mg tablet | Take 1 tablet by mouth every 2 (two) hours as needed for Migraine. May repeat in 2 hours if needed | 10 tablet | 3 |

| | | | |
|---|---|---|---|
| • topiramate (TOPAMAX) 25 mg tablet | TAKE 1 TABLET BY MOUTH 2 TIMES DAILY. | 60 tablet | 3 |
| • triamcinolone (KENALOG) 0.1 % cream | APPLY THINLY TO THE AFFECTED AREAS ON THE BACK TWICE A DAY AS NEEDED FOR ITCHING/IRRITATION | | |

No current facility-administered medications for this visit.

**ALLERGIES**

Allergies

| Allergen | Reactions |
|---|---|
| • Adhesive | |
| • Lipitor [Atorvastatin] | |
| • Morphine | |

**REVIEW OF SYSTEM**

**Constitutional:** Denies fever or chills, no change in appetite, no weight gain or loss, positive fatigue
**Eyes:** Denies change in visual acuity, eye pain, or redness, no diplopia
**HENT:** Denies nasal congestion or sore throat, mouth sores, post nasal drip,epistaxis
**Respiratory:** Denies cough or shortness of breath, sputum, hemoptysis
**Cardiovascular:** Denies chest pain or edema, orthopnea, PND, palpitations
**GI:** Denies abdominal pain, nausea, vomiting, bloody stools or diarrhea, constipation and melena. No change in stool character
**GU:** Denies dysuria, hematuria, frequency, nocturia, incontinence
**Musculoskeletal:** Chronic bilateral upper extremity pain
**Integument:** Denies rash,wounds,lesions
**Neurologic:** Denies headache, focal weakness or sensory changes
**Endocrine:** Denies polyuria or polydipsia
**Lymphatic:** Denies swollen glands
**Psychiatric:** Denies depression or anxiety

**PHYSICAL EXAM**
**Vital Signs:** There were no vitals filed for this visit.

**General:** Well developed, well nourished, no acute distress, non-toxic appearance
**EYES:** PERRL, EOM, conjunctiva normal , sclera anicteric,
**HENT:** Atraumatic,normocephalic, external ears normal,TMs normal, nose normal, oropharynx moist, no pharyngeal exudates.
**NECK:** normal range of motion, no tenderness, supple , no adenopathy, carotid bruit, or thyromegaly
**RESPIRATORY:** No respiratory distress, clear breath sounds bilaterally, no rales, no wheezing

**CARDIOVASCULAR:** Normal rate, normal rhythm, no murmurs, no gallops, no rubs.Distal pulses intact
**GI:** Soft, nondistended, normal bowel sounds, nontender, no organomegaly, no mass, no rebound, no guarding
**Extremities:** No edema
**SKIN:** Well hydrated, no rash
**LYMPHATIC:** No lymphadenopathy noted
**NEUROLOGIC:** Alert & oriented x 3, CN 2-12 normal, normal motor function, normal sensory function, no focal deficits noted
**PSYCHIATRIC:** Speech, behavior, appearance normal, mood okay, affect normal

**RESULTS**

**ASSESSMENT**
1. **Visit for annual health examination**
2. Type 2 diabetes mellitus without complication, without long-term current use of insulin (HCC)
3. Complex regional pain syndrome type 1 of left upper extremity
4. Chronic pain of left upper extremity
5. Chronic pain of right wrist
6. Major depression, chronic
7. GAD (generalized anxiety disorder)
8. Hx of migraine headaches
9. Benign essential tremor
10. Screen for colon cancer

**PLAN**
Amy was seen today for annual exam.

Diagnoses and all orders for this visit:

**Visit for annual health examination**
- CBC and Differential; Future
- TSH; Future
- Urinalysis, manual with scope; Future
- T4, free; Future

**Type 2 diabetes mellitus without complication, without long-term current use of insulin (HCC)**
- Hemoglobin A1c; Future

**Complex regional pain syndrome type 1 of left upper extremity**

**Chronic pain of left upper extremity**

**Chronic pain of right wrist**

**Major depression, chronic**

**GAD (generalized anxiety disorder)**

**Hx of migraine headaches**

**Benign essential tremor**

**Screen for colon cancer**
- Occlt Blood Fecal Immunoassay (Scrn)x2; Future

No changes in present medications. Continue efforts toward a healthy diet and some exercise. Return in 6 months sooner if needed.

Office Visit on 1/17/2022 Note shared with patient

## Additional Documentation

Vitals: BP 128/72 Pulse 84 Resp 20 Ht 160 cm (63") Wt 54.9 kg (121 lb) BMI 21.43 kg/m²
BSA 1.56 m²

Flowsheets: Unwanted Narrator Documentation, Vital Signs

## Orders Placed

**CBC and Differential** (Resulted 3/23/2022, Abnormal)
**Hemoglobin A1c** (Resulted 3/23/2022, Abnormal)
**Urinalysis, manual with scope** (Resulted 1/17/2022, Abnormal)
T4, free (Resulted 3/23/2022)
TSH (Resulted 3/23/2022)
Occlt Blood Fecal Immunoassay (Scrn)x2

## Medication Changes

As of 1/17/2022 12:49 PM

None

## Visit Diagnoses

Primary: **Visit for annual health examination** Z00.00
Type 2 diabetes mellitus without complication, without long-term current use of insulin (HCC) E11.9
Complex regional pain syndrome type 1 of left upper extremity G90.512
Chronic pain of left upper extremity M79.602, G89.29
Chronic pain of right wrist M25.531, G89.29
Major depression, chronic F32.9
GAD (generalized anxiety disorder) F41.1
Hx of migraine headaches Z86.69
Benign essential tremor G25.0
Screen for colon cancer Z12.11

# KNIGHT, Amy R

MRN: 252940

West, J David, MD
Physician
Specialty: Internal Medicine

Progress Notes
Addendum

Encounter Date: 7/18/2022

THE BATON ROUGE CLINIC AMC

Baton Rouge Clinic Internal Medicine
7373 PERKINS ROAD
BATON ROUGE LA 70808-4326
Phone: 225-769-4044

## OFFICE VISIT

### CHIEF COMPLAINT

Chief Complaint
Patient presents with
- Follow-up

### HISTORY OF PRESENT ILLNESS

Amy R KNIGHT is here today for routine follow-up regarding her chronic conditions including diabetes. She remains on Prozac and sees mental health for depression and anxiety. She has been experiencing some middle back pain for the last couple of weeks. She is seen a change in the color and odor of her urine. She denies any fever or chills.
She mentions that she is having increased numbness and swelling in her left upper extremity. She is currently in the process of applying for disability.

### MEDICAL HISTORY

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Benign essential tremor | |
| • Depression | |
| • Diabetes mellitus | |
| • Headache(784.0) | |
| • Hyperlipidemia | |
| • IBS (irritable bowel syndrome) | |

### SURGICAL HISTORY

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BREAST SURGERY<br>*Left breast biopsy* | | |
| • HYSTERECTOMY<br>*COMPLETE* | | |

- PELVIC LAPAROSCOPY

## FAMILY HISTORY

Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Thyroid disease | Mother | |
| • Atrial fibrillation | Mother | |
| • Hyperlipidemia | Father | |
| • Diabetes | Father | |
| • Thyroid disease | Father | |
| • No Significant Medical History | Brother | |
| • Diabetes | Child | |

## SOCIAL HISTORY

Social History

Socioeconomic History
- Marital status: Married

Occupational History
- Occupation: on disability, RN

Tobacco Use
- Smoking status: Never Smoker
- Smokeless tobacco: Never Used

Substance and Sexual Activity
- Alcohol use: No

## MEDICATIONS

Current Outpatient Medications

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • albuterol HFA 90 mcg/actuation inhaler | INHALE 2 PUFFS INTO THE LUNGS EVERY 6 HOURS AS NEEDED FOR WHEEZE | 6.7 g | 3 |
| • ALPRAZolam (XANAX) 0.5 mg tablet | TAKE 1 TABLET BY MOUTH DAILY AS NEEDED FOR SLEEP. | 15 tablet | 0 |
| • amitriptyline (ELAVIL) 10 mg tablet | TAKE TWO TABLETS BY MOUTH EVERY NIGHT AT BEDTIME | 180 tablet | 1 |

| | | | |
|---|---|---|---|
| • buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet | Take 1 tablet by mouth once daily. | 30 tablet | 3 |
| • chlordiazepoxide-clidinium (LIBRAX) 5-2.5 mg per capsule | Take 1 capsule by mouth 3 (three) times daily with meals. | 45 capsule | 3 |
| • Claritin-D 24 Hour 10-240 mg per 24 hr tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | 30 tablet | 0 |
| • erythromycin (ROMYCIN) ophthalmic ointment | Place into both eyes at bedtime. | | |
| • FLUoxetine (PROzac) 20 mg capsule | Take 1 capsule by mouth daily. | 30 capsule | 3 |
| • FLUoxetine (PROZAC) 40 MG capsule | Take 1 capsule by mouth daily. | 30 capsule | 3 |
| • fluticasone (FLONASE) 50 mcg/actuation nasal spray | APPLY TWO SPRAYS IN EACH NOSTRIL ONCE DAILY | 16 g | 1 |
| • metFORMIN XR (GLUCOPHAGE-XR) 500 mg 24 hr tablet | TAKE 1 TABLET BY MOUTH TWICE A DAY | 180 tablet | 2 |
| • naproxen (NAPROSYN) 500 mg tablet | TAKE 1 TABLET BY MOUTH TAKE DAILY WITH A MEAL. | 30 tablet | 3 |
| • propranoloL (INDERAL) 20 mg tablet | Take 1 tablet by mouth 2 (two) times daily. | 60 tablet | 3 |
| • SUMAtriptan (IMITREX) 50 mg tablet | TAKE 1 TABLET BY MOUTH EVERY 2 (TWO) HOURS AS NEEDED FOR MIGRAINE. MAY REPEAT IN 2 HOURS IF NEEDED | 10 tablet | 3 |
| • topiramate (TOPAMAX) 25 mg tablet | TAKE 1 TABLET BY MOUTH TWICE A DAY | 180 tablet | 2 |
| • triamcinolone (KENALOG) 0.1 % cream | APPLY THINLY TO THE AFFECTED AREAS ON THE BACK TWICE A DAY AS NEEDED FOR ITCHING/IRRITATIO N | | |
| • celecoxib (CeleBREX) 200 mg capsule | Take 1 capsule by mouth 2 (two) times daily as needed for Pain. Take medication with food | 60 capsule | 0 |

No current facility-administered medications for this visit.

**ALLERGIES**

| Allergies | |
|---|---|
| Allergen | Reactions |
| • Adhesive | |
| • Lipitor [Atorvastatin] | |
| • Morphine | |
| • Sulfa (Sulfonamide Antibiotics) | |

**REVIEW OF SYSTEM**

Constitutional: No fever chills appetite normal
CV: No chest pain palpitations orthopnea or edema
Respiratory: No cough congestion shortness of breath
GI: No abdominal pain nausea vomiting diarrhea
GU: No dysuria hematuria
Neuro: No headache

**PHYSICAL EXAM**
**Vital Signs:**
Vitals:

| | 07/18/22 0955 |
|---|---|
| BP: | 120/80 |
| Pulse: | 96 |
| Resp: | 20 |

General: Well-developed well-nourished female no acute distress
Lungs: Clear breath sounds
Heart: Regular rate and rhythm
Abdomen: Soft flat nontender
Extremities: No edema

**RESULTS**
labs from March reviewed

**ASSESSMENT**
1. **Type 2 diabetes mellitus without complication, without long-term current use of insulin (HCC)**
2. Major depression, chronic
3. GAD (generalized anxiety disorder)
4. Mid-back pain, acute
5. Hypothyroidism, unspecified type
6. Chronic pain of left upper extremity
7. Chronic pain of right wrist

**PLAN**
Amy was seen today for follow-up.

Diagnoses and all orders for this visit:

**Type 2 diabetes mellitus without complication, without long-term current use of insulin (HCC)**

**Major depression, chronic**

**GAD (generalized anxiety disorder)**

**Mid-back pain, acute**
- Urinalysis, manual with scope; Future
- Hemoglobin A1c; Future
- Comprehensive metabolic panel; Future

**Hypothyroidism, unspecified type**
- TSH; Future

**Chronic pain of left upper extremity**

**Chronic pain of right wrist**

**Other orders**
- celecoxib (CeleBREX) 200 mg capsule; Take 1 capsule by mouth 2 (two) times daily as needed for Pain. Take medication with food

Would not object to her seeking an appointment with a physician who prescribes medical marijuana to control chronic pain. We will check urinalysis and lab work to evaluate mid back pain. No changes in present meds. Continue follow-up with other treating physicians. Return in 6 months for annual physical.

Office Visit on 7/18/2022 *Note shared with patient*

## Additional Documentation

Vitals: BP 120/80 Pulse 96 Resp 20 Ht 160 cm (63") Wt 55.3 kg (122 lb) BMI 21.61 kg/m²
BSA 1.57 m²

Flowsheets: Unwanted Narrator Documentation, Vital Signs

## Orders Placed

**Comprehensive metabolic panel** (Resulted 7/18/2022, Abnormal)
**Hemoglobin A1c** (Resulted 7/18/2022, Abnormal)
**Urinalysis, manual with scope** (Resulted 7/18/2022, Abnormal)
TSH (Resulted 7/18/2022)

## Medication Changes

As of 7/18/2022 10:09 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| Added: celecoxib (CeleBREX) 200 mg capsule | 0 | 7/18/2022 | 8/16/2022 |

Take 1 capsule by mouth 2 (two) times daily as needed for Pain. Take medication with food - Oral

## Visit Diagnoses

Primary: **Type 2 diabetes mellitus without complication, without long-term current use of insulin (HCC)** E11.9
Major depression, chronic F32.9
GAD (generalized anxiety disorder) F41.1
Mid-back pain, acute M54.9
Chronic pain of left upper extremity M79.602, G89.29
Chronic pain of right wrist M25.531, G89.29
Complex regional pain syndrome type 1 of left upper extremity G90.512

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | September 20, 2022 |
| To: | VENUGOPAL VATSAVAYI<br>BATON ROUGE CLINIC |
| Attn: | Medical Rec |
| Fax: | (225) 387-7829 |
| From: | Keri Young<br>Ltd Claim Specialist I<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 11580689<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

September 20, 2022

Venugopal Vatsavayi
Baton Rouge Clinic

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Venugopal Vatsavayi:

We are the Disability Claim Administrator for your patient, Amy Ray Knight.

To evaluate Ms. Ray Knight's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

Office treatment notes, test results, prescription histories, and treatment plans from January 7, 2022 through present

We ask that you provide this information by September 28, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Ray Knight allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Ray Knight's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-0380

Attachments: 11580689-EMPLOYEE/CLAIMANT-AUTHORIZATION-08.26.2021

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

00000231 LFPCSDD1 00003070

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Amy R. Knight

Name of legal representative, if applicable (print) Amy R. Knight Relationship self

Signature of claimant or legal representative Amy R. Knight Date: 8-30-21

Date of Birth: ______ Claim Number: 011580689

**A copy of this authorization will be considered as valid as the original.**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | September 20, 2022 |
| To: | DR DAVID WEST |
| Attn: | Medical Rec |
| Fax: | (225) 246-9114 |
| From: | Keri Young<br>Ltd Claim Specialist I<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #: 11580689<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

September 20, 2022

Dr. David West

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Dr. David West:

We are the Disability Claim Administrator for your patient, Amy Ray Knight.

To evaluate Ms. Ray Knight's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

> Office treatment notes, test results, prescription histories, and treatment plans from January 17, 2022 through present

We ask that you provide this information by September 28, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Ray Knight allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Ray Knight's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-0380

Attachments: 11580689-EMPLOYEE/CLAIMANT-AUTHORIZATION-08.26.2021

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

00000231 LFPCSDD1 00003070

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Amy R. Knight

Name of legal representative, if applicable (print) Amy R. Knight Relationship self

Signature of claimant or legal representative Amy R. Knight Date: 9-30-21

Date of Birth: ______ Claim Number: 011580689

**A copy of this authorization will be considered as valid as the original.**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | September 20, 2022 |
| To: | BRYAN GRIFFITH<br>BATON ROUGE ORTHO CLINIC |
| Attn: | Medical Rec |
| Fax: | (225) 408-7980 |
| From: | Keri Young<br>Ltd Claim Specialist I<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 11580689<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

September 20, 2022

Bryan Griffith
Baton Rouge Ortho Clinic

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Bryan Griffith:

We are the Disability Claim Administrator for your patient, Amy Ray Knight.

To evaluate Ms. Ray Knight's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2022 through present

We ask that you provide this information by September 28, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Ray Knight allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Ray Knight's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-0380

Attachments: 11580689-EMPLOYEE/CLAIMANT-AUTHORIZATION-08.26.2021

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

00000231 LFPCSDD1 00003070

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Amy R. Knight

Name of legal representative, if applicable (print) Amy R. Knight Relationship self

Signature of claimant or legal representative Amy R. Knight Date: 9-30-21

Date of Birth: ______ Claim Number: 011580689

**A copy of this authorization will be considered as valid as the original.**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. AMY RAY KNIGHT

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

September 21, 2022

Ms. Amy R. Ray Knight

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689

Dear Ms. Amy Ray Knight:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Gainwell Technologies's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

On September 20, 2022, we requested medical records from Dr. Griffith, Dr. Vatsavayi, and Dr. West. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 1, 2022 through present from Dr. Griffith, January 18, 2022 through present form Dr. West and March 4, 2022 through present from Dr. Vatsavayi

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

You are currently receiving benefits based on your inability to perform the material and substantial duties of your own occupation.

To remain eligible for benefits beyond the 24 month, you must be disabled from any occupation. As

your benefits began on August 26, 2021, the change in definition will occur on August 26, 2023. We are currently gathering information to assess your continued eligibility for benefits beyond this date. As part of our investigation, we will be contacting your treating physician(s). If you have changed physicians or have been treated by other physicians in the last 12 months, please provide us with the full names and mailing addresses of these physicians.

Please complete the following forms and return them in the envelope provided by November 3, 2022:

_X_ LTD Forms - Standard
___ Other

Gainwell Technologies's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by November 3, 2022, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by December 3, 2022, 45 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than November 3, 2022 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-0380

Attachments: LTD Forms - Standard

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ____________________

Name of legal representative, if applicable (print) ____________________ Relationship ____________

Signature of claimant or legal representative ____________________ Date: ____________

Date of Birth: ____________ Claim Number: 11580689

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ____________________ Relationship ______________

Signature of claimant or legal representative ______________________________

Date of Birth: ______________ Claim Number: 11580689 Date: ______________________

**A copy of this authorization will be considered as valid as the original**

# CLAIMANT INFORMATION FORM

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Keri Young

EMPLOYEE/CLAIMANT NAME: Amy Ray Knight
CLAIM NO: 11580689
EMPLOYER/SPONSOR: Gainwell Technologies DATE OF BIRTH: ____________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 06/01/2022 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**PHARMACY(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ____________________ **DATE:** ____________________

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return to:** Keri Young

**EMPLOYEE/CLAIMANT NAME:** Amy Ray Knight **CLAIM #:** 11580689
**EMPLOYER:** Gainwell Technologies **DATE OF BIRTH:** ________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Workers' Compensation | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Other income/money/benefit (describe) ________ | ________ | ________ | ________ | ________ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ________________________

**DATE:** ____________ **EMPLOYEE'S SIGNATURE:** ________________________

DP 409

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Keri Young



EMPLOYEE/CLAIMANT NAME: Amy Ray Knight

CLAIM NO: 11580689 DATE OF BIRTH: ______

EMPLOYER/SPONSOR: Gainwell Technologies

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to The Lincoln National Life Insurance Company.

How long are you able to:

sit ______ stand ______ walk ______

How many hours a day do you:

sit ______ stand ______ walk ______

Do you take a nap during the day?

Yes ______ No ______

If Yes, for how long? ______ At what time of the day? ______

How many hours a day do you spend in bed? ______

Do you require any assistive devices such as a:

cane ______ walker ______ crutches ______ wheelchair ______ other ______

How long are you able to sit in a car? ______

Do you hold a valid driver's license?

Yes ______ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? ______

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

______

Do you have children?

Yes ______ No ______ If Yes, what are their dates of birth ______

Do you need help caring for your children?

Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ______ No ______ If Yes, please explain ______

How many times a day do you leave the house during the week? ______

On the weekends? ______

How often do you run errands? ______

Please describe what errands you most commonly run: ______

______

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 4*

How often do you get outdoors? ______________________________

| | | |
|---|---|---|
| Are you left or right hand dominant? | Left _______ | Right _______ |
| Are you able to work in your garden? | Yes _______ | No _______ |
| Are you able to work on your house? | Yes _______ | No _______ |
| Are you able to wash your car? | Yes _______ | No _______ |

Do you currently **utilize the internet** - Internet Explorer, Safari, Mozilla Firefox, Google Chrome, etc?

List all sites that apply. ______________________________

If yes, how often per day (hours) do you use the internet? ____ None ____ 0-1 hours ____ 2-3 hours ____3-4 hours ____5+ hours

What do you use these internet sites for? ______________________________

Do you currently view **social media sites**, such as YouTube, Facebook, LinkedIn, Instagram, TikTok, Snapchat, WhatsApp, Reddit, Pinterest, Twitter.

List all sites that apply. ______________________________

If yes, how often per day (hours) do you engage in activities? ____ None ____ 0-1 hours ____ 2-3 hours ____3-4 hours ____5+ hours

What do you use these social media sites for? ______________________________

Do you use a **desktop or laptop computer, mobile phone, iPad/tablet, E-reader, etc.** to view information?

List all sites that apply. ______________________________

| | | | | | |
|---|---|---|---|---|---|
| If yes on a computer, how long (hours per day)? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____3-4 hours | ____5+ hours |
| If yes on a phone, how long (hours per day)? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____3-4 hours | ____5+ hours |
| If yes on a IPad or Tablet (hours per day)? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____3-4 hours | ____5+ hours |
| If yes on a E-reader, (hours per day)? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____3-4 hours | ____5+ hours |

For what reasons, do you use these devices?

______________________________________________________________

Do you **play video games**, such as Xbox, Nintendo Switch/Wii, PlayStation, PC gaming station, etc.

List all that apply? ______________________________

| | | | | | |
|---|---|---|---|---|---|
| If yes, how many hours per day do you play video games? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____3-4 hours | ____5+ hours |
| If yes, how many days per week do you play? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____3-4 hours | ____5+ hours |

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | ________________ | ________________ |
| Carrying groceries into the house | ________________ | ________________ |
| Cooking meals | ________________ | ________________ |
| Cleaning after meals | ________________ | ________________ |
| Cleaning bathrooms | ________________ | ________________ |
| Vacuuming | ________________ | ________________ |
| Doing the laundry | ________________ | ________________ |
| Opening and responding to mail | ________________ | ________________ |

Lincoln Financial Group®



| | | |
|---|---|---|
| Managing your finances | ____________ | ____________ |
| Balancing your checkbook | ____________ | ____________ |
| Bathing yourself | ____________ | ____________ |
| Styling your own hair | ____________ | ____________ |
| Getting dressed | ____________ | ____________ |
| Going up and down stairs | ____________ | ____________ |

Have you been confined to a hospital within the last 12 months? Yes ______ No ______

If Yes, please provide reason and hospital contact Information: ____________________

How often do you travel or take vacation? ____________________

Where do you go? How do you get there (transportation method)? ____________________

Are you able to pursue your hobbies? Yes ______ No ______

If Yes, please describe ____________________

Do you participate in an exercise program? Yes ______ No ______

If Yes, please describe ____________________

Do you do any Volunteer work? Yes ______ No ______

If Yes:

how many hours per day? ________

how many hours per week? ________

for whom? ____________________

Are you working for wages? Yes ______ No ______

If Yes, please provide employer's name ____________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

Name: ______________________ Date: ______________________

Signature: ______________________

Lincoln Financial Group

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | August 18, 2022 |
| To: | BRYAN GRIFFITH<br>BATON ROUGE ORTHO CLINIC |
| Attn: | Medical Rec |
| Fax: | (225) 408-7980 |
| From: | Keri Young<br>Ltd Claim Specialist I<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 16 |
| RE: | Claim #: 11580689<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

August 18, 2022

Bryan Griffith
Baton Rouge Ortho Clinic

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Bryan Griffith:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Gainwell Technologies's Group Disability Policy. We are writing in reference to Amy Ray Knight's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the fourth request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by August 25, 2022.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-0380

Attachments: 11580689-REQUEST-PROVIDER-08.11.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | August 11, 2022 |
| To: | BRYAN GRIFFITH<br>BATON ROUGE ORTHO CLINIC |
| Attn: | Medical Rec |
| Fax: | (225) 408-7980 |
| From: | Keri Young<br>Ltd Claim Specialist I<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 14 |
| RE: | Claim #: 11580689<br>Claimant: Amy Ray Knight<br>Gainwell Technologies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

August 11, 2022

Bryan Griffith
Baton Rouge Ortho Clinic

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Bryan Griffith:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Gainwell Technologies's Group Disability Policy. We are writing in reference to Amy Ray Knight's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the third request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by August 18, 2022.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-0380

Attachments: 11580689-REQUEST-PROVIDER-08.03.2022

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | August 3, 2022 |
| To: | BRYAN GRIFFITH<br>BATON ROUGE ORTHO CLINIC |
| Attn: | Medical Rec |
| Fax: | (225) 408-7980 |
| From: | Keri Young<br>Ltd Claim Specialist I<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 12 |
| RE: | Claim #: 11580689<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

August 3, 2022

Bryan Griffith
Baton Rouge Ortho Clinic

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Bryan Griffith:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Gainwell Technologies's Group Disability Policy. We are writing in reference to Amy Ray Knight's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the third request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by August 10, 2022.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-0380

Attachments: 11580689-REQUEST-PROVIDER-07.19.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | July 19, 2022 |
| To: | BRYAN GRIFFITH<br>BATON ROUGE ORTHO CLINIC |
| Attn: | Medical Rec |
| Fax: | (225) 408-7980 |
| From: | Keri Young<br>Ltd Claim Specialist I<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 10 |
| RE: | Claim #: 11580689<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

July 19, 2022

Bryan Griffith
Baton Rouge Ortho Clinic

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Bryan Griffith:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Gainwell Technologies's Group Disability Policy. We are writing in reference to Amy Ray Knight's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the third request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by July 26, 2022.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-0380

Attachments: 11580689-REQUEST-PROVIDER-06.24.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | June 24, 2022 |
| To: | BRYAN GRIFFITH<br>BATON ROUGE ORTHO CLINIC |
| Attn: | Medical Rec |
| Fax: | (225) 408-7980 |
| From: | Keri Young<br>Ltd Claim Specialist I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 8 |
| RE: | Claim #: 11580689<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

June 24, 2022

Bryan Griffith
Baton Rouge Ortho Clinic

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Bryan Griffith:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Gainwell Technologies's Group Disability Policy. We are writing in reference to Amy Ray Knight's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by July 1, 2022.

Invoiced I-0115743 - Paid 6/7/22

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-0380

Attachments: 11580689-REQUEST-PROVIDER-05.31.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | May 31, 2022 |
| To: | BRYAN GRIFFITH<br>BATON ROUGE ORTHO CLINIC |
| Attn: | Medical Rec |
| Fax: | (225) 408-7980 |
| From: | Keri Young<br>Ltd Claim Specialist I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 11580689<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 31, 2022

Bryan Griffith
Baton Rouge Ortho Clinic

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Bryan Griffith:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Gainwell Technologies's Group Disability Policy. We are writing in reference to Amy Ray Knight's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by June 3, 2022.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-0380

Attachments: 11580689-REQUEST-PROVIDER-05.02.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | May 2, 2022 |
| To: | BRYAN GRIFFITH<br>BATON ROUGE ORTHO CLINIC |
| Attn: | Medical Rec |
| Fax: | (225) 408-7980 |
| From: | Keri Young<br>Ltd Claim Specialist I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 11580689<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 2, 2022

Bryan Griffith
Baton Rouge Ortho Clinic

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Bryan Griffith:

We are the Disability Claim Administrator for your patient, Amy Ray Knight.

To evaluate Ms. Ray Knight's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2022 through present

We ask that you provide this information by May 9, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Ray Knight allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Ray Knight's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-0380

Attachments: 11580689-EMPLOYEE/CLAIMANT-AUTHORIZATION-08.26.2021

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

00000231 LFPSDD1 00003070

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Amy R. Knight

Name of legal representative, if applicable (print) Amy R. Knight Relationship self

Signature of claimant or legal representative Amy R. Knight Date: 8-20-21

Date of Birth: ______ Claim Number: 011580689

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | August 11, 2022 |
| To: | BRYAN GRIFFITH<br>BATON ROUGE ORTHO CLINIC |
| Attn: | Medical Rec |
| Fax: | (225) 408-7980 |
| From: | Keri Young<br>Ltd Claim Specialist I<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 14 |
| RE: | Claim #: 11580689<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

August 11, 2022

Bryan Griffith
Baton Rouge Ortho Clinic

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Bryan Griffith:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Gainwell Technologies's Group Disability Policy. We are writing in reference to Amy Ray Knight's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the third request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by August 18, 2022.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-0380

Attachments: 11580689-REQUEST-PROVIDER-08.03.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | August 3, 2022 |
| To: | BRYAN GRIFFITH<br>BATON ROUGE ORTHO CLINIC |
| Attn: | Medical Rec |
| Fax: | (225) 408-7980 |
| From: | Keri Young<br>Ltd Claim Specialist I<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 12 |
| RE: | Claim #: 11580689<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

August 3, 2022

Bryan Griffith
Baton Rouge Ortho Clinic

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Bryan Griffith:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Gainwell Technologies's Group Disability Policy. We are writing in reference to Amy Ray Knight's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the third request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by August 10, 2022.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-0380

Attachments: 11580689-REQUEST-PROVIDER-07.19.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | July 19, 2022 |
| To: | BRYAN GRIFFITH<br>BATON ROUGE ORTHO CLINIC |
| Attn: | Medical Rec |
| Fax: | (225) 408-7980 |
| From: | Keri Young<br>Ltd Claim Specialist I<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 10 |
| RE: | Claim #: 11580689<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

July 19, 2022

Bryan Griffith
Baton Rouge Ortho Clinic

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Bryan Griffith:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Gainwell Technologies's Group Disability Policy. We are writing in reference to Amy Ray Knight's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the third request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by July 26, 2022.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-0380

Attachments: 11580689-REQUEST-PROVIDER-06.24.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | June 24, 2022 |
| To: | BRYAN GRIFFITH<br>BATON ROUGE ORTHO CLINIC |
| Attn: | Medical Rec |
| Fax: | (225) 408-7980 |
| From: | Keri Young<br>Ltd Claim Specialist I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 8 |
| RE: | Claim #: 11580689<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

June 24, 2022

Bryan Griffith
Baton Rouge Ortho Clinic

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Bryan Griffith:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Gainwell Technologies's Group Disability Policy. We are writing in reference to Amy Ray Knight's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by July 1, 2022.

Invoiced I-0115743 - Paid 6/7/22

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-0380

Attachments: 11580689-REQUEST-PROVIDER-05.31.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | May 31, 2022 |
| To: | BRYAN GRIFFITH<br>BATON ROUGE ORTHO CLINIC |
| Attn: | Medical Rec |
| Fax: | (225) 408-7980 |
| From: | Keri Young<br>Ltd Claim Specialist I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 11580689<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 31, 2022

Bryan Griffith
Baton Rouge Ortho Clinic

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Bryan Griffith:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Gainwell Technologies's Group Disability Policy. We are writing in reference to Amy Ray Knight's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by June 3, 2022.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-0380

Attachments: 11580689-REQUEST-PROVIDER-05.02.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | May 2, 2022 |
| To: | BRYAN GRIFFITH<br>BATON ROUGE ORTHO CLINIC |
| Attn: | Medical Rec |
| Fax: | (225) 408-7980 |
| From: | Keri Young<br>Ltd Claim Specialist I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 11580689<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 2, 2022

Bryan Griffith
Baton Rouge Ortho Clinic

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Bryan Griffith:

We are the Disability Claim Administrator for your patient, Amy Ray Knight.

To evaluate Ms. Ray Knight's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2022 through present

We ask that you provide this information by May 9, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Ray Knight allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Ray Knight's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-0380

Attachments: 11580689-EMPLOYEE/CLAIMANT-AUTHORIZATION-08.26.2021

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

00000231 LFPC6DD1 00003070

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Amy R. Knight

Name of legal representative, if applicable (print) Amy R. Knight Relationship self

Signature of claimant or legal representative Amy R. Knight Date: 8-20-21

Date of Birth: __ ______ Claim Number: 011580689

**A copy of this authorization will be considered as valid as the original.**

## Billing Statement:

ReleasePoint

**Invoice Date: 07/06/2022** **Invoice #: 716944-914**
**Lincoln Financial Group**

**Invoice for Requests for Medical Information completed between Jun 1 2022 and Jun 30 2022**

**L-CLTLTD** **Bill Code: LIBSFU**

| RP #<br>Cust ID | Patient Name<br>Provider Name | Status | Date<br>Req By | RP Fee | Med Fee | Rush | QC Amt<br>Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 9345897<br>11580689 | RAY KNIGHT, AMY<br>LOUISIANA WOMEN'S HEALTHCARE | Complete | 05/31/22<br>K Young | $ 9.00 | $ 0.00 | $ 0.00 | $ 0.00<br>10 | **$ 9.00** |

**ReleasePoint**

**405 W. Foothill Blvd**
**Suite 204**
**Claremont, CA 91711**

**Total Amount Due:** **$ 9.00**

**Tax ID: 95-2843455**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | August 3, 2022 |
| To: | BRYAN GRIFFITH<br>BATON ROUGE ORTHO CLINIC |
| Attn: | Medical Rec |
| Fax: | (225) 408-7980 |
| From: | Keri Young<br>Ltd Claim Specialist I<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 12 |
| RE:<br><br>Claim #: 11580689<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

August 3, 2022

Bryan Griffith
Baton Rouge Ortho Clinic

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Bryan Griffith:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Gainwell Technologies's Group Disability Policy. We are writing in reference to Amy Ray Knight's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the third request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by August 10, 2022.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-0380

Attachments: 11580689-REQUEST-PROVIDER-07.19.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | July 19, 2022 |
| To: | BRYAN GRIFFITH<br>BATON ROUGE ORTHO CLINIC |
| Attn: | Medical Rec |
| Fax: | (225) 408-7980 |
| From: | Keri Young<br>Ltd Claim Specialist I<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 10 |
| RE: | Claim #: 11580689<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

July 19, 2022

Bryan Griffith
Baton Rouge Ortho Clinic

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Bryan Griffith:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Gainwell Technologies's Group Disability Policy. We are writing in reference to Amy Ray Knight's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the third request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by July 26, 2022.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-0380

Attachments: 11580689-REQUEST-PROVIDER-06.24.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | June 24, 2022 |
| To: | BRYAN GRIFFITH<br>BATON ROUGE ORTHO CLINIC |
| Attn: | Medical Rec |
| Fax: | (225) 408-7980 |
| From: | Keri Young<br>Ltd Claim Specialist I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages<br>(Including Cover): | 8 |
| RE:<br><br>Claim #: 11580689<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

June 24, 2022

Bryan Griffith
Baton Rouge Ortho Clinic

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Bryan Griffith:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Gainwell Technologies's Group Disability Policy. We are writing in reference to Amy Ray Knight's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by July 1, 2022.

Invoiced I-0115743 - Paid 6/7/22

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-0380

Attachments: 11580689-REQUEST-PROVIDER-05.31.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | May 31, 2022 |
| To: | BRYAN GRIFFITH<br>BATON ROUGE ORTHO CLINIC |
| Attn: | Medical Rec |
| Fax: | (225) 408-7980 |
| From: | Keri Young<br>Ltd Claim Specialist I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 11580689<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 31, 2022

Bryan Griffith
Baton Rouge Ortho Clinic

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Bryan Griffith:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Gainwell Technologies's Group Disability Policy. We are writing in reference to Amy Ray Knight's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by June 3, 2022.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-0380

Attachments: 11580689-REQUEST-PROVIDER-05.02.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | May 2, 2022 |
| To: | BRYAN GRIFFITH<br>BATON ROUGE ORTHO CLINIC |
| Attn: | Medical Rec |
| Fax: | (225) 408-7980 |
| From: | Keri Young<br>Ltd Claim Specialist I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 11580689<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 2, 2022

Bryan Griffith
Baton Rouge Ortho Clinic

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Bryan Griffith:

We are the Disability Claim Administrator for your patient, Amy Ray Knight.

To evaluate Ms. Ray Knight's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2022 through present

We ask that you provide this information by May 9, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Ray Knight allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Ray Knight's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-0380

Attachments: 11580689-EMPLOYEE/CLAIMANT-AUTHORIZATION-08.26.2021

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

00000231 LFPC5DD1 00003070

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Amy R. Knight

Name of legal representative, if applicable (print) Amy R. Knight Relationship self

Signature of claimant or legal representative Amy R. Knight Date: 9-20-21

Date of Birth: ______ Claim Number: 011580689

**A copy of this authorization will be considered as valid as the original.**

# FACSIMILE TRANSMISSION

**To:**

**From:** Medical Records
BROC
8080 Bluebonnet Blvd
Baton Rouge
LA 70810

**Phone:**

**Fax Phone:** (603) 334-0380

**Phone:** (225) 412-0307 * 117

**Fax Phone:** 12254780695

**Note:**

RE CLAIM # 11580689

**Date:** 07/20/2022

**Pages:** 3

Lincoln Life Assurance Company of Boston
PO Box 2578

Omaha, NE 68172
Keri Young

**ResolveROI**
Release of Information

# Invoice

**Records Released Upon Receipt of Payment**

**Remit Payment To:**
**ResolveROI**
**PO Box 10898**
**Savannah, GA 31412-1098**
**844.887.8109 (tel) 404.497.4053 (fax)**

**Keri Young**
**Lincoln Life Assurance Company of Boston**
**PO Box 2578**

**Omaha, NE 68172**

**Records from:** Baton Rouge Orthopaedic Clinic
**Records Page Cnt:** 1
**Invoice #:** I-0115743
**Invoice Date:** May 16, 2022
**Request #:** R-0143320
**Records of:** Amy Ray Knight
**Reference #:**
**Case #:**
**Claim #:** 11580689

| Charge Description | Amount |
|---|---|
| DDS Nebraska 1st Page | $20.00 |

**PAYMENT DUE UPON RECEIPT**
**Online pay: https://requesters.resolveroi.com**
**phone pay: 844.887.8109**
**tax ID: 81-2974423**

**RECORD DOWNLOAD INSTRUCTIONS**

**download: https://requesters.resolveroi.com**

**RECORDS WILL NOT BE MAILED/FAXED**

| | |
|---|---|
| Charge Total | $20.00 |
| Delivery Charge | $0.00 |
| Disc Delivery | $0.00 |
| Sub-Total | $20.00 |
| Sales Tax | $0.00 |
| Total Charges | $20.00 |
| Adjustments | $0.00 |
| Payments | $20.00 |
| **Balance** | **$0.00** |

---

***** Detach and Return with Payment *****

I-0115743
May 16, 2022
Amy Ray Knight
**Amount Due $0.00**

To pay with credit card please complete this section

☐ Visa ☐ Master Card ☐ Discover ☐ Amex

| Card # | CC-ID# | Exp. Date |
|---|---|---|
| Card Holder Name *(please print)* | | Signature |

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | July 19, 2022 |
| To: | BRYAN GRIFFITH<br>BATON ROUGE ORTHO CLINIC |
| Attn: | Medical Rec |
| Fax: | (225) 408-7980 |
| From: | Keri Young<br>Ltd Claim Specialist I<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 10 |
| RE: | Claim #: 11580689<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

July 19, 2022

Bryan Griffith
Baton Rouge Ortho Clinic

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Bryan Griffith:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Gainwell Technologies's Group Disability Policy. We are writing in reference to Amy Ray Knight's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the third request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by July 26, 2022.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-0380

Attachments: 11580689-REQUEST-PROVIDER-06.24.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | June 24, 2022 |
| To: | BRYAN GRIFFITH<br>BATON ROUGE ORTHO CLINIC |
| Attn: | Medical Rec |
| Fax: | (225) 408-7980 |
| From: | Keri Young<br>Ltd Claim Specialist I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 8 |
| RE: | Claim #: 11580689<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

June 24, 2022

Bryan Griffith
Baton Rouge Ortho Clinic

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Bryan Griffith:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Gainwell Technologies's Group Disability Policy. We are writing in reference to Amy Ray Knight's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by July 1, 2022.

Invoiced I-0115743 - Paid 6/7/22

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-0380

Attachments: 11580689-REQUEST-PROVIDER-05.31.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | May 31, 2022 |
| To: | BRYAN GRIFFITH<br>BATON ROUGE ORTHO CLINIC |
| Attn: | Medical Rec |
| Fax: | (225) 408-7980 |
| From: | Keri Young<br>Ltd Claim Specialist I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 11580689<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 31, 2022

Bryan Griffith
Baton Rouge Ortho Clinic

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Bryan Griffith:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Gainwell Technologies's Group Disability Policy. We are writing in reference to Amy Ray Knight's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by June 3, 2022.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-0380

Attachments: 11580689-REQUEST-PROVIDER-05.02.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | May 2, 2022 |
| To: | BRYAN GRIFFITH<br>BATON ROUGE ORTHO CLINIC |
| Attn: | Medical Rec |
| Fax: | (225) 408-7980 |
| From: | Keri Young<br>Ltd Claim Specialist I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #: 11580689<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 2, 2022

Bryan Griffith
Baton Rouge Ortho Clinic

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Bryan Griffith:

We are the Disability Claim Administrator for your patient, Amy Ray Knight.

To evaluate Ms. Ray Knight's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2022 through present

We ask that you provide this information by May 9, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Ray Knight allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Ray Knight's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-0380

Attachments: 11580689-EMPLOYEE/CLAIMANT-AUTHORIZATION-08.26.2021

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

00000231 LFPC5DD1 00003070

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

### I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Amy R. Knight

Name of legal representative, if applicable (print) Amy R. Knight Relationship self

Signature of claimant or legal representative Amy R. Knight Date: 8-30-21

Date of Birth: ______ Claim Number: 011580689

**A copy of this authorization will be considered as valid as the original.**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | June 24, 2022 |
| To: | BRYAN GRIFFITH<br>BATON ROUGE ORTHO CLINIC |
| Attn: | Medical Rec |
| Fax: | (225) 408-7980 |
| From: | Keri Young<br>Ltd Claim Specialist I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages<br>(Including Cover): | 8 |
| RE:<br><br>Claim #: 11580689<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

June 24, 2022

Bryan Griffith
Baton Rouge Ortho Clinic

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Bryan Griffith:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Gainwell Technologies's Group Disability Policy. We are writing in reference to Amy Ray Knight's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by July 1, 2022.

Invoiced I-0115743 - Paid 6/7/22

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-0380

Attachments: 11580689-REQUEST-PROVIDER-05.31.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | May 31, 2022 |
| To: | BRYAN GRIFFITH<br>BATON ROUGE ORTHO CLINIC |
| Attn: | Medical Rec |
| Fax: | (225) 408-7980 |
| From: | Keri Young<br>Ltd Claim Specialist I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages<br>(Including Cover): | 6 |
| RE:<br><br>Claim #: 11580689<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 31, 2022

Bryan Griffith
Baton Rouge Ortho Clinic

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Bryan Griffith:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Gainwell Technologies's Group Disability Policy. We are writing in reference to Amy Ray Knight's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by June 3, 2022.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-0380

Attachments: 11580689-REQUEST-PROVIDER-05.02.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | May 2, 2022 |
| To: | BRYAN GRIFFITH<br>BATON ROUGE ORTHO CLINIC |
| Attn: | Medical Rec |
| Fax: | (225) 408-7980 |
| From: | Keri Young<br>Ltd Claim Specialist I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 11580689<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 2, 2022

Bryan Griffith
Baton Rouge Ortho Clinic

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Bryan Griffith:

We are the Disability Claim Administrator for your patient, Amy Ray Knight.

To evaluate Ms. Ray Knight's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2022 through present

We ask that you provide this information by May 9, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Ray Knight allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Ray Knight's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-0380

Attachments: 11580689-EMPLOYEE/CLAIMANT-AUTHORIZATION-08.26.2021

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

00000231 LFPCSDD1 00003070

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Amy R Knight

Name of legal representative, if applicable (print) Amy R. Knight Relationship self

Signature of claimant or legal representative Amy R. Knight Date: 8-20-21

Date of Birth: __ ______ Claim Number: 011580689

**A copy of this authorization will be considered as valid as the original.**

ReleasePoint

**Medical Record Overview**

**Date:** June 6, 2022

**Patient Name:** RAY KNIGHT, AMY

**Records From:** LOUISIANA WOMEN'S HEALTHCARE
500 Rue de la Vie Suite 100
Baton Rouge, LA 70817
(225) 201-2000

**Request Scope:** From January 1, 2022 to Present

**Chart Range:** 05/20/2022 - 05/20/2022

**RP ID:** 9345897

**Client ID:** 11580689

**Source:** L-CLTLTD

**Req By:** K Young
09LF0372

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | May 20 2022 | May 20 2022 | 7 | 2 |
| Request Corr | | | 3 | 9 |

**Total Page Count:** 10

**Notes From QC:**

Knight, Amy Ray (MR # 13102377) DOB:

# Knight, Amy Ray

MRN 13102377

**Office Visit** 5/20/2022
Louisiana Women's Healthcare - OB/GYN

Provider Michael Perniciaro, MD (Obstetrics and Gynecology)
Primary diagnosis. Encounter for well woman exam
Reason for Visit Well Woman

## Progress Notes

Michael Perniciaro, MD (Physician) • Obstetrics and Gynecology

**Chief Complaint:** Annual exam

**HPI:** 54 y.o. G1P1001 here for Annual Exam. Pt c/o USI Pt had TVH in 2005. Pt has ovaries. Patient denies abnormal breast symptoms. Pt is not taking HRT
No menopausal complaints

**Labs / Significant Studies**
Pap in remote past
Mammogram obtained with Dr. Dupont over 1 year ago
BMD Never
Colonoscopy, needs to schedule

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Diabetes mellitus | |
| • Fibromyalgia | |
| • Hypercholesteremia | |
| • IBS (irritable bowel syndrome) | |
| • Migraine | |
| • Occasional tremors | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BREAST BIOPSY | Left | |
| • LAPAROSCOPY | | 05/09/2005 |
| • TVH | | 12/19/2005 |

Current Outpatient Medications:
• ALPRAZolam (XANAX) 0 5 MG tablet, Take 0 5 mg by mouth daily as needed., Disp. , Rfl:
• buPROPion (WELLBUTRIN XL) 150 MG TB24 tablet, Wellbutrin XL Take No date recorded No form recorded No frequency recorded No route recorded No set duration recorded No set duration amount recorded active No dosage strength recorded No dosage strength units of measure recorded, Disp. , Rfl.
• chlordiazepoxide-clidinium 5-2 5 mg (LIBRAX) 5-2 5 mg Cap, Librax (with clidinium) Take 2 times per day 40mg No date recorded No form recorded 2 times per day No route recorded No set duration recorded No set duration amount recorded active No dosage strength recorded No dosage strength units of measure recorded, Disp: , Rfl:
• erythromycin (ROMYCIN) ophthalmic ointment, Apply to eye., Disp: , Rfl:
• metFORMIN (GLUCOPHAGE-XR) 500 MG ER 24hr tablet, Take 1 tablet by mouth 2 (two) times daily , Disp , Rfl.

Knight, Amy Ray (MR # 13102377) DOB:

- albuterol (PROVENTIL/VENTOLIN HFA) 90 mcg/actuation inhaler, INHALE 2 PUFFS INTO THE LUNGS EVERY 6 HOURS AS NEEDED FOR WHEEZE, Disp' , Rfl:
- amitriptyline (ELAVIL) 10 MG tablet, Take 20 mg by mouth nightly , Disp· , Rfl·
- CLARITIN-D 24 HOUR 10-240 mg per 24 hr tablet, Take 1 tablet by mouth once daily., Disp , Rfl:
- FLUoxetine 20 MG capsule, Take 20 mg by mouth once daily., Disp: , Rfl:
- FLUoxetine 40 MG capsule, Take 40 mg by mouth once daily , Disp , Rfl
- naproxen (NAPROSYN) 500 MG tablet, , Disp. , Rfl.
- propranolol. (INDERAL) 20 MG tablet, , Disp: , Rfl·
- sumatriptan (IMITREX) 50 MG tablet, TAKE 1 TABLET BY MOUTH EVERY 2 (TWO) HOURS AS NEEDED FOR MIGRAINE MAY REPEAT IN 2 HOURS IF NEEDED, Disp. , Rfl·
- topiramate (TOPAMAX) 25 MG tablet, Take 25 mg by mouth 2 (two) times daily , Disp: , Rfl

**Review of patient's allergies indicates:**

| Allergen | Reactions |
|---|---|
| • Adhesive tape-silicones | |
| • Atorvastatin | |
| • Morphine | |
| • Sulfa (sulfonamide antibiotics) | |

**OB History**

| Gravida | Para | Term | Preterm | AB | Living |
|---|---|---|---|---|---|
| 1 | 1 | 1 | | | 1 |
| SAB | IAB | Ectopic | Multiple | Live Births | |

| # | Outcome | Date | GA | Lbr Len/2nd | Weight | Sex | Delivery | Anes | PTL | Lv |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Term | | | | | | | | | |

**Social History**

Tobacco Use

| | |
|---|---|
| • Smoking status | Never Smoker |
| • Smokeless tobacco | Never Used |
| Substance Use Topics | |
| • Alcohol use: | Yes |
| • Drug use: | Not Currently |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Diabetes Mellitus | Father | |
| • Breast cancer | Other | |
| • Heart disease | Other | |

**Review of Systems**

Constitutional Negative
HENT· Negative
Eyes: Negative.
Respiratory. Negative.
Cardiovascular. Negative.
Gastrointestinal. Negative.
Endocrine Negative.

Knight, Amy Ray (MR # 13102377) DOB:

Genitourinary: Negative.
Musculoskeletal: Negative
Integumentary Negative
Neurological Negative
Hematological. Negative
Psychiatric/Behavioral: Negative.
Breast. negative

**Physical Exam**

**Vitals:**

| | |
|---|---|
| | 05/20/22 0925 |
| BP: | 102/64 |
| Weight. | 55 3 kg (122 lb) |
| Height. | 5' 3" (1 6 m) |

Body mass index is 21 61 kg/m².

Physical Exam:
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head Normocephalic.
Neck: No thyromegaly present.
Pulmonary/Chest: Effort normal Right breast exhibits no inverted nipple, no mass, no nipple discharge, no skin change, no tenderness, no bleeding and no swelling. Left breast exhibits no inverted nipple, no mass, no nipple discharge, no skin change, no tenderness, no bleeding and no swelling.

Abdominal: Soft. She exhibits no distension There is no abdominal tenderness
Genitourinary: Inguinal canal, vagina, right adnexa, left adnexa and rectum normal.
Pelvic exam was performed with patient supine.
The external female genitalia was normal Labial bartholins normal.Right adnexum displays no mass, no tenderness and no fullness Left adnexum displays no mass, no tenderness and no fullness. Cervix is absent Uterus is absent. Normal urethral meatus.Urethral Meatus exhibits urethral lesion and prolapsedUrethra findings. no urethral mass and no tendernessBladder findings: no bladder distention and no bladder tenderness
Musculoskeletal: Moves all extremeties
Neurological. She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry She is not diaphoretic.
Psychiatric: She has a normal mood and affect.

**ASSESSMENT:**
Annual Well Women Exam
There is no problem list on file for this patient

Amy was seen today for well woman

Diagnoses and all orders for this visit.

**Encounter for well woman exam**
- DXA Bone Density Spine And Hip; Future

Knight, Amy Ray (MR # 13102377) DOB:

**Screening for malignant neoplasm of colon**
- Occult Blood, Fecal Immunoassay

**Urinary, incontinence, stress female**

**Family history of osteoporosis in mother**
- DXA Bone Density Spine And Hip; Future

**Menopausal symptoms**
- Follicle Stimulating Hormone, Future
- Follicle Stimulating Hormone

**PLAN:**
Discussed PAP recommendations. Pap was not done
Monthly BSE
Schedule Mammogram with Dr Dupont
Colonoscopy recommendations discussed.
FIT
Schedule BDS
Discussed calcium and Vitamin D for osteoporosis/osteopenia prevention
FSH
Discuss USI and kegal/PT
Patient declines GU referral
Rec exercise 3 times weekly
Keep yearly Follow up with PCP
Follow up in 1 year

## Instructions

Follow up in about 1 year (around 5/20/2023) for well woman.

After Visit Summary (Automatic SnapShot taken 5/20/2022)

## Additional Documentation

| | |
|---|---|
| Vitals | BP 102/64 Ht 5' 3" (1.6 m) Wt 55.3 kg (122 lb) BMI 21.61 kg/m² BSA 1.57 m² |
| Flowsheets | Anthropometrics |
| Encounter Info | Billing Info, History, Allergies, Detailed Report |

## Media

From this encounter

Electronic signature on 5/20/2022 9:19 AM - E-signed

Not recorded

## All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99000 | PR SPECIMEN HANDLING,DR OFF->LAB | 5/20/2022 | Michael Perniciaro, MD | | 1 |

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99386 | PR PREVENTIVE VISIT,NEW,40-64 | 5/20/2022 | Michael Perniciaro, MD | | 1 |

## Level of Service

Level of Service

**PR PREVENTIVE VISIT,EST,40-64 [99396]**

## BestPractice Advisories

Click to view BestPractice Advisory history

## AVS Reports

| Date/Time | Report | Action | User |
|---|---|---|---|
| 5/20/2022 10:06 AM | After Visit Summary | Automatically Generated | Michael Perniciaro, MD |

## Encounter-Level Documents on 05/20/2022:

After Visit Summary - Document on 5/20/2022 10:06 AM by Michael Perniciaro, MD: After Visit Summary
Acknowledgement - Electronic signature on 5/20/2022 - E-signed

## Visit Diagnoses and Associated Orders

Encounter for well woman exam
ICD-10-CM Z01.419
ICD-9-CM V72.31
DXA Bone Density Spine And Hip [IMG1452 Custom] - *Future Order*

Screening for malignant neoplasm of colon
ICD-10-CM Z12.11
ICD-9-CM V76.51
Occult Blood, Fecal Immunoassay [LAB7090 CPT(R)]

Urinary, incontinence, stress female
ICD-10-CM N39.3
ICD-9-CM 625.6

Family history of osteoporosis in mother
ICD-10-CM Z82.62
ICD-9-CM V17.81
DXA Bone Density Spine And Hip [IMG1452 Custom] - *Future Order*

Menopausal symptoms
ICD-10-CM N95.1
ICD-9-CM 627.2
Follicle Stimulating Hormone [LAB86 Custom] - *Future Order*
Follicle Stimulating Hormone [LAB86 Custom]

## Problem List

Knight, Amy Ray (MR # 13102377) DOB:

as of 5/20/2022

None

## Orders Placed

Follicle Stimulating Hormone (Resulted 5/20/2022)
Occult Blood, Fecal Immunoassay (Resulted 5/20/2022)
DXA Bone Density Spine And Hip (Resulted 5/27/2022)

## Medication Changes

As of 5/20/2022 10 03 AM

None

## Medication List at End of Visit

As of 5/20/2022 10 03 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **albuterol (PROVENTIL/VENTOLIN HFA) 90 mcg/actuation inhaler**<br>INHALE 2 PUFFS INTO THE LUNGS EVERY 6 HOURS AS NEEDED FOR WHEEZE<br>Patient-reported medication | | 5/14/2022 | |
| **ALPRAZolam (XANAX) 0.5 MG tablet**<br>Take 0.5 mg by mouth daily as needed. - Oral<br>Patient reported medication | | 9/16/2021 | |
| **amitriptyline (ELAVIL) 10 MG tablet**<br>Take 20 mg by mouth nightly - Oral<br>Patient-reported medication | | 4/16/2022 | |
| **buPROPion (WELLBUTRIN XL) 150 MG TB24 tablet**<br>Wellbutrin XL Take No date recorded No form recorded No frequency recorded No route recorded No set duration recorded No set duration amount recorded active No dosage strength recorded No dosage strength units of measure recorded<br>Patient-reported medication | | 3/29/2022 | |
| **chlordiazepoxide-clidinium 5-2.5 mg (LIBRAX) 5-2.5 mg Cap**<br>Librax (with clidinium) Take 2 times per day 40mg No date recorded No form recorded 2 times per day No route recorded No set duration recorded No set duration amount recorded active No dosage strength recorded No dosage strength units of measure recorded<br>Patient-reported medication | | 5/11/2022 | |
| **erythromycin (ROMYCIN) ophthalmic ointment**<br>Apply to eye. - Ophthalmic<br>Patient reported medication | | 8/17/2021 | |
| **fluoxetine HCl** | | | |
| **FLUoxetine 40 MG capsule**<br>Take 40 mg by mouth once daily. - Oral | | 4/11/2022 | |

Knight, Amy Ray (MR # 13102377) DOB:

| | Refills | Start Date | End Date |
|---|---|---|---|
| Patient-reported medication | | | |
| **FLUoxetine 20 MG capsule**<br>Take 20 mg by mouth once daily. - Oral<br>Patient-reported medication | | 5/6/2022 | |
| **CLARITIN-D 24 HOUR 10-240 mg per 24 hr tablet**<br>Take 1 tablet by mouth once daily. - Oral<br>Patient-reported medication | | 5/12/2022 | |
| **metFORMIN (GLUCOPHAGE-XR) 500 MG ER 24hr tablet**<br>Take 1 tablet by mouth 2 (two) times daily. - Oral<br>Patient-reported medication | | 5/9/2022 | |
| **naproxen (NAPROSYN) 500 MG tablet**<br>Patient-reported medication | | 4/11/2022 | |
| **propranoloL (INDERAL) 20 MG tablet**<br>Patient-reported medication | | 4/11/2022 | |
| **sumatriptan (IMITREX) 50 MG tablet**<br>TAKE 1 TABLET BY MOUTH EVERY 2 (TWO) HOURS AS NEEDED FOR MIGRAINE. MAY REPEAT IN 2 HOURS IF NEEDED<br>Patient-reported medication | | 5/6/2022 | |
| **topiramate (TOPAMAX) 25 MG tablet**<br>Take 25 mg by mouth 2 (two) times daily. - Oral<br>Patient-reported medication | | 4/28/2022 | |

## Visit Diagnoses

Encounter for well woman exam Z01.419
Screening for malignant neoplasm of colon Z12.11
Urinary, incontinence, stress female N39.3
Family history of osteoporosis in mother Z82.62
Menopausal symptoms N95.1

131C2377

Lincoln Financial Group

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

**LOUISIANA WOMEN'S HEALTHCARE**
**500 Rue de la Vie Suite 100**
**ATTN: MEDICAL RECORDS**
**Baton Rouge, LA 70817**

Date. May 31, 2022

**Re: Long Term Disability Benefits**
Claim# 9345897 11580689
Claimant: RAY KNIGHT, AMY
Claimant DOB:
Provider Portal https //portal.releasepoint com
Access Key: LOU430

Dear Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:
**From January 1, 2022 to Present**
**MEd Rec - Perniciaro - Seen By: LOUISIANA WOMEN'S HEALTHCARE**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required· admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

*Sincerely,*
Glenna Miranda
Disability Information Specialist
Phone No.: (310) 409-4839
Fax No: (213) 884-4921

RPID: 9345897

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

*This* authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Amy R. Knight

Name of legal representative, if applicable (print) Amy R. Knight Relationship self

Signature of claimant or legal representative Amy R. Knight Date: 8-30-21

Date of Birth: ____ ________ Claim Number: 011580689

**A copy of this authorization will be considered as valid as the original.**

RPID: 9345897

Lincoln Financial Group

Lincoln Financial Group
100 Liberty Way
Dover, NH 03820

LincolnFinancial.com

P.O Box 7207
London, KY 40742-7207

March 4, 2022

To Whom It May Concern,

The Lincoln National Life Insurance company authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

Electronic mail to: charts@releasepoint.com
Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

Shaun M Donahue, CSSC
Assistant Vice President, Clinical Operations
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St Peters, MO 63376



*Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations*

# Quality Assurance Report

## Request Information

Report Date: June 6, 2022

**RP ID:** 9345897

Patient Name: RAY KNIGHT, AMY

Provider Name: LOUISIANA WOMEN'S HEALTHCARE

## Quality Assurance Information

Scope Requested: **From January 1, 2022 to Present**

Special Request:
Please provide medical records Perniciaro - Seen By:
LOUISIANA WOMEN'S HEALTHCARE

Special Request Included? NO

Secondary Request Confirmed? NO

QC Notes:

Chart Reviewed By: DW

**ResolveROI**
Release of Information
PO BOX 10898
SAVANNAH GA 31412-1098
ADDRESS SERVICE REQUESTED

**Invoice #: I-0115743**
**Amount Due: $20.00**
**Invoice Date: 5/16/2022**
**Page Count: 1**

**PAYMENT DUE UPON RECEIPT**
**YOUR ORDER HAS BEEN PROCESSED**

**Bill to:**

001412002401957019926B103257878---Y284D90183 17
Lincoln Life Assurance Company of Boston
Keri Young
PO Box 2578
Omaha NE 68103-2578

| | |
|---|---|
| **Records of:** | **Amy Ray Knight** |
| **Records from:** | **Baton Rouge Orthopaedic Clinic** |
| **Request #:** | **R-0143320** |
| **Reference #:** | |
| **Claim #:** | **11580689** |

Y284D90183

**PAYMENT DUE UPON RECEIPT**

Online: **https://requesters.ResolveROI.com**

Phone: **844.704.0215**

ResolveROI Tax ID: 81-2974423

| Charge Description | Amount |
|---|---|
| DDS Nebraska 1st Page | $20.00 |

**RECORD DOWNLOAD INSTRUCTIONS**

**Download at: https://requesters.ResolveROI.com**

**RECORDS WILL NOT BE MAILED**

For questions please contact ResolveROI at:
support@ResolveROI.com or call 844.704.0215

| | |
|---|---|
| Charge Total: | $20.00 |
| Delivery Charge: | $0.00 |
| Disc Delivery | $0.00 |
| SubTotal: | $20.00 |
| Tax: | $0.00 |
| Total Charges: | $20.00 |
| Adjustments: | $0.00 |
| Payments: | $0.00 |
| **AMOUNT DUE:** | **$20.00** |

***** Please detach the lower portion and return with your payment ***** 17-SFRESU10-001-10/29/18

PLEASE CIRCLE THE CREDIT CARD YOU WISH TO USE

| CARD NUMBER | EXP. DATE |
|---|---|
| CARD HOLDER NAME | CVV |
| SIGNATURE | AMOUNT PAID |

Invoice #: I-0115743
Invoice Date: 5/16/2022
Records Of: Amy Ray Knight
**Amount Due: $20.00**

17-SFRESU10-001-10/29/18

00020078-000017-01-1-AA

**Bill To:**

Lincoln Life Assurance Company of Boston
Keri Young
PO Box 2578
Omaha NE 68103-2578

**Remit Payment To:**

ResolveROI
PO BOX 10898
SAVANNAH, GA 31412-1098

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | May 31, 2022 |
| To: | BRYAN GRIFFITH<br>BATON ROUGE ORTHO CLINIC |
| Attn: | Medical Rec |
| Fax: | (225) 408-7980 |
| From: | Keri Young<br>Ltd Claim Specialist I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 11580689<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 31, 2022

Bryan Griffith
Baton Rouge Ortho Clinic

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Bryan Griffith:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Gainwell Technologies's Group Disability Policy. We are writing in reference to Amy Ray Knight's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by June 3, 2022.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-0380

Attachments: 11580689-REQUEST-PROVIDER-05.02.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | May 2, 2022 |
| To: | BRYAN GRIFFITH<br>BATON ROUGE ORTHO CLINIC |
| Attn: | Medical Rec |
| Fax: | (225) 408-7980 |
| From: | Keri Young<br>Ltd Claim Specialist I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 11580689<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 2, 2022

Bryan Griffith
Baton Rouge Ortho Clinic

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Bryan Griffith:

We are the Disability Claim Administrator for your patient, Amy Ray Knight.

To evaluate Ms. Ray Knight's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2022 through present

We ask that you provide this information by May 9, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Ray Knight allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Ray Knight's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-0380

Attachments: 11580689-EMPLOYEE/CLAIMANT-AUTHORIZATION-08.26.2021

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

00000231 LFPC5DD1 00003070

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

*This* authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Amy R Knight

Name of legal representative, if applicable (print) Amy R. Knight Relationship self

Signature of claimant or legal representative Amy R. Knight Date: 8-20-21

Date of Birth: _ Claim Number: 011580689

**A copy of this authorization will be considered as valid as the original.**

May. 2. 2022 2:30PM No. 5442 P. 2/4
05/02/22 14:13:26 Lincoln Financial -> Lincoln Financial Gr Page 002

660 12548 LA680 05032022 095100

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No (603) 334-0380

MAIL

May 2, 2022

Received
MAY 0 2 2022
MedSouth

Venugopal Vatsavayi ✓
Baton Rouge Clinic

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689
Claimant: Amy Ray Knight ✓
Claimant D.O.B.:

✓ tw

Dear Venugopal Vatsavayi:

We are the Disability Claim Administrator for your patient, Amy Ray Knight.

To evaluate Ms. Ray Knight's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 7, 2022 through present

We ask that you provide this information by May 9, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Ray Knight allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Ray Knight's signature.

If you have any questions regarding this matter, please contact me.

MR: 17

MedSouth
☒ Processed
☐ Pending
MAY 0 4 2022
By: AD

DR. VATSAVAYI
1/7/2022 = PR.



05/02/2022 1:15PM (GMT-05:00)

The Baton Rouge Clinic, AMC

KNIGHT, Amy R
MRN: 252940, DOB: Sex: F
Visit date: 3/3/2022

## Reason for Visit

Routine Visit

## Diagnoses

| | Comments |
|---|---|
| Moderate episode of recurrent major depressive disorder (HCC) - Primary | |
| Fibromyalgia | |
| GAD (generalized anxiety disorder) | |

## Problem List

| | Noted | Resolved |
|---|---|---|
| Hyperlipidemia | by West, J David, MD | No |
| Diabetes mellitus, type 2 (HCC) | 12/10/2013 by West, J David, MD | No |
| Benign essential tremor | by West, J David, MD | No |
| Rotator cuff syndrome | 10/10/2014 by Mena, Hector R, MD | No |
| Fibromyalgia | 10/24/2014 by Mena, Hector R, MD | No |
| Major depression, chronic | 1/20/2015 by West, J David, MD | No |
| Benign positional vertigo | 4/20/2016 by Petit, Brian J, MD | No |
| Sensorineural hearing loss, bilateral | 4/20/2016 by Petit, Brian J, MD | No |
| Vertigo | 4/20/2016 by Petit, Brian J, MD | No |
| Irritable bowel syndrome without diarrhea | 6/1/2016 by West, J David, MD | No |
| GAD (generalized anxiety disorder) | 6/1/2016 by West, J David, MD | No |
| Migraine syndrome | 7/13/2016 by West, J David, MD | No |
| Positive ANA (antinuclear antibody) | 5/10/2021 by Bourg, Angele, MD | No |
| Chronic pain of left upper extremity | 9/2/2021 by West, J David, MD | No |
| Left arm weakness | 9/2/2021 by West, J David, MD | No |
| Chronic pain of right wrist | 9/2/2021 by West, J David, MD | No |
| Complex regional pain syndrome type 1 of left upper extremity | 9/2/2021 by West, J David, MD | No |

## Allergies as of 3/3/2022

Reviewed by Ford, Chavez C, MA on 1/17/2022

| | Noted | Reaction Type | Reactions | Deletion Reason |
|---|---|---|---|---|
| Adhesive | 05/06/2019 | | | |
| Lipitor [atorvastatin] | 05/26/2012 | | | |
| Morphine | 05/26/2012 | | | |

## Immunizations as of 03/03/22

| Name | Date | Dose | VIS Date | Route | Site |
|---|---|---|---|---|---|
| Influenza Split (PF) Greater Than or Equal to 3 YO | 10/01/17 | | | | |
| Given By:<br>Manufacturer:<br>External: | | Documented By: West, J David, MD 2/26/2018 3:04 PM<br>Lot#:<br>Comment: | | | |
| Influenza Split (PF) Quad 0.5 mL 6-35 MO OR > or = 3 YO | Fri Oct 8, 2021 10:31 AM | 0.5 mL | 08/06/2021 | Intramuscular | Right deltoid |
| Given By: Friscia, Barbara, RN<br>Manufacturer: Sanofi-Pasteur<br>External: | | Documented By: Friscia, Barbara, RN 10/8/2021 10:31 AM<br>Lot#: UT7330NA<br>Comment: | | | |
| Influenza Split (PF) Quad 0.5 mL 6-35 MO OR > or = 3 YO | Tue Sep 22, 2020 1:31 PM | 0.5 mL | 08/15/2019 | Intramuscular | Right deltoid |
| Given By: Ford, Chavez C, MA<br>Manufacturer: Sanofi-Pasteur<br>External: | | Documented By: Ford, Chavez C, MA 9/22/2020 1:31 PM<br>Lot#: UT7006JA<br>Comment: | | | |
| Revision History | Date | Dose | VIS Date | Route | Site |
| | 09/22/20 | .5 mL | 08/15/2019 | Intramuscular | Left deltoid |
| Given By:<br>Manufacturer: Sanofi-Pasteur<br>External: | | Documented By: West, J David, MD 9/22/2020 1:18 PM<br>Lot#:<br>Comment: | | | |
| Influenza Split (PF) Quad 0.5 mL 6-35 MO OR > or = 3 YO | 10/14/13 | 0.5 mL | 07/26/13 | Intramuscular | Left deltoid |
| Given By: McDowell, Kathleen B, RN<br>Manufacturer: Sanofi-Pasteur<br>External: | | Documented By: McDowell, Kathleen B, RN 10/14/2013<br>Lot#: U4771AA<br>Comment: | | | |
| Influenza Split Quad 6-35 MO OR > or = to 3 YO | 10/04/19 | | | | |
| Given By:<br>Manufacturer:<br>External: Patient reported | | Documented By: Porche, Trudy M, MA 10/7/2019 3:10 PM<br>Lot#:<br>Comment: | | | |
| Influenza Whole | 10/16/14 | | | | |
| Given By: | | Documented By: Porche, Trudy M, MA 11/7/2014 | | | |

The Baton Rouge Clinic, AMC

KNIGHT, Amy R
MRN: 252940, DOB: Sex: F
Visit date: 3/3/2022

**Immunizations as of 03/03/22 (continued)**

| Name | Date | Dose | VIS Date | Route | Site |
|---|---|---|---|---|---|
| Manufacturer: | | Lot#: | | | |
| External: | | Comment: CVS | | | |
| **Influenza Whole** | 11/05/11 | | | | |
| Given By: | | Documented By: Porche, Trudy M, MA 5/26/2012 | | | |
| Manufacturer: | | Lot#: | | | |
| External: | | Comment: | | | |
| **Pneumococcal Polysaccharide PPSV23** | 10/12/12 | 0.5 mL | 10/06/2009 | Intramuscular | Right deltoid |
| Given By: Thomas, Jennifer M, LPN | | Documented By: Thomas, Jennifer M, LPN 10/12/2012 | | | |
| Manufacturer: MERCK SHARP & D | | Lot#: HO13399 | | | |
| External: | | Comment: | | | |
| **SARS-COV-2 (Pfizer Purple Cap) (COVID-19) Vaccine Preservative Free 0.3 mL IM** | Mon Aug 23, 2021 9:53 AM | 0.3 mL | 12/01/2020 | Intramuscular | Right deltoid |
| Given By: Graves, Alysia P, RN | | Documented By: Graves, Alysia P, RN 8/23/2021 9:53 AM | | | |
| Manufacturer: PFIZER MANUFACT | | Lot#: FC3183 | | | |
| External: | | Comment: | | | |
| **SARS-COV-2 (Pfizer Purple Cap) (COVID-19) Vaccine Preservative Free 0.3 mL IM** | Mon Aug 2, 2021 11:30 AM | 0.3 mL | 12/01/2020 | Intramuscular | Right deltoid |
| Given By: Henagan, Margaret, RN | | Documented By: Henagan, Margaret, RN 8/2/2021 11:31 AM | | | |
| Manufacturer: PFIZER MANUFACT | | Lot#: EW0172 | | | |
| External: | | Comment: | | | |
| **Tdap** | Mon May 6, 2019 2:47 PM | 0.5 mL | 02/24/2015 | Intramuscular | |
| Given By: Craig, Lisa, RN | | Documented By: Craig, Lisa, RN 5/6/2019 2:49 PM | | | |
| Manufacturer: Sanofi-Pasteur | | Lot#: C5585BA | | | |
| External: | | Comment: | | | |

| **Revision History** | Date | Dose | VIS Date | Route | Site |
|---|---|---|---|---|---|
| | Mon May 6, 2019 2:00 PM | 0.5 mL | 02/24/2015 | Intramuscular | Left vastus lateralis |
| Given By: | | Documented By: Nelson, Katherine H, PA 5/6/2019 1:57 PM | | | |
| Manufacturer: | | Lot#: | | | |
| External: | | Comment: | | | |

**Vitals**

Most recent update: 3/3/2022 2:55 PM

| BP | Pulse | Ht | Wt | BMI |
|---|---|---|---|---|
| 112/71 | 99 | 160 cm (63") | 53.7 kg (118 lb 6.4 oz) | 20.97 kg/m² |

## History

**Medical as of 3/3/2022**

**Medical never marked as reviewed**

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Anxiety | — | — | Provider |
| Benign essential tremor | — | — | Provider |
| Depression | — | — | Provider |
| Diabetes mellitus | — | — | Provider |
| Headache(784.0) | — | — | Provider |
| Hyperlipidemia | — | — | Provider |
| IBS (irritable bowel syndrome) | — | — | Provider |

**Surgical as of 3/3/2022**

**Surgical never marked as reviewed**

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| HYSTERECTOMY | — | — | COMPLETE | Provider |
| PELVIC LAPAROSCOPY | — | — | — | Provider |
| BREAST SURGERY | — | — | Left breast biopsy | Provider |

**Family as of 3/3/2022**

**Family never marked as reviewed**

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Thyroid disease | Mother | — | — | — | Provider |

**Family as of 3/3/2022 (continued)**

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Atrial fibrillation | Mother | — | — | — | Provider |
| Hyperlipidemia | Father | — | — | — | Provider |
| Diabetes | Father | — | — | — | Provider |
| Thyroid disease | Father | — | — | — | Provider |
| No Significant Medical History | Brother | — | — | — | Provider |
| Diabetes | Child | — | — | — | Provider |

**Family Status as of 3/3/2022**

Family Status never marked as reviewed

| Relation | Name | Status | Comments | Sex (Gender) | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Mother | — | Alive | — | F | — | — | Provider |
| Father | — | Alive | — | M | — | — | Provider |
| Brother | — | Alive | — | M | Patient's father | Patient's mother | Provider |
| Child | — | Alive | — | U | — | KNIGHT,Amy R (Patient) | Provider |

**Tobacco Use as of 3/3/2022**

Tobacco Use never marked as reviewed

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Never Smoker | — | — | — | — |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| — | — | Never Used | — | Provider |

**Alcohol Use as of 3/3/2022**

Alcohol Use never marked as reviewed

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| No | | — | — | Provider |

**Drug Use as of 3/3/2022**

Drug Use never marked as reviewed

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| — | — | — | — | Provider |

**Sexual Activity as of 3/3/2022**

Sexual Activity never marked as reviewed

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| — | — | — | — | Provider |

**Activities of Daily Living as of 3/3/2022**

Activities of Daily Living never marked as reviewed
None

**Social Documentation as of 3/3/2022**

Social Documentation never marked as reviewed
None

**Occupational as of 3/3/2022**

Occupational never marked as reviewed

| Occupation | Employer | Comments | Source |
|---|---|---|---|
| on disability, RN | — | — | Provider |

**Socioeconomic as of 3/3/2022**

Socioeconomic never marked as reviewed

**Socioeconomic as of 3/3/2022 (continued)**

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Not Hispanic or Latino/a or Spanish origin | White or Caucasian | Provider |

**Birth as of 3/3/2022**

**Birth never marked as reviewed**
None

**OB History as of 3/3/2022**

**OB History never marked as reviewed**
No obstetric history on file.

**Implants**

No active implants to display in this view.

No questionnaires available.

**Encounter Messages**

**Save Time with eCheck-in**

| From | To | Sent and Delivered |
|---|---|---|
| User, Mychart<br>Last Read in MyChart<br>Not Read | Amy R KNIGHT | 2/28/2022 8:10 PM |

Appointment Information:
Dept: BRC PSYCHIATRY
THE BATON ROUGE CLINIC PSYCHIATRY DEPARTMENT
3401 NORTH BLVD., STE. 100
BATON ROUGE LA 70806-3743
225-381-2621
Provider: Venugopal Vatsavayi, MD
Date: 3/03/22
Time: 2:45 PM

Please click epichttp://appointments[here] to view more details about your appointment.

Hello Amy,

*You have a new message in MyChart*

Did you know that your appointment qualifies for *eCheck-In*, which is available up to 7 days prior to your appointment? With eCheck-in, you can verify your appointment and check-in electronically.

*eCheck-In* allows you to update any of your information, including your address, phone, and even your insurance coverage via the MyChart app or website. This prevents you from filling out multiple pages of paperwork that must be completed upon your arrival at the clinic. You can also pay your co-pays*, update medications, and electronically sign any documents with eCheck-In.

*eCheck-In* helps to keep our schedules on time, and gets you to your doctor faster. So, skip the wait and try *eCheck-In* today! If you have any questions about *eCheck-In* please call 855-435-1426 or email mychartsupport@fmolhs.com.

To use *eCheck-In* from the web: Login to your MyChart account then navigate to Visits>Appointments and

Visits then click the **Update Information** button for your appointment.

To use *eCheck-In* from your mobile device: Login to your MyChart account then navigate to **Appointments** then click **ECHECK-IN** for your appointment.
You can eCheck-In up until the scheduled appointment time.

**Co-pay will not be processed until you arrive for the appointment*

Audit Trail

| MyChart User | Last Read On |
|---|---|
| Amy R KNIGHT | Not Read |

Save Time with eCheck-in

| From | To | Sent and Delivered |
|---|---|---|
| User: Mychart<br>Last Read in MyChart<br>Not Read | Amy R KNIGHT | 2/24/2022 8:11 PM |

Appointment Information:
Dept: BRC PSYCHIATRY
THE BATON ROUGE CLINIC PSYCHIATRY DEPARTMENT
3401 NORTH BLVD., STE. 100
BATON ROUGE LA 70806-3743
225-381-2621
Provider: Venugopal Vatsavayi, MD
Date: 3/03/22
Time: 2:45 PM

Please click epichttp://appointments[here] to view more details about your appointment.

Hello Amy,

*You have a new message in MyChart*

Did you know that your appointment qualifies for *eCheck-In*, which is available up to 7 days prior to your appointment? With eCheck-in, you can verify your appointment and check-in electronically.

*eCheck-In* allows you to update any of your information, including your address, phone, and even your insurance coverage via the MyChart app or website. This prevents you from filling out multiple pages of paperwork that must be completed upon your arrival at the clinic. You can also pay your co-pays*, update medications, and electronically sign any documents with eCheck-In.

*eCheck-In* helps to keep our schedules on time, and gets you to your doctor faster. So, skip the wait and try *eCheck-In* today! If you have any questions about *eCheck-In* please call 855-435-1426 or email mychartsupport@fmolhs.com.

To use *eCheck-In* from the web: Login to your MyChart account then navigate to Visits>Appointments and Visits then click the **Update Information** button for your appointment.

To use *eCheck-In* from your mobile device: Login to your MyChart account then navigate to **Appointments** then click **ECHECK-IN** for your appointment.

**Encounter Messages (continued)**

You can eCheck-In up until the scheduled appointment time.

**Co-pay will not be processed until you arrive for the appointment*

**Audit Trail**

| MyChart User | Last Read On |
|---|---|
| Amy R KNIGHT | Not Read |

**Appointment Scheduled**

| From | To | Sent and Delivered |
|---|---|---|
| User: Mychart<br>Last Read in MyChart<br>1/6/2022 9:38 PM by Amy R KNIGHT | Amy R KNIGHT | 1/6/2022 3:05 PM |

Appointment Information:
Visit Type: ESTABLISHED PATIENT
Date: 3/3/2022
Dept: The Baton Rouge Clinic Psychiatry Department
Provider: Venugopal Vatsavayi
Time: 2:45 PM

Appt Status: Scheduled

**Audit Trail**

| MyChart User | Last Read On |
|---|---|
| Amy R KNIGHT | 1/6/2022 9:38 PM |

## Medications

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ALPRAZolam (XANAX) 0.5 mg tablet (Taking)**<br>Sig: TAKE 1 TABLET BY MOUTH DAILY AS NEEDED FOR SLEEP.<br>Notes to Pharmacy: This request is for a new prescription for a controlled substance as required by Federal/State law.<br>Route: Oral | 15 tablet | 0 | 9/16/2021 | |
| **brompheniramine-pseudoeph-DM 2-30-10 mg/5 mL Syrup (Taking)**<br>Sig: Take 5 mLs by mouth every 4 (four) hours.<br>Route: Oral | 120 mL | 0 | 2/18/2022 | |
| **chlordiazepoxide-clidinium (LIBRAX) 5-2.5 mg per capsule (Taking)**<br>Sig: TAKE 1 CAPSULE BY MOUTH 3 TIMES DAILY WITH MEALS.<br>Prior authorization: Closed - Other | 45 capsule | 3 | 2/7/2022 | |
| **Claritin-D 24 Hour 10-240 mg per 24 hr tablet (Taking)**<br>Sig: TAKE 1 TABLET BY MOUTH EVERY DAY<br>Notes to Pharmacy: Not to exceed 2 additional fills before 02/23/2022. | 30 tablet | 3 | 12/28/2021 | |
| **erythromycin (ROMYCIN) ophthalmic ointment (Taking)**<br>Sig: Place into both eyes at bedtime.<br>Class: Historical Med<br>Route: Both Eyes | | | 8/17/2021 | |
| **FLUoxetine (PROZAC) 40 MG capsule (Taking)**<br>Sig: Take 1 capsule by mouth daily.<br>Route: Oral | 30 capsule | 3 | 3/3/2022 | 3/3/2023 |

## Medications (continued)

### Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **fluticasone (FLONASE) 50 mcg/actuation nasal spray (Taking)**<br>Sig: APPLY TWO SPRAYS IN EACH NOSTRIL ONCE DAILY | 16 g | 1 | 8/22/2017 | |
| **metFORMIN XR (GLUCOPHAGE-XR) 500 mg 24 hr tablet (Taking)**<br>Sig: TAKE 1 TABLET BY MOUTH TWICE A DAY | 60 tablet | 3 | 1/30/2022 | |
| **naproxen (NAPROSYN) 500 mg tablet (Taking)**<br>Sig: TAKE 1 TABLET BY MOUTH TAKE DAILY WITH A MEAL.<br>Route: Oral | 30 tablet | 3 | 3/1/2022 | |
| **topiramate (TOPAMAX) 25 mg tablet (Taking)**<br>Sig: TAKE 1 TABLET BY MOUTH TWICE A DAY | 60 tablet | 3 | 3/1/2022 | |
| **triamcinolone (KENALOG) 0.1 % cream (Taking)**<br>Sig: APPLY THINLY TO THE AFFECTED AREAS ON THE BACK TWICE A DAY AS NEEDED FOR ITCHING/IRRITATION<br>Class: Historical Med | | | 7/16/2021 | |
| **albuterol HFA (Ventolin HFA) 90 mcg/actuation inhaler (Taking/Discontinued)**<br>Sig: Inhale 2 puffs into the lungs every 6 (six) hours as needed for Wheezing.<br>Route: Inhalation | 6.7 g | 0 | 2/18/2022 | 3/29/2022 |
| **amitriptyline (ELAVIL) 10 mg tablet (Taking/Discontinued)**<br>Sig: TAKE TWO TABLETS BY MOUTH EVERY NIGHT AT BEDTIME<br>Reason for Discontinue: **Reorder** | 60 tablet | 3 | 1/2/2022 | 4/15/2022 |
| **buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet by mouth once daily.<br>Notes to Pharmacy: DX Code Needed NEED NEW RX.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 3 | 1/6/2022 | 3/3/2022 |
| **buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet by mouth once daily<br>Notes to Pharmacy: DX Code Needed. NEED NEW RX.<br>Route: Oral | 30 tablet | 3 | 3/3/2022 | 3/29/2022 |
| **FLUoxetine (PROZAC) 40 MG capsule (Taking/Discontinued)**<br>Sig: Take 1 capsule by mouth daily.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 capsule | 3 | 1/6/2022 | 3/3/2022 |
| **propranoloL (INDERAL) 20 mg tablet (Taking/Discontinued)**<br>Sig: TAKE 1 TABLET BY MOUTH TWICE A DAY<br>Reason for Discontinue: **Reorder** | 60 tablet | 3 | 12/31/2021 | 4/29/2022 |
| **SUMAtriptan (IMITREX) 50 mg tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet by mouth every 2 (two) hours as needed for Migraine. May repeat in 2 hours if needed<br>Route: Oral | 10 tablet | 3 | 11/10/2021 | 3/4/2022 |

### Medications at Start of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ALPRAZolam (XANAX) 0.5 mg tablet (Taking)**<br>Sig - Route: TAKE 1 TABLET BY MOUTH DAILY AS NEEDED FOR SLEEP. - Oral<br>Notes to Pharmacy: This request is for a new prescription for a controlled substance as required by Federal/State law. | 15 tablet | 0 | 9/16/2021 | |
| **brompheniramine-pseudoeph-DM 2-30-10 mg/5 mL Syrup (Taking)**<br>Sig - Route: Take 5 mLs by mouth every 4 (four) hours. - Oral | 120 mL | 0 | 2/18/2022 | |
| **chlordiazepoxide-clidinium (LIBRAX) 5-2.5 mg per capsule (Taking)**<br>Sig: TAKE 1 CAPSULE BY MOUTH 3 TIMES DAILY WITH MEALS.<br>Prior authorization: Closed - Other | 45 capsule | 3 | 2/7/2022 | |
| **Claritin-D 24 Hour 10-240 mg per 24 hr tablet (Taking)**<br>Sig: TAKE 1 TABLET BY MOUTH EVERY DAY<br>Notes to Pharmacy: Not to exceed 2 additional fills before 02/23/2022. | 30 tablet | 3 | 12/28/2021 | |
| **erythromycin (ROMYCIN) ophthalmic ointment (Taking)**<br>Sig - Route: Place into both eyes at bedtime. - Both Eyes<br>Class: Historical Med | | | 8/17/2021 | |
| **fluticasone (FLONASE) 50 mcg/actuation nasal spray (Taking)**<br>Sig: APPLY TWO SPRAYS IN EACH NOSTRIL ONCE DAILY | 16 g | 1 | 8/22/2017 | |
| **metFORMIN XR (GLUCOPHAGE-XR) 500 mg 24 hr tablet (Taking)**<br>Sig: TAKE 1 TABLET BY MOUTH TWICE A DAY | 60 tablet | 3 | 1/30/2022 | |
| **naproxen (NAPROSYN) 500 mg tablet (Taking)**<br>Sig - Route: TAKE 1 TABLET BY MOUTH TAKE DAILY WITH A MEAL. - Oral | 30 tablet | 3 | 3/1/2022 | |
| **topiramate (TOPAMAX) 25 mg tablet (Taking)**<br>Sig: TAKE 1 TABLET BY MOUTH TWICE A DAY | 60 tablet | 3 | 3/1/2022 | |
| **triamcinolone (KENALOG) 0.1 % cream (Taking)** | | | 7/16/2021 | |

### Medications (continued)

**Medications at Start of Encounter (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig: APPLY THINLY TO THE AFFECTED AREAS ON THE BACK TWICE A DAY AS NEEDED FOR ITCHING/IRRITATION<br>Class: Historical Med | | | | |
| **albuterol HFA (Ventolin HFA) 90 mcg/actuation inhaler (Taking)**<br>Sig - Route: Inhale 2 puffs into the lungs every 6 (six) hours as needed for Wheezing. - Inhalation | 6.7 g | 0 | 2/18/2022 | 3/29/2022 |
| **amitriptyline (ELAVIL) 10 mg tablet (Taking)**<br>Sig: TAKE TWO TABLETS BY MOUTH EVERY NIGHT AT BEDTIME | 60 tablet | 3 | 1/2/2022 | 4/15/2022 |
| **buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet (Taking)**<br>Sig - Route: Take 1 tablet by mouth once daily. - Oral<br>Notes to Pharmacy: DX Code Needed NEED NEW RX. | 30 tablet | 3 | 1/6/2022 | 3/3/2022 |
| **FLUoxetine (PROZAC) 40 MG capsule (Taking)**<br>Sig - Route: Take 1 capsule by mouth daily. - Oral | 30 capsule | 3 | 1/6/2022 | 3/3/2022 |
| **propranolol. (INDERAL) 20 mg tablet (Taking)**<br>Sig: TAKE 1 TABLET BY MOUTH TWICE A DAY | 60 tablet | 3 | 12/31/2021 | 4/29/2022 |
| **SUMAtriptan (IMITREX) 50 mg tablet (Taking)**<br>Sig - Route: Take 1 tablet by mouth every 2 (two) hours as needed for Migraine. May repeat in 2 hours if needed - Oral | 10 tablet | 3 | 11/10/2021 | 3/4/2022 |

**Discontinued Medications**

| | Reason for Discontinue |
|---|---|
| **buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet** | Reorder |
| **FLUoxetine (PROZAC) 40 MG capsule** | Reorder |

**Ordered Medications**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **FLUoxetine (PROzac) 20 mg capsule**<br>Sig - Route: Take 1 capsule by mouth daily. - Oral | 30 capsule | 2 | 3/3/2022 | 3/3/2023 |
| **buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet (Discontinued)**<br>Sig - Route: Take 1 tablet by mouth once daily. - Oral<br>Notes to Pharmacy: DX Code Needed NEED NEW RX. | 30 tablet | 3 | 3/3/2022 | 3/29/2022 |
| **FLUoxetine (PROZAC) 40 MG capsule**<br>Sig - Route: Take 1 capsule by mouth daily. - Oral | 30 capsule | 3 | 3/3/2022 | 3/3/2023 |

**All Meds and Administrations**

(There are no med orders for this encounter)

## All Orders

**FLUoxetine (PROzac) 20 mg capsule [278437558]**

Electronically signed by: **Vatsavayi, Venugopal, MD on 03/03/22 1522**
Ordering user: Vatsavayi, Venugopal, MD 03/03/22 1522
Frequency: Daily 03/03/22 - 365 days
Authorized by: Vatsavayi, Venugopal, MD
Status: **Active**

**buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet [278437559]**

Electronically signed by: **Vatsavayi, Venugopal, MD on 03/03/22 1522**
Ordering user: Vatsavayi, Venugopal, MD 03/03/22 1522
Frequency: Daily 03/03/22 - 03/29/22
Reordered from: buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet [266150710]
Authorized by: Vatsavayi, Venugopal, MD
Discontinued by: West, J David, MD 03/29/22 0706
Status: **Discontinued**

**FLUoxetine (PROZAC) 40 MG capsule [278437560]**

Electronically signed by: **Vatsavayi, Venugopal, MD on 03/03/22 1522**
Ordering user: Vatsavayi, Venugopal, MD 03/03/22 1522
Frequency: Daily 03/03/22 - 365 days
Reordered from: FLUoxetine (PROZAC) 40 MG capsule [266150711]
Authorized by: Vatsavayi, Venugopal, MD
Status: **Active**

## Progress Notes - Encounter Notes

**Progress Notes by Vatsavayi, Venugopal, MD at 3/3/2022 2:45 PM** Version 1 of 1

Author: Vatsavayi, Venugopal, MD
Filed: 3/3/2022 3:23 PM
Editor: Vatsavayi, Venugopal, MD (Physician)
Service: —
Encounter Date: 3/3/2022
Author Type: Physician
Status: Signed

**The Baton Rouge Clinic Psychiatry Department**
3401 NORTH BLVD
SUITE 100
BATON ROUGE LA 70806-3743
Phone: 225-381-2621
Fax: 225-387-7829[VV.1]

### Psychiatric Follow Up Progress Note

**Patient ID:**[VV.2] Amy[VV.1] is a[VV.2] 54 y.o. female[VV.1]. DOB - /.1]

Seen: Alone
Pain Level: Denies[VV.2]
**Chief Complaint**
Patient presents with
- Routine Visit[VV.1]

Subjective:
Presents for a routine f/u visit. She says that she and her husband caught Covid in Feb. Her daughter is due next week. She does not want her around for the delivery which is very upsetting for her. Her husband was recently diagnosed with Nodule on his lung. She was denied SSI.
She has been crying frequently. She is tearful during the visit. She states that she constantly hurts. She has trouble with insomnia. She fell twice since her last visit.
She denies any Suicidal ideations. She has not started medical THC.
Takes Xanax very Occasionally.

**Progress Notes - Encounter Notes (continued)**

Progress Notes by Vatsavayi, Venugopal, MD at 3/3/2022 2:45 PM (continued) Version 1 of 1

She denies any etoh use or illicit drug use.[VV.2]

Blood pressure 112/71, pulse 99, height 160 cm (63"), weight 53.7 kg (118 lb 6.4 oz).

**Allergies**

| Allergen | Reactions |
| --- | --- |
| • Adhesive | |
| • Lipitor [Atorvastatin] | |
| • Morphine | |

**Outpatient Encounter Medications as of 3/3/2022**

| Medication | Sig | Dispense | Refill |
| --- | --- | --- | --- |
| • albuterol HFA (Ventolin HFA) 90 mcg/actuation inhaler | Inhale 2 puffs into the lungs every 6 (six) hours as needed for Wheezing. | 6.7 g | 0 |
| • ALPRAZolam (XANAX) 0.5 mg tablet | TAKE 1 TABLET BY MOUTH DAILY AS NEEDED FOR SLEEP. | 15 tablet | 0 |
| • amitriptyline (ELAVIL) 10 mg tablet | TAKE TWO TABLETS BY MOUTH EVERY NIGHT AT BEDTIME | 60 tablet | 3 |
| • brompheniramine-pseudoeph-DM 2-30-10 mg/5 mL Syrup | Take 5 mLs by mouth every 4 (four) hours. | 120 mL | 0 |
| • buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet | Take 1 tablet by mouth once daily. | 30 tablet | 3 |
| • chlordiazepoxide-clidinium (LIBRAX) 5-2.5 mg per capsule | TAKE 1 CAPSULE BY MOUTH 3 TIMES DAILY WITH MEALS. | 45 capsule | 3 |
| • Claritin-D 24 Hour 10-240 mg per 24 hr tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | 30 tablet | 3 |
| • erythromycin (ROMYCIN) ophthalmic ointment | Place into both eyes at bedtime. | | |
| • FLUoxetine (PROZAC) 40 MG capsule | Take 1 capsule by mouth daily. | 30 capsule | 3 |
| • fluticasone (FLONASE) 50 mcg/actuation nasal spray | APPLY TWO SPRAYS IN EACH NOSTRIL ONCE DAILY | 16 g | 1 |
| • metFORMIN XR (GLUCOPHAGE-XR) 500 mg | TAKE 1 TABLET BY MOUTH TWICE A | 60 tablet | 3 |

| | | | |
|---|---|---|---|
| 24 hr tablet | DAY | | |
| • naproxen (NAPROSYN) 500 mg tablet | TAKE 1 TABLET BY MOUTH TAKE DAILY WITH A MEAL. | 30 tablet | 3 |
| • propranoloL (INDERAL) 20 mg tablet | TAKE 1 TABLET BY MOUTH TWICE A DAY | 60 tablet | 3 |
| • SUMAtriptan (IMITREX) 50 mg tablet | Take 1 tablet by mouth every 2 (two) hours as needed for Migraine. May repeat in 2 hours if needed | 10 tablet | 3 |
| • topiramate (TOPAMAX) 25 mg tablet | TAKE 1 TABLET BY MOUTH TWICE A DAY | 60 tablet | 3 |
| • triamcinolone (KENALOG) 0.1 % cream | APPLY THINLY TO THE AFFECTED AREAS ON THE BACK TWICE A DAY AS NEEDED FOR ITCHING/IRRITATION | | |
| • [DISCONTINUED] buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet | Take 1 tablet by mouth once daily. | 30 tablet | 3 |
| • [DISCONTINUED] FLUoxetine (PROZAC) 40 MG capsule | Take 1 capsule by mouth daily. | 30 capsule | 3 |
| • FLUoxetine (PROzac) 20 mg capsule | Take 1 capsule by mouth daily. | 30 capsule | 2 |

No facility-administered encounter medications on file as of 3/3/2022.[VV.1]

**Mental Status Exam:**
**Appearance**: Appropriately groomed
**Affect**: Labile
**Mood**: Depressed
**Speech Rate**: Normal
**Speech Volume**: Normal
**Speech Pressured**: No
**Thought Process**: Logical
**Obsessions**: None
**Judgement**: Good
**Insight**: Good
**Orientation**: Intact
**Concentration**: Good
**Fund of Knowledge**: appropriate for level of education

**Thought Content**:
Audio Hallucinations: Denies
Visual Hallucinations: Denies
SI: Denies
HI: Denies

Diagnosis: No Change[VV.2]
1. **Moderate episode of recurrent major depressive disorder (HCC)**
2. Fibromyalgia
3. GAD (generalized anxiety disorder)[VV.1]

**Plan**:[VV.2]
Amy was seen today for routine visit.

Diagnoses and all orders for this visit:

**1. Moderate episode of recurrent major depressive disorder (HCC) (Primary)**
- buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet; Take 1 tablet by mouth once daily., Starting Thu 3/3/2022, Normal

**2. Fibromyalgia**

**3. GAD (generalized anxiety disorder)**

**Other orders**
- FLUoxetine (PROzac) 20 mg capsule; Take 1 capsule by mouth daily., Starting Thu 3/3/2022, Until Fri 3/3/2023, Normal
- FLUoxetine (PROZAC) 40 MG capsule; Take 1 capsule by mouth daily., Starting Thu 3/3/2022, Until Fri 3/3/2023, Normal[VV.1]

- Will increase Prozac to 60mg daily
- Continue with other meds.[VV.2]

Return in about 2 months (around 5/3/2022).[VV.1]

Educated Regarding: Medications
Education Provided to: Patient[VV.2]

Venugopal Vatsavayi, MD 3/3/2022 3:23 PM[VV.1]

Electronically signed by Vatsavayi, Venugopal, MD on 3/3/2022 3:23 PM

**Attribution Key**
VV.1 - Vatsavayi, Venugopal, MD on 3/3/2022 3:23 PM
VV.2 - Vatsavayi, Venugopal, MD on 3/3/2022 3:05 PM

**Follow-up and Disposition History**

03/03/2022 1523 - Venugopal Vatsavayi, MD

Dispositions: Return in about 2 months (around 5/3/2022).

**Encounter Status**

Signed by Vatsavayi, Venugopal, MD on 3/3/22 at 15:23

**Encounter-Level Documents:**

There are no encounter-level documents.

**All Orders - Medications**

**FLUoxetine (PROzac) 20 mg capsule [278437558]**

Electronically signed by: **Vatsavayi, Venugopal, MD on 03/03/22 1522**
Ordering user: Vatsavayi, Venugopal, MD 03/03/22 1522
Frequency: Daily 03/03/22 - 365 days
Authorized by: Vatsavayi, Venugopal, MD
Status: **Active**

**buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet [278437559]**

Electronically signed by: **Vatsavayi, Venugopal, MD on 03/03/22 1522**
Ordering user: Vatsavayi, Venugopal, MD 03/03/22 1522
Frequency: Daily 03/03/22 - 03/29/22
Reordered from: buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet [266150710]
Authorized by: Vatsavayi, Venugopal, MD
Discontinued by: West, J David, MD 03/29/22 0706
Status: **Discontinued**

**FLUoxetine (PROZAC) 40 MG capsule [278437560]**

Electronically signed by: **Vatsavayi, Venugopal, MD on 03/03/22 1522**
Ordering user: Vatsavayi, Venugopal, MD 03/03/22 1522
Frequency: Daily 03/03/22 - 365 days
Reordered from: FLUoxetine (PROZAC) 40 MG capsule [266150711]
Authorized by: Vatsavayi, Venugopal, MD
Status: **Active**

## Amy R KNIGHT
**3/3/2022 2:45 PM Office Visit**

Department: **The Baton Rouge Clinic Psychiatry Department**
Dept Phone: **225-381-2621**
Description: **54 year old female**
Provider: **Venugopal Vatsavayi, MD**

### Diagnoses this Visit

| | Comments |
|---|---|
| **Moderate episode of recurrent major depressive disorder (HCC)** - Primary | |
| **Fibromyalgia** | |
| **GAD (generalized anxiety disorder)** | |

### Medications and Orders

**Your Current Medications Are**

| | |
|---|---|
| **ALPRAZolam (XANAX) 0.5 mg tablet (Taking)** | TAKE 1 TABLET BY MOUTH DAILY AS NEEDED FOR SLEEP. |
| **brompheniramine-pseudoeph-DM 2-30-10 mg/5 mL Syrup (Taking)** | Take 5 mLs by mouth every 4 (four) hours. |
| **chlordiazepoxide-clidinium (LIBRAX) 5-2.5 mg per capsule (Taking)** | TAKE 1 CAPSULE BY MOUTH 3 TIMES DAILY WITH MEALS. |
| **Claritin-D 24 Hour 10-240 mg per 24 hr tablet (Taking)** | TAKE 1 TABLET BY MOUTH EVERY DAY |
| **erythromycin (ROMYCIN) ophthalmic ointment (Taking)** | Place into both eyes at bedtime. |

## Medications and Orders (continued)

### Your Current Medications Are (continued)

| | |
|---|---|
| **FLUoxetine (PROZAC) 40 MG capsule (Taking)** | Take 1 capsule by mouth daily. |
| **fluticasone (FLONASE) 50 mcg/actuation nasal spray (Taking)** | APPLY TWO SPRAYS IN EACH NOSTRIL ONCE DAILY |
| **metFORMIN XR (GLUCOPHAGE-XR) 500 mg 24 hr tablet (Taking)** | TAKE 1 TABLET BY MOUTH TWICE A DAY |
| **naproxen (NAPROSYN) 500 mg tablet (Taking)** | TAKE 1 TABLET BY MOUTH TAKE DAILY WITH A MEAL. |
| **topiramate (TOPAMAX) 25 mg tablet (Taking)** | TAKE 1 TABLET BY MOUTH TWICE A DAY |
| **triamcinolone (KENALOG) 0.1 % cream (Taking)** | APPLY THINLY TO THE AFFECTED AREAS ON THE BACK TWICE A DAY AS NEEDED FOR ITCHING/IRRITATION |
| **albuterol HFA (Ventolin HFA) 90 mcg/actuation inhaler (Taking/Discontinued)** | Inhale 2 puffs into the lungs every 6 (six) hours as needed for Wheezing. |
| **amitriptyline (ELAVIL) 10 mg tablet (Taking/Discontinued)** | TAKE TWO TABLETS BY MOUTH EVERY NIGHT AT BEDTIME |
| **buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet (Taking/Discontinued)** | Take 1 tablet by mouth once daily. |
| **propranoloL (INDERAL) 20 mg tablet (Taking/Discontinued)** | TAKE 1 TABLET BY MOUTH TWICE A DAY |
| **SUMAtriptan (IMITREX) 50 mg tablet (Taking/Discontinued)** | Take 1 tablet by mouth every 2 (two) hours as needed for Migraine. May repeat in 2 hours if needed |
| **FLUoxetine (PROzac) 20 mg capsule** | Take 1 capsule by mouth daily. |

### Encounter Prescription Receipt for 3/3/22

**CVS/pharmacy #1661 - PRAIRIEVILLE, LA - 17122 AIRLINE HIGHWAY**
**17122 AIRLINE HIGHWAY, PRAIRIEVILLE LA 70769**

Telephone: **225-673-9971**
Fax: **225-673-9976**
Hours: **Not open 24 hours**

**E-Prescribed (2 of 2)**

**FLUoxetine (PROzac) 20 mg capsule**

| | | | |
|---|---|---|---|
| Sig: | Take 1 capsule by mouth daily. | | |
| Start: | 3/3/22 | | |
| Quantity: | 30 capsule | Refills: | 2 |

**FLUoxetine (PROZAC) 40 MG capsule**

| | | | |
|---|---|---|---|
| Sig: | Take 1 capsule by mouth daily. | | |
| Start: | 3/3/22 | | |
| Quantity: | 30 capsule | Refills: | 3 |

### Upcoming Administrations

None

### Allergies

**Adhesive**

**Allergies (continued)**

**Lipitor [atorvastatin]**
**Morphine**

**Telephone Encounter by Wiltz, Kizzy, MA at 1/13/2022 3:26 PM**

Author: Wiltz, Kizzy, MA Service: — Author Type: Medical Assistant
Filed: 1/13/2022 3:28 PM Encounter Date: 1/13/2022 Status: Signed
Editor: Wiltz, Kizzy, MA (Medical Assistant)

Patient seen dr. V last week. Dr. V said he was increasing the prozac to 40mg. Patient told dr. V she was on 20mg but she was on 40mg.
Do you want to increase it or wait til dr. V coming back? Patient said she can wait.

BRC Patient Information/Face Sheet - Scan on 3/23/2022 7:39 AM: UPDATED FACE SHEET (below)

THE BATON ROUGE CLINIC AMC

Appointment Date/Time: 3/23/2022 7:20 AM
Encounter Number:
Contact Serial Number: 10203118470684
Patient MRN: 252940

## PATIENT

| | | | |
|---|---|---|---|
| Legal Name: | KNIGHT, AMY R | Date of Birth: | |
| Preferred Name: | | SEX: | Female |
| Mailing Address: | | Social Security#: | |
| City, State, Zip: | | Marital Status: | Married |
| Home Phone: | | Email Address: | amray115@aol.com |
| Work Phone: | | Preferred Number: | |
| Mobile: | | Notification Preference: | Mychart |
| Accept Text Messages?: | Yes | Primary Care Provider: | West, J David, MD |

| Contact Name: | Relation to Patient: | Legal Guardian? | Home | Mobile Phone: |
|---|---|---|---|---|
| Knight,Terry | Spouse | | | |
| Zvonek,Kay | Mother | | | |

## GUARANTOR

| | | | |
|---|---|---|---|
| Guarantor Name: | KNIGHT,AMY R | Date of Birth: | |
| Mailing Address: | | SEX: | Female |
| City, State, Zip: | | Social Security#: | |
| Home Phone: | | Relation to Patient: | Self |
| Mobile Phone: | | Guarantor ID: | 30100126413 |
| Guarantor Employer: | | Employment Status: | Full Time |

## COVERAGE

**PRIMARY INSURANCE**

| | | | |
|---|---|---|---|
| Primary Payor / Plan: | / | Subscriber Name: | |
| Subscriber ID: | | Subscriber DOB: | 01/15/1968 |
| Group Number: | | Pat Relation to Subscriber: | |

**SECONDARY INSURANCE**

| | | | |
|---|---|---|---|
| Secondary Payor / Plan: | | Subscriber Name: | |
| Subscriber ID: | | Subscriber DOB: | |
| Group Number: | | Pat Relation to Subscriber: | |

Contact Serial #: 10203118470684 Date Printed: March 23, 2022 System User ID: 3159

**Patient / Guarantor Disclosures**

By initialing next to each item below and signing and dating the bottom of this form, I agree to the following:

Consent to Treatment
✓ I consent to and authorize treatment by The Baton Rouge Clinic.

HIPAA Acknowledgement
✓ I acknowledge that I have received a copy of the 'Notice of Privacy Practices'.

Authorization and Assignment
✓ I authorize The Baton Rouge Clinic to release medical information that may be necessary to request claim reimbursement from insurance companies to whom claims may be submitted. I also assign claim payments including major medical benefits to be made payable to The Baton Rouge Clinic. I understand The Baton Rouge Clinic will refund to me any overpayment upon request, regardless of insurance. This authorization and assignment may be revoked by me at any time by a written notice.

Financial Responsibility
____ I understand I am responsible for co-payment and deductible amounts at the time service is rendered as well as any amount not covered by insurance.

Notifications
✓ I consent to receiving automated calls, text messages, and/or email notifications to the contact number and email address provided for appointment reminders and other notifications.
*Note: Notification preferences can be set up in the 'Communications' section of your MyChart account profile.*

Signed Amy R. Knight Date 3-23-22

**FLUoxetine (PROzac) 20 mg capsule [278437558]**

Electronically signed by: **Vatsavayi, Venugopal, MD on 03/03/22 1522** Status: **Active**
Ordering user: Vatsavayi, Venugopal, MD 03/03/22 1522 Authorized by: Vatsavayi, Venugopal, MD
Frequency: Daily 03/03/22 - 365 days

**Outpatient Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **FLUoxetine (PROzac) 20 mg capsule** | 30 capsule | 2 | 3/3/2022 | 3/3/2023 |

Sig - Route: Take 1 capsule by mouth daily. - Oral
Sent to pharmacy as: FLUoxetine 20 mg capsule (PROzac)
E-Prescribing Status: **Receipt confirmed by pharmacy** (3/3/2022 3:22 PM CST)

**buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet [278437559]**

Electronically signed by: **Vatsavayi, Venugopal, MD on 03/03/22 1522** Status: **Discontinued**
Ordering user: Vatsavayi, Venugopal, MD 03/03/22 1522 Authorized by: Vatsavayi, Venugopal, MD
Frequency: Daily 03/03/22 - 03/29/22 Discontinued by: West, J David, MD 03/29/22 0706
Diagnoses
Moderate episode of recurrent major depressive disorder (HCC) [F33.1]
Medication comments: DX Code Needed NEED NEW RX.

**Outpatient Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet (Discontinued)** | 30 tablet | 3 | 3/3/2022 | 3/29/2022 |

Sig - Route: Take 1 tablet by mouth once daily. - Oral
Sent to pharmacy as: buPROPion HCL XL 150 mg 24 hr tablet, extended release (WELLBUTRIN XL)
Notes to Pharmacy: DX Code Needed NEED NEW RX.
E-Prescribing Status: **Receipt confirmed by pharmacy** (3/3/2022 3:22 PM CST)

**This Order Has Been Discontinued**

| Order Status | Reason | By | On |
|---|---|---|---|
| **Discontinued** | **None** | West, J David, MD | 3/29/22 0706 |

**FLUoxetine (PROZAC) 40 MG capsule [278437560]**

Electronically signed by: **Vatsavayi, Venugopal, MD on 03/03/22 1522** Status: **Active**
Ordering user: Vatsavayi, Venugopal, MD 03/03/22 1522 Authorized by: Vatsavayi, Venugopal, MD
Frequency: Daily 03/03/22 - 365 days

**Outpatient Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **FLUoxetine (PROZAC) 40 MG capsule** | 30 capsule | 3 | 3/3/2022 | 3/3/2023 |

Sig - Route: Take 1 capsule by mouth daily. - Oral
Sent to pharmacy as: FLUoxetine 40 mg capsule (PROZAC)
E-Prescribing Status: **Receipt confirmed by pharmacy** (3/3/2022 3:22 PM CST)

**END OF REPORT**

MedSouth Record Management
P.O. Box 1630
Mandeville, LA 70470-1630

# Pre-Bill Invoice

Phone: 985-951-7100
Fax : 985-951-7101

| | |
|---|---|
| Request ID | LA68005032022095100 |
| Date | 05/10/2022 |
| Site ID | LA680 |
| Invoice Amount | $0.00 |
| Processed By | SLA |

**Bill To:** KERI YOUNG
LINCOLN FINANCIAL GROUP
PO BOX 2578
OMAHA, NE 68172-9688

**Ship To:**
LINCOLN FINANCIAL GROUP
PO BOX 2578
OMAHA, NE 68172-9688

Your request for medical records has been received by THE BATON ROUGE CLINIC. MedSouth Record Management, LLC is contracted with THE BATON ROUGE CLINIC to provide you with the enclosed medical record copies of the referenced patient below. These copies were generated from the original medical record, intended exclusively for the requested purpose and cannot be reproduced or redistributed for other purposes without the written informed consent of the patient.

If you have any questions regarding the contents and/or this invoice please call our customer service center at 985.951.7100.

**Medical Facility:**
THE BATON ROUGE CLINIC
7373 PERKINS ROAD
BATON ROUGE, LA 70808

**Patient Name (Last, First):**
KNIGHT, AMY

**Medical Record Number:**

**Reference Number(s):**
11580689

| | |
|---|---|
| Page Count | 17 |
| Processing Fee | $40.00 |
| Document Charge | $21.25 |
| Certification Charge | $0.00 |
| Notary Charge | $0.00 |
| Other Charges | $0.00 |
| Late Charges | $0.00 |
| **Subtotal** | **$61.25** |
| Shipping/Handling | $9.19 |
| **Balance Due** | **$0.00** |

Your request was processed. Please remit payment of this invoice amount to the address listed below. Once payment is received, your request will be completed. I have any questions, please call our customer service center at 985-951-7100.

**Please note: Cancelled requests will incur a processing fee.**

Please remit check payable to:

**MedSouth Record Management, LLC**
**Federal Tax I.D. #: 72-1481471**

***Mailing address:***

P.O. Box 1630
Mandeville, LA 70470-1630

***Physical address for express mailing:***

#5 Sanctuary Boulevard, Suite 102
Mandeville, LA 70471

**To ensure proper credit, please return a copy of this invoice with payment, or write the Request ID number on your check. To make a credit card payment, please contact our Corporate Office at 985.951.7100.**

# FAX

| | |
|---|---|
| **Date:** | 05/16/2022 |
| Pages including cover sheet: | 3 |

| **To:** | |
|---|---|
| | |
| | |
| | |
| | |
| ***Phone*** | |
| ***Fax Phone*** | *(603) 334-0380* |

| **From:** | ResolveROI Support |
|---|---|
| | |
| | |
| | |
| | |
| ***Phone*** | (912) 623-4056 * 102 |
| ***Fax Phone*** | |

NOTE:

```
Invoice # I-0115743 for Medical Records from Baton Rouge Orthopaedic
Clinic
```

**Lincoln Life Assurance Company of Boston**

**PO Box 2578**

**Omaha, NE 68172**

**Keri Young**

**ResolveROI**
Release of Information

# Invoice

**Records Released Upon Receipt of Payment**

**Remit Payment To:**
**ResolveROI**
**PO Box 10898**
**Savannah, GA 31412-1098**
**844.887.8109 (tel) 404.497.4053 (fax)**

**Keri Young**
**Lincoln Life Assurance Company of Boston**
**PO Box 2578**

**Omaha, NE 68172**

| | |
|---|---|
| **Records from:** | Baton Rouge Orthopaedic Clinic |
| **Records Page Cnt:** | 1 |
| **Invoice #:** | I-0115743 |
| **Invoice Date:** | May 16, 2022 |
| **Request #:** | R-0143320 |
| **Records of:** | Amy Ray Knight |
| **Reference #:** | |
| **Case #:** | |
| **Claim #:** | 11580689 |

| **Charge Description** | **Amount** |
|---|---|
| DDS Nebraska 1st Page | $20.00 |

**PAYMENT DUE UPON RECEIPT**
**Online pay: https://requesters.resolveroi.com**
**phone pay: 844.887.8109**
**tax ID: 81-2974423**

**RECORD DOWNLOAD INSTRUCTIONS**

**download: https://requesters.resolveroi.com**

**RECORDS WILL NOT BE MAILED/FAXED**

| | |
|---|---|
| Charge Total | $20.00 |
| Delivery Charge | $0.00 |
| Disc Delivery | $0.00 |
| Sub-Total | $20.00 |
| Sales Tax | $0.00 |
| Total Charges | $20.00 |
| Adjustments | $0.00 |
| Payments | $0.00 |
| **Balance** | **$20.00** |

---

***** Detach and Return with Payment *****

I-0115743
May 16, 2022
Amy Ray Knight
**Amount Due $20.00**

To pay with credit card please complete this section

☐ Visa ☐ Master Card ☐ Discover ☐ Amex

| Card # | CC-ID# | Exp. Date |
|---|---|---|
| Card Holder Name *(please print)* | | Signature |

MedSouth Record Management
P.O. Box 1630
Mandeville, LA 70470-1630

# Pre-Bill Invoice

Phone: 985-951-7100
Fax : 985-951-7101

| | |
|---|---|
| Request ID | LA68005032022095100 |
| Date | 05/10/2022 |
| Site ID | LA680 |
| Invoice Amount | $70.44 |
| Processed By | SLA |

**Bill To:** KERI YOUNG
LINCOLN FINANCIAL GROUP
PO BOX 2578
OMAHA, NE 68172-9688

**Ship To:**
LINCOLN FINANCIAL GROUP
PO BOX 2578
OMAHA, NE 68172-9688

Your request for medical records has been received by THE BATON ROUGE CLINIC. MedSouth Record Management, LLC is contracted with THE BATON ROUGE CLINIC to provide you with the enclosed medical record copies of the referenced patient below. These copies were generated from the original medical record, intended exclusively for the requested purpose and cannot be reproduced or redistributed for other purposes without the written informed consent of the patient.

**If you have any questions regarding the contents and/or this invoice please call our customer service center at 985.951.7100.**

**Medical Facility:**
THE BATON ROUGE CLINIC
7373 PERKINS ROAD
BATON ROUGE, LA 70808

**Patient Name (Last, First):**
KNIGHT, AMY

**Medical Record Number:**

**Reference Number(s):**
11580689

| | |
|---|---|
| Page Count | 17 |
| Processing Fee | $40.00 |
| Document Charge | $21.25 |
| Certification Charge | $0.00 |
| Notary Charge | $0.00 |
| Other Charges | $0.00 |
| Late Charges | $0.00 |
| **Subtotal** | **$61.25** |
| Shipping/Handling | $9.19 |
| **Balance Due** | **$70.44** |

Your request was processed. Please remit payment of this invoice amount to the address listed below. Once payment is received, your request will be completed. I have any questions, please call our customer service center at 985-951-7100.

**Please note: Cancelled requests will incur a processing fee.**

Please remit check payable to:

**MedSouth Record Management, LLC**
**Federal Tax I.D. #: 72-1481471**

***Mailing address:***
P.O. Box 1630
Mandeville, LA 70470-1630

***Physical address for express mailing:***
#5 Sanctuary Boulevard, Suite 102
Mandeville, LA 70471

**To ensure proper credit, please return a copy of this invoice with payment, or write the Request ID number on your check. To make a credit card payment, please contact our Corporate Office at 985.951.7100.**

Administrator POTSmodem14 (2/2) 05/10/2022 12:35:52 PM -0500

May. 2. 2022 2:30PM No. 5442 P. 2/4
05/02/22 14:13:26 Lincoln Financial -> Lincoln Financial Gr Page 002

66012548 LA680 05032022 095100

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No: (603) 334-0380

MAIL

May 2, 2022

Received
MAY 02 2022
MedSouth

Venugopal Vatsavayi
Baton Rouge Clinic

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Venugopal Vatsavayi:

We are the Disability Claim Administrator for your patient, Amy Ray Knight.

To evaluate Ms. Ray Knight's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 7, 2022 through present

We ask that you provide this information by May 9, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Ray Knight allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Ray Knight's signature.

If you have any questions regarding this matter, please contact me.

MR: 17

MedSouth
[X] Processed
[ ] Pending
MAY 04 2022
By: AD

DR. VATSAVAYI
1/7/2022 ⇒ PR.



05/02/2022 1:15PM (GMT-05:00)
PAGE 2/2 * RCVD AT 5/10/2022 1:34:59 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:6033340380 * CSID:POTS modem 14 * ANI:19859517101 * DURATION (mm-ss):01-4

# FAX

| | |
|---|---|
| **Date:** | 05/03/2022 |

| | |
|---|---|
| Pages including cover sheet: | 2 |

| | |
|---|---|
| **To:** | |
| | |
| | |
| | |
| | |
| | |
| ***Phone*** | |
| ***Fax Phone*** | *(603) 334-0380* |

| | |
|---|---|
| **From:** | ResolveROI Support |
| | |
| | |
| | |
| | |
| | |
| ***Phone*** | (912) 623-4056 * 102 |
| ***Fax Phone*** | |

NOTE:

Received request for medical records

# Resolve *ROI*

## MEDICAL RECORD REQUEST RECEIVED ACKNOWLEDGEMENT

TO: <Unset>
FROM: Resolve*ROI*

ATTENTION:
FAX #: 16033340380
EMAIL:

RECORDS OF: Amy Ray Knight
RECORDS FROM: Baton Rouge Orthopaedic Clinic

**REQUEST #:** R-0143320 *****Reference request # in all communication*****

---

**Resolve *ROI*** is the Release Of Information (ROI) service for this Provider. Your request has been received and will be processed within 15 business days (or according to regulatory requirements).

**TO CHECK REQUEST STATUS:** **https://requesters.resolveroi.com/status**

---

### IMPORTANT INFORMATION REGARDING YOUR MEDICAL RECORD REQUEST

- Record requests are processed within 15 business days from receipt
- An invoice with payment options & download instructions is sent when processing is complete
- Payment is due upon receipt and in advance of accessing records for download
- Records are available for download upon payment receipt, and not sent by mail, fax, or email
- Once processed, if records are no longer needed a Cancellation Fee* will be required

*Cancellation Fee is $20, or 50% of original invoices over $40

**REQUESTER SUPPORT & INFORMATION:** support@ **Resolve*ROI***

Thank you!

---

WARNING: THIS FAX/EMAIL IS PRIVATE AND MAY CONTAIN PROTECTED HEALTH INFORMATION (PHI). The information in this fax/email, including any attachments, is confidential and privileged and is intended only for the use of the recipients named above, and may be protected by law. It is unlawful for unauthorized persons to review, copy, disclose or disseminate confidential information. You, the intended fax/email recipient, are obligated to maintain PHI in a safe and secure manner. You may not re-disclose PHI without additional patient consent or as permitted or required by law. Unauthorized re-disclosure or failure to safeguard PHI could subject you to penalties described in federal (HIPAA) and state law. If you are not the intended fax/email recipient(s) you are hereby notified that you have received this fax/email in error and that review, use, dissemination, distribution, copying, printing, or further disclosure of this fax/email or any of its contents (including attachments) is strictly prohibited. If you have received this fax/email message in error, please notify us immediately at 844-887-8109, permanently delete and remove from your system the original message and any copies thereof and destroy any hard copies of the original message.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | May 2, 2022 |
| To: | BRYAN GRIFFITH<br>BATON ROUGE ORTHO CLINIC |
| Attn: | Medical Rec |
| Fax: | (225) 408-7980 |
| From: | Keri Young<br>Ltd Claim Specialist I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 11580689<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 2, 2022

Bryan Griffith
Baton Rouge Ortho Clinic

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Bryan Griffith:

We are the Disability Claim Administrator for your patient, Amy Ray Knight.

To evaluate Ms. Ray Knight's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

> Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2022 through present

We ask that you provide this information by May 9, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Ray Knight allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Ray Knight's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-0380

Attachments: 11580689-EMPLOYEE/CLAIMANT-AUTHORIZATION-08.26.2021

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

00000231 LFPCSDD1 00003070

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Amy R. Knight

Name of legal representative, if applicable (print) Amy R. Knight Relationship self

Signature of claimant or legal representative Amy R. Knight Date: 9-30-21

Date of Birth: _____ Claim Number: 011580689

**A copy of this authorization will be considered as valid as the original.**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | May 2, 2022 |
| To: | VENUGOPAL VATSAVAYI<br>BATON ROUGE CLINIC |
| Attn: | Medical Rec |
| Fax: | (225) 387-7829 |
| From: | Keri Young<br>Ltd Claim Specialist I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #: 11580689<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 2, 2022

Venugopal Vatsavayi
Baton Rouge Clinic

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Venugopal Vatsavayi:

We are the Disability Claim Administrator for your patient, Amy Ray Knight.

To evaluate Ms. Ray Knight's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

> Office treatment notes, test results, prescription histories, and treatment plans from January 7, 2022 through present

We ask that you provide this information by May 9, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Ray Knight allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Ray Knight's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-0380

Attachments: 11580689-EMPLOYEE/CLAIMANT-AUTHORIZATION-08.26.2021

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

00000231 LFPCSDD1 00003070

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Amy R. Knight

Name of legal representative, if applicable (print) Amy R. Knight Relationship self

Signature of claimant or legal representative Amy R. Knight Date: 9-30-21

Date of Birth: ______ Claim Number: 011580689

**A copy of this authorization will be considered as valid as the original.**

Y28294D413

**Resolve ROI**
Release of Information
PO BOX 10898
SAVANNAH GA 31412-1098
ADDRESS SERVICE REQUESTED

**Invoice #: I-0109465**
**Amount Due: $20.00**
**Invoice Date: 3/18/2022**
**Page Count: 1**

**PAYMENT DUE UPON RECEIPT**
**YOUR ORDER HAS BEEN PROCESSED**

**Bill to:**

0014126024019347962068103257878—Y28294D413 111
Lincoln Life Assurance Company of Boston
Keri Young
PO Box 2578
Omaha NE 68103-2578

| | |
|---|---|
| **Records of:** | **Amy Ray Knight** |
| **Records from:** | **Baton Rouge Orthopaedic Clinic** |
| **Request #:** | **R-0134099** |
| **Reference #:** | |
| **Claim #:** | **11580689** |

**PAYMENT DUE UPON RECEIPT**

Online: **https://requesters.ResolveROI.com**

Phone: **844.704.0215**

ResolveROI Tax ID: 81-2974423

| Charge Description | Amount |
|---|---|
| DDS Nebraska 1st Page | $20.00 |

**RECORD DOWNLOAD INSTRUCTIONS**

**Download at: https://requesters.ResolveROI.com**

**RECORDS WILL NOT BE MAILED**

For questions please contact ResolveROI at: support@ResolveROI.com or call 844.704.0215

| | |
|---|---|
| Charge Total: | $20.00 |
| Delivery Charge: | $0.00 |
| Disc Delivery | $0.00 |
| SubTotal: | $20.00 |
| Tax: | $0.00 |
| Total Charges: | $20.00 |
| Adjustments: | $0.00 |
| Payments: | $0.00 |
| **AMOUNT DUE:** | **$20.00** |

***** Please detach the lower portion and return with your payment ***** 111-SFRESU10-001-10/29/18

PLEASE CIRCLE THE CREDIT CARD YOU WISH TO USE

MasterCard VISA DISCOVER AMERICAN EXPRESS

| | |
|---|---|
| CARD NUMBER | EXP. DATE |
| CARD HOLDER NAME | CVV |
| SIGNATURE | AMOUNT PAID |

Invoice #: I-0109465
Invoice Date: 3/18/2022
Records Of: Amy Ray Knight
**Amount Due: $20.00**

111-SFRESU10-001-10/29/18

00020078-000111-01-1-AA

**Bill To:**

Lincoln Life Assurance Company of Boston
Keri Young
PO Box 2578
Omaha NE 68103-2578

**Remit Payment To:**

ResolveROI
PO BOX 10898
SAVANNAH, GA 31412-1098

# FAX

| | |
|---|---|
| **Date:** | 03/18/2022 |

| | |
|---|---|
| Pages including cover sheet: | 3 |

| | |
|---|---|
| **To:** | |
| | |
| | |
| | |
| | |
| | |
| ***Phone*** | |
| ***Fax Phone*** | *(603) 334-4102* |

| | |
|---|---|
| **From:** | ResolveROI Support |
| | |
| | |
| | |
| | |
| | |
| ***Phone*** | (912) 623-4056 * 102 |
| ***Fax Phone*** | |

NOTE:

Invoice # I-0109465 for Medical Records from Baton Rouge Orthopaedic Clinic

**Resolve ROI**
Release of Information

# Invoice

**Records Released Upon Receipt of Payment**

**Remit Payment To:**
**ResolveROI**
**PO Box 10898**
**Savannah, GA 31412-1098**
**844.887.8109 (tel) 404.497.4053 (fax)**

**Keri Young**
**Lincoln Life Assurance Company of Boston**
**PO Box 2578**

**Omaha, NE 68172**

**Records from:** Baton Rouge Orthopaedic Clinic
**Records Page Cnt:** 1
**Invoice #:** I-0109465
**Invoice Date:** March 18, 2022
**Request #:** R-0134099
**Records of:** Amy Ray Knight
**Reference #:**
**Case #:**
**Claim #:** 11580689

| **Charge Description** | **Amount** |
|---|---|
| DDS Nebraska 1st Page | $20.00 |

**PAYMENT DUE UPON RECEIPT**
**Online pay: https://requesters.resolveroi.com**
**phone pay: 844.887.8109**
**tax ID: 81-2974423**

**RECORD DOWNLOAD INSTRUCTIONS**

**download: https://requesters.resolveroi.com**

**RECORDS WILL NOT BE MAILED/FAXED**

| | |
|---|---|
| Charge Total | $20.00 |
| Delivery Charge | $0.00 |
| Disc Delivery | $0.00 |
| Sub-Total | $20.00 |
| Sales Tax | $0.00 |
| Total Charges | $20.00 |
| Adjustments | $0.00 |
| Payments | $0.00 |
| **Balance** | **$20.00** |

---

***** Detach and Return with Payment *****

I-0109465
March 18, 2022
Amy Ray Knight
**Amount Due $20.00**

To pay with credit card please complete this section

☐ Visa ☐ Master Card ☐ Discover ☐ Amex

| Card # | CC-ID# | Exp. Date |
|---|---|---|
| Card Holder Name *(please print)* | | Signature |

**Lincoln Life Assurance Company of Boston**

**PO Box 2578**

**Omaha, NE 68172**

**Keri Young**

From: ResolveROI Support Fax: To: Fax: (603) 334-4102 Page: 1 of 2 03/08/2022 10:57 AM

# FAX

| | |
|---|---|
| **Date:** | 03/08/2022 |
| Pages including cover sheet: | 2 |

| **To:** | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| ***Phone*** | |
| ***Fax Phone*** | *(603) 334-4102* |

| **From:** | ResolveROI Support |
|---|---|
| | |
| | |
| | |
| | |
| | |
| ***Phone*** | (912) 623-4056 * 102 |
| ***Fax Phone*** | |

**NOTE:**

Received request for medical records

# Resolve *ROI*

## MEDICAL RECORD REQUEST RECEIVED ACKNOWLEDGEMENT

TO: <Unset>
FROM: Resolve*ROI*

ATTENTION:
FAX #: 6033344102
EMAIL:

RECORDS OF: Amy Ray Knight
RECORDS FROM: Baton Rouge Orthopaedic Clinic

**REQUEST #:** R-0134099 *****Reference request # in all communication*****

---

**Resolve *ROI*** is the Release Of Information (ROI) service for this Provider. Your request has been received and will be processed within 15 business days (or according to regulatory requirements).

**TO CHECK REQUEST STATUS:** **https://requesters.resolveroi.com/status**

---

### IMPORTANT INFORMATION REGARDING YOUR MEDICAL RECORD REQUEST

- Record requests are processed within 15 business days from receipt
- An invoice with payment options & download instructions is sent when processing is complete
- Payment is due upon receipt and in advance of accessing records for download
- Records are available for download upon payment receipt, and not sent by mail, fax, or email
- Once processed, if records are no longer needed a Cancellation Fee* will be required

*Cancellation Fee is $20, or 50% of original invoices over $40

**REQUESTER SUPPORT & INFORMATION:** **support@ Resolve*ROI***

Thank you!

---

WARNING: THIS FAX/EMAIL IS PRIVATE AND MAY CONTAIN PROTECTED HEALTH INFORMATION (PHI). The information in this fax/email, including any attachments, is confidential and privileged and is intended only for the use of the recipients named above, and may be protected by law. It is unlawful for unauthorized persons to review, copy, disclose or disseminate confidential information. You, the intended fax/email recipient, are obligated to maintain PHI in a safe and secure manner. You may not re-disclose PHI without additional patient consent or as permitted or required by law. Unauthorized re-disclosure or failure to safeguard PHI could subject you to penalties described in federal (HIPAA) and state law. If you are not the intended fax/email recipient(s) you are hereby notified that you have received this fax/email in error and that review, use, dissemination, distribution, copying, printing, or further disclosure of this fax/email or any of its contents (including attachments) is strictly prohibited. If you have received this fax/email message in error, please notify us immediately at 844-887-8109, permanently delete and remove from your system the original message and any copies thereof and destroy any hard copies of the original message.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

| | |
|---|---|
| Date: | March 7, 2022 |
| To: | BRYAN GRIFFITH<br>BATON ROUGE ORTHO CLINIC |
| Attn: | Medicla Rec |
| Fax: | (225) 408-7980 |
| From: | Keri Young<br>Ltd Claim Specialist I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-4102 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #: 11580689<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

March 7, 2022

Bryan Griffith
Baton Rouge Ortho Clinic

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Bryan Griffith:

We are the Disability Claim Administrator for your patient, Amy Ray Knight.

To evaluate Ms. Ray Knight's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

> Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2022 through present

We ask that you provide this information by March 14, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4102 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Ray Knight allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Ray Knight's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-4102

Attachments: 11580689-EMPLOYEE/CLAIMANT-AUTHORIZATION-08.26.2021

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

00000231 LFPCSDD1 00003070

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

## I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Amy R. Knight

Name of legal representative, if applicable (print) Amy R. Knight Relationship self

Signature of claimant or legal representative Amy R. Knight Date: 3-30-21

Date of Birth: ______ Claim Number: 011580689

**A copy of this authorization will be considered as valid as the original.**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. AMY RAY KNIGHT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

February 9, 2022

Ms. Amy R. Ray Knight

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689

Dear Ms. Amy Ray Knight:

We are writing in reference to your claim for benefits under the Long Term Disability (LTD) Policy issued to your employer.

At the time your LTD claim was approved we asked you to provide our office with proof of your application for Social Security Disability Income (SSDI) benefits. This should include an official proof of filing and/or complete copy of any award, denial or appeal notification.

This information should be documentation you received directly from the Social Security Administration (SSA) office. Should you not have your most recent copy available, your local SSA office will be able to provide you with a copy to return to our office.

The LTD policy provides that Disability benefits will be reduced by the amount of Social Security benefits which you and your spouse and family are eligible to receive. The policy also provides that, if you do not apply for Social Security benefits, LTD benefits will be reduced by the amount of Social Security benefits you and your spouse and family would be eligible to receive, if application had been made. Once a Social Security Application is made, you must pursue the application until Social Security makes a final decision. We consider a final decision one made at the Administrative Law Judge level.

Please provide us proof of your application. If you have not already done so, you can initiate your application by either calling the Social Security Administration (SSA) toll free at 1-800-772-1213 (for TTY call 1-800-325-0778), applying directly online at www.socialsecurity.gov/disabilityssi/apply.html, or by visiting your local Social Security office and provide us with proof of application.

If you have obtained your own legal representation, please provide us with your representative's contact information for future requests of information and/or updates.

You may forward this information to my attention at:

- The address in the above letterhead
- Fax Number: 1-402-501-9364, or
    - Email: Rosalind.gerald@lfg.com

Should you have any questions regarding this matter, feel free to contact me at 888-437-7611, ext-59678.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rosalind Gerald
Social Security Specialist
Phone No.: (888) 437-7611 Ext. 59678
Secure Fax No.: (402) 501-9364

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

| | |
|---|---|
| Date: | January 25, 2022 |
| To: | VENUGOPAL VATSAVAYI<br>BATON ROUGE CLINIC |
| Attn: | Medical Rec |
| Fax: | (225) 387-7829 |
| From: | Keri Young<br>Ltd Claim Specialist I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-4102 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 11580689<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

January 25, 2022

Venugopal Vatsavayi
Baton Rouge Clinic

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Venugopal Vatsavayi:

We are the Disability Claim Administrator for your patient, Amy Ray Knight.

To evaluate Ms. Ray Knight's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 24, 2021 through present

- Completion of the Enclosed Forms:

  X Functional Status Evaluation
  ___ Other

We ask that you provide this information by February 1, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4102 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Ray Knight allowing the release of information to our company. This authorization specifically allows you to release medical

information to us and is valid for two years from the date of Ms. Ray Knight's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-4102

Attachments: Functional Status Evaluation
11580689-EMPLOYEE/CLAIMANT-AUTHORIZATION-08.26.2021

# KNIGHT, Amy R

MRN: 252940

**Office Visit** 1/6/2022
The Baton Rouge Clinic
Psychiatry Department

Provider: Vatsavayi, Venugopal, MD (Psychiatry)
Primary diagnosis: GAD (generalized anxiety disorder)
Reason for Visit: Referred by West, J David, MD

## Progress Notes

Vatsavayi, Venugopal, MD (Physician) • Psychiatry

**The Baton Rouge Clinic Psychiatry Department**
3401 NORTH BLVD
SUITE 100
BATON ROUGE LA 70806-3743
Phone: 225-381-2621
Fax: 225-387-7829

**Psychiatric Follow Up Progress Note**

**Patient ID:** Amy is a 53 y.o. female. DOB -

Seen: Alone
Pain Level: Denies
No chief complaint on file.

Subjective:
Presents for a routine f/u visit after her initial evaluation about 2 months back. She reports that she did not tolerate Cymbalta . Has daily Headaches. She went back on Prozac. She states that her depression is "up and down". She says that she is hurting all the time. She is physically limited because of her pain.
She is sleeping well.
She is tearful during the visit. She is frustrated about her physical limitations and how she cannot do things she wants to do.
She denies any suicidal ideations. No Psychosis.
She recently seen a Psychologist for SSD evaluation. She reports that he recommended THC .

There were no vitals taken for this visit.

**Allergies**

| Allergen | Reactions |
|---|---|
| • Adhesive | |
| • Lipitor [Atorvastatin] | |
| • Morphine | |

**Outpatient Encounter Medications as of 1/6/2022**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • albuterol HFA (Ventolin HFA) 90 mcg/actuation inhaler | 2 puffs. | | |


PAGE 4/8 * RCVD AT 2/2/2022 5:22:53 PM [Eastern Standard Time] * SVR:VA1PWFAX401/2 * DNIS:6033344102 * CSID: * ANI:12253812757 * DURATION (mm-ss):02-09

| | | | |
|---|---|---|---|
| • ALPRAZolam (XANAX) 0.5 mg tablet | TAKE 1 TABLET BY MOUTH DAILY AS NEEDED FOR SLEEP. | 15 tablet | 0 |
| • amitriptyline (ELAVIL) 10 mg tablet | TAKE TWO TABLETS BY MOUTH EVERY NIGHT AT BEDTIME | 60 tablet | 3 |
| • buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet | Take 1 tablet by mouth once daily. | 30 tablet | 3 |
| • chlordiazepoxide-clidinium (LIBRAX) 5-2.5 mg per capsule | Take 1 capsule by mouth 3 (three) times daily with meals. | 45 capsule | 3 |
| • Claritin-D 24 Hour 10-240 mg per 24 hr tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | 30 tablet | 3 |
| • erythromycin (ROMYCIN) ophthalmic ointment | APPLY A SMALL AMOUNT INTO LEFT EYE AT BEDTIME AS DIRECTED | | |
| • fluticasone (FLONASE) 50 mcg/actuation nasal spray | APPLY TWO SPRAYS IN EACH NOSTRIL ONCE DAILY | 16 g | 1 |
| • metFORMIN XR (GLUCOPHAGE-XR) 500 mg 24 hr tablet | Take 1 tablet by mouth 2 (two) times daily. | 60 tablet | 3 |
| • naproxen (NAPROSYN) 500 mg tablet | TAKE 1 TABLET BY MOUTH TAKE DAILY WITH A MEAL. | 30 tablet | 3 |
| • propranoloL (INDERAL) 20 mg tablet | TAKE 1 TABLET BY MOUTH TWICE A DAY | 60 tablet | 3 |
| • SUMAtriptan (IMITREX) 50 mg tablet | Take 1 tablet by mouth every 2 (two) hours as needed for Migraine. May repeat in 2 hours if needed | 10 tablet | 3 |
| • topiramate (TOPAMAX) 25 mg tablet | TAKE 1 TABLET BY MOUTH 2 TIMES DAILY. | 60 tablet | 3 |
| • triamcinolone (KENALOG) 0.1 % cream | APPLY THINLY TO THE AFFECTED AREAS ON THE BACK TWICE A DAY AS NEEDED FOR ITCHING/IRRITATIO N | | |

| | | | |
|---|---|---|---|
| • [DISCONTINUED] DULoxetine (Cymbalta) 30 mg capsule | Take 1 capsule by mouth daily. | 60 capsule | 1 |

No facility-administered encounter medications on file as of 1/6/2022.

**Mental Status Exam:**
**Appearance**: Appropriately groomed
**Affect**: Labile
**Mood**: Euthymic
**Speech Rate**: Normal
**Speech Volume**: Normal
**Speech Pressured**: No
**Thought Process**: Logical
**Obsessions**: None
**Judgement**: Good
**Insight**: Good
**Orientation**: Intact
**Concentration**: Good
**Fund of Knowledge**: appropriate for level of education
**Thought Content**:
Audio Hallucinations: Denies
Visual Hallucinations: Denies
SI: Denies
HI: Denies

Diagnosis: No Change
1. **GAD (generalized anxiety disorder)**
2. Major depression, chronic
3. Fibromyalgia

**Plan**:
Diagnoses and all orders for this visit:

**1. GAD (generalized anxiety disorder) (Primary)**

**2. Major depression, chronic**

**3. Fibromyalgia**

-Increase Prozac to 40 mg daily
-Continue with current dose of Wellbutrin
-Discussed with patient about the lack of reliable substantiate use of marijuana for depression or anxiety but could help with her chronic pain.

Return in about 3 months (around 4/6/2022).

Educated Regarding: Medications
Education Provided to: Patient

Venugopal Vatsavayi, MD 1/6/2022 3:00 PM

## Instructions

Return in about 3 months (around 4/6/2022).

## Additional Documentation

Encounter Info: Billing Info, History, Allergies, Detailed Report, More Vitals

No questionnaires available.

## Recent Education

View Details

### Active Education Titles

Last Documented In

First-Dose Education 0 of 1 complete

## Orders Placed

None

## Medication Changes

As of 1/6/2022 3:02 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: FLUoxetine (PROZAC) 40 MG capsule**<br>Take 1 capsule by mouth daily. - Oral | 3 | 1/6/2022 | 1/6/2023 |

## Medication List at End of Visit

As of 1/6/2022 3:02 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **albuterol HFA (Ventolin HFA) 90 mcg/actuation inhaler**<br>Inhale 2 puffs into the lungs every 6 (six) hours as needed for Wheezing. - Inhalation<br>Patient-reported medication | | 1/25/2021 | |
| **ALPRAZolam (XANAX) 0.5 mg tablet**<br>TAKE 1 TABLET BY MOUTH DAILY AS NEEDED FOR SLEEP. - Oral<br>Notes to Pharmacy: This request is for a new prescription for a controlled substance as required by Federal/State law.. | 0 | 9/16/2021 | |
| **amitriptyline (ELAVIL) 10 mg tablet**<br>TAKE TWO TABLETS BY MOUTH EVERY NIGHT AT BEDTIME | 3 | 1/2/2022 | |
| **buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet**<br>Take 1 tablet by mouth once daily. - Oral<br>Notes to Pharmacy: DX Code Needed NEED NEW RX. | 3 | 1/6/2022 | |
| **chlordiazepoxide-clidinium (LIBRAX) 5-2.5 mg per capsule**<br>Take 1 capsule by mouth 3 (three) times daily with meals. - Oral<br>Prior authorization: Closed - Other | 3 | 11/10/2021 | |
| **erythromycin (ROMYCIN) ophthalmic ointment** | | 8/17/2021 | |

| | Refills | Start Date | End Date |
|---|---|---|---|
| Place into both eyes at bedtime. - Both Eyes<br>Patient-reported medication | | | |
| **FLUoxetine (PROZAC) 40 MG capsule**<br>Take 1 capsule by mouth daily. - Oral | 3 | 1/6/2022 | 1/6/2023 |
| **fluticasone (FLONASE) 50 mcg/actuation nasal spray**<br>APPLY TWO SPRAYS IN EACH NOSTRIL ONCE DAILY | 1 | 8/22/2017 | |
| **Claritin-D 24 Hour 10-240 mg per 24 hr tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY<br>Notes to Pharmacy: Not to exceed 2 additional fills before 02/23/2022. | 3 | 12/28/2021 | |
| **metFORMIN XR (GLUCOPHAGE-XR) 500 mg 24 hr tablet**<br>Take 1 tablet by mouth 2 (two) times daily. - Oral | 3 | 10/11/2021 | 1/30/2022 |
| **naproxen (NAPROSYN) 500 mg tablet**<br>TAKE 1 TABLET BY MOUTH TAKE DAILY WITH A MEAL. - Oral | 3 | 11/8/2021 | |
| **propranoloL (INDERAL) 20 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWICE A DAY | 3 | 12/31/2021 | |
| **SUMAtriptan (IMITREX) 50 mg tablet**<br>Take 1 tablet by mouth every 2 (two) hours as needed for Migraine. May repeat in 2 hours if needed - Oral | 3 | 11/10/2021 | |
| **topiramate (TOPAMAX) 25 mg tablet**<br>TAKE 1 TABLET BY MOUTH 2 TIMES DAILY. | 3 | 11/10/2021 | |
| **triamcinolone (KENALOG) 0.1 % cream**<br>APPLY THINLY TO THE AFFECTED AREAS ON THE BACK TWICE A DAY AS NEEDED FOR ITCHING/IRRITATION<br>Patient-reported medication | | 7/16/2021 | |

## Visit Diagnoses

Primary: **GAD (generalized anxiety disorder)** F41.1
Major depression, chronic F32.9
Fibromyalgia M79.7

THE
BATON
ROUGE
CLINIC
AMC

7373 Perkins Road ▪ Baton Rouge, Louisiana 70808-4326 ▪ 225-769-4044

# FAX COVER SHEET

(T):225-246-9714

(F):225-246-9164

DATE: 2/1/22

ATTENTION: Ken Young

FAX NUMBER: 603-334-4102

NUMBER OF PAGES (including cover sheet):____

FROM: Dr. J. David West Office

## MESSAGE

## NOTICE OF CONFIDENTIALITY

The information contained in this facsimile message is privileged and confidential information intended for the use of the recipient listed above. If the person receiving this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copy of this communication is strictly prohibited. If you have received this fax in error, please immediately notify us by telephone at 225-769-4044 to arrange for return of the document to us.

Financial Group®

To evaluate your patient's continued eligibility for disability benefits, we are requesting your input with respect to their work capacity at this time. Please read this letter fully and respond accordingly.

****** If you responded no to any of the questions below, please explain why you do not think they can perform in any work capacity. As well, please print your name, sign, provide your specialty, and date below. ******

__________I am not restricting or limiting this patient in any way. (Please also print your name, sign, provide your specialty, and date below.)

Or

__________I defer restrictions and limitations to Dr.__________________________.
(Please also print your name, sign, provide your specialty, and date below.)

Or

Based on objective medical findings from the most recent office visit, this patient can perform the following:

**Sedentary Work** - *Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally and all other sedentary criteria are met.*

Yes (No)

Please also provide the duration of these restrictions essentially unknown this time ? 6 months possible lifetime

**Light** – *Exerting up to 20 pounds of force occasionally and/or 10 pounds of force frequently, to lift, carry, push, pull, or otherwise move objects; walking or standing most of the time; and sitting occasionally.*

(NO)

Yes No

Please also provide the duration of these restrictions lifetime

**Medium Work** - Exerting 20 to 50 pounds of force occasionally, and/or 10 to 25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly to move objects. Physical Demand requirements are in excess of those for Light Work.

Yes No (circled)

Please also provide the duration of these restrictions lifetime

**For Your Reference: Frequency Definitions**

**Occasional Demand**: Up to 20 minutes per hour; up to 2.5 hours per day. (1-33% of shift.) **Frequent Demand:** Up to 40 minutes per hour; up to 5.5 hours per day. (34-66% of shift.) **Constant Demand**: Over 40 minutes per hour; over 5.5 hours per day. (67-100% of shift.)

| J. David West | [signature] | I.M. | 2/1/2022 |
|---|---|---|---|
| Printed Name | Signature | Specialty | Date |

## Billing Statement:

ReleasePoint

**Invoice Date: 02/03/2022** **Invoice #: 715895-1079**
**Lincoln Financial Group**

**Invoice for Requests for Medical Information completed between Jan 1 2022 and Jan 31 2022**

**L-CLTLTD** **Bill Code: LIBSFU**

| RP # / Cust ID | Patient Name / Provider Name | Status | Date / Req By | RP Fee | Med Fee | Rush | QC Amt / Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 8712984 / 11580689 | RAY KNIGHT, AMY / BATON ROUGE CLINIC | Complete | 12/09/21 / K Young | $ 9.00 | $ 181.81 | $ 0.00 | $ 0.00 / 89 | **$ 190.81** |
| 8712982 / 11580689 | RAY KNIGHT, AMY / BATON ROUGE CLINIC | Canceled | 12/09/21 / K Young | $ 5.00 | $ 0.00 | $ 0.00 | $ 0.00 / 0 | **$ 5.00** |
| 8712983 / 11580689 | RAY KNIGHT, AMY / BATON ROUGE CLINIC | Canceled | 12/09/21 / K Young | $ 5.00 | $ 0.00 | $ 0.00 | $ 0.00 / 0 | **$ 5.00** |

**ReleasePoint**

**Total Amount Due: $ 200.81**

**405 W. Foothill Blvd**
**Suite 204**
**Claremont, CA 91711**

**Tax ID: 95-2843455**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

| | |
|---|---|
| Date: | January 25, 2022 |
| To: | VENUGOPAL VATSAVAYI<br>BATON ROUGE CLINIC |
| Attn: | Medical Rec |
| Fax: | (225) 387-7829 |
| From: | Keri Young<br>Ltd Claim Specialist I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-4102 |
| Total Pages<br>(Including Cover): | 7 |
| RE:<br><br>Claim #: 11580689<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

January 25, 2022

Venugopal Vatsavayi
Baton Rouge Clinic

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Venugopal Vatsavayi:

We are the Disability Claim Administrator for your patient, Amy Ray Knight.

To evaluate Ms. Ray Knight's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

Office treatment notes, test results, prescription histories, and treatment plans from November 24, 2021 through present

Completion of the Enclosed Forms:

_X_ Functional Status Evaluation
___ Other

We ask that you provide this information by February 1, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4102 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Ray Knight allowing the release of information to our company. This authorization specifically allows you to release medical

information to us and is valid for two years from the date of Ms. Ray Knight's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-4102

Attachments: Functional Status Evaluation
11580689-EMPLOYEE/CLAIMANT-AUTHORIZATION-08.26.2021

# FUNCTIONAL MENTAL STATUS EVALUATION FORM

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

**Return To:** Keri Young



EMPLOYEE/CLAIMANT NAME: Amy Ray Knight
CLAIM NO: 11580689
EMPLOYER/SPONSOR: Gainwell Technologies DATE OF BIRTH:

**TO BE COMPLETED BY CLINICIAN:**
Please provide a complete description of your patient's current Mental Status Exam in the following areas. Also, please attach a copy of your clinical progress notes and a copy of the treatment plan that is sent to the medical insurance company.

**Patient's description of Job Title and duties:**

**GENERAL APPEARANCE:** (physical characteristics/grooming, etc.)

**EMOTIONAL STATE:** (mood and affect)

**EXPERIENCES:** (describe hallucinations/delusions)

**SENSORIUM:** (level of alertness, patient's orientation)

**MEMORY:** (Define status and what testing determines impairment)

**Immediate:**
**Short Term:**
**Long Term:**

DP 532 Rev. 06/01

Lincoln Financial Group®

*Functional Mental Status Evaluation*
*page 2 of 3*

**COGNITION:** (Define status and what testing determines impairment)

**JUDGMENT AND INSIGHT:** (What evidence supports impairment?)

**RISK BEHAVIORS:**

**Suicidal thoughts, plans, actions** ______

**Homicidal thoughts, plans, actions** ______

**SUBSTANCE ABUSE:** (abuse, dependency)

**In what way do the above symptoms interfere with the person's ability to function in a work setting?**

**What functional abilities are still retained?**

**What job tasks can this person perform?**

**What kind of work settings can the patient perform in, at this time, despite the limitations above?**

Lincoln Financial Group®

*Functional Mental Status Evaluation page 3 of 3*

**How is work readiness being measured? How will you include return to work in the short term goals of the treatment plan?**

________________________________________
________________________________________
________________________________________
________________________________________

Goal: ______________ Success Indicator: ______________ Timeline: ______________

**Diagnosis (DSM-5)**

______________________
______________________
______________________

If psychotherapy is indicated, what is the modality, frequency, name of provider and phone number?

________________________________________
________________________________________
________________________________________
________________________________________

List all current medications:

______________ Dosage: ________ Frequency: ________ Begin Date: ________ End Date: ________
______________ Dosage: ________ Frequency: ________ Begin Date: ________ End Date: ________
______________ Dosage: ________ Frequency: ________ Begin Date: ________ End Date: ________
______________ Dosage: ________ Frequency: ________ Begin Date: ________ End Date: ________

Next scheduled office visit: ______________________

Comments:

________________________________________
________________________________________
________________________________________
________________________________________

| Examiner's Name (Please Print) | Title/Specialty | Tax ID# | Telephone No. | Fax No. |
|---|---|---|---|---|

Signature required: ______________________________ Date: ______________

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

00000231 LFPC5DD1 00003071

**AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Amy R. Knight

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative Amy R. Knight

Date of Birth: ______ Claim Number: 11580689 Date: 8-20-21

**A copy of this authorization will be considered as valid as the original**

Lincoln Financial Group

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

| | |
|---|---|
| Date: | January 25, 2022 |
| To: | DR DAVID WEST |
| Attn: | medical rec |
| Fax: | (225) 246-9114 |
| From: | Keri Young<br>Ltd Claim Specialist I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-4102 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 11580689<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

January 25, 2022

Dr. David West

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Dr. David West:

We are the Disability Claim Administrator for your patient, Amy Ray Knight.

To evaluate Ms. Ray Knight's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

Completion of the Enclosed Forms:

X Other

We ask that you provide this information by February 1, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4102 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Ray Knight allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Ray Knight's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-4102

Attachments: 11580689-EMPLOYEE/CLAIMANT-AUTHORIZATION-08.26.2021
11580689-EMPLOYEE/CLAIMANT-FORMS-01.25.2022

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

00000231 LFPCSDD1 00003070

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Amy R. Knight

Name of legal representative, if applicable (print) Amy R. Knight Relationship self

Signature of claimant or legal representative Amy R. Knight Date: 8-30-21

Date of Birth: ___ Claim Number: 011580689

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

To evaluate your patient's continued eligibility for disability benefits, we are requesting your input with respect to their work capacity at this time. Please read this letter fully and respond accordingly.

****** If you responded no to any of the questions below, please explain why you do not think they can perform in any work capacity. As well, please print your name, sign, provide your specialty, and date below. ******

__________I am not restricting or limiting this patient in any way. (Please also print your name, sign, provide your specialty, and date below.)

**Or**

__________I defer restrictions and limitations to Dr.__________________________________ .
(Please also print your name, sign, provide your specialty, and date below.)

**Or**

Based on objective medical findings from the most recent office visit, this patient can perform the following:

**Sedentary Work** - *Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally and all other sedentary criteria are met.*

Yes No

Please also provide the duration of these restrictions ________________________________________

**Light** – *Exerting up to 20 pounds of force occasionally and/or 10 pounds of force frequently, to lift, carry, push, pull, or otherwise move objects; walking or standing most of the time; and sitting occasionally.*

Yes No

Please also provide the duration of these restrictions ________________________________________

**Medium Work** - Exerting 20 to 50 pounds of force occasionally, and/or 10 to 25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly to move objects. Physical Demand requirements are in excess of those for Light Work.

Yes No

Please also provide the duration of these restrictions ________________________________________

**For Your Reference: Frequency Definitions**

**Occasional Demand**: Up to 20 minutes per hour; up to 2.5 hours per day. (1-33% of shift.)
**Frequent Demand**: Up to 40 minutes per hour; up to 5.5 hours per day. (34-66% of shift.) **Constant Demand**: Over 40 minutes per hour; over 5.5 hours per day. (67-100% of shift.)

______________________ ________________________ ____________ _____________________

Printed Name Signature Specialty Date

THE
BATON
ROUGE
CLINIC
AMC

7373 Perkins Road ▪ Baton Rouge, Louisiana 70808-4326 ▪ 225-769-4044

# FAX COVER SHEET

(T):225-246-9714

(F):225-246-9164

DATE: 1/25/22

ATTENTION: Keri Young

FAX NUMBER: 603.334-4102

NUMBER OF PAGES (including cover sheet):____

FROM: Dr. J. David West Office

MESSAGE

Claim # 1111239lo

## NOTICE OF CONFIDENTIALITY

The information contained in this facsimile message is privileged and confidential information intended for the use of the recipient listed above. If the person receiving this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copy of this communication is strictly prohibited. If you have received this fax in error, please immediately notify us by telephone at 225-769-4044 to arrange for return of the document to us.

# KNIGHT, Amy R

MRN: 252940

West, J David, MD
Physician
Specialty: Internal Medicine

Progress Notes
Signed

Encounter Date: 9/2/2021

THE BATON ROUGE CLINIC AMC

**Baton Rouge Clinic Internal Medicine**
7373 PERKINS ROAD
BATON ROUGE LA 70808-4326
Phone: 225-769-4044

## OFFICE VISIT

**CHIEF COMPLAINT**

Chief Complaint
Patient presents with
- Follow-up

**HISTORY OF PRESENT ILLNESS**

Amy R KNIGHT is here today for routine follow-up regarding her chronic conditions which include diabetes and dyslipidemia. She has an upcoming appointment in November with psychiatry. She remains on Prozac and Wellbutrin for anxiety and depression. She continues to suffer with chronic pain and weakness in her left upper extremity and her right wrist. Informs me she has been approved for long-term disability and is applying for Social Security.

**MEDICAL HISTORY**

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Benign essential tremor | |
| • Depression | |
| • Diabetes mellitus | |
| • Headache(784.0) | |
| • Hyperlipidemia | |
| • IBS (irritable bowel syndrome) | |

**SURGICAL HISTORY**

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • BREAST SURGERY<br>*Left breast biopsy* | | |
| • HYSTERECTOMY<br>*COMPLETE* | | |

- PELVIC LAPAROSCOPY

## FAMILY HISTORY

Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Thyroid disease | Mother | |
| • Atrial fibrillation | Mother | |
| • Hyperlipidemia | Father | |
| • Diabetes | Father | |
| • Thyroid disease | Father | |
| • No Significant Medical History | Brother | |
| • Diabetes | Child | |

## SOCIAL HISTORY

Social History

Socioeconomic History

| | |
|---|---|
| • Marital status: | Married |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |

Occupational History

| | |
|---|---|
| • Occupation: | on disability, RN |

Tobacco Use

| | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |

Substance and Sexual Activity

| | |
|---|---|
| • Alcohol use: | No |
| • Drug use: | Not on file |
| • Sexual activity: | Not on file |

Other Topics Concern
- Not on file

Social History Narrative
- Not on file

**Social Determinants of Health**

Financial Resource Strain:
- Difficulty of Paying Living Expenses: Not on file

Food Insecurity:
- Worried About Running Out of Food in the Last Year: Not on file
- Ran Out of Food in the Last Year: Not on file

Transportation Needs:
- Lack of Transportation (Medical): Not on file
- Lack of Transportation (Non-Medical): Not on file

Physical Activity:

- Days of Exercise per Week: Not on file
- Minutes of Exercise per Session: Not on file

Stress:

- Feeling of Stress : Not on file

Social Connections:

- Frequency of Communication with Friends and Family: Not on file
- Frequency of Social Gatherings with Friends and Family: Not on file
- Attends Religious Services: Not on file
- Active Member of Clubs or Organizations: Not on file
- Attends Club or Organization Meetings: Not on file
- Marital Status: Not on file

**MEDICATIONS**

Current Outpatient Medications

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • albuterol HFA (Ventolin HFA) 90 mcg/actuation inhaler | 2 puffs. | | |
| • ALPRAZolam (XANAX) 0.5 mg tablet | Take 1 tablet by mouth daily as needed for Sleep. | 15 tablet | 0 |
| • amitriptyline (ELAVIL) 10 mg tablet | TAKE TWO TABLETS BY MOUTH EVERY NIGHT AT BEDTIME | 60 tablet | 3 |
| • buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet | Take 1 tablet by mouth once daily. | 30 tablet | 3 |
| • chlordiazepoxide-clidinium (LIBRAX) 5-2.5 mg per capsule | TAKE 1 CAPSULE BY MOUTH 3 (THREE) TIMES DAILY WITH MEALS. | 45 capsule | 3 |
| • Claritin-D 24 Hour 10-240 mg per 24 hr tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | 30 tablet | 3 |
| • diphenoxylate-atropine (Lomotil) 2.5-0.025 mg per tablet | Take 1 tablet by mouth Twice a day 12 (twelve) hours apart. | 5 tablet | 0 |
| • FLUoxetine (PROZAC) 40 MG capsule | Take 1 capsule by mouth once daily. | 90 capsule | 2 |
| • fluticasone (FLONASE) 50 mcg/actuation nasal spray | APPLY TWO SPRAYS IN EACH NOSTRIL ONCE DAILY | 16 g | 1 |
| • metFORMIN XR (GLUCOPHAGE-XR) 500 mg 24 hr tablet | Take 1 tablet by mouth 2 (two) times daily. | 60 tablet | 3 |
| • naproxen (NAPROSYN) 500 mg tablet | Take 1 tablet by mouth Take daily with a meal. | 30 tablet | 3 |

| | | | |
|---|---|---|---|
| • propranoloL (INDERAL) 20 mg tablet | TAKE ONE TABLET BY MOUTH TWICE DAILY | 60 tablet | 3 |
| • SUMAtriptan (IMITREX) 50 mg tablet | Take 1 tablet by mouth every 2 (two) hours as needed for Migraine. May repeat in 2 hours if needed | 10 tablet | 3 |
| • topiramate (TOPAMAX) 25 mg tablet | TAKE 1 TABLET BY MOUTH 2 (TWO) TIMES DAILY. | 60 tablet | 3 |
| • triamcinolone (KENALOG) 0.1 % cream | APPLY THINLY TO THE AFFECTED AREAS ON THE BACK TWICE A DAY AS NEEDED FOR ITCHING/IRRITATION | | |
| • erythromycin (ROMYCIN) ophthalmic ointment | APPLY A SMALL AMOUNT INTO LEFT EYE AT BEDTIME AS DIRECTED | | |

No current facility-administered medications for this visit.

**ALLERGIES**

Allergies

| Allergen | Reactions |
|---|---|
| • Adhesive | |
| • Lipitor [Atorvastatin] | |
| • Morphine | |

**REVIEW OF SYSTEM**

Constitutional: No fever chills appetite normal
CV: No chest pain
Respiratory: No cough congestion shortness of breath
GI: Occasional abdominal pain and nausea no vomiting diarrhea melena hematochezia
GU: No dysuria hematuria
Neuro: Occasional headache

**PHYSICAL EXAM**

**Vital Signs:**

Vitals:

| | 09/02/21 0902 |
|---|---|
| BP: | 112/74 |
| Pulse: | 80 |
| Resp: | 16 |

General: Well-developed well-nourished female no acute distress
Lungs: Clear breath sounds
Heart: Regular rate and rhythm
Abdomen: Soft nontender
Extremities: No edema
Neuro: Alert and oriented x3 no focal or lateralizing signs
Psych: Speech behavior appearance normal mood okay and affect is appropriate

**RESULTS**

**ASSESSMENT**

1. **Chronic pain of left upper extremity**
2. Left arm weakness
3. Chronic pain of right wrist
4. Complex regional pain syndrome type 1 of left upper extremity
5. Fibromyalgia
6. Type 2 diabetes mellitus without complication, without long-term current use of insulin (HCC)
7. Major depression, chronic
8. GAD (generalized anxiety disorder)

**PLAN**

No changes present meds. Encouraged to get flu vaccine this fall. Patient reminded to see GI for colonoscopy as she is past due for colon cancer screening. She is asked me to fill out a physician statement of disability for first insurance life of America. Return in 4 months for annual wellness physical exam.

Office Visit on 9/2/2021 Note shared with patient

# KNIGHT, Amy R

MRN: 252940

West, J David, MD
Physician
Specialty: Internal Medicine

Progress Notes
Signed

Encounter Date: 1/17/2022

Baton Rouge Clinic Internal Medicine
7373 PERKINS ROAD
BATON ROUGE LA 70808-4326
Phone: 225-769-4044

## OFFICE VISIT

### CHIEF COMPLAINT

**Chief Complaint**
Patient presents with
- Annual Exam

### HISTORY OF PRESENT ILLNESS

Amy R KNIGHT is here today for her annual wellness physical exam. She is here to have her chronic conditions including diabetes process. She continues to suffer with chronic pain in both of her upper extremities. She also reports fatigue. She continues to see psychiatry for depression and anxiety. She sees Dr. Bourg rheumatology for fibromyalgia.

### MEDICAL HISTORY

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Benign essential tremor | |
| • Depression | |
| • Diabetes mellitus | |
| • Headache(784.0) | |
| • Hyperlipidemia | |
| • IBS (irritable bowel syndrome) | |

### SURGICAL HISTORY

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BREAST SURGERY *Left breast biopsy* | | |
| • HYSTERECTOMY *COMPLETE* | | |
| • PELVIC LAPAROSCOPY | | |

## FAMILY HISTORY

Family History

| Problem | Relation | Age of Onset |
| --- | --- | --- |
| • Thyroid disease | Mother | |
| • Atrial fibrillation | Mother | |
| • Hyperlipidemia | Father | |
| • Diabetes | Father | |
| • Thyroid disease | Father | |
| • No Significant Medical History | Brother | |
| • Diabetes | Child | |

## SOCIAL HISTORY

Social History

Socioeconomic History

| | |
| --- | --- |
| • Marital status: | Married |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |

Occupational History

| | |
| --- | --- |
| • Occupation: | on disability, RN |

Tobacco Use

| | |
| --- | --- |
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |

Substance and Sexual Activity

| | |
| --- | --- |
| • Alcohol use: | No |
| • Drug use: | Not on file |
| • Sexual activity: | Not on file |

| Other Topics | Concern |
| --- | --- |
| • Not on file | |

Social History Narrative

• Not on file

**Social Determinants of Health**

Financial Resource Strain: Not on file
Food Insecurity: Not on file
Transportation Needs: Not on file
Physical Activity: Not on file

Stress: Not on file
Social Connections: Not on file
Housing Stability: Not on file

**MEDICATIONS**

Current Outpatient Medications

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • albuterol HFA (Ventolin HFA) 90 mcg/actuation inhaler | 2 puffs | | |
| • ALPRAZolam (XANAX) 0.5 mg tablet | TAKE 1 TABLET BY MOUTH DAILY AS NEEDED FOR SLEEP. | 15 tablet | 0 |
| • amitriptyline (ELAVIL) 10 mg tablet | TAKE TWO TABLETS BY MOUTH EVERY NIGHT AT BEDTIME | 60 tablet | 3 |
| • buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet | Take 1 tablet by mouth once daily. | 30 tablet | 3 |
| • chlordiazepoxide-clidinium (LIBRAX) 5-2.5 mg per capsule | Take 1 capsule by mouth 3 (three) times daily with meals. | 45 capsule | 3 |
| • Claritin-D 24 Hour 10-240 mg per 24 hr tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | 30 tablet | 3 |
| • erythromycin (ROMYCIN) ophthalmic ointment | APPLY A SMALL AMOUNT INTO LEFT EYE AT BEDTIME AS DIRECTED | | |
| • FLUoxetine (PROZAC) 40 MG capsule | Take 1 capsule by mouth daily. | 30 capsule | 3 |
| • fluticasone (FLONASE) 50 mcg/actuation nasal spray | APPLY TWO SPRAYS IN EACH NOSTRIL ONCE DAILY | 16 g | 1 |
| • metFORMIN XR (GLUCOPHAGE-XR) 500 mg 24 hr tablet | Take 1 tablet by mouth 2 (two) times daily. | 60 tablet | 3 |
| • naproxen (NAPROSYN) 500 mg tablet | TAKE 1 TABLET BY MOUTH TAKE DAILY WITH A MEAL. | 30 tablet | 3 |
| • propranoloL (INDERAL) 20 mg tablet | TAKE 1 TABLET BY MOUTH TWICE A DAY | 60 tablet | 3 |
| • SUMAtriptan (IMITREX) 50 mg tablet | Take 1 tablet by mouth every 2 (two) hours as needed for Migraine. May repeat in 2 hours if needed | 10 tablet | 3 |

| | | | |
|---|---|---|---|
| • topiramate (TOPAMAX) 25 mg tablet | TAKE 1 TABLET BY MOUTH 2 TIMES DAILY. | 60 tablet | 3 |
| • triamcinolone (KENALOG) 0.1 % cream | APPLY THINLY TO THE AFFECTED AREAS ON THE BACK TWICE A DAY AS NEEDED FOR ITCHING/IRRITATION | | |

No current facility-administered medications for this visit.

**ALLERGIES**

Allergies

Allergen Reactions

- Adhesive
- Lipitor [Atorvastatin]
- Morphine

**REVIEW OF SYSTEM**

**Constitutional:** Denies fever or chills, no change in appetite, no weight gain or loss, positive fatigue
**Eyes:** Denies change in visual acuity, eye pain, or redness, no diplopia
**HENT:** Denies nasal congestion or sore throat, mouth sores, post nasal drip,epistaxis
**Respiratory:** Denies cough or shortness of breath, sputum, hemoptysis
**Cardiovascular:** Denies chest pain or edema, orthopnea, PND, palpitations
**GI:** Denies abdominal pain, nausea, vomiting, bloody stools or diarrhea, constipation and melena. No change in stool character
**GU:** Denies dysuria, hematuria, frequency, nocturia, incontinence
**Musculoskeletal:** Chronic bilateral upper extremity pain
**Integument:** Denies rash,wounds,lesions
**Neurologic:** Denies headache, focal weakness or sensory changes
**Endocrine:** Denies polyuria or polydipsia
**Lymphatic:** Denies swollen glands
**Psychiatric:** Denies depression or anxiety

**PHYSICAL EXAM**
**Vital Signs:** There were no vitals filed for this visit.

**General:** Well developed, well nourished, no acute distress, non-toxic appearance
**EYES:** PERRL, EOM, conjunctiva normal , sclera anicteric,
**HENT:** Atraumatic,normocephalic, external ears normal,TMs normal, nose normal, oropharynx moist, no pharyngeal exudates.
**NECK:** normal range of motion, no tenderness, supple , no adenopathy, carotid bruit, or thyromegaly
**RESPIRATORY:** No respiratory distress, clear breath sounds bilaterally, no rales, no wheezing

**CARDIOVASCULAR:** Normal rate, normal rhythm, no murmurs, no gallops, no rubs.Distal pulses intact
**GI:** Soft, nondistended, normal bowel sounds, nontender, no organomegaly, no mass, no rebound, no guarding
**Extremities:** No edema
**SKIN:** Well hydrated, no rash
**LYMPHATIC:** No lymphadenopathy noted
**NEUROLOGIC:** Alert & oriented x 3, CN 2-12 normal, normal motor function, normal sensory function, no focal deficits noted
**PSYCHIATRIC:** Speech, behavior, appearance normal, mood okay, affect normal

**RESULTS**

**ASSESSMENT**

1. **Visit for annual health examination**
2. Type 2 diabetes mellitus without complication, without long-term current use of insulin (HCC)
3. Complex regional pain syndrome type 1 of left upper extremity
4. Chronic pain of left upper extremity
5. Chronic pain of right wrist
6. Major depression, chronic
7. GAD (generalized anxiety disorder)
8. Hx of migraine headaches
9. Benign essential tremor
10. Screen for colon cancer

**PLAN**

Amy was seen today for annual exam.

Diagnoses and all orders for this visit:

**Visit for annual health examination**

- CBC and Differential; Future
- TSH; Future
- Urinalysis, manual with scope; Future
- T4, free; Future

**Type 2 diabetes mellitus without complication, without long-term current use of insulin (HCC)**

- Hemoglobin A1c; Future

**Complex regional pain syndrome type 1 of left upper extremity**

**Chronic pain of left upper extremity**

**Chronic pain of right wrist**

**Major depression, chronic**

**GAD (generalized anxiety disorder)**

**Hx of migraine headaches**

**Benign essential tremor**

**Screen for colon cancer**
- Occlt Blood Fecal Immunoassay (Scrn)x2; Future

No changes in present medications. Continue efforts toward a healthy diet and some exercise. Return in 6 months sooner if needed.

Office Visit on 1/17/2022 Note shared with patient

Lincoln Financial Group®

To evaluate your patient's continued eligibility for disability benefits, we are requesting your input with respect to their work capacity at this time. Please read this letter fully and respond accordingly.

****** If you responded no to any of the questions below, please explain why you do not think they can perform in any work capacity. As well, please print your name, sign, provide your specialty, and date below. ******

__________I am not restricting or limiting this patient in any way. (Please also print your name, sign, provide your specialty, and date below.)

**Or**

__________I defer restrictions and limitations to Dr.________________________________ . (Please also print your name, sign, provide your specialty, and date below.)

**Or**

Based on objective medical findings from the most recent office visit, this patient can perform the following:

**Sedentary Work** - *Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally and all other sedentary criteria are met.*

Yes No

Please also provide the duration of these restrictions ______________________________________

**Light** – *Exerting up to 20 pounds of force occasionally and/or 10 pounds of force frequently, to lift, carry, push, pull, or otherwise move objects; walking or standing most of the time; and sitting occasionally.*

Yes No

Please also provide the duration of these restrictions ________________________________________

**Medium Work** - Exerting 20 to 50 pounds of force occasionally, and/or 10 to 25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly to move objects. Physical Demand requirements are in excess of those for Light Work.

Yes No

Please also provide the duration of these restrictions ________________________________________

**For Your Reference: Frequency Definitions**

**Occasional Demand**: Up to 20 minutes per hour; up to 2.5 hours per day. (1-33% of shift.) **Frequent Demand**: Up to 40 minutes per hour; up to 5.5 hours per day. (34-66% of shift.) **Constant Demand**: Over 40 minutes per hour; over 5.5 hours per day. (67-100% of shift.)

______________________ ________________________ ____________ _____________________

Printed Name Signature Specialty Date

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. AMY RAY KNIGHT

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

January 25, 2022

Ms. Amy R. Ray Knight

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689

Dear Ms. Amy Ray Knight:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Gainwell Technologies's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the third request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by February 21, 2022.

We are needing the medical records from Dr. West 1/17/2022 office visist and Dr. Vatsava i 1/6/2022 office visit.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-4102

ReleasePoint

**Medical Record Overview**

**Date:** January 24, 2022

**Patient Name:** RAY KNIGHT, AMY

**Records From:** Angele Bourg
, LA
(225) 769-4044

**Request Scope:** From May 11, 2021 to Present

**Chart Range:** 05/19/2021 - 01/11/2022

**RP ID:** 8712984

**Client ID:** 11580689

**Source:** L-CLTLTD

**Req By:** K Young
09lf0372

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | May 19 2021 | Jan 11 2022 | 84 | 2 |
| Labs/Diagnostics | Sep 2 2021 | Nov 23 2021 | 2 | 86 |
| Procedure/Operative Reports | Dec 28 2021 | Dec 28 2021 | 1 | 88 |
| Other Records | | | 1 | 89 |
| Request Corr. | | | 1 | 90 |
| | | **Total Page Count:** | 89 | |

**Notes From QC:**

Progress Notes - 01/11/2022

MedSouth Record Management
P.O. Box 1630
Mandeville, LA 70470-1630

# Pre-Bill Invoice

Phone: 985-951-7100
Fax : 985-951-7101

| | |
|---|---|
| Request ID | LA68012232021162207 |
| Date | 01/11/2022 |
| Site ID | LA680 |
| Invoice Amount | $0.00 |
| Processed By | SLA |

**Bill To:** MANUEL CABADING, JKR,
RELEASE POINT
PO BOX 1390
ST PETERS, MO 63376

**Ship To:**
RELEASE POINT
PO BOX 1390
ST PETERS, MO 63376

Your request for medical records has been received by THE BATON ROUGE CLINIC. MedSouth Record Management LLC is contracted with THE BATON ROUGE CLINIC to provide you with the enclosed medical record copies of the referenced patient below. These copies were generated from the original medical record, intended exclusively for the requested purpose and cannot be reproduced or redistributed for other purposes without the written informed consent of the patient.

If you have any questions regarding the contents and/or this invoice please call our customer service center at 985.951.7100.

**Medical Facility:**
THE BATON ROUGE CLINIC
7373 PERKINS ROAD
BATON ROUGE, LA 70808

**Patient Name (Last, First):**
KNIGHT, AMY

**Medical Record Number:**

**Reference Number(s):**
8712984

| | |
|---|---|
| Page Count | 91 |
| Processing Fee | $40.00 |
| Document Charge | $113.75 |
| Certification Charge | $0.00 |
| Notary Charge | $0.00 |
| Other Charges | $5.00 |
| Late Charges | $0.00 |
| Subtotal | $158.75 |
| Shipping/Handling | $23.06 |
| Balance Due | $0.00 |

Your request was processed. Please remit payment of this invoice amount to the address listed below. Once payment is received, your request will be completed. I have any questions, please call our customer service center at 985-951-7100.

**Please note: Cancelled requests will incur a processing fee.**

Please remit check payable to:

**MedSouth Record Management, LLC**
**Federal Tax I.D. #: 72-1481471**

***Mailing address:***
P.O. Box 1630
Mandeville, LA 70470-1630

***Physical address for express mailing:***
#5 Sanctuary Boulevard, Suite 102
Mandeville, LA 70471

To ensure proper credit, please return a copy of this invoice with payment, or write the Request ID number on your check. To make a credit card payment, please contact our Corporate Office at 985.951.7100.

**Claritin-D 24 Hour 10-240 mg per 24 hr tablet [266150707] (continued)**

Electronically signed by: **West, J David, MD on 12/28/21 1042** Status: **Active**
Ordering user: West, J David, MD 12/28/21 1042 Authorized by: West, J David, MD
Frequency: 12/28/21 - Until Discontinued Released by: West, J David, MD 12/28/21 1042
Medication comments: Not to exceed 2 additional fills before 02/23/2022.

**Outpatient Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **Claritin-D 24 Hour 10-240 mg per 24 hr tablet** | 30 tablet | 3 | 12/28/2021 | |

Sig: TAKE 1 TABLET BY MOUTH EVERY DAY
Sent to pharmacy as: Claritin-D 24 Hour 10 mg-240 mg tablet,extended release (loratadine-pseudoephedrine)
Notes to Pharmacy: Not to exceed 2 additional fills before 02/23/2022.
E-Prescribing Status: **Receipt confirmed by pharmacy** (12/28/2021 10:42 AM CST)

HIM ROI Authorization - Scan on 8/9/2021 9:57 AM: BRC (below)

The Baton Rouge Clinic, AMC | BRC INTERNAL MEDICINE 7373 Perkins Rd Baton Rouge LA 70808-4326 | KNIGHT, Amy R MRN: 252940, DOB: Visit date: 12/28/2021 | Sex: F

JUL. 30. 2021 11:56AM No. 9823 P. 2/5

50062573

LA680 08052021 165341

Received JUL 3 0 2021 MedSouth

**STATE OF ARKANSAS**

*Disability Determination For Social Security Administration*

TOLL-FREE # 844-455-2755

Fax #: 877-869-8111

**S0J - LA**

ASA HUTCHINSON Governor

July 27, 2021

ARTHUR BOUTIETTE Director

**THIS FORM MUST BE ON TOP OF YOUR REPORT WHETHER YOU FAX OR MAIL.**

MEDSOUTH BRC
~~GENERAL~~ PSYCHIARTY ~~ASSOCIATES~~
MEDICAL RECORDS/DR. V. VATSAVAYI
3401 NORTH BLVD, STE 100
BATON ROUGE, LA 70806

SSA S0J AR DDS
P. O. BOX 6944
LONDON KY 40742-8752

RQID:LAR000IBQAR00 SITE:S0J DR:S
SSN:********* DOCTYPE:0001 RF:D CS:765c

Re: AMY RAY KNIGHT / AO AKA: AMY MARIE RAY
Date of Birth:
SANCHES & ZVONEK
CASE #: 2208293 SSN: (02)
Vendor #: 1142621 M Auth#: 20210727500540
Alt Code: 42D DMA Case: Y

The above named claimant has filed for disability benefits under the Social Security Act. We would appreciate receiving copies of the following information. If you have questions, you can call (501) 682-0727 or toll-free at 1-844-455-2755. **PLEASE FAX TO 1-877-869-8111 OR RETURN IN THE ENCLOSED ENVELOPE.**

Describe the patient's ability to do work activities such as sit, stand, walk, lift, carry, handle objects, hear, speak and travel. Please cite specific clinical and/or laboratory findings for any limitations noted.
Describe the patient's ability to understand, to carry out and remember instructions, and to respond appropriately to supervision, coworkers, and work pressure in a work setting. Please cite specific clinical and/or laboratory findings for any limitations noted.
ALLEGATIONS: blind or low vision, fractured left radial, left arm pain, irritable bowl syndrome, right wrist pain, fibromyalgia, diabetes, chronic pain, benign
Please send all records from 02/25/2020 to present. Thank you.

**PAYMENT INFORMATION**: The state of Arkansas is authorized to pay for medical records at the prevailing rate set by your state's disability agency. Please check the appropriate box below in the event of "no records" or "no payment requested". PLEASE NOTE: **FEDERAL TAX ID IS REQUIRED.** UNLESS THE REPORT AND THIS COMPLETED FORM ARE RECEIVED WITHIN THIRTY (30) DAYS FROM THE DATE OF THIS REQUEST, PAYMENT WILL NOT BE MADE. If you have any questions regarding payment, please call (501) 683-1285.

BRC Psych 02-25-2020 to pr.

| | | |
|---|---|---|
| ✓ Check if no records | ___ Do Not Request Payment | SIGNED: [signature] Authorized Agent |

MedSouth ☑ Processed ☐ Pending AUG 0 9 2021 By: [initials]

*PLEASE PROVIDE YOUR TAX ID # IN THE SPACE PROVIDED. IF THE NAME OF THE PAYEE IS NOT THE NAME WE USED IN YOUR ADDRESS, THE PAYEE INFORMATION MUST BE PROVIDED BELOW. PLEASE INCLUDE THE NAME AND ADDRESS TO WHOM REMITTANCE SHOULD BE MADE.*

Payee Name MedSouth Record Management, LLC Payee
Address P.O. Box 1630
Mandeville, LA 70470
City State Zip

72-1481471 (REQUIRED)
Federal Tax ID #

___ CHECK HERE TO RECEIVE FAXED REQUEST & ENTER YOUR MEDICAL RECORDS FAX # ________
d0001dml

no recs Prov

| The Baton Rouge Clinic, AMC | BRC INTERNAL MEDICINE<br>7373 Perkins Rd<br>Baton Rouge LA 70808-4326 | KNIGHT, Amy R<br>MRN: 252940, DOB:<br>Visit date: 12/28/2021 | Sex: F |
|---|---|---|---|

JUL 30. 2021 1:08AM No. 9823 P. 4/5

KNIGHT, AMY RAY
436538133

**WHOSE** *Records to be Disclosed*

Form Approved OMB No. 0960-0623

NAME (First, Middle, Last, Suffix): Amy Ray Knight ✓ AD

SSN | Birthday (mm/dd/yyyy) ✓

# AUTHORIZATION TO DISCLOSE INFORMATION TO THE SOCIAL SECURITY ADMINISTRATION (SSA)

**** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW ****

**I voluntarily authorize and request disclosure** (including paper, oral, and electronic interchange):

**OF WHAT** *All my medical records;* also education records and other information related to my ability to perform tasks. This includes specific permission to release:

1. ✓ All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s) *including*, and not limited to:
   - Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
   - Drug abuse, alcoholism, or other substance abuse
   - Sickle cell anemia
   - Records which may indicate the presence of a communicable or noncommunicable disease; and tests for or records of HIV/AIDS
   - Gene-related impairments (including genetic test results)
2. Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.
3. Copies of educational tests or evaluations, including Individualized Educational Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations.
4. Information created within 12 months after the date this authorization is signed, as well as past information.

**FROM WHOM**

- ✓ All medical sources (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities
- All educational sources (schools, teachers, records administrators, counselors, etc.)
- Social workers/rehabilitation counselors
- Consulting examiners used by SSA
- Employers, insurance companies, workers' compensation programs
- Others who may know about my condition (family, neighbors, friends, public officials)

THIS BOX TO BE COMPLETED BY SSA/DDS (as needed) Additional information to identify the subject (e.g., other names used), the specific source, or the material to be disclosed:

Brc Psych
~~GENERAL PSYCHIARTY ASSOCIATES~~
BATON ROUGE, LA 70806

AMY MARIE RAY, SANCHES & ZVONEK

02/25/2020 to present. Thank you.

**TO WHOM** ✓ The Social Security Administration and to the State agency authorized to process my case (usually called "disability determination services"), including contract copy services, and doctors or other professionals consulted during the process. [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

**PURPOSE** Determining my eligibility for benefits, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.

☐ Determining whether I am capable of managing benefits ONLY (check only if this applies)

**EXPIRES WHEN** This authorization is good for 12 months from the date signed (below my signature).

- I authorize the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- I have read both pages of this form and agree to the disclosures above from the types of sources listed.

**PLEASE SIGN USING BLUE OR BLACK INK ONLY**

**INDIVIDUAL authorizing disclosure**

SIGN ▶ *Electronically Signed By:* Amy Ray Knight ✓ AD

**IF not signed by subject of disclosure, specify basis for authority to sign**
☐ Parent of minor ☐ Guardian ☐ Other personal representative (explain)

(Parent/guardian/personal representative sign here if two signatures required by State law) ▶

| Date Signed 05/28/21 ✓ | Street Address |
|---|---|
| Phone Number (with area code) | City |

**WITNESS** *I know the person signing this form or am satisfied of this person's identity:*

| *Witnessed by SSA or Designated State Agency Employee*<br>SIGN ▶ T Coleman | IF needed, second witness sign here (e.g., if signed with "X" above)<br>SIGN ▶ |
|---|---|
| Phone Number (or Address)<br>866-613-3070 BATON ROUGE LA 70808-2606 | Phone Number (or Address) |

*This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPAA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.*

Form SSA-827 (11-2012) ef (11-2012) Use 4-2009 and Later Editions Until Supply is Exhausted Page 1 of 2

JUN. 30. 2021 11:09AM No. 9822 P. 5/5

### Explanation of Form SSA-827, "Authorization to Disclose Information to the Social Security Administration (SSA)"

We need your written authorization to help get the information required to process your claim, and to determine your capability of managing benefits. Laws and regulations require that sources of personal information have a signed authorization before releasing it to us. Also, laws require specific authorization for the release of information about certain conditions and from educational sources.

You can provide this authorization by signing a form SSA-827. Federal law permits sources with information about you to release that information if you sign a single authorization to release all your information from all your possible sources. We will make copies of it for each source. A covered entity (that is, a source of medical information about you) may not condition treatment, payment, enrollment, or eligibility for benefits on whether you sign this authorization form. A few States, and some individual sources of information, require that the authorization specifically name the source that you authorize to release personal information. In those cases, we may ask you to sign one authorization for each source and we may contact you again if we need you to sign more authorizations.

You have the right to revoke this authorization at any time, except to the extent a source of information has already relied on it to take an action. To revoke, send a written statement to any Social Security Office. If you do, also send a copy directly to any of your sources that you no longer wish to disclose information about you. SSA can tell you if we identified any sources you didn't tell us about. SSA may use information disclosed prior to revocation to decide your claim.

It is SSA's policy to provide service to people with limited English proficiency in their native language or preferred mode of communication consistent with Executive Order 13166 (August 11, 2000) and the Individuals with Disabilities Education Act. SSA makes every reasonable effort to ensure that the information in the SSA-827 is provided to you in your native or preferred language.

### Privacy Act Statement
### Collection and Use of Personal Information

Sections 205(a), 233(d)(5)(A), 1614(a)(3)(H)(i), 1631(d)(1) and 1631(e)(1)(A) of the Social Security Act as amended, [42 U.S.C. 405(a), 433(d)(5)(A), 1382c(a)(3)(H)(i), 1383(d)(1) and 1383(e)(1)(A)] authorize us to collect this information. We will use the information you provide to help us determine your eligibility, or continuing eligibility for benefits, and your ability to manage any benefits received. The information you provide is voluntary. However, failure to provide the requested information may prevent us from making an accurate and timely decision on your claim, and could result in denial or loss of benefits.
it for the administration and integrity of Social Security programs. We may also disclose information to another person or to another agency in accordance with approved routine uses, including but not limited to the following:

1. To enable a third party or an agency to assist us in establishing rights to Social Security benefits and/or coverage;

2. To comply with Federal laws requiring the release of information from our records (e.g., to the Government Accountability Office, General Services Administration, National Archives Records Administration, and the Department of Veterans Affairs);

3. To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level; and

4. To facilitate statistical research, audit, or investigative activities necessary to assure the integrity and improvement of our programs (e.g., to the U.S. Census Bureau and to private entities under contract with us).

We may also use the information you provide in computer matching programs. Matching programs compare our records with records kept by other Federal, State, or local government agencies. We use the information from these programs to establish or verify a person's eligibility for Federally funded or administered benefit programs and for repayment of incorrect payments or delinquent debts under these programs.

A complete list of routine uses of the information you gave us is available in our Privacy Act Systems of Records Notices entitled, Claims Folder System, 60-0089; Master Beneficiary Record, 60-0090; Supplemental Security Income record and Special Veterans benefits, 60-0103, and Electronic Disability (eDIB) Claims File, 60-0340. The notices, additional information regarding this form, and information regarding our systems and programs, are available on-line at www.socialsecurity.gov or at any Social Security office.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 10 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE.** You can find your local Social Security office through SSA's website at www.socialsecurity.gov. Offices are also listed under U.S. Government agencies in your telephone directory or you may call Social Security at 1-800-772-1213 (TTY 1-800-325-0778). *You may send comments on our time estimate above to: SSA, 6401 Security Blvd, Baltimore, MD 21235-6401. Send only comments relating to our time estimate to this address, not the completed form.*

Form SSA-827 (11-2012) ef (11-2012) Page 2 of 2

HIM ROI Authorization - Scan on 8/16/2021 10:14 AM: BRC (below)

Progress Notes - 12/28/2021

The Baton Rouge Clinic, AMC | BRC INTERNAL MEDICINE 7373 Perkins Rd Baton Rouge LA 70808-4326 | KNIGHT, Amy R MRN: 252940, DOB: Visit date: 12/28/2021 | Sex: F

RX Date/Time 07/27/2021 13:21 8776974889
27.07.21 13:21:10 Social Security Admin HelpDesk# 8776974889 Page 1/4

502867556

LA680 08102021 091904

**STATE OF ARKANSAS**

*Disability Determination For Social Security Administration*

TOLL-FREE # 844-455-2755
Fax # 877-869-9111

**S0J - LA**

ASA HUTCHINSON, Governor

July 27, 2021

ARTHUR SOUTIETTE, Director

**THIS FORM MUST BE ON TOP OF YOUR REPORT WHETHER YOU FAX OR MAIL.**

ANGELA BOURG MD
MEDICAL RECORDS/ DR. ANGELA BOURG
MEDICAL RECORDS/PATIENT SUPPORT
7373 PERKINS ROAD
BATON ROUGE, LA 70808

SSA S0J AR DDS
P. O. BOX 8944
LONDON KY 40742-9752

Received
AUG 03 2021
MedSouth

RQID:LAR00018Q5J00 SITE:S0J DR:S
SSN:********* DOCTYPE:0001 RF:D CS:8c70

Re: AMY RAY KNIGHT /AD
Date of Birth: AKA: AMY MARIE RAY,
SANCHES & ZVONEK
CASE #: 2208293 SSN: (02)
Vendor #: 1138207 M Auth#: 20210727500512
Alt Code: 420 DMA Case: Y

The above named claimant has filed for disability benefits under the Social Security Act. We would appreciate receiving copies of the following information. If you have questions, you can call (501) 682-5727 or toll-free at 1-844-455-2755. **PLEASE FAX TO 1-877-869-9111 OR RETURN IN THE ENCLOSED ENVELOPE.**

Describe the patient's ability to do work activities such as sit, stand, walk, lift, carry, handle objects, hear, speak and travel. Please cite specific clinical and/or laboratory findings for any limitations noted.
Describe the patient's ability to understand, to carry out and remember instructions, and to respond appropriately to supervision, coworkers, and work pressure in a work setting. Please cite specific clinical and/or laboratory findings for any limitations noted.
ALLEGATIONS: blind or low vision, fractured left radial, left arm pain, irritable bowl syndrome, right wrist pain, fibromyalgia, diabetes, chronic pain, benign
Please send all records from 02/25/2020 to present. Thank you.

**PAYMENT INFORMATION**: The state of Arkansas is authorized to pay for medical records at the prevailing rate set by your state's disability agency. Please check the appropriate box below in the event of "no records" or "no payment requested". PLEASE NOTE: **FEDERAL TAX ID IS REQUIRED.** UNLESS THE REPORT AND THIS COMPLETED FORM ARE RECEIVED WITHIN THIRTY (30) DAYS FROM THE DATE OF THIS REQUEST, PAYMENT WILL NOT BE MADE. If you have any questions regarding payment, please call (501) 683-1285

| ___ Check if no records | ___ Do Not Request Payment | SIGNED: [signature] Authorized Agent |
|---|---|---|

*PLEASE PROVIDE YOUR TAX ID # IN THE SPACE PROVIDED. IF THE NAME OF THE PAYEE IS NOT THE NAME WE USED IN YOUR ADDRESS, THE PAYEE INFORMATION MUST BE PROVIDED BELOW. PLEASE INCLUDE THE NAME AND ADDRESS TO WHOM REMITTANCE SHOULD BE MADE:*

MedSouth
☑ Processed
☐ Pending
MR: 6

Angela Bourg
2/25/2020 to pr.

Payee Name: MedSouth Record Management, LLC
Address: P.O. Box 1630
Mandeville, LA 70470
City State Zip

AUG 10 2021

72-1481471 (REQUIRED) Federal Tax ID #
TW

___ CHECK HERE TO RECEIVE FAXED REQUEST & ENTER YOUR MEDICAL RECORDS FAX # ______
d0001dml

| | | | |
|---|---|---|---|
| The Baton Rouge Clinic, AMC | BRC INTERNAL MEDICINE<br>7373 Perkins Rd<br>Baton Rouge LA 70808-4326 | KNIGHT, Amy R<br>MRN: 252940, DOB:<br>Visit date: 12/28/2021 | Sex: F |

RX Date/Time 07/27/2021 13:21 8776974889 P.004
27.07.21 13:22:50 Social Security Admin HelpDesk#:8776974889 Page 4/4

### Explanation of Form SSA-827, "Authorization to Disclose Information to the Social Security Administration (SSA)"

We need your written authorization to help get the information required to process your claim, and to determine your capability of managing benefits. Laws and regulations require that sources of personal information have a signed authorization before releasing it to us. Also, laws require specific authorization for the release of information about certain conditions and from educational sources.

You can provide this authorization by signing a form SSA-827. Federal law permits sources with information about you to release that information if you sign a single authorization to release all your information from all your possible sources. We will make copies of it for each source. A covered entity (that is, a source of medical information about you) may not condition treatment, payment, enrollment, or eligibility for benefits on whether you sign this authorization form. A few States and some individual sources of information, require that the authorization specifically name the source that you authorize to release personal information. In these cases, we may ask you to sign one authorization for each source and we may contact you again if we need you to sign more authorizations.

You have the right to revoke this authorization at any time, except to the extent a source of information has already relied on it to take an action. To revoke, send a written statement to any Social Security Office. If you do, also send a copy directly to any of your sources that you no longer wish to disclose information about you. SSA can tell you if we identified any sources you didn't tell us about. SSA may use information disclosed prior to revocation to decide your claim.

It is SSA's policy to provide service to people with limited English proficiency in their native language or preferred mode of communication consistent with Executive Order 13166 (August 11, 2000) and the Individuals with Disabilities Education Act. SSA makes every reasonable effort to ensure that the information in the SSA-827 is provided to you in your native or preferred language.

### Privacy Act Statement
### Collection and Use of Personal Information

Sections 205(a), 223(d)(5)(A), 1614(a)(3)(H)(i), 1631(e)(1) and 1631(e)(1)(A) of the Social Security Act as amended, [42 U.S.C. 405(a), 423(d)(5)(A), 1382c(a)(3)(H)(i), 1383(e)(1) and 1383(e)(1)(A)] authorize us to collect this information. We will use the information you provide to help us determine your eligibility, or continuing eligibility for benefits, and your ability to manage any benefits received. The information you provide is voluntary. However, failure to provide the requested information may prevent us from making an accurate and timely decision on your claim, and could result in denial or loss of benefits.

We rarely use the information you provide on this form for any purpose other than for the reasons explained above. However, we may use it for the administration and integrity of Social Security programs. We may also disclose information to another person or to another agency in accordance with approved routine uses, including but not limited to the following:

1. To enable a third party or an agency to assist us in establishing rights to Social Security benefits and/or coverage;
2. To comply with Federal laws requiring the release of information from our records (e.g., to the Government Accountability Office, General Services Administration, National Archives Records Administration, and the Department of Veterans Affairs);
3. To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level; and
4. To facilitate statistical research, audit, or investigative activities necessary to assure the integrity and improvement of our programs (e.g., to the U.S. Census Bureau and to private entities under contract with us).

We may also use the information you provide in computer matching programs. Matching programs compare our records with records kept by other Federal, State, or local government agencies. We use the information from these programs to establish or verify a person's eligibility for Federally funded or administered benefit programs and for repayment of incorrect payments or delinquent debts under these programs.

A complete list of routine uses of the information you gave us is available in our Privacy Act Systems of Records Notices entitled, Claims Folder System, 60-0089, Master Beneficiary Record, 60-0090; Supplemental Security Income record and Special Veterans benefits, 60-0103; and Electronic Disability (eDIB) Claims File, 60-0340. The notices, additional information regarding this form, and information regarding our systems and programs, are available on-line at www.socialsecurity.gov or at any Social Security office.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 10 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE.** You can find your local Social Security office through SSA's website at **www.socialsecurity.gov.** Offices are also listed under U.S. Government agencies in your telephone directory **or you may call Social Security at 1-800-772-1213 (TTY 1-800-325-0778).** *You may send comments on our time estimate above to: SSA, 6401 Security Blvd, Baltimore, MD 21235-6401. Send only comments relating to our time estimate to this address, not the completed form.*

Form SSA-827 (11-2012) ef (11-2012) Page 2 of 2

Internal Medicine/Family Practice Pt - Scan on 9/13/2021 8:26 AM (below)

The Baton Rouge Clinic, AMC | BRC INTERNAL MEDICINE 7373 Perkins Rd Baton Rouge LA 70808-4326 | KNIGHT, Amy R MRN: 252940, DOB: 1/ Visit date: 12/28/2021 | Sex: F

**FIRST ASSURANCE LIFE OF AMERICA**
**CLAIMS OFFICE: P.O. DRAWER 83480, BATON ROUGE, LA 70884-3480**

**PHYSICIAN'S STATEMENT OF DISABILITY (MUST BE COMPLETED BY PHYSICIAN)**
Any charge by the physician for completion of this statement shall be borne by the Insured without expense to First Assurance Life of America

Name of Patient: Amy Knight — Date of Birth: [illegible]

Diagnosis; Nature of illness or injury causing disability (Describe complications, if any): Complex regional pain syndrome (L) UE; Chronic Right Wrist pain; Fibromyalgia

Is condition due to pregnancy? No ☒ Yes ☐ If yes, were there complications with pregnancy? No ☐ Yes ☐

Was Patient hospitalized? No ☐ Yes ☐
Hospital ______ Admitted on ______
City ______ State ______ Zip ______ Discharged on ______

Was surgery performed or being considered? No ☐ Yes ☒
(If yes, please describe nature of surgery below.) Date of surgery: June 2018
Left Radial head fracture

When did Patient first consult you for this condition? Date: 1/8/19
Subsequent dates of treatment? Dates: 9/12/2021 5/19/2021 3/22/2021 9/22/

When did symptoms first appear or accident happen? Date: 6/7/2018
Was Patient referred to you by another physician? No ☒ Yes ☐ Physician's Name ______
(If yes, provide physician's name and address.) Address ______

To your knowledge, has patient ever been treated previously for this same or similar condition? No ☐ Yes ☒
(If yes, state when and describe) orthopedic surgery

Is Patient still under your care for this condition? No ☐ Yes ☒
If no, give date released or referred to other physician. Date ______

Is Patient totally disabled (unable to work) because of this condition? No ☐ Yes ☒

On what date did the patient first become totally disabled? First date of disability: 2/25/2021

Is Patient still totally disabled (unable to work) because of this condition? No ☐ Yes ☒
If no, date of release or discharge. Date ______

If still disabled, what is the estimated return to work date? Date: no estimated return
If unknown, what restrictions prevent patient from returning to work? Also put any other comments or remarks below.
Remarks: lifting restrictions, repetitive movement restrictions left upper extremity

NOTE: Any erasures or changes must be initialed by physician signing this form.

| Date | Signature (Attending Physician) | Physician Name (Please Print) | Telephone No. |
|---|---|---|---|
| 9/12/2021 | [signature] | James David West | 225 244-9714 |
| Physician's Address: 7373 Perkins Road | City: Baton Rouge | State: LA | Zip: 70808 |

**EMPLOYER'S STATEMENT OF DISABILITY (MUST BE COMPLETED BY EMPLOYER)**

| Name of Employee | Usual Duties | Length of Service |
|---|---|---|
| | | |

Has the above Employee been off work due to an illness or injury? Yes ☐ If yes, date last worked: ______ No ☐
On what date did the employee return to work in any capacity? ______

Has the employee filed for worker's compensation? No ☐ Yes ☐ — If yes, date of accident: ______

| Employer (Company Name) | Authorized Signature | Title | Date |
|---|---|---|---|
| | | | |
| Address | City | State Zip | Telephone No. ( ) |

Doc Type: Med  Doc Date: 9/12/21  Enc # / Ord. ID ______  MRN: 252940  Pt Name: Amy Knight  Pages: 1

FAL-14 10/08

LOCAL (225) 769-9923 TOLL FREE NUMBER (800) 272-8000 FAX (225) 769-4477

Internal Medicine/Family Practice Pt - Scan on 9/13/2021 8:29 AM (below)

The Baton Rouge Clinic, AMC

BRC INTERNAL MEDICINE
7373 Perkins Rd
Baton Rouge LA 70808-4326

KNIGHT, Amy R
MRN: 252940, DOB:
Visit date: 12/28/2021

Sex: F

SIDE 2

CSO 3
JUL 2 8 2021

PART 3

**EMPLOYER'S STATEMENT**
(To be completed by Employee's current Employer)

Employee's Name: ______
Does your company allow light duty? ☐ Yes ☐ No
Date employee stopped work entirely due to disability: ______
Has employee resumed duties, light or otherwise? Date: ______
List employee's job duties or attach a copy of the job description: ______

Is the employee a seasonal worker (a person whose occupation can be carried on only during certain seasons or fairly definite portions of the year)? ☐ Yes ☐ No
At the onset of disability, was the employee gainfully employed (actively working for wages or profit) for at least 30 hours per week? ☐ Yes ☐ No
How long prior to the date of disability was the employee gainfully employed (actively working for wages or profit) for at least 30 hours per week? ______

Employee's date of hire: ______
If employed part-time, how many hours per week? ______
If disability is due to an injury, date of injury: ______
If disability is due to a work related accident, please provide a copy of the accident report.
Did Workman's Compensation cover disability? ☐ Yes ☐ No
If so, name and address of Workman's Compensation carrier: ______

Signature: ______ Date: ______
Printed Name: ______ Title: ______
Address: ______ Phone Number: ______

**SELF-EMPLOYED STATEMENT**

Name and Address of Business: ______
Website Address / E-mail Address: ______ Business Phone Number: ______
Type of Business: ______ What date did you start your business? ______
Number of hours worked per week prior to total disability: ______
Have you returned to your regular, full-time job? ☐ Yes ☐ No If yes, on what date? ______
If no, is the business still operational? ☐ Yes ☐ No If yes, in what capacity? ______
Have you returned to work part-time or with restrictions? ☐ Yes ☐ No If yes, how many hours per week? ______
What are the restrictions? ______
Signature: ______ Date: ______

* PART 4

**ATTENDING PHYSICIAN'S STATEMENT**
(Statement to be provided without charge to CSO)

Patient's Name: Amy Knight * Date of Birth:
Diagnosis. If surgery describe and provide date of surgery: Left radial head fracture, Chronic (L)UE pain, Chronic Right wrist pain
Is the disability a result of an accident? ☒ Yes ☐ No
Date symptoms began or date of accident: 6/7/2018 Date first consulted for this condition: me - 1/8/19 ortho - June 2018
All dates of treatment: by orthopaedic surgery
Please indicate the patient's next scheduled appointment date along with the name and address of the Doctor the patient will be seeing:
Appointment Date: ______ Doctor's Name & Address: ______

Has any other Physician treated this patient for this condition? ☒ Yes ☐ No If yes, physician's name, address and phone number:
Name: Dr. Ambrose Byers — Baton Rouge Clinic Physiatry 767-7044
Dr Rick Ahmad — Baton Rouge Orthopaedic Clinic 924-2424
Dr. Larry Bankston — " " — "
Dr. Cameron — Bone & Joint Clinic

Have you treated this patient for any other conditions? ☒ Yes ☐ No If yes, provide diagnosis and treatment dates:
Diagnosis: Treatment Dates:
(1) chronic pain left upper extremity
(2) chronic pain Right wrist
(3) complex regional pain syndrome (L)UE
(4) fibromyalgia
(5) diabetes
(6) migraine headaches
(7) essential tremors
(8) ess - c

If hospitalized, name and address of hospital: ______
Dates of confinement: ______

Patient is: ☑ Totally Disabled (unable to work their own occupation) From 2/25/2021 Through ~~present~~ unknown
☐ Partially Disabled (Light duty their own occupation) From ______ Through ______

Please list restrictions: No lifting c (L)UE > 5 lbs, no repetitive movement of (L)UE including typing

Attending Physician's Signature, printed name, date, address and phone number:
Physician Signature: [signature] Printed Name: J. David West Date: 5/12/2021
Address: 7373 Perkins Rd. City or Town: Baton Rouge State: LA Zip: 70808 Phone Number: (225) 246-9714

Form 4898 6th Rev. 3-17

*note Really need to get information from Ortho who ...

SIDE 2

PART 3

**EMPLOYER'S STATEMENT**
(To be completed by Employee's current Employer)

Employee's Name: Amy Ray-Knight
Does your company allow light duty? ☐ Yes ☑ No
Date employee stopped work entirely due to disability: 3-3-21
Has employee resumed duties, light or otherwise? Date: no
List employee's job duties or attach a copy of the job description:

Is the employee a seasonal worker (a person whose occupation can be carried on only during certain seasons or fairly definite portions of the year)? ☐ Yes ☑ No
At the onset of disability, was the employee gainfully employed (actively working for wages or profit) for at least 30 hours per week? ☑ Yes ☐ No
How long prior to the date of disability was the employee gainfully employed (actively working for wages or profit) for at least 30 hours per week?

Employee's date of hire: 10-1-2018
If employed part-time, how many hours per week? NA
If disability is due to an injury, date of injury: NA
If disability is due to a work related accident, please provide a copy of the accident report.
Did Workmen's Compensation cover disability? ☐ Yes ☑ No
If so, name and address of Workmen's Compensation carrier:

Signature: Kim Richards
Printed Name: Kim Richards
Address:
Date: 6-15-21
Title: HR Director
Phone Number: 281-685-2916

**SELF-EMPLOYED STATEMENT**

Name and Address of Business:
Website Address / E-mail Address:
Business Phone Number:
Type of Business:
What date did you start your business?
Number of hours worked per week prior to total disability:
Have you returned to your regular, full-time job? ☐ Yes ☐ No If yes, on what date?
If no, is the business still operational? ☐ Yes ☐ No If yes, in what capacity?
Have you returned to work part-time or with restrictions? ☐ Yes ☐ No If yes, how many hours per week?
What are the restrictions?
Signature: Date:

PART 4

**ATTENDING PHYSICIAN'S STATEMENT**
(Statement to be provided without charge to CSO)

Patient's Name: Date of Birth:
Diagnosis, if surgery describe and provide date of surgery:
Is the disability a result of an accident? ☐ Yes ☐ No
Date symptoms began or date of accident: Date first consulted for this condition:
All dates of treatment:
Please indicate the patient's next scheduled appointment date along with the name and address of the Doctor the patient will be seeing:
Appointment Date: Doctor's Name & Address:
Has any other Physician treated this patient for this condition? ☐ Yes ☐ No If yes, physician's name, address and phone number
Name: Address: Phone Number:

Have you treated this patient for any other conditions? ☐ Yes ☐ No If yes, provide diagnosis and treatment dates:
Diagnosis: Treatment Dates:

If hospitalized, name and address of hospital:

Dates of confinement:
Patient is: ☐ Totally Disabled (unable to work their own occupation) From Through
☐ Partially Disabled (Light duty their own occupation) From Through
Please list restrictions:
Attending Physician's Signature, printed name, date, address and phone number:

Physician's Signature Printed Name Date

Address City or Town State Zip Phone Number

Form 4500 5th Rev. 2-17

CSO 3 JUL 22 2021

Internal Medicine/Family Practice Pt - Scan on 9/13/2021 8:29 AM (below)

Sincerely,

Kiara Pearson
Claims Examiner II
Phone No.: (800) 291-0112 Ext. 59451
Secure Fax No.: (603) 334-8716

Attachments: Attending Physician's Statement

Progress Notes - 12/28/2021

The Baton Rouge Clinic, AMC | BRC INTERNAL MEDICINE 7373 Perkins Rd Baton Rouge LA 70808-4326 | KNIGHT, Amy R MRN: 252940, DOB: Visit date: 12/28/2021 | Sex: F

07/01/21 15:15:31 Lincoln Financial -> 225 246 9114 Lincoln Financial Gr Page 004

Lincoln Financial Group

## Attending Physician's Statement

Lincoln Financial Group
PO Box 2578
Omaha, NE 68172-9688
Phone No: (800) 291-0112
Secure Fax No: (603) 334-8716

Return To: Kiara Pearson

**To be completed by treating provider:**

**1. Patient Information**

| | | | |
|---|---|---|---|
| Amy | | Ray Knight | 11112395 |
| Full Name (First) | (M.I.) | (Last Name) | Claim Number |
| 5'2" | 119 | 124/80 | |
| Height | Weight | Blood Pressure | Employer Name |

**2. Diagnosis**

Chronic pain DUE — Primary ICD diagnostic Code (Required)
M79.602, G89.29 — Primary ICD diagnosis Description

Chronic right wrist pain — Secondary ICD Diagnosis Code
M25.531, G89.29 — Secondary ICD Diagnosis Description

Pregnancy: __/__/__ First Treated; __/__/__ Estimated Delivery; __/__/__ Date of Delivery; ☐ Vaginal ☐ C-Section

Symptoms: pain Right wrist
pain & weakness (L) upper extremity

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings):

**3. Disability Circumstances** - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances: 2018 ~~surgery~~ fracture (L) radial head. Surg w/ortho 6/2018

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| 6/4/2018 | 2/25/2021 | __/__/__ |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| 1/8/2019 | 5/19/2021 | __/__/__ |

Dates hospital confined: __/__/__ to __/__/__

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

GLC11750LTD-C Claim Submission Part 1 of 2 Page 1 of 4 1/18

Progress Notes - 12/28/2021

The Baton Rouge Clinic, AMC | BRC INTERNAL MEDICINE 7373 Perkins Rd Baton Rouge LA 70808-4326 | KNIGHT, Amy R MRN: 252940, DOB: ../../...., Sex: F Visit date: 12/28/2021

07/01/21 15:16:04 Lincoln Financial -> 225 246 9114 Lincoln Financial Gr Page 005

Lincoln Financial Group

## Attending Physician's Statement

Lincoln Financial Group
PO Box 2578
Omaha, NE 68172-9688
Phone No:(800) 291-0112
Secure Fax No: (603) 334-8316

**4. Limitations and Restrictions**

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| Lifting/Carrying | | | Reaching |
|---|---|---|---|
| 1-5 lbs. ___ | Standing ___ | Crouching ___ | Overhead ___ |
| 6-10 lbs. ___ | Walking ___ | Crawling ___ | Desk Level ___ |
| 11-25 lbs. ___ | Sitting ___ | Grasping ___ | Below Waist ___ |
| 26-50 lbs. ___ | Balancing ___ | Climbing ___ | |
| 51-100 lbs. ___ | Stooping ___ | Pushing ___ | |
| 100 + lbs ___ | Kneeling ___ | Pulling ___ | |
| | Fingering ___ | Bending ___ | |

What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence ___/___/___
Dressing ___/___/___
Transferring ___/___/___
Bathing ___/___/___
Toileting ___/___/___
Eating ___/___/___

**5. Treatment**

Received medications & physical therapy

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

Date patient experienced loss of Cognitive Functioning: ___/___/___

**6. Prognosis**

Poor

Describe the patients prognosis for recovery

Describe ongoing treatment frequency

Patient able to return to work Full-Time on:

___/___/___ to ___/___/___

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

**7. Physician's Information**

Name: James David West

Street Address: 7373 Perkins Road

City: Baton Rouge State: LA Zip Code: 70808

Phone Number: 225 246 9714 Fax Number: 225-246-9164

Signature: JDWest Date: 7.7.2021

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.
(Please see FRAUD NOTICES attached)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC11750LTD-C Claim Submission Part 2 of 2 Page 2 of 4 1/18

07/01/21 15:16:42 Lincoln Financial -> 225 246 9114 Lincoln Financial Gr Page 006

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

GLC11750LTD-C

Page 3 of 4
1/18

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

## KNIGHT, Amy R

MRN: 252940

West, J David, MD
Physician
Specialty: Internal Medicine

Progress Notes
Signed

Encounter Date: 5/19/2021

**Baton Rouge Clinic Internal Medicine**
7373 PERKINS ROAD
BATON ROUGE LA 70808-4326
Phone: 225-769-4044

**OFFICE VISIT**

**CHIEF COMPLAINT**

**Chief Complaint**
Patient presents with
- Follow-up

**HISTORY OF PRESENT ILLNESS**

Amy R KNIGHT is here today for follow-up regarding her persistent left upper extremity symptoms and right wrist pain. She was evaluated by Dr. Bourg rheumatology since her last visit. Considering placing the patient on Savella for management of fibromyalgia. Like to see psychiatry for opinion about her current psychotropic regimen for anxiety and depression before adding Savella. She continues to experience pain in her right wrist and pain and weakness in her left upper extremity.

**MEDICAL HISTORY**

**Past Medical History**

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Benign essential tremor | |
| • Depression | |
| • Diabetes mellitus | |
| • Headache(784.0) | |
| • Hyperlipidemia | |
| • IBS (irritable bowel syndrome) | |

**SURGICAL HISTORY**

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BREAST SURGERY *Left breast biopsy* | | |
| • HYSTERECTOMY *COMPLETE* | | |
| • PELVIC LAPAROSCOPY | | |

**FAMILY HISTORY**

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Thyroid disease | Mother | |
| • Atrial fibrillation | Mother | |
| • Hyperlipidemia | Father | |
| • Diabetes | Father | |
| • Thyroid disease | Father | |
| • No Significant Medical History | Brother | |
| • Diabetes | Child | |

**SOCIAL HISTORY**

**Social History**

| | |
|---|---|
| Socioeconomic History | |
| • Marital status: | Married |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |
| Occupational History | |
| • Occupation: | on disability, RN |
| Tobacco Use | |
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| Substance and Sexual Activity | |
| • Alcohol use: | No |
| • Drug use: | Not on file |
| • Sexual activity: | Not on file |
| Other Topics | Concern |
| • Not on file | |
| Social History Narrative | |
| • Not on file | |

**Social Determinants of Health**

Financial Resource Strain:
- Difficulty of Paying Living Expenses:

Food Insecurity:
- Worried About Running Out of Food in the Last Year:
- Ran Out of Food in the Last Year:

Transportation Needs:
- Lack of Transportation (Medical):
- Lack of Transportation (Non-Medical):

Physical Activity:
- Days of Exercise per Week:
- Minutes of Exercise per Session:

Stress:
- Feeling of Stress :

Social Connections:

- Frequency of Communication with Friends and Family:
- Frequency of Social Gatherings with Friends and Family:
- Attends Religious Services:
- Active Member of Clubs or Organizations:
- Attends Club or Organization Meetings:
- Marital Status:

**MEDICATIONS**

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • albuterol HFA (Ventolin HFA) 90 mcg/actuation inhaler | 2 puffs. | | |
| • ALPRAZolam (XANAX) 0.5 mg tablet | Take 1 tablet by mouth daily as needed for Sleep | 15 tablet | 0 |
| • amitriptyline (ELAVIL) 10 mg tablet | TAKE TWO TABLETS BY MOUTH EVERY NIGHT AT BEDTIME | 60 tablet | 3 |
| • buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet | Take 1 tablet by mouth once daily. | 30 tablet | 3 |
| • chlordiazepoxide-clidinium (LIBRAX) 5-2.5 mg per capsule | Take 1 capsule by mouth 3 (three) times daily with meals. | 45 capsule | 3 |
| • Claritin-D 24 Hour 10-240 mg per 24 hr tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | 30 tablet | 3 |
| • diphenoxylate-atropine (LomotiL) 2.5-0.025 mg per tablet | Take 1 tablet by mouth Twice a day 12 (twelve) hours apart | 5 tablet | 0 |
| • FLUoxetine (PROZAC) 40 MG capsule | TAKE ONE CAPSULE BY MOUTH ONE TIME DAILY | 90 capsule | 3 |
| • fluticasone (FLONASE) 50 mcg/actuation nasal spray | APPLY TWO SPRAYS IN EACH NOSTRIL ONCE DAILY | 16 g | 1 |
| • metFORMIN XR (GLUCOPHAGE-XR) 500 mg 24 hr tablet | Take 1 tablet by mouth 2 (two) times daily. | 60 tablet | 3 |
| • naproxen (NAPROSYN) 500 mg tablet | Take 1 tablet by mouth Take daily with a meal. | 30 tablet | 0 |
| • propranoloL (INDERAL) 20 mg tablet | TAKE ONE TABLET BY MOUTH TWICE DAILY | 60 tablet | 3 |

| | | | |
|---|---|---|---|
| • SUMAtriptan (IMITREX) 50 mg tablet | Take 1 tablet by mouth every 2 (two) hours as needed for Migraine. May repeat in 2 hours if needed | 10 tablet | 3 |
| • topiramate (TOPAMAX) 25 mg tablet | Take 1 tablet by mouth 2 (two) times daily | 60 tablet | 3 |

No current facility-administered medications for this visit.

**ALLERGIES**

Allergies

| Allergen | Reactions |
|---|---|
| • Adhesive | |
| • Lipitor [Atorvastatin] | |
| • Morphine | |

**REVIEW OF SYSTEM**

Constitutional: No fever chills
CV: No chest pain
Respiratory: No cough congestion
Neuro: Positive tremor
Psych: Occasional anxiety no depression

**PHYSICAL EXAM**
**Vital Signs:**
**Vitals:**

| | 05/19/21 1302 |
|---|---|
| BP: | 126/80 |
| Pulse: | 96 |
| Resp: | 20 |

General: Well-developed well-nourished female no acute distress
Lungs: Clear breath sounds
Heart: Regular rate and rhythm
Extremities: Right wrist with splint/brace
Neuro alert and oriented x3
Psych: Speech behavior appearance are normal mood is okay

**RESULTS**

**ASSESSMENT**
1. **Chronic pain of right wrist**
2. Chronic pain of left upper extremity
3. Left arm weakness
4. GAD (generalized anxiety disorder)
5. Major depression, chronic

6. Fibromyalgia

**PLAN**
Amy was seen today for follow-up.

Diagnoses and all orders for this visit:

**Chronic pain of right wrist**

**Chronic pain of left upper extremity**

**Left arm weakness**

**GAD (generalized anxiety disorder)**

**Major depression, chronic**

**Fibromyalgia**

Continue present meds. Agree with psychiatry consult before adding Savella. Recommend patient considering seeking another opinion from orthopedic surgery regarding her right wrist. Return in 3 to 4 months for follow-up.

Office Visit on 5/19/2021 | *Note viewed by patient*

# KNIGHT, Amy R

MRN 252940

Bourg, Angele, MD
Physician
Specialty: Rheumatology

Progress Notes
Signed

Encounter Date: 5/10/2021

Baton Rouge Clinic Rheumatology
7373 PERKINS ROAD
BATON ROUGE LA 70808-4326
Phone: 225-769-4044
Fax: 225-246-4012

**Subjective**

Amy R KNIGHT is a 53 y.o. female here for:
**Chief Complaint**
Patient presents with
- Wrist Pain
- Abnormal Lab
  *+ANA*
- Joint Pain
  *Hurts all the time, all over especially in hands, elbows, knees, ankles*

**History of Present Illness:**
This patient is here for an initial visit. Patient was referred by her primary care Dr. West for ANA 1: 80. Patient reports she has had a varied of symptoms recently and just has not felt well she recently saw the eye doctor for extremely dry eyes he did place bilateral tear duct plugs and gave her a gel to use at night she also had to use antibiotic drops for a short period of time she has pain particular involving both hands and has been told she has Dupuytren's contracture she also recently was under the care of Dr. Garin and had injections in her right wrist she reports an injury in 2018 where she fractured her left radial head and was followed by Dr. Ahmad at that time she was placed on work restrictions as an RN. She has not really ever improved since that injury. She also brought cell phone pictures of her right second PIP joint that swollen up for several days. This was about 3 months ago and she has not had any episodes since that time. She describes her pain as achy stiff sore all over worse in the morning or late in the evening after use she has noticed her stamina is much decreased that she has been trying to walk with her husband but really cannot keep up with him she has had lots of fatigue though she sleeps at night she never feels rested she is taking Elavil 20 mg at night she also is on several psychotropic medications. In the past she seen to rheumatologist Dr. Mina and then Dr. Sean Shannon. Both felt she had some degree of fibromyalgia in the past she reports she was on Savella which worked well but was ultimately not prescribed by Dr. Shannon for several missed appointments. She has seen Dr. Zielinski in the distant past for generalized anxiety and is not currently under the care of a psychiatrist she reports Dr. West is currently prescribing her psychotropic medications including Wellbutrin Prozac and Elavil. We talked about getting reestablished with psychiatry here to get their opinion on

whether Savella would be safe to add to these medications. She does not recall being on Lyrica or gabapentin but Dr. Shanna did mention she was on Lyrica in the distant past and had some side effects associated with it. She also has chronic migraines and tremors she has not seen a neurologist in several years but previously saw Dr. Smith who I believe is retired currently she does occasionally take Excedrin Migraine as needed over-the-counter. She has 1 child. She has a supportive husband. She was without other complaints

**Review of Systems:**
Musculoskeletal: See HPI
Gen/Constitutional: Negative for fever or night sweats +fatigue/ non-restorative sleep
Eyes: Negative for infection, sudden loss of vision, +dry eyes/ recent punctal plugs placed
ENT: negative for otalgia, epistaxis, oral ulcerations, +dry mouth
CV: Negative for chest pain, palpitations
Resp: Negative for hemoptysis, cough, DOE
GI: Negative for diarrhea, constipation, BRBPR, N/V
Renal: Negative for kidney stones
Neuro: Negative for seizures, +diffuse paresthesias
Psych: Negative for psychosis, depression,+anxiety
Endo: Negative for heat or cold intolerance, excessive thirst
Hem/Lymph: Negative for swollen glands
GU: Negative for frequency, hematuria, dysuria
Derm: Negative for hair loss, photosensitivity, rash

**Objective**

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Benign essential tremor | |
| • Depression | |
| • Diabetes mellitus | |
| • Headache(784.0) | |
| • Hyperlipidemia | |
| • IBS (irritable bowel syndrome) | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BREAST SURGERY<br>*Left breast biopsy* | | |
| • HYSTERECTOMY<br>*COMPLETE* | | |
| • PELVIC LAPAROSCOPY | | |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Thyroid disease | Mother | |
| • Atrial fibrillation | Mother | |
| • Hyperlipidemia | Father | |
| • Diabetes | Father | |
| • Thyroid disease | Father | |

| | |
|---|---|
| • No Significant Medical History | Brother |
| • Diabetes | Child |

**Social History**

Tobacco Use

| | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |

Substance Use Topics

| | |
|---|---|
| • Alcohol use: | No |
| • Drug use: | Not on file |

is allergic to adhesive, lipitor [atorvastatin], and morphine.

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • albuterol HFA (Ventolin HFA) 90 mcg/actuation inhaler | 2 puffs | | |
| • ALPRAZolam (XANAX) 0.5 mg tablet | Take 1 tablet by mouth daily as needed for Sleep. | 15 tablet | 0 |
| • amitriptyline (ELAVIL) 10 mg tablet | TAKE TWO TABLETS BY MOUTH EVERY NIGHT AT BEDTIME | 60 tablet | 3 |
| • buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet | Take 1 tablet by mouth once daily. | 30 tablet | 3 |
| • chlordiazepoxide-clidinium (LIBRAX) 5-2.5 mg per capsule | Take 1 capsule by mouth 3 (three) times daily with meals. | 45 capsule | 3 |
| • Claritin-D 24 Hour 10-240 mg per 24 hr tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | 30 tablet | 3 |
| • diphenoxylate-atropine (LomotiL) 2.5-0.025 mg per tablet | Take 1 tablet by mouth Twice a day 12 (twelve) hours apart. | 5 tablet | 0 |
| • FLUoxetine (PROZAC) 40 MG capsule | TAKE ONE CAPSULE BY MOUTH ONE TIME DAILY | 90 capsule | 3 |
| • fluticasone (FLONASE) 50 mcg/actuation nasal spray | APPLY TWO SPRAYS IN EACH NOSTRIL ONCE DAILY | 16 g | 1 |
| • metFORMIN XR (GLUCOPHAGE-XR) 500 mg 24 hr tablet | Take 1 tablet by mouth 2 (two) times daily. | 60 tablet | 3 |
| • naproxen (NAPROSYN) 500 mg tablet | Take 1 tablet by mouth Take daily with a meal. | 30 tablet | 0 |

| | | | |
|---|---|---|---|
| • propranolol (INDERAL) 20 mg tablet | TAKE ONE TABLET BY MOUTH TWICE DAILY | 60 tablet | 3 |
| • SUMAtriptan (IMITREX) 50 mg tablet | Take 1 tablet by mouth every 2 (two) hours as needed for Migraine. May repeat in 2 hours if needed | 10 tablet | 3 |
| • topiramate (TOPAMAX) 25 mg tablet | Take 1 tablet by mouth 2 (two) times daily | 60 tablet | 3 |

No current facility-administered medications for this visit.

**Physical Exam:**

**Vitals:**

| | 05/10/21 1257 |
|---|---|
| BP: | 136/68 |
| BP Location: | Left arm |
| Patient Position: | Sitting |
| BP Cuff Size: | Large |
| Weight: | 53.4 kg (117 lb 12.8 oz) |
| Height: | 157.5 cm (62.01") |

Gen/Const: Patient is a well developed female with normal body habitus
Psych: Alert and oriented x 3 in NAD, normal affect
Eyes: No conjuctival erythema, PERRLA, sclera anicteric
ENT: Normal external pinna, nasal mucosa/posterior pharynx clear, no oral ulcers, mucous membranes moist
Neck: Supple, no masses, trachea midline and symmetrical
Resp: clear to auscultation bilaterally, normal BS throughout
CV: RRR, no MRG, Distal pulses intact, no peripheral edema
GI: Soft, Nontender, nondistended, normoactive bowel sounds
Lymph: no LAD of the cervical, supraclavicular, or axillary areas
Skin: no ulcers, nail clubbing, cyanosis, nail pitting, no Raynauds, no rash or lesions
Neuro: CN grossly intact, normal sensation to light touch

**Musculoskeletal:**
**16/18 tender points present**
**B Dupuytren's contracture L>R**
otherwise no joint synovitis, FROM throughout, normal strength throughout

**Labs/Radiology:**
I have reviewed the most recent lab and radiology results.
**Appointment on 03/23/2021**

| Component | Date | Value |
|---|---|---|
| • Glucose | 03/23/2021 | 121* |
| • BUN | 03/23/2021 | 17 |
| • Creatinine, Ser | 03/23/2021 | 0.90 |
| • Total Bilirubin | 03/23/2021 | 0.5 |
| • Alkaline Phosphatase | 03/23/2021 | 52 |

Progress Notes - 12/28/2021

The Baton Rouge Clinic, AMC

BRC INTERNAL MEDICINE
7373 Perkins Rd
Baton Rouge LA 70808-4326

KNIGHT, Amy R
MRN: 252940, DOB:
Visit date: 12/28/2021

Sex: F

03/08/21 10:46:37 Lincoln Financial -> 225 246 9114 Lincoln Financial Gr Page 005

Lincoln Financial Group

# Attending Physician's Statement

Lincoln Financial Group
PO Box 2578
Omaha, NE 68172-9688
Phone No:(800) 291-0112
Secure Fax No. (603) 334-8716

Return To: Kiara Pearson

To be completed by treating provider:

1. Patient Information

| | | | |
|---|---|---|---|
| Amy | | Ray Knight | 11112396 |
| Full Name (First) | (M.I.) | (Last Name) | Claim Number |
| 5'2" | 111 lbs. | 107/65 | |
| Height | Weight | Blood Pressure | Employer Name |

2. Diagnosis

Primary ICD diagnostic Code (Required): left UE complex regional pain syndrome type 1

Primary ICD diagnosis Description: Complex regional pain syndrome type 1 LUE; right wrist/hand pain

Secondary ICD Diagnosis Code: right

Secondary ICD Diagnosis Description: right wrist/hand pain - chronic

Pregnancy: First Treated __/__/__ Estimated Delivery __/__/__ Date of Delivery __/__/__ ☐ Vaginal ☐ C-Section

Symptoms: Chronic numbness tingling pain Right wrist/hand; chronic pain left upper extremity

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings): increasing right wrist pain. Numbness + tingling to finger occasionally. Hurts with movement. She was referred to Dr. Tyson Garon

3. Disability Circumstances - Check if applicable
☑ Illness ☐ Injury ☐ Work Related

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| 3/2/2020 | __/__/__ | 2/24/2020 |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| 9/23/2020 | 2/16/2021 | 3/26/2021 |

Dates hospital confined: __/__/__ to __/__/__

If work related or injury, summarize circumstances

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

GLC1175OLTD-C Claim Submission Part 1 of 2 Page 1 of 4 1/18

Doc Type: med Doc Date: 3/8/21 Exc # / Ord. ID: ______ Unit #: 252940 Name: Amy Knight Pages: 8

The Baton Rouge Clinic, AMC | BRC INTERNAL MEDICINE 7373 Perkins Rd Baton Rouge LA 70808-4326 | KNIGHT, Amy R MRN: 252940, DOB: Visit date: 12/28/2021 | Sex: F

03/08/21 18:47:09 Lincoln Financial -> 225 246 9114 Lincoln Financial Gr Page 006

Lincoln Financial Group

## Attending Physician's Statement

Lincoln Financial Group
PO Box 2578
Omaha, NE 68172-9888
Phone No:(800) 291-0112
Secure Fax No: (603) 334-8716

### 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| Lifting/Carrying | | | Reaching |
|---|---|---|---|
| 1-5 lbs. | Standing ___ | Crouching ___ | Overhead ___ |
| 6-10 lbs. | Walking ___ | Crawling | Desk Level |
| 11-25 lbs | Sitting ___ | Grasping | Below Waist |
| 26-50 lbs | Balancing | Climbing | |
| 51-100 lbs | Stooping ___ | Pushing ___ | |
| 100 + lbs. ___ | Kneeling | Pulling ___ | |
| | Fingering ___ | Bending | |

What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence ___/___/___
Dressing ___/___/___
Transferring ___/___/___
Bathing ___/___/___
Toileting ___/___/___
Eating ___/___/___

### 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (include dates)

### 6. Prognosis

Poor

Describe the patients prognosis for recovery

Date patient experienced loss of Cognitive Functioning: ___/___/___

Describe ongoing treatment frequency

Patient able to return to work Full-Time on:

___/___/___ to ___/___/___

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

### 7. Physician's Information

Name: James David West

Street Address: 7373 Perkins Rd

City: Baton Rouge State: LA Zip Code: 70808

Phone Number: 225-246-9714 Fax Number:

Signature: [signature] Date: ___/___/___

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.
(Please see FRAUD NOTICES attached)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC11750LTD-C Claim Submission Part 2 of 2 Page 2 of 4 1/18

03/08/21 10:44:54 Lincoln Financial -> 225 246 9114 Lincoln Financial Gr Page 001

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8716

| | |
|---|---|
| Date: | March 8, 2021 |
| To: | DR DAVID WEST |
| Attn: | |
| Fax: | (225) 246-9114 |
| From: | Kiara Pearson<br>Claims Examiner II<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-8716 |
| Total Pages (Including Cover): | 8 |
| RE: | Claim #: 11112396<br>Claimant: Amy Ray Knight<br>Gainwell Technologies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

03/08/21 10:45:37 Lincoln Financial -> 225 246 9114 Lincoln Financial Gr Page 003

Sincerely,

Kiara Pearson
Claims Examiner II
Phone No.: (800) 291-0112 Ext. 59451
Secure Fax No.: (603) 334-8716

Attachments: Attending Physician's Statement
11112396-EMPLOYEE/CLAIMANT-AUTHORIZATION-03.03.2021

2 of 2

03/08/21 18:45:45 Lincoln Financial --> 225 246 9114 Lincoln Financial Gr Page 004

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8716

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Amy R. Knight

Name of legal representative, if applicable (print) N/A Relationship Self

Signature of claimant or legal representative [signature] Date: 3/3/2021

Date of Birth: 19 Claim Number: 11112396

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2020

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

03/30/21 10:40:40 Lincoln Financial -> 225 246 9114 Lincoln Financial Gr Page 008

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years. If extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

GLC1175(LTD)-C

Page 4 of 4
1/18

HIM ROI Authorization - Scan on 11/30/2021 3:59 PM: BRC (below)

The Baton Rouge Clinic, AMC | BRC INTERNAL MEDICINE 7373 Perkins Rd Baton Rouge LA 70808-4326 | KNIGHT, Amy R MRN: 252940, DOB: Visit date: 12/28/2021 | Sex: F

FIRST ASSURANCE LIFE OF AMERICA
P.O. DRAWER 83480
BATON ROUGE, LA 70884-3410

56043786

LA680 11232021 092229

November 1, 2021

ATTENTION: RELEASE OF INFORMATION
MEDICAL RECORDS DEPARTMENT
The Baton Rouge Clinic
7373 Perkins Road
Baton Rouge, LA 70808

Received
N... 0 3 2021
MedSouth

RE: PATIENT NAME: Amy Ray Knight ✓ AD
ADDRESS:
DATE OF BIRTH ✓
DATE OF DEATH (if applicable): N/A
SOCIAL SECURITY NUMBER:
CLAIM/POLICY NUMBER: 1863-996409

Dear Sir/Madam:

We are in receipt of a claim for disability benefits on the above captioned insured and we are in need of additional information from your office.

In order to properly evaluate this disability claim, we must obtain copies of your in-office treatment charts on your above patient covering the time period from 1/1/2017 to present.

Attached is an authorization for the release of this information. Please note that we accept electronic records via e-mail or disc from your facility or a contracted medical records service.

Please forward the records, along with your statement for the reproduction of records. If prepayment is required, please contact our office as soon as possible so the necessary arrangements can be made without delay. Your assistance and cooperation in this matter is greatly appreciated.

Sincerely,

Gene F. Majorie

Gene F. Majorie
Claims Department

MedSouth
☑ Processed
☐ Pending
NOV 2 4 2021
By: tw

Attachments: AUTHORIZATION

1-1-2017
to
pr.

MR: 335

LOCAL (225) 769-9923 TOLL FREE NUMBER (800) 272-8000 FAX (225) 769-4477

The Baton Rouge Clinic, AMC | BRC INTERNAL MEDICINE 7373 Perkins Rd Baton Rouge LA 70808-4326 | KNIGHT, Amy R MRN: 252940, DOB: Visit date: 12/28/2021 | Sex: F

**FIRST ASSURANCE LIFE OF AMERICA**
**CLAIMS OFFICE: P.O. DRAWER 83480, BATON ROUGE, LA 70884-3480**

**AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)**

**PATIENT INFORMATION:** (Please Print) Patient: Amy Ray Knight VAD

Full Address: 205 Telephone:

Date of Birth: 1986 Social Security #:

**AUTHORITY TO RELEASE PROTECTED HEALTH INFORMATION (PHI)**

I hereby authorize Baton Rouge Clinic (covered entity/provider) to release First Assurance Life of America the Protected Health Information (PHI) identified in this authorization form from the medical records of the Patient listed above.

**INFORMATION TO BE RELEASED-COVERING THE PERIODS OF HEALTH CARE**

Disclose the following PHI for treatment date starting at 1/1/2017 To ending date to present

X Other: Entire Medical Record excluding Itemized Billing Statement

- __ History & Physical Examinations
- __ Operative Report
- __ Laboratory Test Results
- __ Progress Notes
- __ Consultation Reports
- __ Physician Orders
- __ Discharge Summary
- __ ER Report
- X ray/Images Reports

**THE ABOVE INFORMATION IS DISCLOSED FOR THE PURPOSE OF:**
Insurance-Evaluation of a claim for disability

**THIS AUTHORIZATION WILL EXPIRE ON THE FOLLOWING DATE OR EVENT:**
Unless revoked, this authorization will expire on the following date or event:
EVENT/DATE: Two (2) years from the date of this Authorization

**DRUG AND/OR ALCOHOL ABUSE, AND/OR PSYCHIATRIC, AND/OR HIV/AIDS RELEASE**
I understand if my medical records contain information in reference to drug and/or alcohol abuse, Psychiatric Care, Communicable disease(s), Hepatitis or HIV/AIDS (Human Immunodeficiency Virus/Acquired Immunodeficiency Virus/Acquired Immunodeficiency Syndrome) testing and/or treatment, I consent and agree to the release (without restriction) of this information.

**I UNDERSTAND THAT**
1. I may refuse to sign this Authorization and it is strictly voluntary.

2. I understand that my treatment, payment, enrollment or eligibility for benefits provided by or through a qualified healthcare provider may not be conditioned on signing this authorization. However, First Assurance Life of America may condition payment of a claim or the eligibility of benefits upon my signing this Authorization, if the disclosure of information is necessary to determine the validity of a claim or its payment.

3. I have the right to revoke this Authorization at any time. Revocation must be in writing, to the covered entity/provider authorized to release the Protected Health Information (PHI) or First Assurance Life of America. I understand that the revocation will not apply to information that has already been released to this Authorization.

4. I understand that once information is disclosed pursuant to this Authorization, the released information may no longer be protected by federal privacy regulations and may be subject to redisclosure by First Assurance Life of America.

5. I have the right to receive a copy of this Authorization after I sign it.

I HAVE READ THE ABOVE AND AUTHORIZE THE DISCLOSURE OF THE PROTECTED HEALTH INFORMATION AS STATED. A COPY OF THIS AUTHORIZATION WILL BE AS VALID AS THE ORIGINAL.

**PATIENT INFORMATION:** Signature of Patient: Amy R Knight VAD Date: 9-2-2021

Signature of Patient's Representative (if necessary): Date:

Personal Representative's Relationship to Patient:

FAL – HIPPA Disability Authorization
LOCAL (225) 769-9923 TOLL FREE NUMBER (800) 272-8000 FAX (225) 769-4477

Consent Forms Pt - Scan on 12/9/2021 4:00 PM (below)

The Baton Rouge Clinic, AMC | BRC INTERNAL MEDICINE 7373 Perkins Rd Baton Rouge LA 70808-4326 | KNIGHT, Amy R MRN: 252940, DOB: Visit date: 12/28/2021 | Sex: F

252946

**GROUP IMMUNIZATION**
**COVID-19 Vaccination Consent**

COVID-19 disease is caused by a coronavirus called SARS-CoV-2. This type of coronavirus has not been seen before. You can get COVID-19 through contact with another person who has the virus. It is predominantly a respiratory illness that can affect other organs. People with COVID-19 have had a wide range of symptoms reported, ranging from mild symptoms to severe illness. Symptoms may appear 2 to 14 days after exposure to the virus. Symptoms may include: fever or chills; cough, shortness of breath, fatigue, muscle or body aches, headache, new loss of taste or smell, sore throat, congestion or runny nose, nausea or vomiting, diarrhea.

**COVID-19 Vaccine** – The COVID-19 vaccine use messenger RNA (mRNA). Coronaviruses have a spike-like structure on their surface called an S protein. COVID-19 mRNA vaccines give cells instructions for how to make a harmless piece of an S protein. After vaccination, cells begin making the protein pieces and displaying them on cell surfaces. Your immune system will recognize that the protein doesn't belong there and begin building an immune response and making antibodies. The COVID-19 vaccines currently being developed in the U.S. don't use the live virus that causes COVID-19. It will take a few weeks for your body to build immunity after getting a COVID-19 vaccination. As a result, it's possible that you could become infected with the virus that causes COVID-19 just before or after being vaccinated.

**Risks & Possible Side Effects**
Adverse reactions following the COVID-19 Vaccine that have been reported in clinical trials include injection site pain, fatigue, headache, muscle pain, chills, joint pain, fever, injection site swelling, injection site redness, nausea, malaise, and lymphadenopathy *(see Full EUA Prescribing Information)*. I understand that the vaccine may cause a severe allergic reaction which can include anaphylaxis (difficulty breathing, swelling of the face and throat, a fast heartbeat, a rash, dizziness or weakness). These may not be all of the side effects of the COVID-19 vaccine as the vaccine is still being studied in clinical trials.

**Special** Notice- Vaccination is generally not recommended for the following individuals:

1. Under the age of 16, for Pfizer; or 18, for Moderna vaccine.
2. With a severe allergic reaction to any component of the COVID-19 Vaccine (see description)
3. Who have had any other vaccination within the previous 14 days.
4. Who are currently sick with a fever, active respiratory infection or other illness.
5. Who have received monoclonal antibodies or convalescent plasma for treatment of COVID-19 within the past 90 days.

If you have any of the above, please notify the staff. If you have any questions, please ask now or check with a physician or your health department before receiving the vaccine. If you are pregnant, have a medical condition which compromises your immune system such as HIV or cancer, have experienced anaphylaxis or severe allergic reactions from a previous vaccination or injectable medication, or have a bleeding disorder or on a blood thinner, please check with your physician before receiving the vaccine.

**If you experience any significant reactions, see your physician.**

I have read the above information about COVID-19 and COVID-19vaccine; and I have had a chance to ask questions. I understand that the COVID-19 vaccine may require 2 separate vaccines and I agree that I will receive the first and second doses of the vaccine. I understand the benefits and risks of COVID-19 and request that the vaccine be give to ☐ me or ☐ the person named below for whom I am authorized to sign. The Baton Rouge Clinic (the "Clinic") its officers, directors, employees and agents expressly disclaim any responsibility for the vaccination. I give my consent for the vaccine in light of this knowledge and I, for myself and my heirs, administrators, trustees, employees, volunteers, and agents from and against any and all demands, damages, losses, costs, expenses, obligations, liabilities, claims, and causes of action of any nature whatsoever (including, without limitation, attorney's fees and court costs) by reason of, related to, or resulting in any way from my receipt of the COVID-19 vaccine. The Baton Rouge Clinic makes no warranties, express or implied of merchantability of fitness for a particular purpose regarding the vaccine or its effectiveness.

| Information – Person to Receive Vaccine | For Clinic Use |
|---|---|
| Amy Ray Knight 1-15-68 53<br>Name (Please Print) Birth Date Age | Name of Clinic: The Baton Rouge Clinic, AMC — Dose #1 ☒ Dose #2 ☐ |
| | Date of Vaccination: 8-2-21 |
| Address: Street City State Zip | Manufacturer and Lot No.: EW0172 Pfizer |
| [signature]<br>Signature of Person receiving vaccine or Parent or Guardian | Site of Injection: (R) D |
| | Chronic Disease Yes ☐ No ☐ mH |

HIM ROI Authorization - Scan on 12/13/2021 8:19 AM: BRC (below)

| | | | |
|---|---|---|---|
| The Baton Rouge Clinic, AMC | BRC INTERNAL MEDICINE<br>7373 Perkins Rd<br>Baton Rouge LA 70808-4326 | KNIGHT, Amy R<br>MRN: 252940, DOB:<br>Visit date: 12/28/2021 | Sex: F |

56554136

LA680 12062021 163106

**STATE OF ARKANSAS**

*Disability Determination For Social Security Administration*

TOLL-FREE # 844-455-2755
Fax # 877-869-9111

S0J - LA

ASA HUTCHINSON
Governor

November 10, 2021

ARTHUR BOUTIETTE
Director

**THIS FORM MUST BE ON TOP OF YOUR REPORT WHETHER YOU FAX OR MAIL.**

MEDSOUTH RECORD MANAGEMENT
BATON ROUGE CLINIC ✓
7373 PERKINS RD
BATON ROUGE, LA 70808

SSA S0J AR DDS
P. O. BOX 8944
LONDON KY 40742-9752

Received

NOV 17 2021

MedSouth

RQID:LAR000THZTP00 SITE:S0J DR:S
SSN:********* DOCTYPE:0001 RF:D CS:dfea

Re: AMY RAY KNIGHT ✓AD
Date of Birth: AKA: AMY MARIE RAY, SANCHEZ, & ZVONEK
CASE #: 2208293 SSN: (02)
Vendor #: 0108383 M Auth#: 20211110500267
Alt Code: 19K DMA Case: Y

The above named claimant has filed for disability benefits under the Social Security Act. We would appreciate receiving copies of the following information. If you have questions, you can call (501) 682-9727 or toll-free at 1-844-455-2755. **PLEASE FAX TO 1-877-869-9111 OR RETURN IN THE ENCLOSED ENVELOPE.**

Describe the patient's ability to do work activities such as sit, stand, walk, lift, carry, handle objects, hear, speak and travel. Please cite specific clinical and/or laboratory findings for any limitations noted.
Describe the patient's ability to understand, to carry out and remember instructions, and to respond appropriately to supervision, coworkers, and work pressure in a work setting. Please cite specific clinical and/or laboratory findings for any limitations noted.
ALLEGATIONS: blind or low vision, fractured left radial, irritable bowel syndrome, right wrist pain, fibromyalgia, diabetes mellitus, chronic pain, depression, and
Please send all records from 02/2020 to present. Thank you!

**PAYMENT INFORMATION**. The state of Arkansas is authorized to pay for medical records at the prevailing rate set by your state's disability agency. Please check the appropriate box below in the event of "no records" or "no payment requested". PLEASE NOTE: **FEDERAL TAX ID IS REQUIRED.** UNLESS THE REPORT AND THIS COMPLETED FORM ARE RECEIVED WITHIN THIRTY (30) DAYS FROM THE DATE OF THIS REQUEST, PAYMENT WILL NOT BE MADE. If you have any questions regarding payment, please call (501) 883-1285.

MedSouth

| | | |
|---|---|---|
| ___ Check if no records | ___ Do Not Request Payment | SIGNED: ☑ Processed ☐ Pending<br>Authorized Agent |

***PLEASE PROVIDE YOUR TAX ID # IN THE SPACE PROVIDED. IF THE NAME OF THE PAYEE IS NOT THE NAME WE USED IN YOUR ADDRESS, THE PAYEE INFORMATION MUST BE PROVIDED BELOW. PLEASE INCLUDE THE NAME AND ADDRESS TO WHOM REMITTANCE SHOULD BE MADE:***

By: AD

MR: 59

Payee Name MedSouth Record Management, LLC Payee
Address P.O. Box 1630
Mandeville, LA 70470
City State Zip

72-1481471 (REQUIRED)
Federal Tax ID #

02/2020 to px.

___ CHECK HERE TO RECEIVE FAXED REQUEST & ENTER YOUR MEDICAL RECORDS FAX # ______
d0001dml

01032627

The Baton Rouge Clinic, AMC | BRC INTERNAL MEDICINE 7373 Perkins Rd Baton Rouge LA 70808-4326 | KNIGHT, Amy R MRN: 252940, DOB: Visit date: 12/28/2021 | Sex: F

KNIGHT, AMY RAY

**WHOSE Records to be Disclosed** — Form Approved OMB No. 0960-0623

NAME (First, Middle, Last, Suffix): Amy Ray Knight

SSN: 436-53 8133 | Birthday (mm/dd/yy): 01/15/68

## AUTHORIZATION TO DISCLOSE INFORMATION TO THE SOCIAL SECURITY ADMINISTRATION (SSA)

** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW **

I voluntarily authorize and request disclosure (including paper, oral, and electronic interchange):

**OF WHAT** *All my medical records*; also education records and other information related to my ability to perform tasks. This includes specific permission to release:

1. ✓ All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s) *including*, and not limited to:
   - Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
   - Drug abuse, alcoholism, or other substance abuse
   - Sickle cell anemia
   - Records which may indicate the presence of a communicable or noncommunicable disease; and tests for or records of HIV/AIDS
   - Gene-related impairments (including genetic test results)
2. Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.
3. Copies of educational tests or evaluations, including Individualized Educational Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations.
4. Information created within 12 months after the date this authorization is signed, as well as past information.

**FROM WHOM**

- ✓ All medical sources (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities
- All educational sources (schools, teachers, records administrators, counselors, etc.)
- Social workers/rehabilitation counselors
- Consulting examiners used by SSA
- Employers, insurance companies, workers' compensation programs
- Others who may know about my condition (family, neighbors, friends, public officials)

**THIS BOX TO BE COMPLETED BY SSA/DDS (as needed)** Additional information to identify the subject (e.g., other names used), the specific source, or the material to be disclosed:

BATON ROUGE CLINIC
BATON ROUGE, LA 70808

AMY MARIE RAY, SANCHEZ, & ZVONEK

02/2020 to present. Thank you!

**TO WHOM** ✓ The Social Security Administration and to the State agency authorized to process my case (usually called "disability determination services"), including contract copy services, and doctors or other professionals consulted during the process. [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

**PURPOSE** Determining my eligibility for benefits, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.

☐ Determining whether I am capable of managing benefits ONLY (check only if this applies)

**EXPIRES WHEN** This authorization is good for 12 months from the date signed (below my signature).

- I authorize the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- I have read both pages of this form and agree to the disclosures above from the types of sources listed.

| PLEASE SIGN USING BLUE OR BLACK INK ONLY | IF not signed by subject of disclosure, specify basis for authority to sign |
| --- | --- |
| INDIVIDUAL authorizing disclosure<br>SIGN ▶ Electronically Signed By: Amy Ray Knight | ☐ Parent of minor ☐ Guardian ☐ Other personal representative (explain)<br>(Parent/guardian/personal representative sign here if two signatures required by State law) ▶ |

| Date Signed 11/10/21 | Street Address | | |
| --- | --- | --- | --- |
| Phone Number (with area code) | City | State | ZIP |

**WITNESS** *I know the person signing this form or am satisfied of this person's identity.*

| SIGN ▶ Attested by SSA or Designated State Agency Employee: Y Herring | IF needed, second witness sign here (e.g., if signed with "X" above) SIGN ▶ |
| --- | --- |
| Phone Number (or Address) LITTLE ROCK AR 72201-0000 | Phone Number (or Address) |

*This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPAA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.*

Form SSA-827 (11-2012) ef (11-2012) Use 4-2009 and Later Editions Until Supply is Exhausted — Page 1 of 2

**Explanation of Form SSA-827,**
**"Authorization to Disclose Information to the Social Security Administration (SSA)"**

We need your written authorization to help get the information required to process your claim, and to determine your capability of managing benefits. Laws and regulations require that sources of personal information have a signed authorization before releasing it to us. Also, laws require specific authorization for the release of information about certain conditions and from educational sources.

You can provide this authorization by signing a form SSA-827. Federal law permits sources with information about you to release that information if you sign a single authorization to release all your information from all your possible sources. We will make copies of it for each source. A covered entity (that is, a source of medical information about you) may not condition treatment, payment, enrollment, or eligibility for benefits on whether you sign this authorization form. A few States, and some individual sources of information, require that the authorization specifically name the source that you authorize to release personal information. In those cases, we may ask you to sign one authorization for each source and we may contact you again if we need you to sign more authorizations.

You have the right to revoke this authorization at any time, except to the extent a source of information has already relied on it to take an action. To revoke, send a written statement to any Social Security Office. If you do, also send a copy directly to any of your sources that you no longer wish to disclose information about you. SSA can tell you if we identified any sources you didn't tell us about. SSA may use information disclosed prior to revocation to decide your claim.

It is SSA's policy to provide service to people with limited English proficiency in their native language or preferred mode of communication consistent with Executive Order 13166 (August 11, 2000) and the Individuals with Disabilities Education Act. SSA makes every reasonable effort to ensure that the information in the SSA-827 is provided to you in your native or preferred language.

**Privacy Act Statement**
**Collection and Use of Personal Information**

Sections 205(a), 233(d)(5)(A), 1614(a)(3)(H)(i), 1631(d)(1) and 1631(e)(1)(A) of the Social Security Act as amended, [42 U.S.C. 405(a), 433(d)(5)(A), 1382c(a)(3)(H)(i), 1383(d)(1) and 1383(e)(1)(A)] authorize us to collect this information. We will use the information you provide to help us determine your eligibility, or continuing eligibility for benefits, and your ability to manage any benefits received. The information you provide is voluntary. However, failure to provide the requested information may prevent us from making an accurate and timely decision on your claim, and could result in denial or loss of benefits.

We rarely use the information you provide on this form for any purpose other than for the reasons explained above. However, we may use it for the administration and integrity of Social Security programs. We may also disclose information to another person or to another agency in accordance with approved routine uses, including but not limited to the following:

1. To enable a third party or an agency to assist us in establishing rights to Social Security benefits and/or coverage;
2. To comply with Federal laws requiring the release of information from our records (e.g., to the Government Accountability Office, General Services Administration, National Archives Records Administration, and the Department of Veterans Affairs);
3. To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level; and
4. To facilitate statistical research, audit, or investigative activities necessary to assure the integrity and improvement of our programs (e.g., to the U.S. Census Bureau and to private entities under contract with us).

We may also use the information you provide in computer matching programs. Matching programs compare our records with records kept by other Federal, State, or local government agencies. We use the information from these programs to establish or verify a person's eligibility for Federally funded or administered benefit programs and for repayment of incorrect payments or delinquent debts under these programs.

A complete list of routine uses of the information you gave us is available in our Privacy Act Systems of Records Notices entitled, Claims Folder System, 60-0089; Master Beneficiary Record, 60-0090; Supplemental Security Income record and Special Veterans benefits, 60-0103; and Electronic Disability (eDIB) Claims File, 60-0340. The notices, additional information regarding this form, and information regarding our systems and programs, are available on-line at www.socialsecurity.gov or at any Social Security office.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 10 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE.** You can find your local Social Security office through SSA's website at www.socialsecurity.gov. Offices are also listed under U.S. Government agencies in your telephone directory **or you may call Social Security at 1-800-772-1213 (TTY 1-800-325-0778).** *You may send comments on our time estimate above to: SSA, 6401 Security Blvd, Baltimore, MD 21235-6401. Send only comments relating to our time estimate to this address, not the completed form.*

Form SSA-827 (11-2012) ef (11-2012) Page 2 of 2

00932627

HIM ROI Authorization - Scan on 12/13/2021 8:30 AM: BRC (below)

The Baton Rouge Clinic, AMC | BRC INTERNAL MEDICINE 7373 Perkins Rd Baton Rouge LA 70808-4326 | KNIGHT, Amy R MRN: 252940, DOB: Visit date: 12/28/2021 | Sex: F

56555242

LA680 12062021 162734

**STATE OF ARKANSAS**

*Disability Determination For Social Security Administration*

TOLL-FREE # 844-455-2755
Fax #: 877-869-9111

**S0J - LA**

ASA HUTCHINSON
Governor

November 10, 2021

ARTHUR BOUTIETTE
Director

**THIS FORM MUST BE ON TOP OF YOUR REPORT WHETHER YOU FAX OR MAIL.**

~~CIOX HEALTH~~
BATON ROUGE CLINIC ✓
7373 PERKINS RD
BATON ROUGE, LA 70809

SSA S0J AR DDS
P. O. BOX 8844
LONDON KY 40742-9752

Received
NOV 17 2021
MedSouth

RQID:LAR000TH7RH00 SITE:S0J DR:S
SSN:********* DOCTYPE:0001 RF:0 CS:ec94

Re: AMY RAY KNIGHT ✓AD
Date of Birth: FKA: AMY MARIE RAY, SANCHEZ, & ZVONEK
CASE #: 2208293 SSN: 3 (02)
Vendor #: ~~1136904~~M Auth#: 20211110500251
Alt Code: 19K DMA Case: Y

The above named claimant has filed for disability benefits under the Social Security Act. We would appreciate receiving copies of the following information. If you have questions, you can call (501) 682-8727 or toll-free at 1-844-455-2755. **PLEASE FAX TO 1-877-869-9111 OR RETURN IN THE ENCLOSED ENVELOPE.**

Describe the patient's ability to do work activities such as sit, stand, walk, lift, carry, handle objects, hear, speak and travel. Please cite specific clinical and/or laboratory findings for any limitations noted.
Describe the patient's ability to understand, to carry out and remember instructions, and to respond appropriately to supervision, coworkers, and work pressure in a work setting. Please cite specific clinical and/or laboratory findings for any limitations noted.
ALLEGATIONS: blind or low vision, fractured left radial, irritable bowel syndrome, right wrist pain, fibromyalgia, diabetes mellitus, chronic pain, depression, and
Please send all records from 02/2020 to present. Thank you!

**PAYMENT INFORMATION:** The state of Arkansas is authorized to pay for medical records at the prevailing rate set by your state's disability agency. Please check the appropriate box below in the event of "no records" or "no payment requested". PLEASE NOTE: **FEDERAL TAX ID IS REQUIRED.** UNLESS THE REPORT AND THIS COMPLETED FORM ARE RECEIVED WITHIN THIRTY (30) DAYS FROM THE DATE OF THIS REQUEST, PAYMENT WILL NOT BE MADE. If you have any questions regarding payment, please call (501) 683-1286.

| | | |
|---|---|---|
| ___ Check if no records | ___ Do Not Request Payment | SIGNED: ______ Authorized MedSouth |

*PLEASE PROVIDE YOUR TAX ID # IN THE SPACE PROVIDED. IF THE NAME OF THE PAYEE IS NOT THE NAME WE USED IN YOUR ADDRESS, THE PAYEE INFORMATION MUST BE PROVIDED BELOW. PLEASE INCLUDE THE NAME AND ADDRESS TO WHOM REMITTANCE SHOULD BE MADE:*

Processed / Pending
DEC 13 2021

02-2020 X0 px.

Payee Name: MedSouth Record Management, LLC
Address: P.O. Box 1630
Mandeville, LA 70470

City State Zip

Payee Federal Tax ID #: 72-1481471
By: AD (REQUIRED)

___ CHECK HERE TO RECEIVE FAXED REQUEST & ENTER YOUR MEDICAL RECORDS FAX # MR-59
d0001dml

KNIGHT, AMY RAY
436538133 01/15/1968

WHOSE Records to be Disclosed

Form Approved OMB No. 0960-0623

NAME (First, Middle, Last, Suffix) Amy Ray Knight ✓ AD

SSN

Birthday (mm/dd/yy) 01/15/68

## AUTHORIZATION TO DISCLOSE INFORMATION TO THE SOCIAL SECURITY ADMINISTRATION (SSA)

** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW **

**I voluntarily authorize and request disclosure** (including paper, oral, and electronic interchange):

**OF WHAT** ***All my medical records;*** **also education records and other information related to my ability to perform tasks. This includes specific permission to release:**

1. All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s) *including*, and not limited to:
   - Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
   - Drug abuse, alcoholism, or other substance abuse
   - Sickle cell anemia
   - Records which may indicate the presence of a communicable or noncommunicable disease; and tests for or records of HIV/AIDS
   - Gene-related impairments (including genetic test results)
2. Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.
3. Copies of educational tests or evaluations, including Individualized Educational Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations.
4. Information created within 12 months after the date this authorization is signed, as well as past information.

**FROM WHOM**
- All medical sources (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities
- All educational sources (schools, teachers, records administrators, counselors, etc.)
- Social workers/rehabilitation counselors
- Consulting examiners used by SSA
- Employers, insurance companies, workers' compensation programs
- Others who may know about my condition (family, neighbors, friends, public officials)

THIS BOX TO BE COMPLETED BY SSA/DDS (as needed) Additional information to identify the subject (e.g., other names used), the specific source, or the material to be disclosed:

BATON ROUGE CLINIC
BATON ROUGE, LA 70809

AMY MARIE RAY, SANCHEZ, & ZVONEK

02/2020 to present. Thank you!

**TO WHOM** The Social Security Administration and to the State agency authorized to process my case (usually called "disability determination services"), including contract copy services, and doctors or other professionals consulted during the process. [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

**PURPOSE** Determining my eligibility for benefits, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.

☐ Determining whether I am capable of managing benefits ONLY (check only if this applies)

**EXPIRES WHEN** This authorization is good for 12 months from the date signed (below my signature).

- I authorize the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- I have read both pages of this form and agree to the disclosures above from the types of sources listed.

**PLEASE SIGN USING BLUE OR BLACK INK ONLY**

**INDIVIDUAL authorizing disclosure**

SIGN ▶ Electronically Signed By: Amy Ray Knight ✓ AD

**IF not signed by subject of disclosure, specify basis for authority to sign**

☐ Parent of minor ☐ Guardian ☐ Other personal representative (explain)

(Parent/guardian/personal representative sign here if two signatures required by State law) ▶

| Date Signed 11/10/21 ✓ | Street Address | | |
|---|---|---|---|
| Phone Number (with area code) | City | State | ZIP |

**WITNESS** *I know the person signing this form or am satisfied of this person's identity:*

| SIGN ▶ Attested by SSA or Designated State Agency Employee: Y Herring | IF needed, second witness sign here (e.g., if signed with "X" above) SIGN ▶ |
|---|---|
| Phone Number (or Address) LITTLE ROCK AR 72201-0000 | Phone Number (or Address) |

*This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPAA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.*

Form SSA-827 (11-2012) ef (11-2012) Use 4-2009 and Later Editions Until Supply is Exhausted Page 1 of 2

0000626

**Explanation of Form SSA-827,**
**"Authorization to Disclose Information to the Social Security Administration (SSA)"**

We need your written authorization to help get the information required to process your claim, and to determine your capability of managing benefits. Laws and regulations require that sources of personal information have a signed authorization before releasing it to us. Also, laws require specific authorization for the release of information about certain conditions and from educational sources.

You can provide this authorization by signing a form SSA-827. Federal law permits sources with information about you to release that information if you sign a single authorization to release all your information from all your possible sources. We will make copies of it for each source. A covered entity (that is, a source of medical information about you) may not condition treatment, payment, enrollment, or eligibility for benefits on whether you sign this authorization form. A few States, and some individual sources of information, require that the authorization specifically name the source that you authorize to release personal information. In those cases, we may ask you to sign one authorization for each source and we may contact you again if we need you to sign more authorizations.

You have the right to revoke this authorization at any time, except to the extent a source of information has already relied on it to take an action. To revoke, send a written statement to any Social Security Office. If you do, also send a copy directly to any of your sources that you no longer wish to disclose information about you. SSA can tell you if we identified any sources you didn't tell us about. SSA may use information disclosed prior to revocation to decide your claim.

It is SSA's policy to provide service to people with limited English proficiency in their native language or preferred mode of communication consistent with Executive Order 13166 (August 11, 2000) and the Individuals with Disabilities Education Act. SSA makes every reasonable effort to ensure that the information in the SSA-827 is provided to you in your native or preferred language.

**Privacy Act Statement**
**Collection and Use of Personal Information**

Sections 205(a), 233(d)(5)(A), 1614(a)(3)(H)(i), 1631(d)(1) and 1631(e)(1)(A) of the Social Security Act as amended, [42 U.S.C. 405(a), 433(d)(5)(A), 1382c(a)(3)(H)(i), 1383(d)(1) and 1383(e)(1)(A)] authorize us to collect this information. We will use the information you provide to help us determine your eligibility, or continuing eligibility for benefits, and your ability to manage any benefits received. The information you provide is voluntary. However, failure to provide the requested information may prevent us from making an accurate and timely decision on your claim, and could result in denial or loss of benefits.

We rarely use the information you provide on this form for any purpose other than for the reasons explained above. However, we may use it for the administration and integrity of Social Security programs. We may also disclose information to another person or to another agency in accordance with approved routine uses, including but not limited to the following:

1. To enable a third party or an agency to assist us in establishing rights to Social Security benefits and/or coverage;
2. To comply with Federal laws requiring the release of information from our records (e.g., to the Government Accountability Office, General Services Administration, National Archives Records Administration, and the Department of Veterans Affairs);
3. To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level; and
4. To facilitate statistical research, audit, or investigative activities necessary to assure the integrity and improvement of our programs (e.g., to the U.S. Census Bureau and to private entities under contract with us).

We may also use the information you provide in computer matching programs. Matching programs compare our records with records kept by other Federal, State, or local government agencies. We use the information from these programs to establish or verify a person's eligibility for Federally funded or administered benefit programs and for repayment of incorrect payments or delinquent debts under these programs.

A complete list of routine uses of the information you gave us is available in our Privacy Act Systems of Records Notices entitled, Claims Folder System, 60-0089; Master Beneficiary Record, 60-0090; Supplemental Security Income record and Special Veterans benefits, 60-0103, and Electronic Disability (eDIB) Claims File, 60-0340. The notices, additional information regarding this form, and information regarding our systems and programs, are available on-line at www.socialsecurity.gov or at any Social Security office.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 10 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE. You** can find your local Social Security office through SSA's website at www.socialsecurity.gov. Offices are also listed under U.S. Government agencies in your telephone directory **or you may call Social Security at 1-800-772-1213 (TTY 1-800-325-0778).** *You may send comments on our time estimate above to: SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.* ***Send only comments relating to our time estimate to this address, not the completed form.***

Form SSA-827 (11-2012) ef (11-2012) Page 2 of 2

Consent Forms Pt - Scan on 12/14/2021 12:44 PM: COVID (below)

252940
2nd

**GROUP IMMUNIZATION**
**COVID-19 Vaccination Consent**

**COVID-19** - COVID-19 disease is caused by a coronavirus called SARS-CoV-2. This type of coronavirus has not been seen before. You can get COVID-19 through contact with another person who has the virus. It is predominantly a respiratory illness that can affect other organs. People with COVID-19 have had a wide range of symptoms reported, ranging from mild symptoms to severe illness. Symptoms may appear 2 to 14 days after exposure to the virus. Symptoms may include: fever or chills; cough; shortness of breath; fatigue; muscle or body aches, headache; new loss of taste or smell; sore throat; congestion or runny nose; nausea or vomiting; diarrhea.

**COVID-19 Vaccine** - The COVID-19 vaccine uses messenger RNA (mRNA). Coronaviruses have a spike-like structure on their surface called an S protein. COVID-19 mRNA vaccines give cells instructions for how to make a harmless piece of an S protein. After vaccination, cells begin making the protein pieces and displaying them on cell surfaces. Your immune system will recognize that the protein doesn't belong there and begin building an immune response and making antibodies. The COVID-19 vaccines currently being developed in the U.S. don't use the live virus that causes COVID-19. It will take a few weeks for your body to build immunity after getting a COVID-19 vaccination. As a result, it's possible that you could become infected with the virus that causes COVID-19 just before or after being vaccinated.

**Risks & Possible Side Effects** - Adverse reactions following the COVID-19 Vaccine that have been reported in clinical trials include injection site pain, fatigue, headache, muscle pain, chills, joint pain, fever, injection site swelling, injection site redness, nausea, malaise, and lymphadenopathy *(see Full EUA Prescribing Information)*. I understand that the vaccine may cause a severe allergic reaction which can include anaphylaxis (difficulty breathing, swelling of the face and throat; a fast heartbeat, a rash, dizziness or weakness). These may not be all of the side effects of the COVID-19 vaccine as the vaccine is still being studied in clinical trials.

**Special Notice**- Vaccination is generally not recommended for the following individuals:

1. Under the age of 17
2. With a severe allergic reaction to any component of the COVID-19 Vaccine (see description)
3. Who have experienced anaphylaxis (difficulty breathing) or severe allergic reactions from a previous vaccination or injectable medication.
4. Who have had any other vaccination within the previous 14 days.
5. Who are currently sick with a fever, active respiratory infection or other illness.
6. Who have received monoclonal antibodies or convalescent plasma for treatment of COVID-19 within the past 90 days.

If you have any of the above, please notify the staff. If you have any questions, please ask now or check with a physician or your health department before receiving the vaccine.
If you are pregnant, have a medical condition which compromises your immune system such as HIV or cancer, or have a bleeding disorder or on a blood thinner, please check with your physician before receiving the vaccine.
**If you experience any significant reactions, see your physician.**

I have read the above information about COVID-19 and COVID-19 vaccine and I have had a chance to ask questions. I understand that the COVID-19 vaccine may require 2 separate vaccines and I agree that I will receive the first and second doses of the vaccine. I understand the benefits and risks of the COVID-19 vaccine and request that the vaccine be give to ☐ me or ☐ the person named below for whom I am authorized to sign. The Baton Rouge Clinic (the "Clinic"), its officers, directors, employees and agents expressly disclaim any responsibility for the vaccination. I give my consent for the vaccine in light of this knowledge and I, for myself and my heirs, administrators, trustees, executors, assigns and successors in interest, do hereby agree to release and hold harmless The Clinic, its officers, employees, volunteers and agents from and against any and all demands, damages, losses, costs, expenses, obligations, liabilities, claims, and causes of action of any nature whatsoever (including, without limitation, attorney's fees and court costs) by reason of, related to, or resulting in any way from my receipt of the COVID-19 vaccine. The Baton Rouge Clinic makes no warranties, express or implied of merchantability or fitness for a particular purpose regarding the vaccine or its effectiveness.

| [redacted] – Person to Receive Vaccine | For Clinic Use |
|---|---|
| Amy R. Knight 1-15-68 53<br>Name (Please Print) Birth Date Age | Name of Clinic — Dose #1 ☐ Dose #2 ☒<br>The Baton Rouge Clinic, AMC |
| | Date of Vaccination 8/23/21 |
| Address Street City State Zip | Manufacturer and Lot No. FC3183 |
| Amy R. Knight | Site of Injection (R) AG |
| Signature (Person receiving vaccine or Parent or Guardian) | Chronic Disease Yes ☐ No ☐ |

Internal Medicine/Family Practice Pt - Scan on 12/20/2021 7:48 AM (below)

# FIRST ASSURANCE LIFE OF AMERICA

CLAIMS OFFICE: P.O. DRAWER 83480, BATON ROUGE, LA 70884-3480

INITIAL STATEMENT OF INSURED FOR ACCIDENT OR SICKNESS CLAIM
PLEASE PROVIDE THE FOLLOWING INFORMATION BEFORE FORWARDING CLAIM TO COMPANY.
ALL QUESTIONS MUST BE ANSWERED BEFORE CLAIM CAN BE CONSIDERED FOR PAYMENT.

PLEASE PRINT

**POLICY INFORMATION (This must be completed in order to identify your policy.)**

| Certificate Number(s) | Writing Dealer or Bank where policy purchased | Term (Months) | Effective Date | Monthly Benefit |
|---|---|---|---|---|
| 990469 | FABRE AUTO, LLC SUBARU OF BR | 63 | 5-4-2019 | $592.18 |

**LOAN INFORMATION (This information can be found in your loan payment booklet or statement.)**

| Creditor Company (Loan financed by) | Account Number | Creditor Company Phone Number |
|---|---|---|
| ~~JP Morgan~~ CHASE Bank Subaru Motors c/o | | (800) 662-3325 |

| Payment Mailing Address | City | State | Zip |
|---|---|---|---|
| P.O. Box ~~78232~~ 900103 | ~~Phoenix~~ Louisville | ~~AZ~~ KY | ~~85062~~ 40290-3325 |

**INSURED'S STATEMENT OF DISABILITY (MUST BE COMPLETED AND SIGNED BY CLAIMANT)**

| Name | Date of Birth | Social Security Number |
|---|---|---|
| Amy R. Knight | | |

| Address (include apt. or lot #) | City | State | Zip |
|---|---|---|---|
| | | | |

| Your Phone Number | Employer (If Self Employed or Unemployed, please state) | Employer Phone Number |
|---|---|---|
| | Gainwell Technologies (current) | (225) 216-6000 |

| Employer Address | Occupation/Duties | Length of Service |
|---|---|---|
| 8591 United Plaza Blvd. Suite 220 BR 70809 | RN Hospice Nurse Reviewer - see enclosed | 9/2009 thru curr. |

| Date accident occurred or sickness began | Date that you stopped working | Date of first medical treatment |
|---|---|---|
| 6-6-2018 | 2-25-2021 | 6-6-18 + 1-18-19 for Rt. wrist pain ER after fall |

| Nature of injury or illness | If accident, how did it happen? |
|---|---|
| Fx. of Left Radial Head aft fall | Fell at work - Worker's comp settled, never stopped working. Typed with one hand only for almost 3 yrs. |

Name of Doctor or Hospital who first treated you? Address Baton Rouge General Hosp. 6/2018 Dr. West for approx. 25 yrs. Phone Number ( )

| Name of Doctor treating you now | Doctor's Address | Phone Number |
|---|---|---|
| Dr. J. David West | 7373 Perkins Rd BR, La. 70808 | (225) 246-9214 |

| Name of Family Physician | Family Physician's Address | Phone Number |
|---|---|---|
| Same | Same | ( ) Same |

Were you hospital confined: No ☑ Yes ☐ Admitted on ____________ Discharged on ____________
Hospital Address

Have you been treated previously for this condition? No ☐ Yes ☑ If yes, when? Dr. West has treated me for many yrs. for multiple health issues.

| Doctor's Name | Address | City | State | Zip |
|---|---|---|---|---|
| Dr. David West | 7373 Perkins Rd BR, La. 70808 | | | |
| Dr. Rick Arnold | 8080 Bluebonnet Blvd. #1000 BR La 70810 | | | |

Have you resumed any part of the duties of your occupation or any other employment? No ☑ Yes ☐

If yes, what date did you resume any part of your duties or work? ____ Mo. ____ Day ____ Year

Date you resumed full duties? ____ Mo. ____ Day ____ Year

AUTHORIZATION: I hereby authorize any licensed physician, medical practitioner, hospital, clinic or medically related facility, insurance company, group policyholder, government authority, or any past or present employer, to furnish FIRST ASSURANCE LIFE OF AMERICA, its reinsurers, or their representatives, any information related to my health, medical history diagnosis, treatment, employment, or financial or credit information, for the purpose of evaluating my claim for insurance benefits. I understand that I have the right to receive a copy of this authorization. This authorization shall remain valid for the remaining term of coverage. A photostat of this authorization will be as valid as the original.

I hereby certify that the foregoing answers are complete and true. It is agreed that the furnishing of this form or its acceptance by the Company as proof does not constitute an admission of any liability, nor a waiver of any of the conditions of the insurance contract.

Date 9-2-2021 Signature of Claimant Amy R. Knight

**Any person who knowingly and with intent to defraud any insurance company or other persons, files a statement of claim containing any materially false information, or conceals for purpose of misleading, information concerning any fact, material thereto, commits a fraudulent insurance act, which is a crime, subject to criminal prosecution and civil penalties.**

FAL-14 10/08

LOCAL (225) 769-9923 TOLL FREE NUMBER (800) 272-8000 FAX (225) 769-4477

Doc Type MED Scan Date 4-2-21 Enc # / Ord ID 252940 Amy Knight Pages 4

The Baton Rouge Clinic, AMC | BRC INTERNAL MEDICINE 7373 Perkins Rd Baton Rouge LA 70808-4326 | KNIGHT, Amy R MRN: 252940, DOB: Visit date: 12/28/2021 | Sex: F

# FIRST ASSURANCE LIFE OF AMERICA

CLAIMS OFFICE: P.O. DRAWER 83480, BATON ROUGE, LA 70884-3480

**PHYSICIAN'S STATEMENT OF DISABILITY (MUST BE COMPLETED BY PHYSICIAN)**

Any charge by the physician for completion of this statement shall be borne by the Insured without expense to First Assurance Life of America

Name of Patient: Amy Knight — Date of Birth or

Diagnosis; Nature of illness or injury causing disability (Describe complications, if any): Complex regional pain syndrome (L) UE; Chronic Right wrist pain; Dupuytrene Contracture Left hand; Fibromyalgia

Is condition due to pregnancy? No ☒ Yes ☐ If yes, were there complications with pregnancy? No ☐ Yes ☐

Was Patient hospitalized? No ☐ Yes ☐
Hospital — Admitted on
City — State — Zip — Discharged on

Was surgery performed or being considered? (If yes, please describe nature of surgery below.) No ☒ Yes ☒ (JDW)
Date of surgery: June 2018 (JDW)
Left Radial head fracture

When did Patient first consult you for this condition? Date 1/8/19
Subsequent dates of treatment? Dates 9/2/2021 5/19/2021 3/22/2021 9/22/

When did symptoms first appear or accident happen? Date 6/7/2018

Was Patient referred to you by another physician? No ☒ Yes ☐ (If yes, provide physician's name and address.) Physician's Name — Address

To your knowledge, has patient ever been treated previously for this same or similar condition? No ☐ Yes ☒ (If yes, state when and describe) orthopaedic surgery

Is Patient still under your care for this condition? No ☐ Yes ☒
If no, give date released or referred to other physician. Date

Is Patient totally disabled (unable to work) because of this condition? No ☐ Yes ☒

On what date did the patient first become totally disabled? First date of disability 2/25/2021

Is Patient still totally disabled (unable to work) because of this condition? No ☐ Yes ☒
If no, date of release or discharge. Date

If still disabled, what is the estimated return to work date? Date no estimated return

If unknown, what restrictions prevent patient from returning to work? Also put any other comments or remarks below.
Remarks: lifting restrictions, repetitive movement restrictions left upper extremity & other multiple health conditions

NOTE: Any erasures or changes must be initialed by physician signing this form.

| Date | Signature (Attending Physician) | Physician Name (Please Print) | Telephone No. |
|---|---|---|---|
| 9/2/2021 | JWest [signature] | James David West | 225 246-9714 |
| Physician's Address: 7373 Perkins Road | City: Baton Rouge | State: LA | Zip: 70808 |

**EMPLOYER'S STATEMENT OF DISABILITY (MUST BE COMPLETED BY EMPLOYER)**

| Name of Employee | Usual Duties | | Length of Service |
|---|---|---|---|
| Has the above Employee been off work due to an illness or injury? Yes ☐ If yes, date last worked: ______ No ☐ | | On what date did the employee return to work in any capacity? ______ | |
| Has the employee filed for worker's compensation? No ☐ Yes ☐ | | If yes, date of accident: | |
| Employer (Company Name) | Authorized Signature / Title | | Date |
| Address | City | State / Zip | Telephone No. ( ) |

FAL-14 10/08

LOCAL (225) 769-9923 TOLL FREE NUMBER (800) 272-8000 FAX (225) 769-4477

The Baton Rouge Clinic, AMC | BRC INTERNAL MEDICINE 7373 Perkins Rd Baton Rouge LA 70808-4326 | KNIGHT, Amy R MRN: 252940, DOB: Visit date: 12/28/2021 | Sex: F

# FIRST ASSURANCE LIFE OF AMERICA

CLAIMS OFFICE: P.O. DRAWER 83480, BATON ROUGE, LA 70884-3480

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

PATIENT INFORMATION: (Please Print) Patient Name: Amy Ray Knight

Full Address: _ 2 Telephone: ___
70816

Date of Birth: ___ Social Security #: ___

## AUTHORITY TO RELEASE PROTECTED HEALTH INFORMATION (PHI)

I hereby authorize ____________________ (covered entity/provider) to release First Assurance Life of America the Protected Health Information (PHI) identified in this authorization form from the medical records of the Patient listed above.

INFORMATION TO BE RELEASED-COVERING THE PERIODS OF HEALTH CARE

Disclose the following PHI for treatment date starting at __________ to ending date __________

X Other: Entire Medical Record excluding Itemized Billing Statement

_ History & Physical Examinations _ Progress Notes _ Discharge Summary
_ Operative Report _ Consultation Reports _ ER Report
_ Laboratory Test Results _ Physician Orders _ X-ray/Images Reports

THE ABOVE INFORMATION IS DISCLOSED FOR THE PURPOSE OF:
Insurance-Evaluation of a claim for disability

THIS AUTHORIZATION WILL EXPIRE ON THE FOLLOWING DATE OR EVENT:
Unless revoked, this authorization will expire on the following date or event:
EVENT/DATE: Two (2) years from the date of this Authorization

DRUG AND/OR ALCOHOL ABUSE, AND/OR PSYCHIATRIC, AND/OR HIV/AIDS RELEASE
I understand if my medical records contain information in reference to drug and/or alcohol abuse, Psychiatric Care, Communicable disease(s), Hepatitis or HIV/AIDS (Human Immunodeficiency Virus/Acquired Immunodeficiency Virus/Acquired Immunodeficiency Syndrome) testing and/or treatment, I consent and agree to the release (without restriction) of this information.

I UNDERSTAND THAT

1. I may refuse to sign this Authorization and it is strictly voluntary.

2. I understand that my treatment, payment, enrollment or eligibility for benefits provided by or through a qualified healthcare provider may not be conditioned on signing this authorization. However, First Assurance Life of America may condition payment of a claim or the eligibility of benefits upon my signing this Authorization, if the disclosure of information is necessary to determine the validity of a claim or its payment.

3. I have the right to revoke this Authorization at any time. Revocation must be in writing, to the covered entity/provider authorized to release the Protected Health Information (PHI) or First Assurance Life of America. I understand that the revocation will not apply to information that has already been released to this Authorization.

4. I understand that once information is disclosed pursuant to this Authorization, the released information may no longer be protected by federal privacy regulations and may be subject to redisclosure by First Assurance Life of America.

5. I have the right to receive a copy of this Authorization after I sign it.

I HAVE READ THE ABOVE AND AUTHORIZE THE DISCLOSURE OF THE PROTECTED HEALTH INFORMATION AS STATED. A COPY OF THIS AUTHORIZATION WILL BE AS VALID AS THE ORIGINAL.

PATIENT INFORMATION: Signature of Patient: Amy R. Knight Date: 9-2-2021

Signature of Patient's Representative (if necessary): __________ Date: ______

Personal Representative's Relationship to Patient: __________

FAL - HIPPA Disability Authorization

LOCAL (225) 769-9923 TOLL FREE NUMBER (800) 272-8000 FAX (225) 769-4477

**FIRST ASSURANCE LIFE OF AMERICA**
**CLAIMS OFFICE: PO DRAWER 83480**
**BATON ROUGE, LA 70884-3480**

**ACCIDENT AND HEALTH (DISABILITY) CLAIM FORM INSTRUCTIONS**

ATTACHED YOU WILL FIND AN **INITIAL CLAIM FORM** USED FOR FILING A **DISABILITY CLAIM** WITH FIRST ASSURANCE LIFE OF AMERICA. DUE TO RECENT HIPPA REGULATIONS, ALSO ATTACHED YOU WILL FIND AN AUTHORIZATION FOR THE RELEASE OF MEDICAL RECORDS. THIS MAY BE NECESSARY IN THE EVENT WE NEED TO REQUEST COPIES OF YOUR MEDICAL RECORDS. **PLEASE COMPLETE THE "PATIENT INFORMATION" AT THE TOP OF THE AUTHORIZATION (PATIENT NAME, ADDRESS, SOCIAL SECURITY #, DATE OF BIRTH, TELEPHONE). PLEASE ALSO COMPLETE THE "PATIENT INFORMATION" AT THE BOTTOM OF THE AUTHORIZATION (SIGNATURE OF PATIENT & DATE).** ATTACH AND RETURN THE AUTHORIZATION TO OUR OFFICE WITH YOUR COMPLETED INITIAL CLAIM FORM.

**THIS CLAIM FORM MUST BE COMPLETED FULLY AND CORRECTLY BY THE CLAIMANT, ANSWERING ALL QUESTIONS IN THEIR ENTIRETY. ADDITIONALLY, THE CLAIM FORM MUST BE COMPLETED FULLY BY YOUR ATTENDING PHYSICIAN AND EMPLOYER. YOU ARE RESPONSIBLE FOR THE COMPLETION OF YOUR CLAIM FORM. IF THE CLAIM FORM SUBMITTED TO US IS INCOMPLETE, THE RESULT WILL BE A DELAY IN PROCESSING YOUR CLAIM FOR BENEFITS.**

THE ORIGINAL CLAIM FORM SHOULD BE COMPLETED AND SUBMITTED TO OUR OFFICE WITH ANY ATTACHMENTS OR CORRESPONDENCE FROM YOUR FIRST DATE OF TREATMENT AFTER YOU STOPPED WORKING AFTER THE WAITING PERIOD OF YOUR POLICY HAS BEEN MET. INCLUDE YOUR NAME AND POLICY INFORMATION ON ALL CORRESPONDENCE. **FAX COPIES OF THE CLAIM FORM WILL BE ACCEPTED AS PROOF OF YOUR CLAIM. HOWEVER, THE ORIGINAL CLAIM FORM AND ANY ATTACHMENTS MUST BE MAILED TO OUR OFFICE.**

**IT IS IMPORTANT THAT YOUR CERTIFICATE(S) AND LOAN INFORMATION ON THE CLAIM FORM BE COMPLETED. THIS INFORMATION IS NEEDED TO IDENTIFY YOUR COVERAGE AND YOUR PROPER LIENHOLDER.**

**FIRST ASSURANCE LIFE OF AMERICA IS NOT RESPONSIBLE FOR DOCTOR'S EXPENSES OF COMPLETING ANY CLAIM FORMS. IT IS YOUR RESPONSIBILITY.**

WE ALSO MAKE MENTION THAT WE ARE NOT RESPONSIBLE FOR ANY LATE CHARGES, DELINQUENT PAYMENTS OR EXTENSIONS ETC. WE DO RECOMMEND THAT YOU ADVISE YOUR LIENHOLDER AS SOON AS POSSIBLE OF THE FILING OF YOUR CLAIM FOR DISABILITY BENEFITS.

SHOULD YOU HAVE ANY QUESTIONS REGARDING THE COMPLETION OF YOUR CLAIM FORM, PLEASE DO NOT HESITATE TO CONTACT US AT THE TELEPHONE NUMBERS GIVEN BELOW.

FAL-14 10/08

LOCAL (225) 769-9923 TOLL FREE NUMBER (800) 271-8000 FAX (225) 769-4477

**END OF REPORT**

**Progress Notes by Vatsavayi, Venugopal, MD at 11/23/2021 1:00 PM (continued)**

Author: Vatsavayi, Venugopal, MD    Service: —    Author Type: Physician
Filed: 11/23/2021 2:18 PM    Encounter Date: 11/23/2021    Status: Signed
Editor: Vatsavayi, Venugopal, MD (Physician)

**The Baton Rouge Clinic Psychiatry Department**
3401 NORTH BLVD
SUITE 100
BATON ROUGE LA 70806-3743
Phone: 225-381-2621
Fax: 225-387-7829

**Psychiatric Evaluation**

**Patient ID:** Amy R KNIGHT is a 53 y.o. female.

**Chief Complaint**
Patient presents with
- New Patient Visit

C.C- "Dr. Bourg wanted me to see you for medication"

Blood pressure 107/71, pulse 98, height 160 cm (63"), weight 54.8 kg (120 lb 12.8 oz).

**Outpatient Medications Marked as Taking for the 11/23/21 encounter (Office Visit) with Vatsavayi, Venugopal, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • albuterol HFA (Ventolin HFA) 90 mcg/actuation inhaler | 2 puffs. | | |
| • ALPRAZolam (XANAX) 0.5 mg tablet | TAKE 1 TABLET BY MOUTH DAILY AS NEEDED FOR SLEEP. | 15 tablet | 0 |
| • amitriptyline (ELAVIL) 10 mg tablet | TAKE TWO TABLETS BY MOUTH EVERY NIGHT AT BEDTIME | 60 tablet | 3 |
| • buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | 30 tablet | 3 |
| • chlordiazepoxide-clidinium (LIBRAX) 5-2.5 mg per capsule | Take 1 capsule by mouth 3 (three) times daily with meals. | 45 capsule | 3 |
| • Claritin-D 24 Hour 10-240 mg per 24 hr tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | 30 tablet | 3 |
| • diphenoxylate-atropine (LomotiL) 2.5-0.025 mg per | Take 1 tablet by mouth Twice a day | 5 tablet | 0 |

Progress Notes by Vatsavayi, Venugopal, MD at 11/23/2021 1:00 PM (continued)

| | | | |
|---|---|---|---|
| tablet | 12 (twelve) hours apart. | | |
| • erythromycin (ROMYCIN) ophthalmic ointment | APPLY A SMALL AMOUNT INTO LEFT EYE AT BEDTIME AS DIRECTED | | |
| • fluticasone (FLONASE) 50 mcg/actuation nasal spray | APPLY TWO SPRAYS IN EACH NOSTRIL ONCE DAILY | 16 g | 1 |
| • metFORMIN XR (GLUCOPHAGE-XR) 500 mg 24 hr tablet | Take 1 tablet by mouth 2 (two) times daily. | 60 tablet | 3 |
| • naproxen (NAPROSYN) 500 mg tablet | TAKE 1 TABLET BY MOUTH TAKE DAILY WITH A MEAL. | 30 tablet | 3 |
| • propranoloL (INDERAL) 20 mg tablet | TAKE 1 TABLET BY MOUTH TWICE A DAY | 60 tablet | 1 |
| • SUMAtriptan (IMITREX) 50 mg tablet | Take 1 tablet by mouth every 2 (two) hours as needed for Migraine. May repeat in 2 hours if needed | 10 tablet | 3 |
| • topiramate (TOPAMAX) 25 mg tablet | TAKE 1 TABLET BY MOUTH 2 TIMES DAILY. | 60 tablet | 3 |
| • triamcinolone (KENALOG) 0.1 % cream | APPLY THINLY TO THE AFFECTED AREAS ON THE BACK TWICE A DAY AS NEEDED FOR ITCHING/IRRITATIO N | | |
| • [DISCONTINUED] FLUoxetine (PROZAC) 40 MG capsule | Take 1 capsule by mouth once daily. | 90 capsule | 2 |

**Allergies**

| Allergen | Reactions |
|---|---|
| • Adhesive | |
| • Lipitor [Atorvastatin] | |
| • Morphine | |

Seen: Alone

**History of Present Illness:**

Progress Notes by Vatsavayi, Venugopal, MD at 11/23/2021 1:00 PM (continued)

53-year-old, married Caucasian female, presents as a referral from her rheumatologist for evaluation of her medications for her depression and anxiety. Patient has been on combination of Prozac and Wellbutrin for a long time with good benefit. She is a diagnosed with fibromyalgia and her rheumatologist wanted to consider alternative medications.

Patient reports that she was sitting depression and anxiety on and off since she was 25 years old. Has been on and off medication since then. She has seen Dr. Zelinski in the past and was started on this combination of medications. Patient reports that her depression and anxiety are in good control for most part. Her depression is characterized by depressed and sad mood, fatigue, anhedonia, lack of motivation and feelings of hopelessness. She denies any active suicidal ideations. Denies any psychotic symptoms.

Patient also endorses to symptoms consistent with generalized anxiety disorder. Reports to panic-like symptoms especially when stressed. She is on Xanax which she takes very occasionally. Reports that she needs Xanax few times a month.

Patient reports reports to chronic pain and fatigue from her fibromyalgia. She was on Savella in the past.Reports that it has helped with fibromyalgia symptoms but made her more tired when she discontinued. She reports that she had a fall at work in 2018 where she fractured her left radial head. Patient states that she has been on long-term disability from work since then. She was that she has not been seen since then.

She is on Elavil for insomnia and also on Topamax for migraine prophylaxis.

Denies any symptoms suggestive mania hypomania. Denies any psycholic symptoms.

Patient denies any excessive alcohol use or illicit drug use.

**Past Psychiatric History:**

Long history of depression and anxiety.

No previous Hospitalizations.

No history of suicide attempts or gestures.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Benign essential tremor | |
| • Depression | |
| • Diabetes mellitus | |
| • Headache(784.0) | |
| • Hyperlipidemia | |
| • IBS (irritable bowel syndrome) | |

**Family Psychiatric History:**

No known history of mental illness.

**Developmental History:**

Born in Oklahoma, raised in Br

Raised by her parents.

Emotional abuse as a child

2 brothers

**School/Work History:**

GHS, Has BS in SW from South eastern

AD in nursing from OLOL

Married X3. 1st marriage for 2 yrs. 2nd Marriage for 4 yrs

1 daughter

On long term disability

**Progress Notes by Vatsavayi, Venugopal, MD at 11/23/2021 1:00 PM (continued)**

**Social History**

| | |
|---|---|
| Socioeconomic History | |
| • Marital status: | Married |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |
| Occupational History | |
| • Occupation: | on disability, RN |
| Tobacco Use | |
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| Substance and Sexual Activity | |
| • Alcohol use: | No |
| • Drug use: | Not on file |
| • Sexual activity: | Not on file |
| Other Topics | Concern |
| • Not on file | |
| Social History Narrative | |
| • Not on file | |

**Social Determinants of Health**

Financial Resource Strain: Not on file
Food Insecurity: Not on file
Transportation Needs: Not on file
Physical Activity: Not on file
Stress: Not on file
Social Connections: Not on file
Intimate Partner Violence: Not on file
Housing Stability: Not on file

**Mental Status Exam**

General: Casually dressed, well kept with eye contact. Pleasant and cooperative. Appears her age.

Psychomotor agitation/psychomotor retardation: Negative

Involuntary movements/vocalization: Negative

Speech: Normal rate tone and volume, with no obvious abnormality. Speech is not pressured.

Thought processes: Goal directed and coherent without LOA or FOI.

Thought content: The patient denies suicidal or homicidal ideation.

Hallucinations: Denies
Delusional systems: There are no overt delusional systems apparent.
Responding to internal stimuli: Negative

Affect: Restricted
Mood: "Depressed"

Memory: 3 /3 words immediately and 3/3 words at 5 minutes

Ability to abstract : per similarities is good.

Ability to attend : WORLD-DLROW

Serial 3's - good

Insight: Fair
Judgment: per situations appropriate for age.
Fund of knowledge: Adequate

**Diagnostic impressions:**

1. **GAD (generalized anxiety disorder)**
2. Major depression, chronic

**Treatment plan:**
Amy was seen today for new patient visit.

Diagnoses and all orders for this visit:

**1. GAD (generalized anxiety disorder) (Primary)**

**2. Major depression, chronic**

**Other orders**

- Discontinue: DULoxetine (Cymbalta) 30 mg capsule; Take 1 capsule by mouth 2 (two) times daily., Starting Tue 11/23/2021, Until Tue 11/23/2021, Normal
- Discontinue: DULoxetine (Cymbalta) 30 mg capsule; Take 1 capsule by mouth daily., Starting Tue 11/23/2021, Until Tue 11/23/2021, Normal
- DULoxetine (Cymbalta) 30 mg capsule; Take 1 capsule by mouth daily., Starting Tue 11/23/2021, Until Wed 11/23/2022, Normal

Plan of Care:
-Will give a trial of SNRI Cymbalta 30 mg daily.
-Discontinue Prozac
-Continue with Wellbutrin at current dose.
-Discussed with patient potential for drug interactions/synergistic effect from Elavil

Educated Regarding: Medications, Risks/Benefits/Side Effects of Medication, Safety and Diagnostic Symptoms
Education Provided to: Patient

Return in about 4 weeks (around 12/21/2021).

**This Order Has Been Discontinued (continued)**

| Order Status | Reason | By | On |
|---|---|---|---|
| | | Venugopal, MD | |

**DULoxetine (Cymbalta) 30 mg capsule [266150704]**

Electronically signed by: **Vatsavayi, Venugopal, MD on 11/23/21 1407** Status: **Discontinued**
Ordering user: Vatsavayi, Venugopal, MD 11/23/21 1407
Authorized by: Vatsavayi, Venugopal, MD
Frequency: Daily 11/23/21 - 365 days
Discontinued by: Vatsavayi, Venugopal, MD 11/23/21 1407 [Reorder]

**Outpatient Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **DULoxetine (Cymbalta) 30 mg capsule (Discontinued)** | 60 capsule | 1 | 11/23/2021 | 11/23/2021 |

Sig - Route: Take 1 capsule by mouth daily. - Oral
Sent to pharmacy as: DULoxetine 30 mg capsule,delayed release (Cymbalta)
Reason for Discontinue: **Reorder**
E-Prescribing Status: **Receipt confirmed by pharmacy** (11/23/2021 2:07 PM CST)

**This Order Has Been Discontinued**

| Order Status | Reason | By | On |
|---|---|---|---|
| **Discontinued** | **Reorder** | Vatsavayi, Venugopal, MD | 11/23/21 1407 |

**DULoxetine (Cymbalta) 30 mg capsule [266150705]**

Electronically signed by: **Vatsavayi, Venugopal, MD on 11/23/21 1407** Status: **Active**
Ordering user: Vatsavayi, Venugopal, MD 11/23/21 1407
Authorized by: Vatsavayi, Venugopal, MD
Frequency: Daily 11/23/21 - 365 days

**Outpatient Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **DULoxetine (Cymbalta) 30 mg capsule** | 60 capsule | 1 | 11/23/2021 | 11/23/2022 |

Sig - Route: Take 1 capsule by mouth daily. - Oral
Sent to pharmacy as: DULoxetine 30 mg capsule,delayed release (Cymbalta)
E-Prescribing Status: **Receipt confirmed by pharmacy** (11/23/2021 2:08 PM CST)

**buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet [266150706]**

Electronically signed by: **West, J David, MD on 12/06/21 1345** Status: **Active**
Ordering user: West, J David, MD 12/06/21 1345
Authorized by: West, J David, MD
Frequency: Daily 12/06/21 - Until Discontinued
Released by: West, J David, MD 12/06/21 1345
Diagnoses
Fibromyalgia [M79.7]
Medication comments: DX Code Needed NEED NEW RX.

**Outpatient Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet** | 30 tablet | 3 | 12/6/2021 | |

Sig - Route: Take 1 tablet by mouth once daily. - Oral
Sent to pharmacy as: buPROPion HCL XL 150 mg 24 hr tablet, extended release (WELLBUTRIN XL)
Notes to Pharmacy: DX Code Needed NEED NEW RX.
E-Prescribing Status: **Receipt confirmed by pharmacy** (12/6/2021 1:45 PM CST)

**Claritin-D 24 Hour 10-240 mg per 24 hr tablet [266150707]**

**topiramate (TOPAMAX) 25 mg tablet [253057625]**

Electronically signed by: **West, J David, MD on 11/10/21 0711** Status: **Active**
Ordering user: West, J David, MD 11/10/21 0711 Authorized by: West, J David, MD
Frequency: 11/10/21 - Until Discontinued Released by: West, J David, MD 11/10/21 0711

**Outpatient Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **topiramate (TOPAMAX) 25 mg tablet** | 60 tablet | 3 | 11/10/2021 | |

Sig: TAKE 1 TABLET BY MOUTH 2 TIMES DAILY.
Sent to pharmacy as: topiramate 25 mg tablet (TOPAMAX)
E-Prescribing Status: **Receipt confirmed by pharmacy** (11/10/2021 7:11 AM CST)

**SUMAtriptan (IMITREX) 50 mg tablet [253057626]**

Electronically signed by: **West, J David, MD on 11/10/21 1515** Status: **Active**
Ordering user: West, J David, MD 11/10/21 1515 Authorized by: West, J David, MD
PRN reasons: Migraine
Frequency: Q2H PRN 11/10/21 - Until Discontinued Released by: West, J David, MD 11/10/21 1515

**Outpatient Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **SUMAtriptan (IMITREX) 50 mg tablet** | 10 tablet | 3 | 11/10/2021 | |

Sig - Route: Take 1 tablet by mouth every 2 (two) hours as needed for Migraine. May repeat in 2 hours if needed - Oral
Sent to pharmacy as: SUMAtriptan 50 mg tablet (IMITREX)
E-Prescribing Status: **Receipt confirmed by pharmacy** (11/10/2021 3:15 PM CST)

**chlordiazepoxide-clidinium (LIBRAX) 5-2.5 mg per capsule [253057627]**

Electronically signed by: **West, J David, MD on 11/10/21 1515** Status: **Active**
Ordering user: West, J David, MD 11/10/21 1515 Authorized by: West, J David, MD
Frequency: TID-W/Meals 11/10/21 - Until Discontinued Released by: West, J David, MD 11/10/21 1515

**Outpatient Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **chlordiazepoxide-clidinium (LIBRAX) 5-2.5 mg per capsule** | 45 capsule | 3 | 11/10/2021 | |

Sig - Route: Take 1 capsule by mouth 3 (three) times daily with meals. - Oral
Sent to pharmacy as: chlordiazepoxide-clidinium 5 mg-2.5 mg capsule (LIBRAX)
E-Prescribing Status: **Receipt confirmed by pharmacy** (11/10/2021 3:15 PM CST)
Prior authorization: Closed - Other

**DULoxetine (Cymbalta) 30 mg capsule [266150703]**

Electronically signed by: **Vatsavayi, Venugopal, MD on 11/23/21 1358** Status: **Discontinued**
Ordering user: Vatsavayi, Venugopal, MD 11/23/21 1358 Authorized by: Vatsavayi, Venugopal, MD
Frequency: BID 11/23/21 - 365 days Discontinued by: Vatsavayi, Venugopal, MD 11/23/21 1407

**Outpatient Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **DULoxetine (Cymbalta) 30 mg capsule (Discontinued)** | 60 capsule | 1 | 11/23/2021 | 11/23/2021 |

Sig - Route: Take 1 capsule by mouth 2 (two) times daily. - Oral
Sent to pharmacy as: DULoxetine 30 mg capsule,delayed release (Cymbalta)
E-Prescribing Status: **Receipt confirmed by pharmacy** (11/23/2021 1:58 PM CST)

**This Order Has Been Discontinued**

| Order Status | Reason | By | On |
|---|---|---|---|
| **Discontinued** | **None** | Vatsavayi, | 11/23/21 1407 |

**Outpatient Medication Detail (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|

Sent to pharmacy as: ALPRAZolam 0.5 mg tablet (XANAX)
Notes to Pharmacy: This request is for a new prescription for a controlled substance as required by Federal/State law..
E-Prescribing Status: **Receipt confirmed by pharmacy** (9/16/2021 4:51 PM CDT)

**amitriptyline (ELAVIL) 10 mg tablet [253057620]**

Electronically signed by: **West, J David, MD on 09/16/21 1651** — Status: **Active**
Ordering user: West, J David, MD 09/16/21 1651 — Authorized by: West, J David, MD
Frequency: 09/16/21 - Until Discontinued — Released by: West, J David, MD 09/16/21 1651

**Outpatient Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 10 mg tablet** | 60 tablet | 3 | 9/16/2021 | |

Sig: TAKE TWO TABLETS BY MOUTH EVERY NIGHT AT BEDTIME
Sent to pharmacy as: amitriptyline 10 mg tablet (ELAVIL)
E-Prescribing Status: **Receipt confirmed by pharmacy** (9/16/2021 4:51 PM CDT)

**metFORMIN XR (GLUCOPHAGE-XR) 500 mg 24 hr tablet [253057622]**

Electronically signed by: **West, J David, MD on 10/11/21 1535** — Status: **Active**
Ordering user: West, J David, MD 10/11/21 1535 — Authorized by: West, J David, MD
Frequency: BID 10/11/21 - Until Discontinued — Released by: West, J David, MD 10/11/21 1535

**Outpatient Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **metFORMIN XR (GLUCOPHAGE-XR) 500 mg 24 hr tablet** | 60 tablet | 3 | 10/11/2021 | |

Sig - Route: Take 1 tablet by mouth 2 (two) times daily. - Oral
Sent to pharmacy as: metFORMIN ER 500 mg tablet,extended release 24 hr (GLUCOPHAGE-XR)
E-Prescribing Status: **Receipt confirmed by pharmacy** (10/11/2021 3:36 PM CDT)

**propranoloL (INDERAL) 20 mg tablet [253057623]**

Electronically signed by: **West, J David, MD on 10/20/21 0704** — Status: **Active**
Ordering user: West, J David, MD 10/20/21 0704 — Authorized by: West, J David, MD
Frequency: 10/20/21 - Until Discontinued — Released by: West, J David, MD 10/20/21 0704

**Outpatient Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **propranoloL (INDERAL) 20 mg tablet** | 60 tablet | 1 | 10/20/2021 | |

Sig: TAKE 1 TABLET BY MOUTH TWICE A DAY
Sent to pharmacy as: propranoloL 20 mg tablet (INDERAL)
E-Prescribing Status: **Receipt confirmed by pharmacy** (10/20/2021 7:04 AM CDT)

**naproxen (NAPROSYN) 500 mg tablet [253057624]**

Electronically signed by: **West, J David, MD on 11/08/21 0652** — Status: **Active**
Ordering user: West, J David, MD 11/08/21 0652 — Authorized by: West, J David, MD
Frequency: Daily with a meal 11/08/21 - Until Discontinued — Released by: West, J David, MD 11/08/21 0652

**Outpatient Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **naproxen (NAPROSYN) 500 mg tablet** | 30 tablet | 3 | 11/8/2021 | |

Sig - Route: TAKE 1 TABLET BY MOUTH TAKE DAILY WITH A MEAL. - Oral
Sent to pharmacy as: naproxen 500 mg tablet (NAPROSYN)
E-Prescribing Status: **Receipt confirmed by pharmacy** (11/8/2021 6:52 AM CST)

**Progress Notes - 09/02/2021**

The Baton Rouge Clinic, AMC

BRC INTERNAL MEDICINE
7373 Perkins Rd
Baton Rouge LA 70808-4326
Ambulatory Encounter Report

KNIGHT, Amy R
MRN: 252940, DOB:
Visit date: 9/2/2021

Sex: F

## Reason for Visit

Follow-up

## Diagnoses

| | Comments |
|---|---|
| Chronic pain of left upper extremity - Primary | |
| Left arm weakness | |
| Chronic pain of right wrist | |
| Complex regional pain syndrome type 1 of left upper extremity | |
| Fibromyalgia | |
| Type 2 diabetes mellitus without complication, without long-term current use of insulin (HCC) | |
| Major depression, chronic | |
| GAD (generalized anxiety disorder) | |

## Problem List

| | Noted | Resolved |
|---|---|---|
| Hyperlipidemia | by West, J David, MD | No |
| Diabetes mellitus, type 2 (HCC) | 12/10/2013 by West, J David, MD | No |
| Benign essential tremor | by West, J David, MD | No |
| Rotator cuff syndrome | 10/10/2014 by Mena, Hector R, MD | No |
| Fibromyalgia | 10/24/2014 by Mena, Hector R, MD | No |
| Major depression, chronic | 1/20/2015 by West, J David, MD | No |
| Benign positional vertigo | 4/20/2016 by Petit, Brian J, MD | No |
| Sensorineural hearing loss, bilateral | 4/20/2016 by Petit, Brian J, MD | No |
| Vertigo | 4/20/2016 by Petit, Brian J, MD | No |
| Irritable bowel syndrome without diarrhea | 6/1/2016 by West, J David, MD | No |
| GAD (generalized anxiety disorder) | 6/1/2016 by West, J David, MD | No |
| Migraine syndrome | 7/13/2016 by West, J David, MD | No |
| Positive ANA (antinuclear antibody) | 5/10/2021 by Bourg, Angele, MD | No |
| Chronic pain of left upper extremity | 9/2/2021 by West, J David, MD | No |
| Left arm weakness | 9/2/2021 by West, J David, MD | No |
| Chronic pain of right wrist | 9/2/2021 by West, J David, MD | No |
| Complex regional pain syndrome type 1 of left upper extremity | 9/2/2021 by West, J David, MD | No |

## Allergies as of 9/2/2021

Reviewed by Ford, Chavez C, MA on 9/2/2021

| | Noted | Reaction Type | Reactions | Deletion Reason |
|---|---|---|---|---|
| Adhesive | 05/06/2019 | | | |
| Lipitor [atorvastatin] | 05/26/2012 | | | |
| Morphine | 05/26/2012 | | | |

## Immunizations as of 09/02/21

| Name | Date | Dose | VIS Date | Route | Site |
|---|---|---|---|---|---|
| Influenza Split (PF) Greater Than or Equal to 3 YO | 10/01/17 | | | | |
| Given By: / Manufacturer: / External: | | Documented By: West, J David, MD 2/26/2018 3:04 PM / Lot#: / Comment: | | | |
| Influenza Split (PF) Quad 0.5 mL 6-35 MO OR > or = 3 YO | Tue Sep 22, 2020 1:31 PM | 0.5 mL | 08/15/2019 | Intramuscular | Right deltoid |
| Given By: Ford, Chavez C, MA / Manufacturer: Sanofi-Pasteur / External: | | Documented By: Ford, Chavez C, MA 9/22/2020 1:31 PM / Lot#: UT7006JA / Comment: | | | |
| Revision History | Date | Dose | VIS Date | Route | Site |
| | 09/22/20 | .5 mL | 08/15/2019 | Intramuscular | Left deltoid |
| Given By: / Manufacturer: Sanofi-Pasteur / External: | | Documented By: West, J David, MD 9/22/2020 1:18 PM / Lot#: / Comment: | | | |
| Influenza Split (PF) Quad 0.5 mL 6-35 MO OR > or = 3 YO | 10/14/13 | 0.5 mL | 07/26/13 | Intramuscular | Left deltoid |
| Given By: McDowell, Kathleen B, RN / Manufacturer: Sanofi-Pasteur / External: | | Documented By: McDowell, Kathleen B, RN 10/14/2013 / Lot#: U4771AA / Comment: | | | |
| Influenza Split Quad 6-35 MO OR > or = to 3 YO | 10/04/19 | | | | |
| Given By: / Manufacturer: / External: Patient reported | | Documented By: Porche, Trudy M, MA 10/7/2019 3:10 PM / Lot#: / Comment: | | | |

Progress Notes - 09/02/2021

The Baton Rouge Clinic, AMC

BRC INTERNAL MEDICINE
7373 Perkins Rd
Baton Rouge LA 70808-4326
Ambulatory Encounter Report

KNIGHT, Amy R
MRN: 252940, DOB:
Visit date: 9/2/2021
Sex: F

**Immunizations as of 09/02/21 (continued)**

| Name | Date | Dose | VIS Date | Route | Site |
|---|---|---|---|---|---|
| **Influenza Whole** | 10/16/14 | | | | |
| Given By: | | Documented By: Porche, Trudy M, MA 11/7/2014 | | | |
| Manufacturer: | | Lot#: | | | |
| External: | | Comment: CVS | | | |
| **Influenza Whole** | 11/05/11 | | | | |
| Given By: | | Documented By: Porche, Trudy M, MA 5/26/2012 | | | |
| Manufacturer: | | Lot#: | | | |
| External: | | Comment: | | | |
| **Pneumococcal Polysaccharide PPSV23** | 10/12/12 | 0.5 mL | 10/06/2009 | Intramuscular | Right deltoid |
| Given By: Thomas, Jennifer M, LPN | | Documented By: Thomas, Jennifer M, LPN 10/12/2012 | | | |
| Manufacturer: MERCK SHARP & D | | Lot#: HO13399 | | | |
| External: | | Comment: | | | |
| **SARS-COV-2 (Pfizer) (COVID-19) Vaccine Preservative Free 0.3 mL IM** | Mon Aug 23, 2021 9:53 AM | 0.3 mL | 12/01/2020 | Intramuscular | Right deltoid |
| Given By: Graves, Alysia P, RN | | Documented By: Graves, Alysia P, RN 8/23/2021 9:53 AM | | | |
| Manufacturer: PFIZER MANUFACT | | Lot#: FC3183 | | | |
| External: | | Comment: | | | |
| **SARS-COV-2 (Pfizer) (COVID-19) Vaccine Preservative Free 0.3 mL IM** | Mon Aug 2, 2021 11:30 AM | 0.3 mL | 12/01/2020 | Intramuscular | Right deltoid |
| Given By: Henagan, Margaret, RN | | Documented By: Henagan, Margaret, RN 8/2/2021 11:31 AM | | | |
| Manufacturer: PFIZER MANUFACT | | Lot#: EW0172 | | | |
| External: | | Comment: | | | |
| **Tdap** | Mon May 6, 2019 2:47 PM | 0.5 mL | 02/24/2015 | Intramuscular | |
| Given By: Craig, Lisa, RN | | Documented By: Craig, Lisa, RN 5/6/2019 2:49 PM | | | |
| Manufacturer: Sanofi-Pasteur | | Lot#: C5585BA | | | |
| External: | | Comment: | | | |

| Revision History | Date | Dose | VIS Date | Route | Site |
|---|---|---|---|---|---|
| | Mon May 6, 2019 2:00 PM | 0.5 mL | 02/24/2015 | Intramuscular | Left vastus lateralis |
| Given By: | | Documented By: Nelson, Katherine H, PA 5/6/2019 1:57 PM | | | |
| Manufacturer: | | Lot#: | | | |
| External: | | Comment: | | | |

**Vitals**

Most recent update: 9/2/2021 9:05 AM

| BP | Pulse | Resp | Ht | Wt |
|---|---|---|---|---|
| 112/74 | 80 | 16 | 157.5 cm (62") | 54.4 kg (120 lb) |

BMI
21.95 kg/m²

## History

**Medical as of 9/2/2021**

**Medical never marked as reviewed**

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Anxiety | — | — | Provider |
| Benign essential tremor | — | — | Provider |
| Depression | — | — | Provider |
| Diabetes mellitus | — | — | Provider |
| Headache(784.0) | — | — | Provider |
| Hyperlipidemia | — | — | Provider |
| IBS (irritable bowel syndrome) | — | — | Provider |

**Surgical as of 9/2/2021**

**Surgical never marked as reviewed**

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| HYSTERECTOMY | — | — | COMPLETE | Provider |
| PELVIC LAPAROSCOPY | — | — | — | Provider |
| BREAST SURGERY | — | — | Left breast biopsy | Provider |

The Baton Rouge Clinic, AMC

BRC INTERNAL MEDICINE
7373 Perkins Rd
Baton Rouge LA 70808-4326
Ambulatory Encounter Report

KNIGHT, Amy R
MRN: 252940, DOB:
Visit date: 9/2/2021

Sex: F

Surgical as of 9/2/2021 (continued)

Family as of 9/2/2021

Family never marked as reviewed

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Thyroid disease | Mother | — | — | — | Provider |
| Atrial fibrillation | Mother | — | — | — | Provider |
| Hyperlipidemia | Father | — | — | — | Provider |
| Diabetes | Father | — | — | — | Provider |
| Thyroid disease | Father | — | — | — | Provider |
| No Significant Medical History | Brother | — | — | — | Provider |
| Diabetes | Child | — | — | — | Provider |

Family Status as of 9/2/2021

Family Status never marked as reviewed

| Relation | Name | Status | Comments | Sex (Gender) | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Mother | — | Alive | — | F | — | — | Provider |
| Father | — | Alive | — | M | — | — | Provider |
| Brother | — | Alive | — | M | Patient's father | Patient's mother | Provider |
| Child | — | Alive | — | U | — | KNIGHT, Amy R (Patient) | Provider |

Tobacco Use as of 9/2/2021

Tobacco Use last reviewed by Ford, Chavez C, MA on 9/2/2021

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Never Smoker | — | — | — | — |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| — | — | Never Used | — | Provider |

Alcohol Use as of 9/2/2021

Alcohol Use never marked as reviewed

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| No | | — | — | Provider |

Drug Use as of 9/2/2021

Drug Use never marked as reviewed

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| — | — | — | — | Provider |

Sexual Activity as of 9/2/2021

Sexual Activity never marked as reviewed

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| — | — | — | — | Provider |

Activities of Daily Living as of 9/2/2021

Activities of Daily Living never marked as reviewed
None

Social Documentation as of 9/2/2021

Social Documentation never marked as reviewed
None

Occupational as of 9/2/2021

Occupational never marked as reviewed

| Occupation | Employer | Comments | Source |
|---|---|---|---|
| on disability, RN | — | — | Provider |

**Occupational as of 9/2/2021 (continued)**

**Socioeconomic as of 9/2/2021**

Socioeconomic never marked as reviewed

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Not Hispanic or Latino/a or Spanish origin | White or Caucasian | Provider |

**Birth as of 9/2/2021**

Birth never marked as reviewed
None

**OB History as of 9/2/2021**

OB History never marked as reviewed
No obstetric history on file.

**Implants**

No active implants to display in this view.

No questionnaires available.

**Encounter Messages**

**Save Time with eCheck-in**

| From | To | Sent and Delivered |
|---|---|---|
| User, Mychart<br>Last Read in MyChart<br>8/31/2021 9:56 AM by Amy R KNIGHT | Amy R KNIGHT | 8/30/2021 8:12 PM |

Appointment Information:
Dept: BRC AMC
BATON ROUGE CLINIC INTERNAL MEDICINE
7373 PERKINS RD
BATON ROUGE LA 70808-4326
Provider: J David West, MD
Date: 9/02/21
Time: 9:10 AM

Please click epichttp://appointments[here] to view more details about your appointment.

Hello Amy,

*You have a new message in MyChart*

Did you know that your appointment qualifies for *eCheck-In*, which is available up to 7 days prior to your appointment? With eCheck-in, you can verify your appointment and check-in electronically.

*eCheck-In* allows you to update any of your information, including your address, phone, and even your insurance coverage via the MyChart app or website. This prevents you from filling out multiple pages of paperwork that must be completed upon your arrival at the clinic. You can also pay your co-pays*, update medications, and electronically sign any documents with eCheck-In.

*eCheck-In* helps to keep our schedules on time, and gets you to your doctor faster. So, skip the wait and try *eCheck-In* today! If you have any questions about *eCheck-In* please call 855-435-1426 or email mychartsupport@fmolhs.com.

**Encounter Messages (continued)**

To use *eCheck-In* from the web: Login to your MyChart account then navigate to Visits>Appointments and Visits then click the **Update Information** button for your appointment.

To use *eCheck-In* from your mobile device: Login to your MyChart account then navigate to **Appointments** then click **ECHECK-IN** for your appointment.
You can eCheck-In up until the scheduled appointment time.

**Co-pay will not be processed until you arrive for the appointment*

**Audit Trail**

| MyChart User | Last Read On |
|---|---|
| Amy R KNIGHT | 8/31/2021 9:56 AM |

**Save Time with eCheck-in**

| From | To | Sent and Delivered |
|---|---|---|
| User, Mychart<br>Last Read in MyChart<br>Not Read | Amy R KNIGHT | 8/26/2021 8:12 PM |

Appointment Information:
Dept: BRC AMC
BATON ROUGE CLINIC INTERNAL MEDICINE
7373 PERKINS RD
BATON ROUGE LA 70808-4326
Provider: J David West, MD
Date: 9/02/21
Time: 9:10 AM

Please click epichttp://appointments[here] to view more details about your appointment.

Hello Amy,

*You have a new message in MyChart*

Did you know that your appointment qualifies for *eCheck-In*, which is available up to 7 days prior to your appointment? With eCheck-in, you can verify your appointment and check-in electronically.

*eCheck-In* allows you to update any of your information, including your address, phone, and even your insurance coverage via the MyChart app or website. This prevents you from filling out multiple pages of paperwork that must be completed upon your arrival at the clinic. You can also pay your co-pays*, update medications, and electronically sign any documents with eCheck-In.

*eCheck-In* helps to keep our schedules on time, and gets you to your doctor faster. So, skip the wait and try *eCheck-In* today! If you have any questions about *eCheck-In* please call 855-435-1426 or email mychartsupport@fmolhs.com.

To use *eCheck-In* from the web: Login to your MyChart account then navigate to Visits>Appointments and Visits then click the **Update Information** button for your appointment.

Encounter Messages (continued)

To use *eCheck-In* from your mobile device: Login to your MyChart account then navigate to **Appointments** then click **ECHECK-IN** for your appointment.
You can eCheck-In up until the scheduled appointment time.

**Co-pay will not be processed until you arrive for the appointment*

Audit Trail

| MyChart User | Last Read On |
|---|---|
| Amy R KNIGHT | Not Read |

Appointment Scheduled

| From | To | Sent and Delivered |
|---|---|---|
| User, Mychart<br>Last Read in MyChart<br>Not Read | Amy R KNIGHT | 7/22/2021 4:18 PM |

Appointment Information:
Visit Type: ESTABLISHED PATIENT
Date: 9/2/2021
Dept: Baton Rouge Clinic Internal Medicine
Provider: J David West
Time: 9:10 AM

Appt Status: Scheduled

Audit Trail

| MyChart User | Last Read On |
|---|---|
| Amy R KNIGHT | Not Read |

**Medications**

Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **albuterol HFA (Ventolin HFA) 90 mcg/actuation inhaler (Taking)**<br>Sig: 2 puffs.<br>Class: Historical Med | | | 1/25/2021 | |
| **diphenoxylate-atropine (LomotiL) 2.5-0.025 mg per tablet (Taking/Expired)**<br>Sig: Take 1 tablet by mouth Twice a day 12 (twelve) hours apart.<br>Route: Oral | 5 tablet | 0 | 11/24/2020 | 11/24/2021 |
| **fluticasone (FLONASE) 50 mcg/actuation nasal spray (Taking)**<br>Sig: APPLY TWO SPRAYS IN EACH NOSTRIL ONCE DAILY | 16 g | 1 | 8/22/2017 | |
| **triamcinolone (KENALOG) 0.1 % cream (Taking)**<br>Sig: APPLY THINLY TO THE AFFECTED AREAS ON THE BACK TWICE A DAY AS NEEDED FOR ITCHING/IRRITATION<br>Class: Historical Med | | | 7/16/2021 | |
| **ALPRAZolam (XANAX) 0.5 mg tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet by mouth daily as needed for Sleep.<br>Notes to Pharmacy: Not to exceed 5 additional fills before 01/22/2020. | 15 tablet | 0 | 11/24/2020 | 9/16/2021 |

Progress Notes - 09/02/2021

The Baton Rouge Clinic, AMC | BRC INTERNAL MEDICINE 7373 Perkins Rd Baton Rouge LA 70808-4326 Ambulatory Encounter Report | KNIGHT, Amy R MRN: 252940, DOB: Visit date: 9/2/2021 | Sex: F

**Medications (continued)**

**Medications the Patient Reported Taking (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Route: Oral | | | | |
| **amitriptyline (ELAVIL) 10 mg tablet (Taking/Discontinued)** Sig: TAKE TWO TABLETS BY MOUTH EVERY NIGHT AT BEDTIME | 60 tablet | 3 | 4/14/2021 | 9/16/2021 |
| **buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet (Taking/Discontinued)** Sig: Take 1 tablet by mouth once daily. Route: Oral | 30 tablet | 3 | 3/3/2021 | 9/9/2021 |
| **chlordiazepoxide-clidinium (LIBRAX) 5-2.5 mg per capsule (Taking/Discontinued)** Sig: TAKE 1 CAPSULE BY MOUTH 3 (THREE) TIMES DAILY WITH MEALS. Route: Oral Reason for Discontinue: **Reorder** Prior authorization: Closed - Other | 45 capsule | 3 | 8/6/2021 | 11/10/2021 |
| **Claritin-D 24 Hour 10-240 mg per 24 hr tablet (Taking/Discontinued)** Sig: TAKE 1 TABLET BY MOUTH EVERY DAY Notes to Pharmacy: Not to exceed 2 additional fills before 10/06/2021. | 30 tablet | 3 | 8/27/2021 | 12/28/2021 |
| **FLUoxetine (PROZAC) 40 MG capsule (Taking/Discontinued)** Sig: Take 1 capsule by mouth once daily Route: Oral Reason for Discontinue: **Other** | 90 capsule | 2 | 7/26/2021 | 11/23/2021 |
| **metFORMIN XR (GLUCOPHAGE-XR) 500 mg 24 hr tablet (Taking/Discontinued)** Sig: Take 1 tablet by mouth 2 (two) times daily. Route: Oral Reason for Discontinue: **Reorder** | 60 tablet | 3 | 5/16/2021 | 10/11/2021 |
| **naproxen (NAPROSYN) 500 mg tablet (Taking/Discontinued)** Sig: Take 1 tablet by mouth Take daily with a meal. Notes to Pharmacy: PLEASE REFILL Route: Oral | 30 tablet | 3 | 7/12/2021 | 11/8/2021 |
| **propranoloL (INDERAL) 20 mg tablet (Taking/Discontinued)** Sig: TAKE ONE TABLET BY MOUTH TWICE DAILY | 60 tablet | 3 | 9/28/2020 | 10/20/2021 |
| **SUMAtriptan (IMITREX) 50 mg tablet (Taking/Discontinued)** Sig: Take 1 tablet by mouth every 2 (two) hours as needed for Migraine. May repeat in 2 hours if needed. Route: Oral Reason for Discontinue: **Reorder** | 10 tablet | 3 | 5/3/2021 | 11/10/2021 |
| **topiramate (TOPAMAX) 25 mg tablet (Taking/Discontinued)** Sig: TAKE 1 TABLET BY MOUTH 2 (TWO) TIMES DAILY. Route: Oral | 60 tablet | 3 | 7/7/2021 | 11/10/2021 |

**Medications at Start of Encounter**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **albuterol HFA (Ventolin HFA) 90 mcg/actuation inhaler (Taking)** Sig: 2 puffs. Class: Historical Med | | | 1/25/2021 | |
| **diphenoxylate-atropine (LomotiL) 2.5-0.025 mg per tablet (Taking)** Sig - Route: Take 1 tablet by mouth Twice a day 12 (twelve) hours apart. - Oral | 5 tablet | 0 | 11/24/2020 | 11/24/2021 |
| **fluticasone (FLONASE) 50 mcg/actuation nasal spray (Taking)** Sig: APPLY TWO SPRAYS IN EACH NOSTRIL ONCE DAILY | 16 g | 1 | 8/22/2017 | |
| **triamcinolone (KENALOG) 0.1 % cream (Taking)** Sig: APPLY THINLY TO THE AFFECTED AREAS ON THE BACK TWICE A DAY AS NEEDED FOR ITCHING/IRRITATION Class: Historical Med | | | 7/16/2021 | |
| **ALPRAZolam (XANAX) 0.5 mg tablet (Taking)** Sig - Route: Take 1 tablet by mouth daily as needed for Sleep. - Oral Notes to Pharmacy: Not to exceed 5 additional fills before 01/22/2020. | 15 tablet | 0 | 11/24/2020 | 9/16/2021 |
| **amitriptyline (ELAVIL) 10 mg tablet (Taking)** Sig: TAKE TWO TABLETS BY MOUTH EVERY NIGHT AT BEDTIME | 60 tablet | 3 | 4/14/2021 | 9/16/2021 |
| **buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet (Taking)** Sig - Route: Take 1 tablet by mouth once daily. - Oral | 30 tablet | 3 | 3/3/2021 | 9/9/2021 |
| **chlordiazepoxide-clidinium (LIBRAX) 5-2.5 mg per capsule (Taking)** Sig - Route: TAKE 1 CAPSULE BY MOUTH 3 (THREE) TIMES DAILY WITH MEALS. - Oral Prior authorization: Closed - Other | 45 capsule | 3 | 8/6/2021 | 11/10/2021 |
| **Claritin-D 24 Hour 10-240 mg per 24 hr tablet (Taking)** Sig: TAKE 1 TABLET BY MOUTH EVERY DAY Notes to Pharmacy: Not to exceed 2 additional fills before 10/06/2021. | 30 tablet | 3 | 8/27/2021 | 12/28/2021 |
| **FLUoxetine (PROZAC) 40 MG capsule (Taking)** | 90 capsule | 2 | 7/26/2021 | 11/23/2021 |

## Medications (continued)

### Medications at Start of Encounter (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig - Route: Take 1 capsule by mouth once daily. - Oral | | | | |
| **metFORMIN XR (GLUCOPHAGE-XR) 500 mg 24 hr tablet (Taking)**<br>Sig - Route: Take 1 tablet by mouth 2 (two) times daily. - Oral | 60 tablet | 3 | 6/16/2021 | 10/11/2021 |
| **naproxen (NAPROSYN) 500 mg tablet (Taking)**<br>Sig - Route: Take 1 tablet by mouth Take daily with a meal. - Oral<br>Notes to Pharmacy: PLEASE REFILL | 30 tablet | 3 | 7/12/2021 | 11/8/2021 |
| **propranolol (INDERAL) 20 mg tablet (Taking)**<br>Sig: TAKE ONE TABLET BY MOUTH TWICE DAILY | 60 tablet | 3 | 9/28/2020 | 10/20/2021 |
| **SUMAtriptan (IMITREX) 50 mg tablet (Taking)**<br>Sig - Route: Take 1 tablet by mouth every 2 (two) hours as needed for Migraine. May repeat in 2 hours if needed. - Oral | 10 tablet | 3 | 5/3/2021 | 11/10/2021 |
| **topiramate (TOPAMAX) 25 mg tablet (Taking)**<br>Sig - Route: TAKE 1 TABLET BY MOUTH 2 (TWO) TIMES DAILY. - Oral | 60 tablet | 3 | 7/7/2021 | 11/10/2021 |
| **erythromycin (ROMYCIN) ophthalmic ointment**<br>Sig: APPLY A SMALL AMOUNT INTO LEFT EYE AT BEDTIME AS DIRECTED<br>Class: Historical Med | | | 8/17/2021 | |

### All Meds and Administrations

(There are no med orders for this encounter)

The Baton Rouge Clinic, AMC

BRC INTERNAL MEDICINE
7373 Perkins Rd
Baton Rouge LA 70808-4326
Ambulatory Encounter Report

KNIGHT, Amy R
MRN: 252940, DOB:
Visit date: 9/2/2021

Sex: F

## All Orders

**Comprehensive metabolic panel [247069477]**

Electronically signed by: **West, J David, MD on 09/02/21 0905**
Ordering user: West, J David, MD 09/02/21 0905
Frequency: 09/02/21 -
Authorized by: West, J David, MD
Status: **Active**

**Lipid panel [247069478]**

Electronically signed by: **West, J David, MD on 09/02/21 0905**
Ordering user: West, J David, MD 09/02/21 0905
Frequency: 09/02/21 -
Authorized by: West, J David, MD
Status: **Active**

**Hemoglobin A1c [247069479]**

Electronically signed by: **West, J David, MD on 09/02/21 0905**
Ordering user: West, J David, MD 09/02/21 0905
Frequency: 09/02/21
Authorized by: West, J David, MD
Status: **Active**

**erythromycin (ROMYCIN) ophthalmic ointment [247069480]** Patient-reported historical medication

Ordering date: 09/02/21 0905
Frequency: 08/17/21 - Until Discontinued
Authorized by: Provider, Historical, MD

**triamcinolone (KENALOG) 0.1 % cream [253057617]** Patient-reported historical medication

Ordering date: 09/02/21 0905
Frequency: 07/16/21 - Until Discontinued
Authorized by: Provider, Historical, MD

## Progress Notes - Encounter Notes

**Progress Notes by West, J David, MD at 9/2/2021 9:10 AM**
Version 1 of 1

Author: West, J David, MD
Filed: 9/2/2021 9:25 AM
Editor: West, J David, MD (Physician)
Service: —
Encounter Date: 9/2/2021
Author Type: Physician
Status: Signed

**Baton Rouge Clinic Internal Medicine**
7373 PERKINS ROAD
BATON ROUGE LA 70808-4326
Phone: 225-769-4044[JW 1]

**OFFICE VISIT**

**CHIEF COMPLAINT**[JW 2]
**Chief Complaint**
Patient presents with
- Follow-up[JW 1]

**HISTORY OF PRESENT ILLNESS**[JW 2]
Amy R KNIGHT[JW 1] is here today for[JW 2] routine follow-up regarding her chronic conditions which include diabetes and dyslipidemia. She has an upcoming appointment in November with psychiatry. She remains on Prozac and Wellbutrin for anxiety and depression. She continues to suffer with chronic pain and weakness in her left upper extremity and her right wrist. Informs me she has been approved for long-term disability and is applying for Social Security.[JW 1]

**Progress Notes - Encounter Notes (continued)**

**Progress Notes by West, J David, MD at 9/2/2021 9:10 AM (continued)** Version 1 of 1

## MEDICAL HISTORY[JW.2]

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Benign essential tremor | |
| • Depression | |
| • Diabetes mellitus | |
| • Headache(784.0) | |
| • Hyperlipidemia | |
| • IBS (irritable bowel syndrome)[JW.1] | |

## SURGICAL HISTORY[JW.2]

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BREAST SURGERY<br>*Left breast biopsy* | | |
| • HYSTERECTOMY<br>*COMPLETE* | | |
| • PELVIC LAPAROSCOPY[JW.1] | | |

## FAMILY HISTORY[JW.2]

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Thyroid disease | Mother | |
| • Atrial fibrillation | Mother | |
| • Hyperlipidemia | Father | |
| • Diabetes | Father | |
| • Thyroid disease | Father | |
| • No Significant Medical History | Brother | |
| • Diabetes | Child[JW.1] | |

## SOCIAL HISTORY[JW.2]

**Social History**

Socioeconomic History

| | |
|---|---|
| • Marital status: | Married |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |

Occupational History

| | |
|---|---|
| • Occupation: | on disability, RN |

Tobacco Use

**Progress Notes - Encounter Notes (continued)**

Progress Notes by West, J David, MD at 9/2/2021 9:10 AM (continued) Version 1 of 1

| | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| Substance and Sexual Activity | |
| • Alcohol use: | No |
| • Drug use: | Not on file |
| • Sexual activity: | Not on file |
| Other Topics | Concern |
| • Not on file | |
| Social History Narrative | |
| • Not on file | |

**Social Determinants of Health**

Financial Resource Strain:
- Difficulty of Paying Living Expenses: Not on file

Food Insecurity:
- Worried About Running Out of Food in the Last Year: Not on file
- Ran Out of Food in the Last Year: Not on file

Transportation Needs:
- Lack of Transportation (Medical): Not on file
- Lack of Transportation (Non-Medical): Not on file

Physical Activity:
- Days of Exercise per Week: Not on file
- Minutes of Exercise per Session: Not on file

Stress:
- Feeling of Stress : Not on file

Social Connections:
- Frequency of Communication with Friends and Family: Not on file
- Frequency of Social Gatherings with Friends and Family: Not on file
- Attends Religious Services: Not on file
- Active Member of Clubs or Organizations: Not on file
- Attends Club or Organization Meetings: Not on file
- Marital Status: Not on file[JW.1]

**MEDICATIONS**[JW.2]

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • albuterol HFA (Ventolin HFA) 90 mcg/actuation inhaler | 2 puffs. | | |
| • ALPRAZolam (XANAX) 0.5 mg tablet | Take 1 tablet by mouth daily as needed for Sleep. | 15 tablet | 0 |
| • amitriptyline (ELAVIL) 10 mg tablet | TAKE TWO TABLETS BY MOUTH EVERY NIGHT AT BEDTIME | 60 tablet | 3 |
| • buPROPion XL (WELLBUTRIN | Take 1 tablet by | 30 tablet | 3 |

**Progress Notes - Encounter Notes (continued)**

**Progress Notes by West, J David, MD at 9/2/2021 9:10 AM (continued)** Version 1 of 1

| | | | |
|---|---|---|---|
| XL) 150 mg 24 hr tablet | mouth once daily. | | |
| • chlordiazepoxide-clidinium (LIBRAX) 5-2.5 mg per capsule | TAKE 1 CAPSULE BY MOUTH 3 (THREE) TIMES DAILY WITH MEALS. | 45 capsule | 3 |
| • Claritin-D 24 Hour 10-240 mg per 24 hr tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | 30 tablet | 3 |
| • diphenoxylate-atropine (LomotiL) 2.5-0.025 mg per tablet | Take 1 tablet by mouth Twice a day 12 (twelve) hours apart. | 5 tablet | 0 |
| • FLUoxetine (PROZAC) 40 MG capsule | Take 1 capsule by mouth once daily. | 90 capsule | 2 |
| • fluticasone (FLONASE) 50 mcg/actuation nasal spray | APPLY TWO SPRAYS IN EACH NOSTRIL ONCE DAILY | 16 g | 1 |
| • metFORMIN XR (GLUCOPHAGE-XR) 500 mg 24 hr tablet | Take 1 tablet by mouth 2 (two) times daily. | 60 tablet | 3 |
| • naproxen (NAPROSYN) 500 mg tablet | Take 1 tablet by mouth Take daily with a meal. | 30 tablet | 3 |
| • propranoloL (INDERAL) 20 mg tablet | TAKE ONE TABLET BY MOUTH TWICE DAILY | 60 tablet | 3 |
| • SUMAtriptan (IMITREX) 50 mg tablet | Take 1 tablet by mouth every 2 (two) hours as needed for Migraine. May repeat in 2 hours if needed | 10 tablet | 3 |
| • topiramate (TOPAMAX) 25 mg tablet | TAKE 1 TABLET BY MOUTH 2 (TWO) TIMES DAILY. | 60 tablet | 3 |
| • triamcinolone (KENALOG) 0.1 % cream | APPLY THINLY TO THE AFFECTED AREAS ON THE BACK TWICE A DAY AS NEEDED FOR ITCHING/IRRITATION | | |
| • erythromycin (ROMYCIN) ophthalmic ointment | APPLY A SMALL AMOUNT INTO LEFT EYE AT | | |

Progress Notes - Encounter Notes (continued)

Progress Notes by West, J David, MD at 9/2/2021 9:10 AM (continued) Version 1 of 1

BEDTIME AS DIRECTED

No current facility-administered medications for this visit.[JW.1]

**ALLERGIES**[JW.2]

**Allergies**

Allergen | Reactions

- Adhesive
- Lipitor [Atorvastatin]
- Morphine[JW.1]

**REVIEW OF SYSTEM**[JW.2]

Constitutional: No fever chills appetite normal
CV: No chest pain
Respiratory: No cough congestion shortness of breath
GI: Occasional abdominal pain and nausea no vomiting diarrhea melena hematochezia
GU: No dysuria hematuria
Neuro: Occasional headache[JW.1]

**PHYSICAL EXAM**

**Vital Signs:**[JW.2]

**Vitals:**

| | 09/02/21 0902 |
|---|---|
| BP: | 112/74 |
| Pulse: | 80 |
| Resp: | 16 |

General: Well-developed well-nourished female no acute distress
Lungs: Clear breath sounds
Heart: Regular rate and rhythm
Abdomen: Soft nontender
Extremities: No edema
Neuro: Alert and oriented x3 no focal or lateralizing signs
Psych: Speech behavior appearance normal mood okay and affect is appropriate

**RESULTS**

**ASSESSMENT**

1. **Chronic pain of left upper extremity**
2. Left arm weakness
3. Chronic pain of right wrist
4. Complex regional pain syndrome type 1 of left upper extremity

### All Orders - Lab (continued)

**Hemoglobin A1c [247069479] (continued)**

Ordering user: West, J David, MD 09/02/21 0905
Frequency: 09/02/21 -
Authorized by: West, J David, MD

### All Orders - Medications

**erythromycin (ROMYCIN) ophthalmic ointment [247069480]** Patient-reported historical medication

Ordering date: 09/02/21 0905
Frequency: 08/17/21 - Until Discontinued
Authorized by: Provider, Historical, MD

**triamcinolone (KENALOG) 0.1 % cream [253057617]** Patient-reported historical medication

Ordering date: 09/02/21 0905
Frequency: 07/16/21 - Until Discontinued
Authorized by: Provider, Historical, MD

**Amy R KNIGHT**
**9/2/2021 9:10 AM Office Visit**

Department: **Baton Rouge Clinic Internal Medicine**
Dept Phone: **225-769-4044**

Description: **53 year old female**
Provider: **J David West, MD**

## Instructions

.I recommend you obtain a flu vaccine this fall.

I would like to remind you to see an ophthalmologist and obtain a thorough eye exam once per year.

I recommend you see gastroenterology for a colonoscopy.

## Diagnoses this Visit

| | Comments |
|---|---|
| **Chronic pain of left upper extremity** - Primary | |
| **Left arm weakness** | |
| **Chronic pain of right wrist** | |
| **Complex regional pain syndrome type 1 of left upper extremity** | |
| **Fibromyalgia** | |
| **Type 2 diabetes mellitus without complication, without long-term current use of insulin (HCC)** | |
| **Major depression, chronic** | |
| **GAD (generalized anxiety disorder)** | |

## Medications and Orders

### Your Current Medications Are

| | |
|---|---|
| **albuterol HFA (Ventolin HFA) 90 mcg/actuation inhaler (Taking)** | 2 puffs. |

| The Baton Rouge Clinic, AMC | BRC INTERNAL MEDICINE<br>7373 Perkins Rd<br>Baton Rouge LA 70808-4326<br>After Visit Summary | KNIGHT, Amy R<br>MRN: 252940, DOB:<br>Visit date: 9/2/2021 | Sex: F |
|---|---|---|---|

## Medications and Orders (continued)

### Your Current Medications Are (continued)

| | |
|---|---|
| **diphenoxylate-atropine (LomotiL) 2.5-0.025 mg per tablet (Taking/Expired)** | Take 1 tablet by mouth Twice a day 12 (twelve) hours apart. |
| **fluticasone (FLONASE) 50 mcg/actuation nasal spray (Taking)** | APPLY TWO SPRAYS IN EACH NOSTRIL ONCE DAILY |
| **triamcinolone (KENALOG) 0.1 % cream (Taking)** | APPLY THINLY TO THE AFFECTED AREAS ON THE BACK TWICE A DAY AS NEEDED FOR ITCHING/IRRITATION |
| **ALPRAZolam (XANAX) 0.5 mg tablet (Taking/Discontinued)** | Take 1 tablet by mouth daily as needed for Sleep. |
| **amitriptyline (ELAVIL) 10 mg tablet (Taking/Discontinued)** | TAKE TWO TABLETS BY MOUTH EVERY NIGHT AT BEDTIME |
| **buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet (Taking/Discontinued)** | Take 1 tablet by mouth once daily. |
| **chlordiazepoxide-clidinium (LIBRAX) 5-2.5 mg per capsule (Taking/Discontinued)** | TAKE 1 CAPSULE BY MOUTH 3 (THREE) TIMES DAILY WITH MEALS. |
| **Claritin-D 24 Hour 10-240 mg per 24 hr tablet (Taking/Discontinued)** | TAKE 1 TABLET BY MOUTH EVERY DAY |
| **FLUoxetine (PROZAC) 40 MG capsule (Taking/Discontinued)** | Take 1 capsule by mouth once daily. |
| **metFORMIN XR (GLUCOPHAGE-XR) 500 mg 24 hr tablet (Taking/Discontinued)** | Take 1 tablet by mouth 2 (two) times daily. |
| **naproxen (NAPROSYN) 500 mg tablet (Taking/Discontinued)** | Take 1 tablet by mouth Take daily with a meal. |
| **propranoloL (INDERAL) 20 mg tablet (Taking/Discontinued)** | TAKE ONE TABLET BY MOUTH TWICE DAILY |
| **SUMAtriptan (IMITREX) 50 mg tablet (Taking/Discontinued)** | Take 1 tablet by mouth every 2 (two) hours as needed for Migraine. May repeat in 2 hours if needed |
| **topiramate (TOPAMAX) 25 mg tablet (Taking/Discontinued)** | TAKE 1 TABLET BY MOUTH 2 (TWO) TIMES DAILY. |
| **erythromycin (ROMYCIN) ophthalmic ointment** | APPLY A SMALL AMOUNT INTO LEFT EYE AT BEDTIME AS DIRECTED |

### Upcoming Administrations

None

### Allergies

**Adhesive**
**Lipitor [atorvastatin]**
**Morphine**

### Progress Notes by West, J David, MD at 5/19/2021 1:10 PM

| | | |
|---|---|---|
| Author: West, J David, MD | Service: — | Author Type: Physician |
| Filed: 5/19/2021 1:39 PM | Encounter Date: 5/19/2021 | Status: Signed |
| Editor: West, J David, MD (Physician) | | |

| | | | |
|---|---|---|---|
| — | Blood | Vein | — |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **11 - BRCLAB** | THE BATON ROUGE CLINIC LAB | Ashley Pourciau | 7373 Perkins Road BATON ROUGE LA 70808 | 03/09/20 0930 - Present |

**HM MAMMOGRAPHY [231182204]**

Ordering date: 06/24/21 1032
Frequency: 06/24/21 -

Scan on 6/24/2021 10:33 AM by WITTMER, CHERYL: mammo 10/13/2020 BRG (below)

**Claritin-D 24 Hour 10-240 mg per 24 hr tablet [247069476] (continued)**

Ordering user: West, J David, MD 08/27/21 1125 — Authorized by: West, J David, MD
Frequency: 08/27/21 - 12/28/21 — Released by: West, J David, MD 08/27/21 1125
Discontinued by: West, J David, MD 12/28/21 1042
Medication comments: Not to exceed 2 additional fills before 10/06/2021.

**Outpatient Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **Claritin-D 24 Hour 10-240 mg per 24 hr tablet (Discontinued)** | 30 tablet | 3 | 8/27/2021 | 12/28/2021 |

Sig: TAKE 1 TABLET BY MOUTH EVERY DAY
Sent to pharmacy as: Claritin-D 24 Hour 10 mg-240 mg tablet,extended release (loratadine-pseudoephedrine)
Notes to Pharmacy: Not to exceed 2 additional fills before 10/06/2021.
E-Prescribing Status: **Receipt confirmed by pharmacy** (8/27/2021 11:25 AM CDT)

**This Order Has Been Discontinued**

| Order Status | Reason | By | On |
|---|---|---|---|
| **Discontinued** | **None** | West, J David, MD | 12/28/21 1042 |

**buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet [253057618]**

Electronically signed by: **West, J David, MD on 09/09/21 0933** — Status: **Discontinued**
Ordering user: West, J David, MD 09/09/21 0933 — Authorized by: West, J David, MD
Frequency: 09/09/21 - 12/06/21 — Released by: West, J David, MD 09/09/21 0933
Discontinued by: West, J David, MD 12/06/21 1345 [Reorder]
Diagnoses
Fibromyalgia [M79.7]
Medication comments: DX Code Needed NEED NEW RX.

**Outpatient Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet (Discontinued)** | 30 tablet | 3 | 9/9/2021 | 12/6/2021 |

Sig: TAKE 1 TABLET BY MOUTH EVERY DAY
Sent to pharmacy as: buPROPion HCL XL 150 mg 24 hr tablet, extended release (WELLBUTRIN XL)
Notes to Pharmacy: DX Code Needed NEED NEW RX.
Reason for Discontinue: **Reorder**
E-Prescribing Status: **Receipt confirmed by pharmacy** (9/9/2021 9:33 AM CDT)

**This Order Has Been Discontinued**

| Order Status | Reason | By | On |
|---|---|---|---|
| **Discontinued** | **Reorder** | West, J David, MD | 12/6/21 1345 |

**ALPRAZolam (XANAX) 0.5 mg tablet [253057619]**

Electronically signed by: **West, J David, MD on 09/16/21 1651** — Status: **Active**
Ordering user: West, J David, MD 09/16/21 1651 — Authorized by: West, J David, MD
PRN reasons: Sleep
Frequency: Daily PRN 09/16/21 - Until Discontinued — Released by: West, J David, MD 09/16/21 1651
Medication comments: This request is for a new prescription for a controlled substance as required by Federal/State law..

**Outpatient Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ALPRAZolam (XANAX) 0.5 mg tablet** | 15 tablet | 0 | 9/16/2021 | |

Sig - Route: TAKE 1 TABLET BY MOUTH DAILY AS NEEDED FOR SLEEP. - Oral

07/01/21 15:14:48 Lincoln Financial -> 225 246 9114 Lincoln Financial Gr Page 001

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8716

Date: July 1, 2021

To: DR DAVID WEST

Attn:

Fax: (225) 246-9114

From: Kiara Pearson
Claims Examiner II
Phone No.: Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8716

Total Pages (Including Cover): 7

RE:

Claim #: 11112396
Claimant: Amy Ray Knight

Gainwell Technologies

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Doc Type: MED Doc Date: 7/1/21 Dr # / Grp: ___ 252940 Amy Knight Pages: 18

6/24/2021 09:41 GBS OCFAX→ROI 587379 4/5



## Baton Rouge General Medical Center

**Mid City Radiology**
Phone (225) 381-6505 Fax: (225) 387-7017

**Bluebonnet Radiology**
Phone (225) 763-4090 Fax (225) 763-4089

**Dijon and Oneal Imaging Center**
Phone (225) 769-9337 Fax: (225) 769-9320

Patient Name: **KNIGHT, AMY RAY** DOB:

Med Rec #: 05399190
Patient Location: BB - WOMENS CENTER
Phone: Gender: F Age: 52Y

Visit ID: 000101456985
Patient Type: OUTPATIENT
Accession # 11003491

Exam Reason:
Order Phys: DUPONT JR, JOSEPH BENTON Read By: HARRIS, ADAM W

**10/13/20 14:38 BBMA MAMMO DIAG BILAT**

*Final*

Federal Regulations Require The Referring Physician To Review With The Patient: (1) All Findings Of Radiologic Mammography Procedures; (2) Subsequent Steps Of Treatment, If Results Are Positive; (3) Importance Of Mammography To Ongoing Health; (4) Patient Responsibility To Share With Any New Physician Or Mammographic Provider The Date And Place Of Previous Mammogram.

EXAM: BBMA Mammo Diagnostic with Tomosynthesis

CLINICAL INDICATION: N60.11: DIFFUSE CYSTIC MASTOPATHY OF RIGHT BREAST
N60.12: DIFFUSE CYSTIC MASTOPATHY OF LEFT BREAST

COMPARISON: Studies dating back to December 29, 2017

BREAST DENSITY:

The breasts are heterogeneously dense, which may obscure small masses.

FINDINGS:

No new mass, architectural distortion, or suspicious calcifications are identified in either breast. Benign type calcifications seen bilaterally, unchanged. Well-circumscribed nodules are seen in each breast at the site of the palpable lumps.

A targeted left breast ultrasound at 1:00 5 cm from nipple shows a benign simple cyst measuring 9 x 6 x 7 mm. No solid mass.

A targeted right breast ultrasound at 1:00 4 cm from the nipple shows a benign simple cyst measuring 11 x 7 x 13 mm. No solid mass.

IMPRESSION

There is no evidence of malignancy on this exam. Benign simple cysts in each breast as detailed above.

In the absence of clinical interval change, a routine mammogram is recommended in one year.

The above findings and recommendations were discussed with the patient at the time of the exam.

BI-RADS: 2 Benign

Today's examination was performed utilizing computer aided detection (CAD) system.

The patient's information has been entered into a reminder system with a target due date for the next mammogram.

Report Date: 10/15/2020 12:58 PM

Transcribed: 10/15/2020 13:00 By: HARRIS, ADAM W. Visit ID: 000101456985

*Confidentiality Notice:* The documents accompanying the telecopy transmission contain confidential information belonging to the sender. The information is only for the use of the individual or entity named below. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this telecopied information is strictly prohibited. If you have received this telecopy in error, please notify this office immediately by telephone to arrange for the return of the original document(s) to us.

**Baton Rouge General Medical Center**

Mid City Radiology
Phone (225) 381-6505 Fax: (225) 387-7017

Bluebonnet Radiology
Phone ((225) 763-4090 Fax (225) 763-4089

Dijon and Oneal Imaging Center
Phone (225) 769-9337 Fax: (225) 769-9320

Patient Name: **KNIGHT, AMY RAY** DOB:

**Electronically Signed By: HARRIS, ADAM W.**
Date: 10/15/2020 12:58

**Transcribed: 10/15/2020 13:00 By: HARRIS, ADAM W.** **Visit ID: 000101456985**

*Confidentiality Notice:* The documents accompanying this telecopy transmission contain confidential information belonging to the sender. The information is only for the use of the individual or entity named below. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this telecopied information is strictly prohibited. If you have received this telecopy in error, please notify this office immediately by telephone to arrange for the return of the original document(s) to us.

The Baton Rouge Clinic, AMC | BRC INTERNAL MEDICINE 7373 Perkins Rd Baton Rouge LA 70808-4326 | KNIGHT, Amy R MRN: 252940, DOB: Visit date: 6/24/2021 | Sex: F

HM MAMMOGRAPHY [231182204] Result status: Final result

**Order-Level Documents:**

Scan on 6/24/2021 10:33 AM by WITTMER, CHERYL: mammo 10/13/2020 BRG (below)

Order-Level Documents: (continued)



## Baton Rouge General Medical Center

Mid City Radiology
Phone (225) 381-6505 Fax (225) 387-7017

Bluebonnet Radiology
Phone ((225) 763-4090 Fax (225) 763-4089

Dijon and Oneal Imaging Center
Phone (225) 769-9337 Fax: (225) 769-9320

Patient Name: **KNIGHT, AMY RAY** DOB:

Med Rec #: 05399190
Patient Location: BB - WOMENS CENTER
Phone: (225)275-6018 Gender: F Age: 52Y

Visit ID: 000101456985
Patient Type: OUTPATIENT
Accession # 11003491

Exam Reason:
Order Phys. DUPONT JR, JOSEPH BENTON Read By HARRIS, ADAM W

**10/13/20 14:38 BBMA MAMMO DIAG BILAT**

*Final*

Federal Regulations Require The Referring Physician To Review With The Patient: (1) All Findings Of Radiologic Mammography Procedures; (2) Subsequent Steps Of Treatment, If Results Are Positive; (3) Importance Of Mammography To Ongoing Health; (4) Patient Responsibility To Share With Any New Physician Or Mammographic Provider The Date And Place Of Previous Mammogram.

EXAM: BBMA Mammo Diagnostic with Tomosynthesis

CLINICAL INDICATION: N60.11: DIFFUSE CYSTIC MASTOPATHY OF RIGHT BREAST
N60.12: DIFFUSE CYSTIC MASTOPATHY OF LEFT BREAST

COMPARISON: Studies dating back to December 29, 2017

BREAST DENSITY:

The breasts are heterogeneously dense, which may obscure small masses.

FINDINGS:

No new mass, architectural distortion, or suspicious calcifications are identified in either breast. Benign type calcifications seen bilaterally, unchanged. Well-circumscribed nodules are seen in each breast at the site of the palpable lumps.

A targeted left breast ultrasound at 1:00 5 cm from nipple shows a benign simple cyst measuring 9 x 6 x 7 mm. No solid mass.

A targeted right breast ultrasound at 1:00 4 cm from the nipple shows a benign simple cyst measuring 11 x 7 x 13 mm. No solid mass

IMPRESSION:

There is no evidence of malignancy on this exam. Benign simple cysts in each breast as detailed above.

In the absence of clinical interval change, a routine mammogram is recommended in one year

The above findings and recommendations were discussed with the patient at the time of the exam.

BI-RADS 2 Benign

Today's examination was performed utilizing computer-aided detection (CAD) system.

The patient's information has been entered into a reminder system with a target due date for the next mammogram.

Report Date: 10/15/2020 12:58 PM

**Transcribed: 10/15/2020 13:00 By: HARRIS, ADAM W.** **Visit ID: 000101456985**

*Confidentiality Notice:* The documents accompanying this telecopy transmission contain confidential information belonging to the sender. The information is only for the use of the individual or entity named below. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this telecopied information is strictly prohibited. If you have received this telecopy in error, please notify this office immediately by telephone to arrange for the return of the original document(s) to us.

Page 1 of 2 Printed On: 10/15/2020 1:02 PM

Order-Level Documents: (continued)

¥ 6/24/2021 09:41 GHS OCFAX → BOT: 587379 5/5

Page 3 of 3 KNIGHT, AMY RAY - 05399190 BRG - 000101456985

## Baton Rouge General Medical Center

**Mid City Radiology**
Phone (225) 381-6505 Fax: (225) 387-7017

**Bluebonnet Radiology**
Phone ((225) 763-4090 Fax (225) 763-4099

**Dijon and Oneal Imaging Center**
Phone (225) 769-9337 Fax (225) 769-9320

Patient Name **KNIGHT, AMY RAY** DOB

**Electronically Signed By: HARRIS, ADAM W.**
Date: 10/15/2020 12:58

**Transcribed: 10/15/2020 13:00 By: HARRIS, ADAM W.** **Visit ID: 000101456985**

*Confidentiality Notice:* The documents accompanying this telecopy transmission contain confidential information belonging to the sender. The information is only for the use of the individual or entity named below. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this telecopied information is strictly prohibited. If you have received this telecopy in error, please notify this office immediately by telephone to arrange for the return of the original document(s) to us.

Page 2 of 2 Printed On 10/15/2020 1:02 PM

**Order-Level Documents: (continued)**

**Pfizer-BioNTech SARS-COV-2 (COVID-19) Preservative Free 0.3 mL IM [247069471]**

Electronically signed by: **Henagan, Margaret, RN on 08/02/21 1131** Status: **Completed**
Ordering user: Henagan, Margaret, RN 08/02/21 1131
Frequency: 08/02/21 -

Pfizer-BioNTech SARS-COV-2 (COVID-19) Preservative Free 0.3 mL IM [247069471] Result status: No result

**PFIZER SARS-COV-2 VACCINE 2ND DOSE APPT [247069472]**

Electronically signed by: **Henagan, Margaret, RN on 08/02/21 1131** Status: **Completed**
Ordering user: Henagan, Margaret, RN 08/02/21 1131 Ordered during: Immunization on 08/02/2021
Frequency: 08/02/21 -

PFIZER SARS-COV-2 VACCINE 2ND DOSE APPT [247069474] Result status: No result

**Pfizer-BioNTech SARS-COV-2 (COVID-19) Preservative Free 0.3 mL IM [247069475]**

Electronically signed by: **Graves, Alysia P, RN on 08/23/21 0953** Status: **Completed**
Ordering user: Graves, Alysia P, RN 08/23/21 0953
Frequency: 08/23/21 -

Pfizer-BioNTech SARS-COV-2 (COVID-19) Preservative Free 0.3 mL IM [247069475] Result status: No result

**Flu vaccine (QUAD) greater than or equal to 6 Months old preservative free IM [253057621]**

Electronically signed by: **Friscia, Barbara, RN on 10/08/21 1031** Status: **Completed**
Ordering user: Friscia, Barbara, RN 10/08/21 1031
Frequency: 10/08/21 -

Flu vaccine (QUAD) greater than or equal to 6 Months old preservative free IM [253057621] Result status: No result

**naproxen (NAPROSYN) 500 mg tablet [231182202]**

Electronically signed by: **West, J David, MD on 06/15/21 1429** Status: **Discontinued**
Ordering user: West, J David, MD 06/15/21 1429 Authorized by: West, J David, MD
Frequency: Daily with a meal 06/15/21 - 07/12/21 Released by: West, J David, MD 06/15/21 1429
Discontinued by: West, J David, MD 07/12/21 0953 [Reorder]
Medication comments: PLEASE REFILL

**Outpatient Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **naproxen (NAPROSYN) 500 mg tablet (Discontinued)** | 30 tablet | 3 | 6/15/2021 | 7/12/2021 |

Sig - Route: TAKE 1 TABLET BY MOUTH TAKE DAILY WITH A MEAL. - Oral

**Outpatient Medication Detail (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|

Sent to pharmacy as: naproxen 500 mg tablet (NAPROSYN)
Notes to Pharmacy: PLEASE REFILL
Reason for Discontinue: **Reorder**
E-Prescribing Status: **Receipt confirmed by pharmacy** (6/15/2021 2:34 PM CDT)

**This Order Has Been Discontinued**

| Order Status | Reason | By | On |
|---|---|---|---|
| **Discontinued** | **Reorder** | West, J David, MD | 7/12/21 0953 |

**metFORMIN XR (GLUCOPHAGE-XR) 500 mg 24 hr tablet [231182203]**

Electronically signed by: **West, J David, MD on 06/16/21 1528** Status: **Discontinued**
Ordering user: West, J David, MD 06/16/21 1528 Authorized by: West, J David, MD
Frequency: BID 06/16/21 - 10/11/21 Released by: West, J David, MD 06/16/21 1528
Discontinued by: West, J David, MD 10/11/21 1535 [Reorder]

**Outpatient Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **metFORMIN XR (GLUCOPHAGE-XR) 500 mg 24 hr tablet (Discontinued)** | 60 tablet | 3 | 6/16/2021 | 10/11/2021 |

Sig - Route: Take 1 tablet by mouth 2 (two) times daily. - Oral
Sent to pharmacy as: metFORMIN ER 500 mg tablet,extended release 24 hr (GLUCOPHAGE-XR)
Reason for Discontinue: **Reorder**
E-Prescribing Status: **Receipt confirmed by pharmacy** (6/16/2021 3:28 PM CDT)

**This Order Has Been Discontinued**

| Order Status | Reason | By | On |
|---|---|---|---|
| **Discontinued** | **Reorder** | West, J David, MD | 10/11/21 1535 |

**topiramate (TOPAMAX) 25 mg tablet [231182205]**

Electronically signed by: **West, J David, MD on 07/07/21 1005** Status: **Discontinued**
Ordering user: West, J David, MD 07/07/21 1005 Authorized by: West, J David, MD
Frequency: BID 07/07/21 - 11/10/21 Released by: West, J David, MD 07/07/21 1005
Discontinued by: West, J David, MD 11/10/21 0711

**Outpatient Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **topiramate (TOPAMAX) 25 mg tablet (Discontinued)** | 60 tablet | 3 | 7/7/2021 | 11/10/2021 |

Sig - Route: TAKE 1 TABLET BY MOUTH 2 (TWO) TIMES DAILY. - Oral
Sent to pharmacy as: topiramate 25 mg tablet (TOPAMAX)
E-Prescribing Status: **Receipt confirmed by pharmacy** (7/7/2021 10:05 AM CDT)

**This Order Has Been Discontinued**

| Order Status | Reason | By | On |
|---|---|---|---|
| **Discontinued** | **None** | West, J David, MD | 11/10/21 0711 |

**naproxen (NAPROSYN) 500 mg tablet [231182206]**

Electronically signed by: **West, J David, MD on 07/12/21 0953** Status: **Discontinued**
Ordering user: West, J David, MD 07/12/21 0953 Authorized by: West, J David, MD
Frequency: Daily with a meal 07/12/21 - 11/08/21 Released by: West, J David, MD 07/12/21 0953
Discontinued by: West, J David, MD 11/08/21 0652
Medication comments: PLEASE REFILL

**Outpatient Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **naproxen (NAPROSYN) 500 mg tablet (Discontinued)** | 30 tablet | 3 | 7/12/2021 | 11/8/2021 |

Sig - Route: Take 1 tablet by mouth Take daily with a meal. - Oral
Sent to pharmacy as: naproxen 500 mg tablet (NAPROSYN)
Notes to Pharmacy: PLEASE REFILL
E-Prescribing Status: **Receipt confirmed by pharmacy** (7/12/2021 9:53 AM CDT)

**This Order Has Been Discontinued**

| Order Status | Reason | By | On |
|---|---|---|---|
| **Discontinued** | **None** | West, J David, MD | 11/8/21 0652 |

**FLUoxetine (PROZAC) 40 MG capsule [247069470]**

Electronically signed by: **West, J David, MD on 07/26/21 1036** Status: **Discontinued**
Ordering user: West, J David, MD 07/26/21 1036 Authorized by: West, J David, MD
Frequency: Daily 07/26/21 - 11/23/21 Released by: West, J David, MD 07/26/21 1036
Discontinued by: Vatsavayi, Venugopal, MD 11/23/21 1355 [Other]

**Outpatient Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **FLUoxetine (PROZAC) 40 MG capsule (Discontinued)** | 90 capsule | 2 | 7/26/2021 | 11/23/2021 |

Sig - Route: Take 1 capsule by mouth once daily. - Oral
Sent to pharmacy as: FLUoxetine 40 mg capsule (PROZAC)
Reason for Discontinue: **Other**
E-Prescribing Status: **Receipt confirmed by pharmacy** (7/26/2021 10:36 AM CDT)

**This Order Has Been Discontinued**

| Order Status | Reason | By | On |
|---|---|---|---|
| **Discontinued** | **Other** | Vatsavayi, Venugopal, MD | 11/23/21 1355 |

**chlordiazepoxide-clidinium (LIBRAX) 5-2.5 mg per capsule [247069473]**

Electronically signed by: **West, J David, MD on 08/09/21 0659** Status: **Discontinued**
Ordering user: West, J David, MD 08/09/21 0659 Authorized by: West, J David, MD
Frequency: TID-W/Meals 08/09/21 - 11/10/21 Released by: West, J David, MD 08/09/21 0659
Discontinued by: West, J David, MD 11/10/21 1515 [Reorder]

**Outpatient Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **chlordiazepoxide-clidinium (LIBRAX) 5-2.5 mg per capsule (Discontinued)** | 45 capsule | 3 | 8/9/2021 | 11/10/2021 |

Sig - Route: TAKE 1 CAPSULE BY MOUTH 3 (THREE) TIMES DAILY WITH MEALS. - Oral
Sent to pharmacy as: chlordiazepoxide-clidinium 5 mg-2.5 mg capsule (LIBRAX)
Reason for Discontinue: **Reorder**
E-Prescribing Status: **Receipt confirmed by pharmacy** (8/9/2021 6:59 AM CDT)
Prior authorization: Closed - Other

**This Order Has Been Discontinued**

| Order Status | Reason | By | On |
|---|---|---|---|
| **Discontinued** | **Reorder** | West, J David, MD | 11/10/21 1515 |

**Claritin-D 24 Hour 10-240 mg per 24 hr tablet [247069476]**

Electronically signed by: **West, J David, MD on 08/27/21 1125** Status: **Discontinued**

THE BATON ROUGE CLINIC AMC

**Baton Rouge Clinic Internal Medicine**
7373 PERKINS ROAD
BATON ROUGE LA 70808-4326
Phone: 225-769-4044

**OFFICE VISIT**

**CHIEF COMPLAINT**

**Chief Complaint**

Patient presents with

- Follow-up

**HISTORY OF PRESENT ILLNESS**

Amy R KNIGHT is here today for follow-up regarding her persistent left upper extremity symptoms and right wrist pain. She was evaluated by Dr. Bourg rheumatology since her last visit. Considering placing the patient on Savella for management of fibromyalgia. Like to see psychiatry for opinion about her current psychotropic regimen for anxiety and depression before adding Savella. She continues to experience pain in her right wrist and pain and weakness in her left upper extremity.

**MEDICAL HISTORY**

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Benign essential tremor | |
| • Depression | |
| • Diabetes mellitus | |
| • Headache(784.0) | |
| • Hyperlipidemia | |
| • IBS (irritable bowel syndrome) | |

**SURGICAL HISTORY**

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BREAST SURGERY<br>*Left breast biopsy* | | |
| • HYSTERECTOMY<br>*COMPLETE* | | |
| • PELVIC LAPAROSCOPY | | |

**FAMILY HISTORY**

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Thyroid disease | Mother | |
| • Atrial fibrillation | Mother | |

| | |
|---|---|
| • Hyperlipidemia | Father |
| • Diabetes | Father |
| • Thyroid disease | Father |
| • No Significant Medical History | Brother |
| • Diabetes | Child |

**SOCIAL HISTORY**

**Social History**

| | |
|---|---|
| Socioeconomic History | |
| • Marital status: | Married |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |
| Occupational History | |
| • Occupation: | on disability, RN |
| Tobacco Use | |
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| Substance and Sexual Activity | |
| • Alcohol use: | No |
| • Drug use: | Not on file |
| • Sexual activity: | Not on file |
| Other Topics | Concern |
| • Not on file | |
| Social History Narrative | |
| • Not on file | |

**Social Determinants of Health**

Financial Resource Strain:
- Difficulty of Paying Living Expenses:

Food Insecurity:
- Worried About Running Out of Food in the Last Year:
- Ran Out of Food in the Last Year:

Transportation Needs:
- Lack of Transportation (Medical):
- Lack of Transportation (Non-Medical):

Physical Activity:
- Days of Exercise per Week:
- Minutes of Exercise per Session:

Stress:
- Feeling of Stress :

Social Connections:
- Frequency of Communication with Friends and Family:
- Frequency of Social Gatherings with Friends and Family:
- Attends Religious Services:
- Active Member of Clubs or Organizations:
- Attends Club or Organization Meetings:
- Marital Status:

## MEDICATIONS

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • albuterol HFA (Ventolin HFA) 90 mcg/actuation inhaler | 2 puffs. | | |
| • ALPRAZolam (XANAX) 0.5 mg tablet | Take 1 tablet by mouth daily as needed for Sleep. | 15 tablet | 0 |
| • amitriptyline (ELAVIL) 10 mg tablet | TAKE TWO TABLETS BY MOUTH EVERY NIGHT AT BEDTIME | 60 tablet | 3 |
| • buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet | Take 1 tablet by mouth once daily. | 30 tablet | 3 |
| • chlordiazepoxide-clidinium (LIBRAX) 5-2.5 mg per capsule | Take 1 capsule by mouth 3 (three) times daily with meals. | 45 capsule | 3 |
| • Claritin-D 24 Hour 10-240 mg per 24 hr tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | 30 tablet | 3 |
| • diphenoxylate-atropine (LomotiL) 2.5-0.025 mg per tablet | Take 1 tablet by mouth Twice a day 12 (twelve) hours apart. | 5 tablet | 0 |
| • FLUoxetine (PROZAC) 40 MG capsule | TAKE ONE CAPSULE BY MOUTH ONE TIME DAILY | 90 capsule | 3 |
| • fluticasone (FLONASE) 50 mcg/actuation nasal spray | APPLY TWO SPRAYS IN EACH NOSTRIL ONCE DAILY | 16 g | 1 |
| • metFORMIN XR (GLUCOPHAGE-XR) 500 mg 24 hr tablet | Take 1 tablet by mouth 2 (two) times daily. | 60 tablet | 3 |
| • naproxen (NAPROSYN) 500 mg tablet | Take 1 tablet by mouth Take daily with a meal. | 30 tablet | 0 |
| • propranoloL (INDERAL) 20 mg tablet | TAKE ONE TABLET BY MOUTH TWICE DAILY | 60 tablet | 3 |
| • SUMAtriptan (IMITREX) 50 mg tablet | Take 1 tablet by mouth every 2 (two) hours as needed for Migraine. May repeat in 2 hours if needed | 10 tablet | 3 |
| • topiramate (TOPAMAX) 25 mg | Take 1 tablet by | 60 tablet | 3 |

| | |
|---|---|
| tablet | mouth 2 (two) times daily. |

No current facility-administered medications for this visit.

**ALLERGIES**

**Allergies**

| Allergen | Reactions |
|---|---|
| • Adhesive | |
| • Lipitor [Atorvastatin] | |
| • Morphine | |

**REVIEW OF SYSTEM**

Constitutional. No fever chills
CV: No chest pain
Respiratory: No cough congestion
Neuro: Positive tremor
Psych: Occasional anxiety no depression

**PHYSICAL EXAM**

**Vital Signs:**

**Vitals:**

| | 05/19/21 1302 |
|---|---|
| BP: | 126/80 |
| Pulse: | 96 |
| Resp: | 20 |

General: Well-developed well-nourished female no acute distress
Lungs: Clear breath sounds
Heart: Regular rate and rhythm
Extremities: Right wrist with splint/brace
Neuro alert and oriented x3
Psych: Speech behavior appearance are normal mood is okay

**RESULTS**

**ASSESSMENT**

1. **Chronic pain of right wrist**
2. Chronic pain of left upper extremity
3. Left arm weakness
4. GAD (generalized anxiety disorder)
5. Major depression, chronic
6. Fibromyalgia

**PLAN**

Progress Notes by West, J David, MD at 5/19/2021 1:10 PM (continued)

Amy was seen today for follow-up.

Diagnoses and all orders for this visit:

**Chronic pain of right wrist**

**Chronic pain of left upper extremity**

**Left arm weakness**

**GAD (generalized anxiety disorder)**

**Major depression, chronic**

**Fibromyalgia**

Continue present meds. Agree with psychiatry consult before adding Savella. Recommend patient considering seeking another opinion from orthopedic surgery regarding her right wrist. Return in 3 to 4 months for follow-up.

**Patient Instructions by West, J David, MD at 5/19/2021 1:10 PM**

| | | |
|---|---|---|
| Author: West, J David, MD | Service: — | Author Type: Physician |
| Filed: 5/19/2021 1:36 PM | Encounter Date: 5/19/2021 | Status: Signed |
| Editor: West, J David, MD (Physician) | | |

I recommend you see gastroenterology for a colonoscopy.

I would like to remind you to see an ophthalmologist and obtain a thorough eye exam once per year.

I would like to remind you to see your gynecologist annually or as often as he/she has recommended..

**Telephone Encounter by McAndrew, Taylor E, MA at 7/2/2021 3:59 PM**

| | | |
|---|---|---|
| Author: McAndrew, Taylor E, MA | Service: — | Author Type: Medical Assistant - Certified |
| Filed: 7/2/2021 4:01 PM | Encounter Date: 7/2/2021 | Status: Signed |
| Editor: McAndrew, Taylor E, MA (Medical Assistant - Certified) | | |

Received disability paperwork.
Dr. Bourg does not fill out disability forms for patients unless she's known them > 6 months.

Patient informed and voiced understanding.

**Progress Notes by Vatsavayi, Venugopal, MD at 11/23/2021 1:00 PM**

Venugopal Vatsavayi, MD 11/23/2021 2:15 PM

**Comprehensive metabolic panel [247069477]**

Electronically signed by: **West, J David, MD on 09/02/21 0905** Status: **Active**
Ordering user: West, J David, MD 09/02/21 0905
Frequency: 09/02/21 -

Comprehensive metabolic panel [247069477] Result status: No result
Resulting lab: THE BATON ROUGE CLINIC LAB

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | Vein | — |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **11 - BRCLAB** | THE BATON ROUGE CLINIC LAB | Ashley Pourciau | 7373 Perkins Road BATON ROUGE LA 70808 | 03/09/20 0930 - Present |

**Lipid panel [247069478]**

Electronically signed by: **West, J David, MD on 09/02/21 0905** Status: **Active**
Ordering user: West, J David, MD 09/02/21 0905
Frequency: 09/02/21 -

Lipid panel [247069478] Result status: No result
Resulting lab: THE BATON ROUGE CLINIC LAB

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | Blood | Vein | — |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **11 - BRCLAB** | THE BATON ROUGE CLINIC LAB | Ashley Pourciau | 7373 Perkins Road BATON ROUGE LA 70808 | 03/09/20 0930 - Present |

**Hemoglobin A1c [247069479]**

Electronically signed by: **West, J David, MD on 09/02/21 0905** Status: **Active**
Ordering user: West, J David, MD 09/02/21 0905
Frequency: 09/02/21 -

Hemoglobin A1c [247069479] Result status: No result
Resulting lab: THE BATON ROUGE CLINIC LAB

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|

**Progress Notes - Encounter Notes (continued)**

**Progress Notes by West, J David, MD at 9/2/2021 9:10 AM (continued)** Version 1 of 1

5. Fibromyalgia
6. Type 2 diabetes mellitus without complication, without long-term current use of insulin (HCC)
7. Major depression, chronic
8. GAD (generalized anxiety disorder)[JW.1]

**PLAN**[JW.2]

No changes present meds. Encouraged to get flu vaccine this fall. Patient reminded to see GI for colonoscopy as she is past due for colon cancer screening. She is asked me to fill out a physician statement of disability for first insurance life of America. Return in 4 months for annual wellness physical exam.[JW.1]

Electronically signed by West, J David, MD on 9/2/2021 9:25 AM

**Attribution Key**

JW.1 - West, J David, MD on 9/2/2021 9:21 AM
JW.2 - West, J David, MD on 9/2/2021 9:01 AM

**Follow-up and Disposition History**

09/02/2021 0902 - J David West, MD

Dispositions: Return in about 4 months (around 1/2/2022) for Annual wellness physical exam.

09/02/2021 0902 - J David West, MD

Dispositions: Return in about 4 months (around 1/2/2022).

**Encounter Status**

Signed by West, J David, MD on 9/2/21 at 09:25

**Encounter-Level Documents:**

There are no encounter-level documents.

**All Orders - Lab**

**Comprehensive metabolic panel [247069477]**

Electronically signed by: **West, J David, MD on 09/02/21 0905** Status: **Active**
Ordering user: West, J David, MD 09/02/21 0905 Authorized by: West, J David, MD
Frequency: 09/02/21 -

**Lipid panel [247069478]**

Electronically signed by: **West, J David, MD on 09/02/21 0905** Status: **Active**
Ordering user: West, J David, MD 09/02/21 0905 Authorized by: West, J David, MD
Frequency: 09/02/21 -

**Hemoglobin A1c [247069479]**

Electronically signed by: **West, J David, MD on 09/02/21 0905** Status: **Active**

RX Date/Time 07/27/2021 13:21 8776974889 P.003
27 07 21 13:22:05 Social Security Admin HelpDeskH:8776974889 Page 3/4

KNIGHT, AMY RAY

WHOSE Records to be Disclosed

NAME (First, Middle, Last, Suffix)
Amy Ray Knight ✓AD

SSN | Birthday (mm/dd/yy)

## AUTHORIZATION TO DISCLOSE INFORMATION TO THE SOCIAL SECURITY ADMINISTRATION (SSA)

** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW **

I voluntarily authorize and request disclosure (including paper, oral, and electronic interchange):

**OF WHAT** *All my medical records; also education records and other information related to my ability to perform tasks.* **This includes specific permission to release:**

1. All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s) *including, and not limited to*:
   - Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
   - Drug abuse, alcoholism, or other substance abuse
   - Sickle cell anemia
   - Records which may indicate the presence of a communicable or noncommunicable disease; and tests for or records of HIV/AIDS
   - Gene-related impairments (including genetic test results)
2. Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.
3. Copies of educational tests or evaluations, including Individualized Educational Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations.
4. Information created within 12 months after the date this authorization is signed, as well as past information.

**FROM WHOM**
- All medical sources (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities
- All educational sources (schools, teachers, records administrators, counselors, etc.)
- Social workers/rehabilitation counselors
- Consulting examiners used by SSA
- Employers, insurance companies, workers' compensation programs
- Others who may know about my condition (family, neighbors, friends, public officials)

THIS BOX TO BE COMPLETED BY SSA/DDS (as needed) Additional information to identify the subject (e.g., other names used), the specific source, or the material to be disclosed:

ANGELA BOURG MD
BATON ROUGE, LA 70808

AMY MARIE RAY, SANCHES & ZVONEK

02/25/2020 to present. Thank you.

**TO WHOM** The Social Security Administration and to the State agency authorized to process my case (usually called "disability determination services"), including contract copy services, and doctors or other professionals consulted during the process. [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

**PURPOSE** Determining my eligibility for benefits, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.

☐ Determining whether I am capable of managing benefits ONLY (check only if this applies)

**EXPIRES WHEN** This authorization is good for 12 months from the date signed (below my signature).

- I authorize the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- I have read both pages of this form and agree to the disclosures above from the types of sources listed.

**PLEASE SIGN USING BLUE OR BLACK INK ONLY**

**INDIVIDUAL authorizing disclosure**

SIGN ▶ *Electronically Signed By* Amy Ray Knight

IF not signed by subject of disclosure, specify basis for authority to sign
☐ Parent of minor ☐ Guardian ☐ Other personal representative (explain)

(Parent/guardian/personal representative sign here if two signatures required by State law) ▶

| Date Signed 06/28/21 | Street Address | | |
|---|---|---|---|
| Phone Number (with area code) | City | State | ZIP |

**WITNESS** *I know the person signing this form or am satisfied of this person's identity:*

| SIGN ▶ *Attested by SSA or Designated State Agency Employee:* T Coleman | IF needed, second witness sign here (e.g., if signed with "X" above) SIGN ▶ |
|---|---|
| Phone Number (or Address) 866-613-3070 BATON ROUGE LA 70809-1606 | Phone Number (or Address) |

*This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPAA"), 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.*

Form SSA-827 (11-2012) ef (11-2012) Use 4-2009 and Later Editions Until Supply is Exhausted Page 1 of 2

Other Records

The Baton Rouge Clinic, AMC | BRC INTERNAL MEDICINE 7373 Perkins Rd Baton Rouge LA 70808-4326 | KNIGHT, Amy R MRN: 252940, DOB: Visit date: 12/28/2021 | Sex: F

CSO Family of Companies
P.O. Box 641866 • Omaha, NE 68164-7668
1-888-463-8128 • Fax: 1-800-325-8118

SIDE 1

When faxing forms, please follow up with originals by mail.

JUL 22 2021 CSO 3

## REPORT OF DISABILITY

The furnishing of this form is neither an admission of protection or liability by the Financial Institution or a waiver of any rights or defenses.

**INSTRUCTIONS:**

After you have been continuously and totally disabled beyond your required waiting period, the following steps should be followed:

(1) Part 1 is to be completed by the Financial Institution. An Addendum or loan / line of credit (LOC) number is required to consider benefits.
(2) Part 2 is to be completed by the Protected Borrower.
(3) Part 3 is to be completed by the current Employer or, if you are self-employed, you complete the Self-Employment statement.
(4) Part 4 is to be completed by the Physician who first treated you for this condition.
(5) The separate Authorization to Disclose Personal Information is to be completed by the Protected Borrower.
(6) Return the completed Report of Disability, and the completed Authorization to Disclose Personal Information in the enclosed envelope or send to CSO at the address shown above.

Unless all statements are completed, further consideration may be delayed.
We suggest that you keep in contact with your Financial institution and make sure your account remains current.

**PART 1** FINANCIAL INSTITUTION - LOAN / LOC INFORMATION
(If LOC, submit loan history for 2 months prior to the date of loss)

Financial Institution Name: Chase Bank
(Where the borrower sends their loan / LOC payments)
Address (street, city, state, zip): 6170 Jones Creek Rd, Baton Rouge, LA 70817 Phone Number: 225 332 4455
Addendum Number: N/A Effective Date of Protection: N/A Term: N/A
Loan / LOC Number: N/A (If different from Addendum Number) Effective Date of the Loan / LOC: N/A Term: N/A
Have loan extensions been granted on this Loan? ☐ Yes ☒ No
If Debt Cancellation Protection was offered through a dealer, please provide the Dealer's Name and a copy of the loan statement or payment coupon.
Dealer Name: Suban Baton Rouge
Financial Institution Officer's Signature: [signature] Personal Banker Date: 5/26/21
Printed Name: Eng Cawer

**PART 2** PROTECTED BORROWER INFORMATION:

Name: Amy Rae Knight Phone Number:
Social Security Number: Date of Birth:
Occupation: RN - Prior Auth. Hospice Nurse Reviewer Job Duties: assess + review Hospice PA requests, type decisions based on state contractual reg., communicate w/ providers, carry out reviews daily, answer phones
Are you a seasonal worker (a person whose occupation can be carried on only during certain seasons or fairly definite portions of the year)? ☐ Yes ☒ No
Name of Current Employer: Gainwell Technologies (most recent) Date of Hire: 9/2009
Employment information at time of loan: Employed By: Molina Medicaid Solutions/DXC Tech.
From ______ to ______
Address:
Phone Number:
Employment information at time of sickness or accident: Employed By: Gainwell Technologies
From ______ to current
Address: 355 Ledgelawn Dr. Conway, AR 72034
Phone Number: bonnie.martin@gainwelltechnologies
Date of first symptoms or date of accident: 6-6-2018 Date first unable to work: 2-25-2021
If disability is due to an accident, describe how accident occurred and provide a copy of the accident or police report (if any), and provide the complete name and address of the Medical Provider who first treated you: Worker Comp - Fall at work - Settled, worked under continued restrictions of typing w/ Dragon only and no lifting over [illegible] arm restrictions
Have you been able to return to work in any capacity? ☐ Yes ☒ No If Yes, list dates:
Please indicate your next scheduled appointment date along with the name and address of the Doctor you will be seeing.
Appointment Date: 5-10-2021 Doctor's Name & Address: Dr. Angele Bourg

WARNING: Any person who knowingly submits a request for benefits containing a false or deceptive statement is guilty of fraud and may be subject to criminal penalties.

The information provided herein is true and correct to the best of my knowledge.
Date: 5-10-2021 Protected Borrower's Signature: Amy R. Knight
Date of Birth: Address:
Mailing Address (if different):

Doc Type: med Doc Date: 9/2/21 Enc # / Ord. ID: ______ MRN: 252940 Name: Amy Knight Pages: 3

Form 4886 4th Rev. 8-17

Request Corr.

rom HylaFAX Enterprise Fri 10 Dec 2021 10:28:08 AM PST Page 1 of 3

57627353

LA680 12232021162207

RELEASEPOINT/WFL INC
JAN 24 2022
RECEIVED

Lincoln Financial Group

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

MAIL

Received
DEC 10 2021
MedSouth

BATON ROUGE CLINIC
7373 PERKINS RD
ATTN: MEDICAL RECORDS
BATON ROUGE, LA 70808

Date: Dec 10, 2021

**Re: Long Term Disability Benefits**
Claim# 8712984 11580689
Claimant: RAY KNIGHT, AMY
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: BATON

Dear MR 2252469770, 2,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From May 11, 2021 to Present**
Medical Rec -seen by: Angele Bourg, DR. VENUGOPAL GOPAL VATSAVAYI and Dr. West - Seen By: BATON ROUGE CLINIC

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

MR:91

MedSouth
☒ Processed
☐ Pending
DEC 30 2021
By: AD

Sincerely,
Manuel Cabading Jr.
Disability Information Specialist
Phone No.: (213) 269-4240
Fax No: (213) 884-4921

5/11/2021 → PR.

RPID: 8712984

# Quality Assurance Report

## Request Information

Report Date: January 24, 2022

**RP ID:** 8712984

Patient Name: RAY KNIGHT, AMY

Provider Name: BATON ROUGE CLINIC

## Quality Assurance Information

Scope Requested: **From May 11, 2021 to Present**

Special Request:

Medical Rec -seen by: Angele Bourg, DR. VENUGOPAL GOPAL VATSAVAYI and Dr. West - Seen By: BATON ROUGE CLINIC

Special Request Included? NO

Secondary Request Confirmed? NO

QC Notes:

Chart Reviewed By: DW

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. AMY RAY KNIGHT

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

January 13, 2022

Ms. Amy R. Ray Knight

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689

Dear Ms. Amy Ray Knight:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Gainwell Technologies's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by January 22, 2022.

We are still in need of medical records from Baton Rouge Clinic for records from Angele Boug, David West and Dr. Watsavayi

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-4102

Attachments: 11580689-REQUEST-CLAIMANT PROOF OF DISABILITY/FORMS-12.09.2021

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. AMY RAY KNIGHT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

December 10, 2021

Ms. Amy R. Ray Knight

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689

Dear Ms. Amy Ray Knight:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Gainwell Technologies's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

On December 9, 2021, we requested medical records from Dr. West, Dr. Vatsavayi and Dr. Bourg. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from May 11, 2021 through present from Dr. West, Dr. Vatsavayi and Dr. Bourg

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Gainwell Technologies's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by January 22, 2022, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information

by February 21, 2022, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than January 22, 2022 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-4102

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. AMY RAY KNIGHT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

December 22, 2021

Ms. Amy R. Ray Knight

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689

Dear Ms. Amy Ray Knight:

Your Healthcare facilities require their own facility specific authorization to obtain and release medical records. Attached is a copy of the facility specific authorization for your completion.

Please complete, sign, date, and return the attached form(s) and send back to your Disability Case Manager via mail, fax, or email at disabilitydocuments@lfg.com. If you email the form(s), please be sure to include your name and claim number in the subject line.
If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Renata Johnson
Disability Claims Examiner, LTD
On Behalf Of: Keri Young
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-4102

Attachments: Authorization - Medical
11112396-MEDICAL-FORMS - TREATING PROVIDER-12.20.2021

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ____________________

Name of legal representative, if applicable (print) ____________________ Relationship ____________

Signature of claimant or legal representative ____________________ Date: ____________

Date of Birth: ____________ Claim Number: 11580689

**A copy of this authorization will be considered as valid as the original.**

# AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

| | |
|---|---|
| PATIENT NAME (LAST, FIRST<br>KNIGHT, AMY | DOB |
| ADDRESS | SSN |

| | | |
|---|---|---|
| CITY | STATE | ZIP |

| PROVIDER AUTHORIZED TO RELEASE THE PHI: | ENTITY RECEIVING THE PHI: |
|---|---|
| **THE BATON ROUGE CLINIC**<br>**7373 PERKINS ROAD**<br><br>**BATON ROUGE, LA 70808** | NAME<br>LINCOLN FINANCIAL GROUP<br>ADDRESS<br>PO BOX 2578<br>CITY: OMAHA STATE: NE ZIP: 68172-9688<br>ATTENTION: |

This authorization will expire on the following date or event. If date or event are not indicated, authorization will expire within 12 months from date signed.

Date: Event:

Purpose of this Disclosure:
INSURANCE

## PHI AND DATES OF PHI AUTHORIZED FOR USE OR DISCLOSURE

| Description | Start Date | End Date |
|---|---|---|
| ☑ All PHI in the record | | |
| ☐ Progress Notes | | |
| ☐ Laboratory Tests | | |
| ☐ X-Ray Tests / Reports | | |
| ☐ History and Physical Examination | | |
| ☐ Discharge Summary | | |
| ☐ Consultation Reports | | |
| ☐ Itemized Billing Statement | | |
| ☐ Other: | | |

**The following information will be released when included in the above information unless you indicate otherwise:**

☐ AIDS or HIV test results ☐ Psychiatric or mental care / treatment

☐ Alcohol, drug or substance abuse treatment ☐ Other (specify):

**I UNDERSTAND THAT:**

1. I MAY REFUSE TO SIGN THIS AUTHORIZATION AND IT IS STRICTLY VOLUNTARY.
2. MY TREATMENT, PAYMENT, ENROLLMENT OR ELIGIBILITY FOR BENEFITS MAY NOT BE CONDITIONED ON SIGNING THIS AUTHORIZATION.
3. I MAY REVOKE THIS AUTHORIZATION AT ANY TIME IN WRITING TO THE PROVIDER AUTHORIZED TO RELEASE THE PROTECTED HEALTH INFORMATION, BUT IF I DO, IT WILL NOT HAVE ANY AFFECT ON ANY ACTIONS TAKEN PRIOR TO RECEIVING THE REVOCATION.
4. IF THE RECIPIENT IS NOT A HEALTH PLAN OR HEALTH CARE PROVIDER, THE RELEASED INFORMATION MAY NO LONGER BE PROTECTED BY FEDERAL PRIVACY REGULATIONS AND MAY BE REDISCLOSED.
5. I HAVE THE RIGHT TO RECEIVE A COPY OF THIS FORM AFTER I SIGN IT.

| | |
|---|---|
| **Signature of Patient:** | **Date:** |
| **Signature of Representative (if necesary):** | **Date:** |
| **Personal Representative's Relationship to Patient:** | |

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. AMY RAY KNIGHT

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

December 10, 2021

Ms. Amy R. Ray Knight

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689

Dear Ms. Amy Ray Knight:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Gainwell Technologies's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

On December 9, 2021, we requested medical records from Dr. West, Dr. Vatsavayi and Dr. Bourg. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

> Office treatment notes, test results, operative reports, prescription histories, and treatment plans from May 11, 2021 through present from Dr. West, Dr. Vatsavayi and Dr. Bourg

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Gainwell Technologies's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by January 22, 2022, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information

by February 21, 2022, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than January 22, 2022 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-4102

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. AMY RAY KNIGHT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

November 2, 2021

Ms. Amy R. Ray Knight

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689

Dear Ms. Amy Ray Knight:

We are writing in reference to your claim for benefits under the Long Term Disability (LTD) Policy issued to your employer.

At the time your LTD claim was approved we asked you to provide our office with proof of your application for Social Security Disability Income (SSDI) benefits. This should include an official proof of filing and/or complete copy of any award, denial or appeal notification.

This information should be documentation you received directly from the Social Security Administration (SSA) office. Should you not have your most recent copy available, your local SSA office will be able to provide you with a copy to return to our office.

The LTD policy provides that Disability benefits will be reduced by the amount of Social Security benefits which you and your spouse and family are eligible to receive. The policy also provides that, if you do not apply for Social Security benefits, LTD benefits will be reduced by the amount of Social Security benefits you and your spouse and family would be eligible to receive, if application had been made. Once a Social Security Application is made, you must pursue the application until Social Security makes a final decision. We consider a final decision one made at the Administrative Law Judge level.

Please provide us proof of your application. If you have not already done so, you can initiate your application by either calling the Social Security Administration (SSA) toll free at 1-800-772-1213 (for TTY call 1-800-325-0778), applying directly online at www.socialsecurity.gov/disabilityssi/apply.html, or by visiting your local Social Security office and provide us with proof of application.

If you have obtained your own legal representation, please provide us with your representative's contact information for future requests of information and/or updates.

You may forward this information to my attention at:

- The address in the above letterhead
- Fax Number: 1-402-501-9364, or
  - Email: Rosalind.gerald@lfg.com

Should you have any questions regarding this matter, feel free to contact me at 888-437-7611, ext-59678.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rosalind Gerald
Social Security Specialist
Phone No.: (888) 437-7611 Ext. 59678
Secure Fax No.: (402) 501-9364

RETURN TO:
OFFICE OF WORKERS' COMPENSATION
POST OFFICE BOX 94040
BATON ROUGE, LA 70804-9040
(225) 342-7565
TOLL FREE (800) 201-3457

1. Social Security No. ______
2. Date of Injury/Illness 06/06/18
3. Part(s) of Body Injured multiple body parts
4. OWC Docket Number 20-02979
5. OWC District Number 5

**REQUEST FOR COMPROMISE OR LUMP SUM SETTLEMENT**

11/16/2020
DATE OF APPROVAL

[signature]
JUDGE

**EMPLOYEE**

6. Name Amy Knight
Street or Box ______
City ______
State ______ Zip ______
Phone ______

**EMPLOYEE'S ATTORNEY**

7. Name Robert L. Campbell
Street or Box 955 McClung Street
City Baton Rouge, LA 70802
State ______ Zip ______
Phone 225-383-4010

**EMPLOYER**

8. Name Molina Healthcare, Inc.
Street or Box 8545 United Plaza Blvd., Ste. 110
Baton Rouge, LA 70809
State ______ Zip ______
Phone 504-482-2735

**INSURER/ADMINISTRATOR (circle one)**

9. Name Gallagher Bassett
Street or Box P.O. Box 2934
City Clinton, IA 52733-2934 Zip ______
Phone 501-392-3056

**EMPLOYER/INSURER'S ATTORNEY (circle one)**

10. Name KEITH E. PITTMAN
Street or Box 3320 West Esplanade Avenue North
City Metairie, LA 70002
State ______ Zip ______
Phone 504-831-7270

11. DATE OF SETTLEMENT CONFERENCE ______
12. TERMS AND AMOUNT OF SETTLEMENT: $75,000.00
13. BENEFITS PAID TO DATE:
a.) AVERAGE WEEKLY WAGE: $0.00
b.) WORKERS' COMPENSATION BENEFITS: $0.00
c.) MEDICAL BENEFITS: $4,782.15
d.) DEATH BENEFITS: ______
14. ATTORNEY FEES PAID TO DATE: ______
15. ADDITIONAL FEES REQUIRED: ______

**ATTACHMENTS REQUIRED:**

X
X JOINT PETITION OR ON FILE ___
X FORM 1007 ATTACHED ___ OR ON FILE ___
X EMPLOYEE AFFIDAVIT
X EMPLOYER CONCURRENCE
X ALLEGATION OF LEGAL REPRESENTATION

X MOST RECENT MEDICAL REPORT
X WAIVER OF RIGHTS UNDER L.R.S. 23:1271
X FILING FEE PAID
X ORDER OF APPROVAL
X MOTION AND ORDER FOR ATTORNEY FEES
X MOTION AND ORDER TO DISMISS 1 008 (IF APPLICABLE)

SUBMITTED BY: KEITH E. PITTMAN

PHONE: 504-831-7270

LDOL-WC-1011
REV. 1/98

MAIL TO:
OFFICE OF WORKERS' COMPENSATION
POST OFFICE BOX 94040
BATON ROUGE, LA 70804-9094
(225) 342-7565, TOLL FREE (800) 201-3457

SOCIAL SECURITY NUMBER

06/06/18
DATE OF INJURY/ILLNESS

# STOP PAYMENT FORM

This form is sent by the Employer/Insurer to the injured workers and the OWCA within 30 days of the closure of a case. An **AMENDED COPY** is required if the case re-opens or additional costs are incurred.

1 Amy Knight (Employee) (Date of Birth)

2 11/13/20 Date of this Notice

3 multiple body parts Part(s) of Body Injured

4 Date Compensation Paid Through

1 Purpose of Form: (check one)
- _ Payment stopped-Employee working at equal or greater wages
- _ Payment stopped-Employee able to work at same or greater wages
- X Payment stopped-Lump sum/Compromise settlement approved
- _ Other
- _ Payment stopped-Maximum period for paying SEB has expired
- _ Payment stopped-3rd Party recovery without notice
- _ Amend or correct prior 1003

5 Length of Disability ______ weeks ______ days.

7 Give ICD - 9 Diagnostic code(s) ______

8 Give CPT Procedure code(s) ______

9. COSTS INCURRED FOR THIS CASE:

A. Indemnity Benefits
1. Temporary total ______
2. Supplemental earnings ______
3. Permanent partial ______
4. Permanent total ______
5. Death Benefits ______
6. Other Benefits $0.00

TOTAL INDEMNITY BENEFITS (Add A. Items 1-6) $ $0.00

B. TOTAL SETTLEMENT AMOUNT $ $75,000.00

C. Medical Expenses
1. Hospital ______
2. Physician ______
3. Diagnostic Tests/Procedures ______
4. Prescription Drugs ______
5. Transportation Costs ______
6. Independent Medical Exams ______
7. Occupational/Physical Therapy ______
8. Other $4,782.15

TOTAL MEDICAL EXPENSES (Add C. Items 1-8) $4,782.15

D. Rehabilitation Expenses
1. Medical Rehabilitation ______
2. Vocational Rehabilitation ______
3. Labor Market Survey ______
4. Evaluation ______
5. Other ______

TOTAL REHABILITATION EXPENSES (Add D. Items 1-5) $ ______

E. TOTAL FUNERAL EXPENSES $ ______

F. Legal Expenses
1. Attorney Fees ______
2. Court Costs ______
3. Deposition Costs ______
4. Investigative Costs ______
5. Penalties and Interest ______
6. Administrative/Other Costs ______

TOTAL LEGAL EXPENSES (Add F. Items 1-6) $ ______

G. 3 RD PARTY RECOVERY FOR COSTS (Not Included Above) $ ______

H. TOTAL WORKERS' COMPENSATION COSTS (Add A-G) $ $79,782.15

I. BALANCE OF UNUSED RESERVES $ ______

Submitted by:
Preparer's Name: KEITH E. PITTMAN
Employer: Molina Healthcare, Inc.
Address: 3320 W. Esplanade Avenue North
Metairie, LA 70002
Phone: ~~(504) 831-7270~~
Employer/Insurer NCCI Number: ______

LDOL-WC-1003
REV. 10/98

D:\PrintImageBundler\Temp\1176423\Originals\LO201806073615B31160684F49B7DAD951A547BBFF.pdf

127514411 06/07/2018

# WORKERS COMPENSATION – FIRST REPORT OF INJURY OR ILLNESS

EMPLOYER (NAME & ADDRESS INCL ZIP)
BATON ROUGE STE 250 - LAMMADM02
8545 UNITED PLAZA BLVD - STE 250
BATON ROUGE LA 70809

CARRIER/ADMINISTRATOR CLAIM NUMBER | OSHA LOG NUMBER | REPORT PURPOSE CODE

JURISDICTION | JURISDICTION CLAIM NUMBER

INSURED REPORT NUMBER: 127514411

EMPLOYER'S LOCATION ADDRESS (IF DIFFERENT): BATON ROUGE STE 250, 8545 UNITED PLAZA BLVD, BATON ROUGE LA 70809

LOCATION #: LAMMADM02

PHONE #

INDUSTRY CODE: 6324 | EMPLOYER FEIN: 134204626

## CARRIER/CLAIMS ADMINISTRATOR

CARRIER (NAME, ADDRESS, & PHONE #)

POLICY PERIOD: TO

CHECK IF APPROPRIATE: SELF INSURANCE

CLAIMS ADMINISTRATOR (NAME, ADDRESS & PHONE NO)
Gallagher Bassett
P.O. Box 292109
Nashville TN 372292109
(615) 391-0894

CARRIER FEIN | POLICY/SELF-INSURED NUMBER | ADMINISTRATOR FEIN

AGENT NAME & CODE NUMBER

## EMPLOYEE/WAGE

NAME (LAST, FIRST, MIDDLE): KNIGHT, AMY

DATE OF BIRTH | SOCIAL SECURITY NUMBER | DATE HIRED: 09/21/2009 | STATE OF HIRE

ADDRESS (INCL ZIP): USA

SEX: [ ] MALE [✓] FEMALE UNKNOWN

MARITAL STATUS: [ ] UNMARRIED SINGLE/DIVORCED [✓] MARRIED SEPARATED [ ] UNKNOWN

OCCUPATION/JOB TITLE: RN ANALYST

EMPLOYMENT STATUS: ACTIVE

PHONE

# OF DEPENDENTS: 0

NCCI CLASS CODE

RATE PER $29.85 | [ ] DAY [ ] WEEK | [ ] MONTH [✓] OTHER: HOUR | DAYS WORKED/WEEK: 5

FULL PAY FOR DAY OF INJURY? [ ] YES [ ] NO
DID SALARY CONTINUE? [ ] YES [ ] NO

## OCCURRENCE/TREATMENT

TIME EMPLOYEE BEGAN WORK: [ ] AM [ ] PM

DATE OF INJURY/ILLNESS: 06/06/2018

TIME OF OCCURRENCE: 08:10 [✓] AM [ ] PM — CANNOT BE DETERMINED

LAST WORK DATE: 06/06/2018

DATE EMPLOYER NOTIFIED: 06/06/2018

DATE DISABILITY BEGAN

CONTACT NAME/PHONE NUMBER: JUAN GARCIA (562)528-5530

TYPE OF INJURY/ILLNESS | PART OF BODY AFFECTED

DID INJURY/ILLNESS/EXPOSURE OCCUR ON EMPLOYER'S PREMISES? [✓] YES [ ] NO

TYPE OF INJURY/ILLNESS CODE: 0 | PART OF BODY AFFECTED CODE: 0

DEPARTMENT OR LOCATION WHERE ACCIDENT OR ILLNESS EXPOSURE OCCURRED

ALL EQUIPMENT, MATERIALS, OR CHEMICALS EMPLOYEE WAS USING WHEN ACCIDENT OR ILLNESS EXPOSURE OCCURRED

SPECIFIC ACTIVITY THE EMPLOYEE WAS ENGAGED IN WHEN THE ACCIDENT OR ILLNESS EXPOSURE OCCURRED

WORK PROCESS THE EMPLOYEE WAS ENGAGED IN WHEN ACCIDENT OR ILLNESS EXPOSURE OCCURRED

HOW INJURY OR ILLNESS/ABNORMAL HEALTH CONDITION OCCURRED. DESCRIBE THE SEQUENCE OF EVENTS AND INCLUDE ANY OBJECTS OR SUBSTANCES THAT DIRECTLY INJURED THE EMPLOYEE OR MADE THE EMPLOYEE ILL
EE STATES SHE WAS WALKING TO HER SUPERVISORS OFFICE WHEN SHE TRIPPED ON THE

CAUSE OF INJURY CODE: 0

DATE RETURN(ED) TO WORK | IF FATAL, GIVE DATE OF DEATH

WERE SAFEGUARDS OR SAFETY EQUIPMENT PROVIDED? [ ] YES [ ] NO
WERE THEY USED? [ ] YES [ ] NO

PHYSICIAN/HEALTH CARE PROVIDER (NAME & ADDRESS)

HOSPITAL OR OFF SITE TREATMENT (NAME & ADDRESS)
2380 O'NEAL LANE
SUITE A
BATON ROUGE LA 70816

INITIAL TREATMENT
[ ] NO MEDICAL TREATMENT
[ ] MINOR: BY EMPLOYER
[ ] MINOR CLINIC/HOSP
[ ] EMERGENCY CARE
[ ] HOSPITALIZED > 24 HOURS
[ ] FUTURE MAJOR MEDICAL/LOST TIME ANTICIPATED

## OTHER

WITNESSES (NAME & PHONE #)

| DATE ADMINISTRATOR NOTIFIED | DATE PREPARED | PREPARER'S NAME & TITLE | PHONE NUMBER |
|---|---|---|---|
| 06/06/2018 | 06/07/2018 | JUAN GARCIA via internet (WORKERS' COMP | (562)528-5530 |

LWC-WC IA-1 IAIABC 2002

**OFFICE OF WORKERS' COMPENSATION ADMINISTRATION**
**SETTLEMENT CHECKLIST**

| | | | |
|---|---|---|---|
| DOCKET NUMBER: 20-02979 [5] | | PENDING 1008 | ☒ Yes ☐ No |
| EMPLOYEE'S NAME | | AMY KNIGHT | |
| EMPLOYEE'S SS#: | | | |
| EMPLOYER'S NAME | | MOLINA HEALTHCARE, INC. | |
| INSURER'S NAME: | | | |
| DATE OF ACCIDENT: | | 06/06/2018 | |
| SETTLEMENT CONFERENCE DATE: (Required if Unrepresented Employee) | | | |
| LDOL-WC 1003 (optional) | ☒ | LDOL-WC 1011 ☒ LDOL-WC 1007 | ☒ |
| FILING FEE $ 50.00 | ☐ | | |
| INTERVENER | ☐ | | |
| JOINT PETITION | ☒ | Signed by Employee | ☒ |
| | | Signed by Employee's Attorney | ☒ |
| | | Signed by Employer's Attorney | ☒ |
| SETTLEMENT AMOUNT | | $75,000.00 | |
| TORT WAIVER | | | |
| AFFIDAVIT OF REPRESENTATION | | Signed by Employee's Attorney | ☒ |
| | | Signed by Employer's Attorney | ☒ |
| VERIFICATION BY EMPLOYEE | ☒ | | |
| MOTION AND ORDER FOR APPROVAL OF ATTORNEY FEES | | | ☒ |
| MEDICAL REPORTS | ☐ | OR WAIVER OF L.R.S. 23:1271(A)(3) | ☒ |
| ORDER OF APPROVAL | ☒ | MOTION AND ORDER OF DISMISSAL | ☒ |

| | | |
|---|---|---|
| AMY KNIGHT | * | NUMBER 20-02979 DISTRICT 5 |
| versus | * | OFFICE OF WORKER'S COMPENSATION |
| MOLINA HEALTHCARE, INC. | * | STATE OF LOUISIANA |

**************************************************

**ORDER**

This matter has been presented to the Office on the joint petition and agreement of AMY KNIGHT, MOLINA HEALTHCARE, INC. and FARMINGTON CASUALTY COMPANY and the Court having been fully informed; and it appearing that the said AMY KNIGHT has been fully advised of all her rights under the laws of Louisiana, particularly the Louisiana Workmen's Compensation Laws, being Act 20 of 1914 of Louisiana as amended and reenacted, the Office being of the opinion that there are one or more serious bona fide disputes existing between the parties as defined by Act 96 of 1942 of Louisiana and the other laws of Louisiana, that the parties specifically waive the provisions of LSA-R.S. 23:1271(A)(3), and that the settlement is reasonable, fair and equitable; and the settlement does substantial justice to the parties and was entered into primarily to avoid litigation;

IT IS, THEREFORE, ORDERED that the said compromise settlement be, and it is hereby approved and that, accordingly, the said AMY KNIGHT shall recover from MOLINA HEALTHCARE, INC. and FARMINGTON CASUALTY COMPANY in solido the amount of $75,000.00, all in full and final payment, settlement, satisfaction and compromise of any and all claims for worker's compensation, including past and future medical expenses, vocational rehabilitation expenses, penalties, attorneys' fees, damages, weekly or monthly benefits under Section 1221 and expenses due and to become due the

said AMY KNIGHT by MOLINA HEALTHCARE, INC. and FARMINGTON CASUALTY COMPANY arising under the Louisiana Workers' Compensation Laws or any other laws of Louisiana or however, arising, on account of and/or growing out of the alleged accident and injuries to AMY KNIGHT which occurred on or about June 6, 2018 or at any other time, or anything else that may have occurred to AMY KNIGHT while employed by MOLINA HEALTHCARE, INC. Further, for Social Security purposes, it is expected that the functionally limited effects of the injuries or medical conditions upon which this settlement is based shall exist for the remainder of Amy Knight's life expectancy. Accordingly, the amount paid to Amy Knight pursuant to this compromise settlement agreement after attorney's fees shall serve as a substitute for periodic worker's compensation payments owed and/or payable for the remainder of Amy Knight's life expectancy of 31 years, which computes to a specified monthly rate of $161.29 (One Hundred Sixty-One Dollars and 29/100). This settlement is a compromise settlement and is not a lump sum settlement of Permanent and Total Disability, as such, the provisions of LSA R.S. 23:1274 do not apply to this settlement agreement.

IT IS FURTHER ORDERED that the employee shall execute a Receipt and Release provided by employer which becomes effective upon negotiation of the settlement funds by the claimant and/or her attorney.

ORDER READ, RENDERED AND SIGNED at Baton Rouge, Louisiana, this 16th day of November, 2020.

WORKER'S COMPENSATION JUDGE

| | | |
|---|---|---|
| AMY KNIGHT | * | NUMBER 20-02979 DISTRICT 5 |
| versus | * | OFFICE OF WORKER'S COMPENSATION |
| MOLINA HEALTHCARE, INC. | * | STATE OF LOUISIANA |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**JOINT MOTION AND ORDER TO DISMISS**

Plaintiff, AMY KNIGHT, and defendants, MOLINA HEALTHCARE, INC. and FARMINGTON CASUALTY COMPANY, who, upon suggesting to this Honorable Court that all claims and causes of action present in this litigation have been amicably resolved, move this Honorable Court for an Order dismissing this litigation, with prejudice, each party to bear its own costs.

Respectfully submitted,

KEITH E. PITTMAN—25828
Attorneys for MOLINA HEALTHCARE, INC., Employer and FARMINGTON CASUALTY COMPANY, Insurer
3320 W. Esplanade Avenue North
Metairie, LA 70002
Telephone: (504) 831-7270

ROBERT L. CAMPBELL
Attorney for AMY KNIGHT
955 McClung Street
Baton Rouge, LA 70802
Telephone: 225-383-4010

**ORDER**

Considering the foregoing settlement pleadings;

IT IS HEREBY ORDERED that the above-captioned case be dismissed pursuant to the Joint Petition for Settlement approved by Order dated ____________________.

Baton Rouge, Louisiana, this 16th day of November, 2020.

WORKER'S COMPENSATION JUDGE

| | | |
|---|---|---|
| **AMY KNIGHT** | **DOCKET:** | **DISTRICT: 05** |
| **VERSUS** | **OFFICE OF WORKERS' COMPENSATION** | |
| **MOLINA HEALTHCARE, INC.** | **STATE OF LOUISIANA** | |

**MOTION FOR APPROVAL OF ATTORNEY'S FEES**

NOW INTO COURT, comes **Robert L. Campbell**, stating that he is the attorney of record for claimant, Amy Knight, in this matter. Claimant and attorney contracted for legal services pursuant to LSA-R.S. 23:1141.

Mover, **Robert L. Campbell,** provided legal services in accordance with said contract. Mover's legal services resulted in a lump sum settlement in the amount of $75,000.00. Mover asks this District Judge to approve his fees for work performed on behalf of claimant in procuring this settlement in the amount of $15,000.00.

Respectfully submitted:

**Williamson, Fontenot,**
**Campbell & Whittington, LLC**
955 McClung Street
Baton Rouge, LA 70802
Telephone: (225) 383.4010
Facsimile: (225) 383.4114

Robert L. Campbell - LA Bar Roll No. 27986
Attorney for Employee

| | |
|---|---|
| **AMY KNIGHT** | **DOCKET: 20-02979 DISTRICT: 05** |
| **VERSUS** | **OFFICE OF WORKERS' COMPENSATION** |
| **MOLINA HEALTHCARE, INC.** | **STATE OF LOUISIANA** |

**ORDER APPROVING ATTORNEY'S FEES**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that attorney's fees with reference to the representation of Amy Knight in this matter be set at $15,000.00, for legal services provided by Robert L. Campbell and Williamson, Fontenot, Campbell & Whittington, LLC.

THUS DONE AND SIGNED at Baton Rouge, Louisiana, this 16th day of November, 2020.

JUDGE, OFFICE OF WORKERS' COMPENSATION

| | | |
|---|---|---|
| AMY KNIGHT | * | NUMBER 20 - 02979 DISTRICT 5 |
| versus | * | OFFICE OF WORKER'S COMPENSATION |
| MOLINA HEALTHCARE, INC. | * | STATE OF LOUISIANA |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PETITION FOR SETTLEMENT OF**
**WORKER'S COMPENSATION CLAIM**

The joint petition of AMY KNIGHT referred to in this petition as "employee"; and MOLINA HEALTHCARE, INC. whose principal place of business is in East Baton Rouge Parish and referred to in this petition as "employer," and of FARMINGTON CASUALTY COMPANY, a foreign insurance company authorized to do and doing business in the State of Louisiana, referred to in this petition as "insurer"; and with respect represent that:

I.

Employee alleges that on or about June 6, 2018, she sustained a left arm/wrist injury while in the course and scope of her employment.

II.

Immediately following the aforesaid accident and injury, employee was treated by Dr. Rick Ahmad.

III.

As will appear from the medical report attached hereto, employee was last treated by Dr. Rick Ahmad.

IV.

Employee, employer and insurer are aware of the six-month post-temporary, total disability requirement of LSA-R.S. 23:1271(A)(3) and herein specifically waive that requirement for the purpose of approval of this settlement.

V.

Employee insists that she is totally disabled and/or has suffered a wage loss and a bona fide dispute has arisen between employee on the one hand and employer and insurer on the other, regarding employee's right to compensation. Employer and insurer maintain that: employee had no accident; employee's condition has resolved; she has no residual disability; and she has been paid all benefits she is entitled to under the Louisiana Worker's Compensation Act.

VI.

Employer and insurer have already paid employee $0.00 in compensation benefits and $4,782.15 in medical benefits.

VII.

In view of the bona fide dispute existing between employee, employer and insurer and in order to dispose of the controversial issues presented by this case and to compromise all questions of law and fact with regard to employee's claim for compensation, employer and insurer have agreed to pay the amount of $75,000.00, in addition to the medical expenses and benefits already paid; and employee has agreed to accept this settlement granting full acquittance, compromise and discharge of any and all liability, including but not limited to liability under the worker's compensation laws of this state or any other state and the tort laws of this state or any other state, which

employer and insurer, or any of employer's agents, representatives, officers, stockholders, directors and/or employees have or may have to said employee as a result of the accident on or about June 6, 2018 or any actions against the employer or insurer for any other accidents or incidents, which arose out of the employment.

VIII.

It is the intent of the employee and all parties hereto that this settlement will fully and finally resolve all claims employee has under the Louisiana Workers' Compensation law arising out of the accident on June 6, 2018. Employee hereby acknowledges, understands and intends that the amount being received in this settlement is in full, final and complete satisfaction of all such claims in their entirety against all parties hereto and all such other entities that might have any obligation or responsibility under the Louisiana Workers' Compensation law arising out of the accident on June 6, 2018.

IX.

Employee understands that this settlement will release the employer and insurer from any obligation to pay past or future weekly benefits and past or future medical benefits whether or not those medical bills have been submitted to the employer. Employer/Insurer shall remain responsible for outstanding medical bills with approved health care providers incurred prior to the date the order of approval is signed.

X.

Employer has been advised of and concurs with the terms of this settlement.

XI.

Employee and employer further agree that as a condition of this settlement, the claimant shall execute a Receipt and Release that shall become effective upon the signing

of the Order approving the settlement and negotiation of the settlement check by the claimant and/or her attorney.

VIII.

For Social Security purposes, it is expected that the functionally limited effects of the injuries or medical conditions upon which this settlement is based shall exist for the remainder of Amy Knight's life expectancy. Accordingly, the amount paid to Amy Knight pursuant to this compromise settlement agreement after attorney's fees shall serve as a substitute for periodic worker's compensation payments owed and/or payable for the remainder of Amy Knight's life expectancy of 31 years, which computes to a specified monthly rate of $161.29 (One Hundred Sixty-One Dollars and 29/100). This settlement is a compromise settlement and is not a lump sum settlement of Permanent and Total Disability, as such, the provisions of LSA R.S. 23:1274 do not apply to this settlement agreement.

WHEREFORE, employee prays that the proposed compromise settlement petition and agreement be approved by the Office and that accordingly, AMY KNIGHT receive from MOLINA HEALTHCARE, INC. and FARMINGTON CASUALTY COMPANY the amount of $75,000.00, in full and final settlement, payment, satisfaction and compromise of any and all claims which AMY KNIGHT has or may hereafter acquire against MOLINA HEALTHCARE, INC. and FARMINGTON CASUALTY COMPANY, or any of its agents, representatives, officers, stockholders, directors and/or employees, whether by way of compensation, medical, surgical or hospital expenses, vocational rehabilitation expenses, penalties, attorneys' fees, damages and all other amounts, if any, which might be due by MOLINA HEALTHCARE, INC. or any of its

agents, representatives, officers, stockholders, directors or employees and/or FARMINGTON CASUALTY COMPANY to AMY KNIGHT by reason of any alleged accident on or about June 6, 2018 or any accident prior to the date hereof.

KEITH E. PITTMAN--25828
Attorneys for MOLINA HEALTHCARE, INC., Employer and FARMINGTON CASUALTY COMPANY, Insurer
3320 W. Esplanade Avenue North
Metairie, LA 70002
Telephone: (504)831-7270

AMY KNIGHT, Employee

ROBERT L. CAMPBELL
Attorney for AMY KNIGHT
955 McClung Street
Baton Rouge, LA 70802
Telephone: 225-383-4010

**AFFIDAVIT**

STATE OF LOUISIANA

PARISH OF EBR

BEFORE ME, the undersigned authority, personally came and appeared,

AMY KNIGHT,

who, being sworn and deposed, said:

1. That she is the employee in the foregoing joint petition and agreement;
2. That she has had said joint petition read to her by her attorney and fully explained to her as to her rights and the consequences of the settlement;
3. That the allegations of fact contained therein and made by her are true and correct;
4. That she fully understands it, her rights and the consequences of entering into the settlement; and that she has entered into said compromise settlement, petition and agreement freely and voluntarily, with full knowledge of its contents and meaning; and
5. That she has not applied for or received any social security or medicare benefits of any kind.

Amy R. Knight
AMY KNIGHT

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 5 DAY
OF Nov, 20 __

NOTARY PUBLIC

Bobby Campbell #27926
PRINT NOTARY NAME AND
NOTARY ID NUMBER

**AFFIDAVIT**

STATE OF LOUISIANA

PARISH OF JEFFERSON

BEFORE ME, the undersigned authority, personally came and appeared,

KEITH E. PITTMAN,

who, being sworn and deposed, said:

1. That he is a Director in the law firm of Juge, Napolitano, Guilbeau, Ruli & Frieman, PLC, of counsel for MOLINA HEALTHCARE, INC. and FARMINGTON CASUALTY COMPANY;
2. That he is also attorney and agent for said parties and has signed the said joint petition and agreement; and
3. That the allegations of fact contained therein and made by the employer are true and correct to the best of his knowledge, information and belief.

KEITH E. PITTMAN--25828
3320 W. Esplanade Avenue North
Metairie, LA 70002

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 13th DAY
OF November, 2020.

NOTARY PUBLIC

John J. Giacomino
PRINT NOTARY NAME AND
NOTARY ID NUMBER

**AFFIDAVIT**

STATE OF LOUISIANA

PARISH OF E.B.R.

BEFORE ME, the undersigned authority, personally came and appeared,

ROBERT L. CAMPBELL,

who, being sworn and deposed, said:

1. That he is the attorney for AMY KNIGHT;
2. That he has read the settlement documents to AMY KNIGHT and explained to her rights and the consequences of this settlement; and
3. AMY KNIGHT expressed her understanding of the settlement documents, her rights under the Workers' Compensation Law, and the consequences of entering into the settlement.

ROBERT L. CAMPBELL
955 McClung Street
Baton Rouge, LA 70802

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 9th DAY
OF November, 20 24

NOTARY PUBLIC
MICHELE H. BONADONA
NOTARY NO. 67588

PRINT NOTARY NAME AND
NOTARY ID NUMBER

D:\PrintImageBundler\Temp\1176423\Originals\7693682_NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| July 3, 2019 at 9:19:01 AM CDT | 6506556633 | 890 | 25 | Received |

From: Danielle Wright Fax: 12254120307 To: Gallagher Bassett Fax: (225) 296-5865 Page: 7 of 25 07/03/2019 9:04 AM

**PATIENT NAME: AMY RAY KNIGHT CHART NO: 45455**

**5/17/19 CC: W/C**

Amy is here in follow-up of her left arm pain and elbow injury. It is almost a year. I sent her for a functional capacity evaluation. She is here in follow-up of the results.

She demonstrated submaximal effort and self-limiting behavior. She did not have a bell-shaped curve on her grip strength testing.

They put some restrictions down and thought she would follow the restrictions. I think Amy does not want to follow those restrictions. I think that she believes that she can doles with her arm than the FCE indicated.

She asked about doing therapy. We worked on her motion early on but I have not sent her for any strengthening. It is not an unreasonable idea. I am going to send her for work conditioning and see what that does for her. Continue her work restrictions. I will see her back in six weeks after she has had a chance to do a month of work conditioning.

**Rick Ahmad, M.D./sk**

Denis Paul Juge*
Jeffrey C. Napolitano
Joseph B. Guilbeau
Thomas M. Ruli
Lawrence B. Frieman
Matthew M. Putfark
Keith E. Pittman

*Also licensed in Mississippi

WC DEFENSE
JUGE, NAPOLITANO, GUILBEAU, RULI & FRIEMAN
A PROFESSIONAL LAW CORPORATION

*Please reply to the Metairie address below.*

Jeffrey I. Mandel
Bradley P. Naccari
John V. Quaglino
Jennifer Sullivan Lambert

Kathleen W. Will
Elizabeth Lynn Finch
Courtney A. Ruli
Jade C. McKeough

November 12, 2020

Writer's E-Mail Address:
kpittman@wcdefense.com

Worker's Compensation Judge
District 5
Office of Worker's Compensation
224 Florida Blvd., Suite 100
Baton Rouge, LA 70801

Re: Amy Knight v. Molina Healthcare, Inc.
OWCA No. 20-02979, District 5
Our File: 58-27528

Dear Judge:

Enclosed for your review and approval are the following:

1. Petition and Order for Settlement of Worker's Compensation Claim;
2. Order of Dismissal;
3. Completed Form LDOL 1011;
4. Completed Form LDOL 1003;
5. Employer's First Report of Injury; and
6. The most recent medical report relating to this claim.

Please process the Petition as soon as possible and advise of your recommendation.

Very truly yours,

KEITH E. PITTMAN

KEP/lb
Enclosures
cc: Robert L. Campbell, Esq.
Gallagher Bassett
Claim No. 005350-001795-WC-01

3320 West Esplanade Avenue North / Metairie, Louisiana 70002
330 North New Hampshire Street • Covington, Louisiana 70433
504.831.7270 • Fax 504.831.7284 • WWW.WCDEFENSE.COM

From: LFGNotifications@LFG.com
Sent: Thursday, September 30, 2021 3:34:25 PM
To:
CC:
BCC:
Subject: [Send Secure]Gainwell Technologies Claim No. 11580689 Amy Ray Knight
Attachments: hnnmgag5lffntpwckt9v_11333829.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

September 30, 2021

Ms. Amy R. Ray Knight

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689

Dear Ms. Amy Ray Knight:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Gainwell Technologies's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

Your benefit begin on August 26, 2021 and you will be receiving estimated gross amount of $3,151.40 per month

You will continue to receive benefits provided all contractual provisions continue to be met or until you return to work or other income benefits are awarded as defined by the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-4102

WILLIAMSON FONTENOT & CAMPBELL, LLC IOLTA ACCOUNT 15393

DATE : Dec/21/2020
CHE # : 15393
AMOUNT : $59,522.00
ACCOUNT: TRUST - 3
PAID TO: Amy Knight

W. Comp. Settlement Proceeds

CLIENT: 1050 - Campbell, Robert
MATTER: 1050-1770

SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM

**WILLIAMSON FONTENOT**
**CAMPBELL & WHITTINGTON LLC**
IOLTA ACCOUNT
955 MCCLUNG STREET
BATON ROUGE, LA 70802

CAPITAL ONE
Capital One, N.A.

15393
15393 14-9/650

Fifty Nine Thousand Five Hundred Twenty Two ************************ 00/100

DATE AMOUNT

PAY TO THE ORDER OF Amy Knight

Dec/21/2020 $59,522.00

VALID VALID VALID VALID

AUTHORIZED SIGNATURE MP

HEAT SENSITIVE

W. Comp. Settlement Proceeds

Details on Back. Security Features Included

Lincoln/Knight 1497

**WILLIAMSON FONTENOT & CAMPBELL, LLC** **IOLTA ACCOUNT** 15393

DATE : Dec/21/2020
CHE # : 15393
AMOUNT : $59,522.00
ACCOUNT: TRUST - 3
PAID TO: Amy Knight

W. Comp. Settlement Proceeds

CLIENT: 1050 - Campbell, Robert
MATTER: 1050-1770

**From:**RightFax E-mail Gateway Ashburn <rfax@smtp.lfg.com>
**Sent:**Mon, 27 Sep 2021 12:39:15 -0400
**To:**CLTLTDFaxes
**Subject:**A fax has arrived from remote ID ''.
**Attachments:**00AC7634.TIF

A fax has arrived from remote ID ''.
------------------------------------------------------------
9/27/2021 12:34:25 PM Transmission Record
Received from remote ID:
Inbound user ID KEVYO4, routing code 6033344102
Result: (0) Success
Page record: 1 - 3
Elapsed time: 04:24 on channel 3

# FAX COVER SHEET

**To:** 16033344102

**From:** <gsdlfax@gmail.com>

**Company:**

**Date:** 09/13/2021 08:15

**Fax Number:** 16033344102

**Pages (Including cover):** 2

**Re:** Amy Knight - Letter to Private Insurance for LTD

**Notes:**

GULFSOUTH
DISABILITY LAWYERS, LLC

George A. Lato
William "Bill" C. Matthews Jr

# Facsimile Transmittal Sheet

**Date:** September 8, 2021

**RE:** Amy Ray Knight -- Case Number: 11580689

**SSN:**

**To:** Ms. Keri Young – Lincoln Financial Group

**Fax #:** (603) 334-4102

**Number of pages, including cover: 1**

**Please be advised that our office assisted Ms. Amy Knight in filing an application for Social Security Disability benefits on 6/24/2021 and we will continue to represent Ms. Knight for the remainder of her claim. If you have any questions or concerns moving forward you may contact me at the following:**

**Brandie M. – Case Manager for Claimant**
**Direct phone line for call and text: (225) 416-0725**
**Email: Brandie@gulfsouthdisability.com**
**Fax: (225) 925-2875**

**8212 Summa Avenue**
**Baton Rouge, Louisana 70809**
**Phone: 225.778.7999**
**Fax: 225.925.2875**

Confidentiality Notice
This facsimile transmission (and/or the documents accompanying it) contains confidential information belonging to the sender, which may also be privileged; and wheic is intended only for the use of the individual or entity named above. If you are not the intended recipient,m you are hereby notified that any disclosure or use of the contents is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the document(s). Please contact 225-778-7999 if facsimile is not completely received.

**Initial Payment Set up Worksheet**

**DOB**

**LTD Claim #** 11580689 **Work State:** LA

**Associated Claims** 11112396 Type STD Type

**Benefit End date of associated claims** 8/25/2021

**LTD Benefit begin date** 8/26/2021 **DOD** 2/25/2021 **AGE** 53

**Max Benefit date** 1/14/2035 > of SSNRA age 67 or to age 65 (but not < 5 yrs)

**Does policy include COLA provision** No **Eligibility intended** Yes

**Sources used to verify BME amount**

Paystub ppe 2/27/21 $30.30192*40*52/12=$5252.33

**BME amount** $5,252.33 **Benefit percentage** 60.00 %

**Gross modal benefit** $3,151.40

**Benefit Begin date** 8/26/2021

**Approved thru date** 8/25/2023 24 months own occupation

**Offset Entered**

| Type | Amount |
|---|---|
| applied ss 6/24/21 | |
| WC settlement ? | |
| | |

**Deductions entered** **Effective:** **Through**

| Type | Amount | Type | Amount |
|---|---|---|---|
| na | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Tax Withholding** **Federal** **State**

**Completed by:** **Approved by:**

11580689-PAYMENTS-BENEFIT CALCULATION-09.10.2021.xlsx

**From:** Salinas, Jose Francisco
**To:** Benefits Team
**Subject:** RE: LTD Salary Verification -AMY RAY KNIGHT 11580689
**Date:** Friday, September 10, 2021 10:53:39 AM
**Attachments:** 11553809 2.19PP.pdf
11553809 3.05PP.pdf

Yes that is then the correct number:

So she is assigned to a regular 40 hours per week:



Attaches is her last payslip before going in to Leave and the next one as it partial covered time before the leave date.

Thanks
Paco

**From:** Benefits Team <benefits@gainwelltechnologies.com>
**Sent:** viernes, 10 de septiembre de 2021 09:35 a. m.
**To:** Salinas, Jose Francisco <jsalinas22@dxc.com>; Benefits Team <benefits@gainwelltechnologies.com>
**Subject:** RE: LTD Salary Verification -AMY RAY KNIGHT 11580689

Yes, it looks like they referenced the claim number which looks a lot like an EID. Here is Amy's info.

Employee ID
11553809

**From:** Salinas, Jose Francisco <jsalinas22@dxc.com>
**Sent:** Friday, September 10, 2021 10:25 AM
**To:** Benefits Team <benefits@gainwelltechnologies.com>
**Subject:** RE: LTD Salary Verification -AMY RAY KNIGHT 11580689

HI Janice, please could you confirm the ee number? I see an Amy Ray but the number is so different that it may even be a different person

Thanks
Paco

**From:** Benefits Team <benefits@gainwelltechnologies.com>
**Sent:** viernes, 10 de septiembre de 2021 08:12 a. m.
**To:** Salinas, Jose Francisco <jsalinas22@dxc.com>
**Cc:** Benefits Team <benefits@gainwelltechnologies.com>
**Subject:** LTD Salary Verification -AMY RAY KNIGHT 11580689
**Importance:** High

Good morning Paco – Is it possible to get the requested information for Amy Ray Knight please?

*Please provide the following:*

- *A copy of the employee's earnings statement for the pay period ending prior to, but not including, the disability date of 02/25/2021.*
- *Confirm the standard number of hours this employee was scheduled to work per pay period prior to disability.*

Thank you –
Janice

EMP #
11553809
Cost Center: USEE500113

E A R N I N G S   S T A T E M E N T

Period Beginning: 02/14/2021
Period Ending: 02/27/2021
Check Date: 03/05/2021
Pers. No 10273513

Amy Ray Knight

Basis of Pay: Hourly

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Regular Hours | 30.30192 | 48.00 | 1,454.50 | 9,173.92 |
| Natural Disaster | 30.30192 | 8.00 | 242.42 | 242.42 |
| AWS Holiday Bank | 30.30192 | 8.00 | 242.42 | 1,212.09 |
| Vacation Pay | | | | 242.42 |
| Sick Leave | 30.30192 | 16.00 | 484.83 | 1,128.74 |
| Misc PTO | | | | 121.21 |
| Gross Pay | | | 2,424.17 | 12,120.80 |
| Tax Deductions: Federal | | | | |
| Withholding Tax | | | 168.84- | 841.88- |
| EE Social Security Tax | | | 140.47- | 702.34- |
| EE Medicare Tax | | | 32.85- | 164.26- |
| Tax Deductions: Louisiana | | | | |
| Withholding Tax | | | 70.83- | 353.05- |
| Additional Deductions | | | | |
| Vision PreTax | | | 4.08- | 20.40- |
| Medical PreTax EE Only | | | 155.96- | 779.80- |
| *401K MAP | | | 261.81- | 1,328.45- |
| Long Term Disability | | | 10.16- | 50.80- |
| EE STD Post-Tax | | | 15.78- | 78.90- |
| Vol Life Post Tax | | | 9.55- | 47.75- |
| Total Net Pay | | | 1,553.84 | 7,753.17 |
| Total Work Hours for Pay Period | | | | 48.00 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| GTL Imputed Incm | 1.49 | 7.45 |
| Medical Ins ER | 191.19 | 955.95 |
| Basic AD&D ER | 0.44 | 2.20 |
| Basic Life ER | 3.81 | 19.05 |

| Quota Summary | Used | Earned | Balance |
|---|---|---|---|
| Sick Leave Bal | | 5.67 | 5.67 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 1,553.84 |

Your federal taxable wages 2,003.81

*Excluded from Federal Taxable Wages

DXC MS LLC
1775 Tysons Blvd, Suite 900
Tysons VA 22102
Phone 1-8663722034

Check Date:03/05/2021

T H I S   I S   N O T   A   C H E C K !!!

N O N - N E G O T I A B L E

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | | Amount |
|---|---|---|---|---|---|
| Amy Ray Knight | Bank transfer | | | USD | 1,553.84 |

EMP #
11553809
Cost Center: USEE500113

E A R N I N G S   S T A T E M E N T

Period Beginning: 01/31/2021
Period Ending: 02/13/2021
Check Date: 02/19/2021
Pers. No 10273513

Amy Ray Knight

Basis of Pay: Hourly

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Regular Hours | 30.30192 | 65.75 | 1,992.35 | 7,719.42 |
| AWS Holiday Bank | | | | 969.67 |
| Vacation Pay | | | | 242.42 |
| Sick Leave | 30.30192 | 14.25 | 431.80 | 643.91 |
| Misc PTO | | | | 121.21 |
| Gross Pay | | | 2,424.15 | 9,696.63 |
| Tax Deductions: Federal | | | | |
| Withholding Tax | | | 165.35- | 673.04- |
| EE Social Security Tax | | | 140.47- | 561.87- |
| EE Medicare Tax | | | 32.86- | 131.41- |
| Tax Deductions: Louisiana | | | | |
| Withholding Tax | | | 69.21- | 282.22- |
| Additional Deductions | | | | |
| Vision PreTax | | | 4.08- | 16.32- |
| Medical PreTax EE Only | | | 155.96- | 623.84- |
| *401K MAP | | | 290.90- | 1,066.64- |
| Long Term Disability | | | 10.16- | 40.64- |
| EE STD Post-Tax | | | 15.78- | 63.12- |
| Vol Life Post Tax | | | 9.55- | 38.20- |
| Total Net Pay | | | 1,529.83 | 6,199.33 |
| Total Work Hours for Pay Period | | | | 65.75 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| GTL Imputed Incm | 1.49 | 5.96 |
| Medical Ins ER | 191.19 | 764.76 |
| Basic AD&D ER | 0.44 | 1.76 |
| Basic Life ER | 3.81 | 15.24 |

| Quota Summary | Used | Earned | Balance |
|---|---|---|---|
| Sick Leave Bal | | 18.59 | 18.59 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 1,529.83 |

Your federal taxable wages 1,974.70

*Excluded from Federal Taxable Wages

---

DXC MS LLC
1775 Tysons Blvd, Suite 900
Tysons VA 22102
Phone 1-8663722034

Check Date:02/19/2021

T H I S   I S   N O T   A   C H E C K !!!

N O N - N E G O T I A B L E

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | | Amount |
|---|---|---|---|---|---|
| Amy Ray Knight | Bank transfer | | | USD | 1,529.83 |

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. AMY RAY KNIGHT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

September 1, 2021

Ms. Amy R. Ray Knight

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689

Dear Ms. Amy Ray Knight:

We have reviewed your Long Term Disability claim and at this time we do not believe that you are a good candidate for Social Security Disability Income (SSDI) benefits. Our assessment indicates that you may be able to return to work in your own occupation or to work in a lessor occupation before you reach eligibility for SSDI benefits.

We will continue to review your claim periodically for any change in status that might make you eligible for SSDI benefit consideration.

If you file for SSDI benefits on your own, you are required to disclose this to Lincoln, and provide us with Proof of your application for those benefits or a SSDI Approval Letter (Notice of Decision letter) if approved for Social Security benefits.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rosalind Gerald
Social Security Specialist
Phone No.: (888) 437-7611 Ext. 59678
Secure Fax No.: (402) 501-9364

PAGE 1/18 * RCVD AT 8/24/2021 10:31:06 AM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:6033344102 * CSID:2252965903 * ANI:2252965903 * DURATION (mm-ss):07-54

4520 S Sherwood Forest, Suite 104
Baton Rouge, LA 70816
M-F 8:30 am -6:30 pm
Sat 8:30 am-4:30 pm
Sun CLOSED
225.296.5901 Tel
225.296.5903 Fax
store2825@theupsstore.com

ups TM

# Fax

DATE: 8-24-21

NO. OF PAGES: 18 including fax cover sheet

TO: Keri Young LTD Claims Spec. I

FAX NUMBER: (603) 334-4102

FROM: Amy Ray Knight

REGARDING: LTD Docs

PHONE NUMBER FOR FOLLOW UP:

COMMENTS:
Hard copy to follow in mail.
Thank You.

PAGE 2/18 * RCVD AT 8/24/2021 10:31:06 AM [Eastern Daylight Time] * SVR:VA1PWFAX3014 * DNIS:6033344102 * CSID:2252965903 * ANI:2252965903 * DURATION (mm-ss):07-54

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

August 7, 2021

Ms. Amy R. Ray Knight

00008231 LFPC5DD1 06003060

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689

Dear Ms. Amy Ray Knight:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Gainwell Technologies's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by August 26, 2021.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-4102

Attachments: 11580689-ACKNOWLEDGE-NEW CLAIM-07.13.2021



08/24/2021 10:19 2252965903 UPS PAGE 02/18

PAGE 3/18 * RCVD AT 8/24/2021 10:31:06 AM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:6033344102 * CSID:2252965903 * ANI:12252965903 * DURATION (mm-ss):07-54

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

00006231 LFPC5DD1 00003062

July 14, 2021

Ms. Amy R. Ray Knight

RE: Long Term Disability (LTD) and Short Term Disability (STD) Benefits
Gainwell Technologies
Claim #: 11580689 and 11112396

Dear Ms. Amy Ray Knight:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Gainwell Technologies's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

You have been receiving Short Term Disability (STD) benefits since March 4, 2021. Should your disability continue through the maximum benefit date, STD benefits are payable through August 25, 2021.

I have been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

During the remainder of the STD benefit period, we will be reviewing your claim for consideration under Gainwell Technologies's LTD Policy. Please note that receipt of STD benefits does not automatically mean that LTD benefits will be approved. The provisions and requirements in the LTD Policy differ from those of the STD Policy and may require that we request additional information prior to making a claim determination.

To assist us with our review, please complete the following forms and return them no later than August 26, 2021.

- X Agreement Concerning Benefits Form
- X Family Information Questionnaire
- X SS Reimbursement Agreement
- X Training Education Experience
- X Workers' Compensation Information Form
- X LTD Forms - Standard



08/24/2021 10:19 2252965903 UPS PAGE 03/18

__ Other

If you have any questions regarding this matter, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-4102

Attachments: Agreement Concerning Benefits Form
Family Information Questionnaire
SS Reimbursement Agreement
Training Education Experience
Workers' Compensation Information Form
LTD Forms - Standard

00000231 LFPC5DD1 00003063

PAGE 5/18 * RCVD AT 8/24/2021 10:31:06 AM [Eastern Daylight Time] * SVR:VA1PWFAX3014/4 * DNIS:6033344102 * CSID:2252965903 * ANI:2252965903 * DURATION (mm-ss):07-54

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

# AGREEMENT CONCERNING BENEFITS

Return To: Keri Young

Policy No: 09 - LF0372 Claim Number: 11580689

Employer: Gainwell Technologies Address

Claimant: Amy Ray Knight

Date of Disability: 02/25/2021

00000231 LFPCSDD1 00008864

In return for the advance payment of group disability benefits made to me by Lincoln Life Assurance Company of Boston, which may be in excess of the amount due to me under the terms of Policy number 09 LF0372 I, for myself, my heirs, executors, administrators and assigns agree:

1) That I am not currently receiving any benefits from Social Security and/or Workers' Compensation.

2) If I apply for Social Security benefits and/or Workers' Compensation benefits I will promptly notify Lincoln Life Assurance Company of Boston.

3) If I, and/or my spouse and family receive any benefits payments, from Social Security and/or Workers' Compensation, I, and/or my spouse and family will immediately notify by Lincoln Life Assurance Company of Boston, of such benefit payments and pay back any overpayment resulting from this award in accordance with my Policy provisions.

4) I understand that thereafter Lincoln Life Assurance Company of Boston is entitled to integrate any amounts received from Social Security and/or Workers' Compensation with the benefits payable under the Policy in accordance with the terms of the Policy.

I understand that Lincoln Life Assurance Company of Boston in reliance on the above statements and promises, has agreed to advance benefits to me.

Amy R. Knight
Claimant Name (please print)

Address

Amy R. Knight
Signature

8-20-21
Date

***PLEASE RETAIN A COPY FOR YOUR RECORDS, OR ONE MAY BE PROVIDED FOR YOU UPON REQUEST.***

08/24/2021 10:19 2252965903 UPS PAGE 05/18

# Family Information Questionnaire

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

Return to: Keri Young

EMPLOYEE/CLAIMANT NAME: Amy Ray Knight
CLAIM NO: 11580689
EMPLOYER/SPONSOR: Gainwell Technologies DATE OF BIRTH: ______

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ✓ Divorced ____
If married, please indicate your spouse's name and date of birth. Name: Terry M. Knight DOB: ______

Do you have children or dependents*? Yes ____ No ✓ Dtr. - 28 y/o married
If yes, please provide additional details below, using additional space as needed. Stepson - 26 y/o lives in Ga.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ______ No: ✓
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Lincoln Life Assurance Company of Boston.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: Amy R. Knight Date: 8-20-21

Lincoln Financial Group®

**LINCOLN FINANCIAL GROUP**
**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON**

**SOCIAL SECURITY/REIMBURSEMENT AGREEMENT**

**INSTRUCTIONS:** The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.

The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.

Claimant: Amy Ray Knight ____________ Date of Birth ________

Employer: Gainwell Technologies ____________ Policy/Plan Sponsor No. 09 - LF0372

A) If disability benefits are approved I request that Lincoln Life Assurance Company of Boston pay me my benefit with no reduction for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Life Assurance Company of Boston. In consideration of Lincoln Life Assurance Company of Boston paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Lincoln Life Assurance Company of Boston's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Lincoln Life Assurance Company of Boston immediately if awarded Social Security Benefits.
4) I authorize Lincoln Life Assurance Company of Boston to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Lincoln Life Assurance Company of Boston has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Life Assurance Company of Boston until the amount of Lincoln Life Assurance Company of Boston's overpayment has been repaid in full.
6) I agree to repay Lincoln Life Assurance Company of Boston in full within the time period specified in my policy/plan provision.

B) Social Security benefits will be estimated if:

1) I do not sign and return this form to Lincoln Life Assurance Company of Boston within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Lincoln Life Assurance Company of Boston's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Lincoln Life Assurance Company of Boston in full, I understand Lincoln Life Assurance Company of Boston will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Life Assurance Company of Boston may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Life Assurance Company of Boston may also pursue other means permitted by law to collect the overpayment amount owed.

(Insured/Employee signature) Amy R. Knight

(Address) ____________

(Date) 7-20-21

***Please retain a copy for your records or one can be provided upon request.***

PAGE 8/18 * RCVD AT 8/24/2021 10:31:06 AM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:6033344102 * CSID:2252965903 * ANI:12252965903 * DURATION (mm-ss):07-54

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

EMPLOYEE/CLAIMANT NAME: Amy Ray Knight
CLAIM NO: 11580689
EMPLOYER/SPONSOR: Gainwell Technologies DATE OF BIRTH: ______

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: BA in Social Work 12th Check if earned: ☐ GED ☑ HS Diploma

Vocational Training: N/A Certificate Program completed: ______

Associates Degree: Nursing College: number of years: approx. 2

Bachelor's Degree: (BA)/BS Major: Social Work Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ______

Professional Training, License, Certificates(s): Registered Nurse

Are you currently attending any classes: ☐ Y ☑ N If yes, provide name of school: ______

List any other Training or Classes Attended or Plan to Attend: N/A

Primary language spoken: English Other language(s) spoken fluently: None

Additional Skills, Hobbies & Volunteer Work ______

Did you serve in the Armed Forces? ☐ Y ☑ N From: ______ To: ______

Branch of Service: ______ Specialty: ______

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: Gainwell Tech, DXC Tech Department: Hospice From: 9/2009 To: Current
   Job Title(s): RN-PA Authorization Nurse Reviewer
   Supervisory Experience ☐ Y ☑ N
   Tasks/Duties/Physical Requirements (please be specific): Required to meet quota/week reviewing PA for Hospice maintain daily/weekly QA checks, required 7.5-8 hrs typing + some writing daily to depart... to MD review if not, did not meet criteria
2. Company: Molina Medicaid Solutions, Unisys Department: Precert, Rehab, DME From: " To: "
   Job Title(s): RN Reviewer
   Supervisory Experience ☐ Y ☑ N
   Tasks/Duties (please be specific): Reviewed Precert requests for hosp stays & extensions, moved to review Precert + Rehab then later moved to review for DME eligibility for Medicaid patients

A Lincoln Financial Group Company 1

08/24/2021 10:19 2252965903 UPS PAGE 08/18

PAGE 8/18 * RCVD AT 8/24/2021 10:31:06 AM [Eastern Daylight Time] * SVR:VA1PWFAX3014/4 * DNIS:6033344102 * CSID:2252965903 * ANI:2252965903 * DURATION (mm-ss):07-54

3. Company: NeuroMedical Center Department: Pain Mgmt. From: 2007 To: 2009 2 yrs

Job Title(s): RN Supervisor Pain Mgmt. Dept.

Supervisory Experience ☑ Y ☐ N

Tasks/Duties (please be specific): Supervised 6-7 MA's + Pain Mgmt. including 5 MD's, 2 NP's + 1 PA, Resp. for day to day supervision, staffing, monitoring of dept., fill in when required, communicate w/ the dept + MD's, resp. for monitoring MD charting, Rx pads + samples

4. Company: ______ Department: ______ From: ______ To: ______

Job Title(s): ______

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ______

5. Company: La. Woman's Healthcare Department: OB/GYN From: 2006 To: 2007 1 yr.

Job Title(s): RN for OB/GYN Clinic

Supervisory Experience ☑ Y ☐ N

Tasks/Duties (please be specific): Setting up + cleaning pt. rooms on occasion, collected charts, answered phones + addressed pt. issues or sch. appts. if needed, refill Rx. w/ MD auth., gave injection + assist MD w/ PAP, stress tests or ultrasounds, ensuring charts in order

**Computer Utilization:**

Computer Training/Courses, Certifications: Work related

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☑ | ☑ | Graphics Software | ☐ | ☐ |
| Internet | ☑ | ☑ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ rarely | ☑ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ______ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☑ 3+ hours when working

How much time is spent daily on your home computer? ☐ None ☑ 1-2 hours or less ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☑ Yes ☐ No If yes, WPM (words per minute) unknown - only able to type w/ rt. hand due to left arm pain. Constant + worsens w/ repetitive motion.
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: amray115@aol.com Work: No access

Due to only typing with rt. hand for almost 3 yrs. has caused rt. wrist pain; Under restrictions per MD - No repetitive movements including typing since June for left arm

SIGNATURE: Amy R. Knight PHONE NO ______

A Lincoln Financial Group Company



08/24/2021 10:19 2252965903 UPS PAGE 09/18

00000231 LFPC5001 00003068

# Workers' Compensation
# INFORMATION FORM

Lincoln Financial Group®

NJR

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

Return To: Keri Young

EMPLOYEE/CLAIMANT NAME: Amy Ray Knight

CLAIM NO: 11580689

EMPLOYER/SPONSOR: Gainwell Technologies DATE OF BIRTH: ____________

We received your disability claim form. The form indicates that your disability is the result of a work related Injury/Sickness. Please provide the following information and return this form to my attention in order to avoid any delay in processing.

1. Date of Injury/Sickness: ____________
2. Location of Injury (please provide complete address): ____________
3. Description of Injury/Sickness (please include copy of accident report): ____________

4. Please provide the name of your Employer:
   - Company Name: ____________
   - Address: ____________
   - Supervisor Name: ____________ Telephone: (    ) ____________

5. Please provide the name of your Employer's Workers' Compensation Carrier or Administrator:
   - Insurance Carrier: ____________
   - Address: ____________
   - Telephone: (    ) ____________
   - Claim Representative: ____________

6. Are you collecting benefits from your Employer's Workers' Compensation Insurance Company or Administrator?

   Yes ☐ No ☑

   If "Yes": Weekly Benefit Amount $ ____________
   Claim No.: ____________

7. Are you using the services of an attorney?

   Yes ☐ No ☐

   If "Yes": Name: ____________
   Address: ____________
   Telephone: (    ) ____________

SIGNATURE: ____________ DATE: ____________

DP 539D – Rev. 12/02

PAGE 11/18 * RCVD AT 8/24/2021 10:31:06 AM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:6033344102 * CSID:2252965903 * ANI:12252965903 * DURATION (mm-ss):07-54

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

00000231 LFPCSDD1 00063070

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

I **understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I **understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I **understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Amy R. Knight

Name of legal representative, if applicable (print) Amy R. Knight Relationship self

Signature of claimant or legal representative Amy R. Knight Date: 8-20-21

Date of Birth: ______ Claim Number: 011580689

**A copy of this authorization will be considered as valid as the original.**

08/24/2021 10:19 2252965903 UPS PAGE 11/18

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

00000231 LFPC5DD1 08003071

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

I **understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I **understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I **understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This **authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Amy R. Knight

Name of legal representative, if applicable (print) ______________________ Relationship ____________

Signature of claimant or legal representative Amy R. Knight

Date of Birth: ______ Claim Number: 11580689 Date: 8-20-21

**A copy of this authorization will be considered as valid as the original**

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

Return To: Keri Young

EMPLOYEE/CLAIMANT NAME: Amy Ray Knight
CLAIM NO: 11580689
EMPLOYER/SPONSOR: Gainwell Technologies DATE OF BIRTH:

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 02/24/2021 to present. *If additional space is needed, please use a separate sheet of paper.*

00000231 LFPC5DD1 00003072

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Dr. David West
Specialty: Internal Med.
Address: 2373 Perkins Rd.
BR, La. 70808
Telephone No.: (225) 769-4044 Fax No.: ( )

Name: Dr. Ferguson
Specialty: ~~Opthamology~~ Ophthalmology
Address: 7777 Hennessy Blvd Suite 380 #2
BR, La. 70808
Telephone No.: (225) 766-7441 Fax No.: ( )

Name: Dr. Bouey
Specialty: Rheumatology
Address: 7373 Perkins Rd.
BR, La. 70808
Telephone No.: (225) 769-4044 Fax No.: ( )

Name: Dr Tyson Garon
Specialty: Orthopedic
Address: 7301 Hennessy Blvd, Suite 200
BR, La. 70808
Telephone No.: (225) 766-0050 Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: CareFirst Admin. BCBC
Specialty: Blue Choice Advantage Hybrid
Address: P.O. Box 981608
El Paso, TX 79998 Pharmacy - CVS
Telephone No.: (877) 981-8139 Fax No.: (800) 364-6331
Same ins.

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: CVS Target on Millerville
Specialty:
Address: See above
Telephone No.: ( ) Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: Amy R. Knight DATE: 8-20-21

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

**Return to:** Keri Young

**EMPLOYEE/CLAIMANT NAME:** Amy Ray Knight **CLAIM #:** 11580689
**EMPLOYER:** Gainwell Technologies **DATE OF BIRTH:**

Full Name (Last, First, Middle Int.): Knight, Amy Ray
Social Security #:
Email Address:
Street Address:
City:
State:
Zip Code:
Telephone Number (include area code):
Cell Phone Number (include area code):
Marital Status: Married
Spouse's Full Name and Date of Birth: Jerry Michael Knight
Number of Children: 1 biological 1 step
Dates of Birth of Children:

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name: Jerry Knight Relationship to you? Spouse Tel #

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. N/A

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? N/A

Do you hold a professional license? If yes, for what purpose? Registered Nurse - profession

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. Facebook page - mainly to save money on food treats for our pets. Not actively promoting in person 2014

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. Lawsuit due to neighbors dog attacked our dog May 2019 Kyle Kirchner (225) 336-9600

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. N/A

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☑ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☑ | Social Security (disability or retirement) | $ 0 | N/A | N/A | 6-24-21 |
| ☐ | ☑ | Social Security (for your spouse/dependents) | $ | | | |
| ☑ | ☐ | Short Term Disability (circled) or State Disability | $ 722.25 | 3-4-21 | 8-25-21 | |
| ☐ | ☑ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☑ | Workers' Compensation | $ | | | |
| ☐ | ☑ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☑ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Amy R. Knight

**DATE:** 8-20-21 **EMPLOYEE'S SIGNATURE:** Amy R. Knight

DI 409

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

**Return To:** Keri Young

*page 1 of 3*

EMPLOYEE/CLAIMANT NAME: Amy Ray Knight
CLAIM NO: 11580689 DATE OF BIRTH: ______
EMPLOYER/SPONSOR: Gainwell Technologies

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to: Varies depending on pain level
sit ______ stand ______ walk ______

How many hours a day do you: Varies depending on pain level
sit ______ stand ______ walk ______

Do you take a nap during the day?
Yes ✓ No ______
If Yes, for how long? varies At what time of the day? depends on pain level/fatigue d/t pain or other medical conditions

How many hours a day do you spend in bed? 8-9 hrs./24 hrs.

Do you require any assistive devices such as a:
cane ______ walker ______ crutches ______ wheelchair ______ other rt. wrist brace

How long are you able to sit in a car? Varies

Do you hold a valid driver's license?
Yes ✓ No ______
If No, please explain: ______
If Yes, how long are you able to drive a car? Varies depending on pain level/other conditions
**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
Phone

Do you have children?
Yes ✓ No ______ If Yes, what are their dates of birth Jtr. 8-12-93 Married
Stephen 6-20-95 lives in Ga.
Do you need help caring for your children?
Yes ______ No ✓

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?
Yes ______ No ✓ If Yes, please explain ______

How many times a day do you leave the house during the week? Approx 2x - varies depending on pain level
On the weekends? usually 1x to meet parents for breakfast and grocery shopping w/ husband
How often do you run errands? Seldom unless necessary - husband handles errands
Please describe what errands you most commonly run: bank, post office, pharmacy if necessary

PAGE 16/18 * RCVD AT 8/24/2021 10:31:06 AM [Eastern Daylight Time] * SVR:VA1PWFAX3014 * DNIS:6033344102 * CSID:2252965903 * ANI:12252965903 * DURATION (mm-ss):07-54

Lincoln Financial Group®

**ACTIVITIES QUESTIONNAIRE**
*page 2 of 3*

How often do you get outdoors? backyard with dogs

| | | | | |
|---|---|---|---|---|
| Are you left or right hand dominant? | Left | | Right | ✓ |
| Are you able to work in your garden? | Yes | | No | ✓ don't have |
| Are you able to work on your house? | Yes | | No | ✓ |
| Are you able to wash your car? | Yes | | No | ✓ |

How much time is spent daily on your home computer?
___ None ✓ 0-1 hours ✓ 1-2 hours ___ 2-3 hours ___ 3+ hours

How much time is spent weekly on your home computer?
___ None ___ 0-1 hours ___ 1-2 hours ___ 2-3 hours ✓ 3+ hours

What activities do you perform on your home computer. Please check all that apply:
✓ Pay bills ___ Read news/articles ✓ Use search engines on occasion ___ Send emails
___ Visit chat rooms ___ Photos Other: check emails received

What computer software applications do you utilize. Please check all that apply:
Rarely Word processing (Word) ___ Spreadsheets (Excel) ___ Database (Access) ___ Graphics
___ Photo software (Photoshop) ___ Programming Other: ___

Do you have a working home copy machine/fax machine? ✓ Yes ___ No

If yes, please explain purpose and usage: personal

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | Spouse | I go on weekends if pain tolerable |
| Carrying groceries into the house | Spouse | |
| Cooking meals | Spouse | fix light breakfast/lunch myself during week |
| Cleaning after meals | Spouse | load dishwasher |
| Cleaning bathrooms | Spouse | |
| Vacuuming | Spouse | |
| Doing the laundry | 25% me | light items |
| Opening and responding to mail | me | |
| Managing your finances | 50/50 | |
| Balancing your checkbook | Me | |
| Bathing yourself | Me | husband assists w/ hair washing. |
| Styling your own hair | me | no styling required |
| Getting dressed | Me | require assist w/ some clothing |
| Going up and down stairs | Me | |

Have you been confined to a hospital within the last 12 months? Yes ___ No ✓

If Yes, please provide reason and hospital contact Information: ___

00000231 LFPC5DD1 00003076

08/24/2021 10:19 2252965903 UPS PAGE 16/18

Lincoln Financial Group®

**ACTIVITIES QUESTIONNAIRE**
*page 3 of 3*

How often do you travel or take vacation? None
Where do you go? How do you get there (transportation method)? N/A

Are you able to pursue your hobbies? Yes ____ No ✓
If Yes, please describe ____

Do you participate in an exercise program? Yes ____ No ____ Not formal
If Yes, please describe ____

Do you do any Volunteer work? Yes ____ No ✓
If Yes:
how many hours per day? ____
how many hours per week? ____
for whom? ____

Are you working for wages? Yes ____ No ✓
If Yes, please provide employer's name ____

**Describe in your own words, what prevents you from engaging in any gainful employment.**
Due to pain to left elbow and rt. wrist that is ~~[illegible]~~ exacerbated with repetitive or prolonged use, essential tremors increase with pain, unable to take pain meds due to side effects and multiple other health issues.

**Please describe your daily routine: (If more space is needed, please use the back of this form)**
Wake-up, take dogs out and feed dogs, eat breakfast, get dressed, read a book, eat lunch, take ~~out~~ dogs out, read emails/pay bills, nap if needed or light laundry, empty dishwasher

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?
____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.
Terry Knight

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: Amy R. Knight Date: 8-20-21

Signature: Amy R. Knight



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

August 7, 2021

Ms. Amy R. Ray Knight

0000231 LFPC5DD1 00003060

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689

Dear Ms. Amy Ray Knight:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Gainwell Technologies's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by August 26, 2021.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-4102

Attachments: 11580689-ACKNOWLEDGE-NEW CLAIM-07.13.2021

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

July 14, 2021

Ms. Amy R. Ray Knight

00000231 LFPC5DD1 00003062

RE: Long Term Disability (LTD) and Short Term Disability (STD) Benefits
Gainwell Technologies
Claim #: 11580689 and 11112396

Dear Ms. Amy Ray Knight:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Gainwell Technologies's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

You have been receiving Short Term Disability (STD) benefits since March 4, 2021. Should your disability continue through the maximum benefit date, STD benefits are payable through August 25, 2021.

I have been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

During the remainder of the STD benefit period, we will be reviewing your claim for consideration under Gainwell Technologies's LTD Policy. Please note that receipt of STD benefits does not automatically mean that LTD benefits will be approved. The provisions and requirements in the LTD Policy differ from those of the STD Policy and may require that we request additional information prior to making a claim determination.

To assist us with our review, please complete the following forms and return them no later than August 26, 2021.

- X Agreement Concerning Benefits Form
- X Family Information Questionnaire
- X SS Reimbursement Agreement
- X Training Education Experience
- X Workers' Compensation Information Form
- X LTD Forms - Standard

__ Other

If you have any questions regarding this matter, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-4102

Attachments: Agreement Concerning Benefits Form
Family Information Questionnaire
SS Reimbursement Agreement
Training Education Experience
Workers' Compensation Information Form
LTD Forms - Standard

00000231 LFPC5DD1 00003063

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

# AGREEMENT CONCERNING BENEFITS

Return To: Keri Young

Policy No: 09 - LF0372 | Claim Number: 11580689

Employer: Gainwell Technologies | Address

Claimant: Amy Ray Knight

Date of Disability: 02/25/2021

00000231 LFPC5DD1 00003064

In return for the advance payment of group disability benefits made to me by Lincoln Life Assurance Company of Boston, which may be in excess of the amount due to me under the terms of Policy number 09 LF0372 I, for myself, my heirs, executors, administrators and assigns agree:

1) That I am not currently receiving any benefits from Social Security and/or Workers' Compensation.

2) If I apply for Social Security benefits and/or Workers' Compensation benefits I will promptly notify Lincoln Life Assurance Company of Boston.

3) If I, and/or my spouse and family receive any benefits payments, from Social Security and/or Workers' Compensation, I, and/or my spouse and family will immediately notify by Lincoln Life Assurance Company of Boston, of such benefit payments and pay back any overpayment resulting from this award in accordance with my Policy provisions.

4) I understand that thereafter Lincoln Life Assurance Company of Boston is entitled to integrate any amounts received from Social Security and/or Workers' Compensation with the benefits payable under the Policy in accordance with the terms of the Policy.

I understand that Lincoln Life Assurance Company of Boston in reliance on the above statements and promises, has agreed to advance benefits to me.

Amy R. Knight

Claimant Name (please print)

Address

Amy R. Knight

Signature

8-20-21

Date

***PLEASE RETAIN A COPY FOR YOUR RECORDS, OR ONE MAY BE PROVIDED FOR YOU UPON REQUEST.***

# Family Information Questionnaire

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

**Return to:** Keri Young

EMPLOYEE/CLAIMANT NAME: Amy Ray Knight
CLAIM NO: 11580689
EMPLOYER/SPONSOR: Gainwell Technologies DATE OF BIRTH:

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ✓ Divorced ____
If married, please indicate your spouse's name and date of birth. Name: Terry M. Knight DOB:

Do you have children or dependents*? Yes ____ No ✓ Dtr. - 28 y/o married
If yes, please provide additional details below, using additional space as needed. Stepson - 26 y/o lives in Ga.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ____ No: ✓
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Lincoln Life Assurance Company of Boston.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: Amy R. Knight Date: 8-30-23

00000231 LFPC3001 00003085

00000231 LFPCSDD1 00003066

Lincoln Financial Group®

LINCOLN FINANCIAL GROUP
LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

# SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.

The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.

Claimant: Amy Ray Knight Date of Birth:

Employer: Gainwell Technologies Policy/Plan Sponsor No. 09 - LF0372

A) If disability benefits are approved I request that Lincoln Life Assurance Company of Boston pay me my benefit with no reduction for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Life Assurance Company of Boston. In consideration of Lincoln Life Assurance Company of Boston paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Lincoln Life Assurance Company of Boston's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Lincoln Life Assurance Company of Boston immediately if awarded Social Security Benefits.
4) I authorize Lincoln Life Assurance Company of Boston to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Lincoln Life Assurance Company of Boston has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Life Assurance Company of Boston until the amount of Lincoln Life Assurance Company of Boston's overpayment has been repaid in full.
6) I agree to repay Lincoln Life Assurance Company of Boston in full within the time period specified in my policy/plan provision.

B) Social Security benefits will be estimated if:

1) I do not sign and return this form to Lincoln Life Assurance Company of Boston within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Lincoln Life Assurance Company of Boston's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Lincoln Life Assurance Company of Boston in full, I understand Lincoln Life Assurance Company of Boston will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Life Assurance Company of Boston may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Life Assurance Company of Boston may also pursue other means permitted by law to collect the overpayment amount owed.

(Insured/Employee signature) Amy R. Knight

(Address)

(Date) 8-20-21

*Please retain a copy for your records or one can be provided upon request.*

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

EMPLOYEE/CLAIMANT NAME: Amy Ray Knight
CLAIM NO: 11580689
EMPLOYER/SPONSOR: Gainwell Technologies DATE OF BIRTH: ______

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** (If you have a resume, please attach)

Highest Grade Completed: BA in Social Work 12th Check if earned: ☐ GED ☑ HS Diploma

Vocational Training: N/A Certificate Program completed: ______

Associates Degree: Nursing College: number of years: approx. 2

Bachelor's Degree: (BA)/BS Major: Social Work Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ______

Professional Training, License, Certificates(s): Registered Nurse

Are you currently attending any classes: ☐ Y ☑ N If yes, provide name of school: ______

List any other Training or Classes Attended or Plan to Attend: N/A

Primary language spoken: English Other language(s) spoken fluently: None

Additional Skills, Hobbies & Volunteer Work ______

Did you serve in the Armed Forces? ☐ Y ☑ N From: ______ To: ______

Branch of Service: ______ Specialty: ______

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: Gainwell Tech, DXC Tech. Department: Hospice From: 9/2009 To: Current
   Job Title(s): RN PA Authorization Nurse Reviewer
   Supervisory Experience ☐ Y ☑ N
   Tasks/Duties/Physical Requirements (please be specific): required to meet quota/week reviewing PA for Hospice maintain daily/wkly QA checks, required 7.5-8 hrs typing + some writing daily w/ reports to MD review if not did not meet criteria
2. Company: Molina Medicaid Solutions, Unisys Department: Precert, Rehab, DME From: " To: "
   Job Title(s): RN Reviewer
   Supervisory Experience ☐ Y ☑ N
   Tasks/Duties (please be specific): Reviewed Precert requests for hosp. stays & extensions, moved to review Precert + Rehab then Later moved to review for DME eligibility for Medicaid patients

3. Company: NeuroMedical Center Department: Pain Mgmt. From: 2007 To: 2009 2 yrs.
Job Title(s): RN Supervisor Pain Mgmt. Dept.
Supervisory Experience ☑ Y ☐ N
Tasks/Duties (please be specific): Supervised to 7 MA's + Pain Mgmt. including 5 MD's, 2 NP's + 1 PA, Resp. for day to day supervision, staffing, monitoring of dept. + fill in when required, communicate w/ other depts + MD's, resp. for monitoring MD charting, RX pads + samples

4. Company: ____ Department: ____ From: ____ To: ____ N/A
Job Title(s): ____
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ____

5. Company: La. Woman's Healthcare Department: OB/GYN From: 2006 To: 2007 1 yr.
Job Title(s): RN for OB/GYN Clinic
Supervisory Experience ☑ Y ☐ N
Tasks/Duties (please be specific): Setting up + cleaning pt. rooms on occasion, collected charts, answered phones + addressed pt. issues or sch. appts. if needed, refill rx. w/ MD auth., gave injections + assist MD w/ fetal stress tests or ultrasounds, ensuring charts in order

**Computer Utilization:**

Computer Training/Courses, Certifications: Work related

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☑ | ☑ | Graphics Software | ☐ | ☐ |
| Internet | ☑ | ☑ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ rarely | ☑ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ____ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☑ 3+ hours when working

How much time is spent daily on your home computer? ☐ None ☑ 1-2 hours or less ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☑ Yes ☐ No If yes, WPM (words per minute) unknown - only able to type w/ rt. hand due to left arm pain (constant + increases w/ repetitive motion.
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: amray115@aol.com Work: No access

Due to only typing with rt. hand for almost 3 yrs. has caused rt. wrist pain; Under restriction per MD - No repetitive movement including typing since June '06 for left arm

SIGNATURE: Amy R. Knight PHONE NO: ____





00000231 LFPC5DD1 00003068

# Workers' Compensation INFORMATION FORM

Lincoln Financial Group®

NJR

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

Return To: Keri Young

EMPLOYEE/CLAIMANT NAME: Amy Ray Knight

CLAIM NO: 11580689

EMPLOYER/SPONSOR: Gainwell Technologies DATE OF BIRTH: ____________

We received your disability claim form. The form indicates that your disability is the result of a work related Injury/Sickness. Please provide the following information and return this form to my attention in order to avoid any delay in processing.

1. Date of Injury/Sickness: ____________
2. Location of Injury (please provide complete address): ____________
3. Description of Injury/Sickness (please include copy of accident report): ____________
4. Please provide the name of your Employer:
   - Company Name: ____________
   - Address: ____________
   - Supervisor Name: ____________ Telephone: ( ) ____________
5. Please provide the name of your Employer's Workers' Compensation Carrier or Administrator:
   - Insurance Carrier: ____________
   - Address: ____________
   - Telephone: ( ) ____________
   - Claim Representative: ____________
6. Are you collecting benefits from your Employer's Workers' Compensation Insurance Company or Administrator?
   Yes ☐ No ☑
   If "Yes": Weekly Benefit Amount $ ____________
   Claim No.: ____________
7. Are you using the services of an attorney?
   Yes ☐ No ☐
   If "Yes": Name: ____________
   Address: ____________
   Telephone: ( ) ____________

SIGNATURE: ____________ DATE: ____________

DP 539D – Rev. 12/02

00000231 LFPC5DD1 00003072

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

**Return To:** Keri Young

EMPLOYEE/CLAIMANT NAME: Amy Ray Knight
CLAIM NO: 11580689
EMPLOYER/SPONSOR: Gainwell Technologies DATE OF BIRTH:

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 02/24/2021 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Dr. David West
Specialty: Internal Med.
Address: 7373 Perkins Rd.
BR, La. 70808
Telephone No.: (225) 769-4044 Fax No.: ( )

Name: Dr. Farguson
Specialty: Optometry (void) Ophthalmology
Address: 7777 Hennessy Blvd State 3004 #2
BR, La. 70808
Telephone No.: (225) 766-7441 Fax No.: ( )

Name: Dr. Bouy
Specialty: Rheumatology
Address: 7373 Perkins Rd.
BR, La. 70808
Telephone No.: (225) 769-4044 Fax No.: ( )

Name: Dr. Tyson Faron
Specialty: Orthopedic
Address: 7301 Hennessy Blvd, Suite 200
BR, La. 70808
Telephone No.: (225) 766-0050 Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: Care First Admin. BCBC
Specialty: Blue Choice Advantage Hybrid
Address: P.O. Box 981608
El Paso, TX 79998 Pharmacy - CVS
Telephone No.: (877) 981-8139 Fax No.: (800) 364-6331
Same ins. -

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: CVS Target on Millerville
Specialty:
Address: See above
Telephone No.: ( ) Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: Amy R. Knight DATE: 8-20-21

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

**Return to:** Keri Young

**EMPLOYEE/CLAIMANT NAME:** Amy Ray Knight **CLAIM #:** 11580689

**EMPLOYER:** Gainwell Technologies **DATE OF BIRTH:**

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Knight, Amy Ray | | | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status: Married | |

| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |
|---|---|---|
| Jerry Michael Knight | 1 biological 1 step | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Jerry Knight Relationship to you? Spouse Tel

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. N/A

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?
N/A

Do you hold a professional license? If yes, for what purpose? Registered Nurse - profession

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.
Paw Tree - mainly to save money on food treats for our pets Not actively promoting in person 2014

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.
Lawsuit due to neighbors dog attacked our dog May 2019 Kyle Kershaw (225) 336-5600

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.
N/A

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☑ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☑ | Social Security (disability or retirement) | $ 0 | N/A | N/A | 6-24-21 |
| ☐ | ☑ | Social Security (for your spouse/dependents) | $ | | | |
| ☑ | ☐ | (Short Term Disability) or State Disability | $ 727.25 | 3-4-21 | 8-25-21 | |
| ☐ | ☑ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☑ | Workers' Compensation | $ | | | |
| ☐ | ☑ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☑ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Amy R. Knight

**DATE:** 8-20-21 **EMPLOYEE'S SIGNATURE:** Amy R. Knight

DP 409

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

**Return To:** Keri Young

*page 1 of 3*

EMPLOYEE/CLAIMANT NAME: Amy Ray Knight
CLAIM NO: 11580689 DATE OF BIRTH:
EMPLOYER/SPONSOR: Gainwell Technologies

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to: Varies depending on pain level
sit ______ stand ______ walk ______

How many hours a day do you: Varies depending on pain level
sit ______ stand ______ walk ______

Do you take a nap during the day?
Yes ✓ No ______

If Yes, for how long? Varies At what time of the day? depends on pain level/fatigue d/t pain or other medical conditions

How many hours a day do you spend in bed? 8-9 hrs/24 hrs

Do you require any assistive devices such as a:
cane ______ walker ______ crutches ______ wheelchair ______ other rt. wrist brace

How long are you able to sit in a car? Varies

Do you hold a valid driver's license?
Yes ✓ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? Varies depending on pain level/other conditions

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
Phone

Do you have children?
Yes ✓ No ______ If Yes, what are their dates of birth Married / lives in Ga.

Do you need help caring for your children?
Yes ______ No ✓

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?
Yes ______ No ✓ If Yes, please explain ______

How many times a day do you leave the house during the week? Approx 2x varies depending on pain level

On the weekends? usually 1 to meet parents for breakfast and grocery shopping w/ husband

How often do you run errands? Seldom unless necessary - husband handles and

Please describe what errands you most commonly run: bank, post office, pharmacy if necessary

Lincoln Financial Group®

**ACTIVITIES QUESTIONNAIRE**
*page 2 of 3*

How often do you get outdoors? backyard with dogs

Are you left or right hand dominant? Left ____ Right ✓

Are you able to work in your garden? Yes ____ No ✓ don't have

Are you able to work on your house? Yes ____ No ✓

Are you able to wash your car? Yes ____ No ✓

How much time is spent daily on your home computer?
____ None ✓ 0-1 hours ✓ 1-2 hours ____ 2-3 hours ____ 3+ hours

How much time is spent weekly on your home computer?
____ None ____ 0-1 hours ____ 1-2 hours ____ 2-3 hours ✓ 3+ hours

What activities do you perform on your home computer. Please check all that apply:
✓ Pay bills ____ Read news/articles ✓ Use search engines on occasion ____ Send emails
____ Visit chat rooms ____ Photos Other: check emails received

What computer software applications do you utilize. Please check all that apply:
Rarely Word processing (Word) ____ Spreadsheets (Excel) ____ Database (Access) ____ Graphics
____ Photo software (Photoshop) ____ Programming Other: ____

Do you have a working home copy machine/fax machine? ✓ Yes ____ No

If yes, please explain purpose and usage: personal

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | Spouse | I go on weekends if pain tolerable |
| Carrying groceries into the house | Spouse | |
| Cooking meals | Spouse | fix light breakfast/lunch myself during week |
| Cleaning after meals | Spouse | unload dishwasher |
| Cleaning bathrooms | Spouse | |
| Vacuuming | Spouse | |
| Doing the laundry | 25% me | light items |
| Opening and responding to mail | me | |
| Managing your finances | 50/50 | |
| Balancing your checkbook | Me | |
| Bathing yourself | Me | husband assists w/ hair washing |
| Styling your own hair | me | no styling required |
| Getting dressed | me | require assist w/ some clothing |
| Going up and down stairs | Me | |

Have you been confined to a hospital within the last 12 months? Yes ____ No ✓

If Yes, please provide reason and hospital contact Information: ____

00000231 LFPC5DD1 00003075


Louisiana
PERSONAL
DRIVER'S LICENSE
NONE
01
F
5'04"
104
BRO

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

00000231 LFPC5DD1 00003070

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Amy R. Knight

Name of legal representative, if applicable (print) Amy R. Knight Relationship self

Signature of claimant or legal representative Amy R. Knight Date: 8-20-21

Date of Birth: ______ Claim Number: 11580689

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

00000231 LFPC5DD1 00003071

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Amy R. Knight

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative Amy R. Knight

Date of Birth: ____________ Claim Number: 11580689 Date: 8-20-21

**A copy of this authorization will be considered as valid as the original**

Lincoln Financial Group®

***ACTIVITIES QUESTIONNAIRE***
*page 3 of 3*

How often do you travel or take vacation? None

Where do you go? How do you get there (transportation method)? N/A

Are you able to pursue your hobbies? Yes ____ No ✓

If Yes, please describe ____

Do you participate in an exercise program? Yes ____ No ____ Not formal

If Yes, please describe ____

Do you do any Volunteer work? Yes ____ No ✓

If Yes:

how many hours per day? ____

how many hours per week? ____

for whom? ____

Are you working for wages? Yes ____ No ✓

If Yes, please provide employer's name ____

**Describe in your own words, what prevents you from engaging in any gainful employment.**

Due to pain to left elbow and rt. wrist that is ~~[illegible]~~ exacerbated with repetitive or prolonged use, essential tremors increase with pain, unable to take pain meds due to side effects and multiple other health issues.

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

Wake-up, take dogs out and feed dogs, eat breakfast, get dressed, read a book, eat lunch, take out dogs, read emails/pay bills, nap if needed or light laundry/empty dishwasher

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

Terry Knight ____

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: Amy R. Knight Date: 8-20-21

Signature: Amy R. Knight

**From:** LincolnAbsenceNotification@lfg.com
**To:** Benefits@dxc.com
**Subject:** Amy Ray Knight LINCOLN FINANCIAL NOTIFICATION: Approval of Long Term Disability - Claim 11580689

This is to notify you that there has been an approval or extension of a Long Term disability claim for Amy Ray Knight (Employee ID 11553809).

**Long Term Disability Information:**

Benefit Payments Period: 8/26/2021 thru thru 8/26/2023

If you have further questions, please call Lincoln Financial at 800-879-2701 ext. 59543 or contact the assigned Case Manager at . Please be sure to reference claim number 11580689.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. AMY RAY KNIGHT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

August 26, 2021

Ms. Amy R. Ray Knight

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689

Dear Ms. Amy Ray Knight:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Gainwell Technologies's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of the information submitted and have approved your claim for benefits.

The Policy states that to be eligible for benefits you must meet the definition of disability as defined in the LTD Policy:

*"Disability" or "Disabled", with respect to Long Term Disability, means:*
*1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
*i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

*ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

*2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*
*"Disability" or "Disabled" means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*

***"Material and Substantial Duties",*** *with respect to Long Term Disability, means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.*

***"Own Occupation",*** *with respect to Long Term Disability, means the Covered Person's*

*occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Lincoln will consider the Covered Person's occupation as it is normally performed in the national economy.*

***"Any Occupation"*** *means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*

***Mental Illness and/or Substance Abuse Limitation***
*The benefit for Disability due to Mental Illness and/or Substance Abuse will not exceed a combined period of 24 months of Monthly Benefit payments while the Covered Person is insured under this policy.*

*If the Covered Person is in a Hospital or Institution for Mental Illness and/or Substance Abuse at the end of the combined period of 24 months, the Monthly Benefit will be paid during the confinement.*

*If the Covered Person is not confined in a Hospital or Institution for Mental Illness and/or Substance Abuse, but is fully participating in an Extended Treatment Plan for the condition that caused Disability, the Monthly Benefit will be payable to a Covered Person for up to a combined period of 36 months.*

*In no event will the Monthly Benefit be payable beyond the Maximum Benefit Period shown in the Schedule of Benefits.*

***"Mental Illness"*** *means a psychiatric or psychological condition classified as such in the most current edition of the Diagnostic and Statistical Manual of Mental Disorders (DSM) regardless of the underlying cause of the Mental Illness. If the DSM is discontinued, Lincoln will use the replacement chosen or published by the American Psychiatric Association.*

Based on the medical and vocational information contained in our claim file, we have determined that you are unable to perform the duties of your occupation.

We have determined that your date of disability is February 25, 2021 and your benefits begin on August 26, 2021. Benefit payment will be sent under separate cover.

The Policy provides benefits at 60% of your pre-disability earnings less benefits from other income. These include, but are not limited to benefits under the United States Social Security Act, the Public Employees' Retirement Fund and Workers' Compensation benefits.

You will continue to receive benefits provided all contractual provisions continue to be met or until you return to work or other income benefits are awarded as defined by the Policy.

You may have your benefit checks automatically deposited into your checking or savings account by completing the enclosed Direct Deposit Form and returning it to our office.

While you are eligible to receive Long Term Disability benefits, we will not require payment of any LTD premiums normally due.

We ask that you complete the forms indicated below and return them to our office by October 8, 2021.

X Direct Deposit Application (optional)
X Family Information Questionnaire
X Training Education Experience
X LTD Forms - Standard
X Reimbursement Agreement Form
X W-4S 2021 (optional)
__ Other

We will continue to review your claim and request medical documentation to evaluate your continued eligibility for benefits. Please note that approval at this time does not guarantee payments through the maximum benefit duration. It is imperative that you assist with the management of your claim going forward by providing prompt responses to our requests for information. Please notify our office immediately if your condition changes or your physicians alter your treatment plan.

If your benefit is overpaid Lincoln Life Assurance Company of Boston has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your LTD Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-4102

Attachments: Direct Deposit Application
Family Information Questionnaire
Training Education Experience
LTD Forms - Standard
Reimbursement Agreement Form
W-4S 2021

# DIRECT DEPOSIT APPLICATION

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

**Return To:** Keri Young

EMPLOYEE/CLAIMANT NAME: Amy Ray Knight
CLAIM NO: 11580689
EMPLOYER/SPONSOR: Gainwell Technologies DATE OF BIRTH: ______

**CHECK ONE:** ☐ **New** ☐ **Change**
**YOUR TELEPHONE NUMBER:** ( ) ______
**ADDRESS:** ______ **CITY:** ______ **STATE:** ______ **ZIP:** ______

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Lincoln Life Assurance Company of Boston, to make payment of Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by Lincoln Life Assurance Company of Boston to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☐ **Checking** ☐ **Savings** **BANK NAME:** ______

**9 DIGIT ABA ROUTING NUMBER:** ______ **BANK ADDRESS:** ______

**YOUR ACCOUNT NUMBER:** ______ **CITY:** ______ **STATE:** ______ **ZIP:** ______

**BANK PHONE:** ( ) ______

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to Lincoln Life Assurance Company of Boston or BANK. Any such notification to Lincoln Life Assurance Company of Boston shall be effective only with respect to entries initiated by Lincoln Life Assurance Company of Boston after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ______ Date: ______

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

Lincoln Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account. Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
Direct deposit accounts are active as soon as they are entered into the system. Please allow 3-5 days for processing.

C**an I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time Lincoln Life Assurance Company of Boston will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

Lincoln Life Assurance Company of Boston

Group Benefits

# Family Information Questionnaire

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

**Return to:** Keri Young

EMPLOYEE/CLAIMANT NAME: Amy Ray Knight
CLAIM NO: 11580689
EMPLOYER/SPONSOR: Gainwell Technologies DATE OF BIRTH: ______

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ____ Divorced ____
If married, please indicate your spouse's name and date of birth. Name: ______ DOB: ______

Do you have children or dependents*? Yes ____ No ____
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ______ No: ______
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Lincoln Life Assurance Company of Boston.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ______________________ Date: ______________

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

EMPLOYEE/CLAIMANT NAME: Amy Ray Knight
CLAIM NO: 11580689
EMPLOYER/SPONSOR: Gainwell Technologies DATE OF BIRTH: ________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: ________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ________ Certificate Program completed: ________

Associates Degree: ________ College: number of years: ________

Bachelor's Degree: BA /BS Major: ________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ________

Professional Training, License, Certificates(s): ________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ________

List any other Training or Classes Attended or Plan to Attend: ________

Primary language spoken: ________ Other language(s) spoken fluently: ________

Additional Skills, Hobbies & Volunteer Work ________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ________ To: ________

Branch of Service: ________ Specialty: ________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ________

2. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ________

3. Company: ______________________ Department: ______________________ From: ________ To: ______
   Job Title(s): ____________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________________________________________
   ____________________________________________

4. Company: ______________________ Department: ______________________ From: ________ To: ______
   Job Title(s): ____________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________________________________________
   ____________________________________________

5. Company: ______________________ Department: ______________________ From: ________ To: ______
   Job Title(s): ____________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________________________________________
   ____________________________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ____________________________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ____________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ______________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ____________________ Work: ____________________

**SIGNATURE:** ____________________ **PHONE NO: (    )** ____________________

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ____________________

Name of legal representative, if applicable (print) ____________________ Relationship ____________

Signature of claimant or legal representative ____________________ Date: ____________

Date of Birth: ____________ Claim Number: 11580689

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

# AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ____________________ Relationship __________

Signature of claimant or legal representative ______________________________

Date of Birth: __________ Claim Number: 11580689 Date: __________

**A copy of this authorization will be considered as valid as the original**

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

**Return To:** Keri Young

EMPLOYEE/CLAIMANT NAME: Amy Ray Knight
CLAIM NO: 11580689
EMPLOYER/SPONSOR: Gainwell Technologies DATE OF BIRTH: ____________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 02/25/2021 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**PHARMACY(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ____________________ **DATE:** ____________________

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

**Return to:** Keri Young

**EMPLOYEE/CLAIMANT NAME:** Amy Ray Knight **CLAIM #:** 11580689
**EMPLOYER:** Gainwell Technologies **DATE OF BIRTH:** ________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Workers' Compensation | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | ______ | ______ | ______ | ______ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ____________________

**DATE:** ____________ **EMPLOYEE'S SIGNATURE:** ____________________

DP 409

# ACTIVITIES QUESTIONNAIRE

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

**Return To:** Keri Young



EMPLOYEE/CLAIMANT NAME: Amy Ray Knight

CLAIM NO: 11580689 DATE OF BIRTH: ________

EMPLOYER/SPONSOR: Gainwell Technologies

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

sit ________ stand ________ walk ________

How many hours a day do you:

sit ________ stand ________ walk ________

Do you take a nap during the day?

Yes________ No ________

If Yes, for how long? ________ At what time of the day?________

How many hours a day do you spend in bed?________

Do you require any assistive devices such as a:

cane ________ walker________ crutches ________ wheelchair ________ other________

How long are you able to sit in a car?________

Do you hold a valid driver's license?

Yes________ No ________

If No, please explain: ________

If Yes, how long are you able to drive a car?________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

________

Do you have children?

Yes________ No ________ If Yes, what are their dates of birth ________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes________ No ________ If Yes, please explain ________

How many times a day do you leave the house during the week? ________

On the weekends?________

How often do you run errands? ________

Please describe what errands you most commonly run: ________

________

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 3*

How often do you get outdoors? ________________

Are you left or right hand dominant? Left ______ Right ______

Are you able to work in your garden? Yes ______ No ______

Are you able to work on your house? Yes ______ No ______

Are you able to wash your car? Yes ______ No ______

How much time is spent daily on your home computer?
______ None ______ 0-1 hours ______ 1-2 hours ______ 2-3 hours ______ 3+ hours

How much time is spent weekly on your home computer?
______ None ______ 0-1 hours ______ 1-2 hours ______ 2-3 hours ______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

______ Pay bills ______ Read news/articles ______ Use search engines ______ Send emails

______ Visit chat rooms ______ Photos Other: ______________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ______________

Do you have a working home copy machine/fax machine? ______ Yes ______ No

If yes, please explain purpose and usage: ________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ______ No ______

If Yes, please provide reason and hospital contact Information: ________________

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*



How often do you travel or take vacation? ______________________________

Where do you go? How do you get there (transportation method)? ______________________________

______________________________

Are you able to pursue your hobbies? Yes _______ No _______

If Yes, please describe ______________________________

Do you participate in an exercise program? Yes _______ No _______

If Yes, please describe ______________________________

Do you do any Volunteer work? Yes _______ No _______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ______________________________

Are you working for wages? Yes _______ No _______

If Yes, please provide employer's name ______________________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

______________________________

______________________________

______________________________

______________________________

______________________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______________________________

______________________________

______________________________

______________________________

______________________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: ______________________________ Date: ______________________________

Signature: ______________________________

Lincoln Financial Group®

**REIMBURSEMENT AGREEMENT**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

**Claimant:** Amy Ray Knight **Date of Birth:** ________

**Employer:** Gainwell Technologies **Policy/Plan Sponsor No.:** 09-LF0372

I agree to reimburse Lincoln Life Assurance Company of Boston (Lincoln Financial Group) for any overpayment that may arise on my Statutory Disability (STAT), Short Term Disability (STD), Long Term Disability (LTD), and other Supplemental claim(s) as a result of:

1. *Income/Benefits* for which I am and/or my family is awarded or eligible for:

*Social Security Disability or Retirement Benefits, Severance, Unemployment Benefits, State Disability benefits, any Workers' Compensation Benefit or Settlement, Pension/Retirement, Salary Continuance and/or additional earnings. I will inform Lincoln Financial Group immediately upon receiving notice that I have been awarded any of the above benefits.*

2. *A change* in Disability payment due to but not limited to return to work, and/or incorrect calculation of benefits in accordance with the policy/plan Schedule of Benefits.

If disability benefits are approved, I request that Lincoln Financial Group pay me my benefit with no reduction for Social Security Disability benefits for me and/or my family until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Financial Group. In consideration of Lincoln Financial Group paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Lincoln Financial Group immediately if awarded Social Security Benefits.
4) I authorize Lincoln Financial Group to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Lincoln Financial Group has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Financial Group until the amount of Lincoln Financial Group's overpayment has been repaid in full.
6) I agree to repay Lincoln Financial Group in full within the time period specified in my policy/plan provision.

Social Security benefits will be estimated if:

1) I do not sign and return this form to Lincoln Financial Group within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Lincoln Financial Group in full, I understand Lincoln Financial Group will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Financial Group may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Financial Group may also pursue other means permitted by law to collect the overpayment amount owed.

**EMPLOYEE'S SIGNATURE:**________________________ **DATE:** ________________

**EMPLOYEE'S PRINTED NAME:** Amy Ray Knight

***Please retain a copy for your records or one can be provided upon request.***

Form **W-4S**
Department of the Treasury
Internal Revenue Service

# Request for Federal Income Tax Withholding From Sick Pay

▶ **Give this form to the third-party payer of your sick pay.**
▶ **Go to *www.irs.gov/FormW4S* for the latest information.**

OMB No. 1545-0074
**2021**

| Your first name and middle initial | Last name | **Your social security number** |
|---|---|---|
| | | |

Home address (number and street or rural route)

City or town, state, and ZIP code

| | |
|---|---|
| Claim or identification number (if any) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) . . . . . . . . . . . . . . . . . . . . . . | $ |

Employee's signature ▶ Date ▶

.................................**Separate here and give the top part of this form to the payer. Keep the lower part for your records.** .........................................

**Worksheet** (Keep for your records. Do not send to the IRS.)

| | | | |
|---|---|---|---|
| **1** | Enter amount of adjusted gross income that you expect in 2021 . . . . . . . . . . . . . . . | **1** | |
| **2** | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. See Pub. 505 for details. If you don't plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional standard deductions for age and blindness.) **Note:** There is no deduction for personal exemptions for 2021 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | |
| **3** | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | |
| **4** | Tax. Figure your tax on line 3 by using the **2021** Tax Rate Schedule X, Y-1, Y-2, or Z on page 2. **Do not** use any tax tables, worksheets, or schedules in the 2020 Instructions for Forms 1040 and 1040-SR . | **4** | |
| **5** | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . . | **5** | |
| **6** | Subtract line 5 from line 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | |
| **7** | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2021 or paid or to be paid with 2021 estimated tax payments . . . | **7** | |
| **8** | Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** | |
| **9** | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | |
| **10** | Divide line 8 by line 9. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above . . | **10** | |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You aren't required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Don't use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note:** If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:

- Under a plan to which your employer is a party, and
- In place of wages for any period when you're temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

- Must be in whole dollars (for example, $35, not $34.50).
- Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.
- Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution:** You may be subject to a penalty if your tax payments during the year aren't at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S **is not** valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you'll receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the IRS.

*(continued on back)*

**Changing your withholding.** Form W-4S remains in effect until you change or revoke it. You may do this by giving a new Form W-4S or a written notice to the payer of your sick pay. To revoke your previous Form W-4S, complete a new Form W-4S and write "Revoked" in the money amount box, sign it, and give it to the payer.

## Specific Instructions for Worksheet

You may use the worksheet on page 1 to estimate the amount of federal income tax that you want withheld from each sick pay payment. Use your tax return for last year and the worksheet as a basis for estimating your tax, tax credits, and withholding for this year.

You may not want to use Form W-4S if you already have your total tax covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution:** If any of the amounts on the worksheet change after you give Form W-4S to the payer, you should use a new Form W-4S to request a change in the amount withheld.

### Line 2—Deductions

**Itemized deductions.** Itemized deductions include qualifying home mortgage interest, charitable contributions, state and local taxes (up to $10,000), and medical expenses in excess of 7.5% of your adjusted gross income. See Pub. 505 for details.

**Standard deduction.** For 2021, the standard deduction amounts are:

| Filing Status | Standard Deduction |
|---|---|
| Married filing jointly or qualifying widow(er) | $25,100* |
| Head of household | $18,800* |
| Single or Married filing separately | $12,550* |

* If you're age 65 or older or blind, add to the standard deduction amount the additional amount that applies to you as shown in the next paragraph. If you can be claimed as a dependent on another person's return, see *Limited standard deduction for dependents,* later.

***Additional standard deduction for the elderly or blind.*** An additional standard deduction of $1,350 is allowed for a married individual (filing jointly or separately) or a qualifying widow(er) who is 65 or older or blind, $2,700 if 65 or older **and** blind. If both spouses are 65 or older or blind, an additional $2,700 is allowed on a joint return. If both spouses are 65 or older **and** blind, an additional $5,400 is allowed on a joint return. Additional standard deductions are also allowed on your separate return for your spouse who is 65 or older and/or blind if your spouse has no gross income and can't be claimed as a dependent by another taxpayer. An additional $1,700 is allowed for an unmarried individual (single or head of household) who is 65 or older or blind, $3,400 if 65 or older **and** blind. See the 2021 Estimated Tax Worksheet—Line 2 Standard Deduction Worksheet in Pub. 505.

***Limited standard deduction for dependents.*** If you are a dependent of another person, your standard deduction is the greater of (a) $1,100 or (b) your earned income plus $350 (up to the regular standard deduction for your filing status). If you're 65 or older or blind, see Pub. 505 for additional amounts that you may claim.

***Certain individuals not eligible for standard deduction.*** For the following individuals, the standard deduction is zero.

- A married individual filing a separate return if either spouse itemizes deductions.
- A nonresident alien individual. For exceptions, see Pub. 519, U.S. Tax Guide for Aliens.
- An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

### Line 5—Credits

Include on this line any tax credits that you're entitled to claim, such as the child tax credit and credit for other dependents, higher education credits, credit for child and dependent care expenses, earned income credit, or credit for the elderly or the disabled. See the Tax Credits table in Pub. 505 for more information.

### Line 7—Tax Withholding and Estimated Tax

Enter the federal income tax that you expect will be withheld this year on income other than sick pay and any payments made or to be made with 2021 estimated tax payments. Include any federal income tax already withheld or to be withheld from wages and pensions.

## 2021 Tax Rate Schedules

### Schedule X—Single

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,950 | **$0 + 10%** | **$0** |
| 9,950 | 40,525 | **995 + 12%** | **9,950** |
| 40,525 | 86,375 | **4,664 + 22%** | **40,525** |
| 86,375 | 164,925 | **14,751 + 24%** | **86,375** |
| 164,925 | 209,425 | **33,603 + 32%** | **164,925** |
| 209,425 | 523,600 | **47,843 + 35%** | **209,425** |
| 523,600 | and greater | **157,804.25 + 37%** | **523,600** |

### Schedule Z—Head of household

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $14,200 | **$0 + 10%** | **$0** |
| 14,200 | 54,200 | **1,420 + 12%** | **14,200** |
| 54,200 | 86,350 | **6,220 + 22%** | **54,200** |
| 86,350 | 164,900 | **13,293 + 24%** | **86,350** |
| 164,900 | 209,400 | **32,145 + 32%** | **164,900** |
| 209,400 | 523,600 | **46,385 + 35%** | **209,400** |
| 523,600 | and greater | **156,355 + 37%** | **523,600** |

### Schedule Y-1—Married filing jointly or Qualifying widow(er)

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $19,900 | **$0 + 10%** | **$0** |
| 19,900 | 81,050 | **1,900 + 12%** | **19,900** |
| 81,050 | 172,750 | **9,328 + 22%** | **81,050** |
| 172,750 | 329,850 | **29,502 + 24%** | **172,750** |
| 329,850 | 418,850 | **67,206 + 32%** | **329,850** |
| 418,850 | 628,300 | **95,686+ 35%** | **418,850** |
| 628,300 | and greater | **168,993.50 + 37%** | **628,300** |

### Schedule Y-2—Married filing separately

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,950 | **$0 + 10%** | **$0** |
| 9,950 | 40,525 | **995 + 12%** | **9,950** |
| 40,525 | 86,375 | **4,664 + 22%** | **40,525** |
| 86,375 | 164,925 | **14,751 + 24%** | **86,375** |
| 164,925 | 209,425 | **33,603 + 32%** | **164,925** |
| 209,425 | 314,150 | **47,843 + 35%** | **209,425** |
| 314,150 | and greater | **84,496.75 + 37%** | **314,150** |

**Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

**From:** LincolnAbsenceNotification@lfg.com
**To:** Benefits@dxc.com
**Subject:** Amy Ray Knight LINCOLN FINANCIAL NOTIFICATION: Acknowledgement of Long Term Disability claim 11580689

This e-mail is to inform you Amy Ray Knight (Employee ID: 11553809) has a PENDED Long Term disability claim. We are in the process of reviewing the details of this claim and you will be notified via email once a determination is made.

The employee's effective date for long term disability benefits is 8/26/2021.

If you have further questions, please call Lincoln Financial at 800-879-2701 ext. 59543 or contact the assigned Case Manager at . Please be sure to reference claim number 11580689.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

# Occupational Analysis

**Date:** 8/10/2021
**Name:** Amy Ray Knight
**Claim Number:** 11580689
**Policy Holder:** Gainwell Technologies

An Occupational Analysis was completed to compare the job, Insurance/Healthcare Cons II (no physical requirements listed on JD), to the occupation in the National Economy, per the DOT of Consultant (sedentary; 189.117-050).

Documents Reviewed:
- JD

EE's RLs per PM&R CCS claim noted 8 with Dr. Kanelos, MD, dated 8/6/2021:
- Occasional finger, type, and grasp with bilateral upper extremity
- Occasionally lift and carry up to 10 lbs. with both hands

The following resources were utilized in this comparison:
- DOT
- ERI

The comparison to the position with the employer to the national economy is as follows:

**Essential Duties**:
Comparable between the employer and the National Economy, per the DOT, they both provide consultancy utilizing knowledge of technology of specific discipline or field of specialization. Research and analyze data to determine solutions, such as installation of alternate methods and procedures, and changes in processing methods and practices.

**Physical Demands**:
The employer does not indicate physical requirements of position performed.

The occupation is typically performed as sedentary in the National Economy, per the DOT. National Economy demand levels include:

Per the DOT:
- Frequent talking, hearing, near acuity
- Occasional reaching, handling, fingering

Per ERI:
- Frequent keyboard use

**Summary**:
The employer does not list physical requirements of the job on the JD. The occupation is most often performed at the sedentary level in the National Economy, per the DOT with frequent talking, hearing, near acuity; and occasional reaching, handling, fingering. Per ERI, frequent keyboard use.

I have not met with insured for the purpose of this review. All opinions are based on a review of medical records and resources listed only.

Respectfully submitted,

Electronically Signed

*Megan Provost, MA, CRC*
*Vocational Case Manager*

**Title:** Consultant **DOT Code:** 189.117-050

Consults with client to define need or problem, conducts studies and surveys to obtain data, and analyzes data to advise on or recommend solution, utilizing knowledge of theory, principles, or technology of specific discipline or field of specialization:

**Tasks**

1. Consults with client to ascertain and define need or problem area, and determine scope of investigation required to obtain solution.

2. Conducts study or survey on need or problem to obtain data required for solution.

3. Analyzes data to determine solution, such as installation of alternate methods and procedures, changes in processing methods and practices, modification of machines or equipment, or redesign of products or services.

4. Advises client on alternate methods of solving need or problem, or recommends specific solution.

**May Also Include:**

1. May negotiate contract for consulting service.

2. May specialize in providing consulting service to government in field of specialization.

**Undefined Related Titles:**

1. May be designated according to field of specialization such as engineering or science discipline, economics, education, labor, or in specialized field of work as health services, social services, or investment services.

DLU: 1993

## OCCUPATIONAL REQUIREMENTS

**Title:** Consultant **DOT Code:** 189.117-050
**Industry:** Professional and Kindred

**Specific Vocational Preparation:** Level 8 (4 to 10 years)

**General Educational Development:** Reasoning Grades 13-14
Mathematics Grades 13-14
Language Grades 13-14

**Strength:** Sedentary — Lifting, Carrying, Pushing, Pulling 10 Lbs. occasionally. Mostly sitting, may involve standing or walking for brief periods of time.

| **Physical Demands:** | | **Environmental Conditions:** | |
|---|---|---|---|
| Climbing | Never | Noise Intensity Level | Moderate |
| Balancing | Never | Exposure to Weather | Never |
| Stooping | Never | Extreme Cold | Never |
| Kneeling | Never | Extreme Heat | Never |
| Crouching | Never | Wet and/or Humid | Never |
| Crawling | Never | Vibration | Never |

| | | | |
|---|---|---|---|
| Reaching | Occasionally | Atmospheric Conditions | Never |
| Handling | Occasionally | Proximity to Moving Mechanical Parts | Never |
| Fingering | Occasionally | Exposure to Electrical Shock | Never |
| Feeling | Never | Working in High Exposed Places | Never |
| Talking | Frequently | Exposure to Radiation | Never |
| Hearing | Frequently | Working with Explosives | Never |
| Tasting/Smelling | Never | Exposure to Toxic or Caustic Chemicals | Never |
| Near Acuity | Frequently | Other Environmental Conditions | Never |
| Far Acuity | Never | | |
| Depth Perception | Never | | |
| Accommodation | Never | | |
| Color Vision | Never | | |
| Field of Vision | Never | | |

| | | | |
|---|---|---|---|
| **Work Situations:** | Directing, controlling, or planning activities of others. | **Data:** | 1 Coordinating |
| | Making judgments and decisions. | **People:** | 1 Negotiating |
| | Dealing with people. | **Things:** | 7 Handling |

| **Aptitudes:** | **DOT** | **OAP** |
|---|---|---|
| General Learning Ability Percentile) | 2 (67-89 Percentile) | 2 (76 - 82 |
| Verbal Aptitude Percentile) | 2 (67-89 Percentile) | 3 (46 - 54 |
| Numerical Aptitude Percentile) | 2 (67-89 Percentile) | 2- (67 - 74 |
| Spatial Aptitude Percentile) | 2 (67-89 Percentile) | 3 (46 - 54 |
| Form Perception | 3 (34-66 Percentile) | Not Included |
| Clerical Aptitude | 3 (34-66 Percentile) | Not Included |
| Motor Coordination | 4 (11-33 Percentile) | Not Included |
| Finger Dexterity | 4 (11-33 Percentile) | Not Included |
| Manual Dexterity | 4 (11-33 Percentile) | Not Included |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | |
| Color Discrimination | 5 (Below 11 Percentile) | |

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. AMY RAY KNIGHT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

August 7, 2021

Ms. Amy R. Ray Knight

RE: Long Term Disability (LTD) Benefits
Gainwell Technologies
Claim #: 11580689

Dear Ms. Amy Ray Knight:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Gainwell Technologies's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by August 26, 2021.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-4102

Attachments: 11580689-ACKNOWLEDGE-NEW CLAIM-07.13.2021

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. AMY RAY KNIGHT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

July 14, 2021

Ms. Amy R. Ray Knight

RE: Long Term Disability (LTD) and Short Term Disability (STD) Benefits
Gainwell Technologies
Claim #: 11580689 and 11112396

Dear Ms. Amy Ray Knight:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Gainwell Technologies's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

You have been receiving Short Term Disability (STD) benefits since March 4, 2021. Should your disability continue through the maximum benefit date, STD benefits are payable through August 25, 2021.

I have been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

During the remainder of the STD benefit period, we will be reviewing your claim for consideration under Gainwell Technologies's LTD Policy. Please note that receipt of STD benefits does not automatically mean that LTD benefits will be approved. The provisions and requirements in the LTD Policy differ from those of the STD Policy and may require that we request additional information prior to making a claim determination.

To assist us with our review, please complete the following forms and return them no later than August 26, 2021.

X Agreement Concerning Benefits Form
X Family Information Questionnaire
X SS Reimbursement Agreement
X Training Education Experience
X Workers' Compensation Information Form
X LTD Forms - Standard

___ Other

If you have any questions regarding this matter, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-4102

Attachments: Agreement Concerning Benefits Form
Family Information Questionnaire
SS Reimbursement Agreement
Training Education Experience
Workers' Compensation Information Form
LTD Forms - Standard

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

# AGREEMENT CONCERNING BENEFITS

Return To: Keri Young

Policy No: 09 - LF0372

Claim Number: 11580689

Employer: Gainwell Technologies

Address

Claimant: Amy Ray Knight

Date of Disability: 02/25/2021

In return for the advance payment of group disability benefits made to me by Lincoln Life Assurance Company of Boston, which may be in excess of the amount due to me under the terms of Policy number 09 LF0372 I, for myself, my heirs, executors, administrators and assigns agree:

1) That I am not currently receiving any benefits from Social Security and/or Workers' Compensation.

2) If I apply for Social Security benefits and/or Workers' Compensation benefits I will promptly notify Lincoln Life Assurance Company of Boston.

3) If I, and/or my spouse and family receive any benefits payments, from Social Security and/or Workers' Compensation, I, and/or my spouse and family will immediately notify by Lincoln Life Assurance Company of Boston, of such benefit payments and pay back any overpayment resulting from this award in accordance with my Policy provisions.

4) I understand that thereafter Lincoln Life Assurance Company of Boston is entitled to integrate any amounts received from Social Security and/or Workers' Compensation with the benefits payable under the Policy in accordance with the terms of the Policy.

I understand that Lincoln Life Assurance Company of Boston in reliance on the above statements and promises, has agreed to advance benefits to me.

Claimant Name (please print)

Address

Signature

Date

***PLEASE RETAIN A COPY FOR YOUR RECORDS, OR ONE MAY BE PROVIDED FOR YOU UPON REQUEST.***

# Family Information Questionnaire

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

**Return to:** Keri Young

EMPLOYEE/CLAIMANT NAME: Amy Ray Knight
CLAIM NO: 11580689
EMPLOYER/SPONSOR: Gainwell Technologies DATE OF BIRTH: ____________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ______ Married ______ Divorced ______
If married, please indicate your spouse's name and date of birth. Name: ______________________ DOB: __________

Do you have children or dependents*? Yes ______ No ______
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ___________ No: ___________
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Lincoln Life Assurance Company of Boston.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ________________________________ Date: ____________________

Lincoln Financial Group®

LINCOLN FINANCIAL GROUP
LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

# SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.

The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.

Claimant: Amy Ray Knight Date of Birth: ______

Employer: Gainwell Technologies Policy/Plan Sponsor No. 09 - LF0372

A) If disability benefits are approved I request that Lincoln Life Assurance Company of Boston pay me my benefit with no reduction for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Life Assurance Company of Boston. In consideration of Lincoln Life Assurance Company of Boston paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Lincoln Life Assurance Company of Boston's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Lincoln Life Assurance Company of Boston immediately if awarded Social Security Benefits.
4) I authorize Lincoln Life Assurance Company of Boston to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Lincoln Life Assurance Company of Boston has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Life Assurance Company of Boston until the amount of Lincoln Life Assurance Company of Boston's overpayment has been repaid in full.
6) I agree to repay Lincoln Life Assurance Company of Boston in full within the time period specified in my policy/plan provision.

B) Social Security benefits will be estimated if:

1) I do not sign and return this form to Lincoln Life Assurance Company of Boston within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Lincoln Life Assurance Company of Boston's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Lincoln Life Assurance Company of Boston in full, I understand Lincoln Life Assurance Company of Boston will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Life Assurance Company of Boston may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Life Assurance Company of Boston may also pursue other means permitted by law to collect the overpayment amount owed.

(Insured/Employee signature) ______

(Address) ______

(Date) ______

*Please retain a copy for your records or one can be provided upon request.*

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

EMPLOYEE/CLAIMANT NAME: Amy Ray Knight
CLAIM NO: 11580689
EMPLOYER/SPONSOR: Gainwell Technologies DATE OF BIRTH: ________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: ________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ________ Certificate Program completed: ________

Associates Degree: ________ College: number of years: ________

Bachelor's Degree: BA /BS Major: ________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ________

Professional Training, License, Certificates(s): ________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ________

List any other Training or Classes Attended or Plan to Attend: ________

Primary language spoken: ________ Other language(s) spoken fluently: ________

Additional Skills, Hobbies & Volunteer Work ________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ________ To: ________

Branch of Service: ________ Specialty: ________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ________

2. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ________

3. Company: ______________________ Department: ______________________ From: _________ To: ______
   Job Title(s): ______________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________________________________________
   ______________________________________________

4. Company: ______________________ Department: ______________________ From: _________ To: ______
   Job Title(s): ______________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________________________________________
   ______________________________________________

5. Company: ______________________ Department: ______________________ From: _________ To: ______
   Job Title(s): ______________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________________________________________
   ______________________________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ______________________________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ____________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ________________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ____________________ Work: ____________________

**SIGNATURE:** ______________________ **PHONE NO: (    )** ______________________

# Workers' Compensation
# INFORMATION FORM

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

Return To: Keri Young

EMPLOYEE/CLAIMANT NAME: Amy Ray Knight

CLAIM NO: 11580689

EMPLOYER/SPONSOR: Gainwell Technologies DATE OF BIRTH: ______

We received your disability claim form. The form indicates that your disability is the result of a work related Injury/Sickness. Please provide the following information and return this form to my attention in order to avoid any delay in processing.

1. Date of Injury/Sickness: ______
2. Location of Injury (please provide complete address): ______
3. Description of Injury/Sickness (please include copy of accident report): ______

4. Please provide the name of your Employer:
   - Company Name: ______
   - Address: ______
   - Supervisor Name: ______ Telephone: ( ) ______

5. Please provide the name of your Employer's Workers' Compensation Carrier or Administrator:
   - Insurance Carrier: ______
   - Address: ______
   - Telephone: ( ) ______
   - Claim Representative: ______

6. Are you collecting benefits from your Employer's Workers' Compensation Insurance Company or Administrator?

   Yes ☐ No ☐

   If "Yes": Weekly Benefit Amount $ ______
   Claim No.: ______

7. Are you using the services of an attorney?

   Yes ☐ No ☐

   If "Yes": Name: ______
   Address: ______
   Telephone: ( ) ______

SIGNATURE: ______ DATE: ______

DP 539D – Rev. 12/02

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ____________________________________

Name of legal representative, if applicable (print) ________________________________ Relationship ___________________

Signature of claimant or legal representative ______________________________________ Date: ______________________

Date of Birth: __ ________ Claim Number: 11580689

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

**AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ____________________ Relationship ____________

Signature of claimant or legal representative ______________________________

Date of Birth: __ ________ Claim Number: 11580689 Date: ____________________

**A copy of this authorization will be considered as valid as the original**

# CLAIMANT INFORMATION FORM

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

**Return To:** Keri Young

EMPLOYEE/CLAIMANT NAME: Amy Ray Knight
CLAIM NO: 11580689
EMPLOYER/SPONSOR: Gainwell Technologies DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 02/24/2021 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**PHARMACY(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ______ **DATE:** ______

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

**Return to:** Keri Young

**EMPLOYEE/CLAIMANT NAME:** Amy Ray Knight **CLAIM #:** 11580689
**EMPLOYER:** Gainwell Technologies **DATE OF BIRTH:**

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______

**DATE:** ______ **EMPLOYEE'S SIGNATURE:** ______

DP 409

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

**Return To:** Keri Young



EMPLOYEE/CLAIMANT NAME: Amy Ray Knight

CLAIM NO: 11580689 DATE OF BIRTH: ________

EMPLOYER/SPONSOR: Gainwell Technologies

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

sit ________ stand ________ walk ________

How many hours a day do you:

sit ________ stand ________ walk ________

Do you take a nap during the day?

Yes________ No ________

If Yes, for how long? ________ At what time of the day?________

How many hours a day do you spend in bed?________

Do you require any assistive devices such as a:

cane ________ walker________ crutches ________ wheelchair ________ other________

How long are you able to sit in a car?________

Do you hold a valid driver's license?

Yes________ No ________

If No, please explain: ________

If Yes, how long are you able to drive a car? ________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

________

Do you have children?

Yes________ No ________ If Yes, what are their dates of birth ________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes________ No ________ If Yes, please explain ________

How many times a day do you leave the house during the week? ________

On the weekends? ________

How often do you run errands? ________

Please describe what errands you most commonly run: ________

________

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 3*

How often do you get outdoors? ______________________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ____________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ____________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ______________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ______________________________

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 3 of 3*

How often do you travel or take vacation? ______________________________

Where do you go? How do you get there (transportation method)? ______________________________

______________________________

Are you able to pursue your hobbies? Yes ______ No ______

If Yes, please describe ______________________________

Do you participate in an exercise program? Yes ______ No ______

If Yes, please describe ______________________________

Do you do any Volunteer work? Yes ______ No ______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ______________________________

Are you working for wages? Yes ______ No ______

If Yes, please provide employer's name ______________________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

______________________________

______________________________

______________________________

______________________________

______________________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______________________________

______________________________

______________________________

______________________________

______________________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: ______________________________ Date: ______________________________

Signature: ______________________________

**From:**Benefits Team (S&L HHS) <benefits@dxc.com>
**Sent:**Fri, 6 Aug 2021 03:54:31 +0000
**To:**Young, Keri;Benefits Team (S&L HHS)
**Subject:**RE: Job Description - Amy Ray Knight Emp ID: 11553809 (Claim 11580689)

Hi Keri – I apologize for the delay. Here is what we show for Amy's position:

| | |
|---|---|
| Incumbent | Amy Ray Knight (On Leave) (11553809) |
| Job Posting Title | Insurance/Healthcare Cons II |
| Job Description | The Insurance/Healthcare job family contains positions associated with providing consultancy utilizing knowledge and expertise on insurance and healthcare. Develops and implements general insurance and health policies in accordance with state and federal laws. Provides expertise to investigate and adjudicate claim characteristics that do not match policy provisions. Responds to provider appeals and meets with providers to resolve problems/issues. Provides directions for utilization review. Approves any remedial or recoupment actions associated with escalated claims. Advises provider review councils, state officials and works with organized healthcare groups and associations on various medical issues related to insurance and healthcare programs |

***Responsibilities:***

- Participates in the identification, documentation, analysis and validation of intermediate level business processes, systems, and solution requirements.
- Review data and make independent decisions with little direction.
- Make recommendations for policyprocedure changes.
- Researches and evaluates components of solutions to problems.
- Able to resolverecommend action on less complex issues.
- Applies knowledge of business unit processes to support requirements of business unit.
- Participates in process review and improvement initiatives.
- Acts as an informed team member providing analysis of information and limited project direction input.
- Establishes customer satisfaction by responding to requests for dataservice in a timely and quality manner, interpreting circumstances.
- Ability to follow written policies and procedures.
- Manage multiple assignments with minimal supervision.
- Manage requests from customers, leaders, and corporate executives.
- Develop training materials and conduct training classes and workshops.

***Education and Experience Required:***

- Bachelor's degree in insurance, healthcare or related field or High School Diploma or equivalent, may hold 2 year post-high school Degree (insurance, healthcare or related field).
- Typically, 2-5 years of working experience.

***Knowledge and Skills:***

- Experience with intermediate knowledge of commercial and government insurance programs.
- Significant level of understanding of healthcare related technologies.
- Good working knowledge of project management, research and problem resolution techniques.
- Ability to plan and meet deadlines with minimal direction from leadership.
- Ability to communicate effectively with both internal and external customers, and build trusting relationships through collaborative work activities.
- Strong written and verbal communication skills.
- Ability to understand instructions and accomplish tasks.
- Ability to learn quickly and work in a team environment.
- Solid business and technical writing skills to ensure that all documentation meets required standards.
- Good presentation skills with ability to enhance skills with practice.
- Advanced computer skills to minimize training time for organization specific software.
- Strong knowledge of established policies and procedures.
- Ability to research and resolve customer and leader inquiries.
- Ability to identify trends.
- Ability to train and mentor other team members.
- Researches multiple areas within the system.
- Identifies system issues.

---

**From:** Young, Keri <Keri.Young@lfg.com>
**Sent:** Thursday, July 22, 2021 8:30 AM
**To:** Benefits Team (S&L HHS) <benefits@dxc.com>
**Subject:** Job Description - Amy Ray Knight Emp ID: 11553809 (Claim 11580689)

Good Morning,

I'm in the process of reviewing Amy Ray Knight's eligibility for LTD benefits. Can you provided a job description?

Best regards,

Keri Young
Claim Specialist
Lincoln Financial Group
PO BOX 2578
Omaha, NE 68172-9688

Ph. 800-291-0112
Ext. 59543
Fax: 603-334-4102
Keri.young@lfg.com

Follow us on:
LincolnFinancial.com

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

| | |
|---|---|
| Incumbent | Amy Ray Knight (On Leave) (11553809) |
| Job Posting Title | Insurance/Healthcare Cons II |
| Job Description | The Insurance/Healthcare job family contains positions associated with providing consultancy utilizing knowledge and expertise on insurance and healthcare. Develops and implements general insurance and health policies in accordance with state and federal laws. Provides expertise to investigate and adjudicate claim characteristics that do not match policy provisions. Responds to provider appeals and meets with providers to resolve problems/issues. Provides directions for utilization review. Approves any remedial or recoupment actions associated with escalated claims. Advises provider review councils, state officials and works with organized healthcare groups and associations on various medical issues related to insurance and healthcare programs |

***Responsibilities:***

- Participates in the identification, documentation, analysis and validation of intermediate level business processes, systems, and solution requirements.
- Review data and make independent decisions with little direction.
- Make recommendations for policyprocedure changes.
- Researches and evaluates components of solutions to problems.
- Able to resolverecommend action on less complex issues.
- Applies knowledge of business unit processes to support requirements of business unit
- Participates in process review and improvement initiatives.
- Acts as an informed team member providing analysis of information and limited project direction input.
- Establishes customer satisfaction by responding to requests for dataservice in a timely and quality manner interpreting circumstances
- Ability to follow written policies and procedures.
- Manage multiple assignments with minimal supervision.
- Manage requests from customers, leaders, and corporate executives.
- Develop training materials and conduct training classes and workshops.

***Education and Experience Required:***

- Bachelor's degree in insurance, healthcare or related field or High School Diploma or equivalent; may hold 2 year post-high school Degree (insurance, healthcare or related field)
- Typically, 2-5 years of working experience.

***Knowledge and Skills:***

- Experience with intermediate knowledge of commercial and government insurance programs.
- Significant level of understanding of healthcare related technologies.
- Good working knowledge of project management, research and problem resolution techniques.
- Ability to plan and meet deadlines with minimal direction from leadership.
- Ability to communicate effectively with both internal and external customers, and build trusting relationships through collaborative work activities.
- Strong written and verbal communication skills
- Ability to understand instructions and accomplish tasks.
- Ability to learn quickly and work in a team environment.
- Solid business and technical writing skills to ensure that all documentation meets required standards.
- Good presentation skills with ability to enhance skills with practice.
- Advanced computer skills to minimize training time for organization specific software
- Strong knowledge of established policies and procedures.
- Ability to research and resolve customer and leader inquiries.
- Ability to identify trends
- Ability to train and mentor other team members.
- Researches multiple areas within the system
- Identifies system issues.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. AMY RAY KNIGHT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

July 14, 2021

Ms. Amy R. Ray Knight

RE: Long Term Disability (LTD) and Short Term Disability (STD) Benefits
Gainwell Technologies
Claim #: 11580689 and 11112396

Dear Ms. Amy Ray Knight:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Gainwell Technologies's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

You have been receiving Short Term Disability (STD) benefits since March 4, 2021. Should your disability continue through the maximum benefit date, STD benefits are payable through August 25, 2021.

I have been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

During the remainder of the STD benefit period, we will be reviewing your claim for consideration under Gainwell Technologies's LTD Policy. Please note that receipt of STD benefits does not automatically mean that LTD benefits will be approved. The provisions and requirements in the LTD Policy differ from those of the STD Policy and may require that we request additional information prior to making a claim determination.

To assist us with our review, please complete the following forms and return them no later than August 26, 2021.

- X Agreement Concerning Benefits Form
- X Family Information Questionnaire
- X SS Reimbursement Agreement
- X Training Education Experience
- X Workers' Compensation Information Form
- X LTD Forms - Standard

__ Other

If you have any questions regarding this matter, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-4102

Attachments: Agreement Concerning Benefits Form
Family Information Questionnaire
SS Reimbursement Agreement
Training Education Experience
Workers' Compensation Information Form
LTD Forms - Standard

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

# AGREEMENT CONCERNING BENEFITS

Return To: Keri Young

Policy No: 09 - LF0372

Claim Number: 11580689

Employer: Gainwell Technologies

Address

Claimant: Amy Ray Knight

Date of Disability: 02/25/2021

In return for the advance payment of group disability benefits made to me by Lincoln Life Assurance Company of Boston, which may be in excess of the amount due to me under the terms of Policy number 09 LF0372 I, for myself, my heirs, executors, administrators and assigns agree:

1) That I am not currently receiving any benefits from Social Security and/or Workers' Compensation.

2) If I apply for Social Security benefits and/or Workers' Compensation benefits I will promptly notify Lincoln Life Assurance Company of Boston.

3) If I, and/or my spouse and family receive any benefits payments, from Social Security and/or Workers' Compensation, I, and/or my spouse and family will immediately notify by Lincoln Life Assurance Company of Boston, of such benefit payments and pay back any overpayment resulting from this award in accordance with my Policy provisions.

4) I understand that thereafter Lincoln Life Assurance Company of Boston is entitled to integrate any amounts received from Social Security and/or Workers' Compensation with the benefits payable under the Policy in accordance with the terms of the Policy.

I understand that Lincoln Life Assurance Company of Boston in reliance on the above statements and promises, has agreed to advance benefits to me.

Claimant Name (please print)

Address

Signature

Date

***PLEASE RETAIN A COPY FOR YOUR RECORDS, OR ONE MAY BE PROVIDED FOR YOU UPON REQUEST.***

# Family Information Questionnaire

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

**Return to:** Keri Young

EMPLOYEE/CLAIMANT NAME: Amy Ray Knight
CLAIM NO: 11580689
EMPLOYER/SPONSOR: Gainwell Technologies DATE OF BIRTH: ______

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ____ Divorced ____
If married, please indicate your spouse's name and date of birth. Name: ______ DOB: ______

Do you have children or dependents*? Yes ____ No ____
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ______ No: ______
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Lincoln Life Assurance Company of Boston.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ______ Date: ______

Lincoln Financial Group®

LINCOLN FINANCIAL GROUP
LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

# SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

Claimant: Amy Ray Knight Date of Birth: ____________

Employer: Gainwell Technologies Policy/Plan Sponsor No. 09 - LF0372

**A) If disability benefits are approved I request that Lincoln Life Assurance Company of Boston pay me my benefit with no reduction for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Life Assurance Company of Boston. In consideration of Lincoln Life Assurance Company of Boston paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:**

1) **I agree to apply for Social Security Benefits within 45 days of Lincoln Life Assurance Company of Boston's written request and provide proof of such application.**
2) **I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.**
3) **I agree to notify Lincoln Life Assurance Company of Boston immediately if awarded Social Security Benefits.**
4) **I authorize Lincoln Life Assurance Company of Boston to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.**
5) **If Social Security awards benefits to me, I agree that Lincoln Life Assurance Company of Boston has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Life Assurance Company of Boston until the amount of Lincoln Life Assurance Company of Boston's overpayment has been repaid in full.**
6) **I agree to repay Lincoln Life Assurance Company of Boston in full within the time period specified in my policy/plan provision.**

**B) Social Security benefits will be estimated if:**

1) **I do not sign and return this form to Lincoln Life Assurance Company of Boston within 45 days of receipt.**
2) **I do not apply for Social Security benefits within 45 days of Lincoln Life Assurance Company of Boston's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.**

**If I do not repay any overpayment due to Lincoln Life Assurance Company of Boston in full, I understand Lincoln Life Assurance Company of Boston will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Life Assurance Company of Boston may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Life Assurance Company of Boston may also pursue other means permitted by law to collect the overpayment amount owed.**

(Insured/Employee signature) ____________________

(Address) ____________________

(Date) ____________________

***Please retain a copy for your records or one can be provided upon request.***

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

EMPLOYEE/CLAIMANT NAME: Amy Ray Knight
CLAIM NO: 11580689
EMPLOYER/SPONSOR: Gainwell Technologies DATE OF BIRTH: ______

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: ______ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ______ Certificate Program completed: ______

Associates Degree: ______ College: number of years: ______

Bachelor's Degree: BA /BS Major: ______ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ______

Professional Training, License, Certificates(s): ______

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ______

List any other Training or Classes Attended or Plan to Attend: ______

Primary language spoken: ______ Other language(s) spoken fluently: ______

Additional Skills, Hobbies & Volunteer Work ______

Did you serve in the Armed Forces? ☐ Y ☐ N From: ______ To: ______

Branch of Service: ______ Specialty: ______

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ______

2. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

3. Company: ______________________ Department: ______________________ From: _________ To: _______
   Job Title(s): ______________________________________________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): _____________________________________________________________
   ______________________________________________________________________________________

4. Company: ______________________ Department: ______________________ From: _________ To: _______
   Job Title(s): ______________________________________________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): _____________________________________________________________
   ______________________________________________________________________________________

5. Company: ______________________ Department: ______________________ From: _________ To: _______
   Job Title(s): ______________________________________________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): _____________________________________________________________
   ______________________________________________________________________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ______________________________________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ____________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ________________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ______________________ Work: ______________________

**SIGNATURE:** ______________________ **PHONE NO: (    )** ______________________

# Workers' Compensation
# INFORMATION FORM

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

Return To: Keri Young

EMPLOYEE/CLAIMANT NAME: Amy Ray Knight

CLAIM NO: 11580689

EMPLOYER/SPONSOR: Gainwell Technologies DATE OF BIRTH: ______

We received your disability claim form. The form indicates that your disability is the result of a work related Injury/Sickness. Please provide the following information and return this form to my attention in order to avoid any delay in processing.

1. Date of Injury/Sickness: ______
2. Location of Injury (please provide complete address): ______
3. Description of Injury/Sickness (please include copy of accident report): ______

4. Please provide the name of your Employer:
   Company Name: ______
   Address: ______
   Supervisor Name: ______ Telephone: (    ) ______

5. Please provide the name of your Employer's Workers' Compensation Carrier or Administrator:
   Insurance Carrier: ______
   Address: ______
   Telephone: (    ) ______
   Claim Representative: ______

6. Are you collecting benefits from your Employer's Workers' Compensation Insurance Company or Administrator?
   Yes ☐ No ☐
   If "Yes": Weekly Benefit Amount $ ______
   Claim No.: ______

7. Are you using the services of an attorney?
   Yes ☐ No ☐
   If "Yes": Name: ______
   Address: ______
   Telephone: (    ) ______

SIGNATURE: ______ DATE: ______

DP 539D – Rev. 12/02

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ____________________

Name of legal representative, if applicable (print) ____________________ Relationship ____________

Signature of claimant or legal representative ____________________ Date: ____________

Date of Birth: ____________ Claim Number: 11580689

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

**AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ____________________ Relationship ____________

Signature of claimant or legal representative ______________________________

Date of Birth: ____________ Claim Number: 11580689 Date: ____________________

**A copy of this authorization will be considered as valid as the original**

# CLAIMANT INFORMATION FORM

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

**Return To:** Keri Young

EMPLOYEE/CLAIMANT NAME: Amy Ray Knight
CLAIM NO: 11580689
EMPLOYER/SPONSOR: Gainwell Technologies DATE OF BIRTH: ____________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 02/24/2021 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :(   ) ______ Fax No. :(   ) ______ Telephone No. :(   ) ______ Fax No. :(   ) ______

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :(   ) ______ Fax No. :(   ) ______ Telephone No. :(   ) ______ Fax No. :(   ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :(   ) ______ Fax No. :(   ) ______ Telephone No. :(   ) ______ Fax No. :(   ) ______

**PHARMACY(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :(   ) ______ Fax No. :(   ) ______ Telephone No. :(   ) ______ Fax No. :(   ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ____________________ **DATE:** ____________________

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

**Return to:** Keri Young

**EMPLOYEE/CLAIMANT NAME:** Amy Ray Knight **CLAIM #:** 11580689
**EMPLOYER:** Gainwell Technologies **DATE OF BIRTH:** ________

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Workers' Compensation | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | ______ | ______ | ______ | ______ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______________________

**DATE:** ____________ **EMPLOYEE'S SIGNATURE:** ______________________

DP 409

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

**Return To:** Keri Young



EMPLOYEE/CLAIMANT NAME: Amy Ray Knight

CLAIM NO: 11580689 DATE OF BIRTH: ______

EMPLOYER/SPONSOR: Gainwell Technologies

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

sit ______ stand ______ walk ______

How many hours a day do you:

sit ______ stand ______ walk ______

Do you take a nap during the day?

Yes______ No ______

If Yes, for how long? ______ At what time of the day?______

How many hours a day do you spend in bed?______

Do you require any assistive devices such as a:

cane ______ walker______ crutches ______ wheelchair ______ other______

How long are you able to sit in a car?______

Do you hold a valid driver's license?

Yes______ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car?______

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

______

Do you have children?

Yes______ No ______ If Yes, what are their dates of birth ______

Do you need help caring for your children?

Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes______ No ______ If Yes, please explain ______

How many times a day do you leave the house during the week? ______

On the weekends?______

How often do you run errands? ______

Please describe what errands you most commonly run: ______

______

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 3*

How often do you get outdoors? ____________________

Are you left or right hand dominant? Left ______ Right ______

Are you able to work in your garden? Yes ______ No ______

Are you able to work on your house? Yes ______ No ______

Are you able to wash your car? Yes ______ No ______

How much time is spent daily on your home computer?
______ None ______ 0-1 hours ______ 1-2 hours ______ 2-3 hours ______ 3+ hours

How much time is spent weekly on your home computer?
______ None ______ 0-1 hours ______ 1-2 hours ______ 2-3 hours ______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

______ Pay bills ______ Read news/articles ______ Use search engines ______ Send emails

______ Visit chat rooms ______ Photos Other: ____________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ____________________

Do you have a working home copy machine/fax machine? ______ Yes ______ No

If yes, please explain purpose and usage: ____________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ______ No ______

If Yes, please provide reason and hospital contact Information: ____________________

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*


How often do you travel or take vacation? ____________________

Where do you go? How do you get there (transportation method)? ____________________

____________________

Are you able to pursue your hobbies? Yes _______ No _______

If Yes, please describe ____________________

Do you participate in an exercise program? Yes _______ No _______

If Yes, please describe ____________________

Do you do any Volunteer work? Yes _______ No _______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ____________________

Are you working for wages? Yes _______ No _______

If Yes, please provide employer's name ____________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

____________________

____________________

____________________

____________________

____________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

____________________

____________________

____________________

____________________

____________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

____________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

____________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: ____________________ Date: ____________________

Signature: ____________________

**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 11112396 Claim Last Updated 07/20/2021 Printed On 2/15/2024

Claimant Information

Name AMY R RAY KNIGHT
SSN
Birth Date
Address C/O J. PRICE MCNAMARA
10455 JEFFERSON HIGHWAY
STE 130
BATON ROUGE, LA 70809-0000
Salary Amount $ 1212.08
Mode W
Date of Hire 10/01/2018
Last Work Date 02/24/2021
Federal Tax None
State Tax No
Phone (225) 201-8311
Phys Demands Sedentary
JobDesc ASSOCIATE BUSINESS ANALYSIS-RN

Claim Status Closed
Status Reason Max Dur/To LTD
Received Date 02/26/2021
Disability Date 02/25/2021
Close Date 08/26/2021
Reopen Date
Sick Days Left
Max Ben Date 08/25/2021
RTW FT / PT
Ben Begin Date 03/04/2021
Apprv Thru Date 08/25/2021
Gross Ben $

Diagnosis 1 Code/Desc S52.125A Nondisp fx of head of left radius, init for clos fx
Diagnosis 2 Code/Desc

Policyholder Information

Customer ID 09 - LF0372 GAINWELL ACQUISITION CORP
Subsidiary 0000
Location LA000000 GAINWELL TECHNOLOGIES

Symb GD Numeral 01 Product STD Funding CON Bank Y Calcs Y Cntr Eff 01/01/2021

Class 01 ALL ACTIVE FULL-TIME EMPLOYEES WITH A 7 DAY ELIMINATION PERIOD

Waiting Period: New/Mode-Current/Mode 0 0
Days in WRKWK 7
Elimination Period: Days/Type 7 WC - Injury
COLA: Mode/Duration
Successive Period: Period/Mode 30 Day
SS Integration:Type/Value
Partial Disability Type/Pct
Survivor Ben Months/Wait Period
Non-Verifiable Symptoms Limit
Own Occupation Definition Limit
M/N Limit
Benefit %
Max Benefit $
Min Benefit $
Employer Contr %
Subro Ind N

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 01 | 01/01/2020 |
| GD | 01 | STD | 01 | 10/01/2018 |

Additional Information:

ote Report

Report Clear Print Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim

Claim ve t eave m er 11112396 ommo atio m er

ote t pe

Primary Sort Order Sec

Note Type

Note Number

Note Date/Time

Accm. No.

**C ote**

Claim/Event/Leave: 11112396
NoteSubject : Closed
Other Subject : MAX DUR TO LTD
Text: 07/20/2021 - YOUNG, KERI BASED ON RLS PROVIDED IN 7/20/21 PMR CCS (SEE LTD CLAIM) EXTEND CLAIM, CLOSE FOR MAX DUR TO LTD

**C ote**

Claim/Event/Leave: 11112396
NoteSubject : Other
Other Subject : PM R CCS
Text: 07/20/2021 - GU MAN-LUCAS, JULIA 53 YOF, OCCUPATION: ASSOCIATE BUSINESS ANALYSIS (PRESUMED SED), LDW: 2/24/21, DOD: 2/25/21, LTD BBD: 8/26/21, EDOC: 1/1/2020 (PER CENSUS FILE), DX: R WRIST/ARM PAIN, EE INJURED HER L ARM BACK IN 2018 DUE TO A FALL ATWORK. NOW EE IS HAVING PAIN IN R ARM AND AP WEST HAS SIGNED HER OOW. COMORBID: DEPRESSION, DIABETES, FIBROMYALGIA, TREMOR, L HAND/ARM PAIN. PER PM R CCS WITH DR. KANELOS: R/LS IOF OCCASSIONAL FINGER. TYPE AND GRASP WITH BILATERAL UPPER EXTREMITY,OCCASSIONALLY LIFT AND CARRY UP TO 10 LBS WITH BOTH HANDS WILL SUPPORT 3-4 MONTHS FOR MEDICATIONS ADJUST AND 2ND OPINION ON RIGHT WRIST

**C ote**

Claim/Event/Leave: 11112396
NoteSubject : Extended Benefits
Other Subject :
Text: 07/13/2021 - YOUNG, KERI EXTENDED BENEFITS BASE ON AP WEST HAS RL OF NO USE OF R HAND OR TYPING UNTIL NOV WHICH WILL BE END OF AUG OR SEPT.

**ote**

Claim/Event/Leave: 11112396
NoteSubject : EE Called
Other Subject :
Text: 07/13/2021 - YOUNG, KERI EE LVM, STATING THAT SHE HAS NOT RCVD A PAYMENT SINCE 6/10/21 AND WANTS A R/C AT

**C ote**

Claim/Event/Leave: 11112396
NoteSubject : Other
Other Subject : REASSIGNMENT
Text: 07/08/2021 - KAAHUI, BRITTANY REASSIGNED TO K YOUNG

**C ote**

Claim/Event/Leave: 11112396
NoteSubject : Escalation
Other Subject : TO LTD
Text: 07/02/2021 - SMILOVICI, JUSTINE ESCALATION TO LTD

**C ote**

Claim/Event/Leave: 11112396
NoteSubject : Escalation
Other Subject : RECOMMENDS ESCALATIO
Text: 07/01/2021 - PEARSON, KIARA 53 YOF LDW: 2/24 DOD: 2/25 DX: HEAD FRACTURE BASED ON MEDICAL RECORDS ON FILE CLAIM IS APPROVED THRU 5/10 NO UPDATED MEDICAL MOST RECENT MEDICAL LOV 5/10 IN DOC LIST NP STARTED DAY. STD MAX 8/25/21. DCM RECOMMENDS ESCALATION TO SEVERE FOR ONGOING DURATION AND NO TX PLAN ESTABLISHED YET. RTW PRIOR TO STD MAX UNLIKELY. DCM REFERRED TO MANAGER FOR REVIEW

ESTABLISHED YET, ... [illegible]

**ote**
Claim/Event/Leave: 11112396
NoteSubject : Called EE
Other Subject :
Text: 07/01/2021 - PEARSON, KIARA CALLED EE TO GET UPDATE ON ERTW. EE ADVISED THAT THEY NEED TO SCHEDULE APP WITH AP WEST 3 MONTHS FROM LOV 5/19 OR 5/20. EE HAS OV WITH PSYCHIATRIST 11/25 IS THE EARLIST BUT EE IS ON WAITING LIST. DCM ADVISED THAT THEY WILL NEED UPDATED RECORDS FROM 5/10-PRESENT DATE TO HAVE CLAIM UPDATED. DCM ADVISED THAT STD MBD 8/25 AND CLAIM WILL BE ESCALATED OVER TO LTD AND ASSIGNED A NEW ADCM BUT THEY WILL CONTACT EE REGARDING NEXT STEPS FOR LTD. EE THANKED NFQ

**C ote**
Claim/Event/Leave: 11112396
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: 06/10/2021 - HERTERICH, KIMBERLY INVOICE DATED 5/31/2021 FROM MEDSOUTH RECORD MGMT LLC . REQUEST ID LA68005032021113817 IN THE AMT OF $69.00 FOR MEDICAL RECORDS FROM THE BATON ROUGE CLINIC. INVOICE PAID IN FULL.

**C ote**
Claim/Event/Leave: 11112396
NoteSubject : Med Records Rcvd
Other Subject : BATON ROUGE CLINIC
Text: 06/07/2021 - PEARSON, KIARA MEDICAL RECORDS RCVD FROM BATON ROUGE CLINIC SEE DOC LIST

**ote**
Claim/Event/Leave: 11112396
NoteSubject : Called EE
Other Subject :
Text: 06/01/2021 - PEARSON, KIARA CALLED S/W EE TO ADVISE THAT INV HAS BEEN RCVD CLAIM WILL BE EXT THRU 6/10. TO OBTAIN THE ADDITIONAL MEDICAL ONCE INV IS PAID EE THANKED NFQ

**C ote**
Claim/Event/Leave: 11112396
NoteSubject : Other
Other Subject : INV(I)
Text: 06/01/2021 - PEARSON, KIARA INV RCVD IN THE AMOUNT OF $69 SENT TO JAMES BEST III

**C ote**
Claim/Event/Leave: 11112396
NoteSubject : FMLA
Other Subject : LEAVE END
Text: THE COORDINATED LEAVE WAS CLOSED FOR MAXIMUM ENTITLEMENT

**ote**
Claim/Event/Leave: 11112396
NoteSubject : Called EE
Other Subject :
Text: 05/21/2021 - PEARSON, KIARA CALLED EE TO ADVISE THAT CLAIM WILL BE EXT THRU 5/24 BASED ON LOV AND DCM WAITING ON MED RECS FROM 3RD PATY. EE THANKED AND ADVISE THAT THEY MAY BE GOING TO GET 2ND OPINION BUT WILL HAVE TO SEE IF INSURANCE WILL COVER THEOFFICE AND EE IS TRYING TO GET IN WITH THERAPIST BUT WILL ADVISE ONCE ONE IS FOUND

**C ote**
Claim/Event/Leave: 11112396
NoteSubject : FMLA
Other Subject : REQUEST END DATE CHG
Text: THE REQUESTED LEAVE END DATE WAS ADJUSTED TO REFLECT A CHANGE TO THE DISABILITY CLAIM S APPROVED THROUGH DATE. THE ACTUAL LEAVE END DATE MAY HAVE CHANGED AS A RESULT OF THIS ACTION.

**C ote**
Claim/Event/Leave: 11112396
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: 05/20/2021 - DEVLIN, TAMIE INVOICE RECEIVED FROM VENDOR MEDSOUTH, INV LA6800426202115254, DATED 5/8/2021, IN THE AMOUNT OF $81.94, FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**ote**
Claim/Event/Leave: 11112396
NoteSubject : EE Called
Other Subject : ACD CALL
Text: 05/20/2021 - EARLY, JUANITA EE CALLED ADV HAD APPT 05/10 RHEUMATOLOGIST AND 05/19 PCP EE NEEDS TO GO SEE PSYCHIATRIST TO GET ON MEDICATION ADV NOTHING HAS CHANGED AND NOT CLEARED TO RTW ADV ADCM WILL NEED TO GET UPDATED MR TO GET CLAIM EXT, NFQ,THANKED, CC

ote
Claim/Event/Leave: 11112396
NoteSubject : FMLA
Other Subject :
Text: 05/20/2021 - HORD, HANNAH EE CALLED LEFT VM ASKING FOR CALL BACK, RETURNED EE CALL, EE STATED SHE WANTED TO SPEAK WITH DCM ABOUT LTD AND STD. TRANSFERRED EE OVER TO DCM

C ote
Claim/Event/Leave: 11112396
NoteSubject : Other
Other Subject : INV(I)
Text: 05/13/2021 - PEARSON, KIARA INVOICE RCVD SENT TO JAMES BEST III INVOICE IN THE AMOUNT $81.94 SEE DOC LIST

C ote
Claim/Event/Leave: 11112396
NoteSubject : Med Records Rcvd
Other Subject : MED RECS RCVD
Text: 04/27/2021 - PEARSON, KIARA MED RECS RCVD SEE DOC LIST

ote
Claim/Event/Leave: 11112396
NoteSubject : FMLA
Other Subject : THRU 5/10
Text: 04/22/2021 - PEARSON, KIARA CLAIM EXT THRU NOV WITH RHEUMATOLOGIST 5/10

ote
Claim/Event/Leave: 11112396
NoteSubject : EE Called
Other Subject :
Text: 04/22/2021 - PEARSON, KIARA EE CALLED FO RUPDATE ON CLAIM. EE STATED THAT AP WEST EE IS REFERRED TO RHEMOATOLOGIST. EE ADVISED THAT THEY WILL NOT BE SEEING AP GARON ANY LONGER DUE TO GARON WANTING EE TO HAVE FUNCTIONAL TEST THAT COST $800 OUT OF POCKET BUT SUGGESTED SX BUT WILL NOT PERFORM SX UNTIL EE HAS FUNCTIONAL EVALUATION BUT EE DOES NOT HAVE $800 FOR THAT FOR IT TO NOT HELP WITH CURRENT ISSUE WITH ARM. DCM ADVISED THAT THEY WILL CONTACT AP WEST TO CX NOV OR TX PLAN. DCM CONNECTED TO APOBUT NO ANSWER LVM FOR NURSE TRISHA AND CHAVIS. DCM ADVISED TO EE THAT THEY HAD TO LEAVE VM FOR RTC DCM ASKED FOR RHEMATOLOGIST EE ADVISED THAT DR. BROUG AT BATON ROUGE CLINIC AT 225-769-4044 TO CX NOV AND TX PLAN. DCM CALLED S/W NURSE WHO ADVISED THAT EE WILL HAVE OV ON 5/10 WITH AP REGARDING ARM PAIN. DCM ASKED FOR FAX NUMBER NURSE PROVIDED 225-246-9108 DCM THANKED. CALL ENDED DCM ADVISED TO EE THAT CLAIM WILL BE EXT THRU 5/10 OV BUT MEDICAL RECORDS WILL BE NEEDED TO FURTHER EXT EE UNDERSTOODNFQ

C ote
Claim/Event/Leave: 11112396
NoteSubject : FMLA
Other Subject : REQUEST END DATE CHG
Text: THE REQUESTED LEAVE END DATE WAS ADJUSTED TO REFLECT A CHANGE TO THE DISABILITY CLAIM S APPROVED THROUGH DATE. THE ACTUAL LEAVE END DATE MAY HAVE CHANGED AS A RESULT OF THIS ACTION.

ote
Claim/Event/Leave: 11112396
NoteSubject : EE Called
Other Subject :
Text: 04/09/2021 - SUMMERS, ERIC ADV EE CLAIM IS PENDING MR FROM BOTH AP S TO DETERMINE EXTENSION.

ote
Claim/Event/Leave: 11112396
NoteSubject : Called EE
Other Subject :
Text: 04/08/2021 - SUMMERS, ERIC LEFT VM ASKING FOR RETURN CALL, LEFT NUMBER

ote
Claim/Event/Leave: 11112396
NoteSubject : EE Called
Other Subject :
Text: 04/08/2021 - SUMMERS, ERIC LEFT VM ASKING FOR RETURN CALL

ote
Claim/Event/Leave: 11112396
NoteSubject : FMLA
Other Subject : LEAVE
Text: 04/08/2021 - BROWN, GEORGIA EE CALLED AND STATED THAT SHE KNEW THE NAME OF HER DCM BUT NOT THE LS ON HER LEAVE. INFORMED THE EE OF THIS INFO AND EXPLAINED THAT THE SINCE HER LEAVE AND CLAIM WERE LINKED, THE CLAIM WAS THE LEADER. THE EE UNDERSTOOD AND STATED THAT SHE NEEDED TO SPEAK TO A DCM SINCE HERS WAS OUT OF THE OFFICE. INFORMED THE EE THAT SHE WOULD BE TRANSFERRED TO THE CLAIMS OFFICE SO THAT SHE COULD SPEAK WITH THE NEXT AVAILABLE CLAIMS MANAGER. THE EE UNDERSTOOD AND THANKED. TRANSFERRED THE

COULD SPEAK WITH THE NEXT AVAILABLE CLAIMS MANAGER. THE EE UNDERSTOOD AND THANKED. TRANSFERRED THE EE TO THE CLAIMS OFFICE

**C ote**
Claim/Event/Leave: 11112396
NoteSubject : LTR to AP
Other Subject : GARON
Text: 04/08/2021 - FRANCIS, CHRISTOPHER REQ MR SINCE 3/2/21.

**C ote**
Claim/Event/Leave: 11112396
NoteSubject : LTR to AP
Other Subject : WEST
Text: 04/08/2021 - FRANCIS, CHRISTOPHER REQ MR SINCE 3/2/21.

**ote**
Claim/Event/Leave: 11112396
NoteSubject : EE Called
Other Subject :
Text: 04/08/2021 - FRANCIS, CHRISTOPHER EE CALLED AND SAID THAT SHE WILL NOT RTW ON 4/12/21. SHE SAID SHE LAST SAW AP WEST ON 3/22/21 AND WAS WRITTEN OOW UNTIL NOV IS SCHEDULED. SHE SAID SHE WILL SCHEDULED THE NOV AND LET US KNOW. I TOLD EE DCM WILL F/U UPON RECEIPT OF MEDICAL RECORDS.

**C ote**
Claim/Event/Leave: 11112396
NoteSubject : FMLA
Other Subject : APPROVED LEAVE
Text: THE LEAVE WAS APPROVED CONCURRENT WITH THE DISABILITY CLAIM DETERMINATION. THE LEAVE WILL REMAIN COORDINATED WITH THE DISABILITY CLAIM UNTIL THE EARLIER OF THE CLAIM CLOSURE OR THE LEAVE END DATE.

**ote**
Claim/Event/Leave: 11112396
NoteSubject : Called AP
Other Subject : GARON
Text: 03/30/2021 - PEARSON, KIARA CALLED AP GARON OFFICE TO CX EE NOV NO ANSWER LVM

**ote**
Claim/Event/Leave: 11112396
NoteSubject : Called EE
Other Subject :
Text: 03/30/2021 - PEARSON, KIARA CALLED EE TO ADVISE THAT MEDICAL RECORDS HAVE BEEN RCVD CLAIM APPROVED THRU 3/26. EE THANKED ADVISED THAT IF THEY NEED TO PROVIDE ANYTHING. DCM ADVISED THAT THEY WILL F/U WITH APO TO GET UPDATE BUT NO FURTHER ACTION IS REQUIRED FROM EE

**ote**
Claim/Event/Leave: 11112396
NoteSubject : EE Called
Other Subject :
Text: 03/18/2021 - SUMMERS, ERIC EE OOW DUE TO PAIN IN RIGHT WRIST. ADV EE WE HAVE APS FROM DR. WEST BUT CLAIM IS STILL PENDING MR FROM DR. GARON. 03/18/2021 - SUMMERS, ERIC EE HAS NO USE OF RIGHT ARM WHILE TYPING DUE TO ACCIDENT FROM 3 YEARS AGO. EE SETTLED WC CLAIM FROM 3 YEARS AGO AND CLAIM HAS BEEN CLOSED.

**C ote**
Claim/Event/Leave: 11112396
NoteSubject : Med Records Rcvd
Other Subject :
Text: 03/16/2021 - SUMMERS, ERIC DR. WEST APS

**ote**
Claim/Event/Leave: 11112396
NoteSubject : ER Called
Other Subject : ACD - BONNIE
Text: 03/16/2021 - EDWARDS, AYANNA ER CALLED AND ADV THAT SH EWANTED UPDATE ON CLAIM STATUS - EE CALLED AND ADV NOT RECVG FMLA PPW. DCM EXPLAINED ADCM CONTACT - ADV CLAIM AWAITING MED RECS. ER THANKED. ADV SHE WOULD REACH OUT TO EE AND CLARIFY. DCM THANKED.

**ote**
Claim/Event/Leave: 11112396
NoteSubject : EE Called
Other Subject :
Text: 03/16/2021 - EHINMIAKHENA, OLUWAFEMI EE CALLED TO GET A STATUS UPDATE ON CLAIM

**C ote**
Claim/Event/Leave: 11112396

NoteSubject : FMLA
Other Subject : LEAVE NOT COORDINATE
Text: THE DISABILITY CLAIM DETERMINATION WAS NOT MADE WITHIN THE DETERMINATION WAITING PERIOD. THE LEAVE WAS CONVERTED TO THE LEAVE ONLY PROCESS, AND WILL NO LONGER COORDINATE WITH THE CLAIM. REFER QUESTIONS TO THE LEAVE SERVICES UNIT.

**C ote**
Claim/Event/Leave: 11112396
NoteSubject : LTR to AP
Other Subject : MRR
Text: 03/08/2021 - PEARSON, KIARA MRR SENT TO APO BOTH APO

**ote**
Claim/Event/Leave: 11112396
NoteSubject : EE Called
Other Subject :
Text: 03/08/2021 - PEARSON, KIARA EE CALLED TO SEE IF ANY PPW HAD BEEN RCVD. DCM ADVISED THAT THEY DON T HAVE ANY AP CONTACT INFORMATION ON FILE. EE PROVIDED CONTACT INFORMATION FOR BOTH PCP AND ORTHOPEDIC AP. EE ADVISED THAT THEY HAVE BEEN ADVISED TO WEAR A WRIST BRACE AND TO F/U IN 6 WEEKS REGARDING WRIST. DCM ADVISED THAT THEY WOULD CONTACT APO AND SEND MRR TO GET UPDATED MEDICAL. ONCE RCVD DCM WILL F/U WITH EE TO ADVISE OF DETERM. EE THANKED AND IS JUST WORRIED ABOUT JOB STATUS AS EE HAD BEEN ADVISED TO BASICALLY STEP UP WHEN IT COMES TO JOB PERFORMANCE BUT DUE TO WRIST PAIN. EE IS UNABLE TO PERFORM EFFECTIVE DUE TO WRIST PAIN AND IS WORRIED ABOUT BEING TERMINATED. DCM ADVISED THAT THERE IS FMLA RUNNING WITH STD CLAIM SO FMLA IS BASICALLY JOB PROTECTION WHILE OOW. FMLA IS CURRENTLY PENDED ALONG WITH STD CLAIM. ONCE MEDICAL IS RCVD, REVIEWED AND A DETERMINATION CAN BE MADE. EE THANKED NFQ

**C ote**
Claim/Event/Leave: 11112396
NoteSubject : eSignature
Other Subject : Document Signed

**C ote**
Claim/Event/Leave: 11112396
NoteSubject : eSignature
Other Subject : Document Not Signed Day 2

**C ote**
Claim/Event/Leave: 11112396
NoteSubject : eSignature
Other Subject : Document Signed

**C ote**
Claim/Event/Leave: 11112396
NoteSubject : eSignature
Other Subject : Document Re uested

**C ote**
Claim/Event/Leave: 11112396
NoteSubject : Other
Other Subject : DD APPLICATION
Text: 03/03/2021 - PEARSON, KIARA DD APPLICATION RCVD SEE DOC LIST

**ote**
Claim/Event/Leave: 11112396
NoteSubject : EE Called
Other Subject :
Text: 03/03/2021 - PEARSON, KIARA EE CALLED TO SEE IF AUTHORI ATION HAD BEEN RCVD DCM ADVISED THAT ONLY DD APPLICATION HAD BEEN RCVD. DCM ADVISED THAT THEY WILL RESENT AUTHORI ATION AND CX ONCE RCVD EE THANKED NFQ

**C ote**
Claim/Event/Leave: 11112396
NoteSubject : eSignature
Other Subject : Document Signed

**C ote**
Claim/Event/Leave: 11112396
NoteSubject : Notice/Proof Review
Other Subject : EE
Text: 03/02/2021 - PEARSON, KIARA N P SENT TO EE DAY 7 3/8 DAY 21 3/22 DAY 45 4/15

**ote**
Claim/Event/Leave: 11112396
NoteSubject : Initial EE Interview

Other Subject : COMPLETE
Text: 03/02/2021 - PEARSON, KIARA EE CALLED AND CONFIRMED DOB AND ADDRESS LDW:2/24 DOD:2/25 DX: PAIN IN LEFT ARM EE ADVISED THAT IT ALL BEGAN 3 YEARS AGO AND OVER THE YEARS WITH TYPING IT HAS CAUSED PAIN IN WRIST AND FINGER. RIGHT HAND AND RIGHT WRIST. HX: N SX:N JOB TITLE: ASSOCIATE BUSINESS ANALYSIS -RN JOB SCH:FT OTHER INCOME: N CURRENT MEDICAL PROVIDER: EE ADVISED THAT THEY WILL HAVE CALL BACK WITH THAT INFORMATION LOV: 2/12 NOV: UNKNOWN SYMPTOMS: NO REPETITIVE MOVEMENT OR LIFTING OVER 5LBS MEDICATION: N CO-MORBIDS: AUTH FORM IS NOT ON FILE. ERTW: UNKNOWN ADVISED OF EP, BEN % AND ADJUSTED MBD. DCM ADVISED THAT MR ARE NEEDED IN ORDER TO MAKE DETERM, ADVSIED THAT MR WOULD BE REQUESTED FROM AP. PROVIDED ADCM CONTACTINFO FOR FURTHER QUESTIONS AND F/U

**C ote**

Claim/Event/Leave: 11112396
NoteSubject : eSignature
Other Subject : Document Re uested

**C ote**

Claim/Event/Leave: 11112396
NoteSubject : eSignature
Other Subject : Document Re uested

**ote**

Claim/Event/Leave: 11112396
NoteSubject : Initial EE Interview
Other Subject : 1ST ATT II
Text: 03/02/2021 - PEARSON, KIARA CALLED EE FOR II NO ANSWER LVM

**C ote**

Claim/Event/Leave: 11112396
NoteSubject : Initial Entry
Other Subject :
Text: 03/01/2021 - SIMPSON, BONNIE PLEASE VERIFY DOD, DEFAULT USED

**C ote**

Claim/Event/Leave: 11112396
NoteSubject : Initial Entry
Other Subject :
Text: 03/01/2021 - SIMPSON, BONNIE OSSN ORIGINATION, PLEASE VERIFY SSN

**C ote**

Claim/Event/Leave: 11112396
NoteSubject : FMLA
Other Subject : ACKNOWLEDGMENT SENT
Text: THIS LEAVE ACKNOWLEDGEMENT LETTER WAS SENT. THE LEAVE BEGIN DATE IS 02/25/2021 AND THE LEAVE END DATE IS 03/12/2021.

**C ote**

Claim/Event/Leave: 11112396
NoteSubject : Internet Intake
Other Subject : SURGERY INFO
Text: LEFT RADIAL HEAD FX. IN 6/18, CONT. W/ PAIN/SENSITIVITY TO MY LEFT ARM (ELBOW) AND RESTRICTIONS OF NO REPETITIVE MOVEMENT (INC. TYPING) OR LIFTING OVER 5 . NOW W/ CONT. INCREASING PAIN TO RT. WRIST INCL. SOME NUMBNESS/TINGLING THAT WORSENS W/ USE.

**C ote**

Claim/Event/Leave: 11112396
NoteSubject : Internet Intake
Other Subject : ADDITIONAL INFO
Text: SINCE 6/18 I HAVE ONLY BEEN ABLE TO USE MY RT. ARM TO PERFORM MY JOB REVIEWING PA REQUESTS FOR HOSPICE WHICH REQ. PRIMARILY TYPING A MIN. OF REVIEWS PER WK. THAT I M UNABLE TO MEET D/T THE CONT. AND INC. PAIN THAT IS NOW AFFECTING MY RT. ARM/WRIST.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

| | |
|---|---|
| Date: | January 24, 2022 |
| To: | DR DAVID WEST |
| Attn: | Medical Rec |
| Fax: | (225) 246-9114 |
| From: | Keri Young<br>Ltd Claim Specialist I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-4102 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 11112396<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

January 24, 2022

Dr. David West

RE: Short Term Disability (STD) Benefits
Gainwell Technologies
Claim #: 11112396
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Dr. David West:

We are the Disability Claim Administrator for your patient, Amy Ray Knight.

To evaluate Ms. Ray Knight's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

> Office treatment notes, test results, prescription histories, and treatment plans from September 2, 2021 through present

We ask that you provide this information by January 31, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4102 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Ray Knight allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Ray Knight's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-4102

Attachments: 11580689-EMPLOYEE/CLAIMANT-AUTHORIZATION-08.26.2021

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-4102

00000231 LFPCSDD1 00003070

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Amy R. Knight

Name of legal representative, if applicable (print) Amy R. Knight Relationship self

Signature of claimant or legal representative Amy R. Knight Date: 8-30-21

Date of Birth: ____ Claim Number: 011580689

**A copy of this authorization will be considered as valid as the original.**

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

| | | |
|---|---|---|
| **PATIENT NAME (LAST, FIRST**<br>KNIGHT, AMY | | **DOB** |
| **ADDRESS** | | **SSN** |
| **CITY** | **STATE** | **ZIP** |

| **PROVIDER AUTHORIZED TO RELEASE THE PHI:** | **ENTITY RECEIVING THE PHI:** | | |
|---|---|---|---|
| **THE BATON ROUGE CLINIC**<br>**7373 PERKINS ROAD**<br><br>**BATON ROUGE, LA 70808** | **NAME**<br>LINCOLN FINANCIAL GROUP | | |
| | **ADDRESS**<br>PO BOX 2578 | | |
| | **CITY**<br>OMAHA | **STATE**<br>NE | **ZIP**<br>68172-9688 |
| | **ATTENTION:** | | |

**This authorization will expire on the following date or event. If date or event are not indicated, authorization will expire within 12 months from date signed.**

**Date:** **Event:**

**Purpose of this Disclosure:**
INSURANCE

### PHI AND DATES OF PHI AUTHORIZED FOR USE OR DISCLOSURE

| Description | Start Date | End Date |
|---|---|---|
| ☑ All PHI in the record | | |
| ☐ Progress Notes | | |
| ☐ Laboratory Tests | | |
| ☐ X-Ray Tests / Reports | | |
| ☐ History and Physical Examination | | |
| ☐ Discharge Summary | | |
| ☐ Consultation Reports | | |
| ☐ Itemized Billing Statement | | |
| ☐ Other: | | |

**The following information will be released when included in the above information unless you indicate otherwise:**

☐ AIDS or HIV test results
☐ Psychiatric or mental care / treatment
☐ Alcohol, drug or substance abuse treatment
☐ Other (specify):

**I UNDERSTAND THAT:**

1. I MAY REFUSE TO SIGN THIS AUTHORIZATION AND IT IS STRICTLY VOLUNTARY.
2. MY TREATMENT, PAYMENT, ENROLLMENT OR ELIGIBILITY FOR BENEFITS MAY NOT BE CONDITIONED ON SIGNING THIS AUTHORIZATION.
3. I MAY REVOKE THIS AUTHORIZATION AT ANY TIME IN WRITING TO THE PROVIDER AUTHORIZED TO RELEASE THE PROTECTED HEALTH INFORMATION, BUT IF I DO, IT WILL NOT HAVE ANY AFFECT ON ANY ACTIONS TAKEN PRIOR TO RECEIVING THE REVOCATION.
4. IF THE RECIPIENT IS NOT A HEALTH PLAN OR HEALTH CARE PROVIDER, THE RELEASED INFORMATION MAY NO LONGER BE PROTECTED BY FEDERAL PRIVACY REGULATIONS AND MAY BE REDISCLOSED.
5. I HAVE THE RIGHT TO RECEIVE A COPY OF THIS FORM AFTER I SIGN IT.

| | |
|---|---|
| **Signature of Patient:** | **Date:** |
| **Signature of Representative (if necesary):** | **Date:** |
| **Personal Representative's Relationship to Patient:** | |

5 Sanctuary Boulevard
Suite 102
Mandeville, LA 70471

985-951-7100 ph
985-951-7101 fx

MedSouth Record Management

Celebrating 21 Years

# Fax

| | | | |
|---|---|---|---|
| To: | LINCOLN FINANCIAL GROUP | From: | MedSouth ALD |
| Fax: | 603-334-8716 | Date: | 12/20/2021 09:49:24 AM |
| Re: | LA68007092021092702 | Pages: | 5 (Including cover) |

Information attached to this fax cover may contain confidential and privileged information. Individuals who have received this fax in error must promptly shred and dispose of the information and notify the sender. Those individuals are hereby notified that they are strictly prohibited from reviewing, forwarding, printing, copying, sharing, distributing or using this information in any way.

MedSouth
Record Management
P.O. Box 1630
Mandeville, LA 70470-1630

Phone : 985-951-7100
Fax : 985-951-7101

| Requester: |
| --- |
| LINCOLN FINANCIAL GROUP<br>PO BOX 2578<br>OMAHA, NE 68172-9688 |

| Medical Facility: |
| --- |
| THE BATON ROUGE CLINIC<br>7373 PERKINS ROAD<br>BATON ROUGE, LA 70808 |

**Patient Name (Last, First):**
KNIGHT, AMY

**Request ID:**
LA68007092021092702

Dear Requesting Party:

Your request for medical records has been received by THE BATON ROUGE CLINIC. MedSouth Record Management, LLC is contracted with THE BATON ROUGE CLINIC to provide you with the copies of medical records you requested. Copies are generated from the medical facility's original medical record. The confidentiality of these records are protected by federal and state law. These medical records are intended exclusively for the requested purpose and cannot be reproduced or redistributed for other purposes without the written informed consent of the patient. If you have any questions regarding the enclosed, please call MedSouth Record Management, LLC and not the medical facility.

We are unable to process your request. Please forward a completed HIPAA compliant patient authorization to the above referenced medical facility. For your convenience, we have provided this document for you. Upon receipt of this document we will promptly process your request.

MedSouth
Record Management
P.O. Box 1630
Mandeville, LA 70470-1630

Dear Requesting Party:

We have received your request to release medical record information. We are obligated by law to follow specific procedures relating to your request.

Due to the Public Law 104-191-Health Insurance Portability and Accountability Act of 1996 (HIPAA), becoming effective April 14, 2003, patient authorizations to release Protected Health Information (PHI) must include certain items to be compliant under this new law. Upon reviewing the patient authorization included with your request, we have determined that it is not in compliance with HIPAA standards in accordance with recommendations and advise from our legal counsel. For this reason, we are unable to process your request. Please review the marked off items below:

- ☑ **Description of PHI - PHI being requested needs to be identified.**
- ☑ **Identity of Discloser – Covered entity (health care provider) where records are being requested from needs to be stated.**
- ☑ **Recipient of PHI - Specific name of recipient needs to be listed.**
- ☑ **Purpose - Purpose of disclosure should be stated (i.e., litigation, etc.)**
- ☑ **Expiration Date - Expiration date of authorization should be clearly stated.**
- ☑ **Right to Revoke - The patient's right to revoke the authorization should be stated. And a description of the procedure for revoking the authorization must**
- ☑ **Conditioning - The ability or inability to condition the authorization must be included.**
- ☑ **Re-disclosure - There must be a statement that the PHI may be re-disclosed by the recipient.**
- ☑ **Signed and Dated - The authorization must be signed and dated by the patient or the patient's representative.**
- ☐ **Patient Representative - If signed by the patient's representative, there must be a description of authority and validating documents.**

We have provided a HIPAA compliant patient authorization for your convenience to forward to the patient for its completion and signature. In addition, we have filled out some areas of the form according to your request to help speed the process. Please have the patient complete the highlighted areas of the form, sign and date. THIS FORM MUST BE COMPLETE AND SIGNED BY THE PATIENT.

Send all completed correspondence to the below medical facility:

THE BATON ROUGE CLINIC
7373 PERKINS ROAD,
BATON ROUGE, LA 70808

Once we have received all appropriate information, we will process your request timely.

If you have any questions, please call our customer service center at 985.951.7100. We ask that you limit your phone calls to specific questions regarding your request. General questions regarding HIPAA should be researched at your own expense.

Thank you for your cooperation as we attempt to make this process as efficient as possible.

Sincerely,

MedSouth Record Management, LLC

48596553 LA680 07092021 092702

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8716

Received
JUL 01 2021
MedSouth

July 1, 2021

Angele Bourg ✓

RE: Short Term Disability (STD) Benefits
Gainwell Technologies
Claim #: 11112396
Claimant: Amy Ray Knight ✓AD ✓
Claimant D.O.B.:

Dear Angele Bourg:

We are the Disability Claim Administrator for your patient, Amy Ray Knight.

To evaluate Ms. Ray Knight's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from May 10, 2021 through present
- Completion of the Enclosed Forms:

  X Attending Physician's Statement
  X Medical records (5/10-present)

We ask that you provide this information by July 7, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8716 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

MedSouth
☐ Processed
☒ Pending
JUL 16 2021
By: AD

If you have any questions regarding this matter, please contact me.

AW
HIPAA Auth

**From:** LincolnAbsenceNotification@lfg.com
**To:** Benefits@dxc.com
**Subject:** Amy Ray Knight LINCOLN FINANCIAL NOTIFICATION: Change in Status of Short Term Disability/Leave Status - 11112396

This is to notify you that there has been a change in the status of a disability claim/leave for Amy Ray Knight (Employee ID: 11553809).

**Short Term Disability Information:**

Benefit Payments Period: 3/4/2021 thru 8/25/2021

Disability Claim Status: Closed - Maximum Duration/Switched To Ltd

**Leave Information:**

Leave Type:

Leave Reason: Leave

Approved Leave Period: Not Applicable

Leave Status: Not Applicable -

If you have further questions, please call Lincoln Financial at 800-879-2701 ext. 59543 or contact the assigned Case Manager at . Please be sure to reference claim number 11112396.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

**From:** LincolnAbsenceNotification@lfg.com
**To:** Benefits@dxc.com
**Subject:** Amy Ray Knight LINCOLN FINANCIAL NOTIFICATION: Short Term Disability/Leave Approval or Extension - 11112396

This is to notify you that there has been an approval or extension of a disability claim/leave for Amy Ray Knight (Employee ID: 11553809).

**Short Term Disability Information:**

Last Day Worked: 2/24/2021

Date of Disability: 2/25/2021

Benefit Payments Period: 3/4/2021 thru 8/2/2021
*If the claim remains open for an extended period of time, your employee may be eligible to receive benefits dating back to their date of disability.*

Disability Claim Status: Approved

**Leave Information:**

Leave Type:

Leave Reason: Leave

Approved Leave Period: Not Applicable
*The Leave will run concurrently with the disability claim until the leave reaches max entitlement.*

Leave Status: Not Applicable

If you have further questions, please call Lincoln Financial at 800-879-2701 ext. 59543 or contact the assigned Case Manager at . Please be sure to reference claim number 11112396.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8716

| | |
|---|---|
| Date: | July 1, 2021 |
| To: | DR DAVID WEST |
| Attn: | |
| Fax: | (225) 246-9114 |
| From: | Kiara Pearson<br>Claims Examiner II<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-8716 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 11112396<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8716

July 1, 2021

Dr. David West

RE: Short Term Disability (STD) Benefits
Gainwell Technologies
Claim #: 11112396
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Dr. David West:

We are the Disability Claim Administrator for your patient, Amy Ray Knight.

To evaluate Ms. Ray Knight's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from May 10, 2021 through present

- Completion of the Enclosed Forms:

  X Attending Physician Statement
  X Medical Records (5/10-present)

We ask that you provide this information by July 7, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8716 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kiara Pearson
Claims Examiner II
Phone No.: (800) 291-0112 Ext. 59451
Secure Fax No.: (603) 334-8716

Attachments: Attending Physician's Statement

Lincoln Financial Group®

# Attending Physician's Statement

Lincoln Financial Group
PO Box 2578
Omaha, NE 68172-9688
Phone No: (800) 291-0112
Secure Fax No: (603) 334-3716

Return To: Kiara Pearson

**To be completed by treating provider:**

**1. Patient Information**

| Full Name (First) | (M.I.) | (Last Name) | Claim Number |
|---|---|---|---|
| Amy | | Ray Knight | 11112396 |

| Height | Weight | Blood Pressure | Employer Name |
|---|---|---|---|
| 5'2" | 119 | 126/80 | |

**2. Diagnosis**

Primary ICD diagnostic Code (Required): Chronic pain (L) UE
Primary ICD diagnosis Description: M79.602, G89.29

Secondary ICD Diagnosis Code: Chronic right wrist pain
Secondary ICD Diagnosis Description: M25.531, G89.29

Pregnancy: First Treated __/__/__ Estimated Delivery __/__/__ Date of Delivery __/__/__ ☐ Vaginal ☐ C-Section

Symptoms:
pain Right wrist
pain ē weakness (L) upper extremity

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings):

**3. Disability Circumstances** - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances:
2018 ~~surgery~~ fracture (L) radial head seen ortho 6/2018

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| 6/4/2018 | 2/25/2021 | __/__/__ |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| 1/8/2019 | 5/19/2021 | __/__/__ |

Dates hospital confined: __/__/__ to __/__/__

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

# Attending Physician's Statement

Lincoln Financial Group
PO Box 2578
Omaha, NE 68172-9688
Phone No:(800) 291-0112
Secure Fax No: (603) 334-8716

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| Lifting/Carrying | | | | | | Reaching | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | ____ | Standing | ____ | Crouching | ____ | Overhead | ____ |
| 6-10 lbs. | ____ | Walking | ____ | Crawling | ____ | Desk Level | ____ |
| 11-25 lbs. | ____ | Sitting | ____ | Grasping | ____ | Below Waist | ____ |
| 26-50 lbs. | ____ | Balancing | ____ | Climbing | ____ | | |
| 51-100 lbs. | ____ | Stooping | ____ | Pushing | ____ | | |
| 100 + lbs. | ____ | Kneeling | ____ | Pulling | ____ | | |
| | | Fingering | ____ | Bending | ____ | | |

What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence ____ / ____ / ____

Dressing ____ / ____ / ____

Transferring ____ / ____ / ____

Bathing ____ / ____ / ____

Toileting ____ / ____ / ____

Eating ____ / ____ / ____

Date patient experienced loss of Cognitive Functioning: ____ / ____ / ____

Describe ongoing treatment frequency

Patient able to return to work Full-Time on:

____ / ____ / ____ to ____ / ____ / ____

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

## 5. Treatment

Received medications & physical therapy

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

## 6. Prognosis

Poor

Describe the patients prognosis for recovery

## 7. Physician's Information

James David West
Name

7373 Perkins Road
Street Address

Baton Rouge
City

LA
State

70808
Zip Code

225 246 9714
Phone Number

225·246·9164
Fax Number

[signature]
Signature

7.7.2021
Date

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.
(Please see FRAUD NOTICES attached)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

# KNIGHT, Amy R

MRN: 252940

West, J David, MD
Physician
Specialty: Internal Medicine

Progress Notes
Signed

Encounter Date: 5/19/2021

**Baton Rouge Clinic Internal Medicine**
7373 PERKINS ROAD
BATON ROUGE LA 70808-4326
Phone: 225-769-4044

## OFFICE VISIT

## CHIEF COMPLAINT

**Chief Complaint**
Patient presents with
- Follow-up

## HISTORY OF PRESENT ILLNESS

Amy R KNIGHT is here today for follow-up regarding her persistent left upper extremity symptoms and right wrist pain. She was evaluated by Dr. Bourg rheumatology since her last visit. Considering placing the patient on Savella for management of fibromyalgia. Like to see psychiatry for opinion about her current psychotropic regimen for anxiety and depression before adding Savella. She continues to experience pain in her right wrist and pain and weakness in her left upper extremity.

## MEDICAL HISTORY

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Benign essential tremor | |
| • Depression | |
| • Diabetes mellitus | |
| • Headache(784.0) | |
| • Hyperlipidemia | |
| • IBS (irritable bowel syndrome) | |

## SURGICAL HISTORY

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BREAST SURGERY *Left breast biopsy* | | |
| • HYSTERECTOMY *COMPLETE* | | |
| • PELVIC LAPAROSCOPY | | |

**FAMILY HISTORY**

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Thyroid disease | Mother | |
| • Atrial fibrillation | Mother | |
| • Hyperlipidemia | Father | |
| • Diabetes | Father | |
| • Thyroid disease | Father | |
| • No Significant Medical History | Brother | |
| • Diabetes | Child | |

**SOCIAL HISTORY**

**Social History**

| | |
|---|---|
| Socioeconomic History | |
| • Marital status: | Married |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |
| Occupational History | |
| • Occupation: | on disability, RN |
| Tobacco Use | |
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| Substance and Sexual Activity | |
| • Alcohol use: | No |
| • Drug use: | Not on file |
| • Sexual activity: | Not on file |
| Other Topics | Concern |
| • Not on file | |
| Social History Narrative | |
| • Not on file | |

**Social Determinants of Health**

Financial Resource Strain:
- Difficulty of Paying Living Expenses:

Food Insecurity:
- Worried About Running Out of Food in the Last Year:
- Ran Out of Food in the Last Year:

Transportation Needs:
- Lack of Transportation (Medical):
- Lack of Transportation (Non-Medical):

Physical Activity:
- Days of Exercise per Week:
- Minutes of Exercise per Session:

Stress:
- Feeling of Stress :

Social Connections:

- Frequency of Communication with Friends and Family:
- Frequency of Social Gatherings with Friends and Family:
- Attends Religious Services:
- Active Member of Clubs or Organizations:
- Attends Club or Organization Meetings:
- Marital Status:

**MEDICATIONS**

Current Outpatient Medications

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • albuterol HFA (Ventolin HFA) 90 mcg/actuation inhaler | 2 puffs. | | |
| • ALPRAZolam (XANAX) 0.5 mg tablet | Take 1 tablet by mouth daily as needed for Sleep. | 15 tablet | 0 |
| • amitriptyline (ELAVIL) 10 mg tablet | TAKE TWO TABLETS BY MOUTH EVERY NIGHT AT BEDTIME | 60 tablet | 3 |
| • buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet | Take 1 tablet by mouth once daily. | 30 tablet | 3 |
| • chlordiazepoxide-clidinium (LIBRAX) 5-2.5 mg per capsule | Take 1 capsule by mouth 3 (three) times daily with meals. | 45 capsule | 3 |
| • Claritin-D 24 Hour 10-240 mg per 24 hr tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | 30 tablet | 3 |
| • diphenoxylate-atropine (LomotiL) 2.5-0.025 mg per tablet | Take 1 tablet by mouth Twice a day 12 (twelve) hours apart. | 5 tablet | 0 |
| • FLUoxetine (PROZAC) 40 MG capsule | TAKE ONE CAPSULE BY MOUTH ONE TIME DAILY | 90 capsule | 3 |
| • fluticasone (FLONASE) 50 mcg/actuation nasal spray | APPLY TWO SPRAYS IN EACH NOSTRIL ONCE DAILY | 16 g | 1 |
| • metFORMIN XR (GLUCOPHAGE-XR) 500 mg 24 hr tablet | Take 1 tablet by mouth 2 (two) times daily. | 60 tablet | 3 |
| • naproxen (NAPROSYN) 500 mg tablet | Take 1 tablet by mouth Take daily with a meal. | 30 tablet | 0 |
| • propranoloL (INDERAL) 20 mg tablet | TAKE ONE TABLET BY MOUTH TWICE DAILY | 60 tablet | 3 |

| | | | |
|---|---|---|---|
| • SUMAtriptan (IMITREX) 50 mg tablet | Take 1 tablet by mouth every 2 (two) hours as needed for Migraine. May repeat in 2 hours if needed | 10 tablet | 3 |
| • topiramate (TOPAMAX) 25 mg tablet | Take 1 tablet by mouth 2 (two) times daily. | 60 tablet | 3 |

No current facility-administered medications for this visit.

**ALLERGIES**

Allergies

| Allergen | Reactions |
|---|---|
| • Adhesive | |
| • Lipitor [Atorvastatin] | |
| • Morphine | |

**REVIEW OF SYSTEM**

Constitutional: No fever chills
CV: No chest pain
Respiratory: No cough congestion
Neuro: Positive tremor
Psych: Occasional anxiety no depression

**PHYSICAL EXAM**

**Vital Signs:**

**Vitals:**

| | 05/19/21 1302 |
|---|---|
| BP: | 126/80 |
| Pulse: | 96 |
| Resp: | 20 |

General: Well-developed well-nourished female no acute distress
Lungs: Clear breath sounds
Heart: Regular rate and rhythm
Extremities: Right wrist with splint/brace
Neuro alert and oriented x3
Psych: Speech behavior appearance are normal mood is okay

**RESULTS**

**ASSESSMENT**

1. **Chronic pain of right wrist**
2. Chronic pain of left upper extremity
3. Left arm weakness
4. GAD (generalized anxiety disorder)
5. Major depression, chronic

6. Fibromyalgia

**PLAN**

Amy was seen today for follow-up.

Diagnoses and all orders for this visit:

**Chronic pain of right wrist**

**Chronic pain of left upper extremity**

**Left arm weakness**

**GAD (generalized anxiety disorder)**

**Major depression, chronic**

**Fibromyalgia**

Continue present meds. Agree with psychiatry consult before adding Savella. Recommend patient considering seeking another opinion from orthopedic surgery regarding her right wrist. Return in 3 to 4 months for follow-up.

Office Visit on 5/19/2021 *Note viewed by patient*

# KNIGHT, Amy R

MRN: 252940

Bourg, Angele, MD
Physician
Specialty: Rheumatology

Progress Notes
Signed

Encounter Date: 5/10/2021

THE BATON ROUGE CLINIC AMC

**Baton Rouge Clinic Rheumatology**
7373 PERKINS ROAD
BATON ROUGE LA 70808-4326
Phone: 225-769-4044
Fax: 225-246-4012

**Subjective**

Amy R KNIGHT is a 53 y.o. female here for:
**Chief Complaint**
Patient presents with
- Wrist Pain
- Abnormal Lab
  *+ANA*
- Joint Pain
  *Hurts all the time, all over especially in hands, elbows, knees, ankles*

**History of Present Illness:**
This patient is here for an initial visit. Patient was referred by her primary care Dr. West for ANA 1: 80. Patient reports she has had a varied of symptoms recently and just has not felt well she recently saw the eye doctor for extremely dry eyes he did place bilateral tear duct plugs and gave her a gel to use at night she also had to use antibiotic drops for a short period of time she has pain particular involving both hands and has been told she has Dupuytren's contracture she also recently was under the care of Dr. Garin and had injections in her right wrist she reports an injury in 2018 where she fractured her left radial head and was followed by Dr. Ahmad at that time she was placed on work restrictions as an RN. She has not really ever improved since that injury. She also brought cell phone pictures of her right second PIP joint that swollen up for several days. This was about 3 months ago and she has not had any episodes since that time. She describes her pain as achy stiff sore all over worse in the morning or late in the evening after use she has noticed her stamina is much decreased that she has been trying to walk with her husband but really cannot keep up with him she has had lots of fatigue though she sleeps at night she never feels rested she is taking Elavil 20 mg at night she also is on several psychotropic medications. In the past she seen to rheumatologist Dr. Mina and then Dr. Sean Shannon. Both felt she had some degree of fibromyalgia in the past she reports she was on Savella which worked well but was ultimately not prescribed by Dr. Shannon for several missed appointments. She has seen Dr. Zielinski in the distant past for generalized anxiety and is not currently under the care of a psychiatrist she reports Dr. West is currently prescribing her psychotropic medications including Wellbutrin Prozac and Elavil. We talked about getting reestablished with psychiatry here to get their opinion on

whether Savella would be safe to add to these medications. She does not recall being on Lyrica or gabapentin but Dr. Shanna did mention she was on Lyrica in the distant past and had some side effects associated with it. She also has chronic migraines and tremors she has not seen a neurologist in several years but previously saw Dr. Smith who I believe is retired currently she does occasionally take Excedrin Migraine as needed over-the-counter. She has 1 child. She has a supportive husband. She was without other complaints

**Review of Systems:**
Musculoskeletal: See HPI
Gen/Constitutional: Negative for fever or night sweats +fatigue/ non-restorative sleep
Eyes: Negative for infection, sudden loss of vision, +dry eyes/ recent punctal plugs placed
ENT: negative for otalgia, epistaxis, oral ulcerations, +dry mouth
CV: Negative for chest pain, palpitations
Resp: Negative for hemoptysis, cough, DOE
GI: Negative for diarrhea, constipation, BRBPR, N/V
Renal: Negative for kidney stones
Neuro: Negative for seizures, +diffuse paresthesias
Psych: Negative for psychosis, depression,+anxiety
Endo: Negative for heat or cold intolerance, excessive thirst
Hem/Lymph: Negative for swollen glands
GU: Negative for frequency, hematuria, dysuria
Derm: Negative for hair loss, photosensitivity, rash

**Objective**

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Benign essential tremor | |
| • Depression | |
| • Diabetes mellitus | |
| • Headache(784.0) | |
| • Hyperlipidemia | |
| • IBS (irritable bowel syndrome) | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BREAST SURGERY *Left breast biopsy* | | |
| • HYSTERECTOMY *COMPLETE* | | |
| • PELVIC LAPAROSCOPY | | |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Thyroid disease | Mother | |
| • Atrial fibrillation | Mother | |
| • Hyperlipidemia | Father | |
| • Diabetes | Father | |
| • Thyroid disease | Father | |

| | |
|---|---|
| • No Significant Medical History | Brother |
| • Diabetes | Child |

**Social History**

| | |
|---|---|
| Tobacco Use | |
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| Substance Use Topics | |
| • Alcohol use: | No |
| • Drug use: | Not on file |

is allergic to adhesive, lipitor [atorvastatin], and morphine.

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • albuterol HFA (Ventolin HFA) 90 mcg/actuation inhaler | 2 puffs. | | |
| • ALPRAZolam (XANAX) 0.5 mg tablet | Take 1 tablet by mouth daily as needed for Sleep. | 15 tablet | 0 |
| • amitriptyline (ELAVIL) 10 mg tablet | TAKE TWO TABLETS BY MOUTH EVERY NIGHT AT BEDTIME | 60 tablet | 3 |
| • buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet | Take 1 tablet by mouth once daily. | 30 tablet | 3 |
| • chlordiazepoxide-clidinium (LIBRAX) 5-2.5 mg per capsule | Take 1 capsule by mouth 3 (three) times daily with meals. | 45 capsule | 3 |
| • Claritin-D 24 Hour 10-240 mg per 24 hr tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | 30 tablet | 3 |
| • diphenoxylate-atropine (LomotiL) 2.5-0.025 mg per tablet | Take 1 tablet by mouth Twice a day 12 (twelve) hours apart. | 5 tablet | 0 |
| • FLUoxetine (PROZAC) 40 MG capsule | TAKE ONE CAPSULE BY MOUTH ONE TIME DAILY | 90 capsule | 3 |
| • fluticasone (FLONASE) 50 mcg/actuation nasal spray | APPLY TWO SPRAYS IN EACH NOSTRIL ONCE DAILY | 16 g | 1 |
| • metFORMIN XR (GLUCOPHAGE-XR) 500 mg 24 hr tablet | Take 1 tablet by mouth 2 (two) times daily. | 60 tablet | 3 |
| • naproxen (NAPROSYN) 500 mg tablet | Take 1 tablet by mouth Take daily with a meal. | 30 tablet | 0 |

| | | | |
|---|---|---|---|
| • propranoloL (INDERAL) 20 mg tablet | TAKE ONE TABLET BY MOUTH TWICE DAILY | 60 tablet | 3 |
| • SUMAtriptan (IMITREX) 50 mg tablet | Take 1 tablet by mouth every 2 (two) hours as needed for Migraine. May repeat in 2 hours if needed | 10 tablet | 3 |
| • topiramate (TOPAMAX) 25 mg tablet | Take 1 tablet by mouth 2 (two) times daily. | 60 tablet | 3 |

No current facility-administered medications for this visit.

**Physical Exam:**
**Vitals:**

| | |
|---|---|
| | 05/10/21 1257 |
| BP: | 136/68 |
| BP Location: | Left arm |
| Patient Position: | Sitting |
| BP Cuff Size: | Large |
| Weight: | 53.4 kg (117 lb 12.8 oz) |
| Height: | 157.5 cm (62.01") |

Gen/Const: Patient is a well developed female with normal body habitus
Psych: Alert and oriented x 3 in NAD, normal affect
Eyes: No conjuctival erythema, PERRLA, sclera anicteric
ENT: Normal external pinna, nasal mucosa/posterior pharynx clear, no oral ulcers, mucous membranes moist
Neck: Supple, no masses, trachea midline and symmetrical
Resp: clear to auscultation bilaterally, normal BS throughout
CV: RRR, no MRG, Distal pulses intact, no peripheral edema
GI: Soft, Nontender, nondistended, normoactive bowel sounds
Lymph: no LAD of the cervical, supraclavicular, or axillary areas
Skin: no ulcers, nail clubbing, cyanosis, nail pitting, no Raynauds, no rash or lesions
Neuro: CN grossly intact, normal sensation to light touch

**Musculoskeletal:**
**16/18 tender points present**
**B Dupuytren's contracture L>R**
otherwise no joint synovitis, FROM throughout, normal strength throughout

**Labs/Radiology:**
I have reviewed the most recent lab and radiology results.
**Appointment on 03/23/2021**

| Component | Date | Value |
|---|---|---|
| • Glucose | 03/23/2021 | 121* |
| • BUN | 03/23/2021 | 17 |
| • Creatinine, Ser | 03/23/2021 | 0.90 |
| • Total Bilirubin | 03/23/2021 | 0.5 |
| • Alkaline Phosphatase | 03/23/2021 | 52 |

| | | |
|---|---|---|
| • AST | 03/23/2021 | 16 |
| • ALT | 03/23/2021 | 13 |
| • Calcium | 03/23/2021 | 9.7 |
| • Sodium | 03/23/2021 | 141 |
| • Potassium | 03/23/2021 | 4.8 |
| • Chloride | 03/23/2021 | 104.0 |
| • CO2 Total | 03/23/2021 | 28 |
| • Total Protein | 03/23/2021 | 7.0 |
| • Albumin, Ser | 03/23/2021 | 4.2 |
| • eGFR Non-African American | 03/23/2021 | 65 |
| • eGFR African American | 03/23/2021 | 79 |
| • Cholesterol, Total | 03/23/2021 | 268* |
| • Triglycerides | 03/23/2021 | 95 |
| • HDL | 03/23/2021 | 84 |
| • LDL Calculated | 03/23/2021 | 165* |
| • Total Chol / HDL Ratio | 03/23/2021 | 3.19 |
| • Hgb A1c | 03/23/2021 | 6.3* |
| • EAG (mg/dl) | 03/23/2021 | 123.79 |
| • Sed Rate | 03/23/2021 | 6 |
| • C-Reactive Protein | 03/23/2021 | 0.1 |
| • anti DNA | 03/23/2021 | <1.00 |
| • Note: | 03/23/2021 | |

Value:Intrepretation:
Negative < 4 IU/mL
Indeterminate 5-9 IU/mL
Positive > 9.9 IU/mL
This new assay will require a new baseline of patient results.

| | | |
|---|---|---|
| • Anti SSA | 03/23/2021 | <0.20 |
| • Note: | 03/23/2021 | Effective 3/25/19 this is a new assay. |
| • Anti SSB | 03/23/2021 | <0.20 |
| • Note: | 03/23/2021 | Effective 3/25/19 this is a new assay. |
| • Anti Sm | 03/23/2021 | <0.20 |
| • Note: | 03/23/2021 | Effective 3/25/19 this is a new assay |
| • Anti Sm/RNP | 03/23/2021 | 0.60 |
| • Note: | 03/23/2021 | Effective 3/25/19 this is a new assay |
| • Anti Scl70 | 03/23/2021 | <0.20 |
| • Note: | 03/23/2021 | Effective 3/25/19 this is a new assay |
| • Anti Centromere | 03/23/2021 | <0.20 |
| • Note: | 03/23/2021 | Effective 3/25/19 this is a new assay. |
| • ANA | 03/23/2021 | Positive |
| • Rheumatoid Factor | 03/23/2021 | <10 |
| • ANA Titr Ser HEp2 subst | 03/23/2021 | 1:80 |
| • ANA Pattern | 03/23/2021 | Homogeneous |

**Assessment/Plan:**
**+ANA 1:80 with negative reflexive profile**
**Generalized anxiety**
**Fibromyalgia**
**H/o L elbow injury, has seen Dr. Ahmad**

1. Refer to BRC Psychiatry as pt has generalized anxiety and fibromyalgia, previously did well with Savella and want to get their opinion about restarting it with her other psychotropic medications
2. Consider trying aquatic PT as I do think it will help with chronic pain and overall deconditioning, pt to let me know
3. RTC prn

This patient has been instructed to contact our office with any new problems or concerns.

Office Visit on 5/10/2021 *Note viewed by patient*

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8716

| | |
|---|---|
| Date: | July 1, 2021 |
| To: | ANGELE BOURG |
| Attn: | |
| Fax: | (225) 246-9209 |
| From: | Kiara Pearson<br>Claims Examiner II<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-8716 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 11112396<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8716

July 1, 2021

Angele Bourg

RE: Short Term Disability (STD) Benefits
Gainwell Technologies
Claim #: 11112396
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Angele Bourg:

We are the Disability Claim Administrator for your patient, Amy Ray Knight.

To evaluate Ms. Ray Knight's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

Office treatment notes, test results, prescription histories, and treatment plans from May 10, 2021 through present

Completion of the Enclosed Forms:

X Attending Physician's Statement
X Medical records (5/10-present)

We ask that you provide this information by July 7, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8716 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kiara Pearson
Claims Examiner II
Phone No.: (800) 291-0112 Ext. 59451
Secure Fax No.: (603) 334-8716

Attachments: Attending Physician's Statement

Lincoln Financial Group®

# Attending Physician's Statement

**Lincoln Financial Group**
PO Box 2578
Omaha, NE 68172-9688
Phone No:(800) 291-0112
Secure Fax No: (603) 334-8716

**Return To:** Kiara Pearson

**To be completed by treating provider:**

**1. Patient Information**

Full Name (First): Amy
(M.I.):
(Last Name): Ray Knight
Claim Number: 11112396

Height:
Weight:
Blood Pressure:
Employer Name:

**2. Diagnosis**

Primary ICD diagnostic Code **(Required)**:
Primary ICD diagnosis Description:

Secondary ICD Diagnosis Code:
Secondary ICD Diagnosis Description:

**Pregnancy**
First Treated: / /
Estimated Delivery: / /
Date of Delivery: / /
☐ Vaginal ☐ C-Section

Symptoms:

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings):

**3. Disability Circumstances** - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances:

Date of:

Symptoms first Appeared: / /
Reduced Ability to work: / /
Advised to stop work: / /

Initial Treatment: / /
Most Recent Treatment: / /
Next Treatment: / /

Dates hospital confined: / / to / /

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

# Attending Physician's Statement

**Lincoln Financial Group**
PO Box 2578
Omaha, NE 68172-9688
Phone No:(800) 291-0112
Secure Fax No: (603) 334-8716

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| Lifting/Carrying | | | Reaching |
|---|---|---|---|
| 1-5 lbs. ____ | Standing ____ | Crouching ____ | Overhead ____ |
| 6-10 lbs. ____ | Walking ____ | Crawling ____ | Desk Level ____ |
| 11-25 lbs. ____ | Sitting ____ | Grasping ____ | Below Waist ____ |
| 26-50 lbs. ____ | Balancing ____ | Climbing ____ | |
| 51-100 lbs. ____ | Stooping ____ | Pushing ____ | |
| 100 + lbs. ____ | Kneeling ____ | Pulling ____ | |
| | Fingering ____ | Bending ____ | |

What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence ____/____/________

Dressing ____/____/________

Transferring ____/____/________

Bathing ____/____/________

Toileting ____/____/________

Eating ____/____/________

## 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

Date patient experienced loss of
Cognitive Functioning: ____/____/____

Describe ongoing treatment frequency

## 6. Prognosis

Describe the patients prognosis for recovery

Patient able to return to work Full-Time on:

____/____/____ to ____/____/____

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

## 7. Physician's Information

Name

Street Address

City

State

Zip Code

Phone Number

Fax Number

**Signature**

**Date** ___/___/___

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8716

| | |
|---|---|
| Date: | July 1, 2021 |
| To: | DR TYSON GARON |
| Attn: | |
| Fax: | (225) 766-1499 |
| From: | Kiara Pearson<br>Claims Examiner II<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-8716 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 11112396<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8716

July 1, 2021

Dr. Tyson Garon

RE: Short Term Disability (STD) Benefits
Gainwell Technologies
Claim #: 11112396
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Dr. Tyson Garon:

We are the Disability Claim Administrator for your patient, Amy Ray Knight.

To evaluate Ms. Ray Knight's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

Office treatment notes, test results, prescription histories, and treatment plans from May 10, 2021 through present

Completion of the Enclosed Forms:

X Attending Physician's Statement
X Medical records (5/10-present)

We ask that you provide this information by July 7, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8716 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kiara Pearson
Claims Examiner II
Phone No.: (800) 291-0112 Ext. 59451
Secure Fax No.: (603) 334-8716

Attachments: Attending Physician's Statement

Lincoln Financial Group

# Attending Physician's Statement

**Lincoln Financial Group**
PO Box 2578
Omaha, NE 68172-9688
Phone No:(800) 291-0112
Secure Fax No: (603) 334-8716

**Return To:** Kiara Pearson

**To be completed by treating provider:**

**1. Patient Information**

Full Name (First): Amy
(M.I.):
(Last Name): Ray Knight
Claim Number: 11112396

Height:
Weight:
Blood Pressure:
Employer Name:

**2. Diagnosis**

Primary ICD diagnostic Code **(Required)**:
Primary ICD diagnosis Description:

Secondary ICD Diagnosis Code:
Secondary ICD Diagnosis Description:

**Pregnancy**
First Treated: / /
Estimated Delivery: / /
Date of Delivery: / /
☐ Vaginal ☐ C-Section

Symptoms:

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings):

**3. Disability Circumstances** - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances:

Date of:

Symptoms first Appeared: / /
Reduced Ability to work: / /
Advised to stop work: / /
Initial Treatment: / /
Most Recent Treatment: / /
Next Treatment: / /

Dates hospital confined: / / to / /

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group

# Attending Physician's Statement

**Lincoln Financial Group**
PO Box 2578
Omaha, NE 68172-9688
Phone No:(800) 291-0112
Secure Fax No: (603) 334-8716

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| **Lifting/Carrying** | | | | | | **Reaching** | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | ____ | Standing | ____ | Crouching | ____ | Overhead | ____ |
| 6-10 lbs. | ____ | Walking | ____ | Crawling | ____ | Desk Level | ____ |
| 11-25 lbs. | ____ | Sitting | ____ | Grasping | ____ | Below Waist | ____ |
| 26-50 lbs. | ____ | Balancing | ____ | Climbing | ____ | | |
| 51-100 lbs. | ____ | Stooping | ____ | Pushing | ____ | | |
| 100 + lbs. | ____ | Kneeling | ____ | Pulling | ____ | | |
| | | Fingering | ____ | Bending | ____ | | |

What job modifications would allow the patient to return to work?

## 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

## 6. Prognosis

Describe the patients prognosis for recovery

## 7. Physician's Information

Name

Street Address

City State Zip Code

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence ____/____/________

Dressing ____/____/________

Transferring ____/____/________

Bathing ____/____/________

Toileting ____/____/________

Eating ____/____/________

Date patient experienced loss of

Cognitive Functioning: ____/____/______

Describe ongoing treatment frequency

Patient able to return to work Full-Time on:

____/____/____ to ____/____/____

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

Phone Number Fax Number

**Signature** **Date** ___/___/___

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8716

| | |
|---|---|
| Date: | July 1, 2021 |
| To: | DR DAVID WEST |
| Attn: | |
| Fax: | (225) 246-9114 |
| From: | Kiara Pearson<br>Claims Examiner II<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-8716 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 11112396<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8716

July 1, 2021

Dr. David West

RE: Short Term Disability (STD) Benefits
Gainwell Technologies
Claim #: 11112396
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Dr. David West:

We are the Disability Claim Administrator for your patient, Amy Ray Knight.

To evaluate Ms. Ray Knight's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

Office treatment notes, test results, prescription histories, and treatment plans from May 10, 2021 through present

Completion of the Enclosed Forms:

X Attending Physician Statement
X Medical Records (5/10-present)

We ask that you provide this information by July 7, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8716 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kiara Pearson
Claims Examiner II
Phone No.: (800) 291-0112 Ext. 59451
Secure Fax No.: (603) 334-8716

Attachments: Attending Physician's Statement

Lincoln Financial Group

# Attending Physician's Statement

**Lincoln Financial Group**
PO Box 2578
Omaha, NE 68172-9688
Phone No:(800) 291-0112
Secure Fax No: (603) 334-8716

**Return To:** Kiara Pearson

**To be completed by treating provider:**

**1. Patient Information**

Full Name (First): Amy
(M.I.):
(Last Name): Ray Knight
Claim Number: 11112396

Height:
Weight:
Blood Pressure:
Employer Name:

**2. Diagnosis**

Primary ICD diagnostic Code **(Required)**:
Primary ICD diagnosis Description:

Secondary ICD Diagnosis Code:
Secondary ICD Diagnosis Description:

**Pregnancy**
First Treated: / /
Estimated Delivery: / /
Date of Delivery: / /
☐ Vaginal ☐ C-Section

Symptoms:

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings):

**3. Disability Circumstances** - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances:

Date of:

Symptoms first Appeared: / /
Reduced Ability to work: / /
Advised to stop work: / /
Initial Treatment: / /
Most Recent Treatment: / /
Next Treatment: / /

Dates hospital confined: / / to / /

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

# Attending Physician's Statement

**Lincoln Financial Group**
PO Box 2578
Omaha, NE 68172-9688
Phone No:(800) 291-0112
Secure Fax No: (603) 334-8716

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| Lifting/Carrying | | | | | | Reaching | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | ____ | Standing | ____ | Crouching | ____ | Overhead | ____ |
| 6-10 lbs. | ____ | Walking | ____ | Crawling | ____ | Desk Level | ____ |
| 11-25 lbs. | ____ | Sitting | ____ | Grasping | ____ | Below Waist | ____ |
| 26-50 lbs. | ____ | Balancing | ____ | Climbing | ____ | | |
| 51-100 lbs. | ____ | Stooping | ____ | Pushing | ____ | | |
| 100 + lbs. | ____ | Kneeling | ____ | Pulling | ____ | | |
| | | Fingering | ____ | Bending | ____ | | |

What job modifications would allow the patient to return to work?

## 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

## 6. Prognosis

Describe the patients prognosis for recovery

## 7. Physician's Information

Name

Street Address

City

State

Zip Code

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence ____/____/________

Dressing ____/____/________

Transferring ____/____/________

Bathing ____/____/________

Toileting ____/____/________

Eating ____/____/________

Date patient experienced loss of

Cognitive Functioning: ____/____/______

Describe ongoing treatment frequency

Patient able to return to work Full-Time on:

___/___/___ to ___/___/___

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

Phone Number

Fax Number

**Signature**

**Date** ___/___/___

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Thursday, July 1, 2021 3:16:02 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Gainwell Technologies Claim No. 11112396 Amy Ray Knight |
| Attachments: | l0kjavjyto47qb2boupk_10766164.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8716

July 1, 2021

Ms. Amy R. Ray Knight

RE: Short Term Disability (STD) Benefits
Gainwell Technologies
Claim #: 11112396

Dear Ms. Amy Ray Knight:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Short Term Disability (STD) benefits under Gainwell Technologies's Group Disability Policy. We are writing in reference to your claim for STD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On July 1, 2021, we requested medical records from Angele Bourg, Tyson Garon and David West. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

Office treatment notes, test results, operative reports, prescription histories, and treatment plans from May 10, 2021 through present from all treating providers

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Gainwell Technologies's STD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

We ask that you provide us with this information no later than August 14, 2021 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kiara Pearson
Claims Examiner II
Phone No.: (800) 291-0112 Ext. 59451
Secure Fax No.: (603) 334-8716

MedSouth Record Management
P.O. Box 1630
Mandeville, LA 70470-1630

# Pre-Bill Invoice

Phone: 985-951-7100
Fax : 985-951-7101

| | |
|---|---|
| **Request ID** | LA68005032021113817 |
| **Date** | 05/31/2021 |
| **Site ID** | LA680 |
| **Invoice Amount** | $0.00 |
| **Processed By** | TLW |

**Bill To:**
LINCOLN LIFE ASSURANCE
P O BOX 2578
OMAHA, NE 68172

**Ship To:**
LINCOLN LIFE ASSURANCE
P O BOX 2578
OMAHA, NE 68172

Your request for medical records has been received by THE BATON ROUGE CLINIC. MedSouth Record Management, LLC is contracted with THE BATON ROUGE CLINIC to provide you with the enclosed medical record copies of the referenced patient below. These copies were generated from the original medical record, intended exclusively for the requested purpose and cannot be reproduced or redistributed for other purposes without the written informed consent of the patient.

**If you have any questions regarding the contents and/or this invoice please call our customer service center at 985.951.7100.**

**Medical Facility:**
THE BATON ROUGE CLINIC
7373 PERKINS ROAD
BATON ROUGE, LA 70808

**Patient Name (Last, First):**
KNIGHT, AMY

**Medical Record Number:**

**Reference Number(s):**
11112396

| | |
|---|---|
| Page Count | 16 |
| Processing Fee | $40.00 |
| Document Charge | $20.00 |
| Certification Charge | $0.00 |
| Notary Charge | $0.00 |
| Other Charges | $0.00 |
| Late Charges | $0.00 |
| Subtotal | **$60.00** |
| Shipping/Handling | $9.00 |
| Balance Due | **$0.00** |

Your request was processed. Please remit payment of this invoice amount to the address listed below. Once payment is received, your request will be completed. I have any questions, please call our customer service center at 985-951-7100.

**Please note: Cancelled requests will incur a processing fee.**

Please remit check payable to:

**MedSouth Record Management, LLC**
**Federal Tax I.D. #: 72-1481471**

***Mailing address:***

P.O. Box 1630
Mandeville, LA 70470-1630

***Physical address for express mailing:***

#5 Sanctuary Boulevard, Suite 102
Mandeville, LA 70471

**To ensure proper credit, please return a copy of this invoice with payment, or write the Request ID number on your check. To make a credit card payment, please contact our Corporate Office at 985.951.7100.**

04/22/21 14:11:02 Lincoln Financial -> 225 246 9209 Lincoln Financial Gr Page 002

45701927

LA680-05032021-113817

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8716

Received
APR 22 2021
MedSouth

April 22, 2021

Angele Bourg ✓

RE: Short Term Disability (STD) Benefits
Gainwell Technologies
Claim #: 11112396
Claimant: Amy Ray Knight ✓AD ✓
Claimant D.O.B.:

Dear Angele Bourg:

We are the Disability Claim Administrator for your patient, Amy Ray Knight.

To evaluate Ms. Ray Knight's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from April 1, 2021 through present

We ask that you provide this information by May 12, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8716 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Kiara Pearson
Claims Examiner II
Phone No.: (800) 291-0112 Ext. 59451
Secure Fax No.: (603) 334-8716

Dr. Angela Bourg
4-1-2021
to
pr.

MedSouth
☑ Processed
☐ Pending
MAY 14 2021
By: tw
MR: 16

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8716

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS. ✓
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Amy R. Knight

Name of legal representative, if applicable (print) Amy R. Knight Relationship self

Signature of claimant or legal representative [signature] /AD Date: 3/4/2021 ✓

Date of Birth: ______ Claim Number: 11112396

**A copy of this authorization will be considered as valid as the original.**

04/22/21 14:10:29 Lincoln Financial -> 225 246 9209 Lincoln Financial Gr Page 001

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8716

| | |
|---|---|
| Date: | April 22, 2021 |
| To: | ANGELE BOURG |
| Attn: | |
| Fax: | (225) 246-9209 |
| From: | Kiara Pearson<br>Claims Examiner II<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-8716 |
| Total Pages (Including Cover): | 2 |
| RE: | Claim #: 11112396<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

THE BATON ROUGE CLINIC AMC

## Patient Information Sheet

### Patient Information

MRN (Epic) ______

Name Kay (Last) Amy (First) Marie (Middle) Social Security ______ Sex: M (F)

Date of Birth ______ other known name(s) ______

Mailing Address ______ City ______ State ______ Zip ______

Parish EBRP Country USA ☑ permanent address ☐ temporary address

Home phone ______ Work phone ______ Mobile phone ______

Email address ______ Language English(us)

**Person outside of household to contact in case of emergency or in case we must reschedule an appointment for you.**

Name Kay Zvonek Phone #'s ______ Relationship mother

**Marital Status:** (circle one)
Married, Legally Separated, Widowed, Unknown, (Divorced), Single, Significant Other, Other

**Ethnicity:** (circle one)
Hispanic or Latino, (Not Hispanic or Latino), Unknown, Patient Refused

**Race:** (circle one)
American Indian or Alaska Native, Asian, Black or African American, Native Hawaiian or Other Pacific Islander, (White or Caucasian), Unknown, Other, Patient Refused

I acknowledge that I have received a NOTICE OF PRIVACY PRACTICES
Initialed by: AR
Date: 10-12-12

Primary Care Physician Dr. David West

### Responsible Party Information (Guarantor)

Name Self (Last / First / Middle) Social Security # ______ Sex: M F

Date of Birth ______ other known name(s) ______

Mailing Address ______ City ______ State ______ Zip ______

Parish ______ Country ______ Relationship to patient ______

Home phone ______ Work phone ______ Mobile phone ______

X Employer Molina Medicaid Solutions

Employer address ______ BR (City) La. (State) ______ (Zip)

Employer phone (800)877-0666 Employer fax ______

Employment Status: (circle one) disabled, (full time), part time, not employed, on active military duty, retired, Self-employed, student full-time, student part-time, unknown

**Subscriber Information (If different from Guarantor)**

Name ______________________ Social Security # ____________ Sex: M F
Last First Middle

Date of Birth __________ other known name(s) ______________________

Mailing Address ______________________ City State Zip

Parish __________ Country __________ Relationship to patient __________

Home phone __________ Work phone __________ Mobile phone __________

Employer ______________________

Employer address ______________________ City State Zip

Employer phone __________ Employer fax __________

Employment Status: (circle one) disabled full time part time not employed on active military duty retired Self-employed student full-time student part-time unknown

**Insurance Information**

**(Primary Coverage)**

Insurance Company __________

Ins Address __________

City __________ State __________

Zip __________ Phone __________

Relationship to Patient __________

Insurance ID # __________

Effective Date __________

Group # __________

Name on Card __________

Covered Through: (circle one) current employer retirement Cobra/continuation of benefits Other __________

Employer Size: (circle one) 1-19 employees 20-99 employees 100+ employees

**(Secondary/Supplemental Coverage)**

Insurance Company __________

Insurance Address __________

City __________ State __________

Zip __________ Phone __________

Relationship to Patient __________

Insurance ID# __________

Effective Date __________

Group # __________

Name on Card __________

Covered Through: (circle one) current employer retirement Cobra/continuation of benefits Other __________

Employer Size: (circle one) 1-19 employees 20-99 employees 100+employees

**Authorization and Assignment**

I authorize The Baton Rouge Clinic to release medical information that may be necessary to request claim reimbursement from insurance companies to whom claims may be submitted.

I also assign claim payments including major medical benefits to be made payable to The Baton Rouge Clinic. I understand The Baton Rouge Clinic will refund to me any overpayment upon request, regardless of insurance.

This authorization and assignment may be revoked by me at any time by a written notice.

Signed [signature] Date 10-12-12

The Baton Rouge Clinic, AMC

BRC RHEUMATOLOGY
7373 Perkins Rd
Baton Rouge LA 70808-4326
Ambulatory Encounter Report

KNIGHT, Amy R
MRN: 252940, DOB:
Visit date: 5/10/2021

Sex: F

## Reason for Visit

| | |
|---|---|
| Wrist Pain | |
| Abnormal Lab | +ANA |
| Joint Pain | Hurts all the time, all over especially in hands, elbows, knees, ankles |

## Diagnoses

| | Comments |
|---|---|
| GAD (generalized anxiety disorder) - Primary | |
| Positive ANA (antinuclear antibody) | |
| Fibromyalgia | |

## Problem List

| | Noted | Resolved |
|---|---|---|
| Hyperlipidemia | by West, J David, MD | No |
| Diabetes mellitus, type 2 (HCC) | 12/10/2013 by West, J David, MD | No |
| Benign essential tremor | by West, J David, MD | No |
| Rotator cuff syndrome | 10/10/2014 by Mena, Hector R, MD | No |
| Fibromyalgia | 10/24/2014 by Mena, Hector R, MD | No |
| Major depression, chronic | 1/20/2015 by West, J David, MD | No |
| Benign positional vertigo | 4/20/2016 by Petit, Brian J, MD | No |
| Sensorineural hearing loss, bilateral | 4/20/2016 by Petit, Brian J, MD | No |
| Vertigo | 4/20/2016 by Petit, Brian J, MD | No |
| Irritable bowel syndrome without diarrhea | 6/1/2016 by West, J David, MD | No |
| GAD (generalized anxiety disorder) | 6/1/2016 by West, J David, MD | No |
| Migraine syndrome | 7/13/2016 by West, J David, MD | No |
| Positive ANA (antinuclear antibody) | 5/10/2021 by Bourg, Angele, MD | No |

## Allergies as of 5/10/2021

Reviewed by Bourg, Angele, MD on 5/10/2021

| | Noted | Reaction Type | Reactions | Deletion Reason |
|---|---|---|---|---|
| Adhesive | 05/06/2019 | | | |
| Lipitor [atorvastatin] | 05/26/2012 | | | |
| Morphine | 05/26/2012 | | | |

## Immunizations as of 05/10/21

| Name | Date | Dose | VIS Date | Route | Site |
|---|---|---|---|---|---|
| Influenza Split (PF) Greater Than or Equal to 3 YO | 10/01/17 | | | | |
| Given By:<br>Manufacturer:<br>External: | | Documented By: West, J David, MD 2/26/2018 3:04 PM<br>Lot#:<br>Comment: | | | |
| Influenza Split (PF) Quad 0.5 mL 6-35 MO OR > or = 3 YO | Tue Sep 22, 2020 1:31 PM | 0.5 mL | 08/15/2019 | Intramuscular | Right deltoid |
| Given By: Ford, Chavez C, MA<br>Manufacturer: Sanofi-Pasteur<br>External: | | Documented By: Ford, Chavez C, MA 9/22/2020 1:31 PM<br>Lot#: UT7006JA<br>Comment: | | | |
| Revision History | Date | Dose | VIS Date | Route | Site |
| | 09/22/20 | .5 mL | 08/15/2019 | Intramuscular | Left deltoid |
| Given By:<br>Manufacturer: Sanofi-Pasteur<br>External: | | Documented By: West, J David, MD 9/22/2020 1:18 PM<br>Lot#:<br>Comment: | | | |
| Influenza Split (PF) Quad 0.5 mL 6-35 MO OR > or = 3 YO | 10/14/13 | 0.5 mL | 07/26/13 | Intramuscular | Left deltoid |
| Given By: McDowell, Kathleen B, RN<br>Manufacturer: Sanofi-Pasteur<br>External: | | Documented By: McDowell, Kathleen B, RN 10/14/2013<br>Lot#: U4771AA<br>Comment: | | | |
| Influenza Split Quad 6-35 MO OR > or = to 3 YO | 10/04/19 | | | | |
| Given By:<br>Manufacturer:<br>External: Patient reported | | Documented By: Porche, Trudy M, MA 10/7/2019 3:10 PM<br>Lot#:<br>Comment: | | | |
| Influenza Whole | 10/16/14 | | | | |
| Given By:<br>Manufacturer:<br>External: | | Documented By: Porche, Trudy M, MA 11/7/2014<br>Lot#:<br>Comment: CVS | | | |
| Influenza Whole | 11/05/11 | | | | |
| Given By:<br>Manufacturer:<br>External: | | Documented By: Porche, Trudy M, MA 5/26/2012<br>Lot#:<br>Comment: | | | |
| Pneumococcal Polysaccharide PPSV23 | 10/12/12 | 0.5 mL | 10/06/2009 | Intramuscular | Right deltoid |

The Baton Rouge Clinic, AMC

BRC RHEUMATOLOGY
7373 Perkins Rd
Baton Rouge LA 70808-4326
Ambulatory Encounter Report

KNIGHT, Amy R
MRN: 252940, DOB:
Visit date: 5/10/2021

Sex: F

**Immunizations as of 05/10/21 (continued)**

| Name | Date | Dose | VIS Date | Route | Site |
|---|---|---|---|---|---|
| Given By: Thomas, Jennifer M, LPN<br>Manufacturer: Merck & Co. Inc<br>External: | | Documented By: Thomas, Jennifer M, LPN 10/12/2012<br>Lot#: HO13399<br>Comment: | | | |
| **Tdap** | Mon May 6, 2019 2:47 PM | 0.5 mL | 02/24/2015 | Intramuscular | |
| Given By: Craig, Lisa, RN<br>Manufacturer: Sanofi-Pasteur<br>External: | | Documented By: Craig, Lisa, RN 5/6/2019 2:49 PM<br>Lot#: C5585BA<br>Comment: | | | |

| Revision History | Date | Dose | VIS Date | Route | Site |
|---|---|---|---|---|---|
| | Mon May 6, 2019 2:00 PM | 0.5 mL | 02/24/2015 | Intramuscular | Left vastus lateralis |
| Given By:<br>Manufacturer:<br>External: | | Documented By: Nelson, Katherine H, PA 5/6/2019 1:57 PM<br>Lot#<br>Comment: | | | |

**Vitals** Most recent update: 5/10/2021 12:58 PM

| BP | Ht | Wt | BMI |
|---|---|---|---|
| 136/68 (BP Location: Left arm, Patient Position: Sitting, BP Cuff Size: Large) | 157.5 cm (62.01") | 53.4 kg (117 lb 12.8 oz) | 21.54 kg/m² |

## History

**Medical as of 5/10/2021**

**Medical last reviewed by Bourg, Angele, MD on 5/10/2021**

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Anxiety | — | — | Provider |
| Benign essential tremor | — | — | Provider |
| Depression | — | — | Provider |
| Diabetes mellitus | — | — | Provider |
| Headache(784.0) | — | — | Provider |
| Hyperlipidemia | — | — | Provider |
| IBS (irritable bowel syndrome) | — | — | Provider |

**Surgical as of 5/10/2021**

**Surgical last reviewed by Bourg, Angele, MD on 5/10/2021**

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| HYSTERECTOMY | — | — | COMPLETE | Provider |
| PELVIC LAPAROSCOPY | — | — | — | Provider |
| BREAST SURGERY | — | — | Left breast biopsy | Provider |

**Family as of 5/10/2021**

**Family last reviewed by Bourg, Angele, MD on 5/10/2021**

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Thyroid disease | Mother | — | — | — | Provider |
| Atrial fibrillation | Mother | — | — | — | Provider |
| Hyperlipidemia | Father | — | — | — | Provider |
| Diabetes | Father | — | — | — | Provider |
| Thyroid disease | Father | — | — | — | Provider |
| No Significant Medical History | Brother | — | — | — | Provider |
| Diabetes | Child | — | — | — | Provider |

**Family Status as of 5/10/2021**

**Family Status last reviewed by Bourg, Angele, MD on 5/10/2021**

| Relation | Name | Status | Comments | Sex (Gender) | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Mother | — | Alive | — | F | — | — | Provider |

**Family Status as of 5/10/2021 (continued)**

| Relation | Name | Status | Comments | Sex (Gender) | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Father | — | Alive | — | M | — | — | Provider |
| Brother | — | Alive | — | M | Patient's father | Patient's mother | Provider |
| Child | — | Alive | — | U | — | KNIGHT, Amy R (Patient) | Provider |

**Tobacco Use as of 5/10/2021**

Tobacco Use last reviewed by Bourg, Angele, MD on 5/10/2021

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Never Smoker | — | — | — | — |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| — | — | Never Used | — | Provider |

**Alcohol Use as of 5/10/2021**

Alcohol Use never marked as reviewed

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| No | | — | — | Provider |

**Drug Use as of 5/10/2021**

Drug Use never marked as reviewed

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| — | — | — | — | Provider |

**Sexual Activity as of 5/10/2021**

Sexual Activity never marked as reviewed

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| — | — | — | — | Provider |

**Activities of Daily Living as of 5/10/2021**

Activities of Daily Living never marked as reviewed
None

**Social Documentation as of 5/10/2021**

Social Documentation never marked as reviewed
None

**Occupational as of 5/10/2021**

Occupational last reviewed by Bourg, Angele, MD on 5/10/2021

| Occupation | Employer | Comments | Source |
|---|---|---|---|
| on disability, RN | — | — | Provider |

**Socioeconomic as of 5/10/2021**

Socioeconomic last reviewed by Bourg, Angele, MD on 5/10/2021

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Not Hispanic or Latino/a or Spanish origin | White or Caucasian | Provider |

**Birth as of 5/10/2021**

Birth never marked as reviewed
None

**OB History as of 5/10/2021**

OB History never marked as reviewed

**OB History as of 5/10/2021 (continued)**

No obstetric history on file.

**Implants**

No active implants to display in this view.

No questionnaires available.

**Encounter Messages**

**Save Time with eCheck-in**

| From | To | Sent and Delivered |
|---|---|---|
| User, Mychart<br>Last Read in MyChart<br>5/9/2021 2:45 PM by Amy R KNIGHT | Amy R KNIGHT | 5/7/2021 8:09 PM |

Appointment Information:
Dept: BRC AMC
BATON ROUGE CLINIC RHEUMATOLOGY
7373 PERKINS RD
BATON ROUGE LA 70808-4326
Provider: Angele Bourg, MD
Date: 5/10/21
Time: 1:00 PM

Please click epichttp://appointments[here] to view more details about your appointment.

Hello Amy,

*You have a new message in MyChart*

Did you know that your appointment qualifies for *eCheck-In*, which is available up to 7 days prior to your appointment? With eCheck-in, you can verify your appointment and check-in electronically.

*eCheck-In* allows you to update any of your information, including your address, phone, and even your insurance coverage via the MyChart app or website. This prevents you from filling out multiple pages of paperwork that must be completed upon your arrival at the clinic. You can also pay your co-pays*, update medications, and electronically sign any documents with eCheck-In.

*eCheck-In* helps to keep our schedules on time, and gets you to your doctor faster. So, skip the wait and try *eCheck-In* today! If you have any questions about *eCheck-In* please call 855-435-1426 or email mychartsupport@fmolhs.com.

To use *eCheck-In* from the web: Login to your MyChart account then navigate to Visits>Appointments and Visits then click the **Update Information** button for your appointment.

To use *eCheck-In* from your mobile device: Login to your MyChart account then navigate to **Appointments** then click **ECHECK-IN** for your appointment.
You can eCheck-In up until the scheduled appointment time.

**Co-pay will not be processed until you arrive for the appointment*

**Audit Trail**

Encounter Messages (continued)

| MyChart User | Last Read On |
|---|---|
| Amy R KNIGHT | 5/9/2021 2:45 PM |

Save Time with eCheck-in

| From | To | Sent and Delivered |
|---|---|---|
| User, Mychart<br>Last Read in MyChart<br>5/9/2021 2:45 PM by Amy R KNIGHT | Amy R KNIGHT | 5/3/2021 8:10 PM |

Appointment Information:
Dept: BRC AMC
BATON ROUGE CLINIC RHEUMATOLOGY
7373 PERKINS RD
BATON ROUGE LA 70808-4326
Provider: Angele Bourg, MD
Date: 5/10/21
Time: 1:00 PM

Please click epichttp://appointments[here] to view more details about your appointment.

Hello Amy,

*You have a new message in MyChart*

Did you know that your appointment qualifies for *eCheck-In*, which is available up to 7 days prior to your appointment? With eCheck-in, you can verify your appointment and check-in electronically.

*eCheck-In* allows you to update any of your information, including your address, phone, and even your insurance coverage via the MyChart app or website. This prevents you from filling out multiple pages of paperwork that must be completed upon your arrival at the clinic. You can also pay your co-pays*, update medications, and electronically sign any documents with eCheck-In.

*eCheck-In* helps to keep our schedules on time, and gets you to your doctor faster. So, skip the wait and try *eCheck-In* today! If you have any questions about *eCheck-In* please call 855-435-1426 or email mychartsupport@fmolhs.com.

To use *eCheck-In* from the web: Login to your MyChart account then navigate to Visits>Appointments and Visits then click the **Update Information** button for your appointment.

To use *eCheck-In* from your mobile device: Login to your MyChart account then navigate to **Appointments** then click **ECHECK-IN** for your appointment.
You can eCheck-In up until the scheduled appointment time.

**Co-pay will not be processed until you arrive for the appointment*

Audit Trail

| MyChart User | Last Read On |
|---|---|
| Amy R KNIGHT | 5/9/2021 2:45 PM |

Appointment Scheduled

**Encounter Messages (continued)**

| From | To | Sent and Delivered |
|---|---|---|
| User, Mychart<br>Last Read in MyChart<br>4/21/2021 10:19 AM by Amy R KNIGHT | Amy R KNIGHT | 4/7/2021 9:05 AM |

Appointment Information:
Visit Type: NEW PATIENT
Date: 5/10/2021
Dept: Baton Rouge Clinic Rheumatology
Provider: Angele Bourg
Time: 1:00 PM

Appt Status: Scheduled

Appt Instructions:

Bring a photo ID and your insurance cards w/ you. Bring w/ you a list of current meds along with their dosage, any relevant lab results/films/x-rays, shot records, other important previous info from your med. records.

**Audit Trail**

| MyChart User | Last Read On |
|---|---|
| **Amy R KNIGHT** | **4/21/2021 10:19 AM** |

**HPI**

**Abnormal Lab**

Additional comments: +ANA

**Joint Pain**

Additional comments: Hurts all the time, all over especially in hands, elbows, knees, ankles

Last edited by McAndrew, Taylor E, MA on 5/10/2021 12:59 PM. (History)

**Medications**

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **albuterol HFA (Ventolin HFA) 90 mcg/actuation inhaler (Taking)**<br>Sig: 2 puffs.<br>Class: Historical Med | | | 1/25/2021 | |
| **ALPRAZolam (XANAX) 0.5 mg tablet (Taking)**<br>Sig: Take 1 tablet by mouth daily as needed for Sleep.<br>Notes to Pharmacy: Not to exceed 5 additional fills before 01/22/2020.<br>Route: Oral | 15 tablet | 0 | 11/24/2020 | |
| **amitriptyline (ELAVIL) 10 mg tablet (Taking)**<br>Sig: TAKE TWO TABLETS BY MOUTH EVERY NIGHT AT BEDTIME | 60 tablet | 3 | 4/14/2021 | |
| **buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet (Taking)**<br>Sig: Take 1 tablet by mouth once daily.<br>Route: Oral | 30 tablet | 3 | 3/3/2021 | |

## Medications (continued)

### Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **chlordiazepoxide-clidinium (LIBRAX) 5-2.5 mg per capsule (Taking)**<br>Sig: Take 1 capsule by mouth 3 (three) times daily with meals.<br>Route: Oral | 45 capsule | 3 | 5/3/2021 | |
| **Claritin-D 24 Hour 10-240 mg per 24 hr tablet (Taking)**<br>Sig: TAKE 1 TABLET BY MOUTH EVERY DAY<br>Notes to Pharmacy: Not to exceed 2 additional fills before 04/17/2021PT IS REQUESTING NEW RX FOR CLARITIN D. | 30 tablet | 3 | 4/9/2021 | |
| **diphenoxylate-atropine (LomotiL) 2.5-0.025 mg per tablet (Taking)**<br>Sig: Take 1 tablet by mouth Twice a day 12 (twelve) hours apart.<br>Route: Oral | 5 tablet | 0 | 11/24/2020 | 11/24/2021 |
| **FLUoxetine (PROZAC) 40 MG capsule (Taking)**<br>Sig: TAKE ONE CAPSULE BY MOUTH ONE TIME DAILY | 90 capsule | 3 | 5/1/2020 | |
| **fluticasone (FLONASE) 50 mcg/actuation nasal spray (Taking)**<br>Sig: APPLY TWO SPRAYS IN EACH NOSTRIL ONCE DAILY | 16 g | 1 | 8/22/2017 | |
| **metFORMIN XR (GLUCOPHAGE-XR) 500 mg 24 hr tablet (Taking)**<br>Sig: Take 1 tablet by mouth 2 (two) times daily.<br>Route: Oral | 60 tablet | 3 | 2/18/2021 | |
| **naproxen (NAPROSYN) 500 mg tablet (Taking)**<br>Sig: Take 1 tablet by mouth Take daily with a meal.<br>Route: Oral | 30 tablet | 0 | 4/24/2020 | |
| **propranoloL (INDERAL) 20 mg tablet (Taking)**<br>Sig: TAKE ONE TABLET BY MOUTH TWICE DAILY | 60 tablet | 3 | 9/28/2020 | |
| **SUMAtriptan (IMITREX) 50 mg tablet (Taking)**<br>Sig: Take 1 tablet by mouth every 2 (two) hours as needed for Migraine. May repeat in 2 hours if needed<br>Route: Oral | 10 tablet | 3 | 5/3/2021 | |
| **topiramate (TOPAMAX) 25 mg tablet (Taking)**<br>Sig: Take 1 tablet by mouth 2 (two) times daily<br>Route: Oral | 60 tablet | 3 | 3/3/2021 | |

### Medications at Start of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **albuterol HFA (Ventolin HFA) 90 mcg/actuation inhaler (Taking)**<br>Sig: 2 puffs.<br>Class: Historical Med | | | 1/25/2021 | |
| **ALPRAZolam (XANAX) 0.5 mg tablet (Taking)**<br>Sig - Route: Take 1 tablet by mouth daily as needed for Sleep. - Oral<br>Notes to Pharmacy: Not to exceed 5 additional fills before 01/22/2020. | 15 tablet | 0 | 11/24/2020 | |
| **amitriptyline (ELAVIL) 10 mg tablet (Taking)**<br>Sig: TAKE TWO TABLETS BY MOUTH EVERY NIGHT AT BEDTIME | 60 tablet | 3 | 4/14/2021 | |
| **buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet (Taking)**<br>Sig - Route: Take 1 tablet by mouth once daily. - Oral | 30 tablet | 3 | 3/3/2021 | |
| **chlordiazepoxide-clidinium (LIBRAX) 5-2.5 mg per capsule (Taking)**<br>Sig - Route: Take 1 capsule by mouth 3 (three) times daily with meals. - Oral | 45 capsule | 3 | 5/3/2021 | |
| **Claritin-D 24 Hour 10-240 mg per 24 hr tablet (Taking)**<br>Sig: TAKE 1 TABLET BY MOUTH EVERY DAY<br>Notes to Pharmacy: Not to exceed 2 additional fills before 04/17/2021PT IS REQUESTING NEW RX FOR CLARITIN D. | 30 tablet | 3 | 4/9/2021 | |
| **diphenoxylate-atropine (LomotiL) 2.5-0.025 mg per tablet (Taking)**<br>Sig - Route: Take 1 tablet by mouth Twice a day 12 (twelve) hours apart. - Oral | 5 tablet | 0 | 11/24/2020 | 11/24/2021 |
| **FLUoxetine (PROZAC) 40 MG capsule (Taking)**<br>Sig: TAKE ONE CAPSULE BY MOUTH ONE TIME DAILY | 90 capsule | 3 | 5/1/2020 | |
| **fluticasone (FLONASE) 50 mcg/actuation nasal spray (Taking)**<br>Sig: APPLY TWO SPRAYS IN EACH NOSTRIL ONCE DAILY | 16 g | 1 | 8/22/2017 | |
| **metFORMIN XR (GLUCOPHAGE-XR) 500 mg 24 hr tablet (Taking)**<br>Sig - Route: Take 1 tablet by mouth 2 (two) times daily. - Oral | 60 tablet | 3 | 2/18/2021 | |
| **naproxen (NAPROSYN) 500 mg tablet (Taking)**<br>Sig - Route: Take 1 tablet by mouth Take daily with a meal. - Oral | 30 tablet | 0 | 4/24/2020 | |
| **propranoloL (INDERAL) 20 mg tablet (Taking)**<br>Sig: TAKE ONE TABLET BY MOUTH TWICE DAILY | 60 tablet | 3 | 9/28/2020 | |
| **SUMAtriptan (IMITREX) 50 mg tablet (Taking)**<br>Sig - Route: Take 1 tablet by mouth every 2 (two) hours as needed for Migraine. May repeat in 2 hours if needed - Oral | 10 tablet | 3 | 5/3/2021 | |
| **topiramate (TOPAMAX) 25 mg tablet (Taking)**<br>Sig - Route: Take 1 tablet by mouth 2 (two) times daily. - Oral | 60 tablet | 3 | 3/3/2021 | |

**Medications (continued)**

**Medications at Start of Encounter (continued)**

**All Meds and Administrations**

(There are no med orders for this encounter)

## All Orders

**albuterol HFA (Ventolin HFA) 90 mcg/actuation inhaler [231182199]** Patient-reported historical medication

Ordering date: 05/10/21 1300
Frequency: 01/25/21 - Until Discontinued
Authorized by: Provider, Historical, MD

**Ambulatory referral to BRC Psychiatry [231182200]**

Electronically signed by: **Bourg, Angele, MD on 05/10/21 1336**
Ordering user: Bourg, Angele, MD 05/10/21 1336
Frequency: 05/10/21 -
Authorized by: Bourg, Angele, MD
Status: **Active**

## Progress Notes - Encounter Notes

**Progress Notes by Bourg, Angele, MD at 5/10/2021 1:00 PM** Version 1 of 1

Author: Bourg, Angele, MD
Filed: 5/10/2021 1:50 PM
Editor: Bourg, Angele, MD (Physician)
Service: —
Encounter Date: 5/10/2021
Author Type: Physician
Status: Signed

**Baton Rouge Clinic Rheumatology**
7373 PERKINS ROAD
BATON ROUGE LA 70808-4326
Phone: 225-769-4044
Fax: 225-246-4012

**Subjective**

Amy R KNIGHT is a 53 y.o. female here for:
**Chief Complaint**
Patient presents with
- Wrist Pain
- Abnormal Lab
  *+ANA*
- Joint Pain
  *Hurts all the time, all over especially in hands, elbows, knees, ankles*

**History of Present Illness:**
This patient is here for an initial visit. Patient was referred by her primary care Dr. West for ANA 1: 80. Patient reports she has had a varied of symptoms recently and just has not felt well she recently saw the eye doctor for extremely dry eyes he did place bilateral tear duct plugs and gave her a gel to use at night she also had to use antibiotic drops for a short period of time she has pain particular involving both hands and has been told she has Dupuytren's contracture she also recently was under the care of Dr. Garin and had injections in her right wrist she reports an injury in 2018 where she fractured her left radial head and was followed by Dr. Ahmad at that time she was placed on work restrictions as an RN. She has not really ever improved since that injury. She also brought cell phone pictures of her right second PIP joint that swollen up for several days. This was about 3 months ago and she has not had any episodes since that time. She describes her pain as achy stiff sore all over worse in the morning or late in the evening after use she has noticed her stamina is much decreased that she has been trying to walk with her husband but really cannot keep up with him she has had lots of fatigue though she sleeps at night she never feels rested she is taking Elavil 20 mg at night she also is on several psychotropic medications. In the past she seen to rheumatologist Dr. Mina and then Dr. Sean

**Progress Notes - Encounter Notes (continued)**

**Progress Notes by Bourg, Angele, MD at 5/10/2021 1:00 PM (continued)** Version 1 of 1

Shannon. Both felt she had some degree of fibromyalgia in the past she reports she was on Savella which worked well but was ultimately not prescribed by Dr. Shannon for several missed appointments. She has seen Dr. Zielinski in the distant past for generalized anxiety and is not currently under the care of a psychiatrist she reports Dr. West is currently prescribing her psychotropic medications including Wellbutrin Prozac and Elavil. We talked about getting reestablished with psychiatry here to get their opinion on whether Savella would be safe to add to these medications. She does not recall being on Lyrica or gabapentin but Dr. Shanna did mention she was on Lyrica in the distant past and had some side effects associated with it. She also has chronic migraines and tremors she has not seen a neurologist in several years but previously saw Dr. Smith who I believe is retired currently she does occasionally take Excedrin Migraine as needed over-the-counter. She has 1 child. She has a supportive husband. She was without other complaints

**Review of Systems**:
Musculoskeletal: See HPI
Gen/Constitutional: Negative for fever or night sweats +fatigue/ non-restorative sleep
Eyes: Negative for infection, sudden loss of vision, +dry eyes/ recent punctal plugs placed
ENT: negative for otalgia, epistaxis, oral ulcerations, +dry mouth
CV: Negative for chest pain, palpitations
Resp: Negative for hemoptysis, cough, DOE
GI: Negative for diarrhea, constipation, BRBPR, N/V
Renal: Negative for kidney stones
Neuro: Negative for seizures, +diffuse paresthesias
Psych: Negative for psychosis, depression,+anxiety
Endo: Negative for heat or cold intolerance, excessive thirst
Hem/Lymph: Negative for swollen glands
GU: Negative for frequency, hematuria, dysuria
Derm: Negative for hair loss, photosensitivity, rash

Objective

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Benign essential tremor | |
| • Depression | |
| • Diabetes mellitus | |
| • Headache(784.0) | |
| • Hyperlipidemia | |
| • IBS (irritable bowel syndrome) | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BREAST SURGERY *Left breast biopsy* | | |
| • HYSTERECTOMY *COMPLETE* | | |
| • PELVIC LAPAROSCOPY | | |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|

**Progress Notes - Encounter Notes (continued)**

**Progress Notes by Bourg, Angele, MD at 5/10/2021 1:00 PM (continued)** Version 1 of 1

| | |
|---|---|
| • Thyroid disease | Mother |
| • Atrial fibrillation | Mother |
| • Hyperlipidemia | Father |
| • Diabetes | Father |
| • Thyroid disease | Father |
| • No Significant Medical History | Brother |
| • Diabetes | Child |

**Social History**

Tobacco Use
• Smoking status: Never Smoker
• Smokeless tobacco: Never Used

Substance Use Topics
• Alcohol use: No
• Drug use: Not on file

is allergic to adhesive, lipitor [atorvastatin], and morphine.

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • albuterol HFA (Ventolin HFA) 90 mcg/actuation inhaler | 2 puffs. | | |
| • ALPRAZolam (XANAX) 0.5 mg tablet | Take 1 tablet by mouth daily as needed for Sleep. | 15 tablet | 0 |
| • amitriptyline (ELAVIL) 10 mg tablet | TAKE TWO TABLETS BY MOUTH EVERY NIGHT AT BEDTIME | 60 tablet | 3 |
| • buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet | Take 1 tablet by mouth once daily. | 30 tablet | 3 |
| • chlordiazepoxide-clidinium (LIBRAX) 5-2.5 mg per capsule | Take 1 capsule by mouth 3 (three) times daily with meals. | 45 capsule | 3 |
| • Claritin-D 24 Hour 10-240 mg per 24 hr tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | 30 tablet | 3 |
| • diphenoxylate-atropine (LomotiL) 2.5-0.025 mg per tablet | Take 1 tablet by mouth Twice a day 12 (twelve) hours apart. | 5 tablet | 0 |
| • FLUoxetine (PROZAC) 40 MG capsule | TAKE ONE CAPSULE BY MOUTH ONE TIME DAILY | 90 capsule | 3 |
| • fluticasone (FLONASE) 50 mcg/actuation nasal spray | APPLY TWO SPRAYS IN EACH | 16 g | 1 |

**Progress Notes - Encounter Notes (continued)**

**Progress Notes by Bourg, Angele, MD at 5/10/2021 1:00 PM (continued)** Version 1 of 1

| | | | |
|---|---|---|---|
| | NOSTRIL ONCE DAILY | | |
| • metFORMIN XR (GLUCOPHAGE-XR) 500 mg 24 hr tablet | Take 1 tablet by mouth 2 (two) times daily. | 60 tablet | 3 |
| • naproxen (NAPROSYN) 500 mg tablet | Take 1 tablet by mouth Take daily with a meal. | 30 tablet | 0 |
| • propranoloL (INDERAL) 20 mg tablet | TAKE ONE TABLET BY MOUTH TWICE DAILY | 60 tablet | 3 |
| • SUMAtriptan (IMITREX) 50 mg tablet | Take 1 tablet by mouth every 2 (two) hours as needed for Migraine. May repeat in 2 hours if needed | 10 tablet | 3 |
| • topiramate (TOPAMAX) 25 mg tablet | Take 1 tablet by mouth 2 (two) times daily. | 60 tablet | 3 |

No current facility-administered medications for this visit.

**Physical Exam:**
**Vitals:**

| | |
|---|---|
| | 05/10/21 1257 |
| BP: | 136/68 |
| BP Location: | Left arm |
| Patient Position: | Sitting |
| BP Cuff Size: | Large |
| Weight: | 53.4 kg (117 lb 12.8 oz) |
| Height: | 157.5 cm (62.01") |

Gen/Const: Patient is a well developed female with normal body habitus
Psych: Alert and oriented x 3 in NAD, normal affect
Eyes: No conjuctival erythema, PERRLA, sclera anicteric
ENT: Normal external pinna, nasal mucosa/posterior pharynx clear, no oral ulcers, mucous membranes moist
Neck: Supple, no masses, trachea midline and symmetrical
Resp: clear to auscultation bilaterally, normal BS throughout
CV: RRR, no MRG, Distal pulses intact, no peripheral edema
GI: Soft, Nontender, nondistended, normoactive bowel sounds
Lymph: no LAD of the cervical, supraclavicular, or axillary areas
Skin: no ulcers, nail clubbing, cyanosis, nail pitting, no Raynauds, no rash or lesions
Neuro: CN grossly intact, normal sensation to light touch

**Musculoskeletal:**
**16/18 tender points present**

**B Dupuytren's contracture L>R**
otherwise no joint synovitis, FROM throughout, normal strength throughout

**Labs/Radiology:**
I have reviewed the most recent lab and radiology results.
**Appointment on 03/23/2021**

| Component | Date | Value |
|---|---|---|
| • Glucose | 03/23/2021 | 121* |
| • BUN | 03/23/2021 | 17 |
| • Creatinine, Ser | 03/23/2021 | 0.90 |
| • Total Bilirubin | 03/23/2021 | 0.5 |
| • Alkaline Phosphatase | 03/23/2021 | 52 |
| • AST | 03/23/2021 | 16 |
| • ALT | 03/23/2021 | 13 |
| • Calcium | 03/23/2021 | 9.7 |
| • Sodium | 03/23/2021 | 141 |
| • Potassium | 03/23/2021 | 4.8 |
| • Chloride | 03/23/2021 | 104.0 |
| • CO2 Total | 03/23/2021 | 28 |
| • Total Protein | 03/23/2021 | 7.0 |
| • Albumin, Ser | 03/23/2021 | 4.2 |
| • eGFR Non-African American | 03/23/2021 | 65 |
| • eGFR African American | 03/23/2021 | 79 |
| • Cholesterol, Total | 03/23/2021 | 268* |
| • Triglycerides | 03/23/2021 | 95 |
| • HDL | 03/23/2021 | 84 |
| • LDL Calculated | 03/23/2021 | 165* |
| • Total Chol / HDL Ratio | 03/23/2021 | 3.19 |
| • Hgb A1c | 03/23/2021 | 6.3* |
| • EAG (mg/dl) | 03/23/2021 | 123.79 |
| • Sed Rate | 03/23/2021 | 6 |
| • C-Reactive Protein | 03/23/2021 | 0.1 |
| • anti DNA | 03/23/2021 | <1.00 |
| • Note: | 03/23/2021 | |

Value:Intrepretation:
Negative < 4 IU/mL
Indeterminate 5-9 IU/mL
Positive > 9.9 IU/mL
This new assay will require a new baseline of patient results.

| | | |
|---|---|---|
| • Anti SSA | 03/23/2021 | <0.20 |
| • Note: | 03/23/2021 | Effective 3/25/19 this is a new assay. |
| • Anti SSB | 03/23/2021 | <0.20 |
| • Note: | 03/23/2021 | Effective 3/25/19 this is a new assay. |
| • Anti Sm | 03/23/2021 | <0.20 |
| • Note: | 03/23/2021 | Effective 3/25/19 this is a new assay |
| • Anti Sm/RNP | 03/23/2021 | 0.60 |
| • Note: | 03/23/2021 | Effective 3/25/19 this is a new assay |

Progress Notes - Encounter Notes (continued)

Progress Notes by Bourg, Angele, MD at 5/10/2021 1:00 PM (continued) Version 1 of 1

| | | |
|---|---|---|
| • Anti Scl70 | 03/23/2021 | <0.20 |
| • Note: | 03/23/2021 | Effective 3/25/19 this is a new assay |
| • Anti Centromere | 03/23/2021 | <0.20 |
| • Note: | 03/23/2021 | Effective 3/25/19 this is a new assay. |
| • ANA | 03/23/2021 | Positive |
| • Rheumatoid Factor | 03/23/2021 | <10 |
| • ANA Titr Ser HEp2 subst | 03/23/2021 | 1:80 |
| • ANA Pattern | 03/23/2021 | Homogeneous |

**Assessment/Plan:**
**+ANA 1:80 with negative reflexive profile**
**Generalized anxiety**
**Fibromyalgia**
**H/o L elbow injury, has seen Dr. Ahmad**

1. Refer to BRC Psychiatry as pt has generalized anxiety and fibromyalgia, previously did well with Savella and want to get their opinion about restarting it with her other psychotropic medications
2. Consider trying aquatic PT as I do think it will help with chronic pain and overall deconditioning, pt to let me know
3. RTC prn

This patient has been instructed to contact our office with any new problems or concerns.[AB.1]

Electronically signed by Bourg, Angele, MD on 5/10/2021 1:50 PM

**Attribution Key**

AB.1 - Bourg, Angele, MD on 5/10/2021 1:41 PM

**Follow-up and Disposition History**

05/10/2021 1337 - Angele Bourg, MD

| | |
|---|---|
| Dispositions: | Return if symptoms worsen or fail to improve. |

**Encounter Status**

Signed by Bourg, Angele, MD on 5/10/21 at 13:50

**Encounter-Level Documents:**

There are no encounter-level documents.

All Orders - Medications

**albuterol HFA (Ventolin HFA) 90 mcg/actuation inhaler [231182199]** Patient-reported historical medication

**All Orders - Medications (continued)**

**albuterol HFA (Ventolin HFA) 90 mcg/actuation inhaler [231182199] (continued)** Patient-reported historical medication

Ordering date: 05/10/21 1300
Frequency: 01/25/21 - Until Discontinued
Authorized by: Provider, Historical, MD

**All Orders - Outpatient Referral**

**Ambulatory referral to BRC Psychiatry [231182200]**

Electronically signed by: **Bourg, Angele, MD on 05/10/21 1336**
Ordering user: Bourg, Angele, MD 05/10/21 1336
Frequency: 05/10/21 -
Authorized by: Bourg, Angele, MD
Status: **Active**

## Amy R KNIGHT

**5/10/2021 1:00 PM Office Visit**

Department: **Baton Rouge Clinic Rheumatology**
Dept Phone: **225-769-4044**
Description: **53 year old female**
Provider: **Angele Bourg, MD**

### Instructions

Plan to see BRC psychiatry for medication assistance

Consider pool therapy

### Diagnoses this Visit

| | Comments |
|---|---|
| **GAD (generalized anxiety disorder)** - Primary | |
| **Positive ANA (antinuclear antibody)** | |
| **Fibromyalgia** | |

### Medications and Orders

**Your Current Medications Are**

| | |
|---|---|
| **albuterol HFA (Ventolin HFA) 90 mcg/actuation inhaler (Taking)** | 2 puffs. |
| **ALPRAZolam (XANAX) 0.5 mg tablet (Taking)** | Take 1 tablet by mouth daily as needed for Sleep. |
| **amitriptyline (ELAVIL) 10 mg tablet (Taking)** | TAKE TWO TABLETS BY MOUTH EVERY NIGHT AT BEDTIME |
| **buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet (Taking)** | Take 1 tablet by mouth once daily. |
| **chlordiazepoxide-clidinium (LIBRAX) 5-2.5 mg per capsule (Taking)** | Take 1 capsule by mouth 3 (three) times daily with meals. |
| **Claritin-D 24 Hour 10-240 mg per 24 hr tablet (Taking)** | TAKE 1 TABLET BY MOUTH EVERY DAY |
| **diphenoxylate-atropine (LomotiL) 2.5-0.025 mg per tablet (Taking)** | Take 1 tablet by mouth Twice a day 12 (twelve) hours apart. |
| **FLUoxetine (PROZAC) 40 MG capsule (Taking)** | TAKE ONE CAPSULE BY MOUTH ONE TIME DAILY |
| **fluticasone (FLONASE) 50 mcg/actuation nasal spray (Taking)** | APPLY TWO SPRAYS IN EACH NOSTRIL ONCE DAILY |

## Medications and Orders (continued)

### Your Current Medications Are (continued)

| | |
|---|---|
| **metFORMIN XR (GLUCOPHAGE-XR) 500 mg 24 hr tablet (Taking)** | Take 1 tablet by mouth 2 (two) times daily. |
| **naproxen (NAPROSYN) 500 mg tablet (Taking)** | Take 1 tablet by mouth Take daily with a meal. |
| **propranoloL (INDERAL) 20 mg tablet (Taking)** | TAKE ONE TABLET BY MOUTH TWICE DAILY |
| **SUMAtriptan (IMITREX) 50 mg tablet (Taking)** | Take 1 tablet by mouth every 2 (two) hours as needed for Migraine. May repeat in 2 hours if needed |
| **topiramate (TOPAMAX) 25 mg tablet (Taking)** | Take 1 tablet by mouth 2 (two) times daily. |

### Upcoming Administrations

None

### We Performed the Following

**Ambulatory referral to BRC Psychiatry**

### Allergies

**Adhesive**
**Lipitor [atorvastatin]**
**Morphine**

**END OF REPORT**

**From:** LincolnAbsenceNotification@lfg.com
**To:** Benefits@dxc.com
**Subject:** Amy Ray Knight LINCOLN FINANCIAL NOTIFICATION: Short Term Disability/Leave Approval or Extension - 11112396

This is to notify you that there has been an approval or extension of a disability claim/leave for Amy Ray Knight (Employee ID: 11553809).

**Short Term Disability Information:**

Last Day Worked: 2/24/2021

Date of Disability: 2/25/2021

Benefit Payments Period: 3/4/2021 thru 6/10/2021
*If the claim remains open for an extended period of time, your employee may be eligible to receive benefits dating back to their date of disability.*

Disability Claim Status: Approved

**Leave Information:**

Leave Type:

Leave Reason: Leave

Approved Leave Period: Not Applicable
*The Leave will run concurrently with the disability claim until the leave reaches max entitlement.*

Leave Status: Not Applicable

If you have further questions, please call Lincoln Financial at 800-879-2701 ext. or contact the assigned Case Manager at . Please be sure to reference claim number 11112396.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

**From:** DoNotReply@lfg.com
**Sent:** Wed, 2 Jun 2021 18:56:12 +0000
**To:** benefits@dxc.com
**Subject:** Claim #11112396, AMY RAY KNIGHT

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 2/25/2021. This claim is approved through 6/10/2021. This indicates an extension of benefits. The case manager for this claim is Kiara Pearson. The claim number is 11112396.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

MedSouth
Record Management
P.O. Box 1630
Mandeville, LA 70470-1630

# Pre-Bill Invoice

Phone: 985-951-7100
Fax : 985-951-7101

| | |
|---|---|
| Request ID | LA68004262021152547 |
| Date | 05/08/2021 |
| Site ID | LA680 |
| Invoice Amount | $0.00 |
| Processed By | TLW |

| Bill To: | Ship To: |
|---|---|
| LINCOLN FINANCIAL GROUP | LINCOLN FINANCIAL GROUP |
| PO BOX 2578 | PO BOX 2578 |
| OMAHA, NE 68172-9688 | OMAHA, NE 68172-9688 |

Your request for medical records has been received by THE BATON ROUGE CLINIC. MedSouth Record Management, LLC is contracted with THE BATON ROUGE CLINIC to provide you with the enclosed medical record copies of the referenced patient below. These copies were generated from the original medical record, intended exclusively for the requested purpose and cannot be reproduced or redistributed for other purposes without the written informed consent of the patient.

**If you have any questions regarding the contents and/or this invoice please call our customer service center at 985.951.7100.**

**Medical Facility:**
THE BATON ROUGE CLINIC
7373 PERKINS ROAD
BATON ROUGE, LA 70808

**Patient Name (Last, First):**
KNIGHT, AMY

**Medical Record Number:**

**Reference Number(s):**
11112396

| | |
|---|---|
| Page Count | 25 |
| Processing Fee | $40.00 |
| Document Charge | $31.25 |
| Certification Charge | $0.00 |
| Notary Charge | $0.00 |
| Other Charges | $0.00 |
| Late Charges | $0.00 |
| Subtotal | **$71.25** |
| Shipping/Handling | $10.69 |
| Balance Due | **$0.00** |

Your request was processed. Please remit payment of this invoice amount to the address listed below. Once payment is received, your request will be completed. I have any questions, please call our customer service center at 985-951-7100.

**Please note: Cancelled requests will incur a processing fee.**

Please remit check payable to:

**MedSouth Record Management, LLC**
**Federal Tax I.D. #: 72-1481471**

***Mailing address:***
P.O. Box 1630
Mandeville, LA 70470-1630

***Physical address for express mailing:***
#5 Sanctuary Boulevard, Suite 102
Mandeville, LA 70471

**To ensure proper credit, please return a copy of this invoice with payment, or write the Request ID number on your check. To make a credit card payment, please contact our Corporate Office at 985.951.7100.**

04/08/21 10:16:33 Lincoln Financial -> 2252469501 Lincoln Financial Gr Page 002

45441741

LA680-04262021-152547

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No: (603) 285-4419

Received
APR 09 2021
MedSouth

April 8, 2021

Dr. David West

RE: Short Term Disability (STD) Benefits
Gainwell Technologies
Claim #: 11112396
Claimant: Amy Ray Knight ✓AD
Claimant D.O.B.:

Dear Dr. David West:

We are the Disability Claim Administrator for your patient, Amy Ray Knight.

To evaluate Ms. Ray Knight's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from March 2, 2021 through present

We ask that you provide this information by April 13, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Ray Knight allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Ray Knight's signature.

If you have any questions regarding this matter, please contact me using the information below.

MedSouth
☑ Processed
☐ Pending
MAY 05 2021
By: tw
MR: 25

Dr. David West
3-2-21
to
pr.

Sincerely,

Christopher Francis
Contractor
Phone No.: (800) 291-0112 Ext. 14150
Secure Fax No.: (603) 334-0380

Attachments: 11112396-EMPLOYEE/CLAIMANT-AUTHORIZATION-03.04.2021

04/08/21 10:16:14 Lincoln Financial -> 2252469501 Lincoln Financial Gr Page 001

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 285-4419

| | |
|---|---|
| Date: | April 8, 2021 |
| To: | DR DAVID WEST |
| Attn: | |
| Fax: | (225) 246-9114 |
| From: | Christopher Francis<br>Contractor<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 11112396<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

[redacted]

THE BATON ROUGE CLINIC AMC

Appointment Date/Time: 2/26/2018 2:50 PM
Encounter Number:
Contact Serial Number: 10203050671428
Patient MRN: 252940

## PATIENT

| | | | |
|---|---|---|---|
| Legal Name: | KNIGHT,AMY R | Date of Birth: | 8 (50 yrs) |
| Preferred Name: | | SEX: | Female |
| Mailing Address: | | Social Security#: | |
| City, State, Zip: | | Marital Status: | Married |
| Home Phone: | | Email Address: | |
| Work Phone: | | Preferred Number: | |
| Mobile: | | Notification Preference: | Mychart |
| Accept Text Messages?: | Yes | Primary Care Provider: | J David West, MD |

ARK

| Contact Name: | Relation to Patient: | Legal Guardian? | Home | Mobile Phone: |
|---|---|---|---|---|
| Knight,Terry | Spouse | | | |
| Zvonek,Kay | Mother | | | |

ARK

## GUARANTOR

| | | | |
|---|---|---|---|
| Guarantor Name: | RAY,AMY M | Date of Birth: | |
| Mailing Address: | | SEX: | Female |
| City, State, Zip: | | Social Security#: | |
| Home Phone: | | Relation to Patient: | Self |
| Mobile Phone: | | Guarantor ID: | 30100126413 |
| Guarantor Employer: | | Employment Status: | Full Time |

ARK

## COVERAGE

| | | | |
|---|---|---|---|
| Primary Payor / Plan: | ANTHEM BLUE CROSS / ANTHEM | Subscriber Name: | KNIGHT,AMY R |
| Subscriber ID: | WMO692M92512 | Subscriber DOB: | |
| Group Number: | 174232M1A1 | Pat Relation to Subscriber: | Self |

ARK

| | | | |
|---|---|---|---|
| Secondary Payor / Plan: | / | Subscriber Name: | |
| Subscriber ID: | | Subscriber DOB: | No DOB on file. |
| Group Number: | | Pat Relation to Subscriber: | |

N/A

Appt Date/Time: 2/26/2018 2:50 PM
Contact Serial #: 10203050671428
Date Printed: February 26, 2018

252940

**Patient / Guarantor Disclosures**
By initialing next to each item below and signing and dating the bottom of this form, I agree to the following:

Consent to Treatment
ARK I consent to and authorize treatment by The Baton Rouge Clinic.

HIPAA Acknowledgement
ARK I acknowledge that I have received a copy of the 'Notice of Privacy Practices'.

Authorization and Assignment
ARK I authorize The Baton Rouge Clinic to release medical information that may be necessary to request claim reimbursement from insurance companies to whom claims may be submitted. I also assign claim payments including major medical benefits to be made payable to The Baton Rouge Clinic. I understand The Baton Rouge Clinic will refund to me any overpayment upon request, regardless of insurance. This authorization and assignment may be revoked by me at any time by a written notice.

Financial Responsibility
ARK I understand I am responsible for co-payment and deductible amounts at the time service is rendered as well as any amount not covered by insurance.

Notifications
ARK I consent to receiving automated calls and/or messages for appointment reminders and other pre-recorded notifications.
ARK I consent to receiving text messages for appointment reminders sent to the mobile number listed above.
*Note: Email notifications can be set up in the 'Preferences' section of your MyChart account.*

Signed Amy R. Knight Date 2-26-2018

The Baton Rouge Clinic, AMC

BRC INTERNAL MEDICINE
7373 Perkins Rd
Baton Rouge LA 70808-4326
Ambulatory Encounter Report

KNIGHT, Amy R
MRN: 252940, DOB:
Visit date: 3/22/2021

Sex: F

## Reason for Visit

Follow-up

## Diagnoses

| | Comments |
|---|---|
| Chronic pain of right wrist - Primary | |
| Chronic pain of left upper extremity | |
| Left arm weakness | |
| Type 2 diabetes mellitus without complication, without long-term current use of insulin (HCC) | |
| Hx of migraine headaches | |
| Benign essential tremor | |
| GAD (generalized anxiety disorder) | |
| Complex regional pain syndrome type 1 of left upper extremity | |
| Pain of finger of right hand | |

## Problem List

| | Noted | Resolved |
|---|---|---|
| Hyperlipidemia | by West, J David, MD | No |
| Diabetes mellitus, type 2 (HCC) | 12/10/2013 by West, J David, MD | No |
| Benign essential tremor | by West, J David, MD | No |
| Rotator cuff syndrome | 10/10/2014 by Mena, Hector R, MD | No |
| Fibromyalgia | 10/24/2014 by Mena, Hector R, MD | No |
| Major depression, chronic | 1/20/2015 by West, J David, MD | No |
| Benign positional vertigo | 4/20/2016 by Petit, Brian J, MD | No |
| Sensorineural hearing loss, bilateral | 4/20/2016 by Petit, Brian J, MD | No |
| Vertigo | 4/20/2016 by Petit, Brian J, MD | No |
| Irritable bowel syndrome without diarrhea | 6/1/2016 by West, J David, MD | No |
| GAD (generalized anxiety disorder) | 6/1/2016 by West, J David, MD | No |
| Migraine syndrome | 7/13/2016 by West, J David, MD | No |

## Allergies as of 3/22/2021

Reviewed by Delpach, Tiffany, MA on 3/22/2021

| | Noted | Reaction Type | Reactions | Deletion Reason |
|---|---|---|---|---|
| Adhesive | 05/06/2019 | | | |
| Lipitor [atorvastatin] | 05/26/2012 | | | |
| Morphine | 05/26/2012 | | | |

## Immunizations as of 03/22/21

| Name | Date | Dose | VIS Date | Route | Site |
|---|---|---|---|---|---|
| Influenza Split (PF) Greater Than or Equal to 3 YO | 10/01/17 | | | | |
| Given By:<br>Manufacturer:<br>External: | | Documented By: West, J David, MD 2/26/2018 3:04 PM<br>Lot#:<br>Comment: | | | |
| Influenza Split (PF) Quad 0.5 mL 6-35 MO OR > or = 3 YO | Tue Sep 22, 2020 1:31 PM | 0.5 mL | 08/15/2019 | Intramuscular | Right deltoid |
| Given By: Ford, Chavez C, MA<br>Manufacturer: Sanofi-Pasteur<br>External: | | Documented By: Ford, Chavez C, MA 9/22/2020 1:31 PM<br>Lot#: UT7006JA<br>Comment: | | | |
| Revision History | Date | Dose | VIS Date | Route | Site |
| | 09/22/20 | .5 mL | 08/15/2019 | Intramuscular | Left deltoid |
| Given By:<br>Manufacturer: Sanofi-Pasteur<br>External: | | Documented By: West, J David, MD 9/22/2020 1:18 PM<br>Lot#:<br>Comment: | | | |
| Influenza Split (PF) Quad 0.5 mL 6-35 MO OR > or = 3 YO | 10/14/13 | 0.5 mL | 07/26/13 | Intramuscular | Left deltoid |
| Given By: McDowell, Kathleen B, RN<br>Manufacturer: Sanofi-Pasteur<br>External: | | Documented By: McDowell, Kathleen B, RN 10/14/2013<br>Lot#: U4771AA<br>Comment: | | | |
| Influenza Split Quad 6-35 MO OR > or = to 3 YO | 10/04/19 | | | | |
| Given By:<br>Manufacturer:<br>External: Patient reported | | Documented By: Porche, Trudy M, MA 10/7/2019 3:10 PM<br>Lot#:<br>Comment: | | | |
| Influenza Whole | 10/16/14 | | | | |
| Given By:<br>Manufacturer:<br>External: | | Documented By: Porche, Trudy M, MA 11/7/2014<br>Lot#:<br>Comment: CVS | | | |
| Influenza Whole | 11/05/11 | | | | |

**Immunizations as of 03/22/21 (continued)**

| Name | Date | Dose | VIS Date | Route | Site |
|---|---|---|---|---|---|
| Given By:<br>Manufacturer:<br>External: | | Documented By: Porche, Trudy M, MA 5/26/2012<br>Lot#:<br>Comment: | | | |
| **Pneumococcal Polysaccharide PPSV23**<br>Given By: Thomas, Jennifer M, LPN<br>Manufacturer: Merck & Co. Inc<br>External: | 10/12/12 | 0.5 mL<br>Documented By: Thomas, Jennifer M, LPN 10/12/2012<br>Lot#: HO13399<br>Comment: | 10/06/2009 | Intramuscular | Right deltoid |
| **Tdap**<br>Given By: Craig, Lisa, RN<br>Manufacturer: Sanofi-Pasteur<br>External: | Mon May 6, 2019 2:47 PM | 0.5 mL<br>Documented By: Craig, Lisa, RN 5/6/2019 2:49 PM<br>Lot#: C5585BA<br>Comment: | 02/24/2015 | Intramuscular | |

| **Revision History** | Date | Dose | VIS Date | Route | Site |
|---|---|---|---|---|---|
| | Mon May 6, 2019 2:00 PM | 0.5 mL | 02/24/2015 | Intramuscular | Left vastus lateralis |
| Given By:<br>Manufacturer:<br>External: | | Documented By: Nelson, Katherine H, PA 5/6/2019 1:57 PM<br>Lot#:<br>Comment: | | | |

**Vitals** Most recent update: 3/22/2021 1:21 PM

| BP | Pulse | Ht | Wt | BMI |
|---|---|---|---|---|
| 135/85 | 88 | 157.5 cm (62.01") | 51.3 kg (113 lb) | 20.66 kg/m² |

## History

**Medical as of 3/22/2021**

**Medical last reviewed by Deloach, Tiffany, MA on 3/22/2021**

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Anxiety | — | — | Provider |
| Benign essential tremor | — | — | Provider |
| Depression | — | — | Provider |
| Diabetes mellitus | — | — | Provider |
| Headache(784.0) | — | — | Provider |
| Hyperlipidemia | — | — | Provider |
| IBS (irritable bowel syndrome) | — | — | Provider |

**Surgical as of 3/22/2021**

**Surgical last reviewed by Deloach, Tiffany, MA on 3/22/2021**

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| HYSTERECTOMY | — | — | COMPLETE | Provider |
| PELVIC LAPAROSCOPY | — | — | — | Provider |
| BREAST SURGERY | — | — | Left breast biopsy | Provider |

**Family as of 3/22/2021**

**Family last reviewed by Deloach, Tiffany, MA on 3/22/2021**

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Hyperlipidemia | Father | — | — | — | Provider |
| Diabetes | Father | — | — | — | Provider |

**Family Status as of 3/22/2021**

**Family Status last reviewed by Deloach, Tiffany, MA on 3/22/2021**

| Relation | Name | Status | Comments | Sex (Gender) | Father | Mother | Source |
|---|---|---|---|---|---|---|---|
| Mother | — | Alive | — | U | — | — | Provider |
| Father | — | Alive | — | U | — | — | Provider |

**Tobacco Use as of 3/22/2021**

**Tobacco Use as of 3/22/2021 (continued)**

Tobacco Use last reviewed by Deloach, Tiffany, MA on 3/22/2021

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Never Smoker | — | — | — | — |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| — | — | Never Used | — | Provider |

**Alcohol Use as of 3/22/2021**

Alcohol Use last reviewed by Deloach, Tiffany, MA on 3/22/2021

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| No | | — | — | Provider |

**Drug Use as of 3/22/2021**

Drug Use last reviewed by Deloach, Tiffany, MA on 3/22/2021

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| — | — | — | — | Provider |

**Sexual Activity as of 3/22/2021**

Sexual Activity last reviewed by Deloach, Tiffany, MA on 3/22/2021

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| — | — | — | — | Provider |

**Activities of Daily Living as of 3/22/2021**

Activities of Daily Living never marked as reviewed
None

**Social Documentation as of 3/22/2021**

Social Documentation last reviewed by Deloach, Tiffany, MA on 3/22/2021
None

**Occupational as of 3/22/2021**

Occupational last reviewed by Deloach, Tiffany, MA on 3/22/2021
None

**Socioeconomic as of 3/22/2021**

Socioeconomic last reviewed by Deloach, Tiffany, MA on 3/22/2021

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Not Hispanic or Latino/a or Spanish origin | White or Caucasian | — |

**Birth as of 3/22/2021**

Birth never marked as reviewed
None

**OB History as of 3/22/2021**

OB History last reviewed by Deloach, Tiffany, MA on 3/22/2021
No obstetric history on file.

**Implants**

No active implants to display in this view.

No questionnaires available.

**Encounter Messages**

**Save Time with eCheck-in**

| From | To | Sent and Delivered |
|---|---|---|
| User, Mychart<br>Last Read in MyChart<br>3/23/2021 4:08 PM by Amy R KNIGHT | Amy R KNIGHT | 3/19/2021 8:10 PM |

Appointment Information:
Dept: BRC AMC
BATON ROUGE CLINIC INTERNAL MEDICINE
7373 PERKINS RD
BATON ROUGE LA 70808-4326
Provider: J David West, MD
Date: 3/22/21
Time: 1:30 PM

Please click epichttp://appointments[here] to view more details about your appointment.

Hello Amy,

*You have a new message in MyChart*

Did you know that your appointment qualifies for *eCheck-In*, which is available up to 7 days prior to your appointment? With eCheck-in, you can verify your appointment and check-in electronically.

*eCheck-In* allows you to update any of your information, including your address, phone, and even your insurance coverage via the MyChart app or website. This prevents you from filling out multiple pages of paperwork that must be completed upon your arrival at the clinic. You can also pay your co-pays*, update medications, and electronically sign any documents with eCheck-In.

*eCheck-In* helps to keep our schedules on time, and gets you to your doctor faster. So, skip the wait and try *eCheck-In* today! If you have any questions about *eCheck-In* please call 855-435-1426 or email mychartsupport@fmolhs.com.

To use *eCheck-In* from the web: Login to your MyChart account then navigate to Visits>Appointments and Visits then click the **Update Information** button for your appointment.

To use *eCheck-In* from your mobile device: Login to your MyChart account then navigate to **Appointments** then click **ECHECK-IN** for your appointment.
You can eCheck-In up until the scheduled appointment time.

**Co-pay will not be processed until you arrive for the appointment*

**Audit Trail**

| MyChart User | Last Read On |
|---|---|
| Amy R KNIGHT | 3/23/2021 4:08 PM |

**Save Time with eCheck-in**

| From | To | Sent and Delivered |
|---|---|---|
| User, Mychart<br>Last Read in MyChart<br>3/15/2021 9:37 PM by Amy R KNIGHT | Amy R KNIGHT | 3/15/2021 8:12 PM |

Appointment Information:

**Encounter Messages (continued)**

Dept: BRC AMC
BATON ROUGE CLINIC INTERNAL MEDICINE
7373 PERKINS RD
BATON ROUGE LA 70808-4326
Provider: J David West, MD
Date: 3/22/21
Time: 1:30 PM

Please click epichttp://appointments[here] to view more details about your appointment.

Hello Amy,

*You have a new message in MyChart*

Did you know that your appointment qualifies for *eCheck-In*, which is available up to 7 days prior to your appointment? With eCheck-in, you can verify your appointment and check-in electronically.

*eCheck-In* allows you to update any of your information, including your address, phone, and even your insurance coverage via the MyChart app or website. This prevents you from filling out multiple pages of paperwork that must be completed upon your arrival at the clinic. You can also pay your co-pays*, update medications, and electronically sign any documents with eCheck-In.

*eCheck-In* helps to keep our schedules on time, and gets you to your doctor faster. So, skip the wait and try *eCheck-In* today! If you have any questions about *eCheck-In* please call 855-435-1426 or email mychartsupport@fmolhs.com.

To use *eCheck-In* from the web: Login to your MyChart account then navigate to Visits>Appointments and Visits then click the **Update Information** button for your appointment.

To use *eCheck-In* from your mobile device: Login to your MyChart account then navigate to **Appointments** then click **ECHECK-IN** for your appointment.
You can eCheck-In up until the scheduled appointment time.

**Co-pay will not be processed until you arrive for the appointment*

**Audit Trail**

| MyChart User | Last Read On |
|---|---|
| Amy R KNIGHT | 3/15/2021 9:37 PM |

**Appointment Scheduled**

| From | To | Sent and Delivered |
|---|---|---|
| User, Mychart<br>Last Read in MyChart<br>4/7/2021 10:58 AM by Amy R KNIGHT | Amy R KNIGHT | 9/22/2020 1:37 PM |

Appointment Information:
Visit Type: ESTABLISHED PATIENT
Date: 3/22/2021
Dept: Baton Rouge Clinic Internal Medicine

**Encounter Messages (continued)**

Provider: J David West
Time: 1:30 PM

Appt Status: Scheduled

**Audit Trail**

| MyChart User | Last Read On |
|---|---|
| Amy R KNIGHT | 4/7/2021 10:58 AM |

## Medications

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ALPRAZolam (XANAX) 0.5 mg tablet (Taking)**<br>Sig: Take 1 tablet by mouth daily as needed for Sleep.<br>Notes to Pharmacy: Not to exceed 5 additional fills before 01/22/2020.<br>Route: Oral | 15 tablet | 0 | 11/24/2020 | |
| **buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet (Taking)**<br>Sig: Take 1 tablet by mouth once daily.<br>Route: Oral | 30 tablet | 3 | 3/3/2021 | |
| **diphenoxylate-atropine (LomotiL) 2.5-0.025 mg per tablet (Taking)**<br>Sig: Take 1 tablet by mouth Twice a day 12 (twelve) hours apart.<br>Route: Oral | 5 tablet | 0 | 11/24/2020 | 11/24/2021 |
| **FLUoxetine (PROZAC) 40 MG capsule (Taking)**<br>Sig: TAKE ONE CAPSULE BY MOUTH ONE TIME DAILY | 90 capsule | 3 | 5/1/2020 | |
| **fluticasone (FLONASE) 50 mcg/actuation nasal spray (Taking)**<br>Sig: APPLY TWO SPRAYS IN EACH NOSTRIL ONCE DAILY | 16 g | 1 | 8/22/2017 | |
| **metFORMIN XR (GLUCOPHAGE-XR) 500 mg 24 hr tablet (Taking)**<br>Sig: Take 1 tablet by mouth 2 (two) times daily.<br>Route: Oral | 60 tablet | 3 | 2/18/2021 | |
| **naproxen (NAPROSYN) 500 mg tablet (Taking)**<br>Sig: Take 1 tablet by mouth Take daily with a meal.<br>Route: Oral | 30 tablet | 0 | 4/24/2020 | |
| **propranoloL (INDERAL) 20 mg tablet (Taking)**<br>Sig: TAKE ONE TABLET BY MOUTH TWICE DAILY | 60 tablet | 3 | 9/28/2020 | |
| **topiramate (TOPAMAX) 25 mg tablet (Taking)**<br>Sig: Take 1 tablet by mouth 2 (two) times daily.<br>Route: Oral | 60 tablet | 3 | 3/3/2021 | |
| **amitriptyline (ELAVIL) 10 mg tablet (Taking/Discontinued)**<br>Sig: Take two tablets by mouth every night at bedtime | 60 tablet | 3 | 12/21/2020 | 4/14/2021 |
| **chlordiazepoxide-clidinium (LIBRAX) 5-2.5 mg per capsule (Taking/Discontinued)**<br>Sig: Take 1 capsule by mouth 3 (three) times daily with meals.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 45 capsule | 3 | 2/8/2021 | 5/3/2021 |
| **Claritin-D 24 Hour 10-240 mg per 24 hr tablet (Taking/Discontinued)**<br>Sig: TAKE 1 TABLET BY MOUTH EVERY DAY<br>Notes to Pharmacy: Not to exceed 2 additional fills before 11/28/2020. | 30 tablet | 3 | 10/19/2020 | 4/9/2021 |
| **SUMAtriptan (IMITREX) 50 mg tablet (Taking/Discontinued)**<br>Sig: TAKE 1 TABLET BY MOUTH EVERY 2 (TWO) HOURS AS NEEDED FOR MIGRAINE. MAY REPEAT IN 2 HOURS IF NEEDED<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 10 tablet | 3 | 10/16/2020 | 5/3/2021 |

**Medications at Start of Encounter**

## Medications (continued)

### Medications at Start of Encounter (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ALPRAZolam (XANAX) 0.5 mg tablet(Taking)**<br>Sig - Route: Take 1 tablet by mouth daily as needed for Sleep. - Oral<br>Notes to Pharmacy: Not to exceed 5 additional fills before 01/22/2020. | 15 tablet | 0 | 11/24/2020 | |
| **buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet (Taking)**<br>Sig - Route: Take 1 tablet by mouth once daily. - Oral | 30 tablet | 3 | 3/3/2021 | |
| **diphenoxylate-atropine (LomotiL) 2.5-0.025 mg per tablet (Taking)**<br>Sig - Route: Take 1 tablet by mouth Twice a day 12 (twelve) hours apart. - Oral | 5 tablet | 0 | 11/24/2020 | 11/24/2021 |
| **FLUoxetine (PROZAC) 40 MG capsule (Taking)**<br>Sig: TAKE ONE CAPSULE BY MOUTH ONE TIME DAILY | 90 capsule | 3 | 5/1/2020 | |
| **fluticasone (FLONASE) 50 mcg/actuation nasal spray (Taking)**<br>Sig: APPLY TWO SPRAYS IN EACH NOSTRIL ONCE DAILY | 16 g | 1 | 8/22/2017 | |
| **metFORMIN XR (GLUCOPHAGE-XR) 500 mg 24 hr tablet (Taking)**<br>Sig - Route: Take 1 tablet by mouth 2 (two) times daily. - Oral | 60 tablet | 3 | 2/18/2021 | |
| **naproxen (NAPROSYN) 500 mg tablet (Taking)**<br>Sig - Route: Take 1 tablet by mouth Take daily with a meal. - Oral | 30 tablet | 0 | 4/24/2020 | |
| **propranoloL (INDERAL) 20 mg tablet (Taking)**<br>Sig: TAKE ONE TABLET BY MOUTH TWICE DAILY | 60 tablet | 3 | 9/28/2020 | |
| **topiramate (TOPAMAX) 25 mg tablet (Taking)**<br>Sig - Route: Take 1 tablet by mouth 2 (two) times daily. - Oral | 60 tablet | 3 | 3/3/2021 | |
| **amitriptyline (ELAVIL) 10 mg tablet (Taking)**<br>Sig: Take two tablets by mouth every night at bedtime | 60 tablet | 3 | 12/21/2020 | 4/14/2021 |
| **chlordiazepoxide-clidinium (LIBRAX) 5-2.5 mg per capsule (Taking)**<br>Sig - Route: Take 1 capsule by mouth 3 (three) times daily with meals. - Oral | 45 capsule | 3 | 2/8/2021 | 5/3/2021 |
| **Claritin-D 24 Hour 10-240 mg per 24 hr tablet (Taking)**<br>Sig: TAKE 1 TABLET BY MOUTH EVERY DAY<br>Notes to Pharmacy: Not to exceed 2 additional fills before 11/28/2020. | 30 tablet | 3 | 10/19/2020 | 4/9/2021 |
| **SUMAtriptan (IMITREX) 50 mg tablet (Taking)**<br>Sig - Route: TAKE 1 TABLET BY MOUTH EVERY 2 (TWO) HOURS AS NEEDED FOR MIGRAINE. MAY REPEAT IN 2 HOURS IF NEEDED - Oral | 10 tablet | 3 | 10/16/2020 | 5/3/2021 |

### All Meds and Administrations

(There are no med orders for this encounter)

## All Orders

**Comprehensive metabolic panel [224601672]**

Electronically signed by: **West, J David, MD on 03/22/21 1343**
Ordering user: West, J David, MD 03/22/21 1343
Frequency: 03/22/21 -
Authorized by: West, J David, MD
Released by: West, J David, MD 03/22/21 1343
Status: **Completed**

**Lipid panel [224601673]**

Electronically signed by: **West, J David, MD on 03/22/21 1343**
Ordering user: West, J David, MD 03/22/21 1343
Frequency: 03/22/21 -
Authorized by: West, J David, MD
Released by: West, J David, MD 03/22/21 1343
Status: **Completed**

**Hemoglobin A1c [224601674]**

Electronically signed by: **West, J David, MD on 03/22/21 1343**
Ordering user: West, J David, MD 03/22/21 1343
Frequency: 03/22/21 -
Authorized by: West, J David, MD
Released by: West, J David, MD 03/22/21 1343
Status: **Completed**

**Sedimentation rate, automated [224601675]**

Electronically signed by: **West, J David, MD on 03/22/21 1343**
Ordering user: West, J David, MD 03/22/21 1343
Frequency: 03/22/21 -
Authorized by: West, J David, MD
Released by: West, J David, MD 03/22/21 1343
Status: **Completed**

**C-reactive protein [224601676]**

Electronically signed by: **West, J David, MD on 03/22/21 1343**
Ordering user: West, J David, MD 03/22/21 1343
Frequency: 03/22/21 -
Authorized by: West, J David, MD
Released by: West, J David, MD 03/22/21 1343
Status: **Completed**

**ANA Profile [224601677]**

Electronically signed by: **West, J David, MD on 03/22/21 1343**
Ordering user: West, J David, MD 03/22/21 1343
Frequency: 03/22/21 -
Authorized by: West, J David, MD
Released by: West, J David, MD 03/22/21 1343
Status: **Completed**

**ANA [224601678]**

Electronically signed by: **West, J David, MD on 03/22/21 1343**
Ordering user: West, J David, MD 03/22/21 1343
Frequency: 03/22/21 -
Authorized by: West, J David, MD
Released by: West, J David, MD 03/22/21 1343
Status: **Completed**

**Rheumatoid factor [224601679]**

Electronically signed by: **West, J David, MD on 03/22/21 1343**
Ordering user: West, J David, MD 03/22/21 1343
Frequency: 03/22/21 -
Authorized by: West, J David, MD
Released by: West, J David, MD 03/22/21 1343
Status: **Completed**

## Progress Notes - Encounter Notes

**Progress Notes by West, J David, MD at 3/22/2021 1:30 PM** Version 1 of 1

Author: West, J David, MD
Filed: 3/22/2021 1:47 PM
Editor: West, J David, MD (Physician)
Service: —
Encounter Date: 3/22/2021
Author Type: Physician
Status: Signed

THE BATON ROUGE CLINIC AMC
Established 1946

**Baton Rouge Clinic Internal Medicine**
7373 PERKINS ROAD
BATON ROUGE LA 70808-4326
Phone: 225-769-4044[JW.1]

Progress Notes - Encounter Notes (continued)

Progress Notes by West, J David, MD at 3/22/2021 1:30 PM (continued) Version 1 of 1

**OFFICE VISIT**

**CHIEF COMPLAINT**[JW.2]
**Chief Complaint**
Patient presents with
- Follow-up[JW.1]

**HISTORY OF PRESENT ILLNESS**[JW.2]
Amy R KNIGHT[JW.1] is here today for[JW.2] routine follow-up regarding her diabetes. She continues to struggle with chronic pain both in her left upper extremity which is been present for several years and now her right wrist which is been present for several months to a year or more. She has been seen by Dr. Ahmad and Dr. Garon on for her right wrist pain. She also had a nerve conduction study done here at our clinic by Dr. Gladney. She has been unable to work for several weeks. She has received a couple of injections in her wrist and wears a splint and compression sleeve. She is accompanied by her husband who states that she has been having more migraines and worse tremors since her pain in the right wrist has escalated.
She also has a picture and describes a sudden swelling redness and pain to her right index finger PIP joint. This occurred about 3 weeks ago. It is gradually improved. No specific treatment was taken.[JW.3]

**MEDICAL HISTORY**[JW.2]

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Benign essential tremor | |
| • Depression | |
| • Diabetes mellitus | |
| • Headache(784.0) | |
| • Hyperlipidemia | |
| • IBS (irritable bowel syndrome)[JW.1] | |

**SURGICAL HISTORY**[JW.2]
**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BREAST SURGERY<br>*Left breast biopsy* | | |
| • HYSTERECTOMY<br>*COMPLETE* | | |
| • PELVIC LAPAROSCOPY[JW.1] | | |

**FAMILY HISTORY**[JW.2]
**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hyperlipidemia | Father | |
| • Diabetes | Father[JW.1] | |

**SOCIAL HISTORY**[JW.2]
**Social History**

| | |
|---|---|
| Socioeconomic History | |
| • Marital status: | Married |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |
| Occupational History | |
| • Not on file | |
| Social Needs | |
| • Financial resource strain: | Not on file |
| • Food insecurity | |
| Worry: | Not on file |
| Inability: | Not on file |
| • Transportation needs | |
| Medical: | Not on file |
| Non-medical: | Not on file |
| Tobacco Use | |
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| Substance and Sexual Activity | |
| • Alcohol use: | No |
| • Drug use: | Not on file |
| • Sexual activity: | Not on file |
| Lifestyle | |
| • Physical activity | |
| Days per week: | Not on file |
| Minutes per session: | Not on file |
| • Stress: | Not on file |
| Relationships | |
| • Social connections | |
| Talks on phone: | Not on file |
| Gets together: | Not on file |
| Attends religious service: | Not on file |
| Active member of club or organization: | Not on file |
| Attends meetings of clubs or organizations: | Not on file |
| Relationship status: | Not on file |
| Other Topics | Concern |
| • Not on file | |
| Social History Narrative | |
| • Not on file[JW.1] | |

**Progress Notes - Encounter Notes (continued)**

**Progress Notes by West, J David, MD at 3/22/2021 1:30 PM (continued)** Version 1 of 1

**MEDICATIONS**[JW.2]

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • ALPRAZolam (XANAX) 0.5 mg tablet | Take 1 tablet by mouth daily as needed for Sleep. | 15 tablet | 0 |
| • amitriptyline (ELAVIL) 10 mg tablet | Take two tablets by mouth every night at bedtime | 60 tablet | 3 |
| • buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet | Take 1 tablet by mouth once daily. | 30 tablet | 3 |
| • chlordiazepoxide-clidinium (LIBRAX) 5-2.5 mg per capsule | Take 1 capsule by mouth 3 (three) times daily with meals. | 45 capsule | 3 |
| • Claritin-D 24 Hour 10-240 mg per 24 hr tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | 30 tablet | 3 |
| • diphenoxylate-atropine (LomotiL) 2.5-0.025 mg per tablet | Take 1 tablet by mouth Twice a day 12 (twelve) hours apart. | 5 tablet | 0 |
| • FLUoxetine (PROZAC) 40 MG capsule | TAKE ONE CAPSULE BY MOUTH ONE TIME DAILY | 90 capsule | 3 |
| • fluticasone (FLONASE) 50 mcg/actuation nasal spray | APPLY TWO SPRAYS IN EACH NOSTRIL ONCE DAILY | 16 g | 1 |
| • metFORMIN XR (GLUCOPHAGE-XR) 500 mg 24 hr tablet | Take 1 tablet by mouth 2 (two) times daily. | 60 tablet | 3 |
| • naproxen (NAPROSYN) 500 mg tablet | Take 1 tablet by mouth Take daily with a meal. | 30 tablet | 0 |
| • propranoloL (INDERAL) 20 mg tablet | TAKE ONE TABLET BY MOUTH TWICE DAILY | 60 tablet | 3 |
| • SUMAtriptan (IMITREX) 50 mg tablet | TAKE 1 TABLET BY MOUTH EVERY 2 (TWO) HOURS AS NEEDED FOR MIGRAINE. MAY REPEAT IN 2 HOURS IF NEEDED | 10 tablet | 3 |

**Progress Notes - Encounter Notes (continued)**

**Progress Notes by West, J David, MD at 3/22/2021 1:30 PM (continued)** Version 1 of 1

| | | | |
|---|---|---|---|
| • topiramate (TOPAMAX) 25 mg tablet | Take 1 tablet by mouth 2 (two) times daily. | 60 tablet | 3 |

No current facility-administered medications for this visit.[JW.1]

**ALLERGIES**[JW.2]
**Allergies**

| Allergen | Reactions |
|---|---|
| • Adhesive | |
| • Lipitor [Atorvastatin] | |
| • Morphine[JW.1] | |

**REVIEW OF SYSTEM**[JW.2]

Constitutional: No fever chills appetite normal
CV: No chest pain
Respiratory: No cough congestion shortness of breath
GI: No abdominal pain nausea vomiting diarrhea
GU: No dysuria hematuria
Neuro: No headache weakness or numbness[JW.3]

**PHYSICAL EXAM**
**Vital Signs:**[JW.2]
**Vitals:**

| | 03/22/21 1314 |
|---|---|
| BP: | 135/85 |
| Pulse: | 88[JW.1] |

General: Well-developed well-nourished female no acute distress
Neck: No JVD or bruit
Lungs: Clear breath sounds bilaterally
Heart: Regular rate and rhythm
Abdomen: Soft flat nondistended nontender
Extremities: No edema, right wrist with immobilizing splint/brace
Neuro: Slight weakness in grip in both hands, there is weakness with flexion and extension of both wrist as well no tremor appreciated this afternoon
Psych: Speech behavior and appearance are normal mood is okay[JW.3]

**RESULTS**

**ASSESSMENT**[JW.2]

**Progress Notes - Encounter Notes (continued)**

**Progress Notes by West, J David, MD at 3/22/2021 1:30 PM (continued)** Version 1 of 1

1. **Chronic pain of right wrist**
2. Chronic pain of left upper extremity
3. Left arm weakness
4. Type 2 diabetes mellitus without complication, without long-term current use of insulin (HCC)
5. Hx of migraine headaches
6. Benign essential tremor
7. GAD (generalized anxiety disorder)
8. Complex regional pain syndrome type 1 of left upper extremity
9. Pain of finger of right hand[JW.1]

**PLAN**[JW.2]
Amy was seen today for follow-up.

Diagnoses and all orders for this visit:

**Chronic pain of right wrist**
- Sedimentation rate, automated; Future
- C-reactive protein; Future
- ANA Profile; Future
- ANA; Future
- Rheumatoid factor; Future

**Chronic pain of left upper extremity**

**Left arm weakness**

**Type 2 diabetes mellitus without complication, without long-term current use of insulin (HCC)**
- Comprehensive metabolic panel; Future
- Lipid panel; Future
- Hemoglobin A1c; Future

**Hx of migraine headaches**

**Benign essential tremor**

**GAD (generalized anxiety disorder)**

**Complex regional pain syndrome type 1 of left upper extremity**

**Pain of finger of right hand**[JW.1]

Continue present medications. Recommend continued follow-up with orthopedic surgery. Will check labs to assess lipids and diabetes along with renal function.[JW.3]

Electronically signed by West, J David, MD on 3/22/2021 1:47 PM

## Progress Notes - Encounter Notes (continued)

**Progress Notes by West, J David, MD at 3/22/2021 1:30 PM (continued)** Version 1 of 1

**Attribution Key**

JW.1 - West, J David, MD on 3/22/2021 1:47 PM
JW.2 - West, J David, MD on 3/22/2021 1:15 PM
JW.3 - West, J David, MD on 3/22/2021 1:43 PM

**Follow-up and Disposition History**

03/22/2021 1316 - J David West, MD

Dispositions: Return in about 6 months (around 9/22/2021) for Annual wellness physical exam.

**Encounter Status**

Signed by West, J David, MD on 3/22/21 at 13:47

**Encounter-Level Documents:**

There are no encounter-level documents.

## All Orders - Lab

**Comprehensive metabolic panel [224601672]**

Electronically signed by: **West, J David, MD on 03/22/21 1343** Status: **Completed**
Ordering user: West, J David, MD 03/22/21 1343
Frequency: 03/22/21 -
Authorized by: West, J David, MD
Released by: West, J David, MD 03/22/21 1343

**Lipid panel [224601673]**

Electronically signed by: **West, J David, MD on 03/22/21 1343** Status: **Completed**
Ordering user: West, J David, MD 03/22/21 1343
Frequency: 03/22/21 -
Authorized by: West, J David, MD
Released by: West, J David, MD 03/22/21 1343

**Hemoglobin A1c [224601674]**

Electronically signed by: **West, J David, MD on 03/22/21 1343** Status: **Completed**
Ordering user: West, J David, MD 03/22/21 1343
Frequency: 03/22/21 -
Authorized by: West, J David, MD
Released by: West, J David, MD 03/22/21 1343

**Sedimentation rate, automated [224601675]**

Electronically signed by: **West, J David, MD on 03/22/21 1343** Status: **Completed**
Ordering user: West, J David, MD 03/22/21 1343
Frequency: 03/22/21 -
Authorized by: West, J David, MD
Released by: West, J David, MD 03/22/21 1343

**C-reactive protein [224601676]**

Electronically signed by: **West, J David, MD on 03/22/21 1343** Status: **Completed**
Ordering user: West, J David, MD 03/22/21 1343
Frequency: 03/22/21 -
Authorized by: West, J David, MD
Released by: West, J David, MD 03/22/21 1343

**ANA Profile [224601677]**

Electronically signed by: **West, J David, MD on 03/22/21 1343** Status: **Completed**
Ordering user: West, J David, MD 03/22/21 1343
Frequency: 03/22/21 -
Authorized by: West, J David, MD
Released by: West, J David, MD 03/22/21 1343

**All Orders - Lab (continued)**

**ANA [224601678]**

Electronically signed by: **West, J David, MD on 03/22/21 1343**
Ordering user: West, J David, MD 03/22/21 1343
Frequency: 03/22/21 -
Authorized by: West, J David, MD
Released by: West, J David, MD 03/22/21 1343
Status: **Completed**

**Rheumatoid factor [224601679]**

Electronically signed by: **West, J David, MD on 03/22/21 1343**
Ordering user: West, J David, MD 03/22/21 1343
Frequency: 03/22/21 -
Authorized by: West, J David, MD
Released by: West, J David, MD 03/22/21 1343
Status: **Completed**

## Amy R KNIGHT

**3/22/2021 1:30 PM Office Visit**

Department: **Baton Rouge Clinic Internal Medicine**
Dept Phone: **225-769-4044**

Description: **53 year old female**
Provider: **J David West, MD**

### Diagnoses this Visit

| Diagnosis | Comments |
|---|---|
| **Chronic pain of right wrist** - Primary | |
| **Chronic pain of left upper extremity** | |
| **Left arm weakness** | |
| **Type 2 diabetes mellitus without complication, without long-term current use of insulin (HCC)** | |
| **Hx of migraine headaches** | |
| **Benign essential tremor** | |
| **GAD (generalized anxiety disorder)** | |
| **Complex regional pain syndrome type 1 of left upper extremity** | |
| **Pain of finger of right hand** | |

### Medications and Orders

**Your Current Medications Are**

| | |
|---|---|
| **ALPRAZolam (XANAX) 0.5 mg tablet (Taking)** | Take 1 tablet by mouth daily as needed for Sleep. |
| **buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet (Taking)** | Take 1 tablet by mouth once daily. |
| **diphenoxylate-atropine (LomotiL) 2.5-0.025 mg per tablet (Taking)** | Take 1 tablet by mouth Twice a day 12 (twelve) hours apart. |
| **FLUoxetine (PROZAC) 40 MG capsule (Taking)** | TAKE ONE CAPSULE BY MOUTH ONE TIME DAILY |
| **fluticasone (FLONASE) 50 mcg/actuation nasal spray (Taking)** | APPLY TWO SPRAYS IN EACH NOSTRIL ONCE DAILY |
| **metFORMIN XR (GLUCOPHAGE-XR) 500 mg 24 hr tablet (Taking)** | Take 1 tablet by mouth 2 (two) times daily. |
| **naproxen (NAPROSYN) 500 mg tablet (Taking)** | Take 1 tablet by mouth Take daily with a meal. |
| **propranoloL (INDERAL) 20 mg tablet (Taking)** | TAKE ONE TABLET BY MOUTH TWICE DAILY |
| **topiramate (TOPAMAX) 25 mg tablet (Taking)** | Take 1 tablet by mouth 2 (two) times daily. |
| **amitriptyline (ELAVIL) 10 mg tablet (Taking/Discontinued)** | Take two tablets by mouth every night at bedtime |

## Medications and Orders (continued)

### Your Current Medications Are (continued)

| | |
|---|---|
| **chlordiazepoxide-clidinium (LIBRAX) 5-2.5 mg per capsule (Taking/Discontinued)** | Take 1 capsule by mouth 3 (three) times daily with meals. |
| **Claritin-D 24 Hour 10-240 mg per 24 hr tablet (Taking/Discontinued)** | TAKE 1 TABLET BY MOUTH EVERY DAY |
| **SUMAtriptan (IMITREX) 50 mg tablet (Taking/Discontinued)** | TAKE 1 TABLET BY MOUTH EVERY 2 (TWO) HOURS AS NEEDED FOR MIGRAINE. MAY REPEAT IN 2 HOURS IF NEEDED |

### Upcoming Administrations

None

### Allergies

**Adhesive**
**Lipitor [atorvastatin]**
**Morphine**

### Comprehensive metabolic panel [224601672]

Electronically signed by: **West, J David, MD on 03/22/21 1343** Status: **Completed**
Ordering user: West, J David, MD 03/22/21 1343 Ordered during: Office Visit on 03/22/2021
Frequency: 03/22/21 - Released by: West, J David, MD 03/22/21 1343

Resulted: 03/23/21 1203, Result status: Final result

Comprehensive metabolic panel [228011038] (Abnormal)

Resulting lab: THE BATON ROUGE CLINIC LAB
Narrative:
Glucose: Fasting Normal Range
INTERPRETATION:
THE eGFR VALUE SHOULD NOT BE USED IN PATIENTS WITH ACUTE RENAL FAILURE.
STAGE ONE/TWO >60 eGFR
STAGE THREE 30-59 eGFR
STAGE FOUR 15-29 eGFR
STAGE FIVE <15 eGFR .

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| H6126340 | Serum | Vein | 03/23/21 0841 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Glucose | 121 | <100 mg/dL | H ^ | BRCLAB |
| BUN | 17 | 6 - 22 mg/dL | — | BRCLAB |
| Creatinine, Ser | 0.90 | 0.50 - 1.20 mg/dL | — | BRCLAB |
| Total Bilirubin | 0.5 | 0.2 - 1.1 mg/dL | — | BRCLAB |
| Alkaline Phosphatase | 52 | 42 - 121 IU/L | — | BRCLAB |
| AST | 16 | 10 - 42 IU/L | — | BRCLAB |
| ALT | 13 | 10 - 60 IU/L | — | BRCLAB |
| Calcium | 9.7 | 8.4 - 10.5 mg/dL | — | BRCLAB |
| Sodium | 141 | 134 - 146 meq/L | — | BRCLAB |

| The Baton Rouge Clinic, AMC | BRC LAB/RADIOLOGY DEPARTMENT<br>7373 Perkins Rd<br>Baton Rouge LA 70808-4326 | KNIGHT, Amy R<br>MRN: 252940, DOB:<br>Visit date: 3/23/2021 | Sex: F |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Potassium | 4.8 | 3.6 - 5.3 meq/L | — | BRCLAB |
| Chloride | 104.0 | 98 - 111 meq/dL | — | BRCLAB |
| CO2 Total | 28 | 20 - 34 meq/L | — | BRCLAB |
| Total Protein | 7.0 | 6.1 - 8.5 g/dL | — | BRCLAB |
| Albumin, Ser | 4.2 | 3.2 - 5.5 g/dL | — | BRCLAB |
| eGFR Non-African American | 65 | — | — | BRCLAB |
| eGFR African American | 79 | — | — | BRCLAB |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **11 - BRCLAB** | THE BATON ROUGE CLINIC LAB | Ashley Pourciau | 7373 Perkins Road BATON ROUGE LA 70808 | 03/09/20 0930 - Present |

**Lipid panel [224601673]**

Electronically signed by: **West, J David, MD on 03/22/21 1343** Status: **Completed**
Ordering user: West, J David, MD 03/22/21 1343 Ordered during: Office Visit on 03/22/2021
Frequency: 03/22/21 - Released by: West, J David, MD 03/22/21 1343

Resulted: 03/23/21 1155, Result status: Final result

Lipid panel [228011039] (Abnormal)

Resulting lab: THE BATON ROUGE CLINIC LAB

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| H6126340 | Serum | Vein | 03/23/21 0841 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Cholesterol, Total | 268 | 140 - 200 mg/dL | H ^ | BRCLAB |
| Triglycerides | 95 | 35 - 150 mg/dL | — | BRCLAB |
| HDL | 84 | >50 mg/dL | — | BRCLAB |
| LDL Calculated | 165 | 60 - 135 | H ^ | BRCLAB |
| Total Chol / HDL Ratio | 3.19 | 0.00 - 4.45 | — | BRCLAB |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **11 - BRCLAB** | THE BATON ROUGE CLINIC LAB | Ashley Pourciau | 7373 Perkins Road BATON ROUGE LA 70808 | 03/09/20 0930 - Present |

**Hemoglobin A1c [224601674]**

Electronically signed by: **West, J David, MD on 03/22/21 1343** Status: **Completed**
Ordering user: West, J David, MD 03/22/21 1343 Ordered during: Office Visit on 03/22/2021
Frequency: 03/22/21 - Released by: West, J David, MD 03/22/21 1343

Resulted: 03/23/21 1110, Result status: Final result

Hemoglobin A1c [228011040] (Abnormal)

| The Baton Rouge Clinic, AMC | BRC LAB/RADIOLOGY DEPARTMENT<br>7373 Perkins Rd<br>Baton Rouge LA 70808-4326 | KNIGHT, Amy R<br>MRN: 252940, DOB:<br>Visit date: 3/23/2021 | Sex: F |
|---|---|---|---|

Resulting lab: THE BATON ROUGE CLINIC LAB

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| H6126340 | Blood | Vein | 03/23/21 0841 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Hgb A1c | 6.3 | 4.2 - 5.8 % | H ^ | BRCLAB |
| EAG (mg/dl) | 123.79 | — | — | BRCLAB |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **11 - BRCLAB** | THE BATON ROUGE CLINIC LAB | Ashley Pourciau | 7373 Perkins Road BATON ROUGE LA 70808 | 03/09/20 0930 - Present |

**Sedimentation rate, automated [224601675]**

Electronically signed by: **West, J David, MD on 03/22/21 1343** Status: **Completed**
Ordering user: West, J David, MD 03/22/21 1343 Ordered during: Office Visit on 03/22/2021
Frequency: 03/22/21 - Released by: West, J David, MD 03/22/21 1343

Sedimentation rate, automated [228011041] Resulted: 03/23/21 0946, Result status: Final result

Resulting lab: THE BATON ROUGE CLINIC LAB

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| H6126340 | Blood | Vein | 03/23/21 0841 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sed Rate | 6 | 0 - 20 mm | — | BRCLAB |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **11 - BRCLAB** | THE BATON ROUGE CLINIC LAB | Ashley Pourciau | 7373 Perkins Road BATON ROUGE LA 70808 | 03/09/20 0930 - Present |

**C-reactive protein [224601676]**

Electronically signed by: **West, J David, MD on 03/22/21 1343** Status: **Completed**
Ordering user: West, J David, MD 03/22/21 1343 Ordered during: Office Visit on 03/22/2021
Frequency: 03/22/21 - Released by: West, J David, MD 03/22/21 1343

C-reactive protein [228011042] Resulted: 03/23/21 1203, Result status: Final result

Resulting lab: THE BATON ROUGE CLINIC LAB

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| H6126340 | Serum | Vein | 03/23/21 0841 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| C-Reactive Protein | 0.1 | 0.0 - 1.0 mg/dL | — | BRCLAB |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **11 - BRCLAB** | THE BATON ROUGE CLINIC LAB | Ashley Pourciau | 7373 Perkins Road BATON ROUGE LA 70808 | 03/09/20 0930 - Present |

**ANA Profile [224601677]**

Electronically signed by: **West, J David, MD on 03/22/21 1343** Status: **Completed**
Ordering user: West, J David, MD 03/22/21 1343 Ordered during: Office Visit on 03/22/2021
Frequency: 03/22/21 - Released by: West, J David, MD 03/22/21 1343

ANA Profile [228011043] Resulted: 03/25/21 0946, Result status: Final result

Resulting lab: THE BATON ROUGE CLINIC LAB

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| H6126340 | Serum | Vein | 03/23/21 0841 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| anti DNA | <1.00 | <9.95 IU/mL | — | BRCLAB |
| Note: | -- | — | — | BRCLAB |
| Result:<br>Intrepretation:<br>Negative < 4 IU/mL<br>Indeterminate 5-9 IU/mL<br>Positive > 9.9 IU/mL<br>This new assay will require a new baseline of patient results. | | | | |
| Anti SSA | <0.20 | <1.00 AI | — | BRCLAB |
| Note: | Effective 3/25/19 this is a new assay. | — | — | BRCLAB |
| Anti SSB | <0.20 | <1.00 AI | — | BRCLAB |
| Note: | Effective 3/25/19 this is a new assay. | — | — | BRCLAB |
| Anti Sm | <0.20 | <1.09 AI | — | BRCLAB |
| Note: | Effective 3/25/19 this is a new assay | — | — | BRCLAB |
| Anti Sm/RNP | 0.60 | <1.00 AI | — | BRCLAB |

| | | | | | |
|---|---|---|---|---|---|
| Note: | Effective 3/25/19 this is a new assay | — | — | BRCLAB |
| Anti Scl70 | <0.20 | <1.00 AI | — | BRCLAB |
| Note: | Effective 3/25/19 this is a new assay | — | — | BRCLAB |
| Anti Centromere | <0.20 | <1.00 AI | — | BRCLAB |
| Note: | Effective 3/25/19 this is a new assay. | — | — | BRCLAB |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **11 - BRCLAB** | THE BATON ROUGE CLINIC LAB | Ashley Pourciau | 7373 Perkins Road BATON ROUGE LA 70808 | 03/09/20 0930 - Present |

**ANA [224601678]**

Electronically signed by: **West, J David, MD on 03/22/21 1343** Status: **Completed**
Ordering user: West, J David, MD 03/22/21 1343 Ordered during: Office Visit on 03/22/2021
Frequency: 03/22/21 - Released by: West, J David, MD 03/22/21 1343

ANA [228011044] Resulted: 03/25/21 0946, Result status: Final result

Resulting lab: THE BATON ROUGE CLINIC LAB

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| H6126340 | Serum | Vein | 03/23/21 0841 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| ANA | Positive | — | — | BRCLAB |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **11 - BRCLAB** | THE BATON ROUGE CLINIC LAB | Ashley Pourciau | 7373 Perkins Road BATON ROUGE LA 70808 | 03/09/20 0930 - Present |

**Rheumatoid factor [224601679]**

Electronically signed by: **West, J David, MD on 03/22/21 1343** Status: **Completed**
Ordering user: West, J David, MD 03/22/21 1343 Ordered during: Office Visit on 03/22/2021
Frequency: 03/22/21 - Released by: West, J David, MD 03/22/21 1343

Rheumatoid factor [228011045] Resulted: 03/23/21 1155, Result status: Final result

| The Baton Rouge Clinic, AMC | BRC LAB/RADIOLOGY DEPARTMENT<br>7373 Perkins Rd<br>Baton Rouge LA 70808-4326 | KNIGHT, Amy R<br>MRN: 252940, DOB:<br>Visit date: 3/23/2021 | Sex: F |
|---|---|---|---|

Resulting lab: THE BATON ROUGE CLINIC LAB

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| H6126340 | Serum | Vein | 03/23/21 0841 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Rheumatoid Factor | <10 | <14 IU/mL | — | BRCLAB |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **11 - BRCLAB** | THE BATON ROUGE CLINIC LAB | Ashley Pourciau | 7373 Perkins Road BATON ROUGE LA 70808 | 03/09/20 0930 - Present |

**ANA titer [228011046]**

Status: **Completed**

Order placed as a reflex to Comprehensive metabolic panel [228011038] ordered on 03/22/21 at 1343
Ordering user: Interface, Lab In Hlseven 03/25/21 0946
Frequency: 03/25/21 0946 -

ANA titer [228011046] — Resulted: 03/25/21 0946, Result status: Final result

Resulting lab: THE BATON ROUGE CLINIC LAB

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| H6126340 | Serum | — | 03/23/21 0841 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| ANA Titr Ser HEp2 subst | 1:80 | — | — | BRCLAB |
| ANA Pattern | Homogeneous | — | — | BRCLAB |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **11 - BRCLAB** | THE BATON ROUGE CLINIC LAB | Ashley Pourciau | 7373 Perkins Road BATON ROUGE LA 70808 | 03/09/20 0930 - Present |

**topiramate (TOPAMAX) 25 mg tablet [224601669]**

Electronically signed by: **West, J David, MD on 03/03/21 0854** Status: **Active**

Ordering user: West, J David, MD 03/03/21 0854 Authorized by: West, J David, MD
Frequency: BID 03/03/21 - Until Discontinued Released by: West, J David, MD 03/03/21 0854

**Outpatient Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **topiramate (TOPAMAX) 25 mg tablet** | 60 tablet | 3 | 3/3/2021 | |

**Outpatient Medication Detail (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|

Sig - Route: Take 1 tablet by mouth 2 (two) times daily. - Oral
Sent to pharmacy as: topiramate 25 mg tablet (TOPAMAX)
E-Prescribing Status: **Receipt confirmed by pharmacy** (3/3/2021 8:55 AM CST)

**buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet [224601670]**

Electronically signed by: **West, J David, MD on 03/03/21 1648** Status: **Active**
Ordering user: West, J David, MD 03/03/21 1648 Authorized by: West, J David, MD
Frequency: Daily 03/03/21 - Until Discontinued Released by: West, J David, MD 03/03/21 1648
Diagnoses
Fibromyalgia [M79.7]

**Outpatient Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet** | 30 tablet | 3 | 3/3/2021 | |

Sig - Route: Take 1 tablet by mouth once daily. - Oral
Sent to pharmacy as: buPROPion HCL XL 150 mg 24 hr tablet, extended release (WELLBUTRIN XL)
E-Prescribing Status: **Receipt confirmed by pharmacy** (3/3/2021 4:48 PM CST)

**Claritin-D 24 Hour 10-240 mg per 24 hr tablet [228011048]**

Electronically signed by: **West, J David, MD on 04/09/21 1028** Status: **Active**
Ordering user: West, J David, MD 04/09/21 1028 Authorized by: West, J David, MD
Frequency: 04/09/21 - Until Discontinued Released by: West, J David, MD 04/09/21 1028
Medication comments: Not to exceed 2 additional fills before 04/17/2021PT IS REQUESTING NEW RX FOR CLARITIN D.

**Outpatient Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **Claritin-D 24 Hour 10-240 mg per 24 hr tablet** | 30 tablet | 3 | 4/9/2021 | |

Sig: TAKE 1 TABLET BY MOUTH EVERY DAY
Sent to pharmacy as: Claritin-D 24 Hour 10 mg-240 mg tablet,extended release (loratadine-pseudoephedrine)
Notes to Pharmacy: Not to exceed 2 additional fills before 04/17/2021PT IS REQUESTING NEW RX FOR CLARITIN D.
E-Prescribing Status: **Receipt confirmed by pharmacy** (4/9/2021 10:28 AM CDT)

**amitriptyline (ELAVIL) 10 mg tablet [231182196]**

Electronically signed by: **West, J David, MD on 04/14/21 0659** Status: **Active**
Ordering user: West, J David, MD 04/14/21 0659 Authorized by: West, J David, MD
Frequency: 04/14/21 - Until Discontinued Released by: West, J David, MD 04/14/21 0659

**Outpatient Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 10 mg tablet** | 60 tablet | 3 | 4/14/2021 | |

Sig: TAKE TWO TABLETS BY MOUTH EVERY NIGHT AT BEDTIME
Sent to pharmacy as: amitriptyline 10 mg tablet (ELAVIL)
E-Prescribing Status: **Receipt confirmed by pharmacy** (4/14/2021 6:59 AM CDT)

**SUMAtriptan (IMITREX) 50 mg tablet [231182197]**

Electronically signed by: **West, J David, MD on 05/03/21 0751** Status: **Active**
Ordering user: West, J David, MD 05/03/21 0751 Authorized by: West, J David, MD
PRN reasons: Migraine
Frequency: Q2H PRN 05/03/21 - Until Discontinued Released by: West, J David, MD 05/03/21 0751

| The Baton Rouge Clinic, AMC | BRC INTERNAL MEDICINE<br>7373 Perkins Rd<br>Baton Rouge LA 70808-4326 | KNIGHT, Amy R<br>MRN: 252940, DOB:<br>Visit date: 5/3/2021 | Sex: F |
|---|---|---|---|

**Outpatient Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **SUMAtriptan (IMITREX) 50 mg tablet** | 10 tablet | 3 | 5/3/2021 | |

Sig - Route: Take 1 tablet by mouth every 2 (two) hours as needed for Migraine. May repeat in 2 hours if needed - Oral
Sent to pharmacy as: SUMAtriptan 50 mg tablet (IMITREX)
E-Prescribing Status: **Receipt confirmed by pharmacy** (5/3/2021 7:51 AM CDT)

**chlordiazepoxide-clidinium (LIBRAX) 5-2.5 mg per capsule [231182198]**

Electronically signed by: **West, J David, MD on 05/03/21 0751** Status: **Active**
Ordering user: West, J David, MD 05/03/21 0751 Authorized by: West, J David, MD
Frequency: TID-W/Meals 05/03/21 - Until Discontinued Released by: West, J David, MD 05/03/21 0751

**Outpatient Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **chlordiazepoxide-clidinium (LIBRAX) 5-2.5 mg per capsule** | 45 capsule | 3 | 5/3/2021 | |

Sig - Route: Take 1 capsule by mouth 3 (three) times daily with meals. - Oral
Sent to pharmacy as: chlordiazepoxide-clidinium 5 mg-2.5 mg capsule (LIBRAX)
E-Prescribing Status: **Receipt confirmed by pharmacy** (5/3/2021 7:51 AM CDT)

Insurance Card - Scan on 3/21/2021 12:49 PM: Blue Cross (front) (below)



Insurance Card - Scan on 3/21/2021 12:49 PM: Blue Cross (back) (below)




BRC Patient Information/Face Sheet - Scan on 3/23/2021 8:33 AM: UPDATED FACE SHEET (below)

THE BATON ROUGE CLINIC AMC

**Appointment Date/Time:** 3/23/2021 8:30 AM
**Encounter Number:** 18478968
**Contact Serial Number:** 10203099917106
**Patient MRN:** 252940

## PATIENT

| | | | |
|---|---|---|---|
| Legal Name: | KNIGHT, AMY R | Date of Birth: | |
| Preferred Name: | | SEX: | Female |
| Mailing Address: | | Social Security#: | |
| City, State, Zip: | | Marital Status: | Married |
| Home Phone: | | Email Address: | |
| Work Phone: | | Preferred Number: | |
| Mobile: | | Notification Preference: | Mychart |
| Accept Text Messages?: | Yes | Primary Care Provider: | West, J David, MD |

| Contact Name: | Relation to Patient: | Legal Guardian? | Home | Mobile Phone: |
|---|---|---|---|---|
| Knight,Terry | Spouse | | | |
| Zvonek,Kay | Mother | | 27 | |

## GUARANTOR

| | | | |
|---|---|---|---|
| Guarantor Name: | KNIGHT,AMY R | Date of Birth: | |
| Mailing Address: | | SEX: | Female |
| City, State, Zip: | | Social Security#: | |
| Home Phone: | | Relation to Patient: | Self |
| Mobile Phone: | | Guarantor ID: | 30100126413 |
| Guarantor Employer: | | Employment Status: | Full Time |

## COVERAGE

**PRIMARY INSURANCE**

| | | | |
|---|---|---|---|
| Primary Payor / Plan: | BLUE CROSS / BLUE CROSS OUT OF | Subscriber Name: | KNIGHT,AMY R |
| Subscriber ID: | M4X001956 | Subscriber DOB: | |
| Group Number: | M4X | Pat Relation to Subscriber: | Self |

**SECONDARY INSURANCE**

| | | | |
|---|---|---|---|
| Secondary Payor / Plan: | | Subscriber Name: | |
| Subscriber ID: | | Subscriber DOB: | |
| Group Number: | | Pat Relation to Subscriber: | |

Contact Serial #: 10203099917106 Date Printed: March 23, 2021 System User ID: 3159

**Patient / Guarantor Disclosures**
By initialing next to each item below and signing and dating the bottom of this form, I agree to the following:

Consent to Treatment
ARK I consent to and authorize treatment by The Baton Rouge Clinic.

HIPAA Acknowledgement
ARK I acknowledge that I have received a copy of the "Notice of Privacy Practices".

Authorization and Assignment
ARK I authorize The Baton Rouge Clinic to release medical information that may be necessary to request claim reimbursement from insurance companies to whom claims may be submitted. I also assign claim payments including major medical benefits to be made payable to The Baton Rouge Clinic. I understand The Baton Rouge Clinic will refund to me any overpayment upon request, regardless of insurance. This authorization and assignment may be revoked by me at any time by a written notice.

Financial Responsibility
ARK I understand I am responsible for co-payment and deductible amounts at the time service is rendered as well as any amount not covered by insurance.

Notifications
ARK I consent to receiving automated calls, text messages, and/or email notifications to the contact number and email address provided for appointment reminders and other notifications.
*Note: Notification preferences can be set up in the 'Communications' section of your MyChart account profile.*

Signed: Amy R. Knight Date: 3-23-21

**END OF REPORT**

5 Sanctuary Boulevard
Suite 102
Mandeville, LA 70471

985-951-7100 ph
985-951-7101 fx

MedSouth Record Management

Celebrating 21 Years

# Fax

| To: LINCOLN FINANCIAL GROUP | From: MedSouth TLW |
|---|---|
| Fax: 603-334-8716 | Date: 05/31/2021 08:22:30 AM |
| Re: LA68005032021113817 | Pages: 3 (Including cover) |

Information attached to this fax cover may contain confidential and privileged information. Individuals who have received this fax in error must promptly shred and dispose of the information and notify the sender. Those individuals are hereby notified that they are strictly prohibited from reviewing, forwarding, printing, copying, sharing, distributing or using this information in any way.

MedSouth Record Management
P.O. Box 1630
Mandeville, LA 70470-1630

# Pre-Bill Invoice

Phone: 985-951-7100
Fax : 985-951-7101

| | |
|---|---|
| **Request ID** | LA6800503202111381 |
| **Date** | 05/31/2021 |
| **Site ID** | LA680 |
| **Invoice Amount** | $69.00 |
| **Processed By** | TLW |

**Bill To:**
LINCOLN LIFE ASSURANCE
P O BOX 2578
OMAHA, NE 68172

**Ship To:**
LINCOLN LIFE ASSURANCE
P O BOX 2578
OMAHA, NE 68172

Your request for medical records has been received by THE BATON ROUGE CLINIC. MedSouth Record Management, LLC is contracted with THE BATON ROUGE CLINIC to provide you with the enclosed medical record copies of the referenced patient below. These copies were generated from the original medical record, intended exclusively for the requested purpose and cannot be reproduced or redistributed for other purposes without the written informed consent of the patient.

**If you have any questions regarding the contents and/or this invoice please call our customer service center at 985.951.7100.**

**Medical Facility:**
THE BATON ROUGE CLINIC
7373 PERKINS ROAD
BATON ROUGE, LA 70808

**Patient Name (Last, First):**
KNIGHT, AMY

**Medical Record Number:**

**Reference Number(s):**
11112396

| | |
|---|---|
| **Page Count** | **16** |
| **Processing Fee** | $40.00 |
| **Document Charge** | $20.00 |
| **Certification Charge** | $0.00 |
| **Notary Charge** | $0.00 |
| **Other Charges** | $0.00 |
| **Late Charges** | $0.00 |
| **Subtotal** | **$60.00** |
| **Shipping/Handling** | $9.00 |
| **Balance Due** | **$69.00** |

Your request was processed. Please remit payment of this invoice amount to the address listed below. Once payment is received, your request will be completed. I have any questions, please call our customer service center at 985-951-7100.

**Please note: Cancelled requests will incur a processing fee.**

Please remit check payable to:

**MedSouth Record Management, LLC**
**Federal Tax I.D. #: 72-1481471**

***Mailing address:***

P.O. Box 1630
Mandeville, LA 70470-1630

***Physical address for express mailing:***

#5 Sanctuary Boulevard, Suite 102
Mandeville, LA 70471

**To ensure proper credit, please return a copy of this invoice with payment, or write the Request ID number on your check. To make a credit card payment, please contact our Corporate Office at 985.951.7100.**

MedSouth TLW POTSmodem16 (3/3) 05/31/2021 08:24:31 AM -0500

04/22/21 14:11:02 Lincoln Financial -> 225 246 9209 Lincoln Financial Gr Page 002

45701927

LA680-05032021-113817

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8716

Received
APR 22 2021
MedSouth

April 22, 2021

Angele Bourg

RE: Short Term Disability (STD) Benefits
Gainwell Technologies
Claim #: 11112396
Claimant: Amy Ray Knight JAD
Claimant D.O.B.:

Dear Angele Bourg:

We are the Disability Claim Administrator for your patient, Amy Ray Knight.

To evaluate Ms. Ray Knight's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from April 1, 2021 through present

We ask that you provide this information by May 12, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8716 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Kiara Pearson
Claims Examiner II
Phone No.: (800) 291-0112 Ext. 59451
Secure Fax No.: (603) 334-8716

Dr. Angela Bourg
4-1-2021
to
pr.

MedSouth
☑ Processed
☐ Pending
MAY 14 2021
By: tw
MR: 16



PAGE 3/3 * RCVD AT 5/31/2021 9:22:52 AM [Eastern Daylight Time] * SVR:VA1PWFAX201/3 * DNIS:6033348716 * CSID:POTS modem 16 * ANI:19859517101 * DURATION (mm-ss):02-3-

**From:** LincolnAbsenceNotification@lfg.com
**To:** Benefits@dxc.com
**Subject:** Amy Ray Knight LINCOLN FINANCIAL NOTIFICATION: Short Term Disability/Leave Approval or Extension - 11112396

This is to notify you that there has been an approval or extension of a disability claim/leave for Amy Ray Knight (Employee ID: 11553809).

**Short Term Disability Information:**

Last Day Worked: 2/24/2021

Date of Disability: 2/25/2021

Benefit Payments Period: 3/4/2021 thru 5/24/2021
*If the claim remains open for an extended period of time, your employee may be eligible to receive benefits dating back to their date of disability.*

Disability Claim Status: Approved

**Leave Information:**

Leave Type:

Leave Reason: Leave

Approved Leave Period: Not Applicable
*The Leave will run concurrently with the disability claim until the leave reaches max entitlement.*

Leave Status: Not Applicable

If you have further questions, please call Lincoln Financial at 800-879-2701 ext. or contact the assigned Case Manager at . Please be sure to reference claim number 11112396.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

**From:** DoNotReply@lfg.com
**Sent:** Mon, 24 May 2021 19:26:40 +0000
**To:** benefits@dxc.com
**Subject:** Claim #11112396, AMY RAY KNIGHT

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 2/25/2021. This claim is approved through 5/24/2021. This indicates an extension of benefits. The case manager for this claim is Kiara Pearson. The claim number is 11112396.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (866) 213-2937.

5 Sanctuary Boulevard
Suite 102
Mandeville, LA 70471

985-951-7100 ph
985-951-7101 fx

MedSouth Record Management

Celebrating 21 Years

# Fax

| | | | |
|---|---|---|---|
| To: | LINCOLN FINANCIAL GROUP | From: | MedSouth TLW |
| Fax: | 603-285-4419 | Date: | 05/08/2021 11:28:36 AM |
| Re: | LA68004262021152547 | Pages: | 3 (Including cover) |

Information attached to this fax cover may contain confidential and privileged information. Individuals who have received this fax in error must promptly shred and dispose of the information and notify the sender. Those individuals are hereby notified that they are strictly prohibited from reviewing, forwarding, printing, copying, sharing, distributing or using this information in any way.

MedSouth Record Management
P.O. Box 1630
Mandeville, LA 70470-1630

# Pre-Bill Invoice

Phone: 985-951-7100
Fax : 985-951-7101

| | |
|---|---|
| Request ID | LA6800426202115254' |
| Date | 05/08/2021 |
| Site ID | LA680 |
| Invoice Amount | $81.94 |
| Processed By | TLW |

| Bill To: | Ship To: |
|---|---|
| LINCOLN FINANCIAL GROUP<br>PO BOX 2578<br>OMAHA, NE 68172-9688 | LINCOLN FINANCIAL GROUP<br>PO BOX 2578<br>OMAHA, NE 68172-9688 |

Your request for medical records has been received by THE BATON ROUGE CLINIC. MedSouth Record Management, LLC is contracted with THE BATON ROUGE CLINIC to provide you with the enclosed medical record copies of the referenced patient below. These copies were generated from the original medical record, intended exclusively for the requested purpose and cannot be reproduced or redistributed for other purposes without the written informed consent of the patient.

**If you have any questions regarding the contents and/or this invoice please call our customer service center at 985.951.7100.**

**Medical Facility:**
THE BATON ROUGE CLINIC
7373 PERKINS ROAD
BATON ROUGE, LA 70808

**Patient Name (Last, First):**
KNIGHT, AMY

**Medical Record Number:**

**Reference Number(s):**
11112396

| | |
|---|---|
| Page Count | 25 |
| Processing Fee | $40.00 |
| Document Charge | $31.25 |
| Certification Charge | $0.00 |
| Notary Charge | $0.00 |
| Other Charges | $0.00 |
| Late Charges | $0.00 |
| **Subtotal** | **$71.25** |
| Shipping/Handling | $10.69 |
| **Balance Due** | **$81.94** |

Your request was processed. Please remit payment of this invoice amount to the address listed below. Once payment is received, your request will be completed. I have any questions, please call our customer service center at 985-951-7100.

**Please note: Cancelled requests will incur a processing fee.**

Please remit check payable to:

**MedSouth Record Management, LLC**
**Federal Tax I.D. #: 72-1481471**

***Mailing address:***
P.O. Box 1630
Mandeville, LA 70470-1630

***Physical address for express mailing:***
#5 Sanctuary Boulevard, Suite 102
Mandeville, LA 70471

**To ensure proper credit, please return a copy of this invoice with payment, or write the Request ID number on your check. To make a credit card payment, please contact our Corporate Office at 985.951.7100.**

45441741

LA680-04262021-152547

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No: (603) 285-4419

Received

APR 09 2021

MedSouth

April 8, 2021

Dr. David West

RE: Short Term Disability (STD) Benefits
Gainwell Technologies
Claim #: 11112396
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Dr. David West:

We are the Disability Claim Administrator for your patient, Amy Ray Knight.

To evaluate Ms. Ray Knight's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from March 2, 2021 through present

We ask that you provide this information by April 13, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Ray Knight allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Ray Knight's signature.

If you have any questions regarding this matter, please contact me using the information below.

MedSouth
☑ Processed
☐ Pending
MAY 05 2021
By: tw
MR: 25

Dr. David West
3-2-21
to pr.

THE
BATON
ROUGE
CLINIC
AMC

7373 Perkins Road ▪ Baton Rouge, Louisiana 70808-4326 ▪ 225-769-4044

# FAX COVER SHEET

(T):225-246-9714

(F):225-246-9164

DATE: 4/26/21

ATTENTION: Kiara Pearson

FAX NUMBER: 603-334-8716

NUMBER OF PAGES (including cover sheet):____

FROM: Dr. J. David West, MD

MESSAGE

claim # 11112396

## NOTICE OF CONFIDENTIALITY

The information contained in this facsimile message is privileged and confidential information intended for the use of the recipient listed above. If the person receiving this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copy of this communication is strictly prohibited. If you have received this fax in error, please immediately notify us by telephone at 225-769-4044 to arrange for return of the document to us.

# KNIGHT, Amy R

MRN: 252940

**Office Visit** 3/22/2021
Baton Rouge Clinic Internal Medicine

Provider: West, J David, MD (Internal Medicine)
Primary diagnosis: Chronic pain of right wrist
Reason for Visit: Follow-up; Referred by West, J David, MD

## Progress Notes

West, J David, MD (Physician) • Internal Medicine

**Baton Rouge Clinic Internal Medicine**
7373 PERKINS ROAD
BATON ROUGE LA 70808-4326
Phone: 225-769-4044

### OFFICE VISIT

**CHIEF COMPLAINT**

**Chief Complaint**
Patient presents with
- Follow-up

**HISTORY OF PRESENT ILLNESS**

Amy R KNIGHT is here today for routine follow-up regarding her diabetes. She continues to struggle with chronic pain both in her left upper extremity which is been present for several years and now her right wrist which is present for several months to a year or more. She has been seen by Dr. Ahmad and Dr. Garon on for her right wrist pain. She also had a nerve conduction study done here at our clinic by Dr. Gladney. She has been unable to work for several weeks. She has received a couple of injections in her wrist and wears a splint and compression sleeve. She is accompanied by her husband who states that she has been having more migraines and worse tremors since her pain in the right wrist has escalated. She also has a picture and describes a sudden swelling redness and pain to her right index finger PIP joint. This occurred about 3 weeks ago. It is gradually improved. No specific treatment was taken.

**MEDICAL HISTORY**

**Past Medical History:**

| Diagnosis | Date |
| --- | --- |
| • Anxiety | |
| • Benign essential tremor | |
| • Depression | |
| • Diabetes mellitus | |
| • Headache(784.0) | |
| • Hyperlipidemia | |
| • IBS (irritable bowel syndrome) | |

**SURGICAL HISTORY**

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BREAST SURGERY *Left breast biopsy* | | |
| • HYSTERECTOMY *COMPLETE* | | |
| • PELVIC LAPAROSCOPY | | |

## FAMILY HISTORY

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hyperlipidemia | Father | |
| • Diabetes | Father | |

## SOCIAL HISTORY

**Social History**

| | |
|---|---|
| Socioeconomic History | |
| • Marital status: | Married |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |
| Occupational History | |
| • Not on file | |
| Social Needs | |
| • Financial resource strain: | Not on file |
| • Food insecurity | |
| Worry: | Not on file |
| Inability: | Not on file |
| • Transportation needs | |
| Medical: | Not on file |
| Non-medical: | Not on file |
| Tobacco Use | |
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| Substance and Sexual Activity | |
| • Alcohol use: | No |
| • Drug use: | Not on file |
| • Sexual activity: | Not on file |
| Lifestyle | |

- Physical activity
  - Days per week: Not on file
  - Minutes per session: Not on file
- Stress: Not on file

Relationships
- Social connections
  - Talks on phone: Not on file
  - Gets together: Not on file
  - Attends religious service: Not on file
  - Active member of club or organization: Not on file
  - Attends meetings of clubs or organizations: Not on file
  - Relationship status: Not on file

Other Topics Concern
- Not on file

Social History Narrative
- Not on file

**MEDICATIONS**

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • ALPRAZolam (XANAX) 0.5 mg tablet | Take 1 tablet by mouth daily as needed for Sleep. | 15 tablet | 0 |
| • amitriptyline (ELAVIL) 10 mg tablet | Take two tablets by mouth every night at bedtime | 60 tablet | 3 |
| • buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet | Take 1 tablet by mouth once daily. | 30 tablet | 3 |
| • chlordiazepoxide-clidinium (LIBRAX) 5-2.5 mg per capsule | Take 1 capsule by mouth 3 (three) times daily with meals. | 45 capsule | 3 |
| • Claritin-D 24 Hour 10-240 mg per 24 hr tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | 30 tablet | 3 |
| • diphenoxylate-atropine (LomotiL) 2.5-0.025 mg per tablet | Take 1 tablet by mouth Twice a day 12 (twelve) hours apart. | 5 tablet | 0 |

| | | | |
|---|---|---|---|
| • FLUoxetine (PROZAC) 40 MG capsule | TAKE ONE CAPSULE BY MOUTH ONE TIME DAILY | 90 capsule | 3 |
| • fluticasone (FLONASE) 50 mcg/actuation nasal spray | APPLY TWO SPRAYS IN EACH NOSTRIL ONCE DAILY | 16 g | 1 |
| • metFORMIN XR (GLUCOPHAGE-XR) 500 mg 24 hr tablet | Take 1 tablet by mouth 2 (two) times daily. | 60 tablet | 3 |
| • naproxen (NAPROSYN) 500 mg tablet | Take 1 tablet by mouth Take daily with a meal. | 30 tablet | 0 |
| • propranoloL (INDERAL) 20 mg tablet | TAKE ONE TABLET BY MOUTH TWICE DAILY | 60 tablet | 3 |
| • SUMAtriptan (IMITREX) 50 mg tablet | TAKE 1 TABLET BY MOUTH EVERY 2 (TWO) HOURS AS NEEDED FOR MIGRAINE. MAY REPEAT IN 2 HOURS IF NEEDED | 10 tablet | 3 |
| • topiramate (TOPAMAX) 25 mg tablet | Take 1 tablet by mouth 2 (two) times daily. | 60 tablet | 3 |

No current facility-administered medications for this visit.

**ALLERGIES**

**Allergies**

Allergen Reactions
- Adhesive
- Lipitor [Atorvastatin]
- Morphine

**REVIEW OF SYSTEM**

Constitutional: No fever chills appetite normal
CV: No chest pain
Respiratory: No cough congestion shortness of breath
GI: No abdominal pain nausea vomiting diarrhea
GU: No dysuria hematuria
Neuro: No headache weakness or numbness

**PHYSICAL EXAM**

**Vital Signs:**

**Vitals:**

| | |
|---|---|
| | 03/22/21 1314 |
| BP: | 135/85 |

Pulse: 88

General: Well-developed well-nourished female no acute distress
Neck: No JVD or bruit
Lungs: Clear breath sounds bilaterally
Heart: Regular rate and rhythm
Abdomen: Soft flat nondistended nontender
Extremities: No edema, right wrist with immobilizing splint/brace
Neuro: Slight weakness in grip in both hands, there is weakness with flexion and extension of both wrist as well no tremor appreciated this afternoon
Psych: Speech behavior and appearance are normal mood is okay

**RESULTS**

**ASSESSMENT**

1. **Chronic pain of right wrist**
2. Chronic pain of left upper extremity
3. Left arm weakness
4. Type 2 diabetes mellitus without complication, without long-term current use of insulin (HCC)
5. Hx of migraine headaches
6. Benign essential tremor
7. GAD (generalized anxiety disorder)
8. Complex regional pain syndrome type 1 of left upper extremity
9. Pain of finger of right hand

**PLAN**

Amy was seen today for follow-up.

Diagnoses and all orders for this visit:

**Chronic pain of right wrist**

- Sedimentation rate, automated; Future
- C-reactive protein; Future
- ANA Profile; Future
- ANA; Future
- Rheumatoid factor; Future

**Chronic pain of left upper extremity**

**Left arm weakness**

**Type 2 diabetes mellitus without complication, without long-term current use of insulin (HCC)**

- Comprehensive metabolic panel; Future
- Lipid panel; Future
- Hemoglobin A1c; Future

**Hx of migraine headaches**

**Benign essential tremor**

**GAD (generalized anxiety disorder)**

**Complex regional pain syndrome type 1 of left upper extremity**

**Pain of finger of right hand**

Continue present medications. Recommend continued follow-up with orthopedic surgery. Will check labs to assess lipids and diabetes along with renal function.

## Instructions

Return in about 6 months (around 9/22/2021) for Annual wellness physical exam.

After Visit Summary (Printed 3/22/2021)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 135/85 Pulse 88 Ht 157.5 cm (62.01") Wt 51.3 kg (113 lb) BMI 20.66 kg/m² BSA 1.5 m² More Vitals |
| Flowsheets: | Unwanted Narrator Documentation, Vital Signs |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report, More Vitals |

No questionnaires available.

## Orders Placed

**Comprehensive metabolic panel** (Resulted 3/23/2021, Abnormal)
**Hemoglobin A1c** (Resulted 3/23/2021, Abnormal)
**Lipid panel** (Resulted 3/23/2021, Abnormal)
ANA Profile (Resulted 3/23/2021)
ANA (Resulted 3/23/2021)
C-reactive protein (Resulted 3/23/2021)
Rheumatoid factor (Resulted 3/23/2021)
Sedimentation rate, automated (Resulted 3/23/2021)

## Medication Changes

As of 3/22/2021 1:20 PM

None

## Visit Diagnoses

Primary: **Chronic pain of right wrist** M25.531, G89.29
Chronic pain of left upper extremity M79.602, G89.29

Left arm weakness R29.898
Type 2 diabetes mellitus without complication, without long-term current use of insulin (HCC) E11.9
Hx of migraine headaches Z86.69
Benign essential tremor G25.0
GAD (generalized anxiety disorder) F41.1
Complex regional pain syndrome type 1 of left upper extremity G90.512
Pain of finger of right hand M79.644

# KNIGHT, Amy R

MRN: 252940

**Procedure visit** 11/10/2020
Baton Rouge Clinic Neurology

Provider: Gladney, William W Jr., MD (Neurology)
Primary diagnosis: Paresthesia
Reason for Visit: Referred by West, J David, MD

## Procedures

Gladney, William W Jr., MD (Physician) • Neurology

Procedure Orders
1. Nerve conduction test [202619433] ordered by Howell, Sharon Diann, MA at 11/10/20 0901

Pre-procedure Diagnoses
1. Paresthesia [R20.2]

Post-procedure Diagnoses
1. Wrist pain, chronic, right [M25.531, G89.29]

Procedures
1. PR MOTOR &/SENS 9-10 NRV CNDJ PRECONF ELTRODE LIMB [95911 (CPT®)]

Amy is a 52-year-old referred by Dr. Ty Garon. She has been having severe right wrist pain, but also some numbness in the right hand. Symptoms are worse if she extends the hand, and when she is typing, she can get pain at night. She has a prominent essential tremor. Not much neck pain reported
Physical exam–is on compression of the wrist and flexion extension at the wrist, no definite thenar atrophy, intrinsic hand muscle strength is normal

NCV UE– Normal motor and sensory distal latencies for the right and left median nerves, with normal amplitudes and normal conduction velocities from the wrist to the antecubital fossa. Ulnar motor and sensory distal latencies are normal, with normal amplitudes, and normal conduction velocities across the elbow. Radial sensory studies are normal.

EMG UE-normal insertional activity, motor unit action potentials with normal configuration, recruitment full, APB spared.

Impression.–No definite evidence of carpal tunnel syndrome
No evidence of peripheral neuropathy or cervical radiculopathy
Tendinitis/arthropathy at the wrist

William Gladney, MD
Thanks to Dr. Garon for this referral

## Procedures

Gladney, William W Jr., MD (Physician) • Neurology

Procedure Orders
1. EMG [202619432] ordered by Howell, Sharon Diann, MA at 11/10/20 0901

Pre-procedure Diagnoses
1. Paresthesia [R20.2]

Post-procedure Diagnoses
1. Wrist pain, chronic, right [M25.531, G89.29]

Procedures
1. PR NEEDLE EMG EA EXTREMTY W/PARASPINL AREA COMPLETE [95886 (CPT®)]

Amy is a 52-year-old referred by Dr. Ty Garon. She has been having severe right wrist pain, but also some numbness in the right hand. Symptoms are worse if she extends the hand, and when she is typing, she can get pain at night. She has a prominent essential tremor. Not much neck pain reported
Physical exam--is on compression of the wrist and flexion extension at the wrist, no definite thenar atrophy, intrinsic hand muscle strength is normal

NCV UE-- Normal motor and sensory distal latencies for the right and left median nerves, with normal amplitudes and normal conduction velocities from the wrist to the antecubital fossa. Ulnar motor and sensory distal latencies are normal, with normal amplitudes, and normal conduction velocities across the elbow. Radial sensory studies are normal.

EMG UE-normal insertional activity, motor unit action potentials with normal configuration, recruitment full, APB spared.

Impression.--No definite evidence of carpal tunnel syndrome
No evidence of peripheral neuropathy or cervical radiculopathy
Tendinitis/arthropathy at the wrist

William Gladney, MD
Thanks to Dr. Garon for this referral

## Progress Notes

Gladney, William W Jr., MD (Physician) • Neurology

Amy is a 52-year-old referred by Dr. Ty Garon. She has been having severe right wrist pain, but also some numbness in the right hand. Symptoms are worse if she extends the hand, and when she is typing, she can get pain at night. She has a prominent essential tremor. Not much neck pain reported
Physical exam--is on compression of the wrist and flexion extension at the wrist, no definite thenar atrophy, intrinsic hand muscle strength is normal

NCV UE-- Normal motor and sensory distal latencies for the right and left median nerves, with normal amplitudes and normal conduction velocities from the wrist to the antecubital fossa. Ulnar motor and sensory distal latencies are normal, with normal amplitudes, and normal conduction velocities across the elbow. Radial sensory studies are normal.

EMG UE-normal insertional activity, motor unit action potentials with normal configuration, recruitment full, APB spared.

Impression.--No definite evidence of carpal tunnel syndrome
No evidence of peripheral neuropathy or cervical radiculopathy
Tendinitis/arthropathy at the wrist

William Gladney, MD
Thanks to Dr. Garon for this referral

## Additional Documentation

Encounter Info: Billing Info, History, Allergies, Detailed Report, More Vitals

No questionnaires available.

## Orders Placed

EMG (Resulted 11/10/2020)
Nerve conduction test (Resulted 11/10/2020)

## Medication Changes

As of 11/10/2020 9:47 AM

None

## Visit Diagnoses

Primary: **Paresthesia** R20.2
Wrist pain, chronic, right M25.531, G89.29

**PATIENT NAME: AMY RAY KNIGHT** **CHART NO: 45455**

**08/18/2020**

**ATTORNEY PHONE CONFERENCE**

I had a phone conference with her attorney, Rob Campbell.

The company that was employing her when she had her on-the-job injury had sold. They want to settle the case. Amy has some new complaints in her right arm. Mr. Campbell was explaining to me that she has been using her right arm for everything. He was asking if her right arm was related to her previous injury. I told him no.

He then thought that maybe her new employer may be responsible for her right arm because she has been overusing it. I told him I don't think that's the case either.

I pointed out Amy had an FCE which showed submaximal effort and self-limiting behavior. I think at that point any further pursuit of a claim ends. It makes the patient unreliable as a historian and makes the physical exam less reliable as well.

I told him I am happy to take care of Amy's right arm but it is unrelated to her job or her previous injury.

**Rick Ahmad, M.D./sk**

**PATIENT NAME: AMY RAY KNIGHT** **CHART NO: 45455**

**7/2/19** **CC: W/C**

Amy is here in follow-up of her left elbow pain. Her arm still hurts. She can't do anything with the left arm. I tried to send her to work conditioning, it was denied because she did not have a course of therapy. She has not been to therapy recently. When her FCE was denied they requested therapy and we sent orders, that was denied as well.

She complains of pain in her elbow. Numbness in her fingers. She can't type. She has to use her right hand when she is working. She has difficulty with her right small finger. It makes it even more difficult to type and write with her right hand.

**PAST MEDICAL HISTORY:** Past medical history, past surgical history, medications, allergies, family history, social history and review of systems have been personally reviewed and signed by me.

**PHYSICAL EXAM:**
**General:** Well-developed, well-nourished female. She is accompanied by her husband.
**Neuro:** Alert and oriented x 3. Normal gait.
**Psych:** Normal speech and affect.
**CV:** Palpable radial pulses.
**Resp:** Smooth and unlabored.
**Skin:** No evidence of focal lesions or trauma.
**Hem/Imm/Lymph:** No evidence of lymphangitis or adenopathy.

Two-point discrimination is 5 mm. both hands. Thenars are 5/5 bilaterally. Intrinsics are 4/5 on the left and 5/5 on the right. She has +10 to 150 in her right elbow, +5 to 140 in her left elbow.

**IMPRESSION AND PLAN:** I am not sure where to go with her. I think at this point we have exhausted most of the options I can think of. I have asked for work conditioning that was denied. I asked for therapy and it has been denied. She had a second opinion with Dr. Bankston. I don't think he had anything to offer either. Maybe vocational rehab. She is a nurse. That may have something to offer, I am not sure. For now I am going to keep her on light duty. We are also going to try pain management.

**Rick Ahmad, M.D./sk**

**PATIENT NAME: AMY RAY KNIGHT CHART NO: 45455**

5/17/19 CC: W/C

Amy is here in follow-up of her left arm pain and elbow injury. It is almost a year. I sent her for a functional capacity evaluation. She is here in follow-up of the results.

She demonstrated submaximal effort and self-limiting behavior. She did not have a bell-shaped curve on her grip strength testing.

They put some restrictions down and thought she would follow the restrictions. I think Amy does not want to follow those restrictions. I think that she believes that she can doles with her arm than the FCE indicated.

She asked about doing therapy. We worked on her motion early on but I have not sent her for any strengthening. It is not an unreasonable idea. I am going to send her for work conditioning and see what that does for her. Continue her work restrictions. I will see her back in six weeks after she has had a chance to do a month of work conditioning.

**Rick Ahmad, M.D./sk**

**PATIENT NAME:** **AMY RAY KNIGHT** **CHART NO:** 45455

4/5/19 CC: W/C

Amy is here in follow-up of her left elbow injury. She is now ten months out. Pain. Pain in her left elbow, terrible pain. She has never gotten better. I injected it, it made it worse and not better. She had a second opinion. We have done an EMG and MRI which were negative.

We obtained a bone scan after last visit. I was wondering if we could pursue the possible diagnosis Of RSD.

**PAST MEDICAL HISTORY:** Past medical history, past surgical history, medications, allergies, family history, social history and review of systems have been personally reviewed and signed by me.

**PHYSICAL EXAM:**
**General:** Well-developed, well-nourished female. She is accompanied by her husband.
**Neuro:** Alert and oriented x 3. Normal gait.
**Psych:** Normal speech and affect.
**CV:** Palpable radial pulses.
**Resp:** Smooth and unlabored.
**Skin:** No evidence of focal lesions or trauma.
**Hem/Imm/Lymph:** No evidence of lymphangitis or adenopathy.

**IMPRESSION AND PLAN:** Bone scan was negative. Bone scan is not perfect in diagnosing RSD but it is one of the more useful tools. I told Amy we could try stellate ganglion blocks and just see if it makes it better. However, she is not interested in invasive treatment without a reasonable chance it will make her better.

Instead, we are going to do a functional capacity evaluation and see what she can do. In the meantime continue with her work restrictions which is no lifting more than 5 pounds in her left hand, no repetitive pushing, pulling, grasping, and twisting the left hand, no typing left hand. I will see her back after the FCE.

**Rick Ahmad, M.D./sk**

**PATIENT NAME: AMY RAY KNIGHT** **CHART NO: 45455**

**3/12/19** **CC: W/C**

Amy is here in follow-up of her left radial head fracture. She fell nine months ago. She has pain. Pain in her left elbow that radiates up and down her arm. Tingling in her left arm. The pain is terrible.

She has had pain in other areas before but nothing has ever been as bad as her elbow. She is not getting any better.

We have done an MRI. We have done EMG. We got a second opinion. So far no answers.

**PAST MEDICAL HISTORY:** Past medical history, past surgical history, medications, allergies, family history, social history and review of systems have been personally reviewed and signed by me.

**PHYSICAL EXAM:**
**General:** Well-developed, well-nourished female. She is accompanied by her husband.
**Neuro:** Alert and oriented x 3. Normal gait.
**Psych:** Normal speech and affect.
**CV:** Palpable radial pulses.
**Resp:** Smooth and unlabored.
**Skin:** No evidence of focal lesions or trauma.
**Hem/Imm/Lymph:** No evidence of lymphangitis or adenopathy.

Normal light touch and motors in both hands. Full motion of both hands. Skin is normal in both hands, it is not warm, not hypesthetic.

**RADIOGRAPHS:** Radiographs were obtained,

X-rays were ordered, performed, and interpreted today in my office.

**IMPRESSION AND PLAN:** I am running out of answers. He thought it may be neurogenic pain but we have done an EMG which was normal. This may be reflex sympathetic dystrophy. I have tried to stay away from that diagnosis. We are going to obtain a bone scan to look at her left arm and see if it gives us any idea of whether or not she has reflex sympathetic dystrophy. If so, I am going to do stellate ganglion blocks. If not, we will do a functional capacity evaluation.

**PATIENT NAME: AMY RAY KNIGHT** **CHART NO: 45455**

**3/12/19** **CC: W/C**

**PAGE 2**

She can work, no typing with the left hand, no lifting more than 5 pounds in the left hand.

**Rick Ahmad, M.D./sk**

**PATIENT NAME:** **AMY RAY KNIGHT**
**CHART NO:** 45455
DATE: 02/20/2019

**HISTORY:** Amy Ray Knight is here today for recheck of her left elbow. Dr. Ahmad asked us to see her again. I saw her in the past for some frozen shoulder and also saw her after a work-related injury on 06/07/2018 when she fell and had a radial fracture treated nonoperatively. She went through occupational therapy and anti-inflammatories.

Unfortunately, she still has global pain in the left elbow. She is right hand dominant. She is an RN. Unfortunately, she has continued pain in the left elbow with global pain in the medial, lateral, anterior and posterior aspects of the elbow. She also notes some numbness and tingling that radiate from the elbow down towards her hand. The pain is 8/10.

She recently had an intraarticular injection by Dr. Ahmad without any improvement and if anything, further aggravation of the elbow. She still has a good bit of pain and just wants an answer as to why it still hurts so much.

**PAST MEDICAL HISTORY:** Past medical history, past surgical history, medications, allergies, family history, social history, and review of systems have been reviewed by me and personally signed.

**PHYSICAL EXAMINATION:**
**General:** No apparent distress, alert, oriented and appropriate.
**Resp:** Even and unlabored.
**Left Upper Ext.:** Range of motion of the elbow is from 0-140 degrees of flexion. There is full pronation and supination. There is 5/5 strength with biceps and triceps testing and an intact biceps by Hook maneuver. She has tenderness to palpation globally around the elbow at both the olecranon, medial and lateral epicondyle and soft spot posterolaterally. She says that most her pain is in the posterolateral to lateral aspect of the elbow. There is good shoulder motion. She forward elevates to 170 degrees and externally rotates to 80 degrees. There is excellent cuff strength in all planes. She has significant pain in the elbow with minimal palpation.

**PATIENT NAME:** **AMY RAY KNIGHT**
**CHART NO:** 45455
**DATE:** 02/20/2019
**PAGE TWO**

**EMG:** I reviewed the EMG/nerve conduction study by Dr. Murphy, which was a normal study of the left upper extremity.

**MRI:** I reviewed the MRI, which showed essentially a healed radial head fracture with minimal irregularity around the lateral ulnar collateral attachment proximally. The medial ulnar collateral ligament looked normal. There were no loose bodies.

**IMPRESSION:** Healed left radial head fracture with continued pain. No evidence of nerve compression issues, no evidence of instability, full range of motion, no loose bodies on MRI, normal EMG/nerve conduction study, healed fracture.

**PLAN:** I think that most of her symptoms are likely neurogenic in nature and I do not think that surgery would be in her best interest. Dr. Ahmad does not feel that she has RSD, but her underlying fibromyalgia and injury back in June may have ramped up some type of neurogenic pain that may be best treated with just pain management. I have given them some names of some pain management doctors. I do not think there is anything in my hands that I can do to make this patient better and I think she is approaching maximum medical improvement. I think she is likely to still have continued pain long-term.

I am going to discuss this case further with Dr. Ahmad, with further care per Dr. Ahmad.

I was very frank with Mrs. Knight and apologized for the fact that we could not help better resolve her elbow symptoms, but I did give her suggestions for a pain management doctor. I gave her husband a name as well and apologized for her continued pain.

**Larry S. Bankston, Jr., M.D./yal**

**PATIENT NAME: AMY RAY KNIGHT CHART NO: 45455**

**2/19/19 CC: W/C**

**REHAB CONFERENCE**

I had a rehab conference with Tammy Gros. The underlying injury that started this is the radial head fracture that is healed. She still has pain. She has tingling. We tried to look for the source of the tingling and pain. At this point we have done an MRI which was negative and an EMG which was negative. Dr. Lawton thought the MRI showed healing grade 2 sprain of the proximal lateral ulnar collateral ligament.

I don't have an answer why Amy continues to hurt. I would like to get Dr. Bankston's opinion to see we can figure out the source of the pain.

If he does not have anything to offer my next step would be to obtain a functional capacity evaluation.

**Rick Ahmad, M.D./sk**

**PATIENT NAME: AMY RAY KNIGHT** **CHART NO: 45455**

1/31/19 CC: W/C

Amy is here in follow-up of her left elbow pain. I injected her left elbow, it did not help at all. It was worse for awhile. She still gets tingling all of her left arm that comes and goes. She is really struggling at work.

She is here in follow-up of her EMG. I was looking for the source of her tingling.

**PAST MEDICAL HISTORY:** Past medical history, past surgical history, medications, allergies, family history, social history and review of systems have been personally reviewed and signed by me.

**PHYSICAL EXAM:**
**General:** Well-developed, well-nourished female. She is accompanied by her husband.
**Neuro:** Alert and oriented x 3. Normal gait.
**Psych:** Normal speech and affect.
**CV:** Palpable radial pulses.
**Resp:** Smooth and unlabored.
**Skin:** No evidence of focal lesions or trauma.
**Hem/Imm/Lymph:** No evidence of lymphangitis or adenopathy.

She has tremors.

She has a mass in her right small finger dorsal radial to the PIP joint.

**RADIOGRAPHS:** Radiographs were obtained, AP and lateral of the right small finger show PIP arthritis.

X-rays were ordered, performed, and interpreted today in my office.

**EMG:** She had an EMG with Dr. Murphy that was normal.

**IMPRESSION AND PLAN:** I am not sure why Amy is struggling. I would like her to see Dr. Chip Bankston as a second opinion and see if we can get an idea why she has elbow pain. For now she can continue to work, no lifting more than 5 pounds in her left hand, no typing with the left hand. I will see her back after her second opinion. **Rick Ahmad, M.D./sk**

**PATIENT NAME: AMY RAY KNIGHT CHART NO: 45455**

**1/3/19 CC: W/C**

Amy is here in follow-up of her left elbow injury. She is now six months out. The last time I saw her was about four months ago when we ordered an MRI. The MRI was done six weeks after I last saw her.

She has been trying to get in but she has been having scheduling conflicts for the last 2 ½ months.

Her complaints are unchanged. She still has pain. Pain around her left elbow. Tingling in all the fingers of her left hand. She has pain in the left elbow with activities, it can be sharp and can be severe. It is tender if she leans on it. Pain if she moves it too much.

She also developed a small bump in her right small finger about four months ago, it is slightly larger now.

**PAST MEDICAL HISTORY:** Past medical history, past surgical history, medications, allergies, family history, social history and review of systems have been personally reviewed and signed by me.

**PHYSICAL EXAM:**
**General:** Well-developed, well-nourished female. She is accompanied by her husband.
**Neuro:** Alert and oriented x 3. Normal gait.
**Psych:** Normal speech and affect.
**CV:** Palpable radial pulses.
**Resp:** Smooth and unlabored.
**Skin:** No evidence of focal lesions or trauma.
**Hem/Imm/Lymph:** No evidence of lymphangitis or adenopathy.

Two-point discrimination is 5 mm. in all fingers of both hands. Normal motors in both hands. Skin is intact. Both hands are well perfused. Full motion of both hands. She has a small mass dorsal to her right small finger PIP joint. It is soft, minimally tender.

She has +5 to 150 in the right elbow, +5 to 140 in the left elbow. 80 of pronation and 90 of supination bilaterally. No pain with motion of the elbows. She has tenderness in her left elbow.

**PATIENT NAME: AMY RAY KNIGHT** **CHART NO: 45455**

**1/3/19** **CC: W/C**

**PAGE 2**

Most of her tenderness is over the extensor supinator origin more than the radial head and both of those more tender than palpation of the left lateral collateral ligament origin.

She has diffuse tenderness medial elbow and anterior elbow as well on the left.

Median nerve compression test causes all the fingers of the left hand to tingle. Ulnar nerve compression test causes all the fingers of the left hand to tingle and was nontender.

**MRI:** She had an MRI 2 ½ months ago which showed her radial head fracture had healed. A healing grade 2 sprain of her lateral collateral ligament origin.

**IMPRESSION AND PLAN:** I think she has essentially healed her injuries. She is not having any pain. She may have an intraarticular source of her pain. We are going to inject as a diagnostic and therapeutic measure.

She also has tingling in all fingers of the left hand. She and her husband are pretty clear that she did not have tingling prior to her injury. I can't reliably reproduce the tingling based on her exam so we are going to do an EMG.

She has a small bump in her right small finger. I am not sure how it would be related to the injury. Even typing which just her right hand will not cause arthritic change in her right small finger PIP joint in just six months. We will x-ray her right small finger when she comes back.

**PROCEDURE:** Under sterile prep, I injected her left ulnohumeral joint using a 5 cc. syringe and a .25 gauge needle with 12 mgs. of betamethasone, 10 mg. of 0.25% Marcaine and 10 mg. of 1% lidocaine. She tolerated it well.

She said after the injection it made her elbow hurt worse, that may be because of fluid inside her joint, that's unusual, usually people feel better almost immediately because of the anesthetic we put in with the injection.

PATIENT NAME: AMY RAY KNIGHT CHART NO: 45455

1/3/19 CC: W/C

PAGE 3

I am going to obtain an EMG and see her back once it is done. Continue her restriction of lifting no more than 5 pounds in her left hand, no typing.

Rick Ahmad, M.D./sk

**PATIENT NAME:** **AMY RAY KNIGHT**
**CHART NO:** **45455**
**DATE:** **12/05/2018**

**REHABILITATION CONFERENCE**

I have only seen Ms. Knight once since her work-related injury. I had seen her back in 2014 for another left shoulder condition.

Last visit my differential included early frozen shoulder versus thoracic outlet syndrome. She had an MRI of the left shoulder, which was essentially normal, with the exception of some mild thickening in the inferior aspect of the joint capsule.

At this point, my recommendation is that I would like to see Ms. Knight back once again. I cannot at this point determine MMI given her one-time visit. I do feel that her frozen shoulder is likely related to a period of immobilization post injury following her radial head fracture on the left side. She is also more predisposed to frozen shoulder given her history of frozen shoulder.

Will have her return to work based off Dr. Ahmad's work restrictions with MMI to be determined, limited again per Dr. Ahmad's restrictions with limited lifting to 5 pounds to the left upper extremity and no pushing, pulling, grasping, or twisting with the left hand on a repetitive basis.

**Larry S. Bankston, Jr., M.D./yal**

Fax: Ms. Tammy Gros
855-731-2091

**PATIENT NAME: AMY RAY KNIGHT CHART NO: 45455**

**9/13/18**

We can take a break from therapy. I don't think she has RSD or CRPS, so I don't think it is crucial she go to therapy right now.

We will wait to get the results of her MRI before we continue therapy.

**Rick Ahmad, M.D./sk**

**PATIENT NAME: AMY RAY KNIGHT** **CHART NO: 45455**

8/30/18

Amy is here in follow-up of her left radial head fracture. She is having pain. Pain all around her left elbow. Pain that goes down into her left hand and wrist. She gets tingling in her hand and shaking in her hand. She is working. She is working on light duty but it still hurts. No improvement.

She saw Dr. Chip Bankston. He was concerned she may have RSD.

**PAST MEDICAL HISTORY:** Past medical history, past surgical history, medications, allergies, family history, social history and review of systems have been personally reviewed and signed by me.

**PHYSICAL EXAM:**
**General:** Well-developed, well-nourished female. She is accompanied by her daughter.
**Neuro:** Alert and oriented x 3. Normal gait.
**Psych:** Normal speech and affect.
**CV:** Palpable radial pulses.
**Resp:** Smooth and unlabored.
**Skin:** No evidence of focal lesions or trauma.
**Hem/Imm/Lymph:** No evidence of lymphangitis or adenopathy.

Two-point discrimination is 5 mm. in all fingers of both hands. Normal motors in both hands. Skin is intact. Both hands are well perfused. She has full motion both hands and wrists. She has +5 to 150 in her right elbow, +5 to 140 in the left elbow, 80 of pronation and 90 of supination bilaterally.

There may be some subtle swelling in her left wrist, no other swelling. She has circumferential tenderness in the distal brachium to the proximal forearm. Some tenderness in the mid forearm. Some tenderness in the left hand and wrist. She has tenderness over her medial epicondyle and her cubital tunnel.

**CT SCAN:** I looked at her CAT scan. To me she is healed. We can still see a portion of her fracture line through the subchondral plate but the rest of it is healed. The radiologist said the same.

**IMPRESSION AND PLAN:** I don't have an explanation for her pain. She is healed. She has excellent motion. No trophic changes. No change in her color or temperature of her hands.

**PATIENT NAME: AMY RAY KNIGHT** **CHART NO: 45455**

8/30/18

**PAGE 2**

I don't think it is RSD or CRPS. I am going to do an MRI of her left elbow to see if there is a soft tissue injury that we are not aware of. She can continue with her light duty. I will see her back after her MRI.

Rick Ahmad, M.D./sk

**PATIENT NAME:** **AMY RAY KNIGHT**
**CHART NO:** **45455**
**DATE:** **08/28/2018**

**HISTORY:** This is a patient Dr. Ahmad asked us to see. I have actually seen her in the past for her left shoulder. She had left shoulder adhesive capsulitis and cuff tear. We went through some diagnostic aspects of working through her shoulder back then. She says the left shoulder was really doing well over the last 2+ years, but unfortunately she had a trip and fall at work and had a work-related injury while working for Molina Medicaid Solutions on 06/07/2018 and sustained a left elbow radial neck fracture managed by Dr. Ahmad nonoperatively. She was in a splint briefly.

Unfortunately, since that time she has had severe pain throughout the left upper extremity. She notes some numbness and tingling in her hand with pain in the deep aspect of the shoulder. The pain can be a 9/10 with any type of shoulder motion. She has gone through therapy. She has not had any surgery on the shoulder and has not had any injections of the shoulder. She has been taking Tramadol, which has not really improved things. She had again this radial head fracture, which was treated by Dr. Ahmad. She also had a CT of the elbow.

She is here today with her mother.

**PAST MEDICAL HISTORY:** Past medical history, past surgical history, medications, allergies, family history, social history, and review of systems have been reviewed by me and personally signed.

**PHYSICAL EXAMINATION:**

**General:** No apparent distress, alert, oriented and appropriate.
**Resp:** Even and unlabored.
**Right Upper Ext.:** Skin is intact. She has some AC joint pain. She forward elevates to about 160-170 degrees bilaterally, externally rotates to 70-80 degrees bilaterally, and internally rotates to T10 on the right and T12 on the left. She has 4 to 4+/5 cuff strength as well as biceps, triceps, deltoid, wrist extensors, finger flexors, and interossei. In terms of thoracic outlet test,

**PATIENT NAME:** **AMY RAY KNIGHT**
**CHART NO:** 45455
**DATE:** 08/28/2018
**PAGE TWO**

she seems like she loses a pulse in the arm in the overhead position and starts to develop some numbness and tingling rather quickly in the ulnar digits as well.

**RADIOGRAPHS:** X-rays were ordered, performed, and interpreted today in the office. AP, axillary and outlet of the left shoulder show a little superior migration of the humeral head, but an overall well preserved acromiohumeral interval. I do not see evidence of any glenohumeral arthritis or fracture radiographically and no significant AC arthritis.

**IMPRESSION:** 50-year-old right hand dominant woman with history of fibromyalgia, on multiple medicines, with history of left shoulder troubles four years ago which had resolved, with work-related injury on 06/07/2018 with radial head fracture managed by Dr. Ahmad, but also some concern for early frozen shoulder versus cuff injury versus thoracic outlet syndrome.

**PLAN:** I discussed with Dr. Ahmad that she also could have early RSD/CRPS. We are going to get an MRI of her shoulder to evaluate the structural aspects of her cuff. If that looks normal, we will go from there.

**Larry S. Bankston, Jr., M.D./yal**

**PATIENT NAME:** **AMY RAY KNIGHT**
**CHART NO:** 45455
**DATE:** 08/28/2018

**HISTORY:** This is a patient Dr. Ahmad asked us to see. I have actually seen her in the past for her left shoulder. She had left shoulder adhesive capsulitis and cuff tear. We went through some diagnostic aspects of working through her shoulder back then. She says the left shoulder was really doing well over the last 2+ years, but unfortunately she had a trip and fall at work and had a work-related injury while working for Molina Medicaid Solutions on 06/07/2018 and sustained a left elbow radial neck fracture managed by Dr. Ahmad nonoperatively. She was in a splint briefly.

Unfortunately, since that time she has had severe pain throughout the left upper extremity. She notes some numbness and tingling in her hand with pain in the deep aspect of the shoulder. The pain can be a 9/10 with any type of shoulder motion. She has gone through therapy. She has not had any surgery on the shoulder and has not had any injections of the shoulder. She has been taking Tramadol, which has not really improved things. She had again this radial head fracture, which was treated by Dr. Ahmad. She also had a CT of the elbow.

She is here today with her mother.

**PAST MEDICAL HISTORY:** Past medical history, past surgical history, medications, allergies, family history, social history, and review of systems have been reviewed by me and personally signed.

**PHYSICAL EXAMINATION:**

**General:** No apparent distress, alert, oriented and appropriate.
**Resp:** Even and unlabored.
**Right Upper Ext.:** Skin is intact. She has some AC joint pain. She forward elevates to about 160-170 degrees bilaterally, externally rotates to 70-80 degrees bilaterally, and internally rotates to T10 on the right and T12 on the left. She has 4 to 4+/5 cuff strength as well as biceps, triceps, deltoid, wrist extensors, finger flexors, and interossei. In terms of thoracic outlet test,

**PATIENT NAME:** **AMY RAY KNIGHT**
**CHART NO:** 45455
**DATE:** 08/28/2018
**PAGE TWO**

she seems like she loses a pulse in the arm in the overhead position and starts to develop some numbness and tingling rather quickly in the ulnar digits as well.

**RADIOGRAPHS:** X-rays were ordered, performed, and interpreted today in the office. AP, axillary and outlet of the left shoulder show a little superior migration of the humeral head, but an overall well preserved acromiohumeral interval. I do not see evidence of any glenohumeral arthritis or fracture radiographically and no significant AC arthritis.

**IMPRESSION:** 50-year-old right hand dominant woman with history of fibromyalgia, on multiple medicines, with history of left shoulder troubles four years ago which had resolved, with work-related injury on 06/07/2018 with radial head fracture managed by Dr. Ahmad, but also some concern for early frozen shoulder versus cuff injury versus thoracic outlet syndrome.

**PLAN:** I discussed with Dr. Ahmad that she also could have early RSD/CRPS. We are going to get an MRI of her shoulder to evaluate the structural aspects of her cuff. If that looks normal, we will go from there.

**Larry S. Bankston, Jr., M.D./yal**

**PATIENT NAME:** **AMY RAY KNIGHT**
**CHART NO:** **45455**
**DATE:** 08/28/2018

**HISTORY:** This is a patient Dr. Ahmad asked us to see. I have actually seen her in the past for her left shoulder. She had left shoulder adhesive capsulitis and cuff tear. We went through some diagnostic aspects of working through her shoulder back then. She says the left shoulder was really doing well over the last 2+ years, but unfortunately she had a trip and fall at work and had a work-related injury while working for Molina Medicaid Solutions on 06/07/2018 and sustained a left elbow radial neck fracture managed by Dr. Ahmad nonoperatively. She was in a splint briefly.

Unfortunately, since that time she has had severe pain throughout the left upper extremity. She notes some numbness and tingling in her hand with pain in the deep aspect of the shoulder. The pain can be a 9/10 with any type of shoulder motion. She has gone through therapy. She has not had any surgery on the shoulder and has not had any injections of the shoulder. She has been taking Tramadol, which has not really improved things. She had again this radial head fracture, which was treated by Dr. Ahmad. She also had a CT of the elbow.

She is here today with her mother.

**PAST MEDICAL HISTORY:** Past medical history, past surgical history, medications, allergies, family history, social history, and review of systems have been reviewed by me and personally signed.

**PHYSICAL EXAMINATION:**

**General:** No apparent distress, alert, oriented and appropriate.
**Resp:** Even and unlabored.
**Right Upper Ext.:** Skin is intact. She has some AC joint pain. She forward elevates to about 160-170 degrees bilaterally, externally rotates to 70-80 degrees bilaterally, and internally rotates to T10 on the right and T12 on the left. She has 4 to 4+/5 cuff strength as well as biceps, triceps, deltoid, wrist extensors, finger flexors, and interossei. In terms of thoracic outlet test,

**PATIENT NAME:** **AMY RAY KNIGHT**
**CHART NO:** **45455**
**DATE:** **08/28/2018**
**PAGE TWO**

she seems like she loses a pulse in the arm in the overhead position and starts to develop some numbness and tingling rather quickly in the ulnar digits as well.

**RADIOGRAPHS:** X-rays were ordered, performed, and interpreted today in the office. AP, axillary and outlet of the left shoulder show a little superior migration of the humeral head, but an overall well preserved acromiohumeral interval. I do not see evidence of any glenohumeral arthritis or fracture radiographically and no significant AC arthritis.

**IMPRESSION:** 50-year-old right hand dominant woman with history of fibromyalgia, on multiple medicines, with history of left shoulder troubles four years ago which had resolved, with work-related injury on 06/07/2018 with radial head fracture managed by Dr. Ahmad, but also some concern for early frozen shoulder versus cuff injury versus thoracic outlet syndrome.

**PLAN:** I discussed with Dr. Ahmad that she also could have early RSD/CRPS. We are going to get an MRI of her shoulder to evaluate the structural aspects of her cuff. If that looks normal, we will go from there.

**Larry S. Bankston, Jr., M.D./yal**

**PATIENT NAME:** **AMY RAY KNIGHT** **CHART NO:** **45455**

8/9/18 CC: W/C

Amy is here in follow-up of her right radial head fracture. She is now three months out. She has pain. Pain in her left arm. Throbbing pain and severe pain, shooting pain. It is always there, at times it gets worse, not necessarily worse with activities. She is in therapy trying to work on her motion, it makes her tremors worse. It makes her shake more. Both the right and left arm shake.

She is at work on a computer but she only uses her right hand to type. She is getting some problems in her right small finger.

**PHYSICAL EXAM:** Light touch and motors are intact in her left hand. Full motion of the left hand.

She has full passive motion of the left elbow 0 to 140 with pain at the extremes, full pronosupination as well. Tenderness left radial head.

She has tenderness in her right small finger PIP joint, a little bit of erythema in the dorsum of her right small finger PIP joint.

**IMPRESSION AND PLAN:** We had x-rays which showed callus formation, I thought she was healed. However, she is still tender and painful on her radial head. We are going to get a CAT scan to make sure she is healed. She can continue to work, no lifting more than 5 pounds in her left hand; no repetitive pushing, pulling, grasping and twisting. She can continue therapy as well.

She keeps her left elbow on a pillow at work. If she lays it down on the medial side of the elbow it hurts, it makes her fingers tingle.

If the CAT scan is unrevealing we will get an MRI to look at her ligaments.

Amy was asking about pain medication. We gave her Ultram twice. She says it does not work. The Ultram is not working. We will send her to pain management.

**Rick Ahmad, M.D./sk**

**PATIENT NAME:** **AMY RAY KNIGHT** **CHART NO:** **45455**

7/10/18 CC: W/C

Amy is here in follow-up of her left radial head fracture shoulder injury. She said her pain is not much better. Her motion is better. She has pain. Pain with activities. Pain that shoots down from her radius to her hand, especially when it gets in full extension.

**PAST MEDICAL HISTORY:** Past medical history, past surgical history, medications, allergies, family history, social history and review of systems have been personally reviewed and signed by me.

**PHYSICAL EXAM:**

**General:** Well-developed, well-nourished female.
**Neuro:** Alert and oriented x 3. Normal gait.
**Psych:** Normal speech and affect.
**CV:** Palpable radial pulses.
**Resp:** Smooth and unlabored.
**Skin:** No evidence of focal lesions or trauma.
**Hem/Imm/Lymph:** No evidence of lymphangitis or adenopathy.

Light touch and motors are intact in her left hand. Full motion of her left hand. 0 to 120 in the left elbow with painful extremes. 80 of pronation and 80 of supination. Mild tenderness left radial head.

**RADIOGRAPHS:** Radiographs were obtained, AP, lateral, and oblique of the left elbow as well as radial head view show callus formation in the radial head.

**IMPRESSION AND PLAN:** She is healing her injury. She still has some stiffness and some pain. I am going to keep her on light duty. She can't lift more than 5 pounds in her left hand, no repetitive pushing, pulling, grasping and twisting with the left hand. She needs to continue with therapy and work on her motion. I will see her back in a month, don't need x-rays, and check her progress.

**Rick Ahmad, M.D./sk**

**PATIENT NAME: AMY RAY KNIGHT CHART NO: 45455**

6/19/18 **CC: W/C**

Amy is here in follow-up of her left radial head fracture and left shoulder injury. She said her pain is not getting better. There is still pain in her left elbow and pain in her left shoulder. Her hand swells and sometimes it gets numb. She takes the brace on and off.

**PAST MEDICAL HISTORY:** Past medical history, past surgical history, medications, allergies, family history, social history and review of systems have been personally reviewed and signed by me.

**PHYSICAL EXAM:**
**General:** Well-developed, well-nourished female. She is accompanied by her mother.
**Neuro:** Alert and oriented x 3. Normal gait.
**Psych:** Normal speech and affect.
**CV:** Palpable radial pulses.
**Resp:** Smooth and unlabored.
**Skin:** No evidence of focal lesions or trauma.
**Hem/Imm/Lymph:** No evidence of lymphangitis or adenopathy.

Light touch and motors are intact in her hands. She has 20 to 110 in her left elbow, 80 of pronation and 70 of supination on the left, 80 of pronation and 80 of supination on the right. Minimal tenderness in the left elbow. Pain with the extremes of motion of her left elbow.

**RADIOGRAPHS:** Radiographs were obtained, AP, lateral, and oblique of the left elbow show no change in position of the radial head fracture. It looks like there is some callus.

**IMPRESSION AND PLAN:** She is healing. She is stiff. I want her to go to therapy. We tried to get her better last time but work comp had not approved it. I am going to try again. I will see her back in two weeks, x-ray her left elbow; AP, lateral, and oblique, radial head view and check her progress.

She can work, can't use her left hand.

**Rick Ahmad, M.D./sk**

# NM BONE SCAN 3 PHASE

**KNIGHT, Amy R**
MRN: 252940, Gender Identity: Female, (51 yrs), Outpatient
Accession #: 1901205077

## Final Result

BONE SCAN 3-PHASE

INDICATION: Reflex sympathetic dystrophy left upper extremity

TECHNIQUE: The patient was injected with 20.9 mCi Tc-99m MDP and dynamic angiographic, blood pool and 3-4 hour delayed images were obtained of the bilateral distal upper extremities.

COMPARISON: None

FINDINGS: The images demonstrate symmetric tracer uptake in the flow, blood pool and the delayed images. No discrete abnormal focal localization is identified.

Impression
Unremarkable three-phase bone scan.

Signed by Gazmen, Nina, MD on 3/28/2019 12:49 PM

## Appointment Info

Exam Date
3/28/2019

Department
LAKE IMAGING CENTER
225-765-6500
7135 PERKINS ROAD
BATON ROUGE, LA 70808

## Reason for Exam

NONE

## Diagnosis

Reflex sympathetic dystrophy of left upper extremity

## Providers

PCP
J David West, MD
225-769-4044
7373 Perkins Road
Baton Rouge, LA 70808-4326

Ordering Provider
Rasheed Ahmad, MD
225-924-2424
8080 Bluebonnet Blvd
Suite 1000
Baton Rouge, LA 70810

Attending Provider
Rasheed Ahmad, MD
225-924-2424
8080 Bluebonnet Blvd
Suite 1000
Baton Rouge, LA 70810

**Department of Neurology**
**The Baton Rouge Clinic**
**7373 Perkins Rd**
**Baton Rouge, LA 70808**

| | | | |
|---|---|---|---|
| Patient: | KNIGHT, AMY | Physician: | DR BRIAN MURPHY |
| Age: | | Test Date: | 01/30/19 |
| Sex: | Female | | |
| I.D.#: | 252940 | | |
| Ref. M.D.: | DR. AHMAD | | |

History- past L arm injury. Remains with chronic L arm pain, weakness.

**Motor Nerve Study**
Left Median Nerve

| Rec Site: APB | Lat (ms) | Dur (ms) | Amp (mV) | Area (mVms) | Dist (mm) | C.V. (m/s) |
|---|---|---|---|---|---|---|
| Stim Site | | | | | | |
| Wrist | 3.8 | 6.5 | 7.4 | 27.8 | | |
| Elbow | 7.5 | 7.7 | 7.1 | 27.0 | 200 | 54.5 |

**Motor Nerve Study**
Left Ulnar Nerve

| Rec Site: ADM | Lat (ms) | Dur (ms) | Amp (mV) | Area (mVms) | Dist (mm) | C.V. (m/s) |
|---|---|---|---|---|---|---|
| Stim Site | | | | | | |
| Wrist | 2.9 | 6.6 | 8.5 | 30.7 | | |
| B.Elbow | 6.7 | 6.8 | 8.3 | 30.8 | 200 | 53.3 |
| A.Elbow | 8.6 | 7.4 | 8.3 | 30.4 | 100 | 52.2 |

**Motor Nerve Study**
Left Radial Nerve

| Rec Site: EIP | Lat (ms) | Dur (ms) | Amp (mV) | Area (mVms) | Dist (mm) | C.V. (m/s) |
|---|---|---|---|---|---|---|
| Stim Site | | | | | | |
| Forearm | 2.2 | 8.9 | 2.9 | 9.4 | | |
| Elbow | 5.1 | 8.3 | 2.8 | 16.2 | 170 | 58.3 |
| Spiral Grv | 6.8 | 7.9 | 2.5 | 10.8 | 100 | 57.1 |

**Sensory Nerve Study**
Left Med antebrach Nerve

| Stim Site: | Lat (ms) | Pk Lat (ms) | Amp (uV) | Dist (mm) | C.V. (m/s) |
|---|---|---|---|---|---|
| Rec Site | | | | | |
| | 2.2 | 4.6 | 30.6 | 120 | 54.5 |

**Sensory Nerve Study**
Left Median Nerve

| Rec Site: Wrist | Lat (ms) | Pk Lat (ms) | Amp (uV) | Dist (mm) | C.V. (m/s) |
|---|---|---|---|---|---|
| Stim Site | | | | | |
| Thumb | 2.8 | 4.4 | 82.7 | 140 | 50.3 |

**Sensory Nerve Study**
Left Ulnar Nerve

| Rec Site: Wrist | Lat (ms) | Pk Lat (ms) | Amp (uV) | Dist (mm) | C.V. (m/s) |
|---|---|---|---|---|---|
| Stim Site | | | | | |
| 5th dig | 2.2 | 4.0 | 101.0 | 110 | 51.2 |

Patient: KNIGHT, AMY Test Date: 01/30/19
I.D.#:252940

**Sensory Nerve Study**

Left Radial Nerve

| Rec Site: Wrist<br>Stim Site | Lat (ms) | Pk Lat (ms) | Amp (uV) | Dist (mm) | C.V. (m/s) |
|---|---|---|---|---|---|
| Index | 1.5 | 2.4 | 41.0 | 80 | 55.2 |

**F-Wave Study**

Left Median Nerve

| Rec Site: APB<br>Stim Site: Wrist | Latency<br>ms |
|---|---|
| M wave | 1.33 |
| F wave | 25.33 |
| F-M | 24.00 |

**F-Wave Study**

Left Ulnar Nerve

| Rec Site: ADM<br>Stim Site: Wrist | Latency<br>ms |
|---|---|
| M wave | 1.25 |
| F wave | 25.00 |
| F-M | 23.75 |

**F-Wave Study**

Left Radial Nerve

| Rec Site:<br>Stim Site: | Latency<br>ms |
|---|---|
| M wave | 31.08 |
| F wave | 25.67 |
| F-M | 25.42 |

**EMG Study**

| Name | | Ins Act | Fibs | PSW | Fascics | Polyph | MU Amp | MU Dur | Config | Pattern | Recruit |
|---|---|---|---|---|---|---|---|---|---|---|---|
| L. Biceps Brachi. | Normal | | | | | | | | | | |
| L. Pronator Ter. | Normal | | | | | | | | | | |
| L. Triceps | Normal | | | | | | | | | | |
| L. Brachioradialis | Normal | | | | | | | | | | |
| L. Ext.Dig.Com | Normal | | | | | | | | | | |
| L. Dors.Int.1 | Normal | | | | | | | | | | |

**Conclusion:**

Normal study with no electrodiagnostic evidence of a left-sided carpal tunnel syndrome, cubital tunnel syndrome, radial neuropathy, or any other peripheral nerve pathology involving the left upper extremity.

Brian P. Murphy M.D.

Thank you Dr. Ahmad for referring this study!

# 9312516



**BATON ROUGE ORTHOPAEDIC CLINIC**
**8080 Bluebonnet Blvd #1000**
**Baton Rouge, LA 70810**
**Phone: (225)924-2424**
**Fax: (225)408-7940**

| | | | |
|---|---|---|---|
| **Name:** | Amy Ray Knight | **Exam Date:** | 10/24/2018 05:17 PM |
| **Patient ID:** | 300393136 | **Exam:** | MR SHOULDER LEFT WO CONTRAST \| 73221 |
| **DOB:** | | | |
| **Phone:** | | **Referrer:** | Larry (Chip) Bankston, MD |
| **Acc #:** | 3690866 | | |
| **Secondary ID:** | 45455 | | |

**EXAM:** MR SHOULDER LEFT WO CONTRAST

**CLINICAL HISTORY:** Left shoulder pain.

**TECHNIQUE:** Standard multiplanar, multisequence MR imaging protocol of the left shoulder was performed.

**FINDINGS:** The rotator cuff is within normal limits. No full-thickness or discrete partial thickness rotator cuff tear is identified. No significant muscle atrophy or abnormal intramuscular signal is identified.

The biceps tendon is intact, normal in appearance and position. No obvious labral tear is identified on this non-arthrogram MRI. The glenohumeral ligaments appear intact.

There is no acromioclavicular osteoarthritis or degenerative spurring. There is a type 1 acromion without significant downsloping. There is no significant fluid in the subacromial-subdeltoid bursa. Glenohumeral and acromioclavicular joint alignment is anatomic. No full-thickness or focal partial-thickness glenohumeral chondral defect is seen. The amount of joint fluid is within normal limits. No fracture or other acute osseous abnormality is seen.

(LSS 10/26)

**IMPRESSION:**
1. Unremarkable left shoulder MRI.

Normal MRI (L) Shoulder
Slight thickening of inf capsule

James A. Lawton III, MD

Report Electronically Signed by: James Lawton MD
Report Electronically Signed on: 10/25/2018

Rec: Nonop Mgmt
PT for Shoulder ROM Preserve
Rev in 2-3 mo

| | | | |
|---|---|---|---|
| **Patient Name:** | Amy Ray Knight | **Exam:** | MR SHOULDER LEFT WO CONTRAST \| 73221 |
| **Patient ID:** | 300393136 | | |
| **Completed Date:** | 10/24/2018 05:17 PM | **Acc #:** | 3690866 |
| **Transcribed By:** | P360 PowerScribe | **Interpreting Rad:** | James Lawton MD |
| **Transcribed Date:** | 10/25/2018 | **Dictated Date:** | 10/25/2018 08:49 AM |
| | | **Finalized Date:** | 10/25/2018 08:49 AM |

LVM 11/1/18 @ 10:08 AM (MP)
LVM 11/1/18 @ 12:50pm (MP)
BROC SHF

11.1.2018 - gave results. WCM for appt ꝑ going through P.T.
PT order sent to BROC SHF. (CP)

BATON ROUGE ORTHOPAEDIC CLINIC
8080 Bluebonnet Blvd #1000
Baton Rouge, LA 70810
Phone: (225)924-2424
Fax: (225)408-7940

| | | | |
|---|---|---|---|
| **Name:** | Amy Ray Knight | **Exam Date:** | 10/24/2018 05:52 PM |
| **Patient ID:** | 300393136 | **Exam:** | MR ELBOW LEFT WO CONTRAST \| 73221 |
| **DOB:** | | | |
| **Phone:** | | **Referrer:** | Rasheed Ahmad, MD |
| **Acc #:** | 3690880 | | |
| **Secondary ID:** | 45455 | | |

**EXAM:** MR ELBOW LEFT WO CONTRAST

**CLINICAL HISTORY:** Left elbow pain. Healed radial head fracture, left elbow. Possible complex regional pain syndrome.

**TECHNIQUE:** Standard multiplanar, multisequence MR imaging protocol of the left elbow was performed.

**FINDINGS:** There is a well-healed fracture of the radial head is satisfactory and alignment. Mild T2 hyperintense callus formation along the fracture line is present. No significant marrow edema. There is minimal intervention of the overlying articular cortex. There is a tiny chondral fissure of the overlying radial head. No other fractures identified. No osteochondral defects or loose intra-articular osteochondral bodies are apparent. No other focal chondral defect seen. Joint fluid volume is normal. Joint alignment is anatomic.

There is a healing nonacute grade 2 sprain and partial-thickness tear of the proximal lateral ulnar collateral ligament appears to be filling in with granulation tissue. The radial collateral ligament and annular ligament are intact. The medial collateral ligaments appear intact.

There is a suspected small accessory anconeus epitrochlearis muscle along the roof of the cubital tunnel was maybe mildly compressing the adjacent ulnar nerve. No muscle atrophy, denervation or edema or secondary evidence of neural impingement. No abnormality seen along the radial tunnel. The common extensor tendons, flexor-pronator mass, biceps tendon, brachialis, triceps tendon, and remaining supporting soft tissue structures of the elbow are within normal limits.

**IMPRESSION:**
1. Well-healed radial head fracture. Tiny overlying radial head chondral fissure.
2. Healing grade 2 sprain of the proximal lateral ulnar collateral ligament.
3. Suspected small accessory anconeus epitrochlearis muscle.

James A. Lawton III, MD

**Report Electronically Signed by: James Lawton MD**
**Report Electronically Signed on: 10/25/2018**

| | | | |
|---|---|---|---|
| **Patient Name:** | Amy Ray Knight | **Exam:** | MR ELBOW LEFT WO CONTRAST \| 73221 |
| **Patient ID:** | 300393136 | | |
| **Completed Date:** | 10/24/2018 05:52 PM | **Acc #:** | 3690880 |
| **Transcribed By:** | P360 PowerScribe | **Interpreting Rad:** | James Lawton MD |
| **Transcribed Date:** | 10/25/2018 | **Dictated Date:** | 10/25/2018 09:15 AM |
| | | **Finalized Date:** | 10/25/2018 09:15 AM |

BATON ROUGE ORTHOPAEDIC CLINIC
8080 Bluebonnet Blvd #1000
Baton Rouge, LA 70810
Phone: (225)924-2424
Fax: (225)408-7940

**Name:** Amy Ray Knight
**Patient ID:** 300393136
**DOB:**
**Phone:**
**Acc #:** 3690866
**Secondary ID:** 45455

**Exam Date:** 10/24/2018 05:17 PM
**Exam:** MR SHOULDER LEFT WO CONTRAST | 73221
**Referrer:** Larry (Chip) Bankston, MD

**EXAM:** MR SHOULDER LEFT WO CONTRAST

**CLINICAL HISTORY:** Left shoulder pain.

**TECHNIQUE:** Standard multiplanar, multisequence MR imaging protocol of the left shoulder was performed.

**FINDINGS:** The rotator cuff is within normal limits. No full-thickness or discrete partial thickness rotator cuff tear is identified. No significant muscle atrophy or abnormal intramuscular signal is identified.

The biceps tendon is intact, normal in appearance and position. No obvious labral tear is identified on this non-arthrogram MRI. The glenohumeral ligaments appear intact.

There is no acromioclavicular osteoarthritis or degenerative spurring. There is a type 1 acromion without significant downsloping. There is no significant fluid in the subacromial-subdeltoid bursa. Glenohumeral and acromioclavicular joint alignment is anatomic. No full-thickness or focal partial-thickness glenohumeral chondral defect is seen. The amount of joint fluid is within normal limits. No fracture or other acute osseous abnormality is seen.

**IMPRESSION:**
1. Unremarkable left shoulder MRI.

James A. Lawton III, MD

Report Electronically Signed by: James Lawton MD
Report Electronically Signed on: 10/25/2018

**Patient Name:** Amy Ray Knight
**Patient ID:** 300393136
**Completed Date:** 10/24/2018 05:17 PM
**Transcribed By:** P360 PowerScribe
**Transcribed Date:** 10/25/2018

**Exam:** MR SHOULDER LEFT WO CONTRAST | 73221
**Acc #:** 3690866
**Interpreting Rad:** James Lawton MD
**Dictated Date:** 10/25/2018 08:49 AM
**Finalized Date:** 10/25/2018 08:49 AM

04/26/2021 14:17 GEN01_FAX (FAX)2252469500 P.044/050

# 434 22

## LWC FORM 1010 – REQUEST OF AUTHORIZATION/CARRIER OR SELF INSURED EMPLOYER RESPONSE

PLEASE PRINT OR TYPE

### SECTION 1. IDENTIFYING INFORMATION – To Be Filled Out By Health Care Provider

**PATIENT**

| Last name: First: | Middle: | Street Address, City, State, Zip: | |
|---|---|---|---|
| Ray/Knight/Amy | | | |
| Social Security Number: | Date of Birth: | Phone Number: | Date of Injury: 6/6/18 |
| Employers Name: Morina Healthcare | Street Address, City, State, Zip: | | Phone Number: |

**CARRIER**

| Name: Gallagher & Bassett | Adjuster: Janell Brierly | | Claim Number (if known): |
|---|---|---|---|
| Street Address, City, State, Zip: P.O. Box 2831 Clinton, IA | Email Address: | Phone Number: 372-3951 | Fax Number: 296-5865 |

### SECTION 2. REQUEST FOR AUTHORIZATION – To Be Filled Out By Health Care Provider

**PROVIDER**

| Requesting Health Care Provider: | Phone Number: | Fax Number: |
|---|---|---|
| Baton Rouge Orthopaedic Clinic | 225-380-1312 x 9001 Taylor | 225-412-0305 |
| Street Address, City, State, Zip: 8080 Bluebonnet Blvd, Ste 1000, Baton Rouge, LA 70810 | Email: tdugas@brortho.com | |
| Diagnosis: Left elbow pain | CPT/DRG Code: 73221 | ICD-9/DMS-4 Code: M25.522 |

Requested Treatment or Testing (Attach Supplement If Needed): MRI left elbow without contrast

Reason for Treatment or Testing (Attach Supplement If Needed):

### INFORMATION REQUIRED BY RULE TO BE INCLUDED WITH REQUEST FOR AUTHORIZATION – To Be Filled Out By Health Care Provider

(Following is the required minimum information for Request of Authorization (LAC 40:2715 (C))

- [x] History provided to the level of condition and as provided by Medical Treatment Schedule
- [x] Physical Findings/Clinical Tests
- [ ] Documented functional improvements from prior treatment
- [x] Test/imaging results
- [x] Treatment Plan including services being requested along with the frequency and duration

I hereby certify that this completed form and above required information was [x] Faxed [ ] Emailed to the Carrier/Self Insured Employer on this the 31 (day) day of 8 (month), 2018 (year)

Signature of Health Care Provider: [signature] Printed Name: Rick Ahmad MD

### SECTION 3. RESPONSE OF CARRIER/SELF INSURED EMPLOYER FOR AUTHORIZATION

(Check appropriate box below and return to requesting Health Care Provider, Claimant and Claimant Attorney as provided by rule)

**CARRIER**

- [ ] The requested Treatment or Testing is approved
- [ ] The requested Treatment or Testing is approved with modifications (Attach summary of reasons and explanation of any modifications)
- [ ] The requested Treatment or Testing is denied because
  - [ ] Not in accordance with Medical Treatment Schedule or R.S.23:1203.1(D) (Attach summary of reasons)
  - [ ] The request, or a portion thereof, is not related to the on-the-job injury
  - [ ] The claim is being denied as non-compensable
  - [ ] Other (Attach brief explanation)

I hereby certify that this response of Carrier/Self Insured Employer for Authorizations was [ ] Faxed [ ] Emailed to the Health Care Provider (and to the Attorney of Claimant if one exists, if denied or approved with modification) on this the ____ (day) day of ____ (month), ____ (year)

Signature of Carrier/Self Insured Employer: Printed Name:

- [ ] The prior denied or approved with modification request is now approved

I hereby certify that this response of Carrier/Self Insured Employer for Authorizations was [ ] Faxed [ ] Emailed to the Health Care Provider (and to the Attorney of Claimant if one exists, if denied or approved with modification) on this the ____ (day) day of ____ (month), ____ (year)

Signature of Carrier/Self Insured Employer: Printed Name:

PAGE 44/50 * RCVD AT 4/26/2021 3:06:03 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/1 * DNIS:6032854419 * CSID:2252469500 * ANI:12257694044 * DURATION (mm-ss):18-29

## LWC FORM 1010 – REQUEST OF AUTHORIZATION/CARRIER OR SELF INSURED EMPLOYER RESPONSE

PLEASE PRINT OR TYPE

### SECTION 1. IDENTIFYING INFORMATION – To Be Filled Out By Health Care Provider

**PATIENT**

| Last name: First: Middle: | | Street Address, City, State, Zip: | |
|---|---|---|---|
| Ray-Knight-Amy | | | |
| Social Security Number: | Date of Birth: | Phone Number: | Date of Injury: |
| | | 25 | |

**CARRIER**

| Employers Name: | Street Address, City, State, Zip: | | Phone Number: |
|---|---|---|---|
| Molina Healthcare | | | |
| Name: | Adjuster: | | Claim Number (if known): |
| Gallagher Bassett | | | |
| Street Address, City, State, Zip: | Email Address: | Phone Number: | Fax Number: |
| PO box 2831, Clinton, IA 52733 | | | |

### SECTION 2: REQUEST FOR AUTHORIZATION – To Be Filled Out By Health Care Provider

**PROVIDER**

| Requesting Health Care Provider: | Phone Number: | Fax Number: |
|---|---|---|
| Baton Rouge Orthopaedic Clinic | 225-380-1312 x 9001 Taylor | 225-412-0305 |
| Street Address, City, State, Zip: | Email | |
| 8080 Bluebonnet Blvd, Ste 1000, Baton Rouge, LA 70810 | tdugas@brortho.com | |
| Diagnosis: | CPT/DRG Code: | ICD-9/DMS-4 Code: |
| Left shoulder pain | 73221 | M25.512 |

Requested Treatment or Testing (Attach Supplement If Needed):
Requesting an MRI of the left shoulder

Reason for Treatment or Testing (Attach Supplement If Needed):

### INFORMATION REQUIRED BY RULE TO BE INCLUDED WITH REQUEST FOR AUTHORIZATION – To Be Filled Out By Health Care Provider

(Following is the required minimum information for Request of Authorization (LAC 40:2715 (C))

**PROVIDER**

- ☒ History provided to the level of condition and as provided by Medical Treatment Schedule
- ☒ Physical Findings/Clinical Tests
- ☐ Documented functional improvements from prior treatment
- ☒ Test/imaging results
- ☒ Treatment Plan including services being requested along with the frequency and duration

I hereby certify that this completed form and above required information was ☒ Faxed ☐ Emailed to the Carrier/Self Insured Employer on this the 31 (day) day of 8 (month), 2018 (year)

Signature of Health Care Provider: [signature]

Printed Name: Larry S. Bankston, Jr., MD

### SECTION 3: RESPONSE OF CARRIER/SELF INSURED EMPLOYER FOR AUTHORIZATION

(Check appropriate box below and return to requesting Health Care Provider, Claimant and Claimant Attorney as provided by rule)

**CARRIER**

- ☐ The requested Treatment or Testing is approved
- ☐ The requested Treatment or Testing is approved with modifications (Attach summary of reasons and explanation of any modifications)
- ☐ The requested Treatment or Testing is denied because
  - ☐ Not in accordance with Medical Treatment Schedule or R.S.23:1203.1(D) (Attach summary of reasons)
  - ☐ The request, or a portion thereof, is not related to the on-the-job injury
  - ☐ The claim is being denied as non-compensable
  - ☐ Other (Attach brief explanation)

I hereby certify that this response of Carrier/Self Insured Employer for Authorizations was ☐ Faxed ☐ Emailed to the Health Care Provider (and to the Attorney of Claimant if one exists, if denied or approved with modification) on this the ______ (day) day of ______ (month), ______ (year)

Signature of Carrier/Self Insured Employer: | Printed Name:

- ☐ The prior denied or approved with modification request is now approved

I hereby certify that this response of Carrier/Self Insured Employer for Authorizations was ☐ Faxed ☐ Emailed to the Health Care Provider (and to the Attorney of Claimant if one exists, if denied or approved with modification) on this the ______ (day) day of ______ (month), ______ (year)

Signature of Carrier/Self Insured Employer: | Printed Name:

BATON ROUGE ORTHOPAEDIC CLINIC

NAME: Amy R. Knight

What type of problem are you having? left arm elbow pain and left shoulder pain that radiates down my arm & hand/fingers tingl so hurts

How long have you had this problem?

Have you had previous imaging exams of this area? ☑ Yes ☐ No

What type: CT When? Where?

List previous surgeries of the area being scanned today: N/A

Please mark the site of your pain:



Right Back Front Left

**BATON ROUGE ORTHOPAEDIC CLINIC**

# MRI SCREENING QUESTIONNAIRE

NAME: Amy R. Knight DOB ____________

SEX: Male / (Female) WEIGHT: 213 HEIGHT 5 ft 3 in

**Do you have or have you ever had, any of the following? (if yes, circle)**

| | |
|---|---|
| PACEMAKER/DEFIBRILLATOR | STENTS/SHUNTS/INTRAVASCULAR COILS |
| ANEURYSM CLIPS | BRAIN SURGERY |
| COCHLEAR IMPLANTS | HEARING AID |
| HEART VALVE REPLACEMENT | REMOVABLE DENTAL WORK/DENTURES |
| NEURO STIMULATOR | PAIN PUMP |
| SHRAPNEL (bomb or bullet fragments) | TATTOOS/PERMANENT MAKEUP/PIERCINGS (circled) |
| PENILE IMPLANT | ANTI-MICROBIAL OR COMPRESSION GARMENTS |
| ANY POSSIBILITY THAT YOU ARE PREGNANT | |

ANY OTHER METAL, IMPLANTS, DEVICES, or RECENT PROCEDURES:

Explain: N/A

METAL IN EYE: ☐ Yes ☑ No

If yes, was it removed by a physician? ☐ Yes ☐ No

Please remove all metallic objects before entering the MRI room, including keys, hairpins, barrettes, jewelry, watches, safety pins, paperclips, money clips, credit cards, pens, wallets, belts, metal buttons, pocket knives & any clothing with metal in or on the material.

**Women:**
The FDA has not established criteria under which a pregnant woman may be scanned.
It is the policy of this facility that MR imaging With Contrast NOT be performed on women with known or suspected pregnancy.

BROC has to the best of their ability confirmed your insurance benefits, but this is not a guarantee of payment by your insurance company. Your insurance will be filed and you will be billed for any remaining balance.

I have read, understand & hereby consent to this MRI examination.

Patient Signature: Amy R Knight

I have reviewed & discussed these safety screening items with the above signed patient or guardian & approve this patient for an MRI.

Technologist Signature: [signature] Date: 10-24-18

# ONE CALL CARE DIAGNOSTICS
## Patient Scheduling Notification

20 Waterview Blvd. P.O. Box 614 – Parsippany, New Jersey 07054-0614
TEL (800) 872-2875 – FAX 1-877-922-3992

Fax Date: Thursday October 18, 2018

**To Referring Physician:** LARRY BANKSTON **Fax #:** (225)412-0305

**One Call Care Diagnostics has scheduled the following patient:**

**Patient:** AMY R KNIGHT
**Claim Number:** OCMP02425237
**Date of Injury:** June 06, 2018
**Date of Birth:**

**Please fax the Medical Order to:**

**Provider:** SURGICAL SPECIALTY CENTER OF BATON ROUGE
8080 BLUE BONNETT BLVD
BATON ROUGE, LA 70810
Phone: (225)408-8080 Fax: (225)408-5513

| *Procedure* | *Scheduled Date and Time* |
| --- | --- |
| MRI ANY JOINT UPPER EXTREMITY WITHOUT CONTRAST - LEFT SHOULDER | 10/24/2018 05:00 PM |

**Notes Sent to the Provider:**

**PATIENT TO HAND CARRY CD**

**UNLISTED RO/DX/PACKAGE**
**R/O: PAIN LEFT SHOULDER**

If you have any questions, please contact us at referrals@onecallcm.com or call us at 800-872-2875, 8AM - 8PM EST.
One Call Care Diagnostics - The Connection to Quality http://www.onecallcm.com

Sincerely,

YOELY
MERCADO

OCCM Service Consultant

NOTICE OF PRIVILEGE AND CONFIDENTIALITY

The information contained in this facsimile transmission is privileged and confidential and is intended solely for the addressee. Any unauthorized disclosure, reproduction, distribution or the taking of any action in reliance on the contents of this information is prohibited. If you received this facsimile in error, please notify us immediately.

# ONE CALL CARE DIAGNOSTICS
## Patient Scheduling Notification

20 Waterview Blvd. P.O. Box 614 - Parsippany, New Jersey 07054-0614
TEL (800) 872-2875 - FAX 1-877-922-3992

Fax Date: Thursday September 20, 2018

**To Referring Physician:** CHIP BANKSTON **Fax #:** (225)412-0305

**One Call Care Diagnostics has scheduled the following patient:**

**Patient:** AMY KNIGHT
**Claim Number:** OCMP02425237
**Date of Injury:** June 06, 2018
**Date of Birth:**

**Please fax the Medical Order to:**

**Provider:** CENTRAL IMAGING CENTER
11424 SULLIVAN RD
BATON ROUGE, LA 70818
Phone: (225)261-7401 Fax: (225)261-3561

| *Procedure* | *Scheduled Date and Time* |
|---|---|
| MRI ANY JOINT UPPER EXTREMITY WITHOUT CONTRAST - LEFT SHOULDER | 09/25/2018 03:45 PM |

**Notes Sent to the Provider:**

PATIENT TO HAND CARRY CD

UNLISTED RO/DX/PACKAGE
R/O: PAIN LEFT SHOULDER

If you have any questions, please contact us at referrals@onecallcm.com or call us at 800-872-2875, 8AM - 8PM EST.
One Call Care Diagnostics - The Connection to Quality http://www.onecallcm.com

Sincerely,

WILLIAM
LOESCHER

OCCM Service Consultant

NOTICE OF PRIVILEGE AND CONFIDENTIALITY

The information contained in this facsimile transmission is privileged and confidential and is intended solely for the addressee. Any unauthorized disclosure, reproduction, distribution or the taking of any action in reliance on the contents of this information is prohibited. If you received this facsimile in error, please notify us immediately.

MRHo\

SURGICAL SPECIALTY CENTER OF BATON ROUGE
8080 BLUEBONNET BLVD.
BATON ROUGE, LA. 70810

| ----------NAME---------- | NUMBER | SEX | AGE | ADMIT | DISC. | XRAY# | F/C | TYPE |
|---|---|---|---|---|---|---|---|---|
| KNIGHT AMY RAY | 417829 | F | 50 | 8/24/18 | 8/24/18 | 179593 | WB3 | O/P |

DATE OF BIRTH: M/R# 179593 PH#: RM

LOCATION: TRANSCRIBED: 08/24/18 17:14 510
CT UP EXT LT W/O 73200 COMPLETED:08/24/18 16:44 NV 75743
(Reason for Process: m25.522

PHYSICIAN: AHMAD R

Ordering Physician: Ahmad, Rasheed

EXAM: CT UPPER EXTREMITY W O LT

CLINICAL HISTORY: Pain in left elbow. Injury to left elbow

TECHNIQUE: CT left elbow performed with 2 mm axial imaging. Bone and soft tissue algorithm. Coronal and sagittal reformations.

COMPARISON STUDY: None.

FINDINGS: There is an incompletely healed radial head fracture with curvilinear coronally oriented fracture lucency involving the articular surface with a 4 x 1 mm articular surface lucency. There is no articular surface impaction. This subarticular fracture plane is well healed with subtle sclerosis. There is no intra-articular loose body. No joint effusion. No malalignment.

IMPRESSION: See above.

All CT scans at [this location] are performed using dose modulation techniques as appropriate to a performed exam including the following: automated exposure control; adjustment of the mA and/or kV according to patient size (this includes techniques or standardized protocols for targeted exams where dose is matched to indication / reason for exam; i.e. extremities or head); use of iterative reconstruction technique.

Dictated and Electronically Signed By:
JASON BROWN, M.D. , RADIOLOGIST
Date/Time: 08/24/18 17:14

**From:** LincolnAbsenceNotification@lfg.com
**To:** Benefits@dxc.com
**Subject:** Amy Ray Knight LINCOLN FINANCIAL NOTIFICATION: Short Term Disability/Leave Approval or Extension - 11112396

This is to notify you that there has been an approval or extension of a disability claim/leave for Amy Ray Knight (Employee ID: 11553809).

**Short Term Disability Information:**

Last Day Worked: 2/24/2021

Date of Disability: 2/25/2021

Benefit Payments Period: 3/4/2021 thru 5/10/2021
*If the claim remains open for an extended period of time, your employee may be eligible to receive benefits dating back to their date of disability.*

Disability Claim Status: Approved

**Leave Information:**

Leave Type:

Leave Reason: Leave

Approved Leave Period: Not Applicable
*The Leave will run concurrently with the disability claim until the leave reaches max entitlement.*

Leave Status: Not Applicable

If you have further questions, please call Lincoln Financial at 800-879-2701 ext. or contact the assigned Case Manager at . Please be sure to reference claim number 11112396.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

**From:** DoNotReply@lfg.com
**Sent:** Fri, 23 Apr 2021 18:04:49 +0000
**To:** benefits@dxc.com
**Subject:** Claim #11112396, AMY RAY KNIGHT

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 2/25/2021. This claim is approved through 5/10/2021. This indicates an extension of benefits. The case manager for this claim is Kiara Pearson. The claim number is 11112396.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

Lincoln Financial Group

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8716

| | |
|---|---|
| Date: | April 22, 2021 |
| To: | DR DAVID WEST |
| Attn: | |
| Fax: | (225) 246-9114 |
| From: | Kiara Pearson<br>Claims Examiner II<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-8716 |
| Total Pages (Including Cover): | 6 |
| RE:<br><br>Claim #: 11112396<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8716

April 22, 2021

Dr. David West

RE: Short Term Disability (STD) Benefits
Gainwell Technologies
Claim #: 11112396
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Dr. David West:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Short Term Disability (STD) benefits under Gainwell Technologies's Group Disability Policy. We are writing in reference to Amy Ray Knight's claim for STD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by April 22, 2021.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Kiara Pearson
Claims Examiner II
Phone No.: (800) 291-0112 Ext. 59451
Secure Fax No.: (603) 334-8716

Attachments: 11112396-REQUEST-PROVIDER-04.08.2021

Lincoln
Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 285-4419

| | |
|---|---|
| Date: | April 8, 2021 |
| To: | DR DAVID WEST |
| Attn: | |
| Fax: | (225) 246-9114 |
| From: | Christopher Francis<br>Contractor<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 11112396<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 285-4419

April 8, 2021

Dr. David West

RE: Short Term Disability (STD) Benefits
Gainwell Technologies
Claim #: 11112396
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Dr. David West:

We are the Disability Claim Administrator for your patient, Amy Ray Knight.

To evaluate Ms. Ray Knight's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from March 2, 2021 through present

We ask that you provide this information by April 13, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Ray Knight allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Ray Knight's signature.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Christopher Francis
Contractor
Phone No.: (800) 291-0112 Ext. 14150
Secure Fax No.: (603) 334-0380

Attachments: 11112396-EMPLOYEE/CLAIMANT-AUTHORIZATION-03.04.2021

DocuSign Envelope ID: 60F7F1BA-0117-4E66-9C0A-44081B923B8A

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8716

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Amy R. Knight

Name of legal representative, if applicable (print) Amy R. Knight Relationship self

Signature of claimant or legal representative DocuSigned by: [signature] EE0F4EB7A5994E3... Date: 3/4/2021

Date of Birth: __ ________ Claim Number: 11112396

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8716

| | |
|---|---|
| Date: | April 22, 2021 |
| To: | ANGELE BOURG |
| Attn: | |
| Fax: | (225) 246-9209 |
| From: | Kiara Pearson<br>Claims Examiner II<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-8716 |
| Total Pages (Including Cover): | 2 |
| RE: | Claim #: 11112396<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8716

April 22, 2021

Angele Bourg

RE: Short Term Disability (STD) Benefits
Gainwell Technologies
Claim #: 11112396
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Angele Bourg:

We are the Disability Claim Administrator for your patient, Amy Ray Knight.

To evaluate Ms. Ray Knight's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

> Office treatment notes, test results, prescription histories, and treatment plans from April 1, 2021 through present

We ask that you provide this information by May 12, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8716 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Kiara Pearson
Claims Examiner II
Phone No.: (800) 291-0112 Ext. 59451
Secure Fax No.: (603) 334-8716

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 285-4419

| | |
|---|---|
| Date: | April 8, 2021 |
| To: | DR TYSON GARON |
| Attn: | |
| Fax: | (225) 766-1499 |
| From: | Christopher Francis<br>Contractor<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 11112396<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 285-4419

April 8, 2021

Dr. Tyson Garon

RE: Short Term Disability (STD) Benefits
Gainwell Technologies
Claim #: 11112396
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Dr. Tyson Garon:

We are the Disability Claim Administrator for your patient, Amy Ray Knight.

To evaluate Ms. Ray Knight's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from March 2, 2021 through present

We ask that you provide this information by April 13, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Ray Knight allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Ray Knight's signature.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Christopher Francis
Contractor
Phone No.: (800) 291-0112 Ext. 14150
Secure Fax No.: (603) 334-0380

Attachments: 11112396-EMPLOYEE/CLAIMANT-AUTHORIZATION-03.03.2021

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8716

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Amy R. Knight

Name of legal representative, if applicable (print) N/A Relationship Self

Signature of claimant or legal representative [signature] Date: 3/3/2021

Date of Birth: __ / ____ Claim Number: 11112396

**A copy of this authorization will be considered as valid as the original.**

---

**03/26/2021** **AMY RAY KNIGHT**

**HISTORY OF PRESENT ILLNESS**: Amy has returned today for follow up of her right ulnocarpal abutment. We had given her restrictions at the last visit to hopefully decrease her caseload at work and she ultimately ended up meeting with her employer and according to Ms. Knight, the employer recommended that she go on disability as she was not able to perform her job. She again has tried wrist brace, she has tried anti-inflammatories, she has tried injections. All of which have given her incomplete relief of her symptoms. We have discussed the possibility of ulnar shortening osteotomy and she is not interested in this or any other injections.

**PAST MEDICAL HISTORY**: Positive for depression and diabetes. She is also on disability for her left hand.

**PHYSICAL EXAMINATION**:

**General**: Healthy.

**Cardiovascular**: No peripheral edema.

**Gait**: Normal.

**Respiratory**: There is no shortness of breath.

**Neuro**: The patient is oriented to person, place, time and situation. Mood and affect are appropriate.

**Skin**: There is no erythema, induration, rashes or lacerations.

**Nail**: There is no pitting, clubbing or nail deformity.

FOCUSED EXAMINATION RIGHT WRIST: She has no swelling, no erythema. She has good wrist range of motion. She has pain over the TFC. There is no DRUJ instability. There is positive ulnar grind. She also has just generalized tenderness to light touch over the wrist. Again, no signs of infection.

**IMPRESSION**:

1. Right ulnocarpal abutment.
2. Depression.

**RECOMMENDATION/PLAN**: At this point, we have again discussed the natural history as well as the nonoperative treatment options including splinting, anti-inflammatories, injections as well as the surgical treatment options including ulnar shortening osteotomy. She has some generalized pain as well and she understands that any treatment will likely give her incomplete relief of her symptoms. As she reports she is having trouble getting her caseloads done at work. She has difficulty with key offs which add the amount of typing she needs to do and she is looking to go ahead and move forward with short term and then long-term disability. She has long term disability for her left upper extremity. She understands there are further treatment options regarding ulnar shortening osteotomy but she is not interested in this. I have explained to her that I do not do long term general disability but I am happy to give her restrictions. Typically,

Patient Name: Amy Ray Knight
Medical Record Number: 40136160
Date of Birth:

Date: 03/26/2021
Location: Baton Rouge Office

in cases of ulnocarpal abutment patient's have difficulty completing heavy labor jobs, not necessarily deskwork. I do think it would be reasonable to give her lifting restrictions of 5 lbs. with her right upper extremity and send her for an FCE before filling out any short term or long-term disability paperwork. Then we would have some accurate restrictions regarding her upper extremity and another physician may be able to independently assess her ability. We will try to get her scheduled for an FCE.

Mark Tyson Garon, M.D.

MTG/aew

_40136160_1_TGaron_03262021_TGaron
dt: 3/29/2021

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 285-4419

| | |
|---|---|
| Date: | April 8, 2021 |
| To: | DR DAVID WEST |
| Attn: | |
| Fax: | (225) 246-9114 |
| From: | Christopher Francis<br>Contractor<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 11112396<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 285-4419

April 8, 2021

Dr. David West

RE: Short Term Disability (STD) Benefits
Gainwell Technologies
Claim #: 11112396
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Dr. David West:

We are the Disability Claim Administrator for your patient, Amy Ray Knight.

To evaluate Ms. Ray Knight's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

> Office treatment notes, test results, prescription histories, and treatment plans from March 2, 2021 through present

We ask that you provide this information by April 13, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Ray Knight allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Ray Knight's signature.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Christopher Francis
Contractor
Phone No.: (800) 291-0112 Ext. 14150
Secure Fax No.: (603) 334-0380

Attachments: 11112396-EMPLOYEE/CLAIMANT-AUTHORIZATION-03.04.2021

DocuSign Envelope ID: 60F7F1BA-0117-4E66-9C0A-44081B923B8A

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8716

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Amy R. Knight

Name of legal representative, if applicable (print) Amy R. Knight Relationship self

Signature of claimant or legal representative [DocuSigned by: signature, EE0F1EB7A6994E3...] Date: 3/4/2021

Date of Birth: __ ________ Claim Number: 11112396

**A copy of this authorization will be considered as valid as the original.**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 285-4419

| | |
|---|---|
| Date: | April 8, 2021 |
| To: | DR TYSON GARON |
| Attn: | |
| Fax: | (225) 766-1499 |
| From: | Christopher Francis<br>Contractor<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 11112396<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 285-4419

April 8, 2021

Dr. Tyson Garon

RE: Short Term Disability (STD) Benefits
Gainwell Technologies
Claim #: 11112396
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Dr. Tyson Garon:

We are the Disability Claim Administrator for your patient, Amy Ray Knight.

To evaluate Ms. Ray Knight's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

> Office treatment notes, test results, prescription histories, and treatment plans from March 2, 2021 through present

We ask that you provide this information by April 13, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Ray Knight allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Ray Knight's signature.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Christopher Francis
Contractor
Phone No.: (800) 291-0112 Ext. 14150
Secure Fax No.: (603) 334-0380

Attachments: 11112396-EMPLOYEE/CLAIMANT-AUTHORIZATION-03.03.2021

DocuSign Envelope ID: 9F295753-0E4F-421F-8612-AB2461E7824D

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8716

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Amy R. Knight

Name of legal representative, if applicable (print) N/A Relationship Self

Signature of claimant or legal representative DocuSigned by: [signature] EE0F1EB7A6994E3... Date: 3/3/2021

Date of Birth: ______ Claim Number: 11112396

**A copy of this authorization will be considered as valid as the original.**

**From:** DoNotReply@lfg.com
**Sent:** Wed, 31 Mar 2021 17:52:51 +0000
**To:** benefits@dxc.com
**Subject:** Claim #11112396, AMY RAY KNIGHT

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 2/25/2021. The claim has been approved through 4/10/2021. The case manager for this claim is Kiara Pearson. The claim number is 11112396.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8716

| | |
|---|---|
| Date: | March 30, 2021 |
| To: | DR TYSON GARON |
| Attn: | |
| Fax: | (225) 766-1499 |
| From: | Kiara Pearson<br>Claims Examiner II<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-8716 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 11112396<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8716

March 30, 2021

Dr. Tyson Garon

RE: Short Term Disability (STD) Benefits
Gainwell Technologies
Claim #: 11112396
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Dr. Tyson Garon:

We are the Disability Claim Administrator for your patient, Amy Ray Knight.

To evaluate Ms. Ray Knight's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

Office treatment notes, test results, prescription histories, and treatment plans from March 26, 2021 through present

Completion of the Enclosed Forms:

_X_ Attending Physician's Statement
___ Other

We ask that you provide this information by April 5, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8716 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Kiara Pearson
Claims Examiner II
Phone No.: (800) 291-0112 Ext. 59451
Secure Fax No.: (603) 334-8716

Attachments: Attending Physician's Statement

Lincoln Financial Group®

# Attending Physician's Statement

**Lincoln Financial Group**
PO Box 2578
Omaha, NE 68172-9688
Phone No:(800) 291-0112
Secure Fax No: (603) 334-8716

**Return To:** Kiara Pearson

**To be completed by treating provider:**

**1. Patient Information**

| | | | |
|---|---|---|---|
| Amy | | Ray Knight | 11112396 |
| Full Name (First) | (M.I.) | (Last Name) | Claim Number |

| | | | |
|---|---|---|---|
| | | | |
| Height | Weight | Blood Pressure | Employer Name |

**2. Diagnosis**

Primary ICD diagnostic Code **(Required)**

Primary ICD diagnosis Description

Secondary ICD Diagnosis Code

Secondary ICD Diagnosis Description

**Pregnancy**

| First Treated | Estimated Delivery | Date of Delivery | |
|---|---|---|---|
| / / | / / | / / | ☐ Vaginal ☐ C-Section |

Symptoms

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings)

**3. Disability Circumstances** - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| / / | / / | / / |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| / / | / / | / / |

Dates hospital confined: / / to / /

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

# Attending Physician's Statement

**Lincoln Financial Group**
PO Box 2578
Omaha, NE 68172-9688
Phone No:(800) 291-0112
Secure Fax No: (603) 334-8716

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| Lifting/Carrying | | | | Reaching | |
|---|---|---|---|---|---|
| 1-5 lbs. ____ | Standing ____ | Crouching ____ | | Overhead ____ | |
| 6-10 lbs. ____ | Walking ____ | Crawling ____ | | Desk Level ____ | |
| 11-25 lbs. ____ | Sitting ____ | Grasping ____ | | Below Waist ____ | |
| 26-50 lbs. ____ | Balancing ____ | Climbing ____ | | | |
| 51-100 lbs. ____ | Stooping ____ | Pushing ____ | | | |
| 100 + lbs. ____ | Kneeling ____ | Pulling ____ | | | |
| | Fingering ____ | Bending ____ | | | |

What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence ____/____/________

Dressing ____/____/________

Transferring ____/____/________

Bathing ____/____/________

Toileting ____/____/________

Eating ____/____/________

## 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

Date patient experienced loss of

Cognitive Functioning: ____/____/____

Describe ongoing treatment frequency

## 6. Prognosis

Describe the patients prognosis for recovery

Patient able to return to work Full-Time on:

____/____/____ to ____/____/____

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

## 7. Physician's Information

Name

Street Address

City

State

Zip Code

Phone Number

Fax Number

**Signature**

**Date** ___/___/___

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

THE
BATON
ROUGE
CLINIC
AMC

7373 Perkins Road ▪ Baton Rouge, Louisiana 70808-4326 ▪ 225-769-4044

# FAX COVER SHEET

(T):225-246-9714

(F):225-246-9164

DATE: 3/16/21

ATTENTION: Kiara Pearson Claims Examiner II

FAX NUMBER: 603-334-8716

NUMBER OF PAGES (including cover sheet):____

FROM: Dr. J. David West, MD

## MESSAGE

## NOTICE OF CONFIDENTIALITY

The information contained in this facsimile message is privileged and confidential information intended for the use of the recipient listed above. If the person receiving this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copy of this communication is strictly prohibited. If you have received this fax in error, please immediately notify us by telephone at 225-769-4044 to arrange for return of the document to us.

Lincoln Financial Group®

# Attending Physician's Statement

Lincoln Financial Group
PO Box 2578
Omaha, NE 68172-9688
Phone No: (800) 291-0112
Secure Fax No: (603) 334-8716

**Return To:** Kiara Pearson

**To be completed by treating provider:**

**1. Patient Information**

| Full Name (First) | (M.I.) | (Last Name) | Claim Number |
|---|---|---|---|
| Amy | | Ray Knight | 11112396 |

| Height | Weight | Blood Pressure | Employer Name |
|---|---|---|---|
| 5'2" | 111 lbs. | 107/65 | |

**2. Diagnosis**

Primary ICD diagnostic Code (Required): left UE complex regional pain syndrome type 1

Primary ICD diagnosis Description: Complex regional pain syndrome type 1 LUE; right wrist/hand pain

Secondary ICD Diagnosis Code: right

Secondary ICD Diagnosis Description: right wrist/hand pain - chronic

Pregnancy: First Treated ___/___/___ Estimated Delivery ___/___/___ Date of Delivery ___/___/___ ☐ Vaginal ☐ C-Section

Symptoms:
Chronic numbness tingling pain Right wrist/hand
chronic pain left upper extremity

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings):
increasing right wrist pain. Numbness + tingling to finger occasionally. Hurts with movement. She was referred to Dr. Tyson Garon

**3. Disability Circumstances** - *Check if applicable*

☑ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances:

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| 3/2/2020 | / / | 2/24/2020 |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| 9/23/2020 | 2/12/2021 | 3/24/2021 |

Dates hospital confined: ___/___/___ to ___/___/___

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Lincoln Financial Group®

# Attending Physician's Statement

Lincoln Financial Group
PO Box 2578
Omaha, NE 68172-9688
Phone No: (800) 291-0112
Secure Fax No: (603) 334-8716

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| Lifting/Carrying | | | | | | Reaching | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | ____ | Standing | ____ | Crouching | ____ | Overhead | ____ |
| 6-10 lbs. | ____ | Walking | ____ | Crawling | ____ | Desk Level | ____ |
| 11-25 lbs. | ____ | Sitting | ____ | Grasping | ____ | Below Waist | ____ |
| 26-50 lbs. | ____ | Balancing | ____ | Climbing | ____ | | |
| 51-100 lbs. | ____ | Stooping | ____ | Pushing | ____ | | |
| 100 + lbs. | ____ | Kneeling | ____ | Pulling | ____ | | |
| | | Fingering | ____ | Bending | ____ | | |

What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence ___/___/___
Dressing ___/___/___
Transferring ___/___/___
Bathing ___/___/___
Toileting ___/___/___
Eating ___/___/___

## 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

Date patient experienced loss of Cognitive Functioning: ___/___/___

Describe ongoing treatment frequency

## 6. Prognosis

Poor

Describe the patients prognosis for recovery

Patient able to return to work Full-Time on:

___/___/___ to ___/___/___

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

## 7. Physician's Information

James David West
Name

1373 Perkins Rd
Street Address

Baton Rouge
City

LA
State

70808
Zip Code

225-246-9714
Phone Number

Fax Number

[signature]
Signature

___/___/___
Date

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.
(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8716

| | |
|---|---|
| Date: | March 8, 2021 |
| To: | DR TYSON GARON |
| Attn: | |
| Fax: | (225) 766-1499 |
| From: | Kiara Pearson<br>Claims Examiner II<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-8716 |
| Total Pages<br>(Including Cover): | 8 |
| RE:<br><br>Claim #: 11112396<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8716

March 8, 2021

Dr. Tyson Garon

RE: Short Term Disability (STD) Benefits
Gainwell Technologies
Claim #: 11112396
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Dr. Tyson Garon:

We are the Disability Claim Administrator for your patient, Amy Ray Knight.

To evaluate Ms. Ray Knight's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

Office treatment notes, test results, prescription histories, and treatment plans from February 1, 2021 through present

Completion of the Enclosed Forms:

_X_ Attending Physician's Statement
___ Other

We ask that you provide this information by March 14, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8716 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Kiara Pearson
Claims Examiner II
Phone No.: (800) 291-0112 Ext. 59451
Secure Fax No.: (603) 334-8716

Attachments: Attending Physician's Statement
11112396-EMPLOYEE/CLAIMANT-AUTHORIZATION-03.03.2021

DocuSign Envelope ID: 9F295753-0E4F-421F-8612-AB2461E7824D

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8716

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Amy R. Knight

Name of legal representative, if applicable (print) N/A Relationship Self

Signature of claimant or legal representative DocuSigned by: [signature] EE0F1EB7A6994E3... Date: 3/3/2021

Date of Birth: ___ ________ Claim Number: 11112396

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group

# Attending Physician's Statement

**Lincoln Financial Group**
PO Box 2578
Omaha, NE 68172-9688
Phone No:(800) 291-0112
Secure Fax No: (603) 334-8716

**Return To:** Kiara Pearson

**To be completed by treating provider:**

**1. Patient Information**

| Full Name (First) | (M.I.) | (Last Name) | Claim Number |
|---|---|---|---|
| Amy | | Ray Knight | 11112396 |

| Height | Weight | Blood Pressure | Employer Name |
|---|---|---|---|
| | | | |

**2. Diagnosis**

Primary ICD diagnostic Code **(Required)**:

Primary ICD diagnosis Description:

Secondary ICD Diagnosis Code:

Secondary ICD Diagnosis Description:

**Pregnancy**

First Treated: / /

Estimated Delivery: / /

Date of Delivery: / /

☐ Vaginal ☐ C-Section

Symptoms:

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings):

**3. Disability Circumstances** - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances:

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| / / | / / | / / |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| / / | / / | / / |

Dates hospital confined: / / to / /

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group

# Attending Physician's Statement

**Lincoln Financial Group**
PO Box 2578
Omaha, NE 68172-9688
Phone No:(800) 291-0112
Secure Fax No: (603) 334-8716

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| Lifting/Carrying | | | | | | Reaching | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | ____ | Standing | ____ | Crouching | ____ | Overhead | ____ |
| 6-10 lbs. | ____ | Walking | ____ | Crawling | ____ | Desk Level | ____ |
| 11-25 lbs. | ____ | Sitting | ____ | Grasping | ____ | Below Waist | ____ |
| 26-50 lbs. | ____ | Balancing | ____ | Climbing | ____ | | |
| 51-100 lbs. | ____ | Stooping | ____ | Pushing | ____ | | |
| 100 + lbs. | ____ | Kneeling | ____ | Pulling | ____ | | |
| | | Fingering | ____ | Bending | ____ | | |

What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence ____/____/________

Dressing ____/____/________

Transferring ____/____/________

Bathing ____/____/________

Toileting ____/____/________

Eating ____/____/________

## 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

Date patient experienced loss of Cognitive Functioning: ____/____/____

Describe ongoing treatment frequency

## 6. Prognosis

Describe the patients prognosis for recovery

Patient able to return to work Full-Time on:

____/____/____ to ____/____/____

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

## 7. Physician's Information

Name

Street Address

City

State

Zip Code

Phone Number

Fax Number

**Signature**

**Date** ___/___/___

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8716

| | |
|---|---|
| Date: | March 8, 2021 |
| To: | DR DAVID WEST |
| Attn: | |
| Fax: | (225) 246-9114 |
| From: | Kiara Pearson<br>Claims Examiner II<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-8716 |
| Total Pages (Including Cover): | 8 |
| RE: | Claim #: 11112396<br>Claimant: Amy Ray Knight<br><br>Gainwell Technologies |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8716

March 8, 2021

Dr. David West

RE: Short Term Disability (STD) Benefits
Gainwell Technologies
Claim #: 11112396
Claimant: Amy Ray Knight
Claimant D.O.B.:

Dear Dr. David West:

We are the Disability Claim Administrator for your patient, Amy Ray Knight.

To evaluate Ms. Ray Knight's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

Office treatment notes, test results, prescription histories, and treatment plans from February 1, 2021 through present

Completion of the Enclosed Forms:

_X_ Attending Physician's Statement
___ Other

We ask that you provide this information by March 14, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8716 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Kiara Pearson
Claims Examiner II
Phone No.: (800) 291-0112 Ext. 59451
Secure Fax No.: (603) 334-8716

Attachments: Attending Physician's Statement
11112396-EMPLOYEE/CLAIMANT-AUTHORIZATION-03.03.2021

DocuSign Envelope ID: 9F295753-0E4F-421F-8612-AB2461E7824D

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8716

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Amy R. Knight

Name of legal representative, if applicable (print) N/A Relationship Self

Signature of claimant or legal representative DocuSigned by: [signature] EE0F1EB7A5994E3... Date: 3/3/2021

Date of Birth: __ ________ Claim Number: 11112396

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group

# Attending Physician's Statement

**Lincoln Financial Group**
PO Box 2578
Omaha, NE 68172-9688
Phone No:(800) 291-0112
Secure Fax No: (603) 334-8716

**Return To:** Kiara Pearson

**To be completed by treating provider:**

**1. Patient Information**

| Full Name (First) | (M.I.) | (Last Name) | Claim Number |
|---|---|---|---|
| Amy | | Ray Knight | 11112396 |

| Height | Weight | Blood Pressure | Employer Name |
|---|---|---|---|
| | | | |

**2. Diagnosis**

Primary ICD diagnostic Code **(Required)**: 

Primary ICD diagnosis Description: 

Secondary ICD Diagnosis Code: 

Secondary ICD Diagnosis Description: 

**Pregnancy**

First Treated: / / 

Estimated Delivery: / / 

Date of Delivery: / / 

☐ Vaginal ☐ C-Section

Symptoms: 

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings): 

**3. Disability Circumstances** - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances: 

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| / / | / / | / / |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| / / | / / | / / |

Dates hospital confined: / / to / /

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

# Attending Physician's Statement

**Lincoln Financial Group**
PO Box 2578
Omaha, NE 68172-9688
Phone No:(800) 291-0112
Secure Fax No: (603) 334-8716

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| Lifting/Carrying | | | | | | Reaching | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | ____ | Standing | ____ | Crouching | ____ | Overhead | ____ |
| 6-10 lbs. | ____ | Walking | ____ | Crawling | ____ | Desk Level | ____ |
| 11-25 lbs. | ____ | Sitting | ____ | Grasping | ____ | Below Waist | ____ |
| 26-50 lbs. | ____ | Balancing | ____ | Climbing | ____ | | |
| 51-100 lbs. | ____ | Stooping | ____ | Pushing | ____ | | |
| 100 + lbs. | ____ | Kneeling | ____ | Pulling | ____ | | |
| | | Fingering | ____ | Bending | ____ | | |

What job modifications would allow the patient to return to work?

### Activities of Daily Living

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence ____/____/________

Dressing ____/____/________

Transferring ____/____/________

Bathing ____/____/________

Toileting ____/____/________

Eating ____/____/________

## 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

Date patient experienced loss of

Cognitive Functioning: ____/____/____

Describe ongoing treatment frequency

## 6. Prognosis

Describe the patients prognosis for recovery

Patient able to return to work Full-Time on:

____/____/____ to ____/____/____

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

## 7. Physician's Information

Name

Street Address

City

State

Zip Code

Phone Number

Fax Number

**Signature**

**Date** ___/___/___

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

DocuSign Envelope ID: 60F7F1BA-0117-4E66-9C0A-44081B923B8A

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8716

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Amy R. Knight

Name of legal representative, if applicable (print) Amy R. Knight Relationship self

Signature of claimant or legal representative DocuSigned by: [signature] Date: 3/4/2021

Date of Birth: ____________ Claim Number: 11112396

**A copy of this authorization will be considered as valid as the original.**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8716

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________

Name of legal representative, if applicable (print) ______________________ Relationship ____________

Signature of claimant or legal representative ______________________ Date: ____________

Date of Birth: ____________ Claim Number: 11112396

**A copy of this authorization will be considered as valid as the original.**

DocuSign Envelope ID: 9F295753-0E4F-421F-8612-AB2461E7824D

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8716

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Amy R. Knight

Name of legal representative, if applicable (print) N/A Relationship Self

Signature of claimant or legal representative [DocuSigned by: signature] Date: 3/3/2021

Date of Birth: __________ Claim Number: 11112396

**A copy of this authorization will be considered as valid as the original.**

DocuSign Envelope ID: BD3A7C0D-63F6-3F23-9CC6-8F4D4B8616B0

# DIRECT DEPOSIT APPLICATION

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8716

**Return To:** Kiara Pearson

EMPLOYEE/CLAIMANT NAME: Amy Knight
CLAIM NO: 11112396
EMPLOYER/SPONSOR: Gainwell Technologies DATE OF BIRTH: ______

**CHECK ONE:** [X] **New** [ ] **Change**
**YOUR TELEPHONE NUMBER:** ______
**ADDRESS:** ______ ______ **CITY:** ______ **STATE:** ______ **ZIP:** ______

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Lincoln Life Assurance Company of Boston, to make payment of Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by Lincoln Life Assurance Company of Boston to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** [X] **Checking** [ ] **Savings**
**BANK NAME:** EFCU Financial Fed. Credit Union
**9 DIGIT ABA ROUTING NUMBER:** ______
**BANK ADDRESS:** 15026 Market St.
**YOUR ACCOUNT NUMBER:** ______
**CITY:** Baton Rouge **STATE:** La **ZIP:** 70817
**BANK PHONE:** (225) 214-6800

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** [ ] **YES** [X] **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** [ ] **YES** [X] **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to Lincoln Life Assurance Company of Boston or BANK. Any such notification to Lincoln Life Assurance Company of Boston shall be effective only with respect to entries initiated by Lincoln Life Assurance Company of Boston after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ______ Date: ______

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

DocuSign Envelope ID: BD3A7C0D-63F6-3F23-9CC6-8F4D4B8616B0

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8716

Lincoln Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account.
Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
Direct deposit accounts are active as soon as they are entered into the system. Please allow 3-5 days for processing.

C**an I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time Lincoln Life Assurance Company of Boston will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

Lincoln Life Assurance Company of Boston

Group Benefits

# DIRECT DEPOSIT APPLICATION

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8716

**Return To:** Kiara Pearson

EMPLOYEE/CLAIMANT NAME: Amy Knight
CLAIM NO: 11112396
EMPLOYER/SPONSOR: Gainwell Technologies DATE OF BIRTH: ____________

**CHECK ONE:** ☐ **New** ☐ **Change**
**YOUR TELEPHONE NUMBER:** ( ) ____________
**ADDRESS:** ____________ **CITY:** ____________ **STATE:** _____ **ZIP:** _______

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Lincoln Life Assurance Company of Boston, to make payment of Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by Lincoln Life Assurance Company of Boston to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☐ **Checking** ☐ **Savings** **BANK NAME:** ____________

**9 DIGIT ABA ROUTING NUMBER:** ____________ **BANK ADDRESS:** ____________

**YOUR ACCOUNT NUMBER:** ____________ **CITY:** ________ **STATE:** _____ **ZIP:** _____

**BANK PHONE:** ( ) ____________

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to Lincoln Life Assurance Company of Boston or BANK. Any such notification to Lincoln Life Assurance Company of Boston shall be effective only with respect to entries initiated by Lincoln Life Assurance Company of Boston after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ______________________ Date: ______________

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8716

Lincoln Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account.
Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
Direct deposit accounts are active as soon as they are entered into the system. Please allow 3-5 days for processing.

C**an I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time Lincoln Life Assurance Company of Boston will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

Lincoln Life Assurance Company of Boston

Group Benefits

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8716

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________________ Relationship ________________

Signature of claimant or legal representative ______________________________ Date: ________________

Date of Birth: ________________ Claim Number: 11112396

**A copy of this authorization will be considered as valid as the original.**

From: LFGNotifications@LFG.com
Sent: Tuesday, March 2, 2021 8:44:16 AM
To:
CC:
BCC:
Subject: [Send Secure]Gainwell Technologies Claim No. 11112396 Amy Knight
Attachments: 2f757ngg98o4gce7rc70_10025056.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8716

March 2, 2021

Ms. Amy R. Knight

RE: Short Term Disability (STD) Benefits
Gainwell Technologies
Claim #: 11112396

Dear Ms. Amy Knight:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Short Term Disability (STD) benefits under Gainwell Technologies's Group Disability Policy. We are writing in reference to your claim for STD benefits under the Policy.

We are currently reviewing your eligibility for disability benefits, and are in need of additional information.

To be eligible to receive benefits, the Policy requires that you provide proof of disability in order to receive benefits. However, there are currently no medical providers on file, so we are unable to request your medical records which are needed to evaluate your claim eligibility.

To assist us with our investigation, please complete the enclosed Claimant Information Form and provide us the full names, addresses, and telephone numbers of all medical providers, you are currently treating with for this condition.

Additionally, please contact each of your medical providers and request that they provide our office with the following information:

> A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, prescription history and treatment plans from February 1, 2021 through present.

Gainwell Technologies's STD Policy requires that you provide proof of disability in order to receive benefits. This proof must be provided by April 15, 2021. Without the information specified above, we will be unable to evaluate your claim eligibility and your disability benefits may be denial.

Gainwell Technologies's STD Policy requires that, in order to receive benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is

essential to our claim investigation.

We ask that you provide us with this information no later than April 15, 2021 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kiara Pearson
Claims Examiner II
Phone No.: (800) 291-0112 Ext. 59451
Secure Fax No.: (603) 334-8716

Lincoln Life Assurance Company of Boston
Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone: (800) 291-0112
Secure Fax No.: (603) 334-0380

AMY KNIGHT

0000

Cover Page
Insert 1 0
Insert 2 0
Insert 3 0
Insert 4 0
Insert 5 0
Insert 6 0
Insert 7 0

Lincoln Life Assurance Company of Boston
Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone: (800) 291-0112
Secure Fax No.: (603) 334-0380

March 2, 2021

AMY KNIGHT

0000

RE: GAINWELL TECHNOLOGIES
Short Term Disability Benefits
Claim #: 11112396

MS. KNIGHT

We acknowledge receipt of your request for consideration of disability benefits.

Lincoln Life Assurance Company of Boston is required to inform you of certain state mandated regulations, one of which is fraud notification.

For your protection, Louisiana law requires us to provide the following statement: Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

Sincerely,

Kiara Pearson
Disability Case Manager
Phone: (800) 291-0112
Secure Fax No.: (603) 334-0380

**From:** DoNotReply@lfg.com
**Sent:** Tue, 2 Mar 2021 21:34:28 +0000
**To:** benefits@dxc.com
**Subject:** Claim #11112396, AMY KNIGHT

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim number is 11112396.

The employee reported a date of disability of 2/25/2021. The employee is subject to a 7-day elimination period.

If you have further questions or if the employee has returned to work, please contact Lincoln Financial Group at Kiara.Pearson@lfg.com.