**Life Claim Detail**

Find | Clear | Save | New | Delete | Last Modified | Print | Help | Change Sub/Loc

Add Life Claim Event | Add Life Waiver | Add Note | Check | Contact Info | Correspond | Doc List | Life Account Info | Note | Populate Waiver Data | SPELL Letters | Tasks

**Employee**

First Name: AMY MI: R
Last Name: RAY KNIGHT
SSN: DOB:

**Customer**

Name: GAINWELL ACQUISITION CORP ID: 09 - LF0372
Sub Name: Sub Code: 0000
Loc Name: GAINWELL TECHNOLOGIES Loc Code: LA000000

---

* Life Claim Number: 12104499 Symbol: SA Numeral: 01 Life Claim Sub: 0000 Life Claim Loc: LA000000 Prev Claim #: 0

**Claimant**

* Last Name: RAY KNIGHT * First Name: AMY MI: R * Relationship to Employee: Employee
* DOB: * Gender: Female Marital Status: Married
Address Line 1:
Address Line 2:
Address Line 3:
City: State: Zip Code:
Country: UNITED STATES OF AMERICA * State of Residence: LA

**Dependent**

FT Student Age: 0 Disabled Child: ☐

**Life Claim Events**

| Event Number | Event Type | Event Reason | Event Status | Analyst Name |
|---|---|---|---|---|

**Life Waivers**

| Waiver Number | Waiver Type | Waiver Status | Date of Disability | Determination Date | Close Date | Maintenance Indicator | Analyst Name |
|---|---|---|---|---|---|---|---|
| 1 | Waiver of Premium | Denied | 02/25/2021 | 02/15/2022 | | No | WHEELER, KIMBERLY |



EXHIBIT

4

Lincoln/Knight 1846

**Life Waiver Detail**

Find | Clear | Save | New | Delete | Last Modified | Print | Help | Reopen Life Waiver

Add Vendor Pmt | Check | Correspond | Life Account Info | Linked Prov | Note | Tasks | Vendor Pmt

**Employee**

First Name: AMY MI: R
Last Name: RAY KNIGHT
SSN: DOB:

**Customer**

Name: GAINWELL ACQUISITION CORP ID: 09 - LF0372
Sub Name: Sub Code: 0000
Loc Name: GAINWELL TECHNOLOGIES Loc Code: LA000000

---

Life Claim Number: 12104499 Waiver Number: 1 Life Claim Sub: 0000 Life Claim Loc: LA000000 Submission: SYS1

**Employee Information**

Class Code: Census Validation:
* Takeover Indicator: Annual Earnings $: 63028.00

**Waiver Information**

Date Input: 11/29/2021 Date Acknowledgement Letter Sent: 12/06/2021 Received Date: 11/29/2021
* Type: * Status: * Determination Date: 02/15/2022
Close Date: * Status Reason:
Reopen Date: Reopen Reason:
Liberty LTD: ✓ Disablity Claims Office:
Maintenance Indicator: Benefit Reduction Schedule: Waiver EP:

**Disability Information**

* Date of Disability: 02/25/2021 Date Disability Reported: 11/29/2021 Date Last Worked: 02/24/2021

**Diagnosis Information**

| | Code | Description |
|---|---|---|
| Code (1) | M25.531 | Pain in right wrist |
| Code (2) | M79.602 | Pain in left arm |

**Coverage & Reserve Amounts**

Basic Coverage Amount $: 64000.00 Optional Coverage Amount $: 127000.00
* Basic Reserve Amount $: 64000.00 * Optional Reserve Amount $: 127000.00

Case Manager

* Assign To:

**Note Report**

Report Clear Print Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim

* **Claim/Event/Leave Number** 12104499 **Accommodation Number**

**Note type:**

Primary Sort Order / Sec

Note Type ●

Note Number

● Note Date/Time

Accm. No.

**02/15/2022 4:17 PM - LIFE Note 13**
Claim/Event/Leave: 12104499
NoteSubject : Phone Call
Other Subject :
Text: [02/15/2022 - WHEELER, KIMBERLY]225-931-2516-EE R/C. LCE ADVISED WOP DENIED AS NOT MEETING DEFINITION OF DISABILITY. DIRECTOR, NURSE REGISTRY, INFORMATION CLERK, SURVEILLANCE SYSTEM MONITOR, NURSE CONSULTANT [02/15/2022 - WHEELER, KIMBERLY]**EE ADVISED NO COMPANY WILL HIRE HER IF SHE CAN'T WORK. ADVISED SHE HAD DESK JOB AT ER AND SHE WORKED WITH ONE HAND AND THEY WERE ON HER BACK. ADVISED THAT SHE WAS TOLD TO FILE STD BC SHE WASN'T GOING TO BE ABLE TO PAST HER ER'S JOB EVALUATION. LCE ACKNOWLEDGED AND ADVISED REVIEW BASED ON HER DX, MEDICAL, AND R&L'S. LCE ADVISED EE THAT SHE DOES HAVE WRITE TO APPEAL IF NOT IN AGREEMENT WITH WAIVER DECISION. EE STARTED CRYING AND ADVISED SHE'S HAD TO FIGHT FOR BENEFITS THE WHOLE TIME. EE THANKED LCE FOR CALLING AND ENDED CALL.

**02/15/2022 4:11 PM - LIFE Note 12**
Claim/Event/Leave: 12104499
NoteSubject : Phone Call
Other Subject : STATUS
Text: [02/15/2022 - WHEELER, KIMBERLY](225) 931-2516-NO ANSWER. LEFT VM ADVISING WILL RECEIVE LETTER. PROVIDED CONTACT INFO.

**02/15/2022 4:10 PM - LIFE Note 11**
Claim/Event/Leave: 12104499
NoteSubject : LTR to EE
Other Subject :
Text: [02/15/2022 - WHEELER, KIMBERLY]DENIAL LETTER TO EE AND GENERIC TO ER

**02/15/2022 4:09 PM - LIFE Note 10**
Claim/Event/Leave: 12104499
NoteSubject : Denied
Other Subject : NOT TD ANY
Text: [02/15/2022 - WHEELER, KIMBERLY]LIFE TSA FOUND ALTERNATE OCCS OF DIRECTOR, NURSE REGISTRY, INFORMATION CLERK, SURVEILLANCE SYSTEM MONITOR, NURSE CONSULTANT. FIRST OFFICE VISIT FOR PSYCH 11/23/21. EE WILL MEET EP FOR THIS DX 5/23/22.[02/15/2022 -WHEELER, KIMBERLY]***WOP HAS NINE MONTH EP AND PSYCH EP MET 8/23/22***

**01/24/2022 11:06 AM - LIFE Note 9**
Claim/Event/Leave: 12104499
NoteSubject : Ref to Voc Rehab
Other Subject : LIFE TSA
Text: [01/24/2022 - DOWNING, HANNA]THE LIFE TRANSFERABLE SKILLS ANALYSIS IDENTIFIED OCCUPATIONS.

**01/21/2022 3:12 PM - LIFE Note 8**
Claim/Event/Leave: 12104499
NoteSubject : Ref to Voc Rehab
Other Subject : LIFE TSA
Text: [01/21/2022 - BRIER, MELISSA]LIFE TSA IS ASSIGNED TO VRC HANNA DOWNING

**01/18/2022 5:21 PM - LIFE Note 7**
Claim/Event/Leave: 12104499
NoteSubject : Action Plan
Other Subject :
Text: [01/18/2022 - WHEELER, KIMBERLY]TSA BASED ON R&L'S

**12/22/2021 9:39 PM - LIFE Note 6**
Claim/Event/Leave: 12104499
NoteSubject : Action Plan
Other Subject :
Text: [12/22/2021 - WHEELER, KIMBERLY]OV 1/6/21, WILL F/U FOR UPDATES.

**12/06/2021 5:32 PM - LIFE Note 5**
Claim/Event/Leave: 12104499
NoteSubject : Acknowledgment Sent
Other Subject :
Text: [12/06/2021 - WHEELER, KIMBERLY]*

**12/06/2021 5:32 PM - LIFE Note 4**
Claim/Event/Leave: 12104499
NoteSubject : LTR to ER
Other Subject :
Text: [12/06/2021 - WHEELER, KIMBERLY]REQUESTED TEMPLATE

**12/06/2021 5:32 PM - LIFE Note 3**
Claim/Event/Leave: 12104499
NoteSubject : Phone Call
Other Subject : INITIAL
Text: [12/06/2021 - WHEELER, KIMBERLY](225) 931-2516-CONTACTED EE FOR WOP II. EXPLAINED WOP AND EP AND ASKED FOR UPDATES. OOW DUE TO WC INJURY. CO-MORBIDS: ANXIETY/DEPRESSON. UNABLE TO CORRECT BY SURGERY. TREATS WITH DR. WEST, PCP. SAW DR. BOURG, RHEUMATOLOGIST AND WAS REFERRED TO PSYCH DUE TO FIBROMYALGIA AND RSD OF LEFT ARM. NOV 1/6/22. NO LONGER TREATS WITH DR. GARON. TRIED INJECTIONS, BRACE AND NEVER APPROVED. ADVISED WILL REQUEST TEMPLATE AND SEND ACK LETTER. ADVISED WILL CALL ONCE CLAIM DECISION MADE. EE AGREED. NFQ.

**12/06/2021 5:26 PM - LIFE Note 2**
Claim/Event/Leave: 12104499
NoteSubject : Other
Other Subject : LTD REVIEW
Text: [12/06/2021 - WHEELER, KIMBERLY]53 YOF, OCCUPATION: ASSOCIATE BUSINESS ANALYSIS (SED OCC), LDW: 2/24/21, DOD: 2/25/21, LTD BBD: 8/26/21, EDOC: 1/1/2020 (PER CENSUS FILE), CID: 8/26/23 DX: R WRIST/ARM PAIN, EE INJURED HER L ARM BACK IN 2018 DUE TO A FALL AT WORK. NOW EE IS HAVING PAIN IN R ARM AND AP WEST HAS SIGNED HER OOW. COMORBID: DEPRESSION, DIABETES, FIBROMYALGIA, TREMOR, L HAND/ARM PAIN. 7/20/21 PER PM&R CCS WITH DR. KANELOS: R/LS OF OCCASSIONAL FINGER. TYPE AND GRASP WITH BILATERAL UPPEREXTREMITY, OCCASSIONALLY LIFT AND CARRY UP TO 10 LBS WITH BOTH HANDS WILL SUPPORT 3-4 MONTHS FOR MEDICATIONS ADJUST AND 2ND OPINION ON RIGHT WRIST. TX PROVIDERS: WEST (PCP) NOV: MID AUG, BOURG (RHEM) LOV 5/31/21, PSYCHOLOGIST FOV 11/23.

**11/29/2021 5:00 PM - LIFE Note 1**
Claim/Event/Leave: 12104499
NoteSubject : Initial Entry
Other Subject :
Text: [11/29/2021 - COOK, MARILYN]EOI AND RTMUS CHECKED NO HITS.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. AMY RAY KNIGHT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1888

February 16, 2022

Ms. Amy R. Ray Knight

RE: Waiver of Premium Benefits-Group Life Insurance
Policyholder: Gainwell Technologies
Policy #: SA3-890-LF0372-01
Claim #: 12104499

Dear Ms. Amy Ray Knight:

We have completed a thorough review of your eligibility for the ***Waiver of Premium Benefit*** regarding your ***Group Life Insurance*** through ***Gainwell Technologies.*** The Waiver of Premium is a benefit for you to continue your ***Group Life Insurance*** while you are out on disability provided you meet the ***Gainwell Technologies' Group Life Insurance*** definition of ***"total disability"*** defined as:

*With respect to this provision,* ***"Total Disability"*** *or* ***"Totally Disabled"*** *means the complete inability, as a result of Injury or Sickness, to perform the Material and Substantial Duties of Any Occupation.*

*With respect to this provision,* ***"Material and Substantial Duties"*** *means responsibilities that are normally required to perform Any Occupation, and cannot be reasonably eliminated or modified.*

*With respect to this provision,* ***"Any Occupation"*** *means any occupation that the Covered Employee is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*

In order to determine if you meet the definition of totally disabled (as defined above) we conducted a review regarding your functional capacity and medical status for our files. We recently received medical records from your Long -Term Disability file (hereinafter "LTD") and your treating physicians in order to evaluate whether or not you meet the above definition of ***"total disability".***

The documentation on file shows you ceased active work on February 24, 2021, due to a diagnosis of pain in right wrist and left arm. After a thorough review of the information currently contained in your claim file, we have determined that you do not meet the policy's definition of Total Disability, as defined above, throughout your 9-month elimination period. Outlined below is the information reviewed which led to our determination.

You injured your left arm in 2018 due to a fall at work, and now having pain in right arm and went out of work on February 24, 2021.

On July 13, 2021, Dr. West's office confirmed via phone call to your Long-Term Disability (LTD) case manager, that you had restrictions and limitations of no use of your right hand or typing.

A Peer Review was completed by a Board- Certified Physician in Pain Management and Rehabilitation on July 20, 2021, and concluded that you have the following restrictions and limitations:

- *Occasional fingering*
- *Occasional typing and grasping with bilateral upper extremity*
- *Occasional lifting and carrying up to 10 pounds with both hands*

As you would be incapable of returning to your previous occupation at this time, to assist in identifying alternative occupations, your claim was forwarded to Vocational Rehabilitation for a Transferable Skills Analysis. Based on your training, education and work experience you have the ability to perform the following occupations:

- *Director, Nurses' Registry*
- *Information Clerk*
- *Surveillance-System Monitor*
- *Nurse, Consultant*

Our role in reviewing your claim is to determine whether your medical condition and the medical documentation contained in your claim continues to validate impairment, which would preclude you from, at a minimum, performing the duties of any occupation. We are not required to ensure the availability of your occupation, or that you return to active employment with your former employer in the same or different position. After thorough evaluation of your claim, we have determined that your medical condition is no longer of a nature and severity that would preclude you from performing the material and substantial duties of any occupation. Therefore, you no longer meet the definitions under the terms of the ***Gainwell Technologies'*** Group Life Insurance Policy of ***"totally disabled"*** from ***"any occupation".*** Therefore, we must deny your claim for benefit consideration.

We are aware that your claim for LTD benefits is currently approved; however, the provisions in your employer's ***Group Life Insurance*** Policy differ from the provisions in the ***Group Disability Insurance*** Policy, and eligibility for LTD benefits does not determine entitlement to ***Waiver of Premium*** benefits.

Additionally, you may have the right to convert your group life insurance to an individual life insurance policy. Please contact your employer within 15 days from the date of this letter regarding your eligibility for the conversion privilege.

We evaluated this claim by applying the provisions of the policy to the facts and opinions contained in the claim file. We relied upon the following guidelines, internal rules, protocols, standards or other similar criteria in reaching this claim determination, TOTAL DISABILITY. An individual

will be considered Totally Disabled if they are unable to work a minimum of 15 hours per week in any occupation.

We regret our determination could not be more favorable; however, we must abide by policy provisions.

If the claim referenced above is ever reopened for any reason, a full and complete review of your eligibility for all qualifying Life coverages in effect as of your date last worked will be concluded at that time.

If you wish to continue carrying life insurance coverage, we suggest that you contact Gainwell Technologies and inquire about your possible right to port and/or convert your Group Life Insurance coverage to an individual policy.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

All office treatment notes, test results, consultation reports, procedure notes, physical therapy records or any other medical records from all treating providers (i.e., primary care physician, therapist, psychiatrist, psychologist, cardiologist, neurologist, pharmacy records, orthopedic physician) from February 5, 2022 to the present, medications prescribed and filled, and physician documentation of specific restrictions and limitations.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求.

[illegible]

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 45 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved by Lincoln Financial Group, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kimberly Wheeler
Life Waiver Claims Specialist II
Phone No.: (888) 437-7611 Ext. 14709
Secure Fax No.: (603) 427-1888

From: LFGNotifications@LFG.com
Sent: Tuesday, February 15, 2022 4:28:53 PM
To: MARTINA.ROYSTER@HMS.COM;
CC:
BCC:
Subject: [Send Secure]Gainwell Technologies Claim No. 12104499 Amy Ray Knight
Attachments: ljvifoe0xcndglo0xy0g_12189679.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1888

February 15, 2022

Martina Royster
Gainwell Technologies

RE: Waiver of Premium Benefits-Group Life Insurance
Policyholder: Gainwell Technologies
Policy #: SA3-890-LF0372-01
Claim #: 12104499

Dear Martina Royster:

We have reviewed the Life Waiver of Premium claim for Amy Ray Knight.

Our Decision

Unfortunately, because of the medical/investigative information received, this individual does not qualify for the Life Waiver of Premium benefit. A letter has been sent to Ms. Ray Knight detailing the reasons for our denial.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kimberly Wheeler
Life Waiver Claims Specialist II
Phone No.: (888) 437-7611 Ext. 14709
Secure Fax No.: (603) 427-1888

**Lincoln Financial Group**
Group Protection

Hanna Downing, M.Ed., CRC
Vocational Rehabilitation Consultant

# LIFE TRANSFERABLE SKILLS ANALYSIS

| | |
|---|---|
| **Claimant Name:** | Amy Ray Knight |
| **Life Claim Number:** | 12104499 |
| **Life Claims Case Manager:** | Kimberly Danielle Wheeler |
| **Employer:** | Gainwell Technologies |
| **Date of Report:** | 01/24/2022 |

A Life Transferable Skills Analysis utilizing the Occupational Access System (OASYS) was completed to assess the insured's transferable skills to determine if alternative occupations exist in the national economy.

## RESOURCES / DOCUMENTATION UTILIZED:

- Job Description – located in LTD claim 11580689
- Training, Education & Experience (TE&E) Form – located in LTD claim 11580689
- Occupational Analysis (OA) dated 08/10/2021 – located in LTD claim 11580689
- Dictionary of Occupational Titles (DOT)
- Occupational Information Network (O*NET)
- Economic Research Institute (ERI) Occupational Assessor
- PM&R CCS dated 08/06/2021 in Claim Note 8 – located in LTD claim 11580689

## RESTRICTIONS / LIMITATIONS:

I have been asked to base this review on the insured's restrictions and limitations per PM&R CCS dated 08/06/2021 located in LTD claim 11580689. They include:

> "Per PM&R CCS with Dr. Kanelos: R/Ls of occasional finger, type, and grasp with bilateral upper extremity, occasional lift and carry up to 10 lbs. with both hands will support 3-4 months for medications adjust and 2nd opinion on right wrist (noted pulled form STD claim)"

## EDUCATION & TRAINING:

| | |
|---|---|
| • Education: | BA in Social Work; Associates in Nursing; High school diploma |
| • Certifications / Licensure: | Registered Nurse |

| | |
|---|---|
| • Computer Skills: | The insured reports using email, Internet, ad MS Word, as well as using a work computer 3+ hours/day and a hone computer 1-2 hours/day. |

**WORK HISTORY:**

| DOT Code | Occupation Title | Years Performed | Strength Level |
|---|---|---|---|
| 079.262-010 | Utilization-Review Coordinator* | 12 | S |
| 189.117-050 | Consultant | 12 | S |
| 075.167-010 | Nurse, Supervisor | 2 | L |
| 075.364-010 | Nurse, General Duty | 1 | M |

**Included in this review and performed in combination with own occupation of Consultant identified in OA*

**TRANSFERABLE SKILLS:**

Skilled at analyzing materials and interpreting wide variety of subject matter; making decisions using judgment, experience, knowledge of legal requirements, and other known facts; speaking and writing effectively to influence actions of others; applying advanced logic and scientific thinking to solve complex problems; understanding symbolic language, computer technology, technical terms, charts, and graphs in dealing with numerical and statistical data; speaking and writing clearly and accurately; using judgment and known facts to make decisions; applying technical knowledge, common sense, and special medical skills to care for or treat sick or people; using eyes, hands, and fingers skillfully; adapting quickly to emergency situations; instructing, planning, and directing work of others; keeping accurate records; and distinguishing shapes, forms, and colors.

**PROFILE ADJUSTMENTS:**

| | |
|---|---|
| • General Educational Development: | 1. Reasoning: Adjusted to 15th-16th grade based on bachelor's degree.<br>2. Mathematics: Adjusted to 15th-16th grade based on bachelor's degree.<br>3. Language: Adjusted to 15th-16th grade based on bachelor's degree. |
| • Strength: | Adjusted to sedentary based on restrictions/limitations. |
| • Physical: | Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to unknown. Post-hoc analysis was conducted to factor in occasional typing. |
| • Environmental: | no restrictions or limitations are provided, adjusted to unknown. |
| • Noise: | Where no restrictions or limitations are provided, adjusted to very loud. |
| • Aptitudes: | No adjustments performed. |
| • Situations: | 1. Performing repetitive or short-cycle work adjusted to yes based on performing quality checks, reviewing data, and typing, as well as previous experience taking vitals, completing patient notes, etc.<br>2. Working under specific instructions adjusted to yes based on need to follow supervisory instruction. |
| • Data: | 1. Synthesizing adjusted to yes based on researching and evaluating components of solutions to problems. |

| | |
|---|---|
| | 2. Computing adjusted to yes based on previous experience providing clinical medical care and demonstrating ability to conduct calculations necessary for taking vital measurements, administering medications, tracking time, etc.<br>3. Copying adjusted to yes based on having strong written communication skills and documenting solution requirements.<br>4. Comparing adjusted to yes based on reviewing data and identifying trends. |
| • <u>People:</u> | 1. Mentoring adjusted to yes based on mentoring other team members.<br>2. Instructing adjusted to yes based on training other team members.<br>3. Supervising adjusted to yes based on previous experience as a nurse supervisor.<br>4. Serving adjusted to yes based on previous experience needing to tend to the needs of patients.<br>5. Taking instructions-helping adjusted to yes based on need to follow supervisory instruction. |
| • <u>Things:</u> | Precision working adjusted to yes based on ability to key data into a computer, as well as previous experience using small/precision medical tools to provide clinical medical care. |

**<u>SUMMARY</u>:**
This Life Transferable Skills Analysis identified occupations within the insured's physical abilities and their identified skill level.

**<u>EXAMPLES OF ALTERNATIVE OCCUPATIONS:</u>**

| DOT Code | Occupation Title | Strength Level |
|---|---|---|
| 187.167-034 | Director, Nurses' Registry | S |
| 237.367-022 | Information Clerk | S |
| 379.367-010 | Surveillance-System Monitor | S |
| 075.127-014 | Nurse, Consultant | S |

I have not met with the insured for the purpose of this review. All opinions are based on a review of medical records and resources listed only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance with this file.

Respectfully submitted,

*Electronically Signed*
Hanna Downing, M.Ed., CRC
Vocational Rehabilitation Consultant
Group Protection
Lincoln Financial Group

**Name:** Ray Knight, Amy

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str | GOE Code |
|---|---|---|---|---|---|---|---|---|---|
| 079.262-010 | Utilization-Review Coordinator | 7 | 12 | 0 | Y | N | N | S | 11.07.02 |
| 075.167-010 | Nurse, Supervisor | 7 | 2 | 0 | Y | N | N | L | 10.02.01 |
| 075.364-010 | Nurse, General Duty | 7 | 1 | 0 | Y | N | N | M | 10.02.01 |
| 189.117-050 | Consultant | 8 | 12 | 0 | Y | N | N | S | 11.01.02 |

**ADJUSTED VARIABLES SUMMARY**

This report summarizes the changes made to the person's ability profile.

| | | Changed From | Changed To |
|---|---|---|---|
| **Specific Vocational Preparation** | | | |
| Maximum | | 8 (4 to 10 years) | No Change |
| Minimum | | 7 (2 to 4 years) | 1 (Short demo only) |
| **General Educational Development** | | | |
| Reasoning | | 5 Grades 13-14 | 6 Grades 15-16+ |
| Mathematics | | 5 Grades 13-14 | 6 Grades 15-16+ |
| Language | | 5 Grades 13-14 | 6 Grades 15-16+ |
| **Physical Demands** | | | |
| Strength | Maximum | M Medium | S Sedentary |
| | Minimum | S Sedentary | No Change |
| Climbing | | Never | Unknown |
| Balancing | | Never | Unknown |
| Stooping | | Occasionally | Unknown |
| Kneeling | | Never | Unknown |
| Crouching | | Never | Unknown |
| Crawling | | Never | Unknown |
| Reaching | | Frequently | Unknown |
| Handling | | Frequently | Occasionally |
| Fingering | | Frequently | Occasionally |
| Feeling | | Frequently | Unknown |
| Talking | | Frequently | Unknown |
| Hearing | | Frequently | Unknown |
| Tasting/Smelling | | Never | Unknown |
| Near Acuity | | Frequently | Unknown |
| Far Acuity | | Never | Unknown |
| Depth Perception | | Never | Unknown |
| Accommodation | | Frequently | Unknown |
| Color Vision | | Frequently | Unknown |
| Field of Vision | | Never | Unknown |
| **Environmental Conditions** | | | |
| Exposure to Weather | | Never | Unknown |
| Extreme Cold | | Never | Unknown |
| Extreme Heat | | Never | Unknown |
| Wet and/or Humid | | Never | Unknown |
| Vibration | | Never | Unknown |
| Atmospheric Conditions | | Never | Unknown |
| Proximity to Moving Mechanical Parts | | Never | Unknown |
| Exposure to Electrical Shock | | Never | Unknown |
| Working in High Exposed Places | | Never | Unknown |
| Exposure to Radiation | | Never | Unknown |
| Working with Explosives | | Never | Unknown |
| Exposure to Toxic or Caustic Chemicals | | Never | Unknown |
| Other Environmental Conditions | | Never | Unknown |
| Noise Intensity Level | | Moderate | Very Loud |

| | | |
|---|---|---|
| **DOT Aptitudes** | | |
| General Learning Ability | 2 (67-89 Percentile) | No Change |
| Verbal Aptitude | 2 (67-89 Percentile) | No Change |
| Numerical Aptitude | 2 (67-89 Percentile) | No Change |
| Spatial Aptitude | 2 (67-89 Percentile) | No Change |
| Form Perception | 3 (34-66 Percentile) | No Change |
| Clerical Aptitude | 2 (67-89 Percentile) | No Change |
| Motor Coordination | 3 (34-66 Percentile) | No Change |
| Finger Dexterity | 3 (34-66 Percentile) | No Change |
| Manual Dexterity | 3 (34-66 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 4 (11-33 Percentile) | No Change |
| Color Discrimination | 3 (34-66 Percentile) | No Change |
| **Work Situations (Temperaments)** | | |
| Directing, Controlling, Planning | Yes | No Change |
| Performing Repetitive Work | No | Yes |
| Influencing People | No | No Change |
| Performing a Variety of Duties | Yes | No Change |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | Yes | No Change |
| Attaining Precise Limits/Tolerances | Yes | No Change |
| Following Specific Instructions | No | Yes |
| Dealing with People | Yes | No Change |
| Making Judgments and Decisions | Yes | No Change |
| **Work Functions - Data** | | |
| 0 Synthesizing | No | Yes |
| 1 Coordinating | Yes | No Change |
| 2 Analyzing | Yes | No Change |
| 3 Compiling | Yes | No Change |
| 4 Computing | No | Yes |
| 5 Copying | No | Yes |
| 6 Comparing | No | Yes |
| **Work Functions - People** | | |
| 0 Mentoring | No | Yes |
| 1 Negotiating | Yes | No Change |
| 2 Instructing | No | Yes |
| 3 Supervising | No | Yes |
| 4 Diverting | No | No Change |
| 5 Persuading | No | No Change |
| 6 Speaking-Signaling | Yes | No Change |
| 7 Serving | No | Yes |
| 8 Taking Instructions-Helping | No | Yes |
| **Work Functions - Things** | | |
| 0 Setting Up | No | No Change |
| 1 Precision Working | No | Yes |
| 2 Operating-Controlling | Yes | No Change |
| 3 Driving-Operating | No | No Change |
| 4 Manipulating | Yes | No Change |
| 5 Tending | No | No Change |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | Yes | No Change |

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. AMY RAY KNIGHT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1888

January 19, 2022

Ms. Amy R. Ray Knight

RE: Waiver of Premium Benefits-Group Life Insurance
Policyholder: Gainwell Technologies
Policy #: SA3-890-LF0372-01
Claim #: 12104499

Dear Ms. Amy Ray Knight:

The Lincoln National Life Insurance Company is responsible for managing claims for benefits under the Gainwell Technologies Waiver of Premium, Group Life Insurance Policy.

The purpose of this letter is to inform you that we require additional time to render a determination on your Waiver of Premium (hereinafter WOP) claim. Under the Employee Retirement Income Security Act of 1974 (ERISA), an initial claim determination should be rendered within 45 days of receipt of claim, unless there are special circumstances which require a delay in making a claim determination. If additional time is needed, ERISA allows for up to two 30-day extensions to evaluate and render a claim decision.

At this time, we need additional information which is necessary to render a full and fair determination on your WOP claim for benefits under the Policy. Currently, we are awaiting medical review. We expect to make a determination on your claim no later than February 1, 2022.

We apologize for any inconvenience caused by this delay and will make every effort to render a determination as soon as possible. In the interim, should you have any questions pertaining to the status of your claim, please contact me at the telephone number below.

Sincerely,

Kimberly Wheeler
Life Waiver Claims Specialist II
Phone No.: (888) 437-7611 Ext. 14709
Secure Fax No.: (603) 427-1888

**From:**Benefits Team <benefits@gainwelltechnologies.com>
**Sent:**Wed, 8 Dec 2021 18:09:31 +0000
**To:**Wheeler, Kimberly
**Cc:**Benefits Team
**Subject:**RE: Life Waiver of Premium-Ray Knight-12104499

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Please see responses below. Amy did elect voluntary life as shown on this screen shot from Mercer Marketplace. This coverage was effective on 1/1/21 which was the start date of our benefits plans.




Janice

---

**From:** Wheeler, Kimberly <Kimberly.Wheeler@lfg.com>
**Sent:** Monday, December 6, 2021 5:32 PM
**To:** Benefits Team <benefits@gainwelltechnologies.com>
**Subject:** Life Waiver of Premium-Ray Knight-12104499

Hello,

**Please respond with the information below within five (5) business days to ensure timely assessment of waiver of premium eligibility. Lack of response to our request will delay our decision regarding coverage.**

Please note if the employee is terminated, they may still be eligible for this benefit. If this employee has returned to work, please advise and provide the return to work date only.

Group Life Claims has been notified, Amy Ray Knight, (DOB is currently out on disability and may also be eligible for the Waiver of Premium Benefit under your Group Life Insurance Policy.

1. What were the Annual Earnings (as defined within your Group Life Insurance policy) in effect on the employee's last day worked? $63,028

2. Basic Life Insurance Amount _____$64,000_____________

3. Optional Life Insurance Amount* ____$127,000___________

***Please provide enrollment information for the 3 years prior to the date last worked. Screen shots are acceptable.**

4. Is the employee receiving retirement/pension benefits and/or classified as a retiree? If yes, please explain further (i.e., profit-sharing plan; stock ownership plan (401K), etc.) NO

Do not hesitate to contact me with any questions/concerns regarding the above information. We appreciate your time and immediate attention to this request.

**Kimberly Wheeler**
Life Waiver Claims Specialist II
Group Protection- Life Claims

**Lincoln Financial Group**
14045 Ballantyne Corporate Place
Charlotte, NC 28277

1-888-437-7611
x 14709 Office
603-427-1888 Fax

LincolnFinancial.com

**Follow us on:**



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:**Wheeler, Kimberly
**Sent:**Mon, 6 Dec 2021 22:32:25 +0000
**To:**'benefits@gainwelltechnologies.com'
**Subject:**Life Waiver of Premium-Ray Knight-12104499

Hello,

**Please respond with the information below within five (5) business days to ensure timely assessment of waiver of premium eligibility. Lack of response to our request will delay our decision regarding coverage.**

Please note if the employee is terminated, they may still be eligible for this benefit. If this employee has returned to work, please advise and provide the return to work date only.

Group Life Claims has been notified, Amy Ray Knight, (DOB is currently out on disability and may also be eligible for the Waiver of Premium Benefit under your Group Life Insurance Policy.

1. What were the Annual Earnings (as defined within your Group Life Insurance policy) in effect on the employee's last day worked?

2. Basic Life Insurance Amount ___________________

3. Optional Life Insurance Amount* ________________

***Please provide enrollment information for the 3 years prior to the date last worked. Screen shots are acceptable.**

4. Is the employee receiving retirement/pension benefits and/or classified as a retiree? If yes, please explain further (i.e., profit-sharing plan; stock ownership plan (401K), etc.)

Do not hesitate to contact me with any questions/concerns regarding the above information. We appreciate your time and immediate attention to this request.

**Kimberly Wheeler**
Life Waiver Claims Specialist II
Group Protection- Life Claims

1-888-437-7611
x 14709 Office
603-427-1888 Fax

**Follow us on:**

**Lincoln Financial Group**
14045 Ballantyne Corporate Place
Charlotte, NC 28277

LincolnFinancial.com




Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. AMY RAY KNIGHT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1888

December 7, 2021

Ms. Amy R. Ray Knight

RE: Waiver of Premium Benefits-Group Life Insurance
Policyholder: Gainwell Technologies
Policy #: SA3-890-LF0372-01
Claim #: 12104499

Dear Ms. Amy Ray Knight:

The Lincoln National Life Insurance Company has received a claim for the Waiver of Premium benefit under Gainwell Technologies's Group Life Insurance Policy. This matter is govered by the Employee Retirment Income Security Act of 1974 (hereinafter "ERISA").

Waiver of Premium is a benefit that allows you to continue your Group Life Insurance while you are out on disability without payment of premiums provided the Gainwell Technologies Group Life Insurance definition of *"total disability"* is met:

> *With respect to this provision, "**Total Disability**" or "**Totally Disabled**" means the complete inability, as a result of Injury or Sickness, to perform the Material and Substantial Duties of Any Occupation.*
>
> *With respect to this provision, "**Material and Substantial Duties**" means responsibilities that are normally required to perform Any Occupation, and cannot be reasonably eliminated or modified.*
>
> *With respect to this provision, "**Any Occupation**" means any occupation that the Covered Employee is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*

You have a Long Term Disability (LTD) claim; we will request the most recent medical information from our LTD department in order to determine if you become for the Waiver of Premium benefit. If that information is not sufficient, we will contact you directly for additional documentation.

We will notify you of the status of the claim once a decision has been made.

Please feel free to contact me at the number below, if you have any questions regarding your Waiver of Premium claim.

Sincerely,

Kimberly Wheeler
Life Waiver Claims Specialist II
Phone No.: (888) 437-7611 Ext. 14709
Secure Fax No.: (603) 427-1888